Exhibit 80



March 26, 2024

Mr. Kevin Hynes
King & Spalding LLP
1185 6th Avenue
New York, NY 10036

Re: Expert Report of Matthew Sanchez PhD in the matter of *Diana Balderrama and Gilbert Balderrama v. Johnson & Johnson, et al.,* Atlantic County, New Jersey, No.: ATL-L-006540-14.

**Summary**
I respectfully submit this report on behalf of Johnson & Johnson. I have been asked to opine concerning the alleged contamination of asbestos in talc products manufactured by Johnson & Johnson using talc from Val Germanasca Italy, southern Vermont USA, and Guangxi China.  I have reviewed the scientific literature regarding both the talc mines at issue as well as any testing on talc products manufactured by Johnson & Johnson, as well as government and private industry records relative to the testing of above products for the presence of asbestos.  It is my opinion that Johnson & Johnson talcum based products do not contain asbestos.

**Talc Is Not Asbestos**

Talc is used in a wide variety of commercial applications, ranging from pharmaceuticals and cosmetics to ceramics, paints, paper and asphalt roofing.  In its purest form, talc is a mineral and is defined as a magnesium silicate, with composition $Mg_3Si_4O_{10}(OH)_2$.  The end-uses for talc are determined by variables such as bulk composition, particle size and shape, specific gravity, hardness, and color.

**Asbestos**

Asbestos is a collective term that describes a regulated group of six naturally occurring, highly fibrous silicate minerals that form as fiber bundles, which are easily separated into long, thin, flexible fibers when crushed.  The six minerals that, when crystallized in a rare asbestiform habit, are regulated as asbestos fall into two groups of minerals: serpentine and amphibole.  Talc is not one of these minerals and is not asbestos regardless of morphological habit.

Serpentine and amphibole minerals crystallize or grow in both a rare asbestiform and more common non-asbestiform habits.  The asbestiform varieties of these minerals are rare and likely accounts for less than one percent of the known world occurrences of each mineral (Krause 1977 and Campbell et al. 1977).  Serpentine and amphibole minerals with a non-asbestiform habit and resulting morphological properties are not asbestos.  The table below shows the asbestiform and

RJ Lee Group, Inc.
Project Number: LLH111414
Page 2 of 33

non-asbestiform habit of each serpentine and amphibole mineral associated with term asbestos."[1]

| Mineral Family | Asbestiform | Non-Asbestiform |
|---|---|---|
| Serpentine | Chrysotile | Antigorite/Lizardite |
| Amphibole | Crocidolite | Riebeckite |
| Amphibole | Amosite | Grunerite-Cummingtonite |
| Amphibole | Tremolite Asbestos | Tremolite |
| Amphibole | Anthophyllite Asbestos | Anthophyllite |
| Amphibole | Actinolite Asbestos | Actinolite |

It is possible that talc may contain either serpentine and/or amphibole group minerals, e.g. tremolite, however, to have asbestos one must determine if the amphibole present is the asbestiform variety. The mere presence of any amphibole mineral is not the same as asbestos contamination. Analysis must determine if these minerals are in fact asbestiform and thus asbestos.

It is true that some talc deposits can contain asbestos and some asbestos deposits can contain talc; for example, talc is a common accessory mineral in some chrysotile deposits, however the specific geologic processes that control the formation of minerals of any given talc deposit are unique and control the potential for asbestos contamination in that talc ore. Thus, if the question of asbestos contamination in any talc or talc-containing product is to be answered, the source mine(s) of that talc needs to be identified and specific facts concerning that deposit and talc product derived from that deposit must be evaluated. Thus, not all talc derived from a talc source with the potential for contamination would be contaminated with asbestos.

Serpentine, amphibole, talc, or other mineral group or species, if present as elongated fragments, (whether defined by > 3:1 and > 5mm lengths or > 5:1 aspect ratio and > 0.5mm lengths) are not the same thing as a finding of asbestiform habit and resulting microscopic morphology. IARC 2010 states regarding talc and its asbestiform variety (page 279):

*"Description: Commonly thin tabular crystals, up to 1 μm in width; talc is usually massive, fine-grained and compact; it also occurs as foliated or fibrous masses or in globular stellate groups. Talc particles are normally thin and plate-like, but the size of the individual plates varies among different bodies of ore. When viewed under the microscope on end, talc platelets may appear as fibres (Cralley et al., 1968). These are not true fibres and should not be confused with asbestiform talc. Asbestiform talc is formed when talc plates elongate parallel to the a axis within the plate to*

---

[1] See 40CFR§763.83, 29CFR§1910.1001, 30CFR§56.5001, 1977 Federal Register CPSC Vol. 42, and No. 146, 1974 Federal Register US BOM Vol. 39, No. 127 part IV.

*form true ribbon-like fibres of talc. These fibres may occur in an asbestiform habit consisting of bundles of narrow fibres randomly oriented around the axis of elongation (c axis)".*

Thus, in order for talc to be asbestiform it has to have formed in this habit.  Furthermore, IARC 2012 states (pg 221):
*"The structure of silicate minerals may be fibrous or non-fibrous. The terms 'asbestos' or 'asbestiform minerals' refer only to those silicate minerals that occur in polyfilamentous bundles, and that are composed of extremely flexible fibres with a relatively small diameter and a large length. These fibre bundles have splaying ends, and the fibres are easily separated from one another (USGS, 2001; HSE, 2005)."*

The only generally accepted testing methodologies to determine if a sample is composed of minerals with an asbestifrom habit are those put forward and described in OSHA ID 191, EPA600/R-93/116, and ISO 22262-1.  Thus, in order to have asbestiform talc, the observed talc must not simply be elongated but must meet the requirements of the asbestiform morphology. Last, IARC 2012 is clear in its warning of how these terms have been misapplied in the literature (pg 230):

*"Talc containing asbestiform fibres is a term that has been used inconsistently in the literature. In some contexts, it applies to talc containing asbestiform fibres of talc or talc intergrown on a nanoscale with other minerals, usually anthophyllite. In other contexts, the term asbestiform talc has erroneously been used for talc products that contain asbestos. Similarly, the term asbestiform talc has erroneously been used for talc products that contain elongated mineral fragments that are not asbestiform. These differences in the use of the same term must be considered when evaluating the literature on talc. For a more detailed evaluation of talc not containing asbestiform fibres, refer to the previous IARC Monograph (IARC, 2010)".*

Non-talc minerals do occur within talc deposits.  Those minerals are often referred to as "accessory minerals" and typically include chlorite and dolomite.  If asbestos were present in talc, it would be considered an accessory mineral.   Several things must happen for asbestos contamination to occur in a finished talc-containing product, which I outline in general terms in the following paragraphs.

- First, asbestos must be present in the area being mined.  Then, the miners must include non-talc rock with the talc as it is being mined, and this non-talc rock must contain asbestos.  Talc veins are often up to several meters thick, and not all talc that is mined will contain non-talc rock; most will not.
- Second, at least some of the non-talc rock that is mined with the talc must contain asbestos.
- Third, the non-talc rock, which contains asbestos, must survive the milling processes that are designed to remove impurities from the talc.  For example, hand sorting, mechanical

screening, froth flotation, and other separation (also known as "beneficiation") techniques are used to remove impurities.

- Fourth, among the tons of product that is mined and sold to customers, the particular talc with asbestos contamination must reach a manufacturer of a talc or talc-containing product.

- Fifth, among the tons of product sold to the manufacturer, the particular talc with trace asbestos contamination must be placed into a container (one among thousands), and plaintiff must obtain that particular container.

- Sixth, this process must be repeated over and over for plaintiff to have repeated exposure to a talc or talc-containing product contaminated with asbestos.

From a mineralogical/geological perspective, even in the instances where asbestos contamination could occur, e.g. a particular mine where asbestos at times has been detected during quality assurance testing, this contamination would be a sporadic event. Thus, in order to determine if the plaintiff was exposed to asbestos contaminated talc, the actual containers of a given product would need to be tested.

**Val Germanasca, Italy**

I understand that Val Germanasca, Italy was a source mine used for Johnson & Johnson's talcum powder. I have evaluated the scientific literature related to the geology of the talc formations in Val Germanasca. I have personally visited the mine and mill and conducted an evaluation, which included sampling the talc ore as well as waste rock and country rock. It is my opinion that the talc mined in Val Germanasca is not contaminated with asbestos, nor has it been contaminated in the past.

As discussed by Sandrone, et al., the Val Germanasca mine is known for "high-quality cosmetic talc." R. Sandrone & S. Zuchetti, Geology of the Italian high-quality cosmetic talc from the Pinerolo district (Western Alps), Zuffar' Days – Symposium (1988).

In Pooley et al. (1972), three researchers in the Department of Mineral Exploitation at University College in Cardiff, England, conducted a mineralogical evaluation of the Val Germanasca mine. The purpose of the investigation was to try to locate non-talc minerals, including asbestos that could be found together with the talc. The researchers did not find asbestos in the talc, and even certain fibrous amphibole particles found in the rocks adjacent to the talc did not display the characteristics of asbestos when examined under the electron microscope. Pooley, F.D., et al., An Examination of Italian Mine Samples and Relevant Powders (1972).

In 1976, Dr. Pooley later wrote a letter to the FDA confirming that he found no asbestos in his testing of Italian talc. March 9, 1976 Ltr. from F. D. Pooley to R. Shapiro. In its 1992 Health Assessment Document for Talc, the EPA characterized Val Germanasca talc as "very pure" and approved of Dr. Pooley's findings. EPA Health Assessment at 3-26, 3-35. In its 2010 monograph

regarding the available mineralogical data on the asbestos content of talc, IARC likewise described the talc from Val Germanasca as "very pure" and, citing Pooley, noted that tests of this talc found no asbestos. IARC 2010 at 318. Table 1.17 shows no reports of serpentine or tremolite occurring in Italian talc. IARC 2010 at 307.

While I am not a professional epidemiologist, epidemiological studies are relevant to my opinion that the source talc mines at issue did not contain asbestos. Four epidemiological studies have followed thousands of talc miners and millers from Val Germanasca. These studies found that there were no deaths among the miners and millers as a result of mesothelioma. Rubino, et al. (1976), Rubino et al. (1979), Coggiola, et al. (2003), Pira et al. (2017), and Ciocan et al (2022). In addition there are a large number of publications which discuss the geology of the Val Germanasca region. I am not aware of any published literature in which researchers either examined the geology of the Val Germanasca region or tested samples of talc from the mine and reported that the talc contains any asbestos.

I visited the current mining and milling operations at Val Germanasca from November 9 to November 12, 2015 (report dated March 24, 2016). The focus of my visit was to (1) obtain samples from both the mining and milling operations that are representative of the current mining operation, (2) assess the current talc ore and surrounding country rock for asbestos mineralization, and (3) understand the mine's current and past programs as they relate to asbestos testing to ensure product quality. I took a total of twenty (20) samples during the site visit, which represented the talc ore, non-talc waste rock (both siliceous and carbonaceous lenticular inclusions were sampled), milled product, country rock where amphiboles were observed, and talc from both French and Chinese sources that are also milled at the Malanaggio plant. The samples were analyzed by XRD, PLM, and TEM. In no sample were chrysotile or asbestiform amphiboles observed.

**Southern Vermont Talc**

I understand that Johnson & Johnson used the Hammondsville, Argonaut, and Rainbow mines and potentially other mines in southern Vermont as source mines used for Johnson & Johnson's talcum powder. I have evaluated the scientific literature related to the geology of the talc formations in southern Vermont. It is my opinion that the talc mined in southern Vermont is not contaminated with asbestos, nor has it been contaminated in the past.

The development of plate tectonics last century was a unifying theory in geology. Briefly, the theory states that the earth's crust is composed of several large plates that move with respect to one another. When the plates separate, oceans form (e.g., the Atlantic Ocean) and when they collide, mountain chains are built (e.g., the Alps). Another important point is that the continental plates are lighter than ocean plates; thus, when the two collide, the ocean plate is "subducted" below the continental plate.

Currently, the east coast of North America is not geologically active; however, this was not the case in the geologic past.  Over the past 600 million years this region has undergone geological development favorable to talc formation mainly by occurring at a convergent and divergent plate boundary.  This caused Vermont's geology to be composed of differing rock types trending in a more or less north-south direction that formed as a result of a converging plate boundary (Van Diver, 1987 and Doolan, 1996).  As these geological processes occurred ocean sediments were changed by heat and pressure into a metamorphic rock type called schist when ancestral North America collided with ancestral Africa.   Next, these rocks were uplifted forming the Appalachian Mountains.  During this process portions of them were also altered into a rock type known as serpentinite, and in local areas, the serpentinite was further altered to talc.  Serpentinite gains its name from the fact it is composed predominantly of serpentine group minerals (all with the composition of $Mg_3Si_2O_5(OH)_4$) of which there are three:  antigorite, lizardite, and chrysotile, with only the latter being an asbestos mineral.

Talc ($Mg_3Si_4O_{10}(OH)_2$) forms from alteration of other minerals.  The southern Vermont talc deposits form as lower pressure and temperature metasomatic induced reactions between serpentinite and the silica rich country rock.  McCarthy et al. (Table 1, 2006) noted that Vermont talc contained trace amounts of serpentine and no tremolite.  Van Gosen et al. (2004) also gives a summary of talc formation and likewise points out that amphiboles only occur at higher temperatures of formation.

Even though Van Gosen et al. (2004) notes the lack of amphiboles in Vermont-style talc deposits, some clarification of his section on "Vermont talc" is needed regarding both amphibole and asbestos content of Vermont talc.  He cites a paper by Zodac (1940) which notes fibrous actinolite occurs in the blackwall at the former Chester, Vermont talc deposit located in Windsor County.  However, Zodac is quoted as saying the material is "needle-like;" this would preclude it being a morphological form of asbestos.  Regardless, all of the discussion in Veblen and Burnham (1978a, 1978b) are from samples removed from the blackwall and not the talc ore itself.  In the last sentence of the Vermont talc section, Van Gosen et al. state fibrous amphiboles are in the blackwall at Chester, and cite Veblen and Burnham (1978b).  However, Veblen and Burnham (1978b) never mention fibrous amphiboles, but fibrous biopyriboles instead.  Thus, the sentence in Van Gosen et al. (2004) should be rewritten to read: "These newly found biopyriboles represent intermediate products of incomplete reactions during the conversion of anthophyllite and cummingtonite to talc."  Van Gosen has, in fact, acknowledged this rewording would be more accurate (Van Gosen personal communication).  As noted above, the Chester deposit was in Windsor County, as is the former Frostbite mine.  Robinson (et al. 2006) discuss the geology of the Frostbite mine and make no mention of asbestos minerals occurring in the deposit, although they note the as-expected occurrence of antigorite, a serpentine-group mineral.

To further understand the potential for Vermont talc in general and southern Vermont talc in particular to contain asbestos:  1) published literature outside of geology was sought and 2) samples of southern Vermont talc ore and Johnson & Johnson products were obtained and

characterized. Along with the geological studies noted above workers in the health-related fields became interested in Vermont talc as a method to ascertain the health effects of talc not contaminated with asbestos. McCrone (1977) undertook a study of 100 samples, with 23 from Vermont and found no asbestos in any of the Vermont samples. Boundy et al. (1979) also collected samples and found no asbestos in any samples from three operating talc mines in Vermont. Dr. Gunter obtained seven samples of talc from the Argonaut Mine and Buzon (2016) determined, by X-ray powder diffraction, that all seven were asbestos free.

I was provided hundreds of internal documents from Johnson & Johnson from the different mines and mills in southern Vermont. The clear majority of these reports and testing documents found talc ore and products from this mining district to be asbestos-free. These testing results include XRD, PLM, and TEM reports from multiple independent laboratories starting in the early 1970s. However, out of the hundreds of tests performed there are some testing documents that did at first mention observing chrysotile in trace quantities, but follow-up analysis of the same samples found them to be asbestos free. There were several reasons for this, but mainly lab contamination was cited. I was aware of the testing work by Lewin as I had reviewed it earlier. Even in my earlier review, I questioned his results. In the documents provided by Johnson & Johnson, I discovered my skepticism to be correct as they had hired some of the most competent mineralogists in the world to review his work. As expected, they found considerable scientific inaccuracies with it. Finally, there was the occasional report of non-asbestiform tremolite/actinolite, but never any reports of anthophyllite.

Dr. Fred Pooley also performed an evaluation in Vermont and collected samples from both the ore footwall and hangingwall in order to characterize the minerals that would be possible contaminants of the talc ore. No asbestos was observed. In regard to amphibole and serpentine minerals he concluded:

> "The amphibole minerals were found in discrete locations and not disseminated throughout the talc ore and were not asbestiform in character. Serpentine mineral was found in the specimens located at the centre of the orebody but no fibrous components were observed."

Based on the past geological investigations, the geological development of the southern Vermont talc deposit, and past peer-reviewed/refereed publications, it is my opinion to a reasonable degree of scientific certainty that it appears very unlikely that asbestos occurred in these talc deposits, or in turn in products produced from them. It is also worth pointing out that many of the past testing documents need to be critically evaluated in light of the above and not taken at face value. Most certainly serpentine group minerals do occur in these deposits, but investigators mostly only reported finding the antigorite variety, as geological conditions did not favor the formation of chrysotile. The occurrence of amphiboles appears rare in the deposit, and there is no evidence that any amphiboles in the deposit, or the schist enclosing it, are asbestiform.

RJ Lee Group, Inc.
Project Number: LLH111414
Page 8 of 33

To further summarize, this talc deposit formed by low-temperature alteration of serpentinite, a geological condition not favorable for the formation of asbestos, but where non-asbestiform serpentine occurs.  Several published studies found no asbestos in talc produced in this mining district (Blount, 1991; Boundy et al., 1979; McCrone, 1977), while to my knowledge no published study found asbestos.  In fact, Vermont talc was chosen by Boundy et al. (1979) to determine the health effects to miners and millers exposure to asbestos-free talc.  IARC (2010) and McCarthy et al. (2006) report no asbestos in Vermont talc.

Lastly, I have conducted testing on 15 samples collected from the Argonaut Mine collected by Professor Mickey Gunter (Sanchez report dated April 6, 2018 "Analytical Test Report of the Gunter Argonaut Samples").  No asbestos was observed in any of the talc samples.  In two non-talc samples composed of primarily serpentine group minerals a trace quantity of chrysotile was observed by TEM. No asbestiform amphiboles were observed in any sample. Non-asbestiform tremolite-actinolite amphibole was the primary component of one sample, which is also not a talc sample.

**Guangxi, China Talc**

I understand that Guangxi, China is a source mine used for Johnson & Johnson's talcum powder. I have evaluated the scientific literature related to the geology of the talc formations in Guangxi, China. It is my opinion that the talc mined in Guangxi, China is not contaminated with asbestos, nor has it been contaminated in the past.

There are at least three major talc mining regions in China: Liaoning, Guangxi, and Shandong, in order of volume of talc produced. Each of these regions are geologically unique.  Johnson & Johnson sources their talc from the Guangxi Province talcs.  The talc mines are located in the mountainous regions west of Guilin City in the northern part of the Province.  The geology of northern Guangxi is complex.  The respective mines are located in the Danzhou Formation which is equivalent with the Banxi formation in Hunan and the Dengshan Group in Jiangxi province. These sedimentary formations were deposited in the Mesoproterozoic and deposited in a rift related basin (Wang and Li 2003).   These sedimentary groups were subsequently metamorphosed to low-grade green-schist facies assemblage and folded during the Jiangnan Orogeny in the Neoproterozoic (Wang et al. 2006), and likely uplifted during the Mesozoic.  The mountainous region that trends northeast and southwest to the west of the city of Guilin is also referred to as the Jiangnan old land (Yan et al. 2003).   These metamorphosed sedimentary formations consist of primarily siliceous sediments composed of pelitic schists, phyllites, slates, siltstones, sandstones, conglomerates (Li, X.H. 1999), and sequences of carbonate bearing rocks (Wang and Li 2003).  These carbonate rock sequences are likely the protolith for the talc bearing zones that compose the Guangxi China talc deposits.

Observed country rock (i.e. non-talc ore) in contact with the talc ore consists of quartzite and phyllitic slates.  Within the mining area are veins of non-talc rocks composed of grey carbonates

(primarily dolomite) and some veining of hydrothermal quartz. They do not exhibit any fibrous mineralization. The country and non-talc rocks are removed from the talc ore prior to milling during the various stages by hand sorting. The sorting is done based on the distinct color differences between the non-talc rock and talc ore.

The talc bearing zones and talc ore consist of pale green to white and grey colored bands; the talc is the primary component of the pale green to white bands while carbonate minerals are the primary component in the grey bands.

Mining is accomplished by open pit methods and the talc ore is initially sorted at the mine prior to transportation off-site. The talc is initially screened, washed, and hand sorted based on coloration of the ore. The pale green to white ore constitutes nearly pure talc and the more grey carbonate-rich rock is either wasted or sorted into separate production lines at the mine and plant sites. The talc ore from the Guiguang mine is transported to Guilin for further beneficiation, transportation as lump talc, or milled and packaged.

Sorting of the talc from non-talc rock is primarily done by hand, this means that workers physically separate the talc from non-talc rocks. For larger rocks, they are either separated as lump talc or where they are impure, pneumatic hammers are used to break the rocks into manageable pieces for further beneficiation.

Quality Control (QC) testing of the milled talc on site is done on a routine basis. The testing involves sieving, whiteness testing, density testing, X-ray Fluorescence, wet chemistry for heavy metals, and powder X-ray diffraction (XRD). The testing conducted is in accordance with the Chinese Pharmacopeia. With regard to asbestos, XRD is used to screen for the presence of the potentially asbestos minerals serpentine and amphibole. The test method being employed is the Chinese Pharmacopeia standard GB/T15344-2012 "Methods of the Physical Test of Talc" and which the QC technicians use to screen for asbestos. Microbial testing is also performed for food and cosmetic grades of talc.

The analytical testing conducted is composed of a combination of powder X-ray diffraction (XRD), polarized light microscopy (PLM) –generally in accordance with the current United States Pharmacopeia (USP) or CTFA J4-1, and transmission electron microscopy (TEM).

In 2009, the FDA conducted off-the-shelf product sampling of cosmetic talcum powders as well as solicited USP grade talcs from talc mining and trading companies. At that time, three grades of pharmaceutical talc labeled Imperial 200, 250, and 400 USP were known to come from Guangxi. A contract laboratory on the FDA's behalf conducted the testing and they performed PLM and TEM testing. No asbestos was detected in the three USP grade talcs submitted. In addition to these Guangxi source talcs they also tested a sample of Johnson's Baby Powder with the result of no asbestos detected. This is relevant as Guangxi talc was the source of Johnson's Baby Powder during this time period.

RJ Lee Group, Inc.
Project Number: LLH111414
Page 10 of 33

Starting in 2009, RJ Lee Group, Inc. has conducted both talc surveys and quarterly monitoring for Johnson & Johnson of Guangxi-sourced talcs.  The testing incorporated the current USP talc monograph with PLM and TEM testing of each sample submitted.  Results of these analyses showed no serpentine or amphibole group minerals were detected, let alone chrysotile and/or amphibole asbestos.

Additional mineralogical based testing on Guangxi-sourced talc were performed by Buzon in 2016 wherein she examined seven specimens by XRD and found no serpentine or amphibole minerals present.

Early in 2019 I undertook additional analyses of current Johnson & Johnson talc products purchased in California.  A total of 12 samples were tested by XRD, PLM, and TEM methodologies. No asbestos was observed in any of the 12 bottles. Additionally, I analyzed another 10 samples of Johnson & Johnson talc products in the Shawn and Holly Johnson v. Johnson & Johnson, et al matter filed in California. No asbestos was observed in any of those 10 bottles.

**Product formulation**

My opinion that Johnson & Johnson talcum powder did not contain asbestos is also based upon my review of internal Johnson & Johnson documentation requiring that only talc free of asbestos be used in Johnson & Johnson's talcum powder. I have reviewed Johnson & Johnson's Raw Material Purchase Specifications, which confirm that suppliers were required to analyze each shipment of talc for asbestos content and certify that each shipment of talc was asbestos free.

**Product testing record**

My opinion that Johnson & Johnson's talcum powder did not contain asbestos is based on a decades-long testing record, including historical testing by Johnson & Johnson and its suppliers, independent, third-party testing, and historical government testing.  Review of the entire testing record leads me to conclude Johnson & Johnson's talcum powder did not contain asbestos.

**Historical testing by Johnson & Johnson and its suppliers**

I have reviewed documentation regarding Johnson & Johnson's testing protocols for its talc supply. My understanding is in the early 1970s, Johnson & Johnson developed a state-of-the-art, reliable testing method and internally tested its talc supply, along with talcs never intended to be used in finished Johnson & Johnson talcum powder products, for the presence of asbestos using several different testing methods. This was a response to false alarms raising the issue of possible contamination of cosmetic talc with asbestos. *CTFA-FDA Scientific Liaison Report*, CTFA Cosmetic Journal, Vol. 3, No. 4 (1971). Johnson & Johnson's policy required it to discard any talc lot that was sampled and determined to be contaminated with asbestos. I have reviewed Johnson

& Johnson's internal testing results from the relevant time periods and confirmed that the overwhelming majority of these results were negative for amphibole or serpentine minerals.

**Independent, third party testing**

I have reviewed numerous independent testing results submitted by McCrone Laboratories, RJ Lee Group, and other third-party testers comprising test results covering Johnson & Johnson's talcum powder for the past 40+ years. These test results show that these experts have consistently determined that Johnson & Johnson's talcum powder was not contaminated with asbestos. These testing results are consistent with the bulk of reported studies and testing by the government, academics, and other laboratories.

In addition to these tests, RJ Lee Group has recently completed sixteen (16) samples as part of the MDL process.  The testing conducted was in accordance with generally accepted methods and found non-asbestiform amphibole in each of the 16 samples.  The amphibole identified in fifteen (15) of the samples is cummingtonite with clear indications of talc alteration and tremolite in one (1) sample.  These findings of cummingtonite are consistent with another bottle tested in March 2018 of a "museum" specimen from 1978 wherein non-asbestiform cummingtonite was observed.  For these same 17 samples both Dr. Longo (one sample) and Mr. Poye (8/16 samples) misidentified the amphibole present as anthophyllite asbestos.  Thus, they misidentified both the habit of the amphibole and the species of amphibole.  These mistakes are a result of not following generally accepted methodologies for the testing of talc for asbestos.

Twenty-three (23) additional reports from the MDL process were reported on December 12th, 27th, and 31st, 2018.  Non-asbestiform amphiboles were observed in numerous of these samples.  Depending on the specific samples the amphibole types observed were tremolite and cummingtonite.  In addition to these phases on three samples intergrowths of anthophyllite and the pyriboles jimthompsonite and clinojimthompsonite were observed.  In one sample the suspected amphibole particles observed by PLM were intergrowths of talc and clinojimthompsonite with no observed amphibole component by TEM-SAED analysis.

In addition to the above sixteen samples RJ Lee Group has recently completed an additional ten (10) samples and seven (7) samples that are from Asia obtained through the MDL process.  In none of these 17 samples were any asbestiform minerals detected.  In regard to the 10 samples, non-asbestos amphibole was observed in seven of the samples.  These amphiboles were mixtures of cummingtonite and tremolite.  For the seven Asian samples six of the seven samples contained non-asbestiform tremolite.

RJ Lee Group has completed testing of two (2) additional samples from the Philippines market, one of which would likely be Korean sourced talc and obtained through the MDL process. Trace non-asbestiform tremolite was observed in one of the samples that based on year of manufacture would have contained Korean talc.  The latter sample was from the 1990s and is

RJ Lee Group, Inc.
Project Number: LLH111414
Page 12 of 33

likely Chinese source and no asbestos or amphibole mineral were observed.  In neither sample were any asbestiform minerals detected.

In further testing in June 2019, RJ Lee Group tested fifteen (15) samples identified as Imerys railcar samples obtained through the MDL process. No asbestiform minerals were observed in any of these fifteen samples. Non-asbestos cummingtonite was observed in five samples. Non-asbestos tremolite was observed in two samples. Non-asbestos or platy serpentine was observed in one sample.

In May of 2023, I tested a single bottle of Johnson & Johnson Baby Powder that was also tested by Dr. Longo.  No asbestos was detected in the testing.  Further, no amphibole or serpentine minerals were detected.

In February 2024, I tested a single split of material from MAS simply identified as M71740-001. No asbestos was detected. My report on this testing is dated February 12, 2024.

I have also reviewed the Blount 1991 article wherein Sample I was reported to contain amphibole asbestos.  As I have previously testified, Dr. Blount's methodology is based on sound mineralogical principles and does allow the determination of whether an amphibole is asbestiform and thus asbestos (unlike the methods of plaintiff's experts in this case).  Thus, I agree that for Sample I asbestos was observed and reported.  However, the issue is the identity of Sample I.  I have reviewed Dr. Blount's depositional testimony from April 2018, wherein she alleges that Sample I was Johnson Baby Powder, and then produced the bottle at the same deposition.  However, Dr. Blount testified that the bottle produced and identified as Sample I was purchased in New Jersey after 1991 just prior to her moving to Vermont ca. 1996.  Furthermore, Dr. Blount prior to her April deposition sent to Dr. Mickey Gunter what she represented as the samples in her 1991 article.  The bag labeled Sample I contained three vials, one of which had the date 1976 written on it.  Unfortunately, due to this confusion of fact I am unable to verify what the identity of Sample I is at this time.  I am aware that Dr. Blount would not let the parties test this sample.  Lastly, none of the other samples have been made available to me in order to test.

**Historical government testing**

In addition to the independent testing performed by McCrone Laboratories, RJ Lee Group, and others, historical testing by the FDA found no asbestos in Johnson & Johnson's talcum powder. In 1973, the FDA commissioned a study in which 195 products described as "Cosmetic talcum-type powders" were tested for possible asbestos contamination. As part of that study, eleven samples of Johnson & Johnson's talcum powder products were tested. Prof. Lewin did not find any asbestos in nine of the samples. As for the remaining two samples, the report concluded that one sample had inconclusive results for chrysotile and another sample contained trace amounts of tremolite.  *See* Prof. Seymour Lewin, Final Report: Determination of Asbestos Contents of Commercial Talcum Powders (July 10, 1973).

The FDA hired DCST to verify Prof. Lewin's XRD results by analyzing the same samples with both light microscopy and differential thermal analysis. After testing Johnson & Johnson's samples (including the two implicated in Prof. Lewin's final report), the FDA concluded that both samples did not have any detectable levels of chrysotile or tremolite. *See* Heinz Eiermann, Tabulated Results of DCST's Analyses for Asbestos Minerals in Prof. Lewin's Study (Jan. 7, 1976).

In July 1986, the FDA responded to a November 1983 citizen's petition seeking "labeling of warning of hazardous effects produced by asbestos in cosmetic talc." The FDA's response found there was no basis at that time for the agency to conclude there is a health hazard attributable to asbestos in cosmetic talc and, without such evidence there was no need for a warning label. *See* 1986 Citizen's Petition Response. Even more recently, the FDA published a study conducted in 2009 and 2010 of 27 samples of cosmetic-grade raw talc and 34 samples of cosmetic products containing talc, finding no asbestos in all samples—including Johnson & Johnson's talcum powder.                                                                          FDA, "Ingredients>Talc," available online at http://www.fda.gov/cosmetics/productsingredients/ingr edients/ucm293184.htm (last visited November 13, 2019).

In October of 2019, the FDA, using AMA (the same testing laboratory as 2009-10), reported finding chrysotile by TEM analysis in two of three splits drawn from a bottle of Johnson & Johnson Baby Powder Lot #22318RB.  Johnson & Johnson recalled this specific lot as it investigated this claim.  Both RJLG and Bureau Veritas tested, on behalf of Johnson & Johnson, additional talcum powder samples related to this lot. The analytical testing methodology of the three laboratories was similar. Furthermore, the analytical sensitivity for both RJLG and Bureau Veritas testing was greater than that of AMA.

In AMA's report, they had analyzed Lot #22318RB in triplicate using PLM NY ELAP 198.6 and a modified TEM NY ELAP 198.4. During the TEM analysis, they reported data from three of the observed chrysotile structures. The first structure, "308006-6A Chrysotile Structure 1", appears to be consistent with chrysotile based on the EDS and SAED provided. The next two structures, "308006-6B Chrysotile Structure 1a-c" and "308006-6B Chrysotile Structure 2", do not appear to be chrysotile from the SAED provided by AMA.  The first structure "308006-6B Chrysotile Structure 1a-c" does not have an observed diffraction pattern. This could indicate that this structure is a) not chrysotile, or b) the fiber was not stable during observation with the TEM. From the image provided of this structure, there appears to be no hollow tube in the center of the structure as would typically be observed in chrysotile. This structure is inconclusive at best and further data would have to be collected in order to confirm the identification as chrysotile. The third structure "308006-6B Chrysotile Structure 2" does not appear to be chrysotile from the provided SAED. The streaking in the [110] gap is reversed from what it should be.  Therefore, AMA can only definitively state that one chrysotile fiber was observed during their analysis.

With regard to the control samples and blank samples reported by AMA, there are discrepancies of the dates of preparation of the unknown Johnson & Johnson sample and the dates of the provided data.  For example, in the report it is stated that a 10% chrysotile spiked talc was prepared at the same time as the unknown sample.  However, the data produced for the 10% spiked sample was prepared at a later date.  Further, these 10% chrysotile spiked samples are prepared per batch.  Also, the blank samples produced represent a different time period of preparation other than that of the Johnson & Johnson sample subsamples.  Since the blank data presented is not that described in the report and, based on the fact that it is not from the same time frame, it is not representative of the environment where the Johnson & Johnson samples were prepared and analyzed.   The chronology for preparation and analyses are as follows:

- August 30, 2019 samples 308006-6, 308006-6a, 308006-6b are prepared.
- September 3, 2029 sample 308006-6 analyzed.
- September 5, 2019 blank samples NB19-645, NB19-646, and NB19-647 are prepared.
- September 5, 2019 10% reference control chrysotile spike prepared.
- September 7, 2019 samples 308006-6a, 308006-6b are analyzed.
- September 18, 2019 samples NB19-645, NB19-646, and NB19-647 are analyzed.
- September 18, 2019 10% reference control chrysotile spike analyzed.
- No dates given for EB-54155 described as a carbon coating filter blank.

Furthermore, blanks samples do not encapsulate every potential for contamination.  For instance, if the contamination is due to an unclean or partially cleaned pair of tweezers, and if those tweezers, while contaminated, did not handle the blank filter because it was prepared either at a different time or on a separate day, then no transfer of particulate would have been possible, thus no chrysotile observed in the blank sample.  Another example described by AMA is the fact that multiple times a year they document asbestos contamination in samples from routine laboratory practice.  This is in no way meant as a crimination of the AMA laboratory; it is a fact that in an asbestos testing laboratory, contamination is always a possibility and does happen.

With respect to RJLG testing, each sample or replicate of a sample was analyzed by XRD, PLM and TEM.  Two splits were obtained from the original sample provided to AMA, one split labeled "blinded" and the other labeled "original". The analysis of the "blinded" sample was replicated three times, and the analysis of the "original" was replicated twenty times. RJLG was not able to duplicate the findings of chrysotile in the same bottle. These reports are dated October 28, 2019 (the original triplicate analysis) and November 5, 2019 (the additional 17 analyses of the "original" sample). Five samples (four milled talc and one baby powder) provided by Johnson & Johnson were analyzed in triplicate from the same lot that AMA tested. These samples were reported on October 28, 2019 and no asbestos was detected in any of the replicates[2]. RJLG

[2] See RJLG Incident report 10\28\2019: "During the analyses of several samples by transmission electron microscopy (TEM), it was observed that some of the samples that were prepared in one room (room 107I) were found to contain

received and tested six additional lots of talc provided by Johnson & Johnson, wherein no asbestos was detected in any of those lots. The results of these tests were reported on October 29, 2019. In all, 41 tests were performed; no asbestos, amphibole, or serpentine minerals were observed in any of the tested material.

Regarding the Bureau Veritas testing, the preliminary report dated October 27, 2019 showed no asbestos observed on three replicates of the sample lot tested by AMA. The final report, dated November 27, 2019, included the preliminary report data plus additional analysis of four other samples. These are the same samples analyzed by RJLG in the October 28, 2019 report. Bureau Veritas tested each sample in triplicate by four different methods which include PLM 400 point count, PLM 1000 point count, TEM ASTM 5756, and TEM EPA/600/R-93/116. During the analysis of lot #H06228-D7(A1910246-001C and -00D) using TEM ASTM 5756, fibers were observed but Bureau Veritas determined that these structures were sepiolite rather than chrysotile. Further discussion of sepiolite and chrysotile follows. Upon review of the data provided in their report, I agree with this conclusion that these fibers are not chrysotile. Additionally, they observed two possible amphibole structures on H06228-D7 (A1910246-001C). Based on the data provided, I cannot independently verify whether or not these particles are amphibole.

Between RJ Lee Group and Bureau Veritas, a total of 155 independent tests were conducted, 74 of which were TEM tests.  In none of these tests could the presence of chrysotile be confirmed. Thus, the observation of chrysotile by AMA is most likely the result of contamination during sample handling and not from the material itself.

I reserve my right to offer opinions as more information is made available about this event.

Much has been written on the mineralogy of chrysotile as it formerly had a very significant role in many industrial processes and products (See Deer et al. 2009, Ledoux 1979, and references therein). The general structure of chrysotile consists of a 1:1 layer silicate composed of a sheet of tetrahedrally coordinated silicon and a sheet of octahedrally coordinated magnesium. Because of the mismatch between the optimum bond length between the apical oxygens of the tetrahedral sheet and the octahedral sheet, the stresses created are compensated for by bending of the sheets. As the sheet extends, this curvature results in the formation of a scrolled structure around the crystallographic axis in chrysotile (see image below). The composition of chrysotile is ideally $Mg_3Si_2O_5(OH)_4$ but small amounts of other elements can substitute for magnesium in the octahedral sites (e.g. iron, nickel, manganese). Chrysotile occurs in serpentinite rocks found in

---

trace levels of chrysotile.  Duplicate and triplicate testing of the same sample, prepared in our standard preparation room (room 122), did not contain any asbestos.  Repeat testing of all samples, prepared in triplicate in our standard preparation room, indicated the samples did not contain any asbestos.  Based on these results, it was concluded that some of the samples prepared in room 107I were somehow contaminated by the environment". Of the 52 total tests in the known clean environment, no sample tested positive for asbestos. Meanwhile, of the 7 tests from the known contaminated environment, 3 showed positive for chrysotile.

RJ Lee Group, Inc.
Project Number: LLH111414
Page 16 of 33

ophiolite sequences. The scrolled structure of chrysotile is a characteristic feature of the mineral and is exhibited by the morphology and electron diffraction patterns observed in the TEM.



**Simulated chrysotile scroll.**



**TEM electron micrographs of chrysotile bundle (left) and the observed SAED pattern (right). Note the distinct streaking of the SAED caused by the scrolling structure of chrysotile. Also, on the image one can observe the hollow tube running down the center of the fiber represented by a lighter grey region in the center of the fiber.**

Sepiolite is a 2:1 sheet silicate clay mineral with the ideal composition of $Si_{12}Mg_8O_{30}(OH)_4(OH_2)_4\cdot 8H_2O$. Sepiolite is included as a sheet silicate as the structure contains a two-dimensional sheet composed of $T_2O_5$ (T=Si, Al, etc.), however, sepiolite does not contain a continuous octahedral sheet. This results in a ribbon structure composed of 2:1 layer silicate sheets. These ribbons are joined by apical oxygens of adjacent tetrahedral ribbons where the adjacent tetrahedral ribbons have alternating directions of the apical oxygens (see Jones & Galan 1988, and reference therein, for discussion). The arrangement of these ribbons creates a large

channel in the structure capable of weakly holding water as well as other cations. This ribbon structure causes sepiolite to form typically in a fibrous habit. Sepiolite occurs in a wide variety of environments, but seldom in significant abundance (Jones & Galan 1988). Electron microscopy of sepiolite is difficult as the structure degrades quickly as a result of dehydration of the structure in the vacuum of the electron microscope.



**TEM electron micrographs of a sepiolite fiber (top) and SAED (bottom). Notice the lack of streaking within the SAED pattern.**

**1970s Testing**

I am aware of historic testing that took place in the 1970s, including testing in 1972 by Professor Lewin at NYU and in 1976 by Drs. Rohl and Langer. It is important to note that it would be improper to rely solely on Dr. Lewin's preliminary results. Dr. Lewin's preliminary results have been described by McCrone as "grossly wrong" and by NIOSH as "erroneous." Walter C. McCrone, *The Asbestos Particle Atlas* (1980) at 3-4; NIOSH, *Analysis of Talc by X-Ray Diffraction and Polarized Microscopy* 34 (May 1977) at iii.

Likewise, Drs. Rohl and Langer's 1976 article has been discredited because it did not reliably identify asbestos. On the face of their article, Rohl and Langer stated that their methodology did not distinguish between asbestos and non-asbestos. They defined "asbestiform" as "formed like or resembling asbestos." based solely on a 3:1 aspect ratio.

Academic, private, and government scientists, including IARC, the U.S. Bureau of Mines, and the McCrone Institute, are in agreement that Drs. Rohl and Langer's 1976 report is unreliable (IARC 2010) wherein they state that "criticisms [of Rohl et al. 1976] were reasonable and little reliance can be placed on the reported concentration of tremolite or anthophyllite. The Working Group also noted that Rohl *et al.* (1976) stated that their methodology did not distinguish between asbestos and non-asbestiform mineral fragments." A same problem was noted by Campbell *et al.* 1977 wherein they state that: "In many instances, cleavage fragments of common amphibole minerals have been mistakenly identified as microscopic fibers of the related asbestiform variety.

RJ Lee Group, Inc.
Project Number: LLH111414
Page 18 of 33

Such lack of precision in identifying these particulates is a handicap to scientific decision making". Walter McCrone (1980) commented on the use of a 3:1 aspect ratio and its use in asbestos analysis in talc as "silly".   Lastly, Krause (1977b) states in regard to the work by Rohl et al. "conclusions drawn are without scientific basis and are therefore misleading and invalid".

Indeed, for these reasons, in its 1986 review of whether cosmetic talcum powder should be affixed with a warning label, the FDA rejected this testing:

> *"During the early 1970s, FDA became concerned about the possibility that cosmetic talc did contain significant amounts of this material. The agency received several reports about such contamination. However, at that time, the analytical procedures for determining asbestos in talc were not fully developed, and most of the analytical work was conducted without scientific agreement as to which methods were well-suited for the identification of asbestiform minerals in talc. Consequently, FDA considered all analytical results to be of questionable reliability. This assessment proved to be correct because many questions were subsequently raised about results reported in the literature in the early 1970s (see enclosed copy of National Bureau of Standards Special Publication 506 entitled "Misidentification of Asbestos in Talc.)"*

1986 Citizen's Petition Response at FDA00003601.

**Plaintiff Expert Testing**

*Aspex, LLC*
It is my understanding that Dr. Mark Rigler has been disclosed as an expert in this case.  To date no case specific report has been issued.  However, in the latest reports I have reviewed from Dr. Rigler, he has presented no new data, merely a summary of the reports of MAS where he is a cosignatory. I reserve my right upon review of his case specific report to rebut any new allegation(s) he may raise. Discussion of these reports follows.

*MAS*

I have reviewed reports by Dr. Longo of MAS as well as various deposition and trial testimony as it relates to his testing of alleged bottles of Johnson & Johnson talcum products.  The specific reports I have reviewed are dated August 2, 2017, August 21, 2017, September 2017, October 2017, February 16, 2018, March 2018, March 11, 2018, October 2018 (two reports), November 5, 2018, November 14, 2018, January 15, 2019, February 2019, February 9, 2021, and April 13, 2021. Criticisms of the MAS testing conducted on the MDL samples are expounded in a report dated February 12, 2019 and summarized herein. Additional criticisms of MAS testing are found in a report dated May 10, 2023.

Dr. Longo and MAS used "count rules" that are incapable of differentiating asbestos from non-asbestos minerals.  Furthermore, Dr. Longo misidentifies fiber (defined by him as >5:1 AR and >0.5um particles) as bundles, the features that are observed are common to all amphiboles and not unique to asbestiform amphiboles.  The finding of small amounts of amphiboles in sporadic samples potentially originating from these deposits is consistent with the geology and testing records of both the Vermont and Italian source mines, and do not constitute a finding of asbestos. MAS further failed to use any objective measurements of observed electron diffraction patterns such as, without this data they cannot show that the observed particles are in fact amphibole and even if these were proven to be amphibole by supplemental work the diffraction data alone is insufficient to determine if any particle is asbestiform.

Dr. Longo does not properly follow the ISO 22262-1 Method for PLM analysis. 1. Dr. Longo's report claims he analyzed 42 talc samples using the ISO 22262-1 method for PLM analysis.  (See Nov. 14, 2018 MAS Report, at p. 16.)  Dr. Longo fails to measure correctly the refractive index of the alleged minerals observed, this results in his incorrect identification of anthophyllite asbestos by PLM.  In Figure 10.1 are two images from Dr. Longo reports showing the refractive index measurement in both the parallel and perpendicular directions -arrows added- (See Nov. 14, 2018 MAS Report, at p. 581-582.)   Note, that the color observed (which is a function of the refractive index) does not change as a function of orientation. Shown directly below are the correct colors that would be displayed if these particles were in fact anthophyllite.  The lower pair of images are taken from ISO 22262-1 (at p. 51) and illustrates both the refractive index and morphology of anthophyllite asbestos in same two particle orientations as the images supplied by Dr. Longo.

RJ Lee Group, Inc.
Project Number: LLH111414
Page 20 of 33

*Dr. Longo anthophyllite vs. ISO 22262-1 anthophyllite asbestos*



Figure D.47 — HSE anthophyllite in 1,605
RI liquid viewed in dispersion staining — Fibre
lengths parallel to polarizer vibration direction

Figure D.48 — HSE anthophyllite in 1,605
RI liquid viewed in dispersion staining — Fibre
lengths normal to polarizer vibration direction

*ISO 22262-1*

**7.2.3.7   Identification of asbestos**

**7.2.3.7.1   Morphology**

A detailed description for the morphology that is characteristic of asbestos is as follows. This morphology is characteristic of the larger fibres seen in stereomicroscope examinations and of fibres selected from laboratory samples for PLM identification of fibre type.

In the light microscope, the asbestiform habit is generally recognized by the following characteristics:

a)   the presence of fibre aspect ratios in the range of 20:1 or higher for fibres longer than 5 µm;

b)   the capability of longitudinal splitting into very thin fibrils, generally less than 0,5 µm in width;

c)   in addition, observation of any of the following characteristics for the fibre type under consideration provides additional confirmation that the fibres are asbestiform:

   1)   parallel fibres occurring in bundles,

   2)   fibre bundles displaying splayed ends,

   3)   fibres in the form of thin needles,

   4)   matted masses of individual fibres,

   5)   fibres showing curvature.

In practice, if chrysotile, crocidolite or amosite is identified in a commercial product, the assumption can safely be made that the fibres are asbestiform and that these fibres conform to the description above. This assumption can be made because these three types of asbestos were mined and processed to yield fibres with specific properties for intentional incorporation into products. Some anthophyllite asbestos was used in a few commercial products, but very little was mined and used commercially. Tremolite asbestos has been found in some surfacing and fireproofing applications in Japan. However, other than these occurrences, the amphiboles tremolite, actinolite, and richterite/winchite were not generally used in commerce, and their presence in a product is more likely a consequence of naturally occurring contamination of one or more of the major constituents. Accordingly, no assumption can be made as to whether the amphibole is asbestiform or non-asbestiform. Anthophyllite can occur as contamination of other mineral products, and in such situations no assumption can be made as to whether it is asbestiform or non-asbestiform. In some samples, these amphiboles may exhibit a mixture of morphological types, and quantitative determination of the regulatory status of such samples may require a detailed study of the fibre size distribution that is beyond the scope of this part of ISO 22262.

In general, for this part of ISO 22262, the presence of either the asbestiform or the non-asbestiform analogues of tremolite, actinolite, anthophyllite or richterite/winchite can usually be specified. If the majority of the amphibole fibres longer than 5 µm have aspect ratios equal to or lower than 5:1, and if the fibres do not exhibit any of the characteristics in c), it can be concluded that the amphibole is probably non-asbestiform, with the degree of certainty increasing with decreasing maximum aspect ratio. If any amphibole fibres longer than 5 µm with aspect ratios in the range of 20:1 or higher are observed, then it can be concluded that amphibole asbestos is probably present, with the degree of certainty increasing with increasing aspect ratio.

(ISO 22262-1 Method, at pp. 22-23.)

In his application of the method, however, Dr. Longo disregards the method's definition of asbestiform.  (See Nov. 14, 2018 MAS Report, at pp. 19-20.)

*ISO 22262-1*

**2.8**
**asbestiform**
specific type of mineral fibrosity in which the fibres and fibrils possess high tensile strength and flexibility

[ISO 13794:1999,[4] 2.6]

(*Id*. at p. 2.)

Rather, Dr. Longo assumes any amphibole that is elongated (>3:1 aspect ratio) are asbestiform. (Ibid.) This is especially problematic as the method specifically states no assumptions can be made as to whether observed anthophyllite, tremolite, and actinolite are asbestiform. Furthermore, ISO 10312 (an air method), which uses a 3:1 aspect ratio counting criteria specifically states, "The method cannot discriminate between individual fibres of the asbestos and non-asbestos analogues of the same amphibole mineral." (ISO 10312 "Ambient air – Determination of asbestos fibres – Direct-transfer transmission electron microscopy method" p. 1 sec. 1.1).

Dr. Longo's report also fails to identify how he identified the particular structures as bundles other than describing the structures as "parallel fibers in an asbestos structure that are closer than one fiber diameter to each other." (Nov. 14, 2018 MAS Report, at p. 19.) This is particularly concerning as Dr. Longo concedes an outside laboratory was unable to identify any asbestiform particles in the 38 samples of the Defendants' talc it tested from the same time period using the same methodology followed properly. (Id. At 13.)

In sum, Dr. Longo materially deviates from the ISO 22262-1 method in a manner that is novel and not generally accepted by the scientific community.

Furthermore, Dr. Longo's comparison of his observed data to the data found in the 1977 Bureau of Mines report to conclude a finding of asbestos is a false comparison. The MAS data consists of only amphiboles that have aspect ratio's greater than 5:1 and longer than 0.5um in length (MAS's chosen counting criteria). When one compares the Bureau of Mines report the comparisons of the asbestos vs. non-asbestiform amphiboles were conducted on measurements of all particles in all size and shape ranges. Thus in order to use the Bureau of Mines data for comparative purposes MAS must collect all the dimensional data of the particles within the product samples and then compare the aspect ratio distributions. Furthermore, MAS must show that the TEM preparation process does not bias the particle distributions through loss of the larger particulate. When I used a one-to-one comparison of the observed MAS particle population the distribution is consistent with non-asbestiform amphibole. By not comparing the same type of dimensional data MAS compared two disparate data sets and arrived at a false positive result for asbestos.

The claim of Dr. Longo that the mineral chesterite is a polymorph of anthophyllite is false. The term polymorphism refers to minerals that have the same chemical composition but different crystal structures. This is not the case between chesterite and anthophyllite, they both have a unique chemical composition (end member formulas $Mg_{17}Si_{20}O_{54}(OH)_6$ and $Mg_7Si_8O_{22}(OH)_2$) and unique orthorhombic crystal structures (a= 18.64, b= 45.31, c=5.29 and a=18.54 b=18.02, c=5.28 respectively). The methods used for both compositional and diffraction analysis conducted by MAS is incapable of distinguishing these two minerals.

The comparison of a modern day talcum powder's particle size distribution does nothing to verify whether a talcum powder obtained from a third party seller is the same material that would have been placed in the bottle during manufacturing. Talc products are milled to certain size parameters for a variety of applications. The end user of the talc defines the particle size needed for the intended application and these sizes are not unique to any given product or manufacturer. For example, an industrial grade talc that is milled to 200 mesh would have a comparable particle size distribution to a cosmetic grade talc milled to a 200 mesh. The particle size comparison between the two simply confirms that the talcum powder tested has been milled to the same specification but it does not establish provenance of a material or the end use application of the powder. The particle size distribution would only be a unique marker if Johnson & Johnson used a uniquely milled particle size, this is not the case with current production nor have I seen evidence that this was true in the past.

Furthermore, I have tested thirty-one (31) of the alleged Johnson & Johnson powders analyzed by MAS and relied upon by Dr. Longo and found that only one of the samples contained tremolite asbestos which was observed despite the presence of non-asbestiform amphibole in sample 3149796, a sample drawn from a pre-1953 cardboard container. This container is from the early 1940's and is unique when compared to the remainder of the samples analyzed. It is in no way representative of the whole sample set of containers. The asbestiform component is clearly observable by PLM and TEM without any concentration techniques being employed. Any other amphibole observed in the other samples were non-asbestiform and consistent with amphiboles of the monoclinic crystal system, i.e. cannot be anthophyllite.

I have also reviewed the two MAS Baby Study Simulations dated January 2019 and June 28, 2019 rev. 1 as well as the MAS Supplemental Baby Study dated May 2020. There are numerous incongruities in the data presented in these reports which need to be addressed. The two samples selected for the studies are the two highest amphibole containing talc samples drawn from Johnson & Johnson containers. The sample used in the January 2019 report (M66173-003) contains primarily non-asbestos amphibole with a subordinate amphibole asbestos component. The sample used in the Baby II Study contained no detectible amphibole asbestos component. Thus, the assumption that all the amphibole observed in a simulation must be asbestos is erroneous and this assumption will exaggerate amphibole asbestos f/cc values in both studies. The concentration of amphibole in these two samples are orders of magnitude greater than other talc samples (where amphibole is observed) drawn from Johnson & Johnson product containers.

Furthermore, for the January 2019 report, 74 out of 74 counted amphibole particles all were identified as tremolite by MAS and no chrysotile was observed in any of the air samples generated in this study.  However, in the fabric sample WC-1-C, MAS reported chrysotile (n =5) and no tremolite.  The source of chrysotile needs to be determined as there is no evidence to support a conclusion that it came from the talc.  When comparing the NIOSH 7400 (PCM) and NIOSH 7402 (TEM) data for the six personal samples from the January 2019 report, the percentage of fibers that were identified as asbestos by TEM ranged from 0 (P-1-A) and 100 (P-1-D).  The minimum and maximum asbestos fiber to total fiber ratio presented in this small sample set, from the same simulation and the same material source, is highly suggestive of either a sampling or analysis error.  Talc fiber is always a component of any talc-based sample (not to be confused with either fibrous or asbestiform talc). The near lack of recorded talc fiber in the TEM analysis for both studies further indicates that the total fiber count of the TEM data is not reliable, thus the "asbestos" percentages reported are not valid.

Dr. Longo has also issued a number of reports (Zimmerman Feb 24, 2020; Citizen Mar 6, 2020; Doyle Mar 20, 2020; Titley Mar 18, 2020 and May 14, 2020; and Colley Apr 6, 2020) wherein he purports to identify chrysotile using an iodine staining procedure. Discussion of this procedure and the effects thereof are discussed in my reports dated March 9, 2020 (Zimmerman) and April 29, 2020 (Titley).

I have reviewed reports dated September 16, 2020, and September 17, 2020 (supplemental dated September 29, 2020) which comprised testing of GuangXi Chinese source talc and "off the shelf" testing of Johnson & Johnson baby powder.  In these reports, Dr. Longo continues to misidentify talc as chrysotile. This error is the same error as discussed in my rebuttal reports of March 9, 2020 and April 29, 2020.  Dr. Longo has demonstrated a lack of understanding of optical crystallography and how it is used in mineral characterization and identification.  Furthermore, the optical measurements given by Dr. Longo, even though erroneous, are still inconsistent with chrysotile optical data in the published literature and generally accepted PLM based general methods.  For example, Longo's chosen method for this analysis is ISO 22262, however he completely disregards the published known chrysotile ranges for $\gamma$ and $\alpha$, see Figure C.1. Ironically the matching ($\lambda_o$) color that MAS interprets as $\gamma$ for chrysotile is the same color (same refractive index) as the talc plates in the same photograph.

I have reviewed a single bottle test report of Dr. Longo dated February 28, 2023.  In this report Dr. Longo again changes his testing approach by PLM as it relates to the alleged findings of chrysotile. The primary change is using a 1.560 instead of the previously used 1.550 refractive index liquid.  This further demonstrates that, as discussed above, talc is being misidentified as chrysotile.  I discuss these findings in a report dated May 10, 2023, and its revision dated June 20, 2023. Below are comparisons of what Dr. Longo is alleging is chrysotile in the 1.560 liquid to the Calidria chrysotile.

RJ Lee Group, Inc.
Project Number: LLH111414
Page 25 of 33



Note that the colors are not the same, meaning that they cannot be the same mineral.  Further, note below this same particle compared to what Dr. Longo reports as talc (this I agree with).  The alleged chrysotile exhibits the same colors as the talc.  Thus, the alleged chrysotile is talc.



Dr. Longo also misrepresents the refractive index of the Calidria chrysotile in his reports and prior testimony.  The comparisons made above are to a mineral phase within the Calidria material, but it is not representative of that chrysotile. Below on the left is an image of a representative field of view of the Calidria chrysotile material in a 1.560 liquid. The three images on the right were produced by Dr. Longo as representative of the Calidria material. Supporting this are refractive index measurements provided in the literature for Calidria sourced chrysotile; both McCrone 1974 and Campbell et al. 1980 provide refractive indices measurements for both $\gamma'$ and $\alpha'$ in either $\lambda_o$ or in $n_D$, respectively.  McCrone 1974 reports 590nm and 630nm in 1.550 reference liquid and Campbell reports 1.562 and 1.557 respectively.



I have reviewed the deposition of Dr. Longo in the Cardillo case given on September 1, 2023 wherein Exhibit 13 is an affidavit dated August 28, 2023. Exhibit 13 included a report of Dr. Shu-Chun Su regarding the misinterpretation of Dr. Su's work cited by Dr. Longo to support Dr. Longo's erroneous chrysotile findings. The testing reviewed by Dr. Su is directly relevant to this case as Dr. Longo uses the same systematically flawed approach and rational in his testing on Johnson & Johnson talc products. In his review Dr. Su states:[3]

*"MAS misinterpreted my conversion tables for chrysotile in Cargille 1.550 (Series E) R.I. liquid. Those tables do not define the ranges of chrysotile's refractive indices.  Instead, they are used to convert RI matches between the liquid and solid at matching wavelengths other than 589nm, back to the reported values that are given at 589 nm."*

Dr. Longo misinterprets Dr. Su's work to justify his chrysotile findings by falsely comparing his observed refractive indices (albeit incorrectly measured) with the tables of Dr. Su to claim his observations are chrysotile and that his approach is consistent with the scientific literature.  Dr. Longo is using both a novel and unsound testing protocol.

---

[3] Exhibit 13 – Deposition of Dr. William Longo in Cardillo vs. American International Industries et al. New York September 1, 2023.

*J3 Resources*

As noted above, Mr. Poye analyzed 16 samples of Shower to Shower obtained through the MDL process. A more thorough review of J3 Resources testing of these samples was produced in a separate report dated February 12, 2019. I will summarize that report here.

As noted above, Mr. Poye of J3 Resources analyzed 16 samples of Shower to Shower obtained through the MDL process. A more thorough review of J3 Resources testing of these samples was produced in a separate report dated February 12, 2019. I will summarize that report here.

The analysis of Mr. Poye failed to screen adequately by PLM for amphibole mineral phases and did not find any asbestos because it is simply not present in those bottles. Regarding his TEM testing, he failed to conduct quantitative zone axis indexing correctly and arrived at the false positive result of anthophyllite asbestos in 11 of the 16 samples. This false positive result is due to his failure to index his zone axis diffraction patterns, when evaluating his zone axis diffraction patterns and indexing them, one finds that they are consistent with particles derived from talc to amphibole reactions and many of the particles are in fact transitional particles, or intergrowths of various biopyribole phases, (e.g. talc, cummingtonite, and clinojimthompsonite). Thus, Mr. Poye's own testing and back-up data has in fact shown that there is no asbestos present in the 16 samples tested when mineral identification is conducted correctly.

*John J. Godleski, M.D.*

I have reviewed the reports by Dr. Godleski dated March 8, 2016 and August 25, 2021. Dr. Godleski's approach to identifying minerals has two critical flaws: SEM-EDS alone is insufficient for definitive mineral identification and reliance on aspect ratio to classify a particle as a fiber in thin sections of tissue does not allow one to determine the true morphology of the particle.

Talc is a mineral and minerals are defined as naturally occurring, inorganic solids, with definite chemical composition and unique crystal structures. Determination of the chemical composition and crystal structure is most useful for the identification of an unknown mineral particle. The use of SEM-EDS only determines the chemical composition and cannot obtain any data concerning the crystal structure and, therefore, cannot make a definitive identification. Since there are numerous minerals with similar Mg:Si ratios as talc, one can only conclude that there are magnesium silicate particles with ratios approximating that of talc. One cannot definitively say talc is present based on this situation. Furthermore the source of these particles cannot be definitively stated.

In the 5$\mu$m thick tissue sections that are standard for light microscopy in pathology, particles with high birefringence that are <5$\mu$m in diameter are shown in Figure 1 of his report. In review of the produced data, the most dominant mineral types observed that would display birefringence are both exogenous and endogenous materials, for instance numerous quartz ($SiO_2$), calcite ($CaCO_3$), and possible apatite ($Ca_5(PO_4)_3(OH)$) were observed. The maximum birefringence of these materials ranges from 0.009, 0.172, and 0.007 respectively. In 5$\mu$m sections the calcite

would be the only one of these three that would display high retardation such as shown in the light microscopy images provided by Dr. Godleski. Talc ($Mg_2Si_4O_{10}(OH)_2$) has max birefringence of 0.05 and, while higher than quartz, still would not exhibit the high retardation observed in the images provided by Dr. Godleski. Ca particles (if calcite) could be either endo- or exogenic in origin.

Although I did not see any reference to the talc morphology in his report, in other reports of Dr. Godleski or his associates with similar analytical approach they have reported talc "fiber". To the extent Dr. Godleski plans on offering the opinion that talc ifber was observed, the following applies. As the SEM preparations used by Dr. Godleski are sections of tissue, the actual shapes of the particles are unknown. These section preparations provide only a 2-dimensional view of a 3-dimensional particle. The orientation of particles can greatly affect their apparent aspect ratio in sectional view. This is especially apparent when suspect particles exhibit pronounced cleavage properties. Talc has a perfect cleavage along {001} which results in plate or sheet like particles that have two relatively equidimensional directions and one much shorter third dimension. As a talc plate is viewed in orientations not perpendicular to this cleavage plane it will have apparently higher and higher aspect ratios. This does not make it a fiber. In fact, Roggli et al. 1983 (cited by Dr. Godleski) deals with this same issue for asbestos bodies in thin section (for asbestos the shape is due to the growth habit not the cleavage of the minerals) and is the reverse situation of a plate where the particles are truly fibrous and exhibit one long axis and two short axis dimensions. Therefore, as a section through an asbestos fiber is oriented perpendicular to the fiber axis, the projected section of the fiber will have an aspect ratio approaching 1:1. Thus, no reliance of the true morphology of the particles can be said with this type of microscopy preparation. Any comparison to work done by Dr. Roggli and others on digested lung tissue samples cannot be made as there is no understanding of background levels of talc in tissues for comparative purposes as shown and referenced for asbestos bodies by Roggli et al. 1986 and others. Nor has the data been normalized to talc particles per gram of tissue or talc particles per area of tissue as is done in asbestos fiber burden analyses.

In his report he states that he only analyzed two of the four tissue sections that contained the most birefringent properties, namely H512-7825-M1 and H512-7825-D which corresponds to the right pelvic lymph node and ovarian fossa. Why the other two received blocks, H512-7825-M2 and H512-7825-A1, were not analyzed is not stated in this report. In none of the two preparations is the area analyzed provided nor are there any analytical controls to monitor for background levels of the analyte in question. Meaning that the data is not normalized in any way. If the data is not normalized what is the basis of comparison to say it is significant. Further, Dr. Godleski is asking us to believe that his procedures obviates contamination with no evidence.

In summary, Dr. Godleski has failed to demonstrate these particles are indeed talc and to classify any particles morphology as a fiber, or other shape, cannot be done due to the nature of his preparations. Inconsistencies of tissue blocks wherein no talc was found is inconsistent with the statements in Dr. Godleski's report. Lastly, no particles with compositions consistent with

RJ Lee Group, Inc.
Project Number: LLH111414
Page 30 of 33

asbestos or non-asbestos analogues of amphiboles were observed in review of the raw data sets in the tissues analyzed by Dr. Godleski.

**Conclusion**

In my expert opinion, Johnson & Johnson talcum powder and talc from the source mines was and is free of asbestos. This opinion is offered to a reasonable degree of scientific certainty. This opinion is based on my expertise, education, training, and experience in analyzing materials, including talc, for possible asbestos content. This opinion is supported by my own site visits to both Val Germanasca Italy and Guangxi China, testing that I have conducted of the relevant talcs and upon my review, analysis, and interpretation of decades of study conducted by scientists in academia, federal government, and industry. This opinion is also supported by my review, analysis, and interpretation of the available analytical testing data on Johnson & Johnson talcum powder.

I reserve the right to amend this report if additional relevant information is made available to me.

Sincerely,

Matthew S. Sanchez, PhD
Principal Investigator
msanchez@rjleegroup.com

**Reference cited**

Blount, A.M. (1991) Amphibole Content of Cosmetic and Pharmaceutical Talcs. Environmental Health perspectives Vol. 94, pp. 225-230.

Boundy, M.G., Gold, K., KP Martin, K.P., Jr., Burgess, W.A., and JM Dement, J.M. (1979) Occupational exposures to non-asbestiform talc in Vermont. In: Dusts and Diseases. R. Lemen & JM Dement (eds). Pathotox Publishers, Inc., Park Forest, IL. pp. 365-378.

Buzon, M.E. (2016) Talc Characterization: A Provenance Study. PhD Dissertation, The University of Idaho, College of Graduate Studies.

Dyar, M.D. and Gunter, M.E. (2008) Mineralogy and Optical Mineralogy. Mineralogical Society of America, Chantilly, Virginia, 708 pp.

Cadoppi, P., Camanni, G., Perrone, G., Damiano, A., and Monticelli, F. (2012) Geometry reconstruction of the Fontane talc mineralization (Germanasca Valley, Italian Western Alps): integration of geological-structural analysis and geomatics methods. Rend. Online Soc. Geol. It., 22, 33-35.

Campbell, W.J., Blake, R.L., Brown, L.L., Cather, E.E., and Sjoberg, J.J. (1977) Selected Silicate Minerals and Their Asbestiform Varieties. Mineral Definitions and Identification-Characterization. United States Department of the Interior. Bureaur of Mines Information Circular 8751.

Ciocan, C., E. Pira, M. Coggiola, N. Franco, A. Godono, C. La Vecchia, E. Negri, P. Boffetta. (2022) Mortality in the cohort of talc miners and millers from Val Chisone, Northen Italy: 74 years of follow-up. Environmental Research. 203 111865.

Coggiola, M., Bosio, D., Pira, E., Piolatto, P.G., La Vecchi, C., Negri, E., Michelazzi, M., and Bacaloni, A. (2003) An update of a mortality study of talc miners and millers in Italy. American Journal of Industrial Medicine, 44, 63-69.

Doolan, B.J. (1996) The geology of Vermont. Rocks and Minerals, Vol. 71, pp. 218-225.

Gattinoni, P., Scesi, L., Abdin, E.C., and Cremonesi, D. (2013) Hydrogeological risk and Mining Tunnels: the Fontane-Rodoretto Mine Turin (Italy). World Academy of Science, Engineering and Technology, 73, 224-228.

Gunter, M.E. (2010) Defining asbestos: Differences between the built and natural environments. CHIMIA, 64, 747-752.

Gunter, M.E., Belluso, E., and Mottana, A. (2007a) Amphiboles: Environmental and health concerns. In Amphiboles: Crystal Chemistry, Occurrences, and Health Concerns, Reviews in Mineralogy and Geochemistry, 67, 453-516.

Gunter, M.E., Sanchez, M.S., and Williams, T.J. (2007b) Characterization of chrysotile samples for the presence of amphiboles from the Carey Canadian deposit, southeastern Quebec, Canada. Canadian Mineralogist, 45, 263-280.

IARC (2010) IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans: Volume 93, Carbon, Titanium, and Talc. Lyon, France.

Krause, J.B., and Ashton, W.H. (1977a) Misidentification of Asbestos in Talc. National Bureau of Standards Special Publication 506.

Krause, J.B. (1977b) Letter to the editor RE: Consumer talcums and powders: Mineral and chemical characterization. Journal of Toxicology and Environmental Health. Vol. 2 pp. 1223-1226.

Li, X.H. (1999) U-Ph zircon ages of granites from the southern margin of the Yangtze Block: timing of Neoproterozoic Jinning: Orogeny in SE China and implications for Rodinia Assembly. Precambrian Research, 97, 43-57.

Lollino, G., Giardino, M., Allasia, P., Baldo, M., and Giordan (2004) Instrumented experimental sites for the control of landslide hazards in mountain environments: The Germanasca and Susa Valleys (Northwestern Italy). 32nd International Geological Congress, Field Trip Guide – P41.

McCarthy, E.F., Genco, N.A., and Reade, E.H., Jr. (2006) Talc. In Industrial Minerals and Rocks, eds., Kogel, J.E., Trivedi, N.C., Barker, J.M., and Krukowski, S.T. Society for Mining, Metallurgy, and Exploration, Inc., Littleton, Colorado, 971-986.

McCrone, W.C. (1980) The Asbestos Particle Atlas. Ann Arbor Science Publishing Inc. The Butterworth Group, Michigan.

National Institute Occupational Safety and Health (NIOSH or McCrone) (1977) Analysis of Talc by X-ray Diffraction and Polarized Light Microscopy.  Walter C. McCrone Associates, Inc. Chicago IL.

Peila, D., Oggeri, C., Orester, P., Polizza, S., and Monticelli, F. (2008)  Rodoretto talc mine (To, Italy):  studies for the optimization of the cemented backfilling.  RMZ – Materials and Geoenvironment, 3, 283-306.

Peretti, L. (1978)  Geologia e genesi dei giacimenti di talco nel Pinerolse  [translated title = Geology and genesis of the talc deposits in the Pinerolese].  Boll. Ass. Min. Subalpina, 3, 283-306.

Pira, E., Coggiola, M. Ciocan, C., Romano, C., La Vecchia, C., Pelucchi, C., Boffetta, P. (2017) Mortality of Talc Miners and Millers from Val Chisone, Northern Italy.  JOEM, Vol. 59, Number 7, pp. 659-664.

Pooley, F.D., Lightfoot, J., Kingston, G.A. (1972) An Examination of Italian Mine Samples and Relevant Powders.  University College Cardiff, Wales, UK.  Report to Johnsons & Johnson September 8, 1972.

Pooley, F.d. (1972) Report of the Examination of Rock Samples from the Vermont Mine. University College Cardiff, Wales, UK.  Report to Johnson & Johnson.

Robinson, G.R. Jr., Van Gosen, B.S., and Foley, N.K. (2006) Ultramafic-hosted talcmagnesite deposits. 2nd Forum, Geology of Industrial Minerals, Ashville, North Carolina.

Rohl, A.N., Langer, A.M., Selikoff, I.J., Tordini, A., Klimentidis, R. Bowes, D.R., Skinner, D.L. (1976) Consumer talcums and powders: Mineral and chemical characterization.  Journal of Toxicology and Environmental Health Sciences. Vol. 2, pp.255-284.

Rubino, G.F., Gcansetti, G., Piolatto, G., Romano, C.A. (1976)  Mortality Study of Talc Miners and Millers.  Journal of Occupational Medicine, Vol. 18, No. 3.

Rubino, G.F., Scansetti, G., and Piolatto, G. (1979)  Mortaligy and morbidity among talc minerals and millers in Italy.  Dusts and Disease, 357-363.

Sandrone, R. and Borghi, A. (1992)  Zoned garnets in the northern Dora-Maira Massif and their contribution to a reconstruction of the regional metamorphic evolution.  European Journal of Mineralogy, 4, 465-474.

Sandrone, R. and Zucchetti, S.  (1988)  Geology of the Italian high-quality cosmetic talc from the Pinerolo district (Western Alps).  Zuffar' Days – Symposium held in Cagliari, 105-113.

Sandrone, R., Got, D.T., Respino, D., and Zucchetti, S. (1987)  Osservazioni geo-giacimentologiche sulla miniera di talco di Fontane (Val Germanasca, Alpi Cozie) [translated title = Geological and mining-geology observations concerning the talc mine at Fontane (Germanasca Valley, Cottian Alps)].  Memorie di Scienze Geologiche, 49, 175-186.

Sandrone, R., Colombo, A., Fiora, L., Fornaro, M., Lovera, E., Tunesi, A., and Cavallo, A. (2004) Contemporary natural stones from the Italian Western Alps (Piedmont and Aosta Valley Regions).  Periodico di Mineralogia, 73, 211-226.

Thompson, B.D., Gunter, M.E., and Wilson, M.A. (2011)  Amphibole asbestos soil contamination in the USA:  A matter of definition.  American Mineralogist, 690-693.

United States Environmental Protection Agency (EPA) (1992) Health Assessment Document for Talc.  EPA-600/8-91/217.

Van Diver, B.B. (1987) Roadside Geology of Vermont and New Hampshire. Mountain Press Publishing Company, Missoula, Montana, pp. 230.

Van Gosen, B.S., Lowers, H.A., Sutley, S.J., and Gent, C.A. (2004) Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. Environmental Geology, 45, 920-939.

Veblen, D.R. and Burnham, C.W. (1978a) New biopyriboles from Chester, Vermont: I. Descriptive mineralogy. American Mineralogist, 63,1000-1009.

Veblen, D. R., and Burnham, C.W. (1978b) New biopyriboles from Chester, Vermont: II. The crystal chemistry of jimthomsonite, clinojimthompsonite, and chesterite, and the amphibole-mica reaction. American Mineralogist, Vol. 63, pp. 1053-1073.

Wang, J. and Li, Z.X., 2003. History of Neoproterozic rift basins in South China: implications for Rodinia break-up. Precambrian Research, 122, 141-158.

Wang, X.L., Zhou, J.C., Qui, J.S., Zhang, W.L., Liu, X.M., Zhang, G.L. (2006) LA-ICP-MS U-Pb zircon geochronology of the Neoproterozic igneous rocks from Northern Guangxi, South China: Implications for tectonic evolution. Precambrian Research, 114, 111-130.

Yan, D.P., Zhou M.F., Song, H.L., Wang, X.W., Malpas, J. (2003) Origin and tectonic significance of a mesozoic multi-layer over-thrust system within the Yangtze Block (South China). Tectonophysics, 361, 239-254.

Zucchetti, S. (1972) Caratteri lito-mineralogici e genetici del giacimenti di talco della Val Germanasca nelle Alpi Occidentali (Italia) [translated title = Lithological, mineralogical and genetic characteristics of the Germanasca Valley talc deposits in the western Alps, Italy]. Geologija, 15, 263-279.

| Materials Reviewed and/or Relied Upon in Balderrama |
|---|
| **Case Specific Documents** |
| Complaint |
| |
| |
| **Miscellaneous Dr. Sanchez Materials** |
| Images, videos, and other demonstratives prepared by RJLG for use at trial in this matter |
| Geology of the Talc Mines Located in Val Germanasca Italy, March 24, 2016 |
| Preliminary Analytical Test Report of thirty-seven MAS Split Samples, April 23, 2018 |
| Review of MAS Report dated February 16, 2018 concerning the analysis of a Historic Johnson & Johnson Baby Powder Sample, April 7, 2018 |
| Analytical Test Report of the Gunter Argonaut Samples, April 6, 2018 |
| Analytical Test Report of two (2) Splits of a Historic Baby Powder Samples, April 7, 2018 |
| M. Sanchez Analytical Test Report of Sample 3183377, May 10, 2023 |
| M. Sanchez Rebuttal to Dr. Sage, April 1, 2024 |
| M. Sanchez Rebuttal to Dr. Kessler, April 1, 2024 |
| M. Sanchez Expert Report re: Rebuttal of Dr. Longo MAS Report Dated 02/28/2023 Project Number M71614, 05/10/23 |
| M. Sanchez Expert Report re: Revision 1 - Rebuttal of Dr. Longo MAS Report Dated 02/28/2023 Project Number M71614, |
| M. Sanchez Expert Report re: Diana Balderrama and Gilbert Balderrama v. Johnson & Johnson, et al., dated March 26, 2024 |
| M. Sanchez Expert Report re: Rebuttal of MAS and Dr. Longo's erroneous chrysotile in ten Johnson & Johnson bottles supplied by Plaintiff Holly Johnson, March 4, 2021 |
| M. Sanchez Analytical Test Reports of (ten) Johnson Samples 3166240 through 3166249, March 4, 2021 and (four) Johnson Samples 3173991 through 3173994, May 26, 2021 |
| M. Sanchez Rebuttal of MAS Zimmerman Report, dated March 9, 2020 |
| M. Sanchez Rebuttal of MAS Titley Report, April 29, 2020 |
| Johnson & Johnson Product Samples RJ Lee Group Project LLH701939 |
| Dr. Sanchez Current CV |
| Dr. Sanchez Current Testimony List |
| As Received Photos of Alice Blount Samples and Video of Opening |
| M. Sanchez Analytical Test Reports of (ten) Leavitt Samples 3154141 through 3154150, November 12, 2018 |
| M. Sanchez Analytical Test Reports of (seven) Asian Samples 3149765, 3154678-3154683, November 12, 2018 |
| M. Sanchez Analytical Test Reports of (sixteen) Samples 3149734, 3149735, 3149742, 3149748, 3149754, 3149756, 3149757, |
| M. Sanchez Analytical Test Reports of (twenty three) Samples 3149710, 3149711, 3149713, 3149714, 3149715, 3149717, 3149718, 3149722, 3149723, 3149724, 3149727, 3149730, 3149731, 3149732, 3149737, 3149741, 3149745, 3149749, 3149750, 3149751, 3149752, 3149760, and 3149762, dated December 12, 2018, December 27, 2018, and December 31, 2018 |
| M. Sanchez Expert Testing Report and Rebuttal to Dr. William Longo in Hermelinda Luna, et al v. Johnson & Johnson, et al, April 19, 2019 |
| M. Sanchez Rebuttal Report re: Dr. William Longo's MDL Testing, dated August 30, 2019 |
| M. Sanchez Rebuttal Report re: Mr. Lee Poye's MDL Testing, dated February 12, 2019 |
| M. Sanchez Analytical Test Reports of (fifteen) MDL Railcar Samples 3156998-3157006, 3157139-3157144, June 3, 2019 and |
| M. Sanchez Analytical Test Reports of (two) MDL Samples 3156617-3156618, September 11, 2020 |
| PLM image files: Cargille glass.pdf, Cellulose.pdf, Chrysotile 1866 995.pdf, Chrysotile 1866 dslr.pdf, Coalinga Chrysotile CSDS.pdf, Mixture CSDS.pdf, Guiguang Talc.pdf, Vermont talc.pdf, Italian talc.pdf, powerpoint graphics K.pdf, particle isolation.pdf, amphibole bearing rock.pdf |
| Movie files: 1.55 Cargille.mov, Cellulose 1.mov, Cellulose 2.mov, Cellulose 3.mov, Cellulose 4.mov, Cellulose 5.mov, Cellulose 6.mov, Chrysotile 1866 1.mov, Chrysotile 1866 2.mov, Chrysotile 1866 3.mov, Chrysotile 1866 4.mov, Guiguang 1.mov, Guiguang 2.mov, Guiguang 3.mov, Guiguang 4.mov, Guiguang 5.mov, Guiguang 6.mov, Guiguang 7.mov, Guiguang 8.mov, Guiguang 9.mov, Mixture 1.mov, Mixture 2.mov, Argonaut 1.mov, Italian 1.mov, Italian 2.mov, Italian 3.mov, Italian 4.mov, Italian 5.mov, Italian 6.mov, Italian 7.mov, Italian 8.mov, Italian 9.mov, Italian 10.mov, Italian 11.mov, Italian 12.mov, |
| Lab Reports and Data related to RJLG testing of (nine) Johnson & Johnson Chinese quarterly talc samples |
| BN NIST Chrysotile 1.550 E.pdf and ln NIST Chrysotile 1.550 E.pdf |
| Alan Seagrave Bureau Veritas A1512004 Italy Report July 14, 2016 |

| |
|---|
| BV photos of BV pre-shipping - FR_A2102176Ver01 |
| chrysotile particle extraction.pdf |
| Anth-Talc.pdf |
| amphibole bearing rock.pdf, crushing non-asbestos tr.pdf, Hornblende_keeper1.wmv, Hornblende_keeper2.wmv, hornblende_verygood__20180911_105328_.wmv |
| M65205-001.pdf; M68233-002.pdf, M68503-026.pdf, M68503-010.pdf, M67341-005 7402.pdf, M67341-006 7402.pdf, M67341-007 7402.pdf, M67341-008 7402.pdf, DHZ 1997.pdf, DHZ cummingtonite EDS.pdf, DHS grunerite EDS.pdf |
| Optical Images of Grids Transferred to MAS on March 12, 2021 and June 15, 2021 |
| Optical Images of Grids Received from MAS on March 12, 2021 and June 15, 2021 |
| Grid Maps of Grids Transferred to MAS on March 12, 2021 |
| M. Sanchez re: M71211-001 through M71211-010, dated March 2021 |
| Italian talc sample 3136116.pdf, Asbestiform talc sample morphology.pdf |
| Images, SAED, and EDS of monoclinic amphibole and Ward's hornblende |
| Affidavit of Shu-Chun Su, Ph.D. in Gref v. American International Industries, et al, August 28, 2023 |
| Su, S., "Appendix B: Dr. Su-Chun Su's review of Dr. Longo's PLM methods for the identification of chrysotile", 2022 |
| **Materials Related to Plaintiff Experts** |
| William E. Longo, Ph.D Reports, Depositions, and Exhibits |
| MAS (Longo) 3rd Supplemental MDL Report, November 17, 2023 |
| Amended Expert Report of David A Kessler, MD, JD, November 15, 2023 |
| Amended Expert Report of William Sage, MD, JD, November 15, 2023 |
| Mark Rigler, Ph.D Reports, Depositions, and Exhibits |
| John J. Godleski, M.D Reports, Depositions, and Exhibits |
| John J. Godleski, M.D Report re: Diana Balderrama, dated August 25, 2021 and accompanying data |
| MAS (Longo) MAS M71307-RJ Lee Group TEM Grids Compiled Notebook, May 20, 2021 |
| MAS (Longo) MAS Project M71614 Talcum Powder Analysis Valadez - J&J Baby Powder Container, dated February 28, |
| MAS (Longo) Supplemental Expert Report-Comparison of Ri's and Chrysotile Structure Size... 10-9-23 |
| All Photos Compiled_MAS Grids Exchanged (3-12-2021) and (6-15-21) |
| JH21126227-Grid Condition After Analysis |
| JH21126227-Grid Condition Before Analysis |
| RJLG ALL DOM Images Compiled - MAS Images |
| Segrave ALL DOM Images Compiled - MAS Images |
| MAS (Longo) 9 Off-The-Shelf and Mesothelioma Victims JBP Containers Talcum Powder Analysis, March 23, 2021 |
| MAS (Longo) Expert Report M71241 JBP Analysis Compiled Notebook, February 9, 2021 |
| MAS (Longo) MAS Project #71211 10 Off-the-Shelf 2019 JBP Container Talcum Powder Analysis, January 25, 2021 |
| MAS (Longo) Supplement Report 2 M71166 & M71180 Off The Shelf 2020 JBP Talcum Powder Analysis Compiled Notebook, |
| MAS (Longo) Materials in Reyes Matter: Linear Regression.pdf, M71166 PLM temp re Exhibit 8.pdf; Calidria.pdf; Dr. Su.pdf; |
| MAS (Longo) Supplemental Analysis MAS Project # M71095 Janet Titley's JBP Container Split Rev. #2, dated September 23, 2020 |
| MAS (Longo) Rosalino Reyes JBP Exposure Expert Report, September 16, 2020 |
| MAS (Longo) MAS Project # M71166 Off-The-Shelf 2020 JBP Talcum Powder Analysis, September 17, 2020 |
| MAS (Longo) MAS Project # M71166 Off-The-Shelf 2020 JBP Talcum Powder Analysis Supplement Report 1, September 29, |
| MAS (Longo) Analysis Report MAS Project# M71109-M71111 Chinese Talc Research Samples, September 16, 2020 |
| MAS (Longo) Analysis Report MAS Project # M69925 Johnson's Baby Powder Product, August 27, 2019 (Philippines) |
| MAS (Longo) Analysis Report MAS Project M71046 Marie Colley JBP 4 oz Container, April 6, 2020 |
| MAS (Longo) Johnson's Baby Powder Application to Baby and Diaper Change: A Hygiene Study Supplemental, May 2020 |
| MAS (Longo) Talcum Powder Application to Baby and Diaper Change II: A Hygiene Study, June 28, 2019 - Rev #1 |
| Declaration of William Longo, Ph.D. in San Nicolas and Exhibit A MAS Chart of J&J Testing |
| MAS (Longo) Analysis Report MAS Project # M70484 Lisa Zimmerman's JBP Containers, February 24, 2020 |
| MAS (Longo) Analysis Report MAS Project Nos. M66515 & M66516 Pauline Citizen's JBP Container, March 6, 2020 |
| MAS (Longo) Analysis Report MAS Project Nos. M70877 Dan Doyle's JBP Container, March 20 2020 |

| |
|---|
| MAS (Longo) Analysis Report MAS Project # M71095 Janet Titley's JBP Container Split, March 18, 2020 |
| MAS (Longo) Supplemental Analysis Report MAS Project # M71095 Janet Titley's JBP Container Split Revision #1, May 14, 2020 |
| MAS (Longo & Rigler) The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos Supplemental Report, dated January 15, 2019 and corresponding Notebooks |
| MAS Analysis of J&J's Historical Product Containers and Imerys' Historical Railroad Car Samples from 1960's to Early 2000's for |
| MAS Analysis of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos Chinese MAS Report, dated February 2019 |
| MAS TEM Coefficient of Variation for Tremolite and Anthophyllite in Talc, September 6, 2018 |
| MAS (Longo & Rigler) Report M69042 - Analysis of Historical JBP (MDL samples), October 2018 |
| Lee Poye J3 Resources Report re: Hayes v. Colgate - Shower to Shower Samples, July 13, 2018 |
| MAS (Longo & Rigler) Report M69248 - Analysis of Johnson's Baby Powder Historical Samples – Asian, October 2018 |
| Lee Poye J3 Resources Report Verified Analysis of 22 Asbestos Structures Identified by MAS in Six Historical Johnson's Baby |
| MAS (Longo & Rigler) Report - Analysis of J&J's Historical Baby Powder & Shower to Shower Products from the 1960's to the |
| MAS (Longo) Verification of Lee Poye's TEM Analysis of J&J's Historical Vermont Talc-Containing Shower to Shower Talcum |
| MAS TEM Fibers vs Bundles Quality Study, June 25, 2019 |
| J3 Resources Report re: Re-Analysis of TEM Grids Produced by Imerys Received 29-Nov-2018; dated December 11, 2018 |
| M. Gurowitz deposition of July 12, 2018 and Exhibits A through C |
| Lee Poye Reports, Depositions, and Exhibits |
| Lee Poye J3 Resources re: MAS Split of Historic Talc Samples, dated July 18, 2018 |
| Lee Poye J3 Resources JH18104277 MAS Split of 21 Historic Talc Samples by XRD, December 12, 2018 |
| Lee Poye J3 Resources JH18104432 MAS Split of 2 Historic Talc Samples by XRD, December 20, 2018 |
| PLM and XRD Analysis of 26 Johnson & Johnson talcum powder samples by J3-Resources Inc., February 8, 2018 |
| MAS Preliminary Analysis Report M14-1683 Final March 11, 2018 |
| MAS Quality Assurance Report: J&J Baby Powder and Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, August 22, 2017 |
| MAS TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos Expert Report, February 16, 2018 |
| MAS Analysis of Johnson & Johnson Baby Powder And Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, Expert Report, August 2, 2017 |
| MAS Supplemental Expert Report "Analysis of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc Products |
| MAS Expert Report (Longo & Egeland) "Below the Waist Application of Johnson & Johnson Baby Powder," September 2017 |
| MAS Supplemental Expert Report "Below the Waste Application of Johnson & Johnson Baby Powder #2, January 2018 |
| MAS Talc Size Distribution of Johnson & Johnson and Valiant Shower to Shower Amphibole Positive Samples, August 21, |
| MAS Verification of Zero Degree Amphibole Diffraction Patterns |
| MAS Aspect Ratio Distribution |
| Deposition of Jerrold L. Abraham, M.D. in Coker v. Bill Thames Pharmacy, et al, June 20, 1998 and accompanying exhibits |
| Alice Blount Deposition and Exhibits |
| Blount 0001-Blount 0146 |
| Skadden Correspondence w/ R. Meadow re: Blount Sample |
| J3 Resources Report re: Consumer Talc Investigation Group A Plus A Lab Control, July 7, 2014 |
| J3 Resources Report re: Talc Investigation Desert Flower Plus Lab Control, July 10, 2015 |
| J3 Resources Report re: Talc Investigation Old Spice Plus Lab Control, July 7, 2016 |
| J3 Resources Report re: Talc Investigation Old Spice Plus Lab Control, May 16, 2016 |
| MAS (Longo) Analysis Report MAS M71045 Old Spice Retains, May 15, 2020 |
| MAS (Longo) Supplement Analysis Report MAS 70092 Old Spice Talcum Powder, May 15, 2020 |
| MAS (Longo) Analysis Report Dussia Old Spice Body Talc Container, MAS M70885, June 4, 2020 |

| |
|---|
| J3 Resources Report re: JH19118620 Talc Investigation Asbestos in Shulton Inc., Old Spice Talc Products, September 21, |
| Deposition of Lee W. Poye in McNeal v. Autozone, et al, September 25, 2020 |
| MAS, TEM Structure Count Sheet, M68061-031, analyzed 4/9/2018-4/11/2018, M68061-031-002. |
| MAS Air Sample Analysis, M11657-2, M-H657-2, EDS captured September 20, 1994. |
| Expert Report of Mr. Lee Poye re: Hayes v. Colgate, et al – Shower to Shower Samples, dated July 13, 2018. |
| J3 Resources, Asbestos – By TEM – Tissue Fiber Burden, J3 Order # JH1899962, Sample # 1805333A, July 26, 2018 |
| MAS (Longo) Kaylo III – A Work Practice Study, October 2006, M40337-011, structure 17 |
| J3 Resources, Asbestos – By TEM – Tissue Fiber Burden, J3 Order # JH18100354, Sample # 1612214C – D&E, July 23, |

| Scientific Literature |
|---|
| Federal Register, Bureau of Mines, Metal and Nonmetallic Mines, Part IV, July 1, 1974 |
| Federal Register, Consumer Product Safety Commission, Respirable Free-form Asbestos, Part V, July 29, 1977 |
| Addison, J., E.E. McConnell, "A Review of Carcinogenicity Studies of Asbestos and Non-Asbestos Tremolite and Other Amphiboles", Regulatory Toxicology and Pharmacology, 52, S187-S199, 2008. |
| Ahn, J.H., P.E. Buseck, "Microstructures and fiber-formation mechanisms of crocidolite asbestos," American Mineralogist, |
| Allen, M.P., R.W. Smith, Dissolution of Fibrous Silicates in Acid and Buffered Salt Solutions, Mineral Engineering, Vol 7 No |
| Anderson, D.L., D.W. Mogk, J.F. Childs, Petrogenesis and timing of talc formation in the Ruby Range, southwestern Montana, Economic Geology, Vol. 85, pp. 585-600, 1990. |
| Asbestos Exposure Limit, 73 Fed. Reg. 11,284, 11,285 (Feb. 29, 2008) (codified at 30 C.F.R. pts. 56, 57 & 71) |
| ASTM Standard D6620 – 19, Standard Practice for Asbestos Detection Limit Based on Counts, ASTM Int'l, 2019 |
| ASTM, "Standard Test Method for Airborne Asbestos Concentration in Ambient and Indoor Atmospheres as Determined by Transmission Electron Microscopy Direct Transfer (TEM)," ASTM D 6281-04. 2004. |
| ASTM, "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations," D 5755-95, 1995, pp. 1-12. |
| ASTM, "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Mass Concentration," D 5756-95, Annual Book of ASTM Standards, 1995, pp. 1-13. |
| Bandli, B., Gunter, M.E., Twamley, B., Foit F.F., Jr., Cornelius, S., "Optical, Compositional, Morphological, and X-ray Data on Eleven Particles of Amphibole from Libby, Montana, U.S.A., "Canadian Mineralogist, Vol. 41, pp. 1241-1253, 2003. |
| Bandli, B.R., M.E. Gunter, "Scanning Electron Microscopy and Transmitted Electron Backscatter Diffraction Examination of Asbestos Standard Reference Materials, Amphibole Particles of Differing Morphology, and Particle Phase Discrimination from Talc Ores", Microscopy and Microanalysis 20.06: 1805-1816, 2014. |
| Bandli, B.R., M.E. Gunter, Electron backscatter diffraction from unpolished particulate specimens: Examples of particle identification and application to inhalable particulate identification ", American Mineralogist, 97, 1269-1273, 2012. |
| Bandli, B.R., M.E. Gunter, Identification and Characterization of Mineral and Asbestos Particles Using the Spindle Stage and the Scanning Electron Microscope: The Libby, Montana, U.S.A. Amphibole-Asbestos as an Example, Microscope Vol. 49:4 |
| Beard, M.E., J.T. Ennis, O.S. Crankshaw, S.S. Doom, et al, Preparation of Nonasbestiform Amphibole Minerals for Method Evaluation and Health Studies Summary Report, prepared for NIOSH, August 3, 2007. |
| Belluso, E, R Sandrone, "Occurrence of sepiolite in the marbles of the Dora-Maira Massif (Italian Western Alps)", Mineralogica et Petrographica Acta, 32, pp. 67-73, 1989. |
| Berg, R.B., "Talc and Chlorite Deposits in Montana", Memoir 45, Montana Bureau of Mines and Geology, 1979. |
| Bloss, F. Donald, Optical Crystallography, Mineralogical Society of America, 1999 |
| Blount, Amphibole Content Of Cosmetic And Pharmaceutical Talcs (1991) |
| Boundy, M.G., K. Gold, K.P. Martin Jr., W.A. Burgess, J.M. Dement, Occupational Exposures to Non-Asbestiform Talc in Vermont, Department of Environmental Health Sciences, Harvard School of Public Help, 1979. |
| Bousquet, R., S. Schmidt, G. Zeilinger, R. Oberhaensli, C. Rosenberg, G. Molli, C. Robert, M. Weiderkehr, P. Rossi, Tectonic Framework of the Alps, Commission for the Geological Map of the World, 2012. |
| Bradley S. Van Gosen; Heather A. Lowers; Stephen J. Sutley; Carol A. Gent, "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content", Environmental Geology (2004) 45:920-939 |
| Brittani D. Thompson, Mickey E. Gunter, and Michael A. Wilson, "Amphibole Asbestos Soil Contamination in the USA: A Matter of Definition," American Mineralogist, Vol 96, p. 690-693, 2011. |
| Brown, Brittany M., Gunter, Mickey E., "Morphological and Optical Characterization of Amphiboles from Libby, Montana U.S.A. by Spindle Stage Assisted - Polarized Light Microscopy," MICROSCOPE, Vol 51:3, pp 121-140, 2003. |
| Burns, AM, CA Barlow, AM Banducci, KM Unice, J Sahmel, "Response to Letter to the Editor", Risk Analysis, Vol 39, No |

Buzon, M.E. (2016) Talc Characterization: A Provenance Study. PhD Dissertation, The University of Idaho, College of

Cadoppi, P., G. Camanni & G. Perrone, A. Damiano, F. Monticelli, Geometry reconstruction of the Fontane talc mineralization (Germanasca Valley, Italian Western Alps): Integration of geological-structural analysis and geomatics methods, 22, 2012.

Campbell W.J., E.B. Steel, R.L. Virta and M.H. Eisner. "Relationship of Mineral Habit to Size Characteristics for Tremolite Cleavage Fragments and Fibers," U.S. Dept. of the Interior, Bureau of Mines, 1979.

Campbell, W. J., C. W. Huggins, A. G. Wylie. "Chemical and Physical Characterization of Amosite, Chrysotile, Crocidolite, and Nonfibrous Tremolite for Oral Ingestion Studies by the National Institute of Environmental Health Sciences." Report of

Campbell, W. J., E.B. Steel, R. L. Virta, M. H. Eisner. "Characterization of Cleavage Fragments and Asbestiform Amphibole Particulates." Dusts and Disease, Eds. R. Lemen, J. M. Dement, Pathotox Pub. Inc., IL, 1979, pp. 275-286.

Campbell, W. J., R. L. Blake, L. L. Brown, E. E. Cather, J. J. Sjoberg. "Selected Silicate Minerals and Their Asbestiform Varieties - Mineralogical Definitions and Identification-Characterization." Bureau of Mines, United States Department of

Cerino, M.T., J.F. Childs, R.B. Berg, talc in southwestern Montana, Northwest Geology, Vol. 36, pp. 9-22, 2007.

Chatfield, E.J., A Procedure for Quantitative Description of Fibrosity in Amphibole Minerals, 2008.

Chatfield, E.J., Measurement of elongate mineral particles: What we should measure and how do we do it?, Toxicology and Applied Pharmacology, 361, 36-46, 2018.

Chidester, A.H. and Shride, A.F. (1962) Asbestos in the United States (Exclusive of Hawaii and Alaska). Department of the Interior US Geological Survey, MR-17.

Ciocan, C., E. Pira, M. Coggiloa, N. Franco, A. Godono, C. La Vecchia, E. Negri, P. Boffeta, "Mortality in the cohort of talc miners and millers from Val Chisone, Northern Italy: 74 years of follow-up", Environmental Research, 203, 2022.

CSMRI Report, A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers, Johnson & Coggiola, M., et al., Update of a Mortality Study of Talc Miners and Millers in Italy, Am. J. Industrial Med. 44:63-69, 2003.

Cook, P.M., D.R. Marklund, Sample Preparation for Quantitative Electron Microscope Analysis of Asbestos Fiber Concentrations in Air, National Bureau of Standards Special Publication 619, Gathersburg, MD, Oct 1-3, 1980.

Cralley, L. J., Key, M. M., Groth, D. H., Lainhart, W. S. and Ligo, R. M.(1968) 'Fibrous and Mineral Content of Cosmetic Talcum Products', American Industrial Hygiene Association Journal, 29:4, 350 — 354

CTFA, "Asbestiform Amphibole Minerals in Cosmetic Talc," Part 1 X-ray Diffraction Method; Part 2 Optical Microscopy and Dispersion Staining Method, Method J 4-1, Issued October 1978, pp. 1- 11.

Deer, Howie, and Zussman "Rock Forming Minerals" Vols. 1 - 11.

Deer, Howie, and Zussman "Rock Forming Minerals" Anthophyllite-Gedrite, p. 21-69

Deer, Howie, and Zussman "Rock Forming Minerals" Cummingtonite-Grunerite, p. 86-124

Diedrich, T., J. Schott, E.H. Oelkers, An experimental study of tremolite dissolution rates as a function of pH and temperature: Implications for tremolite toxicitiy and its use in carbon storage, Mineralogical Magazine, 78(6), 1449-1464, Nov 2014.

Doll, C.G., W.M. Cady, J.B. Thompson Jr., M.P. Billings, Centennial Geologic Map of Vermont, 1961.

Doolan, B.J. (1996) The geology of Vermont. Rocks and Minerals, Vol. 71, pp. 218-225.

ELAP, Transmission Electron Microscope Method for Identifying and Quantifying Asbestos in Non-Friable Organically Bound Bulk Samples, Method 198.4, 2011.

Engineering Geology Section, Materials Division, Vermont Department of Highways, Survey of Highway Construction Materials in the Town of Ludlow, Windsor County, Vermont, 1975.

EPA Method for the Determination of Asbestos in Bulk BuildingMaterials EPA/600/R-93/116 - DX9575, 07/1993

EPA Part 763 - Asbestos 40 CFR Ch. 1 - DX9550, July 1, 2003

EPA Pt. 763 Subpt E App A, 40 CFR Ch. I (7-1-03 Edition) (AHERA)

EPA, Health Assessment Document for Talc, March 1992.

Erskine, B.G., M. Bailey, Characterization of asbestiform glaucophane-winchite in the Franciscan Complex blueschist, northern Diablo Range, California, Toxicology and Applied Pharmacology, 361, 3-13, 2018.

Evans, B.W., S. Guggenheim, "Talc, Pyrophyllite, and Related Minerals", Reviews in Mineralogy, Vol 19, Hydrous

Fine et al. "Studies of Respiratory Morbidity in Rubber Workers," JNJ 000273033

Finger, L. W. (1969). The crystal structure and cation distribution of a grunerite. Mineralogical Society of America Special

Finkelstein, M.M., "Letter concerning: Burns, AM, Barlow CA, Banducci AM, Unice KM, Sahmel J. Potential Auborne Asbestos Exposure and Risk Associated with the Historical Use of Cosmetic Talcum Powder Products", Letter to the Editor,

Gale, M.H., Geologic Map of the Belvidere Mountain Area, Eden and Lowell, Vermont: U.S. Geological Survey Misc. Investigations Series map I-1560, 1986.

Gale, M.H., Geology of the Belvidere Mountain Complex, Eden and Lowell, Vermont: Master of Science thesis, University of Vermont, Burlington, Vermont, p. 169, 1980.

Geology Department, Pluess-Staufer Industries, Vermont Talc, Inc. Talc Ore Deposit, Troy, Vermont, 1986.

Ghose, S., Kersten, M., Langer, K., Rossi, G., Ungaretti, L., "Crystal Field Spectra and Jahn Teller Effect of Mn3+ in Clinopyroxene and Clinoamphiboles from India," Physics and Chemistry of Minerals, Vol 13, pp 291-305. (1986).

Greene, Robert C., "Talc Resources of the Conterminous United States: Talc Resources of the Conterminous United States", Open- File Report OF 95-586, 1995.

Gualtieri, A.F., S. Pollastri, N.B. Gandolfi, M.L. Gualtieri, In vitro acellular dissolution of mineral fibres: A compartive study, Scientific Reports, 8:7071, 2018.

Gunter, M.E., Geological development of the talc deposit near Johnson, Vermont and mineralogical characterization of ore and product: Implications for asbestos content of the talc, 2013.

Gunter, Mickey E., Matthew S. Sanchez, Thomas J. Williams. "Characterization of Chrysotile Samples for the Presence of Amphiboles: The Carey Canadian Deposit, Southeastern Quebec, Canada," The Canadian Mineralogist, Vol. 45, pp. 263-280,

Guthrie, G.D. Jr., "Biological effects of inhaled minerals", American Mineralogist, Vol. 77, pages 225-243, 1992.

Hawthorne, F.C., R. Oberti, G.E. Harlow, W.V. Maresch, R.F. Martin, J.C. Shumacher, M.D. Welch, IMA Report: Nomenclature of the amphibole supergroup, American Mineralogist, Vol. 97 pp. 2031-2048, 2012.

Heide, H.E., Wright, W.S., and Rutledge, F.A. (1949) Investigations of the Kobuk River Asbestos Deposits, Kobuk District, Northwestern Alaska. Report of Investigations 4414. United States Department of the Interior, Bureau of Mines.

Huntington, J.C., J. Ptasienski, K.L. Bunker, B.R. Strohmeier, D.R. Van Orden, R.J. Lee. "A New Method for Fracturing Mineral Particles for Cross-Sectional FESEM Analysis", Periodico di Mineralogia, vol. 77, pp. 2, 43-50, (2008)

IARC (2010) IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans: Volume 93, Carbon, Titanium, and Inoue, Sayako and Kogure Toshihiro (2012) Electron backscatter diffraction (EBSD) analyses of phyllosilicates in petrographic thin sections. American Mineralogist, Vol. 97, pp. 755-758.

ISO 10312, Ambient Air- Determination of asbestos fibres - Direct Transfer transmission electron microscopy method, 1995.

ISO 14966 Ambient air - Determination of numerical concentration of inorganic fibrous particles - Scanning electron

ISO 22262-1 Air Quality - Bulk Materials - Part 1: Sampling and qualitative determination of asbestos in commercial bulk

ISO 22262-2 Air Quality - Bulk Materials - Part 2: Quantitative determination of asbestos by gravimetric and microscopial

Jurinski, J.B., J.D. Rimstidt, Biodurability of talc, American Mineralogist, Vol 86, 392-399, 2001.

Krause, J.B, Mineralogical Characterization of Cosmetic Talc Products (Letter to the Editor), Journal of Toxicology and Environmental Health, 2:1223-1226, 1977.

Krause, J.B., W.H. Ashton, "Misidentification of Asbestos in Talc," National Bureau of Standards Special Publication 506, Proceedings of the Workshop on Asbestos, 1978.

Langer, A.M. and Nolan, R. P. "Distinguishing Asbestiform Tremolite from Non-Asbestiform Tremolite"

Langer, A.M., Chemical characterization of uncoated asbestos fibers from the lungs of asbestos workers by electron microprobe analysis, Journal of Histochemistry and Cytochemistry, Oct 1972.

Leake, B. E., et al., Nomenclature of Amphiboles: Report of the Subcommittee on Amphiboles of the International Mineralogical Association, Commission on New Minerals and Mineral Names, The Canadian Mineralogist., Vol. 35, pp. 219-

McCrone, A Standard TEM Procedure for Identification and Quantitation of Asbestiform Minerals in Talc, 1990 Microscope

Mccrone, L.B., Analysis of Talc by X-Ray Diffraction and Polarized Light Microscopy, National Institute for Occupational Safety and Health, 1977. QE-CPC00004046 - QE-CPC00004075.

McCrone, W.C., "The Asbestos Particle Atlas", Ann Arbor Science, 1980.

McNamee, B.D., M.E. Gunter, C. Viti, Asbestiform Talc from a Talc Mine Near Talcville, New York, U.S.A.: Composition, Morphology, and Genetic Relationships with Amphiboles, The Canadian Mineralogist, Vol 53 pp 1049-1060, 2015.

McNamee, B.D., M.E. Gunter, Compositional Analysis and Morphological Relationships of Amphiboles, Talc and Other Minerals Found in the Talc Deposits from the Gouverneur Mining District, New York (Part 1 of 2), The Microscope, Vol 61:4,

McNamee, B.D., M.E. Gunter, Compositional Analysis and Morphological Relationships of Amphiboles, Talc and Other Minerals Found in the Talc Deposits from the Gouverneur Mining District, New York (Part 2 of 2), The Microscope, Vol 62:1,

Millette, J.R., P. Few, J.A. Krewer, Asbestos in Water Methods: EPA's 100.1 & 100.2 and AWWA's Standard Method 2570, Measurement Methods for Asbestos, 227-241, 2013.

Morton, M. and Baker, W.G. (1941) Identification Stain for Chrysotile Asbestos. Canadian Institute of Mining and Metallurgy. Trans., vol. 44, pgs. 515-523.

Mueller, P. K., A. E. Alcocer, R. L. Stanley, G. R. Smith. "Asbestos Fiber Atlas", prepared for U. S. Environmental Protection Agency, EPA-650/2-75-036, April 1975.

Muller, W.F., E. Schmadicke, M. Okrusch, U. Schussler, "Intergrowths between anthophyllite, gedrite, calcic amphibole, cummingtonite, talc and chlorite in a metamorphosed ultramafic rock of the KTB pilot hole, Bavaria", E. Schweizerbart'sche

Murphy, V.J., A.V. Lacroix, Magnetic surveys of ultramafic bodies in the vicinity of Lowell, Vermont, Vermont Geological Survey Economic Geology, Vol. 5, 1969.

Nickel, E.H., Solid Solutions in Mineral Nomenclature, Canadian Mineralogist, Vol 30, pp 231-234, 1992.

NIOSH Occupational Exposure to Talc Containing Asbestos, February 1980.

NIOSH, Asbestos by TEM 7402 - DX9568, August15, 1994.

NIST 1866 Certificate

NIST 1866b Certificate

NIST Handbook 150-13 Checklist Airborne Asbestos Analysis (Rev 2007-09-26) pg 1-29.

Nord, G.L., Mineralogy and Experimental Animal Studies of Tremolitic Talc, submitted to the National Toxicology Program,

OSHA PCM Method ID-160, revised August 1997.

OSHA Polarized Light Microscopy of Asbestos method ID-191, revised 1995.

OSHA Section 1910.1001  48 FR 2768 - DX9600, 1/21/1983

OSHA, Federal Regulation 24310, 29 CFR 1910 and 1926, 1992.

Oury, T.D., T.A. Sporn, V.L. Roggli, Pathology of Asbestos-Associated Diseases, Third Edition, Chapters 1, 3, and 11.

Peila, D. C. Oggeri, P. Oreste, S. Polizza, F. Monticelli, Rodoretto talc mine (C. Italy): studies for the optimization of the cemented backfilling, Materials and Geoenvironment, Vol. 55, No. 2, pp. 225-235, 2008.

Peretti, E. "Geology and Genesis of the Talc Deposits in the Pinerolese," Bulletin of the Subalpine Mining Association, Year

Perkins, G.H., The Topographical Maps of Vermont, Report of the Vermont State Geologist.

Pier, J., M. Rutstein, D. Crane, S. Fitzgerald, M. Gunter, D. Halterman, K. Houck, L. Poye, M. Sanchez, A. Segrave, G. Tomaino, D. Van Orden, J. Webber, J. Medwid, S. Wolfgag, K. Moore, T. Lui, Stimuli to the Revisional Process: USPC Responses to Comments on Stimuli Article "Modernization of Asbestos Testing in USP Talc" 2017.

Piniazkiewicz, J., E.F. McCarthy, N.A. Genco. "Talc" Industrial Minerals and Rocks. 1049-1069.

Pira, et al., Mortality of Talc Miners and Millers from Val Chisone, Northern Italy: An Updated Cohort Study, J. Occup. & Env. Med. 59:659-64 (2017).

Pooley, F.D., G.A. Kingston, J. Lightfoot, An Examination of Italian Mine Samples and Relevant Powders, Department of Mineral Exploitation, University of Cardiff, prepared for Johnson and Johnson Department of Mineral Exploitation,

Prior, D.J., A.P. Boyle, F. Brenker, et al, "The application of electron backscatter diffraction and orientation contrast imaging in the SEM to textural problems in rocks", American Mineralogist, 84, 1741-1759, 1999.

Purdy, J., Ground Water Quality Monitoring Report for Land Use Permit #2S0126-5 Blackbear Mine Site Reclamation Year No. 1 - 4th Quarter, Luzenac America, Inc. Ludlow, Vermont, 2002.

Ratcliffe, N.M., R.S. Stanley, M.H. Gale, P.J. Thompson, G.J. Walsh, Bedrock Geologic Map of Vermont, Part 1, 2011.

Ratcliffe, N.M., R.S. Stanley, M.H. Gale, P.J. Thompson, G.J. Walsh, Bedrock Geologic Map of Vermont, Part 2, 2011.

Robinson, G.R., B.S. Van Gosen, N.K. Foley, "Ultramafic-hosted Talc-Magnesite deposits", Presentation on the geology of ultramafic-hosted talc-magnesite deposits was given at the 42nd Forum on the Geology of Industrial Minerals, May 7-13, 2006

Rohl, A. N., Langer, A. M., Selikoff, I. J., Tordini, A., Klimentidis, R. , "Consumer TALCUMS AND POWDERS: MINERAL AND CHEMICAL CHARACTERIZATION", Journal of Toxicology and Environmental Health, 2:255-284,1976

Ross, Malcolm, Nolan, Robert P., Langer, Arthur M., Cooper, W. Clark, "Health Effects of Mineral Dusts Other Than Asbestos," Reviews in Mineralogy and Geochemistry, Vol. 28, Chapter 12, pp. 361-407. January 1993.

Rubino, G.F., et al., Mortality and Morbidity Among Talc Miners and Millers in Italy, Dusts and Disease, 1979, pp. 357-364.

Rubino, G.F., et al., Mortality Study of Talc Miners and Millers, 13 J Occup Med 18(3):195-193 (1975)

Rutstein, M., J. Pier, D. Crane, M. Gunter, D. Halterman, K. Houck, L. Poye, M. Sanchez, A. Segrave, G. Tomaino, D. Van Orden, J. Webber, J. Medwid, S. Wolfgang, P. Chantal, C. Sutton, S. Delaney, C. Sheehan, T. Liu, "Stimuli to the Revision Process Modernization of Asbestos Testing in USP Talc - Part 2", USP PF, 46(5), 2020

Sanchez, M.S., M. McGrath-Koerner, B.D. McNamee, "Characterization of elongate mineral particles including talc, amphiboles, and biopyriboles observed in mineral derived powders: Comparisons of analysis of the same talcum powder samples by two laboratories", Environmental Research, In Press, Mar 23, 2023.

Sandrone R., Cadoppi P., Sacchi R., Vialon P, The Dora-Maira Massif. In: von Raumer J.F., Neubauer F. (eds) Pre-Mesozoic Geology in the Alps, 1993.

Sandrone, R. D.T. Got, D. Respino, S. Suchetti, Geological and Mining-Geology Observations Concerning the Talc Mine at Fontate (Germanasca Valley, Cottian Alps), Vol. XXXIX, pp. 175-186, 1987.

Sandrone, R., A. Colombo, L. Fiora, M, Mornaro, E. Lovera, A. Tunesi, A. Cavallo, Contemporary natural stones from the Italian western Alps (Piedmont and Aosta Valley Regions), Periodico di Mineralogica, Vol. 73, pp. 211-226, 2004.

Selevan, S.G., J.M. Dement, J.K. Wagoner, J.R. Froines, Mortality patterns Among Miners and Millers of Non-Asbestiform Talc: Preliminary Report, Journal of Environmental Pathology and Toxicology, Vol. 2, pp. 273-284, 1979.

Sharp, T.G., P.R. Buseck, Prograde versus retrograde chlorite-amphibole intergrowths in a calc-silicate rock, American Mineralogist, Vol. 73, pp. 1292-1301, 1988.

Siegrist, H.G. Jr., and A.G. Wylie, Characterizing and Discriminating the shape of Asbestos Particles, Environmental Research

Siegrist, H.G. Jr., and A.G. Wylie, Characterizing and Discriminating the shape of Asbestos Particles, Environmental Research

Small, J.A., J.R. Michael, "Phase identification of individual crystalline particles by electron backscatter diffraction", Journal of Microscopy, 201, 1, 59-69, Jan 2001.

Small, J.A., J.R. Michael, "Phase identification of individual crystalline particles by electron backscatter diffraction", Journal of Microscopy, 201, 1, 59-69, Jan 2001.

Sokolova E V, Hawthorne F C, Gorbatova V, McCammon C, Schneider J (2001)    Ferrian winchite from the Ilmen mountains, southern Urals,   Russia and some problems with the current scheme for amphibole nomenclature. The Canadian Mineralogist

Steel, E., A. Wylie, "Mineralogical Characteristics of Asbestos", SME-AIME Fall Meeting and Exhibit Tucson, AZ, October

Steel, E., A. Wylie, "Mineralogical Characteristics of Asbestos", SME-AIME Fall Meeting and Exhibit Tucson, AZ, October

Steel. E., A. Wylie. "Mineralogical Characteristics of Asbestos." U.S. Department of Commerce, Washington, D.C., pp. 93-99.

Steel. E., A. Wylie. "Mineralogical Characteristics of Asbestos." U.S. Department of Commerce, Washington, D.C., pp. 93-99.

Stemple, I.S., G.W. Brindley, A Structural Study of Talc and Talc-Tremolite Relations, Journal of The American Ceramic Society, Vol 43 No 1, Jan 1960.

Stemple, I.S., G.W. Brindley, A Structural Study of Talc and Talc-Tremolite Relations, Journal of The American Ceramic Society, Vol 43 No 1, Jan 1960.

Stewart, D.P., Geology for Environmental Planning in the Brattleboro-Windsor Region, Vermont, Vermont Geological Survey,

Stewart, D.P., Geology for Environmental Planning in the Brattleboro-Windsor Region, Vermont, Vermont Geological Survey,

Su, Shu-Chun,  "Determination of Refractive Indics of Asbestos Minerals by Dispersion Staining: Why and How", Su Scientific Consulting, Rev. 2020-06-30

Su, Shu-Chun, "A Rapid and Accurate Procedure for the Determination of Refractive Indices of Regulated Asbestos Minerals," American Mineralogist, Volume 88, pp 1979-1982, 2003.

Su, Shu-Chun, "Determination of Optical Properties of Asbestos Fibers by Polarized Light Microscopy: A Short Course Designed for RJ Lee Group", April 2001

Su, Shu-Chun, Diffraction Table for Grunerite, 1994.

Thompson, B.D., M.E. Gunter, M.A. Wilson, Letter: Amphibole asbestos soil contaimination in the U.S.A.: A matter of definition, American Mineralogist, 96, 690-693, 2011.

Tylee, B.E., L.S.T. Davies, J. Addison, Notes and News: Asbestos Reference Standards - Made Available for Analysts, Ann. Occup. Hyg., Vol 40, No 6, pp 711-714, 1996.

U.S. Pharmacopeia Testing Monograph

USP-NF 〈901〉  Detection of Asbestos in Pharmaceutical Talc

USP-NF 〈1901〉  Theory and Practice of Asbestos Detection in Pharmaceutical Talc

Van Gosen et al. (2004)  A USGS Study of Talc Deposits and Associated Amphibole Asbestos Within Mined Deposits of the Southern Death Valley Region, California U.S Geological Survey Open-File Report 2004-1092

Van Gosen, B.S. R.B. Berg, J.M. Hammarstrom, Map Showing areas with potential for talc deposits in the Gravelly, Greenhorn, and Ruby Ranges and the Henrys Lake Mountains of southwestern Montana, USGS Open-File Report 98-224-B,

Van Gosen, B.S. Reported historic asbestos mines, historic asbestos prospects, and natural asbestos occurrences in the Rocky Mountain State of the United Stated (Colorado, Idaho, Montana, New Mexico and Wyoming), USGS Open-File Report 2007-

Van Orden, D.R., R.J. Lee, C.M. Hefferan, S. Schlaegle, M. Sanchez, Determination of the Size Distribution of Amphibole Asbestos and Amphibole Non-Asbestos Mineral Particles, The Microscope, 64:1, 13-25, 2016.

Veblen, D.R. and Burnham C.W. (1978) New biopyriboles from Chester, Vermont: II The crystal chemistry of jimthompsonite, clinojimthompsonite, and chesterite, and the amphibole mica reaction. American Mineralogist. Vol. 63. pp.

Veblen, D.R., P.R. Buseck, C.W. Burnham, "Asbestiform Chain Silicates: New Minerals and Structural Groups", Science,

Veblen, D.R., Wylie A.G., "Mineralogy of Amphiboles and 1:1 Layer Silicates," Reviews in Mineralogy: Health Effects of Mineral Dusts, G.D. Guthrie, Jr., B.T. Mossman Eds., Vol 28, Chapter 3, pp 61-137. (1993).

Verkouteren, J.R., and Wylie, A.G., "Anomalous optical properties of fibrous tremolite, actinolite, and ferro-actinolite," American Mineralogist, Volume 87, pp 1090-1095 (2002).

Verkouteren, J.R., and Wylie, A.G., "The tremolite - actinolite - ferro - actinolite series: Systematic relationships among cell parameters, composition, optical properties, and habit, and evidence of discontinuities", American Mineralogist, Volume 85

Virta, R.L., The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample, Bureau of Mines Report of

Virta, R.L., U.S. Geological Survey (USGS), "Some Facts About Asbestos, " USGS Fact Sheet (FS-012-01). March, 2001.

Wagner, J. C., M.L. Newhouse, B. Corrin, C. E. R. Rossiter, D. M. Griffiths. "Correlation Between Fibre Content of the Lung and Disease in East London Asbestos Factory Workers." reprinted from Journal of Industrial Medicine, Vol. 45, 1988, pp. 305-

Wagner, J.C. G. Berry, T.J. Cooke, R.J. Hill, F.D. Pooley, J.W. Skidmore, Animal Experiments with Talc, The British Occupational Hygiene Society, 1977.

Walitzi, E.M., Walter, F., Ettinger, K. Verfeinerung der Kristallstruktur von Anthophyllite vom Ochsenkogel/Gleinalpe,

Walsh, G.J., N.M. Ratcliffe, J.B. Dudley, T. Merrifield, Digital Bedrock Geologic Map of the Mount Holly and Ludlow Quadrangles, Vermont and Explanation of the Bedrock Geology Database in the Vermont Geographic Information System,

Wehner, A.P., G.M. Zwicker, W.C. Cannon, "Inhalation of Talc Baby Powder by Hamsters", Fd Cosmet Toxicol, Vol 15, pp

Weill, H., C. E. Rossiter, C. Waggenspack, R. N. Jones, M. M. Ziskind. "Differences in Lung Effects Resulting from Chrysotile and Crocidolite Exposure." Reprinted from Pergamon Press Oxford and New York, 1977, pp. 789-797.

Weill, H., M. M. Ziskind, C. Waggenspack, C. E. Rossiter. "Lung Function Consequences of Dust Exposure in Asbestos Cement Manufacturing Plants." Arch Environ Health, Vol. 30, February 1975, pp. 88-97.

Whittaker, E. J. W. (1949). The structure of Bolivian crocidolite. Acta Crystallographica, 2(5), 312-317.

Wood, S.A., A.E. Taunton, C. Normand, M.E. Gunter, "Mineral-Fluid Interaction in the Lungs: Insights From Reaction-Path Modeling, Ihalation Toxicology, 18:12, 975-984, 2006.

Wylie, A. G. "Optical Properties of the Fibrous Amphiboles." Health Hazards of Asbestos Exposure, Annals of The New York Academy of Sciences, Vol. 330, December 1979, pp. 611-620.

Wylie, A. G., "Relationship Between the Growth Habit of Asbestos and the Dimensions of Asbestos Fibers", Mining

Wylie, A. G., Jennifer R. Verkouteren: "Amphibole Asbestos from Libby, Montana: Aspects of Nomenclature", American Mineralogist, Volume 85, pp 1540-1542 (2000).

Wylie, A. G., Ph.D., "Discriminating Amphibole Cleavage Fragments From Asbestos: Rationale and Methodology" Exposure Assessment & Control Asbestos/Other Fibrous Materials. pp 1065-1069.

Wylie, A. G., Philip A. Candela, "Methodologies for Determining the Sources, Characteristics, Distribution, and Abundance of Asbestiform and Nonasbestiform Amphibole and Serpentine in Ambient Air and Water", Journal of Toxicology and Environmental Health, Part B: Critical Reviews, 18:1, 1-42, 2015.

Wylie, A. G., R. L. Virta, J. M. Segreti. "Characterization of Mineral Population by Index Particle: Implication for the Stanton Hypothesis." Environmental Research, Vol 43, 1987, pp. 427-439.

Wylie, A.G., "Amphibole Dusts: Fibers, Fragments, and Mesothelioma", The Canadian Mineralogist, Vol. 54, pp. 1403-1435 (2016)

Wylie, A.G., (2000), 'The Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples', Advances in Environmental Measurement Methods for Asbestos, American Society for Testing and Materials (ASTM), STP 1342, (Michael Beard and Harry Rook, editors) p. 53-69.

Wylie, A.G., K. F. Bailey, J.W. Kelse and R.J. Lee. "The Importance of Width in Asbestos Fiber Carcinogenicity and Its Implications for Public Policy," Am. Ind. Hyg. Assoc. J., Vol. 54, No. 5, 1993, pp. 239-252.

Wylie, A.G., K. F. Bailey. "The Mineralogy and Size of Airborne Chrysotile and Rock Fragments: Ramifications of Using the NIOSH 7400 Method." In print AIHA Journal.

Wylie, A.G., R. L. Virta, E. Russek. "Characterizing and Discriminating Airborne Amphibole Cleavage Fragments and Amosite Fibers: Implications for the NIOSH Method." Am. Ind. Hyg. Assoc. J., Vol. 46, No. 4, 1985, pp. 197-201.

Wylie, A.G., Schweitzer, P., "The Effects of Sample Preparation and Measuring Techniques on the Shape and Shape Characterization of Mineral Particles: The Case of Wollastonite," Environmental Research, Vol 27, pp 52-73. (1982).

Wylie, Ann G. "Fiber Length and Aspect Ratio of Some Selected Asbestos Samples." Health Hazards of Asbestos Exposure, Annals of The New York Academy of Sciences, Vol. 330, December 1979, pp. 605-610.

Wylie, Ann G. "Modeling Asbestos Populations: A Fractal Approach." Canadian Mineralogist. 30 ( 1993): 437-446.

Wylie, Ann G., H. Catherine W. Skinner, Joanne Marsh, Howard Snyder, Carmala Garzione, Damian Hodkinson, Roberta Winters, and Brooke T. Mossman, "Mineralogical Features Associated with Cytotoxic and Proliferative Effects of Fibrous Talc and Asbestos on Rodent Tracheal Epithelial and Pleural Mesothelial Cells", Toxicology and Applied Pharmacology 147,

Yamate, G., S. C. Agarwal, R. D. Gibbons. "Methodology for the Measurement of Airborne Asbestos by Electron Microscopy." EPA Contract No. 68-02-3266, July 1984.

Yang H, Evans B W (1996)    X-ray structure refinements of tremolite at 140 and 295 K: Crystal chemistry and   petrologic implications. American Mineralogist 81:1117 - 1125.

Zoltai, T., A. G. Wylie. "Definitions of Asbestos-Related Mineralogical Terminology." Health Hazards of Asbestos Exposure, Annals of The New York Academy of Sciences, Vol. 330, December 1979, pp. 707-710.

Zucchetti, S., "Lithological, Mineralogical and Genetic Characteristics of the Germanesca Valley Talc Deposits in the Western Alps (Italy)", 15, pp 263-279, 1972.

Zucchetti, S., R. Sandrone, "Geology of the Italian high-quality cosmetic talc from the Pinerolo district (Western Alps)", Conference Paper · October 1988

Nesse, W.D. Introduction to Optical Mineralogy, 4th edition, 2013

Phillips, Wm. Revell, Mineral Optics, Principles and Techniques, 1971

Deer, Howie, and Zussman, An Introduction to the Rock Forming Minerals, 3rd edition 2013

Leake et al. (1978) Nomenclature of Amphiboles.  Mineralogical Magazine, December 1978, Vol. 42, pp.533-63

Miyashiro, A. (1957) The Chemistry, Optics, and Genesis of the Alkali-Amphiboles.  Journal of the Faculty of Science University of Tokyo, Section 2., 11, 57-83.

Hallimond, A.F. (1942)  On the graphical representation of the Calciferous Amphiboles.  The American Mineralogist, Vol. 28,

| **JNJ Bates Stamped Documents** |
|---|
| 10/6/1948 Memo from D.H. Byers to H.B. Ashe re: analysis of mineral samples, JNJ 000331298 |
| 2/22/1955 Raw Material Specification – Talc, Powdered (Italian), JNJ 000370142 |
| 5/11/1955 Battelle Summary Report on A Review and Appraisal of the Literature on Talc Deposits of the United States to Johnson & Johnson, JNJTALC000128710 |
| 2/29/1956 Battelle Summary Report on an Investigation of Selected Talc Deposits of the United States to Johnson & Johnson, |
| 10/15/1957 Progress Report on studies of the physical properties of talc, their measurement, and comparison, prepared by Battelle Memorial Institute, JNJ 000087868 |
| 5/23/1958 Progress report on the physical concentration of talc ores – flotation, prepared by Battelle Memorial Institute, JNJ |
| 7/18/1958 Progress report on further studies on the measurement and correlation of the physical properties of talc, prepared by Battelle Memorial Institute, JNJ 000087231 |
| 11/4/1958 Letter from Battelle Memorial Institute to Dr. W.M. Lycan (J&J) re Status of the Various phases of your talc project at Battelle, JNJTALC000651233 |
| 4/21/1959 Progress Report on Investigation of the Jaipur, India Talc Deposit to Johnson & Johnson by Smith, William L., |
| 7/28/1959 Special Report on Canadian Talc Deposits to Johnson & Johnson by William L. Smith (Battelle Memorial Institute), |
| 7/31/1959 Progress report on the physical concentration of talc ores – flotation of Italian no. 2 talc, prepared by Battelle Memorial Institute, JNJ 000087166 |
| 8/31/1959 Summary report on ultrasonic comminution of talc, prepared by Battelle Memorial Institute, JNJ 000087105 |
| 9/15/1959 Phase report on an investigation of the measurement and causative factors of luster in fine particulate talcs, prepared by Battelle Memorial Institute, JNJTALC000668937 |
| 12/31/1959 Progress report on the physical concentration of talc ores – flotation of Italian run-of-mine talc, prepared by Battelle Memorial Institute, JNJ 000087123 |
| 1/13/1960 Interoffice Corres from P.D. To Backels, V.A. re Lab Tests - Johnson & Maadoc Ore, JNJTALC000651225 |
| 1/26/1960 Memo from to J.N. Masci and W.H. Lycan re Talc beneficiation California Talc - Whorton Jackson Company, |
| 3/8/1960 Phase report on pilot-plant beneficiation of Italian run-of-mine talc, prepared by Battelle Memorial Institute, JNJ 000087425 |
| 4/12/1960 Letter from W.E. Chase, Battelle Memorial Institute, to H.L. Warner, Johnson & Johnson, re: flotation studies, JNJ |
| 7/21/1960 Letter from Ashton, W.H. to J.N. re Kastern Magnesia Talc Company, Burlington, Vermont, JNJTALC000651229 |
| 6/6/1961 Letter from W.L. Smith, Battelle Memorial Institute, to W.H. Ashton, Johnson & Johnson, re: the Gouverneur and Hammondsville mines, JNJTALC000129140 |
| 8/25/1961 Letter from W.L. Smith, Battelle Memorial Institute, to W.H. Ashton, Johnson & Johnson, re: evaluation of exploration work on the Hammondsville talc deposit, JNJ 000087716 |
| 10/13/1961 Letter from W.L. Smith, Battelle Memorial Institute, to W.H. Ashton, Johnson & Johnson, re: addendum to July 11 letter discussing grades of commercial talc, JNJ 000868183 |
| 5/27/1963 Memo from W.L. Smith, Battelle Memorial Institute, to W.H. Ashton, Johnson & Johnson, re: petrographic examination of Vermont talc, JNJ 000087425 |
| 12/18/1964 Letter from W. Ashton to Dr. R. Sundberg et al. re Studying your letter 12/8/1964, JNJTALC000542998 |
| 4/7/1966 Topical report on characterization of flotation tailings from the West Windsor talc plant, prepared by Battelle Memorial Institute, JNJTALC000301073 |
| 7/13/1966 Memo from N.A. Poirier to W.H. Ashton re: JOHNSON'S Baby Powder Historical Survey, JNJ 000566921 |

| |
|---|
| 7/13/1966 Memo from R.S. Russell to W.H. Ashton re: microscopic examination of museum baby powder samples, JNJ |
| 1/30/1967 Memo from R.S. Russell to J.R. Marvel and J.T. Dettre re: Baby-Mate Baby Powder, JNJ 000235800 |
| 11/1/1967 Memo from W.H. Ashton re: metropolitan talc lot G 716 preliminary evaluation, JNJTALC000588519 |
| 1/24/1968 Letter from W.E. Brown, Battelle Memorial Institute, to W.H. Lycan, Johnson & Johnson re: results on the beneficiation of talc by flotation, JNJ 000087825 |
| 10/31/1968 Johns-Manville Research and Engineering Center re Body Talcum Powders - Petrographic Examination, Report No. 404-39, CRMC-TALC-000053 |
| 2/14/1969 Raw Material Specification – Windsor 66 (Proposed), JNJ 000252242 |
| 4/14/1970 Material Specification – Italian Talc 1615 AGIT, JNJTALC000128338; JNJTALC000128342 |
| 6/23/1970 Process Specification – Blending of Johnson's Baby Powder, JNJ 000373026 |
| 7/10/1970 Letter from Dettre, J.T. to Holliday, R. K., et al., re Baby Powder Talc Supply, JNJ 000090066 |
| 7/10/1970 Reconnaissance Study Talc Deposits of California Southern Death Valley Kingston Range Region, |
| 8/14/1970 Process Specification – Blending of Johnson's Baby Powder Formula 34 at SSDP, JNJ 000373020 |
| 12/4/1970 Report re: geological audit of Windsor Minerals, prepared by Colorado School of Mines Research Institute, JNJ |
| 12/16/1970 Memo from R.S. Russell to W.H. Ashton re Domestic Talc Beneficiation Non Flotation Methods Project No. 750, |
| 1/20/1971 Raw Material Specification – Windsor 66, JNJ 000235095 |
| 2/9/1971 Process Specification – Blending of Johnson's Baby Powder Formula 34 at SSDP, JNJ 000373014 |
| 3/3/1971 Beers, R. Letter to Ashton, W. re: Summary of activities in producing baby powder talc flotation concentrates, |
| 5/10/1971 Letter from Pattengill to W. Ashton re Analysis on Sample 344L Baby Powder, JNJTALC000297438 |
| 5/14/1971 Colorado School of Mines Research Institute report re: microscope techniques, JNJTALC000291146 |
| 5/14/1971 Memo from W. Ashton to G. Hildick-Smith re Assay of Talc in Baby Powder, JNJTALC000297437 |
| 6/24/1971 Colorado School of Mines Research Institute Report on Particle Size and Shape Distributions of Grantham, Italian, and Vermont Talc Final Products, JNJ 000234805 |
| 6/28/1971 Dartmouth University Letter to R.N. Miller (Windsor) re X-ray and Optical Examination of Talc Products, |
| 6/30/1971 Letter from M.G. Pattengill, Colorado School of Mines Research Institute, to W.H. Ashton, Johnson & Johnson, re: analysis of Vermont product plant run sample 344-L and 6 monthly Vermont finished product samples, JNJTALC000291142 |
| 6/30/1971 S. Lawrence, "Chafes at Warning" New York Post, JNJTALC000298782 |
| 7/7/1971 - 10/1/1979 FDA Talc Submissions List, JNJ 000239703 |
| 7/7/1971 Letter from M. Pattengill to W. Ashton re X-Ray Analyses on 344-L Vermont Talc Product and Six Monthly Vermont Talc Product Samples, JNJ 000247079 |
| 7/8/1971 Letter from William Nashed to Robert Schaffner re: Report of Analyses of JOHNSON'S Baby Powder and Various Samples of Vermont Talc Used in JOHNSON'S Baby Powder, JNJ 000232290 |
| 7/9/1971 Internal J&J Memorandum Summarizing J&J's July 9, 1971 Meeting with Dr. Langer, JNJTALC000298751 |
| 7/22/1971 Technical Aspects of Grantham Talc Related to Johnson's Baby Powder, JNJTALC000219664 |
| 7/23/1971 Letter from M.G. Pattengill, Colorado School of Mines Research Institute, to W.H. Ashton, Johnson & Johnson, re: analysis of Vermont talc samples, JNJTALC000297477 |
| 7/27/1971 Letter from Ian Stewart (McCrone) to Dr. Nashed (J&J) re sample testing JNJ 000260768 |
| 7/29/1971 Memo from W. Nashed to L. Foster re: talc/asbestos, JNJ 000244833 |
| 8/3/1971 FDA Memorandum Regarding the Aug. 3, 1971 Symposium About Asbestos and Talc, JNJ 000086545 |
| 8/6/1971 Letter from M.G. Pattengill to Bill Ashton Re Vermont Talc Samples, JNJTALC000091746 |
| 8/6/1971 Letter from W.H. Ashton to W.T. Caneer, Colorado School of Mines Research Institute, re: analysis of Italian rock from the Crosetto Mine, JNJTALC000291207 |
| 8/9/1971 Memo from T.H. Shelley to H. Kramer re: Baby Powder – talc, JNJTALC000290215 |
| 8/9/1971 Memo from T.H. Shelley to R.L. Sundberg and W.H. Ashton re: removal of fines, JNJ 000087959 |
| 8/9/1971 Letter from Hildick-Smith (J&J) to Selikoff Re Assist With Analysis of Biopsy Samples Obtained from the Tenovus Institute, JNJTALC000298757 |
| 8/10/1971 Letter from F. Pooley to T. Shelley re Examination of Particulate Material, JNJ 000274547 |
| 8/10/1971 McCrone, Methodology for the Determination of Asbestos in Talc, JNJ 000247094 |
| 8/19/1971 McCrone Technical Report MA-2330-2 re: examination of baby powder for J&J, JNJ 000260473 |
| 8/27/1971 Beers, R. Letter to Ashton, W. re: CSMRI Project No. 210727-Plans in producing cosmetic talc productions free of superfine materials, JNJTALC000291212 |
| 8/30/1971 Walter C. McCrone Associates Report: Examination of Talc Powders for Johnson and Johnson, JNJ 000274193 |
| 9/3/1971 Collection of documents from R. Rolle's files entitled "Italian, Medicated, Grantham talc", JNJ 000269814 |

| |
|---|
| 9/7/1971 Letter from Caneer, W. to Rolle, B., JNJTALC000102573 |
| 9/21/1971 letter from W. Nashed to R. Schaffner re Johnson's Baby Powder - data and methods testing of powder and the talc used in its manufacture, and submission of full reports, JNJ 000289305 (and family) |
| 9/30/1971 Document titled Talc Product Safety and Purity Project - Talc Ore Sampling - Fontane Mine - Italy, |
| 10/1/1971 Report on Some Mineralogical Aspects of the Grantham Talc Ore Body, JNJ 000878192 |
| 10/12/1971 Letter from Gene Grieger to A. Goudie re: Final Reports on Samples 228-P, the Feminine Spray, Medicated Powder and Shower to Shower Group; Report re: Analysis of Johnson & Johnson Commercial Product 228-P, JNJ 000260800 |
| 10/21/1971 Letter from G. Grieger to R. Miller enclosing findings on three talc samples, JNJ 000867327 |
| 10/21/1971 Report entitled "Examination of talc samples for Windsor Mineral company," prepared by G. Grieger and I. |
| 11/10/1971 Letter from Dr. Langer to Hildick-Smith re: Tenovus Samples, JNJTALC000298765 |
| 11/19/1971 Material Specification – Italian Talc 1615 AGIT, JNJ 000277027 |
| 11/22/1971 Letter from Pattengill, M. to Ashton, W. re: latest shipment of Italian talc ore, JNJTALC000291229 |
| 1972 Note from W. Nashed to A.J. Goudie re: "tremolite was mistakenly identified", JNJ 000260836 |
| 1972 Report entitled "Investigation Of Possible Asbestos Contaminations In Talc Samples," prepared by Thomas Hutchinson, University of Minnesota Space Science Center, JOJO-MA2546-01282 |
| Snider et al., Bowling Green State University, Asbestiform Impurities in Commercial Talcum Powders (1972), |
| 1/7/1972 Letter from Gene R. Grieger to William Ashton re: Talc Ore Samples DES < 71 Using Electron and Optical Microscopy, the Electron Microprobe and X-Ray Diffraction, JNJ 000291429 |
| The Mining Institute of the Polytechnic School of Torino, Petrographic Identification of Asbestos Silicates in Val Chisone (SVC) Talc (Feb. 1972), JNJ 000370114 |
| 2/3/1972 Report of Examination of International Samples of Talc Supplied by Johnson & Johnson, JNJTALC000453022 |
| 2/16/1972 Instituto Di Arte Mineraria, Determinazione Petrografica Di Silicati Asbestodi, JNJTALC000348563 |
| 4/5/1972 Letter from G. Grieger to A. Goudie re Talc Samples FD-14, JNJ 000248017 |
| 4/17/1972 X-Ray Study of J&J's Baby Powder Retain 108T by G. Brown, JNJ 000231207 |
| 4/27/1972 Report by R. Zumwalde, NIOSH, re: Talc Sample Results, JNJ 000314643 |
| 6/11/1972 Characterization of Johnson's Baby Powder, Lot 228P, JNJ 000877808 |
| 6/12/1972 ES Laboratories Chemical Analyses (1/12/2016 Fitzgerald Dep. Exhibit 08) |
| 6/16/1972 "High Level of Asbestos Found in 3 Paints and 2 Talcums Here," New York Times, JNJ 000086528 |
| 6/17/1972 Asbestos in J&J Baby Powder? Doctor Admits He May Have Been Mistaken, The Home News, JNJ 000244773 |
| 6/17/1972 Grace Lichtenstein, Talc Warning Is Labeled False, N.Y. Times, JNJ 000244787 |
| 6/17/1972 Memo from W. Nashed to File re New York Times Today Article, JNJ 000314693 |
| 7/26/1972 Document entitled "Particle Size of Johnsons' Baby Powder," prepared by R. S. Russell, Pharmaceutical Research Graph Sheet - J&J Sample 344-L Particle Size Distribution by Andreasn Pipette, JNJ 000289325 |
| 8/3/1972 Letter from S.Z. Lewin, NYU, to A. Weissler, FDA, re: final analytical results on 102 samples of commercial |
| 8/8/1972 Letter from W. Nashed to R. Fuller re Dr. Schaffner of FDA; Dr. Lewin unfavorable findings, JNJTALC000289146 |
| 8/9/1972 Handwritten document re: Shower to Shower QA retained samples, JNJTALC000437351 |
| 8/10/1972 Handwritten document re: Lewin samples of Shower to Shower, JNJTALC000437349 |
| 8/11/1972 J. Wenninger Memorandum of Meeting re Asbestos in Cosmetics Containing Talc, Such as Dusting Powders and |
| 8/14/1972 Memo from W. Nashed to File re Talc / Asbestos FDA Meeting, August 11, 1972, JNJTALC000289154 |
| 8/18/1972 Dean, W.R. Letter to Goudie, A re: Reports on Italian mine and 0000 Italian talc, JNJTALC000060977 |
| 8/18/1972 Letter from W.R. Dean to A. Goudie re: Reports on the Italian Mine and the 00000 Italian Talc, JNJ 000322489 |
| 8/29/1972, Comments on Dr. Lewin's Technique by Walter C. McCrone, JNJTALC000294736 |
| 8/24/1972 Memo from W. Nashed to R.A. Fuller re: Talc/Asbestos Shower to Shower Talc, JNJTALC000289185 |
| 8/25/1972 W. Dean Memo to A. Goudie re Harwell Report on Morphology and Characterization of Talc, |
| 8/29/1972 "Talcum Suspected in Death of 21 French Babies," New York Times |
| 8/30/1972 Grieger, G. Letter to Hutchinson, T. re: Asbestos samples for SEM investigation, JNJ 000270084 |
| 8/31/1972 Memo from A.J. Goudie re: Trip to Sperry Rand Microanalytical Lab, Rockville, Maryland, Project No. 503, |
| 9/8/1972 F.D. Pooley, An Examination of Italian Mine Samples and Relevant Powders and related correspondence, |
| 9/8/1972 Letter from J. Wehrung to A. Goudie re: fiberforms in samples A, B, and C, JNJ 000248953 |
| 9/18/1972 Ferry, D. Letter to Hogan, H. re 5/0 Italian Talc, JNJ 000242681 |
| 9/23/1972 "Hexachlorophene in Cosmetics Banned," Chicago Tribune |
| 9/25/1972 W. Nashed Memo to File re Shower-to-Shower / Asbestos FDA Meeting, September 21, 1972, JNJ 000086531 |
| 9/26/1972 Findings on Johnson & Johnson Products from a Report by Dr. S. Lewin (Consultant to the FDA), JNJ 000232996 |

| |
|---|
| 9/26/1972 Letter from Rolle, F. to Russell, R. re: Meeting with FDA (9-21-72) to Discuss Chrysotile Asbestos In Shower to Shower Powder, JNJTALC000289200 |
| 9/27/1972 Examination of Shower to Shower Talc Sample for Johnson & Johnson, JNJ 000248918 |
| 9/27/1972 Letter from S.S. Pollack to Dr. A. Goudie re meeting with representatives of FDA, JNJ 000248927 |
| 9/28/1972 Letter from T. Hutchinson to I. Stewart re: S.E.M. micrographs, JOJO-MA2546-01479 |
| 9/28/1972 Pooley, F. Letter to Dr. Shelley re: Mineralogical X-ray and morphological examination of the Italian mine samples, |
| 9/29/1972 Letter from I. Stewart to A.J. Goudie re: Professor Lewin's presentation, JNJTALC000062027 |
| 9/30/1972 Correspondence from Unknown to G. Dippold re: Talc Analyses |
| 9/30/1972 Letter from NYU to Whittaker, Clark & Daniels |
| Critique of Methodology used by FDA Consultant (Dr. S. Lewin), Oct. 1972 (Gordon Brown), JNJ 000272423 |
| Oct. 1972 Report of the Examination of Rock Samples from the Vermont Mine, JNJ 000303042 |
| 10/5/1972 Letter from I. Stewart to T. Hutchinson re: micrographs on September 28, JOJO-MA2546-01482 |
| 10/7/1972 Letter from M.J. Buerger to Dr. Goudie enclosing report on the Washington meeting, JNJTALC000587160 |
| 10/7/1972 Prof Buerger Report, The Washington Meeting of September 21, 1972 of Johnson & Johnson with the Food and Drug Administration and Conclusions to be drawn from the meeting by Martin J. Buerger, JNJTALC000301172 |
| 10/9/1972 Memo from W. McCrone, McCrone Associates, to I. Stewart, McCrone Associates, re: Visit with Dr. Seymour Lewin, October 3, 1972, JNJTALC000437173 |
| 10/11/1972 Letter from Roesch to Driscoll re: McCrone Report |
| 10/17/1972 Letter from W. Nashed to R. Schaffner re: Shower-to-Shower Brand Body Powder re: extensive studies on the sample in question obtained from Prof. Lewin (and all attachments), JNJTALC000300260 |
| 10/19/1972 NYU Department of Chemistry Test Report |
| 10/27/1972 Letter from Caneer to Goudie re: x-ray diffraction step scans on baby powder talc samples, JNJ 000231251 |
| 10/27/1972 Report entitled "Examination of Johnson and Johnson's Baby Powder," prepared by McCrone Associates, JNJ |
| 10/27/1972 Report entitled "Examination of Johnson and Johnson's Baby Powder," prepared by McCrone Associates, JNJ |
| 11/1/1972 Internal J&J Memorandum Regarding Tests Performed on Samples 108-T and 109-T; re: Vermont Talc Special Talc Studies (503), JNJ 000257810 |
| 11/8/1972 Letter from F. Pooley to A. Goudie re: examination of sample 108/T, JNJ 000469025 |
| 11/8/1972 Memo from J. Schelz re: Analysis of Johnson's Baby Powder for Tremolite Asbestos Project No. 503, JNJ 000317654; JNJ 000317656; JNJ 000317657; JNJ 000317658 |
| 11/15/1972 Letter from Ian M. Stewart to A.J. Goudie re: Modified Thinking on Baby Powder Samples 108T and 109T, JNJ |
| 11/29/1972 Handwritten note by T. Hutchinson enclosing reports, JOJO-MA2546-01365 |
| 11/29/1972 J&J's Submission of Test Results to the FDA Regarding Samples 108T and 109T, JNJ 000317600 (and Report of Two Sample Laboratory Tests for the Identification and Concentration of Chrysotile Asbestos, Dec. 1972 (Pooley), |
| 1/8/1972 Memo from Stanley to Clements PFE-Hug00007104 |
| 12/8/1972 Memo from R. Fuller to W. Nashed re Dr. Schaffner - F.D.A., JNJ 000336899 |
| 12/13/1972 Memo to File re FDA Meeting, JNJ 000268924 |
| 12/20/1972 Letter from John P. Schelz to F.R. Rolle to A.J. Goulie re Examination of Vermont 66 Talc by X-Ray Diffractometry - Project No. 503, JNJ 000300536 |
| 1/11/1973 Letter from Gene R. Grieger to A. Goudie re: Analysis of Two Samples of Talc Labeled HC Talc and V124 Talc, |
| 1/12/1973 Memo from R.J. Mortimer to S.A. Christie, et al. enclosing 12/28/1972 memo from Windsor Minerals re: A comprehensive plan to meet the requirements of Windsor Minerals Inc. for milling capacity in the next five years, JNJ |
| 1/18/1973 CSMRI Memo from J. Krause to W.H. Ashton re: Density Gradient Separation of Chrysotile Spiked Baby Powder, |
| 1/22 and 2/1/1973 Memo Telephone Conversations between John Spivak and Robert Schnaffer re: Asbestos in Talcum Powder; 3/2/1973 Letter from A. Weissler, Ph.D., Acting Director, Division of Colors and Cosmetic Technology, U.S. Food and Drug Administration, to Dr. Adamson and Lang of the Environmental Defense Fund |
| 2/26/1973 CSMRI Mineralogical Examination of Five Samples, JNJ 000268020 |
| 3/6/1973 Letter from Gene R. Grieger to A. Goudie re: Vermont Talc Designated No. 32-71S by Transmission Electron Microscopy, JNJTALC000286961 |
| 3/12/1973 Letters from Lewin to the Editor of the Wall Street Journal, JNJ 000244743 |
| 3/14/1973 Memo from A. Marks to File re: Talc- New Flotation Method Review to Marketing and R&D by Mr. R. Miller of Windsor Minerals, 3/14/74 Project No. 1133.02, JNJ 000246903 |
| 3/14/1973 Process Specification – Blending of Johnson's Baby Powder Formula 34 at SSDP, JNJ 000298290 |

| |
|---|
| 3/16/1973 J&J Memo from John P. Schelz to F.R. Rolle and A.J. Goudie re Examination of Vermont 66 Talc by X-Ray Diffractometry Project No. 503, JNJ 000236154 |
| 3/16/1973 Material Specification Windsor 66 Talc, JNJ 000277017 |
| 4/2/1973 Letter from W.P. Reid to W.H. Ashton re: Mineralogical examination of four samples for tremolite and chrysotile, |
| 4/19/1973 Letter from D.H. Hamer to F.R. Rolle re: Dispersion-Staining Examination Of Retained Samples Of Johnson's Baby Powder – Project No. 503, JNJ 000245155 |
| 4/26/1973 Memo from D.R. Petterson to D.D. Johnston re: Windsor Minerals and talc, JNJ 000294872 |
| 4/27/1973 Report entitled "Microscopic Examination Of Johnson's Baby Powder", JNJ 000273729 |
| 4/30/1973 Report re: Italian talc prepared by U. Stefano, JNJ 000270588 |
| 5/1/1973 Letter from R.N. Miller to D.R. Petterson re Memo - D. Hamer - 4/19/73 Dispersion Staining, etc., JNJ 000267623 |
| 5/8/1973 Experimental studies on biological effects on Tremolite Talc on Hamsters, JNJTALC000294809 |
| 5/8/1973 Letter from W.H. Ashton to G. Hildick-Smith re: Italian Talc Safety, JNJ 000270587 |
| 5/8/1973 Report on the Phase Composition of Baby Powder (Buerger), JNJ 000272436 |
| 5/16/1973 Letter from T.H. Shelley to F.R. Rolle re: proposed specs for analyzing talc for 'asbestos,' JNJ 000232679 |
| 5/24/1973 Memo from W.P. Reid to W.H. Ashton re: Mineralogical examination of JMC-2 talc sample, JNJTALC000168018 |
| 5/25/1973 Letter from W. Nashed to Robert Schnaffer re: J&J's Submission of Dr. Buerger's Report to the FDA Regarding Samples 108T and 109T, JNJ 000333379; JNJ 000333381 |
| 5/31/1973 Letter from Zeitz, V. to Miller, R. re: Butanol-Citric Acid Flotation System, JNJ 000267602 |
| 6/4/1973 Memo from T.H. Shelley to R.F. Rolle re: British Toilet Preparations Federation specifications on talc, |
| 6/8/1973 Memo from W. Caneer to W. Ashton re: Meeting with Bowling Green State University Geological Staff, |
| 6/21/1973 Letter from Gene R. Grieger to Robert Rolle re: Electron Microscope to Examined Six Samples of Talc, JNJ |
| 6/22/1973 Examination of Johnson & Johnson's Product Shower to Shower for Asbestiform Minerals, JNJTALC000437220 |
| 6/22/1973 J&J Memo re Figure reference errors; attachment Examination of Johnson & Johnson Product Shower to Shower for Asbestiform Minerals, JNJTALC000167359 |
| 6/25/1973 Talc Completed Reports Colorado School of Mines, JNJ 000330448 |
| 7/10/1973 Memo from Prof. Seymour Lewin (NYU) to George Thompson (FDA) Final Report: Determination of Asbestos Contents of Commercial Talcum Powders |
| 7/31/1973 Internal FDA Memorandum from Alfred Weissler to Robert M. Schaffner re Summary and Comments on Prof. Lewin's Analytical Results for Asbestos in Talc; Attachment Final Report |
| 7/31/1973 Memo from A. Weissler, FDA, to R.M. Schaffner, FDA, re: Summary And Comments On Prof. Lewin's Analytical Results for Asbestos in Talc, HHS000000197 |
| 8/18/1973 Letter from W.R. Dean to A. Goudie re: Italian mine and the 00000 Italian Talc, JOJO-MA2546-01165 |
| 9/5/1973 H. Eiermann Letter to N. Estrin re Methods of determination of asbestos in cosmetic talc products, JNJ 000258912 |
| 9/6/1973 FDA Report entitled "Technical Plan Quarterly Project Progress Report: Asbestos And Other Contaminants In Talc" |
| 9/13/1973 Excerpts from report entitled "Summary Papers Prepared by Professor Pooley for His Meeting on September 12, |
| 9/13/1973 Memo from R.S. Russell re: major points discussed by Dr. Pooley on his visit Sept. 12, 1973, JNJ 000274706 |
| 9/20/1973 Internal J&J Memorandum Discussing Reports on Italian Talc; Re Allegation Made by Dutch Consumer Organization of Asbestos in Our Overseas Talc - Project No. 0936.00, JNJTALC000291475 |
| 9/20/1973 Rolle Memo re Allegations made by Dutch Consumer Organization of Asbestos in our Overseas Talc, JNJTALC000169508; JNJ 000270049 |
| 9/28/1973 Hamer, D. Memo to J.P Schelz, et al. re: Electron Microscopy of our Talc Alleged to Contain Chrysotile by Johns-Manville - Project No. 0503.00, JNJ 000263200 |
| 10/1/1973 Memo from Heinz J. Eiermann, "Summary and Comments on Analyses for Asbestos in Cosmetic Talc Products", |
| 10/2/1973 Letter from Regina A. Gallagher to W.C. Davies and F.R. Rolle re Examination of Vermont 66 Talc by X-Ray Diffractometry - Project Number 970, JNJ 000288425 |
| 10/4/1973 Letter from Gene R. Grieger to F.R. Rolle re: Four Specimens of Talc, JNJ 000086240 |
| 10/5/1973 Letter from M.G. Pattengill to Wm. H. Ashton re Compliance, Sample RE-73-166 subjected to electron microscopic analyses, JNJ 000086211 |
| 10/11/1973 G. Sandland Minutes - CTFA Subcommittee of Sac on Asbestos in Talc |
| 10/12/1973 Letter from Gene R. Grieger to F.R. Rolle re: Talc Sample U-66, Dated 19-9-1973, 712-004, Code 14192, for Asbestiform Minerals Using the Transmission Electron Microscope, JNJ 000258085 |
| 10/22/1973 R. Gallagher Memo to W. Ashton re Analyses of Johnson & Johnson Talc Samples Alleged by Johns-Manville to Contain Chrysotile - Project NO. 0503.00, JNJ 000086234 |

| |
|---|
| 10/29/1973 Letter from V.E. Wolkodoff to W.T. Caneer re: response to phone call last week, JNJTALC000128503 |
| 11/9/1973 Letter from J&J to R. Schaffner (FDA) Enclosing J&J's Reports Contesting Prof. Lewin's Findings, JNJTALC000445064; JNJTALC000445069; JNJTALC000445080; JNJTALC000445118; JNJTALC000445227 ; JNJTALC000445241; JNJTALC000445246; JNJTALC000445248; JNJTALC000445272 |
| 11/19/1973 Memo re: Electron Microscropy Analysis of Talc Samples Reputed to Contain Chrysotile by Johns-Manville-Project No. 0503.00 and attached report by F.D. Pooley, JNJ 000233727; JNJ 000233728 |
| 11/20/1973 Report entitled "Determination Of Asbestos In Talc By Light-Optical Microscopy for Whittaker, Clark & Daniels, Inc.," prepared by Ernest F. Fullam, Inc., JNJ 000267972 |
| 11/30/1973 Shear Disc Talc, Windsor 66 Fact Book Supplement, JNJTALC000864265 |
| 12/7/1973 Analyst Work Sheet re: Johnson & Johnson talc powders – Lewin Samples |
| 12/10/1973 G. Sandland Memo to Members of the CTFA Subcommittee & Scientific Advisory Committee re attached finalizedsubmission of report to CTFA Talc Subcommittee, JNJ 000472208 |
| 12/10/1973 Report of CTFA Talc Subcommittee on Method to Detect Chrysotile and Tremolite in Talc, WCD000115 - |
| 12/11/1973 McCrone Letter from Stewart, I. M. to Zeitz, V. re: Positive Test Results with handwritten note, JNJ 000280690 |
| 12/12/1973 Memo from Eiermann to R. Schaffner re Letter by Dr. Nashed of Johnson & Johnson to Dr. Robert Schaffner, |
| 12/13/1973 Memo from M.J.M. Oerlemans, Johnson & Johnson Benelux, to J.H. Smids and H.L. Parlow re: Dutch Consumer Organization's testing of Johnson's Baby Powder, JNJTALC000376583 |
| 12/20/1973 Letter from W.P. Reid (Colorado School of Mines) to W. Ashton (J&J) re results of a mineralogical examination for chrysotile in two samples, JNJ 000265209 |
| 12/20/1973 Letter from W.P. Reid (Colorado School of Mines) to W. Ashton (J&J) re results of a mineralogical examination for chrysotile in two samples, JNJ 000274724 |
| 12/26/1973 N. Estrin Letter to FDA Hearing Clerk re Proposed Order Method for Asbestos in Talc in the Federal Register, |
| 57-0198 A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers, Johnson & Johnson |
| 1974 Draft manuscript entitled "Mineralogy And Chemistry Of British Talc And Consumer Talcum Products," |
| 1/8/1974 Letter from Bill Ashton to FDA re: Talc Facts for FDA 7 J&J U.S. Mtg. Washington D.C. January 17, 1973, JNJ |
| 1/31/1974 Letter from J. Krause to W. Ashton re: joint sponsorship of Johnson & Johnson and Johns-Manville, |
| 2/5/1974 Letter from Alan Marks to H.H. Hutchins re: JOHNSON'S* Baby Powder - New Flotation MethodButanol - Citric Acid Project No. 1133.02, JNJ 000326156 |
| 2/7/1974 Letter from W. Dean to P. Meijer re: talc studies, JNJ 000252636 |
| 2/8/1974 Letter from W. Dean to M. Oerlemans, "Rien" re: visit of Dr. Pooley, JNJTALC000171588 |
| 2/11/1974 Correspondence from R. Shimps to R. Rolle re: Talc Analyses, JNJ 000578775 |
| 3/1974 Reynolds (Dartmouth) Memo to Windsor re Analysis with Spiked Samples , JNJ 000266903 |
| 3/11/1974 Letter from McCrone to Rolle re: Frosbite Deposit Samples, JNJTALC000286990 |
| 3/14/1974 Memo from Marks, A. M. to File re: New Flotation Project and Chrysotile Doping, JNJ 000246903 |
| 3/29/1974 Letter from J. Krause to W. Ashton re: continuation of initial hydrothermal work, JNJ 000253075 |
| 4/4/1974 Memo from W.H. Ashton to G. Lee re: Notes on Visit to Denver Area March 25 Thru March 27, 1974, JNJ |
| 4/10/1974 Letter from G.R. Grieger, McCrone Associates, to R.S. Russell, Johnson & Johnson, re: analysis of four talc samples designated as A, UDSA, UDSB and AC, JOJO-MA2546-00567 |
| 4/24/1974 Examination of Talc Samples, Argonaut Ore Body, JNJ 000222859 |
| 5/6/1974 Letter from Gene Grieger to Robert Rolle re: Analysis of 4 Samples of Talc for Contents of Asbestiform Materials, |
| 5/8/1974 Walter C. McCrone Associates, Examination of Talc Ores and Products: Beneficiation Processes, JNJ 000326106; JNJ 000326112; JNJ 000326117 |
| 5/9/1974 Report entitled "Examination Of Talc Ores And Products From The Argonaut Ore Body," prepared by McCrone |
| 5/14/1974 Letter from W. Nashed to R. Niederer re Analysis of Talc, JNJTALC000287020 |
| Vernon Zeitz, New Reagent Systems—Plant Trial at Windsor Minerals Inc., JNJ 000326070 |
| 5/16/1974 Letter from R.S. Russell to A.M. Marks re: talc – new flotation method project No. 1133.02, JNJ 000246883 |
| 5/28/1974 Internal J&J Memorandum Regarding XRD and DTA Test Results for Production Samples; Examination of Vermont 66 Talc by X-Ray Diffractometry and Differential Thermal Analysis Project Number 0503-00, JNJ 000264752 |
| 5/29/1974 Letter from R. Niederer to Dr. Nashed re Talc Samples |
| 6/20/1974 Letter from George Lee to D.R. Petterson re: Status of the "raw" Talc Evaluation Program, JNJ 000246877 |
| 6/24/1974 Letter from Vernon Zeitz to Alan Marks re: Windsor Minerals position and the Plant Trial of N-Butanol Based Reagent Systems, JNJ 000269190 |

7/8/1974 Letter from Gene Grieger to Robert Rolle re: Analysis of 21 Samples of Talc for Contents of Asbestiform Materials, JNJTALC000292917; JNJTALC000292919

7/12/1974 Johnson's Baby Powder Formula No. 499 Project No. 1133.0273 Fact Book Supplement, JNJ 000886439

7/22/1974 Letter from Alan Marks to Miller re: Research Authorization to Replace Ultrawete-DS and - Utilize n-Butanol as the Flotation aid in the Processing of Talc, JNJTALC000445594

8/8/1974 Letter from G. Grieger to V. Zeitz re: examination of 3 samples of talc used for roofing material,

8/9/1974 Letter from Gene R. Grieger to F.R. Rolle: Transmission Electron Microscope of Talc Sample, JNJ 000242291

8/12/1974 Letter from R. Rolle to G. Lee re: Re-Examination of the Asbestos Content of Johnson's Baby Powder, Lot 228P – Project No. 503.00, JNJ 000242290

9/18/1974 Analyst Work Sheet re: Johnson's Baby Powder, Talcum Powder

9/24/1974 Memo from W.H. Ashton to G. Lee re: copy of editorial referencing Italian talc, JNJTALC000294275

10/10/1974 Letter from R. Shimps to V. Zeitz re Analysis of Eleven Samples, JNJTALC000298680

10/31/1974 Ashton "Personal and Confidential" Memo re Val Chisone Booklet, JNJ 000270497

12/4/1974 G. Sandland Meeting Notes of CTFA Talc Subcommittee, JNJTALC000169103

12/9/1974 Letter from G.R. Grieger, McCrone Associates, to R.S. Russell, Johnson & Johnson, re: analysis of baby powder sample, JOJO-MA2546-00509

12/31/1974 Letter from Gene R. Grieger and Richard Shimps to Vernon Zeitz re: Analysis of Talc Samples,

1/7/1975 Letter from G.R. Grieger, McCrone Associates, to J.P. Schelz, Johnson & Johnson, re: analysis of two samples designated A and B, JNJ 000065680

1/7/1975 Memorandum of Meeting between FDA Representatives and Cosmetic Industry Representatives re: Status of Regulation(s) Regarding Asbestos in Talc

1/14/1975 Letter from Vernon Zeitz to Roger Miller re: Concerning a 6 month ore study on asbestiform content, JNJ

1/30/1975 Memo from F. Rolle to G. Sandland re: Corrected Results of Round Robin Using the CFTA Proposed Optical Microscope Procedure for Detection of Chrysotile in Talc, JNJTALC000169089

2/5/1975 Letter from Gene R. Grieger to R. Miller re: Analysis of Two Talc Samples Used in Roofing Materials, JNJ

2/7/1975 Letter from Gene R. Grieger to R. Miller re: Analysis of Two Talc Samples Used in Roofing Materials, JNJ

2/7/1975 Letter from Sherry Selevan to Roger Miller re protocol and authorization letter, JNJ 000263107

2/14/1975 Memo from R. Schaffner, FDA, to H. Eiermann, FDA, re: Asbestos reports and memo to be sent to Mr. Harold

2/17/1975 N. Estrin Minutes re CTFA Talc Task Force Meeting, WCD000083 - WCD000085

2/19/1975 Letter from Gene R. Grieger to John P. Schelz re: Sample of Talc Designated as Sample C, JNJ 000065678

2/20/1975 Memorandum from Richard Kaplan to J.J. Travers re Talc Results to FDA, JNJTALC000294767

2/21/1975 Letter from John J. Travers to George Sandland re Avon Results to FDA, JNJTALC000294766

2/21/1975 Memo from J. Wenninger, FDA, to R. Schaffner re: Draft Letter to Mr. H. Romer re: asbestos in talc reports

3/3/1975 Letter from Murray Berdick to George Sandland re Chrysotile in Talc, JNJTALC000294768

3/10/1975 Letter from Sherry Selevan to Vernon Feitz re Analysis of Data Vermont Talc Study, JNJ 000263110

3/15/1975 Memo from G. Lee re Meeting - Harvard Windsor Study March 11, 1975, JNJ 000089989

3/24/1975 Letter from G.R. Grieger, McCrone Associates, to F.R. Rolle, Johnson & Johnson, re: analysis of talc sample used in a medical study, JOJO-MA2546-000267

4/7/1975 Letter from F.D. Pooley to Dr. Lee re Samples of Cosmetic Talc, JNJTALC000294761

4/10/1975 Letter from M. Sheahan to R. Miller re three Windsor talc samples collected from local roofing material plants were reported as containing a form of asbestos, WTALC00008340

4/15/1975 Letter from R. Miller to G. Miller, G., P. Leeds and J. Marcus re Windsor Minerals Matter Conclusion,

4/29/1975 Attachment A to Letter from Lee to Sandland re Talc, JNJTALC000294778

4/29/1975 Attachment B to Letter from Lee to Sandland re Talc, JNJTALC000294780

4/29/1975 Letter from G. Lee to G. Sandland re numerous studies of purity level of cosmetic talc, JNJTALC000294776

5/5/1975 Letter from John M. Dement to Vernon Zeitz re Study of Talc Worker in Vermont, JNJ 000222867

5/20/1975 Letter to Rolle from Pooley re Talc Specimens, JNJTALC000169038

6/11/1975 Letter from G.R. Grieger to R.S. Russell re: analysis of two groups of samples, JNJ 000687275

7/1/1975 Letter from G.R. Grieger, McCrone Associates, to V. Zeitz, Windsor Minerals, re: analysis of two groups of samples (and attachments), JNJ 000291318; JNJ 000291319; JNJ 000291320; JNJ 000291321

7/9/1975 Letter from Gene R. Grieger to Robert Russell re: Analyzed Two Samples of Talc Identified as B11A and B11B, for Asbestiform Minerals, JNJ 000346943

7/15/1975 Letter from Gene R. Grieger to Robert S. Russell re: The Talc Sample, Lamellar CN, JNJ 000687261

| |
|---|
| 7/23/1975 Memo from W.H. Ashton to H. Kramer re JJ Worldwide Talc Monitoring Program - 1975, JNJ 000061342 |
| 8/21/1975 Letter from Trggve Baak to George W. Sandland re Cyprus Minerals FDA Submission, JNJTALC000294772 |
| 9/1975 J.C. Wagner Draft Animal Experiments with Talc Report, JNJTALC000294818 |
| 9/9/1975 Memo from G. Lee re: A.M. Langer Analysis Of Talcum Powder Products – Edinburgh Meeting, JNJ 000253056 |
| 9/11/1975 Note from V. Zeitz to I. Stewart re: Photographs, WIND-04055-0026 |
| 9/12/1975 Letter from George W. Sandland to Robert Schaffner (FDA) re CTFA Cosmetic Talc Standard, JNJ 000267888 |
| 9/15/1975 Letter from D.R. Petterson to CTFA Scientific Advisory Committee re Presentations related to Talc Safety Issues, |
| 9/17/1975 Letter from George W. Sandland to Robert Schaffner (FDA) re CTFA Cosmetic Talc Standard, JNJ 000086451 |
| 10/3/1975 Memo from G. Lee to Talc Advisory Group re Review of Talc Events at Brighton and Edinburgh Conferences September 14-26, 1975, JNJ 000253044 |
| 11/4/1975 Letter from Gene R. Grieger to John P. Schelz re: Use of Transmission Electron Microscopy, JNJ 000346935 |
| 11/5/1975 Letter from G.R. Grieger, McCrone Associates, to V. Zeitz, Windsor Minerals, re: series of talc ore samples (and attachments), JNJ 000578954; JNJ 000578955 |
| 11/19/1975 Letter from Gene Grieger to Vernon Zeitz re: Analysis of 24 Samples of Talc for Contents of Asbestiform |
| 11/21/1975 Memo from F. Rolle to G. Lee re: Talcs Analyzed by Langer, Project Number 0503-01, JNJ 000329803 |
| 1/6/1976 Memo from F. Rolle to G. Lee re: Telephone Conversation with Dr. F.D. Pooley on 1/5/76 Project Number 0503-01, |
| 1/7/1976 Yates memo to Eiermann re: Tabulated results of DCST's Analyses for Asbestos Minerals in Lewin, HHS00000152 - |
| 1/8/1976 Report of the Examination of Talc Samples Obtained from Mount Sinai Hospital from Pooley, JNJTALC001272507 |
| 1/21/1976 Material Specification Windsor 66 Talc, JNJ 000252265 |
| 3/8/176 Transcription of Telephone Conversation of Article from Washington Post of March 8, 1976; Asbestos Fibers Found in Baby Powder, JNJ 000020763 |
| 3/8/1976 Memo from W. Waggoner to B. Semple re FDA Telephone Call - Talc 3/3/76, JNJ 000323664 |
| 3/8/1976 Asbestos Fibers Found in Baby Powder (Washington Post) |
| 3/9/1976 Letter from Pooley to the FDA re Report Findings, HHS00000010 |
| 3/9/1976 Ottowa Citizen, Asbestis in talc powders dangerous |
| 3/10/1976 The New York Times archived article, Asbestos Found In Ten Powders (Produced),  JNJ 000004381 |
| 3/12/1976 Letter from Ian M. Stewart to Norman Estrin re Talc analyses for asbestos, JNJTALC000294753 |
| 3/15/1976 Letter from D.D. Johnston, J&J to G. Wald, President of N.B.C. News re: Wald's March 8, 1976 Story on Talcum Powder Misinformed the Public, JNJ 000037715 |
| 3/15/1976 Letter from George Lee to Norman Estrin re Johnson & Johnson Examination for Asbestos in Talc, |
| 3/16/1976 Correspondence from W. Ashton to J. Krause re: Account on Special Talc Studies, JNJ 000265171 |
| 3/18/1976 CTFA Talc Subcommittee Minutes, JNJ 000254109 |
| 3/18/1976 Letter from William E. Smith to D.R. Petterson re Newspaper Article on Asbestos in Some Preparation of Talc, |
| 3/18/1976 Memo from John P. Schelz to F.R. Rolle and D.R. Petterson re Review of Methodology for the Detection of Asbestos Minerals in Talc, JNJTALC000294757 |
| 3/18/1976 Memorandum from F.R. Rolle to D.R. Petterson re Analysis of British and American OTC Products, |
| 3/19/1976 R. Schaffner Memo to Acting Director of Bureau of Foods re Asbestos in Talc - Proposed Regulation |
| 3/23/1976 Press Release from Dr. Thomas Chalmers, President of Mt. Sinai Medical Center, JNJ 000026953 |
| 3/26/1976 Letter to M. Burros, March 26, 1976, Mount Sinai School of Medicine, New York, NY |
| 3/26/1976 M. Burros "Talcum Study Clarified by N.Y. Hospital," The Washington Post, JNJ 000304419 |
| 3/30/1976 Letter to D. Johnston, Mount Sinai Archives, New York, NY |
| 3/31/1976 Memo from G. Hildick-Smith re Meeting with Drs. Selikoff, Langer and Rohl at Mt. Sinai, Monday, March 15, |
| 4/1976 Chalmer, T., Johnson & Johnson Worldwide New Digest, Vol. 5, No. 4 - The Safety of Johnson's Baby Powder, JNJ |
| 4/13/1976 Gene R. Grieger to Jack P. Schelz re: Using Electron Microscopy and SAED, NJ 000252330 |
| 4/15/1976 Letter from Gene R. Grieger to Joseph Simko re: Using Selected Area Electron Diffraction and Transmission Electron Microscopy Examined Six Talc Samples Designated as DCST-76-1358, -1359, -1360, -1362, -1363 and -1364, |
| 4/20/1976 Memorandum from Regina Gallagher re Electron Microscopy and Saed Analysis of Vermont Composite Talc Sample, Project No. 0503.01, WTALC00002817 |
| 4/26/1976 Letter from Gene Grieger (McCrone) to Vernon Zeitz (Windsor Minerals Co.) reporting on analysis of 21 samples of industrial grade talc with general identification HC and LI, JNJ 000252339 |
| 4/26/1976 Memo from G. Hildick-Smith to D. Johnston re Dr. Arthur Langer's Concern About His Professional Integrity, JNJ |
| 4/30/1976 Letter from Vernon Zeitz to Alan Marks re: Results of a Study by Walter C. McCrone Associates in Which they Examine 38 Ore Samples, JNJTALC000170048 |

| |
|---|
| 5/24/1976 Letter from R. N. Miller to Ian Stewart re permission to disclose data resulting, JNJ 000314226 |
| 6/4/1976 Colorado School of Mines' Critique of Dr. Langer's 1976 Publication, JNJ 000088487 |
| 6/4/1976 Internal J&J Memorandum Re Mt. Sinai Data Challenge, JNJ 000267880 |
| 6/15/1976 Internal J&J Memorandum Critiquing Dr. Langer's 1976 Publication; Re Notes on the Publication by Rohl, Langer, et.al. Entitled "Mineral and Chemical Characterization of Selected Consumer Talcum Products" Project Number 0503-01, JNJ |
| 7/5/1976 Handwritten Notes re: Minerals in Baby Powder, JNJ 000064762 |
| 7/8/1976 Letter from Gene R. Grieger to Robert S. Russell re: Using Electron Microscopy and Selected Area Electron Diffraction Examined a Sample of Talc Designated as Talc PH-FI , No. 760-970, JNJ 000065664 |
| 7/11/1976 Memo from J. Goren to C.E. LaRosa re: Roger Miller's position on use of Argonaut Talc Source, |
| 8/31/1976 Memo from W.H. Ashton to G. Lee re JJ Worldwide Talc Monitoring Program - 1976 Talcs with attachment, JNJTALC000348669; JNJTALC000348670 |
| 9/8/1976 Letter from Gene R. Grieger to J. Schelz re: Using Electron Microscopy and Selected Area Electron Diffraction Examined a Sample of Talc designated "66 July Composite," JNJ 000265152 |
| 9/9/1976 Letter from Gene R. Grieger to Vernon Zeitz re: Using Electron Microscopy and Selected Area Electron Diffraction Examined 16 Talc Samples, JNJ 000291314 |
| 10/7/1976 CTFA Method J 4-1, Testing Monograph; Asbestiform Amphibole Minerals in Cosmetic Talc, Part I: X-ray Diffraction Method, Part II: Optical Microscopy and Dispersion-Staining Method, JNJ 000405219 |
| The Cosmetic, Toiletry and Fragrance Association. 1976a. CTFA Specification: Cosmetic Talc, revised October 7, 1976, JNJ |
| 11/18/1976 Letter from Gene R. Grieger to Regina Gallagher re: Using Electron Microscopy and Selected Area Electron Diffraction Examined Talc Sample Designated Vermont 66 (10/4-10/8/76), JNJ 000265138 |
| 11/19/1976 Letter from Gene R. Grieger to Robert S. Russell re: Using Electron Microscopy and Selected Area Electron Diffraction Examined 12 Talc Samples, JNJ 000346977 |
| 12/2/1976 Letter from Gene R. Grieger to Vernon Zeitz re:  Using Electron Microscopy and Selected Area Electron Diffraction Analyzed 18 Raw Talc Samples, JNJ 000063229 |
| 12/14/1976 Protocol for Vermont Talc Study, JNJ 000263108 |
| 12/20/1976 Letter from John P. Schelz to Arthur N. Rohl re locating drug stores with talcum products, JNJ 000250523 |
| 1/3/1977 Certificate of Microanalysis for Asbestos signed by McAlear, J., JNJTALC000348700 |
| 1/13/1977 Letter from Gene R. Grieger to Robert S. Russell re: Using Electron Microscopy and Selected Area Electron Diffraction Examined 13 Talc Samples, JNJ 000306900 |
| 2/4/1977 Letter from Gene R. Grieger to Regina  Gallagher re: Using Electron Microscopy and Selected Area Electron Diffraction Analyzed a Sample of Talc Identified as Vermont 66 1/10-1/14/76, JNJ 000252270 |
| 3/18/1977 Internal J&J Memorandum Regarding Japanese Subsidiary's Talc; re: Technical Support Requirements J&J Talc Worldwide, JNJ 000247219 |
| 3/31/1977 Letter from Schelz to Estrin Enclosing Initial Work-up of Data from Participating Laboratories, JNJ 000250539 |
| 4/1/1977 EMV Associates Consultant Report to Johnson & Johnson 9 Talc Samples, JNJ 000061131 |
| 4/4/1977 Certificate of microanalysis for asbestos for a composite sample, prepared by EMV Associates, JNJ 000062160 |
| 4/4/1977 Certificate of microanalysis for asbestos for an old stock composite sample, prepared by EMV Associates, JNJ |
| 4/7/1977 Memo from W.H. Ashton to G. Lee re JJ Worldwide Talc Monitoring Program - 1976 Talcs Series II, |
| 4/29/1977 Determination of Asbestos Minerals in Windsor 66 Talc by Transmission Electron Microscopy, JNJ 000237206 |
| 5/4/1977 Memo from A. Frank to G. Lee re Windsor 66 Talc Specification - Proposed Asbestos Requirements, JNJ |
| 6/3/1977 Letter from Gene R. Grieger to Regina  Gallagher re: Using Electron Microscopy and Selected Area Electron Diffraction Examined a Sample of Talc B, JNJ 000300405 |
| 6/13/1977 Minutes on CTFA Task Force on Round Robin Testing of Consumer Talcum Products for Asbestiform Amphibole Minerals, JNJ 000250604 |
| 6/28/1977 J&J Memorandum re Audit Testing of Windsor 66 Talc for Asbestos, JNJ 000252225 |
| 8/12/1977 Material Specification Windsor 66 Talc, JNJ 000252214 |
| 8/26/1977 Certificate of Microanalysis for Asbestos 1977 Sample #1, JNJTALC000347950 |
| 12/5/1977 Letter from Gene R. Grieger to Vernon Zeitz re Analyses of Special Sample SP1-RNM dated 11/1/77, |
| 12/15/1977 Report entitled "Mineralogical Investigation Of Three Main Contaminating Rock Types In The Talc Deposit Of Windsor, Vermont," for Windsor Minerals prepared by Mountain States Minerals Enterprises, JNJ 000338378 |
| 1/31/1978 Memo from W.H. Ashton to G. Lee re JJ Worldwide Talc Monitoring Program - 1977 Talcs with attachment, JNJTALC000166673; JNJTALC000166674 |
| 2/9/1978 Letter from G. Lee to D.D. Johnston re: Status Report - Defense of Talc Safety, JNJ 000295352 |

| |
|---|
| 5/31/1978 Letter from Gene R. Grieger to Vernon Zeitz re Analyses of 46 Talc Samples, WTALC00002797 |
| 6/8/1978 Letter from R.N. Miller to V. Zeitz re: Dust Correlation, Gravimetric vs. Respirable, JNJ 000686189 |
| Johnson & Johnson letter to C.M. Piascik re: J&J International - Japan, JNJTALC000295666 |
| 9/8/1978 Suggested Mine Layout on Hammondsville Mine, Vermont of Windsor Minerals, Inc., WTALC00010327 |
| 9/19/1978 Memo from Roger N. Miller to Sales, Traffic, Research re Use of McCrone Data in Sales Dissemination of Research Results, JNJ 000578144 |
| 10/5/1978 Letter from G.R. Grieger and I. Stewart, McCrone Associates, to R. Miller, Windsor Minerals, re: analysis of thirty-eight talc samples, JNJ 000063173 |
| 11/14/1978 Internal J&J Memorandum Summarizing Testing Data Re Reducing the Number of ore Samples Collected for Analysis by McCrone Associates, JNJ 000314315 |
| 11/29/1978 Grayson, H. Letter to Grieger, G. re: sample filters for asbestiform materials and attached notes., |
| 12/5/1978 Letter from R. Clifton to J. Beaman re: relationships of talc, tremolite, and asbestos, JNJ 000269811 |
| 12/19/1978 Grieger, G. Letter to Grayson, H. re: four personal air filter samples that do not contain asbestiform minerals in them with attached handwritten notes., WTALC00002836 |
| 1/11/1979 Letter from D. Kennedy, Commissioner of the U.S. Food and Drug Administration, to S. Wolfe and B. Gordon re: Talc Carcino-Genesis, JNJ 000033702 |
| 1/31/1979 Memo from R. Russell to G. Lee re JJ Worldwide Talc Monitoring Program - 1978 Talc, JNJTALC000348793 |
| 2/2/1979 Memo from M. Martin to H. Cohen re: Examination of Vermont 66 Talc by X-Ray Diffraction and Differential Thermal Analysis Project No. 0995-01, JNJ 000266694 |
| 2/9/1979 Handwritten document re: "revised call from H. Cohen – BPC quality control", JNJ 000063167 |
| 3/5/1979 Letter from Gene R. Grieger to Helen Grayson re Asbestos Examination of 4 Talc Samples, WTALC00002785 |
| 3/21/1979 Memo from M. Martin to H. Cohen re: Examination of Vermont 66 Talc by X-Ray Diffraction and Differential Thermal Analysis Project No. 0995-01, JNJ 000291896 |
| 6/11/1979 Memo from Grayson, H. (Windsor Minerals) to Dezaine, W., Hills, H., Miller, R., et al., re Environmental Air Sampling Program: Dust Exposure Report, with handwritten notes, JNJ 000338601 |
| 6/11/1979 Memo from Grayson, H. (Windsor Minerals) to Dezaine, W., Hills, H., Miller, R., et al., re Environmental Air Sampling Program: Dust Exposure Report, JNJ 000338665 |
| 6/26/1979 Material Specification Windsor 66 Talc, JNJ 000085068 |
| 8/3/1979 Memo from Grayson, H. (Windsor Minerals) to All Superintendents re Environmental Air Sampling Data: For the Month of July, JNJ 000686214 |
| Johnson & Johnson letter to G. Lee re: J&J International, JNJTALC000295662 |
| 10/8/1979 Memo from H. Grayson (Windsor Minerals) to All Superintendents re Environmental Air Sampling Data: |
| 10/16/1979 Letter from Rick Ellis to Helen  J. Grayson re: Using Electron Microscopy Analyzed 18 Talc Samples with attachment, JNJTALC000387334 |
| 12/6/1979 Memo from Grayson, H. (Windsor Minerals) to All Superintendents re Environmental Air Sampling Data: November 1979, JNJ 000686289 |
| 12/20/1979 Internal J&J Memorandum Regarding AGIT 1615; Re Italian Talc for JOHNSON'S Baby Powder Initial Shipment's / Specifications, JNJ 000085064 |
| 12/20/1979 Letter from Richard M. Ellis, Jr. to Helen Grayson re: Using Electron Microscopy Analyzed 18 Talc Samples, JNJ |
| 12/21/1979 Letter from Maureen Conley to C.S. Mihalik re: Talc Supply Status, JNJ 000085063 |
| 1/11/1980 Letter from Bill Ashton to Gianfranco Villa re: U. S. Requirements for Tonnage Amounts of 00000 Extra Talc, JNJ |
| 1/12/1980 J&J's Interim Talc Specification, JNJ 000085039; JNJTALC000128335 |
| 1/15/1980 Letter from Bill Ashton to Bruce Semple re: Cyprus Industrial Minerals vs. Italian Talc Matters, JNJ 000085057 |
| 3/27/1980 Letter from Ian M. Stewart to Roger Miller re: Examination of 9 Talc Samples, JNJ 000291950 |
| 3/27/1980 Letter from Ian M. Stewart to Roger Miller re: Examination of 9 Talc Samples with handwritten note, |
| 7/21/1980 Letter from H. Grayson to I. Stewart re: ninteen samples for asbestiform analysis via T.E.M., JNJ 000578119 |
| 9/2/1980 Memo from R. Russell to G. Lee re JJ Worldwide Talc Monitoring Program - 1979-1980 Talcs, |
| 9/8/1980 Letter from R. Ellis to H. Grayson Regarding Transmission Electron Microscopy Analysis of Nineteen Talc Samples, |
| 9/8/1980 Letter from Richard Ellis, Jr. to Helen Grayson re: Attached Results of Asbestos Analysis on Four Talc Samples Submitted Under Purchase Order R-08879, JNJ 000063203 |
| 9/29/1980 Letter from Helen Grayson to Ian Stewart Two Samples of Talc Asbestiform Analysis by T.E.M., JNJ 000064270 |
| 11/6/1980 Letter from Richard Ellis, Jr. to Helen Grayson re Sample labeled W. Gregg XR, JNJ 000063236 |
| 1/13/1981 Letter from Helen Grayson to R.N. Miller re: Talc Samples for Routine Asbestiform Analysis, JNJ 000314252 |

| |
|---|
| 2/20/1981 Letter from Richard M. Ellis, Jr, to Helen J. Grayson re: Asbestos Analyses of 19 Talc Samples with attachment, |
| March-April 1971 Memo from R. Russell re Support to International Report for March - April 1981, JNJ 000065264 |
| 7/30/1981 Material Specification Windsor 66 Talc, JNJ 000276996 |
| Johnson & Johnson letter to W. Newman re: Talc Evaluation, JNJ000061915 |
| 11/6/1981 Correspondence from Unknown to W. Newman re: Letter on Chinese Talc, JNJTALC000376423 |
| 12/22/1981 Memo from R. Russell to G. Lee re JJ Worldwide Talc Monitoring Program - 1981 Talcs with attachment, JNJTALC000166715; JNJTALC000166716 |
| 3/24/1982 Letter from Bill Ashton to N. Berlin re: Situation Relating to Adopting Italian Talc Over the Period of December 1979 into Early Months of 1980, JNJ 000085040 |
| 6/14/1982 Letter from Richard M. Ellis, Jr, to Harold G. Hills re Asbestos Analyses of 27 Talc Samples, WTALC00002712 |
| 8/24/1982 Letter from P.J. Montali, Mine Safety & Health Admin., U.S. Dept. of Labor, to J. Stevenson, Levy Konigsberg LLP, re: Freedom of Information Act Request – Tracking No. 839438 |
| 11/8/1982 Pooley, F. Letter to Goudie, A re: extensive examination of sample 108/T powder for chrysotile asbestos, JNJ Consultant Report to Johnson & Johnson: Analysis of One Talc Sample by SEM/EDS, JNJ 000238367 |
| 1983 Johnson & Johnson - Johnson's Baby Powder, Support to Baby Products Company Depts. Report for third Quarter 1983, Special Talc Studies - Project #7008, JNJ 000249786 |
| 1/7/1983 Letter from Richard M. Ellis, Jr, to Roger N. Miller: Asbestos Analyses of 10 Talc Samples, JNJ 000292006 |
| 1/14/1983 Process Specification – Manufacture of Johnson's Baby Powder Formula #499 at Royston, JNJ 000372859 |
| 1/18/1983 D. Palenik Letter to H. Cohen re  TEM Analysis of Talc Sample 1, JNJ 000237347 |
| 1/31/1983 Memo from R. Russell to G. Lee re JJ Worldwide Talc Monitoring Program - 1982 Talcs with attachment, JNJTALC000166316; JNJTALC000166317 |
| 2/17/1983 Letter from Richard M. Ellis, Jr, to Roger N. Miller re talc sample from Vermont, WTALC00002699 |
| 3/1983 Preliminary Investigation of Cosmetic Talc Potential Lungsheng Operations Kwangsi China, JNJTALC000084906 |
| 3/31/1983 Letter from Richard M. Ellis, Jr, to Harold G. Hills re Asbestos Analyses of 33 Talc Samples, WTALC00002695 |
| 5/12/1983 D. Palenik Letter to R. Arzapalo re Talc Samples #2-HV66, JNJ 000347015 |
| 5/18/1983 Memo re McCrone testing, WTALC00002891 |
| 6/2/1983 Report of the Examination of Talc Specimens from Dr. Pooley, JNJ 000064717 |
| 6/28/1983 Standard Test Method for the Determination of Asbestos Minerals in Windsor 66 Talc by Transmission Electron Microscopy, JNJ 000346992 |
| 7/11/1983 D. Palenik Letter to R. Arzapalo re Talc Samples #3-HV66, JNJ 000266670 |
| 7/21/1983 Letter from Richard M. Ellis, Jr, to Roger N. Miller re Asbestos Analyses of seven monthly composite samples, |
| 9/14/1983 Letter from Richard M. Ellis, Jr, to Harold G. Hills re: Asbestos Analyses of 21 Talc, JNJ 000282500 |
| 9/14/1983 Letter from Roger Miller to Ian Stewart re: Sample Marked Talc Powder - Superior Grade - EV, JNJ 000064641 |
| 9/29/1983 Letter from M. Ross (US Dept. of Interior) to W. Ashton (J&J), JNJ 000086612 |
| 10/10/1983 Letter from James M. Link to W.H. Ashton re Optical Microscopy Method, JNJ000297594 |
| 11/8/1983 Letter from Philippe Douillet to U.S. Food and Drug Administration regarding Citizen's Petition and related |
| 12/2/1983 D. Palenik Letter to R. Arzapalo re Talc Samples #4-HV66, JNJ 000285154 |
| 1/3/1984 Memo from R. Russell to J.A. Molnar re JJ Worldwide Talc Monitoring Program - 1983 Talcs, JNJTALC000166735 |
| 1/12/1984 Letter from M. Palenik to R. Miller re Analysis for Asbestos in Talc Samples Identified as Talc Powder - Superior Grade EV, JNJ 000065841 |
| 2/24/1984 Letter from Deborah P. Palenik (McCrone) to Richard A. Arzapalo at J&J re asbestos analysis, |
| 3/27/1984 Correspondence from W. Ashton to B. Semple re: Chinese Cosmetic Talc Prospects, JNJTALC000128306 |
| 3/27/1984 D. Palenik Letter to R. Arzapalo re Talc Samples #5A-HV66 and #2-HV96, JNJ 000347002 |
| 3/28/1984 Letter from Deborah Palenik to Richard Arzapalo re: Re-Examination of Sample 5-HV66, JNJTALC000070307 |
| Explanatory Supplement to Report of March 29, 1984, W. Ashton, JNJTALC000523456 |
| 4/19/1984 Material Specification Windsor 66 Talc, JNJ 000235068 |
| 4/25/1984 Internal J&J Memorandum Summarizing Phone Conference with Deborah Palenik of McCrone Associates, |
| 4/25/1984 Memo from J. Molnar to Distribution re: Quarterly Talc Audit for Serpentine Minerals, JNJ 000237319 |
| 5/8/1984 Correspondence from H. Hsiung to J. Molnar re: Chinese Talc - Project 2573, Jizhua High Grade and Low Grade, |
| 6/11/1984 Letter from Mark E. Palenik to Richard A. Arzapalo re: Asbestos Analyses of 2 Talc Samples, JNJ 000237325 |
| 6/26/1984 Process Specification – Manufacture of Johnson's Baby Powder Formulas 499 & 227-88-02, JNJ 000373841 |
| 8/2/1984 Process Specification – Manufacture of Johnson's Baby Powder Formula 227-88-02, JNJ 000373832 |

| |
|---|
| 9/26/1984 Letter from W.H. Ashton, Johnson & Johnson to J.P. Grange, Talcs de Luzenac, re: Talc Asbestos L. Paoletti et al., JNJTALC000128194; JNJTALC000128195 |
| New York Time Article: Beauty; A Dusting of Powder |
| 11/2/1984 Letter from M.E. Palenik, McCrone Associates, to R. Miller, Windsor Minerals, re: analysis of four air filter |
| 11/16/1984 Letter from Mark E. Palenik to Richard A. Arzapalo re: Examination by Transmission Electron Microscopy of 2 Talc Samples, JNJ 000237316 |
| 12/18/1984 Letter from Mark E. Palenik to Roger Miller re Analyses for Asbestos, WTALC00002672 |
| 2/26/1985 Research And Development Analytical Request And Report re: Chinese Talc, 912-47 Sample of 100T Lot of Cosmetic Grade, JNJ 000062436 |
| 3/1/1985 Memo from M. Nunes to J.A. Molnar re JJ Worldwide Talc Monitoring Program - 1984 Talcs, JNJTALC000287657 |
| 4/9/1985 Telegram from A. Ashton to S. Cheowtirakul re: letter of March 11 regarding Korean and Chinese aspects, |
| 5/13/1985 Letter from A. Claveria to R. Miller re two respirable samples and summary of results table, JNJTALC000071371 |
| 5/29/1985 Letter from Mark E. Palenik to Roger N. Miller re: Asbestos Analyses of 24 Talc Samples, JNJ 000288590 |
| 6/6/1985 Memo from Robert Brown, et al. (Quantitative Risk Assessment Committee) to W. Gary Flamm (Dir. Office Toxicology Sciences) re Asbestos in Talc, FDA00003626 – FDA00003636 |
| 7/11/1985 Letter from Harold Hills to Mark Palenik re: Seven Talc Samples for Asbestiform Analysis Via Transmission Electron Microscopy, JNJ 000065646 |
| 8/22/1985 Letter from T. Gore, III and J. Millette to A. LaPierre re Analysis of Seven Talc Samples for Asbestos Mineral Content by Transmission Electron Microscopy; McCrone Project No. ME-1892, JNJ 000062518 |
| 9/10/1985 Letter from R. Miller, Windsor Minerals, to I. Stewart, McCrone Associates, re: methodology, JNJ 000064652 |
| 10/8/1985 Letter from Thomas J. Gore, III and James R. Millette to Roger N. Miller re: McCrone Project No. ME-1862, JNJ |
| 10/22/1985 Letter from W. Randy Boltin, Joseph A. Krewer, James R .Millette to Roger N. Miller re: Analysis of Air Samples by Phase Contrast Microscopy (PCM) and Transmission Electron Microscopy (TEM) McCrone - Project No. ME-1952, JNJ |
| 11/18/1985 Characteristics of Italian Talcs and Possibility of Association with Harmful Minerals, U. Verdel et al., JNJ |
| 11/22/1985 Letter from T. Kremer and J. Millette to R. Miller re McCrone Project No. ME-2012, JNJTALC000387182 |
| 1/17/1986 Document entitled "Samples To McCrone" with handwritten note, "Roger, per your request," JNJ 000065572 |
| 1/17/1986 Letter from Cheryl Hill-Bennett to James Millette re: Fourteen Samples for Asbestos Analysis Via Transmission Electron Microscopy, Attach List of Samples, JNJ 000578888 |
| 2/13/1986 Correspondence from W. Ashton to B. Semple re: Supplement to Trip Report February 10, 1986 China Talc Program, JNJTALC000215948 |
| 2/17/1986 Letter from J. Schmidt to J.A. Molnar re: 1985 Talcs, J&J Worldwide Talc Monitoring Program, and attached World Talc Survey, JNJTALC000166744; JNJTALC000166745 |
| 4/7/1986 Letter from James R. Millette to George M. Riviera re: Analysis by Transmission Electron Microscopy (TEM) of Four Talc Samples for the Presence of Asbestos Minerals; McCrone Project No. ME-2377, JNJ 000237304 |
| 4/29/1986 Letter from Thomas Kremer and James R. Millette re: McCrone Project No. ME-2275, JNJ 000292066 |
| 5/29/1986 Letter from Joseph A. Krewer, W. Randy Boltin and James R. Millette to Roger N. Miller re: Analyses of Two (2) Air Samples by Phase Contrast Microscopy (PCM) and Transmission Electron Microscopy (TEM); McCrone Project No. ME- |
| 5/30/1986 Letter from T. Kremer and J. Millette to R. Miller re McCrone Project No. ME-2582, JNJTALC000387140 |
| 6/11/1986 Letter from Thomas Kremer and James R. Millette to George M. Riviera re: Analysis by Transmission Electron Microscopy (TEM) of One Talc Sample for the Presence of Asbestos Minerals; McCrone Project No, ME-2728, JNJ |
| 7/11/1986 Letter from J.W. Swanson, Acting Associate Commissioner for Regulatory Affairs, U.S. Food and Drug Administration, to P. Douillet with enclosures re: Petition Requesting that Cosmetic Talc be Labeled with and Asbestos |
| 8/13/1986 Letter from T. Kremer and R. Millette to G. Riviera re Analysis by Transmission Electron Microscopy (TEM) on One Talc Sample for the Presence of Asbestos Minerals; McCrone Project No. ME-29, JNJ 000285111 |
| 1/30/1987 Memo from J. Schmidt, Johnson & Johnson, to J.A. Molnar and R. Miller, Windsor Minerals, re: Windsor Minerals Raw Talc Submissions November 1986 to January 1987, JNJ 000060681; JNJ 000266323 |
| 3/11/1987 Letter from  T. Kremer and R. Millette to J. Schmidt re Analyses of Two Talc Samples for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-3582, JNJ 000266504 |
| 3/24/1987 Standard Operating Procedure – Talc, JNJTALC000170450 |
| 3/30/1987 Letter from J. Schmidt, Johnson & Johnson, to R. Miller, Windsor Minerals, re: Windsor Minerals Raw Talc |
| 4/10/1987 Letter from Thomas Kremer and James R. Millette to Hisachi Nishimura re: Analysis of One Talc Sample for Mineral Content by Transmission Microscopy (TEM) re: McCrone Project No. ME-3762 with attachments, |
| 5/21/1987 McCrone Letter from Stewart to Benninger re Monitoring Windsor's talc products, JNJ 000314361 |

| |
|---|
| 6/3/1987 Letter from Thomas Kremer and James R. Millette to Joseph Schmidt re: Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM) re: McCrone Project No. ME-3853, JNJ 000266503 |
| 6/10/1987 Material Specification Windsor 66 Talc, JNJ 000885763 |
| 7/7/1987 Talc Analysis Report No. ES#8288, JNJ 000062220 |
| 7/20/1987 Memo from W.H. Ashton to B. Semple re: Talc/Asbestos Johnson & Johnson K.K., JNJTALC000128265 |
| 7/24/1987 Document entitled "Samples to McCrone Environmental Services," JNJ 000064670 |
| 8/26/1987 Letter from T. Kremer and R. Millette to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-4133, JNJ 000285446 |
| 10/1/1987 Memo from J. Schmidt, Johnson & Johnson, to R. Miller, Windsor Minerals, re: Talc Samples From Mountain States R&D, May 1, 1987, JNJ 000266310 |
| 11/9/1987 Letter from T. Kremer and R. Millette to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-4368, JNJ 000266500 |
| 1/19/1988 Memo from W.H. Ashton to B. Semple re: Talc/Asbestos Report of Visit to Institute of Health Ministry of Labor, Kawasaki, Japan, JNJTALC000128660 |
| 1/27/1988 Letter from Thomas Kremer and James R. Millette to Roger N. Miller re: McCrone Project No. ME-4468, JNJ |
| 3/1/1988 Material Specification Windsor 66 Talc, JNJ 000223521 |
| 3/14/1988 Letter from A. Dickey and I. Stewart, RJ Lee Group, to M.A. Nunes, Johnson & Johnson, re: analysis of talc sample 879-57 TALC L, JNJ 000062176 |
| 3/18/1988 Letter from T. Kremer and R. Millette to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-4662, JNJ 000266479 |
| 3/22/1988 Letter from W.H. Ashton to N. Nishimura re: Talc/Asbestos - Dr. Norihiko Kohyama, JNJTALC000128666 |
| 5/24/1988 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-4978, JNJ 000266428 |
| 6/2/1988 Letter from E. Kent Sprague and Joseph A. Krewer to Roger N. Miller re: McCrone Project No. ME-5017, JNJ |
| 6/22/1988 Letter from E. Kent Sprague and Joseph A. Krewer to Joseph Schmidt re Analyses of Two Talc Samples for Asbestos Mineral Content by Transmission Electron Microscopy (TEM) re: McCrone Project No. ME-5158, JNJ 000266292 |
| 7/13/1988 Letter from George Dunmyre (RJLeeGroup) to William Ashton (JJ) re TEM Asbestos Results for Sample 24164 - Job No. AAH807932, JNJ 000266298 |
| 7/13/1988 Letter from George R. Dunmyre to Mathew A. Nunes re Analysis of Experimental Talc Exp. #2 and Talc 8799-134, Exp. Lot #17 Job No. AAH805669 and AAH806806, JNJ 000285277 |
| 7/13/1988 Letter from George R. Dunmyre to Mathew A. Nunes re TEM Asbestos Results for Sample Exp. #1, Job No. AAH805668, PO No. 00653, JNJ 000266288 |
| 8/4/1988 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-523, JNJ 0000655709 |
| 8/29/1988 ES Laboratories, Inc. for Johnson & Johnson B.P. Division - ES #8823 Talc Analysis, JNJ 000246309 |
| 10/13/1988 Memo from R. Miller, Windsor Minerals, to M. Gross re: Rainbow Mine Sourced Grade 66 Composite Sample For Testing, JNJTALC000215210 |
| 12/5/1988 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-5667, JNJ 000266448 |
| 12/22/1988 Letter from E. Kent Sprague and James R. Millette to Roger N. Miller re: McCrone Project No. ME-5802, JNJ |
| 1/17/1989 ES Laboratories Incorporated for Johnson & Johnson BP Division ES #9020 Talc Analysis Report, JNJ 000061078 |
| 1/13/1989 Letter from S. Dunn to M. Germine re Petition HP 87-1 to Ban Consumer Limestone Products Containing in Excess of 0.01 Percent Tremolite; attachment Chairman Scanlon's Statement on Limestone Products Containing Tremolite, |
| 1/25/1989 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-5895, JNJ 000239823 |
| 2/22/1989 Letter from W. Ashton to L. Zheng re: specifications for cosmetic talc, JNJTALC000216004 |
| 3/27/1989 Letter from E. Kent Sprague and James R. Millette to Roger N. Miller re: McCrone Project No. ME-6148, JNJ |
| 3/30/1989 Letter from E. Kent Sprague and James R. Millette to Roger N. Miller re: McCrone Project No. ME-5802, JNJ |
| 4/29/1989 ES Laboratories, Inc. for Johnson & Johnson B.P. Division - ES #9166 Talc Analysis, JNJ 000266279 |
| 5/5/1989 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-6216, JNJ 000239824 |
| Johnson & Johnson letter to J. Molnar re: Cyprus Talc - Brite 75, JNJ000223447 |

| |
|---|
| 5/23/1989 Correspondence from G. Dunmyre to J. Schmidt re: RJ Lee Group Job No. AAH905450 Johnson & Johnson P.O. No. 004854, JNJ 000223509 |
| 6/19/1989 ES Laboratories, Inc. for Johnson & Johnson B.P. Division - ES #9232 Talc Analysis, JNJ 000266331 |
| 8/10/1989 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-6569, JNJ 000239825 |
| 11/3/1989 Letter from  E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-6952, JNJ 000266375 |
| 11/20/1989 Interim Material Specification –Cyprus Windsor Minerals Corporation Grade 66 Talc, JNJ 000871094 |
| 12/27/1989 Memorandum from Mathews A. Nunes to Distribution re Talc Audit re X-ray diffraction and transmission electron microscopy TEM Analyses performed on Windsor V-66 talc during 1989, JNJ 000237232 |
| 1990 McCrone Associates File re: Johnson & Johnson, Project Nos. ME-7885, MA90013, JOJO-MA90013-001 Blount, Amphibole Content Of Cosmetic And Pharmaceutical Talcs, and 2/10/1992 Letter from A. Blount to M. Refregier, Talc de Luzenac, JNJ 000379224 |
| 2/22/1990 Letter from E. Kent Sprague and Joseph A. Krewer to Regina Gallagher re: Analyses of Four Talc Samples for Asbestos Mineral Content by Transmission Electron Microscopy (TEM), JNJ 000237245 |
| 2/28/1990 Letter from Bill Ashton to Bruce Semple re: Talc Alternate for JBP HAMM Deposit - Windham, Vermont, |
| 3/2/1990 Letter from R. Gallagher to M. Nunes re Talc analysis by X-Ray diffraction, JNJ 000237256 |
| 5/29/1990 Correspondence from W. Ashton to B. Semple re: China Talc Update, JNJTALC000423536 |
| 6/7/1990 Letter from E. Kent Sprague and J. Krewer to R. Gallagher re Analysis of one talc samples for asbestos mineral content by transmission electron microscopy (TEM); McCrone Project No. ME-7606; Sample 31-HV66, JNJ 000237246 |
| 6/21/1990 Correspondence from W. Ashton to O. Cariaso re: Data on Jizhua, JNJTALC000128630 |
| 6/28/1990 Material Specification – Cyprus/Windsor 66 Talc, JNJ 000070512 |
| 8/15/1990 Letter from T. Kremer and E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); McCrone Project No. ME-7834; Sample 32-HV66, JNJ 000237247 |
| 11/2/1990 Letter from J. Johnson, Johnson & Johnson, to J. Millette, McCrone Associates, re: analysis of three samples (and attachments), JNJ 000577921; JNJ 000577922; JNJ 000577923; JNJ 000577927; JNJ 000577928 |
| 11/5/1990 Letter from E. Kent Sprague to Michael J. Keener re: McCrone Project Number ME-7875, JNJ 000291533 |
| 11/6/1990 Letter from R. Ellis to H. Grayson re: asbestos analysis of talc sample TC-V, JNJ 000065445 |
| 11/12/1990 Correspondence from W. Ashton to O. Cariaso re: Alternate Chinese Talc Jizhua Deposit Cosmetic Grade, |
| 11/26/1990 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 90-28, CWM 90-29, and CWM 90-30 (Asbestiform testing), JNJ 000291538 |
| 12/17/1990 Letter from E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); McCrone Project Number ME-7885; Sample 33-HV66, JNJ 000237248 |
| Jan. 1991 – Sept. 1992 Collection of Documents entitled "Microscopic Analyses For Amphibole And Chrysotile", AB-CYP- |
| 1/4/1991 Material Analysis Report - Control #1-0038, JNJTALC000290420 |
| 1/4/1991 Material Analysis Report - Control #1-0038, JNJ 000315122 |
| 1/4/1991 Material Analysis Report - Control #1-0039, JNJ 000070696 |
| 1/16/1991 Material Analysis Report - Control #1-0193, JNJ 000070690 |
| 1/31/1991 Material Analysis Report - Control #1-0329, JNJ 000315094 |
| 2/12/1991 Material Analysis Report - Control #1-0405, JNJ 000315079 |
| 2/15/1991 EPA Level II TEM Analysis, ME # 60414-1, JNJ 000683856 |
| 2/15/1991 Letter from E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); Sample 34-HV66, JNJ 000237240 |
| 2/20/1991 Material Analysis Report - Control #1-0489, JNJ 000315067 |
| 2/21/1991 Letter from E. Kent Sprague to J. Johnson re Results of Transmission Electron Microscopy (TEM) Analysis of Five Talc Samples CWM 91-01 - CWM 91-05, JNJ 000291467 |
| 3/4/1991 Material Analysis Report - Control #1-0591, JNJ 000315052 |
| 3/12/1991 Material Analysis Report - Control #1-0623; JNJ 000315043 |
| 3/25/1991 Material Analysis Report - Control #1-0714, JNJ 000315035 |
| 3/28/1991 Letter from E. Kent Sprague to Michael J. Keener re: Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-06, CWM 91-07, CWM 91-08, CWM 91-09, CWM 91-10 and CWM 91-11 |
| 4/3/1991 Material Analysis Report - Control #1-0789, JNJ 000315011 |
| 4/8/1991 Material Analysis Report - Control #1-0837, JNJ 000314999 |

| |
|---|
| 4/16/1991 Material Analysis Report - Control #1-0911, JNJ 000314990 |
| 4/25/1991 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-12, CWM 91-13, and CWM 91-14 (Asbestiform testing), JNJ 000280847 |
| 5/2/1991 Material Analysis Report - Control #1-1030, JNJ 000314981 |
| 5/20/1991 Material Analysis Report - Control #1-1122, JNJ 000314972 |
| 5/23/1991 Letter from E. Kent Sprague to Michael J. Keener re: Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-15, CWM 91-16, CWM 91-17, CWM 91-18, CWM 91-19, CWM 91-20, and |
| 5/29/1991 Fax from W. Ashton to J. Cheung re: Proposed Meeting with Kwang Ning on Guangxi Talc Status, |
| 5/30/1991 Material Analysis Report - Control #1-1204, JNJ 000070534 |
| 5/31/1991 Letter E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); Sample 35-HV66, JNJ 000223429 |
| 6/5/1991 Windsor 66 Talc Specification, JNJ 000315123 |
| 6/7/1991 Memo from R. Gallagher to V. McCluskey re Cyprus Windsor Composite Talc of Samples - First Quarter 1991, JNJ |
| 6/11/1991 Material Analysis Report - Control #1-1297, JNJ 000314945 |
| 6/14/1991 Letter from E. Kent Sprague to Michael J. Keener re Eight Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-22, CWM 91-23, CWM 91-24, CWM 91-25, CWM 91-26, CWM 91-27, CWM 91-28, and CWM 91-29 (Asbestiform testing), JNJ 000280849 |
| 6/24/1991 Material Analysis Report - Control #1-1366, JNJ 000316402 |
| 7/8/1991 Material Analysis Report - Control #1-1440, JNJ 000316392 |
| 7/15/1991 Material Analysis Report - Control #1-1463, JNJ 000316383 |
| 7/23/1991 Material Analysis Report - Control #1-1534, JNJ 000316370 |
| 8/8/1991 Letter from E. Kent Sprague to Michael J. Keener re Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-30, CWM 91-31, CWM 91-32, CWM 91-33, and CWM 91-34 (Asbestiform |
| 8/12/1991 Material Analysis Report - Control #1-1652, JNJ 000316348 |
| 8/20/1991 Material Analysis Report - Control #1-1683, JNJ 000316329 |
| 8/26/1991 Letter from E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); Sample 36-HV66, JNJ 000237242 |
| 9/3/1991 Material Analysis Report - Control #1-1779, JNJ 000316320 |
| 9/23/1991 Letter from E. Kent Sprague to Michael J. Keener re Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-40, CWM 91-41, CWM 91-42, CWM 91-43, CWM 91-44 and CWM 91-45 |
| 10/10/1991 Material Analysis Report - Control #1-1937, JNJ 000316305 |
| 10/21/1991 Material Analysis Report - Control #1-2142, JNJ 000316297 |
| 10/31/1991 Letter from E. Kent Sprague to Michael J. Keener re: Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-45, CWM 91-46, CWM 91-47, and CWM 91-48, and CWM 91-49 (Asbestiform |
| 11/4/1991 Material Analysis Report - Control #1-2268, JNJ 000316294 |
| 11/12/1991 Material Analysis Report - Control #1-2317, JNJ 000316291 |
| 11/18/1991 Material Analysis Report - Control #1-2391, JNJ 000316284 |
| 11/18/1991 Material Analysis Report - Control #1-2392, JNJ 000316288 |
| 11/26/1991 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-50, CWM 91-51, and CWM 91-52 (Asbestiform testing), JNJ 000280854 |
| 12/13/1991 EPA Level II Tem Analysis, ME # 60523-1, JNJ 000683890 |
| 12/16/1991 Material Analysis Report - Control #1-2631, JNJ 000316265 |
| 12/16/1991 Material Analysis Report - Control #1-2661, JNJ 000316262 |
| 12/26/1991 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-53, CWM 91-54, and CWM 91-55 (Asbestiform testing), JNJ 000280855 |
| 1/8/1992 Fax from W. Ashton to J. Cheung re: Talc Meetings, JNJTALC000216343 |
| 1/8/1992 Material Analysis Report - Control #2-0128, JNJ 000315488 |
| 1/8/1992 Material Analysis Report - Control #2-0129, JNJ 000315481 |
| 1/21/1992 Product Certification - Protocol, JNJ 000280907 |
| 1/24/1992 Material Analysis Report - Control #2-0301, JNJ 000315460 |
| 1/29/1992 Letter from E. Kent Sprague to Regina Gallagher re Two Talc Samples received re: 37-HV66 and 38-HV66 re asbestos minerals, JNJ 000237243 |

| |
|---|
| 1/29/1992 Letter from J.M. Radcliffe, Cyprus Industrial Minerals, to J. Scott, West Windsor, re: Flotation System Mineralogy November 1991 – Composites, JNJ 000280878 |
| 1/31/1992 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-56, CWM 91-57, and CWM 91-58 (Asbestiform testing), JNJ 000280856 |
| 2/12/1992 Letter from R. Gallagher to W. Ashton re: Optical Microscopy of Jizhua Composite Talc from the Phillippines, JNJ |
| 2/12/1992 Material Analysis Report - Control #2-0480, JNJ 000315449 |
| 2/24/1992 Material Analysis Report - Control #2-0625, JNJ 000315426 |
| 3/9/1992 Fax from W. Ashton to J. Cheung re: China Talc Meeting April 13-14, 1992, JNJTALC000216351 |
| 3/10/1992 Material Analysis Report - Control #2-0811, JNJ 000315407 |
| 3/17/1992 Memo from R. Gallagher to V. McCluskey re Cyprus Windsor Composite Talc of Samples - Third & Fourth Qtrs. |
| 3/24/1992 Letter from E. Kent Sprague to Michael J. Keener re: Transmission Electron Microscopy (TEM) Analysis of Talc Samples re: Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 92-01, CWM 92-02, CWM 92-03, CWM 92-04, CWM 92-05, CWM 92-06, and CWM 92-07 (Asbestiform testing), JNJ 000280843 |
| 3/24/1992 Material Analysis Report - Control #2-0899, JNJ 000315185 |
| 4/8/1992 Correspondence from W. Ashton to O. Cariaso re: China Talc/Purity, JNJTALC000452541 |
| 4/14/1992 Material Analysis Report - Control #2-1134, JNJ 000315362 |
| 4/16/1992 Fax from W. Ashton to C. Clayson re: Highlights of Meeting, JNJTALC000452531 |
| 4/22/1992 Letter from E. Kent Sprague to Michael J. Keener re: Four Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 92-08, CWM 92-09, CWM 92-10, and CWM 92-11 (Asbestiform testing), JNJ |
| 4/28/1992 Letter from Jeffrey Radcliffe to Jeff Scott re: Floatation System - Mineralogy, JNJ 000280876 |
| 5/4/1992 Material Analysis Report - Control #2-1338, JNJ 000315331 |
| 5/4/1992 Material Specification – Cyprus Windsor Minerals Corporation Grade 66 Talc, JNJ 000241112 |
| 5/11/1992 Material Analysis Report - Control #2-1412, JNJ 000315312 |
| 5/20/1992 Letter from E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); Sample 39-HV66, JNJ 000245524 |
| 5/26/1992 Material Analysis Report - Control #2-1511, JNJ 000320543 |
| 5/27/1992 Fax from W. Ashton to N. Satathip re: Change in Bag Marking, JNJTALC000216222 |
| 6/1/1992 Correspondence from W. Ashton to O. Cariaso re: Jizhua Talc, JNJTALC000165876 |
| 6/5/1992 Cyprus Windsor Minerals Corporation Samples to McCrone Environmental Services, JNJTALC000071265 |
| 6/10/1992 Material Analysis Report - Control #2-1712, JNJ 000070015 |
| 6/22/1992 Material Analysis Report - Control #2-1840, JNJ 000070006 |
| 6/25/1992 Letter from E. Kent Sprague to Michael J. Keener re: Eight Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 92-12, CWM 92-13, CWM 92-14, CWM 92-15, CWM 92-16, CWM 92-17, CWM 92-18 and CWM 92-19 (Asbestiform testing), JNJ 000280887 |
| 7/17/1992 Material Analysis Report - Control #2-2054, JNJ 000315262 |
| 7/28/1992 Letter from E. Kent Sprague to Michael J. Keener re: Four Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-20, LAI 92-21, LAI 92-22, and LAI 92-23 (Asbestiform testing), JNJ 000280845 |
| 7/29/1992 Fax from W. Ashton to W. Niphawong re: China Talc J-200, JNJTALC000216197 |
| 8/4/1992 Material Analysis Report - Control #2-2220, JNJ 000315240 |
| 8/4/1992 Material Analysis Report - Control #2-2355, JNJ 000315222 |
| 8/4/1992 Material Analysis Report - Control #2-2356, JNJ 000315225 |
| 8/4/1992 Material Analysis Report - Control #2-2357, JNJ 000315228 |
| 8/24/1992 Material Specification – Luzenac America, Inc., Windsor Grade 66 Talc, JNJ 000304825 |
| 9/14/1992 Letter from E. Kent Sprague to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-24, LAI 92-25, LAI 92-26, LAI 92-27, LAI 92-28 and LAI 92-29 (Asbestiform |
| 9/14/1992 Material Analysis Report - Control #2-2595, JNJ 000315207 |
| 9/15/1992 Material Analysis Report - Control #2-2614, JNJ 000315204 |
| 9/21/1992 Material Analysis Report - Control #2-2641, JNJ 000069919 |
| 9/22/1992 Fax from W. Ashton to W. Niphawong re: J200 Grind, JNJTALC000286354 |
| 9/25/1992 Letter from Thomas Dagenhart (RJLeeGroup) to Dr. Bruce Semple (JJ) re TEM and XRD Analyses for Samples on Attached Report, Job No. ATW 208041, Customer P.O. No. J040369, JNJ 000373757 |
| 9/28/1992 Material Specification – Luzenac America, Inc., Windsor Grade 66 Talc, JNJ 000243215 |

| |
|---|
| 9/29/1992 Letter from Stephen B. Rice to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-30, LAI 92-31, LAI 92-32, LAI 92-333, LAI 92-34 and LAI 92-35 (Asbestiform |
| 10/5/1992 Material Analysis Report - Control #2-2876, JNJ 000315179 |
| 10/14/1992 Material Analysis Report - Control #2-2924, JNJ 000069898 |
| 10/19/1992 Letter from R. Gallagher to V. McCluskey re: Luzenac America Composite Talc Samples - Second Quarter, 1992, |
| 11/2/1992 Material Analysis Report - Control #2-3150, JNJ 000069886 |
| 11/2/1992 Material Analysis Report - Control #2-3151, JNJ 000315152 |
| 11/17/1992 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-36, LAI 92-37, LAI 92-38, LAI 92-39, LAI 92-40 and LAI 92-41 (Asbestiform |
| 11/17/1992 Process Specification – Manufacture of Johnson's Baby Powder Formula 777-145-148, JNJ 000373824 |
| 11/19/1992 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-42, LAI 92-43, LAI 92-44, LAI 92-45, LAI 92-46 and LAI 92-47 (Asbestiform |
| 11/23/1992 Material Analysis Report - Control #2-3366, JNJ 000315134 |
| 12/16/1992 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-48, LAI 92-49, LAI 92-50, LAI 92-51, LAI 92-52 and LAI 92-53 (Asbestiform |
| 12/31/1992 Material Analysis Report - Control #3-0112, JNJ 000069841 |
| 1/6/1993 Material Analysis Report, JNJ 000315832 |
| 1/25/1993 Material Analysis Report - Control #3-0426, JNJ 000024573; JNJ 000315817 |
| 1/28/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-54, LAI 92-55, LAI 92-56, LAI 92-57, LAI 92-58 and LAI 92-59 (Asbestiform |
| 2/10/1993 Material Analysis Report - Control #3-0715, JNJ 000069793 |
| 2/15/1993 Material Analysis Report - Control #3-0750, JNJ 000315790 |
| 2/15/1993 Memo from R. Gallagher (J&J) to V. McCluskey re Luzenac America Composite Talc Samples - Third and Fourth Quarters of 1992, JNJ 000245537 |
| 2/29/1993 Certificate of Analysis sent from W. Ashton to S. Zhu and J. Wu, JNJTALC000216179 |
| 3/10/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-01, LAI 93-02, LAI 93-03, LAI 93-04, LAI 93-05 and LAI 93-06 (Asbestiform |
| 3/10/1993 Material Analysis Report - Control #3-0987, JNJ 000315769 |
| 3/22/1993 Material Analysis Report - Control #3-1178, JNJ 000069745 |
| 3/31/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-07, LAI 93-08, LAI 93-09, LAI 93-10, LAI 93-11 and LAI 93-12 (Asbestiform |
| 4/7/1993 Material Analysis Report - Control #3-1337, JNJ 000315736 |
| 4/21/1993 Material Analysis Report - Control #3-1731, JNJ 000315718 |
| 4/26/1993 Material Analysis Report - Control #3-1676, JNJ 000315712 |
| 4/30/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-13, LAI 93-14, LAI 93-15, LAI 93-16, LAI 93-17 and LAI 93-18 (Asbestiform |
| 5/10/1993 Material Analysis Report - Control #3-1866, JNJ 000315700 |
| 5/12/1993 Material Analysis Report - Control #3-1952, JNJ 000069688 |
| 5/12/1993 McCrone Letter from J. Roth to J. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-2076A Johnson & Johnson Purchase Order No. 048434, |
| 5/19/1993 Material Analysis Report - Control #3-2103, JNJ 000069679 |
| 5/28/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-19, LAI 93-20, LAI 93-21, LAI 93-22, LAI 93-23 and LAI 93-24 (Asbestiform |
| 6/9/1993 Material Analysis Report - Control #3-2316, JNJ 000069664 |
| 6/18/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-25, LAI 93-26, LAI 93-27, LAI 93-28, LAI 93-29 and LAI 93-30 (Asbestiform |
| 6/23/1993 EPA Level II TEM Analysis, ME # 60577-5, JNJ 000683850 |
| 7/5/1993 Material Analysis Report - Control #3-2441, JNJ 000315646 |
| 7/5/1993 Material Analysis Report - Control #3-2573, JNJ 000069653 |
| 7/9/1993 Luzenac America, Inc./West Windsor Lab Procedure for Asbestos-Transmission Electron Microscopy, JNJ |
| 7/19/1993 Material Analysis Report - Control #3-2664, JNJ 000069630 |
| 8/11/1993 Material Analysis Report Raw Material - Control #3-2785, JNJ 000315628 |

| |
|---|
| 8/12/1993  Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-31, LAI 93-32, LAI 93-33, LAI 93-34, LAI 93-35 and LAI 93-36 (Asbestiform |
| 8/27/1993 Letter from John R. Roth to Michael J. Keener re TEM Analysis of Five Talc Samples McCrone Project No. IL- |
| 9/13/1993 Material Analysis Report Raw Material - Control #3-3135, JNJ 000069585 |
| 9/14/1993 McCrone Letter from J. Roth to R. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-2224 Johnson & Johnson Purchase Order No. J046204, |
| 9/20/1993 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Four Talc Samples re McCrone Project No. IL-2227 re: Samples LAI 93-42, LAI 93-43, LAI 93-44 and LAI 93-45 (Asbestiform testing), JNJ 000280902 |
| 9/26/1993 Material Analysis Report Raw Material, JNJ 000069606 |
| 9/27/1993 Material Analysis Report Raw Material - Control #3-3347, JNJ 000315577 |
| 9/28/1993 Material Analysis Report Raw Material - Control #3-3442, JNJ 000315583 |
| 11/1/1993 Material Analysis Report Raw Material - Control #3-3766, JNJ 000069543 |
| 11/3/1993 Material Analysis Report Raw Material - Control #3-3948, JNJ 000069534 |
| 11/8/1993 Material Analysis Report Raw Material - Control #3-4050, JNJ 000069531 |
| 11/10/1993 Material Analysis Report Raw Material - Control #3-4048, JNJ 000069528 |
| 12/6/1993 Material Analysis Report Raw Material - Control #3-4278, JNJ 000315529 |
| 12/30/1993 Material Analysis Report Raw Material - Control #4-0259, JNJ 000314849 |
| 12/30/1993 Material Analysis Report Raw Material, JNJ 000316111 |
| 1/13/1994 Material Analysis Report Raw Material - Control #4-0199, JNJ 000314852 |
| 1/21/1994 Material Analysis Report Raw Material - Control #4-0526, JNJ 000070297 |
| 1/28/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2338 re: Samples LAI 93-58, LAI 93-59 and LAI 93-60 (Asbestiform testing), JNJ 000280841 |
| 2/1/1994 Material Analysis Report Raw Material - Control #4-0523, JNJ 000316104 |
| 2/17/1994 Material Analysis Report Raw Material - Control #4-0861, JNJ 000070294 |
| 2/24/1994 Material Analysis Report Raw Material - Control #4-1054, JNJMX68  000001618 |
| 3/7/1994 Material Analysis Report Raw Material - Control #4-1229, JNJ 000316073 |
| 3/15/1994 Material Analysis Report Raw Material - Control #4-1490, JNJ 000070272 |
| 3/16/1994 Material Specification – Luzenac America, Inc., Windsor Grade 66 Talc, JNJTALC000023131 |
| 3/16/1994 McCrone Letter from J. Roth. to R. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-8382 Johnson & Johnson Purchase Order No. J050464 |
| 3/21/1994 Material Analysis Report Raw Material - Control #4-1602, JNJ 000070263 |
| 3/23/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Four Talc Samples re McCrone Project No. IL-2409 re: Samples LAI 94-04, LAI 94-05 and LAI 94-07 (Asbestiform testing), JNJ 000280819 |
| 3/23/1994 Material Analysis Report Raw Material - Control #4-1679, JNJ 000070254 |
| 3/30/1994 Memo from R. Gallagher (J&J) to G. Cauwenbergh, et al., re Talc Audit on Windsor V-66 Talc from the first quarter of 1993 through the last quarter of 1993, JNJ 000375817 |
| 4/6/1994 Material Analysis Report Raw Material - Control #4-1965, JNJ 000316037 |
| 4/13/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2447 re: Samples LAI 94-08, LAI 94-09 and  LAI 94-10 (Asbestiform testing), JNJ 000280821 |
| 4/15/1994 Material Analysis Report Raw Material - Control #4-2183, JNJ 000316013 |
| 4/22/1994 Material Analysis Report Raw Material - Control #4-2405, JNJ 000316004 |
| 4/29/1994 Material Analysis Report Raw Material - Control #2-2519, JNJ 000316000 |
| 4/29/1994 Material Analysis Report Raw Material - Control #4-2518, JNJ 000070182 |
| 5/2/1994 Memo from R.K. Denton, Jr. to W. Ashton, E. Lukenbach re JJ Worldwide Talc Survey - Monitoring Program - 1993/1994 Talcs, JNJTALC000166630 |
| 5/3/1994 Material Analysis Report Raw Material - Control #4-2590, JNJ 000070178 |
| 5/10/1994 Material Analysis Report Raw Material - Control #4-2709, JNJ 000315970 |
| 5/10/1994 Material Analysis Report Raw Material - Control #4-2716, JNJ 000070173 |
| 5/16/1994 Material Analysis Report Raw Material - Control #4-2753, JNJ 000315963 |
| 6/6/1994 Internal J&J Memo to W. Ashton, et al. re: Worldwide Talc Sourcing - Chinese Talc, May 23, 1994 Meeting, JNJ |
| 6/10/1994 J. Roth Letter to R. Gallagher re Talc Sample Analysis for Asbestos Content by Transmission Electron Microscopy (TEM); McCrone Project No. IL-2510, 46-HV66, JNJ 000239634 |
| 7/26/1994 J&J's Responses to Questions Posed by the FDA, JNJ 000085307 |

8/24/1994 McCrone Letter from J. Roth to R. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-2549 Johnson & Johnson Purchase Order No. J051819,

9/27/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2604 re: Samples LAI 94-23, LAI 94-24 and LAI 94-25 (Asbestiform testing), JNJ 000280828

10/17/1994 Letter from J. Guay to J. O'Shaughnessy, J. re reply to letter dated 10/4/1994 in reference to Ritter v. Cyprus, et al.,

11/1/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2641 re: Samples LAI 94-26, LAI 94-27 and LAI 94-28 (Asbestiform testing), JNJ 000280830

11/14/1994 McCrone Letter from J. Roth to R. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-2658 Johnson & Johnson Purchase Order No.

11/17/1994 Letter from Jill Cashen, Research Associate, Cancer Prevention Coalition Petition to Comm. Kessler, FDA, Enclosing Citizen Petition Seeking Carcinogenic Labeling on all Cosmetic Talc Products

1/26/1995 McCrone letter from Roth, J. to Gallagher, R. (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project No. IL-2738-A Johnson & Johnson Purchase Order No.

2/14/1995 Memo from R. Gallagher (J&J) to G. Cauwenbergh, et al., re Talc Audit on Windsor V-66 Talc from the first quarter of 1994 through the last quarter of 1994, JNJ 000239630

4/13/1995 Letter from R.K. Denton Jr. to D. Jones re: Toiletries / Skin Care General Support Project No. 7321 Talc Validation Team Meeting, Windsor VT- 3/30/95, JNJ 000240670

8/21/1995 J&J Consumer Companies Worldwide Specification; Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy, JNJ 000132581

9/19/1995 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2965 re: Samples LAI 95-24, LAI 95-25 and LAI 95-26 (Asbestiform testing), JNJ 000280807

10/10/1995 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2992 re: Samples LAI 95-27, LAI 95-28 and LAI 95-29 (Asbestiform testing), JNJ 000280809

10/13/1995 Letter from W.H. Powers, RJ Lee Group, to W.H. Ashton, Johnson & Johnson, re: RJ Lee Group, Inc. Job No. AOH510299, JNJ 000063951

11/9/1995 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-3010 re: Samples LAI 95-30, LAI 95-31 and LAI 95-32 (Asbestiform testing), JNJ 000280811

12/11/1995 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-3030 re: Samples LAI 95-33, LAI 95-34 and LAI 95-35 (Asbestiform testing), JNJ 000280813

1/22/1996 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-3045 re: Samples LAI 95-36, LAI 95-37 and LAI 95-38 (Asbestiform testing), JNJ 000280815

2/13/1996 Fax letter from Richard Zazenski to Bill Ashton re: Ore Source, JNJ 000240635

3/12/1996 Letter from William H. Powers (RJLeeGroup) to William H. Ashton (JJ) re PLM Analysis for Samples as Shown on Table 1, Job No. AOH602190, JNJ 000240619

3/26/1996 Memo from R. Gallagher (J&J) to J. Hopkins re Optical Microscopy / Dispersion Staining of Luzenac America Talc Composite Samples for 1995, JNJTALC000167149

5/8/1996 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Two Talc Samples re McCrone Project No. IL-4046 re: Samples LAI 96-05 and LAI 96-06 (Asbestiform testing), JNJ 000280783

6/11/1996 Letter from John R. Roth to Tim Hicks re: X-ray Diffraction Analysis of Talc Samples re: McCrone Project No.: IL-

11/15/1996 Product Certification Report - Reference: 96-291, JNJ 000291910

1/20/1997 Product Certification Report - Reference: 96-412, JNJ 000291912

3/2/1997 Letter from G. Grieger to R. Gallagher re analyses of sample designated as sample A., JNJ 000264734

3/17/1997 Product Certification Report - Reference: 96-008, JNJ 000291913

8/25/1997 Letter from J.L. Abraham, State University of New York, Health Science Center at Syracuse, to H.L. Hobson re: Coker JA97-191, JNJ 000064544

12/4/1997 Luzenac America Inc. West Windsor Laboratory Sample to Bain Environmental Inc. (and attachments), JNJ 000280762; JNJ 000280763; JNJ 000280764

12/4/1997 Table I - Summary of Transmission Electron Microscopy, TEM Results, Project No. BE-980113257, JNJ

1/21/1998 Letter from J.R. Roth to M. Hayes re: TEM Analysis of LAI 97-12 and Reanalysis of LAI 97-10 for Asbestos Minerals, Bain Project No.: BE-980113257, JNJ 000280761

2/25/1998 Product Certification Report - Reference: 97-448, JNJ 000291915

3/16/1998 Letter from M.R. Hatcher, Mehaffy & Weber, to J. O'Shaughnessy, Johnson & Johnson, re: NO. D-157746; Darlene Coker, and spouse Roy Coker vs. Bill Thames Pharmacy Inc., et al; M&W File No. 3125-11, JNJ 000064591

| |
|---|
| 4/23/1998 Letter from A.M. Blount to M.R. Hatcher, Mehaffy & Weber, re: "report on the occurrence, regulation and up-to-date scientific view of asbestos, amphiboles and 'intermediate' fibers", JNJ 000064241 |
| 12/1999 Report by W.H. Ashton, L. McCulloch re JJ Worldwide Talc Survey - 1998/1999, JNJTALC000348905 |
| 11/1/2000 Addison & Langer, Draft Comments on the NTP Draft Report on Carcinogens Background Document for Talc Asbestiform and Non-Asbestiform, JNJ 000055117 |
| 11/20/2000 Letter from Robert L. Virta to Mary S. Wolfe re National Toxicological Program (NTP) Board of Scientific Counselors Report on Carcinogens (RoC) Subcommittee meeting, December 13-15, 2000 in Washington, DC, JNJ 000001696 |
| 2/23/2004 Ozdaglar Fax to Monseau re KCRA TV3's Special Report on Asbestos, JNJ 000375382 |
| 2/24/2004 Email from J. Hopkins, Innova to S. Mann re: Talc (and attachments), JNJ 000375386; JNJ 000375387; JNJ |
| 3/9/2004 Letter from W. Powers to W. Ashton re Forensic Analytical Report, JNJTALC000064952 |
| 3/26/2004 Lab report from William H. Powers (RJLeeGroup) to William Ashton (JJ) on analysis of samples received 3/5/2004, RJLeeGroup Job No. AOH403263, JNJ 000089153 |
| 12/5/2005 Letter to William Ford National Stone Sand and Gravel Association from University of Maryland re: November 2005 RJLG El Dorado Hills |
| 12/14/2005 Letter to William Ford National Stone Sand and Gravel Association from Arthur Langer re: November 2005 RJLG El Dorado Hills Asbestos Evaluation Project |
| 1/27/2006 Certificate of Analysis - Product Code: GRD25M011-1; Product Lot: H 12205A, JNJ 000357636 |
| 3/23/2006 John Addison comments on RJ Lee Group report, dated November 2005, of the Evaluation of EPA's Analytical Data from the El Dorado Hills Asbestos Evaluation Project |
| 6/30/2006 Evaluation of the Approach Recently Proposed for Assessing Asbestos-Related Risk in El Dorado County, California prepared for William C. Ford by D. Wayne Berman, Ph.D. |
| 10/13/2008 Ore Analysis Report - Guangxi #2 Composite M.V. Shi Dal #3 AOS488-1, JNJ 000426128 |
| 4/1/2009 Email from T. Gorecki to T. McCarthy re Talc, JNJTALC000119421 |
| 4/2/2009 Email from P. Serbiak to M. Bowden re Asbestos Issue in Baby Powder, JNJTALC000120730 |
| 5/22/2009 Letter from Drew R. Van Orden (RJLeeGroup) to Don Hicks and John Reger (JJ) re J&J Samples, RJLeeGroup Project TLH905518, JNJ 000133266 |
| 5/26/2009 Letter from Drew R. Van Orden (RJLeeGroup) to JJ re J&J Talc Samples, RJLeeGroup Project TLH905518, JNJ |
| 6/30/2009 Letter from John Bailey, PCPC, to Linda Katz, Director, Office of Cosmetics and Colors, FDA, Subject: Response to Questions Concerning Talc, JNJ 000356253 |
| 7/21/2009 Letter from John Bailey, PCPC, to FDA Division of Dockets Management, Comments on: Citizens Petition to the Commissioner of the Food and Drug Administration Seeking a Cancer Warning on Talc Products, Docket FDA-20080P-0309, |
| 11/19/2009 Letter from Drew R. Van Orden (RJLeeGroup) to John Reger (JJ) re Analysis of Talc Samples, JNJ 000133481 |
| 11/24/2009 Letter from Drew R. Van Orden (RJLeeGroup) to John Reger (JJ) re Analysis of Talc Samples - Revised, JNJ |
| 12/10/2009 Certificate of Analysis - Specification No. J&J RM08031 Rev. 9; Product Code: GRD25M01H; Product Lot: |
| 12/18/2009 Letter from Drew R. Van Orden (RJLeeGroup) to John Reger (JJ) re Analysis of Five Talc Samples, JNJ |
| 12/18/2009 Letter from Drew R. Van Orden (RJLeeGroup) to John Reger (JJ) re Analysis of Three Talc Samples, JNJ |
| 1/12/2010 Letter from Drew R. Van Orden (RJLeeGroup) to Dr. Jane Cai (JJ) re Analysis of Talc Samples, RJLeeGroup Project TLH905518, JNJ 000092089 |
| 1/15/2010 Letter from Drew R. Van Orden (RJLeeGroup) to Curtis Lee (JJ) re Analysis of Two Talc Samples, |
| 1/19/2010 Certificate of Analysis - Specification No. J&J RM08031 Rev. 9; Product Code: GRD25M01H; Product Lot: H01160-21, JNJTALC000369962 |
| 2/22/2010 JB Powder - China SFDA Presentation, JNJTALC000350205 |
| 2/26/2010 Letter from Drew R. Van Orden (RJLeeGroup) to Don Hicks and John Reger (JJ) re J&J Talc Samples, RJLeeGroup Project TLH905518, JNJ 000133411 |
| 3/11/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03080-21, PHA 000002566 - PHA |
| 3/22/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03170-21, PHA 000002575 - PHA |
| 3/26/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03170-21, PHA 000002555 - PHA |
| 4/5/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03300-21, PHA 000002545 - PHA 000002545 |
| 4/19/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04150-21, PHA 000002537 - PHA |
| 4/30/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04150-21, PHA 000002519 - PHA |
| 5/3/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04290-21, PHA 000002530 - PHA 000002530 |
| 5/10/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05070-21, PHA 000002510 - PHA |
| 5/17/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05120-21, PHA 000002501 - PHA |

| |
|---|
| 5/19/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05160-21, PHA 000002492 - PHA |
| 5/24/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05190-21, PHA 000002479 - PHA |
| 6/8/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06040-21, PHA 000002735 - PHA 000002735 |
| 6/9/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06060-21, PHA 000002715 - PHA 000002715 |
| 6/11/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06080-21, PHA 000002724 - PHA |
| 6/22/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06100-21, PHA 000002698 - PHA |
| 6/23/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06160-21, PHA 000002707 - PHA |
| 6/28/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06240-21, PHA 000002688 - PHA |
| 6/29/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06260-21, PHA 000002653 - PHA |
| 6/29/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06260-21, PHA 000002654 - PHA |
| 7/1/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06280-21, PHA 000002665 - PHA 000002665 |
| 7/1/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06280-21, PHA 000002666 - PHA 000002666 |
| 7/12/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07010-21, PHA 000002677 - PHA |
| 7/12/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07010-21, PHA 000002678 - PHA |
| 7/29/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07110-21, PHA 000002642 - PHA |
| 7/29/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07110-21, PHA 000002643 - PHA |
| 8/5/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07090-21, PHA 000002632 - PHA 000002632 |
| 8/11/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07280-21, PHA 000002611 - PHA |
| 8/11/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H078050-21, PHA 000002592 - PHA |
| 8/16/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08100-21, PHA 000002624 - PHA |
| 8/18/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08130-21, PHA 000002601 - PHA |
| 9/6/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08230-21, PHA 000002582 - PHA 000002582 |
| 9/13/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08150-21, PHA 000002469 - PHA |
| 9/16/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09070-21, PHA 000002458 - PHA |
| 9/27/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09150-21, PHA 000002421 - PHA |
| 9/27/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09130-31, PHA 000002451 - PHA |
| 10/1/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09260-21, PHA 000002440 - PHA |
| 10/7/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10010-21, PHA 000002433 - PHA |
| 10/18/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10090-21, PHA 000002401 - PHA |
| 10/25/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10190-21, PHA 000002410 - PHA |
| 10/25/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10050-21, PHA 000002389 - PHA |
| 11/5/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10250-21, PHA 000002380 - PHA |
| 11/19/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10300-21, PHA 000002020 - PHA |
| 11/22/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11050-21, PHA 000002003 - PHA |
| 12/6/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11190-21, PHA 000002013 - PHA |
| 12/8/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11210-21, PHA 000001992 - PHA |
| 12/16/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12070-21, PHA 000001985 - PHA |
| 12/21/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12040-21, PHA 000001975 - PHA |
| 1/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12190-21, PHA 000001965 - PHA |
| 1/17/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12300-21, PHA 000001956 - PHA |
| 1/17/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12300-21, PHA 000001954 - PHA |
| 1/27/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H01111-21, PHA 000001944 - PHA |
| 2/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H02031-21, PHA 000001937 - PHA 000001937 |
| 2/24/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H02111-21, PHA 000001923 - PHA |
| 3/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03051-21, PHA 000001902 - PHA 000001902 |
| 3/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03081-21, PHA 000001912 - PHA |
| 3/16/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03131-21, PHA 000001868 - PHA |
| 3/24/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03111-21, PHA 000001892 - PHA |
| 3/29/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03191-21, PHA 000001856 - PHA |
| 4/1/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03281-21, PHA 000001832 - PHA 000001832 |
| 4/5/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04011-21, PHA 000001845 - PHA 000001845 |
| 4/12/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04091-21, PHA 000001823 - PHA |
| 4/21/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04171-21, PHA 000001815 - PHA |

4/29/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04261-21, PHA 000001802 - PHA

5/5/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05021-21, PHA 000001791 - PHA 000001791

5/6/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05011-21, PHA 000001779 - PHA 000001779

5/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05060-21, PHA 000001768 - PHA 000001768

5/16/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05111-21, PHA 000001759 - PHA

5/23/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05191-21, PHA 000001747 - PHA

5/24/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05261-21, PHA 000001737 - PHA

5/24/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05211-21, PHA 000001882 - PHA

6/6/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05311-21, PHA 000001727 - PHA 000001727

6/13/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06101-21, PHA 000001720 - PHA

6/28/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06241-21, PHA 000001695 - PHA

7/1/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06281-21, PHA 000001684 - PHA 000001684

7/5/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07011-21, PHA 000001664 - PHA 000001664

7/5/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06291-21, PHA 000001674 - PHA 000001674

7/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07081-21, PHA 000001638 - PHA

7/13/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07091-21, PHA 000001651 - PHA

7/20/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07181-21, PHA 000001626 - PHA

8/2/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07151-21, PHA 000001620 - PHA 000001620

8/2/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07221-21, PHA 000001602 - PHA 000001602

8/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H070301-21, PHA 000001592 - PHA

8/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08011-21, PHA 000001579 - PHA

8/15/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08071-21, PHA 000001570 - PHA

8/16/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08121-21, PHA 000001548 - PHA

8/18/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08141-21, PHA 000001556 - PHA

8/25/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08221-21, PHA 000001524 - PHA

8/26/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08201-21, PHA 000001535 - PHA

9/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09041-21, PHA 000001501 - PHA 000001501

9/14/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H9091-21, PHA 000001513 - PHA 000001513

9/14/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08241-21, PHA 000001712 - PHA

9/19/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09171-21, PHA 000002125 - PHA

9/19/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09151-21, PHA 000002143 - PHA

9/22/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09191-21, PHA 000002133 - PHA

9/28/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09201-21, PHA 000002070 - PHA

9/29/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09261-21, PHA 000002109 - PHA

10/3/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09301-21, PHA 000002115 - PHA

10/10/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10021-21, PHA 000002079 - PHA

10/12/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10041-21, PHA 000002098 - PHA

10/13/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10061-21, PHA 000002088 - PHA

10/17/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10121-21, PHA 000002060 - PHA

10/26/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10221-21, PHA 000002051 - PHA

11/8/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10231-21, PHA 000002039 - PHA

11/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11081-21, PHA 000002031 - PHA

6/5/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05262-21, PHA 000002336 - PHA 000002336

Raw Material Analytical Qualification Report #AN-Q-8885-1, JNJTALC000041056

6/26/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06232-21, PHA 000002251 - PHA

6/26/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06182-21, PHA 000002262 - PHA

7/2/2012 Anthophyllite-and-Talc-fiber-image_3-480x357, available at  http://www.sailab.com/under-the-lense/anthophyllite-

7/9/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07012-21, PHA 000002241 - PHA 000002241

7/30/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07162-21, PHA 000002306 - PHA

7/30/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07192-21, PHA 000002316 - PHA

8/8/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08042-21, PHA 000002282 - PHA 000002282

8/14/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08102-21, PHA 000002295 - PHA

8/14/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08172-21, PHA 000002272 - PHA

| |
|---|
| 8/27/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08192-21, PHA 000002199 - PHA |
| 9/4/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08292-21, PHA 000002231 - PHA 000002231 |
| 9/13/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09012-21, PHA 000002221 - PHA |
| 9/26/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09022-21, PHA 000002189 - PHA |
| 10/5/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09272-21, PHA 000002178 - PHA |
| 10/16/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10122-21, PHA 000002169 - PHA |
| 10/23/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10062-21, PHA 000001232 - PHA |
| 11/29/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10302-21, PHA 000001222 - PHA |
| 12/11/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11042-21, PHA 000001212 - PHA |
| 12/14/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12032-21, PHA 000001174 - PHA |
| 12/28/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12102-21, PHA 000001205 - PHA |
| 1/11/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12282-21, PHA 000001184 - PHA |
| 1/13/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H01243-21, PHA 000001155 - PHA |
| 2/28/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H02253-21, PHA 000001144 - PHA |
| 3/19/2013 Cosmetic Ingredient Review's Safety Assessment of Talc as Used in Cosmetics |
| 3/21/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03053-21, PHA 000001135 - PHA |
| 3/22/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03143-21, PHA 000001125 - PHA |
| 3/27/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03213-21, PHA 000001116 - PHA |
| 4/11/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04053-21, PHA 000001076 - PHA |
| 4/19/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04123-21, PHA 000001087 - PHA |
| 4/24/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04213-21, PHA 000001107 - PHA |
| 5/1/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04263-21, PHA 000001097 - PHA 000001097 |
| 5/10/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05053-21, PHA 000001066 - PHA |
| 5/14/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05073-21, PHA 000001056 - PHA |
| 5/22/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05143-21, PHA 000001046 - PHA |
| 5/23/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05143-21, PHA 000001045 - PHA |
| 5/23/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05163-21, PHA 000001033 - PHA |
| 5/31/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05213-21, PHA 000001024 - PHA |
| 6/6/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05303-21, PHA 000001012 - PHA 000001012 |
| 6/7/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06053-21, PHA 000001334 - PHA 000001334 |
| 6/11/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06083-21, PHA 000001325 - PHA |
| 6/20/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06103-21, PHA 000001303 - PHA |
| 6/21/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06133-21, PHA 000001314 - PHA |
| 6/28/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06213-21, PHA 000001293 - PHA |
| 7/10/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06283-21, PHA 000001283 - PHA |
| 7/24/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07033-21, PHA 000001345 - PHA |
| 7/29/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07243-21, PHA 000001273 - PHA |
| 8/9/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07183-21, PHA 000001437 - PHA 000001437 |
| 8/15/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08023-21, PHA 000001263 - PHA |
| 8/28/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08163-21, PHA 000001254 - PHA |
| 9/6/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08283-21, PHA 000001447 - PHA 000001447 |
| 9/9/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08133-21, PHA 000001418 - PHA 000001418 |
| 9/26/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H09243-HC, PHA 000001458 - PHA |
| 9/30/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09103-21, PHA 000001367 - PHA |
| 9/30/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09123-21, PHA 000001355 - PHA |
| 10/11/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10023-21, PHA 000001427 - PHA |
| 10/22/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10113-21, PHA 000001407 - PHA |
| 10/29/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10213-21, PHA 000001378 - PHA |
| 10/31/2013 Email from T. Hagen to J. Roberts re: JnJ - Imerys Talc Chain of Custody from Mine Source in China to Houston |
| 11/15/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10303-21, PHA 000001399 - PHA |
| 11/27/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11153-21, PHA 000001387 - PHA |
| 12/5/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11273-21, PHA 000001003 - PHA |
| 12/13/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H112093-21, PHA 000000962 - PHA |

| |
|---|
| 12/16/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H112113-21, PHA 000000993 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12053-C4, PHA 000001494 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12183-C4, PHA 000001463 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12143-C4, PHA 000001472 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12143-C4, PHA 000001474 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12053-C4, PHA 000001484 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12053-C4, PHA 000001487 - PHA |
| 12/23/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H112173-21, PHA 000000973 - PHA |
| 12/23/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H112203-21, PHA 000000983 - PHA |
| 1/10/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01084-C4, PHA 000000101 - PHA |
| 1/10/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01084-C4, PHA 000000099 - PHA |
| 1/10/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01084-C4, PHA 000000103 - PHA |
| 1/17/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H01054-21, PHA 000000954 - PHA |
| 1/31/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H01214-21, PHA 000000945 - PHA |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02054-C4, PHA 000000123 - PHA 000000123 |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01284-C4, PHA 000000132 - PHA 000000132 |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02054-C4, PHA 000000124 - PHA 000000124 |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01284-C4, PHA 000000131 - PHA 000000131 |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01284-C4, PHA 000000130 - PHA 000000130 |
| 2/7/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01314-C4, PHA 000000116 - PHA 000000117 |
| 2/7/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02064-C4, PHA 000000109 - PHA 000000109 |
| 2/7/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01314-C4, PHA 000000118 - PHA 000000118 |
| 2/7/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02064-C4, PHA 000000110 - PHA 000000110 |
| 2/25/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03064-21, PHA 000000925 - PHA |
| 2/25/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H02044-21, PHA 000000934 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01314-C4, PHA 000000089 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02224-C4, PHA 000000010 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02224-C4, PHA 000000004 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02224-C4, PHA 000000015 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02254-C4, PHA 000000023 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02254-C4, PHA 000000024 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02254-C4, PHA 000000025 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02264-C4, PHA 000000062 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02064-C4, PHA 000000068 - PHA |
| 3/13/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03084-21, PHA 000000915 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03094-C4, PHA 000000083 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03114-C4, PHA 000000036 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03114-C4, PHA 000000037 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03114-C4, PHA 000000038 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03094-C4, PHA 000000084 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03094-C4, PHA 000000082 - PHA |
| 3/21/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03154-C4, PHA 000000056 - PHA |
| 3/21/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03154-C4, PHA 000000057 - PHA |
| 3/21/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03154-C4, PHA 000000055 - PHA |
| 3/24/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03174-21, PHA 000000904 - PHA |
| 4/1/2014 FDA's 2014 denial of Citizen's Petition requesting warning on talcum powder products and related correspondence |
| 4/1/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03244-21, PHA 000000894 - PHA 000000894 |
| 4/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03304-21, PHA 000000863 - PHA 000000863 |
| 4/14/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04114-21, PHA 000000884 - PHA |
| 4/15/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04124-21, PHA 000000854 - PHA |
| 4/24/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04174-21, PHA 000000815 - PHA |
| 4/25/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04224-21, PHA 000000845 - PHA |
| 5/20/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04294-21, PHA 000000874 - PHA |

5/22/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05154-21, PHA 000000834 - PHA

5/27/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05214-21, PHA 000000824 - PHA

6/5/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05234-21, PHA 000000803 - PHA 000000804

6/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06054-21, PHA 000000792 - PHA 000000793

6/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06074-21, PHA 000000781 - PHA 000000782

6/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06094-21, PHA 000000769 - PHA 000000770

6/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06134-21, PHA 000000760 - PHA 000000761

7/3/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06254-21, PHA 000000736 - PHA 000000737

7/3/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07024-21, PHA 000000746 - PHA 000000747

7/11/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06194-21, PHA 000000726 - PHA

7/15/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07094-21, PHA 000000695 - PHA

7/21/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06164-21, PHA 000000715 - PHA

7/29/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07184-21, PHA 000000684 - PHA

7/31/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H07294-21, PHA 000000704 - PHA

8/7/2014 Johnson & Johnson Raw Material Spec re Talc Powder – RM-008967 Revision 6, JNJTALC000183079

8/15/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08134-21, PHA 000000675 - PHA

8/26/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08224-21, PHA 000000616 - PHA

8/26/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08264-D7, PHA 000000653 - PHA

8/29/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08284-D7, PHA 000000664 - PHA

9/12/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09104-D7, PHA 000000640 - PHA

10/31/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10274-D7, PHA 000000628 - PHA

10/31/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10244-D7, PHA 000000210 - PHA

12/3/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H11304-D7, PHA 000000240 - PHA

12/11/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12094-D7, PHA 000000200 - PHA

12/15/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12114-D7, PHA 000000226 - PHA

12/17/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12154-D7, PHA 000000189 - PHA

1/30/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H012854-D7, PHA 000000170 - PHA

2/2/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01305-D7, PHA 000000178 - PHA 000000179

2/12/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02105-D7, PHA 000000160 - PHA

2/13/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02125-D7, PHA 000000149 - PHA

2/27/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02245-D7, PHA 000000137 - PHA

2/27/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02205-C4, PHA 000000578 - PHA

2/27/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02205-C4, PHA 000000570 - PHA

2/27/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02235-C4, PHA 000000589 - PHA

3/2/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02255-C4, PHA 000000562 - PHA 000000563

3/2/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02255-C4, PHA 000000558 - PHA 000000558

3/2/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02255-C4, PHA 000000564 - PHA 000000564

3/3/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02275-D7, PHA 000000534 - PHA 000000535

3/24/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03205-D7, PHA 000000502 - PHA

4/7/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04065-D7, PHA 000000492 - PHA 000000493

4/8/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04075-D7, PHA 000000482 - PHA 000000483

4/17/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04155-D7, PHA 000000470 - PHA

4/24/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04175-D7, PHA 000000456 - PHA

5/5/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05015-D7, PHA 000000447 - PHA 000000448

5/15/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05095-D7, PHA 000000426 - PHA

5/15/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05115-D7, PHA 000000437 - PHA

5/20/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05155-D7, PHA 000000413 - PHA

5/27/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05255-C4, PHA 000000596 - PHA

5/28/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05255-D7, PHA 000000403 - PHA

5/28/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05255-C4, PHA 000000603 - PHA

5/28/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05255-C4, PHA 000000610 - PHA

6/1/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05255-C4, PHA 000000551 - PHA 000000552

6/3/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05295-C4, PHA 000000550 - PHA 000000550

6/4/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H06015-D7, PHA 000000380 - PHA 000000381

| |
|---|
| 6/5/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05295-C4, PHA 000000544 - PHA 000000544 |
| 6/29/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H06255-D7, PHA 000000368 - PHA |
| 6/30/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H06285-D7, PHA 000000358 - PHA |
| 7/7/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H06295-D7, PHA 000000350 - PHA 000000351 |
| 7/29/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H07295-D7, PHA 000000328 - PHA |
| 8/24/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08205-D7, PHA 000000316 - PHA |
| 9/1/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08275-D7, PHA 000000305 - PHA 000000306 |
| 9/24/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09215-D7, PHA 000000294 - PHA |
| 9/28/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09245-D7, PHA 000000272 - PHA |
| 9/30/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09265-D7, PHA 000000283 - PHA |
| 10/19/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10165-D7, PHA 000000263 - PHA |
| 11/5/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10305-D7, PHA 000000392 - PHA |
| 12/7/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12035-D7, PHA 000000251 - PHA |
| 12/9/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12075-D7, PHA 000002838 - PHA |
| 12/14/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12115-D7, PHA 000002827 - PHA |
| 12/14/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12105-D7, PHA 000002863 - PHA |
| 12/21/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12195-D7, PHA 000002884 - PHA |
| 12/22/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12215-D7, PHA 000002905 - PHA |
| 1/19/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01156-D7, PHA 000002892 - PHA |
| 1/21/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01186-D7, PHA 000002914 - PHA |
| 1/21/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02036-D7, PHA 000002927 - PHA |
| 2/5/2016 Email from D. Hicks to D. Van Orden re 1Q16 Talc Samples with attachment, JNJ 000521558; JNJ 000521559 |
| 2/11/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02056-D7, PHA 000002936 - PHA |
| 2/12/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02106-D7, PHA 000002948 - PHA |
| 2/26/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02256-D7, PHA 000003013 - PHA |
| 3/17/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03156-D7, PHA 000003023 - PHA |
| 3/18/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03166-D7, PHA 000003006 - PHA |
| 3/22/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03186-D7, PHA 000003036 - PHA |
| 3/31/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03306-D7, PHA 000003041 - PHA |
| 4/6/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04046-D7, PHA 000003072 - PHA 000003073 |
| 4/7/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04056-D7, PHA 000003052 - PHA 000003053 |
| 4/19/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04156-D7, PHA 000003063 - PHA |
| 4/20/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04176-D7, PHA 000003082 - PHA |
| 5/2/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04286-D7, PHA 000003132 - PHA 000003133 |
| 5/4/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05026-D7, PHA 000003143 - PHA 000003144 |
| 5/10/2016 Email from D. Hicks to M. Zappa re J&J 2Q16 Talc Samples with attachments, JNJ 000524002; JNJ 000524005 |
| 5/13/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05126-D7, PHA 000003122 - PHA |
| 6/1/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05256-D7, PHA 000003152 - PHA 000003153 |
| 7/15/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H07136-D7, PHA 000003112 - PHA |
| 8/1/2016 Email from D. Hicks to A. Yaganti re J&J 3Q16 Global Talc Samples with attachments, JNJ 000521577; JNJ |
| 8/3/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08026-D7, PHA 000003161 - PHA 000003162 |
| 8/16/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08096-D7, PHA 000003171 - PHA |
| 8/16/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08126-D7, PHA 000003108 - PHA |
| 8/22/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09166-D7, PHA 000003225 - PHA |
| 9/15/2016 Letter from D. Van Orden to D. Hicks re Analysis of Six Talc Samples (3Q16) RJ Lee Group Project No. |
| 9/27/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09266-D7, PHA 000003215 - PHA |
| 10/10/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10086-D7, PHA 000003191 - PHA |
| 10/17/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10156-D7, PHA 000003180 - PHA |
| 10/18/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10166-D7, PHA 000003202 - PHA |
| 10/27/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10256-D7, PHA 000002804 - PHA |
| 11/14/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H11126-D7, PHA 000002793 - PHA |
| 12/16/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12126-D7, PHA 000002783 - PHA |
| 12/20/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12186-D7, PHA 000002763 - PHA |
| 12/21/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12196-D7, PHA 000002957 - PHA |

| |
|---|
| 1/16/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01127-D7, PHA 000002752 - PHA |
| 1/19/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01177-D7, PHA 000002777 - PHA |
| 1/27/2017 Email from A. Yaganti to D. Van Orden re J&J 1Q17 Global Talc Samples for Testing with attachment, |
| 2/9/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02077-D7, PHA 000002740 - PHA 000002741 |
| 2/22/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02197-D7, PHA 000002979 - PHA |
| 2/24/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02177-D7, PHA 000002970 - PHA |
| 3/16/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02177-D7, PHA 000002992 - PHA |
| 4/12/2017 Letter from D. Van Orden to A. Yaganti re analysis of six talc samples (1Q17) RJ Lee Group Project No. |
| 5/4/2017 Email from A. Yaganti to D. Van Orden re J&J 2Q17 Global Talc Samples for Testing with attachment, |
| 6/1/2017 Letter from D. Van Orden to A. Yaganti re analysis of six talc samples (2Q17) RJ Lee Group Project No. |
| 6/9/2017 Email from S. More to A. Yaganti re Talc Testing Concerns with RJ Lee with attachment, JNJTALC000454068; |
| 7/25/2017 Email from A. Yaganti to D. Van Orden re J&J 3Q17 Global Talc Samples for Testing with Attachment, |
| 9/29/2017 D. Van Orden Letter to A. Yaganti re analysis of six talc samples (3Q17) RJ Lee Group Project No. TLH601640 |
| 10/26/2017 Email from A. Yaganti to D. Van Orden re J&J 4Q16 Global Talc Samples with attachment, |
| Consultant Report to Johnson & Johnson: Analysis of Talc, TALC 141 USP - Lot No., JNJ 000266951 |
| 11/27/2017 Email from A. Yaganti to D. Van Orden re J&J 4Q17 Global Talc Samples for Testing with attachment, |
| 1/31/2018 Email from  A. Yaganti to D. Van Orden re J&J 1Q18 Global Talc Samples for Testing with attachment, |
| 3/14/2018 U.S. Food and Drug Administration, "Talc," available at |
| Dep. of Alice Blount 47:15-48:5, Ingham v. Johnson & Johnson, No. 1522-CC10417-01, Mo. Cir. Ct. Apr. 13, 2018 |
| 9/20/2019 Letter from L. Katz to L. Szczepaniak re: follow-up to request you made to FDA's Center for Food Safety and |
| 2015 Johnson & Johnson's Code of Business Conduct & Credo |
| 7/2004 Curriculum Vitae of Frederick David Pooley, FDP000000636 - FDP000000654 |
| Article entitled "Societa talco e grafite Val Chisone", JNJTALC000294278 |
| Attachment B, Asbestiform Depression Through The Use of New Floatation Reagent Systems, JNJ 000246550 |
| Beneficiated Talc - Methods & Standards, JNJTALC000588342 |
| Certificate of Analysis - Specification No. J&J RM-008967 Rev. 0; Product Code. GRD251001H, JNJTALC000153375 |
| Chesebrough Ponds Talc Samples A and C Examined, JNJTALC000294769 |
| Consultant Report to Johnson & Johnson: Analysis of One Talc Sample by SEM/EDS, JNJ 000062355 |
| Consultant Report to Johnson & Johnson: Analysis of One Talc Sample by SEM/EDS, JNJ 000085079 |
| Consultant Report to Johnson & Johnson: Analysis of One Talc Sample by SEM/EDS, JNJ 000273185; JNJNL61  000033918 |
| Consultant Report to Johnson & Johnson: Analysis of Talc Sample 001316 by SEM/EDS, JNJ 000064771 |
| Consultant Report to Johnson & Johnson: Analysis of Talc Sample 026329 by SEM/EDXA, JNJ 000061636 |
| Consultant Report to Johnson & Johnson: Analysis of Talc Sample 026348 by SEM/EDXA, JNJ 000061567 |
| Consultant Report to Johnson & Johnson: Analysis of Talc Sample pH-W-V1, JNJ 000325280 |
| Consultant Report to Johnson & Johnson: Analysis of Two Talc Samples by SEM/EDS, JNJ 000292012 |
| Cosmetic Talc Definition, JNJ 000273583 |
| CTFA v. Langer Definitions of Asbestos, JNJTALC000294791 |
| Curriculum Vitae of James Millette |
| Cyprus Windsor Minerals Corporation- West Windsor Ore Control, JNJ 000237259 |
| Document entitled "Asbestos," JNJTALC000120742 |
| Document entitled "Definition of Asbestos," JNJ 000270049 |
| Document entitled "Investigation Products and Asbestos Detected Products," JNJTALC000120731 |
| Eagle-Times Article: Windsor Mineral president says disease study is shoddy, JNJ 000028731 |
| EMV Associates Certificate of Microanalysis for Asbestos re: Westside, JNJ 000061917 |
| Examination of Johnson & Johnson Talcs, JOJO-MA2546-00830 |
| Final Report on Shower to Shower, Medicated Powder and Feminine Spray, JOJO-MA2546-00812 |
| Handwritten document with C1 and E8, JOJO-MA5880-0023 |
| Hutchinson's handwritten notes re: Transmission Electron Microscope, JOJO-MA2546-00144 |
| Identification of Chrysotile and Tremolite, JNJTALC000294771 |
| Image of "Tremolite Asbestos, Death Valley," available at http://serc.carleton.edu/research_education/geochemsheets/techniques/SEM.html |
| Ingredients – Talc, Food & Drug Admin., https://www.fda.gov/Cosmetics/ProductsIngredients/ Ingredients/ucm293184.htm, |
| Internal J&J Memorandum Identifying the Samples Included in Pooley's Aug. 10, 1971 Report, JNJ 000325709 |
| J&J Memo re Purity of Italian Talc Powder Produced from Val Chisone Talc Ore, JNJTALC000359706 |

| |
|---|
| Ritter v. Cyprus Mines; Testing of the Talc Samples from Windsor Minerals (by McCrone Associates), JNJ 000062052 |
| Materials Analysis Reports, JNJ 000070696 |
| JNJ 000578042 - Chart of Samples Detecting Mostly No Asbestos and a Chrysotile, 1 Fiber, JNJ 000578042 |
| Langer v. Pooley Results re Amphibole and Serpentine - British and American Talc, JNJTALC000294829 |
| Letter from James McAlear to William Ashton re sample 4365-36A, JNJ 000314760 |
| Letter from James McAlear to William Ashton re sample 4365-36A; Certificate of Microanalysis for Asbestos, JNJ |
| Letter from John P. Schelz to Round Robin Participant re Coded samples for CTFA round robin analyses of consumer talc |
| Material Specification Windsor 66 Talc (undated page 3), JNJ 000085070 |
| McCrone Laboratories, Examination of Johnson & Johnson Talc Sample FD-14, JNJTALC000288667 |
| NIOSH Preliminary Report re: Fiber Exposure During Use of Baby Powders, 1972, JNJTALC000021932 |
| Photos of the Mine |
| Quality Assurance Page – Windsor 66, JNJ 000085072 |
| Report of Examination of Powder for Johnson and Johnson Ltd., JNJ 000233728 |
| Report of Italian Mine Samples J & J, FDP000000495 - FDP000000618 |
| Report of the Analysis of J & J International Talc Samples, FDP000000459 - FDP000000494 |
| Report titled Identification of Samples, JNJ 000325709 |
| Review of the final RJ Lee Report titled "Evaluation of EPA's Analytical data from the EL Dorado Hills Evaluation Project" by National Stone, Sand & Gravel Association |
| Sample RE-73-166, analysis requested by W.T. Caneer, JNJTALC000128496 |
| Summary of Results Transmission Electron Microscopy (TEM) Analytical Data, JNJ 000245548 |
| Summary Table of Results of Four Investigators on Analysis of Commercial Cosmetic Talc Products for Asbestos Minerals, |
| Table 3 - 8A Amphibole X-Ray Diffraction Data from Composite Samples and Flotation Products, JNJ 000878208 |
| Table IV: Key to Sample Numbers of Cosmetic Talcum-Type Powders, JNJ 000247507 |
| Talcum Powder and Cancer, What is talcum powder?" American Cancer Society, accessible at https://www.cancer.org/content/dam/CRC/PDF/Public/664.00 |
| Timeline of Talc Testing - Dr. Pooley |
| U.S. Patent No. 3,102,856 |
| U.S. Patent No. 3,684,197 |
| U.S. Patent No. 4,185,086 |
| U.S. Patent No. 4,485,092 |
| Undated Chart re Cilag-Chemie |
| Undated Memo from W. Ashton to G. Lee et al. re: SVC Publication by Gianfranco Villa, JNJ 000088026 |
| Undated report entitled "Mineralogical report," JNJ 000285289 |
| Windsor Minerals 2008.04 Comparison of Regular V-66 Talc and Electronic (Ultrasonic) Shear Disc Talc, JNJTALC000088889; JNJTALC000348700; JNJ 000221010 |
| X-ray Diffraction Study of Johnson & Johnson's Shower to Shower Talcum Powder (Gordon Brown), JNJTALC000348580 |
| Vermont Talc Ore Tailings, JNJ 000289338 |
| Image - Vermont Talc Ore Tailings- 3750X - FP 44, JNJ 000289340 |
| Image - Vermont Talc Ore Tailings - FP 10, JNJ 000289341 |
| Vermont Talc 01062A, JNJ 000289342 |
| Image - Vermont Talc 01062A -10000X - FP 61, JNJ 000289344 |
| Image - Vermont Talc 01062A -FP 60, JNJ 000289345 |
| Vermont Talc 01062A 9,000X FP 62, JNJ 000289346 |
| Vermont Talc 01062A 18,000X FP 36, JNJ 000289347 |
| Vermont Talc 01062A 32,5000X FP 37, JNJ 000289348 |
| Vermont Talc 01062A FP 38, JNJ 000289349 |
| Vermont Talc +2.95 Density Fraction 01062 A 6250X FP 39, JNJ 000289350 |
| Vermont Talc +2.65 Density Fraction 01062 A 3750X FP 40, JNJ 000289351 |
| Vermont Talc 01062A FP2, JNJ 000289352 |
| Vermont Talc 14941B, JNJ 000289353 |
| Vermont Talc 14941B 3750X FP 58, JNJ 000289355 |
| Vermont Talc 14941B 3750X FP 59, JNJ 000289356 |
| Vermont Talc 14941B FP 1, JNJ 000289357 |

| |
|---|
| Vermont Talc 15452C, JNJ 000289358 |
| Vermont Talc 15452C 3750X FP 45, JNJ 000289359 |
| Vermont Talc 15452C FP 48, JNJ 000289360 |
| Vermont Talc 15452C 10000X FP 47, JNJ 000289361 |
| Vermont Talc 15452C 3750X FP 42, JNJ 000289362 |
| Vermont Talc 15452C 3750X FP 41, JNJ 000289363 |
| Vermont Talc 15452C FP 46, JNJ 000289364 |
| Vermont Talc 15452C FP 7, JNJ 000289365 |
| Vermont Talc +2.65 Density Fraction 15452C FP 9, JNJ 000289366 |
| Vermont Talc +2.95 Density Fraction 15452C FP 8, JNJ 000289367 |
| Vermont Tal 13163D, JNJ 000289368 |
| Vermont Tal 13163D 3750X FP 56, JNJ 000289370 |
| Vermont Tal 13163D 3750X FP 57, JNJ 000289371 |
| Vermont Tal 13163D FP 55, JNJ 000289372 |
| Vermont Talc 10265F, JNJ 000289373 |
| Vermont Talc 10265F 15000X FP 53, JNJ 000289375 |
| Vermont Talc 10265F 10000X FP 51, JNJ 000289376 |
| Vermont Talc 10265F FP 52, JNJ 000289377 |
| Vermont Talc 10265F 20000X FP 54, JNJ 000289378 |
| Vermont Talc 10265F 5, JNJ 000289379 |
| Vermont Talc 10361G, JNJ 000289380 |
| Vermont Talc 10361G 3750X FP 49, JNJ 000289382 |
| Vermont Talc 10361G FP 50, JNJ 000289383 |
| Vermont Talc 344L, JNJ 000289384 |
| Vermont Talc 344L 3750X FP 13, JNJ 000289386 |
| Vermont Talc 344L FP 6, JNJ 000289387 |
| |
| **RJ Lee Group Documents** |
| RJLG Review 11730AB1531 |
| RJLG Review 11730AB1532 |
| RJLG Review 11730AB1533 |
| RJLG Review 11730AB1534 |
| RJLG Review 11730AB1535 |
| RJLG Review 11730AB1537 |
| RJLG Review 11730AB1540 |
| RJLG Review 11730AB1542 |
| RJLG Review 11730AB1543 |
| RJLG Review 11730AB1544 |
| RJLG Review 11730AB1545 |
| RJLG Review M65205-001_101517 |
| RJLG Review M65208-001_101517 |
| RJLG Review M65228-001_101517 |
| RJLG Review M65329-041_101517 |
| RJLG Review M65329-043_101517 |
| RJLG Review M66173-002_101517 |
| RJLG Review M66173-003_101517 |
| RJLG Review M66203-001_101517 |
| RJLG Review M66203-006_101517 |
| RJLG Review M66203-007_101517 |
| RJLG Review M66352-002_101517 |
| RJLG Review M66405-001_101517 |
| RJLG Review M66510-001_101517 |
| RJLG Review M66512-001_101517 |

| |
|---|
| RJLG Review M66514-001_091418 |
| RJLG Review M66515-001_101517 |
| RJLG Review M66516-001_101517 |
| US EPA Letter to Mr. Drew Van Orden, April 21, 2004 |
| |
| **McCrone (6-Month Ore Study): Tests of Hammondsville Ore Composites** |
| DX7099 - JNJ000338317 |
| DX8621 - WTALC00004586 |
| DX8814 - JNJTALC000298680 |
| |
| **McCrone: Ore Testing Conducted by TEM** |
| DX7700 - WTALC00002674 |
| DX7702 - WTALC00002695 |
| DX7704 - WTALC00002712 |
| DX7705 - WTALC00002745 |
| DX8622 - JNJTALC000387660 |
| DX8623 - WTALC00002762 |
| DX8624 - JNJ000684541 |
| DX8625 - JNJTALC000387515 |
| DX8813 - JNJTALC000387656 |
| DX8815 - JNJTALC000387334 |
| DX8816 - JNJ000347203 |
| |
| **McCrone/Bain: TEM Float Feed Testing (WMI, CWN, LAI SAMPLES)** |
| DX7219 - JNJ000292059 |
| DX7222 - JNJ000292058 |
| DX7247 - JNJ000280846 |
| DX7251 - JNJ000280847 |
| DX7255 - JNJ000280848 |
| DX7259 - JNJ000280849 |
| DX7264 - JNJ000280850 |
| DX7265 - JNJ000280852 |
| DX7271 - JNJ000280853 |
| DX7276 - JNJ000280854 |
| DX7289 - JNJ000280843 |
| DX7291 - JNJ000280844 |
| DX7299 - JNJ000280887 |
| DX7301 - JNJ000280845 |
| DX7303 - JNJ000280824 |
| DX7304 - JNJ000280825 |
| DX7305 - JNJ000291602 |
| DX7308 - JNJ000280890 |
| DX7313 - JNJ000280891 |
| DX7318 - JNJ000280889 |
| DX7320 - JNJ000280888 |
| DX7322 - JNJ000280886 |
| DX7325 - JNJ000280893 |
| DX7329 - JNJ000280895 |
| DX7331 - JNJ000280897 |
| DX7335 - JNJ000280898 |
| DX7339 - JNJ000280896 |
| DX7341 - JNJ000280838 |
| DX7346 - JNJ000280892 |

| |
|---|
| DX7349 - JNJ000280902 |
| DX7353 - JNJ000280900 |
| DX7363 - JNJ000280839 |
| DX7367 - JNJ000280818 |
| DX7374 - JNJ000280819 |
| DX7376 - JNJ000280821 |
| DX7386 - JNJ000280823 |
| DX7390 - JNJ000280832 |
| DX7391 - JNJ000280834 |
| DX7392 - JNJ000280836 |
| DX7393 - JNJ000280793 |
| DX7395 - JNJ000280795 |
| DX7396 - JNJ000280804 |
| DX7397 - JNJ000280799 |
| DX7399 - JNJ000280806 |
| DX7406 - JNJ000280788 |
| DX7408 - JNJ000280783 |
| DX8597 - JNJTALC000387236 |
| DX8598 - JNJ000347440 |
| DX8599 - JNJTALC000387211 |
| DX8600 - JNJ000577860 |
| DX8601 - JNJ000577861 |
| DX8602 - JNJ000577862 |
| DX8603 - JNJTALC000387182 |
| DX8604 - JNJ000063284 |
| DX8605 - JNJTALC000387140 |
| DX8606 - JNJ000578747 |
| DX8607 - JNJ000292062 |
| DX8608 - JNJTALC000387143 |
| DX8609 - JNJ000309430 |
| DX8610 - JNJTALC000387116 |
| DX8612 - JNJ000578188 |
| DX8614 - JNJ000064190 |
| DX8615 - JNJTALC000387085 |
| DX8616 - JNJ000063281 |
| DX8617 - JNJTALC000387698 |
| DX8618 - JNJTALC000071263 |
| DX8619 - JNJTALC000071264 |
| DX8620 - JNJTALC000071265 |
| DX8626 - JNJTALC000071266 |
| DX8627 - JNJTALC000071267 |
| DX8628 - JNJTALC000071268 |
| DX8629 - JNJTALC000071269 |
| DX8630 - JNJTALC000071271 |
| DX8631 - JNJTALC000071272 |
| DX8632 - JNJ000683579 |
| DX8633 - JNJ000683572 |
| DX8634 - JNJ000683573 |
| DX8635 - JNJTALC000071255 |
| DX8636 - JNJTALC000071256 |
| DX8637 - JNJTALC000071257 |
| DX8638 - JNJTALC000071258 |
| DX8639 - JNJTALC000071259 |

| |
|---|
| DX8640 - JNJTALC000071260 |
| DX8641 - JNJTALC000071261 |
| DX8643 - JNJTALC000071262 |
| DX8644 - JNJTALC000071242 |
| DX8645 - JNJTALC000071243 |
| DX8646 - JNJTALC000071244 |
| DX8647 - JNJTALC000071245 |
| DX8649 - JNJTALC000071247 |
| DX8650 - JNJTALC000071250 |
| DX8651 - JNJTALC000071251 |
| DX8652 - JNJTALC000071252 |
| DX8654 - JNJTALC000071234 |
| DX8655 - JNJ000291787 |
| DX8656 - JNJTALC000071235 |
| DX8658 - JNJ000280790 |
| DX8659 - JNJ000280785 |
| DX8660 - JNJ000280786 |
| DX8661 - JNJ000280782 |
| DX8663 - JNJ000280777 |
| DX8664 - JNJ000280778 |
| DX8665 - JNJ000280774 |
| DX8666 - JNJ000280775 |
| DX8668 - JNJ000280773 |
| DX8669 - JNJ000280772 |
| DX8670 - JNJ000280756 |
| DX8671 - JNJ000280757 |
| DX8672 - JNJ000280755 |
| DX8673 - JNJ000280754 |
| DX8674 - JNJ000280750 |
| DX8675 - JNJ000280765 |
| DX8676 - JNJ000280751 |
| DX8677 - JNJ000280766 |
| DX8679 - JNJ000280759 |
| DX8680 - JNJ000280761 |
| DX8688 - JNJ000280826 |
| DX8690 - JNJTALC000071270 |
| **J&J Weekly Testing of Product (XRD)** |
| DX7091 - JNJ000264752 |
| DX7302 - JNJ000245520 |
| DX8122 - JNJ000223428 |
| DX8125 - JNJ000237249 |
| DX8127 - JNJ000245537 |
| DX8415 - JNJ000266679 |
| DX8546 - JNJ000251923 |
| DX8547 - JNJ000264673 |
| DX8548 - JNJ000252010 |
| DX8549 - JNJ000251854 |
| DX8550 - JNJ000231479 |
| DX8551 - JNJ000264742 |
| DX8552 - JNJ000266720 |
| DX8553 - JNJ000266719 |
| DX8554 - JNJ000252328 |

| |
|---|
| DX8555 - JNJ000265173 |
| DX8556 - JNJ000285249 |
| DX8557 - JNJ000285248 |
| DX8558 - JNJ000266713 |
| DX8559 - JNJ000265139 |
| DX8560 - JNJ000266711 |
| DX8561 - JNJ000266710 |
| DX8562 - JNJ000264733 |
| DX8563 - JNJ000266708 |
| DX8564 - JNJ000264728 |
| DX8565 - JNJ000266706 |
| DX8566 - JNJ000264725 |
| DX8567 - JNJ000264721 |
| DX8568 - JNJ000277555 |
| DX8569 - JNJ000266702 |
| DX8570 - JNJ000266701 |
| DX8571 - JNJ000266692 |
| DX8572 - JNJ000266700 |
| DX8573 - JNJ000266699 |
| DX8574 - JNJ000266698 |
| DX8575 - JNJ000237369 |
| DX8576 - JNJ000266694 |
| DX8577 - JNJ000266693 |
| DX8578 - JNJ000266691 |
| DX8579 - JNJ000277537 |
| DX8580 - JNJ000266688 |
| DX8581 - JNJ000266687 |
| DX8582 - JNJ000237345 |
| DX8583 - JNJ000237341 |
| DX8584 - JNJ000237336 |
| DX8585 - JNJ000237334 |
| DX8586 - JNJ000237332 |
| DX8587 - JNJ000237322 |
| DX8588 - JNJ000237318 |
| DX8589 - JNJ000237310 |
| DX8590 - JNJ000268548 |
| DX8591 - JNJ000285133 |
| DX8592 - JNJ000237293 |
| DX8593 - JNJ000237285 |
| DX8595 - JNJ000324759 |
| DX8596 - JNJ000245526 |
| |
| **ES Labs: J4-1 Testing of Product (XRD/PLM)** |
| DX7522 - JNJ000246164 |
| DX7523 - JNJ000246190 |
| DX7524 - JNJ000246218 |
| DX7525 - JNJ000246226 |
| DX7526 - JNJ000284309 |
| DX7527 - JNJ000284272 |
| DX7528 - JNJ000246268 |
| DX7529 - JNJ000246276 |
| DX7530 - JNJ000246289 |
| DX7531 - JNJ000246304 |

| |
|---|
| DX7533 - JNJ000246314 |
| DX7534 - JNJ000246319 |
| DX7535 - JNJ000246261 |
| DX7536 - JNJ000246255 |
| DX7537 - JNJ000246245 |
| DX7538 - JNJ000246250 |
| DX8439 - JNJ000060818 |
| DX8445 - JNJ000246159 |
| DX8446 - JNJ000246182 |
| DX8447 - JNJ000246272 |
| DX8448 - JNJ000246280 |
| DX8449 - JNJ000246294 |
| DX8450 - JNJ000246309 |
| DX8451 - JNJ000246329 |
| DX8452 - JNJ000266519 |
| DX8453 - JNJ000266524 |
| DX8454 - JNJ000266529 |
| DX8455 - JNJ000266534 |
| DX8456 - JNJ000266544 |
| DX8457 - JNJ000266554 |
| DX8458 - JNJ000266559 |
| DX8460 - JNJ000266587 |
| DX8461 - JNJ000266592 |
| DX8462 - JNJ000266597 |
| DX8463 - JNJ000266602 |
| DX8464 - JNJ000266607 |
| DX8465 - JNJ000266612 |
| DX8466 - JNJ000266617 |
| DX8467 - JNJ000266622 |
| DX8468 - JNJ000266627 |
| DX8469 - JNJ000266632 |
| DX8470 - JNJ000266637 |
| DX8471 - JNJ000266642 |
| DX8472 - JNJ000266647 |
| DX8473 - JNJ000266651 |
| DX8474 - JNJ000266656 |
| DX8475 - JNJTALC001272503 |
| DX8477 - JNJ000284275 |
| DX8478 - JNJ000284303 |
| DX8479 - JNJ000284306 |
| DX8480 - JNJ000284337 |
| DX8484 - JNJ000266539 |
| DX8485 - JNJ000266549 |
| DX8486 - JNJ000266564 |
| DX8487 - JNJ000266569 |
| DX8488 - JNJTALC000217062 |
| DX8489 - JNJTALC000217067 |
| DX8490 - JNJTALC000217111 |
| DX8491 - JNJTALC000217126 |
| DX8492 - JNJTALC000217155 |
| DX8493 - JNJTALC000217164 |
| DX8494 - JNJTALC000217169 |
| DX8496 - JNJTALC000217211 |

| DX8497 - JNJTALC000217215 |
|---|
| DX8507 - JNJTALC000217256 |
| DX8508 - JNJTALC000217264 |
| DX8509 - JNJTALC000217276 |
| DX8510 - JNJTALC000217284 |
| |
| **Imerys Ore Testing - J4-1 / USP** |
| DX7923 - JNJ000683571 |
| DX7925 - JNJ000683574 |
| DX7926 - JNJ000683575 |
| DX7927 - JNJ000683576 |
| DX7928 - JNJ000280872 |
| DX7929 - JNJ000683577 |
| DX7930 - JNJ000280871 |
| DX7931 - JNJ000683578 |
| DX7932 - JNJ000280884 |
| DX7933 - JNJ000683580 |
| DX7934 - JNJ000280883 |
| DX7935 - JNJTALC000071281 |
| DX7936 - JNJ000280882 |
| DX7937 - JNJTALC000071282 |
| DX7938 - JNJ000280881 |
| DX7939 - JNJ000280880 |
| DX7940 - JNJ000683566 |
| DX7941 - JNJ000280870 |
| DX7942 - JNJ000683561 |
| DX7943 - JNJ000280879 |
| DX7944 - JNJ000683560 |
| DX7946 - JNJTALC000023169 |
| DX7947 - JNJ000578021 |
| DX7948 - JNJ000578022 |
| DX7949 - JNJ000578023 |
| DX7950 - JNJTALC000376771 |
| DX7951 - JNJ000578019 |
| DX7952 - JNJ000578025 |
| DX7953 - JNJ000578028 |
| DX7954 - JNJ000578030 |
| DX7955 - JNJ000578029 |
| DX7956 - JNJ000577843 |
| DX7958 - JNJ000578026 |
| DX7959 - JNJ000683948 |
| DX8634 - JNJ000683573 |
| |
| **McCrone/Bain: Quarterly TEM Testing for Serpentine Asbestos** |
| DX7142 - JNJ000300405 |
| DX7188 - JNJTALC000070307 |
| DX7193 - JNJ000237325 |
| DX7196 - JNJ000237316 |
| DX7209 - JNJ000237304 |
| DX7213 - JNJ000266499 |
| DX7217 - JNJ000266503 |
| DX7230 - JNJ000237245 |
| DX7283 - JNJ000237243 |

| |
|---|
| DX7541 - JNJ000237232 |
| DX8117 - JNJ000237246 |
| DX8118 - JNJ000237247 |
| DX8119 - JNJ000237248 |
| DX8120 - JNJ000237240 |
| DX8121 - JNJ000223429 |
| DX8123 - JNJ000237242 |
| DX8126 - JNJ000245524 |
| DX8128 - JNJ000375819 |
| DX8129 - JNJ000375820 |
| DX8130 - JNJ000375821 |
| DX8131 - JNJ000375817 |
| DX8132 - JNJ000239635 |
| DX8133 - JNJ000239636 |
| DX8134 - JNJ000239637 |
| DX8135 - JNJ000239630 |
| DX8151 - JNJ000264734 |
| DX8169 - JNJ000266504 |
| DX8170 - JNJ000347015 |
| DX8171 - JNJ000266670 |
| DX8172 - JNJ000285154 |
| DX8173 - JNJ000237321 |
| DX8174 - JNJ000285111 |
| DX8175 - JNJ000285446 |
| DX8176 - JNJ000266500 |
| DX8177 - JNJ000266479 |
| DX8178 - JNJ000266428 |
| DX8179 - JNJ000065570 |
| DX8180 - JNJ000266448 |
| DX8181 - JNJ000239823 |
| DX8182 - JNJ000239824 |
| DX8183 - JNJ000239825 |
| DX8184 - JNJ000266375 |
| DX8186 - JNJ000239634 |
| DX8187 - JNJ000237347 |
| DX8418 - JNJ000237344 |
| DX8419 - JNJ000237340 |
| DX8420 - JNJ000237331 |
| DX8422 - JNJ000237299 |
| DX8423 - JNJ000237298 |
| DX8424 - JNJ000285131 |
| DX8426 - JNJ000266498 |
| DX8427 - JNJTALC001272572 |
| DX8428 - JNJ000237291 |
| DX8429 - JNJ000237281 |
| DX8430 - JNJ000246180 |
| DX8431 - JNJ000246135 |
| DX8432 - JNJ000237244 |
| DX8433 - JNJ000324762 |
| DX8434 - JNJ000324795 |
| DX8440 - JNJ000237227 |
| DX8441 - JNJ000237229 |
| DX8442 - JNJTALC001272501 |

| DX8443 - JNJ000237275 |
|---|
| DX8444 - JNJ000237278 |
| |
| **Worldwide Talc Surveys (Various Tests by Various Entities)** |
| DX7381 - JNJTALC000166630 |
| DX7409 - JNJ 000089078 |
| DX7721 - JNJTALC000348700; JNJTALC000348703 |
| DX8535 - JNJ 000061342 |
| DX8536 - JNJTALC000348670 |
| DX8537 - JNJTALC000348694 |
| DX8538 - JNJTALC000166674 |
| DX8539 - JNJTALC000348794 |
| DX8540 - JNJTALC000166705 |
| DX8541 - JNJTALC000166716 |
| DX8543 - JNJTALC000166736 |
| DX8545 - JNJTALC000166745 |
| |
| **RJ Lee Group: Quarterly Testing - TEM, XRD, PLM** |
| RJLG Quarterly Reports 4Q2022 |
| RJLG Quarterly Reports 3Q2022 |
| RJLG Quarterly Reports 2Q2022 |
| RJLG Quarterly Reports 1Q2022 |
| RJLG Quarterly Reports 4Q2021 |
| RJLG Quarterly Reports 3Q2021 |
| RJLG Quarterly Reports 2Q2021 |
| RJLG Quarterly Reports 1Q2021 |
| RJLG Quarterly Reports 4Q2020 |
| RJLG Quarterly Reports 3Q2020 |
| RJLG Quarterly Reports 2Q2020 |
| RJLG Quarterly Reports 1Q2020 |
| DX7435 - JNJ 000132159 |
| DX7437 - JNJ 000134313 |
| DX7438 - JNJ 000382024 |
| DX7439 - JNJ 000134197 |
| DX7440 - JNJ 000381001 |
| DX7441 - JNJ 000134159 |
| DX7442 - JNJ 000384469 |
| DX7443 - JNJ 000384502 |
| DX7444 - JNJ 000384551 |
| DX7445 - JNJ 000134075 |
| DX7448 - JNJ 000134009 |
| DX7449 - JNJ 000382986 |
| DX7450 - JNJ 000133797 |
| DX7452 - JNJ 000383338 |
| DX7453 - JNJ 000133908 |
| DX7454 - JNJ 000383087 |
| DX7455 - JNJ 000133653 |
| DX7457 - JNJ 000133839 |
| DX7459 - JNJ 000383016 |
| DX8046 - JNJ 000558360 |
| DX8047 - JNJ 000521505 |
| DX8048 - JNJ 000521516 |
| DX8049 - JNJ 000558931 |

| |
|---|
| DX8050 - JNJ 000558568 |
| DX8051 - JNJ 000558970 |
| DX8052 - JNJ 000521581 |
| DX8053 - JNJ 000558731 |
| DX8054 - JNJ 000631351 |
| DX8055 - JNJTALC000196139 |
| DX8156 - JNJTALC000196576 |
| DX8157 - JNJTALC000196176 |
| DX8158 - JNJTALC000196252 |
| DX8435 - JNJ 000558343 |
| DX8801 - JNJ 000134054 |
| DX8919 - JNJTALC001084921 |
| DX8920 - JNJTALC001054034 |
| DX8921 - JNJTALC001082577 |
| DX8922 - JNJTALC001083855 |
| DX8962 - JNJTALC001389105 |
| DX8963 - JNJTALC001389361 |
| DX8964 -  JNJTALC001353867 |
| DX8965 - JNJTALC001391321 |
| |
| **FDA Related Documents** |
| 10/11/2019 Report by AMA Analytical Services, Inc, JNJTALC001292442 |
| 10/18/2019 J&J to Voluntarily Recall A Single Lot of Johnson's Baby Powder in the United States |
| 10/27/2019 Preliminary BV Report on Lot #22318RB Samples, JNJTALC001282631 |
| 10/28/2019 RJLG Report on Lot #22318RB Samples, JNJTALC001285467 |
| 10/28/2019 RJLG Incidence Report, JNJTALC001285569 |
| 10/28/2019 FDA, Baby powder manufacturer voluntarily recalls products for asbestos |
| 10/29/2019  RJLG Report on FDA Bottle samples, JNJTALC001286078 |
| 10/29/2019 RJLG Report on Surrounding Bottle Lots, JNJTALC001286137 |
| 10/29/2019 15 New Tests from the Same Bottle of Johnson's Baby Powder Previously Tested by FDA Find No Asbestos |
| 11/1/2019 Bureau Veritas Interim Report re: Lot #22318RB, JNJTALC001285872 |
| 11/5/2019 RJLG Report on Additional FDA Bottle sample testing, JNJTALC001286219 |
| 11/27/2019 Bureau Veritas Final Report, JNJTALC001285875 |
| 12/3/2019 Company Investigation Confirms No Asbestos in Johnson's Baby Powder: More Than 150 Tests Show No Asbestos |
| 12/3/2019 Summary of Investigation, JNJTALC001286606 |
| 12/3/2019 J&J Recall Investigation Report, JNJTALC001284148 |
| 8/18/2020 FDA Issues Update Regarding Information Presented at Talc Public Meeting |

| Materials Reviewed and/or Relied Upon in Balderrama |
|---|
| **Case Specific Documents** |
| Complaint |
| |
| **Miscellaneous Dr. Sanchez Materials** |
| Images, videos, and other demonstratives prepared by RJLG for use at trial in this matter |
| Geology of the Talc Mines Located in Val Germanasca Italy, March 24, 2016 |
| Preliminary Analytical Test Report of thirty-seven MAS Split Samples, April 23, 2018 |
| Review of MAS Report dated February 16, 2018 concerning the analysis of a Historic Johnson & Johnson Baby Powder Sample, April 7, 2018 |
| Analytical Test Report of the Gunter Argonaut Samples, April 6, 2018 |
| Analytical Test Report of two (2) Splits of a Historic Baby Powder Samples, April 7, 2018 |
| M. Sanchez Analytical Test Report of Sample 3183377, May 10, 2023 |
| M. Sanchez Rebuttal to Dr. Sage, April 1, 2024 |
| M. Sanchez Rebuttal to Dr. Kessler, April 1, 2024 |
| M. Sanchez Expert Report re: Rebuttal of Dr. Longo MAS  Report Dated 02/28/2023 Project Number M71614, 05/10/23 |
| M. Sanchez Expert Report re: Revision 1 - Rebuttal of Dr. Longo MAS  Report Dated 02/28/2023 Project Number M71614, |
| M. Sanchez Expert Report re: Diana Balderrama and Gilbert Balderrama v. Johnson & Johnson, et al., dated March 26, 2024 |
| M. Sanchez Expert Report re: Rebuttal of MAS and Dr. Longo's erroneous chrysotile in ten Johnson & Johnson bottles supplied by Plaintiff Holly Johnson, March 4, 2021 |
| M. Sanchez Analytical Test Reports of (ten) Johnson Samples 3166240 through 3166249, March 4, 2021 and (four) Johnson Samples 3173991 through 3173994, May 26, 2021 |
| M. Sanchez Rebuttal of MAS Zimmerman Report, dated March 9, 2020 |
| M. Sanchez Rebuttal of MAS Titley Report, April 29, 2020 |
| Johnson & Johnson Product Samples RJ Lee Group Project LLH701939 |
| Dr. Sanchez Current CV |
| Dr. Sanchez Current Testimony List |
| As Received Photos of Alice Blount Samples and Video of Opening |
| M. Sanchez Analytical Test Reports of (ten) Leavitt Samples 3154141 through 3154150, November 12, 2018 |
| M. Sanchez Analytical Test Reports of (seven) Asian Samples 3149765, 3154678-3154683, November 12, 2018 |
| M. Sanchez Analytical Test Reports of (sixteen) Samples 3149734, 3149735, 3149742, 3149748, 3149754, 3149756, 3149757, |
| M. Sanchez Analytical Test Reports of (twenty three) Samples 3149710, 3149711, 3149713, 3149714, 3149715, 3149717, 3149718, 3149722, 3149723, 3149724, 3149727, 3149730, 3149731, 3149732, 3149737, 3149741, 3149745, 3149749, 3149750, 3149751, 3149752, 3149760, and 3149762, dated December 12, 2018, December 27, 2018, and December 31, 2018 |
| M. Sanchez Expert Testing Report and Rebuttal to Dr. William Longo in Hermelinda Luna, et al v. Johnson & Johnson, et al, April 19, 2019 |
| M. Sanchez Rebuttal Report re: Dr. William Longo's MDL Testing, dated August 30, 2019 |
| M. Sanchez Rebuttal Report re: Mr. Lee Poye's  MDL Testing, dated February 12, 2019 |
| M. Sanchez Analytical Test Reports of (fifteen) MDL Railcar Samples 3156998-3157006, 3157139-3157144, June 3, 2019 and |
| M. Sanchez Analytical Test Reports of (two) MDL Samples 3156617-3156618, September 11, 2020 |
| PLM image files: Cargille glass.pdf, Cellulose.pdf, Chrysotile 1866 995.pdf, Chrysotile 1866 dslr.pdf, Coalinga Chrysotile CSDS.pdf, Mixture CSDS.pdf, Guiguang Talc.pdf, Vermont talc.pdf, Italian talc.pdf, powerpoint graphics K.pdf, particle isolation.pdf, amphibole bearing rock.pdf |
| Movie files: 1.55 Cargille.mov, Cellulose 1.mov, Cellulose 2.mov, Cellulose 3.mov, Cellulose 4.mov, Cellulose 5.mov, Cellulose 6.mov, Chrysotile 1866 1.mov, Chrysotile 1866 2.mov, Chrysotile 1866 3.mov, Chrysotile 1866 4.mov, Guiguang 1.mov, Guiguang 2.mov, Guiguang 3.mov, Guiguang 4.mov, Guiguang 5.mov, Guiguang 6.mov, Guiguang 7.mov, Guiguang 8.mov, Guiguang 9.mov, Mixture 1.mov, Mixture 2.mov, Argonaut 1.mov, Italian 1.mov, Italian 2.mov, Italian 3.mov, Italian 4.mov, Italian 5.mov, Italian 6.mov, Italian 7.mov, Italian 8.mov, Italian 9.mov, Italian 10.mov, Italian 11.mov, Italian 12.mov, |
| Lab Reports and Data related to RJLG testing of (nine) Johnson & Johnson Chinese quarterly talc samples |
| BN NIST Chrysotile 1.550 E.pdf and ln NIST Chrysotile 1.550 E.pdf |
| Alan Seagrave Bureau Veritas A1512004 Italy Report July 14, 2016 |

| |
|---|
| BV photos of BV pre-shipping - FR_A2102176Ver01 |
| chrysotile particle extraction.pdf |
| Anth-Talc.pdf |
| amphibole bearing rock.pdf, crushing non-asbestos tr.pdf, Hornblende_keeper1.wmv, Hornblende_keeper2.wmv, hornblende_verygood _20180911_105328 _.wmv |
| M65205-001.pdf; M68233-002.pdf, M68503-026.pdf, M68503-010.pdf, M67341-005 7402.pdf, M67341-006 7402.pdf, M67341-007 7402.pdf, M67341-008 7402.pdf, DHZ 1997.pdf, DHZ cummingtonite EDS.pdf, DHS grunerite EDS.pdf |
| Optical Images of Grids Transferred to MAS on March 12, 2021 and June 15, 2021 |
| Optical Images of Grids Received from MAS on March 12, 2021 and June 15, 2021 |
| Grid Maps of Grids Transferred to MAS on March 12, 2021 |
| M. Sanchez re: M71211-001 through M71211-010, dated March 2021 |
| Italian talc sample 3136116.pdf, Asbestiform talc sample morphology.pdf |
| Images, SAED, and EDS of monoclinic amphibole and Ward's hornblende |
| Affidavit of Shu-Chun Su, Ph.D. in Gref v. American International Industries, et al, August 28, 2023 |
| In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation, MDL No. 16-2738, Shu-Chun Su, May 21, 2024 |
| Review of MAS Reports on Johnson & Johnson Talc Products Identifying "Chrysotile" by Polarized Light Microscopy, Ann Su, S., "Appendix B: Dr. Su-Chun Su's review of Dr. Longo's PLM methods for the identification of chrysotile", 2022 |
| **Materials Related to Plaintiff Experts** |
| William E. Longo, Ph.D Reports, Depositions, and Exhibits |
| MAS (Longo) 3rd Supplemental MDL Report, November 17, 2023 |
| Amended Expert Report of David A Kessler, MD, JD, November 15, 2023 |
| Amended Expert Report of William Sage, MD, JD, November 15, 2023 |
| Mark Rigler, Ph.D Reports, Depositions, and Exhibits |
| John J. Godleski, M.D Reports, Depositions, and Exhibits |
| John J. Godleski, M.D Report re: Diana Balderrama, dated August 25, 2021 and accompanying data |
| MAS (Longo) MAS M71307-RJ Lee Group TEM Grids Compiled Notebook, May 20, 2021 |
| MAS (Longo) MAS Project M71614 Talcum Powder Analysis Valadez - J&J Baby Powder Container, dated February 28, |
| MAS (Longo) Supplemental Expert Report-Comparison of Ri's and Chrysotile Structure Size... 10-9-23 |
| All Photos Compiled_MAS Grids Exchanged (3-12-2021) and (6-15-21) |
| JH21126227-Grid Condition After Analysis |
| JH21126227-Grid Condition Before Analysis |
| RJLG ALL DOM Images Compiled - MAS Images |
| Segrave ALL DOM Images Compiled - MAS Images |
| MAS (Longo) 9 Off-The-Shelf and Mesothelioma Victims JBP Containers Talcum Powder Analysis, March 23, 2021 |
| MAS (Longo) Expert Report M71241 JBP Analysis Compiled Notebook, February 9, 2021 |
| MAS (Longo) MAS Project #71211 10 Off-the-Shelf 2019 JBP Container Talcum Powder Analysis, January 25, 2021 |
| MAS (Longo) Supplement Report 2 M71166 & M71180 Off The Shelf 2020 JBP Talcum Powder Analysis Compiled Notebook, |
| MAS (Longo) Materials in Reyes Matter: Linear Regression.pdf, M71166 PLM temp re Exhibit 8.pdf; Calidria.pdf; Dr. Su.pdf; |
| MAS (Longo) Supplemental Analysis MAS Project # M71095 Janet Titley's JBP Container Split Rev. #2, dated September 23, 2020 |
| MAS (Longo) Rosalino Reyes JBP Exposure Expert Report, September 16, 2020 |
| MAS (Longo) MAS Project # M71166 Off-The-Shelf 2020 JBP Talcum Powder Analysis, September 17, 2020 |
| MAS (Longo) MAS Project # M71166 Off-The-Shelf 2020 JBP Talcum Powder Analysis Supplement Report 1, September 29, |
| MAS (Longo) Analysis Report MAS Project# M71109-M71111 Chinese Talc Research Samples, September 16, 2020 |
| MAS (Longo) Analysis Report MAS Project # M69925 Johnson's Baby Powder Product, August 27, 2019 (Philippines) |
| MAS (Longo) Analysis Report MAS Project M71046 Marie Colley JBP 4 oz Container, April 6, 2020 |
| MAS (Longo) Johnson's Baby Powder Application to Baby and Diaper Change: A Hygiene Study Supplemental, May 2020 |
| MAS (Longo) Talcum Powder Application to Baby and Diaper Change II: A Hygiene Study, June 28, 2019 - Rev #1 |
| Declaration of William Longo, Ph.D. in San Nicolas and Exhibit A MAS Chart of J&J Testing |

| |
|---|
| MAS (Longo) Analysis Report MAS Project # M70484 Lisa Zimmerman's JBP Containers, February 24, 2020 |
| MAS (Longo) Analysis Report MAS Project Nos. M66515 & M66516 Pauline Citizen's JBP Container, March 6, 2020 |
| MAS (Longo) Analysis Report MAS Project Nos. M70877 Dan Doyle's JBP Container, March 20 2020 |
| MAS (Longo) Analysis Report MAS Project # M71095 Janet Titley's JBP Container Split, March 18, 2020 |
| MAS (Longo) Supplemental Analysis Report MAS Project # M71095 Janet Titley's JBP Container Split Revision #1, May 14, 2020 |
| MAS (Longo & Rigler) The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos Supplemental Report, dated January 15, 2019 and corresponding Notebooks |
| MAS Analysis of J&J's Historical Product Containers and Imerys' Historical Railroad Car Samples from 1960's to Early 2000's for |
| MAS Analysis of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos Chinese MAS Report, dated February 2019 |
| MAS TEM Coefficient of Variation for Tremolite and Anthophyllite in Talc, September 6, 2018 |
| MAS (Longo & Rigler) Report M69042 - Analysis of Historical JBP (MDL samples), October 2018 |
| Lee Poye J3 Resources Report re: Hayes v. Colgate - Shower to Shower Samples, July 13, 2018 |
| MAS (Longo & Rigler) Report M69248 - Analysis of Johnson's Baby Powder Historical Samples – Asian, October 2018 |
| Lee Poye J3 Resources Report Verified Analysis of 22 Asbestos Structures Identified by MAS in Six Historical Johnson's Baby |
| MAS (Longo & Rigler) Report - Analysis of J&J's Historical Baby Powder & Shower to Shower Products from the 1960's to the |
| MAS (Longo) Verification of Lee Poye's TEM Analysis of J&J's Historical Vermont Talc-Containing Shower to Shower Talcum |
| MAS TEM Fibers vs Bundles Quality Study, June 25, 2019 |
| J3 Resources Report re: Re-Analysis of TEM Grids Produced by Imerys Received 29-Nov-2018; dated December 11, 2018 |
| M. Gurowitz deposition of July 12, 2018 and Exhibits A through C |
| Lee Poye Reports, Depositions, and Exhibits |
| Lee Poye J3 Resources re: MAS Split of Historic Talc Samples, dated July 18, 2018 |
| Lee Poye J3 Resources JH18104277 MAS Split of 21 Historic Talc Samples by XRD, December 12, 2018 |
| Lee Poye J3 Resources JH18104432 MAS Split of 2 Historic Talc Samples by XRD, December 20, 2018 |
| PLM and XRD Analysis of 26 Johnson & Johnson talcum powder samples by J3-Resources Inc., February 8, 2018 |
| MAS Preliminary Analysis Report M14-1683 Final March 11, 2018 |
| MAS Quality Assurance Report: J&J Baby Powder and Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, August 22, 2017 |
| MAS TEM Analysis of Historical 1978 Johnson's Baby Powder Sample for Amphibole Asbestos Expert Report, February 16, 2018 |
| MAS Analysis of Johnson & Johnson Baby Powder And Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, Expert Report, August 2, 2017 |
| MAS Supplemental Expert Report "Analysis of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc Products |
| MAS Expert Report (Longo & Egeland) "Below the Waist Application of Johnson & Johnson Baby Powder," September 2017 |
| MAS Supplemental Expert Report "Below the Waste Application of Johnson & Johnson Baby Powder #2, January 2018 |
| MAS Talc Size Distribution of Johnson & Johnson and Valiant Shower to Shower Amphibole Positive Samples, August 21, |
| MAS Verification of Zero Degree Amphibole Diffraction Patterns |
| MAS Aspect Ratio Distribution |
| Deposition of Jerrold L. Abraham, M.D. in Coker v. Bill Thames Pharmacy, et al, June 20, 1998 and accompanying exhibits |
| Alice Blount Deposition and Exhibits |
| Blount 0001-Blount 0146 |
| Skadden Correspondence w/ R. Meadow re: Blount Sample |
| J3 Resources Report re: Consumer Talc Investigation Group A Plus A Lab Control, July 7, 2014 |
| J3 Resources Report re: Talc Investigation Desert Flower Plus Lab Control, July 10, 2015 |
| J3 Resources Report re: Talc Investigation Old Spice Plus Lab Control, July 7, 2016 |
| J3 Resources Report re: Talc Investigation Old Spice Plus Lab Control, May 16, 2016 |

| |
|---|
| MAS (Longo) Analysis Report MAS M71045 Old Spice Retains, May 15, 2020 |
| MAS (Longo) Supplement Analysis Report MAS 70092 Old Spice Talcum Powder, May 15, 2020 |
| MAS (Longo) Analysis Report Dussia Old Spice Body Talc Container, MAS M70885, June 4, 2020 |
| J3 Resources Report re: JH19118620 Talc Investigation Asbestos in Shulton Inc., Old Spice Talc Products, September 21, |
| Deposition of Lee W. Poye in McNeal v. Autozone, et al, September 25, 2020 |
| MAS, TEM Structure Count Sheet, M68061-031, analyzed 4/9/2018-4/11/2018, M68061-031-002. |
| MAS Air Sample Analysis, M11657-2, M-H657-2, EDS captured September 20, 1994. |
| Expert Report of Mr. Lee Poye re: Hayes v. Colgate, et al – Shower to Shower Samples, dated July 13, 2018. |
| J3 Resources, Asbestos – By TEM – Tissue Fiber Burden, J3 Order # JH1899962, Sample # 1805333A, July 26, 2018 |
| MAS (Longo) Kaylo III – A Work Practice Study, October 2006, M40337-011, structure 17 |
| J3 Resources, Asbestos – By TEM – Tissue Fiber Burden, J3 Order # JH18100354, Sample # 1612214C – D&E, July 23, |

| **Scientific Literature** |
|---|
| Federal Register, Bureau of Mines, Metal and Nonmetallic Mines, Part IV, July 1, 1974 |
| Federal Register, Consumer Product Safety Commission, Respirable Free-form Asbestos, Part V, July 29, 1977 |
| Addison, J., E.E. McConnell, "A Review of Carcinogenicity Studies of Asbestos and Non-Asbestos Tremolite and Other Amphiboles", Regulatory Toxicology and Pharmacology, 52, S187-S199, 2008. |
| Ahn, J.H., P.E. Buseck, "Microstructures and fiber-formation mechanisms of crocidolite asbestos," American Mineralogist, |
| Allen, M.P., R.W. Smith, Dissolution of Fibrous Silicates in Acid and Buffered Salt Solutions, Mineral Engineering, Vol 7 No |
| Anderson, D.L., D.W. Mogk, J.F. Childs, Petrogenesis and timing of talc formation in the Ruby Range, southwestern Montana, Economic Geology, Vol. 85, pp. 585-600, 1990. |
| Asbestos Exposure Limit, 73 Fed. Reg. 11,284, 11,285 (Feb. 29, 2008) (codified at 30 C.F.R. pts. 56, 57 & 71) |
| ASTM Standard D6620 – 19, Standard Practice for Asbestos Detection Limit Based on Counts, ASTM Int'l, 2019 |
| ASTM, "Standard Test Method for Airborne Asbestos Concentration in Ambient and Indoor Atmospheres as Determined by Transmission Electron Microscopy Direct Transfer (TEM)," ASTM D 6281-04. 2004. |
| ASTM, "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Number Concentrations," D 5755-95, 1995, pp. 1-12. |
| ASTM, "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Mass Concentration," D 5756-95, Annual Book of ASTM Standards, 1995, pp. 1-13. |
| Bandli, B., Gunter, M.E., Twamley, B., Foit F.F., Jr., Cornelius, S., "Optical, Compositional, Morphological, and X-ray Data on Eleven Particles of Amphibole from Libby, Montana, U.S.A., "Canadian Mineralogist, Vol. 41, pp. 1241-1253, 2003. |
| Bandli, B.R., M.E. Gunter, "Scanning Electron Microscopy and Transmitted Electron Backscatter Diffraction Examination of Asbestos Standard Reference Materials, Amphibole Particles of Differing Morphology, and Particle Phase Discrimination from Talc Ores", Microscopy and Microanalysis 20.06: 1805-1816, 2014. |
| Bandli, B.R., M.E. Gunter, Electron backscatter diffraction from unpolished particulate specimens: Examples of particle identification and application to inhalable particulate identification ", American Mineralogist, 97, 1269-1273, 2012. |
| Bandli, B.R., M.E. Gunter, Identification and Characterization of Mineral and Asbestos Particles Using the Spindle Stage and the Scanning Electron Microscope: The Libby, Montana, U.S.A. Amphibole-Asbestos as an Example, Microscope Vol. 49:4 |
| Beard, M.E., J.T. Ennis, O.S. Crankshaw, S.S. Doom, et al, Preparation of Nonasbestiform Amphibole Minerals for Method Evaluation and Health Studies Summary Report, prepared for NIOSH, August 3, 2007. |
| Belluso, E, R Sandrone, "Occurrence of sepiolite in the marbles of the Dora-Maira Massif (Italian Western Alps)", Mineralogica et Petrographica Acta, 32, pp. 67-73, 1989. |
| Berg, R.B., "Talc and Chlorite Deposits in Montana", Memoir 45, Montana Bureau of Mines and Geology, 1979. |
| Bloss, F. Donald, Optical Crystallography, Mineralogical Society of America, 1999 |
| Blount, Amphibole Content Of Cosmetic And Pharmaceutical Talcs (1991) |
| Boundy, M.G., K. Gold, K.P. Martin Jr., W.A. Burgess, J.M. Dement, Occupational Exposures to Non-Asbestiform Talc in Vermont, Department of Environmental Health Sciences, Harvard School of Public Help, 1979. |
| Bousquet, R., S. Schmidt, G. Zeilinger, R. Oberhaensli, C. Rosenberg, G. Molli, C. Robert, M. Weiderkehr, P. Rossi, Tectonic Framework of the Alps, Commission for the Geological Map of the World, 2012. |
| Bradley S. Van Gosen; Heather A. Lowers; Stephen J. Sutley; Carol A. Gent, "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content", Environmental Geology (2004) 45:920-939 |
| Brittany D. Thompson, Mickey E. Gunter, and Michael A. Wilson, "Amphibole Asbestos Soil Contamination in the USA: A Matter of Definition," American Mineralogist, Vol 96, p. 690-693, 2011. |

Brown, Brittany M., Gunter, Mickey E., "Morphological and Optical Characterization of Amphiboles from Libby, Montana U.S.A. by Spindle Stage Assisted - Polarized Light Microscopy," MICROSCOPE, Vol 51:3, pp 121-140, 2003.

Burns, AM, CA Barlow, AM Banducci, KM Unice, J Sahmel, "Response to Letter to the Editor", Risk Analysis, Vol 39, No

Buzon, M.E. (2016) Talc Characterization: A Provenance Study. PhD Dissertation, The University of Idaho, College of

Cadoppi, P., G. Camanni & G. Perrone, A. Damiano, F. Monticelli, Geometry reconstruction of the Fontane talc mineralization (Germanasca Valley, Italian Western Alps): Integration of geological-structural analysis and geomatics methods, 22, 2012.

Campbell W.J., E.B. Steel, R.L. Virta and M.H. Eisner. "Relationship of Mineral Habit to Size Characteristics for Tremolite Cleavage Fragments and Fibers," U.S. Dept. of the Interior, Bureau of Mines, 1979.

Campbell, W. J., C. W. Huggins, A. G. Wylie. "Chemical and Physical Characterization of Amosite, Chrysotile, Crocidolite, and Nonfibrous Tremolite for Oral Ingestion Studies by the National Institute of Environmental Health Sciences." Report of

Campbell, W. J., E. B. Steel, R. L. Virta, M. H. Eisner. "Characterization of Cleavage Fragments and Asbestiform Amphibole Particulates." Dusts and Disease, Eds. R. Lemen, J. M. Dement, Pathotox Pub. Inc., IL, 1979, pp. 275-286.

Campbell, W. J., R. L. Blake, L. L. Brown, E. E. Cather, J. J. Sjoberg. "Selected Silicate Minerals and Their Asbestiform Varieties - Mineralogical Definitions and Identification-Characterization." Bureau of Mines, United States Department of

Cerino, M.T., J.F. Childs, R.B. Berg, talc in southwestern Montana, Northwest Geology, Vol. 36, pp. 9-22, 2007.

Chatfield, E.J., A Procedure for Quantitative Description of Fibrosity in Amphibole Minerals, 2008.

Chatfield, E.J., Measurement of elongate mineral particles: What we should measure and how do we do it?, Toxicology and Applied Pharmacology, 361, 36-46, 2018.

Chidester, A.H. and Shride, A.F. (1962) Asbestos in the United States (Exclusive of Hawaii and Alaska). Department of the Interior US Geological Survey, MR-17.

Ciocan, C., E. Pira, M. Coggiloa, N. Franco, A. Godono, C. La Vecchia, E. Negri, P. Boffeta, "Mortality in the cohort of talc miners and millers from Val Chisone, Northern Italy: 74 years of follow-up", Environmental Research, 203, 2022.

CSMRI Report, A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers, Johnson & Coggiola, M., et al., Update of a Mortality Study of Talc Miners and Millers in Italy, Am. J. Industrial Med. 44:63-69, 2003.

Cook, P.M., D.R. Marklund, Sample Preparation for Quantitative Electron Microscope Analysis of Asbestos Fiber Concentrations in Air, National Bureau of Standards Special Publication 619, Gathersburg, MD, Oct 1-3, 1980.

Cralley, L. J., Key, M. M., Groth, D. H., Lainhart, W. S. and Ligo, R. M.(1968) 'Fibrous and Mineral Content of Cosmetic Talcum Products', American Industrial Hygiene Association Journal, 29:4, 350 — 354

CTFA, "Asbestiform Amphibole Minerals in Cosmetic Talc," Part 1 X-ray Diffraction Method; Part 2 Optical Microscopy and Dispersion Staining Method, Method J 4-1, Issued October 1978, pp. 1- 11.

Deer, Howie, and Zussman "Rock Forming Minerals" Vols. 1 - 11.

Deer, Howie, and Zussman "Rock Forming Minerals" Anthophyllite-Gedrite, p. 21-69

Deer, Howie, and Zussman "Rock Forming Minerals" Cummingtonite-Grunerite, p. 86-124

Diedrich, T., J. Schott, E.H. Oelkers, An experimental study of tremolite dissolution rates as a function of pH and temperature: Implications for tremolite toxicitiy and its use in carbon storage, Mineralogical Magazine, 78(6), 1449-1464, Nov 2014.

Doll, C.G., W.M. Cady, J.B. Thompson Jr., M.P. Billings, Centennial Geologic Map of Vermont, 1961.

Doolan, B.J. (1996) The geology of Vermont. Rocks and Minerals, Vol. 71, pp. 218-225.

ELAP, Transmission Electron Microscope Method for Identifying and Quantifying Asbestos in Non-Friable Organically Bound Bulk Samples, Method 198.4, 2011.

Engineering Geology Section, Materials Division, Vermont Department of Highways, Survey of Highway Construction Materials in the Town of Ludlow, Windsor County, Vermont, 1975.

EPA Method for the Determination of Asbestos in Bulk BuildingMaterials EPA/600/R-93/116 - DX9575, 07/1993

EPA Part 763 - Asbestos 40 CFR Ch. 1 - DX9550, July 1, 2003

EPA Pt. 763 Subpt E App A, 40 CFR Ch. I (7-1-03 Edition) (AHERA)

EPA, Health Assessment Document for Talc, March 1992.

Erskine, B.G., M. Bailey, Characterization of asbestiform glaucophane-winchite in the Franciscan Complex blueschist, northern Diablo Range, California, Toxicology and Applied Pharmacology, 361, 3-13, 2018.

Evans, B.W., S. Guggenheim, "Talc, Pyrophyllite, and Related Minerals", Reviews in Mineralogy, Vol 19, Hydrous

Fine et al. "Studies of Respiratory Morbidity in Rubber Workers," JNJ 000273033

Finger, L. W. (1969). The crystal structure and cation distribution of a grunerite. Mineralogical Society of America Special

Finkelstein, M.M., "Letter concerning: Burns, AM, Barlow CA, Banducci AM, Unice KM, Sahmel J. Potential Aurborne Asbestos Exposure and Risk Associated with the Historical Use of Cosmetic Talcum Powder Products", Letter to the Editor,

Gale, M.H., Geologic Map of the Belvidere Mountain Area, Eden and Lowell, Vermont: U.S. Geological Survey Misc. Investigations Series map I-1560, 1986.

Gale, M.H., Geology of the Belvidere Mountain Complex, Eden and Lowell, Vermont: Master of Science thesis, University of Vermont, Burlington, Vermont, p. 169, 1980.

Geology Department, Pluess-Staufer Industries, Vermont Talc, Inc. Talc Ore Deposit, Troy, Vermont, 1986.

Ghose, S., Kersten, M., Langer, K., Rossi, G., Ungaretti, L., "Crystal Field Spectra and Jahn Teller Effect of Mn3+ in Clinopyroxene and Clinoamphiboles from India," Physics and Chemistry of Minerals, Vol 13, pp 291-305. (1986).

Greene, Robert C., "Talc Resources of the Conterminous United States: Talc Resources of the Conterminous United States", Open- File Report OF 95-586, 1995.

Gualtieri, A.F., S. Pollastri, N.B. Gandolfi, M.L. Gualtieri, In vitro acellular dissolution of mineral fibres: A compartive study, Scientific Reports, 8:7071, 2018.

Gunter, M.E., Geological development of the talc deposit near Johnson, Vermont and mineralogical characterization of ore and product: Implications for asbestos content of the talc, 2013.

Gunter, Mickey E., Matthew S. Sanchez, Thomas J. Williams. "Characterization of Chrysotile Samples for the Presence of Amphiboles: The Carey Canadian Deposit, Southeastern Quebec, Canada," The Canadian Mineralogist, Vol. 45, pp. 263-280,

Guthrie, G.D. Jr., "Biological effects of inhaled minerals", American Mineralogist, Vol. 77, pages 225-243, 1992.

Hawthorne, F.C., R. Oberti, G.E. Harlow, W.V. Maresch, R.F. Martin, J.C. Shumacher, M.D. Welch, IMA Report: Nomenclature of the amphibole supergroup, American Mineralogist, Vol. 97 pp. 2031-2048, 2012.

Heide, H.E., Wright, W.S., and Rutledge, F.A. (1949) Investigations of the Kobuk River Asbestos Deposits, Kobuk District, Northwestern Alaska. Report of Investigations 4414. United States Department of the Interior, Bureau of Mines.

Huntington, J.C., J. Ptasienski, K.L. Bunker, B.R. Strohmeier, D.R. Van Orden, R.J. Lee. "A New Method for Fracturing Mineral Particles for Cross-Sectional FESEM Analysis", Periodico di Mineralogia, vol. 77, pp. 2, 43-50, (2008)

IARC (2010) IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans: Volume 93, Carbon, Titanium, and

Inoue, Sayako and Kogure Toshihiro (2012) Electron backscatter diffraction (EBSD) analyses of phyllosilicates in petrographic thin sections. American Mineralogist, Vol. 97, pp. 755-758.

ISO 10312, Ambient Air- Determination of asbestos fibres - Direct Transfer transmission electron microscopy method, 1995.

ISO 14966 Ambient air - Determination of numerical concentration of inorganic fibrous particles - Scanning electron

ISO 22262-1 Air Quality - Bulk Materials - Part 1: Sampling and qualitative determination of asbestos in commercial bulk

ISO 22262-2 Air Quality - Bulk Materials - Part 2: Quantitative determination of asbestos by gravimetric and microscopial

Jurinski, J.B., J.D. Rimstidt, Biodurability of talc, American Mineralogist, Vol 86, 392-399, 2001.

Krause, J.B, Mineralogical Characterization of Cosmetic Talc Products (Letter to the Editor), Journal of Toxicology and Environmental Health, 2:1223-1226, 1977.

Krause, J.B., W.H. Ashton, "Misidentification of Asbestos in Talc," National Bureau of Standards Special Publication 506, Proceedings of the Workshop on Asbestos, 1978.

Langer, A.M. and Nolan, R. P. "Distinguishing Asbestiform Tremolite from Non-Asbestiform Tremolite"

Langer, A.M., Chemical characterization of uncoated asbestos fibers from the lungs of asbestos workers by electron microprobe analysis, Journal of Histochemistry and Cytochemistry, Oct 1972.

Leake, B. E., et al., Nomenclature of Amphiboles: Report of the Subcommittee on Amphiboles of the International Mineralogical Association, Commission on New Minerals and Mineral Names, The Canadian Mineralogist., Vol. 35, pp. 219-

McCrone, A Standard TEM Procedure for Identification and Quantitation of Asbestiform Minerals in Talc, 1990 Microscope

Mccrone, L.B., Analysis of Talc by X-Ray Diffraction and Polarized Light Microscopy, National Institute for Occupational Safety and Health, 1977. QE-CPC00004046 - QE-CPC00004075.

McCrone, W.C., "The Asbestos Particle Atlas", Ann Arbor Science, 1980.

McNamee, B.D., M.E. Gunter, C. Viti, Asbestiform Talc from a Talc Mine Near Talcville, New York, U.S.A.: Composition, Morphology, and Genetic Relationships with Amphiboles, The Canadian Mineralogist, Vol 53 pp 1049-1060, 2015.

McNamee, B.D., M.E. Gunter, Compositional Analysis and Morphological Relationships of Amphiboles, Talc and Other Minerals Found in the Talc Deposits from the Gouverneur Mining District, New York (Part 1 of 2), The Microscope, Vol 61:4,

McNamee, B.D., M.E. Gunter, Compositional Analysis and Morphological Relationships of Amphiboles, Talc and Other Minerals Found in the Talc Deposits from the Gouverneur Mining District, New York (Part 2 of 2), The Microscope, Vol 62:1,

Millette, J.R., P. Few, J.A. Krewer, Asbestos in Water Methods: EPA's 100.1 & 100.2 and AWWA's Standard Method 2570, Measurement Methods for Asbestos, 227-241, 2013.

Morton, M. and Baker, W.G. (1941) Identification Stain for Chrysotile Asbestos. Canadian Institute of Mining and Metallurgy. Trans., Vol. 44, pgs. 515-523.

Mueller, P. K., A. E. Alcocer, R. L. Stanley, G. R. Smith. "Asbestos Fiber Atlas", prepared for U. S. Environmental Protection Agency, EPA-650/2-75-036, April 1975.

Muller, W.F., E. Schmadicke, M. Okrusch, U. Schussler, "Intergrowths between anthophyllite, gedrite, calcic amphibole, cummingtonite, talc and chlorite in a metamorphosed ultramafic rock of the KTB pilot hole, Bavaria", E. Schweizerbart'sche

Murphy, V.J., A.V. Lacroix, Magnetic surveys of ultramafic bodies in the vicinity of Lowell, Vermont, Vermont Geological Survey Economic Geology, Vol. 5, 1969.

Nickel, E.H., Solid Solutions in Mineral Nomenclature, Canadian Mineralogist, Vol 30, pp 231-234, 1992.

NIOSH Occupational Exposure to Talc Containing Asbestos, February 1980.

NIOSH, Asbestos by TEM 7402 - DX9568, August15, 1994.

NIST 1866 Certificate

NIST 1866b Certificate

NIST Handbook 150-13 Checklist Airborne Asbestos Analysis (Rev 2007-09-26) pg 1-29.

Nord, G.L., Mineralogy and Experimental Animal Studies of Tremolitic Talc, submitted to the National Toxicology Program,

OSHA PCM Method ID-160, revised August 1997.

OSHA Polarized Light Microscopy of Asbestos method ID-191, revised 1995.

OSHA Section 1910.1001  48 FR 2768 - DX9600, 1/21/1983

OSHA, Federal Regulation 24310, 29 CFR 1910 and 1926, 1992.

Oury, T.D., T.A. Sporn, V.L. Roggli, Pathology of Asbestos-Associated Diseases, Third Edition, Chapters 1, 3, and 11.

Peila, D. C. Oggeri, P. Oreste, S. Polizza, F. Monticelli, Rodoretto talc mine (To, Italy): studies for the optimization of the cemented backfilling, Materials and Geoenvironment, Vol. 55, No. 2, pp. 225-235, 2008.

Peretti, E. "Geology and Genesis of the Talc Deposits in the Pinerolese," Bulletin of the Subalpine Mining Association, Year

Perkins, G.H., The Topographical Maps of Vermont, Report of the Vermont State Geologist.

Pier, J., M. Rutstein, D. Crane, S. Fitzgerald, M. Gunter, D. Halterman, K. Houck, L. Poye, M. Sanchez, A. Segrave, G. Tomaino, D. Van Orden, J. Webber, J. Medwid, S. Wolfgang, K. Moore, T. Lui, Stimuli to the Revisional Process: USPC Responses to Comments on Stimuli Article "Modernization of Asbestos Testing in USP Talc" 2017.

Piniazkiewicz, R.J., E.F. McCarthy, N.A. Genco. "Talc" Industrial Minerals and Rocks. 1049-1069.

Pira, et al., Mortality of Talc Miners and Millers from Val Chisone, Northern Italy: An Updated Cohort Study, J. Occup. & Env. Med. 59:659-64 (2017).

Pooley, F.D., G.A. Kingston, J. Lightfoot, An Examination of Italian Mine Samples and Relevant Powders, Department of Mineral Exploitation, University of Cardiff, prepared for Johnson and Johnson Department of Mineral Exploitation,

Prior, D.J., A.P. Boyle, F. Brenker, et al, "The application of electron backscatter diffraction and orientation contrast imaging in the SEM to textural problems in rocks", American Mineralogist, 84, 1741-1759, 1999.

Purdy, J., Ground Water Quality Monitoring Report for Land Use Permit #2S0126-5 Blackbear Mine Site Reclamation Year No. 1 - 4th Quarter, Luzenac America, Inc. Ludlow, Vermont, 2002.

Ratcliffe, N.M., R.S. Stanley, M.H. Gale, P.J. Thompson, G.J. Walsh, Bedrock Geologic Map of Vermont, Part 1, 2011.

Ratcliffe, N.M., R.S. Stanley, M.H. Gale, P.J. Thompson, G.J. Walsh, Bedrock Geologic Map of Vermont, Part 2, 2011.

Robinson, G.R., B.S. Van Gosen, N.K. Foley, "Ultramafic-hosted Talc-Magnesite deposits", Presentation on the geology of ultramafic-hosted talc-magnesite deposits was given at the 42nd Forum on the Geology of Industrial Minerals, May 7-13, 2006

Rohl, A. N., Langer, A. M., Selikoff, I. J., Tordini, A., Klimentidis, R. , "Consumer TALCUMS AND POWDERS: MINERAL AND CHEMICAL CHARACTERIZATION", Journal of Toxicology and Environmental Health, 2:255-284,1976

Ross, Malcolm, Nolan, Robert P., Langer, Arthur M., Cooper, W. Clark, "Health Effects of Mineral Dusts Other Than Asbestos," Reviews in Mineralogy and Geochemistry, Vol. 28, Chapter 12, pp. 361-407. January 1993.

Rubino, G.F., et al., Mortality and Morbidity Among Talc Miners and Millers in Italy, Dusts and Disease, 1979, pp. 357-364.

Rubino, G.F., et al., Mortality Study of Talc Miners and Millers, 13 J Occup Med 18(3):195-193 (1975)

Rutstein, M., J. Pier, D. Crane, M. Gunter, D. Halterman, K. Houck, L. Poye, M. Sanchez, A. Segrave, G. Tomaino, D. Van Orden, J. Webber, J. Medwid, S. Wolfgang, P. Chantal, C. Sutton, S. Delaney, C. Sheehan, T. Liu, "Stimuli to the Revision Process Modernization of Asbestos Testing in USP Talc - Part 2", USP PF, 46(5), 2020

Sanchez, M.S., M. McGrath-Koerner, B.D. McNamee, "Characterization of elongate mineral particles including talc, amphiboles, and biopyribotes observed in mineral derived powders: Comparisons of analysis of the same talcum powder samples by two laboratories", Environmental Research, In Press, Mar 23, 2023.

Sandrone R., Cadoppi P., Sacchi R., Vialon P, The Dora-Maira Massif. In: von Raumer J.F., Neubauer F. (eds) Pre-Mesozoic Geology in the Alps, 1993.

Sandrone, R. D.T. Got, D. Respino, S. Suchetti, Geological and Mining-Geology Observations Concerning the Talc Mine at Fontate (Germanasca Valley, Cottian Alps), Vol. XXXIX, pp. 175-186, 1987.

Sandrone, R., A. Colombo, L. Fiora, M, Mornaro, E. Lovera, A. Tunesi, A. Cavallo, Contemporary natural stones from the Italian western Alps (Piedmont and Aosta Valley Regions), Periodico di Mineralogica, Vol. 73, pp. 211-226, 2004.

Selevan, S.G., J.M. Dement, J.K. Wagoner, J.R. Froines, Mortality patterns Among Miners and Millers of Non-Asbestiform Talc: Preliminary Report, Journal of Environmental Pathology and Toxicology, Vol. 2, pp. 273-284, 1979.

Sharp, T.G., P.R. Buseck, Prograde versus retrograde chlorite-amphibole intergrowths in a calc-silicate rock, American Mineralogist, Vol. 73, pp. 1292-1301, 1988.

Siegrist, H.G. Jr., and A.G. Wylie, Characterizing and Discriminating the shape of Asbestos Particles, Environmental Research

Siegrist, H.G. Jr., and A.G. Wylie, Characterizing and Discriminating the shape of Asbestos Particles, Environmental Research

Small, J.A., J.R. Michael, "Phase identification of individual crystalline particles by electron backscatter diffraction", Journal of Microscopy, 201, 1, 59-69, Jan 2001.

Small, J.A., J.R. Michael, "Phase identification of individual crystalline particles by electron backscatter diffraction", Journal of Microscopy, 201, 1, 59-69, Jan 2001.

Sokolova E V, Hawthorne F C, Gorbatova V, McCammon C, Schneider J (2001)   Ferrian winchite from the Ilmen mountains, southern Urals,   Russia and some problems with the current scheme for amphibole nomenclature. The Canadian Mineralogist

Steel, E., A. Wylie, "Mineralogical Characteristics of Asbestos", SME-AIME Fall Meeting and Exhibit Tucson, AZ, October

Steel, E., A. Wylie, "Mineralogical Characteristics of Asbestos", SME-AIME Fall Meeting and Exhibit Tucson, AZ, October

Steel, E., A. Wylie. "Mineralogical Characteristics of Asbestos." U.S. Department of Commerce, Washington, D.C., pp. 93-99.

Steel, E., A. Wylie. "Mineralogical Characteristics of Asbestos." U.S. Department of Commerce, Washington, D.C., pp. 93-99.

Stemple, I.S., G.W. Brindley, A Structural Study of Talc and Talc-Tremolite Relations, Journal of The American Ceramic Society, Vol 43 No 1, Jan 1960.

Stemple, I.S., G.W. Brindley, A Structural Study of Talc and Talc-Tremolite Relations, Journal of The American Ceramic Society, Vol 43 No 1, Jan 1960.

Stewart, D.P., Geology for Environmental Planning in the Brattleboro-Windsor Region, Vermont, Vermont Geological Survey,

Stewart, D.P., Geology for Environmental Planning in the Brattleboro-Windsor Region, Vermont, Vermont Geological Survey,

Su, Shu-Chun,  "Determination of Refractive Indics of Asbestos Minerals by Dispersion Staining: Why and How", Su Scientific Consulting, Rev. 2020-06-30

Su, Shu-Chun, "A Rapid and Accurate Procedure for the Determination of Refractive Indices of Regulated Asbestos Minerals," American Mineralogist, Volume 88, pp 1979-1982, 2003.

Su, Shu-Chun, "Determination of Optical Properties of Asbestos Fibers by Polarized Light Microscopy: A Short Course Designed for RJ Lee Group", April 2001

Su, Shu-Chun, Diffraction Table for Grunerite, 1994.

Thompson, B.D., M.E. Gunter, M.A. Wilson, Letter: Amphibole asbestos soil contaimination in the U.S.A.: A matter of definition, American Mineralogist, 96, 690-693, 2011.

Tylee, B.E., L.S.T. Davies, J. Addison, Notes and News: Asbestos Reference Standards - Made Available for Analysts, Ann. Occup. Hyg., Vol 40, No 6, pp 711-714, 1996.

U.S. Pharmacopeia Testing Monograph

USP-NF  〈901〉  Detection of Asbestos in Pharmaceutical Talc

USP-NF  〈1901〉  Theory and Practice of Asbestos Detection in Pharmaceutical Talc

Van Gosen et al. (2004)  A USGS Study of Talc Deposits and Associated Amphibole Asbestos Within Mined Deposits of the Southern Death Valley Region, California U.S Geological Survey Open-File Report 2004-1092

Van Gosen, B.S. R.B. Berg, J.M. Hammarstrom, Map Showing areas with potential for talc deposits in the Gravelly, Greenhorn, and Ruby Ranges and the Henrys Lake Mountains of southwestern Montana, USGS Open-File Report 98-224-B,

Van Gosen, B.S. Reported historic asbestos mines, historic asbestos prospects, and natural asbestos occurrences in the Rocky Mountain State of the United Stated (Colorado, Idaho, Montana, New Mexico and Wyoming), USGS Open-File Report 2007-

Van Orden, D.R., R.J. Lee, C.M. Hefferan, S. Schlaegle, M. Sanchez, Determination of the Size Distribution of Amphibole Asbestos and Amphibole Non-Asbestos Mineral Particles, The Microscope, 64:1, 13-25, 2016.

Veblen, D.R. and Burnham C.W. (1978) New biopyriboles from Chester, Vermont: II The crystal chemistry of jimthompsonite, clinojimthompsonite, and chesterite, and the amphibole mica reaction. American Mineralogist. Vol. 63. pp.

Veblen, D.R., P.R. Buseck, C.W. Burnham, "Asbestiform Chain Silicates: New Minerals and Structural Groups", Science,

Veblen, D.R., Wylie A.G., "Mineralogy of Amphiboles and 1:1 Layer Silicates," Reviews in Mineralogy: Health Effects of Mineral Dusts, G.D. Guthrie, Jr., B.T. Mossman Eds., Vol 28, Chapter 3, pp 61-137. (1993).

Verkouteren, J.R., and Wylie, A.G., "Anomalous optical properties of fibrous tremolite, actinolite, and ferro-actinolite," American Mineralogist, Volume 87, pp 1090-1095 (2002).

Verkouteren, J.R., and Wylie, A.G., "The tremolite - actinolite - ferro - actinolite series: Systematic relationships among cell parameters, composition, optical properties, and habit, and evidence of discontinuities", American Mineralogist, Volume 85

Virta, R.L., The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample, Bureau of Mines Report of

Virta, R.L., U.S. Geological Survey (USGS), "Some Facts About Asbestos, " USGS Fact Sheet (FS-012-01). March, 2001.

Wagner, J. C., M.L. Newhouse, B. Corrin, C. E. R. Rossiter, D. M. Griffiths. "Correlation Between Fibre Content of the Lung and Disease in East London Asbestos Factory Workers." reprinted from Journal of Industrial Medicine, Vol. 45, 1988, pp. 305-

Wagner, J.C. G. Berry, T.J. Cooke, R.J. Hill, F.D. Pooley, J.W. Skidmore, Animal Experiments with Talc, The British Occupational Hygiene Society, 1977.

Walitzi, E.M., Walter, F., Ettinger, K. Verfeinerung der Kristallstruktur von Anthophyllite vom Ochsenkogel/Gleinalpe,

Walsh, G.J., N.M. Ratcliffe, J.B. Dudley, T. Merrifield, Digital Bedrock Geologic Map of the Mount Holly and Ludlow Quadrangles, Vermont and Explanation of the Bedrock Geology Database in the Vermont Geographic Information System,

Wehner, A.P., G.M. Zwicker, W.C. Cannon, "Inhalation of Talc Baby Powder by Hamsters", Fd Cosmet Toxicol, Vol 15, pp

Weill, H., C. E. Rossiter, C. Waggenspack, R. N. Jones, M. M. Ziskind. "Differences in Lung Effects Resulting from Chrysotile and Crocidolite Exposure." Reprinted from Pergamon Press Oxford and New York, 1977, pp. 789-797.

Weill, H., M. M. Ziskind, C. Waggenspack, C. E. Rossiter. "Lung Function Consequences of Dust Exposure in Asbestos Cement Manufacturing Plants." Arch Environ Health, Vol. 30, February 1975, pp. 88-97.

Whittaker, E. J. W. (1949). The structure of Bolivian crocidolite. Acta Crystallographica, 2(5), 312-317.

Wood, S.A., A.E. Taunton, C. Normand, M.E. Gunter, "Mineral-Fluid Interaction in the Lungs: Insights From Reaction-Path Modeling, Ihalation Toxicology, 18:12, 975-984, 2006.

Wylie, A. G. "Optical Properties of the Fibrous Amphiboles." Health Hazards of Asbestos Exposure, Annals of The New York Academy of Sciences, Vol. 330, December 1979, pp. 611-620.

Wylie, A. G., "Relationship Between the Growth Habit of Asbestos and the Dimensions of Asbestos Fibers", Mining

Wylie, A. G., Jennifer R. Verkouteren: "Amphibole Asbestos from Libby, Montana: Aspects of Nomenclature", American Mineralogist, Volume 85, pp 1540-1542 (2000).

Wylie, A. G., Ph.D., "Discriminating Amphibole Cleavage Fragments From Asbestos: Rationale and Methodology" Exposure Assessment & Control Asbestos/Other Fibrous Materials. pp 1065-1069.

Wylie, A. G., Philip A. Candela, "Methodologies for Determining the Sources, Characteristics, Distribution, and Abundance of Asbestiform and Nonasbestiform Amphibole and Serpentine in Ambient Air and Water", Journal of Toxicology and Environmental Health, Part B: Critical Reviews, 18:1, 1-42, 2015.

Wylie, A. G., R. L. Virta, J. M. Segreti. "Characterization of Mineral Population by Index Particle: Implication for the Stanton Hypothesis." Environmental Research, Vol 43, 1987, pp. 427-439.

Wylie, A.G., "Amphibole Dusts: Fibers, Fragments, and Mesothelioma", The Canadian Mineralogist, Vol. 54, pp. 1403-1435 (2016)

Wylie, A.G., (2000), 'The Habit of Asbestiform Amphiboles: Implications for the Analysis of Bulk Samples', Advances in Environmental Measurement Methods for Asbestos, American Society for Testing and Materials (ASTM), STP 1342, (Michael Beard and Harry Rook, editors) p. 53-69.

Wylie, A.G., K. F. Bailey, J.W. Kelse and R.J. Lee. "The Importance of Width in Asbestos Fiber Carcinogenicity and Its Implications for Public Policy." Am. Ind. Hyg. Assoc. J., Vol. 54, No. 5, 1993, pp. 239-252.

Wylie, A.G., K. F. Bailey. "The Mineralogy and Size of Airborne Chrysotile and Rock Fragments: Ramifications of Using the NIOSH 7400 Method." In print AIHA Journal.

Wylie, A.G., R. L. Virta, E. Russek. "Characterizing and Discriminating Airborne Amphibole Cleavage Fragments and Amosite Fibers: Implications for the NIOSH Method." Am. Ind. Hyg. Assoc. J., Vol. 46, No. 4, 1985, pp. 197-201.

Wylie, A.G., Schweitzer, P., "The Effects of Sample Preparation and Measuring Techniques on the Shape and Shape Characterization of Mineral Particles: The Case of Wollastonite," Environmental Research, Vol 27, pp 52-73. (1982).

Wylie, Ann G. "Fiber Length and Aspect Ratio of Some Selected Asbestos Samples." Health Hazards of Asbestos Exposure, Annals of The New York Academy of Sciences, Vol. 330, December 1979, pp. 605-610.

Wylie, Ann G. "Modeling Asbestos Populations: A Fractal Approach." Canadian Mineralogist. 30 ( 1993): 437-446.

Wylie, Ann G., H. Catherine W. Skinner, Joanne Marsh, Howard Snyder, Carmala Garzione, Damian Hodkinson, Roberta Winters, and Brooke T. Mossman, "Mineralogical Features Associated with Cytotoxic and Proliferative Effects of Fibrous Talc and Asbestos on Rodent Tracheal Epithelial and Pleural Mesothelial Cells", Toxicology and Applied Pharmacology 147,

Yamate, G., S. C. Agarwal, R. D. Gibbons. "Methodology for the Measurement of Airborne Asbestos by Electron Microscopy." EPA Contract No. 68-02-3266, July 1984.

Yang H, Evans B W (1996)   X-ray structure refinements of tremolite at 140 and 295 K: Crystal chemistry and   petrologic implications. American Mineralogist 81:1117 - 1125.

Zoltai, T., A. G. Wylie. "Definitions of Asbestos-Related Mineralogical Terminology." Health Hazards of Asbestos Exposure, Annals of The New York Academy of Sciences, Vol. 330, December 1979, pp. 707-710.

Zucchetti, S., "Lithological, Mineralogical and Genetic Characteristics of the Germanesca Valley Talc Deposits in the Western Alps (Italy)", 15, pp 263-279, 1972.

Zucchetti, S., R. Sandrone, "Geology of the Italian high-quality cosmetic talc from the Pinerolo district (Western Alps)", Conference Paper · October 1988

Nesse, W.D. Introduction to Optical Mineralogy, 4th edition, 2013

Phillips, Wm. Revell, Mineral Optics, Principles and Techniques, 1971

Deer, Howie, and Zussman, An Introduction to the Rock Forming Minerals, 3rd edition 2013

Leake et al. (1978) Nomenclature of Amphiboles.  Mineralogical Magazine, December 1978, Vol. 42, pp.533-63

Miyashiro, A. (1957) The Chemistry, Optics, and Genesis of the Alkali-Amphiboles.  Journal of the Faculty of Science University of Tokyo, Section 2., 11, 57-83.

Hallimond, A.F. (1942)  On the graphical representation of the Calciferous Amphiboles.  The American Mineralogist, Vol. 28,

**JNJ Bates Stamped Documents**

10/6/1948 Memo from D.H. Byers to H.B. Ashe re: analysis of mineral samples, JNJ 000331298

2/22/1955 Raw Material Specification – Talc, Powdered (Italian), JNJ 000370142

5/11/1955 Battelle Summary Report on A Review and Appraisal of the Literature on Talc Deposits of the United States to Johnson & Johnson, JNJTALC000128710

2/29/1956 Battelle Summary Report on an Investigation of Selected Talc Deposits of the United States to Johnson & Johnson,

10/15/1957 Progress Report on studies of the physical properties of talc, their measurement, and comparison, prepared by Battelle Memorial Institute, JNJ 000087868

5/23/1958 Progress report on the physical concentration of talc ores – flotation, prepared by Battelle Memorial Institute, JNJ

7/18/1958 Progress report on further studies on the measurement and correlation of the physical properties of talc, prepared by Battelle Memorial Institute, JNJ 000087231

11/4/1958 Letter from Battelle Memorial Institute to Dr. W.M. Lycan (J&J) re Status of the Various phases of your talc project at Battelle, JNJTALC000651233

4/21/1959 Progress Report on Investigation of the Jaipur, India Talc Deposit to Johnson & Johnson by Smith, William L.,

7/28/1959 Special Report on Canadian Talc Deposits to Johnson & Johnson by William L. Smith (Battelle Memorial Institute),

7/31/1959 Progress report on the physical concentration of talc ores – flotation of Italian no. 2 talc, prepared by Battelle Memorial Institute, JNJ 000087166

8/31/1959 Summary report on ultrasonic comminution of talc, prepared by Battelle Memorial Institute, JNJ 000087105

9/15/1959 Phase report on an investigation of the measurement and causative factors of luster in fine particulate talcs, prepared by Battelle Memorial Institute, JNJTALC000668937

12/31/1959 Progress report on the physical concentration of talc ores – flotation of Italian run-of-mine talc, prepared by Battelle Memorial Institute, JNJ 000087123

1/13/1960 Interoffice Corres from P.D. To Backels, V.A. re Lab Tests - Johnson & Maadoc Ore, JNJTALC000651225

1/26/1960 Memo from to J.N. Masci and W.H. Lycan re Talc beneficiation California Talc - Whorton Jackson Company,

3/8/1960 Phase report on pilot-plant beneficiation of Italian run-of-mine talc, prepared by Battelle Memorial Institute, JNJ

4/12/1960 Letter from W.E. Chase, Battelle Memorial Institute, to H.L. Warner, Johnson & Johnson, re: flotation studies, JNJ

7/21/1960 Letter from Ashton, W.H. to J.N. re Kastern Magnesia Talc Company, Burlington, Vermont, JNJTALC000651229

6/6/1961 Letter from W.L. Smith, Battelle Memorial Institute, to W.H. Ashton, Johnson & Johnson, re: the Gouverneur and Hammondsville mines, JNJTALC000129140

8/25/1961 Letter from W.L. Smith, Battelle Memorial Institute, to W.H. Ashton, Johnson & Johnson, re: evaluation of exploration work on the Hammondsville talc deposit, JNJ 000087716

10/13/1961 Letter from W.L. Smith, Battelle Memorial Institute, to W.H. Ashton, Johnson & Johnson, re: addendum to July 11 letter discussing grades of commercial talc, JNJ 000868183

5/27/1963 Memo from W.L. Smith, Battelle Memorial Institute, to W.H. Ashton, Johnson & Johnson, re: petrographic examination of Vermont talc, JNJ 000087425

| |
|---|
| 12/18/1964 Letter from W. Ashton to Dr. R. Sundberg et al. re Studying your letter 12/8/1964, JNJTALC000542998 |
| 4/7/1966 Topical report on characterization of flotation tailings from the West Windsor talc plant, prepared by Battelle Memorial Institute, JNJTALC000301073 |
| 7/13/1966 Memo from N.A. Poirier to W.H. Ashton re: JOHNSON'S BABY POWDER Historical Survey, JNJ 000566921 |
| 7/13/1966 Memo from R.S. Russell to W.H. Ashton re: microscopic examination of museum baby powder samples, JNJ |
| 1/30/1967 Memo from R.S. Russell to J.R. Marvel and J.T. Dettre re: Baby-Mate Baby Powder, JNJ 000235800 |
| 11/1/1967 Memo from W.H. Ashton re: metropolitan talc lot G 716 preliminary evaluation, JNJTALC000588519 |
| 1/24/1968 Letter from W.E. Brown, Battelle Memorial Institute, to W.H. Lycan, Johnson & Johnson re: results on the beneficiation of talc by flotation, JNJ 000087825 |
| 10/31/1968 Johns-Manville Research and Engineering Center re Body Talcum Powders - Petrographic Examination, Report No. 404-39, CRMC-TALC-000053 |
| 2/14/1969 Raw Material Specification – Windsor 66 (Proposed), JNJ 000252242 |
| 4/14/1970 Material Specification – Italian Talc 1615 AGIT, JNJTALC000128338; JNJTALC000128342 |
| 6/23/1970 Process Specification – Blending of Johnson's Baby Powder, JNJ 000373026 |
| 7/10/1970 Letter from Dettre, J.T. to Holliday, R. K., et al., re Baby Powder Talc Supply, JNJ 000090066 |
| 7/10/1970 Reconnaissance Study Talc Deposits of California Southern Death Valley Kingston Range Region, |
| 8/14/1970 Process Specification – Blending of Johnson's Baby Powder Formula 34 at SSDP, JNJ 000373020 |
| 12/4/1970 Report re: geological audit of Windsor Minerals, prepared by Colorado School of Mines Research Institute, JNJ |
| 12/16/1970 Memo from R.S. Russell to W.H. Ashton re Domestic Talc Beneficiation Non Flotation Methods Project No. 750, |
| 1/20/1971 Raw Material Specification – Windsor 66, JNJ 000235095 |
| 2/9/1971 Process Specification – Blending of Johnson's Baby Powder Formula 34 at SSDP, JNJ 000373014 |
| 3/3/1971 Beers, R. Letter to Ashton, W. re: Summary of activities in producing baby powder talc flotation concentrates, |
| 5/10/1971 Letter from Pattengill to W. Ashton re Analysis on Sample 344L Baby Powder, JNJTALC000297438 |
| 5/14/1971 Colorado School of Mines Research Institute report re: microscope techniques, JNJTALC000291146 |
| 5/14/1971 Memo from W. Ashton to G. Hildick-Smith re Assay of Talc in Baby Powder, JNJTALC000297437 |
| 6/24/1971 Colorado School of Mines Research Institute Report on Particle Size and Shape Distributions of Grantham, Italian, and Vermont Talc Final Products, JNJ 000234805 |
| 6/28/1971 Dartmouth University Letter to R.N. Miller (Windsor) re X-ray and Optical Examination of Talc Products, |
| 6/30/1971 Letter from M.G. Pattengill, Colorado School of Mines Research Institute, to W.H. Ashton, Johnson & Johnson, re: analysis of Vermont product plant run sample 344-L and 6 monthly Vermont finished product samples, JNJTALC000291142 |
| 6/30/1971 S. Lawrence, "Chafes at Warning" New York Post, JNJTALC000298782 |
| 7/7/1971 - 10/1/1979 FDA Talc Submissions List, JNJ 000239703 |
| 7/7/1971 Letter from M. Pattengill to W. Ashton re X-Ray Analyses on 344-L Vermont Talc Product and Six Monthly Vermont Talc Product Samples, JNJ 000247079 |
| 7/8/1971 Letter from William Nashed to Robert Schaffner re: Report of Analyses of JOHNSON'S Baby Powder and Various Samples of Vermont Talc Used in JOHNSON'S Baby Powder, JNJ 000232290 |
| 7/9/1971 Internal J&J Memorandum Summarizing J&J's July 9, 1971 Meeting with Dr. Langer, JNJTALC000298751 |
| 7/22/1971 Technical Aspects of Grantham Talc Related to Johnson's Baby Powder, JNJTALC000219664 |
| 7/23/1971 Letter from M.G. Pattengill, Colorado School of Mines Research Institute, to W.H. Ashton, Johnson & Johnson, re: analysis of Vermont talc samples, JNJTALC000297477 |
| 7/27/1971 Letter from Ian Stewart (McCrone) to Dr. Nashed (J&J) re sample testing JNJ 000260768 |
| 7/29/1971 Memo from W. Nashed to L. Foster re: talc/asbestos, JNJ 000244833 |
| 8/3/1971 FDA Memorandum Regarding the Aug. 3, 1971 Symposium About Asbestos and Talc, JNJ 000086545 |
| 8/6/1971 Letter from M.G. Pattengill to Bill Ashton Re Vermont Talc Samples, JNJTALC000091746 |
| 8/6/1971 Letter from W.H. Ashton to W.T. Caneer, Colorado School of Mines Research Institute, re: analysis of Italian rock from the Crosetto Mine, JNJTALC000291207 |
| 8/9/1971 Memo from T.H. Shelley to H. Kramer re: Baby Powder – talc, JNJTALC000290215 |
| 8/9/1971 Memo from T.H. Shelley to R.L. Sundberg and W.H. Ashton re: removal of fines, JNJ 000087959 |
| 8/9/1971 Letter from Hildick-Smith (J&J) to Selikoff Re Assist With Analysis of Biopsy Samples Obtained from the Tenovus Institute, JNJTALC000298757 |
| 8/10/1971 Letter from F. Pooley to T. Shelley re Examination of Particulate Material, JNJ 000274547 |
| 8/10/1971 McCrone, Methodology for the Determination of Asbestos in Talc, JNJ 000247094 |
| 8/19/1971 McCrone Technical Report MA-2330-2 re: examination of baby powder for J&J, JNJ 000260473 |

| |
|---|
| 8/27/1971 Beers, R. Letter to Ashton, W. re: CSMRI Project No. 210727-Plans in producing cosmetic talc productions free of superfine materials, JNJTALC000291212 |
| 8/30/1971 Walter C. McCrone Associates Report: Examination of Talc Powders for Johnson and Johnson, JNJ 000274193 |
| 9/3/1971 Collection of documents from R. Rolle's files entitled "Italian, Medicated, Grantham talc", JNJ 000269814 |
| 9/7/1971 Letter from Caneer, W. to Rolle, B., JNJTALC000102573 |
| 9/21/1971 letter from W. Nashed to R. Schaffner re Johnson's Baby Powder - data and methods testing of powder and the talc used in its manufacture, and submission of full reports, JNJ 000289305 (and family) |
| 9/30/1971 Document titled Talc Product Safety and Purity Project - Talc Ore Sampling - Fontane Mine - Italy, |
| 10/1/1971 Report on Some Mineralogical Aspects of the Grantham Talc Ore Body, JNJ 000878192 |
| 10/12/1971 Letter from Gene Grieger to A. Goudie re: Final Reports on Samples 228-P, the Feminine Spray, Medicated Powder and Shower to Shower Group; Report re: Analysis of Johnson & Johnson Commercial Product 228-P, JNJ 000260800 |
| 10/21/1971 Letter from G. Grieger to R. Miller enclosing findings on three talc samples, JNJ 000867327 |
| 10/21/1971 Report entitled "Examination of talc samples for Windsor Mineral company," prepared by G. Grieger and I. |
| 11/10/1971 Letter from Dr. Langer to Hildick-Smith re: Tenovus Samples, JNJTALC000298765 |
| 11/19/1971 Material Specification – Italian Talc 1615 AGIT, JNJ 000277027 |
| 11/22/1971 Letter from Pattengill, M. to Ashton, W. re: latest shipment of Italian talc ore, JNJTALC000291229 |
| 1972 Note from W. Nashed to A.J. Goudie re: "tremolite was mistakenly identified", JNJ 000260836 |
| 1972 Report entitled "Investigation Of Possible Asbestos Contaminations In Talc Samples," prepared by Thomas Hutchinson, University of Minnesota Space Science Center, JOJO-MA2546-01282 |
| Snider et al., Bowling Green State University, Asbestiform Impurities in Commercial Talcum Powders (1972), |
| 1/7/1972 Letter from Gene R. Grieger to William Ashton re: Talc Ore Samples DES < 71 Using Electron and Optical Microscopy, the Electron Microprobe and X-Ray Diffraction, JNJ 000291429 |
| The Mining Institute of the Polytechnic School of Torino, Petrographic Identification of Asbestos Silicates in Val Chisone (SVC) Talc (Feb. 1972), JNJ 000370114 |
| 2/3/1972 Report of Examination of International Samples of Talc Supplied by Johnson & Johnson, JNJTALC000453022 |
| 2/16/1972 Instituto Di Arte Mineraria, Determinazione Petrografica Di Silicati Asbestodi, JNJTALC000348563 |
| 4/5/1972 Letter from G. Grieger to A. Goudie re Talc Samples FD-14, JNJ 000248017 |
| 4/17/1972 X-Ray Study of J&J's Baby Powder Retain 108T by G. Brown, JNJ 000231207 |
| 4/27/1972 Report by R. Zumwalde, NIOSH, re: Talc Sample Results, JNJ 000314643 |
| 6/11/1972 Characterization of Johnson's Baby Powder, Lot 228P, JNJ 000877808 |
| 6/12/1972 ES Laboratories Chemical Analyses (1/12/2016 Fitzgerald Dep. Exhibit 08) |
| 6/16/1972 "High Level of Asbestos Found in 3 Paints and 2 Talcums Here," New York Times, JNJ 000086528 |
| 6/17/1972 Asbestos in J&J Baby Powder? Doctor Admits He May Have Been Mistaken, The Home News, JNJ 000244773 |
| 6/17/1972 Grace Lichtenstein, Talc Warning Is Labeled False, N.Y. Times, JNJ 000244787 |
| 6/17/1972 Memo from W. Nashed to File re New York Times Today Article, JNJ 000314693 |
| 7/26/1972 Document entitled "Particle Size of Johnsons' Baby Powder," prepared by R. S. Russell, Pharmaceutical Research Graph Sheet - J&J Sample 344-L Particle Size Distribution by Andreasn Pipette, JNJ 000289325 |
| 8/3/1972 Letter from S.Z. Lewin, NYU, to A. Weissler, FDA, re: final analytical results on 102 samples of commercial |
| 8/8/1972 Letter from W. Nashed to R. Fuller re Dr. Schaffner of FDA; Dr. Lewin unfavorable findings, JNJTALC000289146 |
| 8/9/1972 Handwritten document re: Shower to Shower QA retained samples, JNJTALC000437351 |
| 8/10/1972 Handwritten document re: Lewin samples of Shower to Shower, JNJTALC000437349 |
| 8/11/1972 J. Wenninger Memorandum of Meeting re Asbestos in Cosmetics Containing Talc, Such as Dusting Powders and |
| 8/14/1972 Memo from W. Nashed to File re Talc / Asbestos FDA Meeting, August 11, 1972, JNJTALC000289154 |
| 8/18/1972 Dean, W.R. Letter to Goudie, A re: Reports on Italian mine and 0000 Italian Talc, JNJTALC000060977 |
| 8/18/1972 Letter from W.R. Dean to A. Goudie re: Reports on the Italian Mine and the 00000 Italian Talc, JNJ 000322489 |
| 9/29/1972, Comments on Dr. Lewin's Technique by Walter C. McCrone, JNJTALC000294736 |
| 8/24/1972 Memo from W. Nashed to R.A. Fuller re: Talc/Asbestos Shower to Shower Talc, JNJTALC000289185 |
| 8/25/1972 W. Dean Memo to A. Goudie re Harwell Report on Morphology and Characterization of Talc, |
| 8/29/1972 "Talcum Suspected in Death of 21 French Babies," New York Times |
| 8/30/1972 Grieger, G. Letter to Hutchinson, T. re: Asbestos samples for SEM investigation, JNJ 000270084 |
| 8/31/1972 Memo from A.J. Goudie re: Trip to Sperry Rand Microanalytical Lab, Rockville, Maryland, Project No. 503, |
| 9/8/1972 F.D. Pooley, An Examination of Italian Mine Samples and Relevant Powders and related correspondence, |
| 9/8/1972 Letter from J. Wehrung to A. Goudie re: fiberforms in samples A, B, and C, JNJ 000248953 |

| |
|---|
| 9/18/1972 Ferry, D. Letter to Hogan, H. re 5/0 Italian Talc, JNJ 000242681 |
| 9/23/1972 "Hexachlorophene in Cosmetics Banned," Chicago Tribune |
| 9/25/1972 W. Nashed Memo to File re Shower-to-Shower / Asbestos FDA Meeting, September 21, 1972, JNJ 000086531 |
| 9/26/1972 Findings on Johnson & Johnson Products from a Report by Dr. S. Lewin (Consultant to the FDA), JNJ 000232996 |
| 9/26/1972 Letter from Rolle, F. to Russell, R. re: Meeting with FDA (9-21-72) to Discuss Chrysotile Asbestos In Shower to Shower Powder, JNJTALC000289200 |
| 9/27/1972 Examination of Shower to Shower Talc Sample for Johnson & Johnson, JNJ 000248918 |
| 9/27/1972 Letter from S.S. Pollack to Dr. A. Goudie re meeting with representatives of FDA, JNJ 000248927 |
| 9/28/1972 Letter from T. Hutchinson to I. Stewart re: S.E.M. micrographs, JOJO-MA2546-01479 |
| 9/28/1972 Pooley, F. Letter to Dr. Shelley re: Mineralogical X-ray and morphological examination of the Italian mine samples, |
| 9/29/1972 Letter from I. Stewart to A.J. Goudie re: Professor Lewin's presentation, JNJTALC000062027 |
| 9/30/1972 Correspondence from Unknown to G. Dippold re: Talc Analyses |
| 9/30/1972 Letter from NYU to Whittaker, Clark & Daniels |
| Critique of Methodology used by FDA Consultant (Dr. S. Lewin), Oct. 1972 (Gordon Brown), JNJ 000272423 |
| Oct. 1972 Report of the Examination of Rock Samples from the Vermont Mine, JNJ 000303042 |
| 10/5/1972 Letter from I. Stewart to T. Hutchinson re: micrographs on September 28, JOJO-MA2546-01482 |
| 10/7/1972 Letter from M.J. Buerger to Dr. Goudie enclosing report on the Washington meeting, JNJTALC000587160 |
| 10/7/1972 Prof Buerger Report, The Washington Meeting of September 21, 1972 of Johnson & Johnson with the Food and Drug Administration and Conclusions to be drawn from the meeting by Martin J. Buerger, JNJTALC000301172 |
| 10/9/1972 Memo from W. McCrone, McCrone Associates, to I. Stewart, McCrone Associates, re: Visit with Dr. Seymour Lewin, October 3, 1972, JNJTALC000437173 |
| 10/11/1972 Letter from Roesch to Driscoll re: McCrone Report |
| 10/17/1972 Letter from W. Nashed to R. Schaffner re: Shower-to-Shower Brand Body Powder re: extensive studies on the sample in question obtained from Prof. Lewin (and all attachments), JNJTALC000300260 |
| 10/19/1972 NYU Department of Chemistry Test Report |
| 10/27/1972 Letter from Caneer to Goudie re: x-ray diffraction step scans on baby powder talc samples, JNJ 000231251 |
| 10/27/1972 Report entitled "Examination of Johnson and Johnson's Baby Powder," prepared by McCrone Associates, JNJ |
| 10/27/1972 Report entitled "Examination of Johnson and Johnson's Baby Powder," prepared by McCrone Associates, JNJ |
| 11/1/1972 Internal J&J Memorandum Regarding Tests Performed on Samples 108-T and 109-T; re: Vermont Talc Special Talc Studies (503), JNJ 000257810 |
| 11/8/1972 Letter from F. Pooley to A. Goudie re: examination of sample 108/T, JNJ 000469025 |
| 11/8/1972 Memo from J. Schelz re: Analysis of Johnson's Baby Powder for Tremolite Asbestos Project No. 503, JNJ 000317654; JNJ 000317656; JNJ 000317657; JNJ 000317658 |
| 11/15/1972 Letter from Ian M. Stewart to A.J. Goudie re: Modified Thinking on Baby Powder Samples 108T and 109T, JNJ |
| 11/29/1972 Handwritten note by T. Hutchinson enclosing reports, JOJO-MA2546-01365 |
| 11/29/1972 J&J's Submission of Test Results to the FDA Regarding Samples 108T and 109T, JNJ 000317600 (and Report of Two Sample Laboratory Tests for the Identification and Concentration of Chrysotile Asbestos, Dec. 1972 (Pooley), |
| 1/8/1972 Memo from Stanley to Clements PFE-Hug00007104 |
| 12/8/1972 Memo from R. Fuller to W. Nashed re Dr. Schaffner - F.D.A., JNJ 000336899 |
| 12/13/1972 Memo to File re FDA Meeting, JNJ 000268964 |
| 12/20/1972 Letter from John P. Schelz to F.R. Rolle to A.J. Goulie re Examination of Vermont 66 Talc by X-Ray Diffractometry - Project No. 503, JNJ 000300536 |
| 1/11/1973 Letter from Gene R. Grieger to A. Goudie re: Analysis of Two Samples of Talc Labeled HC Talc and V124 Talc, |
| 1/12/1973 Memo from R.J. Mortimer to S.A. Christie, et al. enclosing 12/28/1972 memo from Windsor Minerals re: A comprehensive plan to meet the requirements of Windsor Minerals Inc. for milling capacity in the next five years, JNJ |
| 1/18/1973 CSMRI Memo from J. Krause to W.H. Ashton re: Density Gradient Separation of Chrysotile Spiked Baby Powder, |
| 1/22 and 2/1/1973 Memo Telephone Conversations between John Spivak and Robert Schnaffer re: Asbestos in Talcum Powder; 3/2/1973 Letter from A. Weissler, Ph.D., Acting Director, Division of Colors and Cosmetic Technology, U.S. Food and Drug Administration, to Dr. Adamson and Lang of the Environmental Defense Fund |
| 2/26/1973 CSMRI Mineralogical Examination of Five Talc Samples, JNJ 000268020 |
| 3/6/1973 Letter from Gene R. Grieger to A. Goudie re: Vermont Talc Designated No. 32-71S by Transmission Electron Microscopy, JNJTALC000286961 |
| 3/12/1973 Letters from Lewin to the Editor of the Wall Street Journal, JNJ 000244743 |

| |
|---|
| 3/14/1973 Memo from A. Marks to File re: Talc- New Flotation Method Review to Marketing and R&D by Mr. R. Miller of Windsor Minerals, 3/14/74 Project No. 1133.02, JNJ 000246903 |
| 3/14/1973 Process Specification – Blending of Johnson's Baby Powder Formula 34 at SSDP, JNJ 000298290 |
| 3/16/1973 J&J Memo from John P. Schelz to F.R. Rolle and A.J. Goudie re Examination of Vermont 66 Talc by X-Ray Diffractometer Project No. 503, JNJ 000236154 |
| 3/16/1973 Material Specification Windsor 66 Talc, JNJ 000277017 |
| 4/2/1973 Letter from W.P. Reid to W.H. Ashton re: Mineralogical examination of four samples for tremolite and chrysotile, |
| 4/19/1973 Letter from D.H. Hamer to F.R. Rolle re: Dispersion-Staining Examination Of Retained Samples Of Johnson's Baby Powder – Project No. 503, JNJ 000245155 |
| 4/26/1973 Memo from D.R. Petterson to D.D. Johnston re: Windsor Minerals and talc, JNJ 000294872 |
| 4/27/1973 Report entitled "Microscopic Examination Of Johnson's Baby Powder", JNJ 000273729 |
| 4/30/1973 Report re: Italian talc prepared by U. Stefano, JNJ 000270588 |
| 5/1/1973 Letter from R.N. Miller to D.R. Petterson re Memo - D. Hamer - 4/19/73 Dispersion Staining, etc., JNJ 000267623 |
| 5/8/1973 Experimental studies on biological effects on Tremolite Talc on Hamsters, JNJTALC000294809 |
| 5/8/1973 Letter from W.H. Ashton to G. Hildick-Smith re: Italian Talc Safety, JNJ 000270587 |
| 5/8/1973 Report on the Phase Composition of Baby Powder (Buerger), JNJ 000272436 |
| 5/16/1973 Letter from T.H. Shelley to F.R. Rolle re: proposed specs for analyzing talc for 'asbestos,' JNJ 000232679 |
| 5/24/1973 Memo from W.P. Reid to W.H. Ashton re: Mineralogical examination of JMC-2 talc sample, JNJTALC000168018 |
| 5/25/1973 Letter from W. Nashed to Robert Schnaffer re: J&J's Submission of Dr. Buerger's Report to the FDA Regarding Samples 108T and 109T, JNJ 000333379; JNJ 000333381 |
| 5/31/1973 Letter from Zeitz, V. to Miller, R. re: Butanol-Citric Acid Flotation System, JNJ 000267602 |
| 6/4/1973 Memo from T.H. Shelley to R.F. Rolle re: British Toilet Preparations Federation specifications on talc, |
| 6/8/1973 Memo from W. Caneer to W. Ashton re: Meeting with Bowling Green State University Geological Staff, |
| 6/21/1973 Letter from Gene R. Grieger to Robert Rolle re: Electron Microscope to Examined Six Samples of Talc, JNJ |
| 6/22/1973 Examination of Johnson & Johnson's Product Shower to Shower for Asbestiform Minerals, JNJTALC000437220 |
| 6/22/1973 J&J Memo re Figure reference errors; attachment Examination of Johnson & Johnson Product Shower to Shower for Asbestiform Minerals, JNJTALC000167359 |
| 6/25/1973 Talc Completed Reports Colorado School of Mines, JNJ 000330448 |
| 7/10/1973 Memo from Prof. Seymour Lewin (NYU) to George Thompson (FDA) Final Report: Determination of Asbestos Contents of Commercial Talcum Powders |
| 7/31/1973 Internal FDA Memorandum from Alfred Weissler to Robert M. Schaffner re Summary and Comments on Prof. Lewin's Analytical Results for Asbestos in Talc; Attachment Final Report |
| 7/31/1973 Memo from A. Weissler, FDA, to R.M. Schaffner, FDA, re: Summary And Comments On Prof. Lewin's Analytical Results for Asbestos in Talc, HHS000000197 |
| 8/18/1973 Letter from W.R. Dean to A. Goudie re: Italian mine and the 00000 Italian Talc, JOJO-MA2546-01165 |
| 9/5/1973 H. Eiermann Letter to N. Estrin re Methods of determination of asbestos in cosmetic talc products, JNJ 000258912 |
| 9/6/1973 FDA Report entitled "Technical Plan Quarterly Project Progress Report: Asbestos And Other Contaminants In Talc" |
| 9/13/1973 Excerpts from report entitled "Summary Papers Prepared by Professor Pooley for His Meeting on September 12, |
| 9/13/1973 Memo from R.S. Russell re: major points discussed by Dr. Pooley on his visit Sept. 12, 1973, JNJ 000274706 |
| 9/20/1973 Internal J&J Memorandum Discussing Reports on Italian Talc; Re Allegation Made by Dutch Consumer Organization of Asbestos in Our Overseas Talc - Project No. 0936.00, JNJTALC000291475 |
| 9/20/1973 Rolle Memo re Allegations made by Dutch Consumer Organization of Asbestos in our Overseas Talc, JNJTALC000169508; JNJ 000270049 |
| 9/28/1973 Hamer, D. Memo to J.P Schelz, et al. re: Electron Microscopy of our Talc Alleged to Contain Chrysotile by Johns-Manville - Project No. 0503.00, JNJ 000086280 |
| 10/1/1973 Memo from Heinz J. Eiermann, "Summary and Comments on Analyses for Asbestos in Cosmetic Talc Products", |
| 10/2/1973 Letter from Regina A. Gallagher to W.C. Davies and F.R. Rolle re Examination of Vermont 66 Talc by X-Ray Diffractometry - Project Number 970, JNJ 000288425 |
| 10/4/1973 Letter from Gene R. Grieger to F.R. Rolle re: Four Specimens of Talc, JNJ 000086240 |
| 10/5/1973 Letter from M.G. Pattengill to Wm. H. Ashton re Compliance, Sample RE-73-166 subjected to electron microscopic analyses, JNJ 000086211 |
| 10/11/1973 G. Sandland Minutes - CTFA Subcommittee of Sac on Asbestos in Talc |

| |
|---|
| 10/12/1973 Letter from Gene R. Grieger to F.R. Rolle re: Talc Sample U-66, Dated 19-9-1973, 712-004, Code 14192, for Asbestiform Minerals Using the Transmission Electron Microscope, JNJ 000258085 |
| 10/22/1973 R. Gallagher Memo to W. Ashton re Analyses of Johnson & Johnson Talc Samples Alleged by Johns-Manville to Contain Chrysotile - Project NO. 0503.00, JNJ 000086234 |
| 10/29/1973 Letter from V.E. Wolkodoff to W.T. Caneer re: response to phone call last week, JNJTALC000128503 |
| 11/9/1973 Letter from J&J to R. Schaffner (FDA) Enclosing J&J's Reports Contesting Prof. Lewin's Findings, JNJTALC000445064; JNJTALC000445069; JNJTALC000445080; JNJTALC000445118; JNJTALC000445227 ; JNJTALC000445241; JNJTALC000445246; JNJTALC000445248; JNJTALC000445272 |
| 11/19/1973 Memo re: Electron Microscopy Analysis of Talc Samples Reputed to Contain Chrysotile by Johns-Manville-Project No. 0503.00 and attached report by F.D. Pooley, JNJ 000233727; JNJ 000233728 |
| 11/20/1973 Report entitled "Determination Of Asbestos In Talc By Light-Optical Microscopy for Whittaker, Clark & Daniels, Inc.," prepared by Ernest F. Fullam, Inc., JNJ 000267972 |
| 11/30/1973 Shear Disc Talc, Windsor 66 Fact Book Supplement, JNJTALC000864265 |
| 12/7/1973 Analyst Work Sheet re: Johnson & Johnson talc powders – Lewin Samples |
| 12/10/1973 G. Sandland Memo to Members of the CTFA Subcommittee & Scientific Advisory Committee re attached finalizedsubmission of report to CTFA Talc Subcommittee, JNJ 000472208 |
| 12/10/1973 Report of CTFA Talc Subcommittee on Method to Detect Chrysotile and Tremolite in Talc, WCD000115 - |
| 12/11/1973 McCrone Letter from Stewart, I. M. to Zeitz, V. re: Positive Test Results with handwritten note, JNJ 000280690 |
| 12/12/1973 Memo from Eiermann to R. Schaffner re Letter by Dr. Nashed of Johnson & Johnson to Dr. Robert Schaffner, |
| 12/13/1973 Memo from M.J.M. Oerlemans, Johnson & Johnson Benelux, to J.H. Smids and H.L. Parlow re: Dutch Consumer Organization's testing of Johnson's Baby Powder, JNJTALC000376583 |
| 12/20/1973 Letter from W.P. Reid (Colorado School of Mines) to W. Ashton (J&J) re results of a mineralogical examination for chrysotile in two samples, JNJ 000265209 |
| 12/20/1973 Letter from W.P. Reid (Colorado School of Mines) to W. Ashton (J&J) re results of a mineralogical examination for chrysotile in two samples, JNJ 000274724 |
| 12/26/1973 N. Estrin Letter to FDA Hearing Clerk re Proposed Order Method for Asbestos in Talc in the Federal Register, 57-0198 A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers, Johnson & Johnson |
| 1974 Draft manuscript entitled "Mineralogy And Chemistry Of British Talc And Consumer Talcum Products," |
| 1/8/1974 Letter from Bill Ashton to FDA re: Talc Facts for FDA 7 J&J U.S. Mtg. Washington D.C. January 17, 1973, JNJ |
| 1/31/1974 Letter from J. Krause to W. Ashton re: joint sponsorship of Johnson & Johnson and Johns-Manville, |
| 2/5/1974 Letter from Alan Marks to H.H. Hutchins re: JOHNSON'S* Baby Powder - New Flotation MethodButanol - Citric Acid Project No. 1133.02, JNJ 000326156 |
| 2/7/1974 Letter from W. Dean to P. Meijer re: talc studies, JNJ 000252636 |
| 2/8/1974 Letter from W. Dean to M. Oerlemans, "Rien" re: visit of Dr. Pooley, JNJTALC000171588 |
| 2/11/1974 Correspondence from R. Shimps to R. Rolle re: Talc Analyses, JNJ 000578775 |
| 3/1974 Reynolds (Dartmouth) Memo to Windsor re Analysis with Spiked Samples , JNJ 000266903 |
| 3/11/1974 Letter from McCrone to Rolle re: Frosbite Deposit Samples, JNJTALC000286990 |
| 3/14/1974 Memo from Marks, A. M. to File re: New Flotation Project and Chrysotile Doping, JNJ 000246903 |
| 3/29/1974 Letter from J. Krause to W. Ashton re: continuation of initial hydrothermal work, JNJ 000253075 |
| 4/4/1974 Memo from W.H. Ashton to G. Lee re: Notes on Visit to Denver Area March 25 Thru March 27, 1974, JNJ |
| 4/10/1974 Letter from G.R. Grieger, McCrone Associates, to R.S. Russell, Johnson & Johnson, re: analysis of four talc samples designated as A, UDSA, UDSB and AC, JOJO-MA2546-00567 |
| 4/24/1974 Examination of Talc Samples, Argonaut Ore Body, JNJ 000222859 |
| 5/6/1974 Letter from Gene Grieger to Robert Rolle re: Analysis of 4 Samples of Talc for Contents of Asbestiform Materials, |
| 5/8/1974 Walter C. McCrone Associates, Examination of Talc Ores and Products: Beneficiation Processes, JNJ 000326106; JNJ 000326112; JNJ 000326117 |
| 5/9/1974 Report entitled "Examination Of Talc Ores And Products From The Argonaut Ore Body," prepared by McCrone |
| 5/14/1974 Letter from W. Nashed to R. Niederer re Analysis of Talc, JNJTALC000287020 |
| Vernon Zeitz, New Reagent Systems—Plant Trial at Windsor Minerals Inc., JNJ 000326070 |
| 5/16/1974 Letter from R.S. Russell to A.M. Marks re: talc – new flotation method project No. 1133.02, JNJ 000246883 |
| 5/28/1974 Internal J&J Memorandum Regarding XRD and DTA Test Results for Production Samples; Examination of Vermont 66 Talc by X-Ray Diffractometry and Differential Thermal Analysis Project Number 0503-00, JNJ 000264752 |
| 5/29/1974 Letter from R. Niederer to Dr. Nashed re Talc Samples |

| |
|---|
| 6/20/1974 Letter from George Lee to D.R. Petterson re: Status of the "raw" Talc Evaluation Program, JNJ 000246877 |
| 6/24/1974 Letter from Vernon Zeitz to Alan Marks re: Windsor Minerals position and the Plant Trial of N-Butanol Based Reagent Systems, JNJ 000269190 |
| 7/8/1974 Letter from Gene Grieger to Robert Rolle re: Analysis of 21 Samples of Talc for Contents of Asbestiform Materials, JNJTALC000292917; JNJTALC000292919 |
| 7/12/1974 Johnson's Baby Powder Formula No. 499 Project No. 1133.0273 Fact Book Supplement, JNJ 000886439 |
| 7/22/1974 Letter from Alan Marks to Miller re: Research Authorization to Replace Ultrawete-DS and - Utilize n-Butanol as the Flotation aid in the Processing of Talc, JNJTALC000445594 |
| 8/8/1974 Letter from G. Grieger to V. Zeitz re: examination of 3 samples of talc used for roofing material, |
| 8/9/1974 Letter from Gene R. Grieger to F.R. Rolle re: Transmission Electron Microscope of Talc Sample, JNJ 000242291 |
| 8/12/1974 Letter from R. Rolle to G. Lee re: Re-Examination of the Asbestos Content of Johnson's Baby Powder, Lot 228P – Project No. 503.00, JNJ 000242290 |
| 9/18/1974 Analyst Work Sheet re: Johnson's Baby Powder, Talcum Powder |
| 9/24/1974 Memo from W.H. Ashton to G. Lee re: copy of editorial referencing Italian talc, JNJTALC000294275 |
| 10/10/1974 Letter from R. Shimps to V. Zeitz re Analysis of Eleven Samples, JNJTALC000298680 |
| 10/31/1974 Ashton "Personal and Confidential" Memo re Val Chisone Booklet, JNJ 000270497 |
| 12/4/1974 G. Sandland Meeting Notes of CTFA Talc Subcommittee, JNJTALC000169103 |
| 12/9/1974 Letter from G.R. Grieger, McCrone Associates, to R.S. Russell, Johnson & Johnson, re: analysis of baby powder sample, JOJO-MA2546-00509 |
| 12/31/1974 Letter from Gene R. Grieger and Richard Shimps to Vernon Zeitz re: Analysis of Talc Samples, |
| 1/7/1975 Letter from G.R. Grieger, McCrone Associates, to J.P. Schelz, Johnson & Johnson, re: analysis of two samples designated A and B, JNJ 000065680 |
| 1/7/1975 Memorandum of Meeting between FDA Representatives and Cosmetic Industry Representatives re: Status of Regulation(s) Regarding Asbestos in Talc |
| 1/14/1975 Letter from Vernon Zeitz to Roger Miller re: Concerning a 6 month ore study on asbestiform content, JNJ |
| 1/30/1975 Memo from F. Rolle to G. Sandland re: Corrected Results of Round Robin Using the CFTA Proposed Optical Microscope Procedure for Detection of Chrysotile in Talc, JNJTALC000169089 |
| 2/5/1975 Letter from Gene R. Grieger to R. Miller re: Analysis of Two Talc Samples Used in Roofing Materials, JNJ |
| 2/7/1975 Letter from Gene R. Grieger to R. Miller re: Analysis of Two Talc Samples Used in Roofing Materials, JNJ |
| 2/7/1975 Letter from Sherry Selevan to Roger Miller re protocol and authorization letter, JNJ 000263107 |
| 2/14/1975 Memo from R. Schaffner, FDA, to H. Eiermann, FDA, re: Asbestos reports and memo to be sent to Mr. Harold |
| 2/17/1975 N. Estrin Minutes re CTFA Talc Task Force Meeting, WCD000083 - WCD000085 |
| 2/19/1975 Letter from Gene R. Grieger to John P. Schelz re: Sample of Talc Designated as Sample C, JNJ 000065678 |
| 2/20/1975 Memorandum from Richard Kaplan to J.J. Travers re Talc Results to FDA, JNJTALC000294767 |
| 2/21/1975 Letter from John J. Travers to George Sandland re Avon Results to FDA, JNJTALC000294766 |
| 2/21/1975 Memo from J. Wenninger, FDA, to R. Schaffner re: Draft Letter to Mr. H. Romer re: asbestos in talc reports |
| 3/3/1975 Letter from Murray Berdick to George Sandland re Chrysotile in Talc, JNJTALC000294768 |
| 3/10/1975 Letter from Sherry Selevan to Vernon Feitz re Analysis of Data Vermont Talc Study, JNJ 000263110 |
| 3/15/1975 Memo from G. Lee re Meeting - Harvard Windsor Study March 11, 1975, JNJ 000089989 |
| 3/24/1975 Letter from G.R. Grieger, McCrone Associates, to F.R. Rolle, Johnson & Johnson, re: analysis of talc sample used in a medical study, JOJO-MA2546-000267 |
| 4/7/1975 Letter from F.D. Pooley to Dr. Lee re Samples of Cosmetic Talc, JNJTALC000294761 |
| 4/10/1975 Letter from M. Sheahan to R. Miller re three Windsor talc samples collected from local roofing material plants were reported as containing a form of asbestos, WTALC00008340 |
| 4/15/1975 Letter from R. Miller to G. Miller, G., P. Leeds and J. Marcus re Windsor Minerals Matter Conclusion, |
| 4/29/1975 Attachment A to Letter from Lee to Sandland re Talc, JNJTALC000294778 |
| 4/29/1975 Attachment B to Letter from Lee to Sandland re Talc, JNJTALC000294780 |
| 4/29/1975 Letter from G. Lee to G. Sandland re numerous studies of purity level of cosmetic talc, JNJTALC000294776 |
| 5/5/1975 Letter from John M. Dement to Vernon Zeitz re Study of Talc Worker in Vermont, JNJ 000222867 |
| 5/20/1975 Letter to Rolle from Pooley re Talc Specimens, JNJTALC000169038 |
| 6/11/1975 Letter from G.R. Grieger to R.S. Russell re: analysis of two groups of samples, JNJ 000687275 |
| 7/1/1975 Letter from G.R. Grieger, McCrone Associates, to V. Zeitz, Windsor Minerals, re: analysis of two groups of samples (and attachments), JNJ 000291318; JNJ 000291319; JNJ 000291320; JNJ 000291321 |

| |
|---|
| 7/9/1975 Letter from Gene R. Grieger to Robert Russell re: Analyzed Two Samples of Talc Identified as B11A and B11B, for Asbestiform Minerals, JNJ 000346943 |
| 7/15/1975 Letter from Gene R. Grieger to Robert S. Russell re: The Talc Sample, Lamellar CN, JNJ 000687261 |
| 7/23/1975 Memo from W.H. Ashton to H. Kramer re JJ Worldwide Talc Monitoring Program - 1975, JNJ 000061342 |
| 8/21/1975 Letter from Trggve Baak to George W. Sandland re Cyprus Minerals FDA Submission, JNJTALC000294772 |
| 9/1975 J.C. Wagner Draft Animal Experiments with Talc Report, JNJTALC000294818 |
| 9/9/1975 Memo from G. Lee re: A.M. Langer Analysis Of Talcum Powder Products – Edinburgh Meeting, JNJ 000253056 |
| 9/11/1975 Note from V. Zeitz to I. Stewart re: Photographs, WIND-04055-0026 |
| 9/12/1975 Letter from George W. Sandland to Robert Schaffner (FDA) re CTFA Cosmetic Talc Standard, JNJ 000267888 |
| 9/15/1975 Letter from D.R. Petterson to CTFA Scientific Advisory Committee re Presentations related to Talc Safety Issues, |
| 9/17/1975 Letter from George W. Sandland to Robert Schaffner (FDA) re CTFA Cosmetic Talc Standard, JNJ 000086451 |
| 10/3/1975 Memo from G. Lee to Talc Advisory Group re Review of Talc Events at Brighton and Edinburgh Conferences September 14-26, 1975, JNJ 000253044 |
| 11/4/1975 Letter from Gene R. Grieger to John P. Schelz re: Use of Transmission Electron Microscopy, JNJ 000346935 |
| 11/5/1975 Letter from G.R. Grieger, McCrone Associates, to V. Zeitz, Windsor Minerals, re: series of talc ore samples (and attachments), JNJ 000578954; JNJ 000578955 |
| 11/19/1975 Letter from Gene Grieger to Vernon Zeitz re: Analysis of 24 Samples of Talc for Contents of Asbestiform |
| 11/21/1975 Memo from F. Rolle to G. Lee re: Talcs Analyzed by Langer, Project Number 0503-01, JNJ 000329803 |
| 1/6/1976 Memo from F. Rolle to G. Lee re: Telephone Conversation with Dr. F.D. Pooley on 1/5/76 Project Number 0503-01, |
| 1/7/1976 Yates memo to Eiermann re: Tabulated results of DCST's Analyses for Asbestos Minerals in Lewin, HHS00000152 - |
| 1/8/1976 Report of the Examination of Talc Samples Obtained from Mount Sinai Hospital from Pooley, JNJTALC001272507 |
| 1/21/1976 Material Specification Windsor 66 Talc, JNJ 000252265 |
| 3/8/176 Transcription of Telephone Conversation of Article from Washington Post of March 8, 1976; Asbestos Fibers Found in Baby Powder, JNJ 000020763 |
| 3/8/1976 Memo from W. Waggoner to B. Semple re FDA Telephone Call - Talc 3/3/76, JNJ 000323664 |
| 3/8/1976 Asbestos Fibers Found in Baby Powder (Washington Post) |
| 3/9/1976 Letter from Pooley to the FDA re Report Findings, HHS00000010 |
| 3/9/1976 Ottowa Citizen, Asbestis in talc powders dangerous |
| 3/10/1976 The New York Times archived article, Asbestos Found In Ten Powders (Produced), JNJ 000004381 |
| 3/12/1976 Letter from Ian M. Stewart to Norman Estrin re Talc analyses for asbestos, JNJTALC000294753 |
| 3/15/1976 Letter from D.D. Johnston, J&J to G. Wald, President of N.B.C. News re: Wald's March 8, 1976 Story on Talcum Powder Misinformed the Public, JNJ 000037715 |
| 3/15/1976 Letter from George Lee to Norman Estrin re Johnson & Johnson Examination for Asbestos in Talc, |
| 3/16/1976 Correspondence from W. Ashton to J. Krause re: Account on Special Talc Studies, JNJ 000265171 |
| 3/18/1976 CTFA Talc Subcommittee Minutes, JNJ 000254109 |
| 3/18/1976 Letter from William E. Smith to D.R. Petterson re Newspaper Article on Asbestos in Some Preparation of Talc, |
| 3/18/1976 Memo from John P. Schelz to F.R. Rolle and D.R. Petterson re Review of Methodology for the Detection of Asbestos Minerals in Talc, JNJTALC000294757 |
| 3/18/1976 Memorandum from F.R. Rolle to D.R. Petterson re Analysis of British and American OTC Products, |
| 3/19/1976 R. Schaffner Memo to Acting Director of Bureau of Foods re Asbestos in Talc - Proposed Regulation |
| 3/23/1976 Press Release from Dr. Thomas Chalmers, President of Mt. Sinai Medical Center, JNJ 000026953 |
| 3/26/1976 Letter to M. Burros, March 26, 1976, Mount Sinai School of Medicine, New York, NY |
| 3/26/1976 M. Burros "Talcum Study Clarified by N.Y. Hospital," The Washington Post, JNJ 000304419 |
| 3/30/1976 Letter to D. Johnston, Mount Sinai Archives, New York, NY |
| 3/31/1976 Memo from G. Hildick-Smith re Meeting with Drs. Selikoff, Langer and Rohl at Mt. Sinai, Monday, March 15, |
| 4/1976 Chalmer, T., Johnson & Johnson Worldwide New Digest, Vol. 5, No. 4 - The Safety of Johnson's Baby Powder, JNJ |
| 4/13/1976 Gene R. Grieger to Jack P. Schelz re: Using Electron Microscopy and SAED, NJ 000252330 |
| 4/15/1976 Letter from Gene R. Grieger to Joseph Simko re: Using Selected Area Electron Diffraction and Transmission Electron Microscopy Examined Six Talc Samples Designated as DCST-76-1358, -1359, -1360, -1362, -1363 and -1364, |
| 4/20/1976 Memorandum from Regina Gallagher re Electron Microscopy and Saed Analysis of Vermont Composite Talc Sample, Project No. 0503.01, WTALC00002817 |
| 4/26/1976 Letter from Gene Grieger (McCrone) to Vernon Zeitz (Windsor Minerals Co.) reporting on analysis of 21 samples of industrial grade talc with general identification HC and LI, JNJ 000252339 |

| |
|---|
| 4/26/1976 Memo from G. Hildick-Smith to D. Johnston re Dr. Arthur Langer's Concern About His Professional Integrity, JNJ |
| 4/30/1976 Letter from Vernon Zeitz to Alan Marks re: Results of a Study by Walter C. McCrone Associates in Which they Examine 38 Ore Samples, JNJTALC000170048 |
| 5/24/1976 Letter from R. N. Miller to Ian Stewart re permission to disclose data resulting, JNJ 000314226 |
| 6/4/1976 Colorado School of Mines' Critique of Dr. Langer's 1976 Publication, JNJ 000088487 |
| 6/4/1976 Internal J&J Memorandum Re Mt. Sinai Data Challenge, JNJ 000267880 |
| 6/15/1976 Internal J&J Memorandum Critiquing Dr. Langer's 1976 Publication; Re Notes on the Publication by Rohl, Langer, et.al. Entitled "Mineral and Chemical Characterization of Selected Consumer Talcum Products" Project Number 0503-01, JNJ |
| 7/5/1976 Handwritten Notes re: Minerals in Baby Powder, JNJ 000064762 |
| 7/8/1976 Letter from Gene R. Grieger to Robert S. Russell re: Using Electron Microscopy and Selected Area Electron Diffraction Examined a Sample of Talc Designated as Talc PH-FI , No. 760-970, JNJ 000065664 |
| 7/11/1976 Memo from J. Goren to C.E. LaRosa re: Roger Miller's position on use of Argonaut Talc Source, |
| 8/31/1976 Memo from W.H. Ashton to G. Lee re JJ Worldwide Talc Monitoring Program - 1976 Talcs with attachment, JNJTALC000348669; JNJTALC000348670 |
| 9/8/1976 Letter from Gene R. Grieger to J. Schelz re: Using Electron Microscopy and Selected Area Electron Diffraction Examined a Sample of Talc designated "66 July Composite," JNJ 000265152 |
| 9/9/1976 Letter from Gene R. Grieger to Vernon Zeitz re: Using Electron Microscopy and Selected Area Electron Diffraction Examined 16 Talc Samples, JNJ 000291314 |
| 10/7/1976 CTFA Method J 4-1, Testing Monograph; Asbestiform Amphibole Minerals in Cosmetic Talc, Part I: X-ray Diffraction Method, Part II: Optical Microscopy and Dispersion-Staining Method, JNJ 000405219 |
| The Cosmetic, Toiletry and Fragrance Association. 1976a. CTFA Specification: Cosmetic Talc, revised October 7, 1976, JNJ |
| 11/18/1976 Letter from Gene R. Grieger to Regina Gallagher re: Using Electron Microscopy and Selected Area Electron Diffraction Examined Talc Sample Designated Vermont 66 (10/4-10/8/76), JNJ 000265138 |
| 11/19/1976 Letter from Gene R. Grieger to Robert S. Russell re: Using Electron Microscopy and Selected Area Electron Diffraction Examined 12 Talc Samples, JNJ 000346977 |
| 12/2/1976 Letter from Gene R. Grieger to Vernon Zeitz re:  Using Electron Microscopy and Selected Area Electron Diffraction Analyzed 18 Raw Talc Samples, JNJ 000063229 |
| 12/14/1976 Protocol for Vermont Talc Study, JNJ 000263108 |
| 12/20/1976 Letter from John P. Schelz to Arthur N. Rohl re locating drug stores with talcum products, JNJ 000250523 |
| 1/3/1977 Certificate of Microanalysis for Asbestos signed by McAlear, J., JNJTALC000348700 |
| 1/13/1977 Letter from Gene R. Grieger to Robert S. Russell re: Using Electron Microscopy and Selected Area Electron Diffraction Examined 13 Talc Samples, JNJ 000306900 |
| 2/4/1977 Letter from Gene R. Grieger to Regina  Gallagher re: Using Electron Microscopy and Selected Area Electron Diffraction Analyzed a Sample of Talc Identified as Vermont 66 1/10-1/14/76, JNJ 000252270 |
| 3/18/1977 Internal J&J Memorandum Regarding Japanese Subsidiary's Talc; re: Technical Support Requirements J&J Talc Worldwide, JNJ 000247219 |
| 3/31/1977 Letter from Schelz to Estrin Enclosing Initial Work-up of Data from Participating Laboratories, JNJ 000250539 |
| 4/1/1977 EMV Associates Consultant Report to Johnson & Johnson 9 Talc Samples, JNJ 000061131 |
| 4/4/1977 Certificate of microanalysis for asbestos for a composite sample, prepared by EMV Associates, JNJ 000062160 |
| 4/4/1977 Certificate of microanalysis for asbestos for an old stock composite sample, prepared by EMV Associates, JNJ |
| 4/7/1977 Memo from W.H. Ashton to G. Lee re JJ Worldwide Talc Monitoring Program - 1976 Talcs Series II, |
| 4/29/1977 Determination of Asbestos Minerals in Windsor 66 Talc by Transmission Electron Microscopy, JNJ 000237206 |
| 5/4/1977 Memo from A. Frank to G. Lee re Windsor 66 Talc Specification - Proposed Asbestos Requirements, JNJ |
| 6/3/1977 Letter from Gene R. Grieger to Regina  Gallagher re: Using Electron Microscopy and Selected Area Electron Diffraction Examined a Sample of Talc B, JNJ 000300405 |
| 6/13/1977 Minutes on CTFA Task Force on Round Robin Testing of Consumer Talcum Products for Asbestiform Amphibole Minerals, JNJ 000250604 |
| 6/28/1977 J&J Memorandum re Audit Testing of Windsor 66 Talc for Asbestos, JNJ 000252225 |
| 8/12/1977 Material Specification Windsor 66 Talc, JNJ 000252214 |
| 8/26/1977 Certificate of Microanalysis for Asbestos 1977 Sample #1, JNJTALC000347950 |
| 12/5/1977 Letter from Gene R. Grieger to Vernon Zeitz re Analyses of Special Sample SP1-RNM dated 11/1/77, |
| 12/15/1977 Report entitled "Mineralogical Investigation Of Three Main Contaminating Rock Types In The Talc Deposit Of Windsor, Vermont," for Windsor Minerals prepared by Mountain States Minerals Enterprises, JNJ 000338378 |

| |
|---|
| 1/31/1978 Memo from W.H. Ashton to G. Lee re JJ Worldwide Talc Monitoring Program - 1977 Talcs with attachment, JNJTALC000166673; JNJTALC000166674 |
| 2/9/1978 Letter from G. Lee to D.D. Johnston re: Status Report - Defense of Talc Safety, JNJ 000295352 |
| 5/31/1978 Letter from Gene R. Grieger to Vernon Zeitz re Analyses of 46 Talc Samples, WTALC00002797 |
| 6/8/1978 Letter from R.N. Miller to V. Zeitz re: Dust Correlation, Gravimetric vs. Respirable, JNJ 000686189 |
| Johnson & Johnson letter to C.M. Piascik re: J&J International - Japan,  JNJTALC000295666 |
| 9/8/1978 Suggested Mine Layout on Hammondsville Mine, Vermont of Windsor Minerals, Inc., WTALC00010327 |
| 9/19/1978 Memo from Roger N. Miller to Sales, Traffic, Research re Use of McCrone Data in Sales Dissemination of Research Results, JNJ 000578144 |
| 10/5/1978 Letter from G.R. Grieger and I. Stewart, McCrone Associates, to R. Miller, Windsor Minerals, re: analysis of thirty-eight talc samples, JNJ 000063173 |
| 11/14/1978 Internal J&J Memorandum Summarizing Testing Data Re Reducing the Number of ore Samples Collected for Analysis by McCrone Associates, JNJ 000314315 |
| 11/29/1978 Grayson, H. Letter to Grieger, G. re: sample filters for asbestiform materials and attached notes., |
| 12/5/1978 Letter from R. Clifton to J. Beaman re: relationships of talc, tremolite, and asbestos, JNJ 000269811 |
| 12/19/1978 Grieger, G. Letter to Grayson, H. re: four personal air filter samples that do not contain asbestiform minerals in them with attached handwritten notes., WTALC00002836 |
| 1/11/1979 Letter from D. Kennedy, Commissioner of the U.S. Food and Drug Administration, to S. Wolfe and B. Gordon re: Talc Carcino-Genesis, JNJ 000033702 |
| 1/31/1979 Memo from R. Russell to G. Lee re JJ Worldwide Talc Monitoring Program - 1978 Talc, JNJTALC000348793 |
| 2/2/1979 Memo from M. Martin to H. Cohen re: Examination of Vermont 66 Talc by X-Ray Diffraction and Differential Thermal Analysis Project No. 0995-01, JNJ 000266694 |
| 2/9/1979 Handwritten document re: "revised call from H. Cohen – BPC quality control", JNJ 000063167 |
| 3/5/1979 Letter from Gene R. Grieger to Helen Grayson re Asbestos Examination of 4 Talc Samples, WTALC00002785 |
| 3/21/1979 Memo from M. Martin to H. Cohen re: Examination of Vermont 66 Talc by X-Ray Diffraction and Differential Thermal Analysis Project No. 0995-01, JNJ 000291896 |
| 6/11/1979 Memo from Grayson, H. (Windsor Minerals) to Dezaine, W., Hills, H., Miller, R., et al., re Environmental Air Sampling Program: Dust Exposure Report, with handwritten notes, JNJ 000338601 |
| 6/11/1979 Memo from Grayson, H. (Windsor Minerals) to Dezaine, W., Hills, H., Miller, R., et al., re Environmental Air Sampling Program: Dust Exposure Report, JNJ 000338665 |
| 6/26/1979 Material Specification Windsor 66 Talc, JNJ 000085068 |
| 8/3/1979 Memo from Grayson, H. (Windsor Minerals) to All Superintendents re Environmental Air Sampling Data: For the Month of July, JNJ 000686214 |
| Johnson & Johnson letter to G. Lee re: J&J International, JNJTALC000295662 |
| 10/8/1979 Memo from H. Grayson (Windsor Minerals) to All Superintendents re Environmental Air Sampling Data: |
| 10/16/1979 Letter from Rick Ellis to Helen  J. Grayson re: Using Electron Microscopy Analyzed 18 Talc Samples with attachment, JNJTALC000387334 |
| 12/6/1979 Memo from Grayson, H. (Windsor Minerals) to All Superintendents re Environmental Air Sampling Data: November 1979, JNJ 000686289 |
| 12/20/1979 Internal J&J Memorandum Regarding AGIT 1615; Re Italian Talc for JOHNSON'S Baby Powder Initial Shipment's / Specifications, JNJ 000085064 |
| 12/20/1979 Letter from Richard M. Ellis, Jr. to Helen Grayson re: Using Electron Microscopy Analyzed 18 Talc Samples, JNJ |
| 12/21/1979 Letter from Maureen Conley to C.S. Mihalik re: Talc Supply Status, JNJ 000085063 |
| 1/11/1980 Letter from Bill Ashton to Gianfranco Villa re: U. S. Requirements for Tonnage Amounts of 00000 Extra Talc, JNJ |
| 1/12/1980 J&J's Interim Talc Specification, JNJ 000085039; JNJTALC000128335 |
| 1/15/1980 Letter from Bill Ashton to Bruce Semple re: Cyprus Industrial Minerals vs. Italian Talc Matters, JNJ 000085057 |
| 3/27/1980 Letter from Ian M. Stewart to Roger Miller re: Examination of 9 Talc Samples, JNJ 000291950 |
| 3/27/1980 Letter from Ian M. Stewart to Roger Miller re: Examination of 9 Talc Samples with handwritten note, |
| 7/21/1980 Letter from H. Grayson to I. Stewart re: nineteen samples for asbestiform analysis via T.E.M., JNJ 000578119 |
| 9/2/1980 Memo from R. Russell to G. Lee re JJ Worldwide Talc Monitoring Program - 1979-1980 Talcs, |
| 9/8/1980 Letter from R. Ellis to H. Grayson Regarding Transmission Electron Microscopy Analysis of Nineteen Talc Samples, |
| 9/8/1980 Letter from Richard Ellis, Jr. to Helen Grayson re: Attached Results of Asbestos Analysis on Four Talc Samples Submitted Under Purchase Order R-08879, JNJ 000063203 |

| |
|---|
| 9/29/1980 Letter from Helen Grayson to Ian Stewart Two Samples of Talc Asbestiform Analysis by T.E.M., JNJ 000064270 |
| 11/6/1980 Letter from Richard Ellis, Jr. to Helen Grayson re Sample labeled W. Gregg XR, JNJ 000063236 |
| 1/13/1981 Letter from Helen Grayson to R.N. Miller re: Talc Samples for Routine Asbestiform Analysis, JNJ 000314252 |
| 2/20/1981 Letter from Richard M. Ellis, Jr, to Helen J. Grayson re: Asbestos Analyses of 19 Talc Samples with attachment, March-April 1971 Memo from R. Russell re Support to International Report for March - April 1981, JNJ 000065264 |
| 7/30/1981 Material Specification Windsor 66 Talc, JNJ 000276996 |
| Johnson & Johnson letter to W. Newman re: Talc Evaluation, JNJ000061915 |
| 11/6/1981 Correspondence from Unknown to W. Newman re: Letter on Chinese Talc, JNJTALC000376423 |
| 12/22/1981 Memo from R. Russell to G. Lee re JJ Worldwide Talc Monitoring Program - 1981 Talcs with attachment, JNJTALC000166715; JNJTALC000166716 |
| 3/24/1982 Letter from Bill Ashton to N. Berlin re: Situation Relating to Adopting Italian Talc Over the Period of December 1979 into Early Months of 1980, JNJ 000085040 |
| 6/14/1982 Letter from Richard M. Ellis, Jr, to Harold G. Hills re Asbestos Analyses of 27 Talc Samples, WTALC00002712 |
| 8/24/1982 Letter from P.J. Montali, Mine Safety & Health Admin., U.S. Dept. of Labor, to J. Stevenson, Levy Konigsberg LLP, re: Freedom of Information Act Request – Tracking No. 839438 |
| 11/8/1982 Pooley, F. Letter to Goudie, A re: extensive examination of sample 108/T powder for chrysotile asbestos, JNJ Consultant Report to Johnson & Johnson: Analysis of One Talc Sample by SEM/EDS, JNJ 000238367 |
| 1983 Johnson & Johnson - Johnson's Baby Powder, Support to Baby Products Company Depts. Report for third Quarter 1983, Special Talc Studies - Project #7008, JNJ 000249786 |
| 1/7/1983 Letter from Richard M. Ellis, Jr, to Roger N. Miller re: Asbestos Analyses of 10 Talc Samples, JNJ 000292006 |
| 1/14/1983 Process Specification – Manufacture of Johnson's Baby Powder Formula #499 at Royston, JNJ 000372859 |
| 1/18/1983 D. Palenik Letter to H. Cohen re  TEM Analysis of Talc Sample 1, JNJ 000237347 |
| 1/31/1983 Memo from R. Russell to G. Lee re JJ Worldwide Talc Monitoring Program - 1982 Talcs with attachment, JNJTALC000166316; JNJTALC000166317 |
| 2/17/1983 Letter from Richard M. Ellis, Jr, to Roger N. Miller re talc sample from Vermont, WTALC00002699 |
| 3/1983 Preliminary Investigation of Cosmetic Talc Potential Lungsheng Operations Kwangsi China, JNJTALC000084906 |
| 3/31/1983 Letter from Richard M. Ellis, Jr, to Harold G. Hills re Asbestos Analyses of 33 Talc Samples, WTALC00002695 |
| 5/12/1983 D. Palenik Letter to R. Arzapalo re Talc Samples #2-HV66, JNJ 000347015 |
| 5/18/1983 Memo re McCrone testing, WTALC00002891 |
| 6/2/1983 Report of the Examination of Talc Specimens from Dr. Pooley, JNJ 000064717 |
| 6/28/1983 Standard Test Method for the Determination of Asbestos Minerals in Windsor 66 Talc by Transmission Electron Microscopy, JNJ 000346992 |
| 7/11/1983 D. Palenik Letter to R. Arzapalo re Talc Samples #3-HV66, JNJ 000266670 |
| 7/21/1983 Letter from Richard M. Ellis, Jr, to Roger N. Miller re Asbestos Analyses of seven monthly composite samples, |
| 9/14/1983 Letter from Richard M. Ellis, Jr, to Harold G. Hills re: Asbestos Analyses of 21 Talc, JNJ 000282500 |
| 9/14/1983 Letter from Roger Miller to Ian Stewart re: Sample Marked Talc Powder - Superior Grade - EV, JNJ 000064641 |
| 9/29/1983 Letter from M. Ross (US Dept. of Interior) to W. Ashton (J&J), JNJ 000086612 |
| 10/10/1983 Letter from James M. Link to W.H. Ashton re Optical Microscopy Method, JNJ000297594 |
| 11/8/1983 Letter from Philippe Douillet to U.S. Food and Drug Administration regarding Citizen's Petition and related |
| 12/2/1983 D. Palenik Letter to R. Arzapalo re Talc Samples #4-HV66, JNJ 000285154 |
| 1/3/1984 Memo from R. Russell to J.A. Molnar re JJ Worldwide Talc Monitoring Program - 1983 Talcs, JNJTALC000166735 |
| 1/12/1984 Letter from M. Palenik to R. Miller re Analysis for Asbestos in Talc Samples Identified as Talc Powder - Superior Grade EV, JNJ 000065841 |
| 2/24/1984 Letter from Deborah P. Palenik (McCrone) to Richard A. Arzapalo at J&J re asbestos analysis, |
| 3/27/1984 Correspondence from W. Ashton to B. Semple re: Chinese Cosmetic Talc Prospects, JNJTALC000128306 |
| 3/27/1984 D. Palenik Letter to R. Arzapalo re Talc Samples #5A-HV66 and #2-HV96, JNJ 000347002 |
| 3/28/1984 Letter from Deborah Palenik to Richard Arzapalo re: Re-Examination of Sample 5-HV66, JNJTALC000070307 |
| Explanatory Supplement to Report of March 29, 1984, W. Ashton, JNJTALC000523456 |
| 4/19/1984 Material Specification Windsor 66 Talc, JNJ 000235068 |
| 4/25/1984 Internal J&J Memorandum Summarizing Phone Conference with Deborah Palenik of McCrone Associates, |
| 4/25/1984 Memo from J. Molnar to Distribution re: Quarterly Talc Audit for Serpentine Minerals, JNJ 000237319 |
| 5/8/1984 Correspondence from H. Hsiung to J. Molnar re: Chinese Talc - Project 2573, Jizhua High Grade and Low Grade, |
| 6/11/1984 Letter from Mark E. Palenik to Richard A. Arzapalo re: Asbestos Analyses of 2 Talc Samples, JNJ 000237325 |

| |
|---|
| 6/26/1984 Process Specification – Manufacture of Johnson's Baby Powder Formulas 499 & 227-88-02, JNJ 000373841 |
| 8/2/1984 Process Specification – Manufacture of Johnson's Baby Powder Formula 227-88-02, JNJ 000373832 |
| 9/26/1984 Letter from W.H. Ashton, Johnson & Johnson to J.P. Grange, Talcs de Luzenac, re: Talc Asbestos L. Paoletti et al., JNJTALC000128194; JNJTALC000128195 |
| New York Time Article: Beauty; A Dusting of Powder |
| 11/2/1984 Letter from M.E. Palenik, McCrone Associates, to R. Miller, Windsor Minerals, re: analysis of four air filter |
| 11/16/1984 Letter from Mark E. Palenik to Richard A. Arzapalo re: Examination by Transmission Electron Microscopy of 2 Talc Samples, JNJ 000237316 |
| 12/18/1984 Letter from Mark E. Palenik to Roger Miller re Analyses for Asbestos, WTALC00002672 |
| 2/26/1985 Research And Development Analytical Request And Report re: Chinese Talc, 912-47 Sample of 100T Lot of Cosmetic Grade, JNJ 000062436 |
| 3/1/1985 Memo from M. Nunes to J.A. Molnar re JJ Worldwide Talc Monitoring Program - 1984 Talcs, JNJTALC000287657 |
| 4/9/1985 Telegram from A. Ashton to S. Cheowtirakul re: letter of March 11 regarding Korean and Chinese aspects, |
| 5/13/1985 Letter from A. Claveria to R. Miller re two respirable samples and summary of results table, JNJTALC000071371 |
| 5/29/1985 Letter from Mark E. Palenik to Roger N. Miller re: Analyses of 24 Talc Samples, JNJ 000288590 |
| 6/6/1985 Memo from Robert Brown, et al. (Quantitative Risk Assessment Committee) to W. Gary Flamm (Dir. Office Toxicology Sciences) re Asbestos in Talc, FDA00003626 - FDA00003636 |
| 7/11/1985 Letter from Harold Hills to Mark Palenik re: Seven Talc Samples for Asbestiform Analysis Via Transmission Electron Microscopy, JNJ 000065646 |
| 8/22/1985 Letter from T. Gore, III and J. Millette to A. LaPierre re Analysis of Seven Talc Samples for Asbestos Mineral Content by Transmission Electron Microscopy; McCrone Project No. ME-1892, JNJ 000062518 |
| 9/10/1985 Letter from R. Miller, Windsor Minerals, to I. Stewart, McCrone Associates, re: methodology, JNJ 000064652 |
| 10/8/1985 Letter from Thomas J. Gore, III and James R. Millette to Roger N. Miller re: McCrone Project No. ME-1862, JNJ |
| 10/22/1985 Letter from W. Randy Boltin, Joseph A. Krewer, James R .Millette to Roger N. Miller re: Analysis of Air Samples by Phase Contrast Microscopy (PCM) and Transmission Electron Microscopy (TEM) McCrone - Project No. ME-1952, JNJ |
| 11/18/1985 Characteristics of Italian Talcs and Possibility of Association with Harmful Minerals, U. Verdel et al., JNJ |
| 11/22/1985 Letter from T. Kremer and J. Millette to R. Miller re McCrone Project No. ME-2012, JNJTALC000387182 |
| 1/17/1986 Document entitled "Samples To McCrone" with handwritten note, "Roger, per your request," JNJ 000065572 |
| 1/17/1986 Letter from Cheryl Hill-Bennett to James Millette re: Fourteen Samples for Asbestiform Analysis Via Transmission Electron Microscopy, Attach List of Samples, JNJ 000578888 |
| 2/13/1986 Correspondence from W. Ashton to B. Semple re: Supplement to Trip Report February 10, 1986 China Talc Program, JNJTALC000215948 |
| 2/17/1986 Letter from J. Schmidt to J.A. Molnar re: 1985 Talcs, J&J Worldwide Talc Monitoring Program, and attached World Talc Survey, JNJTALC000166744; JNJTALC000166745 |
| 4/7/1986 Letter from James R. Millette to George M. Riviera re: Analysis by Transmission Electron Microscopy (TEM) of Four Talc Samples for the Presence of Asbestos Minerals; McCrone Project No. ME-2377, JNJ 000237304 |
| 4/29/1986 Letter from Thomas Kremer and James R. Millette re: McCrone Project No. ME-2275, JNJ 000292066 |
| 5/29/1986 Letter from Joseph A. Krewer, W. Randy Boltin and James R. Millette to Roger N. Miller re: Analyses of Two (2) Air Samples by Phase Contrast Microscopy (PCM) and Transmission Electron Microscopy (TEM); McCrone Project No. ME- |
| 5/30/1986 Letter from T. Kremer and J. Millette to R. Miller re McCrone Project No. ME-2582, JNJTALC000387140 |
| 6/11/1986 Letter from Thomas Kremer and James R. Millette to George M. Riviera re: Analysis by Transmission Electron Microscopy (TEM) of One Talc Sample for the Presence of Asbestos Minerals; McCrone Project No, ME-2728, JNJ |
| 7/11/1986 Letter from J.W. Swanson, Acting Associate Commissioner for Regulatory Affairs, U.S. Food and Drug Administration, to P. Douillet with enclosures re: Petition Requesting that Cosmetic Talc be Labeled with and Asbestos |
| 8/13/1986 Letter from T. Kremer and R. Millette to G. Riviera re Analysis by Transmission Electron Microscopy (TEM) on One Talc Sample for the Presence of Asbestos Minerals; McCrone Project No. ME-29, JNJ 000285111 |
| 1/30/1987 Memo from J. Schmidt, Johnson & Johnson, to J.A. Molnar and R. Miller, Windsor Minerals, re: Windsor Minerals Raw Talc Submissions November 1986 to January 1987, JNJ 000060681; JNJ 000266323 |
| 3/11/1987 Letter from T. Kremer and R. Millette to J. Schmidt re Analyses of Two Talc Samples for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-3582, JNJ 000266504 |
| 3/24/1987 Standard Operating Procedure – Talc, JNJTALC000170450 |
| 3/30/1987 Letter from J. Schmidt, Johnson & Johnson, to R. Miller, Windsor Minerals, re: Windsor Minerals Raw Talc |

| |
|---|
| 4/10/1987 Letter from Thomas Kremer and James R. Millette to Hisachi Nishimura re: Analysis of One Talc Sample for Mineral Content by Transmission Microscopy (TEM) re: McCrone Project No. ME-3762 with attachments, |
| 5/21/1987 McCrone Letter from Stewart to Benninger re Monitoring Windsor's talc products, JNJ 000314361 |
| 6/3/1987 Letter from Thomas Kremer and James R. Millette to Joseph Schmidt re: Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM) re: McCrone Project No. ME-3853, JNJ 000266503 |
| 6/10/1987 Material Specification Windsor 66 Talc, JNJ 000885763 |
| 7/7/1987 Talc Analysis Report No. ES#8288, JNJ 000062220 |
| 7/20/1987 Memo from W.H. Ashton to B. Semple re: Talc/Asbestos Johnson & Johnson K.K., JNJTALC000128265 |
| 7/24/1987 Document entitled "Samples to McCrone Environmental Services," JNJ 000064670 |
| 8/26/1987 Letter from T. Kremer and R. Millette to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-4133, JNJ 000285446 |
| 10/1/1987 Memo from J. Schmidt, Johnson & Johnson, to R. Miller, Windsor Minerals, re: Talc Samples From Mountain States R&D, May 1, 1987, JNJ 000266310 |
| 11/9/1987  Letter from T. Kremer and R. Millette to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-4368, JNJ 000266500 |
| 1/19/1988 Memo from W.H. Ashton to B. Semple re: Talc/Asbestos Report of Visit to Institute of Health Ministry of Labor, Kawasaki, Japan, JNJTALC000128660 |
| 1/27/1988 Letter from Thomas Kremer and James R. Millette to Roger N. Miller re: McCrone Project No. ME-4468, JNJ |
| 3/1/1988 Material Specification Windsor 66 Talc, JNJ 000223521 |
| 3/14/1988 Letter from A. Dickey and I. Stewart, RJ Lee Group, to M.A. Nunes, Johnson & Johnson, re: analysis of talc sample 879-57 TALC L, JNJ 000062176 |
| 3/18/1988 Letter from T. Kremer and R. Millette to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-4662, JNJ 000266479 |
| 3/22/1988 Letter from W.H. Ashton to N. Nishimura re: Talc/Asbestos - Dr. Norihiko Kohyama, JNJTALC000128666 |
| 5/24/1988 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-4978, JNJ 000266428 |
| 6/2/1988 Letter from E. Kent Sprague and Joseph A. Krewer to Roger N. Miller re: McCrone Project No. ME-5017, JNJ |
| 6/22/1988 Letter from E. Kent Sprague and Joseph A. Krewer to Joseph Schmidt re Analyses of Two Talc Samples for Asbestos Mineral Content by Transmission Electron Microscopy (TEM) re: McCrone Project No. ME-5158, JNJ 000266292 |
| 7/13/1988 Letter from George Dunmyre (RJLeeGroup) to William Ashton (JJ) re TEM Asbestos Results for Sample 24164 - Job No. AAH807932, JNJ 000266298 |
| 7/13/1988 Letter from George R. Dunmyre to Mathew A. Nunes re Analysis of Experimental Talc Exp. #2 and Talc 8799-134, Exp. Lot #17 Job No. AAH805669 and AAH806806, JNJ 000285277 |
| 7/13/1988 Letter from George R. Dunmyre to Mathew A. Nunes re TEM Asbestos Results for Sample Exp. #1, Job No. AAH805668, PO No. 00653, JNJ 000266288 |
| 8/4/1988  Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-523, JNJ 0000655709 |
| 8/29/1988 ES Laboratories, Inc. for Johnson & Johnson B.P. Division - ES #8823 Talc Analysis, JNJ 000246309 |
| 10/13/1988 Memo from R. Miller, Windsor Minerals, to M. Gross re: Rainbow Mine Sourced Grade 66 Composite Sample For Testing, JNJTALC000215210 |
| 12/5/1988 Letter from  E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-5667, JNJ 000266448 |
| 12/22/1988 Letter from E. Kent Sprague and James R. Millette to Roger N. Miller re: McCrone Project No. ME-5802, JNJ |
| 1/17/1989 ES Laboratories Incorporated for Johnson & Johnson BP Division ES #9020 Talc Analysis Report, JNJ 000061078 |
| 1/13/1989 Letter from S. Dunn to M. Germine re Petition HP 87-1 to Ban Consumer Limestone Products Containing in Excess of 0.01 Percent Tremolite; attachment Chairman Scanlon's Statement on Limestone Products Containing Tremolite, |
| 1/25/1989 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-5895, JNJ 000239823 |
| 2/22/1989 Letter from W. Ashton to L. Zheng re: specifications for cosmetic talc, JNJTALC000216004 |
| 3/27/1989 Letter from E. Kent Sprague and James R. Millette to Roger N. Miller re: McCrone Project No. ME-6148, JNJ |
| 3/30/1989 Letter from E. Kent Sprague and James R. Millette to Roger N. Miller re: McCrone Project No. ME-5802, JNJ |
| 4/29/1989 ES Laboratories, Inc. for Johnson & Johnson B.P. Division - ES #9166 Talc Analysis, JNJ 000266279 |

| |
|---|
| 5/5/1989 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-6216, JNJ 000239824 |
| Johnson & Johnson letter to J. Molnar re: Cyprus Talc - Brite 75, JNJ000223447 |
| 5/23/1989 Correspondence from G. Dunmyre to J. Schmidt re: RJ Lee Group Job No. AAH905450 Johnson & Johnson P.O. No. 004854, JNJ 000223509 |
| 6/19/1989 ES Laboratories, Inc. for Johnson & Johnson B.P. Division - ES #9232 Talc Analysis, JNJ 000266331 |
| 8/10/1989 Letter from E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-6569, JNJ 000239825 |
| 11/3/1989 Letter from  E. Kent Sprague and J. Krewer to J. Schmidt re Analysis of One Talc Sample for Asbestos Mineral Content by Transmission Electron Microscopy (TEM); McCrone Project No. ME-6952, JNJ 000266375 |
| 11/20/1989 Interim Material Specification –Cyprus Windsor Minerals Corporation Grade 66 Talc, JNJ 000871094 |
| 12/27/1989 Memorandum from Mathews A. Nunes to Distribution re Talc Audit re X-ray diffraction and transmission electron microscopy TEM Analyses performed on Windsor V-66 talc during 1989, JNJ 000237232 |
| 1990 McCrone Associates File re: Johnson & Johnson, Project Nos. ME-7885, MA90013, JOJO-MA90013-001 |
| Blount, Amphibole Content Of Cosmetic And Pharmaceutical Talcs, and 2/10/1992 Letter from A. Blount to M. Refregier, Talc de Luzenac, JNJ 000379224 |
| 2/22/1990 Letter from E. Kent Sprague and Joseph A. Krewer to Regina Gallagher re: Analyses of Four Talc Samples for Asbestos Mineral Content by Transmission Electron Microscopy (TEM), JNJ 000237245 |
| 2/28/1990 Letter from Bill Ashton to Bruce Semple re: Talc Alternate for JBP HAMM Deposit - Windham, Vermont, |
| 3/2/1990 Letter from R. Gallagher to M. Nunes re Talc analysis by X-Ray diffraction, JNJ 000237256 |
| 5/29/1990 Correspondence from W. Ashton to B. Semple re: China Talc Update, JNJTALC000423536 |
| 6/7/1990 Letter from E. Kent Sprague and J. Krewer to R. Gallagher re analysis of one talc samples for asbestos mineral content by transmission electron microscopy (TEM); McCrone Project No. ME-7606; Sample 31-HV66, JNJ 000237246 |
| 6/21/1990 Correspondence from W. Ashton to O. Cariaso re: Data on Jizhua, JNJTALC000128630 |
| 6/28/1990 Material Specification – Cyprus/Windsor 66 Talc, JNJ 000070512 |
| 8/15/1990 Letter from T. Kremer and E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); McCrone Project No. ME-7834; Sample 32-HV66, JNJ 000237247 |
| 11/2/1990 Letter from J. Johnson, Johnson & Johnson, to J. Millette, McCrone Associates, re: analysis of three samples (and attachments), JNJ 000577921; JNJ 000577922; JNJ 000577923; JNJ 000577927; JNJ 000577928 |
| 11/5/1990 Letter from E. Kent Sprague to Michael J. Keener re: McCrone Project Number ME-7875, JNJ 000291533 |
| 11/6/1990 Letter from R. Ellis to H. Grayson re: asbestos analysis of talc sample TC-V, JNJ 000065445 |
| 11/12/1990 Correspondence from W. Ashton to O. Cariaso re: Alternate Chinese Talc Jizhua Deposit Cosmetic Grade, |
| 11/26/1990 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 90-28, CWM 90-29, and CWM 90-30 (Asbestiform testing), JNJ 000291538 |
| 12/17/1990 Letter from E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); McCrone Project Number ME-7885; Sample 33-HV66, JNJ 000237248 |
| Jan. 1991 – Sept. 1992 Collection of Documents entitled "Microscopic Analyses For Amphibole And Chrysotile", AB-CYP- |
| 1/4/1991 Material Analysis Report - Control #1-0038, JNJTALC000290420 |
| 1/4/1991 Material Analysis Report - Control #1-0038, JNJ 000315122 |
| 1/4/1991 Material Analysis Report - Control #1-0039, JNJ 000070696 |
| 1/16/1991 Material Analysis Report - Control #1-0193, JNJ 000070690 |
| 1/31/1991 Material Analysis Report - Control #1-0329, JNJ 000315094 |
| 2/12/1991 Material Analysis Report - Control #1-0405, JNJ 000315079 |
| 2/15/1991 EPA Level II TEM Analysis, ME # 60414-1, JNJ 000683856 |
| 2/15/1991 Letter from E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); Sample 34-HV66, JNJ 000237240 |
| 2/20/1991 Material Analysis Report - Control #1-0489, JNJ 000315067 |
| 2/21/1991 Letter from E. Kent Sprague to J. Johnson re Results of Transmission Electron Microscopy (TEM) Analysis of Five Talc Samples CWM 91-01 - CWM 91-05, JNJ 000291467 |
| 3/4/1991 Material Analysis Report - Control #1-0591, JNJ 000315052 |
| 3/12/1991 Material Analysis Report - Control #1-0623; JNJ 000315043 |
| 3/25/1991 Material Analysis Report - Control #1-0714, JNJ 000315029 |

| |
|---|
| 3/28/1991 Letter from E. Kent Sprague to Michael J. Keener re: Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-06, CWM 91-07, CWM 91-08, CWM 91-09, CWM 91-10 and CWM 91-11 |
| 4/3/1991 Material Analysis Report - Control #1-0789, JNJ 000315011 |
| 4/8/1991 Material Analysis Report - Control #1-0837, JNJ 000314999 |
| 4/16/1991 Material Analysis Report - Control #1-0911, JNJ 000314990 |
| 4/25/1991 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-12, CWM 91-13, and CWM 91-14 (Asbestiform testing), JNJ 000280847 |
| 5/2/1991 Material Analysis Report - Control #1-1030, JNJ 000314981 |
| 5/20/1991 Material Analysis Report - Control #1-1122, JNJ 000314972 |
| 5/23/1991 Letter from E. Kent Sprague to Michael J. Keener re: Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-15, CWM 91-16, CWM 91-17, CWM 91-18, CWM 91-19, CWM 91-20, and |
| 5/29/1991 Fax from W. Ashton to J. Cheung re: Proposed Meeting with Kwang Ning on Guangxi Talc Status, |
| 5/30/1991 Material Analysis Report - Control #1-1204, JNJ 000070534 |
| 5/31/1991 Letter E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); Sample 35-HV66, JNJ 000223429 |
| 6/5/1991 Windsor 66 Talc Specification, JNJ 000315123 |
| 6/7/1991 Memo from R. Gallagher to V. McCluskey re Cyprus Windsor Composite Talc of Samples - First Quarter 1991, JNJ |
| 6/11/1991 Material Analysis Report - Control #1-1297, JNJ 000314945 |
| 6/14/1991 Letter from E. Kent Sprague to Michael J. Keener re Eight Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-22, CWM 91-23, CWM 91-24, CWM 91-25, CWM 91-26, CWM 91-27, CWM 91-28, and CWM 91-29 (Asbestiform testing), JNJ 000280849 |
| 6/24/1991 Material Analysis Report - Control #1-1366, JNJ 000316402 |
| 7/8/1991 Material Analysis Report - Control #1-1440, JNJ 000316392 |
| 7/15/1991 Material Analysis Report - Control #1-1463, JNJ 000316383 |
| 7/23/1991 Material Analysis Report - Control #1-1534, JNJ 000316370 |
| 8/8/1991 Letter from E. Kent Sprague to Michael J. Keener re Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-30, CWM 91-31, CWM 91-32, CWM 91-33, and CWM 91-34 (Asbestiform |
| 8/12/1991 Material Analysis Report - Control #1-1652, JNJ 000316348 |
| 8/20/1991 Material Analysis Report - Control #1-1683, JNJ 000316329 |
| 8/26/1991 Letter from E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); Sample 36-HV66, JNJ 000237242 |
| 9/3/1991 Material Analysis Report - Control #1-1779, JNJ 000316320 |
| 9/23/1991 Letter from E. Kent Sprague to Michael J. Keener re Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-40, CWM 91-41, CWM 91-42, CWM 91-43, CWM 91-44 and CWM 91-45 |
| 10/10/1991 Material Analysis Report - Control #1-1937, JNJ 000316305 |
| 10/21/1991 Material Analysis Report - Control #1-2142, JNJ 000316297 |
| 10/31/1991 Letter from E. Kent Sprague to Michael J. Keener re: Five Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-45, CWM 91-46, CWM 91-47, and CWM 91-48,  and CWM 91-49 (Asbestiform |
| 11/4/1991 Material Analysis Report - Control #1-2268, JNJ 000316294 |
| 11/12/1991 Material Analysis Report - Control #1-2317, JNJ 000316291 |
| 11/18/1991 Material Analysis Report - Control #1-2391, JNJ 000316284 |
| 11/18/1991 Material Analysis Report - Control #1-2392, JNJ 000316288 |
| 11/26/1991 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-50, CWM 91-51, and CWM 91-52 (Asbestiform testing), JNJ 000280854 |
| 12/13/1991 EPA Level II Tem Analysis, ME # 60523-1, JNJ 000683890 |
| 12/16/1991 Material Analysis Report - Control #1-2631, JNJ 000316265 |
| 12/16/1991 Material Analysis Report - Control #1-2661, JNJ 000316262 |
| 12/26/1991 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-53, CWM 91-54, and CWM 91-55 (Asbestiform testing), JNJ 000280855 |
| 1/8/1992 Fax from W. Ashton to J. Cheung re: Talc Meetings, JNJTALC000216343 |
| 1/8/1992 Material Analysis Report - Control #2-0128, JNJ 000315488 |
| 1/8/1992 Material Analysis Report - Control #2-0129, JNJ 000315481 |
| 1/21/1992 Product Certification - Protocol, JNJ 000280907 |

| |
|---|
| 1/24/1992 Material Analysis Report - Control #2-0301, JNJ 000315460 |
| 1/29/1992 Letter from E. Kent Sprague to Regina Gallagher re Two Talc Samples received re: 37-HV66 and 38-HV66 re asbestos minerals, JNJ 000237243 |
| 1/29/1992 Letter from J.M. Radcliffe, Cyprus Industrial Minerals, to J. Scott, West Windsor, re: Flotation System Mineralogy November 1991 – Composites, JNJ 000280878 |
| 1/31/1992 Letter from E. Kent Sprague to Michael J. Keener re: Three Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 91-56, CWM 91-57, and CWM 91-58 (Asbestiform testing), JNJ 000280856 |
| 2/12/1992 Letter from R. Gallagher to W. Ashton re: Optical Microscopy of Jizhua Composite Talc from the Phillippines, JNJ |
| 2/12/1992 Material Analysis Report - Control #2-0480, JNJ 000315449 |
| 2/24/1992 Material Analysis Report - Control #2-0625, JNJ 000315426 |
| 3/9/1992 Fax from W. Ashton to J. Cheung re: China Talc Meeting April 13-14, 1992, JNJTALC000216351 |
| 3/10/1992 Material Analysis Report - Control #2-0811, JNJ 000315407 |
| 3/17/1992 Memo from R. Gallagher to V. McCluskey re Cyprus Windsor Composite Talc of Samples - Third & Fourth Qtrs. |
| 3/24/1992 Letter from E. Kent Sprague to Michael J. Keener re: Transmission Electron Microscopy (TEM) Analysis of Talc Samples re: Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 92-01, CWM 92-02, CWM 92-03, CWM 92-04, CWM 92-05, CWM 92-06, and CWM 92-07 (Asbestiform testing), JNJ 000280843 |
| 3/24/1992 Material Analysis Report - Control #2-0899, JNJ 000315185 |
| 4/8/1992 Correspondence from W. Ashton to O. Cariaso re: China Talc/Purity, JNJTALC000452541 |
| 4/14/1992 Material Analysis Report - Control #2-1134, JNJ 000315362 |
| 4/16/1992 Fax from W. Ashton to C. Clayson re: Highlights of Meeting, JNJTALC000452531 |
| 4/22/1992 Letter from E. Kent Sprague to Michael J. Keener re: Four Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 92-08, CWM 92-09, CWM 92-10, and CWM 92-11 (Asbestiform testing), JNJ |
| 4/28/1992 Letter from Jeffrey Radcliffe to Jeff Scott re: Floatation System - Mineralogy, JNJ 000280876 |
| 5/4/1992 Material Analysis Report - Control #2-1338, JNJ 000315331 |
| 5/4/1992 Material Specification – Cyprus Windsor Minerals Corporation Grade 66 Talc, JNJ 000241112 |
| 5/11/1992 Material Analysis Report - Control #2-1412, JNJ 000315312 |
| 5/20/1992 Letter from E. Kent Sprague to R. Gallagher re Analysis of one (1) talc samples for asbestos mineral content by transmission electron microscopy (TEM); Sample 39-HV66, JNJ 000245524 |
| 5/26/1992 Material Analysis Report - Control #2-1511, JNJ 000320543 |
| 5/27/1992 Fax from W. Ashton to N. Satathip re: Change in Bag Marking, JNJTALC000216222 |
| 6/1/1992 Correspondence from W. Ashton to O. Cariaso re: Jizhua Talc, JNJTALC000165876 |
| 6/5/1992 Cyprus Windsor Minerals Corporation Samples to McCrone Environmental Services, JNJTALC000071265 |
| 6/10/1992 Material Analysis Report - Control #2-1712, JNJ 000070015 |
| 6/22/1992 Material Analysis Report - Control #2-1840, JNJ 000070006 |
| 6/25/1992 Letter from E. Kent Sprague to Michael J. Keener re: Eight Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples CWM 92-12, CWM 92-13, CWM 92-14, CWM 92-15, CWM 92-16, CWM 92-17, CWM 92-18 and CWM 92-19 (Asbestiform testing), JNJ 000280887 |
| 7/17/1992 Material Analysis Report - Control #2-2054, JNJ 000315262 |
| 7/28/1992 Letter from E. Kent Sprague to Michael J. Keener re: Four Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-20, LAI 92-21, LAI 92-22, and LAI 92-23 (Asbestiform testing), JNJ 000280845 |
| 7/29/1992 Fax from W. Ashton to W. Niphawong re: China Talc J-200, JNJTALC000216197 |
| 8/4/1992 Material Analysis Report - Control #2-2220, JNJ 000315240 |
| 8/4/1992 Material Analysis Report - Control #2-2355, JNJ 000315222 |
| 8/4/1992 Material Analysis Report - Control #2-2356, JNJ 000315225 |
| 8/4/1992 Material Analysis Report - Control #2-2357, JNJ 000315228 |
| 8/24/1992 Material Specification – Luzenac America, Inc., Windsor Grade 66 Talc, JNJ 000304825 |
| 9/14/1992 Letter from E. Kent Sprague to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-24, LAI 92-25, LAI 92-26, LAI 92-27, LAI 92-28 and LAI 92-29 (Asbestiform |
| 9/14/1992 Material Analysis Report - Control #2-2595, JNJ 000315207 |
| 9/15/1992 Material Analysis Report - Control #2-2614, JNJ 000315204 |
| 9/21/1992 Material Analysis Report - Control #2-2641, JNJ 000069919 |
| 9/22/1992 Fax from W. Ashton to W. Niphawong re: J200 Grind, JNJTALC000286354 |

| |
|---|
| 9/25/1992 Letter from Thomas Dagenhart (RJLeeGroup) to Dr. Bruce Semple (JJ) re TEM and XRD Analyses for Samples on Attached Report, Job No. ATW 208041, Customer P.O. No. J040369, JNJ 000373757 |
| 9/28/1992 Material Specification – Luzenac America, Inc., Windsor Grade 66 Talc, JNJ 000243215 |
| 9/29/1992 Letter from Stephen B. Rice to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-30, LAI 92-31, LAI 92-32, LAI 92-333, LAI 92-34 and LAI 92-35 (Asbestiform |
| 10/5/1992 Material Analysis Report - Control #2-2876, JNJ 000315179 |
| 10/14/1992 Material Analysis Report - Control #2-2924, JNJ 000069898 |
| 10/19/1992 Letter from R. Gallagher to V. McCluskey re: Luzenac America Composite Talc Samples - Second Quarter, 1992, |
| 11/2/1992 Material Analysis Report - Control #2-3150, JNJ 000069886 |
| 11/2/1992 Material Analysis Report - Control #2-3151, JNJ 000315152 |
| 11/17/1992 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-36, LAI 92-37, LAI 92-38, LAI 92-39, LAI 92-40 and LAI 92-41 (Asbestiform |
| 11/17/1992 Process Specification – Manufacture of Johnson's Baby Powder Formula 777-145-148, JNJ 000373824 |
| 11/19/1992 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-42, LAI 92-43, LAI 92-44, LAI 92-45, LAI 92-46 and LAI 92-47 (Asbestiform |
| 11/23/1992 Material Analysis Report - Control #2-3366, JNJ 000315134 |
| 12/16/1992 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-48, LAI 92-49, LAI 92-50, LAI 92-51, LAI 92-52 and LAI 92-53 (Asbestiform |
| 12/31/1992 Material Analysis Report - Control #3-0112, JNJ 000069841 |
| 1/6/1993 Material Analysis Report, JNJ 000315832 |
| 1/25/1993 Material Analysis Report - Control #3-0426, JNJ 000024573; JNJ 000315817 |
| 1/28/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 92-54, LAI 92-55, LAI 92-56, LAI 92-57, LAI 92-58 and LAI 92-59 (Asbestiform |
| 2/10/1993 Material Analysis Report - Control #3-0715, JNJ 000069793 |
| 2/15/1993 Material Analysis Report - Control #3-0750, JNJ 000315790 |
| 2/15/1993 Memo from R. Gallagher (J&J) to V. McCluskey re Luzenac America Composite Talc Samples - Third and Fourth Quarters of 1992, JNJ 000245537 |
| 2/29/1993 Certificate of Analysis sent from W. Ashton to S. Zhu and J. Wu, JNJTALC000216179 |
| 3/10/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-01, LAI 93-02, LAI 93-03, LAI 93-04, LAI 93-05 and LAI 93-06 (Asbestiform |
| 3/10/1993 Material Analysis Report - Control #3-0987, JNJ 000315769 |
| 3/22/1993 Material Analysis Report - Control #3-1178, JNJ 000069745 |
| 3/31/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-07, LAI 93-08, LAI 93-09, LAI 93-10, LAI 93-11 and LAI 93-12 (Asbestiform |
| 4/7/1993 Material Analysis Report - Control #3-1337, JNJ 000315736 |
| 4/21/1993 Material Analysis Report - Control #3-1731, JNJ 000315718 |
| 4/26/1993 Material Analysis Report - Control #3-1676, JNJ 000315712 |
| 4/30/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-13, LAI 93-14, LAI 93-15, LAI 93-16, LAI 93-17 and LAI 93-18 (Asbestiform |
| 5/10/1993 Material Analysis Report - Control #3-1866, JNJ 000315700 |
| 5/12/1993 Material Analysis Report - Control #3-1952, JNJ 000069688 |
| 5/12/1993 McCrone Letter from J. Roth to J. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-2076A Johnson & Johnson Purchase Order No. 048434, |
| 5/19/1993 Material Analysis Report - Control #3-2103, JNJ 000069679 |
| 5/28/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-19, LAI 93-20, LAI 93-21, LAI 93-22, LAI 93-23 and LAI 93-24 (Asbestiform |
| 6/9/1993 Material Analysis Report - Control #3-2316, JNJ 000069664 |
| 6/18/1993 Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-25, LAI 93-26, LAI 93-27, LAI 93-28, LAI 93-29 and LAI 93-30 (Asbestiform |
| 6/23/1993 EPA Level II TEM Analysis, ME # 60577-5, JNJ 000683850 |
| 7/5/1993 Material Analysis Report - Control #3-2441, JNJ 000315646 |
| 7/5/1993 Material Analysis Report - Control #3-2573, JNJ 000069653 |
| 7/9/1993 Luzenac America, Inc./West Windsor Lab Procedure for Asbestos-Transmission Electron Microscopy, JNJ |

| |
|---|
| 7/19/1993 Material Analysis Report - Control #3-2664, JNJ 000069630 |
| 8/11/1993 Material Analysis Report Raw Material - Control #3-2785, JNJ 000315628 |
| 8/12/1993  Letter from John R. Roth to Michael J. Keener re: Six Talc Samples for Asbestos Analysis by Transmission Electron Microscopy re: Samples LAI 93-31, LAI 93-32, LAI 93-33, LAI 93-34, LAI 93-35 and LAI 93-36 (Asbestiform |
| 8/27/1993 Letter from John R. Roth to Michael J. Keener re TEM Analysis of Five Talc Samples McCrone Project No. IL- |
| 9/13/1993 Material Analysis Report Raw Material - Control #3-3135, JNJ 000069585 |
| 9/14/1993 McCrone Letter from J. Roth to R. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-2224 Johnson & Johnson Purchase Order No. J046204, |
| 9/20/1993 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Four Talc Samples re McCrone Project No. IL-2227 re: Samples LAI 93-42, LAI 93-43, LAI 93-44 and LAI 93-45 (Asbestiform testing), JNJ 000280902 |
| 9/26/1993 Material Analysis Report Raw Material, JNJ 000069606 |
| 9/27/1993 Material Analysis Report Raw Material - Control #3-3347, JNJ 000315577 |
| 9/28/1993 Material Analysis Report Raw Material - Control #3-3442, JNJ 000315583 |
| 11/1/1993 Material Analysis Report Raw Material - Control #3-3766, JNJ 000069543 |
| 11/3/1993 Material Analysis Report Raw Material - Control #3-3948, JNJ 000069534 |
| 11/8/1993 Material Analysis Report Raw Material - Control #3-4050, JNJ 000069531 |
| 11/10/1993 Material Analysis Report Raw Material - Control #3-4048, JNJ 000069528 |
| 12/6/1993 Material Analysis Report Raw Material - Control #4-4278, JNJ 000315529 |
| 12/30/1993 Material Analysis Report Raw Material - Control #4-0259, JNJ 000314849 |
| 12/30/1993 Material Analysis Report Raw Material, JNJ 000316111 |
| 1/13/1994 Material Analysis Report Raw Material - Control #4-0199, JNJ 000314852 |
| 1/21/1994 Material Analysis Report Raw Material - Control #4-0526, JNJ 000070297 |
| 1/28/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2338 re: Samples LAI 93-58, LAI 93-59 and LAI 93-60 (Asbestiform testing), JNJ 000280841 |
| 2/1/1994 Material Analysis Report Raw Material - Control #4-0523, JNJ 000316104 |
| 2/17/1994 Material Analysis Report Raw Material - Control #4-0861, JNJ 000070294 |
| 2/24/1994 Material Analysis Report Raw Material - Control #4-1054, JNJMX68  000001618 |
| 3/7/1994 Material Analysis Report Raw Material - Control #4-1229, JNJ 000316073 |
| 3/15/1994 Material Analysis Report Raw Material - Control #4-1490, JNJ 000070272 |
| 3/16/1994 Material Specification – Luzenac America, Inc., Windsor Grade 66 Talc, JNJTALC000023131 |
| 3/16/1994 McCrone Letter from J. Roth. to R. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-8382 Johnson & Johnson Purchase Order No. J050464 |
| 3/21/1994 Material Analysis Report Raw Material - Control #4-1602, JNJ 000070263 |
| 3/23/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Four Talc Samples re McCrone Project No. IL-2409 re: Samples LAI 94-04, LAI 94-05, LAI 94-06 and LAI 94-07 (Asbestiform testing), JNJ 000280819 |
| 3/23/1994 Material Analysis Report Raw Material - Control #4-1679, JNJ 000070254 |
| 3/30/1994 Memo from R. Gallagher (J&J) to G. Cauwenbergh, et al., re Talc Audit on Windsor V-66 Talc from the first quarter of 1993 through the last quarter of 1993, JNJ 000375817 |
| 4/6/1994 Material Analysis Report Raw Material - Control #4-1965, JNJ 000316037 |
| 4/13/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2447 re: Samples LAI 94-08, LAI 94-09 and  LAI 94-10 (Asbestiform testing), JNJ 000280821 |
| 4/15/1994 Material Analysis Report Raw Material - Control #4-2183, JNJ 000316013 |
| 4/22/1994 Material Analysis Report Raw Material - Control #4-2405, JNJ 000316004 |
| 4/29/1994 Material Analysis Report Raw Material - Control #2-2519, JNJ 000316000 |
| 4/29/1994 Material Analysis Report Raw Material - Control #4-2518, JNJ 000070182 |
| 5/2/1994 Memo from R.K. Denton, Jr. to W. Ashton, E. Lukenbach re JJ Worldwide Talc Survey - Monitoring Program - 1993/1994 Talcs, JNJTALC000166630 |
| 5/3/1994 Material Analysis Report Raw Material - Control #4-2590, JNJ 000070178 |
| 5/10/1994 Material Analysis Report Raw Material - Control #4-2709, JNJ 000315970 |
| 5/10/1994 Material Analysis Report Raw Material - Control #4-2716, JNJ 000070173 |
| 5/16/1994 Material Analysis Report Raw Material - Control #4-2753, JNJ 000315963 |
| 6/6/1994 Internal J&J Memo to W. Ashton, et al. re: Worldwide Talc Sourcing - Chinese Talc, May 23, 1994 Meeting, JNJ |

6/10/1994 J. Roth Letter to R. Gallagher re Talc Sample Analysis for Asbestos Content by Transmission Electron Microscopy (TEM); McCrone Project No. IL-2510, 46-HV66, JNJ 000239634

7/26/1994 J&J's Responses to Questions Posed by the FDA, JNJ 000085307

8/24/1994 McCrone Letter from J. Roth to R. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project NO. IL-2549 Johnson & Johnson Purchase Order No. J051819,

9/27/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2604 re: Samples LAI 94-23, LAI 94-24 and LAI 94-25 (Asbestiform testing), JNJ 000280828

10/17/1994 Letter from J. Guay to J. O'Shaughnessy, J. re reply to letter dated 10/4/1994 in reference to Ritter v. Cyprus, et al.,

11/1/1994 Letter from John R. Roth to Michael J. Keener re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2641 re: Samples LAI 94-26, LAI 94-27 and LAI 94-28 (Asbestiform testing), JNJ 000280830

11/14/1994 McCrone Letter from J. Roth to R. Gallagher (J&J) re Talc Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project No. IL-2658 Johnson & Johnson Purchase Order No.

11/17/1994 Letter from Jill Cashen, Research Associate, Cancer Prevention Coalition Petition to Comm. Kessler, FDA, Enclosing Citizen Petition Seeking Carcinogenic Labeling on all Cosmetic Talc Products

1/26/1995 McCrone letter from Roth, J. to Gallagher, R. (J&J) re TALC Sample Analysis For Asbestos Mineral Content by Transmission Electron Microscopy (TEM) - McCrone Project No. IL-2738-A Johnson & Johnson Purchase Order No.

2/14/1995 Memo from R. Gallagher (J&J) to G. Cauwenbergh, et al., re Talc Audit on Windsor V-66 Talc from the first quarter of 1994 through the last quarter of 1994, JNJ 000239630

4/13/1995 Letter from R.K. Denton Jr. to D. Jones re: Toiletries / Skin Care General Support Project No. 7321 Talc Validation Team Meeting, Windsor VT- 3/30/95, JNJ 000240670

8/21/1995 J&J Consumer Companies Worldwide Specification; Analysis of Powdered Talc for Asbestiform Minerals by Transmission Electron Microscopy, JNJ 000132581

9/19/1995 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2965 re: Samples LAI 95-24, LAI 95-25 and LAI 95-26 (Asbestiform testing), JNJ 000280807

10/10/1995 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-2992 re: Samples LAI 95-27, LAI 95-28 and LAI 95-29 (Asbestiform testing), JNJ 000280809

10/13/1995 Letter from W.H. Powers, RJ Lee Group, to W.H. Ashton, Johnson & Johnson, re: RJ Lee Group, Inc. Job No. AOH510299, JNJ 000063951

11/9/1995 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-3010 re: Samples LAI 95-30, LAI 95-31 and LAI 95-32 (Asbestiform testing), JNJ 000280811

12/11/1995 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-3030 re: Samples LAI 95-33, LAI 95-34 and LAI 95-35 (Asbestiform testing), JNJ 000280813

1/22/1996 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Three Talc Samples re McCrone Project No. IL-3045 re: Samples LAI 95-36, LAI 95-37 and LAI 95-38 (Asbestiform testing), JNJ 000280815

2/13/1996 Fax letter from Richard Zazenski to Bill Ashton re: Ore Source, JNJ 000240635

3/12/1996 Letter from William H. Powers (RJLeeGroup) to William H. Ashton (JJ) re PLM Analysis for Samples as Shown on Table 1, Job No. AOH602190, JNJ 000240619

3/26/1996 Memo from R. Gallagher (J&J) to J. Hopkins re Optical Microscopy / Dispersion Staining of Luzenac America Talc Composite Samples for 1995, JNJTALC000167149

5/8/1996 Letter from John R. Roth to Tim Hicks re: TEM Analysis of Two Talc Samples re McCrone Project No. IL-4046 re: Samples LAI 96-05 and LAI 96-06 (Asbestiform testing), JNJ 000280783

6/11/1996 Letter from John R. Roth to Tim Hicks re: X-ray Diffraction Analysis of Talc Samples re: McCrone Project No.: IL-

11/15/1996 Product Certification Report - Reference: 96-291, JNJ 000291910

1/20/1997 Product Certification Report - Reference: 96-412, JNJ 000291912

3/2/1997 Letter from G. Grieger to R. Gallagher re analyses of sample designated as sample A., JNJ 000264734

3/17/1997 Product Certification Report - Reference: 96-008, JNJ 000291913

8/25/1997 Letter from J.L. Abraham, State University of New York, Health Science Center at Syracuse, to H.L. Hobson re: Coker JA97-191, JNJ 000064544

12/4/1997 Luzenac America Inc. West Windsor Laboratory Sample to Bain Environmental Inc. (and attachments), JNJ 000280762; JNJ 000280763; JNJ 000280764

12/4/1997 Table I - Summary of Transmission Electron Microscopy, TEM Results, Project No. BE-980113257, JNJ

1/21/1998 Letter from J.R. Roth to M. Hayes re: TEM Analysis of LAI 97-12 and Reanalysis of LAI 97-10 for Asbestos Minerals, Bain Project No.: BE-980113257, JNJ 000280761

| |
|---|
| 2/25/1998 Product Certification Report - Reference: 97-448, JNJ 000291915 |
| 3/16/1998 Letter from M.R. Hatcher, Mehaffy & Weber, to J. O'Shaughnessy, Johnson & Johnson, re: NO. D-157746; Darlene Coker, and spouse Roy Coker vs. Bill Thames Pharmacy Inc., et al; M&W File No. 3125-11, JNJ 000064591 |
| 4/23/1998 Letter from A.M. Blount to M.R. Hatcher, Mehaffy & Weber, re: "report on the occurrence, regulation and up-to-date scientific view of asbestos, amphiboles and 'intermediate' fibers", JNJ 000064241 |
| 12/1999 Report by W.H. Ashton, L. McCulloch re JJ Worldwide Talc Survey - 1998/1999, JNJTALC000348905 |
| 11/1/2000 Addison & Langer, Draft Comments on the NTP Draft Report on Carcinogens Background Document for Talc Asbestiform and Non-Asbestiform, JNJ 000055117 |
| 11/20/2000 Letter from Robert L. Virta to Mary S. Wolfe re National Toxicological Program (NTP) Board of Scientific Counselors Report on Carcinogens (RoC) Subcommittee meeting, December 13-15, 2000 in Washington, DC, JNJ 000001696 |
| 2/23/2004 Ozdaglar Fax to Monseau re KCRA TV3's Special Report on Asbestos, JNJ 000375382 |
| 2/24/2004 Email from J. Hopkins, Innova to S. Mann re: Talc (and attachments), JNJ 000375386; JNJ 000375387; JNJ |
| 3/9/2004 Letter from W. Powers to W. Ashton re Forensic Analytical Report, JNJTALC000064952 |
| 3/26/2004 Lab report from William H. Powers (RJLeeGroup) to William Ashton (JJ) on analysis of samples received 3/5/2004, RJLeeGroup Job No. AOH403263, JNJ 000089153 |
| 12/5/2005 Letter to William Ford National Stone Sand and Gravel Association from University of Maryland re: November 2005 RJLG El Dorado Hills |
| 12/14/2005 Letter to William Ford National Stone Sand and Gravel Association from Arthur Langer re: November 2005 RJLG El Dorado Hills Asbestos Evaluation Project |
| 1/27/2006 Certificate of Analysis - Product Code: GRD25M011-1; Product Lot: H 12205A, JNJ 000357636 |
| 3/23/2006 John Addison comments on RJ Lee Group report, dated November 2005, of the Evaluation of EPA's Analytical Data from the El Dorado Hills Asbestos Evaluation Project |
| 6/30/2006 Evaluation of the Approach Recently Proposed for Assessing Asbestos-Related Risk in El Dorado County, California prepared for William C. Ford by D. Wayne Berman, Ph.D. |
| 10/13/2008 Ore Analysis Report - Guangxi #2 Composite M.V. Shi Dal #3 AOS488-1, JNJ 000426128 |
| 4/1/2009 Email from T. Gorecki to T. McCarthy re Talc, JNJTALC000119421 |
| 4/2/2009 Email from P. Serbiak to M. Bowden re Asbestos Issue in Baby Powder, JNJTALC000120730 |
| 5/22/2009 Letter from Drew R. Van Orden (RJLeeGroup) to Don Hicks and John Reger (JJ) re J&J Samples, RJLeeGroup Project TLH905518, JNJ 000133266 |
| 5/26/2009 Letter from Drew R. Van Orden (RJLeeGroup) to JJ re J&J Talc Samples, RJLeeGroup Project TLH905518, JNJ |
| 6/30/2009 Letter from John Bailey, PCPC, to Linda Katz, Director, Office of Cosmetics and Colors, FDA, Subject: Response to Questions Concerning Talc, JNJ 000356253 |
| 7/21/2009 Letter from John Bailey, PCPC, to FDA Division of Dockets Management, Comments on: Citizens Petition to the Commissioner of the Food and Drug Administration Seeking a Cancer Warning on Talc Products, Docket FDA-20080P-0309, |
| 11/19/2009 Letter from Drew R. Van Orden (RJLeeGroup) to John Reger (JJ) re Analysis of Talc Samples, JNJ 000133481 |
| 11/24/2009 Letter from Drew R. Van Orden (RJLeeGroup) to John Reger (JJ) re Analysis of Talc Samples - Revised, JNJ |
| 12/10/2009 Certificate of Analysis - Specification No. J&J RM08031 Rev. 9; Product Code: GRD25M01H; Product Lot: |
| 12/18/2009 Letter from Drew R. Van Orden (RJLeeGroup) to John Reger (JJ) re Analysis of Five Talc Samples, JNJ |
| 12/18/2009 Letter from Drew R. Van Orden (RJLeeGroup) to John Reger (JJ) re Analysis of Three Talc Samples, JNJ |
| 1/12/2010 Letter from Drew R. Van Orden (RJLeeGroup) to Dr. Jane Cai (JJ) re Analysis of Talc Samples, RJLeeGroup Project TLH905518, JNJ 000092089 |
| 1/15/2010 Letter from Drew R. Van Orden (RJLeeGroup) to Curtis Lee (JJ) re Analysis of Two Talc Samples, |
| 1/19/2010 Certificate of Analysis - Specification No. J&J RM08031 Rev. 9; Product Code: GRD25M01H; Product Lot: H01160-21, JNJTALC000369962 |
| 2/22/2010 JB Powder - China SFDA Presentation, JNJTALC000350205 |
| 2/26/2010 Letter from Drew R. Van Orden (RJLeeGroup) to Don Hicks and John Reger (JJ) re J&J Talc Samples, RJLeeGroup Project TLH905518, JNJ 000133411 |
| 3/11/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03080-21, PHA 000002566 - PHA |
| 3/22/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03170-21, PHA 000002575 - PHA |
| 3/26/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03170-21, PHA 000002555 - PHA |
| 4/5/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03300-21, PHA 000002545 - PHA 000002545 |
| 4/19/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04150-21, PHA 000002537 - PHA |
| 4/30/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04150-21, PHA 000002519 - PHA |

| |
|---|
| 5/3/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04290-21, PHA 000002530 - PHA 000002530 |
| 5/10/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05070-21, PHA 000002510 - PHA |
| 5/17/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05120-21, PHA 000002501 - PHA |
| 5/19/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05160-21, PHA 000002492 - PHA |
| 5/24/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05190-21, PHA 000002479 - PHA |
| 6/8/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06040-21, PHA 000002735 - PHA 000002735 |
| 6/9/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06060-21, PHA 000002715 - PHA 000002715 |
| 6/11/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06080-21, PHA 000002724 - PHA |
| 6/22/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06100-21, PHA 000002698 - PHA |
| 6/23/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06160-21, PHA 000002707 - PHA |
| 6/28/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06240-21, PHA 000002688 - PHA |
| 6/29/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06260-21, PHA 000002653 - PHA |
| 6/29/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06260-21, PHA 000002654 - PHA |
| 7/1/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06280-21, PHA 000002665 - PHA 000002665 |
| 7/1/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06280-21, PHA 000002666 - PHA 000002666 |
| 7/12/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07010-21, PHA 000002677 - PHA |
| 7/12/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07010-21, PHA 000002678 - PHA |
| 7/29/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07110-21, PHA 000002642 - PHA |
| 7/29/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07110-21, PHA 000002643 - PHA |
| 8/5/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07090-21, PHA 000002632 - PHA 000002632 |
| 8/11/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07280-21, PHA 000002611 - PHA |
| 8/11/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H078050-21, PHA 000002592 - PHA |
| 8/16/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08100-21, PHA 000002624 - PHA |
| 8/18/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08130-21, PHA 000002601 - PHA |
| 9/6/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08230-21, PHA 000002582 - PHA 000002582 |
| 9/13/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08150-21, PHA 000002469 - PHA |
| 9/16/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09070-21, PHA 000002458 - PHA |
| 9/27/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09150-21, PHA 000002421 - PHA |
| 9/27/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09130-31, PHA 000002451 - PHA |
| 10/1/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09260-21, PHA 000002440 - PHA |
| 10/7/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10010-21, PHA 000002433 - PHA |
| 10/18/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10090-21, PHA 000002401 - PHA |
| 10/25/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10190-21, PHA 000002410 - PHA |
| 10/25/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10050-21, PHA 000002389 - PHA |
| 11/5/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10250-21, PHA 000002380 - PHA |
| 11/19/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10300-21, PHA 000002020 - PHA |
| 11/22/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11050-21, PHA 000002003 - PHA |
| 12/6/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11190-21, PHA 000002013 - PHA |
| 12/8/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11210-21, PHA 000001992 - PHA |
| 12/16/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12070-21, PHA 000001985 - PHA |
| 12/21/2010 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12040-21, PHA 000001975 - PHA |
| 1/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12190-21, PHA 000001965 - PHA |
| 1/17/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12300-21, PHA 000001956 - PHA |
| 1/17/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12300-21, PHA 000001954 - PHA |
| 1/27/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H01111-21, PHA 000001944 - PHA |
| 2/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H02031-21, PHA 000001937 - PHA 000001937 |
| 2/24/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H02111-21, PHA 000001923 - PHA |
| 3/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03051-21, PHA 000001902 - PHA 000001902 |
| 3/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03081-21, PHA 000001912 - PHA |
| 3/16/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03131-21, PHA 000001868 - PHA |
| 3/24/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03111-21, PHA 000001892 - PHA |
| 3/29/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03191-21, PHA 000001856 - PHA |
| 4/1/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03281-21, PHA 000001832 - PHA 000001832 |

| |
|---|
| 4/5/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04011-21, PHA 000001845 - PHA 000001845 |
| 4/12/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04091-21, PHA 000001823 - PHA |
| 4/21/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04171-21, PHA 000001815 - PHA |
| 4/29/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04261-21, PHA 000001802 - PHA |
| 5/5/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05021-21, PHA 000001791 - PHA 000001791 |
| 5/6/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05011-21, PHA 000001779 - PHA 000001779 |
| 5/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05060-21, PHA 000001768 - PHA 000001768 |
| 5/16/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05111-21, PHA 000001759 - PHA |
| 5/23/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05191-21, PHA 000001747 - PHA |
| 5/24/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05261-21, PHA 000001737 - PHA |
| 5/24/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05211-21, PHA 000001882 - PHA |
| 6/6/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05311-21, PHA 000001727 - PHA 000001727 |
| 6/13/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06101-21, PHA 000001720 - PHA |
| 6/28/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06241-21, PHA 000001695 - PHA |
| 7/1/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06281-21, PHA 000001684 - PHA 000001684 |
| 7/5/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07011-21, PHA 000001664 - PHA 000001664 |
| 7/5/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06291-21, PHA 000001674 - PHA 000001674 |
| 7/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07081-21, PHA 000001638 - PHA |
| 7/13/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07091-21, PHA 000001651 - PHA |
| 7/20/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07181-21, PHA 000001626 - PHA |
| 8/2/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07151-21, PHA 000001620 - PHA 000001620 |
| 8/2/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07221-21, PHA 000001602 - PHA 000001602 |
| 8/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H070301-21, PHA 000001592 - PHA |
| 8/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08011-21, PHA 000001579 - PHA |
| 8/15/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08071-21, PHA 000001570 - PHA |
| 8/16/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08121-21, PHA 000001548 - PHA |
| 8/18/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08141-21, PHA 000001556 - PHA |
| 8/25/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08221-21, PHA 000001524 - PHA |
| 8/26/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08201-21, PHA 000001535 - PHA |
| 9/9/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09041-21, PHA 000001501 - PHA 000001501 |
| 9/14/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H9091-21, PHA 000001513 - PHA 000001513 |
| 9/14/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08241-21, PHA 000001712 - PHA |
| 9/19/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09171-21, PHA 000002125 - PHA |
| 9/19/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09151-21, PHA 000002143 - PHA |
| 9/22/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09191-21, PHA 000002133 - PHA |
| 9/28/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09201-21, PHA 000002070 - PHA |
| 9/29/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09261-21, PHA 000002109 - PHA |
| 10/3/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09301-21, PHA 000002115 - PHA |
| 10/10/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10021-21, PHA 000002079 - PHA |
| 10/12/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10041-21, PHA 000002098 - PHA |
| 10/13/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10061-21, PHA 000002088 - PHA |
| 10/17/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10121-21, PHA 000002060 - PHA |
| 10/26/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10221-21, PHA 000002051 - PHA |
| 11/8/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10231-21, PHA 000002039 - PHA |
| 11/11/2011 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11081-21, PHA 000002031 - PHA |
| 6/5/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05262-21, PHA 000002336 - PHA 000002336 |
| Raw Material Analytical Qualification Report #AN-Q-8885-1, JNJTALC000041056 |
| 6/26/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06232-21, PHA 000002251 - PHA |
| 6/26/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06182-21, PHA 000002262 - PHA |
| 7/2/2012 Anthophyllite-and-Talc-fiber-image_3-480x357, available at  http://www.sailab.com/under-the-lense/anthophyllite- |
| 7/9/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07012-21, PHA 000002241 - PHA 000002241 |
| 7/30/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07162-21, PHA 000002306 - PHA |
| 7/30/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07192-21, PHA 000002316 - PHA |

| |
|---|
| 8/8/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08042-21, PHA 000002282 - PHA 000002282 |
| 8/14/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08102-21, PHA 000002295 - PHA |
| 8/14/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08172-21, PHA 000002272 - PHA |
| 8/27/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08192-21, PHA 000002199 - PHA |
| 9/4/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08292-21, PHA 000002231 - PHA 000002231 |
| 9/13/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09012-21, PHA 000002221 - PHA |
| 9/26/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09022-21, PHA 000002189 - PHA |
| 10/5/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09272-21, PHA 000002178 - PHA |
| 10/16/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10122-21, PHA 000002169 - PHA |
| 10/23/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10062-21, PHA 000001232 - PHA |
| 11/29/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10302-21, PHA 000001222 - PHA |
| 12/11/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11042-21, PHA 000001212 - PHA |
| 12/14/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12032-21, PHA 000001174 - PHA |
| 12/28/2012 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12102-21, PHA 000001205 - PHA |
| 1/11/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H12282-21, PHA 000001184 - PHA |
| 1/13/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H01243-21, PHA 000001155 - PHA |
| 2/28/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H02253-21, PHA 000001144 - PHA |
| 3/19/2013 Cosmetic Ingredient Review's Safety Assessment of Talc as Used in Cosmetics |
| 3/21/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03053-21, PHA 000001135 - PHA |
| 3/22/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03143-21, PHA 000001125 - PHA |
| 3/27/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03213-21, PHA 000001116 - PHA |
| 4/11/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04053-21, PHA 000001076 - PHA |
| 4/19/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04123-21, PHA 000001087 - PHA |
| 4/24/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04213-21, PHA 000001107 - PHA |
| 5/1/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04263-21, PHA 000001097 - PHA 000001097 |
| 5/10/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05053-21, PHA 000001066 - PHA |
| 5/14/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05073-21, PHA 000001056 - PHA |
| 5/22/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05143-21, PHA 000001046 - PHA |
| 5/23/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05143-21, PHA 000001045 - PHA |
| 5/23/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05163-21, PHA 000001033 - PHA |
| 5/31/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05213-21, PHA 000001024 - PHA |
| 6/6/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05303-21, PHA 000001012 - PHA 000001012 |
| 6/7/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06053-21, PHA 000001334 - PHA 000001334 |
| 6/11/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06083-21, PHA 000001325 - PHA |
| 6/20/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06103-21, PHA 000001303 - PHA |
| 6/21/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06133-21, PHA 000001314 - PHA |
| 6/28/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06213-21, PHA 000001293 - PHA |
| 7/10/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06283-21, PHA 000001283 - PHA |
| 7/24/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07033-21, PHA 000001345 - PHA |
| 7/29/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07243-21, PHA 000001273 - PHA |
| 8/9/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07183-21, PHA 000001437 - PHA 000001437 |
| 8/15/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08023-21, PHA 000001263 - PHA |
| 8/28/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08163-21, PHA 000001254 - PHA |
| 9/6/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08283-21, PHA 000001447 - PHA 000001447 |
| 9/9/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H08133-21, PHA 000001418 - PHA 000001418 |
| 9/26/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H09243-HC, PHA 000001458 - PHA |
| 9/30/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09103-21, PHA 000001367 - PHA |
| 9/30/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H09123-21, PHA 000001355 - PHA |
| 10/11/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10023-21, PHA 000001427 - PHA |
| 10/22/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10113-21, PHA 000001407 - PHA |
| 10/29/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10213-21, PHA 000001378 - PHA |
| 10/31/2013 Email from T. Hagen to J. Roberts re: JnJ - Imerys Talc Chain of Custody from Mine Source in China to Houston |
| 11/15/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H10303-21, PHA 000001399 - PHA |

| |
|---|
| 11/27/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11153-21, PHA 000001387 - PHA |
| 12/5/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H11273-21, PHA 000001003 - PHA |
| 12/13/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H112093-21, PHA 000000962 - PHA |
| 12/16/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H112113-21, PHA 000000993 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12053-C4, PHA 000001494 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12183-C4, PHA 000001463 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12143-C4, PHA 000001472 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12143-C4, PHA 000001474 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12053-C4, PHA 000001484 - PHA |
| 12/18/2013 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H12053-C4, PHA 000001487 - PHA |
| 12/23/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H112173-21, PHA 000000973 - PHA |
| 12/23/2013 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H112203-21, PHA 000000983 - PHA |
| 1/10/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01084-C4, PHA 000000101 - PHA |
| 1/10/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01084-C4, PHA 000000099 - PHA |
| 1/10/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01084-C4, PHA 000000103 - PHA |
| 1/17/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H01054-21, PHA 000000954 - PHA |
| 1/31/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H01214-21, PHA 000000945 - PHA |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02054-C4, PHA 000000123 - PHA 000000123 |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01284-C4, PHA 000000132 - PHA 000000132 |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02054-C4, PHA 000000124 - PHA 000000124 |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01284-C4, PHA 000000131 - PHA 000000131 |
| 2/6/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01284-C4, PHA 000000130 - PHA 000000130 |
| 2/7/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01314-C4, PHA 000000116 - PHA 000000117 |
| 2/7/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02064-C4, PHA 000000109 - PHA 000000109 |
| 2/7/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01314-C4, PHA 000000118 - PHA 000000118 |
| 2/7/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02064-C4, PHA 000000110 - PHA 000000110 |
| 2/25/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03064-21, PHA 000000925 - PHA |
| 2/25/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H02044-21, PHA 000000934 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H01314-C4, PHA 000000089 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02224-C4, PHA 000000010 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02224-C4, PHA 000000004 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02224-C4, PHA 000000015 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02254-C4, PHA 000000023 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02254-C4, PHA 000000024 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02254-C4, PHA 000000025 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02264-C4, PHA 000000062 - PHA |
| 2/27/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02064-C4, PHA 000000068 - PHA |
| 3/13/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03084-21, PHA 000000915 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03094-C4, PHA 000000083 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03114-C4, PHA 000000036 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03114-C4, PHA 000000037 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03114-C4, PHA 000000038 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03094-C4, PHA 000000084 - PHA |
| 3/20/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03094-C4, PHA 000000082 - PHA |
| 3/21/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03154-C4, PHA 000000056 - PHA |
| 3/21/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03154-C4, PHA 000000057 - PHA |
| 3/21/2014 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H03154-C4, PHA 000000055 - PHA |
| 3/24/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03174-21, PHA 000000904 - PHA |
| 4/1/2014 FDA's 2014 denial of Citizen's Petition requesting warning on talcum powder products and related correspondence |
| 4/1/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03244-21, PHA 000000894 - PHA 000000894 |
| 4/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H03304-21, PHA 000000863 - PHA 000000863 |
| 4/14/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04114-21, PHA 000000884 - PHA |
| 4/15/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04124-21, PHA 000000854 - PHA |

| |
|---|
| 4/24/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04174-21, PHA 000000815 - PHA |
| 4/25/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04224-21, PHA 000000845 - PHA |
| 5/20/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H04294-21, PHA 000000874 - PHA |
| 5/22/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05154-21, PHA 000000834 - PHA |
| 5/27/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05214-21, PHA 000000824 - PHA |
| 6/5/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H05234-21, PHA 000000803 - PHA 000000804 |
| 6/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06054-21, PHA 000000792 - PHA 000000793 |
| 6/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06074-21, PHA 000000781 - PHA 000000782 |
| 6/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06094-21, PHA 000000769 - PHA 000000770 |
| 6/9/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06134-21, PHA 000000760 - PHA 000000761 |
| 7/3/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06254-21, PHA 000000736 - PHA 000000737 |
| 7/3/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07024-21, PHA 000000746 - PHA 000000747 |
| 7/11/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06194-21, PHA 000000726 - PHA |
| 7/15/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07094-21, PHA 000000695 - PHA |
| 7/21/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H06164-21, PHA 000000715 - PHA |
| 7/29/2014 Certificate of Analysis - Product Code: GRD25M01H; Product Lot: H07184-21, PHA 000000684 - PHA |
| 7/31/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H07294-21, PHA 000000704 - PHA |
| 8/7/2014 Johnson & Johnson Raw Material Spec re Talc Powder – RM-008967 Revision 6, JNJTALC000183079 |
| 8/15/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08134-21, PHA 000000675 - PHA |
| 8/26/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08224-21, PHA 000000616 - PHA |
| 8/26/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08264-D7, PHA 000000653 - PHA |
| 8/29/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08284-D7, PHA 000000664 - PHA |
| 9/12/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09104-D7, PHA 000000640 - PHA |
| 10/31/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10274-D7, PHA 000000628 - PHA |
| 10/31/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10244-D7, PHA 000000210 - PHA |
| 12/3/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H11304-D7, PHA 000000240 - PHA |
| 12/11/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12094-D7, PHA 000000200 - PHA |
| 12/15/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12114-D7, PHA 000000226 - PHA |
| 12/17/2014 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12154-D7, PHA 000000189 - PHA |
| 1/30/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H012854-D7, PHA 000000170 - PHA |
| 2/2/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01305-D7, PHA 000000178 - PHA 000000179 |
| 2/12/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02105-D7, PHA 000000160 - PHA |
| 2/13/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02125-D7, PHA 000000149 - PHA |
| 2/27/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02245-D7, PHA 000000137 - PHA |
| 2/27/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02205-C4, PHA 000000578 - PHA |
| 2/27/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02205-C4, PHA 000000570 - PHA |
| 2/27/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02235-C4, PHA 000000589 - PHA |
| 3/2/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02255-C4, PHA 000000562 - PHA 000000563 |
| 3/2/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02255-C4, PHA 000000558 - PHA 000000558 |
| 3/2/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H02255-C4, PHA 000000564 - PHA 000000564 |
| 3/3/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02275-D7, PHA 000000534 - PHA 000000535 |
| 3/24/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03205-D7, PHA 000000502 - PHA |
| 4/7/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04065-D7, PHA 000000492 - PHA 000000493 |
| 4/8/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04075-D7, PHA 000000482 - PHA 000000483 |
| 4/17/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04155-D7, PHA 000000470 - PHA |
| 4/24/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04175-D7, PHA 000000456 - PHA |
| 5/5/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05015-D7, PHA 000000447 - PHA 000000448 |
| 5/15/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05095-D7, PHA 000000426 - PHA |
| 5/15/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05115-D7, PHA 000000437 - PHA |
| 5/20/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05155-D7, PHA 000000413 - PHA |
| 5/27/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05255-C4, PHA 000000596 - PHA |
| 5/28/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05255-D7, PHA 000000403 - PHA |
| 5/28/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05255-C4, PHA 000000603 - PHA |
| 5/28/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05255-C4, PHA 000000610 - PHA |

6/1/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05255-C4, PHA 000000551 - PHA 000000552

6/3/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05295-C4, PHA 000000550 - PHA 000000550

6/4/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H06015-D7, PHA 000000380 - PHA 000000381

6/5/2015 Certificate of Analysis - Product Code: GRD25P8UH; Product Lot: H05295-C4, PHA 000000544 - PHA 000000544

6/29/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H06255-D7, PHA 000000368 - PHA

6/30/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H06285-D7, PHA 000000358 - PHA

7/7/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H06295-D7, PHA 000000350 - PHA 000000351

7/29/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H07295-D7, PHA 000000328 - PHA

8/24/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08205-D7, PHA 000000316 - PHA

9/1/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08275-D7, PHA 000000305 - PHA 000000306

9/24/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09215-D7, PHA 000000294 - PHA

9/28/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09245-D7, PHA 000000272 - PHA

9/30/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09265-D7, PHA 000000283 - PHA

10/19/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10165-D7, PHA 000000263 - PHA

11/5/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10305-D7, PHA 000000392 - PHA

12/7/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12035-D7, PHA 000000251 - PHA

12/9/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12075-D7, PHA 000002838 - PHA

12/14/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12115-D7, PHA 000002827 - PHA

12/14/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12105-D7, PHA 000002863 - PHA

12/21/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12195-D7, PHA 000002884 - PHA

12/22/2015 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12215-D7, PHA 000002905 - PHA

1/19/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01156-D7, PHA 000002892 - PHA

1/21/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01186-D7, PHA 000002914 - PHA

1/21/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02036-D7, PHA 000002927 - PHA

2/5/2016 Email from D. Hicks to D. Van Orden re 1Q16 Talc Samples with attachment, JNJ 000521558; JNJ 000521559

2/11/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02056-D7, PHA 000002936 - PHA

2/12/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02106-D7, PHA 000002948 - PHA

2/26/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02256-D7, PHA 000003013 - PHA

3/17/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03156-D7, PHA 000003023 - PHA

3/18/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03166-D7, PHA 000003006 - PHA

3/22/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03186-D7, PHA 000003036 - PHA

3/31/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H03306-D7, PHA 000003041 - PHA

4/6/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04046-D7, PHA 000003072 - PHA 000003073

4/7/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04056-D7, PHA 000003052 - PHA 000003053

4/19/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04156-D7, PHA 000003063 - PHA

4/20/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04176-D7, PHA 000003082 - PHA

5/2/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H04286-D7, PHA 000003132 - PHA 000003133

5/4/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05026-D7, PHA 000003143 - PHA 000003144

5/10/2016 Email from D. Hicks to M. Zappa re J&J 2Q16 Talc Samples with attachments, JNJ 000524002; JNJ 000524005

5/13/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05126-D7, PHA 000003122 - PHA

6/1/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H05256-D7, PHA 000003152 - PHA 000003153

7/15/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H07136-D7, PHA 000003112 - PHA

8/1/2016 Email from D. Hicks to A. Yaganti re J&J 3Q16 Global Talc Samples with attachments, JNJ 000521577; JNJ

8/3/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08026-D7, PHA 000003161 - PHA 000003162

8/16/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08096-D7, PHA 000003171 - PHA

8/16/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H08126-D7, PHA 000003108 - PHA

8/22/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09166-D7, PHA 000003225 - PHA

9/15/2016 Letter from D. Van Orden to D. Hicks re Analysis of Six Talc Samples (3Q16) RJ Lee Group Project No.

9/27/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H09266-D7, PHA 000003215 - PHA

10/10/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10086-D7, PHA 000003191 - PHA

10/17/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10156-D7, PHA 000003180 - PHA

10/18/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10166-D7, PHA 000003202 - PHA

10/27/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H10256-D7, PHA 000002804 - PHA

11/14/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H11126-D7, PHA 000002793 - PHA

| |
|---|
| 12/16/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12126-D7, PHA 000002783 - PHA |
| 12/20/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12186-D7, PHA 000002763 - PHA |
| 12/21/2016 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H12196-D7, PHA 000002957 - PHA |
| 1/16/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01127-D7, PHA 000002752 - PHA |
| 1/19/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H01177-D7, PHA 000002777 - PHA |
| 1/27/2017 Email from A. Yaganti to D. Van Orden re J&J 1Q17 Global Talc Samples for Testing with attachment, |
| 2/9/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02077-D7, PHA 000002740 - PHA 000002741 |
| 2/22/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02197-D7, PHA 000002979 - PHA |
| 2/24/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02177-D7, PHA 000002970 - PHA |
| 3/16/2017 Certificate of Analysis - Product Code: GRD25P01H; Product Lot: H02177-D7, PHA 000002992 - PHA |
| 4/12/2017 Letter from D. Van Orden to A. Yaganti re analysis of six talc samples (1Q17) RJ Lee Group Project No. |
| 5/4/2017 Email from A. Yaganti to D. Van Orden re J&J 2Q17 Global Talc Samples for Testing with attachment, |
| 6/1/2017 Letter from D. Van Orden to A. Yaganti re analysis of six talc samples (2Q17) RJ Lee Group Project No. |
| 6/9/2017 Email from S. More to A. Yaganti re Talc Testing Concerns with RJ Lee with attachment, JNJTALC000454068; |
| 7/25/2017 Email from A. Yaganti to D. Van Orden re J&J 3Q17 Global Talc Samples for Testing with attachment, |
| 9/29/2017 D. Van Orden Letter to A. Yaganti re analysis of six talc samples (3Q17) RJ Lee Group Project No. TLH601640 |
| 10/26/2017 Email from A. Yaganti to D. Van Orden re J&J 4Q16 Global Talc Samples with attachments, |
| Consultant Report to Johnson & Johnson: Analysis of Talc, TALC 141 USP - Lot No., JNJ 000266951 |
| 11/27/2017 Email from A. Yaganti to D. Van Orden re J&J 4Q17 Global Talc Samples for Testing with attachment, |
| 1/31/2018 Email from  A. Yaganti to D. Van Orden re J&J 1Q18 Global Talc Samples for Testing with attachment, |
| 3/14/2018 U.S. Food and Drug Administration, "Talc," available at |
| Dep. of Alice Blount 47:15-48:5, Ingham v. Johnson & Johnson, No. 1522-CC10417-01, Mo. Cir. Ct. Apr. 13, 2018 |
| 9/20/2019 Letter from L. Katz to L. Szczepaniak re: follow-up to request you made to FDA's Center for Food Safety and |
| 2015 Johnson & Johnson's Code of Business Conduct & Credo |
| 7/2004 Curriculum Vitae of Frederick David Pooley, FDP000000636 - FDP000000654 |
| Article entitled "Societa talco e grafite Val Chisone", JNJTALC000294278 |
| Attachment B, Asbestiform Depression Through The Use of New Floatation Reagent Systems, JNJ 000246850 |
| Beneficiated Talc - Methods & Standards, JNJTALC000588342 |
| Certificate of Analysis - Specification No. J&J RM-008967 Rev. 0; Product Code. GRD251001H, JNJTALC000153375 |
| Chesebrough Ponds Talc Samples A and C Examined, JNJTALC000294769 |
| Consultant Report to Johnson & Johnson: Analysis of One Talc Sample by SEM/EDS, JNJ 000062355 |
| Consultant Report to Johnson & Johnson: Analysis of One Talc Sample by SEM/EDS, JNJ 000085079 |
| Consultant Report to Johnson & Johnson: Analysis of One Talc Sample by SEM/EDS, JNJ 000273185; JNJNL61_000033918 |
| Consultant Report to Johnson & Johnson: Analysis of Talc Sample 001316 by SEM/EDS, JNJ 000064771 |
| Consultant Report to Johnson & Johnson: Analysis of Talc Sample 026329 by SEM/EDXA, JNJ 000061636 |
| Consultant Report to Johnson & Johnson: Analysis of Talc Sample 026348 by SEM/EDXA, JNJ 000061567 |
| Consultant Report to Johnson & Johnson: Analysis of Talc Sample pH-W-V1, JNJ 000325280 |
| Consultant Report to Johnson & Johnson: Analysis of Two Talc Samples by SEM/EDS, JNJ 000292012 |
| Cosmetic Talc Definition, JNJ 000273583 |
| CTFA v. Langer Definitions of Asbestos, JNJTALC000294791 |
| Curriculum Vitae of James Millette |
| Cyprus Windsor Minerals Corporation- West Windsor Ore Control, JNJ 000237259 |
| Document entitled "Asbestos," JNJTALC000120742 |
| Document entitled "Definition of Asbestos," JNJ 000270049 |
| Document entitled "Investigation Products and Asbestos Detected Products," JNJTALC000120731 |
| Eagle-Times Article: Windsor Mineral president says disease study is shoddy, JNJ 000028731 |
| EMV Associates Certificate of Microanalysis for Asbestos re: Westside, JNJ 000061917 |
| Examination of Johnson & Johnson Talcs, JOJO-MA2546-00830 |
| Final Report on Shower to Shower, Medicated Powder and Feminine Spray, JOJO-MA2546-00812 |
| Handwritten document with C1 and E8, JOJO-MA5880-0023 |
| Hutchinson's handwritten notes re: Transmission Electron Microscope, JOJO-MA2546-00144 |
| Identification of Chrysotile and Tremolite, JNJTALC000294771 |
| Image of "Tremolite Asbestos, Death Valley," available at |
| http://serc.carleton.edu/research_education/geochemsheets/techniques/SEM.html |

| |
|---|
| Ingredients – Talc, Food & Drug Admin., https://www.fda.gov/Cosmetics/ProductsIngredients/ Ingredients/ucm293184.htm, |
| Internal J&J Memorandum Identifying the Samples Included in Pooley's Aug. 10, 1971 Report, JNJ 000325709 |
| J&J Memo re Purity of Italian Talc Powder Produced from Val Chisone Talc Ore, JNJTALC000359706 |
| Ritter v. Cyprus Mines; Testing of the Talc Samples from Windsor Minerals (by McCrone Associates), JNJ 000062052 |
| Materials Analysis Reports, JNJ 000070696 |
| JNJ 000578042 - Chart of Samples Detecting Mostly No Asbestos and a Chrysotile, 1 Fiber, JNJ 000578042 |
| Langer v. Pooley Results re Amphibole and Serpentine - British and American Talc, JNJTALC000294829 |
| Letter from James McAlear to William Ashton re sample 4365-36A, JNJ 000314760 |
| Letter from James McAlear to William Ashton re sample 4365-36A; Certificate of Microanalysis for Asbestos, JNJ |
| Letter from John P. Schelz to Round Robin Participant re Coded samples for CTFA round robin analyses of consumer talc |
| Material Specification Windsor 66 Talc (undated page 3), JNJ 000085070 |
| McCrone Laboratories, Examination of Johnson & Johnson Talc Sample FD-14, JNJTALC000288667 |
| NIOSH Preliminary Report re: Fiber Exposure During Use of Baby Powders, 1972, JNJTALC000021932 |
| Photos of the Mine |
| Quality Assurance Page – Windsor 66, JNJ 000085072 |
| Report of Examination of Powder for Johnson and Johnson Ltd., JNJ 000233728 |
| Report of Italian Mine Samples J & J, FDP000000495 - FDP000000618 |
| Report of the Analysis of J & J International Talc Samples, FDP000000459 - FDP000000494 |
| Report titled Identification of Samples, JNJ 000325709 |
| Review of the final RJ Lee Report titled "Evaluation of EPA's Analytical data from the EL Dorado Hills Evaluation Project" by National Stone, Sand & Gravel Association |
| Sample RE-73-166, analysis requested by W.T. Caneer, JNJTALC000128496 |
| Summary of Results Transmission Electron Microscopy (TEM) Analytical Data, JNJ 000245548 |
| Summary Table of Results of Four Investigators on Analysis of Commercial Cosmetic Talc Products for Asbestos Minerals, |
| Table 3 - 8A Amphibole X-Ray Diffraction Data from Composite Samples and Flotation Products, JNJ 000878208 |
| Table IV: Key to Sample Numbers of Cosmetic Talcum-Type Powders, JNJ 000247507 |
| Talcum Powder and Cancer, What is talcum powder?" American Cancer Society, accessible at |
| Timeline of Talc Testing - Dr. Pooley |
| U.S. Patent No. 3,102,856 |
| U.S. Patent No. 3,684,197 |
| U.S. Patent No. 4,185,086 |
| U.S. Patent No. 4,485,092 |
| Undated Chart re Cilag-Chemie |
| Undated Memo from W. Ashton to G. Lee et al. re: SVC Publication by Gianfranco Villa, JNJ 000088026 |
| Undated report entitled "Mineralogical report," JNJ 000285289 |
| Windsor Minerals 2008.04 Comparison of Regular V-66 Talc and Electronic (Ultrasonic) Shear Disc Talc, JNJTALC000088889; JNJTALC000348700; JNJ 000221010 |
| X-ray Diffraction Study of Johnson & Johnson's Shower to Shower Talcum Powder (Gordon Brown), JNJTALC000348580 |
| Vermont Talc Ore Tailings, JNJ 000289338 |
| Image - Vermont Talc Ore Tailings- 3750X - FP 44, JNJ 000289340 |
| Image - Vermont Talc Ore Tailings - FP 10, JNJ 000289341 |
| Vermont Talc 01062A, JNJ 000289342 |
| Image - Vermont Talc 01062A -10000X - FP 61, JNJ 000289344 |
| Image - Vermont Talc 01062A -FP 60, JNJ 000289345 |
| Vermont Talc 01062A 9,000X FP 62, JNJ 000289346 |
| Vermont Talc 01062A 18,000X FP 36, JNJ 000289347 |
| Vermont Talc 01062A 32,5000X FP 37, JNJ 000289348 |
| Vermont Talc 01062A FP 38, JNJ 000289349 |
| Vermont Talc +2.95 Density Fraction 01062 A 6250X FP 39, JNJ 000289350 |
| Vermont Talc +2.65 Density Fraction 01062 A 3750X FP 40, JNJ 000289351 |
| Vermont Talc 01062A FP2, JNJ 000289352 |
| Vermont Talc 14941B, JNJ 000289353 |
| Vermont Talc 14941B 3750X FP 58, JNJ 000289355 |

| |
|---|
| Vermont Talc 14941B 3750X FP 59, JNJ 000289356 |
| Vermont Talc 14941B FP 1, JNJ 000289357 |
| Vermont Talc 15452C, JNJ 000289358 |
| Vermont Talc 15452C 3750X FP 45, JNJ 000289359 |
| Vermont Talc 15452C FP 48, JNJ 000289360 |
| Vermont Talc 15452C 10000X FP 47, JNJ 000289361 |
| Vermont Talc 15452C 3750X FP 42, JNJ 000289362 |
| Vermont Talc 15452C 3750X FP 41, JNJ 000289363 |
| Vermont Talc 15452C FP 46, JNJ 000289364 |
| Vermont Talc 15452C FP 7, JNJ 000289365 |
| Vermont Talc +2.65 Density Fraction 15452C FP 9, JNJ 000289366 |
| Vermont Talc +2.95 Density Fraction 15452C FP 8, JNJ 000289367 |
| Vermont Tal 13163D, JNJ 000289368 |
| Vermont Tal 13163D 3750X FP 56, JNJ 000289370 |
| Vermont Tal 13163D 3750X FP 57, JNJ 000289371 |
| Vermont Tal 13163D FP 55, JNJ 000289372 |
| Vermont Talc 10265F, JNJ 000289373 |
| Vermont Talc 10265F 15000X FP 53, JNJ 000289375 |
| Vermont Talc 10265F 10000X FP 51, JNJ 000289376 |
| Vermont Talc 10265F FP 52, JNJ 000289377 |
| Vermont Talc 10265F 20000X FP 54, JNJ 000289378 |
| Vermont Talc 10265F FP 5, JNJ 000289379 |
| Vermont Talc 10361G, JNJ 000289380 |
| Vermont Talc 10361G 3750X FP 49, JNJ 000289382 |
| Vermont Talc 10361G FP 50, JNJ 000289383 |
| Vermont Talc 344L, JNJ 000289384 |
| Vermont Talc 344L 3750X FP 13, JNJ 000289386 |
| Vermont Talc 344L FP 6, JNJ 000289387 |
| AMA Certificate of Analysis Reported 03/20/2018 COC 605486 |
| AMA Certificate of Analysis Reported 03/30/2018 COC 605563 |
| AMA Testing of Official Samples of Talc Containing Cosmetics for Asbestiform Fibers # 23-19, Batch No 04032023 #1 |
| AMA Testing of Official Samples of Talc Containing Cosmetics for Asbestiform Fibers # 23-19, Batch No 04252023 #2 |
| AMA Testing of Official Samples of Talc Containing Cosmetics for Asbestiform Fibers # 23-19, Batch No 05162023 #3 |
| FDA Summary of Results from Testing of Official Samples of Talc-Containing Cosmetics for Asbestiform Fibers Completed |
| **RJ Lee Group Documents** |
| RJLG Review 11730AB1531 |
| RJLG Review 11730AB1532 |
| RJLG Review 11730AB1533 |
| RJLG Review 11730AB1534 |
| RJLG Review 11730AB1535 |
| RJLG Review 11730AB1537 |
| RJLG Review 11730AB1540 |
| RJLG Review 11730AB1542 |
| RJLG Review 11730AB1543 |
| RJLG Review 11730AB1544 |
| RJLG Review 11730AB1545 |
| RJLG Review M65205-001_101517 |
| RJLG Review M65208-001_101517 |
| RJLG Review M65228-001_101517 |
| RJLG Review M65329-041_101517 |
| RJLG Review M65329-043_101517 |
| RJLG Review M66173-002_101517 |

| |
|---|
| RJLG Review M66173-003_101517 |
| RJLG Review M66203-001_101517 |
| RJLG Review M66203-006_101517 |
| RJLG Review M66203-007_101517 |
| RJLG Review M66352-002_101517 |
| RJLG Review M66405-001_101517 |
| RJLG Review M66510-001_101517 |
| RJLG Review M66512-001_101517 |
| RJLG Review M66514-001_091418 |
| RJLG Review M66515-001_101517 |
| RJLG Review M66516-001_101517 |
| US EPA Letter to Mr. Drew Van Orden, April 21, 2004 |
| |
| **McCrone (6-Month Ore Study): Tests of Hammondsville Ore Composites** |
| DX7099 - JNJ000338317 |
| DX8621 - WTALC00004586 |
| DX8814 - JNJTALC000298680 |
| |
| **McCrone: Ore Testing Conducted by TEM** |
| DX7700 - WTALC00002674 |
| DX7702 - WTALC00002695 |
| DX7704 - WTALC00002712 |
| DX7705 - WTALC00002745 |
| DX8622 - JNJTALC000387660 |
| DX8623 - WTALC00002762 |
| DX8624 - JNJ000684541 |
| DX8625 - JNJTALC000387515 |
| DX8813 - JNJTALC000387656 |
| DX8815 - JNJTALC000387334 |
| DX8816 - JNJ000347203 |
| |
| **McCrone/Bain: TEM Float Feed Testing (WMI, CWN, LAI SAMPLES)** |
| DX7219 - JNJ000292059 |
| DX7222 - JNJ000292058 |
| DX7247 - JNJ000280846 |
| DX7251 - JNJ000280847 |
| DX7255 - JNJ000280848 |
| DX7259 - JNJ000280849 |
| DX7264 - JNJ000280850 |
| DX7265 - JNJ000280852 |
| DX7271 - JNJ000280853 |
| DX7276 - JNJ000280854 |
| DX7289 - JNJ000280843 |
| DX7291 - JNJ000280844 |
| DX7299 - JNJ000280887 |
| DX7301 - JNJ000280845 |
| DX7303 - JNJ000280824 |
| DX7304 - JNJ000280825 |
| DX7305 - JNJ000291602 |
| DX7308 - JNJ000280890 |
| DX7313 - JNJ000280891 |
| DX7318 - JNJ000280889 |
| DX7320 - JNJ000280888 |

| |
|---|
| DX7322 - JNJ000280886 |
| DX7325 - JNJ000280893 |
| DX7329 - JNJ000280895 |
| DX7331 - JNJ000280897 |
| DX7335 - JNJ000280898 |
| DX7339 - JNJ000280896 |
| DX7341 - JNJ000280838 |
| DX7346 - JNJ000280892 |
| DX7349 - JNJ000280902 |
| DX7353 - JNJ000280900 |
| DX7363 - JNJ000280839 |
| DX7367 - JNJ000280818 |
| DX7374 - JNJ000280819 |
| DX7376 - JNJ000280821 |
| DX7386 - JNJ000280823 |
| DX7390 - JNJ000280832 |
| DX7391 - JNJ000280834 |
| DX7392 - JNJ000280836 |
| DX7393 - JNJ000280793 |
| DX7395 - JNJ000280795 |
| DX7396 - JNJ000280804 |
| DX7397 - JNJ000280799 |
| DX7399 - JNJ000280806 |
| DX7406 - JNJ000280788 |
| DX7408 - JNJ000280783 |
| DX8597 - JNJTALC000387236 |
| DX8598 - JNJ000347440 |
| DX8599 - JNJTALC000387211 |
| DX8600 - JNJ000577860 |
| DX8601 - JNJ000577861 |
| DX8602 - JNJ000577862 |
| DX8603 - JNJTALC000387182 |
| DX8604 - JNJ000063284 |
| DX8605 - JNJTALC000387140 |
| DX8606 - JNJ000578747 |
| DX8607 - JNJ000292062 |
| DX8608 - JNJTALC000387143 |
| DX8609 - JNJ000309430 |
| DX8610 - JNJTALC000387116 |
| DX8612 - JNJ000578188 |
| DX8614 - JNJ000064190 |
| DX8615 - JNJTALC000387085 |
| DX8616 - JNJ000063281 |
| DX8617 - JNJTALC000387698 |
| DX8618 - JNJTALC000071263 |
| DX8619 - JNJTALC000071264 |
| DX8620 - JNJTALC000071265 |
| DX8626 - JNJTALC000071266 |
| DX8627 - JNJTALC000071267 |
| DX8628 - JNJTALC000071268 |
| DX8629 - JNJTALC000071269 |
| DX8630 - JNJTALC000071271 |
| DX8631 - JNJTALC000071272 |

| |
|---|
| DX8632 - JNJ000683579 |
| DX8633 - JNJ000683572 |
| DX8634 - JNJ000683573 |
| DX8635 - JNJTALC000071255 |
| DX8636 - JNJTALC000071256 |
| DX8637 - JNJTALC000071257 |
| DX8638 - JNJTALC000071258 |
| DX8639 - JNJTALC000071259 |
| DX8640 - JNJTALC000071260 |
| DX8641 - JNJTALC000071261 |
| DX8643 - JNJTALC000071262 |
| DX8644 - JNJTALC000071242 |
| DX8645 - JNJTALC000071243 |
| DX8646 - JNJTALC000071244 |
| DX8647 - JNJTALC000071245 |
| DX8649 - JNJTALC000071247 |
| DX8650 - JNJTALC000071250 |
| DX8651 - JNJTALC000071251 |
| DX8652 - JNJTALC000071252 |
| DX8654 - JNJTALC000071234 |
| DX8655 - JNJ000291787 |
| DX8656 - JNJTALC000071235 |
| DX8658 - JNJ000280790 |
| DX8659 - JNJ000280785 |
| DX8660 - JNJ000280786 |
| DX8661 - JNJ000280782 |
| DX8663 - JNJ000280777 |
| DX8664 - JNJ000280778 |
| DX8665 - JNJ000280774 |
| DX8666 - JNJ000280775 |
| DX8668 - JNJ000280773 |
| DX8669 - JNJ000280772 |
| DX8670 - JNJ000280756 |
| DX8671 - JNJ000280757 |
| DX8672 - JNJ000280755 |
| DX8673 - JNJ000280754 |
| DX8674 - JNJ000280750 |
| DX8675 - JNJ000280765 |
| DX8676 - JNJ000280751 |
| DX8677 - JNJ000280766 |
| DX8679 - JNJ000280759 |
| DX8680 - JNJ000280761 |
| DX8688 - JNJ000280826 |
| DX8690 - JNJTALC000071270 |
| **J&J Weekly Testing of Product (XRD)** |
| DX7091 - JNJ000264752 |
| DX7302 - JNJ000245520 |
| DX8122 - JNJ000223428 |
| DX8125 - JNJ000237249 |
| DX8127 - JNJ000245537 |
| DX8415 - JNJ000266679 |
| DX8546 - JNJ000251923 |

| DX8547 - JNJ000264673 |
| DX8548 - JNJ000252010 |
| DX8549 - JNJ000251854 |
| DX8550 - JNJ000231479 |
| DX8551 - JNJ000264742 |
| DX8552 - JNJ000266720 |
| DX8553 - JNJ000266719 |
| DX8554 - JNJ000252328 |
| DX8555 - JNJ000265173 |
| DX8556 - JNJ000285249 |
| DX8557 - JNJ000285248 |
| DX8558 - JNJ000266713 |
| DX8559 - JNJ000265139 |
| DX8560 - JNJ000266711 |
| DX8561 - JNJ000266710 |
| DX8562 - JNJ000264733 |
| DX8563 - JNJ000266708 |
| DX8564 - JNJ000264728 |
| DX8565 - JNJ000266706 |
| DX8566 - JNJ000264725 |
| DX8567 - JNJ000264721 |
| DX8568 - JNJ000277555 |
| DX8569 - JNJ000266702 |
| DX8570 - JNJ000266701 |
| DX8571 - JNJ000266692 |
| DX8572 - JNJ000266700 |
| DX8573 - JNJ000266699 |
| DX8574 - JNJ000266698 |
| DX8575 - JNJ000237369 |
| DX8576 - JNJ000266694 |
| DX8577 - JNJ000266693 |
| DX8578 - JNJ000266691 |
| DX8579 - JNJ000277537 |
| DX8580 - JNJ000266688 |
| DX8581 - JNJ000266687 |
| DX8582 - JNJ000237345 |
| DX8583 - JNJ000237341 |
| DX8584 - JNJ000237336 |
| DX8585 - JNJ000237334 |
| DX8586 - JNJ000237332 |
| DX8587 - JNJ000237322 |
| DX8588 - JNJ000237318 |
| DX8589 - JNJ000237310 |
| DX8590 - JNJ000268548 |
| DX8591 - JNJ000285133 |
| DX8592 - JNJ000237293 |
| DX8593 - JNJ000237285 |
| DX8595 - JNJ000324759 |
| DX8596 - JNJ000245526 |
| |
| **ES Labs: J4-1 Testing of Product (XRD/PLM)** |
| DX7522 - JNJ000246164 |
| DX7523 - JNJ000246190 |

| |
|---|
| DX7524 - JNJ000246218 |
| DX7525 - JNJ000246226 |
| DX7526 - JNJ000284309 |
| DX7527 - JNJ000284272 |
| DX7528 - JNJ000246268 |
| DX7529 - JNJ000246276 |
| DX7530 - JNJ000246289 |
| DX7531 - JNJ000246304 |
| DX7533 - JNJ000246314 |
| DX7534 - JNJ000246319 |
| DX7535 - JNJ000246261 |
| DX7536 - JNJ000246255 |
| DX7537 - JNJ000246245 |
| DX7538 - JNJ000246250 |
| DX8439 - JNJ000060818 |
| DX8445 - JNJ000246159 |
| DX8446 - JNJ000246182 |
| DX8447 - JNJ000246272 |
| DX8448 - JNJ000246280 |
| DX8449 - JNJ000246294 |
| DX8450 - JNJ000246309 |
| DX8451 - JNJ000246329 |
| DX8452 - JNJ000266519 |
| DX8453 - JNJ000266524 |
| DX8454 - JNJ000266529 |
| DX8455 - JNJ000266534 |
| DX8456 - JNJ000266544 |
| DX8457 - JNJ000266554 |
| DX8458 - JNJ000266559 |
| DX8460 - JNJ000266587 |
| DX8461 - JNJ000266592 |
| DX8462 - JNJ000266597 |
| DX8463 - JNJ000266602 |
| DX8464 - JNJ000266607 |
| DX8465 - JNJ000266612 |
| DX8466 - JNJ000266617 |
| DX8467 - JNJ000266622 |
| DX8468 - JNJ000266627 |
| DX8469 - JNJ000266632 |
| DX8470 - JNJ000266637 |
| DX8471 - JNJ000266642 |
| DX8472 - JNJ000266647 |
| DX8473 - JNJ000266651 |
| DX8474 - JNJ000266656 |
| DX8475 - JNJTALC001272503 |
| DX8477 - JNJ000284275 |
| DX8478 - JNJ000284303 |
| DX8479 - JNJ000284306 |
| DX8480 - JNJ000284337 |
| DX8484 - JNJ000266539 |
| DX8485 - JNJ000266549 |
| DX8486 - JNJ000266564 |
| DX8487 - JNJ000266569 |

| |
|---|
| DX8488 - JNJTALC000217062 |
| DX8489 - JNJTALC000217067 |
| DX8490 - JNJTALC000217111 |
| DX8491 - JNJTALC000217126 |
| DX8492 - JNJTALC000217155 |
| DX8493 - JNJTALC000217164 |
| DX8494 - JNJTALC000217169 |
| DX8496 - JNJTALC000217211 |
| DX8497 - JNJTALC000217215 |
| DX8507 - JNJTALC000217256 |
| DX8508 - JNJTALC000217264 |
| DX8509 - JNJTALC000217276 |
| DX8510 - JNJTALC000217284 |
| |
| **Imerys Ore Testing - J4-1 / USP** |
| DX7923 - JNJ000683571 |
| DX7925 - JNJ000683574 |
| DX7926 - JNJ000683575 |
| DX7927 - JNJ000683576 |
| DX7928 - JNJ000280872 |
| DX7929 - JNJ000683577 |
| DX7930 - JNJ000280871 |
| DX7931 - JNJ000683578 |
| DX7932 - JNJ000280884 |
| DX7933 - JNJ000683580 |
| DX7934 - JNJ000280883 |
| DX7935 - JNJTALC000071281 |
| DX7936 - JNJ000280882 |
| DX7937 - JNJTALC000071282 |
| DX7938 - JNJ000280881 |
| DX7939 - JNJ000280880 |
| DX7940 - JNJ000683566 |
| DX7941 - JNJ000280870 |
| DX7942 - JNJ000683561 |
| DX7943 - JNJ000280879 |
| DX7944 - JNJ000683560 |
| DX7946 - JNJTALC000023169 |
| DX7947 - JNJ000578021 |
| DX7948 - JNJ000578022 |
| DX7949 - JNJ000578023 |
| DX7950 - JNJTALC000376771 |
| DX7951 - JNJ000578019 |
| DX7952 - JNJ000578025 |
| DX7953 - JNJ000578028 |
| DX7954 - JNJ000578030 |
| DX7955 - JNJ000578029 |
| DX7956 - JNJ000577843 |
| DX7958 - JNJ000578026 |
| DX7959 - JNJ000683948 |
| DX8634 - JNJ000683573 |
| |
| **McCrone/Bain: Quarterly TEM Testing for Serpentine Asbestos** |
| DX7142 - JNJ000300405 |

| |
|---|
| DX7188 - JNJTALC000070307 |
| DX7193 - JNJ000237325 |
| DX7196 - JNJ000237316 |
| DX7209 - JNJ000237304 |
| DX7213 - JNJ000266499 |
| DX7217 - JNJ000266503 |
| DX7230 - JNJ000237245 |
| DX7283 - JNJ000237243 |
| DX7541 - JNJ000237232 |
| DX8117 - JNJ000237246 |
| DX8118 - JNJ000237247 |
| DX8119 - JNJ000237248 |
| DX8120 - JNJ000237240 |
| DX8121 - JNJ000223429 |
| DX8123 - JNJ000237242 |
| DX8126 - JNJ000245524 |
| DX8128 - JNJ000375819 |
| DX8129 - JNJ000375820 |
| DX8130 - JNJ000375821 |
| DX8131 - JNJ000375817 |
| DX8132 - JNJ000239635 |
| DX8133 - JNJ000239636 |
| DX8134 - JNJ000239637 |
| DX8135 - JNJ000239630 |
| DX8151 - JNJ000264734 |
| DX8169 - JNJ000266504 |
| DX8170 - JNJ000347015 |
| DX8171 - JNJ000266670 |
| DX8172 - JNJ000285154 |
| DX8173 - JNJ000237321 |
| DX8174 - JNJ000285111 |
| DX8175 - JNJ000285446 |
| DX8176 - JNJ000266500 |
| DX8177 - JNJ000266479 |
| DX8178 - JNJ000266428 |
| DX8179 - JNJ000065570 |
| DX8180 - JNJ000266448 |
| DX8181 - JNJ000239823 |
| DX8182 - JNJ000239824 |
| DX8183 - JNJ000239825 |
| DX8184 - JNJ000266375 |
| DX8186 - JNJ000239634 |
| DX8187 - JNJ000237347 |
| DX8418 - JNJ000237344 |
| DX8419 - JNJ000237340 |
| DX8420 - JNJ000237331 |
| DX8422 - JNJ000237299 |
| DX8423 - JNJ000237298 |
| DX8424 - JNJ000285131 |
| DX8426 - JNJ000266498 |
| DX8427 - JNJTALC001272572 |
| DX8428 - JNJ000237291 |
| DX8429 - JNJ000237281 |

| |
|---|
| DX8430 - JNJ000246180 |
| DX8431 - JNJ000246135 |
| DX8432 - JNJ000237244 |
| DX8433 - JNJ000324762 |
| DX8434 - JNJ000324795 |
| DX8440 - JNJ000237227 |
| DX8441 - JNJ000237229 |
| DX8442 - JNJTALC001272501 |
| DX8443 - JNJ000237275 |
| DX8444 - JNJ000237278 |
| |
| **Worldwide Talc Surveys (Various Tests by Various Entities)** |
| DX7381 - JNJTALC000166630 |
| DX7409 - JNJ 000089078 |
| DX7721 - JNJTALC000348700; JNJTALC000348703 |
| DX8535 - JNJ 000061342 |
| DX8536 - JNJTALC000348670 |
| DX8537 - JNJTALC000348694 |
| DX8538 - JNJTALC000166674 |
| DX8539 - JNJTALC000348794 |
| DX8540 - JNJTALC000166705 |
| DX8541 - JNJTALC000166716 |
| DX8543 - JNJTALC000166736 |
| DX8545 - JNJTALC000166745 |
| |
| **RJ Lee Group: Quarterly Testing - TEM, XRD, PLM** |
| RJLG Quarterly Reports 4Q2022 |
| RJLG Quarterly Reports 3Q2022 |
| RJLG Quarterly Reports 2Q2022 |
| RJLG Quarterly Reports 1Q2022 |
| RJLG Quarterly Reports 4Q2021 |
| RJLG Quarterly Reports 3Q2021 |
| RJLG Quarterly Reports 2Q2021 |
| RJLG Quarterly Reports 1Q2021 |
| RJLG Quarterly Reports 4Q2020 |
| RJLG Quarterly Reports 3Q2020 |
| RJLG Quarterly Reports 2Q2020 |
| RJLG Quarterly Reports 1Q2020 |
| DX7435 - JNJ 000132159 |
| DX7437 - JNJ 000134313 |
| DX7438 - JNJ 000382024 |
| DX7439 - JNJ 000134197 |
| DX7440 - JNJ 000381001 |
| DX7441 - JNJ 000134159 |
| DX7442 - JNJ 000384469 |
| DX7443 - JNJ 000384502 |
| DX7444 - JNJ 000384551 |
| DX7445 - JNJ 000134075 |
| DX7448 - JNJ 000134009 |
| DX7449 - JNJ 000382986 |
| DX7450 - JNJ 000133797 |
| DX7452 - JNJ 000383338 |
| DX7453 - JNJ 000133908 |

| |
|---|
| DX7454 - JNJ 000383087 |
| DX7455 - JNJ 000133653 |
| DX7457 - JNJ 000133839 |
| DX7459 - JNJ 000383016 |
| DX8046 - JNJ 000558360 |
| DX8047 - JNJ 000521505 |
| DX8048 - JNJ 000521516 |
| DX8049 - JNJ 000558931 |
| DX8050 - JNJ 000558568 |
| DX8051 - JNJ 000558970 |
| DX8052 - JNJ 000521581 |
| DX8053 - JNJ 000558731 |
| DX8054 - JNJ 000631351 |
| DX8055 - JNJTALC000196139 |
| DX8156 - JNJTALC000196576 |
| DX8157 - JNJTALC000196176 |
| DX8158 - JNJTALC000196252 |
| DX8435 - JNJ 000558343 |
| DX8801 - JNJ 000134054 |
| DX8919 - JNJTALC001084921 |
| DX8920 - JNJTALC001054034 |
| DX8921 - JNJTALC001082577 |
| DX8922 - JNJTALC001083855 |
| DX8962 - JNJTALC001389105 |
| DX8963 - JNJTALC001389361 |
| DX8964 -  JNJTALC001353867 |
| DX8965 - JNJTALC001391321 |

| **FDA Related Documents** |
|---|
| 10/11/2019 Report by AMA Analytical Services, Inc, JNJTALC001292442 |
| 10/18/2019 J&J to Voluntarily Recall A Single Lot of Johnson's Baby Powder in the United States |
| 10/27/2019 Preliminary BV Report on Lot #22318RB Samples, JNJTALC001282631 |
| 10/28/2019 RJLG Report on Lot #22318RB Samples, JNJTALC001285467 |
| 10/28/2019 RJLG Incidence Report, JNJTALC001285569 |
| 10/28/2019 FDA, Baby powder manufacturer voluntarily recalls products for asbestos |
| 10/29/2019  RJLG Report on FDA Bottle samples, JNJTALC001286078 |
| 10/29/2019 RJLG Report on Surrounding Bottle Lots, JNJTALC001286137 |
| 10/29/2019 15 New Tests from the Same Bottle of Johnson's Baby Powder Previously Tested by FDA Find No Asbestos |
| 11/1/2019 Bureau Veritas Interim Report re: Lot #22318RB, JNJTALC001285872 |
| 11/5/2019 RJLG Report on Additional FDA Bottle sample testing, JNJTALC001286219 |
| 11/27/2019 Bureau Veritas Final Report, JNJTALC001285875 |
| 12/3/2019 Company Investigation Confirms No Asbestos in Johnson's Baby Powder: More Than 150 Tests Show No Asbestos |
| 12/3/2019 Summary of Investigation, JNJTALC001286606 |
| 12/3/2019 J&J Recall Investigation Report, JNJTALC001284148 |
| 8/18/2020 FDA Issues Update Regarding Information Presented at Talc Public Meeting |

# RJ LEE GROUP
DELIVERING SCIENTIFIC RESOLUTION

April 1, 2024

Mr. Kevin Hynes
King & Spalding LLP
1185 6th Avenue
New York, NY 10036

Re: Review of Expert Report of Dr. David A. Kessler MD in the matters of *Diana Balderrama and Gilbert Balderrama v. Johnson & Johnson, et al. and Brandi Carl and Joel Carl v. Johnson & Johnson, et al.*

I have been asked to review and provide comments regarding the geological and mineralogical opinions of Dr. Kessler, MD as articulated in paragraphs 80 through 140, 161 through 168.5, and 201 through 203.7 of his expert report dated November 15, 2023.

Dr. Kessler's opinions on geology and testing are without a sound basis. I have specifically addressed what is and is not asbestos as established in both the scientific and regulatory literature in my expert reports on behalf of Johnson & Johnson. I also address the specific geologic formation conditions for the talc sources used by Johnson & Johnsons for the United States market, namely Val Germanasca, Italy; Southern Vermont, USA; and Guangxi, China. I also address my testing of actual Johnson & Johnson talcum-based and Shower to Shower products derived from these sources.

To suggest that Johnson & Johnson only relied upon CTFA J4-1 methodology is factually inaccurate; since the early 1970s, transmission election microscopy was employed to screen finished milled talc with detection limits well below that of XRD and further, the TEM based testing used by Johnson & Johnson starting in the early 1970s was for the analysis of both chrysotile and amphibole type asbestos.

The work of Mr. Bradley van Gosen of the USGS is selectively quoted throughout Dr. Kessler's report. Mr. Van Gosen studied various talc deposits in the US and published these results in 2004: he and his USGS colleagues characterized and identified amphibole and amphibole asbestos in certain Death Valley, California talc deposits (which are not at issue in this case). That work followed the nomenclature of Campbell et al. (1977) and Perkins and Harvey (1993). If Dr. Kessler was to be consistent, he would apply the same recommendations in his own interpretation of historical testing and other geologic and mineralogic based opinions. Using these recommendations, none of the amphiboles observed in testing of the actual products at issue post-1950 or mine sources are consistent with findings of asbestos.

Further, I have in fact performed the work suggested and cited by Dr. Kessler in public comments made by Mr. Van Gosen in paragraph 83.14. In performing said work, I have not found chrysotile

RJ Lee Group, Inc.
Project Number: LLH111414, LLH111413
Page 2 of 2

or amphibole asbestos associated with the talc ores or finished products associated with the mines at issue for Johnson & Johnson.

To the extent that Dr. Kesseler will be offering any geologic, mineralogical, and analytical testing opinions at time of trial, I reserve my right to respond to those specific opinions.

Sincerely,

Matthew S. Sanchez, PhD
Principal Investigator
msanchez@rjleegroup.com

# RJ LEE GROUP
DELIVERING SCIENTIFIC RESOLUTION

April 1, 2024

Mr. Kevin Hynes
King & Spalding LLP
1185 6th Avenue
New York, NY 10036

Re: Review of Expert Report of Dr. William Sage MD in the matters of *Diana Balderrama and Gilbert Balderrama v. Johnson & Johnson, et al. and Brandi Carl and Joel Carl v. Johnson & Johnson, et al*.

I have been asked to review and provide comments regarding the geological, mineralogical, and analytical testing opinions of Dr. Sage, MD as articulated in paragraphs 50 through 61 and 116 through 125 of his expert report dated November 15, 2023.

Dr. Sage's opinions on geology, mineralogy, and analytical testing are without a sound basis. I have specifically addressed what is and is not asbestos as established in both the scientific and regulatory literature in my expert reports on behalf of Johnson & Johnson. I also address the specific geologic formation conditions for the talc sources used by Johnson & Johnsons for the United States market, namely Val Germanasca, Italy; Southern Vermont, USA; and Guangxi, China. I also address my testing of actual Johnson & Johnson talcum-based products derived from these sources.

To suggest that Johnson & Johnson only relied upon CTFA J4-1 methodology is factually inaccurate; since the early 1970s, transmission election microscopy was employed to screen finished milled talc with detection limits well below that of XRD and well below 0.5 to 1.0 percent by weight levels.  In fact, the TEM based testing used by Johnson & Johnson starting in the early 1970s was for the analysis of both chrysotile and amphibole type asbestos.

Reliance on any findings of Cralley 1968 is without merit as Cralley is using PCM techniques which are incapable of mineral identification.  Any suggestion of Cralley that amphibole asbestos was present is pure conjecture.

The purposed 1973 FDA PLM method is incapable of mineral identification and thus in fact not practical to its intended purpose and was withdrawn. Any suggestion that current PLM methodologies are the same as that proposed in 1973 is not factually accurate.  Further, I have tested talc ores and finished products of Johnson & Johnson utilizing today's state of the art testing methodologies and have not detected asbestos with one exception of a talc drawn from a bottle from World War II.  Further, RJLG was unable to verify the findings of the FDA in the same lot in 2019 as discussed in my expert report and cited documents.

RJ Lee Group, Inc.
Project Number: LLH111414, LLH111413
Page 2 of 2

To the extent that Dr. Sage will be offering any geologic, mineralogical, and analytical testing opinions at time of trial, I reserve my right to respond to those specific opinions.

Sincerely,

Matthew S. Sanchez, PhD
Principal Investigator
msanchez@rjleegroup.com

Exhibit 81

**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

**MAS**

### MAS Project M71643-001

### Talcum Powder Analysis

### Johnson & Johnson Baby Powder



Prepared for: The Dean Omar Branham Shirley Law Firm

Prepared By: William E. Longo, Ph.D., CEO

Materials Analytical Services, LLC

**10/19/2023**

# TABLE OF CONTENTS

PROJECT SUMMARY........................................................................................................................3

OVERVIEW..................................................................................................................................3

MATERIALS & METHODS..............................................................................................................4

RESULTS ....................................................................................................................................8

DISCUSSION/CONCLUSION........................................................................................................10

**PROJECT SUMMARY**

This report provides the results for the analysis of one Johnson's Baby Powder (JBP) container submitted to MAS by Jessica Dean on behalf of the Dean Omar Branham Shirley (DOBS) Law Firm. The JBP sample was sent to MAS on 03/16/23 where it was received and logged in on 03/17/23. The JBP sample was then placed in a secure laminar flow hood where it was later assigned the following MAS laboratory tracking number M71643-001.

Table 1 provides a sample description summary of the JBP talcum powder sample that was received and analyzed for asbestos.

**Table 1**
**JBP Talcum Powder Sample Container Descriptions**

| MAS Sample No. | Product | Sample size (oz) | Condition of Container | Date Manufactured | code | Source of Sample |
|---|---|---|---|---|---|---|
| M71643-001 | Johnson & Johnson Baby Powder | 1.5 oz. | Sealed | 2004 | 1489RA | Summited by Jessica Dean of DOBS |

**OVERVIEW**

This report provides the analytical results for the testing of one JBP talcum powder container that MAS analyzed as requested by DOBS Law Firm.

The talcum powder in the JBP talcum powder sample container was analyzed for both chrysotile and amphibole asbestos using PLM and ATEM.

For the chrysotile analysis, the sample was first prepared by the Colorado School of Mines (CSM) sample preparation method (with HLS), and then analyzed by PLM using a refractive index fluid 1.560.

For the detection of amphibole asbestos, the sample was analyzed using ATEM methods. The ATEM sample preparation was analyzed using the standard TEM methods.

**Overview of Results**

**The CSM Sample Preparation (with HLS) & Analyzed by the ISO 22262-1 Method**
The JBP talcum powder sample reported positive for chrysotile. The amount of chrysotile found in the JBP sample had an average estimated volume weight concentration of 0.0004-0.0008% (recovery weight corrected). The average amount of chrysotile bundles was 45,000 bundles per gram of talc (recovery weight corrected).

**The ISONY 22262-1 (with HLS) Method for Amphibole Asbestos**
The analysis showed the JBP talcum powder sample was non-detect for amphibole asbestos.

**ISO 22262-1&2 ATEM HLS Method for Amphibole Asbestos**
The JBP talcum powder sample was non-detect for amphibole asbestos.

## MATERIALS & METHODS

**JBP Powder Sample Container**
After the JBP talcum powder sample container was logged in at MAS and transferred to the cosmetic talc archive room where it was photographed in the received condition.  The MAS chain-of-custody documents can be found in Section 2 of this report, and photographs of the sample container can be found in Section 5 of this report.

**Muffle Furnace**
For this procedure, approximately 1 gram from the talcum powder sample was removed from its container (Sartorius Research Balance) and placed in a glass scintillation vial.  The scintillation vial was then placed in a Fisher Scientific Iso-temp muffle furnace Model #620 at 480ºC for a minimum of 12 hours to remove any organic material.  Typically, the muffle furnace samples are run overnight.

**CSM Sample Preparation Method (with HLS) and ISO PLM Analysis (Chrysotile Asbestos)**
**CSM Sample Preparation**
Approximately 200 milligrams from the muffled talcum powder sample were transferred into a 15 ml centrifuge tube (VWR 10026-076).  Through the use of DI water, approximately 5 ml of adjusted HL (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density of 2.85 g/cc), was diluted to a new density of 2.65 g/cc, as determined by a VWR Hydrometer, Model Number 34620-1109.

The newly diluted HL was added to a VWR centrifugation tube containing the talcum powder sample and then shaken vigorously for 10 to 20 seconds. The centrifugation tube was then placed in an Ohaus Frontier 5000 series centrifuge set at 2000 RPM for 72 hours at 15 degrees Celsius without breaking.  After removing the tube from the centrifuge, the talc/heavy liquid (light fraction) was pipetted off the top of the centrifuge tube, then mixed with DI water and filtered onto a new 0.45um 47mm PC filter and allowed to dry under a drying lamp for 20 to 30 minutes. This washing step was repeated two more times.

After drying, the final MCE (light fraction) was provided to the PLM analyst. The 47 mm MCE filter was weighed before HLS recovery process, and then again after the filtration and drying of the heavy fraction. [1,2,]

**PLM – New York ELAP Method (with HLS Sample Preparation) for Amphibole Asbestos**
Approximately 200 milligrams from the muffled talcum powder sample were transferred into a 15 ml centrifuge tube (VWR 10026-076). Through the use of DI water, approximately 5 ml of adjusted HL (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density of 2.85 g/cc), was diluted to a new density of 2.78 g/cc, as determined by a VWR Hydrometer, Model Number 34620-1109.

The newly diluted HL was added to a VWR centrifugation tube containing the talcum powder sample and then shaken vigorously for 10 to 20 seconds. The VWR centrifugation tube was then placed in an Ohaus Frontier 5000 series centrifuge set at 2000 RPM for 24 hours at 15 degrees Celsius without breaking. After removing the tube from the centrifuge, the talc/heavy liquid (light fraction) was pipetted off the top of the centrifuge tube. The pellet along with the DI water was then filtered onto a new 0.45um 47mm PC filter and allowed to dry under a drying lamp for 20 to 30 minutes. This washing step was repeated two more times for the sample.

After drying, the final MCE filter/talc sample (heavy fraction or pellet) was provided to the PLM analyst. The 47 mm MCE filter was weighed before HLS recovery process, then after the filtration and drying of the heavy fraction.

**ISO 22262-1 PLM Analysis of the Samples Prepared by the CSM & New York ELAP Method**
**Chrysotile Asbestos**
Approximately 100 milligrams from the muffled talcum powder sample (heavy fraction) were analyzed by the ISO 22262-1 PLM method. To determine the actual amount of talcum powder analyzed by this method, the sample was prepared as follows: two new glass slides that are used to analyze the talcum powder sample by PLM for this project were separately weighed and recorded (Sartorius Research Balance). Next, three talcum powder sample mounts were placed on the two glass slides (one talcum powder mount on one slide and two talcum powder mounts on the second slide). While the sample mount was transferred onto the glass slides, each of the glass slides were reweighed and recorded. Afterwards, a drop of 1.560 (CSM-chrysotile) and 1.605 (NYELAP-amphibole asbestos) refractive index fluid was placed on each sample mount and stirred with the point of a scalpel blade. The three sample mounts were then covered with an 18 x 18 mm glass cover slip.

The sample was then examined under elongation PLM conditions, cross polars with the 530 nm

---

[1] Colorado School of Mines Research Institute February 26, 1973 Report Re: Mineralogical Examination of Five Talc Samples to W.H. Ashton from W.P. Reid and W.T. Caneer.
[2] Colorado School of Mines Research institute April 2, 1973 Report re: Mineralogical Examination of four Samples for Tremolite and Chrysotile from W.P. Reid to W.H. Ashton.

analyzer plate inserted.  30 total fields per field of view (a single PLM field of view has an area of (0.785 mm$^2$) are examined (10 fields of view for each of the three mounts) for a total area examined of 23.55 mm$^2$.

Positive identification of chrysotile asbestos bundles was done by morphology, refractive indices, elongation, extinction angle, birefringence and pleochroism as described by the ISO 22262-1 PLM method.  The ISO PLM analysis protocol was used to show how the analysis is done. However, the range of acceptable RI's for the NIST 1866 chrysotile were not used.   The reason for this will be discussed later in this report.

If chrysotile is present, the PLM analyst will count the number of positively identified chrysotile structures in each field of view based on the above criteria and record that number on the MAS PLM data sheet.  In addition, up to three or four representative chrysotile bundles are photographed in both the parallel and perpendicular direction under dispersion staining, elongation, cross polars and with polarizers out.  The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

**Amphibole Asbestos**

As described above, amphibole asbestos was also analyzed by the ISO 22262-1 PLM method.  In addition to the determination of whether regulated amphibole asbestos structures are present in the sample, the sample was also examined for possible amphibole cleavage fragments in 1.605 RI fluid.  The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

**ATEM Sample Preparation: Amphibole Asbestos ISO 22262-2 (with HLS Sample Preparation)**

The HLS sample preparation for the ATEM analysis was done by the ISO 22262-2 methodology.  Approximately 25 to 30 milligrams (Sartorius Research Balance) from the muffled furnace talcum powder sample were placed into a labeled 15 ml centrifuge tubes (VWR 10026-076).

Approximately 5 ml of heavy liquid (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density 2.85 g/cc) was added into the centrifuge tube containing the talcum powder sample, that was then prepared and shaken vigorously by hand for 10 to 20 seconds.  The centrifuge tube was placed in an Eppendorf micro-centrifuge (Model No. 2412D) set at 2000 RPM for 24 hours at 15 degrees Celsius.  After removing the tube from the centrifuge, the talc/heavy liquid (light fraction) was pipetted off the top of the centrifuge tube. Deionized water was added to the centrifuge tube to bring the volume to approximately 15 ml. The 15 ml centrifuge tube was then capped and inverted by hand 2 times to distribute the collected material in the bottom of the tube tip. Next, the 15 ml mixture was immediately and continuously filtered through a separate 47 mm Polycarbonate filter (PC) with a 0.22μm pore size.

After the mixture was filtered, the excess heavy liquid was washed through the filter with the addition of approximately 100 ml of deionized water. The prepared PC filter was placed in a new

disposable plastic 47 mm petri dish and allowed to dry at ambient room temperature in a HEPA hood for a minimum of 2 hours. The processed PC filter sample was directly prepared onto 100 μm TEM size grids (2 for analysis and 1 for archive) using the standard TEM filter preparation protocol for PC filters.[3, 4, 5, 6, 7]

## ATEM Amphibole Asbestos Analysis:  ISO 22262-1 & 2
For the ATEM analysis, 100 grid openings were analyzed between two grids (50 openings per grid). JEOL 1200EX ATEMs equipped with either a Noran or an Advanced Analysis Technologies (light element) energy dispersive x-ray analyzer (EDXA) were employed for this analysis.  The sample was analyzed at a screen magnification of 20,000X.  Verification of regulated amphibole asbestos structures is done in the ATEM by the following three steps:

## Morphology (Step 1)
The determination of the fibrous morphology for any potential regulated amphibole asbestos structures in the TEM sample was done by the standard ATEM methodology.[3,5] Morphology is identified when the fibers and bundles of potential asbestos structures have substantially parallel sides with an aspect ratio of 5:1 or greater, and at least 0.5 μm in length.

## Regulated Amphibole Asbestos Verification (Steps 2 & 3)
Potential fibrous amphibole asbestos structures that fit the above morphology criteria are analyzed in the ATEM by EDXA for the fiber/bundle chemistry (Step 2) and selected area electron diffraction (SAED), for the appropriate crystalline lattice measurements for amphibole asbestos (Step 3) as described in the ISO 22262-1 & 2 methods.  The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

## Process Laboratory Blank
The process laboratory blank (M71643-000) was run concurrently with the corresponding JBP talcum powder sample preparations by the ATEM HLS method (amphibole asbestos).  The process blank PC filter was prepared in the same exact manner as the ATEM talcum powder sample (with heavy liquid, filtration on PC filters, etc.) but without any talcum powder. For the ATEM analysis, 100 grid openings (two grids, 50 grid openings each) were analyzed for the process blank.

---

[3] D5755-09 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Loading.
[4] D5756-02 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust Loading by Transmission Electron Microscopy for Asbestos Mass Surface.
[5] ISO 10312 1992-02-01, "Ambient Air Determination of Asbestos Fibers-Direct-Transfer Transmission Electron Microscopy Method.
[6] ISO 13794 1999 07-12, "Ambient Air-Determination of Asbestos Fibers-Indirect-Transfer Transmission Electron Microscopy Method.
[7] U.S. Environmental Protection Agency (USEPA) 1987. Asbestos Hazard Emergency Response Act, 40 CFR Part 763, Appendix A to Subpart E, USEPA, Washington D.C.

## RESULTS

### JBP Powder Container Inspection

When inspected upon its received condition, the JBP talcum powder sample container was sealed. Images of the JBP container showing its original seal and when it was opened can be found in section 5 of the notebook.

### CSM Sample Prep. (HLS)/ISO 22262-1 PLM Analysis Chrysotile Asbestos)

The amount of chrysotile found in the JBP talcum powder sample had an average estimated volume weight concentration of 0.0004-0.0008% (recovery weight corrected). The average amount of chrysotile bundles was 45,000 bundles per gram of talc (recovery weight corrected).

The average birefringence (BIR) of the chrysotile bundles was calculated from the refractive index measurements and found to have a BIR classification of 0.009 which is classified as a Low birefringence (<0.01). The CSM/ISO-PLM data sheets can be found in Section 3 of this report.

### The ISONY 22262-1 (with HLS) Method for Amphibole Asbestos

The analysis showed that the JBP talcum powder sample was non-detect for amphibole asbestos. The ISONY-PLM data sheets can be found in Section 3 of this report.

### ISO 22262-1&2 ATEM HLS Method for Amphibole Asbestos

The ISO 22262-2 ATEM heavy liquid separation method showed that the JBP talcum powder sample was non-detect for amphibole asbestos. The ATEM data sheets can be found in Section 3 of this report. The summary of the ATEM results are shown in Table 2.

### ATEM Process Blanks

The analyzed ATEM process blank sample showed no asbestos structures, cleavage fragments or fibrous/platy talc detected. The ATEM data sheets can be found in Section 4 of this report. The summary of the overall analytical results is shown in Table 2.

**Table 2**
**Overall Summary of the JBP**
**Asbestos Sample Analysis Results**

| MAS Sample # | ATEM Amphibole Asbestos | PLM Amphibole Asbestos % | CSM-PLM with HLS Chrys % | CSM Weight Recovery Light Fraction | CSM Chrys % Weight Corrected** |
|---|---|---|---|---|---|
| M71643-001 | <56,000 | NSD* | 0.002-0.004 | 19.7% | 0.0004-0.0008 |

*No Structure Detected **Weight Corrected

The refractive index and calculated birefringence values are shown in Table 3.

Page **8** of **22**

**Table 3**
**Overall Summary of the Calculated Chrysotile**
**BIR CSM-PLM Data**
**(RI Fluid 1.560)**

| MAS Sample # | Range of Chrysotile RI Values CSM-PLM | Birefringence Calculations |
|---|---|---|
| M71643-001 | 1.569-1.561<br>1.561-1.552 | 0.008-0.009<br>avg. = 0.009 |
| | α range γ<br>1.561-1.552 1.569-1.561 | Avg. = 0.009 |

### Estimation of the Number of Chrysotile Bundles Detected for CSM PLM Methods

Using the number of chrysotile bundles counted during the PLM analysis, and the amount of talcum powder analyzed in a specified area on the cover slip mount per the two glass slides, the amount of chrysotile bundles per gram of talcum powder sample can be calculated.

Total chrysotile bundles in the sample is calculated as shown in the following equation:

$$(A1 \div A2) \times (CB) \div W = TCB/W$$

**Where:**
**A1:**   The total area (972 mm$^2$) that the talcum powder occupies on the two glass slides.
**A2:**   The area (23.55 mm$^2$) in thirty fields of view that the talcum powder occupies on the two glass slides.
**CB:**   Number of chrysotile bundles detected in a positive sample by PLM analysis.
**_W:_**   Weight of total talcum powder placed on the two glass slides.
**TCB/W:** Total number of chrysotile bundles per weight (grams) of talcum powder.

The results of CSM sample preparation analysis calculations are shown in Table 4.

**Table 4**
**Summary of Estimated Chrysotile Bundles per gram Calculations**
**For the CSM PLM Results**

| MAS Sample # | Wt. of Sample grams | No. of Chrys Bundles counted | CSM/ISO Chrysotile Bundles/g | CSM/ISO* Chrysotile Bundles/g |
|---|---|---|---|---|
| M71643-001 | 0.0009 | 5 | 229,000 | 45,000* |
| | | | Avg.= 229,000 | Avg.= 45,000* |

Weight corrected*

The average of the amount of chrysotile bundles for the CSM sample preparation method for the JBP talcum powder sample was approximately 45,000 bundles per gram of talc.

## DISCUSSION/CONCLUSION

### Colorado School of Mines (w HLS) Sample Preparation of Cosmetic Talc

This section reviews the development of the double density cosmetic talc sample preparation, by the Colorado School of Mines Institute, on behalf of J&J for the concentration of chrysotile and amphibole asbestos.

The sample preparation part of the MAS chrysotile analysis is based on the work done by the CSM in the early 1970's for the detection specifically for possible chrysotile and amphibole asbestos in J&J sourced Vermont talcum powder, from the Frostbite mine using, double heavy liquid separation (<2.9 g/cc & >2.9 g/cc).

An overview of this method development by CSM is as follows:

**In a January 17, 1973 Windsor Minerals document** sent by R.N. Miller to Mr. Bill Ashton of J&J, subject: "Core samples, diamond drill holes, **Frostbite mine**" informing Bill Ashton that Windsor Minerals was sending 1/8 split of our retain samples from the cosmetic ore sampling done in these holes. The memo goes on to say, "This is the material which we sent to Colorado identified as CN core which we conducted our pilot production runs which yielded Grade 66 material. (JNJ000682638)[8]

Cosmetic Talc Core Samples mailed to Colorado School of Mines:
Hole Numbers
1. 30-71-S    4. 32-71-S
2. 30-B-71-S  5. 34-71-S
3. 30-C-71-S

**February 26, 1973 Colorado School of Mines (CSM) document for, Project no. C10704, reported their analysis W.H. Ashton,** where these same five Frostbite core samples were prepared with heavy liquid separation (HLS) with two different densities (<2.9 & >2.9) and with acid leaching. (JNJNL61_000008084 thru JNJNL61_000008089). The "as received samples" and were first analyzed using x-ray diffraction and microscopic studies without HLS.

---

[8] January 17, 1973 Windsor Minerals document sent by R.N. Miller to Mr. Bill Ashton of J&J, subject: "Core samples, diamond drill holes, Frostbite mine".

The results stated that "Relative to possible asbestos type minerals, samples **30-71-S and 30-B-71-S contained slight traces of tremolite-actinolite minerals. Sample 32-71-S** is suspected to **contain a very minor amount of serpentine which maybe chrysotile**".

**As further outlined in the 2/26/1973 Report,** the next phase of study was that the 5 Frostbite talc ore samples were first fractionated using heavy liquid separation (HLS) and then with acid dissolution, then analyzed by XRD. The report describes the HLS method as follows:  Each of the ground talc ore was separated into fractions by centrifugation in heavy liquids: specific gravity <2.90 and specific gravity >2.90.  After the x-ray diffraction of the >2.90 specific gravity fractions, the sample was leached with 1:1 HCL to remove magnesite.  The insoluble residue was then examined for amphiboles with a petrographic microscope.  In both Phase 1 and Phase 2, possible serpentine was detected in Frostbite ground talc ore sample 32-71-S.

The last phase of this analysis, CSM attempted to verify the presence of serpentine in sample 32-71-S <2.65 fraction by step scan x-ray diffraction over the critical diffraction peaks of serpentine which is in the 7Å and 14Å region, "**the initial result suggested that serpentine, not chlorite, was present.**"

Microscopic examination of the <2.65 fraction identified a "very minor (1%) amounts of possible serpentine fibers" that was facilitated by staining with 1% iodine in glycerin.

**The report recommended that further work be done on this sample (32-71-S)**.  It has been suggested in the past by defense attorneys that this statement meant that more work was needed on the heavy liquid separation sample preparation method.  That suggestion is not true.

**April 2, 1973 Colorado School of Mines (CSM) document for Project no. <u>C10704</u>, reported their analysis to W.H. Ashton,** where the primary objective of the studies was to determine the presence or absence of tremolite and chrysotile in talc bearing head samples labeled 1 through 4.

For the HLS sample preparation and analysis, by CSM, the four head talc ore samples were first ground into two size ranges of minus 200 plus 325 and minus 325. The samples were then prepared with CSM's double heavy liquid separation method and acid dissolution, analyzed by XRD and or optical microscopy.  For optical microscopy of tremolite analysis, RI fluid 1.600 was used for their PLM analysis of the tremolite asbestos.   MAS has been criticized in the past for using 1.605 RI fluid because it was not high enough as suggested by J&J's experts, even though the CSM used 1.600 used a lower RI fluid.

**Results:**

<u>Chrysotile (HLS <2.65 g/cc)</u>
1) **Minus 200 plus 325 mesh**:  Chrysotile abundance was estimated as <0.0001% in sample 3 and <0.0006% for sample 4.

2) **Plus 325 mesh:** Chrysotile abundance was estimated as <0.0007% in samples 2, 3 and <0.0006% for sample 4.

**Tremolite (HLS >2.90 g/cc)**
1) Minus 200 plus 325 mesh:  possible tremolite was found in sample 2 is estimated at <0.002%

2) **Minus 325 mesh:** No tremolite was detected in any of the four samples.

These four samples were labeled "head" samples which defined as average grade feed that goes into the mill before the flotation process.  There was no identification of the source of the talc samples in the April 2, 1973 Colorado School of Mines Report.  However, it is most likely these head samples were collected in the same area that sample 32-71-S was collected from the Frostbite mine.  The reason for this is that in the Colorado School of Mines 2/26/1973 report to Dr. Ashton, the very last sentence in the report states "that further work be done on this sample 32-71-S".  It would seem logical that the next set of talc samples analyzed was fulfilling that further work statement about Frostbit sample 32-71-S.  Also, there were only 36 days between the CSM February and April reports, and all three of these reports have the same CSM Project no. C10704.

**December 27, 1973:** Colorado School of Mines Research Institute prepared the following report for Johnson & Johnson, "A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers.  Project C10704. (JNJ 000268037 to 045).[9]

This CSM report provides the methodology using double density heavy liquid separation for chrysotile and amphibole asbestos.  It reports a detection limit of 10 ppm (0.00001%) and verification of asbestos types, after separation, was done by optical microscopy.

This method also stated the following: "Electron Microscopy examination employing selected area electron diffraction and/or x-ray emission spectrography may be required in order to specifically identify small fibrous particulates".  The Colorado School of Mines recognized that TEM would be needed to identify for small particles.

Nowhere in this report was there even a suggestion by the Colorado School of Mines that their double density heavy liquid method, for sample preparation, for both chrysotile and amphibole asbestos, was anything but a sound scientific method.

In fact, this sample preparation was approved and signed off by the following individuals from the Colorado School of Mines Research Institute:  Herman Ponder, Director, James M. Link, Director Mining Division, and Jerry Krause, Senior Scientist Mining Division.

---

[9] December 27, 1973, Colorado School of Mines protocol entitled "A procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers" Herman Ponder Director, Jerry Krause Senior Scientist and James Link Director Mining Division.

In the Introduction Section, the second paragraph states the following;

> "As the impurity level becomes very low (<<1%), it is necessary to examine increasing amounts of sample in order to detect the impurity. **As a result of the requirement to detect the proverbial "needle in a haystack,"** we have evolved a procedure which preconcentrates the impurities prior to examination. The net effect is that a large initial sample is fractioned in order to reject the majority from further examination."

This was the same reason that MAS decided to use heavy liquid separation in late 2016 for cosmetic talc analysis as described above by the Colorado School of Mines.

**Johns-Manville**

Another indication of how confident the Colorado School of Mines was in their double density separation method, they informed Johns-Manville that the thought this heavy liquid separation method they developed, was good enough to be considered for a patent (JNJMX68_000007044 to 000007046).

In an October 29, 1973 letter from V.E Wolkodoff of Johns-Manville to Mr. Caneer, Colorado School of Mines, in response to a phone call from Mr. Caneer, Mr. Wolkodoff writes the following:

*"Specifically, we were interested in your advanced technology used to separate felted masses of asbestos by heavy liquid separation" preparatory to staining of chrysotile by iodine as worked out by Morton and Baker of Johns-Manville."*

Mr. Wolkodoff further writes, "*I understand your position completely on specific techniques being worked for other companies which are proprietary and, as you had indicated, will probably be patented.*"

This letter confirms CSM was both developing this sample preparation method for J&J, and thought it was such an advancement in talc sample preparation technology for PLM analysis, they were considering to protect it with a patent.[10]

With that said, there no indication or documents that J&J's CSM double density talcum powder sample preparation method was ever patented, or shared with the FDA when they struggled with their own development of a concentration method, or over a period of 50 to 60 years, there is no evidence that J&J ever had their main outside QA labs (McCrone or the R.J. Lee Group) use the much superior CSM sample preparation method, when they were analyzing J&J's talcum powder by XRD, PLM and or TEM for asbestos. The lack of use of the CSM sample preparation method by

---

[10] October 29, 1973 letter from V.E Wolkodoff of Johns-Manville to Mr. Caneer, Colorado School of Mines.

these two outside labs, explains why hundreds, if not thousands of J&J's talc sample analysis for asbestos analysis were found to be non-detects by the McCrone and RJ Lee labs.

I believe the reason that the CSM talc sample concentration preparation method for chrysotile and amphibole asbestos, was never used by J&J, can be summed up by the following statements by Dr. Robert Rolle of J&J in two documents. The first document is a May 22, 1973 Report entitled "Proposed Specs for Analyzing Talc for Asbestos". On the third page concerning Dr. Pooley's preconcentration method for tremolite, Dr. Rolle states, "This technique has not been written up yet, but evidently when applied to Vermont talc, 0.5% of the tremolite-type is found." Dr. Nashed of J&J received this report on May 23, 1973 (JNJAZ56_000001892 to 1989)[11]

*"The limitation of this method is that it may be too sensitive."*

The second document is a February 18th, 1975 memo to Dr. Rolle where he states, "I have also enclosed our test method for the proposed Xray technique which was drawn up by Boots Ltd in conjunction with Dr. Pooley" (JNJNL61_0000062953)[12]

*"We deliberately have not included a concentration technique as we felt it would not be in worldwide company interest to do this."*

### Other Asbestos Concentration Methods for Cosmetic Talc Yardley LTD. Method

A J&J produced document (JNJ00026450 to 4509 **redacted**) that also has a Bate stamp number DX8011.0010 to .0010 **un-redacted**) entitled "A Method for the Separation of Impurities from Talc", is a double density separation sample preparation method that is very similar to the CSM double density sample preparation method.[13]   The primary differences involves the density for the heavy liquid that was used.  Where the CSM method uses 2.65 g/cc for the chrysotile and >2.90 g/cc for the amphibole asbestos, the Yardley method uses 2.69 g/cc for chrysotile and 2.83 g/cc for amphibole asbestos.  Also, the Yardley method uses a centrifuge speed of 3,000 rpm for 5 minutes, the CSM method uses a centrifuge speed of 800 rpm for two intervals of 30 minutes.  The 1991 published Blount HLS sample preparation method for amphibole asbestos, uses 2.81 g/cc and a centrifuge speed of 7,000 rpm for 10 minutes.

Each of these heavy liquid separation methods are using slightly different HL density liquids and different centrifuge speeds and times.  The main point of this is that scientists are using different HL densities and centrifugation times that work best for them.  There is no right or wrong, the only

---

[11] May 22, 1973 Report where the Subject, entitled "Proposed Specs for Analyzing Talc For Asbestos".
[12] February 18th, 1975 memo to Dr. Rolle.
[13] A Method for the Separation of Impurities from Talc

thing important is that heavy liquid separation of asbestos from talcum powder is a well-researched method developed by J&J almost 50 years ago, published by Dr. Blount in 1990/91, and is also an International Standards Organization protocol (ISO 22262-1 &2) method.

### Physical Prosperities of Tremolite & Anthophyllite

In the December 27, 1973 Colorado School of Mines Research report, it is interesting that tremolite was detected in the minus 200 plus 325 samples, but not in the minus 325.  These findings are consistent with the Pang et al. publication in 1987.[14] For this study, they spiked talc with tremolite (1 and 0.1%) and ground these samples for two size ranges; 1) 50% was minus 325 and 2) 100% minus 325.

The results showed that for the TEM analysis (100 grid openings) the 1% spiked tremolite sample, at 50% minus 325, the number of tremolite fibers detected was 1,592, and for the 100% minus 325, the number of tremolite fibers was reduced to 91 structures or 5% detected.

For the 0.1 wt. percent, for the TEM analysis (100 grid openings) the 0.1 % tremolite spiked sample at 50% minus 325, the number of tremolite fibers detected was 88 and for the 100% minus 325, the number of tremolite fibers was reduced to 0 structures detected.

What is important about this study, is first that the tremolite used was characterized by the authors as tremolite asbestos/asbestiform due to the aspect ratio. Second, the asbestos fibers/talc spiked samples were ground so that there were two different particle size populations for two sample sets, 1st set, 50% of the sample would pass through a 325 mesh per inch sieve (45 μm opening), 2nd set, 100% of the sample would pass through the 325 mesh.

The Pang publication showed that when the talc was ground to the point that the size of the talc particles was small enough that 100% of the powder went through a 325 mesh it either greatly reduced (1.0% spiked sample) or eliminated (0.1%) is consistent with what Colorado School of Mines reported to J&J in their April 2, 1973 Protocol.

The reason for the tremolite asbestos being ground up is due the physical properties of tremolite asbestos, as well as anthophyllite asbestos, where both tremolite and anthophyllite have both low tensile strengths causing (brittle), and not flexible like chrysotile, and to a lesser degree, amosite and crocidolite.[15]  Since tremolite asbestos is brittle, the grinding to a minus 325 mesh size, by both the CSM and the Pang research, simply broke the tremolite fibers/bundles into non-fibrous particles.

---

[14] Thomas W.S. Pang, et al., "Determination of tremolite Asbestos in Talc Powder Samples" Ann. Occup. Hyg., Vol. 31, No. 2, pp 219-225, 1987.
[15] M.A. Vos, Asbestos in Ontario, Industrial Mineral Report, Ontario Department of Mines and Northern Affairs, Ontario, Canada 1971.

The CSM results also showed that chrysotile was not affected when ground to a minus 325 mesh size because chrysotile has high tensile strength, good flexibility and is the reason that most all asbestos-containing cloth is woven out of chrysotile and not ever from tremolite or anthophyllite asbestos. However, the size and width of the chrysotile bundles may be affected in the milling operation and that would account for the 5 to 20 µm in length to 2 to 4 µm in width range that we see in the cosmetic talcs, as well as the UCC SG-210 chrysotile.

Additionally, this data suggests that that due to cosmetic talc being milled to either a minus 200, and in some cases, a minus 325, is lowering the tremolite and or anthophyllite concentrations in the talcum powder, unless the concentration is so high in the talc ore, that a significant amount of the amphibole asbestos survives the milling process as demonstrated with this analysis.

The CSM results also showed that chrysotile was not affected, other than reduced in size) when ground to a minus 325 mesh size because chrysotile has high tensile strength, good flexibility and is the reason that most all asbestos-containing cloth is woven out of chrysotile and not ever from tremolite or anthophyllite asbestos.

This discussion goes to the whole issue of the general geological definition of "asbestiform" that appears in many of the standard TEM protocols, including the ASTM D5755-09 dust method which I was the primary author. [16]

This general definition is as follows:

*"asbestiform-a special type of fibrous habit in which the fibers are separable into thinner fibers and ultimately into fibrils. This habit accounts for greater flexibility and higher tensile strength than other habits of the same mineral."*

This is only a general definition that a geologist might be interested in when evaluating a potential asbestos mine, since the more fibrous the asbestos deposit, the more economical value the mine would have.[13] The economic value which depends on the grading of the asbestos where the most important factors are fiber or fiber length, tensile strength, flexibility, and spinnability among others, as shown in the Table 5.

**Table 5**
**Physical Properties of Asbestos**
**M.A. Vos, Asbestos in Ontario**

| Asbestos Type | Tensile strength (PSI) | Flexibility | Spinnability |
|---|---|---|---|
| Chrysotile | 80,000-100,000 | High | Very Good |
| Amosite | 16,000 - 90,000 | Good | Good |
| Crocidolite | 100,000-300,000 | Good | Good |

---

[16] ASTM D5755-09 Dust Method

| Tremolite solid solution series | <1,000 - 8,000 | Poor | Poor |
|---|---|---|---|
| Anthophyllite | 4,000 or less | Poor | Poor |

As the above table shows, the physical properties of tremolite, and anthophyllite asbestos have low tensile strength, both poor flexibility and spinnability, as compared to the other three asbestos types found in asbestos added products, and yet are regulated asbestos.

In a recent publication by Germine & Puffer entitled "Anthophyllite Asbestos from Staten Island, New York: Longitudinal Fiber Splitting", concluded that the low quality characteristics of anthophyllite asbestos from the Staten Island mine, are consistent with the anthophyllite asbestos of the Finland mine.[17] These characteristics include low aspect ratios, longitudinal splitting rather than crystal growth and "rather brittle such that they could not be woven in the manner of high quality chrysotile." Besides another research group verifying that anthophyllite asbestos is brittle causing low tensile strength, not flexible or separated into single fibrils, would not meet the disputed general geological asbestiform definition for commercial asbestos added products, but they also state in the last sentence of their paper "anthophyllite and amosite fibers are not asbestiform like chrysotile fibers but are never less potentially dangerous."

If this asbestiform definition was meant to be more than a general geological one, then the various analytical methods, using this definition, would have incorporated into the analytical methods, how to measure the tensile strength or flexibility of the microscopic asbestos fibers and bundles. Of course, the methods do not provide a means to measure flexibility and tensile strength since that type of measurement is impossible to accomplish by either PLM or TEM. Also, none of these analytical methods define what high tensile strength is, or how many measurements constitute a population.

**MAS's PLM Analysis of Chrysotile in Cosmetic Talc**

The PLM analysis performed by MAS, showed that the JBP talcum powder sample container that was analyzed by the CSM sample preparation method with HLS was positive for chrysotile asbestos.

MAS's PLM analysis was able to both detect and determine the amount of chrysotile bundles in the sample with HLS because MAS uses PLM microscopes that have higher resolution and analytical sensitivity capabilities, than your standard PLM microscope which is more suited for analyzing asbestos added products (AAP).

---

[17] Mark Germine and John H. Puffer, "Anthophyllite asbestos from Staten Island, New York: Longitudinal fiber Splitting", Archives of Environmental & Occupational Health, (2021) https://doi.org/10.1080/19338244.2021.1873095

In AAP (chrysotile) samples as compared to cosmetic talc samples, has a much higher population of very large size chrysotile bundles and orders of magnitude higher concentration levels of chrysotile in these types of products.

The PLM analysis of AAP samples does not challenge the resolution of the typical PLM microscope optics, or burden the microscopist with very long sample analysis times.  For example, in most PLM labs, including MAS's, the typical time required for an experienced PLM microscopist to analyze asbestos added products (AAP), where the majority of the AAP samples contain approximately 10 to 25 % asbestos, will only take about 15 and 20 minutes to complete the analysis.

With a cosmetic talc sample on the other hand, a typical PLM analysis at MAS, for either chrysotile or amphiboles asbestos, would routinely take 2 to 4 hours for a positive sample and a minimum of 20 minutes to hour for a negative sample, if there are no pigments in the sample.  In order to both detect and analyze the small size of the chrysotile bundles (10 to 20 µm in length), that are typically found in cosmetic grade talcum powder, through the use of dispersion staining, the PLM microscope must have "flat" objective lenses, and a HD video camera attached to the PLM microscope that is interfaced to a high definition monitor.

The MAS PLM microscopes are state-of-the-art Leica DM2700P PLM microscopes, where all of the objective lens, including the 10X central stop dispersion lens are the flat type, also known as infinity lens, LED light source, and are coupled with state-of-the-art HD digital camera and 37" HD monitor. To detect these size chrysotile bundles, it is highly recommended that this type of PLM microscope setup should be used for the PLM analysis of cosmetic talc samples.

It is also my opinion that the PLM analyst must first analyze prepared talcum powder standards, containing UCC SG-210 or RG-144 Calidria chrysotile, to become familiar with both the size of chrysotile structures found in cosmetic talc, as well as the difference in the refractive indices for the chrysotile as compared chrysotile added products.   If the UCC SG-210 chrysotile product is not available to your laboratory, a chrysotile standard one can be made with the NIST 1866b chrysotile standard.  This is done by using a liquid nitrogen ball mill, with approximately 1 gram of the NIST standard, the ball mill will be to be run for approximately 25 minutes depending on the make and model of the ball mill. This process may require a trial and error process to get a size range of 5 to 20 microns in length and approximately 2 to 4 microns in width. The resulting chrysotile powder will need to be sieved to a minus 200 sieve size.  The resulting chrysotile -200 size range powder can be analyzed by standard PLM using a RI fluid of 1.560 or 1.550 if you so choose.

Both the RG-144 and RG-210 Calidria chrysotile and the chrysotile found in the talcum powder samples typically shows central stop dispersion colors (CSDS) from blues ($\alpha$) to golden yellows ($\gamma$) in 1.550 liquid, and blue to a dark gold in 1.560 liquid.   MAS has been reporting this range of CSDS colors for the chrysotile detected in the cosmetic talc samples for almost two years using 1.550 RI liquid.  During that time, defendant experts, retained by a number of cosmetic talc manufacturers, and have repeatedly testified that MAS' CSDS findings are not appropriate for chrysotile. Therefore, in their opinions, MAS was and has been misidentifying fibrous/platy talc edge or cellulose as chrysotile.

For this set of samples, MAS used higher RI fluid (1.560) as discussed by Dr. Gunter, Alan Segrave (defense experts) in their expert reports, and in Dr. Su's photo-shop expert report.  These experts stated that to verify what MAS is identifying chrysotile, MAS needs to use a higher RI fluid then 1.550.  Therefore, for the PLM analysis of this JBP talcum powder sample, instead of using 1.550 RI fluid, MAS used 1.560 RI fluid to further verify the chrysotile findings in the cosmetic talc.

The results showed that the primary difference between the two RI liquids is that at times the measured refractive indices using the 1.560 RI Fluid were closer together for the alpha and gamma directions, which caused the BIR calculations to be all in LOW range with an overall average of **0.009** (See Table 3), versus 0.007 to 0.013 range typically seen using 1.550 RI fluid.   One explanation for this minor difference is that for these measured IR ranges, the use of 1.560 RI fluid is more accurate.

Additionally, Dr. Gunter, while working as a defense expert for Gold Bond defense counsel, analyzed samples of RG-144 and SG-210 Calidria chrysotile, that MAS provided to him, and he confirmed in a recent deposition that "Calidria chrysotile can produce a range of CDSC colors from bluish to golden-yellow in 1.550 liquid. [18] Dr. Gunter's Calidria chrysotile results are consistent with our laboratories findings, which validates our PLM chrysotile findings in the cosmetic talc samples. Dr. Gunter's testimony about his Calidria CSDS results is in direct contradiction to his original criticism of the "yellow-gold" dispersion color, as well as Dr. Sanchez and Mr. Seagrave's past testimony on this issue.

---

[18] Deposition of Dr. Mickey Gunter, Woods, Jesse & Sarah vs. Kolmar Laboratories Inc. et al. Supreme Court in the State of New York, County of Monroe, #E202000384

## ISO-PLM Chrysotile Refractive Index Ranges

As shown in Table 3, the range of measured refractive indexes for the detected chrysotile bundles in the JBP talcum powder sample was 1.561-1.569 (parallel) and 1.552 to 1.561 (perpendicular) for the average CSM method.

Shown in Table 6 are the range of RI's for the 4 chrysotile bundles that were recorded as examples of the chrysotile detected in the JBP talcum powder sample that was prepared by the CSM method (with HLS).

**Table 6**
**Chrysotile**
**Range of Parallel and Perpendicular RIs**

| Chrysotile Bundle No. | RI Fluid | CSM PLM (with HLS) Parallel RI | CSM PLM (with HLS) Perpendicular RI | BIR Calculations γ - α |
|---|---|---|---|---|
| M71643-001 | 1.560 | | | |
| 1 | | 1.566 | 1.561 | 0.005 |
| 2 | | Avg. 1.568 | Avg. 1.559 | 0.009 |
| 3 | | 1.561 | 1.552 | 0.009 |
| 4 | | 1.568 | 1.559 | 0.009 |
| | | Avg. 1.566 | Avg. 1.558 | **0.008** |

## Birefringence Measurements

The key optical property to differentiate fibrous talc from chrysotile asbestos, when using the PLM method, is determining the difference in the birefringence (BIR) value between these two elongated minerals. Most PLM analysts will just use the PLM cross-polar condition to visually estimate the magnitude of the BIR (Low, Moderate or High) by the amount of brightness and change in wavelength colors that are observed.

This visual estimate of the amount of birefringence is typically done under cross-polar conditions and is a subjective interpretation by the PLM analyst, therefore, can lead to errors. A more accurate determination of BIR is to calculate the numerical BIR value by simply subtracting the measured perpendicular RI from the measured parallel RI (n ∥ - n ⊥).

The subtracted BIR results give the analyst a numerical birefringence (BIR) value that is either classified as **Low (<0.01)**, **Moderate (0.01 to 0.05)** and **High (>0.05)**.

Fibrous talc and/or talc plates on edge will have a calculated BIR value that is typically at the high end of Moderate (0.045) to greater than 0.05 which is in the High BIR range. Chrysotile on the other hand, will have BIR values that range from the upper end of the Low range to the lower end of the Moderate range. The average calculated range BIR's, for the detected chrysotile bundles

from the JBP talcum powder sample for CSM PLM method was 0.005-0.009 **(Avg. 0.008)** which falls in the LOW end of BIR classifications when done by calculation.

The BIR difference between fibrous talc and chrysotile, as demonstrated by MAS, is also verified by the EPA in their 600/R-93/116 PLM methodology document as shown in Table 2-2, page 21. Table 2-2, "Optical Properties of Asbestos Fibers", provides four sets of refractive indexes measured from chrysotile bundles that have an overall average BIR of 0.011. This is agreement with the overall **MAS BIR of 0.009** for the chrysotile bundles detected in the JBP talcum powder sample for CSM sample preparation method.

In that same table, EPA published a range chrysotile BIR's of 0.004 to 0.017 (Low to moderate) with an average of 0.011. This BIR range reported by EPA, was from the Maximum and Minimum values obtained from references 2, 11, 12, and 18 located in Section 2.2. The method that EPA used for the BIR was to subtract the highest alpha from the highest gamma, then subtract the lowest alpha from the lowest gamma. The EPA referenced BIR method, is the same way that MAS determined the BIR for the chrysotile bundles found in the talcum powder sample.

The EPA R93 protocol also provides RI and BIR data for both fibrous talc and Flat cellulose Ribbons that can be found in their Table 2.5. For the RI's of fibrous talc example, EPA reports refractive index 1.600-1.540 with a measured BIR of 0.06, and for cellulose ribbons, the reported EPA RI's are 1.580-1.530 with a measured BIR of 0.05 as shown in Table 7.

**Table 7**
**EPA-R93: Optical Properties of Selected Fibers**
**Fibrous Talc & Cellulose Ribbons**

| Fiber Type | RI Parallel/Perpendicular | BIR Calculations |
|------------|---------------------------|------------------|
| Fibrous Talc | 1.600-1.540 | 0.060 "High" |
| Cellulose | 1.580-1.530 | 0.050 high end of Moderate |

In summary, this data demonstrates that the reported chrysotile bundles in the JBP talcum powder container sample analyzed by MAS have both the appropriate range of refractive indexes and BIR demonstrating that chrysotile asbestos was correctly identified in the container sample.

**Potential Asbestos Exposure to JBP Powder:**

**M71643-001:**
The average chrysotile bundle results for PLM analysis shows that one gram of 1.5 oz (42.5 g) JBP talcum powder contained an average of 45,000 chrysotile bundles per gram of talcum powder.

Multiplying 45,000 chrysotile bundles by 42.5 grams would equal approximately 2,000,000 chrysotile fibers/bundles, on average, in this one JBP talcum powder sample container.

Based on these results, it would be my opinion that the application of the talcum powder found in JBP talcum powder container will cause significant exposure, over background, to chrysotile asbestos to individuals who used JBP brand talcum powder products for their intended purpose.

All of the opinions that I have stated in this report are held within a reasonable degree of scientific certainty and I reserve the right to supplement this report if any new information becomes available.

Sincerely,

_____
William E. Longo, Ph.D.
CEO

# Section 2

**Materials Analytical Services, LLC.**
**CHAIN-OF-CUSTODY**

CLIENT: Dean Omar Branham          MAS JOB: M71643

CONTACT: Jessica Dean             LOGIN DATE: 3/17/2023

PHONE:                            SUBMITTED BY: Jessica Dean

CLIENT JOB NAME: J&J BP and Walgreens Shower    TRANSPORT: FedEx

CLIENT JOB#: 14-2996              RECEIVED BY: Kathy Molyneaux

CLIENT DOC(S): COC               CONDITION: Good

FAX NUMBER:

---

MAS LOCATION: _Rm 123_                    DATE/BY: _CT 3/17/2023_

PREP BY _KT/CT_    DATE: _3/27 - 3/31/23_

ANALYSIS BY: _PH/W_  DATE: _4/13 - 6/7/2023_    FINAL DISPOSITION BY: _____

QC BY: _n/a_    DATE: _n/a_    LOCATION: _Long Term Storage_

DATE: _____

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|-------|-----------|--------|---------------|
| 001 | 1 | | Talc | | | | |
| LOCATION | Johnson & Johnson Baby Powder, 1.5oz-sealed | | | | | | |
| 002 | 2 | | Talc | | | | |
| LOCATION | Walgreens Shower or Bath, 4oz-ingredients list talc | | | | | | |

COMMENT _PLM_

Materials Analytical Services, LLC.
3945 Lakefield Court
Suwanee, Georgia 30024                1/13/14 Revision 0
(770) 866-3200

M71643                                Page 1 of 1

**Materials Analytical Services, LLC.**
**CHAIN-OF-CUSTODY**

CLIENT:  Dean Omar Branham
CONTACT:  Jessica Dean
PHONE:
CLIENT JOB NAME:  J&J BP and Walgreens Shower
CLIENT JOB#:  14-2996
CLIENT DOC(S):   COC
FAX NUMBER:

MAS JOB:  M71643
LOGIN DATE: 3/17/2023
SUBMITTED BY:  Jessica Dean
TRANSPORT:  FedEx
RECEIVED BY:  Kathy Molyneaux
CONDITION:   Good

MAS LOCATION: _Rm 123_          DATE/BY: _CT 3/17/2023_
PREP BY _KT /CT_     DATE: _3/27 · 3/31/23_
ANALYSIS BY: _JGc_     DATE: _6-5-23 - 6-6-23_
QC BY: _N/A_     DATE: _N/A_

FINAL DISPOSITION BY _____
LOCATION: _Legal Trial Storage_

DATE: _____

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|-------|-----------|--------|---------------|
| 001 | 1 | | Talc | | | | |
| LOCATION | Johnson & Johnson Baby Powder, 1.5oz-sealed | | | | | | |
| 002 | 2 | | Talc | | | | |
| LOCATION | Walgreens Shower or Bath, 4oz-ingredients list talc | | | | | | |

COMMENT   _TEm_

Materials Analytical Services, LLC.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

1/13/14 Revision 0

M71643

Page 1 of 1

Page 1 of 1

**BULK SAMPLING CHAIN OF CUSTODY**

**MAS**

M71643

3945 Lakefield Court
Suwanee, GA 30024
Phone: 770-866-3200
Fax:  770-866-3259

COMPANY NAME Dean Omar Branham Shirley, LLC

ADDRESS: 302 N. Market St., Suite 300

Dallas, TX 75202

PHONE: (214)722-5991

FAX: (214)722-5991

PROJECT NUMBER:

PROJECT NAME:

Email:

PROJECT REPRESENTATIVE:

SAMPLING DATE:

**TURNAROUND TIMES:** _____ SAME DAY _____ NEXT DAY _____ 2 DAY _____ 3 DAY _____ STANDARD 5 DAY

| DATE | SAMPLE NUMBER | SAMPLE LOCATION / DESCRIPTION | SAMPLE MEDIA | ANALYSIS DESIRED | COMMENTS |
|---|---|---|---|---|---|
| 3/15/2023 | 1 | Johnson & Johnson Baby Powder | | | 1.5 oz - sealed |
| 3/15/2023 | 2 | Walgreens Shower or Bath | | | 4 oz - opened; says Baking Soda and Corn Starch on front and back.  Ingredients list talc. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Testing is not for a specific case. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Condition: Seals and/or containers intact _____ (Initials) by MAS  Other_____  Sample Condition Comments:_____

| CHAIN OF CUSTODY | NAME | COMPANY | MODE OF TRANSFER | SHIPPING DATE | RECEIVED BY / DATE |
|---|---|---|---|---|---|
| First Transfer by: | Sharon Levin | N/A - client of DOBS | hand delivery | n/a | Jessica Dean / 2.15.2023 |
| Second Transfer by: | Jessica Dean | DOBS | FedEx | 3.16.23 | MAS K. Molyneux 3/17/2 |
| Third Transfer by: | | | | | |

M71643

G8 AYSA

TRK# 0201 7715 7593 5584

FRI - 17 MAR 10:30A
PRIORITY OVERNIGHT

30024
GA-US ATL

ORIGIN ID:FGA (214) 722-5990
DEAN OMAR BRANHAM & SHIRLEY
302 N. MARKET STREET
SUITE 300
DALLAS, TX 75202
UNITED STATES US

TO KATHY MOLYNEAUX
MAS BULK SAMPLING CHAIN OF CUSTODY
3945 LAKEFIELD COURT

(770) 866-3200
INV: TECH FILES
PO:

SUWANEE GA 30024

REF: TECH FILES

DEPT:

SHIP DATE: 16MAR23
ACTWGT: 2.00 LB
CAD: 103610714/INET4580

BILL SENDER

FedEx
Express

J221023011101UV

581J7/9982/FE2D

---

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# Section 3

# PLM Analysis

## MATERIALS ANALYTICAL SERVICES, LLC
## PLM ANALYSIS

| Proj#-Spl# | M71643 - 001CSM | **Analyst** Paul Hess | **Date** 6/5/2023 |
|---|---|---|---|

**ClientName** Dean Omar Branham   **ClientSpl** 1

**Location** Johnson & Johnson Baby Powder, 1.5oz-sealed

**Type_Mat** Talc

**Gross Visual** debris on filter   **% of Sample** 100   **Temp (±1°C)** 22

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | wavy | | |
| **Pleochroism** | none | | |
| **Refract Index** | ** | | |
| **α / γ  (nm)** | 760 \| 510 | | |
| **Sign^** | positive | | |
| **Extinction** | parallel | | |
| **Birefringence** | * | | |
| **Melt** | no | | |
| **Fiber Name** | Chrysotile | | |

**ASBESTOS MINERALS**            **EST. VOL. %**

| | |
|---|---|
| Chrysotile............................ | 0.002 to 0.004 |
| Amosite................................ | |
| Crocidolite............................ | |
| Tremolite/Actinolite.............. | |
| Anthophyllite........................ | |

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Talc | X |
| Particulate | X |

**Comments** Chrysotile asbestos observed. ** Refractive indices parallel  was 1.561(600nm) to 1.569(510nm). Refractive indices perpendicular was 1.552(760nm) to 1.561(600nm). No  fibrous Talc observed. *Birefringence from low to moderate. X=Materials Detected. Five Chrysotile structures, inclusive of those documented by photograph, counted in 30 fields of view. Equates to 0.2 structure per square millimeter.

M71643-001CSM-001 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.566

25 µm

M71643-001CSM-001 Chrysotile
Perpendicular Dispersion
R.I. 1.561

25 µm



M71643-001CSM-001 Chrysotile
Elongation @ 630X

2.5 µm



M71643-001CSM-001 Chrysotile
Crossed Polars @ 630X

2.5 µm



M71643-001CSM-001 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

├──────── 2.5 µm ────────┤



M71643-001CSM-002 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.566 to 1.569

25 µm



M71643-001CSM-002 Chrysotile
Perpendicular Dispersion
R.I. 1.557 to 1.561

25 μm

PageID: 253580



M71643-001CSM-002 Chrysotile
Elongation @ 630X

2.5 µm

PageID: 253581

M71643-001CSM-002 Chrysotile
Crossed Polars @ 630X

2.5 μm



M71643-001CSM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm

M71643-001CSM-003 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.561

25 µm

M71643-001CSM-003 Chrysotile
Perpendicular Dispersion
R.I. 1.552

25 µm



M71643-001CSM-003 Chrysotile
Elongation @ 630X

2.5 µm



M71643-001CSM-003 Chrysotile
Crossed Polars @ 630X

2.5 μm



M71643-001CSM-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm

M71643-001CSM-004 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.568

25 μm

M71643-001CSM-004 Chrysotile
Perpendicular Dispersion
R.I. 1.559

25 µm

PageID: 253390



M71643-001CSM-004 Chrysotile
Elongation @ 630X

2.5 µm

M71643-001CSM-004 Chrysotile
Crossed Polars @ 630X

2.5 μm



M71643-001CSM-004 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm

## MATERIALS ANALYTICAL SERVICES, LLC
## PLM ANALYSIS

| Proj#-Spl# | M71643 - 001ISONY | **Analyst** Chris DuBour | **Date** 4/13/2023 |
|---|---|---|---|

**ClientName** Dean Omar Branham                          **ClientSpl** 1

**Location**    Johnson & Johnson Baby Powder, 1.5oz-sealed

**Type_Mat**   Talc

| Gross Visual | white powder on filter | **% of Sample** 100 |
|---|---|---|
| | | **Temp (±1°C)** 23 |

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **α / γ  (nm)** | / | / | / |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

| ASBESTOS MINERALS | EST. VOL. % |
|---|---|
| | NO ASBESTOS OBSERVED |
| Chrysotile............................ | |
| Amosite................................ | |
| Crocidolite............................ | |
| Tremolite/Actinolite.............. | |
| Anthophyllite........................ | |

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| Talc | X |
|---|---|
| Binder | X |

**Comments**   X = Materials Detected. Analyzed for regulated Amphiboles. No regulated Amphiboles observed.

# TEM Analysis

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71643-001 | | Grid Box # | 8875 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 6/5/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.01980 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | B1-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M71643-001 | | Grid Box # | 8875 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 6/5/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.01980 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | B2-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H5 | | | | | | | |
| NSD | H6 | | | | | | | |
| NSD | H7 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |
| NSD | I1 | | | | | | | |
| NSD | I2 | | | | | | | |
| NSD | I3 | | | | | | | |
| NSD | I4 | | | | | | | |
| NSD | I5 | | | | | | | |
| NSD | I6 | | | | | | | |
| NSD | I7 | | | | | | | |
| NSD | I8 | | | | | | | |
| NSD | I9 | | | | | | | |
| NSD | I10 | | | | | | | |
| NSD | J1 | | | | | | | |
| NSD | J2 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71643-001 | | Grid Box # | 8875 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 6/5/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.01980 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Org. Sample Wt. | Sample Wt. Post HL Separation | |
|---|---|---|
| 0.01980 | 0.01980 | g |
| Percent of Orig. Post Separation | 100 | (%) |

| Wt. Of Sample Analyzed | 0.00001781 | g |
|---|---|---|
| Filter size | 1297 | mm² |
| Number of Structures Counted | 0 | Str. |
| Structures per Gram of Sample | <56,200 | Str./g |

| Detection Limit | 5.62E+04 | Str./g |
|---|---|---|
| Analytical Sensitivity | 5.62E+04 | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71643-001 | | Grid Box # | 8875 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 6/5/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | 0.01980 | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 30% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | B1-A1 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 4

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71643-000 | | Grid Box # | 8875 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 6/5/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A4-C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M71643-000 | | Grid Box # | 8875 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 6/5/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A5-A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M71643-000 | | Grid Box # | 8875 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 6/5/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| | Sample Wt. Post HL Separation | | |
|---|---|---|---|
| Org. Sample Wt. | | | |
| N/A | N/A | g | |
| Percent of Orig. Post Separation | N/A | (%) | |

| Wt. Of Sample Analyzed | N/A | g |
|---|---|---|
| Filter size | 1297 | mm² |
| Number of Structures Counted | 0 | Str. |
| Structures per Gram of Sample | N/A | Str./g |

| Detection Limit | N/A | Str./g |
|---|---|---|
| Analytical Sensitivity | N/A | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71643-000 | | Grid Box # | 8875 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 6/5/2023 | | G. O. in microns = | 108 | 108 | 11664 |
| Initial Weight(g) | N/A | | | 108 | 108 | 11664 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11664 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.166 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | A4-C1 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 5















M71643-001



1489RA

**DIRECTIONS:** Shake powder into your hand and smooth onto skin. **WARNING:** For external use only. Keep out of reach of children. Close tightly after use. Do not use on broken skin. Avoid contact with eyes. Keep powder away from child's face to avoid inhalation, which can cause breathing problems. **INGREDIENTS: TALC, FRAGRANCE.** Questions? Call: 1–866–JNJ–BABY or for more information visit our website at www.johnsonsbaby.com **Do not use if quality seal is broken.**

Johnson & Johnson

CONSUMER PRODUCTS COMPANY

Division of

Johnson & Johnson Consumer Companies, Inc.
Skillman, NJ 08558-9418  ©J&JCCI 2004

Dist. By:

8137-0003001

720285

M71643-001

1





M71643-001

1

Opened
3/22/2023

CT



Exhibit 82

**WORLD HEALTH ORGANIZATION**
**INTERNATIONAL AGENCY FOR RESEARCH ON CANCER**



# *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*

# VOLUME 100

# A Review of Human Carcinogens

# Part C: Arsenic, Metals, Fibres, and Dusts

**LYON, FRANCE**

**WORLD HEALTH ORGANIZATION**
**INTERNATIONAL AGENCY FOR RESEARCH ON CANCER**



# *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*

# Volume 100

# A Review of Human Carcinogens

# Part C: Arsenic, Metals, Fibres, and Dusts

This publication represents the views and expert opinions
of an IARC Working Group on the
Evaluation of Carcinogenic Risks to Humans,
which met in Lyon,

17–24 March 2009

# IARC MONOGRAPHS

In 1969, the International Agency for Research on Cancer (IARC) initiated a programme on the evaluation of the carcinogenic risk of chemicals to humans involving the production of critically evaluated monographs on individual chemicals. The programme was subsequently expanded to include evaluations of carcinogenic risks associated with exposures to complex mixtures, lifestyle factors and biological and physical agents, as well as those in specific occupations. The objective of the programme is to elaborate and publish in the form of monographs critical reviews of data on carcinogenicity for agents to which humans are known to be exposed and on specific exposure situations; to evaluate these data in terms of human risk with the help of international working groups of experts in chemical carcinogenesis and related fields; and to indicate where additional research efforts are needed. The lists of IARC evaluations are regularly updated and are available on the Internet at http://monographs.iarc.fr/.

This programme has been supported since 1982 by Cooperative Agreement U01 CA33193 with the United States National Cancer Institute, Department of Health and Human Services. Additional support has been provided since 1986 by the Health, Safety and Hygiene at Work Unit of the European Commission Directorate-General for Employment, Social Affairs and Equal Opportunities, and since 1992 by the United States National Institute of Environmental Health Sciences, Department of Health and Human Services. The contents of this volume are solely the responsibility of the Working Group and do not necessarily represent the official views of the U.S. National Cancer Institute, the U.S. National Institute of Environmental Health Sciences, the U.S. Department of Health and Human Services, or the European Commission Directorate-General for Employment, Social Affairs and Equal Opportunities.

This volume was made possible, in part, through Cooperative Agreement CR 834012 with the United States Environmental Protection Agency, Office of Research and Development. The contents of this volume do not necessarily reflect the views or policies of the U.S. Environmental Protection Agency.

Published by the International Agency for Research on Cancer,
150 cours Albert Thomas, 69372 Lyon Cedex 08, France
©International Agency for Research on Cancer, 2012

Distributed by WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland
(tel.: +41 22 791 3264; fax: +41 22 791 4857; e-mail: bookorders@who.int).

Publications of the World Health Organization enjoy copyright protection in accordance with the provisions of Protocol 2 of the Universal Copyright Convention. All rights reserved.

The International Agency for Research on Cancer welcomes requests for permission to reproduce or translate its publications, in part or in full. Requests for permission to reproduce or translate IARC publications – whether for sale or for noncommercial distribution – should be addressed to WHO Press, at the above address (fax: +41 22 791 4806; email: permissions@who.int).

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Secretariat of the World Health Organization concerning the legal status of any country, territory, city, or area or of its authorities, or concerning the delimitation of its frontiers or boundaries.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

The IARC Monographs Working Group alone is responsible for the views expressed in this publication.

**IARC Library Cataloguing in Publication Data**

A review of human carcinogens.  Part C:  arsenic, metals, fibres, and dusts/ IARC Working Group on the Evaluation of Carcinogenic Risks to Humans (2009: Lyon, France)

(IARC monographs on the evaluation of carcinogenic risks to humans ; v. 100C)

1. Arsenic – adverse effects  2. Carcinogens  3. Dust – adverse effects
4. Metals – adverse effects  5. Mineral Fibres – adverse effects  4. Neoplasms – etiology
I. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans
II. Series

ISBN 978 92 832 1320 8                                    (NLM Classification: W1)
ISSN 1017-1606

PRINTED IN FRANCE

# CONTENTS

**NOTE TO THE READER** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

**LIST OF PARTICIPANTS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3

**PREAMBLE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
   A.  GENERAL PRINCIPLES AND PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
      1.   Background. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
      2.   Objective and scope. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
      3.   Selection of agents for review . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
      4.   Data for the *Monographs* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
      5.   Meeting participants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
      6.   Working procedures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
   B.  SCIENTIFIC REVIEW AND EVALUATION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
      1.   Exposure data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
      2.   Studies of cancer in humans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
      3.   Studies of cancer in experimental animals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
      4.   Mechanistic and other relevant data. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
      5.   Summary. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28
      6.   Evaluation and rationale. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
   References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .33

**GENERAL REMARKS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **35**

**ARSENIC AND ARSENIC COMPOUNDS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **41**
   1.  Exposure Data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
      1.1  Identification of the agents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
      1.2  Chemical and physical properties of the agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
      1.3  Use of the agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
      1.4  Environmental occurrence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
      1.5  Human exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45
   2.  Cancer in Humans. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
      2.1  Types of human exposure circumstances studied . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
      2.2  Cancer of the lung. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48
      2.3  Cancer of the urinary bladder and of the kidney. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49

IARC MONOGRAPHS - 100C

    2.4   Cancer of the skin...................................................................................50
    2.5   Cancer of the liver    51
    2.6   Cancer of the prostate    52
    2.7   Synthesis.................................................................................52
 3.  Cancer in Experimental Animals ......................................................53
    3.1   Oral administration.....................................................................53
    3.2   Intratracheal administration    54
    3.3   Intravenous administration ..........................................................58
    3.4   Transplacental and perinatal exposures............................................58
    3.5   Studies in which arsenic modifies the effects of other agents.................60
    3.6   Gallium arsenide  ......................................................................76
    3.7   Synthesis    79
 4.  Other Relevant Data ....................................................................79
    4.1   Absorption, distribution, metabolism, and excretion............................79
    4.2   Genetic and related effects............................................................81
    4.3   Co-carcinogenic and *in utero* carcinogenic effects............................83
    4.4   Synthesis..................................................................................84
 5.  Evaluation .................................................................................85
 References ..........................................................................................85


**BERYLLIUM AND BERYLLIUM COMPOUNDS** ........................................... **95**
 1.  Exposure Data .............................................................................95
    1.1   Identification of the agents.............................................................95
    1.2   Chemical and physical properties of the agents .................................95
    1.3   Use of the agents .......................................................................96
    1.4   Environmental occurrence ...........................................................98
    1.5   Human exposure .......................................................................99
 2.  Cancer in Humans........................................................................104
    2.1   Cohort studies and nested case–control studies................................105
    2.2   Synthesis................................................................................107
 3.  Cancer in Experimental Animals ...................................................107
    3.1   Inhalation exposure  .................................................................107
    3.2   Intratracheal administration .......................................................107
    3.3   Intravenous administration ........................................................111
    3.4   Other routes of exposure  ..........................................................111
    3.5   Synthesis................................................................................111
 4.  Other Relevant Data ...................................................................111
    4.1   Absorption, distribution, metabolism, and excretion..........................111
    4.2   Genetic and related effects...........................................................115
    4.3   Synthesis................................................................................116
 5.  Evaluation ................................................................................116
 References ..........................................................................................116

**CADMIUM AND CADMIUM COMPOUNDS** ........................................................**121**
  1. Exposure Data ........................................................................121
    1.1 Identification of the agents...................................................121
    1.2 Chemical and physical properties of the agents .............................121
    1.3 Use of the agents ...........................................................121
    1.4 Environmental occurrence ...................................................123
    1.5 Human exposure ...........................................................124
  2. Cancer in Humans ...................................................................128
    2.1 Cancer of the lung ........................................................128
    2.2 Cancer of the prostate .....................................................129
    2.3 Other cancers ..............................................................130
    2.4 Synthesis ..................................................................131
  3. Cancer in Experimental Animals .......................................................131
    3.1 Oral administration ........................................................131
    3.2 Inhalation and intratracheal administration .................................133
    3.3 Subcutaneous administration ...............................................133
    3.4 Administration with known carcinogens or other agents......................133
    3.5 Synthesis ..................................................................138
  4. Other Relevant Data .................................................................138
    4.1 Absorption, distribution, metabolism, and excretion..........................138
    4.2 Genetic and related effects..................................................138
    4.3 Synthesis ..................................................................140
  5. Evaluation ..........................................................................141
  References ............................................................................141

**CHROMIUM (VI) COMPOUNDS** .......................................................**147**
  1. Exposure Data ......................................................................147
    1.1 Identification of the agents...................................................147
    1.2 Chemical and physical properties of the agents .............................147
    1.3 Use of the agents ...........................................................150
    1.4 Environmental occurrence ...................................................150
    1.5 Human exposure ...........................................................151
  2. Cancer in Humans...................................................................153
    2.1 Introduction ...............................................................153
    2.2 Cancer of the lung .........................................................154
    2.3 Cancer of the nose and nasal sinus..........................................155
    2.4 Cancer of the stomach ......................................................155
    2.5 Synthesis ..................................................................156
  3. Cancer in Experimental Animals .......................................................156
    3.1 Studies published since the previous *IARC Monograph* ........................157
    3.2 Synthesis..................................................................157
  4. Other Relevant Data .................................................................161
    4.1 Absorption, distribution, metabolism, and excretion..........................161
    4.2 Genetic and related effects..................................................161
    4.3 Synthesis..................................................................163
  5. Evaluation ..........................................................................164
  References ............................................................................164

IARC MONOGRAPHS - 100C

**NICKEL AND NICKEL COMPOUNDS** ................................................................**169**
   1. Exposure Data .........................................................................169
      1.1 Identification of the agents..................................................169
      1.2 Chemical and physical properties of the agents ...............................169
      1.3 Use of the agents ..........................................................169
      1.4 Environmental occurrence ..................................................174
      1.5 Human exposure ...........................................................176
   2. Cancer in Humans......................................................................183
      2.1 Cohort studies and nested case–control studies................................183
      2.2 Synthesis ..................................................................190
   3. Cancer in Experimental Animals .........................................................190
      3.1 Oral administration ........................................................190
      3.2 Inhalation exposure ........................................................191
      3.3 Parenteral administration....................................................192
      3.4 Transplacental exposure.....................................................206
      3.5 Synthesis...................................................................206
   4. Other Relevant Data ...................................................................206
      4.1 Absorption, distribution, metabolism, and excretion............................206
      4.2 Genetic and related effects..................................................208
      4.3 Synthesis...................................................................210
   5. Evaluation ............................................................................210
   References ..............................................................................211

**ASBESTOS**
**(CHRYSOTILE, AMOSITE, CROCIDOLITE, TREMOLITE, ACTINOLITE, AND ANTHOPHYLLITE)**........**219**
   1. Exposure Data .........................................................................219
      1.1 Identification of the agent...................................................219
      1.2 Chemical and physical properties of the agent.................................219
      1.3 Use of the agent ...........................................................221
      1.4 Environmental occurrence ..................................................222
      1.5 Human exposure ...........................................................225
      1.6 Talc containing asbestiform fibres............................................230
   2. Cancer in Humans......................................................................233
      2.1 Introduction ...............................................................233
      2.2 Cancer of the lung ..........................................................235
      2.3 Mesothelioma..............................................................238
      2.4 Other cancer sites...........................................................241
      2.5 Synthesis...................................................................256
   3. Cancer in Experimental Animals .........................................................259
      3.1 Introduction ...............................................................259
      3.2 Inhalation exposure ........................................................259
      3.3 Intrapleural and intraperitoneal administration................................272
      3.4 Intratracheal administration.................................................272
      3.5 Oral administration ........................................................272
      3.6 Intragastric administration ..................................................273
      3.7 Studies in companion animals................................................273
      3.8 Synthesis...................................................................279

4.  Other Relevant Data ...................................................................................279
    4.1  Toxicokinetics, deposition, clearance, and translocation in humans ...........................279
    4.2  Molecular pathogenesis of human cancers related to mineral dust exposure ................281
    4.3  Mechanisms of carcinogenesis ...............................................................283
    4.4  Susceptible populations......................................................................291
    4.5  Synthesis....................................................................................294
5.  Evaluation ........................................................................................294
References ..............................................................................................295

**ERIONITE** .............................................................................................**311**
1.  Exposure Data ....................................................................................311
    1.1  Identification of the agent..................................................................311
    1.2  Chemical and physical properties of the agent...............................................311
    1.3  Use of the agent ...........................................................................311
    1.4  Environmental occurrence ...................................................................312
    1.5  Human exposure ............................................................................312
2.  Cancer in Humans ................................................................................313
    2.1  Pleural and peritoneal mesothelioma ......................................................313
    2.2  Other cancers ..............................................................................315
    2.3  Synthesis ..................................................................................315
3.  Cancer in Experimental Animals .................................................................315
4.  Other Relevant Data .............................................................................315
5.  Evaluation ........................................................................................315
References ..............................................................................................315

**LEATHER DUST** ......................................................................................**317**
1.  Exposure Data ....................................................................................317
    1.1  Identification of the agent..................................................................317
    1.2  Chemical and physical properties of the agent...............................................317
    1.3  Use of the agent ...........................................................................318
    1.4  Occupational exposure .....................................................................318
2.  Cancer in Humans ................................................................................321
    2.1  Sinonasal cancer...........................................................................322
    2.2  Other respiratory cancers...................................................................348
    2.3  Leukaemia .................................................................................348
    2.4  Cancer of the bladder ......................................................................349
    2.5  Other cancers ..............................................................................349
    2.6  Synthesis ..................................................................................349
3.  Cancer in Experimental Animals .................................................................350
4.  Other Relevant Data .............................................................................350
5.  Evaluation ........................................................................................350
References ..............................................................................................350

IARC MONOGRAPHS – 100C

**SILICA DUST, CRYSTALLINE, IN THE FORM OF QUARTZ OR CRISTOBALITE** ...........................355
1. Exposure Data ...........................................................355
   1.1 Identification of the agent ..............................355
   1.2 Chemical and physical properties of the agent ...................355
   1.3 Use of the agent ......................................355
   1.4 Environmental occurrence ...............................357
   1.5 Human exposure ......................................357
2. Cancer in Humans ....................................................370
   2.1 Cancer of the lung ...................................370
   2.2 Other cancers .......................................377
   2.3 Synthesis ..........................................378
3. Cancer in Experimental Animals .........................................379
   3.1 Inhalation exposure .................................379
   3.2 Intranasal administration ............................381
   3.3 Intratracheal administration .........................381
   3.4 Intrapleural and intrathoracic administration ..............385
   3.5 Intraperitoneal administration .......................386
   3.6 Subcutaneous administration .........................386
   3.7 Intravenous administration ..........................387
   3.8 Administration with known carcinogens ................387
   3.9 Synthesis ..........................................388
4. Other Relevant Data ..................................................389
   4.1 Deposition and biopersistence .......................389
   4.2 Mechanisms of carcinogenicity ......................390
   4.3 Molecular pathogenesis of cancer of the lung .............394
   4.4 Species differences and susceptible populations .............396
   4.5 Synthesis ..........................................396
5. Evaluation ..........................................................396
References ...........................................................397

**WOOD DUST** ..........................................................**407**
1. Exposure Data ......................................................407
   1.1 Identification, chemical, and physical properties of the agent ..................407
   1.2 Occupational exposure .............................407
2. Cancer in Humans ...................................................414
   2.1 Sinonasal cancer ..................................415
   2.2 Cancer of the nasopharynx ..........................430
   2.3 Cancer of the pharynx ..............................430
   2.4 Cancer of the larynx ...............................435
   2.5 Cancer of the lung ................................439
   2.6 Other cancer sites .................................442
   2.7 Furniture and cabinet-making industry .................442
   2.8 Synthesis ........................................442
3. Cancer in Experimental Animals ........................................448
   3.1 Inhalation ........................................448
   3.2 Intraperitoneal injection ............................449

3.3   Administration with known carcinogens or other modifying factors .........................449
3.4   Exposure to wood dust extracts ...................................................................450
3.5   Exposure to wood shavings .........................................................................450
3.6   Synthesis...................................................................................................450
4.  Other Relevant Data .......................................................................................452
4.1   Deposition and clearance of particulates in the nasal region ...................................452
4.2   Molecular pathogenesis ..............................................................................452
4.3   Mechanisms of toxicity and carcinogenicity......................................................454
4.4   Other risk factors for sinonasal and nasopharyngeal cancers ..................................457
4.5   Synthesis...................................................................................................457
5.  Evaluation ...................................................................................................458
References .......................................................................................................458

**LIST OF ABBREVIATIONS** ...............................................................................**465**

**CUMULATIVE CROSS INDEX TO *IARC MONOGRAPHS***...................................... **467**

**LIST OF *IARC MONOGRAPHS*** ...............................................................**501**

# NOTE TO THE READER

The term 'carcinogenic risk' in the IARC Monographs series is taken to mean that an agent is capable of causing cancer. The Monographs evaluate cancer hazards, despite the historical presence of the word 'risks' in the title.

Inclusion of an agent in the Monographs does not imply that it is a carcinogen, only that the published data have been examined. Equally, the fact that an agent has not yet been evaluated in a Monograph does not mean that it is not carcinogenic. Similarly, identification of cancer sites with sufficient evidence or limited evidence in humans should not be viewed as precluding the possibility that an agent may cause cancer at other sites.

The evaluations of carcinogenic risk are made by international working groups of independent scientists and are qualitative in nature. No recommendation is given for regulation or legislation.

Anyone who is aware of published data that may alter the evaluation of the carcinogenic risk of an agent to humans is encouraged to make this information available to the Section of IARC Monographs, International Agency for Research on Cancer, 150 cours Albert Thomas, 69372 Lyon Cedex 08, France, in order that the agent may be considered for re-evaluation by a future Working Group.

Although every effort is made to prepare the monographs as accurately as possible, mistakes may occur. Readers are requested to communicate any errors to the Section of IARC Monographs, so that corrections can be reported in future volumes.

1

# LIST OF PARTICIPANTS

## Members[1]

*Antero Aitio* (retired)

    Finnish Institute of Occupational Health
FI-00200 Helsinki
Finland

*Michael D. Attfield*

    Surveillance Branch
Division of Respiratory Disease Studies
National Institute for Occupational
Safety and Health
Morgantown, WV 26505
USA

*Kenneth P. Cantor*

    Division of Cancer Epidemiology & Genetics
National Cancer Institute
Bethesda, Maryland, 20892
USA

*Paul A. Demers*[2]

    School of Environmental Health
University of British Columbia
Vancouver, BC, V6T 1Z3
Canada

---

[1] Working Group Members and Invited Specialists serve in their individual capacities as scientists and not as representatives of their government or any organization with which they are affiliated. Affiliations are provided for identification purposes only. Invited specialists are marked by an asterisk.

Each participant was asked to disclose pertinent research, employment, and financial interests. Current financial interests and research and employment interests during the past 3 years or anticipated in the future are identified here. Minor pertinent interests are not listed and include stock valued at no more than US$10000 overall, grants that provide no more than 5% of the research budget of the expert's organization and that do not support the expert's research or position, and consulting or speaking on matters not before a court or government agency that does not exceed 2% of total professional time or compensation. All grants that support the expert's research or position and all consulting or speaking on behalf of an interested party on matters before a court or government agency are listed as significant pertinent interests.

[2] New address: Occupational Cancer Research Centre, Cancer Care Ontario, Toronto, Ontario M5G 1X3, Canada

*Bruce A. Fowler*

> Division of Toxicology & Environmental
> Medicine
> Agency for Toxic Substances and Disease
> Registry
> Chamblee, GA 30341
> USA

*Bice Fubini*

> Department of Chemistry
> Interdepartmental Center 'G. Scansetti' for
> Studies on Asbestos and other
> Toxic Particulates
> Faculty of Pharmacy
> University of Torino
> I-10125 Torino
> Italy

*Michel Gérin*

> Department of Environmental and
> Occupational Health
> Faculty of Medicine
> University of Montreal
> Montreal, Quebec H3T 1A8
> Canada

*Marcel Goldberg*

> INSERM Unit 687
> Public Health & Epidemiology of
> Occupational and Social Determinants
> of Health
> Hospital Paul Brousse
> F-94807 Villejuif cedex
> France

*Philippe Grandjean*

> Institute of Public Health
> Research Unit of Environmental Medicine
> University of Southern Denmark
> DK-5000 Odense C
> Denmark

*Andrea Hartwig[3]*

> Faculty III – Institute of Food Technology
> and Food Chemistry
> Technical University of Berlin
> D-13355 Berlin
> Germany

*Uwe Heinrich*

> Fraunhofer Institute of Toxicology
> and Experimental Medicine
> D-30625 Hannover
> Germany

*Rogene Henderson*

> Lovelace Respiratory Research Institute
> Albuquerque, NM 87108
> USA

*Masayuki Ikeda*

> Kyoto Industrial Health Association
> Kyoto 604–8472
> Japan

---

[3] New address: Karlsruhe Institute of Technology, Institute for Applied Biosciences, Division of Food Chemistry and Toxicology, 76131 Karlsruhe, Germany

Peter F. Infante

Department of Environmental and
Occupational Health
School of Public Health
The George Washington University
Washington, DC 20052
USA

Agnes B. Kane

Department of Pathology & Laboratory
Medicine
Brown University
Providence, RI 02912
USA

Timo Kauppinen

Finnish Institute of Occupational Health
FI-00250 Helsinki
Finland

Philip J. Landrigan

Dept of Community & Preventive Medicine
Mount Sinai School of Medicine
New York, NY 10029
USA

Ruth Lunn

Report on Carcinogens Center
National Toxicology Program
National Institute of Environmental
Health Sciences
Research Triangle Park, NC 27709
USA

Franco Merletti

Cancer Epidemiology Unit and
Center for Cancer Prevention
University of Turin
I-10126 Turin
Italy

Hartwig Muhle

Fraunhofer Institute of Toxicology
and Experimental Medicine
D-30625 Hannover
Germany

Toby G. Rossman

Nelson Institute of Environmental Medicine
New York University Langone
School of Medicine
Tuxedo, NY 10987
USA

Jonathan Samet

Department of Preventive Medicine
USC Institute for Global Health
Keck School of Medicine
USC/Norris Comprehensive Cancer Center
Los Angeles, CA 90033
USA

Jack Siemiatycki

Department of Social and
Preventive Medicine
University of Montreal
Montreal, Quebec H2W 1V1
Canada

*Leslie Stayner*

Division of Epidemiology and
Biostatistics (MC 923)
School of Public Health
University of Illinois at Chicago
Chicago, IL 60612
USA

*Michael P. Waalkes*

Inorganic Carcinogenesis Section
Laboratory of Comparative Carcinogenesis
National Cancer Institute at the National
Institute of Environmental Health Sciences
Research Triangle Park, NC 27709
USA

*Elizabeth M. Ward*

Surveillance and Health Policy Research
American Cancer Society
Atlanta, GA 30303
USA

*Jerrold M. Ward*

Global VetPathology
Montgomery Village, MD 20886
USA

## Representatives

*Thomas F. Bateson*

National Center For Environmental
Assessment
US Environmental Protection Agency
Washington, DC 20460
USA

*Alicia Huici-Montagud*

European Commission
DG for Employment, Social Affairs and
Equal Opportunities
L-2557 Gasperich
Luxembourg

*Poul Bo Larsen*

Chemicals/Chemical Assessment
Danish Environmental Protection Agency
DK-1401 Copenhagen K
Denmark

*Faye Rice*

National Institute for Occupational
Safety and Health (NIOSH/CDC)
Cincinnati, OH 45226
USA

*Reeder L. Sams II*

National Center for Environmental
Assessment
Office of Research & Development
US Environmental Protection Agency
Research Triangle Park, NC 27711
USA

*Mary Schubauer-Berigan*

Division of Surveillance, Hazard Evaluations,
and Field Studies
National Institute for Occupational Safety
and Health
Cincinnati, OH 45226
USA

## Observers

*John Addison[4]*

Private Consultant
Cottingham HU16 4NL
United Kingdom

*David Bernstein[5]*

CH-1208 Geneva
Switzerland

*Michael G. Bird[6]*

Toxicology & Environmental Sciences
Division
ExxonMobil Biomedical Sciences, Inc.
Annandale, New Jersey 08801
USA

*Frank Bochmann[7]*

Subdivision of Applied Epidemiology
Institute for Occupational Safety and Health
of the German Social Accident Insurance
D-53757 Sankt Augustin
Germany

*Gillian Bromfield[8]*

Canadian Cancer Society
Toronto, Ontario M4V 3B1
Canada

*Paolo Crosignani[9]*

National Cancer Institute
I-20133 Milano
Italy

*David Deubner[10]*

Occupational and Environmental Medicine
Brush Wellman Inc.
Elmore OH 43416–9502
USA

*Michal Eldan[11]*

MAA Research Task Force (MAATF)
Washington DC 20033–0856
USA

---

[4] Observer for the R.T. Vanderbilt Co. Inc., USA. Dr Addison serves as a consultant to talc and other industrial mineral producers. He also serves as a director of The Vermiculite Association (UK) and Aziana Exploration Corp (China), a mineral exploration company.

[5] Observer for the American Forest & Paper Association, USA. Dr Bernstein has received support for recent publications from sources that include Georgia-Pacific (which makes building products that contain wood dust or crystalline silica), the Asbestos Institute (Canada), and numerous other fibre manufacturers.

[6] Observer for ExxonMobil Corp. Dr Bird's employer, ExxonMobil Corp, uses in its products or operations several agents considered in this volume.

[7] Observer for the German Social Accident Insurance (BGIA)

[8] Observer for the Canadian Cancer Society

[9] Observer for the International Society of Doctors for the Environment, Switzerland

[10] Observer for Brush Wellman Inc., USA. Dr Deubner owns stock and stock options in his employer, Brush Wellman Inc. (which produces beryllium and beryllium oxide), and participates in a bonus programme tied to the company's financial performance.

[11] Observer for the National Stone, Sand and Gravel Association, USA. Dr Eldan serves as chair of the Methanearsonic Acid Research Task Force (MAATF), which represents corporations that produce organic arsenical herbicides, and is employed by one of these corporations.

*John F. Gamble[12]*

    Somerset, NJ 08873
    USA

*Julie E. Goodman[13]*

    Gradient Corporation
    Cambridge, MA 02138
    USA

*Tom K. Grimsrud[14]*

    Cancer Registry of Norway
    N-0304 Oslo
    Norway

*John Hoskins[15]*

    Toxicology Consultant
    Haslemere, Surrey GU27 2JH
    United Kingdom

*Evgeny Kovalevskiy[16]*

    Research Institute of Occupational Health
    Russian Academy of Medical Sciences
    105275 Moscow
    Russian Federation

*Richard A. Lemen[17]*

    Canton, GA 30115
    USA

*Peter Morfeld[18]*

    Institute for Occupational Epidemiology and
    Risk Assessment (IERA)
    Evonik Industries
    D-45128 Essen
    Germany

*Lothar Neumeister[19]*

    Industrial Insurance Association, Electric
    Textile Precision Engineering
    D-86153 Augsburg
    Germany

---

[12] Observer for the National Stone, Sand and Gravel Association, USA. Dr Gamble has received support for recent publications from the National Stone, Sand & Gravel Assoc (which represents corporations that produce these materials), the International Environmental Research Foundation, and ExxonMobil Corp (which uses in its products or operations several agents considered in this volume). He also consults for ExxonMobil and RT Vanderbilt Co. (which mines talc and other minerals and produces nickel compounds and other chemicals).

[13] Observer for Eurometaux, Belgium

[14] Observer for the Cancer Registry of Norway

[15] Observer for the American Forest & Paper Association, USA (alternate for Dr Bernstein)

[16] Observer for the Russian Academy of Medical Sciences

[17] Dr Lemen serves as an expert witness for plaintiffs in court cases involving asbestos.

[18] Observer for EUROSIL, Belgium; EUROTALC, Belgium; and Industrial Minerals Association North America, USA. Dr Morfeld's research unit receives support for research and publications from RAG Corp (Germany) and from EUROSIL (Belgium).

[19] Observer for the International Social Security Association, Germany

Günter Oberdörster[20]

Department of Environmental Medicine
University of Rochester Medical Center
Rochester, NY 14642
USA

Adriana Oller[21]

Mutagenicity and Carcinogenicity Program
NiPERA
Durham, NC 27713
USA

## IARC Secretariat

Robert Baan (*Rapporteur, Mechanistic and Other Relevant Data*)
Lamia Benbrahim-Tallaa (*Co-Responsible Officer; Rapporteur, Cancer in Experimental Animals*)
Véronique Bouvard (*Rapporteur, Mechanistic and Other Relevant Data*)
Rafael Carel (*Visiting Scientist*)
Vincent Cogliano (*Head of Programme*)
Fatiha El Ghissassi (*Rapporteur, Mechanistic and Other Relevant Data*)
Crystal Freeman (*Rapporteur, Cancer in Humans*)
Laurent Galichet (*Editor*)
Yann Grosse (*Rapporteur, Cancer in Experimental Animals*)

Neela Guha (*Rapporteur, Cancer in Humans*)
Béatrice Lauby-Secretan (*Rapporteur, Cancer in Humans*)
Ann Olsson
Kurt Straif (*Responsible Officer; Rapporteur, Cancer in Humans*)

## Post-meeting Assistance

Arthur Bouvard

## Administrative Assistance

Sandrine Egraz
Michel Javin
Brigitte Kajo
Helene Lorenzen-Augros
Karine Racinoux

## Production Team

Elisabeth Elbers
Anne-Sophie Hameau
Sylvia Moutinho
Dorothy Russell

---

[20] Observer for EUROSIL, Belgium; EUROTALC, Belgium; and Industrial Minerals Association North America, USA. Dr Oberdörster serves as a consultant for the Nickel Producers Environmental Research Association.
[21] Observer for the Nickel Producers Environmental Research Association Inc., USA. Dr Oller's employer, the Nickel Producers Environmental Research Association, is a division of the Nickel Institute, which represents companies that produce nickel.

# PREAMBLE

The Preamble to the *IARC Monographs* describes the objective and scope of the programme, the scientific principles and procedures used in developing a *Monograph*, the types of evidence considered and the scientific criteria that guide the evaluations. The Preamble should be consulted when reading a *Monograph* or list of evaluations.

## A. GENERAL PRINCIPLES AND PROCEDURES

### 1. Background

Soon after IARC was established in 1965, it received frequent requests for advice on the carcinogenic risk of chemicals, including requests for lists of known and suspected human carcinogens. It was clear that it would not be a simple task to summarize adequately the complexity of the information that was available, and IARC began to consider means of obtaining international expert opinion on this topic. In 1970, the IARC Advisory Committee on Environmental Carcinogenesis recommended '...that a compendium on carcinogenic chemicals be prepared by experts. The biological activity and evaluation of practical importance to public health should be referenced and documented.' The IARC Governing Council adopted a resolution concerning the role of IARC in providing government authorities with expert, independent, scientific opinion on environmental carcinogenesis. As one means to that end, the Governing Council recommended that IARC should prepare monographs on the evaluation of carcinogenic risk of chemicals to man, which became the initial title of the series.

In the succeeding years, the scope of the programme broadened as *Monographs* were developed for groups of related chemicals, complex mixtures, occupational exposures, physical and biological agents and lifestyle factors. In 1988, the phrase 'of chemicals' was dropped from the title, which assumed its present form, *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans*.

Through the *Monographs* programme, IARC seeks to identify the causes of human cancer. This is the first step in cancer prevention, which is needed as much today as when IARC was established. The global burden of cancer is high and continues to increase: the annual number of new cases was estimated at 10.1 million in 2000 and is expected to reach 15 million by 2020 (Stewart & Kleihues, 2003). With current trends in demographics and exposure, the cancer burden has been shifting from high-resource countries to low- and medium-resource countries. As a result of *Monographs* evaluations, national health agencies have been able, on scientific grounds, to take measures to reduce human exposure to carcinogens in the workplace and in the environment.

IARC MONOGRAPHS – 100C

The criteria established in 1971 to evaluate carcinogenic risks to humans were adopted by the Working Groups whose deliberations resulted in the first 16 volumes of the *Monographs* series. Those criteria were subsequently updated by further ad hoc Advisory Groups (IARC, 1977, 1978, 1979, 1982, 1983, 1987, 1988, 1991; Vainio et al., 1992; IARC, 2005, 2006).

The Preamble is primarily a statement of scientific principles, rather than a specification of working procedures. The procedures through which a Working Group implements these principles are not specified in detail. They usually involve operations that have been established as being effective during previous *Monograph* meetings but remain, predominantly, the prerogative of each individual Working Group.

## 2. Objective and scope

The objective of the programme is to prepare, with the help of international Working Groups of experts, and to publish in the form of *Monographs*, critical reviews and evaluations of evidence on the carcinogenicity of a wide range of human exposures. The *Monographs* represent the first step in carcinogen risk assessment, which involves examination of all relevant information to assess the strength of the available evidence that an agent could alter the age-specific incidence of cancer in humans. The *Monographs* may also indicate where additional research efforts are needed, specifically when data immediately relevant to an evaluation are not available.

In this Preamble, the term 'agent' refers to any entity or circumstance that is subject to evaluation in a *Monograph*. As the scope of the programme has broadened, categories of agents now include specific chemicals, groups of related chemicals, complex mixtures, occupational or environmental exposures, cultural or behavioural practices, biological organisms and physical agents. This list of categories may expand as

causation of, and susceptibility to, malignant disease become more fully understood.

A cancer 'hazard' is an agent that is capable of causing cancer under some circumstances, while a cancer 'risk' is an estimate of the carcinogenic effects expected from exposure to a cancer hazard. The *Monographs* are an exercise in evaluating cancer hazards, despite the historical presence of the word 'risks' in the title. The distinction between hazard and risk is important, and the *Monographs* identify cancer hazards even when risks are very low at current exposure levels, because new uses or unforeseen exposures could engender risks that are significantly higher.

In the *Monographs*, an agent is termed 'carcinogenic' if it is capable of increasing the incidence of malignant neoplasms, reducing their latency, or increasing their severity or multiplicity. The induction of benign neoplasms may in some circumstances (see Part B, Section 3a) contribute to the judgement that the agent is carcinogenic. The terms 'neoplasm' and 'tumour' are used interchangeably.

The Preamble continues the previous usage of the phrase 'strength of evidence' as a matter of historical continuity, although it should be understood that *Monographs* evaluations consider studies that support a finding of a cancer hazard as well as studies that do not.

Some epidemiological and experimental studies indicate that different agents may act at different stages in the carcinogenic process, and several different mechanisms may be involved. The aim of the *Monographs* has been, from their inception, to evaluate evidence of carcinogenicity at any stage in the carcinogenesis process, independently of the underlying mechanisms. Information on mechanisms may, however, be used in making the overall evaluation (IARC, 1991; Vainio et al., 1992; IARC, 2005, 2006; see also Part B, Sections 4 and 6). As mechanisms of carcinogenesis are elucidated, IARC convenes international scientific conferences to determine whether a broad-based consensus has emerged

on how specific mechanistic data can be used in an evaluation of human carcinogenicity. The results of such conferences are reported in IARC Scientific Publications, which, as long as they still reflect the current state of scientific knowledge, may guide subsequent Working Groups.

Although the *Monographs* have emphasized hazard identification, important issues may also involve dose–response assessment. In many cases, the same epidemiological and experimental studies used to evaluate a cancer hazard can also be used to estimate a dose–response relationship. A *Monograph* may undertake to estimate dose–response relationships within the range of the available epidemiological data, or it may compare the dose–response information from experimental and epidemiological studies. In some cases, a subsequent publication may be prepared by a separate Working Group with expertise in quantitative dose–response assessment.

The *Monographs* are used by national and international authorities to make risk assessments, formulate decisions concerning preventive measures, provide effective cancer control programmes and decide among alternative options for public health decisions. The evaluations of IARC Working Groups are scientific, qualitative judgements on the evidence for or against carcinogenicity provided by the available data. These evaluations represent only one part of the body of information on which public health decisions may be based. Public health options vary from one situation to another and from country to country and relate to many factors, including different socioeconomic and national priorities. Therefore, no recommendation is given with regard to regulation or legislation, which are the responsibility of individual governments or other international organizations.

## 3.   Selection of agents for review

Agents are selected for review on the basis of two main criteria: (a) there is evidence of human

exposure and (b) there is some evidence or suspicion of carcinogenicity. Mixed exposures may occur in occupational and environmental settings and as a result of individual and cultural habits (such as tobacco smoking and dietary practices). Chemical analogues and compounds with biological or physical characteristics similar to those of suspected carcinogens may also be considered, even in the absence of data on a possible carcinogenic effect in humans or experimental animals.

The scientific literature is surveyed for published data relevant to an assessment of carcinogenicity. Ad hoc Advisory Groups convened by IARC in 1984, 1989, 1991, 1993, 1998 and 2003 made recommendations as to which agents should be evaluated in the *Monographs* series. Recent recommendations are available on the *Monographs* programme web site (http://monographs.iarc.fr). IARC may schedule other agents for review as it becomes aware of new scientific information or as national health agencies identify an urgent public health need related to cancer.

As significant new data become available on an agent for which a *Monograph* exists, a re-evaluation may be made at a subsequent meeting, and a new *Monograph* published. In some cases it may be appropriate to review only the data published since a prior evaluation. This can be useful for updating a database, reviewing new data to resolve a previously open question or identifying new tumour sites associated with a carcinogenic agent. Major changes in an evaluation (e.g. a new classification in Group 1 or a determination that a mechanism does not operate in humans, see Part B, Section 6) are more appropriately addressed by a full review.

## 4.   Data for the *Monographs*

Each *Monograph* reviews all pertinent epidemiological studies and cancer bioassays in experimental animals. Those judged inadequate

13

or irrelevant to the evaluation may be cited but not summarized. If a group of similar studies is not reviewed, the reasons are indicated.

Mechanistic and other relevant data are also reviewed. A *Monograph* does not necessarily cite all the mechanistic literature concerning the agent being evaluated (see Part B, Section 4). Only those data considered by the Working Group to be relevant to making the evaluation are included.

With regard to epidemiological studies, cancer bioassays, and mechanistic and other relevant data, only reports that have been published or accepted for publication in the openly available scientific literature are reviewed. The same publication requirement applies to studies originating from IARC, including meta-analyses or pooled analyses commissioned by IARC in advance of a meeting (see Part B, Section 2c). Data from government agency reports that are publicly available are also considered. Exceptionally, doctoral theses and other material that are in their final form and publicly available may be reviewed.

Exposure data and other information on an agent under consideration are also reviewed. In the sections on chemical and physical properties, on analysis, on production and use and on occurrence, published and unpublished sources of information may be considered.

Inclusion of a study does not imply acceptance of the adequacy of the study design or of the analysis and interpretation of the results, and limitations are clearly outlined in square brackets at the end of each study description (see Part B). The reasons for not giving further consideration to an individual study also are indicated in the square brackets.

## 5. Meeting participants

Five categories of participant can be present at *Monograph* meetings.

### (a) The Working Group

The Working Group is responsible for the critical reviews and evaluations that are developed during the meeting. The tasks of Working Group Members are: (i) to ascertain that all appropriate data have been collected; (ii) to select the data relevant for the evaluation on the basis of scientific merit; (iii) to prepare accurate summaries of the data to enable the reader to follow the reasoning of the Working Group; (iv) to evaluate the results of epidemiological and experimental studies on cancer; (v) to evaluate data relevant to the understanding of mechanisms of carcinogenesis; and (vi) to make an overall evaluation of the carcinogenicity of the exposure to humans. Working Group Members generally have published significant research related to the carcinogenicity of the agents being reviewed, and IARC uses literature searches to identify most experts. Working Group Members are selected on the basis of (a) knowledge and experience and (b) absence of real or apparent conflicts of interests. Consideration is also given to demographic diversity and balance of scientific findings and views.

### (b) Invited Specialists

Invited Specialists are experts who also have critical knowledge and experience but have a real or apparent conflict of interests. These experts are invited when necessary to assist in the Working Group by contributing their unique knowledge and experience during subgroup and plenary discussions. They may also contribute text on non-influential issues in the section on exposure, such as a general description of data on production and use (see Part B, Section 1). Invited Specialists do not serve as meeting chair or subgroup chair, draft text that pertains to the description or interpretation of cancer data, or participate in the evaluations.

### (c) Representatives of national and international health agencies

Representatives of national and international health agencies often attend meetings because their agencies sponsor the programme or are interested in the subject of a meeting. Representatives do not serve as meeting chair or subgroup chair, draft any part of a *Monograph,* or participate in the evaluations.

### (d) Observers with relevant scientific credentials

Observers with relevant scientific credentials may be admitted to a meeting by IARC in limited numbers. Attention will be given to achieving a balance of Observers from constituencies with differing perspectives. They are invited to observe the meeting and should not attempt to influence it. Observers do not serve as meeting chair or subgroup chair, draft any part of a *Monograph,* or participate in the evaluations. At the meeting, the meeting chair and subgroup chairs may grant Observers an opportunity to speak, generally after they have observed a discussion. Observers agree to respect the Guidelines for Observers at *IARC Monographs* meetings (available at http://monographs.iarc.fr).

### (e) The IARC Secretariat

The IARC Secretariat consists of scientists who are designated by IARC and who have relevant expertise. They serve as rapporteurs and participate in all discussions. When requested by the meeting chair or subgroup chair, they may also draft text or prepare tables and analyses.

Before an invitation is extended, each potential participant, including the IARC Secretariat, completes the WHO Declaration of Interests to report financial interests, employment and consulting, and individual and institutional research support related to the subject of the meeting. IARC assesses these interests to determine whether there is a conflict that warrants some limitation on participation. The declarations are updated and reviewed again at the opening of the meeting. Interests related to the subject of the meeting are disclosed to the meeting participants and in the published volume (Cogliano et al., 2004).

The names and principal affiliations of participants are available on the *Monographs* programme web site (http://monographs.iarc.fr) approximately two months before each meeting. It is not acceptable for Observers or third parties to contact other participants before a meeting or to lobby them at any time. Meeting participants are asked to report all such contacts to IARC (Cogliano et al., 2005).

All participants are listed, with their principal affiliations, at the beginning of each volume. Each participant who is a Member of a Working Group serves as an individual scientist and not as a representative of any organization, government or industry.

## 6.   Working procedures

A separate Working Group is responsible for developing each volume of *Monographs*. A volume contains one or more *Monographs*, which can cover either a single agent or several related agents. Approximately one year in advance of the meeting of a Working Group, the agents to be reviewed are announced on the *Monographs* programme web site (http://monographs.iarc.fr) and participants are selected by IARC staff in consultation with other experts. Subsequently, relevant biological and epidemiological data are collected by IARC from recognized sources of information on carcinogenesis, including data storage and retrieval systems such as PubMed. Meeting participants who are asked to prepare preliminary working papers for specific sections are expected to supplement the IARC literature searches with their own searches.

For most chemicals and some complex mixtures, the major collection of data and the preparation of working papers for the sections on chemical and physical properties, on analysis, on production and use, and on occurrence are carried out under a separate contract funded by the US National Cancer Institute. Industrial associations, labour unions and other knowledgeable organizations may be asked to provide input to the sections on production and use, although this involvement is not required as a general rule. Information on production and trade is obtained from governmental, trade and market research publications and, in some cases, by direct contact with industries. Separate production data on some agents may not be available for a variety of reasons (e.g. not collected or made public in all producing countries, production is small). Information on uses may be obtained from published sources but is often complemented by direct contact with manufacturers. Efforts are made to supplement this information with data from other national and international sources.

Six months before the meeting, the material obtained is sent to meeting participants to prepare preliminary working papers. The working papers are compiled by IARC staff and sent, before the meeting, to Working Group Members and Invited Specialists for review.

The Working Group meets at IARC for seven to eight days to discuss and finalize the texts and to formulate the evaluations. The objectives of the meeting are peer review and consensus. During the first few days, four subgroups (covering exposure data, cancer in humans, cancer in experimental animals, and mechanistic and other relevant data) review the working papers, develop a joint subgroup draft and write summaries. Care is taken to ensure that each study summary is written or reviewed by someone not associated with the study being considered. During the last few days, the Working Group meets in plenary session to review the subgroup drafts and develop the evaluations. As a result,

the entire volume is the joint product of the Working Group, and there are no individually authored sections.

IARC Working Groups strive to achieve a consensus evaluation. Consensus reflects broad agreement among Working Group Members, but not necessarily unanimity. The chair may elect to poll Working Group Members to determine the diversity of scientific opinion on issues where consensus is not readily apparent.

After the meeting, the master copy is verified by consulting the original literature, edited and prepared for publication. The aim is to publish the volume within six months of the Working Group meeting. A summary of the outcome is available on the *Monographs* programme web site soon after the meeting.

# B. SCIENTIFIC REVIEW AND EVALUATION

The available studies are summarized by the Working Group, with particular regard to the qualitative aspects discussed below. In general, numerical findings are indicated as they appear in the original report; units are converted when necessary for easier comparison. The Working Group may conduct additional analyses of the published data and use them in their assessment of the evidence; the results of such supplementary analyses are given in square brackets. When an important aspect of a study that directly impinges on its interpretation should be brought to the attention of the reader, a Working Group comment is given in square brackets.

The scope of the *IARC Monographs* programme has expanded beyond chemicals to include complex mixtures, occupational exposures, physical and biological agents, lifestyle factors and other potentially carcinogenic exposures. Over time, the structure of a *Monograph* has evolved to include the following sections:

Exposure data
Studies of cancer in humans
Studies of cancer in experimental animals
Mechanistic and other relevant data
Summary
Evaluation and rationale

In addition, a section of General Remarks at the front of the volume discusses the reasons the agents were scheduled for evaluation and some key issues the Working Group encountered during the meeting.

This part of the Preamble discusses the types of evidence considered and summarized in each section of a *Monograph*, followed by the scientific criteria that guide the evaluations.

## 1.  Exposure data

Each *Monograph* includes general information on the agent: this information may vary substantially between agents and must be adapted accordingly. Also included is information on production and use (when appropriate), methods of analysis and detection, occurrence, and sources and routes of human occupational and environmental exposures. Depending on the agent, regulations and guidelines for use may be presented.

### (a)  General information on the agent

For chemical agents, sections on chemical and physical data are included: the Chemical Abstracts Service Registry Number, the latest primary name and the IUPAC systematic name are recorded; other synonyms are given, but the list is not necessarily comprehensive. Information on chemical and physical properties that are relevant to identification, occurrence and biological activity is included. A description of technical products of chemicals includes trade names, relevant specifications and available information on composition and impurities. Some of the trade names given may be those of mixtures in which the agent being evaluated is only one of the ingredients.

For biological agents, taxonomy, structure and biology are described, and the degree of variability is indicated. Mode of replication, life cycle, target cells, persistence, latency, host response and clinical disease other than cancer are also presented.

For physical agents that are forms of radiation, energy and range of the radiation are included. For foreign bodies, fibres and respirable particles, size range and relative dimensions are indicated.

For agents such as mixtures, drugs or lifestyle factors, a description of the agent, including its composition, is given.

Whenever appropriate, other information, such as historical perspectives or the description of an industry or habit, may be included.

### (b)  Analysis and detection

An overview of methods of analysis and detection of the agent is presented, including their sensitivity, specificity and reproducibility. Methods widely used for regulatory purposes are emphasized. Methods for monitoring human exposure are also given. No critical evaluation or recommendation of any method is meant or implied.

### (c)  Production and use

The dates of first synthesis and of first commercial production of a chemical, mixture or other agent are provided when available; for agents that do not occur naturally, this information may allow a reasonable estimate to be made of the date before which no human exposure to the agent could have occurred. The dates of first reported occurrence of an exposure are also provided when available. In addition, methods of synthesis used in past and present commercial production and different methods of production,

which may give rise to different impurities, are described.

The countries where companies report production of the agent, and the number of companies in each country, are identified. Available data on production, international trade and uses are obtained for representative regions. It should not, however, be inferred that those areas or nations are necessarily the sole or major sources or users of the agent. Some identified uses may not be current or major applications, and the coverage is not necessarily comprehensive. In the case of drugs, mention of their therapeutic uses does not necessarily represent current practice nor does it imply judgement as to their therapeutic efficacy.

### (d)   Occurrence and exposure

Information on the occurrence of an agent in the environment is obtained from data derived from the monitoring and surveillance of levels in occupational environments, air, water, soil, plants, foods and animal and human tissues. When available, data on the generation, persistence and bioaccumulation of the agent are also included. Such data may be available from national databases.

Data that indicate the extent of past and present human exposure, the sources of exposure, the people most likely to be exposed and the factors that contribute to the exposure are reported. Information is presented on the range of human exposure, including occupational and environmental exposures. This includes relevant findings from both developed and developing countries. Some of these data are not distributed widely and may be available from government reports and other sources. In the case of mixtures, industries, occupations or processes, information is given about all agents known to be present. For processes, industries and occupations, a historical description is also given, noting variations in chemical composition, physical properties and levels of occupational exposure with date and place. For biological agents, the epidemiology of infection is described.

### (e)   Regulations and guidelines

Statements concerning regulations and guidelines (e.g. occupational exposure limits, maximal levels permitted in foods and water, pesticide registrations) are included, but they may not reflect the most recent situation, since such limits are continuously reviewed and modified. The absence of information on regulatory status for a country should not be taken to imply that that country does not have regulations with regard to the exposure. For biological agents, legislation and control, including vaccination and therapy, are described.

## 2.   Studies of cancer in humans

This section includes all pertinent epidemiological studies (see Part A, Section 4). Studies of biomarkers are included when they are relevant to an evaluation of carcinogenicity to humans.

### (a)   Types of study considered

Several types of epidemiological study contribute to the assessment of carcinogenicity in humans — cohort studies, case–control studies, correlation (or ecological) studies and intervention studies. Rarely, results from randomized trials may be available. Case reports and case series of cancer in humans may also be reviewed.

Cohort and case–control studies relate individual exposures under study to the occurrence of cancer in individuals and provide an estimate of effect (such as relative risk) as the main measure of association. Intervention studies may provide strong evidence for making causal inferences, as exemplified by cessation of smoking and the subsequent decrease in risk for lung cancer.

In correlation studies, the units of investigation are usually whole populations (e.g. in

particular geographical areas or at particular times), and cancer frequency is related to a summary measure of the exposure of the population to the agent under study. In correlation studies, individual exposure is not documented, which renders this kind of study more prone to confounding. In some circumstances, however, correlation studies may be more informative than analytical study designs (see, for example, the *Monograph* on arsenic in drinking-water; IARC, 2004).

In some instances, case reports and case series have provided important information about the carcinogenicity of an agent. These types of study generally arise from a suspicion, based on clinical experience, that the concurrence of two events — that is, a particular exposure and occurrence of a cancer — has happened rather more frequently than would be expected by chance. Case reports and case series usually lack complete ascertainment of cases in any population, definition or enumeration of the population at risk and estimation of the expected number of cases in the absence of exposure.

The uncertainties that surround the interpretation of case reports, case series and correlation studies make them inadequate, except in rare instances, to form the sole basis for inferring a causal relationship. When taken together with case–control and cohort studies, however, these types of study may add materially to the judgement that a causal relationship exists.

Epidemiological studies of benign neoplasms, presumed preneoplastic lesions and other end-points thought to be relevant to cancer are also reviewed. They may, in some instances, strengthen inferences drawn from studies of cancer itself.

## (b)   Quality of studies considered

It is necessary to take into account the possible roles of bias, confounding and chance in the interpretation of epidemiological studies.

Bias is the effect of factors in study design or execution that lead erroneously to a stronger or weaker association than in fact exists between an agent and disease. Confounding is a form of bias that occurs when the relationship with disease is made to appear stronger or weaker than it truly is as a result of an association between the apparent causal factor and another factor that is associated with either an increase or decrease in the incidence of the disease. The role of chance is related to biological variability and the influence of sample size on the precision of estimates of effect.

In evaluating the extent to which these factors have been minimized in an individual study, consideration is given to several aspects of design and analysis as described in the report of the study. For example, when suspicion of carcinogenicity arises largely from a single small study, careful consideration is given when interpreting subsequent studies that included these data in an enlarged population. Most of these considerations apply equally to case–control, cohort and correlation studies. Lack of clarity of any of these aspects in the reporting of a study can decrease its credibility and the weight given to it in the final evaluation of the exposure.

First, the study population, disease (or diseases) and exposure should have been well defined by the authors. Cases of disease in the study population should have been identified in a way that was independent of the exposure of interest, and exposure should have been assessed in a way that was not related to disease status.

Second, the authors should have taken into account — in the study design and analysis — other variables that can influence the risk of disease and may have been related to the exposure of interest. Potential confounding by such variables should have been dealt with either in the design of the study, such as by matching, or in the analysis, by statistical adjustment. In cohort studies, comparisons with local rates of disease may or may not be more appropriate than those with national rates. Internal comparisons of

IARC MONOGRAPHS – 100C

frequency of disease among individuals at different levels of exposure are also desirable in cohort studies, since they minimize the potential for confounding related to the difference in risk factors between an external reference group and the study population.

Third, the authors should have reported the basic data on which the conclusions are founded, even if sophisticated statistical analyses were employed. At the very least, they should have given the numbers of exposed and unexposed cases and controls in a case–control study and the numbers of cases observed and expected in a cohort study. Further tabulations by time since exposure began and other temporal factors are also important. In a cohort study, data on all cancer sites and all causes of death should have been given, to reveal the possibility of reporting bias. In a case–control study, the effects of investigated factors other than the exposure of interest should have been reported.

Finally, the statistical methods used to obtain estimates of relative risk, absolute rates of cancer, confidence intervals and significance tests, and to adjust for confounding should have been clearly stated by the authors. These methods have been reviewed for case–control studies (Breslow & Day, 1980) and for cohort studies (Breslow & Day, 1987).

### (c)    Meta-analyses and pooled analyses

Independent epidemiological studies of the same agent may lead to results that are difficult to interpret. Combined analyses of data from multiple studies are a means of resolving this ambiguity, and well conducted analyses can be considered. There are two types of combined analysis. The first involves combining summary statistics such as relative risks from individual studies (meta-analysis) and the second involves a pooled analysis of the raw data from the individual studies (pooled analysis) (Greenland, 1998).

The advantages of combined analyses are increased precision due to increased sample size and the opportunity to explore potential confounders, interactions and modifying effects that may explain heterogeneity among studies in more detail. A disadvantage of combined analyses is the possible lack of compatibility of data from various studies due to differences in subject recruitment, procedures of data collection, methods of measurement and effects of unmeasured co-variates that may differ among studies. Despite these limitations, well conducted combined analyses may provide a firmer basis than individual studies for drawing conclusions about the potential carcinogenicity of agents.

IARC may commission a meta-analysis or pooled analysis that is pertinent to a particular *Monograph* (see Part A, Section 4). Additionally, as a means of gaining insight from the results of multiple individual studies, ad hoc calculations that combine data from different studies may be conducted by the Working Group during the course of a *Monograph* meeting. The results of such original calculations, which would be specified in the text by presentation in square brackets, might involve updates of previously conducted analyses that incorporate the results of more recent studies or de-novo analyses. Irrespective of the source of data for the meta-analyses and pooled analyses, it is important that the same criteria for data quality be applied as those that would be applied to individual studies and to ensure also that sources of heterogeneity between studies be taken into account.

### (d)    Temporal effects

Detailed analyses of both relative and absolute risks in relation to temporal variables, such as age at first exposure, time since first exposure, duration of exposure, cumulative exposure, peak exposure (when appropriate) and time since cessation of exposure, are reviewed and summarized when available. Analyses of temporal

relationships may be useful in making causal inferences. In addition, such analyses may suggest whether a carcinogen acts early or late in the process of carcinogenesis, although, at best, they allow only indirect inferences about mechanisms of carcinogenesis.

### (e)    Use of biomarkers in epidemiological studies

Biomarkers indicate molecular, cellular or other biological changes and are increasingly used in epidemiological studies for various purposes (IARC, 1991; Vainio et al., 1992; Toniolo et al., 1997; Vineis et al., 1999; Buffler et al., 2004). These may include evidence of exposure, of early effects, of cellular, tissue or organism responses, of individual susceptibility or host responses, and inference of a mechanism (see Part B, Section 4b). This is a rapidly evolving field that encompasses developments in genomics, epigenomics and other emerging technologies.

Molecular epidemiological data that identify associations between genetic polymorphisms and interindividual differences in susceptibility to the agent(s) being evaluated may contribute to the identification of carcinogenic hazards to humans. If the polymorphism has been demonstrated experimentally to modify the functional activity of the gene product in a manner that is consistent with increased susceptibility, these data may be useful in making causal inferences. Similarly, molecular epidemiological studies that measure cell functions, enzymes or metabolites that are thought to be the basis of susceptibility may provide evidence that reinforces biological plausibility. It should be noted, however, that when data on genetic susceptibility originate from multiple comparisons that arise from subgroup analyses, this can generate false-positive results and inconsistencies across studies, and such data therefore require careful evaluation. If the known phenotype of a genetic polymorphism can explain the carcinogenic mechanism

of the agent being evaluated, data on this phenotype may be useful in making causal inferences.

### (f)    Criteria for causality

After the quality of individual epidemiological studies of cancer has been summarized and assessed, a judgement is made concerning the strength of evidence that the agent in question is carcinogenic to humans. In making its judgement, the Working Group considers several criteria for causality (Hill, 1965). A strong association (e.g. a large relative risk) is more likely to indicate causality than a weak association, although it is recognized that estimates of effect of small magnitude do not imply lack of causality and may be important if the disease or exposure is common. Associations that are replicated in several studies of the same design or that use different epidemiological approaches or under different circumstances of exposure are more likely to represent a causal relationship than isolated observations from single studies. If there are inconsistent results among investigations, possible reasons are sought (such as differences in exposure), and results of studies that are judged to be of high quality are given more weight than those of studies that are judged to be methodologically less sound.

If the risk increases with the exposure, this is considered to be a strong indication of causality, although the absence of a graded response is not necessarily evidence against a causal relationship. The demonstration of a decline in risk after cessation of or reduction in exposure in individuals or in whole populations also supports a causal interpretation of the findings.

Several scenarios may increase confidence in a causal relationship. On the one hand, an agent may be specific in causing tumours at one site or of one morphological type. On the other, carcinogenicity may be evident through the causation of multiple tumour types. Temporality, precision of estimates of effect, biological plausibility and

coherence of the overall database are considered. Data on biomarkers may be employed in an assessment of the biological plausibility of epidemiological observations.

Although rarely available, results from randomized trials that show different rates of cancer among exposed and unexposed individuals provide particularly strong evidence for causality.

When several epidemiological studies show little or no indication of an association between an exposure and cancer, a judgement may be made that, in the aggregate, they show evidence of lack of carcinogenicity. Such a judgement requires first that the studies meet, to a sufficient degree, the standards of design and analysis described above. Specifically, the possibility that bias, confounding or misclassification of exposure or outcome could explain the observed results should be considered and excluded with reasonable certainty. In addition, all studies that are judged to be methodologically sound should (a) be consistent with an estimate of effect of unity for any observed level of exposure, (b) when considered together, provide a pooled estimate of relative risk that is at or near to unity, and (c) have a narrow confidence interval, due to sufficient population size. Moreover, no individual study nor the pooled results of all the studies should show any consistent tendency that the relative risk of cancer increases with increasing level of exposure. It is important to note that evidence of lack of carcinogenicity obtained from several epidemiological studies can apply only to the type(s) of cancer studied, to the dose levels reported, and to the intervals between first exposure and disease onset observed in these studies. Experience with human cancer indicates that the period from first exposure to the development of clinical cancer is sometimes longer than 20 years; latent periods substantially shorter than 30 years cannot provide evidence for lack of carcinogenicity.

# 3. Studies of cancer in experimental animals

All known human carcinogens that have been studied adequately for carcinogenicity in experimental animals have produced positive results in one or more animal species (Wilbourn et al., 1986; Tomatis et al., 1989). For several agents (e.g. aflatoxins, diethylstilbestrol, solar radiation, vinyl chloride), carcinogenicity in experimental animals was established or highly suspected before epidemiological studies confirmed their carcinogenicity in humans (Vainio et al., 1995). Although this association cannot establish that all agents that cause cancer in experimental animals also cause cancer in humans, it is biologically plausible that agents for which there is *sufficient evidence of carcinogenicity* in experimental animals (see Part B, Section 6b) also present a carcinogenic hazard to humans. Accordingly, in the absence of additional scientific information, these agents are considered to pose a carcinogenic hazard to humans. Examples of additional scientific information are data that demonstrate that a given agent causes cancer in animals through a species-specific mechanism that does not operate in humans or data that demonstrate that the mechanism in experimental animals also operates in humans (see Part B, Section 6).

Consideration is given to all available long-term studies of cancer in experimental animals with the agent under review (see Part A, Section 4). In all experimental settings, the nature and extent of impurities or contaminants present in the agent being evaluated are given when available. Animal species, strain (including genetic background where applicable), sex, numbers per group, age at start of treatment, route of exposure, dose levels, duration of exposure, survival and information on tumours (incidence, latency, severity or multiplicity of neoplasms or preneoplastic lesions) are reported. Those studies in experimental animals that are judged to be irrelevant to the evaluation or judged to be inadequate

(e.g. too short a duration, too few animals, poor survival; see below) may be omitted. Guidelines for conducting long-term carcinogenicity experiments have been published (e.g. OECD, 2002).

Other studies considered may include: experiments in which the agent was administered in the presence of factors that modify carcinogenic effects (e.g. initiation–promotion studies, co-carcinogenicity studies and studies in genetically modified animals); studies in which the end-point was not cancer but a defined precancerous lesion; experiments on the carcinogenicity of known metabolites and derivatives; and studies of cancer in non-laboratory animals (e.g. livestock and companion animals) exposed to the agent.

For studies of mixtures, consideration is given to the possibility that changes in the physicochemical properties of the individual substances may occur during collection, storage, extraction, concentration and delivery. Another consideration is that chemical and toxicological interactions of components in a mixture may alter dose–response relationships. The relevance to human exposure of the test mixture administered in the animal experiment is also assessed. This may involve consideration of the following aspects of the mixture tested: (i) physical and chemical characteristics, (ii) identified constituents that may indicate the presence of a class of substances and (iii) the results of genetic toxicity and related tests.

The relevance of results obtained with an agent that is analogous (e.g. similar in structure or of a similar virus genus) to that being evaluated is also considered. Such results may provide biological and mechanistic information that is relevant to the understanding of the process of carcinogenesis in humans and may strengthen the biological plausibility that the agent being evaluated is carcinogenic to humans (see Part B, Section 2f).

(a)     Qualitative aspects

An assessment of carcinogenicity involves several considerations of qualitative importance, including (i) the experimental conditions under which the test was performed, including route, schedule and duration of exposure, species, strain (including genetic background where applicable), sex, age and duration of follow-up; (ii) the consistency of the results, for example, across species and target organ(s); (iii) the spectrum of neoplastic response, from preneoplastic lesions and benign tumours to malignant neoplasms; and (iv) the possible role of modifying factors.

Considerations of importance in the interpretation and evaluation of a particular study include: (i) how clearly the agent was defined and, in the case of mixtures, how adequately the sample characterization was reported; (ii) whether the dose was monitored adequately, particularly in inhalation experiments; (iii) whether the doses, duration of treatment and route of exposure were appropriate; (iv) whether the survival of treated animals was similar to that of controls; (v) whether there were adequate numbers of animals per group; (vi) whether both male and female animals were used; (vii) whether animals were allocated randomly to groups; (viii) whether the duration of observation was adequate; and (ix) whether the data were reported and analysed adequately.

When benign tumours (a) occur together with and originate from the same cell type as malignant tumours in an organ or tissue in a particular study and (b) appear to represent a stage in the progression to malignancy, they are usually combined in the assessment of tumour incidence (Huff et al., 1989). The occurrence of lesions presumed to be preneoplastic may in certain instances aid in assessing the biological plausibility of any neoplastic response observed. If an agent induces only benign neoplasms that appear to be end-points that do not readily undergo

transition to malignancy, the agent should nevertheless be suspected of being carcinogenic and requires further investigation.

### (b)  Quantitative aspects

The probability that tumours will occur may depend on the species, sex, strain, genetic background and age of the animal, and on the dose, route, timing and duration of the exposure. Evidence of an increased incidence of neoplasms with increasing levels of exposure strengthens the inference of a causal association between the exposure and the development of neoplasms.

The form of the dose–response relationship can vary widely, depending on the particular agent under study and the target organ. Mechanisms such as induction of DNA damage or inhibition of repair, altered cell division and cell death rates and changes in intercellular communication are important determinants of dose–response relationships for some carcinogens. Since many chemicals require metabolic activation before being converted to their reactive intermediates, both metabolic and toxicokinetic aspects are important in determining the dose–response pattern. Saturation of steps such as absorption, activation, inactivation and elimination may produce nonlinearity in the dose–response relationship (Hoel et al., 1983; Gart et al., 1986), as could saturation of processes such as DNA repair. The dose–response relationship can also be affected by differences in survival among the treatment groups.

### (c)  Statistical analyses

Factors considered include the adequacy of the information given for each treatment group: (i) number of animals studied and number examined histologically, (ii) number of animals with a given tumour type and (iii) length of survival. The statistical methods used should be clearly stated and should be the generally accepted techniques refined for this purpose (Peto et al., 1980;

Gart et al., 1986; Portier & Bailer, 1989; Bieler & Williams, 1993). The choice of the most appropriate statistical method requires consideration of whether or not there are differences in survival among the treatment groups; for example, reduced survival because of non-tumour-related mortality can preclude the occurrence of tumours later in life. When detailed information on survival is not available, comparisons of the proportions of tumour-bearing animals among the effective number of animals (alive at the time the first tumour was discovered) can be useful when significant differences in survival occur before tumours appear. The lethality of the tumour also requires consideration: for rapidly fatal tumours, the time of death provides an indication of the time of tumour onset and can be assessed using life-table methods; nonfatal or incidental tumours that do not affect survival can be assessed using methods such as the Mantel-Haenzel test for changes in tumour prevalence. Because tumour lethality is often difficult to determine, methods such as the Poly-K test that do not require such information can also be used. When results are available on the number and size of tumours seen in experimental animals (e.g. papillomas on mouse skin, liver tumours observed through nuclear magnetic resonance tomography), other more complicated statistical procedures may be needed (Sherman et al., 1994; Dunson et al., 2003).

Formal statistical methods have been developed to incorporate historical control data into the analysis of data from a given experiment. These methods assign an appropriate weight to historical and concurrent controls on the basis of the extent of between-study and within-study variability: less weight is given to historical controls when they show a high degree of variability, and greater weight when they show little variability. It is generally not appropriate to discount a tumour response that is significantly increased compared with concurrent controls by arguing that it falls within the range of historical controls,

particularly when historical controls show high between-study variability and are, thus, of little relevance to the current experiment. In analysing results for uncommon tumours, however, the analysis may be improved by considering historical control data, particularly when between-study variability is low. Historical controls should be selected to resemble the concurrent controls as closely as possible with respect to species, gender and strain, as well as other factors such as basal diet and general laboratory environment, which may affect tumour-response rates in control animals (Haseman et al., 1984; Fung et al., 1996; Greim et al., 2003).

Although meta-analyses and combined analyses are conducted less frequently for animal experiments than for epidemiological studies due to differences in animal strains, they can be useful aids in interpreting animal data when the experimental protocols are sufficiently similar.

## 4. Mechanistic and other relevant data

Mechanistic and other relevant data may provide evidence of carcinogenicity and also help in assessing the relevance and importance of findings of cancer in animals and in humans. The nature of the mechanistic and other relevant data depends on the biological activity of the agent being considered. The Working Group considers representative studies to give a concise description of the relevant data and issues that they consider to be important; thus, not every available study is cited. Relevant topics may include toxicokinetics, mechanisms of carcinogenesis, susceptible individuals, populations and life-stages, other relevant data and other adverse effects. When data on biomarkers are informative about the mechanisms of carcinogenesis, they are included in this section.

These topics are not mutually exclusive; thus, the same studies may be discussed in more than one subsection. For example, a mutation in a gene that codes for an enzyme that metabolizes the agent under study could be discussed in the subsections on toxicokinetics, mechanisms and individual susceptibility if it also exists as an inherited polymorphism.

### (a) Toxicokinetic data

Toxicokinetics refers to the absorption, distribution, metabolism and elimination of agents in humans, experimental animals and, where relevant, cellular systems. Examples of kinetic factors that may affect dose–response relationships include uptake, deposition, biopersistence and half-life in tissues, protein binding, metabolic activation and detoxification. Studies that indicate the metabolic fate of the agent in humans and in experimental animals are summarized briefly, and comparisons of data from humans and animals are made when possible. Comparative information on the relationship between exposure and the dose that reaches the target site may be important for the extrapolation of hazards between species and in clarifying the role of in-vitro findings.

### (b) Data on mechanisms of carcinogenesis

To provide focus, the Working Group attempts to identify the possible mechanisms by which the agent may increase the risk of cancer. For each possible mechanism, a representative selection of key data from humans and experimental systems is summarized. Attention is given to gaps in the data and to data that suggests that more than one mechanism may be operating. The relevance of the mechanism to humans is discussed, in particular, when mechanistic data are derived from experimental model systems. Changes in the affected organs, tissues or cells can be divided into three non-exclusive levels as described below.

*(i)    Changes in physiology*

Physiological changes refer to exposure-related modifications to the physiology and/or response of cells, tissues and organs. Examples of potentially adverse physiological changes include mitogenesis, compensatory cell division, escape from apoptosis and/or senescence, presence of inflammation, hyperplasia, metaplasia and/or preneoplasia, angiogenesis, alterations in cellular adhesion, changes in steroidal hormones and changes in immune surveillance.

*(ii)    Functional changes at the cellular level*

Functional changes refer to exposure-related alterations in the signalling pathways used by cells to manage critical processes that are related to increased risk for cancer. Examples of functional changes include modified activities of enzymes involved in the metabolism of xenobiotics, alterations in the expression of key genes that regulate DNA repair, alterations in cyclin-dependent kinases that govern cell cycle progression, changes in the patterns of post-translational modifications of proteins, changes in regulatory factors that alter apoptotic rates, changes in the secretion of factors related to the stimulation of DNA replication and transcription and changes in gap–junction-mediated intercellular communication.

*(iii)    Changes at the molecular level*

Molecular changes refer to exposure-related changes in key cellular structures at the molecular level, including, in particular, genotoxicity. Examples of molecular changes include formation of DNA adducts and DNA strand breaks, mutations in genes, chromosomal aberrations, aneuploidy and changes in DNA methylation patterns. Greater emphasis is given to irreversible effects.

The use of mechanistic data in the identification of a carcinogenic hazard is specific to the mechanism being addressed and is not readily described for every possible level and mechanism discussed above.

Genotoxicity data are discussed here to illustrate the key issues involved in the evaluation of mechanistic data.

Tests for genetic and related effects are described in view of the relevance of gene mutation and chromosomal aberration/aneuploidy to carcinogenesis (Vainio et al., 1992; McGregor et al., 1999). The adequacy of the reporting of sample characterization is considered and, when necessary, commented upon; with regard to complex mixtures, such comments are similar to those described for animal carcinogenicity tests. The available data are interpreted critically according to the end-points detected, which may include DNA damage, gene mutation, sister chromatid exchange, micronucleus formation, chromosomal aberrations and aneuploidy. The concentrations employed are given, and mention is made of whether the use of an exogenous metabolic system in vitro affected the test result. These data are listed in tabular form by phylogenetic classification.

Positive results in tests using prokaryotes, lower eukaryotes, insects, plants and cultured mammalian cells suggest that genetic and related effects could occur in mammals. Results from such tests may also give information on the types of genetic effect produced and on the involvement of metabolic activation. Some end-points described are clearly genetic in nature (e.g. gene mutations), while others are associated with genetic effects (e.g. unscheduled DNA synthesis). In-vitro tests for tumour promotion, cell transformation and gap–junction intercellular communication may be sensitive to changes that are not necessarily the result of genetic alterations but that may have specific relevance to the process of carcinogenesis. Critical appraisals of these tests have been published (Montesano et al., 1986; McGregor et al., 1999).

Genetic or other activity manifest in humans and experimental mammals is regarded to be of

greater relevance than that in other organisms. The demonstration that an agent can induce gene and chromosomal mutations in mammals in vivo indicates that it may have carcinogenic activity. Negative results in tests for mutagenicity in selected tissues from animals treated in vivo provide less weight, partly because they do not exclude the possibility of an effect in tissues other than those examined. Moreover, negative results in short-term tests with genetic end-points cannot be considered to provide evidence that rules out the carcinogenicity of agents that act through other mechanisms (e.g. receptor-mediated effects, cellular toxicity with regenerative cell division, peroxisome proliferation) (Vainio et al., 1992). Factors that may give misleading results in short-term tests have been discussed in detail elsewhere (Montesano et al., 1986; McGregor et al., 1999).

When there is evidence that an agent acts by a specific mechanism that does not involve genotoxicity (e.g. hormonal dysregulation, immune suppression, and formation of calculi and other deposits that cause chronic irritation), that evidence is presented and reviewed critically in the context of rigorous criteria for the operation of that mechanism in carcinogenesis (e.g. Capen et al., 1999).

For biological agents such as viruses, bacteria and parasites, other data relevant to carcinogenicity may include descriptions of the pathology of infection, integration and expression of viruses, and genetic alterations seen in human tumours. Other observations that might comprise cellular and tissue responses to infection, immune response and the presence of tumour markers are also considered.

For physical agents that are forms of radiation, other data relevant to carcinogenicity may include descriptions of damaging effects at the physiological, cellular and molecular level, as for chemical agents, and descriptions of how these effects occur. 'Physical agents' may also be considered to comprise foreign bodies, such as surgical implants of various kinds, and poorly soluble fibres, dusts and particles of various sizes, the pathogenic effects of which are a result of their physical presence in tissues or body cavities. Other relevant data for such materials may include characterization of cellular, tissue and physiological reactions to these materials and descriptions of pathological conditions other than neoplasia with which they may be associated.

*(c)    Other data relevant to mechanisms*

A description is provided of any structure–activity relationships that may be relevant to an evaluation of the carcinogenicity of an agent, the toxicological implications of the physical and chemical properties, and any other data relevant to the evaluation that are not included elsewhere.

High-output data, such as those derived from gene expression microarrays, and high-throughput data, such as those that result from testing hundreds of agents for a single end-point, pose a unique problem for the use of mechanistic data in the evaluation of a carcinogenic hazard. In the case of high-output data, there is the possibility to overinterpret changes in individual end-points (e.g. changes in expression in one gene) without considering the consistency of that finding in the broader context of the other end-points (e.g. other genes with linked transcriptional control). High-output data can be used in assessing mechanisms, but all end-points measured in a single experiment need to be considered in the proper context. For high-throughput data, where the number of observations far exceeds the number of end-points measured, their utility for identifying common mechanisms across multiple agents is enhanced. These data can be used to identify mechanisms that not only seem plausible, but also have a consistent pattern of carcinogenic response across entire classes of related compounds.

27

### (d)    Susceptibility data

Individuals, populations and life-stages may have greater or lesser susceptibility to an agent, based on toxicokinetics, mechanisms of carcinogenesis and other factors. Examples of host and genetic factors that affect individual susceptibility include sex, genetic polymorphisms of genes involved in the metabolism of the agent under evaluation, differences in metabolic capacity due to life-stage or the presence of disease, differences in DNA repair capacity, competition for or alteration of metabolic capacity by medications or other chemical exposures, pre-existing hormonal imbalance that is exacerbated by a chemical exposure, a suppressed immune system, periods of higher-than-usual tissue growth or regeneration and genetic polymorphisms that lead to differences in behaviour (e.g. addiction). Such data can substantially increase the strength of the evidence from epidemiological data and enhance the linkage of in-vivo and in-vitro laboratory studies to humans.

### (e)    Data on other adverse effects

Data on acute, subchronic and chronic adverse effects relevant to the cancer evaluation are summarized. Adverse effects that confirm distribution and biological effects at the sites of tumour development, or alterations in physiology that could lead to tumour development, are emphasized. Effects on reproduction, embryonic and fetal survival and development are summarized briefly. The adequacy of epidemiological studies of reproductive outcome and genetic and related effects in humans is judged by the same criteria as those applied to epidemiological studies of cancer, but fewer details are given.

## 5.    Summary

This section is a summary of data presented in the preceding sections. Summaries can be found on the *Monographs* programme web site (http://monographs.iarc.fr).

### (a)    Exposure data

Data are summarized, as appropriate, on the basis of elements such as production, use, occurrence and exposure levels in the workplace and environment and measurements in human tissues and body fluids. Quantitative data and time trends are given to compare exposures in different occupations and environmental settings. Exposure to biological agents is described in terms of transmission, prevalence and persistence of infection.

### (b)    Cancer in humans

Results of epidemiological studies pertinent to an assessment of human carcinogenicity are summarized. When relevant, case reports and correlation studies are also summarized. The target organ(s) or tissue(s) in which an increase in cancer was observed is identified. Dose–response and other quantitative data may be summarized when available.

### (c)    Cancer in experimental animals

Data relevant to an evaluation of carcinogenicity in animals are summarized. For each animal species, study design and route of administration, it is stated whether an increased incidence, reduced latency, or increased severity or multiplicity of neoplasms or preneoplastic lesions were observed, and the tumour sites are indicated. If the agent produced tumours after prenatal exposure or in single-dose experiments, this is also mentioned. Negative findings, inverse relationships, dose–response and other quantitative data are also summarized.

### (d)    Mechanistic and other relevant data

Data relevant to the toxicokinetics (absorption, distribution, metabolism, elimination) and

the possible mechanism(s) of carcinogenesis (e.g. genetic toxicity, epigenetic effects) are summarized. In addition, information on susceptible individuals, populations and life-stages is summarized. This section also reports on other toxic effects, including reproductive and developmental effects, as well as additional relevant data that are considered to be important.

# 6.  Evaluation and rationale

Evaluations of the strength of the evidence for carcinogenicity arising from human and experimental animal data are made, using standard terms. The strength of the mechanistic evidence is also characterized.

It is recognized that the criteria for these evaluations, described below, cannot encompass all of the factors that may be relevant to an evaluation of carcinogenicity. In considering all of the relevant scientific data, the Working Group may assign the agent to a higher or lower category than a strict interpretation of these criteria would indicate.

These categories refer only to the strength of the evidence that an exposure is carcinogenic and not to the extent of its carcinogenic activity (potency). A classification may change as new information becomes available.

An evaluation of the degree of evidence is limited to the materials tested, as defined physically, chemically or biologically. When the agents evaluated are considered by the Working Group to be sufficiently closely related, they may be grouped together for the purpose of a single evaluation of the degree of evidence.

## (a)  Carcinogenicity in humans

The evidence relevant to carcinogenicity from studies in humans is classified into one of the following categories:

**Sufficient evidence of carcinogenicity**: The Working Group considers that a causal relationship has been established between exposure to the agent and human cancer. That is, a positive relationship has been observed between the exposure and cancer in studies in which chance, bias and confounding could be ruled out with reasonable confidence. A statement that there is *sufficient evidence* is followed by a separate sentence that identifies the target organ(s) or tissue(s) where an increased risk of cancer was observed in humans. Identification of a specific target organ or tissue does not preclude the possibility that the agent may cause cancer at other sites.

**Limited evidence of carcinogenicity**: A positive association has been observed between exposure to the agent and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence.

**Inadequate evidence of carcinogenicity**: The available studies are of insufficient quality, consistency or statistical power to permit a conclusion regarding the presence or absence of a causal association between exposure and cancer, or no data on cancer in humans are available.

**Evidence suggesting lack of carcinogenicity**: There are several adequate studies covering the full range of levels of exposure that humans are known to encounter, which are mutually consistent in not showing a positive association between exposure to the agent and any studied cancer at any observed level of exposure. The results from these studies alone or combined should have narrow confidence intervals with an upper limit close to the null value (e.g. a relative risk of 1.0). Bias and confounding should be ruled out with reasonable confidence, and the studies should have an adequate length of follow-up. A conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the cancer sites, conditions and levels of exposure, and length of observation covered by the available studies. In

IARC MONOGRAPHS – 100C

addition, the possibility of a very small risk at the levels of exposure studied can never be excluded.

In some instances, the above categories may be used to classify the degree of evidence related to carcinogenicity in specific organs or tissues.

When the available epidemiological studies pertain to a mixture, process, occupation or industry, the Working Group seeks to identify the specific agent considered most likely to be responsible for any excess risk. The evaluation is focused as narrowly as the available data on exposure and other aspects permit.

### (b) Carcinogenicity in experimental animals

Carcinogenicity in experimental animals can be evaluated using conventional bioassays, bioassays that employ genetically modified animals, and other in-vivo bioassays that focus on one or more of the critical stages of carcinogenesis. In the absence of data from conventional long-term bioassays or from assays with neoplasia as the end-point, consistently positive results in several models that address several stages in the multistage process of carcinogenesis should be considered in evaluating the degree of evidence of carcinogenicity in experimental animals.

The evidence relevant to carcinogenicity in experimental animals is classified into one of the following categories:

*Sufficient evidence of carcinogenicity*: The Working Group considers that a causal relationship has been established between the agent and an increased incidence of malignant neoplasms or of an appropriate combination of benign and malignant neoplasms in (a) two or more species of animals or (b) two or more independent studies in one species carried out at different times or in different laboratories or under different protocols. An increased incidence of tumours in both sexes of a single species in a well conducted study, ideally conducted under Good Laboratory Practices, can also provide *sufficient evidence*.

A single study in one species and sex might be considered to provide *sufficient evidence of carcinogenicity* when malignant neoplasms occur to an unusual degree with regard to incidence, site, type of tumour or age at onset, or when there are strong findings of tumours at multiple sites.

*Limited evidence of carcinogenicity*: The data suggest a carcinogenic effect but are limited for making a definitive evaluation because, e.g. (a) the evidence of carcinogenicity is restricted to a single experiment; (b) there are unresolved questions regarding the adequacy of the design, conduct or interpretation of the studies; (c) the agent increases the incidence only of benign neoplasms or lesions of uncertain neoplastic potential; or (d) the evidence of carcinogenicity is restricted to studies that demonstrate only promoting activity in a narrow range of tissues or organs.

*Inadequate evidence of carcinogenicity*: The studies cannot be interpreted as showing either the presence or absence of a carcinogenic effect because of major qualitative or quantitative limitations, or no data on cancer in experimental animals are available.

*Evidence suggesting lack of carcinogenicity*: Adequate studies involving at least two species are available which show that, within the limits of the tests used, the agent is not carcinogenic. A conclusion of *evidence suggesting lack of carcinogenicity* is inevitably limited to the species, tumour sites, age at exposure, and conditions and levels of exposure studied.

### (c) Mechanistic and other relevant data

Mechanistic and other evidence judged to be relevant to an evaluation of carcinogenicity and of sufficient importance to affect the overall evaluation is highlighted. This may include data on preneoplastic lesions, tumour pathology, genetic and related effects, structure–activity relationships, metabolism and toxicokinetics,

physicochemical parameters and analogous biological agents.

The strength of the evidence that any carcinogenic effect observed is due to a particular mechanism is evaluated, using terms such as 'weak', 'moderate' or 'strong'. The Working Group then assesses whether that particular mechanism is likely to be operative in humans. The strongest indications that a particular mechanism operates in humans derive from data on humans or biological specimens obtained from exposed humans. The data may be considered to be especially relevant if they show that the agent in question has caused changes in exposed humans that are on the causal pathway to carcinogenesis. Such data may, however, never become available, because it is at least conceivable that certain compounds may be kept from human use solely on the basis of evidence of their toxicity and/or carcinogenicity in experimental systems.

The conclusion that a mechanism operates in experimental animals is strengthened by findings of consistent results in different experimental systems, by the demonstration of biological plausibility and by coherence of the overall database. Strong support can be obtained from studies that challenge the hypothesized mechanism experimentally, by demonstrating that the suppression of key mechanistic processes leads to the suppression of tumour development. The Working Group considers whether multiple mechanisms might contribute to tumour development, whether different mechanisms might operate in different dose ranges, whether separate mechanisms might operate in humans and experimental animals and whether a unique mechanism might operate in a susceptible group. The possible contribution of alternative mechanisms must be considered before concluding that tumours observed in experimental animals are not relevant to humans. An uneven level of experimental support for different mechanisms may reflect that disproportionate resources

have been focused on investigating a favoured mechanism.

For complex exposures, including occupational and industrial exposures, the chemical composition and the potential contribution of carcinogens known to be present are considered by the Working Group in its overall evaluation of human carcinogenicity. The Working Group also determines the extent to which the materials tested in experimental systems are related to those to which humans are exposed.

### (d)    Overall evaluation

Finally, the body of evidence is considered as a whole, to reach an overall evaluation of the carcinogenicity of the agent to humans.

An evaluation may be made for a group of agents that have been evaluated by the Working Group. In addition, when supporting data indicate that other related agents, for which there is no direct evidence of their capacity to induce cancer in humans or in animals, may also be carcinogenic, a statement describing the rationale for this conclusion is added to the evaluation narrative; an additional evaluation may be made for this broader group of agents if the strength of the evidence warrants it.

The agent is described according to the wording of one of the following categories, and the designated group is given. The categorization of an agent is a matter of scientific judgement that reflects the strength of the evidence derived from studies in humans and in experimental animals and from mechanistic and other relevant data.

### Group 1: The agent is carcinogenic to humans.

This category is used when there is *sufficient evidence of carcinogenicity* in humans. Exceptionally, an agent may be placed in this category when evidence of carcinogenicity in humans is less than *sufficient* but there is *sufficient evidence of carcinogenicity* in experimental

animals and strong evidence in exposed humans that the agent acts through a relevant mechanism of carcinogenicity.

### Group 2.

This category includes agents for which, at one extreme, the degree of evidence of carcinogenicity in humans is almost *sufficient*, as well as those for which, at the other extreme, there are no human data but for which there is evidence of carcinogenicity in experimental animals. Agents are assigned to either Group 2A (*probably carcinogenic to humans*) or Group 2B (*possibly carcinogenic to humans*) on the basis of epidemiological and experimental evidence of carcinogenicity and mechanistic and other relevant data. The terms *probably carcinogenic* and *possibly carcinogenic* have no quantitative significance and are used simply as descriptors of different levels of evidence of human carcinogenicity, with *probably carcinogenic* signifying a higher level of evidence than *possibly carcinogenic*.

### Group 2A: The agent is probably carcinogenic to humans.

This category is used when there is *limited evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals. In some cases, an agent may be classified in this category when there is *inadequate evidence of carcinogenicity* in humans and *sufficient evidence of carcinogenicity* in experimental animals and strong evidence that the carcinogenesis is mediated by a mechanism that also operates in humans. Exceptionally, an agent may be classified in this category solely on the basis of *limited evidence of carcinogenicity* in humans. An agent may be assigned to this category if it clearly belongs, based on mechanistic considerations, to a class of agents for which one or more members have been classified in Group 1 or Group 2A.

### Group 2B: The agent is possibly carcinogenic to humans.

This category is used for agents for which there is *limited evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals. It may also be used when there is *inadequate evidence of carcinogenicity* in humans but there is *sufficient evidence of carcinogenicity* in experimental animals. In some instances, an agent for which there is *inadequate evidence of carcinogenicity* in humans and less than *sufficient evidence of carcinogenicity* in experimental animals together with supporting evidence from mechanistic and other relevant data may be placed in this group. An agent may be classified in this category solely on the basis of strong evidence from mechanistic and other relevant data.

### Group 3: The agent is not classifiable as to its carcinogenicity to humans.

This category is used most commonly for agents for which the evidence of carcinogenicity is *inadequate* in humans and *inadequate* or *limited* in experimental animals.

Exceptionally, agents for which the evidence of carcinogenicity is *inadequate* in humans but *sufficient* in experimental animals may be placed in this category when there is strong evidence that the mechanism of carcinogenicity in experimental animals does not operate in humans.

Agents that do not fall into any other group are also placed in this category.

An evaluation in Group 3 is not a determination of non-carcinogenicity or overall safety. It often means that further research is needed, especially when exposures are widespread or the cancer data are consistent with differing interpretations.

### Group 4: The agent is probably not carcinogenic to humans.

This category is used for agents for which there is *evidence suggesting lack of carcinogenicity*

in humans and in experimental animals. In some instances, agents for which there is *inadequate evidence of carcinogenicity* in humans but *evidence suggesting lack of carcinogenicity* in experimental animals, consistently and strongly supported by a broad range of mechanistic and other relevant data, may be classified in this group.

### (e)    Rationale

The reasoning that the Working Group used to reach its evaluation is presented and discussed. This section integrates the major findings from studies of cancer in humans, studies of cancer in experimental animals, and mechanistic and other relevant data. It includes concise statements of the principal line(s) of argument that emerged, the conclusions of the Working Group on the strength of the evidence for each group of studies, citations to indicate which studies were pivotal to these conclusions, and an explanation of the reasoning of the Working Group in weighing data and making evaluations. When there are significant differences of scientific interpretation among Working Group Members, a brief summary of the alternative interpretations is provided, together with their scientific rationale and an indication of the relative degree of support for each alternative.

# References

Bieler GS & Williams RL (1993). Ratio estimates, the delta method, and quantal response tests for increased carcinogenicity. *Biometrics*, 49: 793–801. doi:10.2307/2532200 PMID:8241374

Breslow NE & Day NE (1980). Statistical methods in cancer research. Volume I - The analysis of case-control studies. *IARC Sci Publ*, 325–338. PMID:7216345

Breslow NE & Day NE (1987). Statistical methods in cancer research. Volume II–The design and analysis of cohort studies. *IARC Sci Publ*, 821–406. PMID:3329634

Buffler P, Rice J, Baan R *et al.* (2004). Workshop on Mechanisms of Carcinogenesis: Contributions of Molecular Epidemiology. Lyon, 14–17 November 2001. Workshop report. *IARC Sci Publ*, 1571–27. PMID:15055286

Capen CC, Dybing E, Rice JM, Wilbourn JD (1999). Species Differences in Thyroid, Kidney and Urinary Bladder Carcinogenesis. Proceedings of a consensus conference. Lyon, France, 3–7 November 1997. *IARC Sci Publ*, 1471–225.

Cogliano V, Baan R, Straif K *et al.* (2005). Transparency in IARC Monographs. *Lancet Oncol*, 6: 747 doi:10.1016/S1470-2045(05)70380-6

Cogliano VJ, Baan RA, Straif K *et al.* (2004). The science and practice of carcinogen identification and evaluation. *Environ Health Perspect*, 112: 1269–1274. doi:10.1289/ehp.6950 PMID:15345338

Dunson DB, Chen Z, Harry J (2003). A Bayesian approach for joint modeling of cluster size and subunit-specific outcomes. *Biometrics*, 59: 521–530. doi:10.1111/1541-0420.00062 PMID:14601753

Fung KY, Krewski D, Smythe RT (1996). A comparison of tests for trend with historical controls in carcinogen bioassay. *Can J Stat*, 24: 431–454. doi:10.2307/3315326

Gart JJ, Krewski D, Lee PN *et al.* (1986). Statistical methods in cancer research. Volume III–The design and analysis of long-term animal experiments. *IARC Sci Publ*, 791–219. PMID:3301661

Greenland S (1998). Meta-analysis. In: Rothman, K.J. & Greenland, S., eds, *Modern Epidemiology*, Philadelphia, Lippincott Williams & Wilkins, pp. 643–673

Greim H, Gelbke H-P, Reuter U *et al.* (2003). Evaluation of historical control data in carcinogenicity studies. *Hum Exp Toxicol*, 22: 541–549. doi:10.1191/0960327103ht394oa PMID:14655720

Haseman JK, Huff J, Boorman GA (1984). Use of historical control data in carcinogenicity studies in rodents. *Toxicol Pathol*, 12: 126–135. doi:10.1177/019262338401200203 PMID:11478313

Hill AB (1965). The environment and disease: Association or causation? *Proc R Soc Med*, 58: 295–300. PMID:14283879

Hoel DG, Kaplan NL, Anderson MW (1983). Implication of nonlinear kinetics on risk estimation in carcinogenesis. *Science*, 219: 1032–1037. doi:10.1126/science.6823565 PMID:6823565

Huff JE, Eustis SL, Haseman JK (1989). Occurrence and relevance of chemically induced benign neoplasms in long-term carcinogenicity studies. *Cancer Metastasis Rev*, 8: 1–22. doi:10.1007/BF00047055 PMID:2667783

IARC (1977). *IARC Monographs Programme on the Evaluation of the Carcinogenic Risk of Chemicals to Humans*. Preamble (IARC intern. tech. Rep. No. 77/002)

IARC (1978). *Chemicals with Sufficient Evidence of Carcinogenicity in Experimental Animals – IARC Monographs Volumes 1–17* (IARC intern. tech. Rep. No. 78/003)

IARC (1979). *Criteria to Select Chemicals for IARC Monographs* (IARC intern. tech. Rep. No. 79/003)

IARC MONOGRAPHS – 100C

IARC (1982). Chemicals, Industrial Processes and Industries Associated with Cancer in Humans (IARC Monographs, Volumes 1 to 29). *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 4: 1–292.

IARC (1983). *Approaches to Classifying Chemical Carcinogens According to Mechanism of Action* (IARC intern. tech. Rep. No. 83/001)

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1988). *Report of an IARC Working Group to Review the Approaches and Processes Used to Evaluate the Carcinogenicity of Mixtures and Groups of Chemicals* (IARC intern. tech. Rep. No. 88/002)

IARC (1991). *A Consensus Report of an IARC Monographs Working Group on the Use of Mechanisms of Carcinogenesis in Risk Identification* (IARC intern. tech. Rep. No. 91/002)

IARC (2005). *Report of the Advisory Group to Recommend Updates to the Preamble to the* IARC Monographs (IARC Int. Rep. No. 05/001)

IARC (2006). *Report of the Advisory Group to Review the Amended Preamble to the* IARC Monographs (IARC Int. Rep. No. 06/001)

IARC (2004). Some drinking-water disinfectants and contaminants, including arsenic. *IARC Monogr Eval Carcinog Risks Hum*, 84: 1–477. PMID:15645577

McGregor DB, Rice JM, Venitt Seditors (1999). The use of short-and medium-term tests for carcinogens and data on genetic effects in carcinogenic hazard evaluation. Consensus report. *IARC Sci Publ*, 1461–536.

Montesano R, Bartsch H, Vainio H etal. editors (1986). Long-term and Short-term Assays for Carcinogenesis—A Critical Appraisal. *IARC Sci Publ*, 831–564.

OECD (2002) *Guidance Notes for Analysis and Evaluation of Chronic Toxicity and Carcinogenicity Studies* (Series on Testing and Assessment No. 35), Paris, OECD

Peto R, Pike MC, Day NE *et al.* (1980). Guidelines for simple, sensitive significance tests for carcinogenic effects in long-term animal experiments. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 2: Suppl311–426. PMID:6935185

Portier CJ & Bailer AJ (1989). Testing for increased carcinogenicity using a survival-adjusted quantal response test. *Fundam Appl Toxicol*, 12: 731–737. doi:10.1016/0272-0590(89)90004-3 PMID:2744275

Sherman CD, Portier CJ, Kopp-Schneider A (1994). Multistage models of carcinogenesis: an approximation for the size and number distribution of late-stage clones. *Risk Anal*, 14: 1039–1048. doi:10.1111/j.1539-6924.1994.tb00074.x PMID:7846311

Stewart BW, Kleihues P, editors (2003). *World Cancer Report,* Lyon, IARC

Tomatis L, Aitio A, Wilbourn J, Shuker L (1989). Human carcinogens so far identified. *Jpn J Cancer Res*, 80: 795–807. PMID:2513295

Toniolo P, Boffetta P, Shuker DEG *et al.* editors (1997). Proceedings of the Workshop on Application of Biomarkers to Cancer Epidemiology. Lyon, France, 20–23 February 1996. *IARC Sci Publ*, 1421–136.

Vainio H, Magee P, McGregor D, McMichael Aeditors (1992). Mechanisms of Carcinogenesis in Risk Identification. IARC Working Group Meeting. Lyon, 11–18 June 1991. *IARC Sci Publ*, 1161–608.

Vainio H, Wilbourn JD, Sasco AJ *et al.* (1995). [Identification of human carcinogenic risks in IARC monographs] *Bull Cancer*, 82: 339–348. PMID:7626841

Vineis P, Malats N, Lang M *et al.* editors (1999). Metabolic Polymorphisms and Susceptibility to Cancer. *IARC Sci Publ*, 1481–510. PMID:10493243

Wilbourn J, Haroun L, Heseltine E *et al.* (1986). Response of experimental animals to human carcinogens: an analysis based upon the IARC Monographs programme. *Carcinogenesis*, 7: 1853–1863. doi:10.1093/carcin/7.11.1853 PMID:3769134

# GENERAL REMARKS

Part C of Volume 100 of the *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans* contains updated assessments of arsenic, metals, fibres, and dusts that were first classified as *carcinogenic to humans (Group 1)* in Volumes 1–99.

## Volume 100 – General Information

About half of the agents classified in Group 1 were last reviewed more than 20 years ago, before mechanistic studies became prominent in evaluations of carcinogenicity. In addition, more recent epidemiological studies and animal cancer bioassays have demonstrated that many cancer hazards reported in earlier studies were later observed in other organs or through different exposure scenarios. Much can be learned by updating the assessments of agents that are known to cause cancer in humans. Accordingly, IARC has selected *A Review of Human Carcinogens* to be the topic for Volume 100. It is hoped that this volume, by compiling the knowledge accumulated through several decades of cancer research, will stimulate cancer prevention activities worldwide, and will be a valued resource for future research to identify other agents suspected of causing cancer in humans.

Volume 100 was developed by six separate Working Groups:

*Pharmaceuticals*
*Biological agents*
*Arsenic, metals, fibres, and dusts*
*Radiation*
*Personal habits and indoor combustions*
*Chemical agents and related occupations*

Because the scope of Volume 100 is so broad, its *Monographs* are focused on key information. Each *Monograph* presents a description of a carcinogenic agent and how people are exposed, critical overviews of the epidemiological studies and animal cancer bioassays, and a concise review of the agent's toxicokinetics, plausible mechanisms of carcinogenesis, and potentially susceptible populations, and life-stages. Details of the design and results of individual epidemiological studies and animal cancer bioassays are summarized in tables. Short tables that highlight key results are printed in Volume 100, and more extensive tables that include all studies appear on the *Monographs* programme website (http://monographs.iarc.fr/). For a few well-established associations (for example, tobacco smoke and human lung cancer), it was impractical to include all studies, even in the website tables. In those instances, the rationale for inclusion or exclusion of sets of studies is given.

IARC MONOGRAPHS – 100C

Each section of Volume 100 was reviewed by a subgroup of the Working Group with appropriate subject expertise, then all the sections of a *Monograph* were discussed together in a plenary session of the full Working Group. As a result, the evaluation statements and other conclusions reflect the views of the Working Group as a whole.

Volume 100 compiles information on tumour sites and mechanisms of carcinogenesis. This information will be used in two scientific publications that may be considered as annexes to this volume. One publication, *Tumour Site Concordance between Humans and Experimental Animals*, will analyze the correspondence of tumour sites among humans and different animal species. It will discuss the predictive value of different animal tumours for cancer in humans, and perhaps identify human tumour sites for which there are no good animal models. Another publication, *Mechanisms Involved in Human Carcinogenesis*, will describe mechanisms known to or likely to cause cancer in humans. Joint consideration of multiple agents that act through similar mechanisms should facilitate the development of a more comprehensive discussion of these mechanisms. Because susceptibility often has its basis in a mechanism, this could also facilitate a more confident and precise description of populations that may be susceptible to agents acting through each mechanism. This publication will also suggest biomarkers that could improve the design of future studies. In this way, IARC hopes that Volume 100 will serve to improve the design of future cancer studies.

## Specific remarks about the review of pharmaceutical agents in this volume

### 1.  Arsenic and metals

One issue for several of these agents was the designation of the agent classified as carcinogenic. Arsenic and the metals considered exist in several oxidation states and in different forms that have different chemical and physical properties: metallic/elemental forms, alloys, and multiple compounds. For arsenic and the metals, the Working Group needed to consider whether:

1) the metallic/elemental form itself is carcinogenic;
2) the metallic/elemental form and the compounds are carcinogenic; or
3) only certain compounds are carcinogenic.

The simultaneous review of arsenic and multiple metals in this volume offered the opportunity for the Working Group to address the designation of these elements and/or their compounds in a uniform fashion. There had been some lack of consistency in prior designations, in part reflecting the nature of the evidence available and precedents in terminology around specific elements. Arsenic, for example, is widely referred to as "arsenic" alone and not as "arsenic and arsenic compounds."

In the *Monograph* on nickel and nickel compounds, the Working Group phrased its evaluation of the epidemiological studies as "mixtures of nickel compounds and nickel metal." The overall evaluation, however, was constrained to cover only nickel compounds and not nickel metal, in accordance with IARC's previously announced plan that Volume 100 would evaluate agents that had been classified as *carcinogenic to humans (Group 1)* in Volumes 1–99, and only nickel compounds had been classified in Group 1 in Volume 49 (IARC, 1990). Based on the previous evaluation in Volume 49, nickel metal remains classified as *possibly carcinogenic to humans (Group 2B)*. The Working Group

recommends that there is a need for IARC to re-evaluate nickel metal in the near future in the context of the review of nickel compounds in this volume.

The situation was similar for chromium in that the review in Volume 100 considered the carcinogenicity of chromium (VI), but not of chromium with other oxidation states. The decision to omit metallic chromium or chromium (III) compounds from present assessment should not be interpreted as implying that these compounds are not carcinogenic or that the current evidence base is unchanged from that at the time of Volume 49 (IARC, 1990). Indeed, the evidence base has expanded and the Working Group does not pre-judge what the results of a new evaluation might be.

In the *Monograph* on arsenic and arsenic compounds, the Working Group developed a single updated assessment of agents that had been evaluated in previous *Monograph*s on arsenic and arsenic compounds (Volume 23 and Supplement 7, IARC, 1980, 1987a), arsenic in drinking-water (Volume 84, IARC, 2004), and gallium arsenide (Volume 86, IARC, 2006). It should be understood that arsenic in drinking-water and gallium arsenide should continue to be regarded as *carcinogenic to humans*, covered in this volume by the evaluation of arsenic and inorganic arsenic compounds.

In interpreting the human evidence on these agents, a particular difficulty was posed by the mixed exposures sustained by the worker populations included in the cohort studies. For groups exposed simultaneously to an agent in elemental/metallic form and to its compounds, the evidence may be uninformative as to the components of the mixture that cause cancer. When the evidence comes only from mixed exposure circumstances, the Working Group considered that the evaluation should be phrased as referring to "exposure to the element and its compounds."

This phrasing should not be interpreted as meaning that:

1) separate human evidence is available for the metallic/elemental form itself and for each of its compounds or

2) the evaluation of human evidence applies separately to the metallic/elemental form and to each of its compounds.

From the human evidence, insight can be gained as to the specific carcinogenic agent if sufficient informative studies are available on multiple cohorts having exposures to differing speciations of the element. Additionally, cancer bioassay and mechanistic evidence are critical to determining which components of the exposure mixture are carcinogenic, and were given full consideration by the Working Group.

## 2.   Fibres and Dusts

When an agent is referred to as a dust, the assumption made by the Working Group was that the major route of exposure was by inhalation.

The assessment of toxicity and carcinogenicity of poorly soluble materials in the form of particles or fibres is difficult for the following reasons:

First, chemical composition alone does not fully define the relevant biological properties of particulate materials.

Second, particulate and fibrous carcinogens may undergo more complex metabolic transformation than other chemical agents. The surface of dusts may be modified *in vivo*, for example, there may be removal or deposition of metal ions or protein adsorption. These *in vivo* modifications may alter potency of the native particles or fibres.

Third, when comparing potency of dust particles, surface area may be a more appropriate dose metric than mass. In many cases, the extent of particle-derived free radicals and release of inflammatory mediators and the subsequent biological response correlate with surface area.

Fourth, particles and fibres with low solubility including quartz and asbestos fibres induce toxicity in the particulate form and not as individual molecules or ions. Particles and fibres may be deposited and retained in a focal area for a long time and contribute to the induction of lesions at this site. Particles and fibres may also be translocated to extrapulmonary sites.

Two occupations previously classified in Group 1 are considered in this volume. Boot and shoe manufacture and repair was previously evaluated in Volume 25 and in Supplement 7 (IARC, 1981, 1987a). In this volume, the Working Group concluded that the nasal sinus tumours and leukaemias observed in the epidemiological studies could be attributed to exposure to leather dust and to benzene, respectively. In accordance with the Preamble (see part B, Section 6a), the Working Group focused its evaluation more narrowly on leather dust, after searching for other studies involving this new agent. The Working Group renamed this *Monograph* "Leather Dust." (The *Monograph* on Benzene will be updated in Part F of Volume 100.)

Furniture and cabinet making was also previously evaluated in Volume 25 and in Supplement 7 (IARC, 1981, 1987a). In this volume, the Working Group concluded that the tumours of the nasal sinus and nasopharynx observed in the epidemiological studies could be attributed to exposure to wood dust or formaldehyde. Accordingly, these studies are reviewed in this volume in the *Monograph* on Wood Dust. (The *Monograph* on Formaldehyde will also be updated in Part F of Volume 100.)

The previous *IARC Monographs* on Talc Containing Asbestiform Fibres (Volume 42 and Supplement 7, IARC, 1987a, b) concerned talc described as containing asbestiform tremolite and anthophyllite. These fibres fit the definition of asbestos and therefore a separate review of talc containing asbestiform fibres was not undertaken. The studies on talc containing asbestiform fibres were considered when developing the *Monograph* on asbestos. Talc containing asbestos as well as other mixtures containing asbestos should be regarded as *carcinogenic to humans*.

In evaluating the carcinogenicity of asbestos fibres, the Working Group evaluated experimental data using the six types of asbestos fibres (Chrysotile, Amosite, Crocidolite, Tremolite, Actinolite and Anthophyllite) and erionite based on *in vitro* cellular assays and/or cancer bioassays. It should be understood that minerals containing asbestos in any form should be regarded as *carcinogenic to humans*. The Working Group agreed that the most important physicochemical properties of asbestos fibres relevant for toxicity and carcinogenicity are surface chemistry and reactivity, surface area, fibre dimensions, and biopersistence. Extrapolation of toxicity to other crystalline mineral fibres should not be done in the absence of epidemiological or experimental data based on *in vitro* and *in vivo* assays.

The toxicity of crystalline silica dusts obtained from different sources may be related to their geological history, process of particle formation, modifications during mining, processing and use, or surface contaminants even in trace amounts. Freshly ground crystalline silica exhibits a higher toxic potential than aged dusts. Crystalline silica may occur embedded in clays and other minerals or may be mixed with other materials in commercial products. It is possible that these other minerals or materials may adsorb onto the surface of crystalline silica dust and modify its reactivity. However, the extent of surface coverage and the potency of these modified dusts after residence in the lungs have not been systematically assessed.

# 3. Cross-cutting issues

## 3.1 Epidemiology

The epidemiological evidence considered in this Volume largely comes from studies of worker groups exposed to the agents under consideration. Additionally, population-based case–control studies also supply relevant evidence as do a few case series. There are several general issues related to these lines of epidemiological evidence that are covered in these comments.

The epidemiological evidence considered in this Volume largely comes from studies of worker groups exposed to the agents under consideration at levels that were high in relation to contemporary exposures, particularly in more developed countries. The cohort studies of workers have the general design of longitudinal follow-up of groups known to be exposed to the agent of interest in their workplace. Some cohort studies incorporate specific, unexposed comparison populations whereas others make a comparison to the rates of mortality in the general population, typically at the national level but sometimes on smaller geographic domains, e.g. states or counties. The measures of association used (e.g. standardized mortality ratios or SMRs) compare the rate of outcome in the exposed population to that in the unexposed population. One general concern in interpreting these measures of association is the appropriateness of the comparison population selected. National rates are often used because they are available and stable, but use of such rates may be inappropriate if there are important differences between the study population and the population at large on factors that might confound or modify the relationship between exposure and outcome. With appropriate consideration, local rates may be more suitable because factors that may confound the relationship between cancer risk and exposure, e.g. cigarette smoking, are likely to be more similar than a national population to the distributions in the worker population. Use of both national and local rates provides a sensitivity analysis as to the potential role of confounding. However, use of local rates may introduce bias if they are influenced by occupational or environmental exposures resulting from the plants under study, or if the geographical areas available for analyses do not reflect the areas from which the occupational population as drawn. Use of local rates may also result in imprecision of the epidemiological risk estimate due to instability resulting from small numbers and/or inaccuracies in small area data. The most appropriate comparison group would be other worker populations.

The informativeness of a cohort study depends on its size, i.e. the numbers of participants and outcome events. The sample sizes of the various cohort studies reflect the numbers of workers employed during the period of interest. Many of the studies had small population sizes, leading to imprecise measures of association, i.e. with wide confidence intervals. For some agents, small studies were set aside because they were uninformative. The Working Group did not attempt to combine the results of all studies, regardless of size, using quantitative meta-analysis.

## 3.2 Mixed exposures

In many of the cohorts studied, the workers were exposed to mixtures generated by industrial processes that contained not only the agent(s) of concern, but other potentially carcinogenic agents as well. For example, in some populations exposed to chromium, there was simultaneous exposure to arsenic. In analyses of the data from such studies, efforts were made to separate the effect of the agent of concern from the effects of other, potentially confounding agents. Such disentanglement is

possible only if the exposures are not highly correlated and the requisite data on exposures to the agents are available. There is also the assumption underlying such analyses that the effects of the various agents in the mixture are independent. In its deliberations, the Working Group recognized that exposures to many of the agents took place through exposures to mixtures containing them and took this into account in its interpretation of the evidence.

Exposures were estimated for study participants using approaches that typically were based on measurements and reconstruction of exposures based on work history and job–exposure matrices. Additionally, duration of employment was used as a surrogate for exposure. The measures of exposure were used in analyses directed at characterizing exposure–response relationships. Given the limited data available for estimating exposures, the exposure measures were subject to some degree of misclassification, likely random. One consequence of such exposure misclassification would be a blunting of estimated exposure–response relationships.

### 3.3   Smoking as confounder

In interpreting findings related to lung cancer and other sites for which smoking is a cause, there is the potential for confounding by smoking, particularly because many studies lacked information on smoking and direct adjustment for smoking was not possible. In assessing the potential for confounding by smoking, consideration was given to whether internal comparisons were made, which should not be as likely to be confounded as external comparisons. Additionally, some studies used available smoking information to estimate the potential for confounding by smoking. Such analyses are useful but have the underlying assumption that the effects of smoking and the agent of interest are independent.

Since the prior reviews, several data sets had undergone re-analysis by analysts who were not the original investigators. As appropriate, the Working Group considered these re-analyses to assess any insights into the original analyses.

A summary of the findings of this volume appears in The Lancet Oncology (Straif et al., 2009).

## References

IARC (1980). Some metals and metallic compounds. IARC Monogr Eval Carcinog Risk Chem Hum, 23:1–415. PMID:6933135

IARC (1981). Wood, leather and some associated industries. IARC Monogr Eval Carcinog Risk Chem Hum, 25:1–379. PMID:6939655

IARC (1987a). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. IARC Monogr Eval Carcinog Risks Hum Suppl, 7:1–440. PMID:3482203

IARC (1987b). Silica and some silicates. IARC Monogr Eval Carcinog Risk Chem Hum, 42:1–239. PMID:2824337

IARC (1990). Chromium, nickel and welding. IARC Monogr Eval Carcinog Risks Hum, 49:1–648. PMID:2232124

IARC (2004). Some drinking-water disinfectants and contaminants, including arsenic. IARC Monogr Eval Carcinog Risks Hum, 84:1–477. PMID:15645577

IARC (2006). Cobalt in hard metals and cobalt sulfate, gallium arsenide, indium phosphide and vanadium pentoxide. IARC Monogr Eval Carcinog Risks Hum, 86:1–294. PMID:16906675

Straif K, Benbrahim-Tallaa L, Baan R et al.; WHO International Agency for Research on Cancer Monograph Working Group (2009). A review of human carcinogens–part C: metals, arsenic, dusts, and fibres. Lancet Oncol, 10:453–454. doi:10.1016/S1470-2045(09)70134-2 PMID:19418618

# ARSENIC AND ARSENIC COMPOUNDS

Arsenic and arsenic compounds were considered by previous IARC Working Groups in 1979, 1987, and 2002 (IARC, 1980, 1987, 2004). Since that time, new data have become available, these have been incorported in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agents

Information on the physical and chemical properties of arsenic and arsenic compounds can be found in Table 1.1, for further details please refer to IARC (1980). The list is not exhaustive, nor does it comprise necessarily the most commercially important arsenic-containing substances; rather, it indicates the range of arsenic compounds available.

### 1.2 Chemical and physical properties of the agents

Arsenic (atomic number, 33; relative atomic mass, 74.92) has chemical and physical properties intermediate between a metal and a non-metal, and is often referred to as a metalloid or semi-metal. It belongs to Group VA of the Periodic Table, and can exist in four oxidation states: −3, 0, +3, and +5. Arsenite, $As^{III}$, and arsenate, $As^{V}$, are the predominant oxidation states under, respectively, reducing and oxygenated conditions (WHO, 2001; IARC, 2004).

From a biological and toxicological perspective, there are three major groups of arsenic compounds:

-inorganic arsenic compounds,

-organic arsenic compounds, and

-arsine gas.

Of the inorganic arsenic compounds, arsenic trioxide, sodium arsenite and arsenic trichloride are the most common trivalent compounds, and arsenic pentoxide, arsenic acid and arsenates (e.g. lead arsenate and calcium arsenate) are the most common pentavalent compounds. Common organic arsenic compounds include arsanilic acid, methylarsonic acid, dimethylarsinic acid (cacodylic acid), and arsenobetaine (WHO, 2000).

### 1.3 Use of the agents

Arsenic and arsenic compounds have been produced and used commercially for centuries. Current and historical uses of arsenic include pharmaceuticals, wood preservatives, agricultural chemicals, and applications in the mining, metallurgical, glass-making, and semiconductor industries.

Arsenic was used in some medicinal applications until the 1970s. Inorganic arsenic was used

41

**Table 1.1 Chemical names, CAS numbers, synonyms, and molecular formulae of arsenic and arsenic compounds**

| Chemical name | CAS Reg. No. | Synonyms | Formula |
|---|---|---|---|
| Arsanilic acid | 98-50-0 | Arsonic acid, (4-aminophenyl)- | $C_6H_8AsNO_3$ |
| Arsenic[a] | 7440-38-2 | Metallic arsenic | As |
| Arsenic(V) pentoxide[b] | 1303-28-2 | Arsenic oxide [$As_2O_5$] | $As_2O_5$ |
| Arsenic(III) sulfide | 1303-33-9 | Arsenic sulfide [$As_2S_3$] | $As_2S_3$ |
| Arsenic(III) trichloride | 7784-34-1 | Arsenic chloride [$AsCl_3$] | $AsCl_3$ |
| Arsenic(III) trioxide[a,c] | 1327-53-3 | Arsenic oxide [$As_2O_3$] | $As_2O_3$ |
| Arsenobetaine | 64436-13-1 | Arsonium, (carboxymethyl) trimethyl-, hydroxide, inner salt; 2-(trimethylarsonio)acetate | $C_5H_{11}AsO_2$ |
| Arsine | 7784-42-1 | Arsenic hydride | $AsH_3$ |
| Calcium arsenate | 7778-44-1 | Arsenic acid [$H_3AsO_4$] calcium salt (2:3) | $(AsO_4)_2.3Ca$ |
| Dimethylarsinic acid | 75-60-5 | Cacodylic acid | $C_2H_7AsO_2$ |
| Lead arsenate | 7784-40-9 | Arsenic acid [$H_3AsO_4$], lead (2+) salt (1:1) | $HAsO_4.Pb$ |
| Methanearsonic acid, disodium salt | 144-21-8 | Arsonic acid, methyl-, disodium salt | $CH_3AsO_3.2Na$ |
| Methanearsonic acid, monosodium salt | 2163-80-6 | Arsonic acid, methyl-, monosodium salt | $CH_4AsO_3.Na$ |
| Potassium arsenate[d] | 7784-41-0 | Arsenic acid [$H_3AsO_4$], monopotassium salt | $H_2AsO_4.K$ |
| Potassium arsenite | 13464-35-2 | Arsenous acid, potassium salt | $AsO_2.K$ |
| Sodium arsenate[e] | 7631-89-2 | Arsenic acid, [$H_3AsO_4$], monosodium salt | $H_2AsO_4.Na$ |
| Sodium arsenite | 7784-46-5 | Arsenous acid, sodium salt | $AsO_2.Na$ |
| Sodium cacodylate | 124-65-2 | Arsinic acid, dimethyl-, sodium salt | $C_2H_6AsO_2.Na$ |

[a] $As_2O_3$ is sometimes erroneously called 'arsenic'.

[b] The name 'arsenic acid' is commonly used for $As_2O_5$ as well as for the various hydrated products ($H_3AsO_4$, $H_4As_2O_7$).

[c] $As_2O_3$ is sometimes called 'arsenic oxide', but this name is more properly used for $As_2O_5$.

[d] The other salts, $K_2AsO_4$ and $K_3HAsO_4$, do not appear to be produced commercially.

[e] The name 'sodium arsenate' is also applied to both the disodium [7778-43-0] and the trisodium [13464-38-5] salts; it is therefore not always possible to determine which substance is under discussion.

in the treatment of leukaemia, psoriasis, and chronic bronchial asthma, and organic arsenic was used in antibiotics for the treatment of spirochetal and protozoal disease (ATSDR, 2007).

Inorganic arsenic is an active component of chromated copper arsenate, an antifungal wood preservative used to make "pressure-treated" wood for outdoor applications. Chromated copper arsenate is no longer used in residential applications, following a voluntary ban on its use in Canada and the United States of America at the end of 2003.

In the agricultural industry, arsenic has historically been used in a range of applications, including pesticides, herbicides, insecticides, cotton desiccants, defoliants, and soil sterilants.

Inorganic arsenic pesticides have not been used for agricultural purposes in the USA since 1993. Organic forms of arsenic were constituents of some agricultural pesticides in the USA. However, in 2009, the US Environmental Protection Agency issued a cancellation order to eliminate and phase out the use of organic arsenical pesticides by 2013 (EPA, 2009). The one exception to the order is monosodium methanearsonate (MSMA), a broadleaf weed herbicide, which will continue to be approved for use on cotton. Small amounts of disodium methanearsonate (DSMA, or cacodylic acid) were historically applied to cotton fields as herbicides, but its use is now prohibited under the aforementioned US EPA 2009 organic arsenical product cancellation. Other organic

arsenicals (e.g. roxarsone, arsanilic acid and its derivatives) are used as feed additives for poultry and swine to increase the rate of weight gain, to improve feed efficiencies, pigmentation, and disease treatment and prevention (EPA, 2000, 2006; FDA, 2008a, b).

Arsenic and arsenic compounds are used for a variety of other industrial purposes. Elemental arsenic is used in the manufacture of alloys, particularly with lead (e.g. in lead acid batteries) and copper. Gallium arsenide and arsine are widely used in the semiconductor and electronics industries. Because of its high electron mobility, as well as light-emitting, electromagnetic and photovoltaic properties, gallium arsenide is used in high-speed semiconductor devices, high-power microwave and millimetre-wave devices, and opto-electronic devices, including fibre-optic sources and detectors (IARC, 2006). Arsine is used as a doping agent to manufacture crystals for computer chips and fibre optics.

Arsenic and arsenic compounds are used in the manufacture of pigments, sheep-dips, leather preservatives, and poisonous baits. They are also used in catalysts, pyrotechnics, antifouling agents in paints, pharmaceutical substances, dyes and soaps, ceramics, alloys (automotive solder and radiators), and electrophotography.

Historically, the USA has been the world's largest consumer of arsenic. Prior to 2004, about 90% of the arsenic consumed, as arsenic trioxide, was in the manufacture of wood preservatives. Since the voluntary ban on chromated copper arsenate in residential applications came into effect at the end of 2003, the consumption of arsenic for wood preservation has declined, dropping to 50% in 2007 (USGS, 2008). During 1990–2002, approximately 4% of arsenic produced was used in the manufacture of glass, and 1–4% was used in the production of non-ferrous alloys (NTP, 2005).

## 1.4 Environmental occurrence

Arsenic is the 20th most common element in the earth's crust, and is emitted to the environment as a result of volcanic activity and industrial activities. Mining, smelting of non-ferrous metals and burning of fossil fuels are the major anthropogenic sources of arsenic contamination of air, water, and soil (primarily in the form of arsenic trioxide). The historical use of arsenic-containing pesticides has left large tracts of agricultural land contaminated. The use of arsenic in the preservation of timber has also led to contamination of the environment (WHO, 2000, 2001).

### 1.4.1 Natural occurrence

In nature, arsenic occurs primarily in its sulfide form in complex minerals containing silver, lead, copper, nickel, antimony, cobalt, and iron. Arsenic is present in more than 200 mineral species, the most common of which is arsenopyrite. Terrestrial abundance of arsenic is approximately 5 mg/kg, although higher concentrations are associated with sulfide deposits. Sedimentary iron and manganese ores as well as phosphate-rock deposits occasionally contain levels of arsenic up to 2900 mg/kg (WHO, 2001).

### 1.4.2 Air

Arsenic is emitted to the atmosphere from both natural and anthropogenic sources. Approximately one-third of the global atmospheric flux of arsenic is estimated to be from natural sources (7900 tonnes per year). Volcanic activity is the most important natural contributor, followed by low-temperature volatilization, exudates from vegetation, and windblown dusts. Anthropogenic sources are estimated to account for nearly 24000 tonnes of arsenic emitted to the global atmosphere per year. These emissions arise from the mining and smelting of base metals, fuel combustion (e.g. waste and low-grade brown

coal), and the use of arsenic-based pesticides (WHO, 2000, 2001).

Arsenic is present in the air of suburban, urban, and industrial areas mainly as inorganic particulate (a variable mixture of $As^{III}$ and $As^{V}$, with the pentavalent form predominating). Methylated arsenic is assumed to be a minor component of atmospheric arsenic (WHO, 2000). Mean total arsenic concentrations in air range from 0.02–4 ng/m$^3$ in remote and rural areas, and from 3–200 ng/m$^3$ in urban areas. Much higher concentrations (> 1000 ng/m$^3$) have been measured in the vicinity of industrial sources, such as non-ferrous metal smelters, and arsenic-rich coal-burning power plants (WHO, 2001).

### 1.4.3 Water

Arsenic, from both natural and anthropogenic sources, is mainly transported in the environment by water. The form and concentration of arsenic depends on several factors, including whether the water is oxygenated (for example, arsenites predominate under reducing conditions such as those found in deep well-waters), the degree of biological activity (which is associated with the conversion of inorganic arsenic to methylated arsenic acids), the type of water source (for example, open ocean seawater versus surface freshwater versus groundwater), and the proximity of the water source to arsenic-rich geological formations and other anthropogenic sources (WHO, 2000, 2001).

The concentration of arsenic in surface freshwater sources, like rivers and lakes, is typically less than 10 µg/L, although it can be as high as 5 mg/L near anthropogenic sources. Concentrations of arsenic in open ocean seawater and groundwater average 1–2 µg/L, although groundwater concentrations can be up to 3 mg/L in areas with volcanic rock and sulfide mineral deposits (WHO, 2001).

Exposure to high levels of arsenic in drinking-water has been recognized for many decades in some regions of the world, notably in the People's Republic of China, Taiwan (China), and some countries in Central and South America. More recently, several other regions have reported having drinking-water that is highly contaminated with arsenic. In most of these regions, the drinking-water source is groundwater, naturally contaminated from arsenic-rich geological formations. The primary regions where high concentrations of arsenic have been measured in drinking-water include large areas of Bangladesh, China, West Bengal (India), and smaller areas of Argentina, Australia, Chile, Mexico, Taiwan (China), the USA, and Viet Nam. In some areas of Japan, Mexico, Thailand, Brazil, Australia, and the USA, mining, smelting and other industrial activities have contributed to elevated concentrations of arsenic in local water sources (IARC, 2004).

Levels of arsenic in affected areas may range from tens to hundreds or even thousands of micrograms per litre, whereas in unaffected areas, levels are typically only a few micrograms per litre. Arsenic occurs in drinking-water primarily as $As^{V}$, although in reducing environments significant concentrations of $As^{III}$ have also been reported. Trace amounts of methylated arsenic species are typically found in drinking-water, and higher levels are found in biological systems. More complete data on arsenic in water may be found in the previous *IARC Monograph* (IARC, 2004).

### 1.4.4 Soil and sediments

Natural and anthropogenic sources contribute to the levels of arsenic found in soil and sediments. Mean background concentrations in soil are often around 5 mg/kg, but can range from as low as 1 mg/kg to as high as 40 mg/kg. This variation in levels of naturally occurring arsenic in soils is associated with the presence of geological formations (e.g. sulfide ores, mineral sediments beneath peat bogs). Soils contaminated with arsenic from anthropogenic sources (e.g. mine/

smelter wastes, agricultural land treated with arsenical pesticides) can have concentrations of arsenic up to several grams per kilogram. Mean sediment arsenic concentrations range from 5–3000 mg/kg, with the higher levels occurring in areas of anthropogenic contamination (WHO, 2001).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

The primary route of arsenic exposure for the general population is via the ingestion of contaminated food or water. The daily intake of total arsenic from food and beverages is generally in the range of 20–300 µg/day.

Inhalation of arsenic from ambient air is generally a minor exposure route for the general population. Assuming a breathing rate of 20 m³/day, the estimated daily intake may amount to about 20–200 ng in rural areas, 400–600 ng in cities without substantial industrial emission of arsenic, about 1 µg/day in a non-smoker and more in polluted areas, and up to approximately 10 µg/day in a smoker (WHO, 2000, 2001).

### 1.5.2 Occupational exposure

Inhalation of arsenic-containing particulates is the primary route of occupational exposure, but ingestion and dermal exposure may be significant in particular situations (e.g. during preparation of timber treated with chromated copper arsenate). Historically, the greatest occupational exposure to arsenic occurred in the smelting of non-ferrous metal, in which arseniferous ores are commonly used. Other industries or industrial activities where workers are or were exposed to arsenic include: coal-fired power plants, battery assembly, preparation of or work with pressure-treated wood, glass-manufacturing, and the electronics industry. Estimates of the number of workers potentially exposed to

arsenic and arsenic compounds have been developed by the NIOSH in the USA and by CAREX in Europe. Based on the National Occupation Exposure Survey (NOES), conducted during 1981–83, NIOSH estimated that 70000 workers, including approximately 16000 female workers, were potentially exposed to arsenic and arsenic compounds in the workplace (NIOSH, 1990). Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX (CARcinogen EXposure) database estimated that 147569 workers were exposed to arsenic and arsenic compounds in the European Union, with over 50% of workers employed in the non-ferrous base metal industries ($n = 40426$), manufacture of wood and wood and cork products except furniture ($n = 33959$), and construction ($n = 14740$). CAREX Canada estimates that 25000 Canadians are exposed to arsenic in their workplaces (CAREX Canada, 2011). These industries include: sawmills and wood preservation, construction, farms, non-ferrous metal (except aluminium) production and processing, iron and steel mills and ferro-alloy manufacturing, oil and gas extraction, metal ore mining, glass and glass-product manufacturing, semiconductor manufacturing, and basic chemical manufacturing.

### 1.5.3 Dietary exposure

Low levels of inorganic and organic arsenic have been measured in most foodstuffs (typical concentrations are less than 0.25 mg/kg). Factors influencing the total concentration of arsenic in food include: food type (e.g. seafood versus meat or dairy), growing conditions (e.g. soil type, water, use of arsenic-containing pesticides), and food-processing techniques. The highest concentrations of arsenic have been found in seafood (2.4–16.7 mg/kg in marine fish, 3.5 mg/kg in mussels, and more than 100 mg/kg in certain crustaceans), followed by meats, cereals, vegetables, fruit, and dairy products. Inorganic arsenic

45

is the predominant form found in meats, poultry, dairy products and cereal, and organic arsenic (e.g. arsenobetaine) predominates in seafood, fruit, and vegetables (WHO, 2000, 2001).

Regional differences are seen in the daily intake of total arsenic through food, and are mainly attributable to variations in the quantity of seafood consumed. For example, the daily dietary intake of total arsenic in Japan is higher than that in Europe and the USA (WHO, 2000). Based on the limited data available, it is estimated that approximately 25% of daily dietary arsenic intake is from inorganic sources. Arsenic intake is typically higher in men than it is in women and children, with estimated levels ranging from 1.3 μg/day for infants under 1 year of age, 4.4 μg/day for 2-year olds, 9.9 μg/day for 25–30-year-old men, 10 μg/day for 60–65-year-old women, and 13 μg/day for 60–65-year-old men (WHO, 2001).

### 1.5.4 Biomarkers of exposure

Arsine generation atomic absorption spectrometry (AAS) is the method of choice for biological monitoring of exposure to inorganic arsenic (WHO, 2000). The absorbed dose of arsenic can be identified and quantified in hair, nail, blood or urine samples. Because arsenic accumulates in keratin-rich tissue, total arsenic levels in hair, fingernails or toenails are used as indicators of past exposures. In contrast, because of its rapid clearing and metabolism, blood arsenic, urine arsenic, and urine arsenic metabolites (inorganic arsenic, monomethylarsonic acid [MMA$^V$] and dimethylarsinic acid [DMA$^V$]) are typically used as indicators of recent exposure.

The concentration of metabolites of inorganic arsenic in urine generally ranges from 5–20 μg/L, but may exceed 1000 μg/L (WHO, 2001). Time-weighted average (TWA) occupational exposure to airborne arsenic trioxide is significantly correlated with the inorganic arsenic metabolites in urine collected immediately after a shift or just before the next shift. For example, at an airborne concentration of 50 μg/m$^3$, the mean concentration of arsenic derived from the sum of the three inorganic arsenic metabolites in a post-shift urine sample was 55 μg/g of creatinine. In non-occupationally exposed subjects, the sum of the concentration of the three metabolites in urine is usually less than 10 μg/g of creatinine (WHO, 2000).

## 2. Cancer in Humans

The epidemiological evidence on arsenic and cancer risk comes from two distinct lines of population studies, characterized by the medium of exposure to arsenic. One set of studies addresses the cancer risk associated with inhalation. These studies involve populations that are largely worker groups who inhaled air contaminated by arsenic and other agents, as a consequence of various industrial processes. The second set of studies was carried out in locations where people ingested arsenic in drinking-water at high concentrations over prolonged periods of time.

## 2.1 Types of human exposure circumstances studied

### 2.1.1 Arsenic exposure by inhalation

The cohort studies and nested case–control studies considered in this *Monograph* that are relevant to airborne arsenic include workers in metal smelters and refineries, and miners of various ores. Case–control studies within the general population addressed occupational exposures more generally. Consequently, the exposure to inhaled arsenic was accompanied by exposures to other potentially toxic and carcinogenic by-products of combustion, such as sulfur oxides with copper smelting, polycyclic aromatic hydrocarbons, and particulate matter.

Most studies did not attempt to estimate separately exposures to the full set of agents in the inhaled mixtures, leaving open the possibility of some confounding or modification of the effect of arsenic by synergistic interactions.

### 2.1.2  Arsenic exposure by ingestion

For most human carcinogens, the major source of evidence contributing to causal inferences arises from case–control and cohort studies. In contrast, for arsenic in drinking-water, ecological studies provide important information on causal inference, because of the large exposure contrasts and the limited population migration. For arsenic, ecological estimates of relative risk are often so high that potential confounding with known causal factors could not explain the results. Although food may also be a source of some ingested arsenic, in several regions of the world where the concentrations of arsenic in drinking-water is very high, arsenic intake through food consumption contributes a relatively small cancer risk to the local residents (Liu *et al.*, 2006a).

The strongest evidence for the association of human cancer with arsenic in drinking-water comes from studies in five areas of the world with especially elevated levels of naturally occurring arsenic: south-western and north-eastern Taiwan (China), northern Chile, Cordoba Province in Argentina, Bangladesh, West Bengal (India), and other regions in the Ganga plain. Although data contributing to our understanding also come from many other places, the current review is largely restricted to the major studies from these regions. Some of the oral exposure may occur via seafood. However, no epidemiological studies were available with regard to the cancer risk associated with arsenic exposure via seafood, in which arsenic may occur as particular organic compounds such as arsenobetaine and arsenocholine.

### (a)  Taiwan (China)

Exposure to arsenic was endemic in two areas of Taiwan (China): The south-western coastal area (Chen *et al.*, 1985), and the north-eastern Lanyang Basin (Chiou *et al.*, 2001). Residents in the south-western areas drank artesian well-water with high concentrations of arsenic from the early 1910s to the late 1970s, with levels mostly above 100 µg/L (Kuo, 1968; Tseng *et al.*, 1968). In the Lanyang Basin, residents used arsenic-contaminated water from household tube wells starting in the late 1940s. Arsenic in the water of 3901 wells, tested in 1991–94 ranged from undetectable (< 0.15 µg/L) to 3.59 mg/L (median = 27.3 µg/L) (Chiou *et al.*, 2001).

### (b)  Northern Chile

The population-weighted average concentration of arsenic in drinking-water in Region II, an arid region of northern Chile, was about 570 µg/L over 15 years (1955–69) (Smith *et al.*, 1998). With the introduction of a water-treatment plant in 1970, levels decreased. By the late 1980s, arsenic levels in drinking-water had decreased to less than 100 µg/L in most places. With minor exceptions, water sources elsewhere in Chile have had low concentrations of arsenic (less than 10 µg/L) (Marshall *et al.*, 2007).

### (c)  Cordoba Province, Argentina

Of the 24 counties in Cordoba Province, two have been characterized as having elevated exposure to arsenic in drinking-water (average level, 178 µg/L), six as having medium exposure, and the remaining 16 rural counties as having low exposure (Hopenhayn-Rich *et al.*, 1996, 1998).

### (d)  Bangladesh, West Bengal (India), and other locations in the Ganga plain

Millions of tube wells were installed in West Bengal (India), Bangladesh, and other regions in the Ganga plain of India and Nepal starting in the late 1970s to prevent morbidity and mortality

from gastrointestinal disease (Smith *et al.*, 2000). Elevated arsenic in wells in Bangladesh was confirmed in 1993 (Khan *et al.*, 1997). In a Bangladesh survey by the British Geological Survey of 2022 water samples in 41 districts, 35% were found to have arsenic levels above 50 µg/L, and 8.4% were above 300 µg/L, with an estimate of about 21 million persons exposed to arsenic concentrations above 50 µg/L (Smith *et al.*, 2000).

## 2.2 Cancer of the lung

### 2.2.1 Exposure via inhalation

Several ecological studies were conducted on populations exposed to arsenic through industrial emissions. The worker studies primarily provide information on lung cancer. The case–control studies are also mostly directed at lung cancer, with one on non-melanoma skin cancer (see Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.1.pdf).

The cohort studies reviewed previously and here consistently show elevated lung cancer risk in the various arsenic-exposed cohorts compared with the general population or other comparison groups, with most values in the range of 2–3 (see Table 2.2 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.2.pdf and Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.3.pdf).

The studies incorporate diverse qualitative and quantitative indices of exposure that include measures of average airborne concentration of exposure, cumulative exposure across the work experience, and duration of exposure. There is consistent evidence for a positive exposure–response relationship between the indicators of exposure and lung cancer risk. Case–control studies nested within occupational cohorts provided similar evidence with regard to exposure–response relationships.

Several analyses further explored the relationship between arsenic exposure and lung cancer risk using models based on either empirical, i.e. descriptive, or biological data (see Table 2.4 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.4.pdf).

Using data from the Tacoma, Washington smelter workers, Enterline *et al.* (1987) modelled the relationship between lung cancer risk and airborne arsenic exposure using power functions, and found that the exposure–response relationship was steeper at lower concentrations than shown in conventional analyses, and was concave downwards at higher concentrations. By contrast, the relationship of risk with urine arsenic concentration was linear. Lubin *et al.* (2000, 2008) analysed the exposure–response relationship of lung cancer risk with arsenic exposure in the cohort of Montana smelter workers, now followed for over 50 years. Overall, a linear relationship of risk with cumulative exposure was found; however, the slope of the relationship increased with the average concentration at which exposure had taken place, that is, the effect of a particular cumulative exposure was greater if received at a faster rate.

For a comparison of the different studies, see Table 2.5 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.5.pdf.

### 2.2.2 Exposure via ingestion

A summary of the findings of epidemiological studies on arsenic in drinking-water and risk for lung cancer are shown in Table 2.6 (water exposures) available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.6.pdf, and online Tables 2.1 to 2.4 (air exposures).

*(a) Ecological studies*

Ecological studies, based on mortality records, were conducted in the arseniasis endemic area of south-western Taiwan (China) (Chen et al., 1985, 1988a; Wu et al., 1989; Chen & Wang, 1990; Tsai et al., 1999). All studies found elevated risks for lung cancer mortality associated with levels of arsenic in drinking-water, or surrogate measurements.

In Chile, Rivara et al. (1997) found an elevated relative risk (RR) for mortality from lung cancer in 1976–92 in Region II compared with Region VIII, a low-exposure area. Smith et al. (1998) found an elevated standardized mortality ratio (SMR) of approximately 3 for lung cancer for both sexes in Region II, using the national rate as standard. In Cordoba Province, Argentina, significant increases in lung cancer mortality were associated with increasing exposure to arsenic (Hopenhayn-Rich et al., 1998). Smith et al. (2006) found an elevated lung cancer mortality (RR, 7.0; 95%CI: 5.4–8.9) among the 30–49-year-old residents of Antofagasta and Mejillones born in the period 1950–57, just before the period of exposure to high arsenic levels (1958–70). They were exposed in early childhood to high levels of arsenic through the drinking-water. The temporal pattern of lung cancer mortality rate ratios in Region II compared with that in Region V (a low-exposure area) from 1950 to 2000, showed an increase about 10 years after the onset of high arsenic exposure, and peaked in 1986–87, with relative risks of 3.61 (95%CI: 3.13–4.16) and 3.26 (95%CI: 2.50–4.23) for men and women, respectively (Marshall et al., 2007).

*(b) Case–control and cohort studies*

In northern Chile, a case–control study of 151 cases and 419 controls reported significantly increasing risks with increasing levels of arsenic during the 1958–70 high-exposure period, with an odds ratio increasing to 7.1 (95%CI: 3.4–14.8) (Ferreccio et al., 2000).

In a cohort from south-western Taiwan (China), Chen et al. (1986) observed a dose–response relationship between the duration of consumption of artesian well-water containing high levels of arsenic and lung cancer mortality risk, showing the highest age- and gender-adjusted odds ratio among those who consumed artesian well-water for more than 40 years compared with those who never consumed artesian well-water. Another cohort study from south-western Taiwan (China) endemic for arsenic found a smoking-adjusted increased risk for lung cancer in relation to increasing average concentrations of arsenic and increasing cumulative exposure to arsenic (Chiou et al., 1995).

A further study of combined cohorts in south-western (n = 2503) and north-eastern (n = 8088) Taiwan (China) found a synergistic interaction between arsenic in drinking-water and cigarette smoking (Chen et al., 2004).

A case–control study from Bangladesh, conducted in 2003–06, found an elevated risk (odds ratio [OR], 1.65; 95%CI: 1.25–2.18) for male smokers consuming tube well-water with arsenic levels of 101–400 μg/L (Mostafa et al., 2008). In non-smokers, the study did not report an increased risk with increasing arsenic exposure. [The Working Group noted the ecological nature of the exposure estimates, the possibility of greater sensitivity to arsenic exposure among smokers, and the relatively short latent period, with almost two-thirds of the wells put in place in 1990 or later.]

## 2.3 Cancer of the urinary bladder and of the kidney

The results of the epidemiological studies on arsenic in drinking-water and the risk for cancers of the urinary bladder and of the kidney are summarized in Table 2.7 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.7.pdf.

IARC MONOGRAPHS – 100C

### 2.3.1 Ecological studies

In south-western and north-eastern Taiwan (China), the relation between cancer of the urinary bladder and of the kidney and drinking-water containing arsenic was evaluated in many of the studies cited above (Chen et al., 1985, 1988a; Wu et al., 1989; Chen & Wang, 1990; Tsai et al., 1999). Each reported an elevation in mortality from these cancers during various time periods in 1971–94 associated with levels of arsenic in well-water from rural artesian wells, with many reporting a dose–response relationship among both men and women. An additional study, based on incidence records, found comparable risks for bladder cancer (Chiang et al., 1993).

In Region II of Chile, two studies found markedly high SMRs for cancer of the urinary bladder and of the kidney in 1950–92 (Rivara et al., 1997) and in 1989–93 (Smith et al., 1998). In the latter study, mortality from chronic obstructive pulmonary disease was at the expected level, suggesting that smoking was not involved. The temporal pattern of bladder cancer mortality in Region II from 1950–2000 was compared with that in Region V (Marshall et al., 2007). Increased relative risks were reported about 10 years after the start of exposure to high arsenic levels, with peak relative risks of 6.10 (95%CI: 3.97–9.39) for men, and 13.8 (95%CI: 7.74–24.5) for women in the period 1986–94. In Cordoba Province, Argentina, positive trends in SMRs were reported for bladder and kidney cancers associated with estimates of exposure to arsenic in drinking-water (Hopenhayn-Rich et al., 1996, 1998), again with no findings for chronic obstructive pulmonary disease.

[The Working Group noted that kidney cancers consist of both renal cell carcinoma and transitional cell carcinoma of the renal pelvis, the latter often being of the same etiology as bladder cancer. As arsenic causes transitional cell carcinoma of the bladder, merging of the two types of kidney cancer may result in a dilution of the risk estimate for total kidney cancer.]

### 2.3.2 Case–control and cohort studies

In a case–control study using death certificates (1980–82) from the area in Taiwan (China), endemic for Blackfoot disease, Chen et al. (1986) reported increasing trends in odds ratios with increasing duration of consumption of artesian well-water containing arsenic. The highest risks were seen for over 40 years of exposure, with an odds ratio of 4.1 ($P < 0.01$) for bladder cancer in a multivariate analysis, after adjusting for smoking and other factors from next-of-kin interviews.

In case–control studies of incident bladder cancer that included analysis of arsenic species in urine samples, a higher risk associated with arsenic was found among persons with higher $MMA^V$:$DMA^V$ ratios or, alternatively, with a higher percentage of $MMA^V$ (Chen et al., 2003, 2005a; Steinmaus et al., 2006; Pu et al., 2007a; Huang et al., 2008).

Cohort studies from south-western and north-eastern Taiwan (China) (Chen et al., 1988b; Chiou et al., 1995, 2001; Chen & Chiou, 2001) Japan (Tsuda et al., 1995), and the United Kingdom (Cuzick et al., 1992) each observed elevated bladder cancer risk following long-term exposure to ingested arsenic, with dose–response relationships found where the numbers of cases permitted such an analysis. The study from Taiwan (China), also found an elevated risk of kidney cancer (OR, 2.8; 95%CI: 1.3–5.4, based on nine cases) (Chiou et al., 2001).

## 2.4 Cancer of the skin

The recognition of arsenic as a carcinogen first came from case series describing skin cancers following the ingestion of medicines containing arsenicals (Hutchinson, 1888; Neubauer, 1947), and exposure to arsenical pesticide residues, and arsenic-contaminated wine (Roth, 1957; Grobe,

1977) or drinking-water, originating from many countries. The characteristic arsenic-associated skin tumours include squamous cell carcinomas arising in keratoses (including Bowen disease), and multiple basal cell carcinomas.

Findings of epidemiological studies on arsenic in drinking-water and risk for skin cancer are summarized in Table 2.8 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.8.pdf.

### 2.4.1 Ecological studies of prevalence

In south-western Taiwan (China), Tseng et al. (1968) found an 8-fold difference in the prevalence of skin cancer lesions from the highest (> 600 μg/L) to the lowest category (< 300 μg/L) of arsenic concentration in artesian wells, after an extensive examination survey of 40421 inhabitants in 37 villages.

### 2.4.2 Ecological studies based on mortality from cancer of the skin

Studies in Taiwan (China) (Chen et al., 1985, 1988a; Wu et al., 1989; Chen & Wang, 1990; Tsai et al., 1999) analysed skin cancer mortality in relation to levels of arsenic in well-water. These investigations found consistent gradients of increasing risk with average level of arsenic in drinking-water, as measured on the township or precinct level.

Rivara et al. (1997) observed an SMR for skin cancer of 3.2 (95%CI: 2.1–4.8), comparing mortality from skin cancer in 1976–92 between Region II and the unexposed control Region VIII of Chile. Later, Smith et al. (1998) found SMRs of 7.7 (95%CI: 4.7–11.9) among men and 3.2 (95%CI: 1.3–6.6) among women for the years 1989–93 in Region II of Chile, using national mortality rates as reference. [The Working Group noted that the histological type of skin cancer was reported in only a few instances. Although skin cancer mortality can be influenced by access to health care, the SMRs reported here are so large as to not be explained by any possible confounding.]

### 2.4.3 Cohort studies

A retrospective cohort study of 789 (437 men, 352 women) of Blackfoot disease patients in Taiwan (China) reported an SMR of 28 (95%CI: 11–59) for skin cancer deaths (based on seven observed deaths), using Taiwan (China) regional rates as reference (Chen et al., 1988b).

In a cohort of 654 persons in south-western Taiwan (China), an observed incidence rate of 14.7 cases of skin cancer/1000 person–years was found (Hsueh et al., 1997), with risks significantly related to duration of living in the area endemic for Blackfoot disease, duration of consumption of artesian well-water, average concentration of arsenic, and index for cumulative exposure to arsenic. Similar findings were observed in a nested case–control study conducted within this cohort (Hsueh et al., 1995).

In Region II of Chile, a decrease in incidence rates of cutaneous lesions (leukoderma, melanoderma, hyperkeratosis, and squamous cell carcinoma) was observed during 1968–71 after a lowering of waterborne arsenic levels from a filter plant, which started operation in 1970 (Zaldívar, 1974).

## 2.5 Cancer of the liver

### 2.5.1 Ecological studies

The relation between liver cancer risk and drinking-water contaminated with arsenic was evaluated in many of the studies from south-western Taiwan (China), cited above (Chen et al., 1985, 1988a; Wu et al., 1989; Chen & Wang, 1990; Chiang et al., 1993; Tsai et al., 1999; see Table 2.9 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.9.pdf), with positive associations found in all studies.

IARC MONOGRAPHS – 100C

In northern Chile, Rivara et al. (1997) observed a relative risk for liver cancer mortality of 1.2 (95%CI: 0.99–1.6) in arsenic-exposed Region II compared with Region VIII. Liver cancer mortality in Region II of northern Chile during the period 1989–93 among persons ≥ 30 years of age was not significantly elevated, using national rates as reference (Smith et al., 1998). SMRs were 1.1 (95%CI: 0.8–1.5) both for men and for women. Liaw et al. (2008) found an elevated relative risk (10.6; 95%CI: 2.9–39.3, P < 0.001) for liver cancer among children in Region II of Chile born in 1950–57 and exposed in utero or shortly thereafter, compared to rates in Region V of Chile.

In Cordoba Province, Argentina, SMRs were not related to arsenic exposure (Hopenhayn-Rich et al., 1998).

[The Working Group noted that the finding of an association with liver cancer in Taiwan (China), but not in South America may reflect a more sensitive population in the former region, due to endemic hepatitis B. The elevated risk of those exposed in utero and as young children may reflect a combination of greater biological vulnerability in early life (Waalkes et al., 2007) plus the fact that young children consume 5–7 times more water per kilogram body weight per day than adults (NRC, 1993).]

### 2.5.2 Case–control studies

In a case–control study investigating the consumption artesian well-water containing high concentrations of arsenic and mortality from liver cancer in four townships of south-westernern Taiwan (China), Chen et al. (1986) observed an exposure–response relationship between the duration of consumption of the contaminated well-water and risk for liver cancer, adjusted for cigarette smoking, habitual alcohol and tea drinking, and consumption of vegetables and fermented beans.

## 2.6 Cancer of the prostate

Studies conducted in Taiwan (China) (Chen et al., 1985, 1988a; Wu et al., 1989; Chen & Wang, 1990; Tsai et al., 1999) analysed prostate cancer mortality in relation to levels of arsenic in well-water, with some overlap among the respective study populations. Using several methodological approaches and comparison populations including direct and indirect standardization of rates, all studies reported significant dose–response relationships between the level of arsenic in drinking-water and the risk for prostate cancer mortality (see Table 2.10 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-01-Table2.10.pdf).

In Chile, Rivara et al. (1997) found a relative risk of 0.9 (95%CI: 0.54–1.53) for prostate cancer, comparing the 1990 mortality rate for prostate cancer of Region II with that of Region VIII.

## 2.7 Synthesis

The Working Group reviewed a large body of evidence that covers ecological studies, case–control studies and cohort studies in a variety of settings and populations exposed either by ingestion (primarily to As$^{III}$ and As$^{V}$ in drinking-water) or inhalation (with exposure to a mixture of inorganic arsenic compounds). The evidence also relates to historical exposure from pesticidal and pharmaceutical uses. The epidemiological evidence from drinking-water exposure permits the evaluation of the carcinogenicity that is related to exposure to As$^{III}$ and As$^{V}$. The epidemiological evidence from inhaled arsenic mixtures permits the evaluation of the carcinogenicity that is related to inorganic arsenic compounds. However, it does not allow a separation of the carcinogenic risk associated with particular arsenic species that occur in these mixtures.

The observed associations between exposure to arsenic in drinking-water and lung cancer, and between exposure to arsenic in air and lung

cancer, cannot be attributed to chance or bias. The evidence is compelling for both the inhalation and ingestion routes of exposure. There is evidence of dose–response relationships within exposed populations with both types of exposure.

The observed association between exposure to arsenic in drinking-water and bladder cancer cannot be attributed to chance or bias. There is evidence of dose–response relationships within exposed populations.

The observed association between exposure to arsenic in drinking-water and skin cancer cannot be attributed to chance or bias. There is evidence of dose–response relationships within exposed populations. The evidence is primarily for squamous cell carcinoma of the skin.

Although the data for kidney cancer are suggestive of a relationship with exposure to arsenic in drinking-water, overall, the small possibility of chance or bias cannot be completely ruled out.

The evidence for an association between liver cancer and long-term exposure to arsenic in drinking-water relies on mortality data. Although the data strongly suggest a causal association with some evidence of a dose–response relationship, the Working Group could not rule out possible chance or bias. The evidence comes mainly from Taiwan (China) where hepatitis B is highly prevalent.

The evidence for an association for prostate cancer and long-term exposure to arsenic in drinking-water relies on mortality data. In the studies from Taiwan (China), there is some evidence of a dose–response relationship. However, the data from South America are not consistent with this observation. Although the evidence on prostate cancer suggests the possibility of a causal association, the Working Group could not rule out the possibility of chance or bias.

# 3. Cancer in Experimental Animals

Over the years, it has proved difficult to provide evidence for the carcinogenesis of inorganic arsenic compounds. More recent work has focused on methylated arsenic metabolites in humans or exposure to inorganic arsenic during early life, and has provided the information to show potential links between arsenic and carcinogenesis.

Studies published since the previous *IARC Monograph* (IARC, 2004) are summarized below.

## 3.1 Oral administration

### 3.1.1 Mouse

The oral administration of sodium arsenate in drinking-water for 18 months increased lung tumour multiplicity and lung tumour size in male strain A/J mice (Cui *et al.*, 2006; see Table 3.1).

Similarly, drinking-water exposure to the organo-arsenical DMA[V] for 50 weeks or more increased the incidence and multiplicity of lung adenoma or carcinoma in strain A/J mice (Hayashi *et al.*, 1998), and increased lung tumours in mutant *Ogg*−/− mice (which cannot repair certain types of oxidative DNA damage) but not in *Ogg*+/+ mice (Kinoshita *et al.*, 2007; see Table 3.2).

### 3.1.2 Rat

In male F344 rats, the oral administration of DMA[V] in drinking-water for up to 2 years produced clear dose–response relationships for the induction of urinary bladder transitional cell carcinoma and combined papilloma or carcinoma (Wei *et al.*, 1999, 2002).

When DMA[V] was added to the feed of male and female F344 rats for 2 years, a clear dose–response relationship for urinary bladder benign and/or malignant transitional cell tumours

IARC MONOGRAPHS – 100C

**Table 3.1 Studies of cancer in experimental animals exposed to sodium arsenate (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, A/J (M) 18 mo Cui *et al.* (2006) | 0, 1, 10, 100 ppm arsenate in drinking-water, *ad libitum* 30/group | Lung (adenomas): 0/19, 0/13, 0/15, 4/30 (13%) | [NS, (any dose)][a] | Age at start, 5 wk Purity, NR Redundant Student *t*-test used for multiple comparisons of lung tumour multiplicity and size Survival significantly increased at high dose Non-dose-related, modest changes in bw, lung weight, and lung bw ratio |
| | | Lung (adenocarcinomas): 9/19 (47%), 10/13 (77%), 11/15 (73%), 19/30 (63%) | [NS, (any dose)][a] | |
| | | Average tumours/mouse lung: 0.59, 1.1, 1.3, 1.4[b] | *P* < 0.01 (all doses) | |
| | | Average number tumours > 4 mm/mouse lung: 17, 32, 44, 60[b] | *P* < 0.01 (all doses) | |

[a] Performed during review. One-sided Fisher Exact test–control versus all treated.
[b] Numbers are estimates at review because data are presented graphically in original work.
bw, body weight; M, male; mo, month or months; NR, not reported; NS, not significant; wk, week or weeks

occurred in female but not male rats (Arnold *et al.*, 2006). Preneoplasia (urothelial cell hyperplasia) was clearly increased in female rats (Arnold *et al.*, 2006; see Table 3.2).

In male F344 rats, the oral administration of trimethylarsine oxide in drinking-water for 2 years caused a significant increase of benign liver tumours (adenoma) (Shen *et al.*, 2007; see Table 3.3).

Oral exposure to MMA[V] for 2 years was negative in a comprehensive dose–response study including male and female rats and mice, although body weight suppression and reduced survival with the higher doses confounded the rat segment of the study (Arnold *et al.*, 2003; see Table 3.4).

A 2-year dose–response study with sodium arsenite showed some evidence of renal tumour formation in female Sprague-Dawley rats but not in males (Soffritti *et al.*, 2006). Tumour incidence did not reach significance (see Table 3.5).

## 3.2 Intratracheal administration

### 3.2.1 Hamster

Repeated weekly intratracheal instillations of calcium arsenate, at levels sufficient to caused moderate early mortality, increased lung adenoma formation in male Syrian golden hamsters when observed over their lifespan (Pershagen & Björklund, 1985).

In a similarly designed study, male hamsters received multiple weekly intratracheal instillations of calcium arsenate at the start of the experiment, and developed an increased incidence of lung adenoma formation, and combined lung adenoma or carcinoma formation over their lifespan (Yamamoto *et al.*, 1987; see Table 3.6).

Intratracheal instillations of calcium arsenite increased the incidence of respiratory tract carcinoma and combined adenoma, papilloma and adenomatoid lesion formation in male Syrian Hamsters (Pershagen *et al.*, 1984; see Table 3.7).

**Table 3.2 Studies of cancer in experimental animals exposed to dimethylarsinic acid, DMA$^V$ (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, A/J (M) 50 wk Hayashi et al. (1998) | 0, 50, 200, 400 ppm DMA$^V$ in drinking-water, ad libitum 24/group | Number of mice with lung papillary adenomas or adenocarcinomas: 2/14 (14%), 5/14 (36%), 7/14 (50%), 10/13 (77%) | P < 0.01 (high dose) | Age at start, 5 wk Purity, NR Survival unremarkable [Only histologically confirmed tumours were considered by the Working Group] |
| Mouse, Ogg1-/- and Ogg1+/+ (M, F) 72 wk Kinoshita et al. (2007) | 0, 200 ppm DMA$^V$ in drinking-water, ad libitum; controls received tap water 10/group (Ogg1-/-) 12/group (Ogg1+/+) | *Ogg1-/-:* Tumour-bearing mice (any site): 0/10, 10/10 (100%) | P < 0.01 | Age at start, 14 wk Purity, 99% Bw and food and water consumption unremarkable Left lobe and visible lung nodules used for histopathological tumour analysis Treated Ogg1-/- showed modest decreased survival (~20%) late compared to phenotypic control Small groups |
|  |  | *Lung lesions–* Hyperplasias: 10/10 (100%), 10/10 (100%) |  |  |
|  |  | Adenomas: 0/10, 2/10 (20%) | NS |  |
|  |  | Adenocarcinomas: 0/10, 3/10 (30%) |  |  |
|  |  | Total lung tumours: 0/10, 5/10 (50%) | P < 0.05 |  |
|  |  | Tumours/mouse: 0, 0.5 | P < 0.05 |  |
|  |  | *Ogg1+/+:* Tumour-bearing mice (any site): 5/10 (50%), 6/10 (60%) | [P < 0.01$^b$] |  |
|  |  | *Lung lesions–* Hyperplasias: 2/10 (20%), 10/10 (100%) |  |  |
|  |  | Adenomas: 1/10 (10%), 0/10 | NS |  |
|  |  | Adenocarcinomas: 0/10, 0/10 | NS |  |
|  |  | Total tumours: 1/10 (10%), 0/10 | NS |  |
|  |  | Tumours/mouse: 0.1, 0 | NS |  |
|  |  | Tumours/mouse: 0.1, 0 | NS |  |

IARC MONOGRAPHS – 100C

**Table 3.2 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (M) 104 wk Wei et al. (1999)[d], 2002) | 0, 12.5, 50, 200 ppm DMA$^V$ in drinking-water, ad libitum 36/group | Urinary bladder (hyperplasias): 0/28, 0/33, 12/31 (39%), 14/31 (45%) Urinary bladder (papillomas): 0/28, 0/33, 2/31 (2%), 2/31 (2%) Urinary bladder (carcinomas): 0/28, 0/33, 6/31 (19%), 12/31 (39%) Urinary bladder (papillomas or carcinomas): 0/28, 0/33, 8/31 (26%), 12/31 (39%) | $P < 0.01$ (middle and high dose) NS $P < 0.05$ (middle dose) $P < 0.01$ (high dose) $P < 0.01$ (middle and high dose) | Age at start, 10 wk Purity, 99% Survival and food intake unaltered Transient bw suppression early with high and middle dose but then similar to control Water intake increased at highest two doses Incidence rates based on rats at risk (surviving to time of the first bladder tumour at 97 wk) Extensive necropsy |
| Rat, F344 (M, F) 104 wk Arnold et al. (2006) | 0, 2, 10, 40, 100 ppm DMA$^V$ in feed, ad libitum 60/group | **Females** Urothelial cell (hyperplasias, simple, nodular and papillary): 0/60, 1/59 (2%), 0/60, 29/59 (49%), 48/60 (80%) Urinary bladder (papillomas): 0/60, 0/59, 0/60, 0/59, 4/60 (7%) Urinary bladder (carcinomas): 0/60, 0/59, 0/60, 0/59, 6/60 (10%) Urinary bladder (papillomas and carcinomas combined): 0/60, 0/59, 0/60, 0/59, 10/60 (3%) **Males** Urothelial cell (hyperplasias, simple, nodular and papillary): 0/60, 0/59, 0/60, 6/58 (10%), 40/59 (68%) Urinary bladder (papillomas): 0/60, 0/59, 1/60 (2%), 1/58 (2%), 0/59 Urinary bladder (carcinomas): 0/60, 1/59 (2%), 0/60, 0/58, 2/59 (3%) Urinary bladder (papillomas and carcinomas combined): 0/60, 1/59 (2%), 1/60 (2%), 1/58 (2%), 2/59 (3%) | $P < 0.01$ (trend) [$P < 0.01$ (highest, and second highest dose)]$^b$ [NS (high dose)]$^b$ $P < 0.01$ (trend)$^c$ [$P < 0.05$ (high dose)]$^b$ $P < 0.01$ (trend)$^c$ [$P < 0.05$ (high dose)]$^b$ $P < 0.01$ (trend) [$P < 0.01$ (high dose)]$^b$ [NS (high dose)]$^b$ $P < 0.01$ (trend)$^c$ [NS (high dose)]$^b$ [NS (high dose)]$^b$ | Purity > 99%; age, 5 wk Complete necropsies performed No treatment-related differences in mortality or bw Sporadic changes in food consumption not treatment-related Water consumption increased with treatment Water consumption increased with treatment |

## Table 3.2 (continued)

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, B6C3F1 (F) 104 wk Arnold et al. (2006) | 0, 8, 40, 200, 500 ppm DMA$^V$ in feed, ad libitum 56/group | **Females** No treatment-related changes in urinary bladder preneoplasia or tumour incidence noted Any organ (fibrosarcomas): 3/56 (5%), 0/55, 1/56 (2%), 1/56 (2%), 6/56 (11%) **Males** No treatment-related changes in urinary bladder preneoplasia or tumour incidence noted | $P < 0.01$ (high dose) | Age at start, 5 wk Purity 99% Complete necropsies performed Survival, bw and water consumption unchanged Sporadic, small changes in food consumption early Fibrosarcomas not considered related to treatment by authors Bw reduced at 500 ppm throughout study |

[a] Data also included descriptive statistics (i.e. SD).
[b] Performed during review. One-sided Fisher exact test control versus treated.
[c] Trend analysis performed after combination of female and male data for urinary bladder lesions from this same study (Arnold et al., 2006).
[d] Short communication of tumour data only.
[e] On a C57BL/6 background.
[f] As stated by the authors.
[g] The lack of information on group size and the lack of descriptive statistics makes these data impossible to independently re-evaluate for statistical significance.
bw, body weight; F, female; M, male; NR, not reported; NS, not significant; wk, week or weeks

IARC MONOGRAPHS – 100C

**Table 3.3 Studies of cancer in experimental animals exposed to trimethylarsine oxide (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (M) 2 yr Shen et al. (2003) | 0, 50, 200 ppm trimethylarsine oxide in drinking-water, *ad libitum* 42–45; 42 controls | Liver (adenomas): 6/42 (9%), 10/42 (14%), 16/45 (24%) | $P < 0.05$ (high dose) | Age at start, 10 wk Purity, 99% Body weights, food intake, water intake, survival rate, and average survival unaltered with treatment Extensive necropsy performed Various other sites negative |

bw, body weight; M, male; yr, year or years

## 3.3 Intravenous administration

### 3.3.1 Mouse

Multiple intravenous injections of sodium arsenate in male and female Swiss mice provided no evidence of elevated tumour formation (Waalkes et al., 2000; see Table 3.8).

## 3.4 Transplacental and perinatal exposures

### 3.4.1 Mouse

Pregnant mice were treated subcutaneously with arsenic trioxide on a single specific day during gestation (Days 14, 15, 16 or 17), and the offspring were then treated subcutaneously on *postpartum* Days 1, 2 and 3 with arsenic trioxide. The offspring initially treated on Day 15 of gestation developed an excess of lung adenoma compared to controls, and the other groups did not (Rudnai & Borzsanyi, 1980, 1981; see Table 3.9).

Pregnant C3H mice were exposed to various doses of sodium arsenite in the drinking-water from Days 8–18 of gestation. They were allowed to give birth and their offspring were put into gender-based groups at weaning. Over the next 90 weeks, arsenic-treated female offspring developed dose-related benign and/or malignant ovarian tumours, and lung adenocarcinoma. During the next 74 weeks, a dose-related increase in the incidences of liver adenoma and/or carcinoma, and adrenal cortical adenoma was observed in the male offspring (Waalkes et al., 2003).

A second study looked at the carcinogenic effects in C3H mice of various doses of sodium arsenite (two levels) in the maternal drinking-water from Days 8 to 18 of gestation, with or without subsequent 12-O-tetradecanoyl phorbol-13-acetate (TPA) applied to the skin of the offspring after weaning from 4–25 weeks of age. Over the next 2 years, with arsenic alone, the female offspring developed an increased incidence of ovarian tumours. The male offspring developed arsenic dose-related increases in the incidences of liver adenoma and/or carcinoma and adrenal cortical adenoma (Waalkes et al., 2004).

Pregnant CD1 mice received sodium arsenite (one level) in the drinking-water from gestation Days 8 to 18, were allowed to give birth, and the female (Waalkes et al., 2006a) or male (Waalkes et al., 2006b) offspring were treated with diethylstilbestrol or tamoxifen subcutaneously on *postpartum* Days 1, 2, 3, 4 and 5. In female offspring over the next 90 weeks, arsenic exposure alone

**Table 3.4 Studies of cancer in experimental animals exposed to monomethylarsonic acid, MMA$^V$ (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, B6C3F1 (M, F) 104 wk Arnold et al. (2003) | 0, 10, 50, 200, 400 ppm MMA$^V$ in feed, *ad libitum* 52/group/sex | No treatment-related changes | | Age at start, 6 wk Purity, 99% Bw reduced at 400 ppm throughout study Food and water consumption similar or increased at the two higher doses Survival unremarkable Complete necropsy performed |
| Rat, F344 (M, F) 104 wk Arnold et al. (2003) | 0, 50, 400, 1 300[a] ppm MMA$^V$ in feed, *ad libitum* 60/group/sex | No treatment-related changes | | Age at start, 6 wk Purity, 99% Bw reduced at two highest doses in second half of study Food consumption generally similar Water consumption similar or increased at the two higher doses Survival reduced at high dose Complete necropsy performed |

[a] Due to a high mortality in male and female rats fed this level, it was reduced to 1000 ppm during Week 53, and further reduced to 800 ppm during Week 60.
bw, body weight; F, female; M, male; wk, week or weeks

IARC MONOGRAPHS – 100C

**Table 3.5 Studies of cancer in experimental animals exposed to sodium arsenite (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, Sprague-Dawley (M, F) 167 wk (lifespan) Soffritti et al. (2006) | 0, 50, 100, 200 mg/L NaAsO$_2$ in drinking-water, ad libitum from onset to 104 wk 50/group | Kidney (tumours): F– 1/50 (2%), 1/50 (2%), 5/50 (10%), 5/50 (10%)[c] M– 0/50, 2/50 (4%), 2/50 (4%), 0/50 | NS for both sexes | Age at start, 8 wk Purity 98% Complete necropsy performed Reduced water and food intake especially at two highest doses Dose-related reduced bw |

[a]  As stated by the authors.

[b]  The lack of information on group size and lack of descriptive statistics makes the data from this work impossible to re-evaluate for statistical significance.

[c]  Includes three carcinomas at the high dose and one at the second highest dose in females and a carcinoma in females at the second highest dose.

Bw, body weight; F, female; M, male; NS, not significant; wk, week or weeks

increased the incidence of tumours of the ovary, uterus, and adrenal cortex. In the male offspring, prenatal arsenic exposure alone increased liver adenoma and/or carcinoma, lung adenocarcinoma, and adrenal cortical adenoma (see Table 3.10).

## 3.5 Studies in which arsenic modifies the effects of other agents

### 3.5.1 Mouse

Mice exposed to DMA$^V$ in drinking-water after subcutaneous injection of 4-nitroquinoline 1-oxide showed an increase in lung tumour multiplicity compared to mice exposed to the organic carcinogen alone (Yamanaka et al., 1996). In K6/ODC mice first treated topically with 7,12-dimethylbenz[α]anthracene (DMBA) then with DMA$^V$ in a cream applied to the same skin area for 18 weeks, the organo-arsenical doubled the skin tumour multiplicity compared to treatment with DMBA alone (Morikawa et al., 2000; see Table 3.11). [The Working Group noted that this study had too few DMA$^V$ controls for an appropriate interpretation.]

In the studies of Germolec et al. (1997, 1998), oral sodium arsenite was given to Tg.AC mice with TPA by skin painting, and an approximately 4-fold increase in skin tumour response was reported.

Combined treatment with oral sodium arsenite in drinking-water and multiple exposures to excess topical UV irradiation in Crl:SKl-hrBR hairless mice showed that arsenic treatment alone was consistently without carcinogenic effect, but markedly enhanced UV-induced skin tumours including squamous cell carcinoma (Rossman et al., 2001; Burns et al., 2004; Uddin et al., 2005). In another skin study, mice exposed to topical 9,10-dimethyl-1,2-benzanthracene for 2 weeks concurrently with oral sodium arsenate in drinking-water for 25 weeks showed that arsenic treatment alone was without carcinogenic effect, but enhanced skin tumour multiplicity and tumour size when combined with the organic carcinogen compared to the organic carcinogen alone (Motiwale et al., 2005; see Table 3.12).

When pregnant Tg.AC mice were treated with oral sodium arsenite in drinking-water from Days 8–18 of gestation, and their offspring were topically exposed to TPA from 4–40 weeks

Arsenic and arsenic compounds

**Table 3.6 Studies of cancer in experimental animals exposed to calcium arsenate (intratracheal instillation)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Hamster, Syrian golden (M) ~145 wk (lifespan) Pershagen & Björklund (1985) | 0, ~3 mg As/kg bw in 0.15 mL saline once/wk for 15 wk 41; 29 controls | Lung (adenomas): 0/26, 4/35 (11%) | $P < 0.05$ | Age at start, 8 wk Purity, ultrapure Mortality during dosing ~15%; mortality increased in arsenate group during second yr Dose approximate |
| Hamster, Syrian golden (M) Up to 115 wk in treated animals, and 121 wk in controls (lifespan) Yamamoto et al. (1987) | 0, 0.25 mg As in 0.1 mL saline once/wk for 15 wk 30; 22 controls | Lung (adenomas): 0/22, 6/25 (24%) Lung (carcinomas): 1/22 (4%), 1/25 (4%) Lung (adenomas and carcinomas combined): 1/22 (4%), 7/25 (3%) | $[P < 0.01^a]$ NS P-value not reported but stated as significant $[P < 0.01^a]$ | Age at start, 8 wk Purity, chemical grade Instillations caused 10% mortality and reduced survival ~10% post-instillation Bw not recorded during experiment |

a Calculated by the Working Group. One-sided Fisher exact test control versus treated.
bw, body weight; M, male; NS, not significant; wk, week or weeks

**Table 3.7 Studies of cancer in experimental animals exposed to arsenic trioxide (intratracheal instillation)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Hamster, Syrian golden (M) Up to ~140 wk (lifespan) Pershagen et al. (1984)[a] | 0 or ~3 mg As/kg bw in 0.15 mL saline once/wk for 15 wk 67; 68 controls | Larynx, trachea, bronchus, or lung (carcinomas): 0/53, 3/47 (6%) Larynx, trachea, bronchus, or lung (adenomas, adenomatoid lesions, and papillomas combined): 7/53 (13%), 24/47 (51%) | NS [P < 0.01] | Age at start, 7–9 wk Purity, 99.5% Doses approximate Instillation mixture for arsenic contained carbon dust and 2 mM sulfuric acid (not in controls) Significant mortality during dosing (29%) "Adenomatoid lesion" not defined, presumably focal hyperplasia |

[a] Arsenic trioxide was also given with benzo[a]pyrene and the combination appeared to increase combined adenoma, adenocarcinoma and adenosquamous carcinoma in the bronchi and lungs compared to benzo[a]pyrene alone but the data are listed (total tumours/group and not incidence) such that this cannot be independently confirmed.
bw, body weight; M, male; NS, not significant; wk, week or weeks

**Table 3.8 Studies of cancer in experimental animals exposed to sodium arsenate (intravenous exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, Swiss CR:NIH(S) (M, F) 96 wk Waalkes et al. (2000) | 0, 0.5 mg As/kg bw in 10 mL/ kg in saline once/wk for 20 wk staring at onset; controls received saline[a] 25/group/sex | **M** Lymphomas: 1/25 (4%), 1/25 (4%) | NS | Age at start, 8 wk Purity, NR Survival and bw not remarkable No leukaemias were observed |
| | | Testicular interstitial cell hyperplasias: 8/25 (32%), 16/25 (64%) | P < 0.05 | |
| | | Skin hyperkeratosis: 1/25 (4%), 5/25 (20%) | NS | |
| | | **F** Lymphomas: 5/25 (20%), 3/25 (12%) | NS | |
| | | Uterine cystic hyperplasias: 5/25 (20%), 14/25 (56%)[b] | P < 0.05 | |

[a] Based on the treatment regimen of Osswald & Goerttler (1971).
[b] A uterine adenocarcinoma was also observed with arsenate treatment that is noteworthy because of its spontaneous rarity in historical controls of this strain.
bw, body weight; F, female; M, male; NR, not reported; NS, not significant; wk, week or weeks

63

IARC MONOGRAPHS – 100C

**Table 3.9 Studies of cancer in experimental animals exposed to arsenic trioxide (perinatal exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, CFLP (NR) 1 yr Rudnai & Borzsanyi (1980), Rudnai & Borzsanyi (1981)[a] | Single dose of 1.2 mg/kg arsenic trioxide bw s.c. at gestation Day 14, 15, 16, or 17 Test offspring: 5 μg arsenic trioxide/mouse s.c. postpartum Day 1, 2 and 3 Controls untreated Offspring group sizes at start (NR) | Lung (adenomas and adenocarcinomas)[b] Control–3/17 (17%) Day 14–14/36 (39%) Day 15–12/19 (63%) Day 16–3/20 (15%) Day 17–6/20 (30%) | $P < 0.01$ (Day 15)[b] | Purity stated as "purum" Pregnancy verified by smear and when positive designated Day 0 Dam number used to derive offspring groups NR Lung and gross lesions histologically examined Survival and bw NR Gender NR and probably mixed Numbers of specific lung tumours NR |

[a] In Hungarian. Tumour incidence data are numerically the same for this and the Rudnai & Borzsanyi (1980) manuscript, but vary in that the treatment day of pregnancy which lead to a significant increase in lung adenoma in the first paper (Day 15) shifted to one day later in the second paper (Day 16). Communication with the primary author revealed that this discrepancy in the re-reporting (Rudnai & Borzsanyi, 1981) is due to a difference in calling the first day on which pregnancy was indicated Day 1 of gestation rather than Day 0 as in the original report (Rudnai & Borzsanyi, 1980). Thus, the treatment regimen and data from the primary paper are herein reported.
[b] The gestational treatment day is given in parentheses before incidence or after indication of significance.
bw, body weight; NR, not reported; s.c., subcutaneously; yr, year or years

**Table 3.10 Studies of cancer in experimental animals exposed to sodium arsenite (transplacental exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, C3H/HeNCr (M, F) 90 wk (*postpartum*) for F 74 wk (*postpartum*) for M Waalkes *et al.* (2003) | Maternal exposure: 0, 42.5, 85 ppm As in drinking-water, *ad libitum* from gestation Day 8–18 Offspring; 25/group/sex | **Females** Ovary (tumours): Benign–2/25 (8%), 4/23 (17%), 8/24 (33%) | *P* < 0.05 (high dose plus trend) | Purity;[a] NR 10 Pregnant mice used to derive each group of offspring Offspring weaned at 4 wk Maternal water consumption and bw unaltered Offspring bw unaltered Survival in offspring unaltered in females Survival reduced at high dose in due to liver carcinoma in males |
| | | Malignant–0/25, 2/23 (9%), 1/24 (4%) | NS | |
| | | Benign or malignant combined– 2/25 (8%), 6/23 (26%), 9/24 (37%) | *P* < 0.05 (high dose) *P* < 0.05 (trend) | |
| | | Lung (carcinomas): 0/25, 1/23 (4%), 5/24 (20%) | *P* < 0.05 (high dose) *P* < 0.05 (trend) | |
| | | **Males** Liver (adenomas): 9/24 (37%), 9/21 (43%), 20/23 (87%) | *P* < 0.01 (high dose) | |
| | | Liver (hepatocellular carcinomas): 2/24 (8%), 8/21 (38%), 14/23 (61%) | *P* < 0.05 (high dose) *P* < 0.01 (trend) | |
| | | Liver (adenomas or hepatocellular carcinomas): 10/24 (42%), 11/21 (52%), 20/23 (87%) | *P* < 0.05 (high dose) *P* < 0.01 (trend) | |
| | | Liver tumours/mouse: 0.87, 1.81, 4.91 | *P* < 0.05 (high dose) *P* < 0.01 (trend) | |
| | | Adrenal cortex (adenomas): 9/24 (37%), 14/21 (67%), 21/23 (91%) | *P* < 0.05 (high dose) *P* < 0.01 (trend) | |
| | | Adrenal adenomas/mouse: 0.71, 1.10, 1.57 | *P* < 0.05 (high dose) *P* < 0.05 (trend) | |

IARC MONOGRAPHS – 100C

**Table 3.10 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, C3H/HeNCr (M, F) 104 wk (*postpartum*) Waalkes *et al.* (2004) | Maternal exposure: 0, 42.5, 85 ppm As in drinking-water, *ad libitum* from gestation Day 8–18 Offspring exposure: topical 2 µg[b] TPA/0.1 mL acetone, twice/ wk from 4–25 wk of age applied to shaved back, controls received acetone Offspring groups: 25/group/sex | **Females** Liver (adenomas or hepatocellular carcinomas): Without TPA–3/24 (12%), 6/23 (26%), 4/21 (19%) With TPA–3/24 (12%), 6/22 (27%), 8/21 (38%) Liver tumour multiplicity (tumours/ mouse): Without TPA–0.13, 0.41, 0.29 With TPA–0.13, 0.32, 0.71 Ovary (tumours):[c] Without TPA–0/24, 5/23 (22%), 4/21 (19%) With TPA–0/24, 5/22 (23%), 4/21 (19%) Lung (adenomas): Without TPA–1/24 (4%), 2/23 (9%), 2/21 (9%) With TPA–1/24 (4%), 2/22 (9%), 6/21 (29%) **Males** Liver (tumours): Adenomas without TPA–10/24 (42%), 12/23 (52%), 19/21 (90%) Adenomas with TPA–8/23 (35%), 12/23 (52%), 16/21 (76%) Hepatocellular carcinomas without TPA–3/24 (12%), 8/23 (35%), 10/21 (48%) Hepatocellular carcinomas with TPA–2/23 (9%), 6/23 (26%), 7/21 (33%) Adenomas or hepatocellular carcinomas without TPA–12/24 (50%), 14/23 (52%), 19/21 (90%) | NS *P* < 0.05 (high dose and trend) NS *P* < 0.05 (high dose and trend) *P* < 0.05 (both doses) *P* < 0.05 (both doses) NS *P* < 0.05 (high dose and trend) *P* < 0.05 (high dose) *P* < 0.01 (trend) *P* < 0.05 (high dose) *P* < 0.01 (trend) *P* < 0.05 (high dose) *P* < 0.01 (trend) *P* < 0.05 (high dose and trend) *P* < 0.05 (high dose) *P* < 0.01 (trend) | Purity[a] NR 10 Pregnant mice used to derive each group of offspring Litters culled at 4 d *postpartum* to no more than 8 pups Maternal water consumption and bw unaltered Small bw reductions (~10%) occurred late (> 95 wk) in the high-dose (85 ppm) female offspring TPA did not alter bw Survival unaltered Inclusion of TPA did not have an impact on skin cancers Arsenic group not given TPA due to liver carcinoma (males) |

**Table 3.10 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Waalkes *et al.* (2004) (contd.) | | Adenomas or hepatocellular carcinomas with TPA–9/23 (39%), 15/23 (65%), 18/21 (90%) | $P < 0.05$ (high dose) $P < 0.01$ (trend) | |
| | | Multiplicity without TPA: 0.75, 1.87, 2.14 | $P < 0.05$ (both doses) $P < 0.01$ (trend) | |
| | | Multiplicity with TPA: 0.61, 1.44, 2.14 | $P < 0.05$ (both doses) $P < 0.01$ (trend) | |
| | | Adrenal cortex (adenomas): Without TPA–9/24 (37%), 15/23 (65%), 15/21 (71%) | $P < 0.05$ (high dose and trend) | |
| | | With TPA–7/23 (30%), 15/23 (65%), 12/21 (57%) | $P < 0.05$ (low dose) | |
| | | Lung (adenomas): Without TPA–4/24 (17%), 6/23 (26%), 5/21 (24%) | NS | |
| | | With TPA–2/23 (9%), 10/23 (43%), 5/21 (24%) | $P < 0.05$ (low dose) | |
| Mouse, CD1 (M, F) 90 wk (*postpartum*) Waalkes *et al.* (2006a, b)[k] | Maternal exposure: 0, 85 ppm As in drinking-water, *ad libitum* from gestation Day 8–18 Offspring exposure: *Postpartum* Day 1, 2, 3, 4, and 5 2 µg DES[d]/pup/d s.c., or 10 µg TAM[e]/pup/d s.c., or vehicle (corn oil; control) (control, As, DES, TAM, As + DES, As + TAM) 35/group/sex | **Females** Ovary (tumours):[h] 0/33, 7/34 (21%), 2/33 (6%), 1/35 (3%), 9/33 (26%), 5/35 (14%) | $P < 0.05$ (As, As + DES, As + TAM) | Purity 97.0% NaAsO$_2$ 12 Pregnant mice used to derive each group of offspring Litters culled after birth to no more than 8 pups Maternal water consumption unaltered Maternal and offspring bw unaltered |
| | | Uterus (adenomas): 0/33, 3/34 (9%), 0/33, 0/35, 0/33, 0/35 | NS | |
| | | Uterus (carcinomas): 0/33, 2/34 (6%), 0/33, 2/35 (6%), 7/33 (21%), 2/35 (6%) | $P < 0.05$ (As + DES) | |
| | | Uterus (adenomas or carcinomas): 0/33, 5/34 (15%), 0/33, 2/35 (6%), 7/33 (21%), 2/35 (6%) | $P < 0.05$ (As, As + DES) | |
| | | Vagina (carcinomas): 0/33, 0/34, 1/33, 0/35, 5/33[i] (15%), 0/35 | $P < 0.05$ (As + DES) | |
| | | Adrenal cortex (adenomas): 1/33 (3%), 9/34 (26%), 3/33 (9%), 2/35 (6%), 8/33 (24%), 7/35 (20%) | $P < 0.05$ (As, As + DES, As + TAM) | |
| | | Urinary bladder lesions: | | |

IARC MONOGRAPHS – 100C

## Table 3.10 (continued)

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Waalkes et al. (2006a, b) (contd) | | Hyperplasias– 1/33 (3%), 5/34 (15%), 1/33 (3%), 0/35, 10/33 (30%), 9/35 (26%) | $P < 0.05$ (As + DES, As + TAM) | Purity sodium arsenite 97.0%; DES 99%, TAM 99% Bw transiently reduced (~15%) by DES or TAM early but recovery to control levels by 5–20 wk postpartum Survival unaltered by prenatal arsenic alone. Survival reduced in all other treatment groups (DES, TAM, As + DES, As + TAM) from ~20 wk on compared to control (males) |
| | | Papillomas– 0/33, 0/34, 0/33, 0/35, 0/33, 1/35 (3%) | NS | |
| | | Carcinomas– 0/33, 0/34, 0/33, 0/35, 3/33 (9%), 0/35 | NS | |
| | | Total proliferative lesions[a]– 1/33 (3%), 5/34 (15%), 1/33 (3%), 0/35, 13/33[a] (38%), 10/35[a] (29%) | $P < 0.05$ (As + DES, As + TAM) | |
| | | Liver (tumours any type): 0/33, 4/34 (12%), 1/33 (3%), 0/35, 5/33 (15%), 4/35 (11%) | $P < 0.05$ (As + DES) | |
| | | **Males** Liver (tumours): Adenomas– 2/35 (6%), 8/35 (23%), 1/33 (3%), 0/30, 12/29 (41%), 9/30 (30%) | $P < 0.05$ (As, As + DES, As + TAM) | |
| | | Hepatocellular carcinomas– 0/35, 5/35 (14%), 0/33, 0/30, 4/29 (14%), 5/30 (17%) | $P < 0.05$ (As, As + DES, As + TAM) | |
| | | Adenomas or carcinomas– 2/35 (6%), 11/35 (31%), 1/33 (3%), 0/30, 14/29 (48%), 14/30 (47%) | $P < 0.05$ (As, As + DES,) | |
| | | Lung (adenocarcinomas): 2/35 (6%), 9/35 (26%), 2/33 (6%), 0/30, 4/29 (14%), 6/30 (20%) | $P < 0.05$ (As) | |
| | | Adrenal cortex (adenomas): 0/35, 13/35 (37%), 0/33, 0/30, 9/29 (31%), 11/30 (37%) | $P < 0.05$ (As, As + DES, As + TAM) | |
| | | Urinary bladder lesions: Hyperplasias– 0/35, 3/35 (9%), 4/33 (12%), 3/30 (10%), 13/29 (45%), 9/30[f] (30%) | $P < 0.05$ (As + DES, As + TAM) | |
| | | Papillomas– 0/35, 0/35, 0/33, 0/30, 0/29, 3/30 (10%) | NS | |

**Table 3.10 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Waalkes *et al.* (2006a, b) (contd) | | Carcinomas[e]– 0/35, 0/35, 0/33, 0/30, 1/29 (3%), 1/30 (3%) | NS | |
| | | Papillomas or carcinomas– 0/35, 0/35, 0/33, 0/30, 1/29 (3%), 4/30[g] (13%) | $P < 0.05$ (As + TAM) | |
| | | Total proliferative lesions[e]– 0/35, 3/35 (9%), 4/33 (12%), 3/30 (10%), 13/29[g] (45%), 14/30[g] (40%) | $P < 0.05$ (As + DES, As + TAM) | |

---

[a] Purity given in Waalkes *et al.* (2006a) using same chemical source is 97.0%.
[b] 12-O-tetradecanoyl phorbol-13-acetate.
[c] Exclusively epithelial and primarily adenoma.
[d] Diethylstilbestrol
[e] Tamoxifen
[f] Included benign and malignant epithelial and mesenchymal tumours within components of the urogenital system (ovary, oviduct, uterus, cervix, vagina, kidney, and urinary bladder).
[g] Incidence for arsenic plus DES or arsenic plus TAM was significantly ($P < 0.05$) higher than arsenic alone.
[h] Primarily adenoma.
[i] Exclusively transitional cell carcinoma.
[j] Defined by the authors as the incidence of mice bearing at least one uroepithelial preneoplasia (hyperplasia), papilloma, or carcinoma.
[k] Run concurrently with and derived from the same mothers as the females in Waalkes *et al.* (2006a) study but reported separately.
[l] Reduced survival in these groups appeared dependent on moderate to extensive kidney damage due to DES and TAM in male mice and appeared unrelated to arsenic exposure.
[m] Two renal tumours also occurred in this group including, an adenoma and a renal cell carcinoma, against none in control, which are noteworthy because of their rare spontaneous occurrence in mice.

d, day or days; DES, diethylstilbestrol; F, female; M, male; NR, not reported; NS, not significant; s.c., subcutaneously; TAM, tamoxifen; wk, week or weeks

**Table 3.11 Studies where arsenicals given after other agents enhance carcinogenesis while having no effect alone in experimental animals**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, ddy (M) 25 wk Yamanaka et al. (1996) | Initiation 10 mg 4NQO[a]/kg bw s.c. then 200 or 400 ppm DMA$^V$ in drinking-water for 25 wk Groups: 4NQO alone, 4NQO + 200 ppm DMA, 4NQO + 400 ppm DMA 9–13/group | Macroscopic lung tumours/ mouse: 0.22, 3.92, 4.38 | P < 0.05 (high dose) | Age at start, 6 wk DMA[a] purity, NR Bw and survival unremarkable DMA[a] alone group not included Lung only Microscopic analysis of lung tumours not reported (largely confirmed as tumours) Small group sizes |
| Mouse, K6/ODC (C57BL/6) background) 20 wk Morikawa et al. (2000) | Single 50 µg dose of DMBA/mouse topical dorsal skin at Week 1; then 3.6 mg DMA$^V$/mouse in "neutral cream" to dorsal skin twice/wk, Week 2–19 Groups: DMBA, DMBA + DMA$^V$ 7; 8 controls (DMBA) | Macroscopic skin tumours/ mouse: 9.7, 19.4 | P < 0.05 | Age at start, 10–14 wk DMA[a] purity, NR Bw and survival unremarkable DMA[a] alone group had only 2 mice; skin tumours not reported Small group sizes Skin only No quantitative microscopic analysis of skin tumours |
| Rat, Wistar (M) 175 d Shirachi et al. (1983) | Sodium arsenite Partial hepatectomy, 18–24 h later 30 mg DEN[a]/kg i.p.; 7 d later 160 ppm As in drinking-water Number at start, NR | Renal tumours: 0/10, 1/7 (14%), 0/9, 7/10 (70%) | P < 0.05 | Age at start, NR Purity, NR Arsenic lowered bw and water intake Limited reporting and never reported in full |

**Table 3.11 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344/DuCrj (M) 30 wk Yamamoto et al. (1995) | Initial pretreatment with 5 known carcinogens (termed DMBDD[b]) then 0, 50, 100, 200, 400 ppm DMA[V] in the drinking-water during Week 6–30 Groups: DMBDD alone, DMBDD + 50 ppm DMA[V], DMBDD + 100 ppm DMA[V], DMBDD + 200 ppm DMA[V], DMBDD + 400 ppm DMA[V] 20/group | Urinary bladder:[c] Papillomas– 1/20 (5%), 12/20 (60%), 12/19 (63%), 11/20 (55%), 7/20 (35%) Transitional cell carcinomas– 1/20 (5%), 10/20 (50%), 11/19 (60%), 12/20 (60%), 13/20 (65%) Papillomas or carcinomas– 2/20 (10%), 17/20 (85%), 16/19 (84%), 17/20 (85%), 16/20 (80%) Kidney: Adenomas– 1/20 (5%), 3/20 (15%), 1/19 (5%), 7/20 (35%), 3/20 (15%) Adenocarcinomas– 0/20, 0/20, 2/19 (10%), 1/20 (5%), 7/20 (35%) Total– 5/20 (25%), 3/20 (15%), 6/19 (30%), 13/20 (65%), 13/20 (65%) Liver: Hepatocellular carcinomas– 0/20, 2/20 (10%), 0/19, 8/20 (40%), 8/20 (40%) Total– 0/20, 2/20 (10%), 2/19 (10%), 17/20 (85%), 13/20 (65%) Total thyroid gland tumours: 3/20 (15%), 2/20 (10%), 8/19 (40%), 6/20 (30%), 9/20 (45%) | $P < 0.01$ (three lowest) $P < 0.05$ (highest) $P < 0.01$ (all DMA[V] treatment groups) $P < 0.01$ (all DMA[V] treatment groups) $P < 0.01$ (second highest) $P < 0.01$ (high dose and trend) $P < 0.05$ (trend) $P < 0.05$ (highest two and trend) $P < 0.05$ (highest two) $P < 0.01$ (trend) $P < 0.05$ (highest) $P < 0.01$ (trend) | Age at start, 7 wk DMA[V] purity, 99%; DMA[V] initially lowered but then increased bw; changes moderate and at high dose DMA[V] increased water intake at high dose Survival unremarkable Separate 100 and 400 ppm DMA[V] (12 each) DMA[V] alone groups were included but had no tumours or preneoplastic lesions |

71

IARC MONOGRAPHS – 100C

**Table 3.11 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (M) 36 wk Wanibuchi et al. (1996) | Pretreatment with BBN[d] 0.05% in drinking-water for 4 wk then 0, 2, 10, 25, 50, or 100 ppm DMA[V] in drinking-water for 32 wk Groups: BBN alone, BBN + 2 ppm DMA[V], BBN + 10 ppm DMA[V], BBN + 50 ppm DMA[V], BBN + 100 ppm DMA[V] 20/group | Urinary bladder: Papillary/nodular hyperplasias– 14/20 (70%), 13/20 (65%), 14/20 (70%), 18/19 (95%), 20/20 (100%), 20/20 (100%) Papillomas– 3/20 (15%), 2/20 (10%), 7/20 (35%), 11/19 (58%), 13/20 (65%), 17/20 (85%) Carcinomas– 1/20 (5%), 2/20 (10%), 3/20 (15%), 7/19 (37%), 10/20 (50%), 12/20 (60%) | P < 0.05 (highest two doses) P < 0.01 (highest three doses) P < 0.05 (third highest dose) P < 0.01 (highest two doses) | Age at start, ~6 wk DMA[V] purity, 99% Separate 0 and 100 ppm control and DMA[V] alone groups were included (12 each) but showed no urinary bladder tumours or preneoplastic lesions Bw, water intake and survival unremarkable Urinary bladder only |

[a] Diethylnitrosamine
[b] The organic carcinogen treatment consisted of a single dose of diethylnitrosamine (100 mg/kg, i.p.) at the start of the experiment) and N-methyl-N-nitrosourea (20 mg/kg, s.c.) on experimental Days 5, 8, 11 and 14. Thereafter, rats received 1,2-dimethylhydrazine (40 mg/kg, s.c.) on Days 18, 22, 26, and 30). During the same period (experimental Days 0–30) the rats received N-butyl-N-(4-hydroxybutyl)nitrosamine (0.05% in the drinking-water Weeks 1 and 2) and N-bis(2-hydroxypropyl)nitrosamine (0.1% in the drinking-water, Weeks 3 and 4). Altogether this was defined as DMBDD treatment. Rats received no treatment for 2 wk after DMBDD exposure and before DMA exposure.
[c] For brevity, only significant proliferative lesions are noted for each tissue
[d] N-butyl-N-(4-hydroxybutyl)nitrosamine
[e] 4-Nitroquinoline
[f] 7,12-dimethylbenz[a]anthracene
[g] Estimated from graphical presentation.
d, day or days; DMA, dimethylarsinic acid; F, female; i.p., intraperitoneal; M, male; NR, not reported; s.c., subcutaneously; wk, week or weeks

**Table 3.12 Studies where arsenicals given concurrently with other agents enhance carcinogenesis while having no effect alone in experimental animals**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, Tg.AC homozygous (F) 14 wk Germolec et al. (1997) | 0 or 0.02% As in drinking-water, ad libitum throughout experiment 0 or 2.5 µg TPA/mouse in acetone topical to shaved dorsal skin twice/wk, Week 5 and 6 Groups: control, As alone, TPA, As + TPA 20/group | Macroscopic skin papillomas/ mouse: none in control or arsenic alone, intermediate in TPA alone (~0.5/mouse),[b] "4-fold higher" (~2.1/mouse)[b] in arsenic + TPA | NR | Age at start, NR Purity, NR Survival unremarkable Specific quantitative microscopic analysis of skin tumours not included but confirmed as papillomas at termination Skin lesions only Incomplete reporting makes independent statistical analysis impossible |
| Mouse, Tg.AC homozygous (F) 24 wk Germolec et al. (1998) | 0 or 0.02% As in drinking-water, ad libitum throughout experiment 0, 1.25, 2.5 µg TPA/mouse in acetone topical to shaved dorsal skin twice/wk, Week 5 and 6 Groups: control, As alone, 1.25 TPA, 2.5 TPA, As + 1.25 TPA, As + 2.5 TPA 20/group | Macroscopic skin papillomas/ mouse: 0 in control, As alone, and 1.25 TPA alone; As + 1.25 TPA maximal ~5/ mouse,[b] 2.5 TPA ~3/mouse,[b] in arsenic + 2.5 TPA ~7/mouse[b] | NR | Age at start, 8 wk Purity, NR Survival impacted by high-dose TPA co-treatment but specifics not given Quantitative microscopic analysis of skin tumours not included but confirmed as papillomas at termination Skin lesions only Incomplete reporting makes independent statistical analysis impossible |

**Table 3.12 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, Crl: SKI-*hrBR* (hairless) (F) 29 wk Rossman et al. (2001) | 0, 10 mg/L sodium arsenite in drinking-water throughout experiment plus topical 1.7 kJ/m² solar irradiation (85% UVB, <1% UVC, 4% UVA, remainder visible; termed UVR) 3x/wk starting 3 wk after As until termination Groups: control, As alone, UVR alone, As + UVR 5–15; 5 controls | Skin (tumours): Macroscopic and microscopic analysis–0/5, 0/5 (control and As alone) Macroscopic analysis– Time to first occurrence: As + UVR earlier than UVR alone Microscopic analysis– Total tumours all mice: 53 (UVR), 127 (As + UVR) Highly invasive squamous cell carcinoma: 14/53 (26%, UVR), 64/127 (50%, As + UVR) Tumour volume: UVR smaller than As + UVR | P < 0.01 P < 0.01 P < 0.01 | Age at start, 3wk Purity, NR Survival and bw unremarkable Small control groups |
| Mouse, SKI (hairless), (NR) 29 wk Burns et al. (2004) | Experiment 1: 0, 1.25, 2.50, 5.00, 10.00 mg/L sodium arsenite in drinking-water plus topical 0 or 1.0 kJ/m² solar irradiation (UVR) 3x/wk, starting 3 wk after As to termination Experiment 2: 10.0 mg/L sodium arsenite in drinking-water from onset plus topical 1.7 kJ/m² UVR 3x/wk starting 3 wk after As to termination | Experiment 1: Skin tumours/mouse[d]: 2.4 (UVR), 5.4 (1.25 As + UVR), 7.21 (2.5 As + UVR), 11.1 (5.0 As + UVR), 6.8 (10.0 As + UVR) Experiment 2: Skin tumours/mouse[d]: 3.5 (UVR), 9.6 (As + UVR) Skin tumour incidence: 0/10, 0/10 (control and As alone both experiments) | [P < 0.01 all groups vs UVR alone[e]] [P < 0.01[f]] | Age, 3 wk Survival and bw unremarkable Specific quantitative microscopic analysis of skin tumours not reported but confirmed as primarily squamous cell carcinomas at termination Experiment 1 shows clear arsenic dose–response in enhancement through 5.0 mg/L by various criteria |

Arsenic and arsenic compounds

**Table 3.12 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, Crl: SKI-hrBR (hairless) (F) Duration, NR Uddin et al. (2005) | 0.5 mg/L sodium arsenite in drinking-water from onset; diet unsupplemented or with added vitamin E (62.5 IU/kg diet; basal 49.0 IU/kg) or p-XSC[e] (10 mg/kg diet) from onset. Topical 1.0 kJ/m² UVR[c] 3x/wk starting 3 wk after As to termination. Groups: UVR alone, UVR + As, UVR + As + Vitamin E, UVR + As + p-XSC[h] 10; 30 controls (UVR) | Macroscopic skin tumours/mouse: 3.60 (UVR alone), 7.00 (UVR + As), 3.27 (UVR + As + Vitamin E), 3.40 (UVR + As + p-XSC) | $P < 0.01$ (UVR vs UVR + As) $P < 0.01$ (UVR + As vs UVR + As + either dietary supplement) | Age at start, 3 wk Sodium arsenite, purity (NR), p-XSC Purity > 99% Survival and bw unremarkable Small control groups Vitamin E and p-XSC added as antioxidants Specific quantitative microscopic analysis of skin tumours not reported but random sampling (10 tumours/group) confirmed primarily squamous cell carcinomas at termination No untreated control or arsenic alone groups included |
| Mouse, Swiss-bald hairless (M) 25 wk Motiwale et al. (2005) | Treatment with 2 mg BA[i]/mL 25 μL topical once/wk for 2 wk Sodium arsenate 0 or 25 mg/L drinking-water for 25 wk Groups: Control, BA, As, BA + As 10/group | Macroscopic skin tumours/mouse: 0, 2.0, 0, 3.2[b] % large papillomas (≥ 3 mm) of total papillomas: 0, 16, 0, 65[d] | $P < 0.05$ (As + BA vs BA) $P < 0.05$ (As + BA vs BA) | Age at start, 8 wk Purity, NR Survival unremarkable Small group sizes Quantitative microscopic skin tumour incidence or multiplicity not reported though histologically confirmed |

[a]  12-O-tetradecanoyl-13-acetate.
[b]  Estimated from graphical presentation. No descriptive statistics included.
[c]  UVR as defined in Rossman et al. (2001) above.
[d]  Data included descriptive statistics.
[e]  Using Dunnett's multiple comparison test and not including arsenic alone and untreated control groups
[f]  Using Student's t-test.
[g]  1,4-Phenylbis(methylene)selenocyanate a synthetic organoselenium compound.
[h]  Some control groups are not discussed for the sake of brevity (UVR + Vitamin E and UVR +p-XSC).
[i]  9,10-dimethyl-1,2-benzanthracene.
F, female; M, male; NR, not reported; wk, week or weeks

75

of age, although arsenic treatment alone had no effect, it markedly increased the multiplicity of squamous cell carcinoma when combined with TPA compared to TPA alone (Waalkes *et al.*, 2008; see Table 3.13).

Prenatal sodium arsenite exposure via maternal drinking-water when combined with postnatal topical TPA exposure increased the liver tumour incidence and multiplicity in an arsenic-dose-related fashion (female offspring), and lung tumours (male offspring) compared to controls; effects not seen with TPA or arsenic alone (Waalkes *et al.*, 2004). Prenatal arsenic exposure followed by postnatal diethylstilbestrol increased uterine carcinoma, vaginal carcinoma, urinary bladder total proliferative lesions, and liver tumours in female offspring compared to controls; effects not seen with diethylstilbestrol or arsenic alone. In female offspring, prenatal arsenic exposure followed by postnatal tamoxifen administration similarly increased urinary bladder total proliferative lesions (Waalkes *et al.*, 2006a).

In male offspring, prenatal arsenic exposure followed by postnatal diethylstilbestrol increased the liver tumour response and urinary bladder total proliferative lesions effects when compared to controls; effects not seen with diethylstilbestrol or arsenic alone. In male offspring, prenatal arsenic exposure followed by postnatal tamoxifen increased liver tumour response, urinary bladder total tumours, and urinary bladder total proliferative lesions (Waalkes *et al.*, 2006b).

### 3.5.2 Rat

Rats that underwent partial hepatectomy followed by diethylnitrosamine injection and one week later by oral administration of sodium arsenite in the drinking-water for approximately 24 weeks showed an increased incidence of renal tumours, but arsenic treament alone had no effect (Shirachi *et al.*, 1983).

In a comprehensive study, rats were given an initial pretreatment with a mixture of organic carcinogens (including diethylnitrosamine, *N*-methyl-*N*-nitrosourea, 1,2-dimethylhydrazine, *N*-butyl-*N*-(4-hydroxybutyl)nitrosamine, and *N*-bis(2-hydroxypropyl)nitrosamine) by various routes, no treatment for 2 weeks and then DMA$^V$ (at four levels) in the drinking-water for 24 weeks, rats developed an increased incidence of tumours of urinary bladder with the combined carcinogen treatment and arsenical (Yamamoto *et al.*, 1995).

In another study in rats, *N*-butyl-*N*-(4-hydroxybutyl)nitrosamine in the drinking-water was used as an initiator for 4 weeks followed by four levels of DMA$^V$ for 32 weeks, and the combined treatment increased urinary bladder hyperplasia, papilloma, and carcinoma, but the arsenical treatment alone had no effect (Wanibuchi *et al.*, 1996).

## 3.6 Gallium arsenide

A single study (NTP, 2000) was judged to provide evidence for the carcinogenicity of gallium arsenide in rodents. In this report, B6C3F$_1$ mice and F344 rats were exposed via inhalation to various levels of gallium arsenide particulate for up to ~2 years, and the tumour response was assessed in various tissues (see Table 3.14).

### 3.6.1 Mouse

No treatment-related tumours were observed, but in both males and females, dose-related increases in the incidence in lung epithelial alveolar hyperplasia were reported.

### 3.6.2 Rat

In female rats, dose-related responses were reported for the incidence of lung alveolar/bronchiolar tumours and atypical hyperplasia

**Table 3.13 Studies where arsenic given before another agent enhances carcinogenesis while having no effect alone in experimental animals**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, Tg.AC (M, F) Homozygous 40 wk (*postpartum*) Waalkes et al. (2008) | Maternal exposure: 0, 42.5, 85 ppm arsenic in drinking-water, *ad libitum*, gestation Day 8–18 | Skin (tumours): Papillomas/mouse[a]– 0.5 (control), 0.9 (42.5 As), 0.12 (85 As), 17 (TPA[b]), 17 (42.5 As + TPA), 11 (85 As + TPA) | P < 0.05 (all TPA groups vs control; TPA alone vs 85As + TPA) | Age, 4 wk (offspring) Purity, NR Litters culled at 4 d *postpartum* to no more than 8 pups 10 pregnant mice used to randomly derive each group |
| | Offspring exposure[a]: TPA, 2 µg/0.1 mL acetone, topical twice/wk, applied to shaved dorsal skin, 4–40 wk of age (36 wk of TPA exposure) | Squamous cell carcinomas/mouse[a]: 0.04 (control), 0.06 (42.5 As), 0.04 (85 As), 0.57 (TPA), 1.31 (42.5 As + TPA), 1.49 (85 As + TPA) | P < 0.05 (all TPA groups vs control; all As + TPA groups vs TPA alone P < 0.01 (trend with As in TPA-treated mice) | Maternal water consumption and body unaltered Offspring weaned at 4 wk Offspring bw unaltered by arsenic All skin tumours were histopathologically diagnosed for stage and number per animal |
| | Offspring groups (M, F):[c] Without TPA: (0, 42.5, 85 ppm arsenic) With TPA: (0, 42.5, 85 ppm arsenic) 50/group | Incidence of mice with 3 or more squamous cell carcinomas: 0/49 (control), 0/47 (42.5 As), 0/48 (85 As), 1/47 (2%, TPA), 9/48 (19%, 42.5 As + TPA), 14/49 (29%, 85 As + TPA) | P < 0.05 (all TPA + As groups vs control or TPA alone) P < 0.01 (trend with As in TPA-treated mice) | Some mice were killed because of tumour burden during experiment but were not lost to observation Only skin tumours reported |

[a] Manuscript included descriptive statistics.
[b] 12-*O*-tetradecanoyl-13-acetate.
[c] Because initial analysis of tumours showed no gender-based differences between similarly treated groups of males and females, they were pooled for final assessment and are reported as such. Initial groups were made up of 25 M and 25 F mice.
bw, body weight; F, female; M, male; NR, not reported; vs, versus; wk, week or weeks

**Table 3.14 Studies of cancer in experimental animals exposed to gallium arsenide (inhalation exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, B6C3F₁ (M, F) 105 wk for M 106 wk for F NTP (2000) | 0, 0.1, 0.5, 1.0 mg/m³ 6 h/d, 5 d/wk 50/group/sex | **Females** Lung (epithelial alveolar hyperplasias):2/50 (4%), 5/50 (10%), 27/50 (54%), 43/50 (86%) Lung⁵ (adenomas or carcinomas): 7/50 (14%), 4/50 (8%), 4/50 (8%), 6/50 (12%) **Males** Lung (epithelial alveolar hyperplasias):4/50 (8%), 9/50 (18%), 39/50 (78%), 45/50 (90%) Lung⁵ (adenomas or carcinomas): 15/50 (30%), 14/50 (28%), 16/50 (32%), 13/50 (26%) | P ≤ 0.01 (high dose) P ≤ 0.01 (mid-dose) NS P ≤ 0.01 (high dose) P ≤ 0.01 (mid-dose) NS | Age at start, 6 wk Purity > 98% MMAD, 0.9–1.0 μm GSD, 1.8–1.9 μm Chamber controls used No reduced bw with treatment Survival unaltered No increases in tumour incidence |
| Rat, F344 (F) 105 wk NTP (2000) | 0, 0.01, 0.1, 1.0 mg/m³ 6 h/d, 5 d/wk 50/group/sex | **Females** Lung⁵ (adenomas): 0/50, 0/50, 2/50 (4%), 7/50 (14%) Lung (carcinomas): 0/50, 0/50, 2/50 (4%), 3/50 (6%) Lung (adenomas or carcinomas): 0/50, 0/50, 4/50 (8%), 9/50 (18%) Adrenal medulla:⁵ 4/50 (8%), 6/49 (12%), 6/50 (12%), 13/49 (27%) Mononuclear cell leukaemia: 22/50 (44%), 21/50 (42%), 18/50 (36%), 33/50 (66%) **Males** Lung (atypical hyperplasias): 0/50, 2/49 (4%), 5/50 (10%), 18/50 (36%) Lung⁵ (adenomas): 1/50 (2%), 0/49, 3/50 (6%), 2/50 (4%) Lung (carcinomas): 2/50 (4%), 0/49, 2/50 (4%), 1/50 (2%) Lung (adenomas or carcinomas): 3/50 (6%), 0/49, 5/50 (10%), 3/50 (6%) | P ≤ 0.01 (high dose) P ≤ 0.01 (trend) NS P ≤ 0.01 (high dose) P ≤ 0.01 (trend) P ≤ 0.01 (high dose) P ≤ 0.01 (trend) P ≤ 0.05 (high dose) P ≤ 0.01 (trend) P ≤ 0.01 (high dose) P ≤ 0.05 (mid-dose) NS NS NS | Age at start, 6 wk Purity > 98% MMAD, 0.9–1.0 μm GSD, 1.8–1.9 μm Chamber controls used Minimal decrease in body weight at high dose in second yr Survival unaltered No increases in tumour incidence in males |

ᵃ All lung tumours were of alveolar/bronchiolar origin.
ᵇ All tumours were benign pheochromocytoma except one which was malignant in the low-dose group.
d, day or days; F, female; h, hour or hours; M, male; NS, not significant; wk, week or weeks; yr, year or years

of the alveolar epithelium. In male rats, though treatment-related tumours were not observed, a dose-related increase in the incidence of atypical hyperplasia of the lung alveolar epithelium occurred. Atypical hyperplasia of the lung alveolar epithelium is considered potentially preneoplastic. In the female rats, dose-related increases in the incidence of adrenal medulla pheochromocytomas and an increase in mononuclear cell leukaemia at the highest dose were also reported (NTP, 2000).

### 3.6.3 Hamster

Another study using intratracheal instillation of gallium arsenide in hamsters (Ohyama et al., 1988) was judged inadequate due to critical design flaws (short duration, small groups, etc.) with no indication of tumours.

## 3.7 Synthesis

Oral administration of sodium arsenate and DMA$^V$ induced lung tumours in mice. Calcium arsenate induced lung tumours in hamsters by oral and intratracheal administration. Pre- and postnatal exposure in mice to arsenic trioxide, through subcutaneous injections (maternal and postnatal), induced lung tumours in the offspring. Transplacental exposure via maternal oral exposure in mice to sodium arsenite during gestation induced lung, liver, ovary and adrenal tumours in the offspring in several studies, and the uterus in one study. Early life transplacental and perinatal exposure to sodium arsenite appears to be a time of particular sensitivity in terms of carcinogenesis.

Oral exposure to DMA$^V$ induced urinary bladder tumours in several studies in rats and among studies in mice, only one showed negative results. Oral trimethylarsine induced liver tumours in rats. Chronic oral exposure to MMA$^V$ did not produce tumours in rats and mice. [The Working Group considered that previous traditional bioassays for arsenicals for adult rodents were frequently negative in their final evaluations.]

Inhalation of gallium arsenide causes lung and adenal tumours in rats but not in mice.

In multiple studies, initiating, promoting or co-carcinogenic activity was demonstrated in the urinary bladder, skin, female reproductive tract, kidney, lung, liver and thyroid after exposure to inorganic arsenicals or DMA$^V$ in drinking-water or by transplacental exposure.

# 4. Other Relevant Data

## 4.1 Absorption, distribution, metabolism, and excretion

Most inorganic arsenic compounds are readily absorbed after oral exposure (about 80–90% for soluble compounds, and a smaller percentage for less soluble compounds), less well absorbed after inhalation (better for small particulates and soluble arsenicals), and least well absorbed after dermal exposure (NRC, 1999; IARC, 2004). Large airborne arsenic-containing particulates that are deposited in the upper airways may also be absorbed in the intestine if they are later swallowed. Hamsters exposed to gallium arsenide by the oral route or by intratracheal instillation showed the presence of As$^{III}$ in blood and urine, but the majority of the gallium arsenide was excreted in faeces, indicating that absorption was limited by its insolubility. Absorption was about 30 times higher after intratracheal installation than by the oral route (Carter et al., 2003).

The transport of As$^V$ is thought to take place via phosphate transporters (Csanaky & Gregus, 2001). The sodium-coupled phosphate transporter NaPi-IIb may be responsible in part for the intestinal and hepatic uptake of As$^V$ (Villa-Bellosta & Sorribas, 2008). As$^{III}$ enters the cell by aquaglyceroporins 9 and 7 (Liu et al., 2004),

IARC MONOGRAPHS – 100C

although another major pathway for the uptake of $As^{III}$ and $MMA^{III}$ (see below) is probably via hexose permeases (Rosen & Liu, 2009). Because $As^V$ is rapidly reduced to $As^{III}$ once it enters the cell (Carter et al., 2003), the faster rate of cellular uptake of $As^{III}$, compared with $As^V$, may be part of the explanation for the greater toxicity of $As^{III}$ (Bertolero et al., 1987; Dopp et al., 2004). However, the much higher chemical reactivity of $As^{III}$, compared to that of $As^V$ is the major explanation. Some data suggests that glyceraldehyde 3-phosphate dehydrogenase (GAPDH) functions as a cytosolic $As^V$ reductase in vivo (Németi et al., 2006), although there are other candidate enzymes for this reaction (Aposhian et al., 2004). $As^{III}$ can react with cellular glutathione (GSH), either spontaneously or enzymatically, to form the tri-glutathione complex $As(SG)_3$ (Leslie et al., 2004; Rey et al., 2004).

$As^{III}$ is metabolized by stepwise methylation, mainly in the liver. Although some details of inorganic arsenic metabolism remain uncertain (Aposhian & Aposhian, 2006), it is clear that the enzyme arsenic (+3 oxidation state) methyltransferase (AS3MT) is involved (Thomas et al., 2007). Two schemes have been proposed for the methylation.

> Reduction: $As^V$ + thiol → $As^{III}$
> Oxidative methylation: $As^{III}$ + SAM → monomethylarsonate ($MMA^V$)
> Reduction: $MMA^V$ + thiol → $MMA^{III}$
> Oxidative methylation: $MMA^{III}$ + SAM → dimethylAs$^V$ ($DMA^V$)
> Reduction: $DMA^V$ + thiol → $DMA^{III}$

Scheme 1: Inorganic arsenic metabolic pathway in mammals. $As^{III}$ methylation is catalysed by AS3MT using S-adenosylmethionine (SAM) as a methyl donor and thioredoxin (or, less efficiently, other thiols such as glutaredoxin or lipoic acid) as a reductant. $MMA^{III}$: monomethylarsonous acid; $MMA^V$: monomethylarsonic acid; $DMA^{III}$: dimethylarsinous acid; $DMA^V$: dimethylarsinic acid

> $As(SG)_3$ + SAM → $MMA^{III}$ $(SG)_2$
> $MMA^{III}$ $(SG)_2$ + SAM → $DMA^{III}$ (SG)

Scheme 2: The use of $As(SG)_3$ (tri-glutathione complex) as a substrate for methylation (Hayakawa et al., 2005). Each of the glutathione (GSH) complexes can also decompose to yield GSH and $MMA^{III}$ or $DMA^{III}$, which can then form $MMA^V$ and $DMA^V$, respectively.

Neither reaction scheme necessarily goes to completion in vivo.

Evidence shows that exposure to arsine gas ($AsH_3$) results in the same metabolites as described above, but arsenobetaine found in seafood does not get metabolized in humans (Crecelius, 1977; Luten et al., 1982; Le et al., 1993, 1994; Buchet et al., 1996; Schmeisser et al., 2006). Information is not currently available on the other organo-arsenic compounds in seafood (Lai et al., 2004).

Dimethylthioarsinic acid ($DMMTA^V$) and dimethyldithioarsinic acid ($DMDTA^V$) can be formed from $DMA^{III}$ in red blood cells, and possibly in other cells (Naranmandura et al., 2007; Suzuki et al., 2007). These compounds have been observed in the urine of arsenic-exposed individuals (Raml et al., 2007). They may have been misidentified as $MMA^{III}$ and $DMA^{III}$ in most studies (Hansen et al., 2004).

Most organisms detoxify inorganic arsenic by cellular efflux (Rosen & Liu, 2009). In fibroblasts and other non-methylating cells, protection against arsenic takes place by specific mechanisms for $As(SG)_3$ efflux catalysed by multidrug-resistance-associated protein-transport ATPases MRP1 and MRP2, and maybe others (Kala et al., 2000; Leslie et al., 2004). These efflux pumps may also remove methylated arsenic–glutathione (As–GSH) complexes.

The rat is not a good model for the human in studying the toxicokinetics of arsenic because rat haemoglobin has a much higher affinity for trivalent arsenic species compared with human haemoglobin (Lu et al., 2004). In mice, chronic

exposure (12 weeks) to $As^V$ via drinking-water led to total tissue arsenic accumulation in the following ranking: kidney > lung > bladder > > > skin > blood > liver (Kenyon et al., 2008). Monomethylated arsenic species (MMAs) predominated in the kidney, and dimethylated arsenic species (DMAs) predominated in the lung. Urinary bladder and skin had about equal ratios of inorganic arsenic and DMAs. The proportions of different arsenic species in urinary bladder tissue did not match those in urine.

In a study of intratracheal instillation of gallium arsenide, although substantial levels of arsenic were detected in blood and urine, no gallium was detected except for the amount that was left in the lung (Carter et al., 2003).

Human exposure to arsenic is mainly via drinking-water. Trivalent arsenicals are eliminated via the bile, and pentavalent arsenicals are mainly eliminated by urinary excretion (Gregus et al., 2000; Kala et al., 2000; Csanaky & Gregus, 2002). Most population groups exposed mainly via drinking-water excrete 60–70% DMAs and 10–20% MMAs, the remainder 10–30% being inorganic compounds (Vahter, 2000). [The Working Group noted that this study did not include thiolated compounds, which had not yet been discovered.] Interindividual differences in methylation patterns may reflect genetic polymorphisms in AS3MT, and/or variability in the activities of different reductants (Thomas et al., 2007).

## 4.2 Genetic and related effects

Arsenicals do not react directly with DNA, but cells treated with low concentrations of trivalent arsenicals show increased oxidative DNA damage (Wang et al., 2002; Schwerdtle et al., 2003; Shi et al., 2004; Ding et al., 2005; Wang et al., 2007a). $As^{III}$ and $MMA^{III}$ are equally potent inducers of oxidative DNA damage in human urothelial cells, where they are equally toxic (Wang et al., 2007a). Cytotoxic concentrations

of trivalent arsenicals also cause DNA strand breaks and/or alkali-labile sites (Kligerman et al., 2003; Klein et al., 2007). In mice, $DMA^V$ causes lung-specific DNA damage attributed to the DMA peroxy radical $(CH_3)_2AsOO$ (Yamanaka & Okada, 1994), which can also induce DNA strand breaks and DNA–protein crosslinks in cultured cells (Tezuka et al., 1993).

Gallium arsenide and other arsenicals are not mutagenic in the Ames test (NTP, 2000; IARC, 2004). There was no increase in frequency of micronucleated erythrocytes in mice exposed to gallium arsenide by inhalation for 14 weeks (NTP, 2000).

Despite the fact that low (non-toxic) concentrations of trivalent arsenicals cause oxidative DNA damage such as 8-hydroxy-2′-deoxyguanosine, which is expected to cause G→T transversions, neither $As^{III}$, $MMA^{III}$ nor $DMA^{III}$ are significant point mutagens (Rossman, 2003; Klein et al., 2007). This may be due to the efficient removal of oxidative DNA lesions (Fung et al., 2007; Pu et al., 2007b). At toxic concentrations, $As^{III}$ increased large-deletion mutations in human/hamster hybrid cells through a mechanism mediated by reactive oxygen species (Hei et al., 1998). $MMA^{III}$ and $DMA^{III}$ are weakly mutagenic in mouse lymphoma L5178Y cells, but only at toxic concentrations, and yield mostly deletions (Moore et al., 1997; Kligerman et al., 2003).

Using a transgenic cell line that readily detects deletions as well as point mutations, statistically significant mutagenesis was never observed for $DMA^{III}$, and was only seen for $As^{III}$ or $MMA^{III}$ at toxic concentrations. $MMA^{III}$ yielded a mutant fraction about 4-fold over background at 11% survival, and 79% of these mutants were deletions (Klein et al., 2007).

$As^{III}$, $MMA^{III}$, and $DMA^{III}$ can induce chromosomal aberrations in vitro (Oya-Ohta et al., 1996; Kligerman et al., 2003). Statistically significant increases in chromosomal aberrations occur only at toxic doses (Klein et al., 2007), except as a secondary effect of genomic

instability in long-term, low-dose treatment protocols (Sciandrello et al., 2004). An analysis of micronuclei induced by As[III] in human fibroblasts shows that at lower (relatively non-toxic) doses, As[III] acts as an aneugen by interfering with spindle function and causing micronuclei with centromeres, but at high (toxic) doses, it acts as a clastogen, inducing micronuclei without centromeres (Yih & Lee, 1999). Aneuploidy is seen after treatment with As[III] concentrations lower than those that cause chromosomal aberrations (Yih & Lee, 1999; Ochi et al., 2004; Sciandrello et al., 2002, 2004). Aneuploidy associated with disruption of spindle tubulin has been reported in other cells treated with arsenicals (Huang & Lee, 1998; Kligerman & Tennant, 2007; Ramírez et al., 2007). Disrupted mitotic spindles and induced persistent aneuploidy were maintained even 5 days after As[III] removal (Sciandrello et al., 2002). Humans exposed to high concentrations of inorganic arsenic in drinking-water also show increased micronuclei in lymphocytes, exfoliated bladder epithelial cells and buccal mucosa cells, and sometimes chromosomal aberrations and sister chromatid exchange in whole-blood lymphocyte cultures (Basu et al., 2001). Micronuclei and chromosomal aberrations are also induced in mice after intraperitoneal treatment with As[III] (IARC, 2004).

Long-term low-dose treatment of human osteosarcoma cells with As[III] (but not MMA[III]) resulted in increased mutagenesis and transformation as a secondary effect of genomic instability (Mure et al., 2003). In Chinese hamster V79–13 cells grown in the presence of low concentrations of As[III], genomic instability (measured by chromosomal aberrations in later generations) followed earlier changes in DNA methylation and aneuploidy (Sciandrello et al., 2002, 2004). Other studies report gene amplification (Lee et al., 1988; Rossman & Wolosin, 1992), and changes in gene expression, e.g. by DNA methylation changes (Liu et al., 2006b; Klein et al., 2007; Reichard et al., 2007; Liu &

Waalkes, 2008). Alterations of DNA methylation, along with histone modification, were seen in cells treated with As[III] and MMA[III] (Jensen et al., 2008; Zhou et al., 2008). Global DNA hypomethylation, along with hypermethylation of specific genes, was demonstrated in several As[III]-transformed cells (Benbrahim-Tallaa et al., 2005a; Liu & Waalkes, 2008). Oxidative damage to DNA has been shown to cause changes in DNA methylation (Cerda & Weitzman, 1997), suggesting a mechanism by which As[III] may induce this effect. Changes in DNA methylation patterns could also result from altered SAM pools or downregulation of DNA methyltransferases (Hamadeh et al., 2002; Benbrahim-Tallaa et al., 2005a; Reichard et al., 2007; Liu & Waalkes, 2008). Altered DNA methylation has also been observed in arsenic-exposed humans (Chanda et al., 2006; Marsit et al., 2006).

Although not a mutagen, As[III] can enhance the mutagenicity of other agents (Rossman, 2003; Danaee et al., 2004; Fischer et al., 2005). Co-mutagenesis may occur by interference with both nucleotide-excision repair and base-excision repair (Hartwig et al., 2002; Rossman, 2003; Danaee et al., 2004; Wu et al., 2005; Shen et al., 2008). Nucleotide-excision repair was blocked in human fibroblasts with the following potency: MMA[III] > DMA[III] > As[III] (Shen et al., 2008). As[III] is not a very effective inhibitor of DNA-repair enzymes (Snow et al., 2005). Rather, it appears to affect DNA-damage signalling events that control DNA repair. One of these is poly(ADP-ribose) polymerase (PARP) (Hartwig et al., 2003; Qin et al., 2008). PARP-1, the major PARP, is involved in base-excision repair by interacting with DNA-repair protein XRCC1, DNA polymerase β, and DNA ligase III. This might explain the inhibition of the ligation step of base-excision repair by As[III] (Li & Rossman, 1989). MMA[III] and DMA[III] are more effective PARP inhibitors than is As[III] (Walter et al., 2007). The inhibition of PARP (and other proteins such as XPA) may be

mediated by the displacement of zinc (Zn) at Zn fingers (Schwerdtle et al., 2003; Qin et al., 2008).

Another important signal pathway affected by As[III] is that mediated by tumour-suppressor gene *Tp53*. As[III] was shown to prevent the activation of the P53 protein and the downstream expression of p21 after genotoxic insult (Vogt & Rossman, 2001; Tang et al., 2006; Shen et al., 2008). This has the effect of overriding the growth arrest at G1 (normally an opportunity for DNA repair to take place before DNA replication) in cells with DNA damage, and might explain part of the co-mutagenic effect (Vogt & Rossman, 2001; Hartwig et al., 2002; Mudipalli et al., 2005). p53 is also required for proficient global nucleotide-excision repair (Ferguson & Oh, 2005). The inhibition of thioredoxin reductase by As[III], MMA[III] and DMA[III] (Lin et al., 1999) would cause the accumulation of oxidized thioredoxin, which may be partially responsible for p53 malfunction, as is shown in yeast (Merwin et al., 2002). The upregulation of positive growth genes such as cyclin D by low concentrations of As[III] would also tend to drive cells to cycle inappropriately (Trouba et al., 2000; Vogt & Rossman, 2001; Luster & Simeonova, 2004).

In addition to inhibiting particular proteins, As[III] (at slightly toxic concentrations) can down-regulate expression of some DNA repair genes (Hamadeh et al., 2002; Andrew et al., 2006; Sykora & Snow, 2008). However, very low, non-toxic concentrations, may have the opposite effect of upregulating DNA repair, concomitant with antioxidant defenses (Snow et al., 2005; Sykora & Snow, 2008).

## 4.3 Co-carcinogenic and *in utero* carcinogenic effects

There are several non-genotoxic actions of As[III] (sometimes demonstrated also for its trivalent metabolites) that may contribute to arsenic-induced carcinogenesis. The effects of As[III] on

preventing blockage of the cell cycle after genotoxic insult by a second agent were discussed above. In addition, low concentrations of As[III] in the absence of a second agent can also stimulate cell proliferation *in vitro* (Germolec et al., 1997; Trouba et al., 2000; Vogt & Rossman, 2001; Benbrahim-Tallaa et al., 2005b; Komissarova et al., 2005), and *in vivo* (Germolec et al., 1998; Burns et al., 2004; Luster & Simeonova, 2004). The concentration-dependent increase in proliferation of human keratinocytes after 24 hours of treatment with arsenicals followed the potency trend: DMA[III] > MMA[III] > As[III] (Mudipalli et al., 2005). As[III] upregulates pro-growth proteins such as cyclin D1, c-myc, and E2F-1 (Trouba et al., 2000; Vogt & Rossman, 2001; Ouyang et al., 2007). The increased proliferation in mouse skin by As[III] alone (in drinking-water) is not sufficient to induce skin cancer (Burns et al., 2004), but may contribute to its co-carcinogenesis with solar ultraviolet. As[III] was found to block the differentiation of skin cells, resulting in increased numbers of keratinocyte stem cells, the cells that proliferate (Patterson & Rice, 2007; Waalkes et al., 2008). Because tumours may arise from stem cells, this would increase the pool of target cells for cancer of the skin.

Another mechanism for arsenic-related carcinogenesis might be acquired resistance to apoptosis. Long-term growth of human skin cells (HaCaT) in the presence of low concentrations of As[III] resulted in cells with a generalized resistance to apoptosis (Pi et al., 2005). This may allow the survival of cells with DNA damage, thus facilitating tumorigenesis. Even short-term exposure to As[III] affected the apoptotic response to solar UV in a mouse keratinocyte cell line (Wu et al., 2005) or to UVB in normal human keratinocytes (Chen et al., 2005b). It is possible that the loss of the P53 function partially mediates the reduction in apoptotic response (Chen et al., 2005b).

Numerous studies report increased inflammation after As[III] exposure (NRC, 1999; Straub

*et al.*, 2007). The transcription factor NF-κB is involved in the inflammatory response, and As[III] causes oxidant-dependent activation of NF-κB (Barchowsky *et al.*, 1999). Activation of the NF-κB inflammatory signalling pathway was seen in infants born to As[III]-exposed mothers in Bangladesh (Fry *et al.*, 2007).

As[III] can disrupt the signalling of the estrogen receptor, glucocorticoid receptor, and of other steroids *in vivo* and *in vitro* (Benbrahim-Tallaa *et al.*, 2005b, 2007; Liu *et al.*, 2007; Davey *et al.*, 2008). Submicromolar concentrations of As[III] stimulate the transcription of several steroid receptors, but slightly higher concentrations (1–3 μM) are inhibitory (Bodwell *et al.*, 2006). Exposure of mice *in utero* to As[III] in a protocol leading to hepatocarcinogenesis resulted in altered expression of numerous genes involved in estrogen signalling or steroid metabolism, as well as hypomethylation of estrogen receptor α (Liu & Waalkes, 2008).

Angiogenesis, which provides a blood supply to developing tumours, is stimulated by very low concentrations of As[III] (Mousa *et al.*, 2007; Straub *et al.*, 2007). This activity can be blocked by selenium compounds (Mousa *et al.*, 2007), which also blocks As[III]-induced co-carcinogenesis with UV and delays mutagenesis (Uddin *et al.*, 2005).

Many of these effects depend on altered gene expression that can result from genetic and epigenetic effects discussed above. Changes in gene expression by As[III] can also be mediated by the alteration of iRNA patterns (Marsit *et al.*, 2006). Some short-term changes in gene expression (e.g. changes in the expression of DNA-repair proteins or DNA methyltransferases) can result in long-term changes. Genome-wide changes in gene expression and signal transduction induced by arsenicals have been reported in several publications (Su *et al.*, 2006; Kumagai & Sumi, 2007; Ghosh *et al.*, 2008).

## 4.4 Synthesis

In the human body, inorganic arsenic compounds are converted to As[III] and As[V]. As[V] is rapidly converted to As[III]. As[III] species are more toxic and bioactive than are As[V] species, both because of the greater chemical reactivity of As[III], and because As[III] enters cells more easily.

For inorganic arsenic and its metabolites, the evidence points to weak or non-existent direct mutagenesis, which is seen only at highly cytotoxic concentrations. On the other hand, long-term, low-dose exposure to inorganic arsenic – more relevant to human exposure – is likely to cause increased mutagenesis as a secondary effect of genomic instability, perhaps mediated by increased levels of reactive oxygen species, as well as co-mutagenesis with other agents. The major underlying mechanisms observed at low concentrations include the rapid induction of oxidative DNA damage and DNA-repair inhibition, and slower changes in DNA-methylation patterns, aneuploidy, and gene amplification. Gene amplification, altered DNA methylation, and aneuploidy lead to altered gene expression, and genomic instability. Inhibition of DNA repair leads to co-mutagenicity as well. These effects are consistent with the animal carcinogenicity data, in which As[III] is a transgenerational carcinogen – with exposure being present during many cell generations – and in results observed in co-carcinogenicity studies.

For bladder tumours induced by high doses of DMA[V] in the rat, the mechanism is likely to involve sustained cytotoxicity followed by stress-related cell proliferation, leading to genomic instability.

Inflammation and cytotoxicity may play a role in lung tumours induced by gallium arsenide in female rats.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of mixed exposure to inorganic arsenic compounds, including arsenic trioxide, arsenite, and arsenate. Inorganic arsenic compounds, including arsenic trioxide, arsenite, and arsenate, cause cancer of the lung, urinary bladder, and skin. Also, a positive association has been observed between exposure to arsenic and inorganic arsenic compounds and cancer of the kidney, liver, and prostate.

There is *sufficient evidence* in experimental animals for the carcinogenicity of dimethylarsinic acid, calcium arsenate, and sodium arsenite.

There is *limited evidence* in experimental animals for the carcinogenicity of sodium arsenate, gallium arsenide, arsenic trioxide, and trimethylarsine oxide.

There is *inadequate evidence* in experimental animals for the carcinogenicity of monomethylarsonic acid and arsenic trisulfide.

In view of the overall findings in animals, there is *sufficient evidence* in experimental animals for the carcinogenicity of inorganic arsenic compounds.

Arsenic and inorganic arsenic compounds are *carcinogenic to humans (Group 1)*.

Dimethylarsinic acid and monomethylarsonic acid are *possibly carcinogenic to humans (Group 2B)*.

Arsenobetaine and other organic arsenic compounds not metabolized in humans, are *not classifiable as to their carcinogenicity to humans (Group 3)*.

The Working Group made the overall evaluation on 'arsenic and inorganic arsenic compounds' rather than on some individual arsenic compounds, based on the combined results of epidemiological studies, carcinogenicity studies in experimental animals, and data on the chemical characteristics, metabolism, and modes of action of carcinogenicity.

Elemental arsenic and inorganic arsenic species share the same metabolic pathway: arsenate→arsenite→methylarsonate→dimethylarsenite. Thus, independent of the mechanisms of the carcinogenic action, and independent of which of the metabolites is the actual ultimate carcinogen, different inorganic arsenic species should be considered as carcinogenic.

## References

Andrew AS, Burgess JL, Meza MM *et al.* (2006). Arsenic exposure is associated with decreased DNA repair in vitro and in individuals exposed to drinking water arsenic. *Environ Health Perspect*, 114: 1193–1198. doi:10.1289/ehp.9008 PMID:16882524

Aphoshian HV & Aphoshian MM (2006). Arsenic toxicology: five questions. *Chem Res Toxicol*, 19: 1–15. doi:10.1021/tx050106d PMID:16411650

Aphoshian HV, Zakharyan RA, Avram MD *et al.* (2004). A review of the enzymology of arsenic metabolism and a new potential role of hydrogen peroxide in the detoxication of the trivalent arsenic species. *Toxicol Appl Pharmacol*, 198: 327–335. doi:10.1016/j.taap.2003.10.027 PMID:15276412

Arnold LL, Eldan M, Nyska A *et al.* (2006). Dimethylarsinic acid: results of chronic toxicity/oncogenicity studies in F344 rats and in B6C3F1 mice. *Toxicology*, 223: 82–100. doi:10.1016/j.tox.2006.03.013 PMID:16677751

Arnold LL, Eldan M, van Gemert M *et al.* (2003). Chronic studies evaluating the carcinogenicity of monomethylarsonic acid in rats and mice. *Toxicology*, 190: 197–219. doi:10.1016/S0300-483X(03)00165-3 PMID:12927375

ATSDR (2007). *Toxicological Profile for Arsenic*. Atlanta, Georgia.

Barchowsky A, Klei LR, Dudek EJ *et al.* (1999). Stimulation of reactive oxygen, but not reactive nitrogen species, in vascular endothelial cells exposed to low levels of arsenite. *Free Radic Biol Med*, 27: 1405–1412. doi:10.1016/S0891-5849(99)00186-0 PMID:10641735

Basu A, Mahata J, Gupta S, Giri AK (2001). Genetic toxicology of a paradoxical human carcinogen, arsenic: a review. *Mutat Res*, 488: 171–194. doi:10.1016/S1383-5742(01)00056-4 PMID:11344043

Benbrahim-Tallaa L, Waterland RA, Styblo M *et al.* (2005a). Molecular events associated with arsenic-induced malignant transformation of human prostatic epithelial cells: aberrant genomic DNA methylation and K-ras oncogene activation. *Toxicol Appl Pharmacol*, 206: 288–298. doi:10.1016/j.taap.2004.11.017 PMID:16039940

Benbrahim-Tallaa L, Webber MM, Waalkes MP (2005b). Acquisition of androgen independence during arsenic-induced malignant prostate epithelial cells during arsenic-induced malignant transformation. *Environ Health Perspect*, 113: 1134–1139. doi:10.1289/ehp.7832 PMID:16140617

Benbrahim-Tallaa L, Webber MM, Waalkes MP (2007). Mechanisms of acquired androgen independence during arsenic-induced malignant transformation of human prostate epithelial cells. *Environ Health Perspect*, 115: 243–247. doi:10.1289/ehp.9630 PMID:17384772

Bertolero F, Pozzi G, Sabbioni E, Saffiotti U (1987). Cellular uptake and metabolic reduction of pentavalent to trivalent arsenic as determinants of cytotoxicity and morphological transformation. *Carcinogenesis*, 8: 803–808. doi:10.1093/carcin/8.6.803 PMID:3608077

Bodwell JE, Gosse JA, Nomikos AP, Hamilton JW (2006). Arsenic disruption of steroid receptor gene activation: Complex dose-response effects are shared by several steroid receptors. *Chem Res Toxicol*, 19: 1619–1629. doi:10.1021/tx060122q PMID:17173375

Buchet JP, Lison D, Ruggeri M et al. (1996). Assessment of exposure to inorganic arsenic, a human carcinogen, due to the consumption of seafood. *Arch Toxicol*, 70: 773–778. doi:10.1007/s002040050339 PMID:8896724

Burns FJ, Uddin AN, Wu F et al. (2004). Arsenic-induced enhancement of ultraviolet radiation carcinogenesis in mouse skin: a dose-response study. *Environ Health Perspect*, 112: 599–603. PMID:15064167

CAREX Canada (2011). Available at: http://www.carexcanada.ca/en/arsenic/occupational_exposure_estimates/phase_2/

Carter DE, Aposhian HV, Gandolfi AJ (2003). The metabolism of inorganic arsenic oxides, gallium arsenide, and arsine: a toxicochemical review. *Toxicol Appl Pharmacol*, 193: 309–334. doi:10.1016/j.taap.2003.07.009 PMID:14678742

Cerda S & Weitzman SA (1997). Influence of oxygen radical injury on DNA methylation. *Mutat Res*, 386: 141–152. doi:10.1016/S1383-5742(96)00050-6 PMID:9113115

Chanda S, Dasgupta UB, Guhamazumder D et al. (2006). DNA hypermethylation of promoter of gene p53 and p16 in arsenic-exposed people with and without malignancy. *Toxicol Sci*, 89: 431–437. doi:10.1093/toxsci/kfj030 PMID:16251483

Chen C-J & Chiou H-Y (2001). Chen and Chiou Respond to 'Arsenic and cancer of the urinary tract' by Cantor. *Am J Epidemiol*, 153: 422–423. doi:10.1093/aje/153.5.422 PMID:11226972

Chen C-J, Chuang Y-C, Lin T-M, Wu H-Y (1985). Malignant neoplasms among residents of a blackfoot disease-endemic area in Taiwan: high-arsenic artesian well water and cancers. *Cancer Res*, 45: 5895–5899. PMID:4053060

Chen C-J, Chuang Y-C, You S-L et al. (1986). A retrospective study on malignant neoplasms of bladder, lung and liver in blackfoot disease endemic area in Taiwan. *Br J Cancer*, 53: 399–405. PMID:3964542

Chen C-J, Kuo T-L, Wu M-M (1988a). Arsenic and cancers. *Lancet*, 331: 414–415. doi:10.1016/S0140-6736(88)91207-X PMID:2893213

Chen C-J & Wang C-J (1990). Ecologalal correlation between arsenic level in well water and age-adjusted mortality from malignant neoplasms. *Cancer Res*, 50: 5470–5474. PMID:2386951

Chen C-J, Wu M-M, Lee S-S et al. (1988b). Atherogenicity and carcinogenicity of high-arsenic artesian well water. Multiple risk factors and related malignant neoplasms of blackfoot disease. *Arteriosclerosis*, 8: 452–460. PMID:3190552

Chen CL, Hsu LI, Chiou HY et al.Blackfoot Disease Study Group. (2004). Ingested arsenic, cigarette smoking, and lung cancer risk: a follow-up study in arseniasis-endemic areas in Taiwan. *JAMA*, 292: 2984–2990. doi:10.1001/jama.292.24.2984 PMID:15613666

Chen P-H, Lan C-CE, Chiou M-H et al. (2005b). Effects of arsenic and UVB on normal human cultured keratinocytes: impact on apoptosis and implication on photocarcinogenesis. *Chem Res Toxicol*, 18: 139–144. doi:10.1021/tx049834b PMID:15720117

Chen YC, Su HJ, Guo YL et al. (2003). Arsenic methylation and bladder cancer risk in Taiwan. *Cancer Causes Control*, 14: 303–310. doi:10.1023/A:1023905900171 PMID:12846360

Chen YC, Su HJ, Guo YL et al. (2005a). Interaction between environmental tobacco smoke and arsenic methylation ability on the risk of bladder cancer. *Cancer Causes Control*, 16: 75–81. doi:10.1007/s10552-004-2235-1 PMID:15868449

Chiang HS, Guo HR, Hong CL et al. (1993). The incidence of bladder cancer in the black foot disease endemic area in Taiwan. *Br J Urol*, 71: 274–278. doi:10.1111/j.1464-410X.1993.tb15942.x PMID:8477313

Chiou HY, Chiou ST, Hsu YH et al. (2001). Incidence of transitional cell carcinoma and arsenic in drinking water: a follow-up study of 8,102 residents in an arseniasis-endemic area in northeastern Taiwan. *Am J Epidemiol*, 153: 411–418. doi:10.1093/aje/153.5.411 PMID:11226969

Chiou HY, Hsueh Y-M, Liaw K-F et al. (1995). Incidence of internal cancers and ingested inorganic arsenic: a seven-year follow-up study in Taiwan. *Cancer Res*, 55: 1296–1300. PMID:7882325

Crecelius EA (1977). Changes in the chemical speciation of arsenic following ingestion by man. *Environ Health Perspect*, 19: 147–150. doi:10.2307/3428467 PMID:908293

Csanaky I & Gregus Z (2001). Effect of phosphate transporter and methylation inhibitor drugs on the disposition of arsenate and arsenite in rats. *Toxicol Sci*, 63: 29–36. doi:10.1093/toxsci/63.1.29 PMID:11509741

Csanaky I & Gregus Z (2002). Species variations in the biliary and urinary excretion of arsenate, arsenite and their metabolites *Comp Biochem Physiol*, 131: Part C355–365. PMID:11912060

Cui X, Wakai T, Shirai Y *et al.* (2006). Chronic oral exposure to inorganic arsenate interferes with methylation status of p16INK4a and RASSF1A and induces lung cancer in A/J mice. *Toxicol Sci*, 91: 372–381. doi:10.1093/toxsci/kfj159 PMID:16543296

Cuzick J, Sasieni P, Evans S (1992). Ingested arsenic, keratoses, and bladder cancer. *Am J Epidemiol*, 136: 417–421. PMID:1415161

Danaee H, Nelson HH, Liber H *et al.* (2004). Low dose exposure to sodium arsenite synergistically interacts with UV radiation to induce mutations and alter DNA repair in human cells. *Mutagenesis*, 19: 143–148. doi:10.1093/mutage/geh010 PMID:14981161

Davey JC, Nomikos AP, Wungjiranirun M *et al.* (2008). Arsenic as an endocrine disruptor: arsenic disrupts retinoic acid receptor-and thyroid hormone receptor-mediated gene regulation and thyroid hormone-mediated amphibian tail metamorphosis. *Environ Health Perspect*, 116: 165–172. doi:10.1289/ehp.10131 PMID:18288313

Ding W, Hudson LH, Liu KJ (2005). Inorganic arsenic compounds cause oxidative damage to DNA and proteins by inducing ROS and RNS generation in human keratinocytes. *Mol Cell Biol*, 279: 104–112.

Dopp E, Hartmann LM, Florea AM *et al.* (2004). Uptake of inorganic and organic derivatives of arsenic associated with induced cytotoxic and genotoxic effects in Chinese hamster ovary (CHO) cells. *Toxicol Appl Pharmacol*, 201: 156–165. doi:10.1016/j.taap.2004.05.017 PMID:15541755

Enterline PE, Henderson VL, Marsh GM (1987). Exposure to arsenic and respiratory cancer. A reanalysis. *Am J Epidemiol*, 125: 929–938. PMID:3578251

Ferguson BE & Oh DH (2005). Proficient global nucleotide excision repair in human keratinocytes but not in fibroblasts deficient in p53. *Cancer Res*, 65: 8723–8729. doi:10.1158/0008-5472.CAN-05-1457 PMID:16204041

Ferreccio C, González C, Milosavjlevic V *et al.* (2000). Lung cancer and arsenic concentrations in drinking water in Chile. *Epidemiology*, 11: 673–679. doi:10.1097/00001648-200011000-00010 PMID:11055628

Fischer JM, Robbins SB, Al-Zoughool M *et al.* (2005). Co-mutagenic activity of arsenic and benzo[a]pyrene in mouse skin. *Mutat Res*, 588: 35–46. PMID:16242380

Fry RC, Navasumrit P, Valiathan C *et al.* (2007). Activation of inflammation/NF-kappaB signalling in infants born to arsenic-exposed mothers. [not in text] *PLoS Genet*, 3: e207 doi:10.1371/journal.pgen.0030207 PMID:18039032

Fung H, Liu P, Demple B (2007). ATF4-Dependent Oxidative Induction of the DNA Repair Enzyme Ape1 Counteracts Arsenite Cytotoxicity and Suppresses Arsenite-Mediated Mutagenesis. *Mol Cell Biol*, 27: 8834–8847. doi:10.1128/MCB.00974-07 PMID:17938202

Germolec DR, Spalding J, Boorman GA *et al.* (1997). Arsenic can mediate skin neoplasia by chronic stimulation of keratinocyte-derived growth factors. *Mutat Res*, 386: 209–218. doi:10.1016/S1383-5742(97)00006-9 PMID:9219559

Germolec DR, Spalding J, Yu H-S *et al.* (1998). Arsenic enhancement of skin neoplasia by chronic stimulation of growth factors. *Am J Pathol*, 153: 1775–1785. PMID:9846968

Ghosh P, Banerjee M, Giri AK, Ray K (2008). Toxicogenomics of arsenic: Classical ideas and recent advances. *Mutat Res*, 659: 293–301. doi:10.1016/j.mrrev.2008.06.003 PMID:18638567

Gregus Z, Gyurasics A, Csanaky I (2000). Biliary and urinary excretion of inorganic arsenic: monomethylarsonous acid as a major biliary metabolite in rats. *Toxicol Sci*, 56: 18–25. doi:10.1093/toxsci/56.1.18 PMID:10869450

Grobe JW (1977). Expert-testimony and therapeutic findings and observations in wine-dressers of the Mosel-region with late sequelae of arsenic intoxication *Berufsdermatosen*, 25: 124–130. PMID:143935

Hamadeh HK, Trouba KJ, Amin RP *et al.* (2002). Coordination of altered DNA repair and damage pathways in arsenite-exposed keratinocytes. *Toxicol Sci*, 69: 306–316. doi:10.1093/toxsci/69.2.306 PMID:12377979

Hansen HRA, Raab A, Jaspars M *et al.* (2004). Sulfur-containing arsenical mistaken for dimethylarsinous acid [DMA(III)] and identified as a natural metabolite in urine: major implications for studies on arsenic metabolism and toxicity. *Chem Res Toxicol*, 17: 1086–1091. doi:10.1021/tx049978q PMID:15310240

Hartwig A, Asmuss M, Ehleben I *et al.* (2002). Interference by toxic metal ions with DNA repair processes and cell cycle control: molecular mechanisms. *Environ Health Perspect*, 110: Suppl 5797–799. PMID:12426134

Hartwig A, Pelzer A, Asmuss M, Bürkle A (2003). Very low concentrations of arsenite suppress poly(ADP-ribosyl)ation in mammalian cells. *Int J Cancer*, 104: 1–6. doi:10.1002/ijc.10911 PMID:12532412

Hayakawa T, Kobayashi Y, Cui X, Hirano S (2005). A new metabolic pathway of arsenite: arsenic-glutathione complexes are substrates for human arsenic methyltransferase Cyt19. *Arch Toxicol*, 79: 183–191. doi:10.1007/s00204-004-0620-x PMID:15526190

Hayashi H, Kanisawa M, Yamanaka K *et al.* (1998). Dimethylarsinic acid, a main metabolite of inorganic arsenics, has tumorigenicity and progression effects in the pulmonary tumors of A/J mice. *Cancer Lett*, 125: 83–88. doi:10.1016/S0304-3835(97)00484-9 PMID:9566700

Hei TK, Liu SX, Waldren C (1998). Mutagenicity of arsenic in mammalian cells: role of reactive oxygen species.

*Proc Natl Acad Sci USA*, 95: 8103–8107. doi:10.1073/pnas.95.14.8103 PMID:9653147

Hopenhayn-Rich C, Biggs ML, Fuchs A *et al.* (1996). Bladder cancer mortality associated with arsenic in drinking water in Argentina. *Epidemiology*, 7: 117–124. doi:10.1097/00001648-199603000-00003 PMID:8834549

Hopenhayn-Rich C, Biggs ML, Smith AH (1998). Lung and kidney cancer mortality associated with arsenic in drinking water in Córdoba, Argentina. *Int J Epidemiol*, 27: 561–569. doi:10.1093/ije/27.4.561 PMID:9758107

Hsueh Y-M, Cheng G-S, Wu M-M *et al.* (1995). Multiple risk factors associated with arsenic-induced skin cancer: effects of chronic liver disease and malnutritional status. *Br J Cancer*, 71: 109–114. PMID:7819025

Hsueh Y-M, Chiou H-Y, Huang Y-L *et al.* (1997). Serum β-carotene level, arsenic methylation capability, and incidence of skin cancer. *Cancer Epidemiol Biomarkers Prev*, 6: 589–596. PMID:9264271

Huang S-C & Lee TC (1998). Arsenite inhibits mitotic division and perturbs spindle dynamics in HeLa S3 cells. *Carcinogenesis*, 19: 889–896. doi:10.1093/carcin/19.5.889 PMID:9635879

Huang YK, Huang YL, Hsueh YM *et al.* (2008). Arsenic exposure, urinary arsenic speciation, and the incidence of urothelial carcinoma: a twelve-year follow-up study. *Cancer Causes Control*, 19: 829–839. doi:10.1007/s10552-008-9146-5 PMID:18351295

Hutchinson J (1888). On some examples of arsenic-keratosis of the skin and of arsenic-cancer. *Trans Pathol Soc*, 39: 352–393.

IARC (1980). Some metals and metallic compounds. *IARC Monogr Eval Carcinog Risk Chem Hum*, 23: 1–415. PMID:6933135

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (2004). Some drinking-water disinfectants and contaminants, including arsenic. *IARC Monogr Eval Carcinog Risks Hum*, 84: 1–477. PMID:15645577

IARC (2006). Cobalt in hard metals and cobalt sulfate, gallium arsenide, indium phosphide and vanadium pentoxide. *IARC Monogr Eval Carcinog Risks Hum*, 86: 1–294. PMID:16906675

Jensen TJ, Novak P, Eblin KE *et al.* (2008). Epigenetic remodeling during arsenical-induced malignant transformation. *Carcinogenesis*, 29: 1500–1508. doi:10.1093/carcin/bgn102 PMID:18448484

Kala SV, Neely MW, Kala G *et al.* (2000). The MRP2/cMOAT transporter and arsenic-glutathione complex formation are required for biliary excretion of arsenic. *J Biol Chem*, 275: 33404–33408. doi:10.1074/jbc.M007030200 PMID:10938093

Kenyon EM, Hughes MF, Adair BM *et al.* (2008). Tissue distribution and urinary excretion of inorganic arsenic and its methylated metabolites in C57BL6 mice following subchronic exposure to arsenate in drinking water. *Toxicol Appl Pharmacol*, 232: 448–455. doi:10.1016/j.taap.2008.07.018 PMID:18706920

Khan AW, Ahmad SA, Sayed MH *et al.* (1997). Arsenic contamination in ground water and its effects on human health with particular reference to Bangladesh. *J Prev Soc Med*, 16: 65–73.

Kinoshita A, Wanibuchi H, Morimura K *et al.* (2007). Carcinogenicity of dimethylarsinic acid in Ogg1-deficient mice. *Cancer Sci*, 98: 803–814. doi:10.1111/j.1349-7006.2007.00475.x PMID:17441966

Klein CB, Leszczynska J, Rossman TG (2007). Further evidence against a non-genotoxic MOA for arsenic-induced skin cancer *Toxicol Appl Pharmacol*, 222: 289–297.doi:10.1016/j.taap.2006.12.033 PMID:17316729

Kligerman AD, Doerr CL, Tennant AH *et al.* (2003). Methylated trivalent arsenicals as candidate ultimate genotoxic forms of arsenic: induction of chromosomal mutations but not gene mutations. *Environ Mol Mutagen*, 42: 192–205. doi:10.1002/em.10192 PMID:14556226

Kligerman AD & Tennant AH (2007). Insights into the carcinogenic mode of action of arsenic. *Toxicol Appl Pharmacol*, 222: 281–288. doi:10.1016/j.taap.2006.10.006 PMID:17118416

Komissarova EV, Saha SK, Rossman TG (2005). Dead or dying: the importance of time in cytotoxicity assays using arsenite as an example. *Toxicol Appl Pharmacol*, 202: 99–107. doi:10.1016/j.taap.2004.06.010 PMID:15589980

Kumagai YD & Sumi D (2007). Arsenic: signal transduction, transcription factor, and biotransformation involved in cellular response and toxicity. *Annu Rev Pharmacol Toxicol*, 47: 243–262. doi:10.1146/annurev.pharmtox.47.120505.105144 PMID:17002598

Kuo TL (1968). Arsenic content of artesian well water in endemic area of chronic arsenic poisoning. *Rep Inst Pathol*, 20: 7–13.

Lai VW, Sun Y, Ting E *et al.* (2004). Arsenic speciation in human urine: are we all the same? *Toxicol Appl Pharmacol*, 198: 297–306. doi:10.1016/j.taap.2003.10.033 PMID:15276409

Le X.C, Cullen WR, Reimer KJ (1993). Determination of urinary arsenic and impact of dietary arsenic intake. *Talanta*, 40: 185–193. doi:10.1016/0039-9140(93)80320-Q PMID:18965614

Le X.C, Cullen WR, Reimer KJ (1994). Human urinary arsenic excretion after one-time ingestion of seaweed, crab, and shrimp. *Clin Chem*, 40: 617–624. PMID:8149620

Lee X.C, Tanaka N, Lamb WP *et al.* (1988). Induction of gene amplification by arsenic *Science*, 241: 79–81. doi:10.1126/science.3388020 PMID:3388020

Leslie EM, Haimeur A, Waalkes MP (2004). Arsenic transport by the human multidrug resistance protein

1 (MRP1/ABCC1). Evidence that a tri-glutathione conjugate is required. *J Biol Chem*, 279: 32700–32708. doi:10.1074/jbc.M404912200 PMID:15161912

Li J-H & Rossman TG (1989). Inhibition of DNA ligase activity by arsenite: a possible mechanism of its comutagenesis. *Mol Toxicol*, 2: 1–9. PMID:2615768

Liaw J, Marshall G, Yuan Y *et al.* (2008). Increased childhood liver cancer mortality and arsenic in drinking water in northern Chile. *Cancer Epidemiol Biomarkers Prev*, 17: 1982–1987. doi:10.1158/1055-9965.EPI-07-2816 PMID:18708388

Lin S, Cullen WR, Thomas DJ (1999). Methylarsenicals and arsinothiols are potent inhibitors of mouse liver thioredoxin reductase. *Chem Res Toxicol*, 12: 924–930. doi:10.1021/tx9900775 PMID:10525267

Liu CW, Liang CP, Huang FM, Hsueh YM (2006a). Assessing the human health risks from exposure of inorganic arsenic through oyster (Crassostrea gigas) consumption in Taiwan. *Sci Total Environ*, 361: 57–66. doi:10.1016/j.scitotenv.2005.06.005 PMID:16122780

Liu J, Benbrahim-Tallaa L, Qian X *et al.* (2006b). Further studies on aberrant gene expression associated with arsenic-induced malignant transformation in rat liver TRL1215 cells. *Toxicol Appl Pharmacol*, 216: 407–415. doi:10.1016/j.taap.2006.06.006 PMID:16876216

Liu J & Waalkes MP (2008). Liver is a target of arsenic carcinogenesis. *Toxicol Sci*, 105: 24–32. doi:10.1093/toxsci/kfn120 PMID:18566022

Liu J, Xie Y, Cooper R *et al.* (2007). Transplacental exposure to inorganic arsenic at a hepatocarcinogenic dose induces fetal gene expression changes in mice indicative of aberrant estrogen signalling and disrupted steroid metabolism. *Toxicol Appl Pharmacol*, 220: 284–291. doi:10.1016/j.taap.2007.01.018 PMID:17350061

Liu Z, Carbrey JM, Agre P, Rosen BP (2004). Arsenic trioxide uptake by human and rat aquaglyceroporins. *Biochem Biophys Res Commun*, 316: 1178–1185. doi:10.1016/j.bbrc.2004.03.003 PMID:15044109

Lu M, Wang H, Li X-F *et al.* (2004). Evidence of hemoglobin binding to arsenic as a basis for the accumulation of arsenic in rat blood. *Chem Res Toxicol*, 17: 1733–1742. doi:10.1021/tx049756s PMID:15606151

Lubin JH, Moore LE, Fraumeni JF Jr, Cantor KP (2008). Respiratory cancer and inhaled inorganic arsenic in copper smelters workers: a linear relationship with cumulative exposure that increases with concentration. *Environ Health Perspect*, 116: 1661–1665. doi:10.1289/ehp.11515 PMID:19079717

Lubin JH, Pottern LM, Stone BJ, Fraumeni JF Jr (2000). Respiratory cancer in a cohort of copper smelter workers: results from more than 50 years of follow-up. *Am J Epidemiol*, 151: 554–565. PMID:10733037

Luster MI & Simeonova PP (2004). Arsenic and urinary bladder cell proliferation. *Toxicol Appl Pharmacol*, 198: 419–423. doi:10.1016/j.taap.2003.07.017 PMID:15276422

Luten JB, Riekwel-Booy G, Rauchbaar A (1982). Occurrence of arsenic in plaice (Pleuronectes platessa), nature of organo-arsenic compound present and its excretion by man. *Environ Health Perspect*, 45: 165–170. doi:10.2307/3429404 PMID:7140692

Marshall G, Ferreccio C, Yuan Y *et al.* (2007). Fifty-year study of lung and bladder cancer mortality in Chile related to arsenic in drinking water. *J Natl Cancer Inst*, 99: 920–928. doi:10.1093/jnci/djm004 PMID:17565158

Marsit CJ, Eddy K, Kelsey KT (2006). MicroRNA responses to cellular stress. *Cancer Res*, 66: 10843–10848. doi:10.1158/0008-5472.CAN-06-1894 PMID:17108120

Merwin JR, Mustacich DJ, Muller EGD *et al.* (2002). Reporter gene transactivation by human p53 is inhibited in thioredoxin reductase null yeast by a mechanism associated with thioredoxin oxidation and independent of changes in the redox state of glutathione. *Carcinogenesis*, 23: 1609–1615. doi:10.1093/carcin/23.10.1609 PMID:12376468

Moore MM, Harrington-Brock K, Doerr CL (1997). Relative genotoxic potency of arsenic and its methylated metabolites. *Mutat Res*, 386: 279–290. doi:10.1016/S1383-5742(97)00003-3 PMID:9219565

Morikawa T, Wanibuchi H, Morimura K *et al.* (2000). Promotion of skin carcinogenesis by dimethylarsinic acid in keratin (K6)/ODC transgenic mice. *Jpn J Cancer Res*, 91: 579–581. PMID:10874208

Mostafa MG, McDonald JC, Cherry NM (2008). Lung cancer and exposure to arsenic in rural Bangladesh. *Occup Environ Med*, 65: 765–768. doi:10.1136/oem.2007.037895 PMID:18417558

Motiwale L, Ingle AD, Rao KV (2005). Mouse skin tumor promotion by sodium arsenate is associated with enhanced PCNA expression. *Cancer Lett*, 223: 27–35. doi:10.1016/j.canlet.2004.10.020 PMID:15890234

Mousa SA, O'Connor L, Rossman TG, Block E (2007). Pro-angiogenesis action of arsenic and its reversal by selenium-derived compounds. *Carcinogenesis*, 28: 962–967. doi:10.1093/carcin/bgl229 PMID:17158527

Mudipalli A, Owen RD, Preston RJ (2005). The effect of arsenicals on ultraviolet-radiation-induced growth arrest and related signalling events in human keratinocytes. *Int J Oncol*, 27: 769–778. PMID:16077927

Mure K, Uddin AN, Lopez LC *et al.* (2003). Arsenite induces delayed mutagenesis and transformation in human osteosarcoma cells at extremely low concentrations. *Environ Mol Mutagen*, 41: 322–331. doi:10.1002/em.10164 PMID:12802802

Naranmandura H, Ibata K., Suzuki K. T. (2007). Toxicity of dimethylmonothioarsinic acid toward human epidermoid carcinoma A431 cells. *Chem Res Toxicol*, 20: 1120–1125.

NTP (2000). NTP Toxicology and Carcinogenesis Studies of Gallium Arsenide (CAS No. 1303–00–0) in F344/N Rats and B6C3F1 Mice (Inhalation Studies). *Natl Toxicol Program Tech Rep Ser*, 492: 1–306. PMID:12563348

IARC MONOGRAPHS – 100C

Németi B, Csanaky I, Gregus Z (2006). Effect of an Inactivator of Glyceraldehyde-3-Phosphate Dehydrogenase, a Fortuitous Arsenate Reductase, on Disposition of Arsenate in Rats. *Toxicol Sci*, 90: 49–60. doi:10.1093/toxsci/kfj058 PMID:16322075

Neubauer O (1947). Arsenical cancer; a review. *Br J Cancer*, 1: 192–251. PMID:20266437

NIOSH (1990) National Occupational Exposure Survey. Available at: http://www.cdc.gov/noes/default.html

NRC (National Research Council) (1993). *Pesticides in the Diets of Infants and Children.* Washington, DC: National Academy Press.

NRC (National Research Council) (1999). *Arsenic in drinking water.* Washington, DC: National Academy Press.

NTP (2005). 11th report on carcinogens. Arsenic Compounds, Inorganic.Nygren O, Nilsson CA, Lindahl R (1992). Occupational exposure to chromium, copper and arsenic during work with impregnated wood in joinery shops. *Ann Occup Hyg*, 36: 509–517.

Ochi T, Suzuki T, Barrett JC, Tsutsui T (2004). A trivalent dimethylarsenic compound, dimethylarsine iodide, induces cellular transformation, aneuploidy, centrosome abnormality and multipolar spindle formation in Syrian hamster embryo cells. *Toxicology*, 203: 155–163. doi:10.1016/j.tox.2004.06.006 PMID:15363591

Ohyama S, Ishinishi N, Hisanaga A, Yamamoto A (1988). Comparative chronic toxicity, including tumorigenicity, of gallium arsenide and arsenic trioxide intratracheally instilled into hamsters. *Appl Organomet Chem*, 2: 333–337. doi:10.1002/aoc.590020409

Osswald H & Goerttler K (1971). [Arsenic-induced leucoses in mice after diaplacental and postnatal application (author's transl)] *Verh Dtsch Ges Pathol*, 55: 289–293. PMID:4130723

Ouyang W, Li J, Zhang D *et al.* (2007). PI-3K/Akt signal pathway plays a crucial role in arsenite-induced cell proliferation of human keratinocytes through induction of cyclin D1. *J Cell Biochem*, 101: 969–978. doi:10.1002/jcb.21279 PMID:17370311

Oya-Ohta Y, Kaise T, Ochi T (1996). Induction of chromosomal aberrations in cultured human fibroblasts by inorganic and organic arsenic compounds and the different roles of glutathione in such induction. *Mutat Res*, 357: 123–129. PMID:8876688

Patterson TJ & Rice RH (2007). Arsenite and insulin exhibit opposing effects on epidermal growth factor receptor and keratinocyte proliferative potential. *Toxicol Appl Pharmacol*, 221: 119–128. doi:10.1016/j.taap.2007.02.003 PMID:17400267

Pershagen G & Björklund NE (1985). On the pulmonary tumorigenicity of arsenic trisulfide and calcium arsenate in hamsters. *Cancer Lett*, 27: 99–104. doi:10.1016/0304-3835(85)90013-8 PMID:4005826

Pershagen G, Nordberg G, Björklund NE (1984). Carcinomas of the respiratory tract in hamsters given arsenic trioxide and/or benzo[a]pyrene by the pulmonary route. *Environ Res*, 34: 227–241. doi:10.1016/0013-9351(84)90091-4 PMID:6086305

Pi J, He Y, Bortner C *et al.* (2005). Low level, long-term inorganic arsenite exposure causes generalized resistance to apoptosis in cultured human keratinocytes: potential role in skin co-carcinogenesis. *Int J Cancer*, 116: 20–26. doi:10.1002/ijc.20990 PMID:15756686

Pu Y-S, Jan K-Y, Wang T-C *et al.* (2007b). 8-Oxoguanine DNA glycosylase and MutY homolog are involved in the incision of arsenite-induced DNA adducts. *Toxicol Sci*, 95: 376–382. doi:10.1093/toxsci/kfl166 PMID:17101720

Pu Y-S, Yang SM, Huang YK *et al.* (2007a). Urinary arsenic profile affects the risk of urothelial carcinoma even at low arsenic exposure. *Toxicol Appl Pharmacol*, 218: 99–106. doi:10.1016/j.taap.2006.09.021 PMID:17196235

Qin X-J, Hudson LG, Liu W *et al.* (2008). Low concentration of arsenite exacerbates UVR-induced DNA strand breaks by inhibiting PARP-1 activity. *Toxicol Appl Pharmacol*, 232: 41–50. doi:10.1016/j.taap.2008.05.019 PMID:18619636

Ramírez T, Stopper H, Hock R, Herrera LA (2007). Prevention of aneuploidy by S-adenosyl-methionine in human cells treated with sodium arsenite. *Mutat Res*, 617: 16–22. PMID:17241646

Raml R, Rumpler A, Goessler W *et al.* (2007). Thio-dimethylarsinate is a common metabolite in urine samples from arsenic-exposed women in Bangladesh. *Toxicol Appl Pharmacol*, 222: 374–380. doi:10.1016/j.taap.2006.12.014 PMID:17276472

Reichard JF, Schnekenburger M, Puga A (2007). Long term low-dose arsenic exposure induces loss of DNA methylation. *Biochem Biophys Res Commun*, 352: 188–192. doi:10.1016/j.bbrc.2006.11.001 PMID:17107663

Rey NA, Howarth OW, Pereira-Maia EC (2004). Equilibrium characterization of the As(III)-cysteine and the As(III)-glutathione systems in aqueous solution. *J Inorg Biochem*, 98: 1151–1159. doi:10.1016/j.jinorgbio.2004.03.010 PMID:15149827

Rivara MI, Cebrián M, Corey G *et al.* (1997). Cancer risk in an arsenic-contaminated area of Chile. *Toxicol Ind Health*, 13: 321–338. PMID:9200798

Rosen BP & Liu Z (2009). Transport pathways for arsenic and selenium: a minireview. *Environ Int*, 35: 512–515. doi:10.1016/j.envint.2008.07.023 PMID:18789529

Rossman TG (2003). Mechanism of arsenic carcinogenesis: an integrated approach. *Mutat Res*, 533: 37–65. PMID:14643412

Rossman TG, Uddin AN, Burns FJ, Bosland MC (2001). Arsenite is a cocarcinogen with solar ultraviolet radiation for mouse skin: an animal model for arsenic carcinogenesis. *Toxicol Appl Pharmacol*, 176: 64–71. doi:10.1006/taap.2001.9277 PMID:11578149

Rossman TG & Wolosin D (1992). Differential susceptibility to carcinogen-induced amplification of SV40 and dhfr sequences in SV40-transformed human

keratinocytes. *Mol Carcinog*, 6: 203–213. doi:10.1002/mc.2940060306 PMID:1332730

Roth F (1957). After-effects of chronic arsenism in Moselle wine makers. *Dtsch Med Wochenschr*, 82: 211–217. doi:10.1055/s-0028-1114666 PMID:13414511

Rudnai P & Borzsanyi M (1980). Carcinogenic effect of arsenic trioxide in transplacentally and neonattally treated CFLP mice. *Nat Sci*, 2: 11–18.

Rudnai P & Borzsanyi M (1981). Tumour inducing effect of arsenic trioxide treatment in CFLP mice. *Magy Onkol*, 25: 73–77

Schmeisser E, Goessler W, Francesconi KA (2006). Human metabolism of arsenolipids present in cod liver. *Anal Bioanal Chem*, 385: 367–376. doi:10.1007/s00216-006-0401-x PMID:16568291

Schwerdtle T, Walter I, Mackiw I, Hartwig A (2003). Induction of oxidative DNA damage by arsenite and its trivalent and pentavalent methylated metabolites in cultured human cells and isolated DNA. *Carcinogenesis*, 24: 967–974. doi:10.1093/carcin/bgg018 PMID:12771042

Sciandrello G, Barbaro R, Caradonna F, Barbata G (2002). Early induction of genetic instability and apoptosis by arsenic in cultured Chinese hamster cells. *Mutagenesis*, 17: 99–103. doi:10.1093/mutage/17.2.99 PMID:11880537

Sciandrello G, Caradonna FM, Mauro M, Barbata G (2004). Arsenic-induced DNA hypomethylation affects chromosomal instability in mammalian cells. *Carcinogenesis*, 25: 413–417. doi:10.1093/carcin/bgh029 PMID:14633664

Shen J, Liu J, Xie Y *et al.* (2007). Fetal onset of aberrant gene expression relevant to pulmonary carcinogenesis in lung adenocarcinoma development induced by in utero arsenic exposure. *Toxicol Sci*, 95: 313–320. doi:10.1093/toxsci/kfl151 PMID:17077188

Shen J, Wanibuchi H, Salim EI *et al.* (2003). Liver tumorigenicity of trimethylarsine oxide in male Fischer 344 rats–association with oxidative DNA damage and enhanced cell proliferation. *Carcinogenesis*, 24: 1827–1835. doi:10.1093/carcin/bgg143 PMID:12919961

Shen S, Lee J, Weinfeld M, Le XC (2008). Attenuation of DNA damage-induced p53 expression by arsenic: a possible mechanism for arsenic co-carcinogenesis. *Mol Carcinog*, 47: 508–518. doi:10.1002/mc.20406 PMID:18085531

Shi H, Shi X, Liu KJ (2004). Oxidative mechanism of arsenic toxicity and carcinogenesis. *Mol Cell Biol*, 255: 67–78. PMID:14971647

Shirachi DY, Johansen MG, McGowan JP, Tu SH (1983). Tumorigenic effect of sodium arsenite in rat kidney. *Proc West Pharmacol Soc*, 26: 413–415. PMID:6688469

Smith AH, Goycolea M, Haque R, Biggs ML (1998). Marked increase in bladder and lung cancer mortality in a region of Northern Chile due to arsenic in drinking water. *Am J Epidemiol*, 147: 660–669. PMID:9554605

Smith AH, Lingas EO, Rahman M (2000). Contamination of drinking-water by arsenic in Bangladesh: a public health emergency. *Bull World Health Organ*, 78: 1093–1103. PMID:11019458

Smith AH, Marshall G, Yuan Y *et al.* (2006). Increased mortality from lung cancer and bronchiectasis in young adults after exposure to arsenic in utero and in early childhood. *Environ Health Perspect*, 114: 1293–1296. doi:10.1289/ehp.8832 PMID:16882542

Snow ET, Sykora P, Durham TR, Klein CB (2005). Arsenic, mode of action at biologically plausible low doses: What are the implications for low dose cancer risk? *Toxicol Appl Pharmacol*, 207: S557–S564. doi:10.1016/j.taap.2005.01.048 PMID:15996700

Soffritti M, Belpoggi F, Degli Esposti D, Lambertini L (2006). Results of a long-term carcinogenicity bioassay on Sprague-Dawley rats exposed to sodium arsenite administered in drinking water. *Ann N Y Acad Sci*, 1076: 578–591. doi:10.1196/annals.1371.075 PMID:17119234

Steinmaus C, Bates MN, Yuan Y *et al.* (2006). Arsenic methylation and bladder cancer risk in case–control studies in Argentina and the United States. *J Occup Environ Med*, 48: 478–488. doi:10.1097/01.jom.0000200982.28276.70 PMID:16688004

Straub AC, Stolz DB, Vin H *et al.* (2007). Low level arsenic promotes progressive inflammatory angiogenesis and liver blood vessel remodeling in mice. *Toxicol Appl Pharmacol*, 222: 327–336. doi:10.1016/j.taap.2006.10.011 PMID:17123562

Su PF, Hu Y-J, Ho I-C *et al.* (2006). Distinct gene expression profiles in immortalized human urothelial cells exposed to inorganic arsenite and its methylated trivalent metabolites. *Environ Health Perspect*, 114: 394–403. doi:10.1289/ehp.8174 PMID:16507463

Suzuki KT, Iwata K, Naranmandura H, Suzuki N (2007). Metabolic differences between two dimethylthioarsenicals in rats. *Toxicol Appl Pharmacol*, 218: 166–173. doi:10.1016/j.taap.2006.10.027 PMID:17174369

Sykora P & Snow ET (2008). Modulation of DNA polymerase beta-dependent base excision repair in cultured human cells after low dose exposure to arsenite. *Toxicol Appl Pharmacol*, 228: 385–394. doi:10.1016/j.taap.2007.12.019 PMID:18252256

Tang F, Liu G, He Z *et al.* (2006). Arsenite inhibits p53 phosphorylation, DNA binding activity, and p53 target gene p21 expression in mouse epidermal JB6 cells. *Mol Carcinog*, 45: 861–870. doi:10.1002/mc.20245 PMID:16739126

Tezuka M, Hanioka K-I, Yamanaka K, Okada S (1993). Gene damage induced in human alveolar type II (L-132) cells by exposure to dimethylarsinic acid. *Biochem Biophys Res Commun*, 191: 1178–1183. doi:10.1006/bbrc.1993.1341 PMID:7682063

Thomas DJ, Li J, Waters SB *et al.* (2007). Minireview: Arsenic (+3 Oxidation State)Methyltransferase and the

Methylation of Arsenicals *Exp Biol Med (Maywood)*, 232: 3–13. PMID:17202581.

Trouba KJ, Wauson EM, Vorce RL (2000). Sodium arsenite-induced dysregulation of proteins involved in proliferative signalling. *Toxicol Appl Pharmacol*, 164: 161–170. doi:10.1006/taap.1999.8873 PMID:10764629

Tsai S-M, Wang T-N, Ko Y-C (1999). Mortality for certain diseases in areas with high levels of arsenic in drinking water. *Arch Environ Health*, 54: 186–193. doi:10.1080/00039899909602258 PMID:10444040

Tseng WP, Chu HM, How SW et al. (1968). Prevalence of skin cancer in an endemic area of chronic arsenism in Taiwan. *J Natl Cancer Inst*, 40: 453–463. PMID:5644201

Tsuda T, Babazono A, Yamamoto E et al. (1995). Ingested arsenic and internal cancer: a historical cohort study followed for 33 years. *Am J Epidemiol*, 141: 198–209. PMID:7840093

Uddin AN, Burns FJ, Rossman TG (2005). Vitamin E and organoselenium prevent the cocarcinogenic activity of arsenite with solar UVR in mouse skin. *Carcinogenesis*, 26: 2179–2186. doi:10.1093/carcin/bgi180 PMID:16014701

EPA. (2000). National Primary Drinking Water Regulations: Arsenic and Clarifications to Compliance and New Source Contaminants Monitoring; Proposed Rule [40 CFR Parts 141 and 142]*Fed Regist*, 65: 38888–38983.

EPA (2006). *Revised Reregistration Eligibility Decision for MSMA, DSMA, CAMA, and Cacodylic Acid* (EPA 738-R-06–021).

EPA (2009). *Organic Arsenicals; Product Cancellation Order and Amendments to Terminate Uses* (EPA–HQ–OPP–2009–0191; FRL–8437–7).

FDA (2008a). *Food and Drug Administration: Arsanilic acid (21CFR558.62)*, pp. 413–414.

FDA (2008b). *Food and Drug Administration: Roxarsone (21CFR558.530)*, pp. 500–503.

USGS (2008). *2007 Minerals Yearbook. Arsenic [Advance Release]*, pp. 7.1–7.6.

Vahter M (2000). Genetic polymorphism in the biotransformation of inorganic arsenic and its role in toxicity. *Toxicol Lett*, 112–113: 209–217. doi:10.1016/S0378-4274(99)00271-4 PMID:10720733

Villa-Bellosta R & Sorribas V (2008). Role of rat sodium/phosphate cotransporters in the cell membrane transport of arsenate. *Toxicol Appl Pharmacol*, 232: 125–134. doi:10.1016/j.taap.2008.05.026 PMID:18586044

Vogt BL & Rossman TG (2001). Effects of arsenite on p53, p21 and cyclin D expression in normal human fibroblasts – a possible mechanism for arsenite's comutagenicity. *Mutat Res*, 478: 159–168. PMID:11406180

Waalkes MP, Keefer LK, Diwan BA (2000). Induction of proliferative lesions of the uterus, testes, and liver in swiss mice given repeated injections of sodium arsenate: possible estrogenic mode of action. *Toxicol Appl Pharmacol*, 166: 24–35. doi:10.1006/taap.2000.8963 PMID:10873715

Waalkes MP, Liu J, Diwan BA (2007). Transplacental arsenic carcinogenesis in mice. *Toxicol Appl Pharmacol*, 222: 271–280. doi:10.1016/j.taap.2006.12.034 PMID:17306315

Waalkes MP, Liu J, Germolec DR et al. (2008). Arsenic exposure in utero exacerbates skin cancer response in adulthood with contemporaneous distortion of tumor stem cell dynamics. *Cancer Res*, 68: 8278–8285. doi:10.1158/0008-5472.CAN-08-2099 PMID:18922899

Waalkes MP, Liu J, Ward JM et al. (2006a). Urogenital carcinogenesis in female CD1 mice induced by in utero arsenic exposure is exacerbated by postnatal diethylstilbestrol treatment. *Cancer Res*, 66: 1337–1345. doi:10.1158/0008-5472.CAN-05-3530 PMID:16452187

Waalkes MP, Liu J, Ward JM, Diwan BA (2006b). Enhanced urinary bladder and liver carcinogenesis in male CD1 mice exposed to transplacental inorganic arsenic and postnatal diethylstilbestrol or tamoxifen. *Toxicol Appl Pharmacol*, 215: 295–305. doi:10.1016/j.taap.2006.03.010 PMID:16712894

Waalkes MP, Ward JM et al. (2004). Induction of tumors of the liver, lung, ovary and adrenal in adult mice after brief maternal gestational exposure to inorganic arsenic: promotional effects of postnatal phorbol ester exposure on hepatic and pulmonary, but not dermal cancers. *Carcinogenesis*, 25: 133–141. doi:10.1093/carcin/bgg181 PMID:14514661

Waalkes MP, Ward JM, Liu J, Diwan BA (2003). Transplacental carcinogenicity of inorganic arsenic in the drinking water: induction of hepatic, ovarian, pulmonary, and adrenal tumors in mice. *Toxicol Appl Pharmacol*, 186: 7–17. doi:10.1016/S0041-008X(02)00022-4 PMID:12583988

Walter I, Schwerdtle T, Thuy C et al. (2007). Impact of arsenite and its methylated metabolites on PARP-1 activity, PARP-1 gene expression and poly(ADP-ribosyl)ation in cultured human cells. *DNA Repair (Amst)*, 6: 61–70. doi:10.1016/j.dnarep.2006.08.008 PMID:17011244

Wang T-C, Jan K-Y, Wang ASS, Gurr J-R (2007a). Trivalent arsenicals induce lipid peroxidation, protein carbonylation, and oxidative DNA damage in human urothelial cells. *Mutat Res*, 615: 75–86. PMID:17134727

Wang TS, Chung CH, Wang AS et al. (2002). Endonuclease III, formamidopyrimidine-DNA glycosylase, and proteinase K additively enhance arsenic-induced DNA strand breaks in human cells. *Chem Res Toxicol*, 15: 1254–1258. doi:10.1021/tx025535f PMID:12387622

Wanibuchi H, Yamamoto S, Chen H et al. (1996). Promoting effects of dimethylarsinic acid on N-butyl-N-(4-hydroxybutyl)nitrosamine-induced urinary bladder carcinogenesis in rats. *Carcinogenesis*, 17: 2435–2439. doi:10.1093/carcin/17.11.2435 PMID:8968060

Wei M, Wanibuchi H, Morimura K *et al.* (2002). Carcinogenicity of dimethylarsinic acid in male F344 rats and genetic alterations in induced urinary bladder tumors. *Carcinogenesis*, 23: 1387–1397. doi:10.1093/carcin/23.8.1387 PMID:12151359

Wei M, Wanibuchi H, Yamamoto S *et al.* (1999). Urinary bladder carcinogenicity of dimethylarsinic acid in male F344 rats. *Carcinogenesis*, 20: 1873–1876. doi:10.1093/carcin/20.9.1873 PMID:10469637

WHO (2000). *Air Quality Guidelines for Europe*, 2nd ed. Copenhagen: WHO Regional Publications, European Series, No. 91, 288 pp.

WHO (2001). *Arsenic and Arsenic Compounds (Environmental Health Criteria 224)*, 2nd ed. Geneva: World Health Organization, International Programme on Chemical Safety.

Wu F, Burns FJ, Zhang R *et al.* (2005). Arsenite-induced alterations of DNA photodamage repair and apoptosis after solar-simulation UVR in mouse keratinocytes in vitro. *Environ Health Perspect*, 113: 983–986. doi:10.1289/ehp.7846 PMID:16079067

Wu M-M, Kuo T-L, Hwang Y-H, Chen C-J (1989). Dose-response relation between arsenic concentration in well water and mortality from cancers and vascular diseases. *Am J Epidemiol*, 130: 1123–1132. PMID:2589305

Yamamoto A, Hisanaga A, Ishinishi N (1987). Tumorigenicity of inorganic arsenic compounds following intratracheal instillations to the lungs of hamsters. *Int J Cancer*, 40: 220–223. doi:10.1002/ijc.2910400216 PMID:3610389

Yamamoto S, Konishi Y, Matsuda T *et al.* (1995). Cancer induction by an organic arsenic compound, dimethylarsinic acid (cacodylic acid), in F344/DuCrj rats after pretreatment with five carcinogens. *Cancer Res*, 55: 1271–1276. PMID:7882321

Yamanaka K, Ohtsubo K, Hasegawa A *et al.* (1996). Exposure to dimethylarsinic acid, a main metabolite of inorganic arsenics, strongly promotes tumorigenesis initiated by 4-nitroquinoline 1-oxide in the lungs of mice. *Carcinogenesis*, 17: 767–770. doi:10.1093/carcin/17.4.767 PMID:8625489

Yamanaka K & Okada S (1994). Induction of lung-specific DNA damage by metabolically methylated arsenics via the production of free radicals. *Environ Health Perspect*, 102: Suppl 337–40. doi:10.2307/3431760 PMID:7843134

Yih L-H & Lee T-C (1999). Effects of exposure protocols on induction of kinetochore-plus and -minus micronuclei by arsenite in diploid human fibroblasts. *Mutat Res*, 440: 75–82. PMID:10095130

Zaldívar R (1974). Arsenic contamination of drinking water and foodstuffs causing endemic chronic poisoning. *Beitr Pathol*, 151: 384–400. PMID:4838015

Zhou X, Sun H, Ellen TP *et al.* (2008). Arsenite alters global histone H3 methylation. *Carcinogenesis*, 29: 1831–1836. doi:10.1093/carcin/bgn063 PMID:18321869

# BERYLLIUM AND BERYLLIUM COMPOUNDS

Beryllium and beryllium compounds were considered by previous IARC Working Groups in 1971, 1979, 1987, and 1993 (IARC, 1972, 1980, 1987, 1993). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agents

Synonyms and molecular formulae for beryllium, beryllium–aluminium and beryllium–copper alloys, and certain beryllium compounds are presented in Table 1.1. The list is not exhaustive, nor does it comprise necessarily the most commercially important beryllium-containing substances; rather, it indicates the range of beryllium compounds available.

### 1.2 Chemical and physical properties of the agents

Beryllium (atomic number, 4; relative atomic mass, 9.01) is a metal, which belongs to Group IIA of the Periodic Table. The oxidation state of beryllium compounds is +2. Selected chemical and physical properties of beryllium, beryllium–aluminium and beryllium–copper alloys, and various beryllium compounds can be found in the previous *IARC Monograph* (IARC, 1993).

Beryllium is the lightest of all solid chemically stable substances, and has an unusually high melting-point. It has a very low density and

a very high strength-to-weight ratio. Beryllium is lighter than aluminium but is greater than 40% more rigid than steel. It has excellent electrical and thermal conductivities. Its only markedly adverse feature is relatively pronounced brittleness, which restricts the use of metallic beryllium to specialized applications (WHO, 1990).

Because of its low atomic number, beryllium is very permeable to X-rays. Neutron emission after bombardment with α or γ rays is the most important of its nuclear physical properties, and beryllium can be used as a neutron source. Moreover, its low neutron absorptiveness and high-scattering cross-section make it a suitable moderator and reflector in structural materials in nuclear facilities; where most other metals absorb neutrons emitted during the fission of nuclear fuel, beryllium atoms only reduce the energy of such neutrons, and reflect them back into the fission zone (Ballance *et al.*, 1978; Newland, 1984; WHO, 1990).

The chemical properties of beryllium differ considerably from those of the other alkaline earths, but it has several chemical properties in common with aluminium. Like aluminium, beryllium is amphoteric and shows very high affinity for oxygen; on exposure to air or water vapour, a thin film of beryllium oxide forms on

IARC MONOGRAPHS – 100C

**Table 1.1 Chemical names (CAS names are in italics), CAS numbers, synonyms, and molecular formulae of beryllium and beryllium compounds**

| Chemical name | CAS Reg. No[a] | Synonyms | Formula |
|---|---|---|---|
| Beryllium metal | 7440-41-7 | *Beryllium*; beryllium element; beryllium metallic | Be |
| Beryllium–aluminum alloy[b] | 12770-50-2 | *Aluminium alloy, nonbase, Al,Be*; aluminium–beryllium alloy | Al.Be |
| Beryllium–copper alloy[c] | 11133-98-5 | *Copper alloy, base, Cu,Be*; copper–beryllium alloy | Be.Cu |
| *Beryl* | 1302-52-9 | Beryllium aluminosilicate; beryllium aluminium silicate | $Al_2Be_3(SiO_3)_6$ |
| *Beryllium chloride* | 7787-47-5 | Beryllium dichloride | $BeCl_2$ |
| *Beryllium fluoride* | 7787-49-7 (12323-05-6) | Beryllium difluoride | $BeF_2$ |
| *Beryllium hydroxide* | 13327-32-7 (1304-49-0) | Beryllium dihydroxide | $Be(OH)_2$ |
| Beryllium sulfate | 13510-49-1 | *Sulfuric acid, beryllium salt (1:1)* | $BeSO_4$ |
| Beryllium sulfate tetrahydrate | 7787-56-6 | *Sulfuric acid, beryllium salt (1:1), tetrahydrate* | $BeSO_4.4H_2O$ |
| *Beryllium oxide* | 1304-56-9 | Beryllia; beryllium monoxide | BeO |
| Beryllium carbonate basic[d] | 1319-43-3 | *Carbonic acid, beryllium salt, mixture with beryllium hydroxide (Be(OH)₂)* | $BeCO_3.Be(HO)_2$ |
| Beryllium nitrate | 13597-99-4 | Beryllium dinitrate; *nitric acid, beryllium salt* | $Be(NO_3)_2$ |
| Beryllium nitrate trihydrate | 7787-55-5 | *Nitric acid, beryllium salt, trihydrate* | $Be(NO_3)_2.3H_2O$ |
| Beryllium nitrate tetrahydrate | 13510-48-0 | Beryllium dinitrate tetrahydrate; *nitric acid, beryllium salt, tetrahydrate* | $Be(NO_3)_2.4H_2O$ |
| Beryllium phosphate | 13598-15-7 | *Phosphoric acid, beryllium salt (1:1)* | $BeHPO_4$ |
| Beryllium silicate[e] | 13598-00-0 | Phenazite; *phenakite* | $Be_2(SiO_4)$ |
| Zinc beryllium silicate | 39413-47-3 (63089-82-7) | *Silicic acid, beryllium zinc salt* | Unspecified |

[a]  Replaced CAS Registry numbers are shown in parentheses.
[b]  Related compound registered by CAS is beryllium alloy, base, Be, Al historically (Lockalloy), Al (24–44%).Be (56–76%) [12604-81-8; replaced Registry No., 12665-28-0]; 60 beryllium–aluminium alloys are registered with CAS numbers, with different percentages of the two elements.
[c]  Related compound registered by CAS is beryllium alloy, base, Be,Cu [39348-30-6]; 111 beryllium–copper alloys are registered with CAS numbers, with different percentages of the two elements.
[d]  CAS name and Registry number shown were selected as being closest to the formula given by Lide (1991). Related compounds registered by CAS are: bis[carbonato(2)]dihydroxytriberyllium, $(BeCO_3)2.Be(OH)_2$ [66104-24-3]; carbonic acid, beryllium salt (1:1), tetrahydrate, $BeCO_3.4H_2O$ [60883-64-9]; carbonic acid, beryllium salt (1:1), $BeCO_3$ [13106-47-3]; and bis[carbonato(2-)]oxodiberyllium, $(CO_3)2Be_2O$ [66104-25-4].
[e]  Related compounds registered by CAS are: bertrandite, $Be_4(OH)_2O(SiO_3)_2$ [12161-82-9]; beryllium silicate, formula unspecified [58500-38-2]; silicic acid ($H_2SiO_3$), beryllium salt (1:1), $Be(SiO_3)$ [14902-94-4]; silicic acid ($H_4SiO_4$), beryllium salt (1:2), $Be_2(SiO_4)$ [15191-85-2]

the surface of the bare metal, rendering the metal highly resistant to corrosion, to hot and cold water, and to oxidizing acids (Newland, 1984; Petzow et al., 1985; WHO, 1990).

## 1.3 Use of the agents

Beryllium is primarily used in its metallic form, in alloys, or in beryllium oxide ceramics. Its physical and mechanical properties make it useful for many applications across a range of industries. These properties include: outstanding

strength (when alloyed), high melting-point, high specific heat, excellent thermal properties, electrical conductivity, reflectivity, low neutron absorption, and high neutron-scattering cross-sections, and transparency to X-rays (WHO, 1990; USGS, 2007).

Industries using beryllium and beryllium products include: aerospace (e.g. altimeters, braking systems, engines, and precision tools), automotive (e.g. air-bag sensors, anti-lock brake systems, steering wheel connecting springs), biomedical (e.g. dental crowns, medical laser components, X-ray tube windows), defence (e.g. heat shields, missile guidance systems, nuclear reactor components), energy and electrical (e.g. heat exchanger tubes, microwave devices, relays and switches), fire prevention (e.g. non-sparking tools, sprinkler system springs), consumer products (e.g. camera shutters, computer disk drives, pen clips), manufacturing (e.g. plastic injection moulds), sporting goods (e.g. golf clubs, fishing rods, naturally occurring and man-made gemstones), scrap recovery and recycling, and telecommunications (e.g. mobile telephone components, electronic and electrical connectors, undersea repeater housings) (Kreiss *et al.*, 2007).

### 1.3.1 Beryllium metal

Some typical applications of beryllium metal include: aerospace technology (structural material, inertia guidance systems, additives in solid propellant rocket fuels, aircraft brakes, mirror components of satellite optical systems, gyroscopes), nuclear technology (moderator and reflector of neutrons in nuclear reactors, neutron source when bombarded with α particles), X-ray and radiation technology (special windows for X-ray tubes), computer technology and alloys (e.g. beryllium–copper alloys; hardening of copper, and developmental brass alloys) (WHO, 1990; Petzow *et al.*, 2007).

### 1.3.2 Beryllium-containing alloys

Approximately 75% of manufactured beryllium is used in alloys, 95% of which is copper alloy (Jakubowski & Palczynski, 2007). Because of the properties it confers on other metals (i.e. low density combined with strength, high melting-point, resistance to oxidation, and a high modulus of elasticity), beryllium alloys are light-weight materials that can withstand high acceleration and centrifugal forces (WHO, 1990). Beryllium–copper alloys are commonly used in the electronics (e.g. switch and relay blades, electronic connector contacts, control bearings, magnetic sensing device housings, and resistance welding systems), automotive (e.g. air-bag sensors), military (e.g. electro-targeting and infrared countermeasure devices, missile systems, advanced surveillance satellites, and radar systems), and aerospace industries (e.g. landing gear bearings, weather satellites). Other applications include computers, oil exploration equipment, medical appliances, sporting equipment (e.g. golf clubs), and non-sparking tools (e.g. in petroleum refineries) (WHO, 1990; Kaczynski, 2004; Jakubowski & Palczynski, 2007).

### 1.3.3 Beryllium oxide

The ceramic properties of sintered beryllium oxide make it suitable for the production or protection of materials to be used at high temperatures in corrosive environments. It is used in lasers and electronics (e.g. transistor mountings, semiconductor packages, microelectronic substrates, microwave devices, high-powered laser tubes), in aerospace and military applications (e.g. gyroscopes and armour), refractories (e.g. thermocouple sheaths and crucibles), nuclear technology (reactor fuels and moderators), and medical/dental applications (e.g. ceramic crowns). It is also used as an additive (to glass, ceramics, and plastics) in the preparation of beryllium compounds, and as a catalyst for organic reactions (WHO, 1990; Taylor *et al.*, 2003).

### 1.3.4 Other beryllium compounds

Other important beryllium compounds include the beryllium halides (beryllium chloride and beryllium fluoride), beryllium hydroxide, and beryllium sulfate. Beryllium chloride has been used as a raw material in the electrolytic production of beryllium, and as the starting material for the synthesis of organo-beryllium compounds (O'Neil, 2006; Petzow et al., 2007). Beryllium fluoride is used as an intermediate in the preparation of beryllium and beryllium alloys. It is used in nuclear reactors and glass manufacture, and as an additive to welding and soldering fluxes (O'Neil, 2006; Petzow et al., 2007). Beryllium hydroxide is used as an intermediate in the manufacture of beryllium and beryllium oxide (O'Neil, 2006). Beryllium sulfate tetrahydrate is used as an intermediate in the production of beryllium oxide powder for ceramics (Kaczynski, 2004).

## 1.4 Environmental occurrence

Beryllium occurs naturally in the earth's crust, and is released in the environment as a result of both natural and anthropogenic activities. The environmental occurrence of beryllium has been reviewed extensively (WHO, 1990; ATSDR, 2002; Taylor et al., 2003).

### 1.4.1 Natural occurrence

The 44th most abundant element in the earth's crust, beryllium occurs in rocks and minerals (mica schist, granite, pegmatite, and argillite), although the most highly enriched beryllium deposits are found in granitic pegmatites, in which independent beryllium minerals crystallize. Some 50 beryllium-containing minerals have been identified. Only ores containing beryl ($3BeO.Al_2O_3.6SiO_2$) and bertrandite ($4BeO.2SiO_2.H_2O$) have achieved economic significance. The average terrestrial abundance of beryllium is 2–5.0 mg/kg. (IARC, 1993; Jakubowski & Palczynski, 2007; USGS, 2007).

### 1.4.2 Air

Beryllium particulates are released in the atmosphere from both natural and anthropogenic sources. Windblown dust is the most important natural source of atmospheric beryllium (approximately 95%), with volcanic activity accounting for the remainder. The major anthropogenic source of atmospheric beryllium is the combustion of coal and fuel oil. Other sources include: municipal waste incineration, beryllium alloy and chemical use (includes ore processing, production, use and recycling), and the burning of solid rocket fuel (WHO, 2001; ATSDR, 2002). Ambient concentrations of atmospheric beryllium are generally low. Based on measurements at 100 locations, an average daily concentration of less than 0.5 ng/m³ was reported in the United States of America (Jakubowski & Palczynski, 2007). Atmospheric concentrations of beryllium in the vicinity of beryllium-processing plants are often higher than those measured elsewhere (IARC, 1993).

### 1.4.3 Water

Beryllium is released in the aquatic environment from both natural and anthropogenic sources. Weathering of beryllium-containing rocks and soils is the primary source of release, although leaching of coal piles may also contribute to beryllium entering surface water. Anthropogenic sources include industrial waste water effluents (e.g. from electric utility industries). The deposition of atmospheric fall-out (of anthropogenic and natural sources) is also a source of beryllium in surface waters. However, the relative importance of this contribution to aquatic concentrations of beryllium is difficult to assess (ATSDR, 2002).

Beryllium concentrations in surface waters are usually in the range of 0.01–0.1 μg/L (WHO, 1990). The concentration of beryllium in deep ocean waters tend to be fairly uniform worldwide,

and are estimated to be approximately three orders of magnitude lower than that of surface river water (Jakubowski & Palczynski, 2007). Beryllium concentrations in drinking-water are on average 0.19 µg/L, with a range of 0.01–1.22 µg/L (Kolanz, 2001).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

The primary route of beryllium exposure for the general population is via the ingestion of contaminated food or water. The daily intake of beryllium by non-occupationally exposed persons in the USA from drinking-water is estimated to be 1 µg per day (assuming an average concentration of 0.5 µg/L, and a drinking-water consumption rate of 2 L/day). In the 1980s, the Environmental Protection Agency in the USA estimated the daily intake of beryllium in food to be approximately 0.12 µg per day (based on an arbitrary value of 0.1 ng beryllium per gram of food, and an assumption that a normal adult consumes 1200 g of food per day). Other studies have estimated the daily intake of beryllium in food to be in the range of 5–100 µg per day (ATSDR, 2002).

The inhalation of beryllium via ambient air or smoking is considered to be a minor exposure route for the general population. Assuming an average airborne concentration of less than 0.03 ng/ m³ beryllium per day, and a breathing rate of 20 m³ of air per day, the estimated daily intake for an adult in the USA is approximately 0.6 ng of beryllium, or less, per day. This estimated intake is likely to be higher for for persons living near point sources of beryllium emission (ATSDR, 2002).

### 1.5.2 Occupational exposure

The occupational environment is the predominant source of beryllium exposure for humans. Inhalation of beryllium dust and dermal contact with beryllium-containing products are the main routes of occupational exposure, although there may be the potential for in-home exposure if contaminated work garments are worn at home (ATSDR, 2002; NTP, 2004). Industries using or producing beryllium include: aerospace; automotive; biomedical; defence; energy and electrical; fire prevention; instruments, equipment and objects; manufacturing; sporting goods and jewellery; scrap recovery and recycling; and telecommunications (Kreiss et al., 2007).

Based on data obtained from the primary beryllium industry and government agencies, Henneberger et al. (2004) estimated that 134000 workers were potentially exposed to beryllium in the USA (1500 in the primary beryllium industry, 26500 in the Department of Energy or Department of Defence, and between 26400 and 106000 in the private sector, outside of the primary industry). This figure may be an underestimate because of the limited data on potential beryllium exposures in military and nuclear weapons workplaces, and in many others where beryllium is a minor or unsuspected component (e.g. aluminium smelting, scrap recovery, and electronics recycling). The number of workers in the USA ever exposed to beryllium is likely to be far higher than 134000, as it does not include approximately 250000 construction workers that are employed at nuclear weapons reclamation sites alone (Kreiss et al., 2007).

Estimates of the number of workers potentially exposed to beryllium and beryllium compounds have been developed by CAREX in Europe. Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX (CARcinogen EXposure) database estimates that 66069 workers were exposed to beryllium and beryllium compounds in the European Union, with over 80% of workers employed in the manufacture of machinery, except electrical (n = 38543); manufacture of fabricated metal products except machinery and equipment (n = 5434); manufacture of electrical machinery,

apparatus and appliances ($n$ = 4174); manufacture of professional, scientific, measuring and controlling equipment not elsewhere classified ($n$ = 3708); and manufacture of transport equipment ($n$ = 3328). CAREX Canada estimates that 4000 Canadians (86% male) are exposed to beryllium in their workplaces (CAREX Canada, 2011). These industries include: building equipment contractors, medical equipment and supplies manufacturing, residential building construction, motor vehicle parts manufacture, automotive repair and maintenance, non-residential building construction, commercial/industrial machinery repair and maintenance, architectural and structural metals manufacturing.

Data on early occupational exposures to beryllium were summarized in the previous *IARC Monograph* (IARC, 1993), and data from studies on beryllium exposure published since are summarized below.

### (a) Processing and manufacturing

Sanderson *et al.* (2001a) investigated historical beryllium exposures in a beryllium-manufacturing plant in the USA during 1935–92 for the purpose of reconstructing exposures for an epidemiological study. Daily weighted average (DWA) exposure estimates ranged from 1.7–767 μg/m³ for 1935–60; 1.0–69.9 μg/m³ for 1961–70; 0.1–3.1 μg/m³ for 1971–80; and 0.03–1.4 μg/m³ for 1981–92 (range of geometric means).

Seiler *et al.* (1996a, b) investigated historical beryllium exposure data ($n$ = 643) collected in five beryllium-processing facilities in the USA during 1950–75. Descriptive data for representative job titles in November 1974 indicated that DWA beryllium exposures ranged from a minimum of 0.3 μg/m³ for a ceramics machine operator to a maximum of 111.4 μg/m³ for a vacuum cast furnace operator. Approximately 73% of the maximum breathing zone DWA exposures exceeded the 2 μg/m³ standard; only 18% of the general air DWA beryllium exposures exceeded the standard.

Deubner *et al.* (2001a) analysed 34307 airborne beryllium measurements (general air, breathing zone, and personal lapel) collected during 1970–99 at a beryllium mining and extraction facility in Delta, UT, USA, and compared them to a mixed beryllium products facility and a beryllium ceramics facility located in Elmore, OH and Tucson, AZ, respectively. DWAs ($n$ = 1519) were calculated to estimate task-specific, time-weighted average (TWA) exposures for workers at the Delta facility. The general area and breathing zone sampling data indicated that average annual beryllium concentrations at the Delta plant declined over the study period. The range of annual median general area sample concentrations at the mining and milling plant was comparable to that at the beryllium ceramics facility (0.1–0.6 μg/m³ versus 0.1–0.4 μg/m³, respectively). These data were lower than those observed at the mixed beryllium products facility (range of annual median general area sample concentrations, 0.1–1.0 μg/m³). At the mining and milling facility, the highest exposures were observed in jobs involving beryllium hydrolysis and wet-grinding activities. This observation was independent of the exposure assessment method used.

Kreiss *et al.* (1997) analysed 106218 airborne beryllium measurements collected during 1984–93 at a beryllium-manufacturing plant producing pure metal, oxide, alloys, and ceramics. Of these, 90232 were area samples (30-minute samples: $n$ = 30872; full-shift, continuous samples: $n$ = 59360), and 15986 were personal samples (1–15 minute breathing zone samples: $n$ = 15787; full-shift personal lapel samples: $n$ = 179). Using these data, DWA exposures were calculated for most jobs. Median area concentrations were 0.6 μg/m³ and 0.4 μg/m³ for full-shift and short-term samples, respectively. Median personal concentrations were 1.4 μg/m³ and 1.0 μg/m³ for short-term and full-shift samples, respectively. The highest median area concentrations were observed in the alloy arc furnace

and alloy melting-casting areas, and the highest median breathing zone concentrations were observed in the beryllium powder and laundry areas.

Kent et al. (2001) collected full-shift particle-size-specific personal samples ($n = 53$) and area samples ($n = 55$) in five furnace areas at a beryllium-manufacturing facility. Personal samples were collected with Anderson impactors and general area samples were collected with micro-orifice uniform deposit impactors (MOUDIs). The median total mass concentration of beryllium particles (in $\mu g/m^3$) was reported by work process area and particle size. Median personal aerosol concentrations ranged from 0.8–5.6 $\mu g/m^3$ for total particle mass, and 0.05–0.4 $\mu g/m^3$ for alveolar-deposited particle mass. Median area concentrations ranged from 0.1–0.3 $\mu g/m^3$ for total particle mass, and 0.02–0.06 $\mu g/m^3$ for alveolar-deposited particle mass.

### (b) Beryllium oxide ceramics

As part of a study to examine the relationship between sensitization and beryllium exposure in a beryllium ceramics plant in the USA, Kreiss et al. (1996) reviewed all general area ($n = 5664$) and personal breathing zone ($n = 4208$) samples collected during 1981–92. Of the area samples collected, 14% ($n = 774$) were full-shift samples collected from 1983 onwards; of the personal breathing zone samples, 1.7% ($n = 75$) were full-shift samples collected from 1991 onwards. Using average general area, full-shift area and breathing zone measurements, DWA exposures for most occupations were calculated. Of the full-shift area samples, 76% were reported to be at or below the detection limit of 0.1 $\mu g/m^3$. The median general area concentration was at or below the detection limit, with measured concentrations ranging as high as 488.7 $\mu g/m^3$. Median personal breathing zone concentrations were 0.3 $\mu g/m^3$ (maximum, 1931 $\mu g/m^3$) and 0.20 $\mu g/m^3$ (range, 0.1–1.8 $\mu g/m^3$) for the short-term and full-shift samples, respectively.

Machinists were observed to have the highest exposures, with breathing zone concentrations of 63.7 $\mu g/m^3$, and a median DWA exposure of 0.9 $\mu g/m^3$.

Henneberger et al. (2001) conducted a follow-up to the Kreiss et al. (1996) study, screening workers at a US beryllium ceramics plant to determine whether the plant-wide prevalence of beryllium sensitization and disease had declined in the 6-year interval since first screening, and to explore exposure–response relationships. Historical airborne beryllium measurements (task- and time-specific) were combined with individual work histories to compute worker-specific beryllium exposures (mean, cumulative, and peak). A total of 18903 beryllium measurements were collected during 1981–98, of which 43% were short-term (1–15 minute), task-specific personal breathing zone samples, and 57% were short-term (30 minute) general area samples. Mean calculated exposures for all workers ranged from 0.05 $\mu g/m^3$ (i.e. less than the limit of detection) to 4.4 $\mu g/m^3$. When duration of employment was taken into account, short-term workers (i.e. those hired since the previous survey) had lower mean (median value: 0.28 $\mu g/m^3$ versus 0.39 $\mu g/m^3$) and peak concentrations (median value: 6.1 $\mu g/m^3$ versus 14.9 $\mu g/m^3$) than long-term workers.

Cummings et al. (2007) conducted a follow-up study in the same beryllium oxide ceramics manufacturing facility considered by Henneberger et al. (2001) to assess the effectiveness of an enhanced preventive programme to reduce beryllium sensitization. Sensitization for newly hired workers was compared with that for workers hired between 1993–98, and tested in the 1998 survey. Full-shift personal exposure data collected by the facility from 1994–2003 ($n = 1203$ measurements) was grouped into two time periods (1994–99 and 2000–03), and three work categories (production, production support, and administration). For the period 1994–99, median beryllium levels were 0.20 $\mu g/m^3$, 0.10 $\mu g/m^3$, and

101

IARC MONOGRAPHS – 100C

less than the limit of detection in production, production support and administration, respectively ($n = 412$, full-shift personal lapel samples). For the later period, median beryllium levels were 0.18 μg/m³, 0.04 μg/m³, and 0.02 μg/m³ in production, production support, and administration, respectively ($n = 791$, full-shift personal lapel samples).

### (c) Machining and use

Martyny et al. (2000) conducted particle-size selective sampling on five mechanical processes (milling, deburring, lapping, lathe operations, and grinding) to examine the particle size distribution of beryllium machining exposures. Two sets of stationary samples were collected using Lovelace Multijet Cascade Impactors mounted to the machines at 'point of operation' and at 'nearest worker location', two sets of personal samples were collected in the breathing zone of workers operating the machines (one personal pump-powered lapel sampler, one personal cascade impactor), as well as ambient air samples from four fixed locations in the facility. In total, 336 measurements were collected (79 personal pump samples, 87 personal impactor samples, 71 nearest worker location samples, 87 point of operation samples, and 12 ambient air samples. Of these, 243 were samples of the five target processes (64 personal pump samples, 59 personal impactor samples, 64 nearest worker location samples, and 56 point of operation samples). For the stationary area samples, median TWA concentrations were in the range of 0.20 μg/m³ for the 'nearest worker location' samples to 0.60 μg/m³ for the 'point of operation' samples. For the personal breathing zone samples (collected by the personal impactors), median TWA concentrations were in the range of 0.13 μg/m³ for lapping processes to 0.74 μg/m³ for deburring operations. The range of 48-hour median ambient concentration was 0.02–0.07 μg/m³.

To evaluate the effectiveness of a beryllium exposure control programme at an atomic weapons facility in Wales, United Kingdom, Johnson et al. (2001) analysed 585438 air monitoring records (367757 area samples collected at 101 locations, and 217681 personal lapel samples collected from 194 workers during 1981–97). Across all departments, the range of annual personal concentrations was 0.11–0.72 μg/m³ (mean) and 0.08–0.28 μg/m³ (median). The highest levels of exposure were observed in foundry workers, with a mean exposure level of 0.87 μg/m³ and a median exposure level of 0.22 μg/m³ (over all years). For the area samples, mean annual concentrations ranged from a high of 0.32 μg/m³ in 1985 to a low of 0.02 μg/m³ in 1997.

### (d) Alloy facilities

Schuler et al. (2005) analysed airborne beryllium measurements collected in 1969–2000 at a beryllium–copper alloy strip and wire finishing facility. Of the 5989 available measurements, 650 were personal samples, 4524 were general area samples, and 815 were short-duration, high-volume (SD-HV) breathing zone samples. Data were grouped and analysed on the basis of work category (production, production support, administration), and by process or job within each work category. For example, 'rod and wire' production is a subcategory of 'production'; jobs within 'rod and wire' production include: wire annealing and pickling, wire drawing, straightening, point and chamfer, rod and wire packing, die grinding, and, historically, wire rolling. Median plant-wide exposure levels were 0.02 μg/m³ (personal), 0.09 μg/m³ (general area), and 0.44 μg/m³ (SD-HV breathing zone). Among work categories, the highest levels of beryllium exposure were found in 'rod and wire' production (median, 0.06 μg/m³), with the most highly exposed process or job being 'wire annealing and pickling' (median, 0.12 μg/m³).

In a study in a beryllium alloy facility, Day et al. (2007) measured levels of beryllium in workplace air ($n = 10$), on work surfaces ($n = 252$), on cotton gloves worn over nitrile gloves ($n = 113$),

and on necks and faces of workers ($n = 109$). In production, geometric mean levels of beryllium were 0.95 µg/100 cm$^2$ (work surfaces), 42.8 µg per sample (cotton gloves), 0.07 µg per sample (necks), and 0.07 µg per sample (faces). In production support, geometric mean levels of beryllium were 0.59 µg/100 cm$^2$ (work surfaces), 73.8 µg per sample (cotton gloves), 0.09 µg per sample (necks), and 0.12 µg per sample (faces). The lowest levels were measured in the administration section, with geometric mean levels of beryllium of 0.05 µg/100 cm$^2$ (work surfaces), 0.07 µg per sample (cotton gloves), 0.003 µg per sample (necks), and 0.003 µg per sample (faces). Strong correlations were observed between beryllium in air and on work surfaces (r = 0.79), and between beryllium on cotton gloves and on work surfaces (r = 0.86), necks (r = 0.87), and faces (r = 0.86).

Yoshida *et al.* (1997) studied airborne beryllium levels at two beryllium–copper alloy manufacturing factories in Japan during 1992–95. General area samples were collected in the beryllium–copper alloy process ($n = 56$) and the beryllium–copper metal mould manufacturing process ($n = 41$) of Factory A, and in the beryllium–copper cold rolling, drawing and heat-treatment process ($n = 16$) and beryllium–copper slitting treatment process ($n = 8$) of Factory B. In all years studied, the highest geometric mean beryllium levels were observed in the beryllium–copper alloy process of Factory A (range, 0.16–0.26 µg/m$^3$).

Stanton *et al.* (2006) studied beryllium exposures among workers at three beryllium–copper alloy distribution centres in the USA in 2000–01. For the period 1996–2004, company records of full-shift personal lapel breathing zone samples for airborne beryllium ($n = 393$) were examined. A total of 54% of all samples were at or below the limit of detection. The overall median beryllium concentration was 0.03 µg/m$^3$ (arithmetic mean, 0.05 µg/m$^3$). When examined by work category (production – bulk products, production – strip metal, production support, administration) and

process or job within work category, concentration ranges were 0.01–0.07 µg/m$^3$ (median), and 0.02–0.07 µg/m$^3$ (geometric mean). The highest concentrations were measured in heat-treating (bulk products) and tensioning (strip metal) processes, with levels of 1.6 µg/m$^3$ and 1.4 µg/m$^3$, respectively.

### (e)  Nuclear facilities

Stange *et al.* (1996a) studied beryllium exposures in the Rocky Flats Nuclear Facility in the USA. Fixed airhead (i.e. area) samples ($n = 102$) and personal breathing zone samples ($n = 102$) were collected from the main beryllium production building. The mean beryllium concentration from the area samples was 0.16 µg/m$^3$, and from the personal samples, 1.04 µg/m$^3$. No correlation ($r^2 = 0.029$) was observed between fixed airhead and personal breathing zone beryllium samples.

Stefaniak *et al.* (2003a) investigated historical beryllium exposure conditions at the Los Alamos Nuclear Laboratory in the USA. A total of 4528 personal breathing zone and area samples were analysed. For all technical areas, the geometric mean concentration for the period 1949–89 was 0.04 µg/m$^3$. Average beryllium concentrations per decade were less than 1 µg/m$^3$, and annual geometric mean concentrations in the area that was the largest user of beryllium were generally below 0.1 µg/m$^3$.

### (f)  Other

Meeker *et al.* (2006) compared occupational exposures among painters using three alternative blasting abrasives (specular hematite, coal slag, steel grit) on a footbridge painting project during 2002–04 in New Jersey, USA. Over the 3-year project, personal breathing zone samples were collected outside the respirators of two or three abrasive blasters. The range of beryllium concentrations measured outside personal protective equipment ($n = 18$ samples) was 2.5–9.5 µg/m$^3$, with a geometric mean exposure

IARC MONOGRAPHS – 100C

level of 5.0 µg/m³. Beryllium was also measured in bulk paint chips collected from each bridge.

Bauxite, from which aluminium is derived, may contain beryllium in varying degrees. In 965 personal samples collected during 2000–05 in four aluminium smelters, beryllium concentrations varied in the range of 0.002–13.0 µg/m³ (arithmetic and geometric means were 0.22 and 0.05 µg/m³, respectively) (Taiwo et al., 2008).

### 1.5.3 Dietary exposure

There is a lack of reliable data on the concentration of beryllium in food (WHO, 1990; ATSDR, 2002). Measured concentrations of beryllium have been reported for 38 foods, fruit and fruit juices from around the world (number of samples, 2243; 2209 foods + 34 fruit and juices). Concentrations in the foods have been reported in the range of < 0.1–2200 µg/kg fresh weight, with the highest concentrations measured in kidney beans, crisp bread, garden peas, parsley and pears (2200, 112, 109, 77, and 65 µg/kg fresh weight, respectively), and with a median concentration of 22.5 µg/kg fresh weight (kidney beans were excluded from this calculation). Concentrations in the fruits and juices ranged from not detected to 74.9 µg/L, with an average concentration of 13.0 µg/L (ATSDR, 2002). Beryllium has also been measured in rice, head lettuce, and potatoes at 80 µg/kg, 330 µg/kg, and 0.3 µg/kg, respectively (Kolanz, 2001).

### 1.5.4 Biomarkers of exposure

Several analytical methods are available and have adequate sensitivity for measuring beryllium in biological samples. These include gas chromatography-electron capture (GC-ECD), graphite furnace atomic absorption spectrometry (GF-AAS), inductively coupled plasma atomic emission spectrometry (ICP-AES), and inductively coupled plasma mass spectrometry (ICP-MS). Biological matrices in which these methods can measure beryllium include: blood, urine, faeces, fingernails, hair, and lung tissue. Urinary beryllium is an indicator of current exposure, but is of uncertain utility for quantitative exposure assessment. Beryllium levels in blood, serum or plasma are indicators of the intensity of current exposure (ATSDR, 2002; NTP, 2004; NRC 2007).

The average burden of beryllium in the general population is 0.20 mg/kg in the lung and is below 0.08 mg/kg in other organs (Kolanz, 2001).

The mean concentration of beryllium in urine measured in about 500 non-occupationally exposed individuals in the USA during the Third National Health and Nutrition Examination Survey (NHANES III) was 0.22 µg/g of creatinine (Paschal et al., 1998). Other studies reported mean urinary beryllium concentrations in the range of < 0.03–0.4 µg/L for non-occupationally exposed individuals (Apostoli & Schaller, 2001).

## 2. Cancer in Humans

The previous IARC Monograph on beryllium and beryllium compounds was based largely on evidence of elevated lung cancer mortality among 689 individuals (predominantly workers) entered into the US Beryllium Case Registry (Steenland & Ward, 1991; Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-02-Table2.1.pdf), and in a cohort of 9225 workers employed at seven beryllium-processing plants in the USA (Ward et al., 1992). The cohort study included two plants that had been previously studied (Mancuso, 1979, 1980; Wagoner et al., 1980) and Infante et al. (1980) had reported earlier on mortality in the Beryllium Case Registry cohort.

## 2.1 Cohort studies and nested case–control studies

The body of evidence available for the current evaluation of the carcinogenicity of beryllium in humans includes the two previously evaluated cohort studies and a nested case–control study initially reported by Sanderson et al. (2001b), and reanalysed with adjustment for temporal confounders by Schubauer-Berigan et al. (2008).

The Beryllium Case Registry study included 689 individuals entered alive into the registry and followed for mortality through to 1988 (Steenland & Ward, 1991); 34% were from the fluorescent tube industry, and 36% were from basic manufacturing. There were 158 deaths from pneumoconiosis and other respiratory disease, the category that included beryllium disease (Standard Mortality Ratio [SMR], 34.2; 95%CI: 29.1–40.0). The overall SMR for lung cancer was 2.00 (95%CI: 1.33–2.89), based on 28 deaths. Among those with acute beryllium disease, there were 17 lung cancer deaths (SMR 2.32; 95%CI: 1.35–3.72), and among those with chronic beryllium disease, ten lung cancer deaths (SMR 1.57; 95%CI: 0.75–2.89).

The cohort study included workers at seven beryllium-processing plants in the USA involved in various phases of beryllium processing with exposure to many forms of beryllium and beryllium compounds (Ward et al., 1992). The study found a significantly elevated SMR of 1.26 (95%CI: 1.12–1.42) for lung cancer in the cohort overall, with significant excesses observed for the two oldest plants located in Lorain, Ohio, and Reading, Pennsylvania.

The SMR for lung cancer at the Lorain plant was 1.69 (95%CI: 1.28–2.19), and at the Reading plant, 1.24 (95%CI: 1.03–1.48). The Lorain plant, in operation during 1935–48, is thought to have had very high beryllium exposures. The majority of workers (84.6%) were employed for less than 1 year. Ninety-eight of the 1192 individuals employed at the Lorain plant (8.2%) were identified in the Beryllium Case Registry as having beryllium disease; 91 were of the acute form which has only been associated with very high beryllium exposure, six individuals had chronic beryllium disease, and one was of unknown type. A total of 11 lung cancer deaths occurred among the 98 individuals with beryllium disease (SMR, 3.33; 95%CI: 1.66–5.95), and 46 lung cancer deaths occurred among the remaining 1094 Lorain workers (SMR, 1.51; 95%CI: 1.11–2.02). All but one of the 57 lung cancer deaths occurred in latency categories < 15 years; for 15–30 years' latency, the SMR was 2.09 [95%CI: 1.30–3.21]; and for over 30 years' latency, 1.66 [95%CI: 1.16–2.31].

The plant in Reading, Pennsylvania, in operation during 1935–2001, employed 3569 workers during 1940–69. Among those, 53.8% were employed for less than 1 year, and only 17.2% were employed for more than 10 years. When the SMRs for lung cancer at the Reading plant were analysed by latency and duration of exposure, the highest SMR was observed for the category with less than 1 year of employment and duration and more than 30 years' latency (SMR = 1.42; [95%CI: 1.01–1.93]). Further analyses by decade of hire revealed that 92/120 lung cancer deaths occurred among workers hired before 1950 (SMR, 1.26; [95%CI: 1.02–1.55]). None of the newer plants included in the study had a significantly elevated SMR for lung cancer. However, non-significantly elevated SMRs were observed for four out of five plants operating in the 1950s for workers hired during that decade. The results were adjusted for smoking based on comparing smoking histories of 1466 (15.9%) of cohort members surveyed in 1968 with a survey of the US population conducted in 1965, resulting in SMRs of 1.12, 1.49 and 1.09 for the total cohort, the Lorain plant, and the Reading plant, respectively. [The Working Group noted that it is unclear that adjustment for differences in smoking patterns between cohort members and the US population in the late 1960s would accurately reflect patterns

IARC MONOGRAPHS – 100C

in the 1940s that would be most relevant to interpreting the lung cancer excess. It is possible that using data from the 1960s would overestimate the impact of smoking.] SMRs based on county referent rates were also presented and for the cohort as a whole, the SMR was slightly increased to 1.32, the SMR declined for the Lorain plant to 1.60, and increased for the Reading plant to 1.42.

Subsequent to the publication of the Ward et al. (1992) study, the Beryllium Industry Scientific Advisory Committee suggested that the excess of lung cancer observed at the Lorain plant might be attributable to exposure to sulfuric acid mist and fumes rather than exposure to beryllium (BISAC, 1997). A reanalysis of the cohort study used alternative referent rates (for cities in which the two oldest plants were located) to compute expected number of lung cancers, alternative smoking risk factor estimates to adjust for differences in smoking habits between the cohort and the US population, and an alternative methodology to calculate the SMR for all plants combined (Levy et al., 2002). The net effect of the reanalysis was to reduce the magnitude and statistical significance of the SMRs in the Ward et al. (1992) study. [The Working Group noted that there are several potential methodological limitations of this reanalysis. For instance, the city referent rates used for the calculation were not published, whereas Ward et al. (1992) used only published rates.]

Sanderson et al. (2001b) conducted a nested case–control study of lung cancer within one of the beryllium processing plants studied by Ward et al. (1992). This plant was selected for study because it was one of the two older plants in which an elevated lung cancer SMR was observed, and because industrial hygiene measurement data were available from as early as 1947. Details of the job–exposure matrix are provided in Sanderson et al. (2001a). Mortality was followed-up through 1992, and 142 lung cancer cases were identified. Cases were age- and race-matched to five controls through incidence-density sampling (Sanderson et al., 2001b). The main findings of the Sanderson et al. (2001b) study were positive associations with average and maximum exposure lagged 10 and 20 years. This association did not appear to be confounded by smoking in an analysis that excluded professional workers.

Following some letters and critiques of the Sanderson et al. (2001b) study (Deubner et al., 2001b, 2007; Sanderson et al., 2001c; Levy, et al., 2007), a reanalysis of the study was carried out that adjusted for year of birth and an alternative minimal exposure value (the lowest detectable exposure level divided by two) in continuous exposure–response analyses (Schubauer-Berigan et al., 2008; see Table 2.2 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-02-Table2.2.pdf). After controlling for year of birth, significantly elevated odds ratios for 10-year lagged average beryllium exposure were found in the middle two exposure quartiles. The choice of an alternative minimal exposure value decreased the trend statistic for cumulative exposure but increased it for average exposure. In the continuous analysis of average 10-year lag dose, the parameter estimates and P-values were highly significant with control for year of birth. [The Working Group noted that several methodological articles were published regarding the incidence-density sampling methods used in the nested case–control study (Deubner & Roth, 2009; Hein et al., 2009; Langholz & Richardson, 2009; Wacholder, 2009). Three of these articles affirmed the methodology used to select controls in the study (Hein et al., 2009; Langholz & Richardson, 2009; Wacholder, 2009). The Working Group noted that the issues raised in the Deubner & Roth (2009) commentary did not undermine confidence in the results of the Schubauer-Berigan et al. (2008) reanalysis.]

## 2.2 Synthesis

A large body of evidence was evaluated by the Working Group and, in conclusion, elevated lung cancer mortality was observed in a study of individuals with beryllium disease and in a cohort study of workers at seven beryllium-processing plants. The association of the elevated lung cancer risks with beryllium exposure is supported by a large number of lung cancer cases and stable rate ratios, a consistency in findings among plants, higher risks of lung cancer among workers hired before 1950 (when exposures were at their highest), a greater risk of lung cancer in the US Beryllium Case Registry cohort (especially among those highly exposed who were diagnosed with acute pneumonitis), and greatest risks for lung cancer in the plants with the highest risk for acute pneumonitis and other respiratory disease. In addition, the nested case–control studies found evidence for an exposure–response relationship that was strongest when using the 10-year lag average-exposure metric. All of the epidemiological studies involved potential exposure to metallic beryllium as well as other beryllium compounds, and were unable to discern the specific effects of beryllium metal or specific beryllium compounds.

## 3. Cancer in Experimental Animals

Beryllium compounds have been tested for carcinogenicity by inhalation in rats and mice, by intratracheal or intrabronchial administration in rats, by intravenous administration to rabbits, by intraperitoneally administration to mice, and by intramedullary bone administration in rabbits.

To date, by all routes of exposure and in all species tested, all beryllium compounds examined have been shown to be carcinogenic (IARC, 1993).

## 3.1 Inhalation exposure

### 3.1.1 Mouse

In p53 heterozygous mice, lung tumours occurred after a single series of three consecutive daily inhalation exposures to beryllium metal (Finch et al., 1998a).

### 3.1.2 Rat

The first inhalation study published on beryllium was with beryllium sulfate in rats, which induced lung tumours and chronic lung disease (Schepers et al., 1957). Inhalation of single doses of beryllium metal (Nickell-Brady et al., 1994), and exposure to beryllium sulfate for 6 months (Schepers et al., 1957) or 72 weeks (Reeves et al., 1967) caused lung tumours in rats. Beryl ore dust induced lung tumours in rats (Wagner et al., 1969).

### 3.1.3 Hamster

A study of inhalation of beryl ore for 17 months in hamsters resulted in excess atypical lung proliferative lesions, some of which described as tumours (Wagner et al., 1969). It is noteworthy that similar doses caused tumours in rats (Wagner et al., 1969).

See Table 3.1.

## 3.2 Intratracheal administration

### 3.2.1 Rat

A single intratracheal administration of beryllium metal, beryllium oxide, and beryllium hydroxide once per week for 15 weeks caused lung tumours in rats (Groth et al., 1980). Beryllium oxide caused lung tumours in rats (Ishinishi et al., 1980; Litvinov et al., 1983).

See Table 3.2.

IARC MONOGRAPHS – 100C

**Table 3.1 Studies of cancer in experimental animals exposed to beryllium (inhalation exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, p53 Heterozygous (M, F) 6–19 mo Finch et al. (1998a) | Beryllium metal Single exposure to 47 µg or 3×/d 63 µg 15/group/sex | Lung (tumours, both sexes combined): P53–controls 0/30, low dose 0/29, high dose 4/28 (14%) Wild-type–0/28 | P = 0.048 | Incomplete reporting of the study, total tumours not incidence reported, disease outbreak killed 58 rats during exposure and afterwards, data not divided up by strain or sex |
| Rat, Wistar and Sherman (M, F) 18 mo (22 mo for controls) Schepers et al. (1957) | Beryllium sulfate tetrahydrate Inhalation 35.8 µg/m³ 5.5 d/wk during 180 d 84, 139 controls | Lung (tumours): 76 in 52 rats that survived after exposure period Controls–0/139 | NR | |
| Rat, SD CD rats (M, F) 72 wk Reeves et al. (1967) | Beryllium sulfate tetrahydrate Inhalation 34.25 µg/m³ 7 h/d, 5 d/wk, 150/group | Lung (pulmonary alveolar adenocarcinomas, multiple): 43/43 (100%) rats alive past 13 mo Controls–none | NR | Age at start, 6 wk Incomplete reporting of the study, respiratory infections, dead rats thrown out due to postmortem changes |
| Rat, Charles River CD (M) For each ore – up to 23 mo Wagner et al. (1969) | Beryl ore or bertrandite ore Inhalation 15mg/m³, 6 h/d, 5 d/wk (210–620 µg/m³ beryllium) 93, 33 controls | *Beryl* Lung: **12 mo** 5/11 (45%) squamous metaplasias or small epidermoid tumours **17 mo** 18/19 (95%) lung tumours (alveolar cell tumours–7 adenomas, 9 adenocarcinomas, 4 epidermoid tumours) *Bertrandite* None Controls, none | NR | High crystalline silica content of bertrandite ore Incomplete reporting of the study |

**Table 3.1 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Hamster, Syrian golden (M) 17 mo Wagner et al. (1969) | Beryl ore or bertrandite ore Inhalation 15 mg/m³, 6 h/d, 5 d/wk 48/group | *Both ores* **12 mo** Atypical lung proliferations **17 mo** More atypical lesions in beryl-exposed hamsters No definitive tumours | NR | Incomplete reporting of the study; lung lesions called adenomas in the figure only, but were probably adenomatous hyperplasias, and not tumours |
| Rats, F344 (M, F) 14 mo Nickell-Brady et al. (1994) | Beryllium metal Inhalation (nose-only) Single exposure 40, 110, 360 and 430 μg (cohort of Lovelace High dose study) 30/group/sex | Lung (tumours): 64% Controls, NR | | Age at start, 12 wk No incidence data by group or sex |

d, day or days; F, female; h, hour or hours; M, male; mo, month or months; NR, not reported; wk, week or weeks

109

**Table 3.2 Studies of cancer in experimental animals exposed to beryllium (intratracheal or intrabronchial exposure)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, Wistar (F) 18 mo Groth et al. (1980) | Intratracheal single exposure to 0.5 or 2.5 mg beryllium metal or beryllium–aluminum alloy, beryllium–copper alloy, beryllium–copper–cobalt alloy, beryllium–nickel alloy 35/group | Lung (adenomas or carcinomas): Beryllium metal– 2/3 (67%) low dose, 6/6 (100%) high dose Passivated beryllium metal– 7/11 (64%) low dose, 4/4 (100%) high dose Alloy groups– all negative Controls, 0/21 after 19 mo Beryllium hydroxide– 13/25 (52%) adenoma or adenocarcinoma | $P < 0.008$ | Age at start, 3 mo Low beryllium content of alloys Incidence of animals sacrificed at 19 mo reported |
| Rat, Wistar (F) 19 mo Groth et al. (1980) | Intratracheal 50 μg beryllium hydroxide initially followed by 25 μg 10 mo later 35/group | Lung (tumours): 13/25 (52%); Controls, 0/21 | $P = 0.0021$ | Incidence in rats surviving 16 mo or more |
| Rat, Wistar (M) Life span Ishinishi et al. (1980) | Intratracheal instillation 1 mg beryllium oxide once/wk for 15 wk 30; 16 controls | Lung (tumours): 6/30 (20%, 4 benign, 2 malignant) Controls, 0/16 | | Animals/group at start NR Untreated controls, 3/4 adenomas have histology indicative of malignancy |
| Rat, albino (NR) Life span Litvinov et al. (1983) | Intratracheal Single exposure beryllium oxide, low- and high-temp fired 0.036, 0.36, 3.6, 18 mg/kg 300 controls | Lung (tumours, malignant): High temp fired– 0/76, 0/84, 2/77 (3%), 2/103 (2%) Low temp fired– 3/69 (4%), 7/81 (9%), 18/79 (23%), 8/26 (31%) Controls, 0/104 | NR | |

d, day or days; F, female; h, hour or hours; M, male; mo, month or months; NR, not reported; wk, week or weeks

## 3.3 Intravenous administration

### 3.3.1 Mouse

A mouse study reported bone tumours after intravenous injection of zinc beryllium silicate (Cloudman et al., 1949).

### 3.3.2 Rabbit

Multiple intravenous injections of beryllium metal (Barnes & Denz, 1950), beryllium oxide (Gardner & Heslington, 1946; Dutra & Largent, 1950; Araki et al., 1954; Komitowski, 1967; Fodor, 1977), beryllium silicate, beryllium phosphate (Araki et al., 1954), and zinc beryllium silicate (Gardner & Heslington, 1946; Cloudman et al., 1949; Barnes & Denz, 1950; Hoagland et al., 1950; Janes et al., 1954; Kelly et al., 1961) caused osteosarcomas in rabbits, which were reviewed by Groth (1980).

See Table 3.3.

[The Working Group noted that although many of these studies had defficiency in reporting methods, the rarity of the induced tumours was considered to be compelling enough to consider them as a group.]

## 3.4 Other routes of exposure

### 3.4.1 Mouse

Beryllium sulfate injected intraperitoneally caused an increased incidence and multiplicity of lung tumours in A/J mice (Ashby et al., 1990).

### 3.4.2 Rabbit

Intramedullary bone administration of beryllium oxide (Yamaguchi, 1963; Komitowski, 1974; Hiruma, 1991), beryllium silicate (Tapp, 1966), zinc beryllium silicate (Tapp, 1969; Mazabraud, 1975), beryllium carbonate (Matsuura, 1974), and beryllium acetylacetonate (Matsuura, 1974) caused osteosarcomas or other bone tumours in rabbits.

See Table 3.4.

## 3.5 Synthesis

Lung tumours were induced in rats by inhalation of beryllium sulfate, beryllium metal, and beryl ore dust. In mice, lung cancer occurred after inhalation of beryllium metal. In hamsters, inhalation of beryl ore induced adenomatous hyperplasia of the lung. Intratracheal instillation of beryllium metal, beryllium hydroxide, and beryllium oxide in rats induced lung tumours. Intraperitoneal injection of beryllium sulfate induced lung tumours in mice. Intravenous injection or intramedullary injection/implantation of various beryllium compounds induced osteosarcoma in various studies in rabbits, and in one study in mice.

# 4. Other Relevant Data

## 4.1 Absorption, distribution, metabolism, and excretion

The bioavailability of beryllium particles as a function of size (geometric mean diameter), chemical composition, and specific surface area has been studied extensively. The agglomeration of beryllium particles does occur but the agglomerates dissociate again in fluid, with a corresponding decrease in particle mean diameter (Kent et al., 2001; Stefaniak et al., 2003b, 2004, 2007). Highly significant associations of chronic beryllium disease (CBD) and beryllium sensitization with particle-mass concentration for particles of less than 10 μm have been observed. The particle-mass concentration of alveolar-deposited particles (< 10 μm) correlates significantly with the occurrence of CBD. In a simulated phagolysosomal fluid, dissolution rate constants (k) for metallic beryllium particles and multiconstituent particles from arc-furnace processing of a beryllium–copper alloy were greater than those observed for beryllium oxide materials (Stefaniak et al., 2006). Beryllium has

IARC MONOGRAPHS – 100C

**Table 3.3 Studies of cancer in experimental animals exposed to beryllium (intravenous exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse Strain, sex and duration, NR Cloudman et al. (1949) | Zinc beryllium silicate (0.264 mg Be); beryllium oxide (1.54 mg Be) 20–22 injections (twice weekly) Number at start, NR | "Some mice" developed malignant bone tumours | | Animals/group at start NR Only zinc beryllium silicate induced osteosarcomas |
| Rabbit Strain, sex and duration, NR Barnes & Denz (1950) | Beryllium metal Total dose, 40mg 24 animals | Bone (sarcomas): 2 surviving rabbits | | Toxicity in 19 rabbits during first wk and mo (liver necrosis) |
| Rabbit Strain and sex, NR > 7 mo Gardner & Heslington (1946) | Zinc beryllium silicate and beryllium oxide 20 doses, total dose–1 g of particles 7 animals | Osteosarcomas: Zinc beryllium silicate– 7/7 (100%) that lived past 7 mo Beryllium oxide– 1 | | |
| Rabbit Strain and sex, NR > 1 yr Cloudman et al. (1949) | Zinc beryllium silicate (17 mg Be) or beryllium oxide (390 mg Be) 20–22 injections (twice weekly) | Bone (tumours): Zinc beryllium silicate– 4/5 (80%) | | Animals/group at start NR |
| Rabbit Strain, NR (M, F) > 30 wk Barnes & Denz (1950) | Zinc beryllium silicate or beryllium silicate 6–10 injections 67 animals | Bone (sarcomas): Zinc beryllium silicate– 7/21 (33%) past 30 wk | | Poor survival |
| Rabbit Strain, NR (M, F) > 11.5 mo Dutra & Largent (1950) | Beryllium oxide or calcined phosphor with beryllium oxide, zinc oxide and silica 20–26 injections 360–700 mg beryllium in beryllium oxide 64–90 mg beryllium in phosphor group | Osteosarcomas: Beryllium oxide– 6/6 (100%) Phosphor– 2/3 (67%) Controls, 0/50 | | Animals/group at start NR |
| Rabbit Strain, NR (M, F) 14–28 mo Hoagland et al. (1950) | Beryllium phosphate Zinc beryllium silicate Beryllium oxide 1–4 d intervals, unknown time period Doses not clear 24 animals | Osteosarcomas: Zinc beryllium silicate– 7/8 (88%) Beryllium oxide– 1 | | Small group size, lack of controls Incomplete reporting |

**Table 3.3 (continued)**

| Species, strain (sex)<br>Duration<br>Reference | Dosing regimen<br>Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rabbit<br>Strain and sex, NR<br>18 mo<br>Araki et al. (1954) | Beryllium phosphate 1 g<br>Beryllium oxide 1 g<br>Beryllium oxide + zinc oxide<br>Single dose<br>35 animals | Osteosarcomas:<br>*Beryllium phosphate–*<br>2/4 (50%)<br>*Beryllium oxide+zinc oxide–*<br>9/31 (29%) | | Weight ≈2.0 kg<br>Small numbers of animals, no<br>appropriate controls |
| Rabbit (M)<br>Strain, NR<br>Janes et al. (1954) | Zinc beryllium silicate (1 g<br>beryllium silicate, 33.6 mg<br>beryllium oxide)<br>Twice/wk for 10 wk<br>10 animals | Osteosarcomas:<br>5 | | Age at start, 9–11 mo<br>Small group size, lack of controls |
| Rabbit<br>Strain and sex, NR<br>57 wk<br>Kelly et al. (1961) | Zinc beryllium silicate<br>Twice/wk for 10 wk<br>14 animals | Osteosarcomas:<br>10/14 (71%) | | Small group size, lack of controls |
| Rabbit<br>Strain and sex, NR<br>15–18 mo<br>Komitowski (1962) | Beryllium oxide<br>Single 1 g dose<br>20 animals | Osteosarcomas:<br>3/20 (15%) | | Lack of appropriate control group |
| Rabbit<br>Strain and sex, NR<br>25 wk<br>Fodor (1977) | Beryllium oxide (1%)<br>Once/wk for 25 wk<br>60 animals | Sarcomas:<br>21/29 (72%) | | Age at start, 6 mo<br>Incomplete reporting, lack of<br>appropriate control group |

d, day or days; F, female; M, male; mo, month or months; NR, not reported; wk, week or weeks

IARC MONOGRAPHS – 100C

**Table 3.4 Studies of cancer in experimental animals exposed to beryllium (other routes of exposure)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, A/J (M) 32 wk Ashby et al. (1990) | Intraperitoneal Beryllium sulfate tetrahydrate 0, 0.02, 0.05, 0.1 mg/mouse/injection 3×/wk for 8 wk 20/group | Incidence (% given only): 15, 17, 33, 38% Lung tumours/mouse: 0.15, 0.17, 0.39, 0.38 | r = 5.9 and 4.6 for middle and high doses ($\chi^2$) | Age at start, 5–6 wk Purity, 99% Middle and high doses, significant |
| Rabbit Strain and sex, NR 1–2 yr Yamaguchi (1963) | Injection into bone marrow Beryllium oxide 10 mg twice/wk 55 animals | Bone (tumours): 26 | | |
| Rabbit, mixed breeds (M, F) 15–20 mo Tapp (1966) | Intramedullary injection Beryllium silicate powder 20 mg 12 animals | Osteogenic sarcomas: 4/12 (33%) | | Age at start, 6 wk |
| Rabbit, mixed breeds (M, F) 25 mo Tapp (1969) | Implants (periosteal) Zinc beryllium silicate, beryllium oxide, beryllium silicate 10 mg 18 animals | Osteogenic sarcomas: 4/18 (22%) | | Age at start, 6 and 8 wk |
| Rabbit Strain and sex, NR 24 mo Komitowski (1974) | Intramedullary injection Beryllium oxide No dose given 20 animals | Osteogenic sarcomas: 5/20 (25%) | | Incomplete reporting, lack of appropriate control group |
| Rabbit Strain and sex, NR 21 mo Matsuura (1974) | Intramedullary implants Beryllium carbonate, beryllium acetate, beryllium acetylacetonate, beryllium laurate, beryllium stearate 173, 18, 3, 3 | Osteosarcomas: Beryllium carbonate– 30 Beryllium acetylacetonate– 1 | | Incomplete reporting, small numbers in most groups |
| Rabbit, Fauve de Bourgogne, sex (NR) > 4 mo Mazabraud (1975) | Intraosseous injection Zinc beryllium silicate 1 g/cm³ 65 animals | Osteogenic sarcomas: 45/65 (69%) | | Age at start, 15–20 wk Incomplete reporting Lack of appropriate control group |
| Rabbit (M) 56 wk Hiruma (1991) | Implants into bone Beryllium oxide 300 (after fracture), 300, 50 mg 10/group | Osteosarcomas: 10/10 (100%) 7/10 (70%) 1/10 (10%) | | |

F, female; M, male; mo, month or months; NR, not reported; wk, week or weeks; yr, year or years

114

been detected in CBD-associated granulomas of beryllium-exposed workers by secondary ion mass-spectroscopy at an average of 9 years post exposure (Sawyer *et al.*, 2005a). These data indicate that beryllium is retained in granulomatous lesions for extended periods of time in exposed humans with CBD. Verma *et al.* (2003) also reported elevated concentrations of beryllium in lung tissue from a person with CBD.

Acute inhalation dose–response studies in mice with a follow-up period of 350 days showed that high-dose exposures produced granulomatous beryllium lesions, which impeded the clearance of beryllium from the lungs (Finch *et al.*, 1998b).

Accidental exposure of 25 people to beryllium dust produced a mean serum concentration of 3.5 µ/L measured one day later, which decreased to a mean concentration of 2.4 µ/L after 6 days (Zorn *et al.*, 1986). These data indicate that beryllium from beryllium metal is biologically available from the lung. Exposure to beryllium metal (Williams, 1977) and beryllium alloys (Lieben *et al.*, 1964) have been reported to produce beryllium disease.

## 4.2 Genetic and related effects

### 4.2.1 Direct genotoxicity

A large number of mutagenicity studies for beryllium compounds have been published (for reviews see IARC, 1993; Gordon & Bowser, 2003). In general, results of these studies have been either negative or weakly positive, depending on the test system used.

Joseph *et al.* (2001) studied gene expression patterns in BALB/c-3T3 cells transformed with beryllium sulfate and reported a general upregulation of several cancer-related genes. Because no toxicity data were provided in these studies, the relevance of these findings to cancer cannot be interpreted. The same authors also reported

the downregulation of several genes involved in DNA synthesis, repair and recombination in the tumour cells relative to controls.

Fahmy *et al.* (2008) studied the genotoxicity of beryllium chloride in mice exposed to oral doses of 93.75–750 mg/kg body weight for 3 weeks. Starting with the second lowest concentration (187.5 mg/kg bw; 1/8 of the $LD_{50}$), chromosomal aberrations (excluding gaps) and aneuploidy were observed both in bone-marrow cells and in spermatocytes, as a function of dose and time.

### 4.2.2 Indirect effects related to genotoxicity

#### (a) Oxidative stress

Palmer *et al.* (2008) demonstrated upregulation of the protein PD-1 (programmed death-1) in beryllium-specific CD4+ T-cells derived from broncho-alveolar lavages from beryllium-sensitized persons or CBD patients. Upregulation of PD-1 was closely correlated with the severity of T-cell alveolitis.

Subsequent studies by Sawyer *et al.* (2005b) in mouse macrophages demonstrated beryllium-induced formation of reactive oxygen species *in vitro*, with marked increases in apoptosis and activation of caspase 8. These effects were attenuated by the addition of the antioxidant manganese(III)*meso*-tetrakis(4-benzoic acid) porphyrin (MnTBAP).

The inflammatory processes associated with the development of acute or chronic beryllium disease could plausibly contribute to the development of lung cancer by elevating the rate of cell turnover, by enhancing oxidative stress, and by altering several signalling pathways involved in cell replication.

#### (b) Epigenetic mechanisms

Studies by Belinsky *et al.* (2002) in beryllium-induced rat lung tumours demonstrated hyper-methylation of the *p16* and *estrogen-receptor-α* genes, and their attendant inactivation.

IARC MONOGRAPHS – 100C

## 4.3 Synthesis

Several molecular mechanisms, possibly interrelated, operate in beryllium-induced carcinogenesis. Whereas mutagenicity tests with beryllium have shown only weakly positive or negative results, chromosomal aberrations and aneuploidy were observed *in vivo* in mice, at non-toxic concentrations. Like many other carcinogenic metals, beryllium is capable of producing oxidative stress, which can lead to cell injury in the form of DNA damage, activation of proto-oncogenes, and apoptotic mechanisms. In addition, the toxicity of beryllium in the lung may lead to cell killing and compensatory cell proliferation. Furthermore, the beryllium-induced chronic inflammatory response with attendant release of cytokines from beryllium-reactive CD4+ T-cells could also play a role in the development of a carcinogenic response in lung tissue.

In addition to beryllium-mediated generation of reactive oxygen species, inflammatory processes induced by beryllium may also cause an increase in reactive oxygen species, mediate cell turnover, and alter cell-signalling pathways. Furthermore, downregulation of genes involved in DNA synthesis, repair and recombination also occurs. Thus, the processes underlying beryllium-induced carcinogenesis are clearly complex, with several possible interactive mechanisms.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of beryllium and beryllium compounds. Beryllium and beryllium compounds cause cancer of the lung.

There is *sufficient evidence* in experimental animals for the carcinogenicity of beryllium and beryllium compounds.

Beryllium and beryllium compounds are *carcinogenic to humans (Group 1).*

## References

Apostoli P & Schaller KH (2001). Urinary beryllium–a suitable tool for assessing occupational and environmental beryllium exposure? *Int Arch Occup Environ Health*, 74: 162–166. doi:10.1007/s004200000204 PMID:11355289

Araki M, Okada S, Fujita M (1954). Experimental studies on beryllium-induced malignant tumors of rabbits. *Gan*, 45: 449–451. PMID:13220941

Ashby J, Ishidate M Jr, Stoner GD *et al.* (1990). Studies on the genotoxicity of beryllium sulphate in vitro and in vivo. *Mutat Res*, 240: 217–225. doi:10.1016/0165-1218(90)90061-6 PMID:2179717

ATSDR (2002). *Toxicological Profile for Beryllium* (US NTIS PB2003–100135). Atlanta, GA: US Public Health Service, Agency for Toxic Substances and Disease Registry. Available at: http://www.atsdr.cdc.gov/toxprofiles/tp4.pdf

Ballance J, Stonehouse AJ, Sweeney R, Walsh K (1978). *Beryllium and Beryllium Alloys*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 3rd ed., Vol. 3. Mark HF, Othmer DF, Overberger CG *et al.*, editors. New York: John Wiley & Sons, pp. 803–823.

Barnes JM & Denz FA (1950). Beryllium bone sarcoma in rabbits. *Br J Cancer*, 4: 212–222. PMID:14772368

Belinsky SA, Snow SS, Nikula KJ *et al.* (2002). Aberrant CpG island methylation of the p16(INK4a) and estrogen receptor genes in rat lung tumors induced by particulate carcinogens. *Carcinogenesis*, 23: 335–339. doi:10.1093/carcin/23.2.335 PMID:11872642

BISAC. (1997). Is beryllium carcinogenic in humans? Beryllium Industry Scientific Advisory Committee. *J Occup Environ Med*, 39: 205–208. doi:10.1097/00043764-199703000-00009 PMID:9093971

CAREX Canada (2011). Available at: http://www.carexcanada.ca/en/beryllium/occupational_estimates/phase_2/

Cloudman AM, Vining D, Barkulis S *et al.* (1949). Bone changes observed following intravenous injections of beryllium [Abstract] *Am J Pathol*, 25: 810–811.

Cummings KJ, Deubner DC, Day GA *et al.* (2007). Enhanced preventive programme at a beryllium oxide ceramics facility reduces beryllium sensitisation among new workers. *Occup Environ Med*, 64: 134–140. doi:10.1136/oem.2006.027987 PMID:17043076

Day GA, Dufresne A, Stefaniak AB *et al.* (2007). Exposure pathway assessment at a copper-beryllium alloy facility. *Ann Occup Hyg*, 51: 67–80. doi:10.1093/annhyg/mel041 PMID:16844720

Deubner D, Kelsh M, Shum M *et al.* (2001a). Beryllium sensitization, chronic beryllium disease, and exposures at a beryllium mining and extraction facility. *Appl Occup Environ Hyg*, 16: 579–592. doi:10.1080/10473220175016996 97 PMID:11370937

Deubner DC, Lockey JL, Kotin P *et al.* (2001b). Re: Lung cancer case–control study of beryllium workers. Sanderson WT, Ward EM, Steenland K, Petersen MR. Am. J. Ind. Med. 2001. 39:133–144. *Am J Ind Med*, 40: 284–288. doi:10.1002/ajim.1101 PMID:11598976

Deubner DC & Roth HD (2009). Rejoinder: Progress in understanding the relationship between beryllium exposure and lung cancer. *Epidemiology*, 20: 341–343. doi:10.1097/EDE.0b013e31819f32de PMID:19295436

Deubner DC, Roth HD, Levy PS (2007). Empirical evaluation of complex epidemiologic study designs: workplace exposure and cancer. *J Occup Environ Med*, 49: 953–959. doi:10.1097/JOM.0b013e318145b28d PMID:17848851

Dutra FR & Largent EJ (1950). Osteosarcoma induced by beryllium oxide. *Am J Pathol*, 26: 197–209. PMID:15406251

Fahmy MA, Hassan NH, Farghaly AA, Hassan EE (2008). Studies on the genotoxic effect of beryllium chloride and the possible protective role of selenium/vitamins A, C and E. *Mutat Res*, 652: 103–111. PMID:18373946

Finch GL, March TH, Hahn FF *et al.* (1998a). Carcinogenic responses of transgenic heterozygous p53 knockout mice to inhaled 239PuO2 or metallic beryllium. *Toxicol Pathol*, 26: 484–491. doi:10.1177/019262339802600404 PMID:9715507

Finch GL, Nikula KJ, Hoover MD (1998b). Dose-response relationships between inhaled beryllium metal and lung toxicity in C3H mice. *Toxicol Sci*, 42: 36–48. PMID:9538046

Fodor I (1977). Histogenesis of beryllium-induced bone tumours. *Acta Morphol Acad Sci Hung*, 25: 99–105. PMID:277062

Gardner LU & Heslington HF (1946). Osteosarcoma from intravenous beryllium compounds in rabbits [Abstract] *Fed Proc*, 5: 221

Gordon T & Bowser D (2003). Beryllium: genotoxicity and carcinogenicity. *Mutat Res*, 533: 99–105. PMID:14643414

Groth DH (1980). Carcinogenicity of beryllium: review of the literature. *Environ Res*, 21: 56–62. doi:10.1016/0013-9351(80)90008-0 PMID:6771136

Groth DH, Kommineni C, Mackay GR (1980). Carcinogenicity of beryllium hydroxide and alloys. *Environ Res*, 21: 63–84. doi:10.1016/0013-9351(80)90009-2 PMID:7389706

Hein MJ, Deddens JA, Schubauer-Berigan MK (2009). Bias from matching on age at death or censor in nested case–control studies. *Epidemiology*, 20: 330–338. doi:10.1097/EDE.0b013e31819ed4d2 PMID:19289956

Henneberger PK, Cumro D, Deubner DD *et al.* (2001). Beryllium sensitization and disease among long-term and short-term workers in a beryllium ceramics plant. *Int Arch Occup Environ Health*, 74: 167–176. doi:10.1007/s004200100237 PMID:11355290

Henneberger PK, Goe SK, Miller WE *et al.* (2004). Industries in the United States with airborne beryllium exposure and estimates of the number of current workers potentially exposed. *J Occup Environ Hyg*, 1: 648–659. doi:10.1080/15459620490502233 PMID:15631056

Hiruma T (1991). Rabbit osteosarcoma induced by hydroxypropylcellulose mixed beryllium oxide pellet–comparison between implantations into bone marrow cavity and into fracture callus of the femur *Nippon Seikeigeka Gakkai Zasshi*, 65: 775–786. PMID:1960478

Hoagland MB, Grier RS, Hood MB (1950). Beryllium and growth. I. Beryllium-induced osteogenic sarcomata. *Cancer Res*, 10: 629–635. PMID:14778129

IARC (1972). Some inorganic substances, chlorinated hydrocarbons, aromatic amines, N-nitroso compounds and natural products. *IARC Monogr Eval Carcinog Risk Chem Man*, 1: 1–184.

IARC (1980). Some metals and metallic compounds. *IARC Monogr Eval Carcinog Risk Chem Hum*, 23: 1–415. PMID:6933135

IARC (1987). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1993). Beryllium, cadmium, mercury, and exposures in the glass manufacturing industry. *IARC Monogr Eval Carcinog Risks Hum*, 58: 1–415. PMID:8022054

Infante PF, Wagoner JK, Sprince NL (1980). Mortality patterns from lung cancer and nonneoplastic respiratory disease among white males in the beryllium case registry. *Environ Res*, 21: 35–43. doi:10.1016/0013-9351(80)90005-5 PMID:7389704

Ishinishi N, Mizunoe M, Inamasu T, Hisanaga A (1980). Experimental study on carcinogenicity of beryllium oxide and arsenic trioxide to the lung of rats by an intratracheal instillation (author's transl) *Fukuoka Igaku Zasshi*, 71: 19–26. PMID:7372264

Jakubowski M, Palczynski C (2007). *Beryllium*. In: *Handbook on the Toxicology of Metals*, 3rd ed. Academic Press Inc., pp. 415–431.

Janes JM, Higgins GM, Herrick JF (1954). Beryllium-induced osteogenic sarcoma in rabbits. *J Bone Joint Surg Br*, 36: B: 543–552. PMID:13211729

Johnson JS, Foote K, McClean M, Cogbill G (2001). Beryllium exposure control program at the Cardiff atomic weapons establishment in the United Kingdom. *Appl Occup Environ Hyg*, 16: 619–630. doi:10.1080/10473220175016975 0 PMID:11370940

Joseph P, Muchnok T, Ong T (2001). Gene expression profile in BALB/c-3T3 cells transformed with beryllium sulfate. *Mol Carcinog*, 32: 28–35. doi:10.1002/mc.1061 PMID:11568973

Kaczynski DJ (2004). *Beryllium Compounds*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 5th ed., Vol. 3. New York: John Wiley & Sons, pp. 661–668 [online version]

Kelly PJ, Janes JM, Peterson LF (1961). The effect of beryllium on bone. A morphological study of the progressive changes observed in rabbit bone. *J Bone Joint Surg Am*, 43-A: 829–844. PMID:13830920

Kent MS, Robins TG, Madl AK (2001). Is total mass or mass of alveolar-deposited airborne particles of beryllium a better predictor of the prevalence of disease? A preliminary study of a beryllium processing facility. *Appl Occup Environ Hyg*, 16: 539–558. doi:10.1080/10473220150169633 PMID:11370934

Kolanz ME (2001). Introduction to beryllium: uses, regulatory history, and disease. *Appl Occup Environ Hyg*, 16: 559–567. doi:10.1080/10473220119088 PMID:11370935

Komitowski D (1967). Experimental beryllium bone neoplasms as a model of osteogenic sarcoma *Chir Narzadow Ruchu Ortop Pol*, 33: 237–242. PMID:5239633

Komitowski D (1974). Beryllium induced bone sarcomas (author's transl) *Verh Dtsch Ges Pathol*, 58: 438–440. PMID:4533381

Kreiss K, Day GA, Schuler CR (2007). Beryllium: a modern industrial hazard. *Annu Rev Public Health*, 28: 259–277. doi:10.1146/annurev.publhealth.28.021406.144011 PMID:17094767

Kreiss K, Mroz MM, Newman LS *et al.* (1996). Machining risk of beryllium disease and sensitization with median exposures below 2 micrograms/m3. *Am J Ind Med*, 30: 16–25. doi:10.1002/(SICI)1097-0274(199607)30:1<16::AID-AJIM3>3.0.CO;2-Q PMID:8837677

Kreiss K, Mroz MM, Zhen B *et al.* (1997). Risks of beryllium disease related to work processes at a metal, alloy, and oxide production plant. *Occup Environ Med*, 54: 605–612. doi:10.1136/oem.54.8.605 PMID:9326165

Langholz B & Richardson D (2009). Are nested case–control studies biased? *Epidemiology*, 20: 321–329. doi:10.1097/EDE.0b013e31819e370b PMID:19289963

Levy PS, Roth HD, Deubner DC (2007). Exposure to beryllium and occurrence of lung cancer: a reexamination of findings from a nested case–control study. *J Occup Environ Med*, 49: 96–101. doi:10.1097/JOM.0b013e31802db595 PMID:17215718

Levy PS, Roth HD, Hwang PM, Powers TE (2002). Beryllium and lung cancer: a reanalysis of a NIOSH cohort mortality study. *Inhal Toxicol*, 14: 1003–1015. doi:10.1080/08958370290084755 PMID:12396408

Lide DR, editor (1991). *CRC Handbook of Chemistry and Physics*, 72nd ed. Boca Raton, FL: CRC Press, pp. 4–43.

Lieben J, Dattoli JA, Israel HL (1964). Probable berylliosis from beryllium alloys. *Arch Environ Health*, 9: 473–477. PMID:14185553

Litvinov NN, Kazenashev VF, Bugryshev PF (1983). Blastomogenic activities of various beryllium compounds (Russ.). *Eksp Onkol*, 5: 23–26.

Mancuso T, editor (1979). *Occupational lung cancer among beryllium workers: Dusts and Disease*. Park Forest, IL: Pathotox Publishers.

Mancuso TF (1980). Mortality study of beryllium industry workers' occupational lung cancer. *Environ Res*, 21: 48–55. doi:10.1016/0013-9351(80)90007-9 PMID:6771135

Martyny JW, Hoover MD, Mroz MM *et al.* (2000). Aerosols generated during beryllium machining. *J Occup Environ Med*, 42: 8–18. doi:10.1097/00043764-200001000-00006 PMID:10652683

Matsuura K (1974). Experimental studies on the production of osteosarcoma by beryllium compounds, and the effects of irradiation (Jpn.). *Jpn J Orthop Assoc*, 48: 403–418.

Mazabraud A (1975). Experimental production of bone sarcomas in the rabbit by a single local injection of beryllium *Bull Cancer*, 62: 49–58. PMID:1063048

Meeker JD, Susi P, Pellegrino A (2006). Comparison of occupational exposures among painters using three alternative blasting abrasives. *J Occup Environ Hyg*, 3: D80–D84. doi:10.1080/15459620600854292 PMID:16857642

Newland LW (1984). *Arsenic, beryllium, selenium and vanadium*. In: *The Handbook of Environmental Chemistry*, Vol. 3, Part B, *Anthropogenic Compounds*. Hutzinger O, editor. New York: Springer-Verlag, pp. 27–67.

Nickell-Brady C, Hahn FF, Finch GL, Belinsky SA (1994). Analysis of K-ras, p53 and c-raf-1 mutations in beryllium-induced rat lung tumors. *Carcinogenesis*, 15: 257–262. doi:10.1093/carcin/15.2.257 PMID:7545909

NRC (2007). *Health Effects of Beryllium Exposure: A Literature Review*. Washington, DC: National Research Council of the National Academies.

NTP (2004). Beryllium and beryllium compounds. *Rep Carcinog*, 11: III32–III34. PMID:21089812

O'Neil MJ, editor (2006). *The Merck Index*, 14th ed. Whitehouse Station, NJ: Merck & Co., pp. 191–193.

Palmer BE, Mack DG, Martin AK *et al.* (2008). Up-regulation of programmed death-1 expression on beryllium-specific CD4+ T cells in chronic beryllium disease. *J Immunol*, 180: 2704–2712. PMID:18250483

Paschal DC, Ting BG, Morrow JC *et al.* (1998). Trace metals in urine of United States residents: reference range concentrations. *Environ Res*, 76: 53–59. doi:10.1006/enrs.1997.3793 PMID:9466897

Petzow G, Fritz Aldinger WC, Jönsson S *et al.* (2007). *Beryllium and Beryllium Compounds*. In: *Ullmann's Encyclopedia of Industrial Chemistry*, 7th ed., pp. 1–28 [online edition]

Petzow G, Fritz Aldinger WC, Jönsson S, Preuss OP (1985). *Beryllium and Beryllium Compounds*. In: *Ullmann's Encyclopedia of Industrial Chemistry*, 5th ed., Vol. A4. Gerhartz W, Yamamoto YS, Campbell FT *et al.*, editors. Weinheim, VCH: Verlagsgesellschaft, pp. 11–33.

Reeves AL, Deitch D, Vorwald AJ (1967). Beryllium carcinogenesis. I. Inhalation exposure of rats to beryllium sulfate aerosol. *Cancer Res*, 27: 439–445. PMID:6021502

Sanderson WT, Petersen MR, Ward EM (2001a). Estimating historical exposures of workers in a beryllium manufacturing plant. *Am J Ind Med*, 39: 145–157.

doi:10.1002/1097-0274(200102)39:2<145::AID-AJIM1002>3.0.CO;2-Y PMID:11170157

Sanderson WT, Ward EM, Steenland K (2001c). Re: Response to criticisms of "Lung cancer case–control study of beryllium workers" AM. J. Ind. Med. 2001. 39: 133–144. *Am J Ind Med*, 40: 286–288. doi:10.1002/ajim.1102

Sanderson WT, Ward EM, Steenland K, Petersen MR (2001b). Lung cancer case–control study of beryllium workers. *Am J Ind Med*, 39: 133–144. doi:10.1002/1097-0274(200102)39:2<133::AID-AJIM1001>3.0.CO;2-7 PMID:11170156

Sawyer RT, Abraham JL, Daniloff E, Newman LS (2005a). Secondary ion mass spectroscopy demonstrates retention of beryllium in chronic beryllium disease granulomas. *J Occup Environ Med*, 47: 1218–1226. doi:10.1097/01.jom.0000184884.85325.36 PMID:16340702

Sawyer RT, Dobis DR, Goldstein M et al. (2005b). Beryllium-stimulated reactive oxygen species and macrophage apoptosis. *Free Radic Biol Med*, 38: 928–937. doi:10.1016/j.freeradbiomed.2004.12.014 PMID:15749389

Schepers GW,, Durkan TM, Delahant AB, Creedon FT (1957). The biological action of inhaled beryllium sulfate; a preliminary chronic toxicity study on rats. *AMA Arch Ind Health*, 15: 32–58. PMID:13393810

Schubauer-Berigan MK, Deddens JA, Steenland K et al. (2008). Adjustment for temporal confounders in a reanalysis of a case–control study of beryllium and lung cancer. *Occup Environ Med*, 65: 379–383. doi:10.1136/oem.2007.033654 PMID:17890301

Schuler CR, Kent MS, Deubner DC et al. (2005). Process-related risk of beryllium sensitization and disease in a copper-beryllium alloy facility. *Am J Ind Med*, 47: 195–205. doi:10.1002/ajim.20140 PMID:15712254

Seiler DH, Rice C, Herrick RF, Hertzberg VS (1996a). A study of beryllium exposure measurements. Part 1: Estimation and categorization of average exposures from daily weighted average data in the beryllium industry. *Appl Occup Environ Hyg*, 11: 89–97.

Seiler DH, Rice C, Herrick RF, Hertzberg VS (1996b). A study of beryllium exposure measurements. Part 2: Evaluation of the components of exposure in the beryllium processing industry. *Appl Occup Environ Hyg*, 11: 98–102.

Stange AW, Furman FJ, Hilmas DE (1996a). Rocky Flats beryllium health surveillance. *Environ Health Perspect*, 104: Suppl 5981–986. PMID:8933045

Stanton ML, Henneberger PK, Kent MS et al. (2006). Sensitization and chronic beryllium disease among workers in copper-beryllium distribution centers. *J Occup Environ Med*, 48: 204–211. doi:10.1097/01.jom.0000184864.10147.bc PMID:16474270

Steenland K & Ward E (1991). Lung cancer incidence among patients with beryllium disease: a cohort mortality study. *J Natl Cancer Inst*, 83: 1380–1385. doi:10.1093/jnci/83.19.1380 PMID:1920480

Stefaniak AB, Day GA, Hoover MD et al. (2006). Differences in dissolution behavior in a phagolysosomal simulant fluid for single-constituent and multi-constituent materials associated with beryllium sensitization and chronic beryllium disease. *Toxicol In Vitro*, 20: 82–95. doi:10.1016/j.tiv.2005.06.031 PMID:16061346

Stefaniak AB, Hoover MD, Day GA et al. (2004). Characterization of physicochemical properties of beryllium aerosols associated with prevalence of chronic beryllium disease. *J Environ Monit*, 6: 523–532. doi:10.1039/b316256g PMID:15173904

Stefaniak AB, Hoover MD, Dickerson RM et al. (2003b). Surface area of respirable beryllium metal, oxide, and copper alloy aerosols and implications for assessment of exposure risk of chronic beryllium disease. *AIHA J (Fairfax, Va)*, 64: 297–305. doi:10.1080/15428110308984820 PMID:12809534

Stefaniak AB, Hoover MD, Dickerson RM et al. (2007). Differences in estimates of size distribution of beryllium powder materials using phase contrast microscopy, scanning electron microscopy, and liquid suspension counter techniques. *Part Fibre Toxicol*, 4: 3 doi:10.1186/1743-8977-4-3 PMID:17328812

Stefaniak AB, Weaver VM, Cadorette M et al. (2003a). Summary of historical beryllium uses and airborne concentration levels at Los Alamos National Laboratory. *Appl Occup Environ Hyg*, 18: 708–715. doi:10.1080/10473220301381 PMID:12909539

Taiwo OA, Slade MD, Cantley LF et al. (2008). Beryllium sensitization in aluminum smelter workers. *J Occup Environ Med*, 50: 157–162. doi:10.1097/JOM.0b013e318161783f PMID:18301172

Tapp E (1966). Beryllium induced sarcomas of the rabbit tibia. *Br J Cancer*, 20: 778–783. PMID:5964608

Tapp E (1969). Osteogenic sarcoma in rabbits. Following subperiosteal implantation of beryllium. *Arch Pathol*, 88: 89–95. PMID:5255782

Taylor TP, Ding M, Ehler DS et al. (2003). Beryllium in the environment: A review. J Environ Sci Health A Tox Hazard Subst Environ Eng, 38:439–469.

USGS (2007). *2006 Minerals Yearbook – Beryllium*. Reston, VA: US Geological Survey.

Verma DK, Ritchie AC, Shaw ML (2003). Measurement of beryllium in lung tissue of a chronic beryllium disease case and cases with sarcoidosis. *Occup Med (Lond)*, 53: 223–227. doi:10.1093/occmed/kqg042 PMID:12724557

Wacholder S (2009). Bias in full cohort and nested case–control studies? *Epidemiology*, 20: 339–340. doi:10.1097/EDE.0b013e31819ec966 PMID:19289961

Wagner WD, Groth DH, Holtz JL et al. (1969). Comparative chronic inhalation toxicity of beryllium ores, bertrandite and beryl, with production of pulmonary tumors by beryl. *Toxicol Appl Pharmacol*, 15: 10–29. doi:10.1016/0041-008X(69)90127-6 PMID:4307951

IARC MONOGRAPHS – 100C

Wagoner JK, Infante PF, Bayliss DL (1980). Beryllium: an etiologic agent in the induction of lung cancer, nonneoplastic respiratory disease, and heart disease among industrially exposed workers. *Environ Res*, 21: 15–34. doi:10.1016/0013-9351(80)90004-3 PMID:6771133

Ward E, Okun A, Ruder A *et al.* (1992). A mortality study of workers at seven beryllium processing plants. *Am J Ind Med*, 22: 885–904. doi:10.1002/ajim.4700220610 PMID:1463033

WHO (1990). Beryllium. *Environ Health Criteria*, 106

WHO (2001). *Beryllium and Beryllium Compounds. Concise International Chemical Assessment, 32.* Geneva: International Programme on Chemical Safety.

Williams WJ (1977). Beryllium disease–pathology and diagnosis. *J Soc Occup Med*, 27: 93–96. PMID:895082

Yamaguchi S (1963). Studies on the production of sarcoma by the use of beryllium oxide. *Nagasaki Igakkai Zasshi*, 38: 127–138. PMID:14002285

Yoshida T, Shima S, Nagaoka K *et al.* (1997). A study on the beryllium lymphocyte transformation test and the beryllium levels in working environment. *Ind Health*, 35: 374–379. doi:10.2486/indhealth.35.374 PMID:9248221

Zorn H, Stiefel T, Porcher H (1986). Clinical and analytical follow-up of 25 persons exposed accidentally to beryllium. *Toxicol Environ Chem*, 12: 163–171. doi:10.1080/02772248609357156

# CADMIUM AND CADMIUM COMPOUNDS

Cadmium and cadmium compounds were considered by previous IARC Working Groups in 1972, 1975, 1987, and 1993 (IARC, 1973, 1976, 1987, 1993a). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agents

Synonyms, trade names and molecular formulae for cadmium, cadmium–copper alloy, and some cadmium compounds are presented in Table 1.1. The cadmium compounds shown are those for which data on carcinogenicity or mutagenicity were available or which are commercially important compounds. It is not an exhaustive list, and does not necessarily include all of the most commercially important cadmium-containing substances.

### 1.2 Chemical and physical properties of the agents

Cadmium (atomic number, 48; relative atomic mass, 112.41) is a metal, which belongs to group IIB of the periodic table. The oxidation state of almost all cadmium compounds is +2, although a few compounds have been reported in which it is +1. Selected chemical and physical properties of cadmium compounds are presented in previous *IARC Monograph* (IARC, 1993a).

### 1.3 Use of the agents

Cadmium metal has specific properties that make it suitable for a wide variety of industrial applications. These include: excellent corrosion resistance, low melting temperature, high ductility, high thermal and electrical conductivity (National Resources Canada, 2007). It is used and traded globally as a metal and as a component in six classes of products, where it imparts distinct performance advantages. According to the US Geological Survey, the principal uses of cadmium in 2007 were: nickel–cadmium (Ni–Cd) batteries, 83%; pigments, 8%; coatings and plating, 7%; stabilizers for plastics, 1.2%; and other (includes non-ferrous alloys, semiconductors and photovoltaic devices), 0.8% (USGS, 2008).

Cadmium is also present as an impurity in non-ferrous metals (zinc, lead, and copper), iron and steel, fossil fuels (coal, oil, gas, peat, and wood), cement, and phosphate fertilizers. In these products, the presence of cadmium generally does not affect performance; rather, it is regarded as an environmental concern (International Cadmium Association, 2011). Cadmium is also produced from recycled materials (such as Ni–Cd batteries and manufacturing scrap) and some

IARC MONOGRAPHS – 100C

**Table 1.1 Chemical names, synonyms (CAS names are in italics), and molecular formulae of cadmium and cadmium compounds**

| Chemical name | CAS Reg. No.[a] | Synonyms | Formula |
|---|---|---|---|
| *Cadmium* | 7440-43-9 | Cadmium metal | Cd |
| Cadmium acetate | 543-90-8 (24 558-49-4; 29 398-76-3) | *Acetic acid, cadmium salt*; bis(acetoxy)-cadmium; cadmium (II) acetate; cadmium diacetate; cadmium ethanoate | $Cd(CH_3COO)_2$ |
| Cadmium carbonate | 513-78-0 [93820-02-1] | *Carbonic acid, cadmium salt*; cadmium carbonate (CdCo₃); cadmium monocarbonate | $CdCO_3$ |
| *Cadmium chloride* | 10 108-64-2 | Cadmium dichloride; dichlorocadmium | $CdCl_2$ |
| Cadmium hydroxide | 21 041-95-2 (1 306-13-4; 13 589-17-8) | *Cadmium hydroxide (Cd(OH)₂)*; cadmium dihydroxide | $Cd(OH)_2$ |
| Cadmium nitrate | 10 325-94-7 (14 177-24-3) | *Nitric acid, cadmium salt*; cadmium dinitrate; cadmium (II) nitrate | $Cd(NO_3)_2$ |
| Cadmium stearate | 2223-93-0 | Cadmium distearate; cadmium octadecanoate; cadmium(II) stearate; octadecanoic acid, cadmium salt; *stearic acid, cadmium salt* | $Cd(C_{36}H_{72}O_4)$ |
| Cadmium sulfate | 10 124-36-4 (62 642-07-3) [31119-53-6] | Cadmium monosulfate; cadmium sulfate; *sulfuric acid, cadmium salt (1:1)* | $CdSO_4$ |
| *Cadmium sulfide* | 1306-23-6 (106 496-20-2) | Cadmium monosulfide; cadmium orange; cadmium yellow | CdS |
| *Cadmium oxide* | 1306-19-0 | Cadmium monoxide | CdO |
| Cadmium–copper alloy[b] | 37 364-06-0 | *Copper base, Cu, Cd* | Cd.Cu |
| | 12 685-29-9 (52 863-93-1) | *Cadmium nonbase, Cd, Cu* | |
| | 132 295-56-8 | *Copper alloy, base, Cu 99.75–100, Cd 0.05–0.15*; UNS C14300 | |
| | 132 295-57-9 | *Copper alloy, base, Cu 99.60–100, Cd 0.1–0.3*; UNS C14310 | |

[a] Replaced CAS Registry numbers are shown in parentheses; alternative CAS Registry numbers are shown in brackets.
[b] Sample of cadmium–copper alloys registered with the Chemical Abstracts Service

residues (e.g. cadmium-containing dust from electric arc furnaces) or intermediate products. Recycling accounts for approximately 10–15% of the production of cadmium in developed countries (National Resources Canada, 2007).

The primary use of cadmium, in the form of cadmium hydroxide, is in electrodes for Ni–Cd batteries. Because of their performance characteristics (e.g. high cycle lives, excellent low- and high-temperature performance), Ni–Cd batteries are used extensively in the railroad and aircraft industry (for starting and emergency power), and in consumer products (e.g. cordless power tools, cellular telephones, camcorders, portable computers, portable household appliances and toys) (ATSDR, 2008; USGS, 2008).

Cadmium sulfide compounds (e.g. cadmium sulfide, cadmium sulfoselenide, and cadmium lithopone) are used as pigments in a wide variety of applications, including engineering plastics, glass, glazes, ceramics, rubber, enamels, artists colours, and fireworks. Ranging in colour from yellow to deep-red maroon, cadmium pigments have good covering power, and are highly resistant to a wide range of atmospheric and environmental conditions (e.g. the presence of hydrogen

sulfide or sulfur dioxide, light, high temperature and pressure) (Herron, 2001; ATSDR, 2008; International Cadmium Association, 2011).

Cadmium and cadmium alloys are used as engineered or electroplated coatings on iron, steel, aluminium, and other non-ferrous metals. They are particularly suitable for industrial applications requiring a high degree of safety or durability (e.g. aerospace industry, industrial fasteners, electrical parts, automotive systems, military equipment, and marine/offshore installations) because they demonstrate good corrosion resistance in alkaline or salt solutions, have a low coefficient of friction and good conductive properties, and are readily solderable (UNEP, 2008; International Cadmium Association, 2011).

Cadmium salts of organic acids (generally cadmium laurate or cadmium stearate, used in combination with barium sulfate) were widely used in the past as heat and light stabilizers for flexible polyvinyl chloride and other plastics (Herron, 2001; UNEP; 2008). Small quantities of cadmium are used in various alloys to improve their thermal and electrical conductivity, to increase the mechanical properties of the base alloy (e.g. strength, drawability, extrudability, hardness, wear resistance, tensile, and fatigue strength), or to lower the melting point. The metals most commonly alloyed with cadmium include copper, zinc, lead, tin, silver and other precious metals. Other minor uses of cadmium include cadmium telluride and cadmium sulfide in solar cells, and other semiconducting cadmium compounds in a variety of electronic applications (Morrow, 2001; UNEP, 2008; International Cadmium Association, 2011).

Traditionally, the most common end-use applications for cadmium were pigments, stabilizers, and coatings. However, in recent years, the use of cadmium for these purposes has declined, mainly due to concerns over the toxicity of cadmium, and the introduction of regulations, particularly in the European Union, restricting its use (National Resources Canada, 2007).

## 1.4 Environmental occurrence

Historical information on the occurrence of cadmium and cadmium compounds can be found in the previous *IARC Monograph* (IARC, 1993a).

Cadmium occurs naturally in the earth's crust and in ocean water. It is emitted to the environment as a result of both natural and anthropogenic activities. Natural sources of cadmium include volcanic activity, weathering of cadmium-containing rocks, sea spray, and mobilization of cadmium previously deposited in soils, sediments, landfills, etc. Anthropogenic sources of cadmium include the mining and smelting of zinc-bearing ores, the combustion of fossil fuels, waste incineration, and releases from tailings piles or municipal landfills (UNEP, 2008; ATSDR, 2008).

### 1.4.1 Natural occurrence

In the earth's crust, cadmium appears mainly in association with ores containing zinc, lead, and copper (in the form of complex oxides, sulfides, and carbonates). Elemental cadmium is a soft, silver-white metal, which is recovered as a by-product of zinc mining and refining. The average terrestrial abundance of cadmium is 0.1–0.2 mg/kg, although higher concentrations are found in zinc, lead, and copper ore deposits. Naturally occurring cadmium levels in ocean water range, on average, from < 5 to 110 ng/L. (National Resources Canada, 2007; ATSDR, 2008; UNEP, 2008)

### 1.4.2 Air

Particulate cadmium (as elemental cadmium and cadmium oxide, sulfide or chloride) is emitted to the atmosphere from both natural and anthropogenic sources. Weathering and erosion of cadmium-bearing rocks is the most important natural source of cadmium. Other natural sources include volcanoes, sea spray, and

forest fires. The principal anthropogenic sources are non-ferrous metal production and fossil fuel combustion, followed by ferrous metal production, waste incineration, and cement production (WHO, 2000; ATSDR, 2008; UNEP, 2008)

Cadmium does not break down in the environment. Atmospheric cadmium compounds are transported (sometimes for long distances) and deposited (onto surface soils and water) with minimal transformation in the atmosphere (ATSDR, 2008). There is uncertainty about the relative magnitude of natural emissions versus anthropogenic emissions. Total global anthropogenic emissions in the mid-1990s were estimated at approximately 3000 tonnes. During 1990–2003, anthropogenic emissions of cadmium reportedly decreased by about half in Europe, and by about two-thirds in Canada (UNEP, 2008).

Mean total cadmium concentrations in air vary according to proximity to industrial source, and to population density. Measurement data from northern Europe for the period 1980–88 were reported as being around 0.1 ng/m³ in remote areas, 0.1–0.5 ng/m³ in rural areas, 1–10 ng/m³ in urban areas, and 1–20 ng/m³ in industrial areas, with levels of up to 100 ng/m³ being observed near emission sources (WHO, 2000). Similar variations were observed in the USA (UNEP, 2008).

### 1.4.3 Water

Cadmium enters the aquatic environment from numerous diffuse (e.g. agricultural and urban run-off, atmospheric fall-out) and point sources, both natural and anthropogenic. Weathering and erosion of cadmium-containing rocks result in the release of cadmium not only to the atmosphere, but also to the soil and the aquatic system (directly and through the deposition of airborne particles) (ATSDR, 2008; UNEP, 2008). Cadmium is released to the aquatic environment from a range of anthropogenic sources, including non-ferrous metal mining and smelting (from mine drainage water, waste water, tailing pond overflow, rainwater run-off from mine areas), plating operations, phosphate fertilizers, sewage-treatment plants, landfills, and hazardous waste sites (IARC, 1993a; ATSDR, 2008).

Weathering and erosion are estimated to contribute 15000 tonnes of cadmium annually to the global aquatic environment, while atmospheric fall-out (of anthropogenic and natural emissions) is estimated to contribute between 900 and 3600 tonnes (UNEP, 2008).

### 1.4.4 Soil and sediments

Natural and anthropogenic sources (e.g. mine/smelter wastes, commercial fertilizers derived from phosphate ores or sewage sludge, municipal waste landfills) contribute to the levels of cadmium found in soil and sediments. Wet or dry deposition of atmospheric cadmium on plants and soil can lead to cadmium entering the food-chain through foliar absorption or root uptake. The rate of cadmium transfer depends on a variety of factors, including deposition rates, type of soil and plant, the pH of the soil, humus content, availability of organic matter, treatment of the soil with fertilizers, meteorology, and the presence of other elements, such as zinc (WHO, 2000; UNEP, 2008). Reported sediment concentrations of cadmium range from 0.03–1 mg/kg in marine sediments to as high as 5 mg/kg in river and lake sediments (Nordic Council of Ministers, 2003). Relatively high concentrations of cadmium (> 1 mg/kg) have been measured in the soil near smelters and other industrialized areas (WHO, 2000).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

The non-smoking general population is exposed to cadmium primarily via ingestion of food and, to a lesser extent, via inhalation of

ambient air, ingestion of drinking-water, contaminated soil or dust. For the US population, the geometric mean daily intake of cadmium in food is estimated to be 18.9 µg/day. In most countries, the average daily intake of cadmium in food is in the range of 0.1–0.4 µg/kg body weight (CDC, 2005; ATSDR, 2008; UNEP, 2008; EFSA, 2009)

Because tobacco leaves naturally accumulate large amounts of cadmium (Morrow, 2001), cigarettes are a significant source of cadmium exposure for the smoking general population. It has been estimated that tobacco smokers are exposed to 1.7 µg cadmium per cigarette, and about 10% is inhaled when smoked (Morrow, 2001; NTP, 2005). Data on blood and urine levels of smokers are found in Section 1.6.

### 1.5.2 Occupational exposure

The main route of cadmium exposure in the occupational setting is via the respiratory tract, although there may be incidental ingestion of dust from contaminated hands, and food (ATSDR, 2008). Occupations in which the highest potential exposures occur include cadmium production and refining, Ni–Cd battery manufacture, cadmium pigment manufacture and formulation, cadmium alloy production, mechanical plating, zinc smelting, brazing with a silver–cadmium–silver alloy solder, and polyvinylchloride compounding. Although levels vary widely among the different industries, occupational exposures generally have decreased since the 1970s. For more details on historical occupational exposures to cadmium, see the previous IARC Monograph (IARC, 1993a).

Estimates of the number of workers potentially exposed to cadmium and cadmium compounds have been developed by CAREX in Europe. Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX (CARcinogen EXposure) database estimates that 207350 workers were exposed to cadmium and cadmium compounds in the European Union, with over 50% of workers employed in the construction ($n = 32113$), manufacture of fabricated metal products ($n = 23541$), non-ferrous base metal industries ($n = 22290$), manufacture of plastic products not elsewhere classified ($n = 16493$), personal and household services ($n = 15004$), and manufacture of machinery except electrical ($n = 13266$).

CAREX Canada estimates that 35000 Canadians (80% males) are exposed to cadmium in their workplaces (CAREX Canada, 2011). The largest exposed group are workers in polyvinyl chloride plastic product manufacturing ($n = 12000$), who are exposed to cadmium-bearing stabilizers. Other industries in which exposure occurs include: foundries, commercial and industrial machinery manufacturing, motor vehicle parts manufacture, architectural and structural metal manufacturing, non-ferrous metal (except aluminium) production and processing, metalworking machinery manufacturing, iron and steel mills and ferro-alloy manufacturing, alumina and aluminium production and processing, and other electrical equipment and component manufacture.

Data from studies published since the previous IARC Monograph on exposure to cadmium and cadmium compounds in different occupational situations are summarized below.

### (a) Battery manufacture

Zhang et al. (2002) investigated the renal damage of cadmium-exposed workers in an Ni–Cd battery factory in the People's Republic of China between April and May 1998. Based on area sampling measurements collected during 1986–92, the geometric mean concentration of cadmium oxide dust was 2.17 mg/m³, with a range of 0.1–32.8 mg/m³. The overall geometric mean urinary cadmium concentration for the 214 workers was 12.8 µg/g creatinine (range of geometric means, 4.0–21.4 µg/g creatinine), and the overall geometric mean blood cadmium

IARC MONOGRAPHS – 100C

concentration was 9.5 µg/L (range of geometric means, 3.8–17.4 µg/L).

Cumulative exposure to cadmium hydroxide in Ni–Cd battery workers in the United Kingdom ($n$ = 926 male workers) was investigated during 1947–2000. Mean cadmium concentrations in air from personal samples were highest in the 1969–73 period (range, 0.88–3.99 mg/m³), and were lowest in the 1989–92 period (range, 0.024–0.12 mg/m³). Mean cadmium concentrations in air from static area samples were highest in the 1954–63 period (range, 0.35–1.29 mg/m³), and were lowest in the 1989–92 period (range, 0.002–0.03 mg/m³) (Sorahan & Esmen, 2004).

*(b)   Cadmium recovery*

Occupational exposure to cadmium compounds (oxide, sulfide, and sulfate) was investigated in male production workers ($n$ = 571) from a cadmium recovery facility in the USA during 1940–82. Estimates of airborne cadmium exposures in the production departments ranged from 0.2 (in the tankhouse) to 1.5 mg/m³ (in the mixing, calcine and retort departments) before 1950, and from 0.02 (in the tankhouse) to 0.6 mg/m³ (in the sampling and roaster departments) for the 1965–76 time period (Sorahan & Lancashire, 1997).

*(c)   Cadmium alloy production*

Occupational exposure to cadmium oxide fumes was investigated in 347 copper–cadmium alloy workers, 624 workers employed in the vicinity of copper–cadmium alloy work, and 521 iron and brass foundry workers in England and Wales during 1922–80. Based on a review of 933 measurements of airborne cadmium made during 1951–83 (697 area samples, 236 personal samples), cumulative cadmium exposures were estimated to be 600 µg/m³ for the 1926–30 time period, dropping to an estimated 56 µg/m³ by the 1980s (Sorahan et al., 1995).

*(d)   Smelting*

Occupational exposure to cadmium was investigated in 1462 male employees in a tin smelter in the United Kingdom during 1972–91. Annual average exposures in the principal process areas were reported. Average air levels were negligible in the dry-refining and electro-refining areas, low in the raw materials handling and roasters and ball mill areas (range of averages, 0.005–0.008 mg/m³), and moderate in the sintering and blast furnace areas (range of averages, 0.04–0.08 mg/m³) (Jones et al., 2007).

*(e)   Vehicle manufacture*

Wang et al. (2006) evaluated the exposure to metals of 82 welders and 51 operators in two vehicle-manufacturing plants in China. The geometric mean concentration of cadmium in the blood of welders was 3.54 µg/L (range, 0.2–12.5 µg/L), and was significantly higher than the control group concentration of 0.79 µg/L (range, 0.1–4.8 µg/L).

*(f)   Population-based surveys*

Yassin & Martonik (2004) calculated the prevalence and mean urinary cadmium levels for all US workers, based on data collected from 11228 US workers aged 18–64 years who participated in the Third National Health and Nutrition Examination Survey (NHANES III, 1988–94). For all workers, urinary cadmium levels were in the range of 0.01–15.57 µg/L, with a geometric mean of 0.30 µg/L (0.28µg/g creatinine). The prevalence of elevated urinary cadmium levels was reported on the basis of the following ranges: ≥ 15 µg/L, ≥ 10 µg/L, ≥ 5 µg/L, and ≥ 3 µg/L. For all US workers aged 18–64 years, the prevalence of urinary cadmium levels ≥ 5 µg/L was 0.42% ($n$ = 551000), for levels ≥ 10 µg/L, 0.06% ($n$ = 78 471), and for levels ≥ 15 µg/L, 0.0028% ($n$ = 3907). The proportion of workers with elevated urinary cadmium varied by occupation and industry. Within industry, urinary

cadmium levels ≥ 10 µg/L were twice as prevalent among workers in the metal industry compared to workers in the manufacturing industry (0.45% versus 0.26%). Within occupation, urinary cadmium levels ≥ 5 µg/L were 12 times as prevalent among vehicle mechanics than in transportation workers (1.71% versus 0.14%), and five times as prevalent in construction workers than in agriculture workers (0.73% versus 0.14%).

### 1.5.3 Dietary exposure

Low levels of cadmium have been measured in most foodstuffs (average concentrations are less than 0.02 µg/g). Factors influencing cadmium levels in food include: food type (e.g. seafood or leafy vegetables versus meat or dairy), growing conditions (e.g. soil type, water), agricultural and cultivation practices, meteorological conditions (i.e. rate of atmospheric deposition), and anthropogenic contamination of soil or aquatic system (UNEP, 2008; EFSA, 2009; WHO, 2011). Highly contaminated areas have higher cadmium concentrations in locally produced food, and the use of cadmium-containing fertilizers in agriculture increase cadmium concentrations in the crops, and derived products.

High concentrations of cadmium are found in leafy vegetables (e.g. lettuce, spinach), starchy roots (e.g. potatoes), cereals and grains, nuts and pulses (e.g. peanuts, soybeans, sunflower seeds). Lower concentrations of cadmium are found in meat and fish, with the exception of certain shellfish (e.g. oysters), and certain organ meats (e.g. kidney and liver), which concentrate cadmium. Weekly dietary intake estimates in the EU are in the range of 1.9–3.0 µg/kg body weight (mean, 2.3 µg/kg body weight) for non-vegetarians. Vegetarians, regular consumers of bivalve mollusks, and wild mushrooms are, respectively, estimated to have weekly dietary cadmium exposures of 5.4 µg, 4.6 µg, and 4.3 µg (per kg of body weight). On a body weight basis, estimated cadmium intakes are generally higher for infants and children than for adults (UNEP, 2008; EFSA, 2009).

### 1.5.4 Biomarkers of exposure

Several analytical procedures are available for measuring cadmium concentrations in biological samples. These include: atomic absorption spectroscopy (AAS), electrothermal atomic absorption spectroscopy (ET-AAS), flame atomic absorption, graphite furnace atomic absorption, inductively coupled plasma atomic emission spectroscopy (ICP-AES), inductively coupled plasma mass spectrometry (ICP-MS), neutron activation analysis, potentiometric stripping analysis, radiochemical neutron activation analysis, X-ray fluorescence, and treatment with methyl isobutyl ketone, ammonium pyrrolidenedithiocarbamate, or 13-bis[2-(pyridyl)ethylidene]thiocarbonhydride. The choice of analytical method is determined by several factors, including the sample matrix available (i.e. blood, plasma, serum, tissue, milk, hair, kidney, liver, muscle, urine, or teeth), and the detection limit required (ATSDR, 2008).

Cadmium in blood is used as an indicator of both recent and cumulative exposures, and urinary cadmium predominantly reflects cumulative exposure and the concentration of cadmium in the kidney (CDC, 2005). In the general population, normal blood cadmium concentrations are in the range of 0.4–1.0 µg/L for non-smokers and 1.4–4 µg/L for smokers, although much higher levels have been reported for environmental exposure (above 10 µg/L), and occupational exposure (up to 50 µg/L) (UNEP, 2008). Women typically have higher urinary cadmium concentrations than men, in part perhaps magnified by adjustment for creatinine excretion, which is lower in women (EFSA, 2009).

In a general population survey of approximately 4700 adults in Germany, Becker *et al.* (2002, 2003) found geometric mean cadmium levels of 0.44 µg/L in blood, and 0.23 µg/L in

urine. Smokers had a blood level of 1.1 µg/L, and non-smokers a level of 0.28 µg/L. Smokers had a urine level of 0.29 µg/L, former smokers 0.25 µg/L, and never-smokers 0.18 µg/L.

A study by the Centers for Disease Control and Prevention in the USA based on data from a random sample of people (National Health and Nutrition Examination Survey 1999–2002), found that the mean blood concentration of cadmium was 0.41 µg/L ($n = 7970$), and the 95th percentile blood concentration was 1.3 µg/L; the mean urine concentration of cadmium was 0.91 µg/L ($n = 2257$), and the 95th percentile blood concentration was 1.2 µg/L (CDC, 2005). NHANES data for workers in the period 1988–94 (urinary cadmium) are presented in Section 1.5.2 (Yassin & Martonik, 2004).

In an investigation of non-occupational cadmium exposure of 52 adult women in Bangkok, Thailand, Zhang et al. (1999) found a geometric mean level of cadmium in blood of 0.41 µg/L and 1.40 µg/g creatinine in urine. These were the lowest when compared to four neighbouring cities in South-eastern Asia (Kuala Lumpur, 0.74 µg/L and 1.51 µg/g; Manila, 0.47 µg/L and 1.21 µg/g; Nanning, 0.71 µg/L and 1.87 µg/g; and Tainan, 0.83 µg/L and 1.59 µg/g).

## 2. Cancer in Humans

The previous *IARC Monograph* on beryllium and beryllium compounds conclusion was based largely on evidence of increased lung cancer risk among workers exposed to cadmium (IARC, 1993b).

## 2.1 Cancer of the lung

In two small copper–cadmium alloy plants in the United Kingdom, the rate of mortality from lung cancer was increased in one but decreased in the other (Holden, 1980). The follow-up was extended by Sorahan et al. (1995) who documented increased risks of lung cancer in vicinity workers only, and an increased risk of non-malignant diseases of the respiratory system at higher cumulative cadmium exposures [Although an increased risk of lung cancer was not documented in this study, the Working Group noted that cases of lung cancer could potentially be misclassified as non-malignant disease. There was some population overlap between these studies.]

For cadmium-processing workers from 17 plants in the United Kingdom, mortality from lung cancer was significantly increased (standardized mortality ratio [SMR], 1.12; 95%CI: 1.00–1.24), with apparent positive trends with duration of employment and with intensity of exposure (Kazantzis & Blanks, 1992). The increase in lung cancer risk was stronger in the small proportion of workers with high cadmium exposure (SMR, 1.62; 95%CI: 0.89–2.73).

Follow-up of the United Kingdom Ni–Cd battery workers confirmed a slight increase in SMR for lung cancer associated with duration of employment in high-exposure jobs (Sorahan, 1987). Although not associated with cumulative exposure to cadmium, a significant increase in the SMR for cancers of the pharynx was also seen, and a non-significantly increased SMR for lung cancer was observed (Sorahan & Esmen, 2004).

An increase in mortality rates from lung cancer was detected in a small cohort of individuals who worked in the Ni–Cd battery-producing industry in Sweden, and who had the longest duration of employment and latency (Elinder et al., 1985). Further follow-up showed an SMR for lung cancer in male battery workers of 1.76 (95%CI: 1.01–2.87), although without association with estimated total cadmium exposure (Järup et al., 1998).

Excess mortality from lung cancer was reported among workers employed in a US cadmium recovery plant, which had been an arsenic smelter until 1925 (Lemen et al., 1976),

and a dose–response relationship was demonstrated between the estimated cumulative exposure to cadmium and lung cancer risk (Stayner et al., 1993). The dose–response relationship was unlikely to be due to confounding by cigarette smoking, and the relationship persisted among workers employed after 1940, when little arsenic was present in feedstock (Stayner et al., 1993). The US Occupational Safety and Health Administration (OSHA) estimated that exposure to arsenic would have resulted in no more than one case of lung cancer death in this cohort. Using detailed job histories and dust measurements from the same US plant, Sorahan & Lancashire (1997) estimated total cadmium exposure, and identified workers with and without high potential for exposure to arsenic. Relative to the workers in the lowest cumulative exposure category, increased SMRs for lung cancer were found among the workers in higher exposure categories, especially after a lag time of 10 or 20 years. However, significant excess risks of lung cancer were found only for the early years of operation, when exposures to cadmium occurred in the presence of high arsenic exposures. For workers only employed in jobs with little or no exposure to arsenic, cumulative exposure to cadmium was weakly associated with lung cancer mortality. A subsequent analysis of the arsenic-exposed component of this cohort (Sorahan, 2009) showed a statistically significant reduction in risk of lung cancer SMRs in relation to time since leaving employment with arsenic exposure. This pattern was interpreted by the author as implying a late-stage action of arsenic, and a role for arsenic and not cadmium in the causation of lung cancer in this cohort. [The Working Group found this indirect argument against a role for cadmium not to be convincing. The Working Group noted that the population overlapped between these studies.]

In Belgium, Nawrot et al. (2006) studied subjects residing near three zinc smelters and also subjects from the area away from the cadmium pollution for the incidence of cancer from initial examinations in 1985–89 to 2004. Using urinary cadmium excretion and cadmium in garden soil as exposure indicators, the hazard ratio for lung cancer was 1.70 (95%CI: 1.13–2.57) for a doubling of the 24-hour urinary cadmium excretion, 4.17 (95%CI: 1.21–14.4) for residence in the high-exposure area versus the low-exposure area, and 1.57 (95%CI: 1.11–2.24) for a doubling of the cadmium concentration in soil. Overall cancer was also increased in the high-exposure group. Information on smoking was included in the adjustments. Data on urinary cadmium excretion adjusted for arsenic suggested that arsenic exposure alone could not explain the observed increases in risk.

See Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-03-Table2.1.pdf

## 2.2 Cancer of the prostate

Following a report of the occurrence of cancer of the prostate in a small group of workers employed in a plant manufacturing Ni–Cd batteries in the United Kingdom (Potts, 1965), a series of analyses of different occupational cohorts were undertaken, which did not confirm the excess (Kipling & Waterhouse, 1967; Kjellström et al., 1979; Holden, 1980; Sorahan & Waterhouse, 1983; Elinder et al., 1985; Thun et al., 1985; Sorahan, 1987; Kazantzis & Blanks, 1992; Sorahan & Esmen, 2004). Some of these studies reported a non-significantly increased risk for cancer of the prostate among cadmium-exposed workers, but the results were inconsistent, and mostly based on small numbers of cases. Sahmoun et al. (2005) calculated a weighted SMR from four studies of Ni–Cd battery production workers who were highly exposed to cadmium. The summary SMR was 1.26 (95%CI: 0.83–1.84) based on 27 deaths. [The Working Group noted that these populations overlapped.] See Table 2.2

IARC MONOGRAPHS – 100C

available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-03-Table2.2.pdf.

Slightly increased odds ratios for cancer of the prostate were also reported from a case–control study nested within occupational cohorts (Armstrong & Kazantzis, 1985). A hospital-based case–control study using cadmium measurements in toenails (Vinceti et al., 2007) showed a significantly increased odds ratio at the highest concentrations. A case–control study nested within a cohort did not find this association, using the same biological sample collected at baseline as the exposure measure (Platz et al., 2002). [The Working Group noted that the exposure in the second study was lower than in the first, and that the cadmium concentration in toenails may represent a prediagnostic retention level of unknown validity as a measure of long-term exposure.]

A descriptive study from cadmium-polluted areas in Japan reported an increased mortality from cancer of the prostate in two of four areas studied (Shigematsu et al., 1982). Using increased urinary excretion of $\beta_2$-microglobulin as a marker of cadmium toxicity within the Nagasaki Prefecture, increased cancer mortality (relative risk [RR], 2.58; 95%CI: 1.25–5.36) and cancer incidence (RR, 1.79; 95%CI: 0.84–3.82) were found among the subjects with signs of cadmium toxicity (Arisawa et al., 2001, 2007). Numbers for individual cancer sites were too low to allow for detailed analysis. [The Working Group noted that these populations overlapped.]

## 2.3 Other cancers

Other cancer sites, such as the pancreas, show a possible excess in SMRs, but only small numbers of cases have occurred in the occupational cohorts. In a small case–control study, the OR per ng/mL change in serum cadmium concentrations was estimated as 1.12 (95%CI: 1.04–1.23) for cancer of the pancreas (Kriegel et al., 2006). [The Working Group noted that the

serum concentration of cadmium is a less valid measure of cadmium exposure than concentrations in urine and whole blood.]

For cancer of the kidney, small numbers were reported in two of the cohort studies without any evidence of an association with cadmium exposure (Järup et al., 1998; Sorahan & Esmen, 2004), but more recent data are available from case–control studies. A German multicentre study (Pesch et al., 2000) included 935 cases of renal cell carcinoma and 4298 controls, and cadmium exposure was assessed by a national job–exposure matrix (JEM). In men and women, respectively, the OR was 1.4 (95%CI: 1.1–1.8) and 2.5 (95%CI: 1.2–5.3) for high exposure and 1.4 (95%CI: 0.9–2.1) and 2.2 (95%CI: 0.6–9.0) for very high exposure. In a Canadian study of 1279 cases of renal cell carcinoma and 5370 controls, self-reported cadmium exposure was a risk factor in males (OR, 1.7; 95%CI: 1.0–3.2) (Hu et al., 2002). Most recently, a German hospital-based case–control study of 134 cases of renal cell carcinoma and 401 controls reported an OR for high exposure of 1.7 (95%CI: 0.7–4.2) (Brüning et al., 2003).

A hypothesis-generating case–control study in the Montréal (Canada) metropolitan area showed that the bladder was the only one of 20 cancer sites to be associated with exposure to cadmium compounds (Siemiatycki, 1991). In a case–control study of transitional cell carcinoma of the bladder, the blood cadmium concentration was measured as an indicator of long-term cadmium exposure; the highest exposure tertile showed an OR of 5.7 (95%CI: 3.3–9.9); adjustments included smoking and occupational exposures to polyaromatic hydrocarbons and aromatic amines (Kellen et al., 2007).

In another study, increased cadmium concentrations were found in breast tissue, but the mean cadmium concentration found in breast cancer patients was not significantly different from that of controls (Antila et al., 1996). A larger case–control study of breast cancer used urinary cadmium excretion levels as a measure

of cumulated cadmium exposure; each increase by 1.0 μg/g creatinine was associated with an OR of 2.09 (95%CI: 1.2–3.8) (McElroy *et al.*, 2006).

On the basis of food frequency questionnaires in 1987–90 and 1997, Åkesson *et al.* (2008) calculated dietary cadmium intakes; the highest tertile of cadmium exposure had an OR of 1.39 [95%CI: 1.04–1.86] for endometrial cancer in postmenopausal women. The association was stronger in never-smokers, in women with normal body mass index, and in non-users of postmenopausal hormones.

## 2.4 Synthesis

The assessment of cancer risks in occupational cohorts exposed to cadmium is constrained by the small number of long-term, highly exposed workers, the lack of historical data on exposure to cadmium, particularly for the non-US plants, and the inability to define and examine a gradient of cumulative exposure across studies. Confounding by cigarette smoking in relation to the assessment of lung cancer risk among cadmium-exposed workers was addressed directly only in the study from the USA. Some other studies provided analyses based on internal comparisons, which are not likely to be affected by this problem of confounding. Few studies were able to control the confounding effect of co-exposure to other substances, particularly arsenic and nickel; however, the analyses of workers with low levels of exposure to arsenic still showed an increased lung cancer risk associated with cadmium exposure. Additional support for a cadmium-linked lung cancer risk comes from a prospective population-based study in environmentally polluted areas in Belgium.

The results of the studies on cadmium exposure and the risk of prostate cancer are suggestive of an association, but the results are inconsistent. In studies of occupational cohorts exposed to cadmium, studies of people residing in cadmium-contaminated areas and case–control studies of individuals with prostate cancer, some studies reported an increased risk for prostate cancer, while other studies did not indicate the same. The results from cohort studies are supported by a hospital-based case–control study that included highly exposed subjects.

Case–control studies suggest that other cancer sites, such as the kidney, and perhaps also the bladder, the breast, and the endometrium may show increased risks associated with dietary or respiratory cadmium exposure. [The Working Group noted that although case–control studies may be subject to bias from exposure misclassification, some studies considered have the strength of inclusion of blood or urine cadmium analyses that provide individual exposure data.]

# 3. Cancer in Experimental Animals

Cadmium compounds have been tested for carcinogenicity by subcutaneous administration to rats, mice, and hamsters, by intramuscular injection to rats, by oral exposure to rats and mice, by intraperitoneal exposure to mice, by inhalation exposure to rats, mice and hamsters, and by intratracheal administration to rats.

Particularly relevant studies reviewed in the previous *IARC Monograph* (IARC, 1993b) were reconsidered in this evaluation.

All cadmium compounds tested were not carcinogenic by all routes tested but most studies performed provided evidence for cadmium-induced carcinogenicity in animals.

## 3.1 Oral administration

Oral administration of cadmium chloride to rats increased the incidence of large granular lymphocytes, leukaemia, prostate tumours, and testis tumours in Wistar rats (Waalkes & Rehm, 1992). Noble rats exposed to oral cadmium chloride developed prostate hyperplasia (Waalkes *et al.*, 1999b).

See Table 3.1.

IARC MONOGRAPHS – 100C

## Table 3.1 Studies of cancer in experimental animals exposed to cadmium (oral exposure)

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, Wistar WF/NCr (M) 77 wk Waalkes & Rehm (1992) | Cadmium chloride 0, 25, 50, 100 or 200 ppm in diet Also fed previous diets with zinc levels of 60 ppm (zinc adequate), 7 ppm (zinc deficient) for 2 wk 28/group 56 pooled controls | Prostate (tumours): 4/26 (15%) cadmium (50ppm) vs 1/54 (2%) pooled controls High-dose cadmium + zinc deficient: 6/27 (22%) vs 1/28 (3%) controls Leukaemia (LGL): 7/25 (28%) vs pooled controls 3/55 (5%) | $P < 0.05$  $P < 0.05$ | Age at start, 2 wk Prostate tumours not affected by zinc deficiency unless combined with prostate hyperplasias No increase in testis tumours with cadmium alone |
| Rat, Noble NBL/Cr (M) 102 wk Waalkes et al. (1999b) | Cadmium chloride 0, 25, 50, 100, 200 ppm in drinking-water 30/group | Prostate (dorsolateral and ventral; hyperplasias): 6 (21%), 12 (46%), 13 (50%), 6 (21%), 4 (15%)  Testis (tumours): 2/29 (7%), 2/30 (7%), 3/30 (10%), 4/30 (13%), 5/28 (18%)  Adrenal gland (pheochromocytomas): 2 (7%), 3 (10%), 8 (27%), 6 (20%), 3 (10%) | $P < 0.05$ vs control (Groups 2 & 3)  NR  $P < 0.05$ (mid-dose) | Age at start, 10 wk No dose response to induction of any tumour type |

d, day or days; h, hour or hours; mo, month or months; LGL, large granular lymphocyte; NR, not reported; NS, not significant; vs, versus; wk, week or weeks

## 3.2 Inhalation and intratracheal administration

### 3.2.1 Rat

Inhalation exposure to cadmium chloride caused lung tumours in rats (Takenaka *et al.*, 1983; Glaser *et al.*, 1990). Cadmium sulfate, cadmium oxide, cadmium oxide fume and dust also caused lung tumours in rats (Glaser *et al.*, 1990).

Intratracheal administration of cadmium chloride and cadmium sulfide caused lung tumours in rats (Oberdörster & Cherian, 1992).

### 3.2.2 Hamster

Cadmium chloride, cadmium sulfate, cadmium sulfide, and cadmium oxide fume did not cause lung tumours in hamsters (Heinrich *et al.*, 1989; Heinrich, 1992).

See Table 3.2.

## 3.3 Subcutaneous administration

Many of the earliest carcinogenicity studies with cadmium compounds in rodents involved subcutaneous or intramuscular administration. In most studies, injection-site sarcomas developed in rats and mice. Mice were generally less susceptible than were rats. The earlier studies are reviewed in the previous *IARC Monograph*, and are not reviewed here, in part, because larger and better designed studies were published after 1993.

### 3.3.1 Mouse

Subcutaneous administration of cadmium chloride caused lymphomas, lung tumours (Waalkes & Rehm, 1994), and injection-site sarcomas (Waalkes *et al.*, 1991a; Waalkes & Rehm, 1994) in mice.

### 3.3.2 Rat

Subcutaneous administration of cadmium chloride caused injection-site sarcomas (Waalkes *et al.*, 1988, 1989, 1991b, 1997, 1999a, 2000; IARC, 1993b; Shirai *et al.*, 1993), and testis (interstitial cell) tumours in rats (Waalkes *et al.*, 1988, 1989, 1997, 1999b, 2000). Cadmium chloride caused prostate tumours and/or preneoplastic lesions in Wistar and Noble rats (Waalkes *et al.*, 1988, 1999b), but not in other studies in F344 or Wistar Furth rats (Waalkes *et al.*, 1991c, 2000; Shirai *et al.*, 1993).

### 3.3.3 Hamster

A single injection of cadmium chloride did not induce tumours in hamsters (Waalkes & Rehm, 1998).

A variety of cadmium compounds and metallic cadmium caused local sarcomas in rats or mice (IARC, 1993b).

See Table 3.3.

## 3.4 Administration with known carcinogens or other agents

The incidence of injection-site sarcomas in Wistar rats induced by cadmium chloride was significantly reduced by both the subcutaneous and oral administration of zinc (Waalkes *et al.*, 1989). Testicular tumours induced by subcutaneously administered cadmium chloride were inhibited by zinc, and were found to be associated with a reduction of the chronic degenerative testicular lesions induced by cadmium chloride (Waalkes *et al.*, 1989).

Testosterone implantation eliminated both cadmium-induced and spontaneous testis tumours in F344 rats but had no effect on cadmium-induced chronic testicular degeneration (Waalkes *et al.*, 1997).

**Table 3.2 Studies of cancer in experimental animals exposed to cadmium (inhalation and intratracheal exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Inhalation** | | | | |
| Rat, Wistar, TNO/W75 (M) 31 mo Takenaka et al. (1983) | Cadmium chloride 12.5, 25 or 50 µg/m³, 23 h/d, 7 d/ wk for 18 mo 40/group | Lung (adenocarcinomas): 0/38, 6/39 (15%), 20/38 (52%), 25/35 (71%) | [P < 0.0001; Groups 3 & 4] | Age at start, 6 wk |
| Rat, Wistar, TNO/W75 > BOR-WISW (M, F) 31 mo Glaser et al. (1990) | 0 to 900 µg/m³ of cadmium chloride, cadmium sulfate, cadmium oxide, cadmium oxide fume, zinc oxide dust, and cadmium oxide dust, 40 h/wk for 18 mo Groups of 20–40 males, 20 females | All forms increased lung tumour incidence, 18/20 (90%) in cadmium sulfate females, 0/20 in controls from 31 experimental groups Controls, males 0/40, females 0/20 High doses > 75% incidences | [P < 0.0001] | Age at start, 9 wk Problem with concentration of cadmium in cadmium oxide fume Data from 31 experimental groups in Table 13, p.166, Volume 58 (IARC, 1993b) |
| **Intratracheal** | | | | |
| Rat, Wistar (F) 124 wk Oberdörster & Cherian (1992) | Cadmium chloride or cadmium oxide 20 weekly 1 or 3 µg or 15 weekly 9 µg Cadmium sulfide 10 weekly 63, 250 or 1000 µg (purity 99%) Controls received 20x0.3ml saline | Lung (tumours): Cadmium chloride– Controls, 0/40; 20, 0/38; 60, 3/40 (7%); 135, 2/36 (6%) Cadmium oxide– 20, 2/37 (5%); 60, 2/40 (5%); 135, 0/39 Cadmium sulfide– 630, 2/39 (5%); 2500, 8/36 (22%); 10000, 7/36 (19%) | P < 0.01 trend test NS P = 0.0005 trend test | Cadmium chloride and cadmium sulfide purity, 99% |

d, day or days; h, hour or hours; mo, month or months; NR, not reported; NS, not significant; wk, week or weeks

134

**Table 3.3 Studies of cancer in experimental animals exposed to cadmium (subcutaneous or intramuscular exposure; for years < 1993, only selected references included)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, Wistar Crl WI BR (M) 104 wk Waalkes et al. (1988) | Cadmium chloride Single s.c. 0, 1, 2.5, 5, 10, 20, or 40 μmol/kg bw; 5 μmol/kg 4 × 5 and 10 μmol/kg 1 × each, 5 and 20 μmol/kg 1 × each (time 0 low dose) and 48 h (high dose) 30/group 45 pooled controls | Injection site (mostly sarcomas, also fibromas, epithelial tumours): 2/45 (4%), 1/30 (3%), 0/29, 1/30 (3%), 2/30 (7%), 1/29 (3%), *14/30 (47%) 0/30, 1/30 (3%), *8/30 (27%) Testis (tumours): 8/45 (18%), 1/30 (3%), 3/29 (10%), 3/30 (10%), 4/30 (13%), *21/29 (72%), *24/29 (83%) 4/30 (13%), 2/30 (7%), 5/30 (17%) Prostate (ventral lobe; tumours): 5/44 (11%), 6/27 (22%), *8/26 (31%), 4/28 (14%), 4/23 (17%), 4/26 (15%), 3/29 (10%) 2/26 (8%), 5/28 (18%), 6/28 (21%) Preneoplastic foci: Positive trend with single dose (data in chart) Pancreas (acinar and islet cell): Negative trend with dose | $P < 0.05$ from pooled control $P < 0.05$ $P < 0.05$ from pooled control NR NR | Age at start, 6 wk High dose cadmium reduced testicular tumour responses Prostate tumour response is not strong or a dose response |

135

**Table 3.3 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, Wistar (M) 104 wk Waalkes et al. (1989) | Cadmium chloride Single injection s.c. 30 μmole/kg 3 × zinc acetate 0.1, 0.3, 1.0 mmol/kg i.m. 30 mmole/kg cadmium chloride + zinc chloride 1 mmol/kg + zinc acetate in water 30/group | Injection site (sarcomas): 12/30 (40%), pooled controls 0/84 1 × zinc reduced incidence Testis (tumours): Cd 1 × 25/30 (83%), controls 9/83 (11%) Zinc, dose-dependent decrease Prostate (adenoma): i.m. Cd 11/26 (42%), Cd+zinc 8/27 (30%), i.m. Cd+s.c. zinc 7/28 (25%), controls 8/83 (10%) | P < 0.05  P < 0.05  P < 0.05 | |
| Rat, F344 (M) 104 wk Waalkes et al. (1997) | Cadmium chloride 20 μmole/kg s.c. once/wk for 5 wk Testosterone implants, 10 interim sacrifices 50/group | Testis (tumours): Controls 24/40 (60%) Testosterone only *0/40 Cd only *34/40 (98%) Testosterone+Cd †0/37 | *P ≤ 0.05 from control  †P ≤ 0.05 from cadmium alone | Age at start, 10 wk |
| Rat, Noble, NBL/Cr (M) 72 wk Waalkes et al. (1999a) | Cadmium chloride Single injection s.c. 0, 1, 2, 4, 8, 16, 32 μmole/kg 30/group | Testis: 1/30 (3%), 0/30, 0/30, 1/30 (3%), 7/30 (23%), 29/30 (96%), 28/30 (93%) Injection site (sarcomas): 0/30, 0/30, 0/30, 0/30, 0/30, 7/30 (22%), 11/30 (37%) Prostate (proliferative lesions): 9/25 (36%), 16/26 (62%), 19/29 (65%), 19/24 (79%), 17/27 (63%), 18/30 (60%), 15/29 (52%) | P < 0.053 (higher doses)  P < 0.05  P < 0.05, three middle doses | Prostate hyperplasia only |

## Table 3.3 (continued)

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, WF/NCr, F344/NCr (M) 104 wk Waalkes et al. (2000) | Cadmium chloride Single injection, s.c. 0, 10, 20, 30 µmole/kg bw weekly for 18 wk, 3 µmole/kg 1 wk then weekly 17 × 30 µmole/kg 30/group | Injection site (sarcomas): WF–0/20, 1/29 (3%), 21/29 (72%), 23/28 (82%), 23/29 (79%) F344–0/30, 11/30 (37%), 17/30 (68%), 8/12 (67%), 18/30 (60%) Testis: WF–11/29 (38%), 27/29 (93%), 19/29 (65%), 15/28 (54%), 15/29 (52%) F344–29/30 (97%), 28/30 (93%), 14/25 (56%), 8/12 (67%), 12/30 (43%) | $P < 0.05$ WF, four highest doses; F344 all doses $P < 0.05$ WF, two lower doses; F344 reduction in three highest doses | No prostate tumours were reported Pituitary adenomas reduced in higher doses of WF rats |
| Mouse, DBA/2NCr, NFS/NCr 104 wk (Waalkes & Rehm, 1994) | Cadmium chloride 40 µmol/kg s.c. 1once or once/wk for 16 wk 30–40/group | Lymphomas: DBA–1X Cd, 11/23 (48%); 16 × Cd, *16/28 (57%) Controls, 7/27 (26%) Injection site (sarcomas): NFS–1X Cd, 3/27 (11%); 16 × Cd, 3/32 (9%) Controls, 0/23 Lung: NFS–1X Cd, *21/28 (75%); 16 × Cd, 9/35 (26%) Controls, 6/25 (24%) | $P = 0.024$ trend test $P = 0.016$ trend test | Age, 8 wk Strain differences seen No testis tumours |

h, hour or hours; i.m., intramuscular; NR, not reported; s.c., subcutaneous; wk, week or weeks

## 3.5 Synthesis

By inhalation, various cadmium compounds induce lung tumours in rats (cadmium chloride, cadmium oxide, cadmium oxide dust, cadmium oxide fumes, cadmium sulfide). Intratracheal administration of cadmium chloride and cadmium sulfide induces lung tumours in rats. In one study, subcutaneous injection of cadmium chloride caused lung tumours in mice. A variety of cadmium compounds and metallic cadmium cause local sarcomas in rats or mice. Administration of various salts of cadmium causes testicular tumours in rats. Cadmium chloride induced prostatic proliferative lesions and testicular tumours in rats after subcutaneous or oral administration.

# 4. Other Relevant Data

## 4.1 Absorption, distribution, metabolism, and excretion

Inhalation is the major route of cadmium exposure in occupational settings, whereas most people in the general population are exposed to cadmium via the ingestion of both food and drinking-water. Exposure to cadmium particulates lead to cadmium absorption in animals and humans (IARC, 1993b).

In occupational settings, cadmium and cadmium compounds, being non-volatile, exist in air as fine particulates. Animal studies (Rusch et al., 1986) have shown that lung retention may be up to 20%, especially after short-term exposure.

When ingested, most of the cadmium passes through the gastrointestinal tract without being absorbed. Estimates of the cadmium absorption rate in humans have been reported as 3–5% (Morgan & Sherlock, 1984) or 6.5% (Horiguchi et al., 2004). Even lower rates have been reported for experimental animals, especially after long-term repeated exposures (Schäfer et al., 1990).

When absorbed, cadmium will bind to metallothionein, forming a cadmium–metallothionein complex that is transferred (via blood) primarily to the liver and the kidney (Waalkes & Goering, 1990). Metallothionein is inducible in different tissues (e.g. liver, kidney, intestine, and lung) by exposure to various agents including cadmium (Waalkes & Goering, 1990). When transported to the kidney, cadmium–metallothionein is readily filtered at the glomerulus, and may be efficiently reabsorbed from the filtrate in the proximal tubules (Foulkes, 1978; Dorian et al., 1992a). In the tubules, the protein portion is rapidly degraded to release cadmium (Dorian et al., 1992b). Cadmium accumulates in kidney tubules, and causes damage to tubular cells, especially in the proximal tubules (Kasuya et al., 1992).

Absorbed cadmium is excreted very slowly, and the amounts excreted into urine and faeces are approximately equal (Kjellström & Nordberg, 1978). In humans, half-life estimates are in the range of 7–16 years (Kjellström & Nordberg, 1978; Nordberg et al., 2007).

## 4.2 Genetic and related effects

In rodent experiments, cadmium salts cause increased frequencies of micronuclei and chromosomal aberrations. In mammalian cells in vitro, cadmium compounds cause DNA strand breaks and chromosomal aberrations, and are weakly mutagenic, whereas in most bacterial assays, cadmium compounds are not mutagenic (Waalkes, 2003; DFG, 2006). Both soluble and insoluble cadmium compounds generally give comparable results in genotoxicity assays when tested in parallel.

Because cadmium salts do not cause DNA damage in cell extracts or with isolated DNA (Valverde et al., 2001), the genotoxicity of cadmium has to be explained by indirect mechanisms. Frequently discussed mechanisms are related to oxidative stress, the inhibition of

DNA-repair systems, effects on cell proliferation, and on tumour-suppressor functions.

### 4.2.1 Induction of oxidative stress

Even though cadmium is not redox-active, it has been shown to induce oxidative stress, both *in vitro* and *in vivo*. Cadmium sulfide induced hydrogen peroxide formation in human polymorphonuclear leukocytes, and cadmium chloride enhanced the production of superoxide in rat and human phagocytes (Sugiyama, 1994). The induction of DNA strand breaks and chromosomal aberrations by cadmium in mammalian cells is suppressed by antioxidants and antioxidative enzymes (Ochi *et al.*, 1987; Stohs *et al.*, 2001; Valko *et al.*, 2006). Because cadmium does not undergo redox reactions under physiological conditions, the increased generation of reactive oxygen species levels and oxidative cellular damage may be due to the inhibitory effect of cadmium on antioxidant enzymes (Stohs *et al.*, 2001; Valko *et al.*, 2006) as well as on DNA-repair systems.

### 4.2.2 Inhibition of DNA repair

Cadmium is co-mutagenic and increases the mutagenicity of ultraviolet radiation, alkylation, and oxidation in mammalian cells. These effects are explained by the observation that cadmium inhibits several types of DNA-repair mechanisms, i.e. base excision, nucleotide excision, mismatch repair, and the elimination of the pre-mutagenic DNA precursor 7,8-dihydro-8-oxoguanine (Hartwig & Schwerdtle, 2002). In base-excision repair, low concentrations of cadmium that do not generate oxidative damage as such, very effectively inhibit the repair of oxidative DNA damage in mammalian cells (Dally & Hartwig, 1997; Fatur *et al.*, 2003). In nucleotide-excision repair, cadmium interferes with the removal of thymine dimers after UV irradiation by inhibiting the first step of this repair pathway, i.e. the incision at the DNA lesion (Hartwig & Schwerdtle, 2002; Fatur *et al.*, 2003). Furthermore, chronic exposure of yeast to very low cadmium concentrations results in hypermutability; and in human cell extracts, cadmium has been shown to inhibit DNA-mismatch repair (Jin *et al.*, 2003). Additionally, cadmium disturbs the removal of 8-oxo-dGTP from the nucleotide pool by inhibiting the 8-oxo-dGTPases of bacterial and human origin (Bialkowski & Kasprzak, 1998).

One molecular mechanism related to the inactivation of DNA-repair proteins involves the displacement by cadmium of zinc from zinc-finger structures in DNA-repair proteins such as xeroderma pigmentosum group A (XPA), which is required for nucleotide-excision repair, and formamidopyrimidine-DNA-glycosylase (Fpg), which is involved in base-excision repair in *E. coli* (Asmuss *et al.*, 2000). Cadmium also inhibits the function of human 8-oxoguanine-DNA-glycosylase (hOGG1), which is responsible for recognition and excision of the pre-mutagenic 7,8-dihydro-8-oxoguanine during base-excision repair in mammalian cells (Potts *et al.*, 2003). Even though hOGG1 contains no zinc-binding motif itself, the inhibition of its function is due to its downregulation as a result of diminished DNA-binding of the transcription factor SP1 that contains zinc-finger structures (Youn *et al.*, 2005). Finally, cadmium induces a conformational shift in the zinc-binding domain of the tumour-suppressor protein p53. Thus, in addition to inhibiting repair proteins directly, cadmium downregulates genes involved in DNA repair *in vivo* (Zhou *et al.*, 2004).

The impact of cadmium on DNA repair may be especially deleterious in cadmium-adapted cells. Cadmium induces several genes for cadmium and reactive oxygen species tolerance such as those coding for metallothionein, glutathione synthesis and function, catalase and superoxide dismutase (Stohs *et al.*, 2001). Hence, a condition for prolonged cell survival in the

IARC MONOGRAPHS – 100C

presence of cadmium is established (Chubatsu et al., 1992). Taking into account the impact of cadmium on DNA repair, tolerance to cadmium toxicity concurrently may constitute a greater opportunity for the induction of further critical mutations (Achanzar et al., 2002).

### 4.2.3 Deregulation of cell proliferation and disturbance of tumour-suppressor functions

Cadmium interacts with a multitude of cellular signal transduction pathways, many of which associated with mitogenic signalling. Submicromolar concentrations of cadmium stimulated DNA synthesis, and the proliferation of rat myoblast cells (von Zglinicki et al., 1992) and of rat macrophages (Misra et al., 2002). In various cell types in vitro, cadmium induces the receptor-mediated release of the second messengers inositol-1,4,5-trisphosphate and calcium, activates various mitogenic protein kinases, transcription and translation factors, and induces the expression of cellular proto-oncogenes, c-fos, c-myc, and c-jun (Waisberg et al., 2003). However, it should be noted that the activation of mitogen-activated protein kinases is not a sufficient condition for enhanced cell proliferation, because persistent low-dose exposure of cells to cadmium has been shown to result in sustained activation of protein kinase ERK, but also to caspase activation and apoptosis (Martin et al., 2006). In addition to directly stimulating mitogenic signals, cadmium also inhibits the negative controls of cell proliferation. It inactivates the tumour-suppressor protein p53, and inhibits the p53 response to damaged DNA (Méplan et al., 1999). This finding could be particularly important to explain the carcinogenicity of cadmium because p53 is required for cell-cycle control, DNA repair, and apoptosis; its inactivation would be expected to lead to genomic instability.

It was also reported that cadmium modulates steroid-hormone-dependent signalling in ovaries in rats, in a breast cancer cell line, and in cadmium-transformed prostate epithelial cells (Benbrahim-Tallaa et al., 2007a; Brama et al., 2007). Nevertheless, in in-vitro estrogenicity assays based on estrogen-receptor activity, no effect of cadmium was detected (Silva et al., 2006). Whether or not cadmium promotes tumour growth by an estrogen-mediated mechanism is still unknown.

In addition to effects on genes and genetic stability, cadmium also exerts epigenetic effects, which may contribute to tumour development. During cadmium-induced cellular transformation, DNA–(cytosine-5) methyltransferase activity and global DNA methylation were reduced after 1 week of exposure to cadmium (Takiguchi et al., 2003). Prolonged exposure to cadmium (~10 weeks) resulted in enhanced DNA–methyltransferase activity, and global DNA hypermethylation in these cells (Takiguchi et al., 2003), and in human prostate epithelial cells (Benbrahim-Tallaa et al., 2007b). Changes in DNA methylation is thought to have a tumour-promoting effect because a decrease in DNA methylation is associated with increased expression of cellular proto-oncogenes, and an increase of DNA methylation results in the silencing of tumour-suppressor genes.

## 4.3 Synthesis

Several mechanisms have been identified that potentially contribute to cadmium-induced carcinogenesis. Direct binding to DNA appears to be of minor importance, and mutagenic responses are weak. Convincing evidence exists on disturbances of DNA-repair and tumour-suppressor proteins, which lead to chromosomal damage and genomic instability. Further reported effects include changes in DNA-methylation patterns as well as interactions with signal-transduction processes, which may contribute to the deregulation of cell growth. However, it is not yet possible to assess the relative contributions of these latter mechanisms for cancer in humans.

# 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of cadmium and cadmium compounds. Cadmium and cadmium compounds cause cancer of the lung. Also, positive associations have been observed between exposure to cadmium and cadmium compounds and cancer of the kidney and of the prostate.

There is *sufficient evidence* in experimental animals for the carcinogenicity of cadmium compounds.

There is *limited evidence* in experimental animals for the carcinogenicity of cadmium metal.

Cadmium and cadmium compounds are *carcinogenic to humans (Group 1)*.

# References

Achanzar WE, Brambila EM, Diwan BA *et al.* (2002). Inorganic arsenite-induced malignant transformation of human prostate epithelial cells. *J Natl Cancer Inst*, 94: 1888–1891. PMID:12488483

Åkesson A, Julin B, Wolk A (2008). Long-term dietary cadmium intake and postmenopausal endometrial cancer incidence: a population-based prospective cohort study. *Cancer Res*, 68: 6435–6441. doi:10.1158/0008-5472.CAN-08-0329 PMID:18676869

Antila E, Mussalo-Rauhamaa H, Kantola M *et al.* (1996). Association of cadmium with human breast cancer. *Sci Total Environ*, 186: 251–256. doi:10.1016/0048-9697(96)05119-4 PMID:8677430

Arisawa K, Nakano A, Saito H *et al.* (2001). Mortality and cancer incidence among a population previously exposed to environmental cadmium. *Int Arch Occup Environ Health*, 74: 255–262. doi:10.1007/s004200000225 PMID:11401017

Arisawa K, Uemura H, Hiyoshi M *et al.* (2007). Cause-specific mortality and cancer incidence rates in relation to urinary beta2-microglobulin: 23-year follow-up study in a cadmium-polluted area. *Toxicol Lett*, 173: 168–174. doi:10.1016/j.toxlet.2007.07.007 PMID:17766066

Armstrong BG & Kazantzis G (1985). Prostatic cancer and chronic respiratory and renal disease in British cadmium workers: a case control study. *Br J Ind Med*, 42: 540–545. PMID:4016005

Asmuss M, Mullenders LH, Eker A, Hartwig A (2000). Differential effects of toxic metal compounds on the activities of Fpg and XPA, two zinc finger proteins involved in DNA repair. *Carcinogenesis*, 21: 2097–2104. doi:10.1093/carcin/21.11.2097 PMID:11062174

ATSDR (2008). *Draft Toxicological Profile for Cadmium*. Atlanta, Georgia: US Department of Health and Human Services.

Becker K, Kaus S, Krause C *et al.* (2002). German Environmental Survey 1998 (GerES III): environmental pollutants in blood of the German population. *Int J Hyg Environ Health*, 205: 297–308. doi:10.1078/1438-4639-00155 PMID:12068749

Becker K, Schulz C, Kaus S *et al.* (2003). German Environmental Survey 1998 (GerES III): environmental pollutants in the urine of the German population. *Int J Hyg Environ Health*, 206: 15–24. doi:10.1078/1438-4639-00188 PMID:12621899

Benbrahim-Tallaa L, Liu J, Webber MM, Waalkes MP (2007a). Estrogen signalling and disruption of androgen metabolism in acquired androgen-independence during cadmium carcinogenesis in human prostate epithelial cells. *Prostate*, 67: 135–145. doi:10.1002/pros.20479 PMID:17075824

Benbrahim-Tallaa L, Waterland RA, Dill AL *et al.* (2007b). Tumor suppressor gene inactivation during cadmium-induced malignant transformation of human prostate cells correlates with overexpression of de novo DNA methyltransferase. *Environ Health Perspect*, 115: 1454–1459. PMID:17938735

Bialkowski K & Kasprzak KS (1998). A novel assay of 8-oxo-2′-deoxyguanosine 5′-triphosphate pyrophosphohydrolase (8-oxo-dGTPase) activity in cultured cells and its use for evaluation of cadmium(II) inhibition of this activity. *Nucleic Acids Res*, 26: 3194–3201. doi:10.1093/nar/26.13.3194 PMID:9628918

Brama M, Gnessi L, Basciani S *et al.* (2007). Cadmium induces mitogenic signalling in breast cancer cell by an ERalpha-dependent mechanism. *Mol Cell Endocrinol*, 264: 102–108. doi:10.1016/j.mce.2006.10.013 PMID:17125913

Brüning T, Pesch B, Wiesenhütter B *et al.* (2003). Renal cell cancer risk and occupational exposure to trichloroethylene: results of a consecutive case-control study in Arnsberg, Germany. *Am J Ind Med*, 43: 274–285. doi:10.1002/ajim.10185 PMID:12594774

CAREX Canada (2011). Available at: http://www.carexcanada.ca/en/cadmium/occupational_exposure_estimates/phase_2/

CDC (2005). *Third National Report on Human Exposure to Environmental Chemicals*. US Department of Health and Human Services, Public Health Services. Centers for Disease Control and Prevention (CDC). Available at: http://www.cdc.gov/exposurereport/

Chubatsu LS, Gennari M, Meneghini R (1992). Glutathione is the antioxidant responsible for resistance to oxidative

IARC MONOGRAPHS – 100C

stress in V79 Chinese hamster fibroblasts rendered resistant to cadmium. *Chem Biol Interact*, 82: 99–110. doi:10.1016/0009-2797(92)90017-F PMID:1547517

Dally H & Hartwig A (1997). Induction and repair inhibition of oxidative DNA damage by nickel(II) and cadmium(II) in mammalian cells. *Carcinogenesis*, 18: 1021–1026. doi:10.1093/carcin/18.5.1021 PMID:9163690

DFG (2006). Deutsche Forschungsgemeinschaft *List of MAK and BAT values: Cadmium and cadmium compounds*, Weinheim: Wiley-VCH-Verlag, No. 22, pp. 1–41

Dorian C, Gattone VH 2nd, Klaasen CD (1992a). Renal cadmium deposition and injury as a result of accumulation of cadmium-metallothionein (CdMT) by the proximal convoluted tubules–A light microscopic autoradiography study with 109CdMT. *Toxicol Appl Pharmacol*, 114: 173–181. doi:10.1016/0041-008X(92)90066-2 PMID:1609408

Dorian C, Gattone VH 2nd, Klaasen CD (1992b). Accumulation and degradation of the protein moiety of cadmium-metallothionein (CdMT) in the mouse kidney. *Toxicol Appl Pharmacol*, 117: 242–248. doi:10.1016/0041-008X(92)90243-L PMID:1471157

EFSA. (2009). Cadmium in Food. Scientific Opinion of the Panel on Contaminants in the Food Chain. *The EFSA Journal*, 980: 1–139.

Elinder CG, Kjellström T, Hogstedt C *et al.* (1985). Cancer mortality of cadmium workers. *Br J Ind Med*, 42: 651–655. PMID:4041382

Fatur T, Lah TT, Filipic M (2003). Cadmium inhibits repair of UV-, methyl methanesulfonate- and N-methyl-N-nitrosourea-induced DNA damage in Chinese hamster ovary cells. *Mutat Res*, 529: 109–116. PMID:12943924

Foulkes EC (1978). Renal tubular transport of cadmium-metallothionein. *Toxicol Appl Pharmacol*, 45: 505–512. doi:10.1016/0041-008X(78)90112-6 PMID:705786

Glaser U, Hochrainer D, Otto FJ, Oldiges H (1990). Carcinogenicity and toxicity of four cadmium compounds inhaled by rats. *Toxicol Environ Chem*, 27: 153–162. doi:10.1080/02772249009357568

Hartwig A & Schwerdtle T (2002). Interactions by carcinogenic metal compounds with DNA repair processes: toxicological implications. *Toxicol Lett*, 127: 47–54. doi:10.1016/S0378-4274(01)00482-9 PMID:12052640

Heinrich U (1992). Pulmonary carcinogenicity of cadmium by inhalation in animals. *IARC Sci Publ*, 118: 405–413. PMID:1303968

Heinrich U, Peters L, Ernst H *et al.* (1989). Investigation on the carcinogenic effects of various cadmium compounds after inhalation exposure in hamsters and mice. *Exp Pathol*, 37: 253–258. PMID:2637164

Herron N (2001). *Cadmium Compounds*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 5th ed., Vol. 4. New York: John Wiley & Sons, pp. 507–523. [online edition]

Holden H (1980). *Further mortality studies on workers exposed to cadmium fume.* In: *Proceedings of the Seminar on Occupational Exposure to Cadmium, London, 20 March 1980*. London: Cadmium Association, pp. 23–24.

Horiguchi H, Oguma E, Sasaki S *et al.* (2004). Dietary exposure to cadmium at close to the current provisional tolerable weekly intake does not affect renal function among female Japanese farmers. *Environ Res*, 95: 20–31. doi:10.1016/S0013-9351(03)00142-7 PMID:15068927

Hu J, Mao Y, White K (2002). Renal cell carcinoma and occupational exposure to chemicals in Canada. *Occup Med (Lond)*, 52: 157–164. doi:10.1093/occmed/52.3.157 PMID:12063361

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1976). Cadmium, nickel, some epoxides, miscellaneous industrial chemicals and general considerations on volatile anaesthetics. *IARC Monogr Eval Carcinog Risk Chem Man*, 11: 1–306. PMID:992654

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1993a). Beryllium, cadmium, mercury, and exposures in the glass manufacturing industry. Working Group views and expert opinions, Lyon, 9–16 February 1993. *IARC Monogr Eval Carcinog Risks Hum*, 58: 1–415. PMID:8022054

IARC (1993b). Cadmium and cadmium compounds. *IARC Monogr Eval Carcinog Risks Hum*, 58: 119–237. PMID:8022055

International Cadmium Association (2011). Available at http://www.cadmium.org

Järup L, Bellander T, Hogstedt C, Spång G (1998). Mortality and cancer incidence in Swedish battery workers exposed to cadmium and nickel. *Occup Environ Med*, 55: 755–759. doi:10.1136/oem.55.11.755 PMID:9924452

Jin YH, Clark AB, Slebos RJ *et al.* (2003). Cadmium is a mutagen that acts by inhibiting mismatch repair. *Nat Genet*, 34: 326–329. doi:10.1038/ng1172 PMID:12796780

Jones SR, Atkin P, Holroyd C *et al.* (2007). Lung cancer mortality at a UK tin smelter. *Occup Med (Lond)*, 57: 238–245. doi:10.1093/occmed/kql153 PMID:17437956

Kasuya M, Aoshima K, Katoh T *et al.* (1992). *Natural history of Itai-itai disease: A long-term observation on the clinical and laboratory findings in patients with Itai-itai disease.* Edited Proceedings of the 7th International Cadmium Conference, New Orleans,LA, 6–8 April 1992. Cook ME, Hiscock SA, Morrow H *et al.*, editors. London/Reston, VA: Cadmium Association/Cadmium Council, pp. 180–192

Kazantzis G, Blanks RG (1992). *A mortality study of cadmium exposed workers.* In: *Proceedings of the SeventhInternational Cadmium Conference, New*

*Orleans, LA,6–8 April 1992.* Cook ME, Hiscock SA, Morrow H *et al.*, editors. London/Reston, VA: Cadmium Association/Cadmium Council, pp. 150–157.

Kellen E, Zeegers MP, Hond ED, Buntinx F (2007). Blood cadmium may be associated with bladder carcinogenesis: the Belgian case-control study on bladder cancer. *Cancer Detect Prev*, 31: 77–82. doi:10.1016/j.cdp.2006.12.001 PMID:17296271

Kipling MD & Waterhouse JAH (1967). Cadmium and prostatic carcinoma. *Lancet*, 289: 730–731. doi:10.1016/S0140-6736(67)92222-2

Kjellström T, Friberg L, Rahnster B (1979). Mortality and cancer morbidity among cadmium-exposed workers. *Environ Health Perspect*, 28: 199–204. PMID:488034

Kjellström T & Nordberg GF (1978). A kinetic model of cadmium metabolism in the human being. *Environ Res*, 16: 248–269. doi:10.1016/0013-9351(78)90160-3 PMID:679914

Kriegel AM, Soliman AS, Zhang Q *et al.* (2006). Serum cadmium levels in pancreatic cancer patients from the East Nile Delta region of Egypt. *Environ Health Perspect*, 114: 113–119. PMID:16393667

Lemen RA, Lee JS, Wagoner JK, Blejer HP (1976). Cancer mortality among cadmium production workers. *Ann N Y Acad Sci*, 271: 1 Neoplasia in273–279. doi:10.1111/j.1749-6632.1976.tb23122.x PMID:1069514

Martin P, Poggi MC, Chambard JC *et al.* (2006). Low dose cadmium poisoning results in sustained ERK phosphorylation and caspase activation. *Biochem Biophys Res Commun*, 350: 803–807. doi:10.1016/j.bbrc.2006.09.126 PMID:17027645

McElroy JA, Shafer MM, Trentham-Dietz A *et al.* (2006). Cadmium exposure and breast cancer risk. *J Natl Cancer Inst*, 98: 869–873. doi:10.1093/jnci/djj233 PMID:16788160

Méplan C, Mann K, Hainaut P (1999). Cadmium induces conformational modifications of wild-type p53 and suppresses p53 response to DNA damage in cultured cells. *J Biol Chem*, 274: 31663–31670. doi:10.1074/jbc.274.44.31663 PMID:10531375

Misra UK, Gawdi G, Akabani G, Pizzo SV (2002). Cadmium-induced DNA synthesis and cell proliferation in macrophages: the role of intracellular calcium and signal transduction mechanisms. *Cell Signal*, 14: 327–340. doi:10.1016/S0898-6568(01)00268-6 PMID:11858940

Morgan H & Sherlock JC (1984). Cadmium intake and cadmium in the human kidney. *Food Addit Contam*, 1: 45–51. PMID:6537346

Morrow H (2001). *Cadmium and Cadmium Alloys*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 5th ed., Vol. 4. New York: John Wiley & Sons, pp. 471–507. [online edition]

National Resources Canada (2007). *Canadian Minerals Yearbook*.

NTP (2005). *Report on Carcinogens*, 11th ed. Research Triangle Park, NC: US Department of Health and Human Services.

Nawrot T, Plusquin M, Hogervorst J *et al.* (2006). Environmental exposure to cadmium and risk of cancer: a prospective population-based study. *Lancet Oncol*, 7: 119–126. doi:10.1016/S1470-2045(06)70545-9 PMID:16455475

Nordberg GF, Nogawa K, Nordberg M *et al.*, (2007). *Cadmium*. In: *Handbook on toxicology of metals*. Nordberg FG, Fowler BA, Nordberg M, Frieberg LT, editors. Elsevier Science, pp. 446–486.

Nordic Council of Ministers (2003). *Cadmium Review*. Report No. 1, Issue No. 4.

Oberdörster G, Cherian MG (1992). *Cadmium and the Lung: Current Perspectives of Carcinogenicity*. London/Reston, VA: Cadmium Association/Cadmium Council, pp. 130–134.

Ochi T, Takahashi K, Ohsawa M (1987). Indirect evidence for the induction of a prooxidant state by cadmium chloride in cultured mammalian cells and a possible mechanism for the induction. *Mutat Res*, 180: 257–266. PMID:3657823

Pesch B, Haerting J, Ranft U *et al.* (2000). Occupational risk factors for renal cell carcinoma: agent-specific results from a case-control study in Germany. MURC Study Group. Multicenter urothelial and renal cancer study. *Int J Epidemiol*, 29: 1014–1024. doi:10.1093/ije/29.6.1014 PMID:11101542

Platz EA, Helzlsouer KJ, Hoffman SC *et al.* (2002). Prediagnostic toenail cadmium and zinc and subsequent prostate cancer risk. *Prostate*, 52: 288–296. doi:10.1002/pros.10115 PMID:12210489

Potts CL (1965). Cadmium proteinuria: the health of battery workers exposed to cadmium oxide dust. *Ann Occup Hyg*, 8: 55–61. PMID:14287870

Potts RJ, Watkin RD, Hart BA (2003). Cadmium exposure down-regulates 8-oxoguanine DNA glycosylase expression in rat lung and alveolar epithelial cells. *Toxicology*, 184: 189–202. doi:10.1016/S0300-483X(02)00579-6 PMID:12499121

Rusch GM, O'Grodnick JS, Rinehart WE (1986). Acute inhalation study in the rat of comparative uptake, distribution and excretion for different cadmium containing materials. *Am Ind Hyg Assoc J*, 47: 754–763. PMID:3799475

Sahmoun AE, Case LD, Jackson SA, Schwartz GG (2005). Cadmium and prostate cancer: a critical epidemiologic analysis. *Cancer Invest*, 23: 256–263. doi:10.1081/CNV-200055968 PMID:15945511

Schäfer SG, Schwegler U, Schümann K (1990). Retention of cadmium in cadmium-naive normal and iron-deficient rats as well as in cadmium-induced iron-deficient animals. *Ecotoxicol Environ Saf*, 20: 71–81. doi:10.1016/0147-6513(90)90047-9 PMID:2226245

IARC MONOGRAPHS – 100C

Shigematsu I, Kitamaru S, Takeuchi J et al. (1982). *A retrospective mortality study on cadmium-exposed populations in Japan*. Edited Proceedings of the Third International Cadmium Conference, Miami, FL, 3–5 February 1981. Wilson D, Volpe RA, editors. London/New York: Cadmium Association/Cadmium Council, pp. 115–118.

Shirai T, Iwasaki S, Masui T et al. (1993). Enhancing effect of cadmium on rat ventral prostate carcinogenesis induced by 3,2′-dimethyl-4-aminobiphenyl. *Jpn J Cancer Res*, 84: 1023–1030. PMID:7693634

Siemiatycki J (1991). *Risk Factors for Cancer in the Workplace*. Boca Raton, FL: CRC Press.

Silva E, Lopez-Espinosa MJ, Molina-Molina JM et al. (2006). Lack of activity of cadmium in in vitro estrogenicity assays. *Toxicol Appl Pharmacol*, 216: 20–28. doi:10.1016/j.taap.2006.04.002 PMID:16716372

Sorahan T (1987). Mortality from lung cancer among a cohort of nickel cadmium battery workers: 1946–84. *Br J Ind Med*, 44: 803–809. PMID:3689715

Sorahan T (2009). Lung cancer mortality in arsenic-exposed workers from a cadmium recovery plant. *Occup Med (Lond)*, 59: 264–266. doi:10.1093/occmed/kqp046 PMID:19332705

Sorahan T & Esmen NA (2004). Lung cancer mortality in UK nickel-cadmium battery workers, 1947–2000. *Occup Environ Med*, 61: 108–116. doi:10.1136/oem.2003.009282 PMID:14739376

Sorahan T & Lancashire RJ (1997). Lung cancer mortality in a cohort of workers employed at a cadmium recovery plant in the United States: an analysis with detailed job histories. *Occup Environ Med*, 54: 194–201. doi:10.1136/oem.54.3.194 PMID:9155781

Sorahan T, Lister A, Gilthorpe MS, Harrington JM (1995). Mortality of copper cadmium alloy workers with special reference to lung cancer and non-malignant diseases of the respiratory system, 1946–92. *Occup Environ Med*, 52: 804–812. doi:10.1136/oem.52.12.804 PMID:8563843

Sorahan T & Waterhouse JA (1983). Mortality study of nickel-cadmium battery workers by the method of regression models in life tables. *Br J Ind Med*, 40: 293–300. PMID:6871118

Stayner L, Smith R, Schnorr T et al. (1993). Lung cancer. *Ann Epidemiol*, 3: 114–116. doi:10.1016/1047-2797(93)90020-5 PMID:8287147

Stohs SJ, Bagchi D, Hassoun E, Bagchi M (2001). Oxidative mechanisms in the toxicity of chromium and cadmium ions. *J Environ Pathol Toxicol Oncol*, 20: 77–88. PMID:11394715

Sugiyama M (1994). Role of cellular antioxidants in metal-induced damage. *Cell Biol Toxicol*, 10: 1–22. doi:10.1007/BF00757183 PMID:8076219

Takenaka S, Oldiges H, König H et al. (1983). Carcinogenicity of cadmium chloride aerosols in W rats. *J Natl Cancer Inst*, 70: 367–373. PMID:6571943

Takiguchi M, Achanzar WE, Qu W et al. (2003). Effects of cadmium on DNA-(Cytosine-5) methyltransferase activity and DNA methylation status during cadmium-induced cellular transformation. *Exp Cell Res*, 286: 355–365. doi:10.1016/S0014-4827(03)00062-4 PMID:12749863

Thun MJ, Schnorr TM, Smith AB et al. (1985). Mortality among a cohort of U.S. cadmium production workers–an update. *J Natl Cancer Inst*, 74: 325–333. PMID:3856046

UNEP (2008). *Interim Review of Scientific Information on Cadmium*. Geneva: United Nations Environment Program

USGS (2008). *Mineral Commodity Summaries, Cadmium*. pp. 42–43.

Valko M, Rhodes CJ, Moncol J et al. (2006). Free radicals, metals and antioxidants in oxidative stress-induced cancer. *Chem Biol Interact*, 160: 1–40. doi:10.1016/j.cbi.2005.12.009 PMID:16430879

Valverde M, Trejo C, Rojas E (2001). Is the capacity of lead acetate and cadmium chloride to induce genotoxic damage due to direct DNA-metal interaction? *Mutagenesis*, 16: 265–270. doi:10.1093/mutage/16.3.265 PMID:11320153

Vinceti M, Venturelli M, Sighinolfi C et al. (2007). Case-control study of toenail cadmium and prostate cancer risk in Italy. *Sci Total Environ*, 373: 77–81. doi:10.1016/j.scitotenv.2006.11.005 PMID:17175009

von Zglinicki T, Edwall C, Ostlund E et al. (1992). Very low cadmium concentrations stimulate DNA synthesis and cell growth. *J Cell Sci*, 103: 1073–1081. PMID:1487490

Waalkes MP (2003). Cadmium carcinogenesis. *Mutat Res*, 533: 107–120. PMID:14643415

Waalkes MP, Anver M, Diwan BA (1999a). Carcinogenic effects of cadmium in the noble (NBL/Cr) rat: induction of pituitary, testicular, and injection site tumors and intraepithelial proliferative lesions of the dorsolateral prostate. *Toxicol Sci*, 52: 154–161. doi:10.1093/toxsci/52.2.154 PMID:10630567

Waalkes MP, Anver MR, Diwan BA (1999b). Chronic toxic and carcinogenic effects of oral cadmium in the Noble (NBL/Cr) rat: induction of neoplastic and proliferative lesions of the adrenal, kidney, prostate, and testes. *J Toxicol Environ Health A*, 58: 199–214. doi:10.1080/009841099157296 PMID:10591488

Waalkes MP, Diwan BA, Weghorst CM et al. (1991a). Anticarcinogenic effects of cadmium in B6C3F1 mouse liver and lung. *Toxicol Appl Pharmacol*, 110: 327–335. doi:10.1016/S0041-008X(05)80015-8 PMID:1891777

Waalkes MP & Goering PL (1990). Metallothionein and other cadmium-binding proteins: recent developments. *Chem Res Toxicol*, 3: 281–288. doi:10.1021/tx00016a001 PMID:2133072

Waalkes MP, Kovatch R, Rehm S (1991b). Effect of chronic dietary zinc deficiency on cadmium toxicity and carcinogenesis in the male Wistar [Hsd: (WI)

BR] rat. *Toxicol Appl Pharmacol*, 108: 448–456. doi:10.1016/0041-008X(91)90091-R PMID:2020969

Waalkes MP & Rehm S (1992). Carcinogenicity of oral cadmium in the male Wistar (WF/NCr) rat: effect of chronic dietary zinc deficiency. *Fundam Appl Toxicol*, 19: 512–520. doi:10.1016/0272-0590(92)90089-Z PMID:1426709

Waalkes MP & Rehm S (1994). Chronic toxic and carcinogenic effects of cadmium chloride in male DBA/2NCr and NFS/NCr mice: strain-dependent association with tumors of the hematopoietic system, injection site, liver, and lung. *Fundam Appl Toxicol*, 23: 21–31. doi:10.1006/faat.1994.1074 PMID:7958559

Waalkes MP & Rehm S (1998). Lack of carcinogenicity of cadmium chloride in female Syrian hamsters. *Toxicology*, 126: 173–178. doi:10.1016/S0300-483X(98)00012-2 PMID:9674965

Waalkes MP, Rehm S, Cherian MG (2000). Repeated cadmium exposures enhance the malignant progression of ensuing tumors in rats. *Toxicol Sci*, 54: 110–120. doi:10.1093/toxsci/54.1.110 PMID:10746938

Waalkes MP, Rehm S, Devor DE (1997). The effects of continuous testosterone exposure on spontaneous and cadmium-induced tumors in the male Fischer (F344/NCr) rat: loss of testicular response. *Toxicol Appl Pharmacol*, 142: 40–46. doi:10.1006/taap.1996.8005 PMID:9007032

Waalkes MP, Rehm S, Riggs CW *et al.* (1988). Cadmium carcinogenesis in male Wistar [Crl:(WI)BR] rats: dose-response analysis of tumor induction in the prostate and testes and at the injection site. *Cancer Res*, 48: 4656–4663. PMID:3396014

Waalkes MP, Rehm S, Riggs CW *et al.* (1989). Cadmium carcinogenesis in male Wistar [Crl:(WI)BR] rats: dose-response analysis of effects of zinc on tumor induction in the prostate, in the testes, and at the injection site. *Cancer Res*, 49: 4282–4288. PMID:2743314

Waalkes MP, Rehm S, Sass B *et al.* (1991c). Chronic carcinogenic and toxic effects of a single subcutaneous dose of cadmium in the male Fischer rat. *Environ Res*, 55: 40–50. doi:10.1016/S0013-9351(05)80139-2 PMID:1855489

Waisberg M, Joseph P, Hale B, Beyersmann D (2003). Molecular and cellular mechanisms of cadmium carcinogenesis. *Toxicology*, 192: 95–117. doi:10.1016/S0300-483X(03)00305-6 PMID:14580780

Wang X, Yang Y, Wang X, Xu S (2006). The effect of occupational exposure to metals on the nervous system function in welders. *J Occup Health*, 48: 100–106. doi:10.1539/joh.48.100 PMID:16612038

WHO (2000). *Air Quality Guidelines*, 2nd ed.

WHO (2011). *Cadmium*. Food Additives Series, 24. Geneva. Available at: http://www.inchem.org/documents/jecfa/jecmono/v024je09.htm

Yassin AS & Martonik JF (2004). Urinary cadmium levels in the US working population, 1988–1994. *J Occup Environ Hyg*, 1: 324–333. doi:10.1080/15459620490445499 PMID:15238341

Youn CK, Kim SH, Lee DY *et al.* (2005). Cadmium down-regulates human OGG1 through suppression of Sp1 activity. *J Biol Chem*, 280: 25185–25195. doi:10.1074/jbc.M412793200 PMID:15760895

Zhang G, Lindars E, Chao Z *et al.* (2002). Biological monitoring of cadmium exposed workers in a nickel-cadmium battery factory in China. *J Occup Health*, 44: 15–21. doi:10.1539/joh.44.15

Zhang Z-W, Shimbo S, Watanabe T *et al.* (1999). Non-occupational lead and cadmium exposure of adult women in Bangkok, Thailand. *Sci Total Environ*, 226: 65–74. doi:10.1016/S0048-9697(98)00370-2 PMID:10077875

Zhou T, Jia X, Chapin RE *et al.* (2004). Cadmium at a non-toxic dose alters gene expression in mouse testes. *Toxicol Lett*, 154: 191–200. doi:10.1016/j.toxlet.2004.07.015 PMID:15501611

# CHROMIUM (VI) COMPOUNDS

Chromium (VI) compounds were considered by previous IARC Working Groups in 1972, 1979, 1982, 1987, and 1989 (IARC, 1973, 1979, 1980, 1982, 1987, 1990). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agents

Synonyms, trade names, and molecular formulae for selected chromium (VI) compounds are presented in Table 1.1. This list is not exhaustive, nor does it necessarily reflect the commercial importance of the various chromium-containing substances. Rather, it is indicative of the range of chromium (VI) compounds available.

### 1.2 Chemical and physical properties of the agents

Chromium (VI), also known as hexavalent chromium, is the second most stable oxidation state of chromium. Rarely occurring naturally, most chromium (VI) compounds are manufactured (products or by-products). Chromium (VI) can be reduced to the more stable chromium (III) in the presence of reducing agents (e.g. iron) or oxidizable organic matter (OSHA, 2006). Selected chemical and physical properties of various chromium (VI) compounds are presented in the previous *IARC Monograph* (IARC, 1990).

Chromium (VI) compounds are customarily classed as soluble or insoluble in water. Examples of water-soluble chromium (VI) compounds are sodium chromate (873 g/L at 30 °C) and potassium chromate (629 g/L at 20 °C). Water-insoluble chromium (VI) compounds include barium chromate (2.6 mg/L at 20 °C), and lead chromate (0.17 mg/L at 20 °C) (Lide, 2008). Compounds with solubilities in the middle of this range are not easily classified, and technical-grade compounds, such as the various zinc chromates, can have a wide range of solubilities (IARC, 1990). In the United States of America, the Occupational Safety and Health Administration (OSHA) has divided chromium (VI) compounds and mixtures into the following three categories: water-insoluble (solubility < 0.01 g/L), slightly soluble (solubility 0.01 g/L–500 g/L), and, highly water-soluble (solubility ≥ 500 g/L) (OSHA, 2006).

Chromium (VI) compounds are mostly lemon-yellow to orange to dark red in colour. They are typically solid (i.e. crystalline, granular, or powdery) although one compound (chromyl chloride) is a dark red liquid that decomposes into chromate ion and hydrochloric acid in water (OSHA, 2006).

147

IARC MONOGRAPHS – 100C

**Table 1.1 Chemical names (CAS names are given in italics), synonyms, and molecular formulae of selected chromium (VI) compounds**

| Chemical name | CAS No.ᵃ | Synonyms | Formulaᵇ |
|---|---|---|---|
| Ammonium chromate | 7788-98-9 | Chromic acid, ammonium salt; *chromic acid ($H_2CrO_4$), diammonium salt*; diammonium chromate | $(NH_4)_2CrO_4$ |
| Ammonium dichromate | 7789-09-5 | Ammonium bichromate; ammonium chromate; *chromic acid ($H_2Cr_2O_7$), diammonium salt*; diammonium dichromate; dichromic acid, diammonium salt | $(NH_4)_2Cr_2O_7$ |
| Barium chromate | 10294-40-3 (12000-34-9; 12 231-18-4) | Barium chromate (VI); barium chromate (1:1); barium chromate oxide; *chromic acid ($H_2CrO_4$), barium salt (1:1)* | $BaCrO_4$ |
| Basic lead chromate | 1344-38-3 (54692-53-4) | C.I. 77 601; *C.I. Pigment Orange 21*; C.I. Pigment Red; lead chromate oxide | $PbO.PbCrO_4$ |
| Calcium chromate | 13765-19-0 | Calcium chromium oxide; calcium monochromate; *chromic acid ($H_2CrO_4$), calcium salt (1:1)*; C.I. 77223; C.I. Pigment Yellow 33 | $CaCrO_4$ |
| Chromium [VI] chloride | 14986-48-2 | Chromium hexachloride; *(OC-6-11)-chromium chloride ($CrCl_6$)* | $CrCl_6$ |
| Chromium trioxide | 1333-82-0 (12324-05-9; 12324-08-2) | Chromia; chromic acid; chromic (VI) acid; chromic acid, solid; chromic anhydride; *chromic trioxide*; *chromium oxide ($CrO3$)*; chromium (VI) oxide; chromium (6+) trioxide; monochromium trioxide | $CrO_3$ |
| Chromyl chloride | 14977-61-8 | Chlorochromic anhydride; chromium chloride oxide; chromium dichloride dioxide; *chromium, dichlorodioxo-(T-4)*; chromium dioxide dichloride; chromium dioxychloride; chromium oxychloride; dichlorodioxochromium | $CrO_2Cl_2$ |
| Lead chromate | 7758-97-6 (8049-64-7) 1344-37-2 | *Chromic acid ($H_2CrO_4$), lead (2+) salt (1:1)*; C.I. 77600; C.I. Pigment Yellow 34; Chrome Yellow; lead chromate/lead sulfate mixture | $PbCrO_4$ |
| Molybdenum orange | 12656-85-8 | *C.I. Pigment Red 104*; lead chromate molybdate sulfate red | $PbMoO_4$ $PbCrO_4$ $PbSO_4$ |
| Potassium chromate | 7789-00-6 | Bipotassium chromate; *chromic acid ($H_2CrO_4$), dipotassium salt*; dipotassium chromate; dipotassium chromate monochromate; neutral potassium chromate; potassium chromate (VI) | $K_2CrO_4$ |
| Potassium dichromate | 7778-50-9 | *Chromic acid ($H_2Cr_2O_7$), dipotassium salt*; dichromic acid, dipotassium salt; dipotassium bichromate; dipotassium dichromate; potassium bichromate; potassium dichromate (VI) | $K_2Cr_2O_7$ |
| Sodium chromate | 7775-11-3 | *Chromic acid ($H_2CrO_4$), disodium salt*; chromium disodium oxide; chromium sodium oxide; disodium chromate; neutral sodium chromate; sodium chromium oxide | $Na_2CrO_4$ |

## Table 1.1 (continued)

| Chemical name | CAS No.[a] | Synonyms | Formula[b] |
|---|---|---|---|
| Sodium dichromate | 10588-01-9 (12018-32-5) | Bichromate of soda; *chromic acid ($H_2Cr_2O_7$), disodium salt*; chromium sodium oxide; dichromic acid, disodium salt; disodium dichromate; sodium bichromate; sodium dichromate (VI) | $Na_2Cr_2O_7$ |
| Strontium chromate | 7789-06-2 (54322-60-0) | *Chromic acid ($H_2CrO_4$), strontium salt (1:1)*; C.I. Pigment Yellow 32; strontium chromate (VI); strontium chromate (1:1) | $SrCrO_4$ |
| Zinc chromate[c] | 13530-65-9 (1308-13-0; 1328-67-2; 14675-41-3) | *Chromic acid ($H_2CrO_4$), zinc salt (1:1)*; chromium zinc oxide; zinc chromium oxide; zinc tetraoxychromate; zinc tetroxychromate | $ZnCrO_4$ |
| Zinc chromate hydroxides | 15930-94-6 (12206-12-1; 66516-58-3) | Basic zinc chromate; chromic acid ($H_4CrO_5$), zinc salt (1:2); chromic acid ($H_2CrO_4$), zinc salt (1:2), monohydrate; chromium zinc hydroxide oxide; zinc chromate hydroxide; zinc chromate (VI) hydroxide; *zinc chromate oxide ($Zn_2(CrO_4)O$), monohydrate*; zinc hydroxychromate; zinc tetrahydroxychromate; zinc yellow[d] | $Zn_2CrO_4(OH)_2$ and others |
| Zinc potassium chromates (hydroxides) | 11103-86-9 (12527-08-1; 37809-34-0) | Basic zinc potassium chromate; chromic acid ($H_xCr_yO_z$), potassium zinc salt (1:1:2); *potassium hydroxyoctaoxodizincate dichromate (1:)*; potassium zinc chromate hydroxide; zinc yellow[d] | $KZn_2(CrO_4)_2(OH)$ and others |

[a] Replaced CAS Registry numbers are given in parentheses.
[b] Compounds with the same synonym or trade name can have different formulae.
[c] The term 'zinc chromate' is also used to refer to a wide range of commercial zinc and zinc potassium chromates.
[d] 'Zinc yellow' can refer to several zinc chromate pigments; it has the CAS No. 37300-23-5.

IARC MONOGRAPHS – 100C

## 1.3 Use of the agents

Chromium (VI) compounds are used widely in applications that include: pigment for textile dyes (e.g. ammonium dichromate, potassium chromate, sodium chromate), as well as for paints, inks, and plastics (e.g. lead chromate, zinc chromate, barium chromate, calcium chromate, potassium dichromate, sodium chromate); corrosion inhibitors (chromic trioxide, zinc chromate, barium chromate, calcium chromate, sodium chromate, strontium chromate); wood preservatives (chromium trioxide); metal finishing and chrome plating (chromium trioxide, strontium chromate), and leather tanning (ammonium dichromate). Chromium (VI) may be present as an impurity in Portland cement, and it can be generated and given off during casting, welding, and cutting operations (for example, of stainless steel), even if it was not originally present in its hexavalent state (NTP, 2005; OHCOW, 2005; OSHA, 2006).

## 1.4 Environmental occurrence

Chromium (VI) can occur naturally in the earth's crust, although it is primarily emitted to the environment as a result of anthropogenic activities. The occurrence and distribution of chromium in the environment has been extensively reviewed (Mukherjee, 1998; Kotaś & Stasicka, 2000; Rowbotham et al., 2000; Ellis et al., 2002; Paustenbach et al., 2003; Guertin et al., 2004; Reinds et al., 2006; Krystek & Ritsema, 2007).

### 1.4.1 Natural occurrence

Only lead chromate (as crocoite) and potassium dichromate (as lopezite) are known to occur in nature (IARC, 1990).

### 1.4.2 Air

Chromium (VI) is reported to account for approximately one third of the 2700–2900 tons of chromium emitted to the atmosphere annually in the USA (ATSDR, 2008a). Based on US data collected from 2106 monitoring stations during 1977–84, the arithmetic mean concentrations of total chromium in the ambient air (urban, suburban, and rural) were in the range of 0.005–0.525 μg/m³ (ATSDR, 2000).

### 1.4.3 Water

The concentration of chromium in uncontaminated waters is extremely low (< 1 μg/L or < 0.02 μmol/L). Anthropogenic activities (e.g. electroplating, leather tanning) and leaching of wastewater (e.g. from sites such as landfills) may cause contamination of the drinking-water (EVM, 2002). Chromium (VI) has been identified in surface water ($n = 32$) and groundwater samples ($n = 113$) collected from 120 hazardous waste sites in the USA (ATSDR, 2000), and 38% of municipal sources of drinking-water in California, USA, reportedly have levels of chromium (VI) greater than the detection limit of 1 μg/L (Sedman et al., 2006).

### 1.4.4 Soil

Chromium is present in most soils in its trivalent form, although chromium (VI) can occur under oxidizing conditions (ATSDR, 2008a). In the USA, the geometric mean concentration of total chromium was 37.0 mg/kg (range, 1.0–2000 mg/kg) based on 1319 samples collected in coterminous soils (ATSDR, 2000).

### 1.4.5 Food

There is little information available on chromium (VI) in food. Most of the chromium ingested with food is chromium (III) (EVM, 2002).

### 1.4.6 Smoking

Tobacco smoke contains chromium (VI), and indoor air polluted by cigarette smoke can contain hundreds of times the amount of chromium (VI) found in outdoor air (Note for final read: this statement not referenced – remove or keep if reference found to support this).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

The general population residing in the vicinity of anthropogenic sources of chromium (VI) may be exposed through inhalation of ambient air or ingestion of contaminated drinking-water (ATSDR, 2000).

### 1.5.2 Occupational exposure

Inhalation of dusts, mists or fumes, and dermal contact with chromium-containing products are the main routes of occupational exposure. Industries and processes in which exposure to chromium (VI) occurs include: production, use and welding of chromium-containing metals and alloys (e.g. stainless steels, high-chromium steels); electroplating; production and use of chromium-containing compounds, such as pigments, paints (e.g. application in the aerospace industry and removal in construction and maritime industries), catalysts, chromic acid, tanning agents, and pesticides (OSHA, 2006).

Occupational exposures to several specific chromium compounds are reported in the previous *IARC Monograph* (IARC, 1990). With respect to chromium (VI) compounds, the most important exposures have been to sodium, potassium, calcium, and ammonium chromates and dichromates during chromate production; to chromium trioxide during chrome plating; to insoluble chromates of zinc and lead during pigment production and spray painting; to water-soluble alkaline chromates during steel smelting and welding; and, to other chromates during cement production and use (see Table 10; IARC, 1990, and OHCOW, 2005) for lists of occupations potentially exposed to chromium (VI)).

Estimates of the number of workers potentially exposed to chromium (VI) compounds have been developed by CAREX (CARcinogen EXposure) in Europe. Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX database estimates that 785 692 workers were exposed to hexavalent chromium compounds in the European Union, with over 58% of workers employed in the following four industries: manufacture of fabricated metal products except machinery and equipment ($n = 178329$), manufacture of machinery except electrical ($n = 114452$), personal and household services ($n = 85616$), and manufacture of transport equipment ($n = 82359$). CAREX Canada (2011) estimates that 83 000 Canadians are occupationally exposed to chromium (VI) compounds. Industries in which exposure occurred include: printing and support activities; architectural/structure metal manufacturing; agricultural, construction, mining machinery manufacturing; specialty trade contractors; boiler, tank, and container manufacturing; industrial machinery repair; auto repair; metalworking machinery manufacturing; steel product manufacturing; aluminum production; metal ore mining; coating, engraving, and heat treating. Welders were the largest occupational group exposed ($n = 19100$ men and 750 women).

Data on early occupational exposures to chromium (VI) are summarized in the previous *IARC Monograph* (IARC, 1990). Data from studies on chromium (VI) exposure published since the previous *IARC Monograph* are summarized below.

In a study to characterize occupational exposure to airborne particulate containing chromium, and to evaluate existing control technologies, the US National Institute for Occupational Safety and Health (NIOSH)

conducted 21 field surveys during 1999–2001 in selected industries. Industries and operations evaluated included: chromium electroplating facilities; welding in construction; metal cutting operations on chromium-containing materials in ship breaking; chromate-paint removal with abrasive blasting; atomized alloy-spray coating; foundry operations; printing; and the manufacture of refractory brick, coloured glass, prefabricated concrete products, and treated wood products. Personal breathing zone samples (full-shift and short-term) and general area samples were collected. Results were compared to the NIOSH recommended exposure limit (REL) of 1 µg/m³ (for a 10-hour exposure). Full-shift personal exposures to chromium (VI) were in the range of 3.0–16 µg/m³ at the electroplating facilities, and 2.4–55 µg/m³ at a painting and coating facility that used products containing chromium (VI) (Blade et al., 2007).

NIOSH conducted a health hazard evaluation of worker exposures during the welding and manufacturing of stainless steel products and fabricated piping systems. Personal breathing zone air sampling concentrations of chromium (VI) were above the NIOSH REL. The highest concentrations for nickel and chromium (VI) occurred during welding operations inside large stainless steel pipes (0.26 mg/m³ and 0.36 mg/m³), and while welding fins on a large stainless steel pipe (Hall et al., 2005).

As part of an international epidemiological study of workers in the pulp and paper industry, Teschke et al. (1999) assembled and analysed 7293 previously unpublished exposure measurements collected in non-production departments from 147 mills in 11 countries. Chromium (VI) compounds were reported in 26 time-weighted average (TWA) samples from nine mills, with a mean airborne chromium (VI) concentration of 63 µg/m³ (range, 0.04–1220 µg/m³).

Proctor et al. (2003) analysed more than 800 measurements of airborne chromium (VI) from 23 surveys conducted during 1943–71 at a chromate production plant in Painesville, Ohio, USA. The highest chromium (VI) concentrations recorded at the plant occurred in shipping (e.g. bagging of dichromate), lime and ash, and filtering operations (maximum yearly TWA concentrations of 8.9, 2.7, and 2.3 mg/m³, respectively). The data showed that concentrations in the indoor operating areas of the plant generally decreased over time, dropping from 0.72 mg/m³ in the 1940s, to 0.27 mg/m³ in 1957–64, and to 0.039 mg/m³ in 1965–72.

In a study to assess industry compliance with existing and proposed standards, Lurie & Wolfe (2002) conducted a secondary data analysis of 813 chromium (VI) measurements collected in 1990–2000 by OSHA. Chromium (VI) was not detected in 436 measurements. In the remaining samples, the median 8-hour TWA concentration was 10 mg/m³ ($n$ = 197; range, 0.01–13960 mg/m³), and the median ceiling concentration was 40.5 mg/m³ ($n$ = 180; range, 0.25–25000 mg/m³). In the plating and polishing industry, the median 8-hour TWA concentration was 8.2 mg/m³ ($n$ = 65; range, 0.01–400 mg/m³), and the median ceiling concentration was 23 mg/m³ ($n$ = 51; range, 1–410 mg/m³).

Luippold et al. (2005) examined the mortality of two cohorts of chromate production workers constituting the current US chromium chemical industry, after engineering controls were implemented. Personal air monitoring sampling for chromium (VI) at the two plants resulted in approximately 5230 personal air-monitoring measurements taken during 1974–88 for Plant 1, and 1200 measurements taken during 1981–98 for Plant 2. Personal levels of chromium (VI) exposure were very low at both plants (geometric mean, < 1.5 µg/m³ for most years; range of annual means, 0.36–4.36 µg/m³). At both plants, the work areas with the highest average exposures were generally less than 10 µg/m³ for most years.

In an occupational exposure study of chromium in an aircraft construction factory, personal airborne samples were collected in

a group of 16 workers over a 4-hour period, and urinary samples were collected from 55 workers at the beginning of their work shift (on Monday), and at the beginning and end of their work shift (on Friday). The geometric mean air concentration was 0.17 µg/m³ (GSD, 5.35 µg/m³; range, 0.02–1.5 µg/m³). Geometric mean creatinine levels were as follows: pre-shift Monday, 0.63 µg/g (GSD, 0.53 µg/g; range, 0.23–2.9 µg/g); pre-shift Friday, 0.95 µg/g (GSD, 0.94 µg/g; range, 0.25–4.8 µg/g); and post-shift Friday, 0.91 µg/g (GSD, 1.38 µg/g; range, 0.16–7.7 µg/g) (Gianello *et al.*, 1998).

## 2. Cancer in Humans

### 2.1 Introduction

A large number of case reports dating to the late 19th and early-to-mid-20th centuries raised suspicions that workers in various industries with exposure to chromium compounds, including chromate production, production of chromate pigments and chromium plating may be at risk of developing various cancers (Newman, 1890; Pfeil, 1935; Teleky, 1936; IARC, 1990). Beginning in the mid-20th century, cohort studies were undertaken in these industries as well as in some other occupations and industries with potential exposure to chromium compounds, such as ferrochromium or stainless steel production, welding, leather tanning, and some others. By the 1980s considerable evidence had accumulated on cancer risks of chromium-exposed workers, and leading to the identification of chromium (VI) compounds as a human carcinogen (IARC, 1990).

The strongest evidence presented at the time concerned the lung. There was weaker and less consistent evidence of effects on gastrointestinal sites, mainly stomach, and some reports of excess risks at several other organs, such as pancreas, prostate and bladder. Furthermore, there were some case reports and small clusters of nasal or sinonasal cavity cancers in workers exposed to chromium (VI). Based on the review of the previous *IARC Monograph*, and on a subsequent review of relevant epidemiological evidence accumulated since then, the Working Group focused the current review on those sites for which the evidence indicates possible associations with chromium (VI) compounds, namely: lung, nose, and nasal sinus. Because of recent controversy regarding possible effects on stomach cancer (Proctor *et al.*, 2002; Beaumont *et al.*, 2008), the Working Group also reviewed relevant evidence for this organ. For other organs, the number of reports of excess risks is unremarkable in the context of the numbers of studies that have been conducted, and thus they have not been reviewed.

There have been at least 50 epidemiological studies that could be informative about cancer risks related to chromium (VI). Many of the studies have given rise to multiple reports; sometimes these simply represent follow-up updates, but often the different reports also present different types of analyses of subgroups or of case–control analyses within a cohort. Only a minority of the studies contain documented measurements of chromium (VI) exposure, particularly measurements that pertain to the era of exposure of the workforce that was investigated. It was therefore necessary to select and present the evidence according to the availability of relevant exposure information. The studies were triaged into the following categories:

1. Cohort studies in industries in which workers were highly likely to have been exposed at relatively high levels. This included workers in chromate production, chromate pigment production, and chromium electroplating.
2. Cohort studies in which workers were possibly exposed to relatively high levels but not with the same degree of certainty or concentration as those in category a. This included stainless steel welders.

IARC MONOGRAPHS – 100C

3. Other studies in which workers may have been exposed to chromium (VI), but with lower likelihood or lower frequency or lower concentrations than workers in categories 1) and 2). Among the occupations/industries in this category were ferrochromium and stainless steel production, mild steel welding, general paint production, general spray painting, tanneries, gold mining, and nickel plating.

Studies in category 3) were not routinely included in the current review because there were sufficiently informative studies in categories 1) and 2), except if the authors presented information indicative of exposure to non-negligible levels of chromium (VI).

Most of the informative evidence comes from industry-based cohort studies, some of which have been complemented by nested case–control analyses. One of the main limitations of industry-based cohort studies is the usual absence of information on smoking and other potential confounders aside from age, sex, and race. Nonetheless, except for some case–control studies of nasal cancer, the Working Group relied on cohort studies to provide informative results.

For each study selected, the Working Group chose the most recent publication; occasionally there were results in earlier papers that were also deemed important to present here. Further, in each publication there are typically a large number of results presented by organ site, by demographic characteristics of workers, by some index of duration or dose of exposure, and sometimes by analysing the data in a nested case–control fashion. For the purposes of the current review, the Working Group selected the key results from each publication, typically including the most general result available for workers exposed to chromium (VI) as well as a result for a subgroup characterized by relatively high duration or dose of exposure, when there were enough numbers in such a category.

## 2.2 Cancer of the lung

Almost all of the relative risk estimates for cancer of the lung presented in Table 2.1 (available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.1.pdf) are greater than 1.0. Among chromate production workers, virtually all studies showed excess risks of lung cancer, except for a few estimates of risks for US workers hired since exposures were lowered (Luippold et al., 2005), but these latter analyses had few subjects and low power.

Similarly, studies of chromate pigment production workers tended to show elevated risks of lung cancer in nearly all the cohorts and subcohorts reported, though not every relative risk estimate was statistically significant. Also, among chromium electroplating workers, there was a clear pattern of excess risks in most cohorts. Workers in other industries who may have had somewhat lower levels of chromium (VI) exposure than those in the previously mentioned industries, had a less convincing set of relative risk estimates, though nearly all were above 1.0.

A few of the cohort studies collected high-quality smoking histories, and incorporated these into nested case–control analyses; these tended to show elevated risks independent of smoking. Several other studies had collected partial or representative smoking frequencies among their workers, and for most of these studies, the main results were unlikely to have been meaningfully confounded by smoking patterns in the workers.

A recent meta-analysis estimated an overall standardized mortality ratio (SMR) of 1.41 (95%CI: 1.35–1.47) for lung cancer among 47 studies of workers with possible chromium (VI) exposure (Cole & Rodu, 2005). [The Working Group noted that because of the great difficulty in establishing equivalencies between different studies in terms of the types and levels of exposures to chromium (VI), the summary estimates are difficult to interpret. Further, it appears

that some of the study populations in that meta-analysis overlapped with each other.]

In aggregate, the results continue to show that exposure to chromium (VI) increases the risks of lung cancer.

Very few of the epidemiological studies provided results relating to specific chromium (VI) compounds. Workers in chromate production were likely to have been exposed to mixtures of sodium, potassium, calcium and ammonium chromates and dichromates; the highest and most consistent excess risks were observed in these cohorts. Workers in chromate pigment production and spray painting were likely to have been exposed to zinc and/or lead chromates, also resulting in high risks. Steel smelting and welding probably resulted in exposure to alkaline chromates, and risks reported in these cohorts tended to be less clear than among the chromate producers and the chromate pigment producers. Because there seemed to be increased risks in diverse industries involving exposure to a variety of chromium (VI) compounds of varying solubilities, this observation argues for a general carcinogenic effect of chromium (VI).

## 2.3 Cancer of the nose and nasal sinus

Cancer of the nose and nasal sinus is extremely rare, the incidence of which is roughly $1/100^{th}$ of the incidence of cancer of the lung (Parkin et al.,1997). In fact, most cohorts of workers exposed to chromium (VI) do not report on of the incidence of nose and nasal sinus cancers. [The Working Group noted that this could mean there were none in the cohort or that the investigators did not examine and report it.]

Table 2.2 (available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.2.pdf) shows the nine (ten studies including Sorahan et al., 1987) cohort studies that did report how many nasal cancers occurred.

Combining those nine (ten) cohorts, there were mentions of 22 (25) cases of nasal or nasal sinus cancer. For the four cohorts that reported an expected as well as an observed number of cases, the aggregate was 12 observed and 1.5 expected giving an SMR of 8.0. Because several cohort studies failed to report any cases, it is difficult to integrate the appropriate observed and expected numbers from these studies into the overall estimate of risk from cohort studies. [The Working Group believed that many of the studies which made no report on nasal cancer actually had none.]

Case reports since the 1960s have reported 11 (12 including one case reported in Enterline, 1974) cases of nasal or nasal sinus cancer among chromate workers. Without any indication of person-years at risk, it is difficult to infer whether this represents an excess.

There have been three informative case–control studies on nasal and nasal sinus cancer. Two showed some indications of excess risk among workers with possible exposure to chromium (VI) compounds, but the study with the best exposure assessment protocol (Luce et al., 1993) reported no excess risks for workers exposed to chromium (VI).

In aggregate, the epidemiological evidence remains suggestive but inconclusive regarding the effect of chromium (VI) on nasal and nasal sinus cancers. [The Working Group noted that systematic confounding by nickel exposure is unlikely in the cohorts presented in Table 2.2 online.]

## 2.4 Cancer of the stomach

There is little evidence of an association between exposure to chromium (VI) and cancer of the stomach; there are as many point estimates above 1.0 as there are below. There has been concern about possible hazards related to the ingestion of chromium (VI) in drinking-water, and one study in the People's Republic of China

IARC MONOGRAPHS – 100C

(Zhang & Li, 1987) and a subsequent reanalysis of the Chinese data (Beaumont et al., 2008) seem to indicate a somewhat elevated risk of stomach cancer in which drinking-water was heavily polluted by a ferrochromium plant. However, one single ecological study does not constitute rigorous evidence of an association between exposure to chromium (VI) and cancer of the stomach.

See Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-04-Table2.3.pdf.

## 2.5 Synthesis

The large majority of informative cohort studies indicate that there is an excess risk of lung cancer among workers exposed to chromium (VI), particularly in chromate production, chromate pigment production, and chromium electroplating. It is unlikely that any biases or chance can explain these findings.

There are some case reports, cohort studies and case–control studies that suggest a possible excess of cancer of the nose and nasal sinus among workers exposed to chromium (VI). However, this evidence is susceptible to publication and reporting biases because many of the cohort studies did not report on nasal cancers, and it is not clear how to evaluate the significance of the case reports.

There is little evidence that exposure to chromium (VI) causes stomach or other cancers.

# 3. Cancer in Experimental Animals

Chromium (VI) compounds have been tested for carcinogenicity by several routes in several animal species and strains (IARC, 1990), and the following paragraphs summarize some key findings from previous IARC evaluations of chromium (VI) compounds.

Calcium chromate induced lung tumours in mice (males and females combined) when given by inhalation (Nettesheim et al., 1971) and local tumours when given by intramuscular administration (Payne, 1960). In rats it caused lung tumours (adenoma, squamous cell carcinoma, or adenocarcinoma) when given by intratracheal administration (Steinhoff et al., 1986) or intrabronchial administration (Levy & Venitt, 1986), bronchial (carcinomas or squamous cell carcinomas) when administered by intrabronchial administration (Levy et al., 1986), and local tumours in rats treated by intrapleural (Hueper, 1961; Hueper & Payne, 1962) or intramuscular administration (Hueper & Payne, 1959, 1962; Hueper, 1961; Roe & Carter, 1969).

Lead chromate (and its derived pigments), administered by subcutaneous injection (Maltoni, 1974, 1976; Maltoni et al., 1982) or intramuscular injection cause malignant tumours at the site of injection and renal tumours (Furst et al., 1976) in rats. Subcutaneous administration of basic lead chromate caused local sarcomas in rats (Maltoni, 1974, 1976; Maltoni et al., 1982). In rats, zinc chromates caused bronchial carcinomas when administered by intrabronchial implantation (Levy et al., 1986), and local tumours when given intrapleurally (Hueper, 1961), subcutaneously (Maltoni et al., 1982) or intramuscularly (Hueper, 1961). Strontium chromate also caused bronchial carcinomas (intrabronchial implantation administration) (Levy et al., 1986), and local sarcomas (intrapleural and intramuscular administration) in rats (Hueper, 1961).

Chromium trioxide when tested as a mist by inhalation caused nasal papillomas in mice (Adachi & Takemoto, 1987). Local tumours were observed in rats exposed to sintered chromium trioxide (Hueper & Payne, 1959). A low incidence of lung adenocarcinomas was induced after inhalation of chromium trioxide, and some lung tumours were observed in rats exposed by intrabronchial administration but neither were

statistically significant (Adachi *et al.*, 1986; Levy *et al.*, 1986; Levy & Venitt, 1986).

Sodium dichromate (when given by inhalation or intratracheal administration) caused lung tumours (benign and malignant) (Glaser *et al.*, 1986; Steinhoff *et al.*, 1986) in rats.

## 3.1 Studies published since the previous *IARC Monograph*

Since the previous *IARC Monograph* (IARC, 1990), studies in experimental animals have been conducted to evaluate oral exposure to chromium (VI). Table 3.1 summarizes the results of these studies, and the text below summarizes the major findings for each specific compound.

### 3.1.1 Sodium dichromate dihydrate

The National Toxicology Program (NTP) conducted 2-year drinking-water studies of sodium dichromate dihydrate in male and female B6C3F$_1$ mice, and in male and female F344 rats. In rats, sodium dichromate dihydrate significantly increased the incidence of squamous cell epithelium tumours of the oral mucosa or tongue in the high-dose groups (516 mg/L) of males and females. Trend analysis indicated a dose–response relationship in both males and females. In mice, sodium dichromate dihydrate significantly increased tumours (adenomas or carcinomas) of the small intestine (duodenum, jejunum, or ileum) in the two-highest dose groups of males (85.7 and 257.4 mg/L) and females (172 and 516 mg/L). Dose–response relationships were observed in both sexes (NTP, 2008).

### 3.1.2 Potassium chromate

Davidson *et al.* (2004) studied the effects of potassium chromate on ultraviolet(UV)-induced skin tumours in female hairless mice (CRL: SK1-hrBR). Mice were exposed to UV alone,

various concentration of potassium chromate alone (given in the drinking-water), and UV together with various concentrations of potassium chromate. Administration of drinking-water containing potassium chromate did not induce skin tumours alone. However, chromate treatment significantly increased the multiplicity of UV-induced skin tumours, and the multiplicity of malignant UV-induced skin tumours. Similar results were found in male and female hairless mice (Uddin *et al.*, 2007). The analysis of skin indicated that UV treatment increased the level of chromium in the exposed skin (Davidson *et al.*, 2004).

## 3.2 Synthesis

The administration of calcium chromate in mice and sodium dichromate in rats by inhalation caused lung cancer. Calcium chromate and sodium dichromate administered by intratracheal instillation caused lung cancer in rats. Intratracheal administration of calcium chromate, zinc chromate, and strontium chromate caused lung cancer in rats. Several chromium compounds by repository injection (calcium chromate, lead chromate, zinc chromate, strontium chromate) caused local sarcomas. Oral administration of sodium dichromate to rats and mice caused cancer of the oral cavity and of the gastrointestinal tract. Potassium chromate given orally, although not given alone, enhanced UV-induced skin carcinogenesis, indicating tumour systemic effects.

IARC MONOGRAPHS – 100C

**Table 3.1 Studies of cancer in experimental animals exposed to chromium (VI) (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| **Sodium dichromate dihydrate** | | | | |
| Rat, F344/N (M, F) 2 yr NTP (2008) | Drinking-water 0, 14.3, 57.3 172, 516 mg/L Average daily doses: M–0, 0.6, 2.2 6, 17 mg/kg bw F–0, 0.7, 2.7, 7, 20 mg/kg bw *ad libitum* 50/group/sex | Oral mucosa (squamous cell carcinomas):[b] M–0/50, 0/50, 0/49, 0/50, 6/49 (12%) F–0/50, 0/50, 0/50, 2/50 (4%), 11/50 (22%) Tongue (squamous cell papillomas or carcinomas): M–0, 1, 0, 0, 1 F–1, 1, 0, 1, 0 Oral mucosa or tongue:[c] M–0/50, 1/50 (2%), 0/49, 0/50, 7/49 (14%) F–1/50 (2%), 1/50 (2%), 0/50, 2/50 (4%), 11/50 (22%) | M: $P < 0.05$ (high dose); $P_{trend} < 0.001$ F: $P < 0.001$ (high dose); $P_{trend} < 0.001$ M: $P < 0.01$; $P_{trend} < 0.001$ F: $P < 0.01$ (high dose); $P_{trend} < 0.001$ | Age at start, 6–7 wk 99.7% pure No treatment effects on survival Decreased bw in high-dose males and females Decreased water consumption of the 2 highest doses |
| Mouse, B6C3F1 (M, F) 2 yr NTP (2008) | Drinking-water M: 0, 14.3, 28.6, 85.7, 257.4 mg/L F: 0, 14.3, 57.3, 172, 516 mg/L Average daily doses: M–0, 1.1, 2.6, 7, 17 mg/kg bw F–0, 1.1, 3.9 9, 9, 25 mg/kg bw *ad libitum* 50/group/sex | Small intestine (adenomas): M–1/50 (2%), 1/50 (2%), 1/50 (2%), 5/50 (10%), 17/50 (34%) F–0/50, 1/50 (2%), 2/50 (4%), 15/50 (30%), 16/50 (32%) Small intestine (carcinomas): M–0/50, 2/50 (4%), 1/50 (2%), 3/50 (6%), 5/50 (10%) F–1/50 (2%), 0/50, 2/50 (4%), 3/50 (6%), 7/50 (14%) Small intestine (adenomas or carcinomas):[d] M–1/50 (2%), 3/50 (6%), 2/50 (4%), 7/50 (14%), 20/50 (40%) F–1/50 (2%), 1/50 (2%), 4/50 (8%), 17/50 (34%), 22/50 (44%) | M: $P < 0.001$ (high dose); $P_{trend} < 0.001$ F: $P < 0.001$ (2 highest doses); $P_{trend} < 0.001$ M: $P < 0.05$ (high dose); $P_{trend} < 0.05$ F: $P < 0.05$ (high dose); $P_{trend} < 0.001$ M: $P < 0.001$ (high dose), $P < 0.05$ (85.7 mg/L), $P_{trend} < 0.001$ F: $P < 0.001$ (2 highest doses 172 and 516 mg); $P_{trend} < 0.001$ | Age at start, 6–7 wk 99.7% pure No treatment effects on survival Decreased body weight in 2 highest female dose groups Decreased water consumption of the 2 highest doses (males and females) Most of the tumours were located in the duodenum |

## Table 3.1 (continued)

**Potassium chromate ($K_2CrO_4$)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| Mouse, CRL: Sk1-hrBR (F) 224 d Davidson et al. (2004) | Group 1: Controls Group 2: UV only Group 3: 2.5 ppm $K_2CrO_4$ Group 4: 5 ppm $K_2CrO_4$ Group 5: UV +0.5 ppm $K_2CrO_4$ Group 6: UV + 2.5 ppm $K_2CrO_4$ Group 7: UV + 5 ppm $K_2CrO_4$; UV: 1 mo after $K_2CrO_4$ 1.1 kJ/m² 3 d/wk for 3 mo, followed by 1 wk break, and 1.3 kJ/m², 2 d/wk for 3 mo $K_2CrO_4$: 182 d, added to drinking-water every 7–10 d 120 animals | Skin (tumours): Groups 1, 3, 4–no tumours *Number of tumours (> 2mm/no of mice at 182 d):* Group 2–12/15 (0.8) Group 5–16/12 (1.39) Group 6–50/19 (2.63) Group 7–94/19 (5.02) | Group 6 vs Group 2, $P < 0.05$ Group 7 vs Group 2, $P < 0.01$ | Age at start, 6 wk Chromium-only treatment had no effects on bw or toxicity Levels of chromium were measured in dorsal thoracic skin and abdominal skin in Groups 1, 4, and 7 UV + chromium had significantly higher chromium levels in back and underbelly skin |

159

IARC MONOGRAPHS – 100C

**Table 3.1 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance[a] | Comments |
|---|---|---|---|---|
| Mouse, CRL: Sk1-hrBR (M, F) 224 d Uddin et al. (2007) | Groups: treatment, n Group 1a: UV, 10 Group 1a: UV + 2.5 ppm $K_2CrO_4$, 10 Group 1c: UV + 5 ppm $K_2CrO_4$, 10 Group 2a: UV + 5 ppm $K_2CrO_4$, 10 Group 2b: UV + 5 ppm $K_2CrO_4$ + Vitamin E, 10 Group 2c: UV + 5 ppm $K_2CrO_4$ + selenium, 10 Mice administered $K_2CrO_4$ in drinking-water at 3 wk of age. 3 wk later UV treatment (1.0 kJ/m²) 3 d/wk for 26 wk Vitamin E: 62.5 IU/kg Selenium: 5 mg/kg Group 1–males, Group 2–females (30/group) | Skin (number of tumours/mice at 26 wk): M– Group 1a: 1.9 ± 0.4 Group 1b: 5.9 ± 0.8 Group 1c: 8.6 ± 0.9 F– Group 2a: 3.9 ± 0.6 Group 2b: 3.5 ± 0.6 Group 2c: 3.6 ± 0.6 | Group 1b vs 1a, $P < 0.001$ Group 1c vs 1a, $P < 0.0001$ | Age, 3 wk Chromium had no effect on growth of the mice. Chromium levels in skin increased with dose Chromium also decreased the time until appearance of first tumours in males |

[a] $P$-values for calculated by Poly 3– for NTP studies, which accounts for differential mortality in animals that do not reach terminal sacrifice.
[b] Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M: 0/300, F: 0/300.
[c] Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M: 2/300, range 0 to 2%; F: 3/300, range 0 to 2%.
[d] Historical control incidence for 2-yr drinking-water studies with NTP-20000 diet: M:11/299, range 0–10%; F: 4/350, range 0 to 4%.
[e] Borneff et al. (1968) published in German.
[f] No information on tumour incidence of this group was reported by Seidman et al. (2006).
[g] Two-Tailed Fisher Exact Test; Authors stated significant but did not provide $P$-value.
[h] Untreated and chromium only, controls not included since no tumours were observed in the study by Davidson et al. 2004

bw, body weight; d, day or days; F, female; M, male; mo, month or months; UV, ultraviolet; vs, versus; wk, week or weeks; yr, year or years

## 4. Other Relevant Data

### 4.1 Absorption, distribution, metabolism, and excretion

In humans, the absorption, retention, and elimination of chromium compounds after exposure by inhalation depend on the solubility and particle size of the particular compound inhaled (for an extensive review, see ATSDR, 2008b). The retention may range from several hours to weeks. Inhaled chromium (VI) is readily absorbed from the respiratory tract. The degree of absorption depends on the physical and chemical properties of the particles (size, solubility), and the extent of reduction of the hexavalent form to chromium (III), which is absorbed to a much lesser extent. Thus, after intratracheal instillation in rats, 53–85% of chromium (VI) compounds with a particle size < 5 μm are absorbed into the bloodstream, with higher absorption rates in case of more soluble compounds; the rest remains in the lungs. For comparison, absorption of chromium (III) from the respiratory tract is only 5–30% (ATSDR, 2008b). The same factors mentioned above apply to absorption from the gastrointestinal tract, although absorption by this route is generally much less compared with that in the respiratory tract. Average absorption fractions determined in human volunteers for chromium (III) or chromium (VI) were reported as 0.13% or 6.9%, respectively. Chromium (VI) can penetrate human skin to some extent (ATSDR, 2008b).

In humans and rodents, absorbed chromium (VI) is distributed in nearly all tissues, with the highest concentrations found in the kidney, liver, and bone. Studies conducted by the NTP in male rats and female mice orally exposed to chromium (VI) for 2 years showed dose-related and time-dependent increases in total chromium concentrations in red cells, plasma, and in several organs. The total chromium content of the red cells was higher than that of plasma. The

concentration of total chromium in the forestomach was found to be markedly higher in mice than in rats (NTP, 2008).

Within the human body, chromium (VI) undergoes a series of reduction steps to form the thermodynamically stable chromium (III). When reduction occurs extracellularly, this process can be considered as detoxification because the cell membrane is a nearly impermeable barrier for chromium (III). The remaining chromium (VI) is present as a mixture of chromate ($CrO_4^{2-}$) and hydrochromate ($HCrO_4^{-}$); because water-soluble chromates are iso-structural with sulfate and phosphate ions, they are readily taken up by sulfate channels. In case of poorly water-soluble chromates, particles of < 5 μm can be phagocytosed, and gradually dissolved intracellularly. Within the cell, chromium (VI) is reduced stepwise to chromium (III), giving rise to reactive intermediates as well as DNA and protein adducts. In blood, chromium (VI) is taken up into red blood cells, is reduced, and then bound to proteins. After exposure by inhalation, excretion occurs predominantly via the urine. Due to the low absorption of chromium compounds from the gastrointestinal tract, the major pathway of elimination after oral exposure is through the faeces (ATSDR, 2008b).

### 4.2 Genetic and related effects

The oxidation state of chromium is the most important factor when considering its biochemical activity (Beyersmann & Hartwig, 2008; Salnikow & Zhitkovich, 2008). Chromium (VI), but not chromium (III) compounds, have been shown to exert genotoxicity both *in vivo* and *in vitro*.

Lymphocytes of workers exposed to dusts of chromium (VI) compounds showed elevated frequencies of DNA strand breaks (Gambelunghe *et al.*, 2003), sister chromatid exchange (Wu *et al.*, 2001), and micronuclei (Vaglenov *et al.*, 1999; Benova *et al.*, 2002).

IARC MONOGRAPHS – 100C

After intratracheal instillation in rats, chromium (VI) induced DNA strand breaks in lymphocytes (Gao *et al.*, 1992). After intraperitoneal injection of chromium (VI) to mice, micronuclei were induced in bone marrow. In contrast, no micronucleus induction was observed after oral administration, indicating that chromium (VI) does not reach the target cells to a high extent by this route of exposure (De Flora *et al.*, 2006). Chromium (VI) induces dominant lethal mutations in male mice (Paschin *et al.*, 1982).

*In vitro*, soluble chromium (VI) compounds are mutagenic in mammalian and bacterial test systems (De Flora *et al.*, 1990).

### 4.2.1 DNA damage

Chromium (VI) is unreactive towards DNA under physiological conditions. According to the uptake–reduction model originally established by Wetterhahn *et al.* (1989), chromium (VI) undergoes a series of reduction steps in cells, to form the thermodynamically stable chromium (III). Intracellular reduction does not require enzymatic steps but is mediated by direct electron transfer from ascorbate and non-protein thiols, such as glutathione and cysteine. During the reduction process, variable amounts of chromium (V) and chromium (IV) as well as organic radical species are generated; their exact nature, however, depends largely on the reducing species (Wetterhahn & Hamilton, 1989). Furthermore, comparative in-vivo and in-vitro studies revealed a major impact of the intracellular reductants on the nature and biological consequences of the resultant DNA lesions.

The major intracellular reductant under physiological conditions appears to be ascorbate, reaching millimolar concentrations in human tissues, and accounting for about 90% of chromium (VI) reduction reactions *in vivo* (Standeven *et al.*, 1992). In contrast, only micromolar concentrations of ascorbate are usually present in cell cultures (Quievryn *et al.*, 2002), which leads to

an increase in thiol-mediated chromate reduction. When ascorbate is the reductant, two electrons are transferred, and chromium (IV) but not chromium (V) is generated as the first intermediate, whereas with cysteine as a reductant, predominantly chromium (V) is formed due to one-electron transfers (Stearns & Wetterhahn, 1994). In both cases, the final product is chromium (III), which reacts to produce different types of DNA lesions.

DNA lesions generated after exposure to chromium (VI) include chromium (III)–DNA adducts, DNA–protein and DNA–DNA interstrand crosslinks, DNA breaks as well as several oxidative DNA–base modifications. The predominant form of chromium (III)–DNA adducts are ternary adducts, where chromium forms a link between DNA and small molecules such as cysteine, histidine, glutathione or ascorbate, presumably arising from preformed chromium–ligand complexes during the reduction process. These adducts are formed primarily at phosphate groups, but the subsequent partial formation of chelates involving the phosphate group and the $N^7$-position of guanine have been suggested. Chelates formed from chromium–ascorbate particularly are potent premutagenic DNA lesions (Zhitkovich *et al.*, 2001).

The formation of DNA–protein crosslinks after chromate exposure is well established, but is estimated to account for less than 1% of chromium–DNA adducts. Biological consequences are likely to be disturbances of DNA replication and transcription. The formation of DNA–DNA crosslinks appears to be restricted to certain in-vitro conditions, due to severe steric hindrance upon intercalation of octahedral chromium (III) complexes (Zhitkovich, 2005).

DNA single-strand breaks may arise due to the reaction of chromium (V) with hydrogen peroxide, forming hydroxyl radicals. Nevertheless, if ascorbate is the predominant reductant under in-vivo conditions, the generation of chromium (V) and thus, single-strand

breaks, appears to be of minor importance (Quievryn *et al.*, 2003). Cytogenetic alterations in chromium (VI)-exposed cells in culture and *in vivo*, such as increased frequencies of chromosomal breaks and micronuclei, are suggested to be due to DNA double-strand breaks, produced by a cell-replication-dependent mechanism in the G2 phase of the cell cycle. Recent evidence suggests the involvement of mismatch repair in the formation of double-strand breaks. Thus, highly mutagenic ascorbate–chromium–DNA adducts lead to the error-prone repair of double-strand breaks through non-homologous end-joining. Furthermore, they induce mismatches during replication, leading to aberrant mismatch repair. Based on these findings, a model has been created to show that chronic exposure to toxic doses of chromium (VI) provokes the selective outgrowth of mismatch-repair-deficient clones with high rates of spontaneous mutagenesis, and thus, genomic instability (Reynolds *et al.*, 2007; Salnikow & Zhitkovich, 2008). In support of this model, chromium-induced cancers in exposed workers were associated with microsatellite instability and exhibited the loss of expression of MLH1, which is one of the essential mismatch-repair proteins (Takahashi *et al.*, 2005).

### 4.2.2 Oxidative stress

In the reduction of chromium (VI) to chromium (III) by cellular reductants, potentially toxic intermediates (oxygen radicals, sulfur radicals, and chromium radicals) are generated (Yao *et al.*, 2008). In a cell-free system, chromium (VI) reacted with glutathione to form chromium (V) and thiyl radicals (Wetterhahn *et al.*, 1989). Furthermore, after reduction of chromium (VI) by glutathione, chromium (V) can undergo Fenton-type reactions, producing hydroxyl radicals (Shi *et al.*, 1994), and 8-oxoguanine in isolated DNA (Faux *et al.*, 1992). In cultured mammalian cells, chromium (VI) induced the formation of superoxide and nitric oxide (Hassoun & Stohs, 1995). The administration of chromium (VI) to animals, which have higher tissue levels of ascorbate compared with cultured cells, did not induce the formation of 8-oxoguanine (Yuann *et al.*, 1999). This may be due to the lack of chromium (V) formation when ascorbate is the predominant reducing agent.

### 4.2.3 Further potentially relevant mechanisms

Besides direct genotoxic effects of chromium (VI) metabolites, chromate may activate various mitogen-activated protein kinases as well as transcription factors involved in inflammation and tumour growth. Nevertheless, because these effects have been observed in cell-culture systems and no distinct effects of chromium (VI) on cell proliferation have been shown, the relevance of these observations remains unclear at present. Perhaps of higher impact are the aneugenic properties of chromium (VI). Chronic treatment with lead-chromate particles induced neoplastic transformation of human bronchial cells, which was accompanied by centrosome amplification, and an increase in aneuploid metaphases (Xie *et al.*, 2007).

## 4.3 Synthesis

Several mechanisms are involved in the carcinogenesis induced by chromium (VI) that include the induction of DNA damage, the generation of oxidative stress and aneuploidy, leading to cell transformation. With respect to DNA damage, the spectrum of induced lesions appears to depend strongly on the cellular reductant involved. Thus, under physiological conditions with ascorbate as the major reductant, the generation of premutagenic ternary chromium–ascorbate–DNA adducts appears to be of major relevance, which may be linked to the increased number of mismatch-repair-resistant cells observed in chromate-induced lung tumours.

# 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of chromium (VI) compounds. Chromium (VI) compounds cause cancer of the lung.

There is *sufficient evidence* in experimental animals for the carcinogenicity of chromium (VI) compounds.

Chromium (VI) compounds are *carcinogenic to humans (Group 1).*

# References

Adachi S & Takemoto K (1987). Occupational lung cancer. A comparison between humans and experimental animals *Sangyo Igaku*, 29: 345–357. PMID:2831418

Adachi S, Yoshimura H, Katayama H, Takemoto K (1986). Effects of chromium compounds on the respiratory system. Part 4. Long-term inhalation of chromic acid mist in electroplating to ICR female mice*Sangyo Igaku*, 28: 283–287. PMID:3784105

ATSDR (2000). *Chromium (TP-7)* In: *Toxicological Profile.* US Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, pp. 461.

ATSDR (2008a). *Chromium (TP-7)* In: *Toxicological Profile.* US Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, pp. 610.

ATSDR (2008b) *Toxicological Profile for Chromium.* Available at: http://www.atsdr.cdc.gov/toxprofiles/tp7.html#bookmark09

Beaumont JJ, Sedman RM, Reynolds SD *et al.* (2008). Cancer mortality in a Chinese population exposed to hexavalent chromium in drinking water. *Epidemiology*, 19: 12–23. doi:10.1097/EDE.0b013e31815cea4c PMID:18091413

Benova D, Hadjidekova V, Hristova R *et al.* (2002). Cytogenetic effects of hexavalent chromium in Bulgarian chromium platers. *Mutat Res*, 514: 29–38. PMID:11815242

Beyersmann D & Hartwig A (2008). Carcinogenic metal compounds: recent insight into molecular and cellular mechanisms. *Arch Toxicol*, 82: 493–512. doi:10.1007/s00204-008-0313-y PMID:18496671

Blade LM, Yencken MS, Wallace ME *et al.* (2007). Hexavalent chromium exposures and exposure-control technologies in American enterprise: results of a NIOSH field research study. *J Occup Environ Hyg*, 4: 596–618. doi:10.1080/15459620701463183 PMID:17577750

Borneff J, Engelhardt K, Griem W *et al.* (1968). Carcinogens in water and soil. XXII. Experiment with 3,4-benzopyrene and potassium chromate in mice drink *Arch Hyg Bakteriol*, 152: 45–53. PMID:5707368

CAREX Canada (2011). Available at: http://www.carexcanada.ca/en/chromium_%28hexavalent%29/occupational_exposure_estimates/phase_2/

Cole P & Rodu B (2005). Epidemiologic studies of chrome and cancer mortality: a series of meta-analyses. *Regul Toxicol Pharmacol*, 43: 225–231. doi:10.1016/j.yrtph.2005.06.009 PMID:16099572

Davidson T, Kluz T, Burns F *et al.* (2004). Exposure to chromium (VI) in the drinking water increases susceptibility to UV-induced skin tumors in hairless mice. *Toxicol Appl Pharmacol*, 196: 431–437. doi:10.1016/j.taap.2004.01.006 PMID:15094314

De Flora S, Bagnasco M, Serra D, Zanacchi P (1990). Genotoxicity of chromium compounds. A review. *Mutat Res*, 238: 99–172. PMID:2407950

De Flora S, Iltcheva M, Balansky RM (2006). Oral chromium(VI) does not affect the frequency of micronuclei in hematopoietic cells of adult mice and of transplacentally exposed fetuses. *Mutat Res*, 610: 38–47. PMID:16872865

Ellis AS, Johnson TM, Bullen TD (2002). Chromium isotopes and the fate of hexavalent chromium in the environment. *Science*, 295: 2060–2062. doi:10.1126/science.1068368 PMID:11896274

Enterline PE (1974). Respiratory cancer among chromate workers. *J Occup Med*, 16: 523–526. PMID:4843401

EVM Expert Group on Vitamins and Minerals Secretariat (2002). *Review of chromium.* UK: EVM/99/26. REVISEDAUG2002, 25. 2002.

Faux SP, Gao M, Chipman JK, Levy LS (1992). Production of 8-hydroxydeoxyguanosine in isolated DNA by chromium(VI) and chromium(V). *Carcinogenesis*, 13: 1667–1669. doi:10.1093/carcin/13.9.1667 PMID:1327573

Furst A, Schlauder M, Sasmore DP (1976). Tumorigenic activity of lead chromate. *Cancer Res*, 36: 1779–1783. PMID:1268834

Gambelunghe A, Piccinini R, Ambrogi M *et al.* (2003). Primary DNA damage in chrome-plating workers. *Toxicology*, 188: 187–195. PMID:12767690

Gao M, Binks SP, Chipman JK *et al.* (1992). Induction of DNA strand breaks in peripheral lymphocytes by soluble chromium compounds. *Hum Exp Toxicol*, 11: 77–82. doi:10.1177/096032719201100203 PMID:1349223

Gianello G, Masci O, Carelli G *et al.* (1998). Occupational exposure to chromium – an assessment of environmental pollution levels and biological monitoring of exposed workers. *Ind Health*, 36: 74–77. doi:10.2486/indhealth.36.74 PMID:9473863

Glaser U, Hochrainer D, Klöppel H, Oldiges H (1986). Carcinogenicity of sodium dichromate and chromium (VI/III) oxide aerosols inhaled by male Wistar

rats. *Toxicology*, 42: 219–232. doi:10.1016/0300-483X(86)90011-9 PMID:3798470

Guertin J, Jacobs JA, Avakian CP (2004). *Chromium (VI) Handbook*. Boca Raton, FL: CRC Press, pp. 800.

Hall R, Rhodes D, Page E (2005). *Evaluation of worker exposures during the manufacturing of high quality corrosive resistant stainless steel products and fabricated piping systems*. American Industrial Hygiene Conference and Expo, Anaheim, CA: May 21–26, 2005. Fairfax, VA: American Industrial Hygiene Association, pp. 59.

Hassoun EA & Stohs SJ (1995). Chromium-induced production of reactive oxygen species, DNA single-strand breaks, nitric oxide production, and lactate dehydrogenase leakage in J774A.1 cell cultures. *J Biochem Toxicol*, 10: 315–321. doi:10.1002/jbt.2570100606 PMID:8934634

Hueper WC (1961). Environmental carcinogenesis and cancers. *Cancer Res*, 21: 842–857. PMID:13716558

Hueper WC & Payne WW (1959). Experimental cancers in rats produced by chromium compounds and their significance to industry and public health. *Am Ind Hyg Assoc J*, 20: 274–280. PMID:13670103

Hueper WC & Payne WW (1962). Experimental studies in metal carcinogenesis. Chromium, nickel, iron, arsenic. *Arch Environ Health*, 5: 445–462. PMID:13955488

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1979). Chemicals and industrial processes associated with cancer in humans. IARC Monographs, volumes 1 to 20. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 1: 1–71. PMID:296141

IARC (1980). Some metals and metallic compounds. *IARC Monogr Eval Carcinog Risk Chem Hum*, 23: 1–415. PMID:6933135

IARC (1982). Chemicals, industrial processes and industries associated with cancer in humans (IARC Monographs, volumes 1 to 29). *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 4: 1–292.

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

Kotaś J & Stasicka Z (2000). Chromium occurrence in the environment and methods of its speciation. *Environ Pollut*, 107: 263–283. doi:10.1016/S0269-7491(99)00168-2 PMID:15092973

Krystek P & Ritsema R (2007). Monitoring of chromium species and 11 selected metals in emission and immission of airborne environment. *Int J Mass Spectrom*, 265: 23–29. doi:10.1016/j.ijms.2007.05.003

Levy LS, Martin PA, Bidstrup PL (1986). Investigation of the potential carcinogenicity of a range of chromium containing materials on rat lung. *Br J Ind Med*, 43: 243–256. PMID:3964573

Levy LS & Venitt S (1986). Carcinogenicity and mutagenicity of chromium compounds: the association between bronchial metaplasia and neoplasia. *Carcinogenesis*, 7: 831–835. doi:10.1093/carcin/7.5.831 PMID:3698209

Lide DR, editor (2008). *CRC Handbook of Chemistry and Physics*, 88th ed. New York, NY: CRC Press, Taylor & Francis Group, pp. 4–50.

Luce D, Gérin M, Leclerc A *et al.* (1993). Sinonasal cancer and occupational exposure to formaldehyde and other substances. *Int J Cancer*, 53: 224–231. doi:10.1002/ijc.2910530209 PMID:8425759

Luippold RS, Mundt KA, Dell LD, Birk T (2005). Low-level hexavalent chromium exposure and rate of mortality among US chromate production employees. *J Occup Environ Med*, 47: 381–385. doi:10.1097/01.jom.0000158703.32263.0d PMID:15824629

Lurie P & Wolfe SM (2002). Continuing exposure to hexavalent chromium, a known lung carcinogen: an analysis of OSHA compliance inspections, 1990–2000. *Am J Ind Med*, 42: 378–383. doi:10.1002/ajim.10128 PMID:12382250

Maltoni C (1974). Occupational carcinogenesis. *Excerpta med int Congr Ser*, 322: 19C.bib_lpa$-Char>26C.bib_lpa$-Char.

Maltoni C (1976). Occupational carcinogenesis. Predictive value of carcinogenesis bioassays. *Ann N Y Acad Sci*, 271: 1 Neoplasia in431–443. doi:10.1111/j.1749-6632.1976.tb23144.x PMID:1069535

Maltoni C, Morisi L, Chieco P (1982). Experimental approach to the assessment of the carcinogenic risk of industrial inorganic pigments *Adv mod environ Toxicol*, 2: 7792.

Mukherjee AB (1998). Chromium in the environment of Finland. *Sci Total Environ*, 217: 9–19. doi:10.1016/S0048-9697(98)00163-6 PMID:9695169

Nettesheim P, Hanna MG Jr, Doherty DG *et al.* (1971). Effect of calcium chromate dust, influenza virus, and 100 R whole-body x radiation on lung tumor incidence in mice. *J Natl Cancer Inst*, 47: 1129–1144. PMID:10787327

Newman D (1890). A case of adeno-carcinoma of the left inferior turbinated body, and perforation of the nasal septum, in the person of a worker in chrome pigments. *Glasg Med J*, 33: 469–470.

NTP (2005). NTP 11th Report on Carcinogens *Rep Carcinog*, 11: 1–A32. PMID:19826456

NTP (2008). NTP Toxicology and Carcinogenesis Studies of Sodium Dichromate Dihydrate (CAS No. 7789-12-0) in F344/N Rats and B6C3F1 Mice (Drinking Water Studies). *Natl Toxicol Program Tech Rep Ser*, 546: 1–192. PMID:18716633

OHCOW (2005). *Hexavalent Chromium*. Ontario, Canada: Occupational Health Clinics for Ontario Workers Inc.

OSHA; Occupational Safety and Health Administration. Department of Labor (2006). Occupational exposure to hexavalent chromium. Final rule. *Fed Regist*, 71: 10099–10385. PMID:16528853

Parkin D, Whelan S, Ferlay J et al., editors (1997). *Cancer Incidence in Five Continents. volume VII.* Lyon: IARC Press.

Paschin YV, Zacepilova TA, Kozachenko VI (1982). Induction of dominant lethal mutations in male mice by potassium dichromate. *Mutat Res*, 103: 345–347. doi:10.1016/0165-7992(82)90065-3 PMID:7087995

Paustenbach DJ, Finley BL, Mowat FS, Kerger BD (2003). Human health risk and exposure assessment of chromium (VI) in tap water. *J Toxicol Environ Health, Part A*, 66: 1295–1339. doi:10.1080/15287390306388 PMID:12851114

Payne WW (1960). Production of cancers in mice and rats by chromium compounds. *AMA Arch Ind Health*, 21: 530–535. PMID:14431169

Pfeil E (1935). Lung tumors as occupational disease in chromate plants (Ger.). *Dtsch Med Wochenschr*, 61: 1197–1200. doi:10.1055/s-0028-1122461

Proctor DM, Otani JM, Finley BL et al. (2002). Is hexavalent chromium carcinogenic via ingestion? A weight-of-evidence review. *J Toxicol Environ Health A*, 65: 701–746. doi:10.1080/00984100290071018 PMID:12028825

Proctor DM, Panko JP, Liebig EW et al. (2003). Workplace airborne hexavalent chromium concentrations for the Painesville, Ohio, chromate production plant (1943–1971). *Appl Occup Environ Hyg*, 18: 430–449. doi:10.1080/10473220301421 PMID:12746066

Quievryn G, Messer J, Zhitkovich A (2002). Carcinogenic chromium(VI) induces cross-linking of vitamin C to DNA in vitro and in human lung A549 cells. *Biochemistry*, 41: 3156–3167. doi:10.1021/bi011942z PMID:11863455

Quievryn G, Peterson E, Messer J, Zhitkovich A (2003). Genotoxicity and mutagenicity of chromium(VI)/ascorbate-generated DNA adducts in human and bacterial cells. *Biochemistry*, 42: 1062–1070. doi:10.1021/bi0271547 PMID:12549927

Reinds GJ, Groenenberg JE, de Vries W (2006). *Critical loads of copper, nickel zinc, arsenic, chromium and selenium for terrestrial ecosystems at a European scale: A preliminary assessment (Alterra Report 1355).* Wageningen, pp. 45.

Reynolds M, Stoddard L, Bespalov I, Zhitkovich A (2007). Ascorbate acts as a highly potent inducer of chromate mutagenesis and clastogenesis: linkage to DNA breaks in G2 phase by mismatch repair. *Nucleic Acids Res*, 35: 465–476. doi:10.1093/nar/gkl1069 PMID:17169990

Roe FJ & Carter RL (1969). Chromium carcinogenesis: calcium chromate as a potent carcinogen for the subcutaneous tissues of the rat. *Br J Cancer*, 23: 172–176. PMID:5768433

Rowbotham AL, Levy LS, Shuker LK (2000). Chromium in the environment: an evaluation of exposure of the UK general population and possible adverse health effects. *J Toxicol Environ Health B Crit Rev*, 3: 145–178. doi:10.1080/10937400050045255 PMID:10911983

Salnikow K & Zhitkovich A (2008). Genetic and epigenetic mechanisms in metal carcinogenesis and cocarcinogenesis: nickel, arsenic, and chromium. *Chem Res Toxicol*, 21: 28–44. doi:10.1021/tx700198a PMID:17970581

Sedman RM, Beaumont J, McDonald TA et al. (2006). Review of the evidence regarding the carcinogenicity of hexavalent chromium in drinking water. *J Environ Sci Health C Environ Carcinog Ecotoxicol Rev*, 24: 155–182. PMID:16690539

Shi X, Mao Y, Knapton AD et al. (1994). Reaction of Cr(VI) with ascorbate and hydrogen peroxide generates hydroxyl radicals and causes DNA damage: role of a Cr(IV)-mediated Fenton-like reaction. *Carcinogenesis*, 15: 2475–2478. doi:10.1093/carcin/15.11.2475 PMID:7955094

Sorahan T, Burges DC, Waterhouse JA (1987). A mortality study of nickel/chromium platers. *Br J Ind Med*, 44: 250–258. PMID:3567099

Standeven AM, Wetterhahn KE, Kato R (1992). Ascorbate is the principal reductant of chromium(VI) in rat lung ultrafiltrates and cytosols, and mediates chromium-DNA binding in vitro. *Carcinogenesis*, 13: 1319–1324. doi:10.1093/carcin/13.8.1319 PMID:1499083

Stearns DM & Wetterhahn KE (1994). Reaction of chromium(VI) with ascorbate produces chromium(V), chromium(IV), and carbon-based radicals. *Chem Res Toxicol*, 7: 219–230. doi:10.1021/tx00038a016 PMID:8199312

Steinhoff D, Gad SC, Hatfield GK, Mohr U (1986). Carcinogenicity study with sodium dichromate in rats. *Exp Pathol*, 30: 129–141. PMID:3792485

Takahashi Y, Kondo K, Hirose T et al. (2005). Microsatellite instability and protein expression of the DNA mismatch repair gene, hMLH1, of lung cancer in chromate-exposed workers. *Mol Carcinog*, 42: 150–158. doi:10.1002/mc.20073 PMID:15605365

Teleky L (1936). Cancer in chromium workers (Ger.). *Dtsch Med Wochenschr*, 62: 1353 doi:10.1055/s-0028-1141271

Teschke K, Ahrens W, Andersen A et al. (1999). Occupational exposure to chemical and biological agents in the nonproduction departments of pulp, paper, and paper product mills: an international study. *Am Ind Hyg Assoc J*, 60: 73–83. PMID:10028618

Uddin AN, Burns FJ, Rossman TG et al. (2007). Dietary chromium and nickel enhance UV-carcinogenesis in skin of hairless mice. *Toxicol Appl Pharmacol*, 221: 329–338. doi:10.1016/j.taap.2007.03.030 PMID:17499830

Vaglenov A, Nosko M, Georgieva R *et al.* (1999). Genotoxicity and radioresistance in electroplating workers exposed to chromium. *Mutat Res*, 446: 23–34. PMID:10613183

Wetterhahn KE & Hamilton JW (1989). Molecular basis of hexavalent chromium carcinogenicity: effect on gene expression. *Sci Total Environ*, 86: 113–129. doi:10.1016/0048-9697(89)90199-X PMID:2602931

Wetterhahn KE, Hamilton JW, Aiyar J *et al.* (1989). Mechanism of chromium(VI) carcinogenesis. Reactive intermediates and effect on gene expression. *Biol Trace Elem Res*, 21: 405–411. doi:10.1007/BF02917282 PMID:2484620

Wu FY, Wu WY, Kuo HW *et al.* (2001). Effect of genotoxic exposure to chromium among electroplating workers in Taiwan. *Sci Total Environ*, 279: 21–28. doi:10.1016/S0048-9697(01)00685-4 PMID:11712598

Xie H, Holmes AL, Wise SS *et al.* (2007). Neoplastic transformation of human bronchial cells by lead chromate particles. *Am J Respir Cell Mol Biol*, 37: 544–552. doi:10.1165/rcmb.2007-0058OC PMID:17585109

Yao H, Guo L, Jiang BH *et al.* (2008). Oxidative stress and chromium(VI) carcinogenesis. *J Environ Pathol Toxicol Oncol*, 27: 77–88. PMID:18540844

Yuann JM, Liu KJ, Hamilton JW, Wetterhahn KE (1999). In vivo effects of ascorbate and glutathione on the uptake of chromium, formation of chromium(V), chromium-DNA binding and 8-hydroxy-2 -deoxyguanosine in liver and kidney of osteogenic disorder shionogi rats following treatment with chromium(VI). *Carcinogenesis*, 20: 1267–1275. doi:10.1093/carcin/20.7.1267 PMID:10383900

Zhang JD & Li XL (1987). Chromium pollution of soil and water in Jinzhou *Zhonghua Yu Fang Yi Xue Za Zhi, Chinese Journal of Preventive Medicine*, )21: 262–264. PMID:3443034

Zhitkovich A (2005). Importance of chromium-DNA adducts in mutagenicity and toxicity of chromium(VI). *Chem Res Toxicol*, 18: 3–11. doi:10.1021/tx049774+ PMID:15651842

Zhitkovich A, Song Y, Quievryn G, Voitkun V (2001). Non-oxidative mechanisms are responsible for the induction of mutagenesis by reduction of Cr(VI) with cysteine: role of ternary DNA adducts in Cr(III)-dependent mutagenesis. *Biochemistry*, 40: 549–560. doi:10.1021/bi0015459 PMID:11148050

# NICKEL AND NICKEL COMPOUNDS

Nickel and nickel compounds were considered by previous IARC Working Groups in 1972, 1975, 1979, 1982, 1987, and 1989 (IARC, 1973, 1976, 1979, 1982, 1987, 1990). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agents

Synonyms, trade names, and molecular formulae for nickel, nickel alloys, and selected nickel compounds are presented in Table 1.1. This list is not exhaustive, nor does it necessarily reflect the commercial importance of the various nickel-containing substances, but it is indicative of the range of nickel alloys and compounds available, including some compounds that are important commercially, and those that have been tested in biological systems. Several intermediary compounds occur in refineries that cannot be characterized, and are thus not listed.

### 1.2 Chemical and physical properties of the agents

Nickel (atomic number, 28; atomic weight, 58.69) is a metal, which belongs to group VIIIB of the periodic table. The most important oxidation state of nickel is +2, although the +3 and +4 oxidation states are also known (Tundermann *et al.*, 2005). Nickel resembles iron, cobalt, and copper in its chemical properties. However,

unlike cobalt and iron, it is normally only stable in aqueous solution in the + 2 oxidation state (Kerfoot, 2002). Selected chemical and physical properties for nickel and nickel compounds, including solubility data, were presented in the previous *IARC Monograph* (IARC, 1990), and have been reported elsewhere (ATSDR, 2005).

### 1.3 Use of the agents

The chemical properties of nickel (i.e. hardness, high melting point, ductility, malleability, somewhat ferromagnetic, fair conductor of heat and electricity) make it suitable to be combined with other elements to form many alloys (NTP, 2000; Tundermann *et al.*, 2005). It imparts such desirable properties as corrosion resistance, heat resistance, hardness, and strength.

Nickel salts are used in electroplating, ceramics, pigments, and as intermediates (e.g. catalysts, formation of other nickel compounds). Sinter nickel oxide is used in nickel catalysts in the ceramics industry, in the manufacture of alloy steel and stainless steel, in the manufacture of nickel salts for specialty ceramics, and in the manufacture of nickel–cadmium (Ni–Cd) batteries, and nickel–metal-hydride batteries. Nickel sulfide is used as a catalyst in

IARC MONOGRAPHS – 100C

**Table 1.1 Chemical names (CAS names are given in italics), synonyms, and molecular formulae or compositions of nickel, nickel alloys and selected nickel compounds**

| Chemical name | CAS Reg. No. | Synonyms | Formula |
|---|---|---|---|
| **Metallic nickel and nickel alloys** | | | |
| *Nickel* | 7440-02-0 | C.I. 77775; Nickel element | Ni |
| Ferronickel | 11133-76-9 | *Iron alloy (base), Fe, Ni*; nickel alloy (nonbase) Fe, Ni | Fe, Ni |
| Nickel aluminium alloys | 61431-86-5<br>37187-84-1 | *Raney nickel*; Raney alloy | NiAl |
| **Nickel oxides and hydroxides** | | | |
| Nickel hydroxide (amorphous) | 12054-48-7<br>(11113-74-9) | Nickel dihydroxide; nickel (II) hydroxide; nickel (2+) hydroxide; *nickel hydroxide (Ni(OH)2)*; nickelous hydroxide | $Ni(OH)_2$ |
| Nickel monoxide | 1313-99-1<br>11099-02-8<br>34492-97-2 | Black nickel oxide; green nickel oxide; mononickel oxide; nickel monoxide; nickelous oxide; *nickel oxide (NiO)*; nickel (II) oxide; nickel (2+) oxide<br>*Bunsenite (NiO)* | NiO |
| Nickel trioxide | 1314-06-3 | Black nickel oxide; dinickel trioxide; nickelic oxide; nickel oxide; nickel (III) oxide; *nickel oxide (Ni2O3)*; nickel peroxide; nickel sesquioxide | $Ni_2O_3$ |
| **Nickel sulfides** | | | |
| Nickel disulfide | 12035-51-7<br>12035-50-6 | *Nickel sulfide (NiS2)*<br>*Vaesite (NiS2)* | $NiS_2$ |
| Nickel sulfide (amorphous) | 16812-54-7<br>(11113-75-0)<br><br>1314-04-1<br>(61026-96-8) | Mononickel monosulfide; nickel mono-sulfide; nickel monosulfide (NiS); nickelous sulfide; nickel (II) sulfide; nickel (2+) sulfide;<br>*Nickel sulfide (NiS)*<br>*Millerite (NiS)* | NiS |
| Nickel subsulfide | 12035-72-2 | Nickel sesquisulfide; nickel subsulfide (Ni3S2); *nickel sulfide (Ni3S2)*; trinickel disulfide<br>*Heazlewoodite (Ni3S2)*; Khizlevudite | $Ni_3S_2$ |
| ***Pentlandite*** | 53809-86-2 | Pentlandite (Fe9Ni9S16) | Fe9Ni9S16 |
| | 12174-14-0 | Pentlandite | $(Fe_{0.4-0.6}Ni_{0.4-0.6})_9S_8$ |

## Table 1.1 (continued)

| Chemical name | CAS Reg. No. | Synonyms | Formula |
|---|---|---|---|
| **Nickel salts** | | | |
| Nickel carbonate | 3333-67-3 | *Carbonic acid, nickel (2+) salt (1:1)*; nickel carbonate (1:1); nickel (II) carbonate; nickel (2+) carbonate; nickel carbonate (NiCO₃); nickel (2+) carbonate (NiCO₃); nickel monocarbonate; nickelous carbonate | $NiCO_3$ |
| Basic nickel carbonates | 12607-70-4 | *Carbonic acid, nickel salt, basic*; nickel carbonate hydroxide (Ni₂(CO₃)(OH)₂); *nickel, (carbonato(2-)) tetrahydroxytri-* | $NiCO_3,2Ni(OH)_2$ |
| | 12122-15-5 | *Nickel bis(carbonato(2-)) hexahydroxypenta-*; nickel hydroxycarbonate | $2NiCO_3,3Ni(OH)_2$ |
| Nickel acetate | 373-02-4 | *Acetic acid, nickel (2+) salt*; nickel (II) acetate; nickel (2+) acetate; nickel diacetate; nickelous acetate | $Ni(OCOCH_3)_2$ |
| Nickel acetate tetrahydrate | 6018-89-9 | *Acetic acid, nickel (+2) salt, tetrahydrate* | $Ni(OCOCH_3)_2.4H_2O$ |
| Nickel ammonium sulfates | 15-699-18-0 | Ammonium nickel sulfate ((NH₄)₂Ni(SO₄)₂); nickel ammonium sulfate (Ni(NH₄)₂(SO₄)₂); *sulfuric acid, ammonium nickel (2+) salt (2:2:1)* | $Ni(NH_4)_2(SO_4)_2$ |
| Nickel ammonium sulfate hexahydrate | 25749-08-0 | Ammonium nickel sulfate ((NH₄)₂Ni₂(SO₄)₃); *sulfuric acid, ammonium nickel (2+) salt (3:2:2)* | $Ni_2(NH_4)_2(SO_4)_3$ |
| | 7785-20-8 | Ammonium nickel (2+) sulfate hexahydrate; ammonium nickel sulfate ((NH₄)₂Ni(SO₄)₂); diammonium nickel disulfate hexahydrate; diammonium nickel (2+) disulfate hexahydrate; nickel ammonium sulfate (Ni(NH₄)₂(SO₄)₂) hexahydrate; nickel diammonium disulfate hexahydrate; *sulfuric acid, ammonium nickel (2+) salt (2:2:1), hexahydrate* | $Ni(NH_4)_2(SO_4)_2.6H_2O$ |
| Nickel chromate | 14721-18-7 | *Chromium nickel oxide (NiCrO₄)*; nickel chromate (NiCrO₄); nickel chromium oxide (NiCrO₄) | $NiCrO_4$ |
| Nickel chloride | 7718-54-9 | Nickel (II) chloride; nickel (2+) chloride; *nickel chloride (NiCl₂)*; nickel dichloride; nickel dichloride (NiCl₂); nickelous chloride | $NiCl_2$ |
| Nickel chloride hexahydrate | 7791-20-0 | *Nickel chloride (NiCl2) hexahydrate* | $NiCl_2.6H_2O$ |
| Nickel nitrate hexahydrate | 13478-00-7 | Nickel (2+) bis(nitrate)hexahydrate; nickel dinitrate hexahydrate; nickel (II) nitrate hexahydrate; nickel nitrate (Ni(NO3)2) hexahydrate; nickelous nitrate hexahydrate; *nitric acid, nickel (2+) salt, hexahydrate* | $Ni(NO_3)_2.6H_2O$ |
| Nickel sulfate | 7786-81-4 | Nickel monosulfate; nickelous sulfate; nickel sulfate (1:1); nickel (II) sulfate; nickel (2+) sulfate; nickel (2+) sulfate (1:1); nickel sulfate (NiSO₄); *sulfuric acid, nickel (2+) salt (1:1)* | $NiSO_4$ |
| Nickel sulfate hexahydrate | 10101-97-0 | *Sulfuric acid, nickel (2+) salt (1:1), hexahydrate* | $NiSO_4.6H_2O$ |
| Nickel sulfate heptahydrate | 10101-98-1 | *Sulfuric acid, nickel (2+) salt (1:1), heptahydrate* | $NiSO_4.7H_2O$ |

IARC MONOGRAPHS – 100C

## Table 1.1 (continued)

| Chemical name | CAS Reg. No. | Synonyms | Formula |
|---|---|---|---|
| **Other nickel compounds** | | | |
| Nickel carbonyl | 13463-39-3 | Nickel carbonyl (Ni(CO)₄) (T-4); nickel tetracarbonyl; tetracarbonylnickel; tetracarbonylnickel (0) | $Ni(CO)_4$ |
| Nickel antimonide | 12035-52-8 | Antimony compound with nickel (1:1); nickel antimonide (NiSb); nickel compound with antimony (1:1); nickel monoantimonide | NiSb |
| | 12125-61-0 | Breithauptite (SbNi) | |
| Nickel arsenides | 27016-75-7 | Nickel arsenide (NiAs) | NiAs |
| | 1303-13-5 | Nickeline; nickeline (NiAs); niccolite | NiAs |
| | 12256-33-6 | Nickel arsenide ($Ni_{11}As_8$); nickel arsenide tetragonal | $Ni_{11}As_8$ |
| | 12044-65-4 | Maucherite ($Ni_{11}As_8$); Placodine; Temiskamite | $Ni_{11}As_8$ |
| | 12255-80-0 | Nickel arsenide ($Ni_5As_2$); nickel arsenide hexagonal | $Ni_5As_2$ |
| Nickel selenide | 1314-05-2 | Nickel monoselenide; nickel selenide (NiSe) | NiSe |
| | 12201-85-3 | Maekinenite; Makinenite (NiSe) | |
| Nickel subselenide | 12137-13-2 | Nickel selenide ($Ni_3Se_2$) | $Ni_3Se_2$ |
| Nickel sulfarsenide | 12255-10-6 | Nickel arsenide sulfide (NiAsS) | NiAsS |
| | 12255-11-7 | Gersdorffite (NiAsS) | |
| Nickel telluride | 12142-88-0 | Nickel monotelluride; nickel telluride (NiTe) | NiTe |
| | 24270-51-7 | Imgreite (NiTe) | |
| Nickel titanate | 12035-39-1 | Nickel titanate(IV); nickel titanate (Ni-TiO3); nickel titanium oxide (NiTiO3); nickel titanium trioxide | $NiTiO_3$ |
| Chrome iron nickel black spinel | 71631-15-7 | CI 77 504; CI Pigment Black 30; nickel iron chromite black spinel | (Ni,Fe)(CrFe)₂O₄ NS |
| Nickel ferrite brown spinel | 68187-10-0 | CI Pigment Brown 34 | $NiFe_2O_4$ |
| Nickelocene | 1271-28-9 | Bis(η5-2,4-cyclopentadien-1-yl)nickel;di-π-cyclopentadienylnickel; dicyclopentadienyl-nickel; bis(η5-2,4-cyclopentadien-1-yl)-nickel | π-(C5H5)2Ni |

ᵃ In commercial usage, 'black nickel oxide' usually refers to the low-temperature crystalline form of nickel monoxide, but nickel trioxide ($Ni_2O_3$), an unstable oxide of nickel, may also be called 'black nickel oxide'.

172

the petrochemical industry or as an intermediate in the metallurgical industry.

According to the US Geological Survey, world use of primary nickel in 2006 was 1.40 million tonnes, a 12% increase over 2005. Stainless steel manufacture accounted for more than 60% of primary nickel consumption in 2006 (USGS, 2008). Of the 231000 tonnes of primary nickel consumed in the USA in 2007, approximately 52% was used in stainless and alloy steel production, 34% in non-ferrous alloys and superalloys, 10% in electroplating, and 4% in other uses. End uses of nickel in the USA in 2007 were as follows: transportation, 30%; chemical industry, 15%; electrical equipment, 10%; construction, 9%; fabricated metal products, 8%; household appliances, 8%; petroleum industry, 7%; machinery, 6%; and others, 7% (Kuck, 2008).

### 1.3.1 Metallic nickel and nickel alloys

Pure nickel metal is used to prepare nickel alloys (including steels). It is used as such for plating, electroforming, coinage, electrical components, tanks, catalysts, battery plates, sintered components, magnets, and welding rods. Ferronickel is used to prepare steels. Stainless and heat-resistant steels accounted for 93% of its end-use in 1986. Nickel-containing steels with low nickel content (< 5%) are used in construction and tool fabrication. Stainless steels are used in general engineering equipment, chemical equipment, domestic applications, hospital equipment, food processing, architectural panels and fasteners, pollution-control equipment, cryogenic uses, automotive parts, and engine components (IARC, 1990).

Nickel alloys are often divided into categories depending on the primary metal with which they are alloyed (e.g. iron, copper, molybdenum, chromium) and their nickel content. Nickel is alloyed with iron to produce alloy steels (containing 0.3–5% nickel), stainless steels (containing as much as 25–30% nickel, although 8–10% nickel is more typical), and cast irons. Nickel–copper alloys (e.g. Monel alloys) are used for coinage (25% nickel, 75% copper), industrial plumbing (e.g. piping and valves), marine equipment, petrochemical equipment, heat exchangers, condenser tubes, pumps, electrodes for welding, architectural trim, thermocouples, desalination plants, ship propellers, etc. Nickel–chromium alloys (e.g. Nichrome) are used in many applications that require resistance to high temperatures such as heating elements, furnaces, jet engine parts, and reaction vessels. Molybdenum-containing nickel alloys and nickel–iron–chromium alloys (e.g. Inconel) provide strength and corrosion resistance over a wide temperature range, and are used in nuclear and fossil-fuel steam generators, food-processing equipment, and chemical-processing and heat-treating equipment. Hastelloy alloys (which contain nickel, chromium, iron, and molybdenum) provide oxidation and corrosion resistance for use with acids and salts. Nickel-based super-alloys provide high-temperature strength and creep, and stress resistance for use in gas-turbine engines (ATSDR, 2005).

Other groups of nickel alloys are used according to their specific properties for acid-resistant equipment, heating elements for furnaces, low-expansion alloys, cryogenic uses, storage of liquefied gases, high-magnetic-permeability alloys, and surgical implant prostheses.

### 1.3.2 Nickel oxides and hydroxides

The nickel oxide sinters are used in the manufacture of alloy steels and stainless steels.

Green nickel oxide is a finely divided, relatively pure form of nickel monoxide, produced by firing a mixture of nickel powder and water in air at 1000 °C (IARC, 1990). It is used to manufacture nickel catalysts and specialty ceramics (for porcelain enamelling of steel; in the manufacture of magnetic nickel-zinc ferrites used in electric motors, antennas and television tube yokes; and

as a colourant in glass and ceramic stains used in ceramic tiles, dishes, pottery, and sanitary ware).

Black nickel oxide is a finely divided, pure nickel monoxide, produced by calcination of nickel hydroxycarbonate or nickel nitrate at 600 °C; nickel trioxide ($Ni_2O_3$), an unstable oxide of nickel, may also be called 'black nickel oxide' (IARC, 1990). Black nickel oxide is used in the manufacture of nickel salts, specialty ceramics, and nickel catalysts (e.g. to enhance the activity of three-way catalysts containing rhodium, platinum, and palladium used in automobile exhaust control).

Nickel hydroxide is used as a catalyst intermediate, and in the manufacture of Ni–Cd batteries (Antonsen & Meshri, 2005).

### 1.3.3 Nickel sulfides

Nickel sulfide is used as a catalyst in petrochemical hydrogenation when high concentrations of sulfur are present in the distillates. The major use of nickel monosulfide is as an intermediate in the hydrometallurgical processing of silicate-oxide nickel ores (IARC, 1990). Nickel subsulfide is used as an intermediate in the primary nickel industry (ATSDR, 2005).

### 1.3.4 Nickel salts

Nickel acetate is used in electroplating, as an intermediate (e.g. as catalysts and in the formation of other nickel compounds), as a dye mordant, and as a sealer for anodized aluminium.

Nickel carbonate is used in the manufacture of nickel catalysts, pigments, and other nickel compounds (e.g. nickel oxide, nickel powder); in the preparation of coloured glass; and, as a neutralizing compound in nickel-electroplating solutions.

Nickel ammonium sulfate is used as a dye mordant, in metal-finishing compositions, and as an electrolyte for electroplating.

Nickel chloride is used as an intermediate in the manufacture of nickel catalysts, and to absorb ammonia in industrial gas masks.

Nickel nitrate hexahydrate is used as an intermediate in the manufacture of nickel catalysts and Ni–Cd batteries.

Nickel sulfate hexahydrate is used in nickel electroplating and nickel electrorefining, in 'electroless' nickel plating, and as an intermediate (in the manufacture of other nickel chemicals and catalysts) (Antonsen & Meshri, 2005).

### 1.3.5 Other nickel compounds

The primary use for nickel carbonyl is as an intermediate (in the production of highly pure nickel), as a catalyst in chemical synthesis, as a reactant in carbonylation reactions, in the vapour-plating of nickel, and in the fabrication of nickel and nickel alloy components and shapes.

Nickelocene is used as a catalyst and complexing agent, and nickel titanate is used as a pigment (Antonsen & Meshri, 2005).

No information was available to the Working Group on the use of nickel selenides or potassium nickelocyanate.

## 1.4 Environmental occurrence

Nickel and its compounds are naturally present in the earth's crust, and are emitted to the atmosphere via natural sources (such as windblown dust, volcanic eruptions, vegetation forest fires, and meteoric dust) as well as from anthropogenic activities (e.g. mining, smelting, refining, manufacture of stainless steel and other nickel-containing alloys, fossil fuel combustion, and waste incineration). Estimates for the emission of nickel into the atmosphere from natural sources range from 8.5 million kg/year in the 1980s to 30 million kg/year in the early 1990s (ATSDR, 2005). The general population is exposed to low levels of nickel in ambient air, water, food, and through tobacco consumption.

### 1.4.1 Natural occurrence

Nickel is widely distributed in nature and is found in animals, plants, and soil (EVM, 2002). It is the 24th most abundant element, forming about 0.008% of the earth's crust (0.01% in igneous rocks). The concentration of nickel in soil is approximately 79 ppm, with a range of 4–80 ppm (EVM, 2002; ATSDR, 2005).

### 1.4.2 Air

Nickel is emitted to the atmosphere from both natural and anthropogenic sources. It has been estimated that approximately 30000 tonnes of nickel may be emitted per year to the atmosphere from natural sources. The anthropogenic emission rate is estimated to be between 1.4–1.8 times higher than the natural emission rate.

The two main natural sources are volcanoes and windblown dust from rocks and soil, estimated to respectively contribute 14000 tonnes/year and 11000 tonnes/year (NTP, 2000; Barbante et al., 2002). Other relatively minor sources include: wild forest fires (2300 tonnes/year), sea salt spray (1300 tonnes/year), continental particulates (510 tonnes/year), marine (120 tonnes/year), and continental volatiles (100 tonnes/year) (Barbante et al., 2002).

Anthropogenic activities release nickel to the atmosphere, mainly in the form of aerosols (ATSDR, 2005). Fossil fuel combustion is reported to be the major contributor of atmospheric nickel in Europe and the world, accounting for 62% of anthropogenic emissions in the 1980s (Barbante et al., 2002; ATSDR, 2005). In 1999, an estimated 570000 tons of nickel were released from the combustion of fossil fuels worldwide (Rydh & Svärd, 2003). Of this, 326 tons were released from electric utilities (Leikauf, 2002). Of the other anthropogenic sources, nickel metal and refining accounted for 17% of total emissions, municipal incineration 12%, steel production 3%, other

nickel-containing alloy production 2%, and coal combustion 2% (ATSDR, 2005).

Atmospheric nickel concentrations are higher in rural and urban air (concentration range: 5–35 ng/m³) than in remote areas (concentration range: 1–3 ng/m³) (WHO, 2007).

### 1.4.3 Water

Particulate nickel enters the aquatic environment from a variety of natural and anthropogenic sources. Natural sources include the weathering and dissolution of nickel-containing rocks and soil, disturbed soil, and atmospheric deposition. Anthropogenic sources include: industrial processes (e.g. mining and smelting operations), industrial waste water and effluent (e.g. tailings piles run-off), domestic waste water, and landfill leachate (NTP, 2000; ATSDR, 2005; WHO, 2007). Several factors influence the concentration of nickel in groundwater and surface water including: soil use, pH, and depth of sampling (WHO, 2007). Most nickel compounds are relatively water soluble at low pH (i.e. pH < 6.5). As a result, acid rain tends to increase the mobility of nickel in soil, which, in turn, has a corresponding impact on nickel concentrations in groundwater (NTP, 2000; WHO, 2007).

Based on measurement data from the 1980s, the following average nickel concentrations have been reported for groundwater, seawater and surface water, respectively: < 20 μg/L, 0.1–0.5 μg/L, and 15–20 μg/L (NTP, 2000; ATSDR, 2005). Nickel concentrations as high as 980 μg/L have been measured in groundwater with pH < 6.2 (WHO, 2007). Levels of dissolved nickel ranging from < 1–87 μg/L have been reported in urban storm run-off water samples (ATSDR, 2005).

Nickel concentrations in the range of 6–700 pg/g have been measured in high-altitude snow and ice near the summit of Mont Blanc on the French-Italian border. Seasonal variations were observed, with higher concentrations in the summer layers than in the winter layers.

IARC MONOGRAPHS – 100C

Nickel levels appeared to be more associated with anthropogenic inputs (e.g. oil combustion from power generation, automobile and truck traffic) than with natural sources, such as rock and soil dust (Barbante *et al.*, 2002).

### 1.4.4 Soil and sediments

Natural and anthropogenic sources (e.g. mining and smelting, coal fly ash, bottom ash, metal manufacturing waste, commercial waste, atmospheric fall-out and deposition, urban refuse, and sewage sludge) contribute to the levels of nickel found in soil and sediments (NTP, 2000; ATSDR, 2005). Of the nickel emitted to the environment, the largest releases are to the soil. In 2002, estimated releases of nickel and nickel compounds from manufacturing and processing facilities (required to report to the US Toxic Release Inventory Program) were approximately 5530 and 14800 metric tonnes, respectively—accounting for 82% and 87% of estimated total nickel releases to the environment (ATSDR, 2005).

In a study of urban soil quality, a harmonized sampling regime was used to compare concentrations of nickel in six European cities differing markedly in their climate and industrial history. The sites were as far as possible from current point sources of pollution, such as industrial emissions, but all were bordered by major roads, and are thus likely to have been affected by vehicle emissions. To assess the vertical distribution of soil parameters, two depths were sampled at each point: a surface sample at 0–10 cm and a subsurface sample at 10–20 cm. The surface sample mean nickel concentration was in the range of 11–207 mg /kg, and the corresponding mean concentration in the subsurface sample, 10–210 mg/kg (Madrid *et al.*, 2006).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

Ingestion of nickel in food, and to a lesser degree in drinking-water, is the primary route of exposure for the non-smoking general population. Exposure may also occur via inhalation of ambient air and percutaneous absorption (NTP, 2000; ATSDR, 2005; WHO, 2007). The daily intake of nickel from food and beverages varies by foodstuff, by country, by age, and by gender (EVM, 2002; ATSDR, 2005). Data from a study in the USA give estimates of daily dietary intakes in the range of 101–162 µg/day for adults, 136–140 µg/day for males, and 107–109 µg/day for females. Estimates for pregnant and lactating women are higher with average daily intakes of 121 µg/day and 162 µg/day, respectively (ATSDR, 2005). Based on the concordance between different studies of dietary intake, diet is reported to contribute less than 0.2 mg/day (WHO, 2007).

Inhalation of nickel from ambient air is generally a minor route of exposure for the general population. The following daily intakes of nickel have been estimated: less than 0.05 µg/day in the USA; 0.42 µg/day (mean ambient concentration) and 15 µg/day (highest ambient concentration) in the Sudbury basin region in Ontario, Canada; and, 122 µg/day (based on the highest ambient reported nickel concentration) in the Copper Cliff region of Ontario, Canada. These estimates are based on a breathing rate of 20 m$^3$/day, and nickel concentrations of 2.2 ng/m$^3$, 21 ng/m$^3$, 732 ng/m$^3$, and 6100 ng/m$^3$, respectively (ATSDR, 2005).

### 1.5.2 Occupational exposure

Nickel, in the form of various alloys and compounds, has been in widespread commercial use for over 100 years. Several million workers worldwide are exposed to airborne fumes, dusts and mists containing nickel and its compounds. Exposures by inhalation, ingestion or skin

contact occur in nickel-producing industries (e.g. mining, milling, smelting, and refining), as well as in nickel-using industries and operations (e.g. alloy and stainless steel manufacture; electroplating and electrowinning; welding, grinding and cutting). Insoluble nickel is the predominant exposure in nickel-producing industries, whereas soluble nickel is the predominant exposure in the nickel-using industries. Occupational exposure results in elevated levels of nickel in blood, urine and body tissues, with inhalation as the main route of uptake (IARC, 1990; NTP, 2000).

Estimates of the number of workers potentially exposed to nickel and nickel compounds have been developed by the National Institute of Occupational Safety and Health (NIOSH) in the USA and by CAREX (CARcinogen EXposure) in Europe. Based on the National Occupation Exposure Survey (NOES), conducted during 1981–1983, NIOSH estimated that 507681 workers, including 19673 female workers, were potentially exposed to 'Ni, Nickel-MF Unknown' (agent code: 50420) in the workplace (NIOSH, 1990). The following six industries accounted for nearly 60% of exposed workers: 'fabricated metal products' ($n$ = 69984), 'special trade contractors' ($n$ = 55178), 'machinery, except electrical' ($n$ = 55064), 'transportation equipment' ($n$ = 44838), 'primary metal industries' ($n$ = 39467), and 'auto repair, services, and garages' ($n$ = 27686). Based on occupational exposure to known and suspected carcinogens collected during 1990–1993, the CAREX database estimates that 547396 workers were exposed to nickel and nickel compounds in the European Union. Over 83% of these workers were employed in the 'manufacture of fabricated metal products, except machinery and equipment' ($n$ = 195597), 'manufacture of machinery, except electrical' ($n$ = 122985), 'manufacture of transport equipment' ($n$ = 64720), 'non-ferrous base metal industries' ($n$ = 32168), 'iron and steel basic industries' ($n$ = 26504), and 'metal ore mining' ($n$ = 16459). CAREX Canada (2011)

estimates that approximately 50000 Canadians are exposed to nickel in the workplace (95% male). Exposed industries include: commercial/industrial machinery and equipment repair/maintenance; architectural, structural metals manufacturing; specialty trade contractors; boiler, tank and shipping container manufacturing; metal ore mining; motor vehicle parts manufacturing; machine shops, turned product, screw, nut and bolt manufacturing; coating, engraving, heat treating and allied activities; iron/steel mills and ferro-alloy manufacturing; non-ferrous metal production and processing.

Historically, metallic nickel exposures tended to be higher in nickel-producing industries than in the nickel-using industries, with estimates of historical mean levels of exposure to inhalable metallic nickel in the range of 0.01–6.0 mg/m³ and 0.05–0.3 mg /m³, respectively. However, data from the EU suggest that occasional higher exposures to inhalable metallic nickel may be present in certain industry sectors (Sivulka, 2005).

Data on early occupational exposures to nickel and nickel compounds were summarized in the previous *IARC Monograph* (IARC, 1990). Data from studies and reviews on nickel exposure published since the previous *IARC Monograph* are summarized below for both the nickel-producing and the nickel-using industries.

### (a)   Studies of nickel-producing industries

Ulrich *et al.* (1991) collected data on several indicators of nickel exposure (stationary and personal air sampling; urinary nickel excretion) among electrolytic nickel production workers in the Czech Republic (formerly, Czechoslovakia). Air samples ($n$ = 52) were collected on membrane filters and analysed by electrothermal atomic absorption spectrometry. Urine samples ($n$ = 140) were collected during the last 4 hours of workers' shifts, and the results were corrected to a standard density of 1.024. In a matched-pair analysis of air and urine samples collected from 18 electrolysis workers, the correlation coefficient

was 0.562; the mean concentration of nickel in urine was 53.3 μg/L (range, 1.73–98.55 μg/L), and the mean concentration in air was 0.187 mg/m³ (range, 0.002–0.481 mg/m³).

In a study conducted at a Finnish electrolytic nickel refinery, Kiilunen *et al.* (1997) collected data on nickel concentrations in air, blood, and urine. Stationary samples ($n = 141$) were collected from 50 locations in the refinery, including those areas where breathing zone samples were taken. Personal (i.e. 8-hour breathing zone) samples were collected over 4 successive work days ($n = 157$), from the shoulders when no respiratory protection was worn, inside the mask when protective equipment was worn, and inside the mask hanging on the shoulder of the worker when the mask was taken off. Historical occupational hygiene measurements were examined to assess past exposure. Spot urine samples ($n = 154$) were collected, pre- and post-shift, over 4 successive work days and 1 free day thereafter. Blood samples ($n = 64$) were collected at the beginning of the study and at the end of the last work shift. A total of 34 workers (of 100) volunteered to participate in the study. Urinary nickel results in the workers were compared with two non-exposed control groups (30 office workers from the refinery and 32 unexposed persons from the Helsinki area). For the stationary samples, nickel concentrations were reported by location as water-soluble nickel, acid-soluble nickel and total nickel (all in μg/m³). Geometric mean nickel concentrations ranged from: 7.4 μg/m³ ('other sites') to 451 μg/m³ (in 'tank house 3') for water-soluble nickel; 0.5 μg/m³ ('other sites') to 4.6 μg/m³ ('solution purification') for acid-soluble nickel; and, 7.6 μg/m³ ('other sites') to 452 μg/m³ (in 'tank house 3'). For the breathing zone samples, the range of geometric mean nickel concentrations was 0.2–3.2 μg/m³ (inside the mask) and 0.6–63.2 μg/m³ (no mask). Based on a review of historical stationary sampling data, average nickel concentrations varied in the range of 230–800 μg/m³ over the period 1966–88.

Lower concentrations (112–484 μg/m³) were observed in the early 1990s. Geometric mean after-shift urinary concentrations of nickel were in the range of 0.1–0.8 μmol/L (mask in use) and 0.5–1.7 μmol/L (no mask in use). Urinary nickel concentrations were still elevated after 2- and 4-week vacations. No consistent correlations between airborne nickel concentrations and nickel concentrations in the blood or urine were observed.

Thomassen *et al.* (2004) measured the exposure of 135 copper refinery workers (45 females, 90 males) to copper, nickel and other trace elements at a nickel refinery complex in Monchegorsk, the Russian Federation. Full-shift breathing zone samples were collected for workers in the pyrometallurgical process ($n = 138$) and in the electrorefining process ($n = 123$) areas. Workers wore personal samplers for two to four full shifts. IOM samplers were used to assess the inhalable aerosol fraction, and Respicon samplers (3-stage virtual impactors) were used to separate the inhalable fraction into respirable, tracheobronchal, and extrathoracic aerosol fractions. The geometric mean inhalable nickel concentration was in the range of 0.024–0.14 mg/m³ for samples taken in the pyrometallurgical areas, and 0.018–0.060 mg/m³ for samples taken in the electrorefining areas (data presented as the sum of the inhalable water-soluble and water-insoluble subfractions). For the inhalable aerosol nickel concentrations observed in the pyrometallurgical process steps, the water-insoluble subfraction contained higher levels than the water-soluble fraction, with geometric means of 59 μg/m³ and 14 μg/m³, respectively. In the electrorefining process area, the nickel concentrations in the inhalable subfractions were 14 μg/m³ (water-soluble) and 10 μg/m³ (water-insoluble).

Air monitoring was conducted in three areas of a nickel base metal refinery in South Africa (the ball mill area, the copper winning area, and the nickel handling area). Personal breathing zone samples ($n = 30$) were collected in all areas of the

plant, and were analysed gravimetrically and by inductively coupled plasma mass spectroscopy. The mean time-weighted average concentrations for soluble, insoluble and total nickel dust, respectively, were 44, 51, and 95 µg/m³ in the ball mill area; 395, 400, and 795 µg/m³ in the nickel handling area; and 46, 17, and 63 µg/m³ in the copper winning area (Harmse & Engelbrecht, 2007).

Airborne dust concentrations, nickel concentrations, nickel speciation, and aerosol particle size distributions in two large-scale nickel production facilities were assessed by collecting a total of 46 inhalable samples (30 personal, 16 area), and 28 cascade impactor samples (18 personal, 10 area). Samples were collected using IOM and Marple cascade impactor sampling heads, and analysed gravimetrically. At the first site, inhalable concentrations were in the range of 0.5–9.1 mg/m³ for the personal samples, and 0.2–5.7 mg/m³ for the area samples (median concentrations, 0.7 mg/m³ and 0.4 mg/m³, respectively). Total nickel levels in the personal samples were in the range of 1.8–814.9 µg/m³, and 19.8–2481.6 µg/m³ in the area samples (median concentrations, 24.6 µg/m³ and 92.0 µg/m³, respectively). At the second site, airborne concentrations of inhalable dust were in the range of 1.2–25.2 mg/m³ for the personal samples, and 1.5–14.3 mg/m³ (median concentrations, 3.8 mg/m³ and 2.9 mg/m³, respectively) for the area samples. Total nickel levels were in the range of 36.6–203.4 µg/m³ in the area samples, and 0.2–170.7 µg/m³ in the personal samples (median concentrations, 91.3 and 15.2 µg/m³, respectively) (Creely & Aitken, 2008).

### (b) Studies of nickel-using industries

Bavazzano et al. (1994) collected air, face, hand, and spot urine samples from 41 male workers in electroplating operations in 25 small factories in the province of Florence, Italy, and compared them to samples collected from non-exposed male subjects (face and hand samples: $n = 15$ subjects aged 15–60 years old; urine samples: $n = 60$ subjects aged 22–63 years old). For the airborne nickel measurements, personal exposure were in the range of 0.10–42 µg/m³ (median concentration, 2.3 µg/m³). The median nickel levels in the urine, on the hands, and on the face were, respectively, 4.2 µg/L (range, 0.7–50 µg/L), 39 µg (range, 1.9–547 µg), and 9.0 µg (range, 1.0–86 µg). Median hand, face, and urine nickel levels for the control subjects were, respectively, 0.8 µg (range, 0.0–5.3 µg; $n = 15$), 0.30 µg (range, 0.0–2.4; $n = 15$), and 0.7 µg (range, 0.1–2.5 µg; $n = 60$).

In an occupational hygiene survey of 38 nickel electroplating shops in Finland, exposure to nickel was assessed by questionnaire ($n = 163$), urine samples (phase 1: $n = 145$; phase 2: $n = 104$), bulk samples ($n = 30$), and air measurements in three representative shops (one clean, one intermediate, one dirty) on 1 day during which urine samples were also being collected. Full-shift breathing zone samples were collected from inside and outside a respirator with filters. In the first phase of the study, average urinary nickel concentration was 0.16 µmol/L (range, 0.0–5.0 µmol/L; $n = 145$). The range of mean values for different workplaces was 0.01–0.89 µmol/L, and for the median values, 0.02–0.05 µmol/L. For the 97 workers followed in the second phase, urinary nickel concentrations were observed to fluctuate with exposure, with mean nickel concentrations in the range of 0.10–0.11 µmol/L for the morning specimens, and 0.12–0.16 µmol/L for the afternoon specimens. Personal breathing zone nickel concentrations were as follows: 0.5 µg/m³ (hanger worker in the 'clean shop'), 0.7 µg/m³ (worker responsible for maintenance of nickel bath in the 'clean' shop), and in the range of 5.6–78.3 µg/m³ for workers ($n = 6$) in the 'dirty' shop. In the area samples, nickel concentrations were 26 µg/m³ (near the nickel bath in the 'clean' shop), 11.9–17.8 µg/m³ (in the hanging area of the 'dirty' shop), and 73.3 µg/m³ (beside the nickel bath in the 'dirty' shop) (Kiilunen et al., 1997).

IARC MONOGRAPHS – 100C

Kiilunen (1997) analysed data from the biomonitoring registry and the occupational hygiene service registry of the Finnish Institute of Occupational Health to examine trends in nickel exposure during 1980–89. A total of 1795 urinary nickel samples (for which it was possible to identify job titles) were examined, along with 260 nickel measurements from the breathing zone of workers for whom job titles were available. Across all job titles, the ranges of mean urinary nickel concentrations, by time period, were as follows: 0.05–0.52 μmol/L for 1980–82, 0.14–0.51 μmol/L for 1983–85, and 0.17–0.87 μmol/L for 1986–89. The two largest occupational groups sampled were platers ($n = 503$), and welders ($n = 463$). Mean urinary concentrations for platers, by time period, were 0.35 μmol/L for 1980–82 (range, 0.01–2.95), 0.30 μmol/L for 1983–85 (range, 0.01–2.10), and 0.38 μmol/L for 1986–89 (range, 0.03–2.37). Mean urinary concentrations for welders, by time period, were 0.22 μmol/L for 1980–82 (range, 0.03–1.58), 0.17 μmol/L for 1983–85 (range, 0.03–0.65), and 0.21 μmol/L for 1986–89 (range, 0.01–1.58). Analysis of the breathing zone measurements revealed that 22.1% of all measurements in 1980–82 had exceeded the occupational exposure limit (OEL) of 0.1 mg/m³. Similar results were seen for the 1983–85 period (24.8%), rising to 30.7% for the 1986–89 period. Job titles with mean values over the OEL in 1983–85 included: grinders (mean, 0.76 mg/m³, $n = 29$), one metal worker (0.12 mg/m³), powder cutters (mean, 0.34 mg/m³, $n = 31$), one spray painter (0.20 mg/m³), and welders (0.17 mg/m³, $n = 72$). Mean levels exceeded the OEL in the following four occupational groups during 1986–89: carbon arc chisellers (mean, 0.6 mg/m³, $n = 2$), grinders (mean, 0.28 mg/m³, $n = 19$), one warm handler (0.18 mg/m³), and burn cutters (mean, 0.14 mg/m³, $n = 2$).

The association between occupational exposure to airborne nickel and nickel absorption was examined by collecting personal breathing zone samples and urine samples from 10 workers at a galvanizing plant in Brazil that uses nickel sulfate. Spot urine samples were collected pre- and post-shift from the nickel-exposed workers over 5 consecutive days, and from 10 non-nickel exposed workers employed at a zinc plant over 3 consecutive days ($n = 97$ and 55, respectively). Both groups completed a questionnaire on occupational history, health and lifestyle factors; exposed workers also underwent a medical examination. Personal breathing zone samples (first 4 hours of shift) were collected using NIOSH protocols. Geometric mean airborne nickel levels were in the range of 2.8–116.7 μg/m³, and the urine levels, from samples taken post-shift, were in the range of 4.5–43.2 μg/g creatinine (mean, 14.7 μg/g creatinine) (Oliveira et al., 2000dddd.

Sorahan (2004) examined data on mean (unadjusted) levels of exposure to inhalable nickel at a nickel alloy plant during 1975–2001 in Hereford, the United Kingdom. Data were reported for two time periods: 1975–80 and 1997–2001. Mean nickel levels (unadjusted) for the earlier period were as follows: 0.84 mg/m³ in the melting, fettling, and pickling areas; 0.53 mg/m³ in the extrusion and forge, hot strip and rolling, engineering, and melting stores areas; 0.55 mg/m³ in the machining, hot rolling, Nimonic finishing, and craft apprentice areas; 0.40 mg/m³ in the roll turning and grinding, cold rolling, cold drawing, wire drawing, and inspection areas; and 0.04 mg/m³ in the process stock handling, distribution and warehouse areas. The corresponding mean nickel levels (unadjusted) for the latter period were: 0.37 mg/m³, 0.45 mg/m³, 0.31 mg/m³, 0.30 mg/m³, and 0.29 mg/m³, respectively.

Eight-hour TWA (8-h TWA) exposures calculated for the period 1997–2001 were 0.33 mg/m³, 0.31 mg/m³, 0.16 mg/m³, 0.16 mg/m³, and 0.27 mg/m³, respectively.

Sorahan & Williams (2005) assessed the mortality of workers at a nickel carbonyl refinery in Clydach, the United Kingdom to determine whether occupational exposure to nickel resulted in increased risks of nasal cancer and lung cancer.

Using personal sampling data collected in the 1980s and 1990s, 8-h TWA exposure to total inhalable nickel was calculated, and assigned to six categories of work, based on the predominant species of nickel exposure. The six categories of work were: feed handling and nickel extraction, including kilns (oxide/metallic); pellet and powder production, and shipping (metallic); nickel salts and derivatives, and effluent (metallic/soluble); wet treatment and related processes (metallic/subsulfide/soluble); gas plant (non-nickel); and engineering and site-wide activities that could include any of the preceding work areas. Mean levels of total inhalable nickel dust were in the range of 0.04–0.57 mg/m$^3$ in the 1980s ($n$ = 1781), and 0.04–0.37 mg/m$^3$ in the 1990s ($n$ = 1709).

Stridsklev et al. (2007) examined the relationship between the concentration of airborne nickel in the occupational environment of grinders ($n$ = 9) grinding stainless steel in Norway and the concentration of nickel in their urine and blood. Grinders either worked in a well ventilated hall of a shipyard or in a small non-ventilated workshop. The sampling protocol was as follows: full-shift personal samples were collected in the breathing zone of grinders over the course of 1 work week; urine samples were collected three times daily for 1 week (first void in the morning, pre- and post-shift); and blood samples were drawn twice daily for 3 days in 1 week (pre- and post-shift). Blood and urine samples were also collected on the Monday morning after a 3-week vacation in the workshop. Grinders also completed a questionnaire to collect information on work history, use of personal protective equipment, and smoking habits. Mean levels of airborne nickel were 18.9 μg/m$^3$ (range, 1.8–88.6 μg/m$^3$) in the shipyard, and 249.8 μg/m$^3$ (range, 79.5–653.6 μg/m$^3$) in the workshop. Mean blood nickel levels for grinders were 0.87 μg/L (range, < 0.8–2.4 μg/L) in whole blood, and 1.0 μg/L (range, < 0.4–4.1 μg/L) in plasma. Mean urinary nickel levels for grinders were 3.79 μg/g creatinine (range, 0.68–10.6 μg/g creatinine), 3.39 μg/g creatinine (range, 0.25–11.1 μg/g creatinine), and 4.56 μg/g creatinine (range, < 0.53–11.5 μg/g creatinine), from the first void, pre- and post-shift samples, respectively. With the exception of stainless steel welders welding the MIG/MAG-method [Metal Inert Gas-Metal Active Gas], mean urinary nickel levels were higher in grinders than in welders. Mean urinary nickel levels in MIG/MAG welders were 5.9 μg/g creatinine (range, < 0.24–20.5 μg/g creatinine), 3.8 μg/g creatinine (range, 0.33–11.4 μg/g creatinine), and 4.6 μg/g creatinine (range, < 0.25–18.4 μg/g creatinine) from the first void, pre-, and post-shift samples, respectively.

Sivulka & Seilkop (2009) reconstructed historical exposures to nickel oxide and metallic nickel in the US nickel alloy industry from personal and area measurements collected at 45 plants since the 1940s ($n$ = 6986 measurements). Of the measurements included in the database, 96% were personal breathing zone samples, and 4% were stationary area samples. The data provided evidence of a strongly decreasing gradient of airborne total nickel levels from the 1940s to the present.

### 1.5.3 Dietary exposure

Nickel has been measured in a variety of foodstuffs as "total nickel." Average concentrations are in the range of 0.01–0.1 mg/kg, but can be as high as 8–12 mg/kg in certain foods (EVM, 2002; WHO, 2007). Factors influencing the concentration of nickel in food include the type of food (e.g. grains, vegetables, fruits versus seafood, mother's milk versus cow's milk), growing conditions (i.e. higher concentrations have been observed in food grown in areas of high environmental or soil contamination), and food preparation techniques (e.g. nickel content of cooking utensils, although the evidence for leaching from stainless steel cookware is somewhat mixed) (EVM, 2002; WHO, 2007).

The highest mean concentrations of nickel have been measured in beans, seeds, nuts and grains (e.g. cocoa beans, 9.8 µg/g; soyabeans, 5.2 µg/g; soya products, 5.1 µg/g; walnuts, 3.6 µg/g; peanuts, 2.8 µg/g; oats, 2.3 µg/g; buckwheat, 2.0 µg/g; and oatmeal, 1.8 µg/g). Although nickel concentrations vary by type of foodstuff, average levels are generally within the range of 0.01–0.1 µg/g. Reported ranges for some common food categories are: grains, vegetables and fruits, 0.02–2.7 µg/g; meats, 0.06–0.4 µg/g; seafood, 0.02–20 µg/g; and dairy, < 100 µg/L (EVM, 2002). This variability in nickel content makes it difficult to estimate the average daily dietary intake of nickel (EVM, 2002).

### 1.5.4 Biomarkers of exposure

Biomarker levels are influenced by the chemical and physical properties of the nickel compound studied, and by the time of sampling. It should be noted that the nickel compounds, the timing of collection of biological samples (normally at the end of a shift), and the analytical methods used differ from study to study, and elevated levels of nickel in biological fluids and tissue samples are mentioned only as indications of uptake of nickel, and may not correlate directly to exposure levels (IARC, 1990).

Atomic absorption spectrometry (AAS) and inductively coupled plasma atomic emission spectroscopy (ICP-AES) are the most common analytical methods used to determine "total nickel" concentrations in biological materials (such as blood, tissues, urine, and faeces). Nickel content can also be measured in other tissues, such as nails and hair, although specific procedures for dissolving the sample must be followed (ATSDR, 2005). The presence of calcium, sodium or potassium interferes with the quantification of nickel in biological samples, and specific techniques (e.g. isotope dilution) must be used to validate nickel measurements (ATSDR, 2005). Serum and urine samples are the most useful

biomarkers of recent exposure, reflecting the amount of nickel absorbed in the previous 24–48 hours (NTP, 2000).

Minoia et al. (1990) used atomic absorption spectroscopy and neutron activation analysis to determine trace element concentrations of nickel in urine, blood, and serum collected from non-exposed healthy subjects ($n$ = 1237; 635 males, 602 females) from the Lombardy region of northern Italy. The mean nickel level in urine samples ($n$ = 878) was 0.9 µg/L (range, 0.1–3.9 µg/L); in blood samples ($n$ = 36), 2.3 µg/L (range, 0.6–3.8 µg/L); and in serum samples ($n$ = 385), 1.2 µg/L (range, 0.24–3.7 µg/L).

In a Norwegian-Russian population-based health study, human nickel exposure was investigated in the adult population living near a nickel refinery on both sides of the Norwegian-Russian border during 1994–95. Urine samples were collected from inhabitants, aged 18–69 years, of Nikel, Zapolyarny, and Sor-Varanger and also from individuals living more remotely from the Kola Peninsula nickel-producing centres (in the Russian cities of Apatity and Umba, and the Norwegian city of Tromso). A total of 2233 urine specimens were collected and analysed for nickel using electrothermal atomic absorption spectrometry. The highest urinary nickel concentrations were observed in residents of Nikel (median, 3.4 µg/L; mean, 4.9 µg/L; range, 0.3–61.9 µg/L), followed by Umba (median, 2.7 µg/L; mean, 4.0 µg/L; range, 1.0–17.0 µg/L), Zapolyarny (median, 2.0 µg/L; mean, 2.8 µg/L; range, 0.3–24.2 µg/L), Apatity (median, 1.9 µg/L; mean, 2.6 µg/L; range, 0.3–17.0 µg/L), Tromso (median, 1.2 µg/L; mean, 1.4 µg/L; range, 0.3–6.0 µg/L), and Sor-Varanger (median, 0.6 µg/L; mean, 0.9 µg/L; range, 0.3–11.0 g/L). The Russian participants all had a higher urinary nickel average than those from Norway, regardless of geographic location (Smith-Sivertsen et al., 1998).

Ohashi et al. (2006) determined reference values for nickel in urine among women of the general population of 11 prefectures in Japan.

A total of approximately 13000 urine samples were collected in 2000–05 from 1000 adult women aged 20–81 years who had no occupational exposure to nickel. Nickel in urine was analysed by graphite furnace atomic absorption spectrometry. The observed geometric mean concentration for nickel was 2.1 µg/L (range, < 0.2–57 µg/L). After correction for creatinine, the geometric mean concentration was reported as 1.8 µg/L (maximum, 144 µg/L).

### 1.5.5 Other sources of exposure

Nickel, chromium, and cobalt are common causes of allergic contact dermatitis. In the early 1990s it was recommended that household and other consumer products should not contain more than 5 ppm of each of nickel, chromium, or cobalt, and that, for an even greater degree of protection, the ultimate target level should be 1 ppm. In a recent survey, selected consumer products had the following nickel levels (ppm): hand-wash powders, 0.9; heavy duty powders, 0.5; laundry tablets, 0.5; liquid/powder cleaners, 0.4; heavy duty liquids, 0.1; machine/hand-wash liquids, 0.1; hand-wash liquids, 0.1, fine wash liquids, 0.1; and dishwashing liquids, 0.1 (Basketter *et al.*, 2003).

Potential iatrogenic sources of exposure to nickel are dialysis treatment, leaching of nickel from nickel-containing alloys used as prostheses and implants, and contaminated intravenous medications (Sunderman, 1984).

## 2. Cancer in Humans

The previous *IARC Monograph* was based upon evidence of elevated risk of lung and nasal cancers observed among workers involved in a variety of nickel sulfide ore smelting and nickel refining processes that included high-temperature processing of nickel matte, nickel–copper matte, electrolytic refining, and Mond process refining. The exposures included metallic nickel, nickel oxides, nickel subsulfide, soluble nickel compounds, and nickel carbonyl. These cohort studies were conducted mainly in Canada, Norway, Finland, and in the United Kingdom (IARC, 1990; ICNCM, 1990).

## 2.1 Cohort studies and nested case–control studies

Since the previous *IARC Monograph*, several studies have extended follow-up to some of the previous cohorts, and have provided additional cohort and nested case–control analyses related mostly to lung cancer risk, and taking into account potential confounding factors as well as mixed exposures to water-soluble and -insoluble nickel compounds. Among the most common occupations with exposure to nickel compounds are stainless steel welders, who are also exposed to chromium (VI) compounds, and other compounds. Although there have been some cohort studies of stainless steel welders, these are not recorded in the present *Monograph* because it is difficult to ascribe any excess risks in these cohorts to nickel compounds specifically. Key results of some of these cohort studies can be found in Table 2.1 of the *Monograph* on chromium (VI) in this volume.

Also, since the previous *IARC Monograph*, experimental evidence has become available that nickel metal dust can become solubilized and bioavailable after inhalation. Consequently, separately classifying nickel and nickel compounds was viewed by the Working Group as not warranted. A similar distinction has not been made for other metals, e.g. beryllium and cadmium, in other *IARC Monographs*. Accordingly, this review did not exclude studies that focused on metallic nickel, unless they, for other reasons, were considered uninformative.

IARC MONOGRAPHS – 100C

### 2.1.1 Cancer of the lung

Studies were carried out in nickel smelters and refineries in Canada, Norway (Kristiansand), Finland, and the United Kingdom (Clydach). Because the refining processes differed in the plants, the exposure profiles to various nickel compounds were different across the cohorts. Nonetheless, increased risks for lung cancer were found in cohorts from all of these facilities (see Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-05-Table2.1.pdf).

High risks for lung cancers were observed among calcining workers in Canada, who were heavily exposed to both sulfidic and oxidic nickel (nickel sulfides and oxides). A high lung cancer rate was also seen among nickel plant cleaners in Clydach who were heavily exposed to these insoluble compounds, with little or no exposure to soluble nickel. The separate effects of oxides and sulfides could not be estimated, however, as high exposure was always either to both, or to oxides together with soluble nickel. Workers in Clydach calcining furnaces and nickel plant cleaners, exposed to high levels of metallic nickel, had high lung cancer risks (see Table 2.1 online). A substantial excess risk for lung cancer among hydrometallurgy workers in Norway was mainly attributed to their exposure to water-soluble nickel. Their estimated exposures to other types of nickel (metallic, sulfidic, and oxidic) were as much as an order of magnitude lower than those in several other areas of the refinery, including some where cancer risks were similar to those observed in hydrometallurgy. High risks for lung cancer were also observed among electrolysis workers at Kristiansand (Norway). These workers were exposed to high estimated levels of soluble nickel and to lower levels of other forms of nickel. Nickel sulfate and nickel chloride (after 1953) were the only or predominant soluble nickel species present in these areas.

An update of the Kristiansand cohort by Andersen et al. (1996) demonstrated a dose–response relationship between cumulative exposure to water-soluble nickel compounds and lung cancer ($P < 0.001$) when adjustment was made for age, smoking, and nickel oxide. The risk was increased 3-fold in the highest soluble nickel dose group. A lesser, but positive, effect was seen between cumulative exposure to nickel oxide and risk of lung cancer, also with adjustment for age, cigarette smoking, and exposure to water-soluble nickel ($P$ for trend = 0.05, see Table 2.2).

Subsequent to the Andersen et al. (1996) study, an industrial hygiene study re-evaluated exposure among the Norwegian refinery workers based on new information related to nickel species and exposure levels (Grimsrud et al., 2000). Grimsrud et al. (2003) updated the lung cancer incidence among the Norwegian nickel refinery workers (see Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-05-Table2.3.pdf). The strongest gradient for cumulative exposure and lung cancer was found in relation to water-soluble nickel adjusted for cigarette-smoking habits, which was known for 4728 (89%) of the cohort members. Regarding species of water-soluble nickel compounds, the risk from potential exposure to nickel chloride was similar to that for nickel sulfate. The nickel electrolysis process (using nickel sulfate) changed to a nickel-chloride-based process in 1953, and workers hired in 1953 or later had a similar lung cancer risk (standardized incidence ratio [SIR], 4.4; 95%CI: 1.8–9.1) as for those employed in the same area before 1953 when the nickel sulfate was used (SIR, 5.5; 95%CI: 3.0–9.2). Analyses by year of first employment indicated that those initially employed after 1978 continued to demonstrate a significantly elevated risk of lung cancer (SIR, 3.7; 95%CI: 1.2–8.7), suggesting continued exposure to nickel compounds.

Grimsrud et al. (2002) conducted a case–control study of lung cancer nested within the

**Table 2.2 Relative risks of lung cancer by cumulative exposure to soluble nickel and nickel oxide, considering the two variables simultaneously by multivariate Poisson regression analysis[a]**

| Variable | Mean exposure (mg/m³) | Cases | Relative risk | 95%CI | Test for linear trend |
|---|---|---|---|---|---|
| Soluble nickel | | | | | $P < 0.001$ |
| < 1 | 0.1 | 86 | 1.0 | Referent | |
| 1–4 | 2.3 | 36 | 1.2 | 0.8–1.9 | |
| 5–14 | 8.8 | 23 | 1.6 | 1.0–2.8 | |
| ≥ 15 | 28.9 | 55 | 3.1 | 2.1–4.8 | |
| Nickel oxide | | | | | $P = 0.05$ |
| < 1 | 0.4 | 53 | 1.0 | Referent | |
| 1–4 | 2.5 | 49 | 1.0 | 0.6–1.5 | |
| 5–14 | 8.3 | 53 | 1.6 | 1.0–2.5 | |
| ≥ 15 | 44.3 | 45 | 1.5 | 1.0–2.2 | |

[a]  Workers with unknown smoking habits were excluded (three cases of lung cancer).
Adjusted for smoking habits and age.
From Andersen et al. (1996)

cohort of Norwegian nickel refinery workers (see Table 2.3 online). Exposure groups were determined based on quintiles of the exposure variables in the controls. Analyses by cumulative exposure adjusted for cigarette smoking indicated that odds ratios for lung cancer in the highest cumulative exposure category of water-soluble nickel, sulfidic nickel, metallic nickel, and oxidic nickel were 3.8 (95%CI: 1.6–9.0), 2.8 (95%CI: 1.1–6.7), 2.4 (95%CI: 1.1–5.3), and 2.2 (95%CI: 0.9–5.4), respectively. The trend for cumulative exposure and lung cancer was significant for water-soluble nickel compounds only ($P = 0.002$). There was, however, a high degree of correlation with exposure to nickel and nickel compounds as a whole, making evaluation of the independent effect of individual compounds difficult. Nonetheless, when data were further adjusted for exposure to water-soluble compounds, there were no significant trends in the odds ratios by cumulative exposure to sulfidic, oxidic, or metallic nickel. The odds ratios related to the highest cumulative exposure group for each of these compounds were 1.2 (95%CI: 0.5–3.3), 0.9 (95%CI: 0.4–2.5), and 0.9 (95%CI: 0.3–2.4), respectively (see Table 2.4). In further analyses, with adjustment for cigarette smoking, arsenic, asbestos, sulfuric acid mist, cobalt and occupational carcinogenic exposures outside the refinery, the strong association between lung cancer and water-soluble nickel remained (Grimsrud et al., 2005).

Anttila et al. (1998) updated an earlier cohort study of Finnish nickel refinery and copper/nickel smelter workers (Karjalainen et al., 1992). Among refinery workers employed after 1945, who were exposed primarily to nickel sulfate, an excess of lung cancer was observed in the overall cohort (SIR, 2.61; 95%CI: 0.96–5.67), and the lung cancer risk increased with > 20 years of latency (SIR, 3.38; 95%CI: 1.24–7.36, based on six cases). Among smelter workers, lung cancer was also elevated in the overall cohort (SIR, 1.39; 95%CI: 0.78–2.28), and, similarly, a significant increase in lung cancer risk with > 20 years of latency was observed (SIR, 2.00; 95%CI: 1.07–3.42).

There have been three subsequent reports that provide additional information on refinery workers in Wales (the United Kingdom) exposed to nickel carbonyl and other nickel compounds. Easton et al. (1992) carried out an updated analysis of Welsh nickel refinery workers to determine which nickel compounds were responsible for lung cancer among the 2524 workers employed

**Table 2.4 Adjusted[a] odds ratios for lung cancer by exposure to sulfidic, oxidic or metallic nickel in a nested case–control study of Norwegian nickel refinery workers observed during 1952–95**

| Cumulative exposure to nickel[b] | Odds ratio | 95% CI |
|---|---|---|
| **Sulfidic nickel** | | |
| Unexposed | 1.0 | |
| Low | 1.5 | 0.6–3.9 |
| Low-medium | 2.2 | 0.9–5.5 |
| Medium | 1.8 | 0.7–4.5 |
| Medium-high | 1.3 | 0.5–3.3 |
| High | 1.2 | 0.5–3.3 |
| Likehood ratio test: $P = 0.344$ | | |
| **Oxidic nickel** | | |
| Unexposed | 1.0 | |
| Low | 1.5 | 0.6–3.8 |
| Low-medium | 1.8 | 0.7–4.5 |
| Medium | 1.4 | 0.6–3.7 |
| Medium-high | 1.5 | 0.6–3.7 |
| High | 0.9 | 0.4–2.5 |
| Likehood ratio test: $P = 0.406$ | | |
| **Metallic nickel** | | |
| Unexposed | 1.0 | |
| Low | 1.2 | 0.5–2.9 |
| Low-medium | 1.0 | 0.5–2.4 |
| Medium | 1.0 | 0.4–2.3 |
| Medium-high | 1.0 | 0.4–2.4 |
| High | 0.9 | 0.3–2.4 |
| Likehood ratio test: $P = 0.972$ | | |

[a] Data were adjusted for smoking habits in five categories (never smoker, former smoker, or current smoker of 1–10, 11–20, or > 20 g/day), and for exposure to water-soluble nickel as a continuous variable with natural log-transformed cumulative exposure values (ln[(cumulative exposure) + 1]).

[b] Categories were generated according to quartiles among exposed control. In each of the three analyses, data were unadjusted for the other two insoluble forms of nickel.

From Grimsrud *et al.* (2002)

for > 5 years before the end of 1969, and followed during 1931–85. The model was based on exposures occurring before 1935, and was adjusted for age at first exposure, duration of exposure, and time since first exposure. For lung cancer, the best fitting model suggested risks for soluble and metallic nickel exposures, and much less (if any) risk for nickel oxide or sulfides. Sorahan & Williams (2005) followed during 1958–2000 a group of 812 workers from the cohort of Welsh nickel refinery workers who were hired between 1953–92, and who had achieved > 5 years of employment. The overall lung cancer SMR was 1.39 (95%CI: 0.92–2.01). For those with > 20 years since the start of employment, lung cancer risk was significantly elevated [SMR, 1.65; 95%CI: 1.07–2.41], indicating an elevated risk of lung cancer among those hired since 1953.

Grimsrud & Peto (2006) combined data from the most recent updates of Welsh nickel refinery workers to assess lung cancer mortality risk by period of initial employment. For those first employed since 1930, an elevated risk was observed for lung cancer (SMR, 1.33; 95%CI: 1.03–1.72). [The Working Group noted that

exposures were dramatically reduced during the 1920s.]

Egedahl et al. (2001) updated the mortality data among employees at a hydrometallurgical nickel refinery and fertilizer complex in Fort Saskatchewan, Canada, who had worked for 12 continuous months during 1954–78. Among the 718 men exposed to nickel, the lung cancer SMR was 0.67 (95%CI: 0.24–1.46, based on six deaths). Significant decreases were observed for the 'all causes of death' category (SMR, 0.57; 95%CI: 0.43–0.74), and for the 'all cancer deaths' category (SMR, 0.47; 95%CI: 0.25–0.81). [The Working Group considered the study uninformative for the evaluation of cancer risks due to a substantial healthy worker effect which may have masked excess mortality that was associated with nickel exposure.]

Goldberg et al. (1994) conducted a 10-year incidence study and a nested case–control study of a cohort of nickel mining (silicate-oxide ores) and refinery workers in New Caledonia, South Pacific. They observed a significant decrease in the incidence of lung cancer, and this was also observed for other respiratory cancers The results of the case–control study did not show elevated risks for respiratory cancers in relation to low levels of exposure to soluble nickel, nickel sulfide, or metallic nickel. For all three nickel exposures separately, the odds ratios were 0.7.

[The Working Group noted that in most of these studies of lung cancer risk in smelters and refineries, there was exposure to metallic nickel together with exposure to the other forms of nickel (Sivulka, 2005). Only one of these studies involved an attempt to evaluate separately the effect of metallic nickel (Grimsrud et al., 2002).]

Several additional studies of workers with potential exposure to metallic nickel were reviewed by the Working Group. Arena et al. (1998) evaluated mortality among workers exposed to "high nickel alloys" in the USA. A recent industrial hygiene analysis indicated that oxidic nickel comprised 85% of the total nickel

exposure of these workers, with the rest being mostly metallic nickel (Sivulka & Seilkop, 2009). Compared to US national rates, lung cancer was significantly elevated among white men (SMR, 1.13; 95%CI: 1.05–1.21), among non-white men the SMR was 1.08 (95%CI: 0.85–1.34), and in women 1.33 (95%CI: 0.98–1.78). [The Working Group noted that the lung cancer SMR for the entire cohort combined was 1.13 (95%CI: 1.06–1.21) based on 955 observed deaths.] The authors also calculated SMRs based on local (SMSA) rates for the separate population subgroups. When calculated for the total cohort, the resulting SMR was [1.01; 95%CI: 0.95–1.08]. [The Working Group noted that it is difficult to interpret the use of local rates when the study population was derived from 13 separate areas located throughout the USA, but the use of rates from urban areas could have overestimated the expected number of deaths from lung cancer. The Working Group noted that the overall SMR for lung cancer in this study compared with the national population was statistically significant, and provides some evidence of an association between exposures in these plants and lung cancer. It appears that the primary exposure was to nickel oxide and thus, the study cannot be used to evaluate the specific carcinogenicity of metallic nickel. Analysis of lung cancer by duration of employment did not indicate a dose–response. The Working Group noted that duration of employment is a poor measure of exposure when exposures are known to have declined over time.]

There have also been a series of studies conducted in the French stainless steel industry that involved co-exposure to several known and potential human lung carcinogens, and the most detailed exposure assessment considered nickel and chromium combined (Moulin et al. 1990, 1993a, b, 1995, 2000).]

The only cohort of workers exposed to metallic nickel in the absence of other nickel compounds (Oak Ridge cohort) included only 814 workers, and provided little statistical power to evaluate

lung cancer risk (Godbold & Tompkins, 1979; Cragle et al., 1984).

Sorahan (2004) updated the mortality rate among employees manufacturing nickel alloys at the plant in Hereford, the United Kingdom. The study showed a significant decrease for 'all causes of death' (SMR, 0.79), for 'all cancer deaths' (SMR, 0.81), and a non-significant decrease for lung cancer (SMR, 0.87; 95%CI: 0.67–1.11).

Pang et al. (1996) evaluated cancer risks among 284 men who were employed for at least 3 months during 1945–75 in a nickel-plating department, and followed through 1993. For lung cancer, the overall SMR was 1.08 (95%CI: 0.54–1.94). For those with > 20 years latency, eight lung cancer deaths were observed versus 6.31 expected [SMR, 1.27; 95%CI: 0.55–2.50].

Several other studies reviewed by Sivulka (2005) had mixed exposure to metallic nickel and other nickel compounds, and provide no evidence on the carcinogenicity of metallic nickel alone. Furthermore, many of the studies cited in the review involved mixed exposures in stainless steel welding and grinding, and manufacturing nickel alloys (Cox et al., 1981; Enterline & Marsh, 1982; references from Tables 5 and 6 of Sivulka, 2005), and therefore were not considered relevant for evaluating the carcinogenicity of nickel and/or nickel compounds.

### 2.1.2 Cancer of the nasal cavity

Increased risks for nasal cancers were found to be associated with exposures during high-temperature oxidation of nickel matte and nickel-copper matte (roasting, sintering, calcining) in cohort studies in Canada, Norway (Kristiansand), and the United Kingdom (Clydach), with exposures in electrolytic refining in a study in Norway, and with exposures during leaching of nickel-copper oxides in acidic solution (copper plant), and extraction of nickel salts from concentrated solution (hydrometallurgy) in the United Kingdom (see Table 2.5 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-05-Table2.5.pdf).

In the Norwegian study, Andersen et al. (1996) demonstrated a dose–response relationship between both cumulative exposure to water-soluble nickel and nickel oxide compounds and the risk of nasal cancer. The SIR (compared to the general population) was the highest in the group of workers with the highest cumulative exposure to soluble nickel compounds combined with insoluble nickel compounds (SIR, 81.7; 95%CI: 45–135; based on 15 cases). For workers with the highest cumulative exposure to nickel oxide, the SIR was 36.6 (95%CI: 19.5–62.5; based on 13 cases) (see Table 2.6 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-05-Table2.6.pdf).

An update of nasal cancer in Finnish refinery workers after 20 years since the first exposure to nickel reported an SIR of 67.1 (95%CI: 12–242.0; based on two cases) (Anttila et al., 1998). An additional nasal cancer was observed 2 years after the follow-up period ended, and a fourth potential nasal cancer (classified as a naso-pharyngeal cancer, 0.04 expected) was reported during the follow-up period. No nasal cancers were observed among the smelter workers who were exposed primarily to nickel matte, nickel subsulfide, nickel sulfides, and other metals.

Easton et al. (1992) attempted to identify the nickel compounds responsible for nasal cancer among 2524 Welsh nickel refinery workers employed for > 5 years before the end of 1969, and followed during 1931–85. As shown in Table 2.7, the risk for nasal cancer was in the range of 73–376 times the expected for those first employed before 1930, based on 67 nasal cancer deaths. A statistical model that fitted to the data on men whose exposures occurred before 1935, and that adjusted for age at first exposure, duration of exposure, and time since first exposure indicated that the soluble nickel effect on nasal cancer risk is the only one significant.

**Table 2.7 Observed and expected deaths from nasal sinus cancer (1931–85) by year of first employment**

| Year first employed | Observed deaths | Expected deaths | SMR | 95% CI |
|---|---|---|---|---|
| < 1920 | 55 | 0.15 | 376 | 276–477 |
| 1920–29 | 12 | 0.17 | 73 | 36–123 |
| 1930–39 | 1 | 0.07 | 14 | 0.4–80 |
| 1940–49 | 0 | 0.06 | – | – |
| > 1950 | 0 | 0.06 | – | – |
| Total | 68 | 0.45 | 151 | 117–192 |

From Easton *et al.* (1992)

Grimsrud & Peto (2006) combined data from the most recent updates of Welsh nickel refinery workers to assess nasal cancer mortality risk by period of initial employment. For those first employed since 1930, an elevated risk was observed for nasal cancer (SMR, 8.70; 95%CI: 1.05–31.41, based on two observed deaths).

In one study of Swedish Ni–Cd battery workers, three nasal cancer cases versus 0.36 expected were observed (SIR, 8.32; 95%CI: 1.72–24.30) (Järup *et al.*, 1998). Two of these cases occurred among workers exposed to greater than 2 mg/m$^3$ nickel (SIR, 10.8; 95%CI: 1.31–39.0).

### 2.1.3 Other cancer sites

Other than for lung cancer and nasal sinus cancer, there is currently no consistency in the epidemiological data to suggest that nickel compounds cause cancer at other sites.

The results of several studies of workers exposed to nickel compounds showed a statistically elevated risk of a site-specific cancer in addition to lung and nasal cancer. A study of sinter plant workers in Canada showed a significantly elevated risk of cancer of the buccal cavity and pharynx (IARC, 1990). In a study in the Norwegian nickel-refining industry, a significant excess of laryngeal cancer was observed among roasting and smelter workers (Magnus *et al.*, 1982).

Stomach cancer was significantly elevated among men employed in a nickel- and chromium-plating factory in the United Kingdom (Burges, 1980). A study of men employed in a nickel-plating department (Pang *et al.*, 1996) showed a significant elevation in stomach cancer. Another study (Anttila *et al.*, 1998) demonstrated a significant excess of stomach cancer among nickel refinery workers.

A study of workers producing alloys with a high nickel content (Arena *et al.*, 1998) demonstrated a significant excess of colon cancer among 'non-white males' (relative risk, 1.92; 95%CI: 1.28–2.76), and a 2-fold risk of kidney cancer among white males employed in 'melting.' However, the excess risk was not associated with length of employment or time since first employment. [The Working Group noted that specific data was not provided in the article.]

A meta-analysis (Ojajärvi *et al.*, 2000) reported a significantly elevated risk for pancreatic cancer that upon further evaluation actually indicated no elevation in risk (Seilkop, 2002).

A population-based case–control study (Horn-Ross *et al.*, 1997) based on self-reported occupational exposure, showed a dose–response relationship between cumulative exposure to nickel compounds/alloys and salivary gland cancer. [The Working Group noted that the author corrected the direction of signs in Table 2 of her report in a subsequent erratum.]

IARC MONOGRAPHS – 100C

## 2.2 Synthesis

The Working Group evaluated a large body of evidence and concluded that there is an elevated risk of lung and nasal sinus cancer among nickel refinery workers (IARC, 1990; Andersen et al., 1996; Anttila et al., 1998; Grimsrud & Peto, 2006), and an elevation in lung cancer risk among nickel smelter workers (IARC, 1990; Anttila et al., 1998).

Epidemiological studies have provided evidence for lung cancer related to specific nickel compounds or classes of compounds (based, for example, on water solubility). Evidence for elevated risk of lung cancer in humans was demonstrated specifically for nickel chloride (Grimsrud et al., 2003), nickel sulfate, water-soluble nickel compounds in general (Andersen et al., 1996; Grimsrud et al., 2002, 2003; Grimsrud et al., 2005), insoluble nickel compounds, nickel oxides (Andersen et al., 1996; Anttila et al., 1998; Grimsrud et al., 2003), nickel sulfides (Grimsrud et al., 2002), and mostly insoluble nickel compounds (Andersen et al., 1996).

A study that modelled risks of various nickel compounds and lung cancer risk identified both water-soluble nickel and metallic nickel as contributing to risk (Easton et al., 1992). The largest study addressing worker exposure to metallic nickel (in combination with nickel oxide) showed a small but significant elevation in lung cancer risk (Arena et al., 1998).

Other studies specifically addressing nickel metal exposures were uninformative and did not allow any judgment as to whether such exposures should be considered different with regard to cancer risk. It was not possible to entirely separate various nickel compounds in dose–response analyses for specific nickel compounds. In one analysis, an additional adjustment for water-soluble nickel compounds on risk of lung cancer indicated little association with cumulative exposure to sulfidic, oxidic or metallic nickel. One study of Ni–Cd battery workers exposed to nickel hydroxide and cadmium oxide demonstrated a significant risk of cancer of the nose and nasal sinuses.

On the basis of the Norwegian studies of refinery workers, the evidence is strongest for water-soluble nickel compounds and risk for lung cancer. The confidence of the Working Group in the above findings was reinforced by the availability of information on cigarette smoking for 89% of the Norwegian cohort, and the adjustments made for potential confounding exposures.

# 3. Cancer in Experimental Animals

Nickel and nickel compounds have been tested for carcinogenicity by intramuscular injection to rats, mice, and rabbits; by repository injections at multiple sites in hamsters, rabbits and mice; by intraperitoneal administration to rats and mice; and by intratracheal instillation, intrapleural, intrarenal, intraocular, inhalation, and subcutaneous exposure to rats.

Particularly relevant studies reviewed in the previous *IARC Monograph* (IARC, 1990) were reconsidered in this evaluation, and summarized in the text.

## 3.1 Oral administration

### 3.1.1 Nickel sulfide

In a 2-year multiple dose study, oral nickel sulfate hexahydrate given to male and female rats did not result in carcinogenesis (Heim et al., 2007).

### 3.1.2 Nickel chloride

Nickel chloride was tested for carcinogenicity by oral administration in female hairless mice (CRL: SK1-hrBR). Mice were exposed to ultra-violet radiation (UVR) alone, nickel chloride alone (given in the drinking-water) and UVR + various concentrations of nickel chloride. Nickel

**Table 3.1 Studies of cancer in experimental animals exposed to nickel compounds (oral exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (M, F) 104 wk Heim et al. (2007) | Nickel sulfate hexahydrate 0, 10, 30, 50 mg/kg/d (gavage),[a] 60/group/sex | Keratoacanthoma (tail): M–low dose 15% (numbers not provided) | $P < 0.001$ | Age at start, 6 wk 99.9% pure Exposure-related decreased bw in males and females (2 highest dose groups) Exposure-related increased mortality ($P_{trend} < 0.008$) in high dose females but not males |
| Mouse, CRL: Sk1-hrBR (F) 224 d Uddin et al. (2007) | Nickel chloride in drinking-water at 3 wk of age 3 wk later UV treatment (1.0 kJ/m²) 3 d/wk for 26 wk Groups, number of animals Group 1: Controls, 5 Group 2: UV only, 10 Group 3: 500 ppm, 10 Group 4: UV + 20 ppm, 10 Group 5: UV + 100 ppm, 10 Group 6: UV + 500 ppm, 10 5–10/group | Skin (tumours): Number of tumours/ mice at 29 wk Group 1: 0 Group 2: 1.7 ± 0.4 Group 3: 0 Group 4: 2.8 ± 0.9 Group 5: 5.6 ± 0.7 Group 6: 4.2 ± 1.0 | Group 5 vs Group2 $P < 0.05$ Group 6 vs Group 2 $P < 0.05$ | Age at start, 3 wk Nickel had no effect on growth of the mice Nickel levels in skin increased with dose |

[a] vehicle not stated
d, day or days; F, female; M, male; UVR, ultraviolet radiation; vs, versus; wk, week or weeks

chloride alone did not cause skin tumours by itself, but when combined with UVR, it increased the UVR-induced skin tumour incidence (Uddin et al., 2007).

See Table 3.1.

## 3.2 Inhalation exposure

### 3.2.1 Nickel sulfate hexahydrate

Nickel sulfate hexahydrate was not shown to be carcinogenic in male or female rats or male or female mice when given by inhalation in a 2-year bioassay study (Dunnick et al., 1995; NTP, 1996a). Analysis of lung burden showed that nickel was cleared from the lungs (Dunnick et al., 1995).

### 3.2.2 Nickel subsulfide

Nickel subsulfide induced lung tumours in rats exposed by inhalation (Ottolenghi et al., 1975).

Inhalation of nickel subsulfide increased the incidence of aveolar/bronchiolar adenomas and carcinomas in male F344 rats, and increased combined lung tumours in females (Dunnick et al., 1995; NTP, 1996b). Nickel subsulfide also increased the incidence of adrenal pheochromocytomas (benign or malignant) in male and female rats, malignant pheochromocytomas were increased in male rats. Significant dose-related trends were observed for both lung and adrenal tumours in both sexes.

### 3.2.3 Nickel oxide

The carcinogenicity of nickel oxide was investigated in 2-year inhalation studies in F344 male and female rats, and B6C3F$_1$ male and female mice. Nickel oxide induced tumours of the lung (aveolar bronchiolar adenomas or carcinomas), and adrenal medulla (malignant and benign pheochromocytoma) in both sexes of rats. Nickel oxide also increased the incidence of lung tumours in low-dose females but not in male mice (NTP, 1996c).

### 3.2.4 Metallic nickel

Inhaled metallic nickel increased the incidence of adrenal pheochromocytomas (benign, malignant, and benign and malignant combined) in male rats and adrenal cortex tumours in female rats (Oller et al., 2008). Dose-related responses were observed for both types of adrenal tumours. No significant increases in lung tumours occurred. Elevated blood levels of nickel indicated that metallic nickel was bioavailable systematically after inhalation (Oller et al., 2008).

### 3.2.5 Other forms of nickel

Nickel carbonyl induced lung carcinomas after inhalation exposure (Sunderman et al., 1957, 1959).

See Table 3.2.

## 3.3 Parenteral administration

### 3.3.1 Nickel subsulfide

#### (a) Mouse

Nickel subsulfide induced local sarcomas after repository injections at multiple sites in numerous studies in mice (IARC, 1990).

No increase in lung tumour incidence was observed in male strain A/J mice, 20 or 45 weeks after exposure to various treatment regimens of nickel subsulfide (McNeill et al., 1990). In another study, nickel subsulfide induced injection-site tumours in all three strains of mice, with the order of susceptibility to tumour formation being C3H, B6C3F$_1$, and C57BL6 (Rodriguez et al., 1996). Waalkes et al. (2004, 2005) studied the carcinogenic response to nickel subsulfide in MT-transgenic and MT-null mice. Intramuscular administration of nickel subsulfide increased the incidence of injections-site tumours (primarily fibrosarcoma) in MT-transgenic and concordant wild-type mice, and lung tumours in MT-transgenic mice (Waalkes et al., 2004). In MT-null mice and concordant wild-type mice, intramuscular injection of nickel sulfide induced fibrosarcomas as well (Waalkes et al., 2005). MT-expression, either overexpression (MT-transgenic mice) or no expression (MT-null), did not significantly affect the carcinogenic response to nickel.

#### (b) Rat

Nickel subsulfide induced lung tumours in rats exposed by intratracheal instillation (Pott et al., 1987). Intrarenal injection resulted in dose-related increases in renal cell tumours, and intraocular injection resulted in eye tumours in rats (Jasmin & Riopelle, 1976; Sunderman et al., 1979; Albert et al., 1980; Sunderman, 1983). Implantation of nickel subsulfide pellets into rat heterotropic tracheal transplant caused carcinomas and sarcomas (Yarita & Nettesheim, 1978). Local tumours were also observed in rats tested by intramuscular and intrarenal injection with nickel disulfide or nickel monosulfide (crystalline but not amorphous form), and in rats tested by intramuscular injection with nickel ferrosulfide matte (Sunderman, 1984; Sunderman et al., 1984).

When administered by intrarenal injection to F344 male rats, nickel subsulfide induced renal sarcomas (Kasprzak et al., 1994), which showed metastases to the lung, liver, and spleen. Injection site tumours (rhabdomyosarcoma,

Nickel and nickel compounds

**Table 3.2 Studies of cancer in experimental animals exposed to nickel compounds or nickel powder (inhalation exposure)**

| Species, strain (sex) / Duration / Reference | Dosing regimen / Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel sulfate hexahydrate** | | | | |
| Rat, F344 (M, F) 104 wk Dunnick et al. (1995), NTP (1996a) | 0, 0.125, 0.25, 0.5 mg/m³ (equivalent to 0, 0.03, 0.06, 0.11 mg nickel/m³) for 6 h/d, 5 d/wk 63–65/group/sex | Lung (alveolar/bronchiolar adenomas or carcinomas or squamous cell carcinomas): M–2/54 (12.5%), 0/53 (0.0%), 1/53 (4.0%), 3/53 (11.8%) F[b]–0/52, 0/53, 0/53, 1/54 (2%) Adrenal medulla (pheochromocytomas, benign or malignant)[c]: M–16/54 (61.2%), 19/53 (66%), 13/53 (50.7%), 12/53 (47.4%) F–/52 (6.6%), 4/52 (19.7%), 3/52 (9.2%), 3/54 (10.3%) | | Age at start, 6 wk 22.3% Nickel No treatment-related effects on survival. Mean bw of high-dose females were slightly lower than controls. Nickel lung burden values increased with increasing exposure (at 15 mo, 0.15–1.7 µg Ni/g lung) |
| Mouse, B6C3F₁ (M, F) 104 wk Dunnick et al. (1995), NTP (1996a) | 0, 0.25, 0.5, 1.0 mg/m³ (equivalent to 0, 0.06, 0.11, 0.22 mg nickel/m³) 6 h/d, 5 d/wk 63–65/group/sex | Lung (alveolar/bronchiolar adenomas or carcinomas): M–13/61 (43.6%), 18/61 (64.5%), 7/62 (21.2%), 8/61 (26.2%) F–7/61 (19.3%), 6/60 (13.9%), 10/60 (21.1%), 2/60 (4.3%) | | Age at start, 6 wk 22.3% Nickel No treatment-related effects on survival. Bw of high-dose males and all exposed female groups were decreased Nickel lung burden (µg Ni/g lung) below limit of detection at 7 and 15 mo interim evaluations |
| **Nickel subsulfide** | | | | |
| Rat, F344 (M, F) 104 wk Dunnick et al. (1995), NTP (1996b) | 0, 0.15, 1 mg/m³ (equivalent to 0, 0.11, 0.73 mg nickel/m³) 6 h/d, 5 d/wk 63/group/sex | Lung (alveolar/bronchiolar adenomas or carcinomas or squamous cell carcinomas): M–0/53 (0), 6/53 (19.7%), 11/53 (48.1%) F–2/53 (8.0%), [a]6/53 (20.0%), 9/53 (27.2%) Adrenal medulla (pheochromocytomas, benign or malignant): | M: mid dose $P < 0.05$, high dose $P \leq 0.01$, $P_{trend} < 0.01$ F: mid dose $P \leq 0.05$ vs historical control, high dose $P < 0.05$, $P_{trend} < 0.05$ | Age at start, 6 wk 73.3% Nickel No treatment-related effects on survival. Bw in high-dose groups Nickel lung burden increased with increasing exposure but reached steady-state by 15 mo (4–7 µg Ni/g lung). Lung carcinomas also were significantly increased in high-dose males |

IARC MONOGRAPHS – 100C

**Table 3.2 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (M, F) 104 wk Dunnick et al. (1995), NTP (1996b) (contd.) | | M—14/53 (55.4%), 30/53 (84.6%), 42/53 (100.0%) F—3/53 (10.4%), 7/53 (24.4%), 36/53 (85.5%) | M: mid dose $P < 0.01$, high dose $< 0.001$, $P_{trend} < 0.001$ F: high dose, $P < 0.001$ $P_{trend} < 0.001$ | |
| Mouse, B6C3F₁ (M, F) 104 wk Dunnick et al. (1995), NTP 1996b | 0, 0.6, 1.2 mg/m³ (equivalent to 0, 0.44, 0.9 mg nickel/m³) 6 h/d, 5 d/wk 63/group | Lung (alveolar/bronchiolar adenomas or carcinomas): M—13/61 (40.7%), 5/59 (18.5%), 6/58 (21.4%) F—9/58 (24.1%), 2/59 (4.8%), 3/60 (7.9%) | $P = 0.038N^b$ mid dose vs control $P = 0.028N^b$ mid dose vs control $P = 0.050N^b$ high dose vs control | Age at start, 6 wk 73.3% Nickel No treatment-related effects on survival. Mean bw lower in exposed groups than control group. Nickel lung burden increased with exposure concentration and with time (at 15 mo, 12–26 µg Ni/g lung) |

**Table 3.2 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (M, F) 78–80 wk + held 30 wk Ottolenghi et al. (1975) | Nickel subsulfide with or without 1 mo pre-exposure to the airborne system (clean air or nickel sulfide dust 0.97 ± 0.18 mg/m³ for 5 d/ wk), followed by injection of hexachlorotetrafluorobutane to half the animals, thereafter the inhalation exposure was continued for all animals 16 exposure groups (8 groups/ sex) | Lung (adenomas, adenocarcinomas, squamous cell carcinomas, fibrosarcomas): NiS–17 (M), 12 (F) Controls–1 (M), 1 (F) Adrenal gland (hyperplasias and pheochromocytomas): NiS–12% Controls–1.1% | M, F: $P < 0.01$ $P < 0.01$ | Pre-exposure: animals assigned airborne system for 1 mo No pre-exposure: animals housed in normal conditions for 1 mo Inj. = intravenous injection with pulmonary infraction agent Treatment-related decreased survival and decreased bw in males and females starting at 26 wk Inflammatory response – pneumonitis, bronchitis and emphysema Hyperplasias and squamous metaplasic changes in bronchial and broncholo-alveolar regions Infraction had no effect on carcinogenicity |
|  | Pre-exposure Inj. Controls: 29 (M), 28 (F) Inj. NiS: 29 (M), 28 (F) No Inj. Controls: 28 (M), 30 (F) No Inj. NiS: 22 (M), 26 (F) No Pre-exposure Inj. Controls: 32 (M), 32 (F) Inj. NiS: 24 (M), 32 (F) No Inj. Controls: 31 (M), 31 (F) No Inj. NiS: 32 (M), 26 (F) |  |  |  |

IARC MONOGRAPHS – 100C

**Table 3.2 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel oxide** | | | | |
| Rat, F344 (M, F) 104 wk Dunnick *et al.* (1995), NTP (1996c) | 0, 0.62, 1.25, 2.5 mg/m³ (equivalent to 0, 0.5, 1.0, 2.0 mg nickel/ m³) 6 h/d, 5 d/wk 65/group/sex | Lung (aveolar/bronchiolar adenomas or carcinomas, or squamous cell carcinomas): M– 1/54 (7.1%), 1/53 (2.6%), 6/53 (27.7%), 4/52 (23.7%) F–1/53 (4.8%), 0/53¹ (0.0%), 6/53 (24.7%), 5/54 (19%) Adrenal medulla (pheochromocytomas, benign or malignant): M–27/54 (81.8%), 24/53 (69.3%), 27/53 (83.6%), 35/542 (97.0%) F²–4/51 (15.1%), 7/52 (21.1%), 6/53 (22.0%), 18/54 (56.5%) | M, F: mid dose & high dose, $P \leq 0.05$ vs high dose M: high dose, $P = 0.027$, $P_{trend} = 0.008$ F: high dose, $P = 0.01$, $P_{trend} < 0.001$ | Age at start, 6 wk 76.6% Nickel No treatment-related effects on survival or bw Nickel lung burden increased with exposure and with time (at 15 mo, 262–1116 µg Ni/lung) If the squamous cell carcinomas (lung tumours) are not included, then the mid dose and high dose are significant vs the current controls Significantly increased incidence of malignant pheochromocytomas in high-dose males |
| Mouse, B6C3F₁ (M, F) 104 wk Dunnick *et al.* (1995), NTP (1996b) | 0, 1.25, 2.5, 5.0 mg/m³ (equivalent to 0, 1.0, 2.0, 3.9 mg nickel/m³) 6 h/d, 5 d/wk =80/group/sex | Lung (aveolar/bronchiolar adenomas or carcinomas): M–9/57 (36.3%), 14/67 (41.4%), 15/66 (43.6%), 14/69 (39.7%) F–6/64 (13.8%), 15/66 (30.8%), 12/63 (25.7%), 8/64 (17.4%) | F: low dose, $P \leq 0.01$ | Age at start, 6 wk; 76.6% Nickel No treatment-related effects on survival or bw Nickel lung burden increased with exposure and with time (at 15 mo, 331–2258 µg Ni/lung) |

Nickel and nickel compounds

**Table 3.2 (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel metal powder** | | | | |
| Rat, Wistar Crl:Wi (GlXBRl/Han) (M, F) 12–30 mo Oller et al. (2008) | 0, 0.1, 0.4, 1 mg/m³ for 6 h/d, 5 d/wk, exposure time, additional hold time– Group 1: 0, 24 mo, 6 mo Group 2: 0.1, 24 mo, 6 mo Group 3, F: 0.4, 19 mo, 11 mo Group 3, M: 0.4, 24 mo, 6 mo Group 4, F: 1.0, ~14 mo, 0 mo Group 4, M: 1.0, ~12 mo, 0 mo 50/group | Groups 1, 2, 3 Adrenal gland (pheochromocytomas, benign or malignant): M–0/50, 5/50 (10%), 21/50 (42%) F–0/50, 5/49 (10%), 3/53 (6%) Adrenal cortex (adenomas or carcinomas): M–1/50 (2%), 3/50 (6%), 2/50 (4%) F–2/50 (4%), 2/49 (4%), 7/54 (13%) | M: 0.4 mg/m³ Significant increase for benign, malignant, benign combined, significant dose-related response[e] F: 0.4 mg/m³ Significant increase for combined (adenoma and carcinoma) and significant dose-related response[f] | Age at start, 6 wk 99.9% pure Exposure-related mortality was observed in the high-dose group (Group 4 M, F; these animals were removed from the main study), and in Group 3 F (animals from satellite study reassigned to main study). Exposure-related bw effects were observed in Groups 2 (M), 3 (F &M), and 4 (F &M). Exposure-related lung toxicity was observed. Nickel lung burden (µg Ni/lung) increased with exposure and with time (appeared to reach steady-state at 12 mo)[g]. Increases in adrenal tumours were within published (external) historical controls for Wistar rats |

[a] Includes 1 squamous cell carcinoma
[b] Only alveolar bronchiolar adenomas observed in female rats; adjusted rate not reported
[c] Adjusted rates not provided
[d] Dunnick reported 1 tumour and NTP technical report reported 0
[e] Only benign tumours observed.
[f] P-value not reported calculated by Peto
[g] Data not available for all time points
[h] A negative trend or a lower incidence in an exposure group is indicated by N
bw, body weight; d, day or days; h, hour or hours; F, female; M male; mo, month or months; Ni, nickel; NR, not reported; vs, versus; wk, week or weeks

fibromas, malignant fibrous histiocytomas or leiomyosarcomas) were observed in male or female F344 rats administered nickel subsulfide intramuscularly (Ohmori et al., 1990; Kasprzak & Ward, 1991), and intra-articularly (Ohmori et al., 1990). One study found that in female rats subjected to bone fractures and treated intramuscularly or intra-articularly had a shorter time to sarcoma formation, reduced survival time, and higher metastatic rate than rats treated with nickel alone (Ohmori et al., 1990). Ohmori et al. (1999) studied strain susceptibility in male and female Wistar rats, and one strain (CRW) was found to be more sensitive to intramuscular injection of nickel.

*(c) Hamster*

Nickel subsulfide induced local sarcomas after repository injections at multiple sites in numerous studies in hamsters (IARC, 1990).

*(d) Rabbit*

Nickel subsulfide induced local sarcomas after repository injections at multiple sites in numerous studies rabbits (IARC, 1990).

### 3.3.2 Nickel oxide and hydroxide

Nickel oxide induced lung tumours in rats by intratracheal instillation (Pott et al., 1987), local sarcomas in mice by intramuscular injection (Gilman, 1962), and rats by intramuscular, intrapleural, and intraperitoneal injection (Gilman, 1962; Sunderman & McCully, 1983; Skaug et al., 1985; Pott et al., 1987). Nickel hydroxide induced local sarcomas in rats when tested by intramuscular injection (Gilman, 1966; Kasprzak et al., 1983).

Sunderman et al. (1990) tested the carcinogenicity of five nickel oxides or nickel-copper oxides in male Fisher 344 rats. The three oxides that induced sarcomas at the injection sites had measurable dissolution rates in body fluids, and were strongly positive in an erythrocytosis stimulation assay, demonstrating nickel bioavailability.

### 3.3.3 Nickel acetate

*(a) Mouse*

Nickel acetate when administered by intraperitoneal injection induced lung adenocarcinomas and pulmonary adenomas in Strain A mice (Stoner et al., 1976; Poirier et al., 1984).

*(b) Rat*

Nickel acetate induced malignant tumours in the peritoneal cavity when administered by intraperitoneal injection in rats (Pott et al., 1989, 1990).

A single intraperitoneal injection of nickel acetate initiated renal epithelial tumours (including carcinoma) after promotion using sodium barbital in the drinking-water in male rats (Kasprzak et al., 1990).

See Table 3.3.

### 3.3.4 Metallic nickel

Intratracheal administration of metallic nickel powder caused lung tumours in rats (Pott et al., 1987). Metallic nickel also caused local tumours in rats when administered by injection (intrapleural, subcutaneous, intramuscular, and intraperitoneal) (Hueper, 1952, 1955; Mitchell et al., 1960; Heath & Daniel, 1964; Furst & Schlauder, 1971; Berry et al., 1984; Sunderman, 1984; Judde et al., 1987; Pott et al., 1987, 1990).

### 3.3.5 Nickel sulfate

Nickel sulfate induced malignant tumours in the peritoneal cavity when administered by intraperitoneal injection in rats (Pott et al., 1989, 1990).

**Table 3.3 Studies of cancer in experimental animals exposed to nickel compounds (parenteral administration and intratracheal instillation)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel subsulfide** | | | | |
| Mouse, Strain A (M) 45 wk McNeill et al. (1990) | i.t. and i.p. 0, 0.53, 0.160 mg/kg bw 3 dosing regimens for 15 wk 1/wk (15 treatments), 1 every 2 wk (8 treatments), 1 every 3 wk (5 treatments); 3 doses per regimen; 30/group 10 mice sacrificed after 20 wk | Lung (adenomas at 45 wk[c]): i.t.– Number of treatments: dose 5: 68%, 63%, 58% 8: 64%, 54%, 61% 15: 47%, 47%, 56% i.p.– 5: 68%, 63%, 53% 8: 58%, 53%, 63% 15: 63%, 47%, 50% | | Age at start, 8–10 wk Nickel subsulfide ~1.8 μm mass medium diameter 73% Nickel and 26.3% sulfur (weight) Urethane (positive control) significantly increased tumour incidence i.p., i.t., after 20 wk, and i.t. at 45 wk, average. number of adenoma/mouse increased i.p. and i.t. at both time points No treatment effects on bw |
| Mouse, C57BL/6, B6C3F₁, C₃H/He (M) 78 wk Rodriguez et al. (1996) | i.m. (thigh) 0, 0.5, 1.0, 2.5, 5.0, 10 mg/site (single injection) 30/group | Injection site (rhabdomyosarcomas, fibrosarcomas, and other e.g. liposarcomas, haemangiosarcomas): C3He 0/30, 5/30 (16.6%), 10/30 (33.3%), 20/27 (74.1%), 28/29, (96.6%) 14/14 (100%) B6C3F₁ 0/30, 2/29 (6.9%), 8/30 (26.7%), 15/30 (50.0%), 16/20 (80%), 5/6 (83.3%) C57BL 0/24, 1/27 (3.7%), 4/28 (14.3%), 6/21 (28.6%), 6/15(40%), 0/2 | [P = 0.052, 0.5 mg; P < 0.001 for other doses][a] [P < 0.01, 1.0 mg. P <0.001, 2.5, 5.0, 10 mg][a] [P < 0.01, 2.5, 5 mg][a] | Age at start, 6–8 wk; weight, 23–29 g High dose was lethal within 1 wk to over 50% of all 3 strains; susceptibility was C57BL > B6C3F1 > C3H Treatment-related decrease in bw was observed for C3H and B6C3F₁ at 2 highest doses. Tumours of the liver, lung adenomas and leukaemias were also observed, but were not increased in exposed groups compared to controls Susceptibility to tumours C3H > B6C3F₁ > C57BL |

IARC MONOGRAPHS – 100C

**Table 3.3 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, MT transgenic and wild-type (M) 104 wk Waalkes *et al.* (2004) | i.m. (both thighs) 0, 0.5, 1 mg/site (single injection) 25/group | Injection site (primarily fibrosarcomas, but also included fibromas and lymphosarcomas): WT–0/24, 5/25 (20%), 10/25 (40%) MT–Tg–0/25, 7/25 (28%), 7/24 (29%) Lung (adenomas or adenocarcinomas): WT–6/24 (25%), 5/25 (20%), 9/25 (36%) MT–Tg–0/25, 3/25 (12%), 4/24 (17%) | WT: $P < 0.05$, mid-and low dose, $P_{trend} < 0.0001$ MT–Tg: $P < 0.05$, mid-and low dose, $P_{trend} = 0.0081$ trend MT–Tg: $P = 0.0502$ high dose $P_{trend} = 0.046$ | Age at start, 12 wk 99.9% pure, 30 μm particles Average survival time less in MT–Tg mice than controls. Treatment-related decrease in survival in WT but not MT–Tg mice. No effect on bw No differences in injection-site tumour incidence or latency between MT–Tg and WT mice MT–transgenic controls had significantly lower incidence of lung tumours than WT controls. |
| Mouse, MT-null (double knockout) and wild-type (M) 104 wk Waalkes *et al.* (2005) | i.m. (both thighs) 0, 0.5, 1 mg/site (single injection) 25/group | Injection site (primarily fibrosarcomas, but also included fibromas): WT–0/24, 8/25(32.0%), 18/25 (72.0%) MT–null–0/24, 11/24 (45.8%), 15/23 (62.5%) Lung (adenomas or adenocarcinomas): WT–7/24 (29.2%), 12/25 (48.0%), 11/25 (44.0%) MT–null–10/24 (41.7%), 13/24 (54.2%), 4/23 (16.7%) | $P < 0.05$ low and high dose $P < 0.05$ low and high dose | Age at start, 12 wk 99.9% pure, < 30 μm particles No difference in survival between control MT–null mice and control WT mice. Nickel treatment reduced survival at later time points corresponding to the appearance of sarcomas. Nickel treatment reduced bw in high-and mid dose MT–null and high-dose WT mice |

## Table 3.3 (continued)

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, MT-null (double knockout) and wild-type (M) 104 wk Waalkes et al. (2005) (contd.) | | Lung (adenocarcinomas): WT–1/24 (4.2%), 10/25 (40.0%), 3/25 (12.0%) MT-null–3/24 (12.5%), 3/24 (12.5%), 4/23 (17.4%) Lung (adenomas): WT–6/24 (25%), 2/25 (8.0%), 8/25 (32.0%) MT-null–7/24 (29.2%), 10/24 (41.7%), 0/23 | WT: P < 0.05 low dose MT-null: P < 0.05 control vs high dose | |
| Rat, F344/NCr (M) 109 wk Kasprzak et al. (1994) | i.r. (2 injections) $Ni_3S_2$ – 5 mg, MgCarb –6.2 mg, $Fe^0$–3.4 mg Groups: treatment, number of animals Group 1: $Ni_3S_2$, 40 Group 2: $Ni_3S_2$ + MgCarb, 20 Group 3: MgCarb, 20 Group 4: $Ni_3S_2$ + $Fe^0$, 20 Group 5: $Fe^0$, 20 Group 6: vehicle, 20 20–40/group | Kidney (malignant tumours of mesenchymal cell origin) at 104 wk: Group 1: 25/40 (63%) Group 2: 4/20 (20%) Group 3: 0/20 Group 4: 12/20 (60%) Group 5: 0/20 Group 6: 0/20 | Group 2 vs Group 1 [P < 0.01][a] | $Ni_3S_2 < 10\mu m$ No effect on bw or survival (from causes other than kidney tumours) MgCarb also delayed onset of tumours (besides decreasing the incidence), and Fe decreased time until first tumour Metastases to lung, liver, spleen and other kidney |

IARC MONOGRAPHS – 100C

**Table 3.3 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344/NCr (M) 109 wk Kasprzak & Ward (1991) | i.m. and s.c (single injection) $Ni_3S_2$ – 2.5 mg, MB – 0.5 mg, CORT–1.0 mg, IND –1.0 mg. Groups: i.m., s.c., number of animals Group 1: $Ni_3S_2$, none, 20 Group 2: MB, none, 20 Group 3: $Ni_3S_2$ + MB, none, 20 Group 4: CORT, none, 20 Group 5: $Ni_3S_2$ + CORT, none, 20 Group 6: IND, none, 20 Group 7: $Ni_3S_2$ + IND, none, 20 Group 8: water, none, 20 Group 9: $Ni_3S_2$, MB, 20 Group 10: $Ni_3S_2$, IND, 20 20/group | Injection-site tumours (rhabdomosarcomas, fibrosarcomas, histiolytic sarcomas): 36 wks; 71 wk  Group 1: 10/20 (50%); 17/20 (85%) Group 2: 0/20; 0/20 Group 3:0/20; 1/20 (5%) Group 4: 0/20; 0/20 Group 5: 9/20 (45%); 17/20 (85%) Group 6: 0/20; 0/20 Group 7: 6/20 (30%); 16/20 (80%) Group 8: 0/20; 0/20 Group 9: 18/20 (90%); 20/20 (100%) Group 10: 13/20 (65%); 19/20 (95%) | [Groups 2, 3, 4, 6 or 8 vs Group 1, 36 & 71 wk, $P < 0.01$; Group 9 vs Group 1, 36 wk, $P < 0.05$][a] | Age at start, 8 wk $Ni_3S_2 < 10\mu m$ No effect on bw Metastases to the lung MB given away from the injection site (s.c.) decreased tumour latency induced by $Ni_3S_2$ |

202

## Table 3.3 (continued)

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| Rat, F344 (F) 1 yr Ohmori et al. (1990) | $Ni_3S_2$–10 mg Groups, treatment, number of animals Group 1: fracture bone, 10 mg/fracture, 20 Group 2: 10 mg i.m right thigh, 20 Group 3: 10 mg i.a. right knee joint, 20 Group 4: control (CM), 3 fractured bone, 3 i.m., 2 i.a. 20/group | Injection site (malignant fibrous histiocytomas, rhabdomyosarcomas, fibrosarcomas, leiomyosarcomas): Group 1: 17/20 (85%) Group 2: 20/20 (100%) Group 3: 16/20 (80%) Group 4: 0/7 (0%) Metastasis (lymph node, lung): Group 1: 16/17 (94.1), 9/17 (52.9) Group 2: 5/20 (25.0%), 3/20 (15.0%) Group 3: 3/16 (18.8%), 2/16 (12.5%) Group 4: 0/7, 0/7 | $P < 0.05$, Group 1 vs Group 2 or Group 3 | Age at start, 10 wk $Ni_3S_2$ medium particle diameter < 2µm Vehicle, CM Tumour-induction time and survival time shorter in Group 1 than Groups 2 or 3. No osteogenic sarcoma developed in bone-fracture group |
| Rat, Wistar (M, F) 70 wk Ohmori et al. (1999) | $Ni_3S_2$–10 mg i.m. (single injection) Groups, strain, treatment, number of animals Group 1: SHR–10 mg; 15F, 15M Group 2: CWR–10 mg; 15F, 16M Group 3: SHR–0 mg; 6F, 6M Group 4: CWR–0 mg 7F, 7M 6–15/group | Sarcomas (rhabdomyosarcomas, leiomyosarcomas, fibrosarcomas and malignant fibrous histiocytomas): Groups F: M: Total Group 1: 2/15 (13.3%); 5/15 (33.3%); 7/30 (23.3%) Group 2: 8/15 (53.3%), 13/16 (81.4%); 21/31 (67.7%) Group 3: 0/6, 0/6 Group 4: 0/7, 0/7 | Total: Group 1 vs Group 2, $P < 0.005$ | Age, 10 wk $Ni_3S_2$ medium particle diameter < 2µm Vehicle, CM Tumour incidence, progression (as shown by tumour size and metastasis) was significantly lower in SHR rats (M, F combined) than in CWR rats Metastases observed in the lung and lymph node |

IARC MONOGRAPHS – 100C

**Table 3.3 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel oxide** | | | | |
| Rat, F344 (M) 104 wk Sunderman et al. (1990) | i.m. (hind limb) single injection Group: Ni by wt.; other elements V: vehicle control (glycerol) A: 0.81% Ni (III); none B: 0.05% Ni (III); none F: < 0.03% Ni (III); none H: 21% Cu, 2% Fe, 1.1% Co, 1% S, 0.5% $Ni_3S_2$ I: 13% Cu, 1.2% Fe, 1.0 Co, 0.3% S, 1.0% $Ni_3S_2$ (positive control) 20 mg Ni/rat 15/group | Injection site (rhabdomyosarcomas, fibrosarcomas, malignant fibrous histiocytomas, leiomyosarcomas, undifferentiated): V, 0/15; A, 6/15 (40.0%); B, 0/15; F, 0/15; H, 13/15 (86.7%); I, 15/15 (100%) Positive control, $Ni_3S_2$ 15/15(100%) **Metastases** V: 0; A: 3; B: 0; F: 0; H: 4; I: 4 $Ni_3S_2$: 12 **Other primary tumours** V: 0; A: 0; B: 3; F: 0; H: 0; I: 3 $Ni_3S_2$: 0 | $P < 0.01$ A; $P < 0.001$ H, I, $Ni_3S_2$ | Age at start, ~2 mo 5 NiO compounds – all compounds had 52–79% Nickel (total), and 22–24% O. Nickel could not be determined in Groups H and I because of the presence of sulfur Groups A, H, and I all had measurable dissolution rates in body fluids and were strongly positive in an erythrocytosis-stimulation assay Compounds B and F were insoluble in body fluids, did not stimulate erythrocytosis and had little Ni (III), Cu Fe, Co, or S |
| Rat, Wistar (F) Life span Pott et al. (1987) | (mg × wk) number of animals NiO 50 mg (10 × 5); 34 150 mg (10 × 15); 37 $Ni_3S_2$ 0.94 mg (15 × 0.063); 47 1.88 mg (15 × 0.125); 45 3.75 mg (15 × 0.25); 47 Nickel powder 6 mg (20 × 0.3); 32 9 mg (10 × 0.9); 32 32–47/group | Lung (adenomas, adenocarcinomas, squamous cell carcinomas): % tumours for each dose NiO–27%, 31.6% $Ni_3S_2$–15%, 28.9% Nickel powder–25.6%, 25% Saline, 0% | | Age at start, 11 wk NiO, 99.9% pure |

**Table 3.3 (continued)**

| Species, strain (sex) Duration Reference | Route Dosing regimen Animals/group at start | Incidence of tumours | Significance | Comments |
|---|---|---|---|---|
| **Nickel acetate** | | | | |
| Rat, F344/NCr (M) 101 wk Kasprzak et al. (1990) | NiAcet ~90 µmol/kg bw single i.p. injection NaBB–50 ppm in drinking-water (2 wk after NiAcet) Groups, treatment, # of animals Group 1: NiAcet, 23 Group 2: NiAcet + NaBB, 24 Group 3: NaBB, 24 Group 4: Saline, 24 24/group | Renal cortical tumours (adenomas & adenocarcinomas): Group 1–1/23 (4.3%) Group 2–16/24 (66.7%) (4 carcinomas) Group 3–6/24 (25%) Group 4–0/24 Renal pelvic tumours (papillomas & carcinomas): Group 1–0/23 Group 2–8/24 (33.3%) Group 3–13/24 (54.2%) (1 carcinoma) Group 4–0/24 | $P < 0.008$ vs Group 3 | Age at start, 5 wk Initiation/promotion study Decreased survival and bw in rats given nickel acetate followed by NaBB Kidney weight increased in Groups 2 and 3 Renal cortical tumours: metastatic nodules observed in the lung, spleen and liver |
| Mouse, Strain A (M, F) 30 wk Stoner et al. (1976) | i.p. Nickel acetate 3×/wk (24 injections total) 0, 72, 180, 360 mg/kg Saline control 20/group | Lung (adenomas): Average number of tumours/ mouse (mean ± SD) Saline: 0.42 ± 0.10 72: 0.67 ± 0.16 180: 0.71 ± 0.19 360: 1.26 ± 0.29 | $P < 0.01$ high dose | Age at start, 6–8 wk 99.9% pure Sample of nodules confirmed by histopathology No difference in control M, F, so M, F were combined Positive control urethane Control saline Doses correspond to MTD, ½ MTD, 1/5 MTD |
| Mouse, Strain A (M, F) 30 wk Poirier et al. (1984) | i.p. Nickel acetate 10.7 mg/kg bw (0.04 mmol kg/bw)/injection 3×/wk (24 injections total) 30/group/sex | Lung (adenomas): Average number of tumours/ mouse (mean ± SD) Saline: 0.32 ± 0.12 Nickel acetate: 1.50 ± 0.46 | $P < 0.05$ | Age at start, 6–8 wk Nodules (sample) confirmed by histology Co-exposure to calcium and magnesium decreased multiplicity |

[a] Calculated by Fisher Exact Test, Significance not reported by authors

bw, body weight; CM, chloromycetin; CORT, cortisol; CWR, common closed colony rats; F, female; Fe[0], metallic iron; HSR, spontaneously hypertensive rats; i.a., intra-articular; i.f., intra-fat; i.m., intramuscular; IND, indometacin; i.p., intraperitoneal; i.r., intrarenal; i.t., intratracheal instillation; M, male; MB, *Mycobacterium bovis* antigen; MgCarb, magnesium basic carbonate; MT, metallothionien; MTD, maximum tolerated dose; NABB, sodium barbital; Ni, nickel; NiAcet, nickel acetate; Ni₃S, nickel subsulfide; s.c., subcutaneous; SD, standard deviation; Tg, Transgenic; wk, week or weeks; WT, wild type; yr, year or years

IARC MONOGRAPHS – 100C

### 3.3.6 Nickel chloride

Nickel chloride induced malignant tumours in the peritoneal cavity when administered by intraperitoneal injection in rats (Pott *et al.*, 1989, 1990).

### 3.3.7 Other forms of nickel

Intramuscular administration of nickel sulfarsenide, nickel arsenides, nickel antimonide, nickel telluride, and nickel selenides caused local sarcomas in rats (Sunderman & McCully, 1983). Intramuscular administration of nickelocene caused some local tumours in rats and hamsters (Furst & Schlauder, 1971).

## 3.4 Transplacental exposure

### 3.4.1 Nickel acetate

Diwan *et al.* (1992) studied the carcinogenic effects of rats exposed transplacentally to nickel acetate and postnatally to sodium barbital in drinking-water. Pregnant F344 were given nickel acetate by intraperitoneal injection, and their offspring were divided into groups receiving either tap water or sodium barbital in drinking-water. An increased incidence in pituitary tumours was observed in the offspring of both sexes transplacentally exposed to nickel acetate. These tumours were mainly malignant, and are rare tumours. Renal tumours were observed in the male offspring exposed transplacentally to nickel acetate, and receiving sodium barbital postnatally, but not in the male offspring receiving tap water after nickel *in utero*.

See Table 3.4.

## 3.5 Synthesis

The inhalation of nickel oxide, nickel subsulfide, and nickel carbonyl caused lung tumours in rats. Intratracheal instillation of nickel oxide, nickel subsulfide, and metallic nickel caused lung tumours in rats. Lung tumours were observed by the intraperitoneal injection of nickel acetate in two studies in A/J mice, and by intramuscular injection of nickel subsulfide in mice. The inhalation of nickel oxide, nickel subsulfide, and metallic nickel caused adrenal medulla pheochomocytoma in rats. Transplacental nickel acetate induced malignant pituitary tumours in the offspring in rats. Several nickel compounds (nickel oxides, nickel sulfides, including nickel subsulfide, nickel sulfate, nickel chloride, nickel acetate, nickel sulfarsenide, nickel arsenide, nickel antimonide, nickel telluride, nickel selenide, nickelocene, and metallic nickel) administered by repository injection caused sarcomas in multiple studies. The inhalation of metallic nickel did not cause lung tumours in rats. The inhalation and oral exposure to nickel sulfate did not cause tumours in rats or mice. The inhalation of nickel subsulfite did not cause tumours in mice.

# 4. Other Relevant Data

## 4.1 Absorption, distribution, metabolism, and excretion

In rodents, nickel salts and nickel sulfides are absorbed through the lungs and excreted mainly in the urine (Benson *et al.*, 1994, 1995a). After inhalation exposure to green nickel oxide, nickel is not distributed in extrapulmonary tissues, and is excreted only in faeces (Benson *et al.*, 1994). In humans, soluble nickel compounds are rapidly absorbed through the lungs, and excreted in the urine. After inhalation exposure to insoluble nickel species, elevated concentrations of nickel are observed in the plasma and urine, but the absorption is slow (Bernacki *et al.*, 1978; Tola *et al.*, 1979).

In rats exposed to nickel sulfate hexahydrate by inhalation for 6 months or 2 years,

**Table 3.4 Studies of cancer in experimental animals exposed to nickel acetate (transplacental exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start | Results Target organs | Significance | Comments |
|---|---|---|---|---|
| Rat, F344/NCr (M, F) 85 wk Diwan et al. (1992) | *Dams – i.p.* NiAcet (90 μmol/kg wt total) Group/μmol/kg bw: regimen Group 1: 90; once at Day 17 of gestation Group 2: 45; twice at Days 16 & 18 of gestation Group 3: 45; 4 times at Days 12, 14, 16, 18 of gestation Group 4: control (180 NaAcet) once at Day 18 of gestation *Offspring 4 to 85 wk (drinking-water)* ad libitum 1A, 2A, 4A – tap water 1B, 2B, 4B – 0.05% NBB | Renal tumours (cortex adenomas and carcinomas; or pelvis papillomas and carcinomas): 1A: 0/17 (M), 0/16 (F) 2A: 0/15 (M), 0/15 (F) 4A: 0/15 (M), 0/16 (F) 1B: 8/15 (53.3%, M), 0/15 (F) 2B: 7/15 (46.7%, M), 0/15 (F) 4B: 1/15 (6.67%, M), 0/14 (F) Pituitary gland (adenomas or carcinomas): 1A: 9/17 (52.9%, M), 5/16 (31.3%, F), 14/33 (42.3%, M, F) 2A: 6/15 (40.0%, M), 8/16 (50%, F), 14/31 (45.2%, M, F) 4A: 1/15 (6.7%, M), 3/14 (21.4%, F) 1B: 6/15 (40.0%, M), 5/15 (33.3%, F) 2B: 7/15 (46.7%, M), 6/15 (40.0%, F) 4B: 2/15 (13.3%, M), 4/14 (28.6%, F) | M, F: P = 0.007 (1B vs 4B) M, F: P = 0.012 (2B vs 4B)  M, F: P = 0.12 1A vs 4A M, F: P = 0.008 2A vs 4A | Dams, age at start 3–4 mo Purity not provided Male (Groups 1 & 2) – significantly decreased bw at 75 wk All offspring in Group 3 died at 72 h. Survival was decreased in Groups 1A, 1B, 2A and 2B compared to controls (4A and 4B) Pituitary tumours: significantly decreased latency for Groups 1A (M, F), 1B (M, F) and 2A (F) compared to the Groups 4A or 4B (corresponding M or F) |

h, hour or hours; F, female; i.p., intraperitoneal; M, male; mo, month or months; NaBB, sodium barbital; vs, versus; wk, week or weeks

no pulmonary accumulation is observed; in a similar exposure scenario with nickel subsulfide, concentrations of nickel are detected in the lungs, with very slight nickel accumulation. Following the exposure of green nickel oxide to rats, the nickel lung clearance half-life is approximately 130 days, and in long-term exposure (NTP, 1996a, b, c; described in Section 3), a remarkable accumulation of nickel is observed (Benson et al., 1995b; Dunnick et al., 1995). The lung clearance half-life of nanoparticulate black nickel oxide in rats is reported as 62 days (Oyabu et al., 2007). The difference in the two clearance rates may be related to the greater water solubility (and the smaller particle size) of the nanoparticulate black nickel oxide. In mice, the observed clearance for nickel sulfate is fast, but for nickel subsulfide intermediate and for green nickel oxide, very slow (Dunnick et al., 1995).

### 4.1.1 Cellular uptake

Nickel chloride has been shown in different cell lines in culture to be transported to the nucleus (Abbracchio et al., 1982; Edwards et al., 1998; Ke et al., 2006, 2007; Schwerdtle & Hartwig, 2006). Soluble nickel chloride compounds enter cells via the calcium channels and by metal ion transporter 1 (Refsvik & Andreassen, 1995; Funakoshi et al., 1997; Gunshin et al., 1997; Garrick et al., 2006). Crystalline nickel sulfides are phagocytized by a large variety of different cells in culture (Kuehn et al., 1982; Miura et al., 1989; Hildebrand et al., 1990, 1991; IARC, 1990).

Black nickel oxide and nickel chloride are taken up by human lung carcinoma cell lines A549 in culture; the nucleus/cytoplasm ratio is > 0.5 for black nickel oxide, and < 0.18 for nickel chloride (Fletcher et al., 1994; Schwerdtle & Hartwig, 2006).

After phagocytosis of nickel subsulfide, intracellular nickel containing particles rapidly dissolve, and lose sulfur (Arrouijal et al., 1990; Hildebrand et al., 1990, 1991; Shirali et al., 1991).

## 4.2 Genetic and related effects

The mechanisms of the carcinogenicity of nickel compounds have been reviewed extensively (Hartwig et al., 2002; Zoroddu et al., 2002; Costa et al., 2003, 2005; Harris & Shi, 2003; Kasprzak et al., 2003; Lu et al., 2005; Durham & Snow, 2006; Beyersmann & Hartwig, 2008; Salnikow & Zhitkovich, 2008).

Based on the uptake and distribution in cells described above, the ultimate genotoxic agent is Ni (II). However, direct reaction of Ni (II) with DNA does not seem to be relevant under realistic exposure conditions. Nevertheless, nickel is a redox-active metal that may, in principle, catalyse Fenton-type reactions, and thus generate reactive oxygen species (Nackerdien et al., 1991; Kawanishi et al., 2001). Genotoxic effects have been consistently observed in exposed humans, in experimental animals, and in cell culture systems, and include oxidative DNA damage, chromosomal damage, and weak mutagenicity in mammalian cells. These effects are likely to be due to indirect mechanisms, as described in detail below.

### 4.2.1 Direct genotoxicity

#### (a) DNA damage

Water-soluble as well as water-insoluble nickel compounds induce DNA strand breaks and DNA protein crosslinks in different mammalian test systems, including human lymphocytes. Nevertheless, in the case of DNA strand breaks and oxidative DNA lesions, these events mainly occur with conditions that involve comparatively high cytotoxic concentrations (IARC, 1990; Pool-Zobel et al., 1994; Dally & Hartwig, 1997; Cai & Zhuang, 1999; Chen et al., 2003; M'Bemba-Meka et al., 2005; Schwerdtle & Hartwig, 2006; Caicedo et al., 2007). This is also true for the induction of oxidative DNA base modifications in cellular systems. Nevertheless, oxidative DNA damage is also observed in experimental animals, this may

be due to repair inhibition of endogenous oxidative DNA damage.

The intratracheal instillation of several soluble and insoluble nickel compounds to rats significantly increases 8-hydroxydeoxyguanine (8-OH-dG) content in the lungs. Concomitantly, microscopic signs of inflammation in the lungs are also observed. Two distinct mechanisms are proposed: one via an inflammatory reaction and the other through cell-mediated reactive oxygen species formation (Kawanishi et al., 2001; Kawanishi et al., 2002).

### (b)  Chromosomal alterations

Water-soluble and poorly water-soluble nickel compounds induce sister chromatid exchange and chromosomal aberrations at toxic levels in different mammalian test systems (Conway et al., 1987; Conway & Costa, 1989; IARC, 1990; Howard et al., 1991). Chromosomal aberrations are most pronounced in heterochromatic chromosomal regions (Conway et al., 1987). Water-soluble and poorly water-soluble nickel compounds induce micronuclei at comparatively high concentrations. Because increases in both kinetochore-positive and -negative micronuclei are observed, these effects are likely due to aneugenic as well as clastogenic actions (Arrouijal et al., 1990, 1992; Hong et al., 1997; Seoane & Dulout, 2001). The induction of chromosomal aberrations and micronuclei in rodents treated with different nickel compounds is not consistent across studies (Sobti & Gill, 1989; Arrouijal et al., 1990; Dhir et al., 1991; IARC, 1990; Oller & Erexson, 2007). Enhanced frequencies of chromosomal aberrations were observed in some studies in lymphocytes of nickel-exposed workers (IARC, 1990).

### (c)  Gene mutations in bacterial and mammalian test systems

Nickel compounds are not mutagenic in bacterial test systems, and are only weakly mutagenic in cultured mammalian cells. Even though, mutagenic responses for both water-soluble and water-insoluble nickel compounds have been reported in transgenic G12 cells, this effect was later shown to result from epigenetic gene-silencing (Lee et al., 1995). Nevertheless, the prolonged culture of V79 cells after treatment with nickel sulfate results in the appearance of genetically unstable clones with high mutation rates together with chromosomal instability (Little et al., 1988; Ohshima, 2003).

### (d)  Cell transformation

Water-soluble and poorly water-soluble nickel compounds induced anchorage-independent growth in different cell systems (IARC, 1990), including the mouse-embryo fibroblast cell-line PW and the human osteoblast cell line HOS-TE85 (Zhang et al., 2003). Nickel compounds were shown to cause morphological transformation in different cell types (Conway & Costa, 1989; Miura et al., 1989; Patierno et al., 1993; Lin & Costa, 1994).

## 4.2.2 Indirect effects related to genotoxicity

As stated above, the direct interaction of nickel compounds with DNA appears to be of minor importance for inducing a carcinogenic response. However, several indirect mechanisms have been identified, which are discussed below.

### (a)  Oxidative stress

Treatment with soluble and insoluble nickel causes increases in reactive oxygen species in many cell types (Huang et al., 1993; Salnikow et al., 2000; Chen et al., 2003).

Increased DNA stand breaks, DNA–protein crosslinks and sister chromatid exchange are found in cells treated with soluble and insoluble nickel compounds, and these are shown to result from the increase in reactive oxygen species (Chakrabarti et al., 2001; Błasiak et al., 2002; Woźniak & Błasiak, 2002; M'Bemba-Meka et al., 2005, 2007).

IARC MONOGRAPHS – 100C

Intraperitoneal injection of nickel acetate in rat did not cause any DNA damage in liver and kidney at 12 hours. However, oxidative DNA damage increased after 24 hours, and persisted in the kidney for 14 days (Kasprzak et al., 1997).

(b)  Inhibition of DNA repair

The treatment of cells with soluble Ni (II) increases the DNA damage and the mutagenicity of various agents (Hartwig & Beyersmann, 1989; Snyder et al., 1989; Lee-Chen et al., 1993).

Soluble Ni (II) inhibits nucleotide-excision repair after UV irradiation, and the effect seems to be on the incision, the polymerization, and ligation steps in this pathway (Hartwig et al., 1994; Hartmann & Hartwig, 1998; Woźniak & Błasiak, 2004). One of the proteins in nucleotide-excision repair, the XPA protein, may be a target of Ni (II) (Asmuss et al., 2000a, b).

Soluble nickel chloride also inhibits base-excision repair. The base-excision repair enzyme, 3-methyladenine-DNA glycosylase II, is inhibited specifically (Dally & Hartwig, 1997; Woźniak & Błasiak, 2004; Wang et al., 2006).

There is some evidence that the enzyme $O^6$-methylguanine-DNA methyltransferase (MGMT) is inhibited by nickel chloride (Iwitzki et al., 1998).

(c)  Epigenetic mechanisms

Both water-soluble and water-insoluble nickel compounds are able to cause gene silencing (Costa et al., 2005). This effect was first found when "mutations" in the transgenic gpt gene in G12 cells were found to be epigenetically silenced rather than mutated (Lee et al., 1995). Genes that are located near heterochromatin are subject to such inactivation by nickel. The gpt gene was silenced by DNA methylation. Additional studies show that cells treated with nickel have decreased histone acetylation, and altered histone methylation patterns (Golebiowski & Kasprzak, 2005; Chen et al., 2006). Nickel also causes ubiquination and phosphorylation of histones (Karaczyn et al., 2006; Ke et al., 2008a, b). Permanent changes in gene expression are important in any mechanism of carcinogenesis.

## 4.3 Synthesis

The ultimate carcinogenic species in nickel carcinogenesis is the nickel ion Ni (II). Both water-soluble and poorly water-soluble nickel species are taken up by cells, the former by ion channels and transporters, the latter by phagocytosis. In the case of particulate compounds, nickel ions are gradually released after phagocytosis. Both water-soluble and -insoluble nickel compounds result in an increase in nickel ions in the cytoplasm and the nucleus. Nickel compounds are not mutagenic in bacteria, and only weakly mutagenic in mammalian cells under standard test procedures, but can induce DNA damage, chromosomal aberrations, and micronuclei in vitro and in vivo. However, delayed mutagenicity and chromosomal instability are observed a long time after treatment of cells with nickel. Nickel compounds act as co-mutagens with a variety of DNA-damaging agents. Thus, disturbances of DNA repair appear to be important. A further important mechanism is the occurrence of epigenetic changes, mediated by altered DNA methylation patterns, and histone modification. Inflammation may also contribute to nickel-induced carcinogenesis.

## 5.  Evaluation

There is sufficient evidence in humans for the carcinogenicity of mixtures that include nickel compounds and nickel metal. The evidence is strongest for soluble nickel compounds; there is also independent evidence for the carcinogenicity of oxidic and sulfidic nickel compounds. These agents cause cancers of the lung and of the nose and nasal sinuses.

There is *sufficient evidence* in experimental animals for the carcinogenicity of nickel monoxides, nickel hydroxides, nickel sulfides (including nickel subsulfide), nickel acetate, and nickel metal.

There is *limited evidence* in experimental animals for the carcinogenicity of nickelocene, nickel carbonyl, nickel sulfate, nickel chloride, nickel arsenides, nickel antimonide, nickel selenides, nickel sulfarsenide, and nickel telluride.

There is *inadequate evidence* in experimental animals for the carcinogenicity of nickel titanate, nickel trioxide, and amorphous nickel sulfide.

In view of the overall findings in animals, there is *sufficient evidence* in experimental animals for the carcinogenicity of nickel compounds and nickel metal.

Nickel compounds are *carcinogenic to humans (Group 1)*.

# References

Abbracchio MP, Simmons-Hansen J, Costa M (1982). Cytoplasmic dissolution of phagocytized crystalline nickel sulfide particles: a prerequisite for nuclear uptake of nickel. *J Toxicol Environ Health*, 9: 663–676. doi:10.1080/15287398209530194 PMID:7108981

Albert DM, Gonder JR, Papale J *et al.* (1980). *Induction of ocular neoplasms in Fischer rats by intraocular injection of nickel subsulfide*. In: *Nickel Toxicology*. London: Academic Press, pp. 55–58.

Andersen A, Berge SR, Engeland A, Norseth T (1996). Exposure to nickel compounds and smoking in relation to incidence of lung and nasal cancer among nickel refinery workers. *Occup Environ Med*, 53: 708–713. doi:10.1136/oem.53.10.708 PMID:8943837

Antonsen DH, Meshri DT (2005). *Nickel compounds*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 5th ed. New York: John Wiley & Sons, 16:1–28.

Anttila A, Pukkala E, Aitio A *et al.* (1998). Update of cancer incidence among workers at a copper/nickel smelter and nickel refinery. *Int Arch Occup Environ Health*, 71: 245–250. doi:10.1007/s004200050276 PMID:9638480

Arena VC, Sussman NB, Redmond CK *et al.* (1998). Using alternative comparison populations to assess occupation-related mortality risk. Results for the high nickel alloys workers cohort. *J Occup Environ Med*, 40: 907–916. doi:10.1097/00043764-199810000-00012 PMID:9800177

Arrouijal FZ, Hildebrand HF, Vophi H, Marzin D (1990). Genotoxic activity of nickel subsulphide alpha-Ni3S2. *Mutagenesis*, 5: 583–589. doi:10.1093/mutage/5.6.583 PMID:2263215

Arrouijal FZ, Marzin D, Hildebrand HF *et al.* (1992). Differences in genotoxic activity of alpha-Ni3S2 on human lymphocytes from nickel-hypersensitized and nickel-unsensitized donors. *Mutagenesis*, 7: 183–187. doi:10.1093/mutage/7.3.183 PMID:1602972

Asmuss M, Mullenders LH, Eker A, Hartwig A (2000a). Differential effects of toxic metal compounds on the activities of Fpg and XPA, two zinc finger proteins involved in DNA repair. *Carcinogenesis*, 21: 2097–2104. doi:10.1093/carcin/21.11.2097 PMID:11062174

Asmuss M, Mullenders LH, Hartwig A (2000b). Interference by toxic metal compounds with isolated zinc finger DNA repair proteins. *Toxicol Lett*, 112–113: 227–231. doi:10.1016/S0378-4274(99)00273-8 PMID:10720735

ATSDR (2005). *Toxicological Profile for Nickel*. Atlanta, GA: US Public Health Service, Agency for Toxic Substances and Disease Registry.

Barbante C, Boutron C, Moreau A-L *et al.* (2002). Seasonal variations in nickel and vanadium in Mont Blanc snow and ice dated from the 1960s and 1990s. *J Environ Monit*, 4: 960–966. doi:10.1039/b208142c PMID:12509051

Basketter DA, Angelini G, Ingber A *et al.* (2003). Nickel, chromium and cobalt in consumer products: revisiting safe levels in the new millennium. *Contact Dermatitis*, 49: 1–7. doi:10.1111/j.0105-1873.2003.00149.x PMID:14641113

Bavazzano P, Bolognesi R, Cassinelli C *et al.* (1994). Skin contamination and low airborne nickel exposure of electroplaters. *Sci Total Environ*, 155: 83–86. PMID:7973613

Benson JM, Barr EB, Bechtold HA *et al.* (1994). Fate of Inhaled Nickel Oxide and Nickel Subsulfide in F344/N Rats. *Inhal Toxicol*, 6: 167–183. doi:10.3109/08958379409029703

Benson JM, Chang IY, Cheng YS *et al.* (1995a). Particle clearance and histopathology in lungs of F344/N rats and B6C3F1 mice inhaling nickel oxide or nickel sulfate. *Fundam Appl Toxicol*, 28: 232–244. doi:10.1006/faat.1995.1164 PMID:8835233

Benson JM, Cheng YS, Eidson AF *et al.* (1995b). Pulmonary toxicity of nickel subsulfide in F344/N rats exposed for 1–22 days. *Toxicology*, 103: 9–22. doi:10.1016/0300-483X(95)03098-Z PMID:8525492

Bernacki EJ, Parsons GE, Roy BR *et al.* (1978). Urine nickel concentrations in nickel-exposed workers. *Ann Clin Lab Sci*, 8: 184–189. PMID:655606

Berry JP, Galle P, Poupon MF *et al.* (1984). Electron microprobe in vitro study of interaction of carcinogenic

nickel compounds with tumour cells. *IARC Sci Publ*, 53153–164. PMID:6099827

Beyersmann D & Hartwig A (2008). Carcinogenic metal compounds: recent insight into molecular and cellular mechanisms. *Arch Toxicol*, 82: 493–512. doi:10.1007/s00204-008-0313-y PMID:18496671

Błasiak J, Arabski M, Pertyński T *et al.* (2002). DNA damage in human colonic mucosa cells evoked by nickel and protective action of quercetin - involvement of free radicals? *Cell Biol Toxicol*, 18: 279–288. doi:10.1023/A:1016059112829 PMID:12206140

Burges DCL (1980). *Mortality study of nickel platers*. In: *Nickel Toxicology*. Brown, S.S. & Sunderman, F.W., Jr, editors. London: Academic Press, pp. 1–18.

Cai Y & Zhuang Z (1999). DNA damage in human peripheral blood lymphocyte caused by nickel and cadmium *Zhonghua Yu Fang Yi Xue Za Zhi*, 33: 75–77. PMID:11864456

Caicedo M, Jacobs JJ, Reddy A *et al.* (2007). Analysis of metal ion-induced DNA damage, apoptosis, and necrosis in human (Jurkat) T-cells demonstrates Ni(2+) and V(3+) are more toxic than other metals: Al(3+), Be(2+), Co(2+), Cr(3+), Cu(2+), Fe(3+), Mo(5+), Nb(5+), Zr(2+). *J Biomed Mater Res A*, 86: 905–913.

CAREX Canada (2011). Available at: http://www.carexcanada.ca/en/nickel/occupational_exposure_estimates/phase_2/

Chakrabarti SK, Bai C, Subramanian KS (2001). DNA-protein crosslinks induced by nickel compounds in isolated rat lymphocytes: role of reactive oxygen species and specific amino acids. *Toxicol Appl Pharmacol*, 170: 153–165. doi:10.1006/taap.2000.9097 PMID:11162780

Chen CY, Wang YF, Huang WR, Huang YT (2003). Nickel induces oxidative stress and genotoxicity in human lymphocytes. *Toxicol Appl Pharmacol*, 189: 153–159. doi:10.1016/S0041-008X(03)00086-3 PMID:12791300

Chen H, Ke Q, Kluz T *et al.* (2006). Nickel ions increase histone H3 lysine 9 dimethylation and induce transgene silencing. *Mol Cell Biol*, 26: 3728–3737. doi:10.1128/MCB.26.10.3728-3737.2006 PMID:16648469

Conway K & Costa M (1989). Nonrandom chromosomal alterations in nickel-transformed Chinese hamster embryo cells. *Cancer Res*, 49: 6032–6038. PMID:2790817

Conway K, Wang XW, Xu LS, Costa M (1987). Effect of magnesium on nickel-induced genotoxicity and cell transformation. *Carcinogenesis*, 8: 1115–1121. doi:10.1093/carcin/8.8.1115 PMID:3301046

Costa M, Davidson TL, Chen H *et al.* (2005). Nickel carcinogenesis: epigenetics and hypoxia signalling. *Mutat Res*, 592: 79–88. PMID:16009382

Costa M, Yan Y, Zhao D, Salnikow K (2003). Molecular mechanisms of nickel carcinogenesis: gene silencing by nickel delivery to the nucleus and gene activation/inactivation by nickel-induced cell signalling.

*J Environ Monit*, 5: 222–223. doi:10.1039/b210260a PMID:12729258

Cox JE, Doll R, Scott WA, Smith S (1981). Mortality of nickel workers: experience of men working with metallic nickel. *Br J Ind Med*, 38: 235–239. PMID:7272235

Cragle DL, Hollis DR, Newport TH, Shy CM (1984). A retrospective cohort mortality study among workers occupationally exposed to metallic nickel powder at the Oak Ridge Gaseous Diffusion Plant. *IARC Sci Publ*, 5357–63. PMID:6532993

Creely KS, Aitken RJ (2008). Characterization of nickel industry workplace aerosols by particle size and nickel species. Research Report TM/07/03. January 2008. Edinburgh: Institute of Occupational Medicine

Dally H & Hartwig A (1997). Induction and repair inhibition of oxidative DNA damage by nickel(II) and cadmium(II) in mammalian cells. *Carcinogenesis*, 18: 1021–1026. doi:10.1093/carcin/18.5.1021 PMID:9163690

Dhir H, Agarwal K, Sharma A, Talukder G (1991). Modifying role of Phyllanthus emblica and ascorbic acid against nickel clastogenicity in mice. *Cancer Lett*, 59: 9–18. doi:10.1016/0304-3835(91)90129-6 PMID:1878862

Diwan BA, Kasprzak KS, Rice JM (1992). Transplacental carcinogenic effects of nickel(II) acetate in the renal cortex, renal pelvis and adenohypophysis in F344/NCr rats. *Carcinogenesis*, 13: 1351–1357. doi:10.1093/carcin/13.8.1351 PMID:1499087

Dunnick JK, Elwell MR, Radovsky AE *et al.* (1995). Comparative carcinogenic effects of nickel subsulfide, nickel oxide, or nickel sulfate hexahydrate chronic exposures in the lung. *Cancer Res*, 55: 5251–5256. PMID:7585584

Durham TR & Snow ET (2006). Metal ions and carcinogenesis. *EXS*, 96: 97–130. PMID:16383016

Easton DF, Peto J, Morgan LG *et al.* (1992). *Respiratory cancer mortality in Welsh nickel refiners: Which nickel compounds are responsible?* In: *Nickel and human health: current perspectives. Advances in environmental sciences and technology.* Niebor E, Nrigau J, editors. New York: Wiley & Sons, pp. 603–619.

Edwards DL, Wataha JC, Hanks CT (1998). Uptake and reversibility of uptake of nickel by human macrophages. *J Oral Rehabil*, 25: 2–7. doi:10.1046/j.1365-2842.1998.00197.x PMID:9502120

Egedahl R, Carpenter M, Lundell D (2001). Mortality experience among employees at a hydrometallurgical nickel refinery and fertiliser complex in Fort Saskatchewan, Alberta (1954–95). *Occup Environ Med*, 58: 711–715. doi:10.1136/oem.58.11.711 PMID:11600726

Enterline PE & Marsh GM (1982). Mortality among workers in a nickel refinery and alloy manufacturing plant in West Virginia. *J Natl Cancer Inst*, 68: 925–933. PMID:6953273

EVM (2002). *Expert Group on Vitamins and Minerals: Revised Review of Nickel. EVM/99/24.*

Fletcher GG, Rossetto FE, Turnbull JD, Nieboer E (1994). Toxicity, uptake, and mutagenicity of particulate and soluble nickel compounds. *Environ Health Perspect*, 102: Suppl 369–79. doi:10.2307/3431766 PMID:7843140

Funakoshi T, Inoue T, Shimada H, Kojima S (1997). The mechanisms of nickel uptake by rat primary hepatocyte cultures: role of calcium channels. *Toxicology*, 124: 21–26. doi:10.1016/S0300-483X(97)00131-5 PMID:9392452

Furst A & Schlauder MC (1971). The hamster as a model for metal carcinogenesis. *Proc West Pharmacol Soc*, 14: 68–71.

Garrick MD, Singleton ST, Vargas F et al. (2006). DMT1: which metals does it transport? *Biol Res*, 39: 79–85. doi:10.4067/S0716-97602006000100009 PMID:16629167

Gilman JP (1962). Metal carcinogenesis. II. A study on the carcinogenic activity of cobalt, copper, iron, and nickel compounds. *Cancer Res*, 22: 158–162. PMID:13898693

Gilman JP (1966). Muscle tumourigenesis. *Proc Can Cancer Conf*, 6: 209–223. PMID:5972980

Godbold JH Jr & Tompkins EA (1979). A long-term mortality study of workers occupationally exposed to metallic nickel at the Oak Ridge Gaseous Diffusion Plant. *J Occup Med*, 21: 799–806. PMID:556270

Goldberg M, Goldberg P, Leclerc A et al. (1994). A 10-year incidence survey of respiratory cancer and a case-control study within a cohort of nickel mining and refining workers in New Caledonia. *Cancer Causes Control*, 5: 15–25. doi:10.1007/BF01830722 PMID:8123774

Golebiowski F & Kasprzak KS (2005). Inhibition of core histones acetylation by carcinogenic nickel(II). *Mol Cell Biochem*, 279: 133–139. doi:10.1007/s11010-005-8285-1 PMID:16283522

Grimsrud TK, Berge SR, Haldorsen T, Andersen A (2002). Exposure to different forms of nickel and risk of lung cancer. *Am J Epidemiol*, 156: 1123–1132. doi:10.1093/aje/kwf165 PMID:12480657

Grimsrud TK, Berge SR, Haldorsen T, Andersen A (2005). Can lung cancer risk among nickel refinery workers be explained by occupational exposures other than nickel? *Epidemiology*, 16: 146–154. doi:10.1097/01.ede.0000152902.48916.d7 PMID:15703528

Grimsrud TK, Berge SR, Martinsen JI, Andersen A (2003). Lung cancer incidence among Norwegian nickel-refinery workers 1953–2000. *J Environ Monit*, 5: 190–197. doi:10.1039/b211722n PMID:12729252

Grimsrud TK, Berge SR, Resmann SR et al. (2000). Assessment of historical exposures in a nickel refinery in Norway. *Scand J Work Environ Health*, 26: 338–345. PMID:10994800

Grimsrud TK & Peto J (2006). Persisting risk of nickel related lung cancer and nasal cancer among Clydach refiners. *Occup Environ Med*, 63: 365–366. doi:10.1136/oem.2005.026336 PMID:16621856

Gunshin H, Mackenzie B, Berger UV et al. (1997). Cloning and characterization of a mammalian proton-coupled metal-ion transporter. *Nature*, 388: 482–488. doi:10.1038/41343 PMID:9242408

Harmse JL & Engelbrecht JC (2007). Air sampling of nickel in a refinery. *Int J Environ Health Res*, 17: 319–325. doi:10.1080/09603120701372698 PMID:17613095

Harris GK & Shi X (2003). Signaling by carcinogenic metals and metal-induced reactive oxygen species. *Mutat Res*, 533: 183–200. PMID:14643420

Hartmann M & Hartwig A (1998). Disturbance of DNA damage recognition after UV-irradiation by nickel(II) and cadmium(II) in mammalian cells. *Carcinogenesis*, 19:617–621. doi:10.1093/carcin/19.4.617 PMID:9600346

Hartwig A, Asmuss M, Ehleben I et al. (2002). Interference by toxic metal ions with DNA repair processes and cell cycle control: molecular mechanisms. *Environ Health Perspect*, 110: Suppl 5797–799. PMID:12426134

Hartwig A & Beyersmann D (1989). Enhancement of UV-induced mutagenesis and sister-chromatid exchanges by nickel ions in V79 cells: evidence for inhibition of DNA repair. *Mutat Res*, 217: 65–73. PMID:2911267

Hartwig A, Mullenders LH, Schlepegrell R et al. (1994). Nickel(II) interferes with the incision step in nucleotide excision repair in mammalian cells. *Cancer Res*, 54: 4045–4051. PMID:8033135

Heath JC & Daniel MR (1964). The production of malignant tumours by cadmium in the rat. *Br J Cancer*, 18: 124–129. PMID:14154225

Heim KE, Bates HK, Rush RE, Oller AR (2007). Oral carcinogenicity study with nickel sulfate hexahydrate in Fischer 344 rats. *Toxicol Appl Pharmacol*, 224: 126–137. doi:10.1016/j.taap.2007.06.024 PMID:17692353

Hildebrand HF, D'Hooghe MC, Shirali P et al. (1990). Uptake and biological transformation of beta NiS and alpha Ni3S2 by human embryonic pulmonary epithelial cells (L132) in culture. *Carcinogenesis*, 11: 1943–1950. doi:10.1093/carcin/11.11.1943 PMID:2225326

Hildebrand HF, Decaestecker AM, Arrouijal FZ, Martinez R (1991). In vitro and in vivo uptake of nickel sulfides by rat lymphocytes. *Arch Toxicol*, 65: 324–329. doi:10.1007/BF01968967 PMID:1953351

Hong YC, Paik SR, Lee HJ et al. (1997). Magnesium inhibits nickel-induced genotoxicity and formation of reactive oxygen. *Environ Health Perspect*, 105: 744–748. doi:10.2307/3433730 PMID:9294721

Horn-Ross PL, Ljung B-M, Morrow M (1997). Environmental factors and the risk of salivary gland cancer. *Epidemiol.*, 8: 414–419. doi:10.1097/00001648-199707000-00011 PMID:9209856

Howard W, Leonard B, Moody W, Kochhar TS (1991). Induction of chromosome changes by metal compounds in cultured CHO cells. *Toxicol Lett*, 56: 179–186. doi:10.1016/0378-4274(91)90105-F PMID:2017776

IARC MONOGRAPHS – 100C

Huang X, Frenkel K, Klein CB, Costa M (1993). Nickel induces increased oxidants in intact cultured mammalian cells as detected by dichlorofluorescein fluorescence. *Toxicol Appl Pharmacol*, 120: 29–36. doi:10.1006/taap.1993.1083 PMID:8511780

Hueper WC (1952). Experimental studies in metal cancerigenesis. I. Nickel cancers in rats. *Tex Rep Biol Med*, 10: 167–186. PMID:14922272

Hueper WC (1955). Experimental studies in metal cancerigenesis. IV. Cancer produced by parenterally introduced metallic nickel. *J Natl Cancer Inst*, 16: 55–73. PMID:13243113

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1976). Cadmium, nickel, some epoxides, miscellaneous industrial chemicals and general considerations on volatile anaesthetics. *IARC Monogr Eval Carcinog Risk Chem Man*, 11: 1–306. PMID:992654

IARC (1979). Chemicals and industrial processes associated with cancer in humans: IARC Monographs volumes 1 to 20. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 1: 38

IARC (1982). Cross index of synonyms and trade names in Volumes 1 to 26. *IARC Monogr Eval Carcinog Risk Chem Hum Suppl*, 3: 1–199. PMID:6959964

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 264–269. PMID:3482203

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

International Committee on Nickel Carcinogenesis in Man. (1990). Report of the International Committee on Nickel Carcinogenesis in Man. *Scand J Work Environ Health*, 16: 1 Spec No1–82. PMID:2185539

Iwitzki F, Schlepegrell R, Eichhorn U et al. (1998). Nickel(II) inhibits the repair of O6-methylguanine in mammalian cells. *Arch Toxicol*, 72: 681–689. doi:10.1007/s002040050561 PMID:9879805

Järup L, Bellander T, Hogstedt C, Spång G (1998). Mortality and cancer incidence in Swedish battery workers exposed to cadmium and nickel. *Occup Environ Med*, 55: 755–759. PMID:9924452

Jasmin G & Riopelle JL (1976). Renal carcinomas and erythrocytosis in rats following intrarenal injection of nickel subsulfide. *Lab Invest*, 35: 71–78. PMID:940323

Judde JG, Breillout F, Clemenceau C et al. (1987). Inhibition of rat natural killer cell function by carcinogenic nickel compounds: preventive action of manganese. *J Natl Cancer Inst*, 78: 1185–1190. PMID:2438444

Karaczyn AA, Golebiowski F, Kasprzak KS (2006). Ni(II) affects ubiquitination of core histones H2B and H2A. *Exp Cell Res*, 312: 3252–3259. doi:10.1016/j.yexcr.2006.06.025 PMID:16870173

Karjalainen S, Kerttula R, Pukkala E (1992). Cancer risk among workers at a copper/nickel smelter and nickel refinery in Finland. *Int Arch Occup Environ Health*, 63: 547–551. doi:10.1007/BF00386344 PMID:1587630

Kasprzak KS, Diwan BA, Konishi N et al. (1990). Initiation by nickel acetate and promotion by sodium barbital of renal cortical epithelial tumors in male F344 rats. *Carcinogenesis*, 11: 647–652. doi:10.1093/carcin/11.4.647 PMID:2323003

Kasprzak KS, Diwan BA, Rice JM (1994). Iron accelerates while magnesium inhibits nickel-induced carcinogenesis in the rat kidney. *Toxicology*, 90: 129–140. doi:10.1016/0300-483X(94)90211-9 PMID:8023338

Kasprzak KS, Gabryel P, Jarczewska K (1983). Carcinogenicity of nickel(II)hydroxides and nickel(II) sulfate in Wistar rats and its relation to the in vitro dissolution rates. *Carcinogenesis*, 4: 275–279. doi:10.1093/carcin/4.3.275 PMID:6831634

Kasprzak KS, Jaruga P, Zastawny TH et al. (1997). Oxidative DNA base damage and its repair in kidneys and livers of nickel(II)-treated male F344 rats. *Carcinogenesis*, 18: 271–277. doi:10.1093/carcin/18.2.271 PMID:9054618

Kasprzak KS, Sunderman FW Jr, Salnikow K (2003). Nickel carcinogenesis. *Mutat Res*, 533: 67–97. PMID:14643413

Kasprzak KS & Ward JM (1991). Prevention of nickel subsulfide carcinogenesis by local administration of Mycobacterium bovis antigen in male F344/NCr rats. *Toxicology*, 67: 97–105. doi:10.1016/0300-483X(91)90167-Y PMID:2017766

Kawanishi S, Inoue S, Oikawa S et al. (2001). Oxidative DNA damage in cultured cells and rat lungs by carcinogenic nickel compounds. *Free Radic Biol Med*, 31: 108–116. doi:10.1016/S0891-5849(01)00558-5 PMID:11425496

Kawanishi S, Oikawa S, Inoue S, Nishino K (2002). Distinct mechanisms of oxidative DNA damage induced by carcinogenic nickel subsulfide and nickel oxides. *Environ Health Perspect*, 110: Suppl 5789–791. PMID:12426132

Ke Q, Davidson T, Chen H et al. (2006). Alterations of histone modifications and transgene silencing by nickel chloride. *Carcinogenesis*, 27: 1481–1488. doi:10.1093/carcin/bgl004 PMID:16522665

Ke Q, Davidson T, Kluz T et al. (2007). Fluorescent tracking of nickel ions in human cultured cells. *Toxicol Appl Pharmacol*, 219: 18–23. doi:10.1016/j.taap.2006.08.013 PMID:17239912

Ke Q, Ellen TP, Costa M (2008a). Nickel compounds induce histone ubiquitination by inhibiting histone deubiquitinating enzyme activity. *Toxicol Appl Pharmacol*, 228: 190–199. doi:10.1016/j.taap.2007.12.015 PMID:18279901

Ke Q, Li Q, Ellen TP et al. (2008b). Nickel compounds induce phosphorylation of histone H3 at serine 10 by activating JNK-MAPK pathway. *Carcinogenesis*, 29: 1276–1281. doi:10.1093/carcin/bgn084 PMID:18375956

Kerfoot DGE (2002). *Nickel*. In: *Ullmann's Encyclopedia of Industrial Chemistry*. Wiley-VCH Verlag GmbH & Co.

Kiilunen M (1997). Occupational exposure to chromium and nickel in the 1980s in Finland. *Sci Total Environ*, 199: 91–101. doi:10.1016/S0048-9697(97)05484-3 PMID:9200851

Kiilunen M, Utela J, Rantanen T *et al.* (1997). Exposure to soluble nickel in electrolytic nickel refining. *Ann Occup Hyg*, 41: 167–188. PMID:9155238

Kuck PH (2008). *Nickel*. In: *Mineral commodity summaries*. Reston, VA, US Geological Survey. Ref Type: Report

Kuehn K, Fraser CB, Sunderman FW Jr (1982). Phagocytosis of particulate nickel compounds by rat peritoneal macrophages in vitro. *Carcinogenesis*, 3: 321–326. doi:10.1093/carcin/3.3.321 PMID:7083473

Lee YW, Klein CB, Kargacin B *et al.* (1995). Carcinogenic nickel silences gene expression by chromatin condensation and DNA methylation: a new model for epigenetic carcinogens. *Mol Cell Biol*, 15: 2547–2557. PMID:7537850

Lee-Chen SF, Wang MC, Yu CT *et al.* (1993). Nickel chloride inhibits the DNA repair of UV-treated but not methyl methanesulfonate-treated Chinese hamster ovary cells. *Biol Trace Elem Res*, 37: 39–50. doi:10.1007/BF02789400 PMID:7682828

Leikauf GD (2002). Hazardous air pollutants and asthma. *Environ Health Perspect*, 110: Suppl 4505–526. PMID:12194881

Lin X & Costa M (1994). Transformation of human osteoblasts to anchorage-independent growth by insoluble nickel particles. *Environ Health Perspect*, 102: Suppl 3289–292. doi:10.2307/3431804 PMID:7843117

Little JB, Frenial JM, Coppey J (1988). Studies of mutagenesis and neoplastic transformation by bivalent metal ions and ionizing radiation. *Teratog Carcinog Mutagen*, 8: 287–292. doi:10.1002/tcm.1770080505 PMID:2905837

Lu H, Shi X, Costa M, Huang C (2005). Carcinogenic effect of nickel compounds. *Mol Cell Biochem*, 279: 45–67. doi:10.1007/s11010-005-8215-2 PMID:16283514

M'Bemba-Meka P, Lemieux N, Chakrabarti SK (2005). Nickel compound-induced DNA single-strand breaks in chromosomal and nuclear chromatin in human blood lymphocytes in vitro: role of oxidative stress and intracellular calcium. *Mutat Res*, 586: 124–137. PMID:16099703

M'Bemba-Meka P, Lemieux N, Chakrabarti SK (2007). Role of oxidative stress and intracellular calcium in nickel carbonate hydroxide-induced sister-chromatid exchange, and alterations in replication index and mitotic index in cultured human peripheral blood lymphocytes. *Arch Toxicol*, 81: 89–99. doi:10.1007/s00204-006-0128-7 PMID:16826409

Madrid L, Diaz-Barrientos E, Ruiz-Cortés E *et al.* (2006). Variability in concentrations of potentially toxic elements in urban parks from six European cities. *J Environ Monit*, 8: 1158–1165. doi:10.1039/b607980f PMID:17075623

Magnus K, Andersen A, Høgetveit AC (1982). Cancer of respiratory organs among workers at a nickel refinery in Norway. *Int J Cancer*, 30: 681–685. PMID:7160938

McNeill DA, Chrisp CE, Fisher GL (1990). Tumorigenicity of nickel subsulfide in Strain A/J mice. *Drug Chem Toxicol*, 13: 71–86. doi:10.3109/01480549009011070 PMID:2379474

Minoia C, Sabbioni E, Apostoli P *et al.* (1990). Trace element reference values in tissues from inhabitants of the European community. I. A study of 46 elements in urine, blood and serum of Italian subjects. *Sci Total Environ*, 95: 89–105. doi:10.1016/0048-9697(90)90055-Y PMID:2402627

Mitchell DF, Shankwalker GB, Shazer S (1960). Determining the tumorigenicity of dental materials. *J Dent Res*, 39: 1023–1028. doi:10.1177/00220345600390050401 PMID:13771327

Miura T, Patierno SR, Sakuramoto T, Landolph JR (1989). Morphological and neoplastic transformation of C3H/10T1/2 Cl 8 mouse embryo cells by insoluble carcinogenic nickel compounds. *Environ Mol Mutagen*, 14: 65–78. doi:10.1002/em.2850140202 PMID:2548861

Moulin JJ, Clavel T, Roy D *et al.* (2000). Risk of lung cancer in workers producing stainless steel and metallic alloys. *Int Arch Occup Environ Health*, 73: 171–180. PMID:10787132

Moulin JJ, Lafontaine M, Mantout B *et al.* (1995). Mortality due to bronchopulmonary cancers in workers of 2 foundries *Rev Epidemiol Sante Publique*, 43: 107–121. PMID:7732197

Moulin JJ, Portefaix P, Wild P *et al.* (1990). Mortality study among workers producing ferroalloys and stainless steel in France. *Br J Ind Med*, 47: 537–543. PMID:2393634

Moulin JJ, Wild P, Haguenoer JM *et al.* (1993b). A mortality study among mild steel and stainless steel welders. *Br J Ind Med*, 50: 234–243. PMID:8457490

Moulin JJ, Wild P, Mantout B *et al.* (1993a). Mortality from lung cancer and cardiovascular diseases among stainless-steel producing workers. *Cancer Causes Control*, 4: 75–81. PMID:8386949

Nackerdien Z, Kasprzak KS, Rao G *et al.* (1991). Nickel(II)- and cobalt(II)-dependent damage by hydrogen peroxide to the DNA bases in isolated human chromatin. *Cancer Res*, 51: 5837–5842. PMID:1933852

National Institute for Occupational Safety and Health (NIOSH) (1990) *National Occupational Exposure Survey*.

NTP (1996a). *NTP Toxicology and Carcinogenesis Studies of Nickel Sulfate Hexahydrate (CAS No. 10101–97–0) in F344 Rats and B6C3F1 Mice (Inhalation Studies)*, 454:1–380.

NTP (1996b). *NTP Toxicology and Carcinogenesis Studies of Nickel Subsulfide (CAS No. 12035–72–2) in F344 Rats and B6C3F1 Mice (Inhalation Studies)*, 453:1–365.

NTP (1996c). *NTP Toxicology and Carcinogenesis Studies of Nickel Oxide (CAS No. 1313–99–1) in F344 Rats and B6C3F1 Mice (Inhalation Studies)*, 451:1–381.

NTP (2000). *Final Report on Carcinogens Background Document for Metallic Nickel and Certain Nickel Alloys*. Research Triangle Park, NC.

Ohashi F, Fukui Y, Takada S *et al*. (2006). Reference values for cobalt, copper, manganese, and nickel in urine among women of the general population in Japan. *Int Arch Occup Environ Health*, 80: 117–126. doi:10.1007/s00420-006-0109-4 PMID:16736192

Ohmori T, Okada K, Terada M, Tabei R (1999). Low susceptibility of specific inbred colonies of rats to nickel tumorigenesis in soft tissue. *Cancer Lett*, 136: 53–58. doi:10.1016/S0304-3835(98)00308-5 PMID:10672494

Ohmori T, Uraga N, Komi K *et al*. (1990). The role of bone fracture at the site of carcinogen exposure on nickel carcinogenesis in the soft tissue. *Jpn J Cancer Res*, 81: 1247–1252. PMID:2125994

Ohshima S (2003). Induction of genetic instability and chromosomal instability by nickel sulfate in V79 Chinese hamster cells. *Mutagenesis*, 18: 133–137. doi:10.1093/mutage/18.2.133 PMID:12621068

Ojajärvi IA, Partanen TJ, Ahlbom A *et al*. (2000). Occupational exposures and pancreatic cancer: a meta-analysis. *Occup Environ Med*, 57: 316–324. doi:10.1136/oem.57.5.316 PMID:10769297

Oliveira JP, de Siqueira ME, da Silva CS (2000). Urinary nickel as bioindicator of workers' Ni exposure in a galvanizing plant in Brazil. *Int Arch Occup Environ Health*, 73: 65–68. doi:10.1007/PL00007940 PMID:10612494

Oller AR & Erexson G (2007). Lack of micronuclei formation in bone marrow of rats after repeated oral exposure to nickel sulfate hexahydrate. *Mutat Res*, 626: 102–110. PMID:17052950

Oller AR, Kirkpatrick DT, Radovsky A, Bates HK (2008). Inhalation carcinogenicity study with nickel metal powder in Wistar rats. *Toxicol Appl Pharmacol*, 233: 262–275. doi:10.1016/j.taap.2008.08.017 PMID:18822311

Ottolenghi AD, Haseman JK, Payne WW *et al*. (1975). Inhalation studies of nickel sulfide in pulmonary carcinogenesis of rats. *J Natl Cancer Inst*, 54: 1165–1172. PMID:165308

Oyabu T, Ogami A, Morimoto Y *et al*. (2007). Biopersistence of inhaled nickel oxide nanoparticles in rat lung. *Inhal Toxicol*, 19: Suppl 155–58. doi:10.1080/08958370701492995 PMID:17886051

Pang D, Burges DCL, Sorahan T (1996). Mortality study of nickel platers with special reference to cancers of the stomach and lung, 1945–93. *Occup Environ Med*, 53: 714–717. doi:10.1136/oem.53.10.714 PMID:8943838

Patierno SR, Dirscherl LA, Xu J (1993). Transformation of rat tracheal epithelial cells to immortal growth variants by particulate and soluble nickel compounds. *Mutat Res*, 300: 179–193. doi:10.1016/0165-1218(93)90049-J PMID:7687017

Poirier LA, Theiss JC, Arnold LJ, Shimkin MB (1984). Inhibition by magnesium and calcium acetates of lead subacetate- and nickel acetate-induced lung tumors in strain A mice. *Cancer Res*, 44: 1520–1522. PMID:6704965

Pool-Zobel BL, Lotzmann N, Knoll M *et al*. (1994). Detection of genotoxic effects in human gastric and nasal mucosa cells isolated from biopsy samples. *Environ Mol Mutagen*, 24: 23–45. doi:10.1002/em.2850240105 PMID:7519553

Pott F, Blome H, Bruch J *et al*. (1990). Einstufungsvorschlag für anorganische und organische Fasern. *Arbeitsmed Sozialmed Praventivmed*, 25: 463–466.

Pott F, Rippe RM, Roller M *et al*. (1989). *Tumours in the abdominal cavity of rats after intraperitoneal injection of nickel compounds*. In: *Proceedings of the International Conference on Heavy Metals in the Environment:12–15 September 1989*. Vernet JP, editor. Geneva: World Health Organization, pp. 127–129.

Pott F, Ziem U, Reiffer FJ *et al*. (1987). Carcinogenicity studies on fibres, metal compounds, and some other dusts in rats. *Exp Pathol*, 32: 129–152. PMID:3436395

Refsvik T & Andreassen T (1995). Surface binding and uptake of nickel(II) in human epithelial kidney cells: modulation by ionomycin, nicardipine and metals. *Carcinogenesis*, 16: 1107–1112. doi:10.1093/carcin/16.5.1107 PMID:7767972

Rodriguez RE, Misra M, Diwan BA *et al*. (1996). Relative susceptibilities of C57BL/6, (C57BL/6 x C3H/He) F1, and C3H/He mice to acute toxicity and carcinogenicity of nickel subsulfide. *Toxicology*, 107: 131–140. doi:10.1016/0300-483X(95)03251-A PMID:8599172

Rydh CJ & Svärd B (2003). Impact on global metal flows arising from the use of portable rechargeable batteries. *Sci Total Environ*, 302: 167–184. doi:10.1016/S0048-9697(02)00293-0 PMID:12526907

Salnikow K, Su W, Blagosklonny MV, Costa M (2000). Carcinogenic metals induce hypoxia-inducible factor-stimulated transcription by reactive oxygen species-independent mechanism. *Cancer Res*, 60: 3375–3378. PMID:10910041

Salnikow K & Zhitkovich A (2008). Genetic and epigenetic mechanisms in metal carcinogenesis and cocarcinogenesis: nickel, arsenic, and chromium. *Chem Res Toxicol*, 21: 28–44. doi:10.1021/tx700198a PMID:17970581

Schwerdtle T & Hartwig A (2006). Bioavailability and genotoxicity of soluble and particulate nickel compounds in cultured human lung cells. *Materialwiss Werkstofftech*, 37: 521–525. doi:10.1002/mawe.200600030

Seilkop S (2002). Occupational exposures and pancreatic cancer. *Occup Environ Med*, 58: 63–64. . doi:10.1136/oem.58.1.63a PMID:11216453

Seoane AI & Dulout FN (2001). Genotoxic ability of cadmium, chromium and nickel salts studied by kinetochore staining in the cytokinesis-blocked micronucleus assay. *Mutat Res*, 490: 99–106. PMID:11342235

Shirali P, Decaestecker AM, Marez T *et al.* (1991). Ni3S2 uptake by lung cells and its interaction with plasma membranes. *J Appl Toxicol*, 11: 279–288. doi:10.1002/jat.2550110409 PMID:1940002

Sivulka DJ (2005). Assessment of respiratory carcinogenicity associated with exposure to metallic nickel: a review. *Regul Toxicol Pharmacol*, 43: 117–133. PMID:16129532

Sivulka DJ & Seilkop SK (2009). Reconstruction of historical exposures in the US nickel alloy industry and the implications for carcinogenic hazard and risk assessments. *Regul Toxicol Pharmacol*, 53: 174–185. PMID:19545511

Skaug V, Gylseth B, Reiss ALP *et al.* (1985). *Tumor induction in rats after intrapleural injection of nickel subsulfide and nickel oxide*. In: *Progress in Nickel Toxicology*. Brown SS, Sunderman FWJ, editors. Oxford: Blackwell Scientific Publications, pp. 37–41.

Smith-Sivertsen T, Tchachtchine V, Lund E *et al.* (1998). Urinary nickel excretion in populations living in the proximity of two russian nickel refineries: a Norwegian-Russian population-based study. *Environ Health Perspect*, 106: 503–511. doi:10.1289/ehp.98106503 PMID:9681979

Snyder RD, Davis GF, Lachmann PJ (1989). Inhibition by metals of X-ray and ultraviolet-induced DNA repair in human cells. *Biol Trace Elem Res*, 21: 389–398. doi:10.1007/BF02917280 PMID:2484618

Sobti RC & Gill RK (1989). Incidence of micronuclei and abnormalities in the head of spermatozoa caused by the salts of a heavy metal, nickel. *Cytologia (Tokyo)*, 54: 249–253.

Sorahan T (2004). Mortality of workers at a plant manufacturing nickel alloys, 1958–2000. *Occup Med (Lond)*, 54: 28–34. doi:10.1093/occmed/kqg127 PMID:14963251

Sorahan T & Williams SP (2005). Mortality of workers at a nickel carbonyl refinery, 1958–2000. *Occup Environ Med*, 62: 80–85. doi:10.1136/oem.2004.014985 PMID:15657188

Stoner GD, Shimkin MB, Troxell MC *et al.* (1976). Test for carcinogenicity of metallic compounds by the pulmonary tumor response in strain A mice. *Cancer Res*, 36: 1744–1747. PMID:1268831

Stridsklev IC, Schaller K-H, Langård S (2007). Monitoring of chromium and nickel in biological fluids of grinders grinding stainless steel. *Int Arch Occup Environ Health*, 80: 450–454. doi:10.1007/s00420-006-0142-3 PMID:17051396

Sunderman FW Jr (1983). Organ and species specificity in nickel subsulfide carcinogenesis. *Basic Life Sci*, 24: 107–127. PMID:6860261

Sunderman FW Jr (1984). Carcinogenicity of nickel compounds in animals. *IARC Sci Publ*, 53: 127–142. PMID:6532978

Sunderman FW, Donnelly AJ, West B, Kincaid JF (1959). Nickel poisoning. IX. Carcinogenesis in rats exposed to nickel carbonyl. *AMA Arch Ind Health*, 20: 36–41. PMID:13660518

Sunderman FW Jr, Hopfer SM, Plowman MC, Knight JA (1990). Carcinogenesis bioassays of nickel oxides and nickel-copper oxides by intramuscular administration to Fischer-344 rats. *Res Commun Chem Pathol Pharmacol*, 70: 103–113. PMID:2263758

Sunderman FW, Kincaid JF, Donnelly AJ, West B (1957). Nickel poisoning. IV. Chronic exposure of rats to nickel carbonyl; a report after one year of observation. *AMA Arch Ind Health*, 16: 480–485. PMID:13478186

Sunderman FW Jr, Maenza RM, Hopfer SM *et al.* (1979). Induction of renal cancers in rats by intrarenal injection of nickel subsulfide. *J Environ Pathol Toxicol*, 2: 1511–1527. PMID:528855

Sunderman FW Jr & McCully KS (1983). Carcinogenesis tests of nickel arsenides, nickel antimonide, and nickel telluride in rats. *Cancer Invest*, 1: 469–474. doi:10.3109/07357908309020271 PMID:6667417

Sunderman FW Jr, McCully KS, Hopfer SM (1984). Association between erythrocytosis and renal cancers in rats following intrarenal injection of nickel compounds. *Carcinogenesis*, 5: 1511–1517. doi:10.1093/carcin/5.11.1511 PMID:6488475

Thomassen Y, Nieboer E, Romanova N *et al.* (2004). Multi-component assessment of worker exposures in a copper refinery. Part 1. Environmental monitoring. *J Environ Monit*, 6: 985–991. doi:10.1039/b408464k PMID:15568048

Tola S, Kilpiö J, Virtamo M (1979). Urinary and plasma concentrations of nickel as indicators of exposure to nickel in an electroplating shop. *J Occup Med*, 21: 184–188. PMID:438908

Tundermann JH, Tien JK, Howson TE (2005). *Nickel and nickel alloys*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*. Volume 17. (online edition)

Uddin AN, Burns FJ, Rossman TG *et al.* (2007). Dietary chromium and nickel enhance UV-carcinogenesis in skin of hairless mice. *Toxicol Appl Pharmacol*, 221: 329–338. doi:10.1016/j.taap.2007.03.030 PMID:17499830

Ulrich L, Sulcová M, Špaček L *et al.* (1991). Investigation of professional nickel exposure in nickel refinery workers. *Sci Total Environ*, 101: 91–96. doi:10.1016/0048-9697(91)90106-O PMID:2057775

USGS (2008). *Nickel*. In: *2006 Minerals Yearbook*. Reston, VA: US Geological Survey.

Waalkes MP, Liu J, Kasprzak KS, Diwan BA (2004). Minimal influence of metallothionein over-expression on nickel carcinogenesis in mice. *Toxicol Lett*, 153: 357–364. doi:10.1016/j.toxlet.2004.06.003 PMID:15454311

Waalkes MP, Liu J, Kasprzak KS, Diwan BA (2005). Metallothionein-I/II double knockout mice are no more sensitive to the carcinogenic effects of nickel subsulfide than wild-type mice. *Int J Toxicol*, 24: 215–220. doi:10.1080/10915810591000668 PMID:16126615

Wang P, Guliaev AB, Hang B (2006). Metal inhibition of human N-methylpurine-DNA glycosylase activity in base excision repair. *Toxicol Lett*, 166: 237–247. doi:10.1016/j.toxlet.2006.06.647 PMID:16938414

WHO (2007). Nickel in Drinking Water. WHO/SDE/WSH/07.08/55. Geneva: World Health Organization

Woźniak K & Błasiak J (2002). Free radicals-mediated induction of oxidized DNA bases and DNA-protein cross-links by nickel chloride. *Mutat Res*, 514: 233–243. PMID:11815261

Woźniak K & Błasiak J (2004). Nickel impairs the repair of UV- and MNNG-damaged DNA. *Cell Mol Biol Lett*, 9: 83–94. PMID:15048153

Yarita T & Nettesheim P (1978). Carcinogenicity of nickel subsulfide for respiratory tract mucosa. *Cancer Res*, 38: 3140–3145. PMID:688205

Zhang Q, Salnikow K, Kluz T *et al.* (2003). Inhibition and reversal of nickel-induced transformation by the histone deacetylase inhibitor trichostatin A. *Toxicol Appl Pharmacol*, 192: 201–211. doi:10.1016/S0041-008X(03)00280-1 PMID:14575637

Zoroddu MA, Schinocca L, Kowalik-Jankowska T *et al.* (2002). Molecular mechanisms in nickel carcinogenesis: modeling Ni(II) binding site in histone H4. *Environ Health Perspect*, 110: Suppl 5719–723. PMID:12426119

# ASBESTOS (CHRYSOTILE, AMOSITE, CROCIDOLITE, TREMOLITE, ACTINOLITE, AND ANTHOPHYLLITE)

Asbestos was considered by previous IARC Working Groups in 1972, 1976, and 1987 (IARC, 1973, 1977, 1987a). Since that time, new data have become available, these have been incorporated in the *Monograph*, and have been taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agent

Asbestos is the generic commercial designation for a group of naturally occurring mineral silicate fibres of the serpentine and amphibole series. These include the serpentine mineral chrysotile (also known as 'white asbestos'), and the five amphibole minerals – actinolite, amosite (also known as 'brown asbestos'), anthophyllite, crocidolite (also known as 'blue asbestos'), and tremolite (IARC, 1973; USGS, 2001). The conclusions reached in this *Monograph* about asbestos and its carcinogenic risks apply to these six types of fibres wherever they are found, and that includes talc containing asbestiform fibres. Erionite (fibrous aluminosilicate) is evaluated in a separate *Monograph* in this volume.

Common names, Chemical Abstracts Service (CAS) Registry numbers and idealized chemical formulae for the six fibrous silicates designated as 'asbestos' are presented in Table 1.1. Specific chemical and physical properties are also presented.

### 1.2 Chemical and physical properties of the agent

The silicate tetrahedron ($SiO_4$) is the basic chemical unit of all silicate minerals. The number of tetrahedra in the crystal structure and how they are arranged determine how a silicate mineral is classified.

Serpentine silicates are classified as 'sheet silicates' because the tetrahedra are arranged to form sheets. Amphibole silicates are classified as 'chain silicates' because the tetrahedra are arranged to form a double chain of two rows aligned side by side. Magnesium is coordinated with the oxygen atom in serpentine silicates. In amphibole silicates, cationic elements such as aluminium, calcium, iron, magnesium, potassium, and sodium are attached to the tetrahedra. Amphiboles are distinguished from one another by their chemical composition. The chemical formulas of asbestos minerals are idealized. In

219

IARC MONOGRAPHS – 100C

**Table 1.1 Common names, CAS numbers, synonyms, non-asbestos mineral analogues, idealized chemical formulae, selected physical and chemical properties of asbestos minerals**

| Common Name | CAS No. | Synonyms | Non-Asbestos Mineral Analogue | Idealized Chemical Formula | Colour | Decomposition Temperature (°C) | Other Properties |
|---|---|---|---|---|---|---|---|
| Asbestos | 1332-21-4* | Unspecified | Unspecified | Unspecified | | | |
| *Serpentine group of minerals* | | | | | | | |
| Chrysotile | 12001-29-5* | Serpentine asbestos; white asbestos | Lizardite, antigorite | $[Mg_3Si_2O_5(OH)_4]_n$ | White, grey, green, yellowish | 600–850 | Curled sheet silicate, hollow central core; fibre bundle lengths = several mm to more than 10 cm; fibres more flexible than amphiboles; net positive surface charge; forms a stable suspension in water; fibres degrade in dilute acids |
| *Amphibole group of minerals* | | | | | | | |
| Crocidolite | 12001-28-4* | Blue asbestos | Riebeckite | $[NaFe^{3+}_2Fe^{2+}_3Si_8O_{22}(OH)_2]_n$ | Lavender, blue green | 400–900 | Double chain silicate; shorter, thinner fibres than other amphiboles, but not as thin as chrysotile; fibre flexibility: fair to good; spinnability: fair; resistance to acids: good; less heat resistance than other asbestos fibres; usually contains organic impurities, including low levels of PAHs; negative surface charge in water |
| Amosite | 12172-73-5* | Brown asbestos | Grunerite | $[(Mg,Fe^{2+})_7Si_8O_{22}(OH)_2]_n$ | Brown, grey, greenish | 600–900 | Double chain silicate; long, straight, coarse fibres; fibre flexibility: somewhat; resistance to acids: somewhat; occurs with more iron than magnesium; negative surface charge in water |
| Anthophyllite | 17068-78-9* | Ferroanthophyllite; azbolen asbestos | Anthophyllite | $[(Mg,Fe^{2+})_7Si_8O_{22}(OH)_2]_n$ | Grey, white, brown-grey; green | NR | Double chain silicate; short, very brittle fibres; resistance to acids: very; relatively rare; occasionally occurs as contaminant in talc deposits; negative surface charge in water |
| Actinolite | 12172-67-7* | Unspecified | Actinolite | $[Ca_2(Mg,Fe^{2+})_5Si_8O_{22}(OH)_2]_n$ | Green | NR | Double chain silicate; brittle fibres; resistance to acids: none; occurs in asbestiform and non-asbestiform habit; iron-substituted derivative of tremolite; common contaminant in amosite deposits; negative surface charge in water |
| Tremolite | 14567-73-8* | Silicic acid; calcium magnesium salt (8:4) | Tremolite | $[Ca_2Mg_5Si_8O_{22}(OH)_2]_n$ | White to pale green | 950–1040 | Double chain silicate; brittle fibres; acid resistant; occurs in asbestiform and non-asbestiform habit; common contaminant in chrystotile and talc deposits; negative surface charge in water |

* identified as asbestos by CAS Registry
NR, not reported
From ATSDR (2001), USGS (2001), HSE (2005), NTP (2005)

natural samples, the composition varies with respect to major and trace elements (USGS, 2001; HSE, 2005). More detailed information on the chemical and physical characteristics of asbestos – including atomic structure, crystal polytypes, fibre structure, chemistry and impurities – can be found in the previous *IARC Monograph* (IARC, 1973).

The structure of silicate minerals may be fibrous or non-fibrous. The terms 'asbestos' or 'asbestiform minerals' refer only to those silicate minerals that occur in polyfilamentous bundles, and that are composed of extremely flexible fibres with a relatively small diameter and a large length. These fibre bundles have splaying ends, and the fibres are easily separated from one another (USGS, 2001; HSE, 2005). Asbestos minerals with crystals that grow in two or three dimensions and that cleave into fragments, rather than breaking into fibrils, are classified as silicate minerals with a 'non-asbestiform' habit. These minerals may have the same chemical formula as the 'asbestiform' variety. (NIOSH, 2008).

Chrysotile, lizardite, and antigorite are the three principal serpentine silicate minerals. Of these, only chrysotile occurs in the asbestiform habit. Of the amphibole silicate minerals, amosite and crocidolite occur only in the asbestiform habit, while tremolite, actinolite and anthophyllite occur in both asbestiform and non-asbestiform habits (USGS, 2001; HSE, 2005; NTP, 2005).

Historically, there has been a lack of consistency in asbestos nomenclature. This frequently contributed to uncertainty in the specific identification of asbestos minerals reported in the literature. The International Mineralogical Association (IMA) unified the current mineralogical nomenclature under a single system in 1978. This system was subsequently modified in 1997 (NIOSH, 2008).

Asbestos fibres tend to possess good strength properties (e.g. high tensile strength, wear and friction characteristics); flexibility (e.g. the ability to be woven); excellent thermal properties (e.g.

heat stability; thermal, electrical and acoustic insulation); adsorption capacity; and, resistance to chemical, thermal and biological degradation (USGS, 2001; NTP, 2005).

## 1.3 Use of the agent

Asbestos has been used intermittently in small amounts for thousands of years. Modern industrial use dates from about 1880, when the Quebec chrysotile fields began to be exploited. During the next 50 years gradual increases in production and use were reported with a cumulative total of somewhat less than 5000 million kg mined by 1930 (IARC, 1973).

As described above, asbestos has several chemical and physical properties that make it desirable for a wide range of industrial applications. By the time industrial and commercial use of asbestos peaked, more than 3000 applications or types of products were listed (NTP, 2005). Production and consumption of asbestos has declined in recent years due to the introduction of strict regulations governing exposure and/or outright bans on exposure.

Asbestos is used as a loose fibrous mixture, bonded with other materials (e.g. Portland cement, plastics and resins), or woven as a textile (ATSDR, 2001). The range of applications in which asbestos has been used includes: roofing, thermal and electrical insulation, cement pipe and sheets, flooring, gaskets, friction materials (e.g. brake pads and shoes), coating and compounds, plastics, textiles, paper, mastics, thread, fibre jointing, and millboard (USGS, 2001; NTP, 2005; Virta, 2006). Certain fibre characteristics, such as length and strength, are used to determine the most appropriate application. For example, longer fibres tend to be used in the production of textiles, electrical insulation, and filters; medium-length fibres are used in the production of asbestos cement pipes and sheets, friction materials (e.g. clutch facings, brake linings), gaskets, and pipe coverings; and,

IARC MONOGRAPHS – 100C

short fibres are used to reinforce plastics, floor tiles, coatings and compounds, and roofing felts (NTP, 2005).

Since peaking in the 1970s, there has been a general decline in world production and consumption of asbestos. Peak world production was estimated to be 5.09 million metric tons in 1975, with approximately 25 countries producing asbestos and 85 countries manufacturing asbestos products (USGS, 2001; Nishikawa *et al.*, 2008). Worldwide 'apparent consumption' of asbestos (calculated as production plus imports minus exports) peaked at 4.73 million metric tons in 1980. Asbestos cement products are estimated to have accounted for 66% of world consumption in that year (Virta, 2006). In the USA, consumption of asbestos peaked in 1973 at 719000 metric tons (USGS, 2001).

Historical trends worldwide in per capita asbestos use are presented in Table 1.2, and peak use of asbestos was higher and occurred earlier in the countries of Northern and western Europe, Oceania, and the Americas (excluding South America). Very high asbestos use was recorded in Australia (5.1 kg per capita/year in the 1970s), Canada (4.4 kg per capita/year in the 1970s), and several countries of Northern and western Europe (Denmark: 4.8 kg per capita/year in the 1960s; Germany: 4.4 kg per capita/year in the 1970s; and Luxembourg: 5.5 kg per capita/year in the 1960s) (Nishikawa *et al.*, 2008).

Current use of asbestos varies widely. While some countries have imposed strict regulations to limit exposure and others have adopted bans, some have intervened less, and continue to use varying quantities of asbestos (Table 1.2). According to recent estimates by the US Geological Survey, world production of asbestos in 2007 was 2.20 million metric tonnes, slightly increased from 2.18 million metric ton in 2006. Six countries accounted for 96% of world production in 2006: the Russian Federation (925000 metric tons), the People's Republic of China (360000 metric tons), Kazakhstan

(300000 metric tons), Brazil (227304 metric tons), Canada (185000 metric tons), and Zimbabwe (100000 metric tons) (Virta, 2008). During 2000–03, asbestos consumption increased in China, India, Kazakhstan, and the Ukraine (Virta, 2006). 'Apparent' world consumption of asbestos was 2.11 million metric tons in 2003, with the Russian Federation, several former Russian states and countries in Asia being the predominant users (Virta, 2006). Consumption of asbestos in the USA (predominantly chrysotile) was 2230 metric tons in 2006, declining to 1730 metric tons in 2007 (Virta, 2008). Roofing products (includes coatings and compounds) accounted for over 80% of asbestos consumption in the USA (Virta, 2008; Virta, 2009). Asbestos products were banned in all the countries of the European Union, including Member States of eastern Europe, effective January 1, 2005 (EU, 1999).

## 1.4 Environmental occurrence

### 1.4.1 Natural occurrence

Asbestos minerals are widespread in the environment, and are found in many areas where the original rock mass has undergone metamorphism (ATSDR, 2001; USGS, 2001). Examples include large chrysotile deposits in the Ural Mountains in the Russian Federation, in the Appalachian Mountains in the USA, and in Canada (Virta, 2006). They may occur in large natural deposits or as contaminants in other minerals (e.g. tremolite asbestos may occur in deposits of chrysotile, vermiculite, and talc). The most commonly occurring form of asbestos is chrysotile, and its fibres are found as veins in serpentine rock formations. Asbestiform amphiboles occur in relatively low quantities throughout the earth's crust and their chemical composition reflects the environment in which they form (Virta, 2002). Although most commercial deposits typically contain 5–6% of asbestos, a few deposits, such

Asbestos

**Table 1.2 Historical trend in asbestos use per capita and status of national ban**

| Country | Use of asbestos[a] (kg per capita/year) | | | | | | National ban[b] |
|---|---|---|---|---|---|---|---|
| | 1950s | 1960s | 1970s | 1980s | 1990s | 2000s | |
| Asia | | | | | | | |
| Israel | 3.13 | 2.87 | 1.23 | 0.78 | 0.44 | 0.02 | No ban |
| Japan | 0.56 | 2.02 | 2.92 | 2.66 | 1.81 | 0.46 | 2004 |
| Others[c] ($n$ = 39) | 0.06 | 0.15 | 0.25 | 0.27 | 0.30 | 0.31 | 3/39 |
| Eastern Europe and Southern Europe | | | | | | | |
| Croatia | 0.39 | 1.13 | 2.56 | 2.36 | 0.95 | 0.65 | No ban |
| Czech Republic | 1.62 | 2.36 | 2.91 | 2.73 | 1.30 | 0.14 | 2005 |
| Hungary | 0.76 | 1.23 | 2.87 | 3.29 | 1.50 | 0.16 | 2005 |
| Poland | 0.36 | 1.24 | 2.36 | 2.09 | 1.05 | 0.01 | 1997 |
| Romania | ND | ND | 1.08 | 0.19 | 0.52 | 0.55 | 2007 |
| Spain | 0.32 | 1.37 | 2.23 | 1.26 | 0.80 | 0.18 | 2002 |
| Others[c] ($n$ = 15) | 0.79 | 1.57 | 2.35 | 2.05 | 2.35 | 1.72 | 5/15 |
| Northern Europe and Western Europe | | | | | | | |
| Austria | 1.16 | 3.19 | 3.92 | 2.08 | 0.36 | 0.00 | 1990 |
| Denmark | 3.07 | 4.80 | 4.42 | 1.62 | 0.09 | NA | 1986 |
| Finland | 2.16 | 2.26 | 1.89 | 0.78 | ND | 0 | 1992 |
| France | 1.38 | 2.41 | 2.64 | 1.53 | 0.73 | 0.00 | 1996 |
| Germany | 1.84 | 2.60 | 4.44 | 2.43 | 0.10 | 0.00 | 1993 |
| Iceland | 0.21 | 2.62 | 1.70 | 0.02 | 0 | 0.00 | 1983 |
| Lithuania | ND | ND | ND | ND | 0.54 | 0.06 | 2005 |
| Luxembourg | 4.02 | 5.54 | 5.30 | 3.23 | 1.61 | 0.00 | 2002 |
| Netherlands | 1.29 | 1.70 | 1.82 | 0.72 | 0.21 | 0.00 | 1994 |
| Norway | 1.38 | 2.00 | 1.16 | 0.03 | 0 | 0.00 | 1984 |
| Sweden | 1.85 | 2.30 | 1.44 | 0.11 | 0.04 | NA | 1986 |
| United Kingdom | 2.62 | 2.90 | 2.27 | 0.87 | 0.18 | 0.00 | 1999 |
| Others[c] ($n$ = 5) | 3.05 | 4.32 | 4.05 | 2.40 | 0.93 | 0.05 | 5/5 |

as the Coalinga chrysotile deposits in California, USA, are reported to contain 50% or more (USGS, 2001; Virta, 2006).

### 1.4.2 Air

Asbestos is not volatile; however, fibres can be emitted to the atmosphere from both natural and anthropogenic sources. The weathering of asbestos-bearing rocks is the primary natural source of atmospheric asbestos. No estimates of the amounts of asbestos released to the air from natural sources are available (ATSDR, 2001). Anthropogenic activities are the predominant source of atmospheric asbestos fibres. Major anthropogenic sources include: open-pit mining operations (particularly drilling and blasting); crushing, screening, and milling of the ore; manufacturing asbestos products; use of asbestos-containing materials (such as clutches and brakes on cars and trucks); transport and disposal of wastes containing asbestos; and, demolition of buildings constructed with asbestos-containing products, such as insulation, fireproofing, ceiling and floor tiles, roof shingles, drywall, and cement (ATSDR, 2001; NTP, 2005). Concentrations of asbestos vary on a site-by-site

IARC MONOGRAPHS – 100C

**Table 1.2 (continued)**

| Country | \multicolumn{6}{c}{Use of asbestos[a] (kg per capita/year)} | | | | | | National ban[b] |
|---|---|---|---|---|---|---|---|
| | 1950s | 1960s | 1970s | 1980s | 1990s | 2000s | |
| *Americas, excluding South America* | | | | | | | |
| Canada | 2.76 | 3.46 | 4.37 | 2.74 | 1.96 | 0.32 | No ban |
| Cuba | ND | ND | ND | 0.15 | 0.36 | 0.74 | No ban |
| Mexico | 0.28 | 0.57 | 0.97 | 0.77 | 0.39 | 0.26 | No ban |
| USA | 3.82 | 3.32 | 2.40 | 0.77 | 0.08 | 0.01 | No ban |
| Others[c] (*n* = 12) | 0.06 | 0.22 | 0.44 | 0.29 | 0.07 | 0.07 | 0/12 |
| South America | | | | | | | |
| Argentina | ND | 0.88 | 0.76 | 0.40 | 0.18 | 0.04 | 2001 |
| Brazil | 0.27 | 0.38 | 0.99 | 1.25 | 1.07 | 0.74 | 2001 |
| Chile | 0.07 | 0.92 | 0.56 | 0.64 | 0.55 | 0.03 | 2001 |
| Ecuador | ND | ND | 0.67 | 0.52 | 0.14 | 0.26 | No ban |
| Uruguay | ND | 0.74 | 0.75 | 0.54 | 0.47 | 0.08 | 2002 |
| Others[c] (*n* = 6) | 0.27 | 0.43 | 0.60 | 0.47 | 0.29 | 0.19 | 0/6 |
| Oceania | | | | | | | |
| Australia | 3.24 | 4.84 | 5.11 | 1.82 | 0.09 | 0.03 | 2003 |
| New Zealand | 2.05 | 2.56 | 2.90 | 1.00 | ND | ND | No ban |
| Others[c] (*n* = 3) | ND | ND | ND | ND | ND | 0.22 | 0/3 |

[a] Numbers corresponding to use of asbestos by country and region were calculated as annual use per capita averaged over the respective decade.
[b] Year first achieved or year planned to achieve ban. When shown as fraction, the numerator is the number of countries that achieved bans and the denominator is the number of other countries in the region.
[c] Data on asbestos use were available (but mortality data unavailable) for others in each region, in which case data were aggregated.
ND, no data available; NA, not applicable because of negative use data; 0.00 when the calculated use were < 0.005; 0 if there are no data after the year the ban was introduced.
From Nishikawa et al. (2008)

basis and, as a result, environmental emissions are not easily estimated (ATSDR, 2001).

### 1.4.3 Water

Asbestos can enter the aquatic environment from both natural and anthropogenic sources, and has been measured in both ground- and surface-water samples. Erosion of asbestos-bearing rock is the principal natural source. Anthropogenic sources include: erosion of waste piles containing asbestos, corrosion of asbestos-cement pipes, disintegration of asbestos-containing roofing materials, and, industrial wastewater run-off (ATSDR, 2001).

### 1.4.4 Soil

Asbestos can enter the soil and sediment through natural (e.g. weathering and erosion of asbestos-bearing rocks) and anthropogenic (e.g. disposal of asbestos-containing wastes in landfills) sources. The practice of disposing asbestos-containing materials in landfills was more common in the past, and is restricted in many countries by regulation or legislation (ATSDR, 2001).

### 1.4.5 Environmental releases

According to the US EPA Toxics Release Inventory, total releases of friable asbestos to the environment (includes air, water, and soil) in 1999 were 13.6 million pounds from 86 facilities

that reported producing, processing, or using asbestos (ATSDR, 2001). In 2009, total releases of 8.9 million pounds of friable asbestos were reported by 38 facilities (US EPA, 2010).

## 1.5 Human exposure

Inhalation and ingestion are the primary routes of exposure to asbestos. Dermal contact is not considered a primary source, although it may lead to secondary exposure to fibres, via ingestion or inhalation. The degree of penetration in the lungs is determined by the fibre diameter, with thin fibres having the greatest potential for deep lung deposition (NTP, 2005).

### 1.5.1 Exposure of the general population

Inhalation of asbestos fibres from outdoor air, and to a lesser degree in indoor air, is the primary route of exposure for the non-smoking general population. Exposure may also occur via ingestion of drinking-water, which has been contaminated with asbestos through erosion of natural deposits, erosion of asbestos-containing waste sites, corrosion of asbestos-containing cement pipes, or filtering through asbestos-containing filters. Families of asbestos-workers may be exposed via contact with fibres carried home on hair or on clothing.

In studies of asbestos concentrations in outdoor air, chrysotile is the predominant fibre detected. Low levels of asbestos have been measured in outdoor air in rural locations (typical concentration, 10 fibres/m³ [f/m³]). Typical concentrations are about 10-fold higher in urban locations and about 1000 times higher in close proximity to industrial sources of exposure (e.g. asbestos mine or factory, demolition site, or improperly protected asbestos-containing waste site) (ATSDR, 2001). Asbestos fibres (mainly chrysotile) were measured in air and in settled dust samples obtained in New York City following destruction of the World Trade Center on September 11, 2001 (Landrigan et al., 2004).

In indoor air (e.g. in homes, schools, and other buildings), measured concentrations of asbestos are in the range of 30–6000 f/m³. Measured concentrations vary depending on the application in which the asbestos was used (e.g. insulation versus ceiling or floor tiles), and on the condition of the asbestos-containing materials (i.e. good condition versus deteriorated and easily friable) (ATSDR, 2001).

### 1.5.2 Occupational exposure

Asbestos has been in widespread commercial use for over 100 years (USGS, 2001). Globally, each year, an estimated 125 million people are occupationally exposed to asbestos (WHO, 2006). Exposure by inhalation, and to a lesser extent ingestion, occurs in the mining and milling of asbestos (or other minerals contaminated with asbestos), the manufacturing or use of products containing asbestos, construction, automotive industry, the asbestos-abatement industry (including the transport and disposal of asbestos-containing wastes).

Estimates of the number of workers potentially exposed to asbestos in the USA have been reported by the National Institute of Occupational Safety and Health (NIOSH), by the Occupational Safety and Health Administration (OSHA), and the Mine Safety and Health Administration (MSHA). OSHA estimated in 1990 that about 568000 workers in production and services industries and 114000 in construction industries may have been exposed to asbestos in the workplace (OSHA, 1990). Based on mine employment data from 2002, NIOSH estimated that 44000 miners and other mine workers may have been exposed to asbestos during the mining of asbestos and some mineral commodities in which asbestos may have been a potential contaminant (NIOSH, 2002b). More recently, OSHA has estimated that 1.3 million employees in construction and

general industry face significant asbestos exposure on the job (OSHA, 2008). In addition to evidence from OSHA and MSHA that indicate a reduction in occupational exposures in the USA over the past several decades, other information compiled on workplace exposures to asbestos indicates that the nature of occupational exposures to asbestos has changed (Rice & Heineman, 2003). Once dominated by chronic exposures in manufacturing process such as textile mills, friction-product manufacturing, and cement-pipe fabrication, current occupational exposures to asbestos primarily occur during maintenance activities or remediation of buildings that contain asbestos.

In Europe, estimates of the number of workers exposed to asbestos have been developed by CAREX (CARcinogen EXposure). Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX database estimates that a total of 1.2 million workers were exposed to asbestos in 41 industries in the 15 Member States of the EU. Over 96% of these workers were employed in the following 15 industries: 'construction' ($n = 574000$), 'personal and household services' ($n = 99000$), 'other mining' ($n = 85000$), 'agriculture' ($n = 81000$), 'wholesale and retail trade and restaurants and hotels' ($n = 70000$), 'food manufacturing' ($n = 45000$), 'land transport' ($n = 39000$), 'manufacture of industrial chemicals' ($n = 33000$), 'fishing' ($n = 25000$), 'electricity, gas and steam' ($n = 23000$), 'water transport' ($n = 21000$), 'manufacture of other chemical products' ($n = 19000$), 'manufacture of transport equipment' ($n = 17000$), 'sanitary and similar services' ($n = 16000$), and 'manufacture of machinery, except electrical' ($n = 12000$). Despite the total ban of asbestos, about 1500 workers (mainly construction workers and auto mechanics) were reported as having exposure to asbestos on the Finnish Register of Workers Exposed to Carcinogens (ASA Register) in 2006 (Saalo et al., 2006). In 2004, approximately 61000 workers performing demolition and reconstruction work in Germany were registered in the Central Registration Agency for Employees Exposed to Asbestos Dust (Hagemeyer et al., 2006).

Exposure to asbestos in occupational settings is regulated in countries of the EU. According to the European Directive of the EC 2003/18, permissible limits are 0.1 [f/mL] for all types of asbestos, based on an 8-hour time-weighted average (8h-TWA) (EU, 2003). The same limit is in force in most Canadian provinces (Alberta, British Columbia, Manitoba, Ontario, Newfoundland and Labrador, Prince Edward Island, New Brunswick and Nova Scotia); New Zealand; Norway; and, the USA. Other countries have permissible limits of up to 2 fibres/cm$^3$ (ACGIH, 2007).

Since 1986, the annual geometric means of occupational exposure concentrations to asbestos reported in the OSHA database and the MSHA database have been consistently below the NIOSH recommended exposure limit (REL) of 0.1 f/mL for all major industry divisions in the USA. The number of occupational asbestos exposure samples that were measured and reported by OSHA decreased from an average of 890 per year during 1987–94 to 241 per year during 1995–99. The percentage exceeding the NIOSH REL decreased from 6.3% during 1987–1994 to 0.9% during 1995–99. During the same two periods, the number of exposures measured and reported in the MSHA database decreased from an average of 47 per year during 1987–94 to an average of 23 per year during 1995–99. The percentage exceeding the NIOSH REL decreased from 11.1% during 1987–94 to 2.6% during 1995–99 (NIOSH, 2002a).

Data from studies and reviews of occupational asbestos exposure published since the previous IARC Monograph (IARC, 1973) are summarized below.

## (a)   Studies of occupational exposure

In a mortality study of 328 employees of an asbestos-cement factory in Ontario, Canada, Finkelstein (1983) constructed an exposure model on the basis of available air sampling data, and calculated individual exposure histories to investigate exposure–response relationships for asbestos-associated malignancies. In retrospectively estimating exposure, the following assumptions were made: exposures did not change during 1962–70, exposures during 1955–61 were 30% higher than the later period, and exposures during 1948–54 were twice as high as during 1962–70. Exposure estimates for the years 1949, 1969, and 1979 were as follows: 40, 20, 0.2 f/mL for the willows operators; 16, 8, 0.5 f/mL for the forming machine operators; and, 8, 4, 0.3 f/mL for the lathe operators.

In an occupational hygiene survey of 24 Finnish workplaces, asbestos concentrations were measured during the different operations of brake maintenance of passenger cars, trucks and buses. During brake repair of trucks or buses, the estimated 8-hour time-weighted average exposure to asbestos was 0.1–0.2 [f/mL]. High levels of exposure (range, 0.3–125 [f/mL]; mean, 56 [f/mL]) were observed during brake maintenance if local exhaust ventilation was not used. Other operations in which the concentration exceeded 1 [f/mL] included cleaning of brakes with a brush, wet cloth or compressed air jet without local exhaust (Kauppinen & Korhonen, 1987).

Kimura (1987), in Japan, reported the following geometric mean concentrations: bag opening and mixing, 4.5–9.5 f/mL in 1970–75 and 0.03–1.6 f/mL in 1984–86; cement cutting and grinding, 2.5–3.5 f/mL in 1970–75 and 0.17–0.57 f/mL in 1984–86; spinning and grinding of friction products, 10.2–35.5 f/mL in 1970–75 and 0.24–5.5 f/mL in 1984–86.

Albin et al. (1990) examined total and cause-specific mortality among 1929 Swedish asbestos cement workers employed at a plant producing various products (e.g. sheets, shingles, ventilation pipes) from chrysotile and, to a lesser extent, crocidolite and amosite asbestos. Individual exposures were estimated using dust measurements available for the period 1956–77. Levels of exposure were estimated for the following operations: milling, mixing, machine line, sawing, and grinding. Asbestos concentrations ranged from 1.5–6.3 f/mL in 1956, to 0.3–5.0 f/mL in 1969, and to 0.9–1.7 f/mL in 1975. In all three time periods, the highest concentrations were observed in the milling and grinding operations.

The Health Effects Institute (1991) evaluated an operation and maintenance programme in a hospital on the basis of 394 air samples obtained during 106 on-site activities. The mean asbestos concentration was approximately 0.11 f/mL for personal samples, and approximately 0.012 f/mL for area samples. Eight-hour TWA concentrations showed that 99% of the personal samples were below 0.2 f/mL, and 95% below 0.1 f/mL.

Price et al. (1992) estimated the TWAs of asbestos exposures experienced by maintenance personnel on the basis of 1227 air samples collected to measure airborne asbestos levels in buildings with asbestos-containing materials. TWA exposures were 0.009 f/mL for telecommunication switch work, 0.037 f/mL for above-ceiling maintenance work, and 0.51 f/mL for work in utility spaces. Median concentrations were in the range of 0.01–0.02 f/mL.

Weiner et al. (1994) reported concentrations in a South African workshop in which chrysotile asbestos cement sheets were cut into components for insulation. The sheets were cut manually, sanded and subsequently assembled. Initial sampling showed personal sample mean concentrations of 1.9 f/mL for assembling, 5.7 f/mL for sweeping, 8.6 f/mL for drilling, and 27.5 f/mL for sanding. After improvements and clean-up of the work environment, the concentrations fell to 0.5–1.7 f/mL.

In a 1985 study, Higashi et al. (1994) collected personal and area samples at two manufacturing

and processing locations in five Japanese plants manufacturing asbestos-containing products (a roofing material plant; a plant making asbestos cement sheets; a friction-material plant; and two construction and roofing-material plants). Geometric average concentrations of 0.05–0.45 f/mL were measured in area samples, and 0.05–0.78 f/mL in personal samples.

To assess the contribution of occupational asbestos exposure to the occurrence of mesothelioma and lung cancer in Europe, Albin et al. (1999) reviewed and summarized the available information on asbestos consumption in Europe, the proportion of the population exposed and levels of exposure. Ranges of exposure were reported for the former Yugoslavia, Poland, and Latvia. In 1987, mean fibre concentrations in Serbia and Montenegro were 2–16 f/mL for textile manufacturing, 3–4 f/mL for friction materials production, and 1–4 f/mL for asbestos cement production. In Poland, exposure levels in 1994 were estimated to be much greater than 2 f/mL in the textile industry, approximately 2 f/mL in asbestos cement and friction-products manufacturing, and greater than 0.5 f/mL in downstream use. In the Latvian asbestos cement industry in 1994, ranges of fibre concentrations were 0.1–1.1 f/mL for the machine line, and 1.1–5.2 f/mL for the milling and mixing areas.

Since 1974, NIOSH has conducted a series of sampling surveys in the USA to gather information on exposure of brake mechanics to airborne asbestos during brake repair. These surveys indicated that the TWA asbestos concentrations (about 1–6 hours in duration) during brake servicing were in the range of 0.004–0.28 f/mL, and the mean TWA concentration, approxiamtely 0.05 f/mL (Paustenbach et al., 2004).

Based on a review of the historical literature on asbestos exposure before 1972 and an analysis of more than 26000 measurements collected during 1972–90, Hagemeyer et al. (2006) observed a continual decrease in workplace levels of airborne asbestos from the 1950s to 1990 in Western Germany (FRG) and Eastern Germany (GDR). High concentrations of asbestos fibres were measured for some working processes in Western Germany (e.g. asbestos spraying (400 [f/mL]), removal of asbestos insulations in the ship repair industry (320 [f/mL]), removal of asbestos insulation (300 [f/mL]), and cutting corrugated asbestos sheets (60 [f/mL]), see Table 1.3.

In a study at a large petroleum refinery in Texas, USA, Williams et al. (2007a) estimated 8h-TWA asbestos exposures for 12 different occupations (insulators, pipefitters, boilermakers, masons, welders, sheet-metal workers, millwrights, electricians, carpenters, painters, laborers, and maintenance workers) from the 1940s to the 1985 onwards. Estimates were calculated using information on the historical use of asbestos, the potential for exposure due to daily work activities, occupational hygiene sampling data, historical information on task-specific exposures, and use of personal protective equipment. Exposures were estimated for 1940–50, 1951–65, 1966–71, 1972–75, 1976–85, and 1985 onwards. For these time periods, the 8h-TWA exposure (50th percentile) estimates for insulators were, respectively, 9 f/mL, 8 f/mL, 2 f/mL, 0.3 f/mL, 0.005 f/mL, and < 0.001 f/mL. For all other occupations, with the exception of labourers, estimated 8h-TWA exposure estimates were at least 50- to 100-fold less than that of insulators. Estimated 8h-TWA exposure estimates for labourers were approximately one-fifth to one-tenth of those of insulators.

Williams et al. (2007b) reviewed historical asbestos exposures (1940–2006) in various non-shipyard and shipyard settings for the following skilled occupations: insulators, pipefitters, boilermakers, masons, welders, sheet-metal workers, millwrights, electricians, carpenters, painters, labourers, maintenance workers, and abatement workers. For activities performed by insulators in various non-shipyard settings from the late 1960s and early 1970s, average task-specific and/or full-shift airborne fibre concentrations

Asbestos

**Table 1.3 Examples of asbestos fibre concentrations in the air (f/cm³) of different workplaces in Germany**

| Work area | | 1950–54[a] | 1970–74 | 1980 | 1990 |
|---|---|---|---|---|---|
| Textile industries | FRG | 100 | 10 | 3.8 | 0.9 |
| | GDR | 100 | 12 | 6.2 | 2.2 |
| Production of gaskets | FRG | 60 | 6.6 | 4.7 | 0.7 |
| | GDR | 60 | 8.0 | 7.8 | 1.6 |
| Production of cement | FRG | 200 | 11 | 1.1 | 0.3 |
| | GDR | 200 | 13 | 1.9 | 0.7 |
| Production of brake pads | FRG | 150 | 9.1 | 1.4 | 0.7 |
| | GDR | 150 | 11 | 2.4 | 1.6 |
| Insulation works | FRG | 15 | 15 | 8.6 | 0.2 |
| | GDR | 18 | 18 | 14.0 | 0.5 |

[a] Data for the GDR before 1967 are extrapolated
FRG, Federal Republic of Germany; GDR, German Democratic Republic
From Hagemeyer et al. (2006)

ranged from about 2 to 10 f/mL. Average fibre concentrations in US shipyards were about 2-fold greater, and excessively high concentrations (attributed to the spraying of asbestos) were reported in some British Naval shipyards. The introduction of improved occupational hygiene practices resulted in a 2- to 5-fold reduction in average fibre concentrations for insulator tasks. The typical range of average fibre concentration for most other occupations was < 0.01–1 f/mL. Concentrations varied with task and time period, with higher concentrations observed for tasks involving the use of powered tools, the mixing or sanding of drywall cement, and the cleanup of asbestos insulation or lagging materials. It was not possible with the available data to determine whether the airborne fibres were serpentine or amphibole asbestos.

Madl et al. (2007) examined seven simulation studies and four work-site industrial hygiene studies to estimate the concentration of asbestos fibres to which workers may have historically been exposed while working with asbestos-containing gaskets and packing materials in specific industrial and maritime settings (e.g. refinery, chemical, ship/shipyard). These studies involved the collection of more than 300 air

samples and evaluated specific activities, such as the removal and installation of gaskets and packings, flange cleaning, and gasket formation. In all but one of the studies, the short-term average exposures were less than 1 f/mL, and all of the long-term average exposures were less than 0.1 f/mL. Higher short-term average concentrations were observed during the use of powered tools versus hand-held manual tools during gasket formation (0.44 f/mL versus 0.1 f/mL, respectively). Peak concentrations of 0.14 f/mL and 0.40 f/mL were observed during 'gasket removal and flange face cleaning with hand tools' and 'packing removal and installation', respectively.

*(b) Dietary exposure*

The general population can be exposed to asbestos in drinking-water. Asbestos can enter potable water supplies through the erosion of natural deposits or the leaching from waste asbestos in landfills, from the deterioration of asbestos-containing cement pipes used to carry drinking-water or from the filtering of water supplies through asbestos-containing filters. In the USA, the concentration of asbestos in most drinking-water supplies is less than 1 f/mL, even in areas with asbestos deposits or with

229

asbestos cement water supply pipes. However, in some locations, the concentration in water may be extremely high, containing 10–300 million f/L (or even higher). The average person drinks about 2 litres of water per day (ATSDR, 2001). Risks of exposure to asbestos in drinking-water may be especially high for small children who drink seven times more water per day per kg of body weight than the average adult (National Academy of Sciences, 1993).

## 1.6 Talc containing asbestiform fibres

Talc particles are normally plate-like. These particles, when viewed on edge under the microscope in bulk samples or on air filters, may appear to be fibres, and have been misidentified as such. Talc may also form true mineral fibres that are asbestiform in habit. In some talc deposits, tremolite, anthophyllite, and actinolite may occur. Talc containing asbestiform fibres is a term that has been used inconsistently in the literature. In some contexts, it applies to talc containing asbestiform fibres of talc or talc intergrown on a nanoscale with other minerals, usually anthophyllite. In other contexts, the term asbestiform talc has erroneously been used for talc products that contain asbestos. Similarly, the term asbestiform talc has erroneously been used for talc products that contain elongated mineral fragments that are not asbestiform. These differences in the use of the same term must be considered when evaluating the literature on talc. For a more detailed evaluation of talc not containing asbestiform fibres, refer to the previous *IARC Monograph* (IARC, 2010).

### 1.6.1 Identification of the agent

Talc (CAS No. 14807-96-6) is a designation for both the mineral talc and for commercial products marketed as 'talc', which contain the mineral in proportions in the range of 35% to almost 100%. Commercial talc is classified as 'industrial talc' (refers to products containing minerals other than talc), 'cosmetic talc' (refers to products, such as talcum powder, which contain > 98% talc), and 'pharmaceutical talc' (refers to products containing > 99% talc) (Rohl et al., 1976; Zazenski et al., 1995). Synonyms for talc include: Agalite, French chalk, kerolite, snowgoose, soapstone, steatite, talcite, and talcum.

### 1.6.2 Chemical and physical properties of the agent

The molecular formula of talc is $Mg_3Si_4O_{10}(OH)_2$. It is a hydrated magnesium sheet silicate mineral, whose structure is composed of a layer of $MgO_4(OH)_2$ octahedra sandwiched between identical layers of $SiO_4$ tetrahedra. In nature, the composition of talc varies depending on whether or not the magnesium has been substituted with other cations, such as iron, nickel, chromium or manganese (Rohl et al., 1976; IMA, 2005). Pure talc is translucent, appearing white when finely ground (Zazenski et al., 1995). The colour of talc changes in the presence of substituted cations, ranging from pale-green to dark-green, brownish or greenish-grey. Talc has the following chemical and physical properties: melting point, 1500°C; hardness, 1 on the Moh's scale of mineral hardness; density, 2.58–2.83; and cleavage, (001) perfect (Roberts et al., 1974). Talc is a very stable mineral, and is insoluble in water, weak acids and alkalis, is neither explosive nor flammable, and has very little chemical reactivity (IMA, 2005).

Talc's structure is crystalline. It can have a small, irregular plate structure (referred to as microcrystalline talc) or it can have large, well defined platelets (referred to as macrocrystalline talc). Its platyness and crystallinity determine the specific commercial applications for which it is suitable (Zazenski et al, 1995). Talc is formed by complex geological processes acting on pre-existing rock formations with diverse chemical composition (Rohl et al., 1976). Many talc-bearing

rocks are formed from magnesia- and silica-rich ultramafic rocks. These rocks have a central core of serpentinite surrounded by successive shells of talc-abundant rock (e.g. talc carbonate and steatite). The serpentinite core is composed mostly of non-asbestiform serpentine minerals (lizardite and antigorite); however, small amounts of chrysotile asbestos may occur. (Zazenski *et al.*, 1995).

More detail on the chemical and physical properties of talc can be found in the previous *IARC Monograph* (IARC, 2010).

### 1.6.3 Use of the agent

Talc has several unique chemical and physical properties (such as platyness, softness, hydrophobicity, organophilicity, inertness) that make it desirable for a wide range of industrial and commercial applications (e.g. paint, polymers, paper, ceramics, animal feed, rubber, roofing, fertilizers, and cosmetics). In these products, talc acts as an anti-sticking and anti-caking agent, lubricant, carrier, thickener, absorbent, and strengthening and smoothing filler (IMA, 2005).

In 2000, the worldwide use pattern for talc was as follows: paper industry, 30%; ceramics manufacture, 28%; refractories, 11%; plastics, 6%; filler or pigment in paints, 5%; roofing applications, 5%; cement, 3%; cosmetics, 2%; and other miscellaneous uses, 10% (includes agriculture and food, art sculpture, asphalt filler, autobody filler, construction caulks, flooring, and joint compounds) (Roskill Information Services Ltd, 2003). According to a Mineral Commodity Summary published by the USGS in 2009, talc produced in the USA was used for ceramics, 31%; paper, 21%; paint, 19%; roofing, 8%; plastics, 5%; rubber, 4%; cosmetics, 2%; and other, 10% (Virta, 2009).

No information on the use of asbestiform talc in various industries (apart from mining and milling of talc from deposits containing asbestiform fibres) was identified by the Working Group. For a more detailed description of the uses

of talc, refer to the previous *IARC Monograph* (IARC, 2010).

### 1.6.4 Environmental occurrence

#### (a) Natural occurrence

Primary talc deposits are found in almost every continent around the world. Talc is commonly formed by the hydrothermal alteration of magnesium- and iron-rich rocks (ultramafic rocks) and by low-grade thermal metamorphism of siliceous dolomites (Zazenski *et al.*, 1995). For more detailed information on the formation of commercially important talc deposits, refer to the previous *IARC Monograph* (IARC, 2010).

Talc deposits whose protoliths are ultramafic rocks (or mafic) are abundant in number but small in total production. They are found in discontinuous bodies in orogenic belts such as the Alps, the Appalachians, and the Himalayas; these types of talc deposits form during regional metamorphism accompanying orogenesis. They also occur in the USA (California, Arkansas, Texas), Germany, Norway, Canada (Ontario and Quebec), southern Spain, Finland, the Russian Federation (Shabry and Miassy), and Egypt. Chlorite and amphibole are usually associated with this type of talc deposit although they are commonly separated in space from the talc ore (Vermont). The amphiboles may or may not be asbestiform, depending on the local geological history (IARC, 2010).

Talc deposits formed from the alteration of magnesian carbonate and sandy carbonate such as dolomite and limestone are the most important in terms of world production. Two types are recognized:

- those derived from hydrothermal alteration of unmetamorphosed or minimally metamorphosed dolomite such as found in Australia (Mount Seabrook and Three Springs); USA (Wintersboro, Alabama; Yellowstone, Montana; Talc City, California; Metaline Falls, Washington;

and West Texas); the Republic of Korea; the People's Republic of China; India; the Russian Federation (Onot); and, northern Spain (Respina)

- those derived from hydrothermal alteration (including retrograde metamorphism) of regionally metamorphosed siliceous dolomites and other magnesium-rich rocks such as in the USA (Murphy Marble belt, North Carolina; Death Valley-Kingston Range, California; Gouverneur District, New York; Chatsworth, Georgia); Canada (Madoc); Italy (Chisone Valley); the Russian Federation (Krasnoyarsk); Germany (Wunsiedel); Austria (Leoben); Slovakia (Gemerska); Spain; France (Trimouns); and Brazil (Brumado) (IARC, 2010).

In a study to examine the amphibole asbestos content of commercial talc deposits in the USA, Van Gosen et al. (2004) found that the talc-forming environment (e.g. regional metamorphism, contact metamorphism, or hydrothermal processes) directly influenced the amphibole and amphibole-asbestos content of the talc deposit. Specifically, the study found that hydrothermal talcs consistently lack amphiboles as accessory minerals, but that contact metamorphic talcs show a strong tendency to contain amphiboles, and regional metamorphic talc bodies consistently contain amphiboles, which display a variety of compositions and habits (including asbestiform). Death Valley, California is an example of a contact metamorphic talc deposit that contains accessory amphibole-asbestos (namely talc-tremolite).

### 1.6.5 Human exposure

#### (a) Exposure of the general population

Consumer products (e.g. cosmetics, pharmaceuticals) are the primary sources of exposure to talc for the general population. Inhalation and dermal contact (i.e. through perineal application of talcum powders) are the primary routes of exposure. As talc is used as an anti-sticking agent in several food preparations (e.g. chewing gum), ingestion may also be a potential, albeit minor, route of exposure.

As late as 1973, some talc products sold in the USA contained detectable levels of chrysotile asbestos, tremolite, or anthophyllite (Rohl et al., 1976), and it is possible that they remained on the market in some places in the world for some time after that (Jehan, 1984). Some of the tremolite and anthophyllite may have been asbestiform in habit (Van Gosen, 2006).

Blount (1991) examined pharmaceutical- and cosmetic-grade talcs for asbestiform amphibole content using a density-optical method. High-grade product samples (n = 15) were collected from deposits in Montana, Vermont, North Carolina, Alabama, and from outside the USA but available in the US market. Samples were uniformly low in amphibole content (with counts in the range of 0–341 particles/mg), and some samples appeared to be completely free of amphibole minerals. In samples containing amphibole minerals, cleavage-type and asbestos-type minerals were observed. Only one sample was found to contain an amphibole particle size distribution typical of asbestos.

More complete information on the levels of exposure experienced by the general population can be found in the previous *IARC Monograph* (IARC, 2010).

#### (b) Occupational exposure

Inhalation is the primary route of exposure to talc in occupational settings. Exposure by inhalation to talc dust occurs in the talc-producing industries (e.g. during mining, crushing, separating, bagging, and loading), and in the talc-using industries (e.g. rubber dusting and addition of talcs to ceramic clays and glazes). Because industrial talc is a mixture of various associated minerals, occupational exposure is to a mixture of mineral dusts (IARC, 1987b).

In general, data on numbers of workers occupationally exposed to talc are lacking. The National Occupation Exposure Survey (NOES), which was conducted by the US National Institute for Occupational Safety and Health (NIOSH) during 1981–83, estimated that 1.4 million workers, including approximately 350000 female workers, were potentially exposed to talc in the workplace (NIOSH, 1990). CAREX reports that approximately 28000 workers were exposed to talc containing asbestiform fibres in the workplace within the 15 countries that comprised the EU during 1990–93; however, some major industries producing or using talc were not included.

Many of the early measurements reported very high levels of talc dust exposures in mining and milling operations, often in the range of several mg/m$^3$, but there is evidence of decreasing exposures (IARC, 1987b; IARC, 2010). For example, before the adoption of technical preventive means in 1950, exposures in the talc operation in the Germanasca and Chisone Valley (Piedmont), Italy, were reported to be approximately 800 mppcf in the mines, and approximately 25 mppcf in the mills. Exposures in both areas were reduced to less than 10 mppcf after 1965 when improved occupational hygiene practices were implemented (Rubino et al., 1976). Although the presence of asbestiform talc was often not reliably verified, it is likely that these levels have also decreased, in part due to mine closures and regulatory controls.

Oestenstad et al. (2002) developed a job–exposure matrix for respirable dust, covering all work areas in an industrial grade (tremolitic) talc mining and milling facility in upstate New York, USA. The facility started operating in 1948 with the opening of an underground mine (Mine 1) and a mill (Mill 1). An open pit mine (Mine 2) opened in 1974. Talc from the facility was used predominantly for manufacturing paint and ceramic tiles. The range of all respirable dust concentrations measured in the two baseline exposure surveys was 0.01–2.67 mg/m$^3$, with an arithmetic mean of 0.47 mg/m$^3$ and a geometric mean of 0.28 mg/m$^3$.

Only limited information is available about exposures in secondary industries in which talc is used or processed further. The previous *IARC Monograph* on talc (IARC, 2010) summarizes three historical surveys conducted in these kinds of industries. The IARC Working Group in 1987 noted, however, that even when measurements of respirable fibres were reported, no electron microscopic analysis was conducted to confirm the identity of the fibres. Recently, most industries using talc use non-asbestiform talc (IARC, 2010).

For a more complete description of studies in which occupational exposure to talc and talc-containing products has been reported, refer to the previous *IARC Monograph* (IARC, 2010).

# 2. Cancer in Humans

## 2.1 Introduction

The previous *IARC Monographs* were limited to the same six commercial forms of asbestos fibres (chrysotile, actinolite, amosite, anthophyllite crocidolite and tremolite) that are subject of this current evaluation. In the previous *IARC Monograph* (IARC, 1977), the epidemiological evidence showed a high incidence of lung cancer among workers exposed to chrysotile, amosite, anthophyllite, and with mixed fibres containing crocidolite, and tremolite. Pleural and peritoneal mesotheliomas were reported to be associated with occupational exposures to crocidolite, amosite, and chrysotile. Gastrointestinal tract cancers were reported to have been demonstrated in groups occupationally exposed to amosite, chrysotile or mixed fibres containing chrysotile. An excess of cancer of the larynx in occupationally exposed individuals was also noted. Finally the *Monograph* points out that mesothelioma may occur among individuals

living in neighbourhoods of asbestos factories and crocidolite mines, and in persons living with asbestos workers.

Extensive epidemiological research on asbestos has been conducted since then. The associations between asbestos exposure, lung cancer, and mesothelioma have been well established in numerous epidemiological investigations. The epidemiological evidence for other cancer sites is less extensive than it is for lung cancer and mesothelioma, but is still considerable for some. In reviewing these studies, there are some common limitations that need to be borne in mind, which may explain the heterogeneity of the findings from the studies such as:

- The types, fibre sizes and levels of asbestos exposure differed from industry to industry and over time. Most of the heaviest exposures probably occurred in the first two-thirds of the twentieth century in asbestos mining and milling, insulation work, shipyard work, construction, and asbestos textile manufacture. Workers in different industries, eras, and geographic locales were exposed to different types of asbestos fibres, and to fibres of greatly varying dimensions.

- There were differences in how the studies handle the issue of latency or in other words time since first occupational exposure to asbestos. Some studies, especially earlier investigations, accumulated person–years from first exposure, a procedure that may dilute observed risk by including many years of low risk. Others have only accumulated person–years after a certain period of time after first exposure, usually 20 years. Also different studies followed their populations for very different periods of time since first occupational exposure to asbestos.

- The most pervasive problem in interpreting studies was the wide variation among studies in the approaches taken for exposure assessment. Some studies made no attempt to assess exposure beyond documenting employment of study participants in a trade or industry with potential for occupational exposure to asbestos. Other studies used surrogate indices of exposure such as duration of employment or self-reported intensity of exposure, or stratified subjects' exposure by job title. Some used the skills and knowledge of industrial hygienists, obtained direct measurements of asbestos dust levels in air, and developed job–exposure matrices and cumulative exposure indices. Even these analyses are limited by the fact that earlier studies used gravimetric measures of dust exposure, while later used fibre-counting methods based on phase contrast microscopy (PCM). Factors that were used to convert between gravimetric and PCM based measurements are generally unreliable unless they are based on side by side measurements taken in specific industrial operations. Differences in fibre size distributions and fibre type can only be detected using electron microscopy, which has been done in only a very few studies.

- Misclassification of disease was a serious problem for several of the cancer sites. This is particularly true for mesothelioma, which did not have diagnostic category in the ICD system until the 10th review was initiated in 1999.

There were also issues regarding the potential for misclassification of mesotheliomas as colon or ovarian cancers.

For talc that contains asbestiform fibres, previous Working Groups assessed studies on talc described as containing asbestiform tremolite and anthophyllite (IARC, 1987a, b). These fibres fit the definition of asbestos, and therefore a separate review of talc containing asbestiform fibres was not undertaken by this Working Group. The

reader is invited to consult the General Remarks in this volume for further details. For a review of Talc, refer to the previous *IARC Monograph* (IARC, 2010).

## 2.2 Cancer of the lung

### 2.2.1 Occupational exposure

Signs that cancer of the lung could be induced by exposure to asbestos was first raised by reports of lung cancer cases that occurred among workers with asbestosis (Gloyne, 1935; Lynch & Smith, 1935). The first cohort study that demonstrated an excess of lung cancer among asbestos exposed workers was a study of textile workers (Doll, 1955). In this study, 11 cases of lung cancer versus 0.8 expected ($P < 0.00001$) were reported based on national mortality rates. Since 1955, an association between lung cancer and occupational exposure to asbestos has been demonstrated in numerous cohort and case–control studies that are summarized in Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.1.pdf, Table 2.2 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.2.pdf, and Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.3.pdf.

Although a causal association between asbestos exposure and lung cancer is generally well recognized, there are still substantial controversies on how the risk might vary by exposure to different fibre types and sizes, and whether there is a risk at low levels of exposure (i.e. environmental exposures). Particularly controversial is the question of whether chrysotile asbestos is less potent for the induction of lung cancer than the amphibole forms of asbestos (e.g. crocidolite, amosite and tremolite), which has sometimes been referred to as the "amphibole hypothesis" (Cullen, 1996; Stayner *et al.*, 1996; McDonald, 1998). This argument

is based on the observation from experimental studies that chrysotile asbestos is less biopersistent (i.e. has a shorter half life) in the lung than the amphiboles. Pathological studies of tissue using electron microscopy and energy dispersive analysis of X-rays (EDAX) have been used to measure the amounts of different asbestos fibre types in the lung. Case studies of Canadian chrysotile asbestos workers using these methods have shown an unexpectedly high proportion of amphibole (primarily tremolite) fibres, considering the relatively low percentage of amphibole fibres in commercial chrysotile asbestos (Pooley, 1976; Rowlands *et al.*, 1982; Addison & Davies, 1990). [The Working Group noted that the lower biopersistence of chrysotile in the lung does not necessarily imply that it would be less potent than amphiboles for lung cancer.]

Several meta-analyses have been conducted in which the relative potency of different fibre types and other fibre characteristics have been considered in relation to lung cancer. Lash *et al.* (1997) conducted a meta-analysis based on the findings from 15 cohort studies with quantitative information on the relationship between asbestos exposure and lung cancer risk. The slopes of the lung cancer exposure–response relationship from these studies were analysed using fixed and random effects models. Substantial heterogeneity in the slopes for lung cancer from these studies was found in their analysis. The heterogeneity was largely explained by industry category, dose measurements, tobacco habits, and standardization procedures. There was no evidence in this meta-analysis that differences in fibre type explained the heterogeneity of the slope.

Hodgson & Darnton (2000) performed a meta-analysis based on 17 cohort studies with information on the average level of asbestos exposure for the cohort as a whole or for subgroups in the study. The percentage excess lung cancer risk from each study or subgroup was divided by its average exposure level to derive a slope (RL) for the analysis. Substantial heterogeneity in the

findings for lung cancer was also found in this analysis particularly for the chrysotile cohorts. The heterogeneity in the findings for the chrysotile cohorts was largely attributable to differences in the findings from the studies of chrysotile miners and millers in Quebec (McDonald *et al.*, 1983), and asbestos textile workers in South Carolina (Dement & Brown, 1994; Hein *et al.*, 2007), which differed by nearly 100-fold. No explanation has been found for these extreme differences although several possible explanations have been investigated. Co-exposure to mineral oils in the South Carolina textile plant was proposed as a possible explanation. A nested case–control conducted with the South Carolina cohort failed to provide evidence to support the hypothesis that mineral exposure was associated with an increased risk of lung cancer in this study population (Dement & Brown, 1994). Differences in fibre size distributions have also been considered to be a potential explanation. The asbestos textile industry workers may have used a higher grade of asbestos resulting in exposures to a greater percentage of long fibres than what was experienced by miners and millers in Quebec. A larger percentage of long fibres was found in a recent reanalysis of samples from the South Carolina cohort using transmission electron microscopy (TEM) (Dement *et al.*, 2008) than what was previously reported in TEM analyses of samples from the Quebec mines and mills (Gibbs & Hwang, 1975, 1980). Based on their analysis, Hodgson & Darnton (2000) concluded that the ratio between lung cancer risk for chrysotile and the amphiboles was somewhere between 1:10 and 1:50. However, in their analyses (where they excluded the study of Quebec miners rather than the South Carolina cohort), there was only a 2-fold difference in findings for lung cancer risk between the chrysotile (RL = 2.3) and amphibole cohorts (RL = 4.2). [The Working Group noted that there is no justification for exclusion of the South Carolina cohort because it is one of the highest quality studies in terms of the exposure information used in this study.]

Berman & Crump (2008a) published a meta-analysis that included data from 15 asbestos cohort studies. Lung cancer risk potency factors (Kis = [RR-1]/cumulative exposure) were derived in their analyses that were specific for both fibre type (chrysotile versus amphiboles) and fibre size (length and width). Fibre size information was only available for one of the cohort studies, and for the other studies it was obtained from studies that were conducted in similar industrial settings. As with the previous analyses, substantial variation was found in the findings from these studies with results for lung cancer varying by two orders of magnitude, although no formal statistical tests of heterogeneity were performed. The hypothesis that chrysotile is equipotent as the amphiboles for lung cancer was not rejected for fibres of all widths ($P = 0.07$) or for thick (width > 0.2 μm) fibres ($P = 0.16$). For thin fibres (width < 0.2 μm), there was significant ($P = 0.002$) evidence that chrysotile fibres were less potent than amphiboles. Sensitivity analyses were also conducted in which the South Carolina or Quebec miners and millers cohorts were dropped from the analysis using fibres of all widths. Dropping the South Carolina cohort resulted in a highly significant ($P = 0.005$) result that potency was greater for amphiboles than for chrysotile. Dropping the Quebec cohort resulted in there being no significant ($P = 0.55$) evidence of a difference in potency between the fibre types. [The Working Group noted that both the Hodgson & Darnton and Berman & Crump analyses reveal a large degree of heterogeneity in the study findings for lung cancer, and that findings are highly sensitive to the inclusion or exclusion of the studies from South Carolina or Quebec. The reasons for the heterogeneity are unknown, and until they are explained it is not possible to draw any firm conclusions concerning the relative potency of chrysotile and amphibole asbestos fibres from these analyses.]

Based on findings from experimental studies, it is suspected that long and thin fibres are likely to be more potent than short and thick fibres in the induction of lung cancer in humans. Unfortunately until recently, all of the epidemiological studies that have been conducted used methods for exposure assessment that did not include a determination of fibre size, and thus this issue could not be directly addressed with these studies. As described above, the meta-analysis conducted by Berman & Crump (2008a) considered the effect of fibre size on lung cancer risk by using data from other studies conducted in similar circumstances as the cohort studies. Their analysis did not reveal strong evidence that lung cancer potency was dependent on fibre size. There was weak evidence that long fibres (length > 10 μm) were more potent than short fibres (5 μm < length < 10 μm) in models using all widths ($P = 0.07$). The lack of size-specific data from the studies was a major limitation of this study with regard to estimating size-specific risk estimates. Stayner et al. (2008) published findings from an analysis of the South Carolina asbestos textile cohort in which fibre size specific estimates of lung cancer mortality was evaluated using information from a reanalysis of archived air samples using TEM (Dement et al., 2008). Long fibres (> 10 μm) and thin fibres (< 0.25 μm) were found to be the strongest predictors of lung cancer mortality in this study.

Another study not part of the prior meta-analyses provides relevant information regarding the question of the relative lung cancer potency of the fibre types. Loomis et al. (2009) carried out a retrospective cohort mortality study of textile workers from four plants in North Carolina that had never been studied before. Workers in this cohort were primarily exposed to chrysotile asbestos that was imported from Quebec. A small amount of amosite was used in an operation in one of the plants. Overall, an excess of lung cancer was observed in this study (SMR, 1.96; 95%CI: 1.73–2.20), which was very similar in magnitude to that reported in the South Carolina cohort study of textile workers (Hein et al., 2007). However, the slope for the exposure–response between asbestos exposure and lung cancer was considerably lower than that reported in the South Carolina cohort study. The reasons for these differences in the exposure–response relationships are unknown, but one possible reason may be that quality of the exposure information was superior in the South Carolina study, and that the difference could be explained by an attenuation of the slope due to exposure misclassification in Loomis et al. (2009).

## 2.2.2 Environmental exposures

Evidence of an association in women between lung cancer and environmental exposures in New Caledonia to field dust containing tremolite and the use of a whitewash ("po") containing tremolite has been reported (Luce et al., 2000). A positive association with heavy residential exposure to asbestos was observed in a lung cancer case–control study the Northern Province of South Africa, which is a crocidolite and amosite mining area (Mzileni et al., 1999). The association was strongest among women who resided in heavily exposed areas (odds ratio [OR], 5.4; 95%CI: 1.3–22.5; Ptrend = 0.02). A study of lung cancer mortality among women in two chrysotile mining regions of Quebec did not result in an increase in lung cancer (SMR, 0.99; 95%CI: 0.78–1.25) relative to women from 60 other areas of Canada (Camus et al., 1998).

## 2.2.3 Non-commercial asbestiform amphibole fibres

There is emerging epidemiological evidence that non-commercial amphibole fibres that are asbestiform have carcinogenic potential. These fibres are not technically "asbestos," and they were never commercially marketed. However, the Working Group felt it was important to

IARC MONOGRAPHS – 100C

discuss the recent evidence concerning these fibres because of their similarity to asbestos, and because of public concerns regarding this issue.

Several studies have described adverse health associations with the amphibole fibres that contaminated vermiculite mined in Libby, Montana, USA. These fibres were originally characterized as from the tremolite-actinolite series (IARC, 1987a), however, they have been more recently described by the US Geological Society as approximately 84% winchite, 11% richterite, and 6% tremolite (Meeker et al., 2003). Sullivan (2007) reported standardized mortality ratios (SMRs), using cause of death data and expected mortality for the underlying cause of death based on national age-, race-, and sex-specific rates. Using a 15-year exposure lag, there were increased SMRs for all cancer (SMR, 1.4; 95%CI: 1.2–1.6; n = 202), and lung cancer (SMR, 1.7; 95%CI: 1.4–2.1; n = 89). Increasing risks were observed across categories of cumulative exposure; the SMR estimates were 1.5, 1.6, 1.8, and 1.9 in the 1–4.49, 4.5–22.9, 23.0–99.0, and ≥ 100 f/mL–years exposure categories, respectively. Results from other studies (Amandus et al., 1987; McDonald et al., 2004) of analyses using a continuous measure of exposure also resulted in statistically significant relationships with lung cancer mortality risk. For example, in the updated analysis by McDonald et al. (2004), the estimated linear increase in relative risk of respiratory cancer risk per 100 f/mL–years cumulative exposure was 0.36 (95%CI: 0.03–1.2; P = 0.02).

## 2.3 Mesothelioma

Pleural and peritoneal mesotheliomas are very rare malignancies that occur in the mesothelial cells that line these cavities. The first report of a possible association between asbestos exposure and mesothelioma was by Wagner et al. (1960) who described an outbreak of mesothelioma in a crocidolite mining region of South Africa. The majority of the cases reported had worked in the mines (23/33) but some of the cases had also occurred among individuals with no history of occupational exposures (10/33). Since then, an excess of mesothelioma has been observed in a large number of cohort and case–control studies (summarized in online Tables 2.2, 2.3 and Table 2.4 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.4.pdf) in a variety of different industries using and producing asbestos. Although the causal association between mesothelioma and asbestos has been well established, several important issues remain to be resolved that are discussed below.

### 2.3.1 Fibre type

Although all forms of asbestos can cause mesothelioma, there is considerable evidence that the potency for the induction of mesothelioma varies by fibre type, and in particular that chrysotile asbestos is less potent than amphibole forms of asbestos. An excess of mesothelioma has been reported in cohort studies of chrysotile exposed miners and millers in Quebec (Liddell et al., 1997), and in South Carolina asbestos textile workers who were predominantly exposed to chrysotile asbestos imported from Quebec (Hein et al., 2007). However, the fact that the chrysotile asbestos mined in Quebec is contaminated with a small percentage (< 1.0%) of amphibole (tremolite) asbestos has complicated the interpretation of these findings. McDonald et al. (1997) found in a nested case–control study for mesothelioma in the Thetford mines of Quebec that an association with asbestos exposure was evident in mines from a region with higher concentrations of tremolite, and not in another region with lower concentrations of tremolite. Bégin et al. (1992) noted that although tremolite levels may be 7.5 times higher in Thetford than in Asbestos, the incidence of mesothelioma in these two Quebec mining towns was proportional to the size of their workforce. This suggests that

the tremolitic content of the ores may not be a determinant of mesothelioma risk in Quebec. Separate analyses for workers at the Thetford and Asbestos mines and mills did not demonstrate a different exposure–response relationship for asbestos and mesothelioma in the two mining areas (McDonald & McDonald, 1995).

In a mesothelioma case–control study in South Africa, an association was reported with exposures to crocidolite and amosite asbestos, but no cases were found to have been exclusively exposed to chrysotile asbestos (Rees et al., 1999). One possible explanation for these negative findings for chrysotile is that South African chrysotile asbestos may contain relatively little tremolite (Rees et al., 1992). Another possible explanation is that chrysotile mining began later, and production levels were lower than in the crocidolite and amosite mines of South Africa. Cases of mesothelioma have been reported among asbestos miners in Zimbabwe, which has been reported to be uncontaminated with tremolite asbestos (Cullen & Baloyi, 1991). Excess mesothelioma mortality (standardized incidence ratio [SIR], 4.0, 95%CI: 1.5–8.7) was reported in miners and millers from a chrysotile mine in Balangero, Italy (Mirabelli et al., 2008), reportedly free of amphibole contamination (Piolatto et al., 1990).

An evaluation of the relative potency of the different fibre types of asbestos has been considered in the meta-analyses that were previously described (see prior section on lung cancer) by Hodgson & Darnton (2000) and Berman & Crump (2008a, b). Hodgson & Darnton (2000) used the percentage of mesothelioma deaths of all deaths expected (at an age of first exposure of 30) per unit of cumulative exposure (Rm) as the measure for their analysis. They computed separate estimates of Rm for crocidolite, amosite and chrysotile asbestos. Based on their analyses, they estimated that the ratio of the potency for mesothelioma (pleural and peritoneal combined) was 1:100:500 for chrysotile, amosite, and crocidolite respectively.

The meta-analysis conducted by Berman & Crump (2008a) was based on the analysis of the slopes (Km) that were estimated using an approach that assumes that the mortality rate from mesothelioma increases linearly with the intensity of exposure, and for a given intensity, increases indefinitely after exposure ceases, approximately as the square of time since first exposure (lagged 10 years). This model was tested with the raw data from several studies, and found to provide a good fit to the data (Berman & Crump, 2008b). Regression models were fitted to the study Km values that included information from surrogate studies to estimate fibre type (chrysotile versus amphiboles) and fibre length (short versus long) specific potency slopes (Berman & Crump, 2008a). Alternative models were fitted with exposure metrics based on different fibre widths. The hypothesis that chrysotile and amphibole forms of asbestos are equipotent was strongly rejected, and the hypothesis that potency for chrysotile asbestos was 0 could not be rejected based on their models ($P < 0.001$ and $P = 0.29$, respectively, for all-widths model). The best estimates for the relative potency of chrysotile ranged from zero to about 1/200th that of amphibole asbestos (depending on the width of the exposure metric used in the model). [The Working Group noted that there is a high degree of uncertainty concerning the accuracy of the relative potency estimates derived from the Hodgson & Darnton and Berman & Crump analyses because of the severe potential for exposure misclassification in these studies.]

Two newer studies, not part of the prior meta-analyses, provide important information regarding the question of the relative potency of the fibre types. The first is a study of a cohort of textile workers in North Carolina not previously examined (Loomis et al., 2009). Workers in this cohort were primarily exposed to chrysotile asbestos imported from Quebec. A relatively large excess of both mesothelioma [SMR, 10.92; 95%CI: 2.98–27.96] and pleural cancer [SMR,

IARC MONOGRAPHS – 100C

12.43; 95%CI: 3.39–31.83]. The pleural and mesothelioma deaths combined comprised 0.3% of all deaths. This percentage was nearly identical to the estimate developed for the chrysotile cohorts in a review article by Stayner *et al.* (1996). Based on the approach that Hodgson & Darnton used in their meta-analysis, the authors estimated that the percentage of deaths per unit of fibre exposure was 0.0058% per f–y/mL (0.0098% per f–y/mL for workers followed ≥ 20 years). This estimate was considerably higher than the estimate developed by Hodgson & Darnton of 0.0010% per f–yr/mL for cohorts exposed to chrysotile.

The other study investigated mesothelioma among chrysotile miners and millers, and resident communities in Balangero, Italy. The chrysotile mined at Balangero was reported to be free of tremolite and other amphiboles. The ore contains trace amounts of another fibre called blangeroite, which is not an amphibole (Turci *et al.*, 2009). A previous cohort of the miners and millers in Balangero with follow up to 1987 identified only two deaths from mesothelioma (Piolatto *et al.*, 1990). Cases of mesothelioma were identified from a local mesothelioma registry comprises people who had been mine employees; employees of subcontractors or other firms transporting or refining Balangero asbestos, asbestos ore; residents of the area who were exposed from air pollution, living with a mine employee or from mine tailings from Balangero. Six cases of mesothelioma were identified among blue-collar miners, and an estimated 1.5 deaths (SIR, 4.00; 95%CI: 1.47–8.71) would be expected based on a previous cohort study (Piolatto *et al.*, 1990), and conservative assumptions about the cohort. Additional cases of mesothelioma were identified among white-collar miners (three cases), workers in the mine hired by subcontractors (five cases), and from non-occupational exposures or exposure to re-used tailings (ten cases). Expected numbers of mesothelioma cases could not be derived for these groups because they were not part of the original cohort definition. The findings from this investigation indicate that the previous risk of mesothelioma for the Balangero cohort were seriously underestimated.

### 2.3.2 Fibre size

Based on a review of toxicological and human studies, Lippmann (1990) suggested that fibres shorter than 0.1 μm and longer than 5 μm are related to mesothelioma in humans. The Berman & Crump meta-analyses provided weak evidence that fibre length is a determinant of the potency of asbestos. The test of the hypothesis that long fibres (length ≥ 10 μm) and short fibres (5 < length < 10 μm) are equipotent was nearly rejected in some models (e.g. $P = 0.09$ for all widths). Thus, their findings provide weak support that long fibres may be more potent than short fibres for mesothelioma. There was little evidence in their analyses that thin fibres (width < 0.4 or < 0.2 μm) were stronger predictors of mesothelioma potency than all fibre widths combined. A major limitation of their analysis was that it relied on surrogate data to estimate the fibre-size distributions for the studies used in the meta-analysis.

### 2.3.3 Pleural versus peritoneal tumours

The ratio of pleural to peritoneal mesotheliomas has varied considerably in different epidemiological studies of asbestos-exposed cohorts. In the cohort studies included in the meta-analysis conducted by Hodgson & Darnton (2000), the percentage of mesotheliomas that were peritoneal varied from 0 to over 50%. Hodgson & Darnton reported that peritoneal mesotheliomas increased with the square of cumulative exposure to asbestos (i.e. a supralinear relationship); whereas pleural mesotheliomas increased less than linearly with cumulative exposure to asbestos. This implies that the number of peritoneal mesotheliomas would dramatically increase relative to the number of pleural mesotheliomas at high asbestos exposure levels. Welch *et al.*

(2005) found a strong association (OR, 5.0; 95%CI: 1.2–21.5) between asbestos exposure and peritoneal cancer in a population-based case–control study. This study included a large percentage of men with what were judged to be low exposures to asbestos.

### 2.3.4 Environmental exposures

An excess of mesothelioma has been observed in several studies of communities with environmental exposure to asbestos. A large excess of mesothelioma was reported in a study of people living in villages in Turkey exposed to erionite used to whitewash their homes (Baris et al., 1987). An excess in mesothelioma was reported among people living near crocidolite mining regions in South Africa and Western Australia (Wagner & Pooley, 1986), among people residing in areas of tremolite contamination in Cyprus (McConnochie et al., 1987) and New Caledonia (Luce et al., 2000), and with non-occupational exposures in Europe (Magnani et al., 2000), Italy (Magnani et al., 2001), and California (Pan et al., 2005).

Mesothelioma has also been reported to occur among household members of families of asbestos workers (Anderson et al., 1976; Ferrante et al., 2007).

### 2.3.5 Non-commercial asbestiform fibres

Several studies have described adverse health associations with the amphibole fibres that contaminated vermiculite mined in Libby, Montana, USA. These fibres were originally characterized as from the tremolite-actinolite series (IARC, 1987a); however, they were subsequently described by the US Geological Society as being composed of approximately 84% winchite, 11% richterite, and 6% tremolite (Meeker et al., 2003). Sullivan (2007) reported SMRs, using cause of death data and expected mortality for the underlying cause of death based on national age-, race-, and sex-specific rates. Using a 15-year exposure lag, there were increased SMRs, mesothelioma defined by ICD-10 for deaths after 1999 (SMR, 14.1; 95%CI: 1.8–54.4; $n = 2$) and pleural cancer (SMR, 23.3; 95%CI: 6.3–59.5; $n = 4$). The only exposure–response modelling of mesothelioma was presented in the paper by McDonald et al., based on 12 mesothelioma cases (McDonald et al., 2004). Using Poisson regression, the mesothelioma mortality rate across increasing categories of exposure was compared with the rate in the lowest exposure category. For the cumulative exposure metric, the relative risk estimates were 1.0 (referent), 3.72, 3.42, and 3.68, based on 1, 4, 3, and 4, cases, respectively. The mean exposure level in these four quartiles was 8.6, 16.7, 53.2, and 393.8 f/mL–yr, respectively. It should be noted that the referent group was also at excess risk of dying from mesothelioma, i.e. there were 1–3 cases of mesothelioma observed in the referent group, which may have attenuated the observed effects.

A high incidence of mesothelioma was reported among residents of Biancavilla, Italy, a city in eastern Sicily (SMR, 7.21; 95%CI: 3.59–13.00). Reviewing of the work histories of the cases did not indicate an occupational explanation for these exposures, and thus environmental explanations for the mesothelioma excess were sought. Environmental studies have indicated that these mesotheliomas are most likely due to exposures to fluoro-edenite which is a newly recognized fibre that is very similar in morphology and composition to the tremolite-actinolite series (Comba et al., 2003; Bruno et al., 2006; Putzu et al., 2006).

## 2.4 Other cancer sites

Beyond lung cancer and mesothelioma, the body of literature examining associations between asbestos and other cancers is more sparse. This reflects the fact that lung cancer and mesothelioma have been the principal areas of research

until relatively recently, and other cancers were often not considered in detail in published reports. Clinical and epidemiological studies that span the past five decades suggest, however, that asbestos may be associated with other cancers in addition to lung cancer and mesothelioma. To examine these associations in detail, the US IOM (2006) published a report evaluating the evidence relevant to causation of cancer of the pharynx, larynx, oesophagus, stomach, colon and rectum by asbestos. The present analysis draws on the IOM analysis and presents the most significant positive and negative studies for each anatomical site, with an emphasis on studies that presented data on dose–response as well as on published meta-analyses. Additionally, the present analysis examines the association between asbestos exposure and ovarian cancer, an association that was not examined by the IOM.

### 2.4.1 Cancer of the pharynx

See Table 2.5 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.5.pdf.

### (a) Cohort Studies

The Working Group examined 16 cohort studies of asbestos and cancer of the pharynx. Some of these studies examined all cancers of the lips, oral cavity, and pharynx. Others restricted their examination to the pharynx itself. Two studies examined only cancers of the hypopharynx. The main findings are summarized in the following paragraphs.

Selikoff & Seidman (1991) observed an SMR for cancer of the oropharynx of 2.18 (95%CI: 1.62–2.91) among a cohort of 17800 male asbestos insulation workers across the USA and Canada. This is the cohort study with the largest number of deaths from pharyngeal cancer, a total of 48 deaths.

Piolatto et al. (1990) observed an SMR for cancer of the oropharynx of 2.31 (95%CI: 0.85–5.02; based on six deaths) in a cohort of 1058 asbestos miners in northern Italy exposed to chrysotile asbestos. No association was seen in this cohort between duration of occupational exposure to asbestos and risk of cancer of the pharynx.

Reid et al. (2004) observed an SMR for cancer of the pharynx of 1.88 (95%CI: 1.15–3.07; based on 16 deaths) in a cohort of 5685 crocidolite asbestos miners and millers in Western Australia.

Sluis-Cremer et al. (1992) observed an SMR for cancer of the lip, oral cavity and pharynx of 2.14 (95%CI: 1.03–3.94; based on 10 deaths) in a cohort of 7317 male asbestos miners in South Africa, some exposed to crocidolite and others to amosite. Cancer of the pharynx was defined in this population as cancer of the lip, oral cavity or pharynx. There was no excess mortality for cancer of the pharynx in the subcohort of amosite asbestos miners (SMR, 0.42; 95%CI: 0.00–1.97), but in the subcohort of crocidolite asbestos miners, the SMR for cancer of the pharynx was 2.94 (95%CI: 1.16–6.18).

Pira et al. (2005) observed an SMR for cancer fo the pharynx of 2.26 (95%CI: 0.90–4.65; based on seven deaths) in a cohort of 1996 workers in the asbestos textiles industry in Italy.

Other cohort studies of populations occupationally exposed to asbestos in a range of industries contained only small numbers of deaths from cancer of the pharynx (most < 10 deaths), were generally non-positive in their findings, and reported little evidence for dose–response relationships.

### (b) Case–control studies

Case–control studies examining the association between asbestos exposure and cancer of the pharynx have two advantages over cohort studies:

1. they are able to collect more cases of this relatively uncommon malignancy; and
2. they are able to adjust for alcohol and tobacco consumption, the two most common causes

of cancer of the pharynx in developed and developing countries.

The present review included six case–control studies. Four of them adjusted for alcohol and tobacco consumption. The main findings are summarized in the following paragraphs.

Marchand et al. (2000) carried out a hospital-based, case–control study of 206 cases of cancer of the hypopharynx and 305 controls in France, and found a relative risk of 1.80 (95%CI: 1.08–2.99) in the 161 of their cases ever exposed to asbestos, adjusted for exposure to tobacco and alcohol.

Berrino et al. (2003) conducted a multicentre, case–control study of cancer of the hypopharynx in Europe, and found an odds ratio (OR) for "probable" exposure to asbestos of 1.8 (95%CI: 0.6–5.0). This study was restricted to analyses of cancers of the hypopharynx. For cases with "possible" exposure to asbestos, the odds ratio was 1.80 (95%CI: 0.90–3.90). These odds ratios were adjusted for exposure to tobacco and alcohol.

Zheng et al. (1992) conducted a population-based, case–control study of cancer of the pharynx in Shanghai, the People's Republic of China, with 204 incident cancer cases and 414 controls. The relative risk for asbestos exposure was 1.81 (95%CI: 0.91–3.60). Cigarette smoking and alcohol consumption were observed to be positively associated with cancer fo the pharynx. By contrast, increasing intake of certain fruits and vegetables, notably oranges, tangerines and Chinese white radishes, appeared to be associated with a reduced risk for cancer of the pharynx.

### (c)   Meta-analyses

The IOM (2006) conducted a meta-analysis of the published cohort studies examining the association between asbestos exposure and cancer of the pharynx. The IOM noted that the findings of the cohort studies were consistently positive. They calculated that the "estimated aggregated relative risk of cancer of the pharynx

from any exposure to asbestos was 1.44 (95%CI: 1.04–2.00). "The IOM noted that few studies had evaluated dose–response trends, and that there was no indication of higher risks associated with more extreme exposures."

The IOM also conducted a meta-analysis of the case–control studies examining the association between asbestos exposure and cancer of the pharynx. The IOM reported the summary relative risk for cancer of the pharynx in people with "any" exposure to asbestos compared to people with no exposure to be 1.5 (95%CI: 1.1–1.7). The IOM observed that the studies were inconsistent, and that there was little evidence for a dose–response relationship.

### 2.4.2 Cancer of the larynx

See Table 2.5 online.

Cancer of the larynx in relation to asbestos exposure has been studied in a large number of cohort and case–control studies undertaken among occupationally exposed populations in North and South America, Europe, and Asia. (IOM, 2006).

### (a)   Cohort studies

Cohort studies of workers exposed occupationally to asbestos have found evidence for an association between asbestos exposure and cancer of the larynx across a broad range of industries. The Working Group reviewed 29 cohort studies encompassing 35 populations exposed to asbestos. Noteworthy findings from among these studies are summarized in the following paragraphs.

Selikoff & Seidman (1991) found an SMR for cancer of the larynx of 1.70 (95%CI: 1.01–1.69) among 17800 male insulation workers in the USA and Canada.

Musk et al. (2008) found an SMR for cancer of the larynx of 1.56 (95%CI: 0.83–2.67) among 6943 asbestos miners and millers from Western Australia, exposed predominantly to crocidolite

IARC MONOGRAPHS – 100C

asbestos, when all cohort members lost to follow-up were assumed to be alive. When the analysis was re-run censoring all subjects at the date last know to be alive, the SMR was 2.57 (95%CI: 1.37–4.39).

Reid et al. (2004) carried out a study of cancer incidence in this same Australian cohort, and found a significant increase in incidence of cancer of the larynx (SIR, 1.82; 95%CI: 1.16–2.85).

Piolatto et al. (1990) found an SMR for cancer of the larynx of 2.67 (95%CI: 1.15–5.25; based on eight deaths) in a cohort study of 1058 male asbestos miners in northern Italy. In the subset of this cohort with > 20 years' exposure to asbestos, the SMR for cancer of the larynx was 4.55 (95%CI: 1.47–10.61). There was evidence of a positive dose–response relationship between cumulative exposure to asbestos dust, measured as fibre–years, and risk of death from cancer of the larynx. The SMRs for cancer of the larynx were 1.43 (95%CI: 0.04–7.96) in workers with exposure < 100 fibre–years; 2.22 (95%CI: 0.27–8.02) in workers with exposure of 100–400 fibre–years; and 3.85 (95%CI: 1.25–8.98) in workers with cumulative exposure > 400 fibre–years.

Peto et al. (1985) found an overall SMR for cancer of the larynx of 1.55 (95%CI: 0.42–3.97; based on four deaths) in a cohort of 3211 asbestos-textile workers in the United Kingdom. When workers were subdivided according to time since first employment, and by duration of employment in "scheduled" (asbestos-exposed) areas of the plant, four deaths from cancer of the larynx were observed in the most heavily exposed group versus 1.53 expected (SMR, 2.55).

Pira et al. (2005) found an overall SMR for cancer of the larynx of 2.38 (95%CI: 0.95–4.90; based on seven deaths–all of them in male workers) in a cohort of 889 men and 1077 women employed in an asbestos textiles plant in Italy.

Raffn et al. (1989) found an overall SIR for cancer of the larynx of 1.66 (95%CI: 0.91–2.78) in a cohort study of 7986 men and 584 women employed in the asbestos-cement industry in Denmark However, in the subset with > 5 years employment, the SIR was 2.27 (95%CI: 0.83–4.95), and in the group first employed from 1928–40, the SIR was 5.50 (95%CI: 1.77–12.82).

*(b) Case–control studies*

Case–control studies are important in examining relationships between asbestos exposure and cancer of the larynx, because they overcome the relative rarity of the diagnosis in cohort studies, and also because they permit consideration of potential confounding by exposure to tobacco and alcohol, the two most important risk-factors for this malignancy in developed and developing countries.

The Working Group analysed 15 case–control studies of asbestos and cancer of the larynx. This analysis revealed that 14 of the 15 published studies had found evidence for a significantly positive association between asbestos exposure and cancer of the larynx; only one study (Luce et al., 2000) reported an odds ratio below 1.0.

*(c) Meta-analyses*

The IOM conducted a meta-analysis of cohort studies examining the association between asbestos exposure and cancer of the larynx. For studies examining "any" versus no exposure, the summary relative risk was 1.4 (95%CI: 1.19–1.64). For studies comparing "high" exposure versus no exposure, the lower bound summary relative risk was 2.02 (95%CI: 1.64–2.47), and the upper bound summary relative risk was 2.57 (95%CI: 1.47–4.49).

The IOM also conducted a meta-analysis of the published case–control studies examining the association between asbestos exposure and cancer of the larynx (IOM, 2006). This meta-analysis calculated a summary relative risk of 1.43 (95%CI: 1.15–1.78), before adjusting for consumption of tobacco and alcohol. After adjusting for tobacco and alcohol consumption, the association of cancer of the larynx with

asbestos exposure persisted, with an adjusted summary relative risk of 1.18 (95%CI: 1.01–1.37).

### 2.4.3 Cancer of the oesophagus

See Table 2.6 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.6.pdf.

#### (a) Cohort studies

The Working Group examined 25 studies of cohorts occupationally exposed to asbestos. Notable findings from among these studies are:

Selikoff & Seidman (1991) found an SMR for cancer of the oesophagus of 1.61 (95%CI: 1.13–2.40) among a cohort of 17800 asbestos insulations workers across the USA and Canada. Selikoff & Seidman (1991) observed that cancer in asbestos workers is "very much related to latency," with most of the increased risk occurring only 25 or more years from the onset of occupational exposure to asbestos.

In a cohort of 10939 male and 440 female asbestos miners and millers in Quebec, Canada, exposed predominantly to chrysotile asbestos, followed through 1975, McDonald et al. (1980) reported that mortality for cancer of the oesophagus and stomach (the two were combined) was elevated (SMR, 1.27). Further follow-up through 1988 of a subset of this cohort, consisting of 5335 men, examined esophageal cancer mortality separate from stomach cance,r and found no excess mortality (SMR, 0.73; 95%CI: 0.35 – 1.34) (McDonald et al., 1993).

Musk et al. (2008) found an SMR for cancer of the oesophagus was 1.01 (95%CI: 0.71–1.40) in a cohort study of 6943 asbestos miners from Western Australia followed through 2000, exposed predominantly to crocidolite asbestos, when all cohort members lost to follow-up were assumed to be alive. When the analysis was re-run censoring all subjects at the date last known to be alive, the SMR was 1.20 (95%CI: 0.62–2.10).

Hein et al. (2007) found an SMR for cancer of the oesophagus of 1.87 (95%CI: 1.09–2.99) in a cohort of 3072 asbestos textile workers in South Carolina, occupationally exposed to chrysotile asbestos and followed through 2001.

Peto et al. (1985) found 11 deaths from cancer of the oesophagus versus 6.59 expected (SMR = 1.67; 95%CI: 0.83–2.99) in a cohort of 3211 male asbestos textile workers in the United Kingdom. For the subset of workers with 10+ years employment in "scheduled" (asbestos-exposed) areas of the plant and with 20+ years since first employment, the SMR for cancer of the oesophagus was 2.36 (95%CI: 0.49–6.91). For all workers in this cohort with < 20 years since first employment, two deaths for cancer of the oesophagus was observed versus 2.18 expected, and for workers with 20+ years since first employment, there were nine deaths from cancer of the oesophagus versus 4.4 expected (see Table 6 in Peto et al., 1985).

Berry et al. (2000) found a 2-fold excess mortality for cancer of the oesophagus (SMR, 2.08; 95%CI: 1.07–3.63) among a cohort of over 5000 asbestos-exposed factory workers in the east end of London, United Kingdom, who had produced asbestos insulation boards, and who were followed for 30+ years. In the subset of workers within this population with "severe" asbestos exposure of more than 2 years' duration, the SMR for cancer of the oesophagus was 5.62 (95%CI: 1.82 – 13.11). And in the subset of women with "severe" exposure to asbestos of > 2 years, the SMR for cancer of the oesophagus was 9.09 (95%CI: 1.10–32.82).

Other cohort studies of various groups occupationally exposed to asbestos – asbestos-cement workers, friction products workers, and "generic" asbestos workers – yield generally non-positive results for cancer of the oesophagus.

IARC MONOGRAPHS – 100C

*(b)   Case–control studies*

The Working Group examined five case–control studies that examined the association between asbestos exposure and cancer of the oesophagus.

A case–control study in Quebec, Canada found an OR of 2.0 (95%CI: 1.1–3.8) for any exposure to asbestos among 17 patients diagnosed with squamous cell carcinoma of the oesophagus. (Parent *et al.*, 2000).

A case–control study conducted within a cohort of nearly 400000 Swedish construction workers found evidence for a positive association between asbestos exposure and adenocarcinoma of the oesophagus. Relative risk increased from 1.0 (reference) among workers with no asbestos exposure, to 1.7 (95%CI: 0.5–5.4) among those with "moderate" exposure, and to 4.5 (95%CI: 1.4–14.3) among those workers with "high" asbestos exposure, thus suggesting a positive dose–response relationship (Jansson *et al.*, 2005).

*(c)   Meta-analyses*

Meta-analyses have been undertaken of the association between asbestos exposure and cancer of the oesophagus:

A meta-analysis by Frumkin & Berlin (1988) stratified studies according to SMR for lung cancer and also according to the percentage of deaths due to mesothelioma. The rationale is that a higher death rate for either lung cancer or mesothelioma is taken to be a surrogate index of higher cumulative exposure to asbestos. However, no association was observed between death rate for cancer of the oesophagus in the published cohorts by either lung cancer SMR or percentage of death for mesothelioma.

Meta-analyses by Edelman (1988) and by Goodman *et al.* (1999) did not detect an association between asbestos exposure and cancer of the oesophagus.

A meta-analysis by Morgan *et al.* (1985) that examined earlier studies, which tended to have

heavier exposure, found a summary SMR for cancer of the oesophagus in asbestos-exposed workers of 2.14 (95%CI: 1.326–3.276). When cases of cancer of the oesophagus based on "best evidence" (pathological review) were deleted from these cohorts, the SMR remained elevated at 2.38 (95%CI: 1.45–3.68).

The IOM (2006) conducted a meta analysis of 25 cohort studies and reported a summary relative risk of 0.99 (95%CI: 0.78–1.27) for any exposure to asbestos versus no exposure. The IOM also examined the relative risk of "high" versus no exposure, and calculated a lower bound summary relative risk of 1.35 (95%CI: 0.81–2.27), and a higher bound summary relative risk of 1.43 (95%CI: 0.79–2.58). The IOM determined that there were too few case–control studies to permit a meta-analysis.

### 2.4.4 Cancer of the stomach

The Working Group reviewed 42 cohort studies and five population-based case–control studies that examined the association between asbestos and cancer of the stomach (See Table 2.6 online).

*(a)   Cohort studies*

Notable findings among the cohort studies are:

Selikoff *et al.* (1964) reported a nearly 3-fold excess mortality for cancer of the stomach (12 observed versus 4.3 expected) in a population of 632 insulation workers in New York and New Jersey occupationally exposed to asbestos dust. Further analysis within this cohort (Selikoff *et al.*, 1979) found evidence of a dose–response relationship between duration of exposure to asbestos (in years), and risk of death from cancer of the stomach. The SMR for cancer of the stomach increased from 0.00 in workers exposed for < 20 years, to 4.00 (95%CI: 1.47 – 8.71) in those exposed for 20 –35 years, and to 3.42 (95%CI: 1.82 – 5.85) in those exposed for > 35 years.

Selikoff *et al.* (1967) found a modest, non-significant increase in risk of death for cancer of the stomach: 34 observed v. 29.4 expected, (SMR = 1.16;95%CI: 0.92 – 1.78) in a larger cohort study of 17800 insulation workers across the USA and Canada. No data on dose–response for cancer of the stomach were presented in this analysis.

Liddell *et al.* (1997) reported an overall SMR for cancer of the stomach of 1.24 (95%CI: 1.07 −1.48) in a study of 10918 asbestos miners and millers exposed predominantly to chrysotile asbestos, in Quebec, Canada. Within this cohort, a positive dose–response relationship was observed between cumulative exposure to asbestos dust (mcpf-year) and mortality for cancer of the stomach. Thus, for workers with cumulative dust exposure < 300, the SMR was 1.16; for workers with cumulative exposure of 300 – 400, the SMR was 1.29; for workers with cumulative exposure of 400 – 1000, the SMR was 1.21; and for workers in the highest exposure category, with cumulative exposure > 1000, the SMR was 3.21 (95%CI: 1.87 −5.14). An additional finding in this cohort was a modest interaction between cumulative asbestos exposure, cigarette smoking, and mortality from cancer of the stomach.

Musk *et al.* (2008) found an SMR for cancer of the stomach of 1.01 (95%CI: 0.71 – 1.40) in a cohort of 6943 asbestos miners and millers exposed predominantly to crocidolite asbestos in Wittenoom, Western Australia, followed through the end of 2000, and when all cohort members lost to follow-up were assumed to be alive. When the analysis was re-run censoring subjects at the date last known to be alive, the SMR was 1.71 (95%CI: 1.20–2.35).

Reid *et al.* (2004) conducted a nested case–control study within this same Australian cohort, and found a positive exposure-response relationship between cancer of the stomach and cumulative exposure to asbestos (test for trend, *P* = 0.057). No association was seen between cancer of the stomach and either time since first exposure or year of starting work with asbestos. Smoking status was associated with cancer of the stomach, but not significantly.

Meurman *et al.* (1974) found a non-significant increase in SMR for cancer of the stomach: SMR = 1.42 (95%CI: 0.76 – 2.43) in a cohort of 736 asbestos miners in Finland exposed to anthophyllite asbestos.

Berry *et al.* (2000) found a modest, non-significant increased risk for death from cancer of the stomach: 28 observed versus 23.1 expected (SMR, 1.21; 95%CI: 0.81–1.75) in a British study of factory workers producing asbestos insulation in the east end of London.

Strongly positive dose–response associations between cumulative asbestos response and cancer of the stomach were observed in two cohort studies of Chinese factory workers – one in Beijing and the other in Qingdao; relative risks for cancer of the stomach were 4.4 and 2.4, respectively (Zhu & Wang, 1993; Pang *et al.*, 1997).

Raffn *et al.* (1989) observed 43 deaths from cancer of the stomach versus 30.09 expected (SMR, 1.43; 95%CI: 1.03 – 1.93) in a cohort of 7986 men employed from 1928–84 in the asbestos cement industry in Denmark.

Enterline *et al.* (1987) observed a SMR for cancer of the stomach of 1.80 (95%CI: 1.10–2.78) in a cohort of 1074 retired US asbestos workers.

Epidemiological studies of cohorts with asbestos-related diseases – asbestosis and benign pleural disease – have not found increased mortality for cancer of the stomach (Germani *et al.*, 1999; Karjalainen *et al.*, 1999; Szeszenia-Dabrowska *et al.*, 2002).

### (b) Case–control studies

Case–control studies exploring the relationship between asbestos exposure and cancer of the stomach yield inconsistent results. The Working Group reviewed five case–control studies. Notable findings are these:

IARC MONOGRAPHS – 100C

A study from Poland (Krstev et al., 2005) found an OR for cancer of the stomach of 1.5 (95%CI: 0.9–2.4) for workers ever exposed to asbestos, and of 1.2 (95%CI: 0.6–2.3) for workers with 10 or more years of exposure to asbestos.

The largest case–control study to examine the association between asbestos and cancer of the stomach (Cocco et al., 1994) reported an odds ratio of 0.7 (95%CI: 0.5–1.1) for workers ever exposed to asbestos, and of 1.4 (95%CI: 0.6–3.0) for those with 21+ years of exposure to asbestos.

The most strongly positive case–control study linking asbestos to cancer of the stomach is the case–control study, cited above, nested within the Western Australia mining cohort (Reid et al., 2004).

*(c)    Meta-analyses*

Several meta-analyses have been undertaken of the association between asbestos exposure and cancer of the stomach.

A meta-analysis by Frumkin & Berlin (1988) stratified studies according to SMR for lung cancer and also according to percentage of deaths due to mesothelioma. Frumkin & Berlin found in cohorts where the SMR for lung cancer was < 2.00 that the SMR for cancer of the stomach was 0.91 (95%CI: 0.71–1.16). By contrast, when the SMR for lung cancer was > 2.00, the SMR for cancer of the stomach increased to 1.34 (95%CI: 1.07–1.67).

Gamble (2008) reported that point estimates for cancer of the stomach mortality tended towards 1.0 when the excess risk for lung cancer were less than 4-fold, but "tended to be somewhat elevated when lung cancer relative risks were 4-fold or greater." Gamble observed further that "combined relative risks for cancer of the stomach stratified by lung cancer categories showed a suggestive trend, with a significant deficit (0.80) when lung cancer SMRs were <1.0 that increased monotonically to a significant 1.43-fold excess in the studies with lung cancer SMRs > 3.0." Gamble observed no trend for increasing SMR for cancer of the stomach with increasing percentage of deaths from mesothelioma (Gamble, 2008).

The IOM (2006) conducted a meta-analysis of 42 cohort studies examining the association between asbestos exposure and cancer of the stomach. The IOM noted that the "majority of cohort relative risk estimates for cancer of the stomach exceed the null value (1.0), indicating excesses, although estimates varied considerably in strength." In cohorts that compared "any" versus no exposure, the summary relative risk was 1.17 (95%CI: 1.07–1.28). The IOM notes that with respect to dose–response, the summary estimates were stable. Thus in the cohorts that compared "high" versus no exposure, the lower bound summary relative risk was 1.31 (95%CI: 0.97–1.76), and the higher bound summary relative risk, 1.33 (95%CI: 0.98–1.79).

The IOM conducted a meta-analysis of the five case–control studies resulting in a combined relative risk of 1.11 (95%CI: 0.76–1.64). The summary odds ratio increased when only extreme exposure was considered (OR, 1.42; 95%CI: 0.92–2.20)

The Working Group developed a scatter plot comparing SMRs for lung cancer with SMRs for cancer of the stomach in the same cohorts. A positive trend was observed between the two, and the correlation coefficient (r2) = 0.66, see Fig. 2.1.

*(i)    Asbestos in drinking-water and cancer of the stomach*

Ecological correlational studies conducted from the 1960s into the early 1980s suggested an association between asbestos in drinking-water and cancer of the stomach. These studies correlated population exposure to asbestos in water supplies with population cancer rates. Levy et al. (1976) reported an excess in cancer of the stomach among persons in Duluth, MN, USA exposed to taconite asbestos in drinking-water. Wigle (1977) saw an excess of male cancer of the stomach among some exposed to asbestos in drinking-water in Quebec. Conforti et al. (1981)

Asbestos

**Fig 2.1 Stomach & lung cancer correlation in asbestos cohorts**



Compiled by the Working Group

saw a similar association in the San Francisco Bay area, USA. Polissar et al. (1982) examined cancer incidence and mortality among residents of the Puget Sound area, USA, in relation to asbestos in regional drinking-water. They observed no association between asbestos exposure and cancer of the stomach. A similarly negative study was observed in a study conducted in Woodstock, NY, USA (Howe et al., 1989).

Kjærheim et al. (2005) examined cancer of the stomach incidence in Norwegian light-house keepers exposed to asbestos in drinking-water. They found an SIR for cancer of the stomach in the entire cohort of 1.6 (95%CI: 1.0–2.3). In the subcohort with "definite" exposure to asbestos, the SIR was 2.5 (95%CI: 0.9–5.5). In those members of the definite exposure subcohort

followed for 20+ years, the SIR was 1.7 (95%CI: 1.1–2.7).

Cantor (1997) conducted a systematic review of the epidemiological literature on exposure to asbestos in drinking-water and cancer of the stomach, and concluded that the available data were inadequate to evaluate the cancer risk of asbestos in drinking-water.

Marsh (1983) conducted a critical analysis of 13 epidemiological studies of asbestos and drinking-water conducted in the USA and Canada, and found no consistent pattern of association.

IARC MONOGRAPHS – 100C

### 2.4.5 Cancer of the colorectum

The Working Group examined data from 41 occupational cohorts and 13 case–control studies that reported data on associations between asbestos exposure and cancer of the colon and rectum (See Table 2.7 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.7.pdf). The Working Group made the decision to combine information on these two sites, although a few comments in several places in the text about the two sites considered separately have also been made.

#### (a)  Cohort studies

An association between occupational exposure to asbestos and cancer of the colorectum was first reported in 1964 by Selikoff *et al.* in a cohort of 632 male insulation workers in New York and New Jersey, USA (Selikoff *et al.*, 1964). Further analysis of this cohort found a positive relationship between duration of work with asbestos and risk of cancer of the colorectum, in that the SMR increased from 0.00 (95%CI: 0.00–18.45) in workers with < 20 years exposure, to 3.68 (95%CI: 1.48–7.59) among workers with 20–35 years' exposure, and to 2.58 (95%CI: 1.48–4.19) among workers with the longest duration of exposure, > 35 years (Selikoff & Hammond, 1979).

Selikoff *et al.* (1967), in a second report, found an association between occupational exposure to asbestos and cancer of the colorectum in a population of 17800 asbestos insulators across the USA and Canada (SMR, 1.37; 95%CI: 1.14–1.64).

Seidman *et al.* (1986) reported an elevated mortality from cancer of the colorectum in a population of 820 male factory workers in Paterson, NJ, USA, exposed to amosite asbestos (SMR, 2.77; 95%CI: 1.16–2.80). They noted that cancer of the colorectum in asbestos workers tended to be a disease of long latency; they reported that the ratio of observed to expected deaths increased with increasing interval since initial exposure to asbestos.

McDonald *et al.* (1980) reported an overall SMR for cancer of the colorectum of only 0.78 in a study of 10939 men and 440 women workers employed as asbestos miners and millers in Quebec with predominant exposure to chrysotile asbestos. Additionally, however, McDonald *et al.* reported a "clear trend for SMRs to be higher, the heavier the exposure." Thus with increasing levels of cumulative occupational exposure to asbestos dust, relative risks for cancer of the colorectum increased in this cohort from 1.00 in workers with less than 30 mpcf–y cumulative exposure, to 0.93 in workers with 30–300 mpcf–y, to 1.96 in workers with 300–1000 mpcf–y, and then in the group with heaviest exposure, > 1000 mpcf–y, to 5.26.

Albin *et al.* (1990) found an overall SMR for cancer of the colorectum of only 1.5 (95%CI: 0.7–3.0) in a cohort of 1465 asbestos-cement workers in Sweden. A positive association between asbestos exposure and cancer of the colorectum was reported, but when cancer of the colorectum mortality was examined by individual cumulative exposure to asbestos, measured as fibre–years/mL, the SMR was 1.3 (95%CI: 0.5–2.9) for those workers with cumulative exposure of < 15 fibre–years/mL; for those with cumulative exposure of 15–39 fibre–years/mL, the SMR was 1.1(95%CI: 0.3–3.9); and for those workers in highest exposure category with > 40 fibre–years/mL, the SMR for cancer of the colorectum was 3.4 (95%CI: 1.2–9.5). Diagnosis in all but one of the cancers in the highest exposure category was verified by pathological review, and no case of certified or probable mesothelioma was found. The trend towards increasing mortality from cancer of the colorectum with increasing cumulative exposure to asbestos was statistically significant ($P = 0.04$). A similar trend was seen for cancer of the colorectum morbidity.

Excess mortality from colon cancer was observed in a heavily exposed cohort of over

5000 workers in the east end of London, who had produced asbestos insulation board and were followed for 30+ years (Berry *et al.*, 2000). The overall SMR for colon cancer in this cohort was 1.83 (95%CI: 1.20–2.66). There was evidence for a positive dose–response relationship, in that excess mortality from colon cancer was confined to men who had worked as laggers or had been severely exposed for more than 2 years. This positive trend was statistically significant ($P = 0.017$).

In a cohort comprised of family members of men who had been employed in an asbestos-cement factory in Casale Monferrato, Italy, Ferrante *et al.* (2007) examined cancer mortality. Among women with domestic exposure to asbestos, 21 deaths from cancer of the "intestine and rectum" versus 16.0 expected (SMR, 1.31; 95%CI: 0.81–2.0) were observed. For cancer of the rectum, ten deaths versus five expected (SMR, 2.00; 95%CI: 0.96–3.69) were observed.

Several other cohort studies of occupationally exposed populations in a variety of industries have also found evidence for an association between asbestos exposure and cancer of the colorectum (Puntoni *et al.*, 1979; Hilt *et al.*, 1985; Jakobsson *et al.*, 1994; Raffn *et al.*, 1996; Szeszenia-Dabrowska *et al.*, 1998; Smailyte *et al.*, 2004).

Jakobsson *et al.* (1994) examined colon cancer by anatomical location in asbestos-cement workers, and observed an increased incidence of malignancy in the right side of the colon, but not in the left side.

A report on incidence of cancer of the colorectum from the Beta-Carotene and Retinol Efficacy Trial (CARET) found a relative risk of 1.36 (95%CI: 0.96–1.93) among 3987 heavy smoker participants occupationally exposed to asbestos as compared to smoker participants not exposed to asbestos (Aliyu *et al.*, 2005). Of note was the finding that the relative risk for cancer of the colorectum was 1.54 (95%CI: 0.99–2.40) among participants with asbestos-induced pleural plaques. The investigators interpreted the presence of pleural plaques as a marker for heavy individual exposure to asbestos. Risk for cancer of the colorectum also increased with worsening pulmonary asbestosis ($P = 0.03$ for trend). It was reported that a "dose–response trend based on years of asbestos exposure was less evident".

### (b)  Case–control studies

Evidence from case–control studies of asbestos and cancer of the colorectum is in general less strong than the evidence from the cohort studies. However, case–control studies from the Nordic countries and the USA have, however, reported significant increases in asbestos-associated odds ratios in occupationally exposed poulations (Fredriksson *et al.*, 1989; Gerhardsson de Verdier *et al.*, 1992; Vineis *et al.*, 1993; Kang *et al.*, 1997; Goldberg *et al.*, 2001).

Consideration of latency since first exposure appears to be an important factor in assessing these studies. Thus, Gerhardsson de Verdier *et al.* (1992) examined incidence of cancer of the colorectum by interval since first occupational exposure and observed "for subjects exposed to asbestos, the risks were highest when the latency period was more than 39 years." Gerhardsson de Verdier *et al.* observed further that the relative risk for cancer of the right colon was 2.6 (95%CI: 1.2–5.9) among workers exposed to asbestos, and that for malignancy of the left colon, only 0.5 (95%CI: 0.1–1.9).

Other cohort and case–control studies have not found evidence for an association between asbestos exposure and cancer of the colorectum (Gardner *et al.*, 1986; Hodgson & Jones, 1986; Garabrant *et al.*, 1992; Dement *et al.*, 1994; Demers *et al.*, 1994; Tulchinsky *et al.*, 1999; Hein *et al.*, 2007; Loomis *et al.*, 2009).

### (c)  Meta-analyses

Some of these meta-analyses have stratified studies according to the standardized mortality ratio for lung cancer or the percentage of deaths due to mesothelioma:

Morgan et al. (1985) found a summary standardized mortality ratio for cancer of the colorectum of 1.13 (95%CI: 0.97–1.30). This was reduced to 1.03 (95%CI: 0.88–1.21) after deleting cases in which the diagnosis of cancer of the colorectum was based on "best evidence" (pathological review) rather than death certificate data.

Frumkin & Berlin (1988) found in cohorts where the standardized mortality ratio for lung cancer was < 2.00 that the standardized mortality ratio for cancer of the colorectum was 0.86 (95%CI: 0.69–1.09). By contrast, when the standardized mortality ratio for lung cancer was > 2.00, the standardized mortality ratio for cancer of the colorectum increased to 1.61 (95%CI: 1.34–1.93).

Homa et al. (1994) found an elevated summary standardized mortality ratio for cancer of the colorectum in cohorts exposed to serpentine asbestos that had an standardized mortality ratio for lung cancer > 2.00 (summary standardized mortality ratio for cancer of the colorectum, 1.73; 95%CI: 0.83–3.63), and also in cohorts exposed to a mix of amphibole and serpentine asbestos that had a standardized mortality ratio for lung cancer > 2.00 (summary standardized mortality ratio for cancer of the colorectum, 1.48; 95%CI: 1.24–1.78). Among cohorts exposed to amphibole asbestos, the standardized mortality ratio for cancer of the colorectum was elevated regardless of the standardized mortality ratio for lung cancer. Homa et al. (1994) saw similar trends between standardized mortality ratio for cancer of the colorectum and percentage of deaths from mesothelioma.

Gamble (2008) reported that there was a "tendency for CRC [cancer of the colorectum] risk ratios to be elevated when lung cancer risk ratios are >4" and further noted a significantly elevated standardized mortality ratio of 1.60 (95%CI: 1.29–2.00) for cancer of the colorectum when the standardized mortality ratio for lung cancer exceeds 3.00. Gamble (2008) observed no trend in cancer of the colorectum mortality with increasing percentage of deaths due to mesothelioma. Gamble saw no association between asbestos exposure and rectal cancer.

The IOM (2006) conducted a meta-analysis of cohort studies examining the association between asbestos exposure and cancer of the colorectum. In studies that compared "any" versus no exposure, the summary relative risk was 1.15 (95%CI: 1.01–1.31). For studies comparing "high" versus no exposure, the lower-bound summary relative risk was 1.24 (95%CI: 0.91–1.69), and the upper-bound summary relative risk, 1.38 (95%CI: 1.14–1.67).

The IOM also conducted a meta-analysis of the published case–control studies. Overall, 13 studies comparing "any" versus no exposure yielded a summary relative risk of 1.16 (95%CI: 0.90–1.49).

The IARC Monograph 100C Working Group developed a scatter plot comparing standardized mortality ratios for lung cancer with standardized mortality ratios for cancer of the colorectum in the same cohorts. The trend was positive with a correlation coefficient ($r^2$) of 0.59, see Fig. 2.2.

(i)    Asbestos in drinking-water and cancer of the colorectum

Ecological correlational studies conducted from the 1960s into the early 1980s suggested an association between asbestos in drinking-water and cancer of the colon. These studies correlated population exposure to asbestos in water supplies with population cancer rates. Polissar et al. (1982) examined cancer incidence and mortality among residents of the Puget Sound area, USA, in relation to asbestos in regional drinking-water. No association between asbestos exposure and colon cancer was observed. A similarly negative study was observed in a study conducted in Woodstock, NY, USA (Howe et al., 1989).

Kjærheim et al. (2005) examined colon cancer incidence in Norwegian light-house keepers exposed to asbestos in drinking-water. The standardized incidence ratio for colon cancer in

**Fig 2.2 Colorectal & lung cancer correlation in asbestos cohorts**



Compiled by the Working Group

the entire cohort was 1.5 (95%CI: 0.9–2.2). In the subcohort with "definite" exposure to asbestos, the standardized incidence ratio was 0.8 (95%CI: 0.1–2.9). In those members of the definite exposure subcohort followed for 20+ years, the standardized incidence ratio was 1.6 (95%CI: 1.0–2.5).

Cantor (1997) conducted a systematic review of the epidemiological literature on exposure to asbestos in drinking-water and colon cancer and concluded that the data were inadequate to evaluate colon cancer risk of asbestos in drinking-water.

Marsh (1983) conducted a critical analysis of 13 epidemiological studies of asbestos and drinking-water conducted in the USA and Canada and found no consistent pattern of association.

### 2.4.6 Cancer of the ovary

The published literature examining the association between asbestos exposure and cancer of the ovaries is relatively sparse, because the workforce occupationally exposed to asbestos in such occupations as mining, milling shipyard work, construction and asbestos insulation work has been predominantly male. An examination of the association between asbestos and ovarian cancer was not undertaken by the IOM (2006).

IARC MONOGRAPHS – 100C

See Table 2.8 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-06-Table2.8.pdf.

### (a)  Cohort studies

The Working Group examined 11 cohort studies that examined the association between asbestos exposure and ovarian cancer in 13 populations, ten with occupational exposure to asbestos and three with community-based or residential exposure.

Acheson et al. (1982) examined a cohort in the United Kingdom consisting of two groups of women in separate factories ($n = 1327$), employed in the manufacture of asbestos-containing gas masks before and during World War II. One factory had used crocidolite asbestos, and the other had used chrysotile. Among 757 women in the plant that used crocidolite, 12 deaths from ovarian cancer were observed versus. 4.4 expected (SMR, 2.75; 95%CI: 1.42–4.81). Among 570 women in the plant that used chrysotile asbestos, five deaths were observed for ovarian cancer versus 3.4 expected (SMR, 1.48; 95%CI: 0.48–3.44).

Wignall & Fox (1982) conducted a 30-year, follow-up mortality study of a population of 500 women in the United Kingdom employed in the manufacture of asbestos-containing gas masks before and during World War II. The type of asbestos used was crocidolite. A total of six deaths from ovarian cancer were observevd versus. 2.8 expected (SMR, 2.13). When the cohort was subdivided according to degree of exposure to asbestos, the highest mortality from ovarian cancer was found among the subgroup definitely exposed to asbestos from the early 1940s (SMR, 14.81; $P < 0.01$). Overall five deaths from ovarian cancer were found among women definitely exposed to asbestos (versus 0.63 expected), whereas none were found among women definitely not exposed to asbestos (versus 0.40 expected).

To address potential misclassification of some deaths in this cohort recorded on death certificates as ovarian cancer as opposed to peritoneal mesothelioma, Wignall & Fox (1982) conducted a histopathological review of the cases cases of diagnosed ovarian cancer for which tissue material was available. One of these three cases was found to be peritoneal mesothelioma, while the diagnosis of ovarian cancer was sustained in the other two cases.

In a cohort study of 700 women factory workers employed in an asbestos-board insulation manufacturing company in the east end of London and followed for 30+ years, Berry et al. (2000) observed nine deaths from ovarian cancer versus 3.56 expected (SMR, 2.53; 95%CI: 1.16–4.80) (Berry et al., 2000), with evidence for a positive exposure–response relationship. Among women with low-to-moderate exposure to asbestos, two deaths were observed versus 0.54 expected; in the subset with "severe" asbestos exposure of < 2 years' duration, two deaths were observed versus 2.12 expected. (SMR, 0.94); and among women with severe exposure of > 2 years' duration, five deaths from ovarian cancer were observed versus 0.90 expected (SMR, 5.35).

An assessment was performed of the significance of the positive exposure–response trend ($P = 0.18$). To address the potential misclassification of some deaths in this cohort having been recorded as ovarian cancer as opposed to peritoneal mesothelioma, Newhouse et al. (1972) conducted a histopathological review of the four deaths that by 1972 had been recorded as due to ovarian cancer; three of the four had occurred in women with severe and prolonged exposure to asbestos. Histological material was available for two of these cases. In both, the diagnosis of ovarian cancer was confirmed.

Reid et al. (2008) reported on cancer mortality in a cohort of 2552 women and girls who lived in the crocidolite asbestos mining town of Wittenoom in Western Australia during 1943–92, who were not involved in asbestos

mining and milling. Environmental contamination of the town with asbestos dust is reported to have been extensive. The women's exposure was environmental and not occupational. There were nine deaths from ovarian cancer in this cohort (SMR, 1.26; 95%CI: 0.58–2.40).

Reid et al. (2009) conducted a cancer incidence study in the same cohort of 2552 women and girls in Western Australia with environmental exposure to crocidolite asbestos. Additionally, they examined cancer incidence in 416 women who had worked in various capacities in the Wittenoom crocidolite asbestos mines and mills. Among community residents, ten incident cases of ovarian cancer were observed (SIR, 1.18; 95%CI: 0.45–1.91). Among women workers employed in the asbestos factory, one case of ovarian cancer was observed (SIR, 0.49; 95%CI: 0.01–2.74).

To address the possibility that some diagnosed cases of ovarian cancer in this cohort might in fact have been cases of peritoneal mesothelioma, Reid et al. (2009) examined pathological material from nine of their cases. The diagnosis of ovarian cancer was sustained in every case.

Pira et al. (2005) conducted a cohort study of 1077 women employed for at least one month during 1946–84 in an asbestos-textile factory in Italy, and followed up to 1996. A variety of types of asbestos were used in the factory, including crocidolite. A non-significantly increased standardized mortality ratio of 2.61 was observed for cancer of the ovary, based on five deaths. Among women in this cohort with ≥ 10 years of employment with asbestos, the standardized mortality ratio for ovarian cancer was 5.73, based on three deaths. Among women with ≥ 35 years since first employment, the standardized mortality ratio for ovarian cancer was 5.37, based on two deaths. This cohort was heavily exposed to asbestos, as supported by a standardized mortality ratio for lung cancer among women of 5.95, and by the occurrence of 19 deaths from mesothelioma (12%) among 168 total deaths in women.

Magnani et al. (2008) examined cancer mortality among a cohort of former workers at a now closed asbestos-cement factory in Casale Monferrato, Italy. A mix of crocidolite and chrysotile asbestos was used in this factory. Among women workers, there was an excess of ovarian cancers: nine observed versus 4.0 expected (SMR, 2.27; P < 0.05). Among women workers with 30 or more years exposure, the standardized mortality ratio for ovarian cancer was 2.97. Bertolotti et al. (2008) described the same findings in the same cohort [in Italian].

Ferrante et al. (2007) examined cancer mortality in a cohort consisting of family members of men who had been employed in the asbestos-cement factory in Casale Monferrato, Italy, described in the preceding paragraph. Exposure was to a mix of crocidolite and chrysotile. Among women with domestic exposure to asbestos, 11 deaths from ovarian cancer were observed versus 7.7 expected (SMR, 1.42; 95%CI: 0.71–2.54).

Germani et al. (1999) examined mortality from ovarian cancer in a cohort of 631 women workers in Italy who had been compensated for asbestosis. The type of fibre to which the women were exposed was not specified. In the total cohort, there were nine deaths from ovarian cancer (SMR, 4.77; 95%CI: 2.18–9.06). In the subset of women from the asbestos-textile industry, there were four deaths from ovarian cancer (SMR, 5.26; 95%CI: 1.43–13.47). In the subcohort from the asbestos cement industry, there were five deaths from ovarian cancer (SMR = 5.40; 95%CI: 1.75 – 12.61).

Rösler et al. (1994) examined cancer mortality in a cohort of 616 women workers in Germany who had been occupationally exposed to asbestos. Proportionate mortality was computed according to cause of death. A total of 95% of the asbestos used in Germany at this time was chrysotile, but the authors state that "admixture of crocidolite cannot be excluded, particularly in the manufacture of asbestos textile." Two deaths

IARC MONOGRAPHS – 100C

from ovarian cancer were observed versus 1.8 expected (SMR, 1.09; 95%CI: 0.13–3.95).

*(i)   Population-based cohort studies*

Vasama-Neuvonen *et al.* (1999) conducted a case–control study of ovarian cancer of occupational exposures in Finland. The asbestos fibre type was not specified and the standardized incidence ratio was 1.30 (95%CI: 0.9–1.80) between ovarian cancer and exposure to "high levels of asbestos."

Pukkala *et al.* (2009) examined the incidence of ovarian cancer among women employed in various occupational categories in Nordic countries (Denmark, Finland, Iceland, Norway, and Sweden). Among the groups examined were plumbers, a group with known occupational exposure to asbestos. Fibre type was not specified. A total of four ovarian cancers were observed in these women plumbers. The standardized incidence ratio was 3.33 (95%CI: 0.91–8.52)

*(b)   Case–control studies*

Langseth & Kjærheim (2004) conducted a nested case–control study to examine the association between asbestos exposure and ovarian cancer within a cohort of female pulp and paper workers in Norway that had previously been found to have excess mortality from ovarian cancer (37 ovarian cancers observed versus 24 expected; SIR, 1.50; 95%CI: 1.07–2.09). The asbestos fibre type was not specified. In the case–control study, the odds ratio for occupational exposure to asbestos, based on 46 cases of ovarian cancer, was 2.02 (95%CI: 0.72–5.66).

## 2.5 Synthesis

The Working Group noted that a causal association between exposure to asbestos and cancer of the larynx was clearly established, based on the fairly consistent findings of both the occupational cohort studies as well as the case-controlcase–control studies, plus the evidence for positive exposure–response relationships between cumulative asbestos exposure and laryngeal cancer-cancer of the larynx reported in several of the well-conducted cohort studies. This conclusion was further supported by the meta-analyses of 29 cohort studies encompassing 35 populations and of 15 case-controlcase–control studies of asbestos exposure and laryngeal cancercancer of the larynx undertaken by the IOM (2006). However, there is insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause laryngeal cancercancer of the larynx.

The Working Group noted that a causal association between exposure to asbestos and cancer of the ovary was clearly established, based on five strongly positive cohort mortality studies of women with heavy occupational exposure to asbestos (Acheson *et al.*, 1982; Wignall & Fox, 1982; Germani *et al.*, 1999; Berry *et al.*, 2000; Magnani *et al.*, 2008). The conclusion received additional support from studies showing that women and girls with environmental, but not occupational exposure to asbestos (Ferrante *et al.*, 2007; Reid *et al.*, 2008, 2009) had positive, though non-significant, increases in both ovarian cancer incidence and mortality.

The Working Group carefully considered the possibility that cases of peritoneal mesothelioma may have been misdiagnosed as ovarian cancer, and that these contributed to observed excesses. Contravening that possibility is the finding that three of the studies cited here specifically examined the possibility that there were misdiagnosed cases of peritoneal mesothelioma, and all failed to find sufficient numbers of misclassified cases. The Working Group noted that the possibility of diagnostic misclassification had probably diminished in recent years because of the development of new immunohistochemical diagnostic techniques.

The conclusion of the Working Group received modest support from the findings of

non-significant associations between asbestos exposure and ovarian cancer in two case–control studies (Vasama-Neuvonen *et al.*, 1999; Langseth & Kjærheim, 2004).

And lastly, the finding is consistent with laboratory studies documenting that asbestos can accumulate in the ovaries of women with household exposure to asbestos (Heller *et al.*, 1996) or with occupational exposure to asbestos (Langseth *et al.*, 2007).

The study by Heller *et al.* (1996) was a histopathological study of ovaries from 13 women who had household contact with men who had documented exposure to asbestos, and of 17 women who gave no history of potential for asbestos exposure. The study found "significant asbestos fibre burdens" in the ovaries of nine (60.2%) of the exposed women and in only six (35%) of the unexposed women. Three of the exposed women had asbestos fibre counts in ovarian tissue of over 1 million fibres per gram (wet weight). By contrast, only one of the 17 women without household exposure had counts in that range.

The study by Langseth *et al.* (2007) found approximately 3–4 × 105 asbestos fibres per gram (net weight) in normal ovarian tissue taken from 2/46 patients with ovarian adenocarcinoma. It is unclear how many of these fibres were verified as asbestos because it is stated in the publication that three chrysotile and one crocidolite asbestos fibres were identified in Case 1, and two anthophyllite and one chrysotile fibre were identified in Case 2. This small number of confirmed asbestos fibres in only two of the patients could be due to sample contamination. Technical caveats associated with quantification of asbestos fibre tissue burdens are discussed in Section 4 of this *Monograph* and in IOM (2006).

Further discussion of the biological plausibility of an association between asbestos exposure and ovarian cancer is to be found in Section 4 of this *Monograph*.

The Working Group noted a positive association between exposure to abestos and cancer of

the pharynx, based on the fairly consistent positive findings in a series of well conducted cohort studies of populations occupationally exposed to asbestos (Selikoff & Seidman, 1991; Sluis-Cremer *et al.*, 1992; Reid *et al.*, 2004; Pira *et al.*, 2005) as well as on the positive findings of three case–control studies (Zheng *et al.*, 1992; Marchand *et al.*, 2000; Berrino *et al.*, 2003). This conclusion was further supported by the findings of the meta-analysis conducted by the IOM. While tobacco smoking and alcohol consumption are clearly the dominant risk factors for cancer of the pharynx in industrialized countries, these associations between cancer of the pharynx and asbestos remained evident in several studies when tobacco and alcohol exposures were considered. The Working Group observed that the strongest associations between asbestos exposure and cancer of the pharynx were seen in studies that specifically examined cancer of the hypopharynx, the portion of the pharynx that is located closest to the larynx. However, there is insufficient information in the published literature to discern whether there are any differences among asbestos fibre types in their ability to cause cancer of the pharynx.

The Working Group noted a positive association between exposure to abestos and cancer of the stomach, based on the positive associations between asbestos exposure and death from stomach cancer observed in several of the cohort studies with heaviest asbestos exposure (Selikoff *et al.*, 1964; Enterline *et al.*, 1987; Raffn *et al.*, 1989; Liddell *et al.*, 1997; Musk *et al.*, 2008). The conclusion was further supported by the positive dose–response relationships observed between cumulative asbestos exposure and stomach cancer mortality in several cohort studies (Selikoff & Hammond., 1979; Zhang & Wang, 1984; Liddell *et al.*, 1997; Pang *et al.*, 1997). It was supported by the results of two large and well performed meta-analyses (Frumkin & Berlin, 1988; Gamble, 2008). It received borderline support from the IOM meta-analysis of cohort

IARC MONOGRAPHS – 100C

studies, and also from the IOM meta-analysis of case–control studies, which show an especially strong relationship when only extreme exposures are considered. It was supported by the comparison developed by the Working Group between standardized incidence ratios for lung cancer and stomach cancer.

Positive associations between asbestos exposure and stomach cancer and positive dose–response relationships are most likely to be seen in studies of populations with prolonged heavy exposure to asbestos that had long-term follow-up, and that incorporated high-quality assessments of exposure. The less detailed assessments of exposure found in many of the published studies would have tended to bias study results towards the null, and thus impede recognition of an association between asbestos exposure and stomach cancer, even if such an association were truly present.

[The Working Group noted that heavy occupational exposure to dust, as had likely occurred in the case of the Quebec asbestos cohort, could have been an effect modifier. Low socioeconomic status is also a potential confounder.]

However, there was insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause stomach cancer. In the study by Liddell *et al.* (1997) exposure was to virtually pure chrysotile asbestos, in the study by Musk *et al.* (2008) the exposure was predominantly to crocidolite, and in most of the other published studies that observed positive associations, populations were exposed to mixtures of different asbestos fibres.

The Working Group noted a positive association between exposure to abestos and cancer of the colorectum, based on the fairly consistent findings of the occupational cohort studies, plus the evidence for positive exposure–response relationships between cumulative asbestos exposure and cancer of the colorectum consistently reported in the more detailed cohort studies

(McDonald *et al.*, 1980; Albin *et al.*, 1990; Berry *et al.*, 2000; Aliyu *et al.*, 2005). The conclusion was further supported by the results of four large and well performed meta-analyses (Frumkin & Berlin 1988; Homa *et al.*, 1994; IOM, 2006; Gamble, 2008).

Positive exposure–response relationships between asbestos exposure and cancer of the colorectum appear most likely to be seen in studies of populations with prolonged heavy exposure to asbestos that had long-term follow-up, and that incorporated high-quality assessments of exposure. The less detailed assessments of exposure found in many of the published studies would have tended to bias study results towards the null, and thus impede recognition of an association between asbestos exposure and cancer of the colorectum, even if such an association were truly present.

The apparently non-positive findings of several the case–control studies are not a deterrent to this conclusion. The majority of these case–control studies incorporated relatively little information on levels of asbestos exposure; indeed, most of them considered exposure as simply a dichotomous yes/no variable. Some of the case–control studies also may be compromised by inadequate duration of follow-up. Thus, the Garabrant study (Garabrant *et al.*, 1992) may be subject to the criticism, offered by Gerhardsson de Verdier *et al.* (1992) that "the highest duration of exposure…was 'at least 15 years,' a period that may be too short to detect an elevated risk."

There is some suggestion in the literature that the association between asbestos might be stronger for colon cancer than for rectal cancer. This view is supported by the meta-analysis of Gamble (2008) which found a positive dose–response relationship for cancer of the colorectum taken together, but not for rectal cancer. It is supported also by the study of Jakobsson *et al.* (1994), which found excess of cancer of the right colon in asbestos-exposed workers, but not of the left colon.

However, there was insufficient information in the published literature to discern whether any differences exist among asbestos fibre types in their ability to cause cancer of the colorectum. It is of note in the study by McDonald et al. (1980) that exposure was to virtually pure chrysotile asbestos, whereas in most of the other studies cited above, populations were exposed to mixtures of different asbestos fibres.

## 3. Cancer in Experimental Animals

## 3.1 Introduction

Asbestos is a collective name for six different types of fibres: chrysotile, crocidolite, amosite, anthophyllite, tremolite, actinolite (see Section 1). Dusts from various deposits of the same type of asbestos can cause variations in the severity of the effects observed. Erionite is a fibrous zeolite found in Central Anatolia (Turkey), and Oregon (USA) (see Section 1 of the *Monograph* on Erionite). Talc is a hydrated magnesium silicate, and talc ore may contain several other minerals including anthophyllite, tremolite, calcite, dolomite, magnesite, antigorite, quartz, pyrophyllite micas, or chlorites (see Section 1).

The definition of pathogenic fibre properties as "sufficiently long, thin, and durable" is the subject of much debate, as are the differences between the exposure–response relationships or retained dose–response relationships of asbestos fibres in man and in rats, and the potential differences in the carcinogenicity of chrysotile compared to the various amphibole asbestos types. One of the reasons for a potential difference is a difference in the biopersistence between the two asbestos groups mentioned. The biopersistence is higher in the amphibole group (Hesterberg et al., 1996, 1998a, b). The rat is the main test model for fibre-induced diseases. As the removal of asbestos fibres due to biosolubility is slow compared to the lifetime of rats and hamsters, experiments with

this model may not be appropriate in predicting results of risk in humans (Berry, 1999).

Critical fibre dimensions to be used in toxicology and occupational regulations were discussed by the Working Group. It is generally agreed that the carcinogenic potency of a fibre increases with fibre length. Apart from the ongoing scientific view, standards of regulated fibres, with few exceptions, are based on the WHO fibre definition: aspect ratio ≥ 3: 1, length ≥ 5 µm, diameter ≤ 3 µm.

The tested materials (asbestos and erionite) are not presented in separate tables as in many cases they were tested in parallel experiments. The reason to split the inhalation studies into two tables (Table 3.1; Table 3.2) is that in many studies, various asbestos fibres were used as positive control in studies in which man-made fibres were tested (Table 3.2). In these latter studies, normally only one asbestos concentration was used. As for intrapleural and intraperitoneal studies, Table 3.4 is separate from Table 3.5 because the studies of Stanton et al. (1981) (see Table 3.5) included many fibre types – which also included fibres not to be reviewed here – and was designed to investigate the effect of fibre length and fibre type on mesothelioma induction.

A general evaluation on the type of fibre application in animal studies and an evaluation of some of the asbestos studies listed in Tables 3.1–3.5 can be found in Pott (1993) and IARC (2002).

## 3.2 Inhalation exposure

Table 3.1 and Table 3.2 give an overview of the numerous inhalation experiments on asbestos, and a few experiments on erionite. Some of these are described more extensively below.

Bronchial carcinomas and pleural mesotheliomas have been observed in rats after exposure to chrysotile, crocidolite, amosite, anthophyllite, and tremolite fibres. In these studies, there was no consistent increase in

IARC MONOGRAPHS – 100C

tumour incidence at other sites. [The Working Group noted that in many studies, no complete histopathology was done.] All relatively short UICC asbestos preparations showed chronic effects in lung (based on fibre lenghts > 5 μm in the dust chamber) for fibres quantitatively roughly the same.

One of the first inhalation study with asbestos in rats that showed exposure–response relationships is the experiment of Wagner et al. (1974). Wistar rats were exposed to 10–15 mg/m³ of one of the five UICC standard asbestos samples for 7 hours per day, mostly 5 days per week. The duration of exposure lasted from one day to 24 months. According to the reported data, in the group exposed to crocidolite for one day, lung tumours and one mesothelioma were found in 7/43 rats (16%). The corresponding exposure to chrysotile A (from Canada) resulted in lung tumours in 5/45 rats; for amosite 4/45 rats developed lung tumours and one mesothelioma. Three months of exposure to the five UICC standard asbestos samples resulted in the following thoracic tumour (mainly of the lung) incidences: chrysotile A, 44%;chrysotile B (from Zimbabwe), 53%; crocidolite, 42%; amosite, 27%; anthophyllite, 16%. Further results are listed in Table 3.1. In the 126 control rats, seven animals were also found to have lung tumours (Table 3.3). This high spontaneous lung tumour rate is a unique finding in Wistar rats. A review of unexposed control groups of many other studies shows that spontaneous lung tumours are very rare in this rat strain (Pott et al., 1995; Table 3.3); on average, the incidence is less than one percent. Therefore, the very high tumour incidences described in this first inhalation study of Wagner et al. (1974) might be a misinterpretation of histopathological lesions because of a lack of experience at that time.

In a study conducted by Davis et al. (1978), five groups of Wistar rats were exposed to chrysotile (2.0, 10 mg/m³), crocidolite (5.0, 10 mg/m³), or amosite (10 mg/m³). The highest tumour incidences (21–38%) were found in the chrysotile-exposed animals. This may be due to the relatively high fraction of fibres longer than 20 μm in the chrysotile dust used in this experiment. In addition to the lung tumours, extrapulmonary neoplasms included a relatively large number of peritoneal connective tissue tumours.

In a further study by Davis et al. (1986b), inhalation of short-fibred amosite did not produce tumours in Wistar rats (0/42). In contrast, there was a tumour incidence of 13/40 (33%) in a group exposed to long-fibred amosite. [The Working Group noted that extensive milling to produce short fibres may have altered the surface reactivity, see Section 4].

A group of 48 SPF Fischer rats was exposed to 10 mg/m³ UICC chrysotile B by inhalation for 7 hours per day, 5 days per week, for 12 months (Wagner et al., 1984b). This group served as positive controls in a study in which various man-made fibres were tested. After exposure, the animals were kept until natural death. Twelve thoracic tumours (one adenoma, 11 adenocarcinomas) were observed in 48 rats. In the untreated control group, no lung tumours were observed in 48 rats.

Smith et al. (1987) exposed groups of 58 female Osborne-Mendel rats to 7 mg/m³ UICC crocidolite asbestos for 6 hours per day, for 5 days per week, for 2 years. After this treatment, rats were observed for life. The tumour incidence in rats exposed to crocidolite was 3/57 (one mesothelioma and two carcinomas). In the control group, no tumours were observed in 184 rats.

Special attention should be drawn to the crocidolite study with male Fischer rats of McConnell et al. (1994) because this study is very well documented. The exposure to 10 mg dust/m³ (with 1610 WHO fibres/mL containing 236 fibres > 20 μm) for 6 h per day, 5 days per week had to be stopped after 10 months because of unexpected mortality, which was interpreted as a sign that the maximum tolerated dose had been exceeded. The number of WHO fibres per μg dry

**Table 3.1 Studies of cancer in experimental animals exposed to various asbestos species and erionite (inhalation exposure)[a]**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| **Asbestos** | | | | | | | | | |
| Chrysotile, Canada | 86 | NR | White rats 16 months or longer | 6 h/d 5 d/wk 62 wk | 0 | 10/41[c] | 24 | | Gross et al. (1967) |
| Crocidolite | 50 | 1105 | Sprague-Dawley rats lifetime | 4 h/d 4 d/w 24 mo | 0 | 5/46 | 11 | | Reeves et al. (1974) |
| Chrysotile UICC/A | 14.7 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 5/45 | 11 | | Wagner et al. (1974) |
| | 12.3 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 16/36 | 44 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 8/19 | 42 | | |
| | 10.9 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 19/27 | 70 | | |
| | 10.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 11/17 | 65 | | |

IARC MONOGRAPHS – 100C

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC/B | 9.7 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 1/42 | 2 | | |
| | 12.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 18/34 | 53 | | |
| | 10.2 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 5/17 | 29 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 3 | 14/23 | 61 | | |
| | 10.1 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 1 | 11/21 | 52 | | |
| Crocidolite UICC | 12.5 | NR | Wistar rats lifetime | 7 h/d 1 d | 1 | 7/43 | 16 | | |
| | 12.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 1 | 15/36 | 42 | | |
| | 10.7 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 4/18 | 22 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 20/26 | 77 | | |
| | 10.3 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 13/18 | 72 | | |

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Amosite UICC | 14.1 | NR | Wistar rats lifetime | 7 h/d 1 d | 1 | 4/45 | 9 | | |
| | 12.4 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 10/37 | 27 | | |
| | 11.2 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 2/18 | 11 | | |
| | 10.8 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 10/25 | 40 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 0 | 13/21 | 62 | | |
| Anthophyllite UICC | 12.8 | NR | Wistar rats lifetime | 7 h/d 1 d | 0 | 2/44 | 5 | | |
| | 13.5 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 3 mo | 0 | 6/37 | 16 | | |
| | 10.9 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 6 mo | 0 | 6/18 | 33 | | |
| | 11.4 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 21/28 | 75 | | |
| | 10.6 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 24 mo | 1 | 17/18 | 94 | | |
| Amosite UICC | 10 | 550 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 2/43 | 5 | | Davis et al. (1978) |

IARC MONOGRAPHS – 100C

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Crocidolite UICC | 5 | 430 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 3/43 | 7 | | |
| | 10 | 860 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 1/40 | 3 | | |
| Chrysotile SFA | 10.8 | 430 | Wistar rats lifetime | 7.5 h/d 5 d/wk 3 mo | 1 | 1/40 | 3 | | Wagner et al. (1980) |
| | 10.8 | 430 | Wistar rats lifetime | 7.5 h/d 5 d/wk 6 mo | 0 | 4/18 | 22 | | |
| | 10.8 | 430 | Wistar rats lifetime | 7.5 h/d 5 d/wk 12 mo | 0 | 8/22 | 36 | | |
| Chrysotile grade 7 | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/d 5 d/wk 3 mo | 0 | 1/39 | 3 | | |
| | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/d 5 d/wk 6 mo | 0 | 5/18 | 28 | | |
| | 10.8 | 1020 | Wistar rats lifetime | 7.5 h/d 5 d/wk 12 mo | 0 | 3/24 | 13 | | |
| Chrysotile UICC (/B) | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/d 5 d/wk 3 mo | 0 | 4/40 | 10 | | |
| | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/d 5 d/wk 6 mo | 0 | 10/18 | 56 | | |
| | 10.8 | 3750 | Wistar rats lifetime | 7.5 h/d 5 d/wk 12 mo | 0 | 6/23 | 26 | | |

Asbestos

**Table 3.1 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC /A | 2 | 390 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 9/42 | 21 | | Davis et al. (1978) |
| Chrysotile UICC /A | 10 | 1950 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 15/40 | 38 | | |
| Chrysotile UICC | 9 | NR | Wistar rats lifetime | 7 h/d 1 d/wk 12 mo | 0 | 6/43 | 14 | Peak dosing (one d/wk); no control group | Davis et al. (1980a) |
| Amosite UICC | 50 | NR | Wistar rats lifetime | 7 h/d 1 d/w 12 mo | 0 | 6/44 | 14 | Peak dosing (one d/wk); no control group | |
| Chrysotile UICC | 10 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 15/43 (8 malignant, 7 benign) | 35 | No control group | Davis et al. (1980b) |
| Chrysotile "factory" | 10 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 11/42 (3 malignant, 8 benign) | 26 | No control group | |
| Amosite "factory" | 10 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 0/37 | 0 | No control group | |
| Amosite UICC | 10 | NR | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 2/40 | 5 | No control group | |
| Tremolite | 10 | 1600 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 20/39 | 51 | | Davis et al. (1985) |
| Crocidolite UICC | 10 | 1630/350[d] | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 1/28 | 4 | | Wagner et al. (1985) |
| Chrysotile WDC textile yarn | 3.5 | 679 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 18/41 | 44 | | Davis et al. (1986a) |

265

IARC MONOGRAPHS – 100C

## Table 3.1 (continued)

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile factory WDC | 3.7 | 468 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 21/44 | 48 | | Davis et al. (1986b) |
| Chrysotile textile yarn | 3.5 | 428 | Wistar rats lifetime | 7 h/d 5 /wk 12 mo | 1 | 16/42 | 38 | | |
| Chrysotile experimental WDC | 3.5 | 108 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 4 | 21/43 | 49 | | |
| Chrysotile experimental WDC reversed daylight | 3.8 | 111 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 18/37 | 49 | | |
| Amosite "long" | 10 | 2060/1110[d] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 13/40 | 33 | | Davis et al. (1986b) |
| Amosite "short" | 10 | 70/12[d] | Wistar rats lifetime | 7 h/d 5 /wk 12 mo | 0 | 0/42 | 0 | | |
| Crocidolite UICC | 10 | NR | Fischer rats lifetime | 6 h/d 5 d/wk 12 mo | 0 | 1/28 | 4 | | Wagner et al. (1987) |
| Chrysotile, Canada, "long" | 10 | 5510/1930[d] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 2 | 22/40 | 55 | 1 peritoneal mesothelioma was observed in addition | Davis & Jones (1988) |
| Chrysotile, Canada, "short" | 10 | 1170/330[d] | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 7/40 | 18 | 1 peritoneal mesothelioma was observed in addition | |
| Chrysotile UICC/A "discharged" | 10 | 2670 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 1 | 11/39 | 28 | | Davis et al. (1988) |

## Table 3.1 (continued)

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 µm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile UICC/A | 10 | 2560 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 14/36 | 39 | | |
| Chrysotile UICC /A | 10 | 2560 | Wistar rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 13/37 | 35 | | Davis et al. (1991a) |
| Chrysotile UICC /A | 10 | 2545 | Wistar rats lifetime | 5 h/d 5 d/w 12 mo | 2 | 26/41 | 63 | Increase of tumour rate by particulate dust | |
| + titanium dioxide | + 10 | - | | + 2 h/d 5 d/w 12 mo | | | | | |
| Chrysotile UICC /A | 10 | 1960 | Wistar rats lifetime | 5 h/d 5 d/w 12 mo | 6 | 22/38 | 58 | Increase of tumour rate by particulate dust | |
| + quartz S600 | + 2 | - | | + 2 h/d 5 d/w 12 mo | | | | | |
| Amosite "long" | 10 | 3648 | Wistar rats lifetime | 5 h/d 5 d/w 12 mo | 2 | 20/40 | 50 | Increase of tumour rate by particulate dust | Davis et al. (1991a) |
| + titanium dioxide | + 10 | - | | + 2 h/d 5 d/w 12 mo | | | | | |
| Amosite "long" | 10 | 4150 | Wistar rats lifetime | 5 h/d 5 d/w 12 mo | 8 | 26/39 | 67 | Increase of tumour rate by particulate dust | |
| + quartz S600 | + 2 | - | | + 2 h/d 5 d/w 12 mo | | | | | |
| Chrysotile Jeffrey | 11 | NR | Fischer rats lifetime | 6 h/d 5 d/wk 12 mo | 0 | 20/52 | 38 | | Mc Connell et al. (1991) |

## Table 3.1 (continued)

| Test substance | Concentration (mg/m³) | Aerosol fibres per mL (L > 5 μm) | Species and strain, observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[b]/ No. of animals examined | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Chrysotile | NR | NR | Baboons 6 yr | 6 h/d 5 d/wk 4 years | 0 | 0/6[c] | 0 | | Goldstein & Coetzee (1990) |
| Crocidolite UICC | 12–14 | 1130–1400 | Baboons 6 yr | 6 h/d 5 d/wk 4 yr | 3 | 3/21[f] | 14 | | Goldstein & Coetzee (1990), Webster et al. (1993) |
| Amosite UICC | 7 | 1110 | Baboons 6 yr | 6 h/d 5 d/wk 4 yr | 2 | 2/11[f] | 18 | | |
| **Erionite** | | | | | | | | | |
| Erionite, Oregon | 10 | 354 | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 27 | 27/28 | 96 | No control group | Wagner et al. (1985) |
| Erionite, Oregon | NR | NR | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 24 | 24/27 | 89 | No control group | Wagner (1990) |
| Erionite, Oregon "short" | NR | NR | Fischer rats lifetime | 7 h/d 5 d/wk 12 mo | 0 | 0/24 | 0 | | |

[a] negative control groups: see Table 3.3
[b] Animals with benign or malignant lung tumour or pleural mesothelioma. The percentage of animals with tumours is related to the number of rats examined which were alive at a certain point in time (e.g. at the beginning of the experiment or after one year, or at the point in time of the death of the first animal with a tumour). Often, this is not clearly specified.
[c] observation time ≥6 mo
[d] Fibre count refers to fibres with lengths > 10 μm and diameters < 1 μm, in the aerosol
[e] observation time ≥4 yr
[f] observation time ≥5 yr
d, day or days; h, hour or hours; mo, month or months; NR, not reported; wk, week or weeks; yr, year or years
From Pott & Roller (1993b)

**Table 3.2 Studies of cancer in experimental animals in which asbestos was used as positive control group (in inhalation studies of various man-made mineral fibres)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per cm³ (L > 5 μm) | Species and strain (No. at risk); Observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[a] / No. of animals | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Amosite | NR | 981 89 f > 20 μm/ cm³ | AF/HAN rats, 24 mo | 7 h/d 5 d/wk 12 mo | 2 | 18/42 (7 carcinomas, 9 adenomas) | 43 | | Davis et al. (1996), Cullen et al. (2000) |
| Chrysotile UICC/B | 10 | NR | Fischer rats, lifetime | 7 h/d 5 d/wk 12 mo | 0 | 11/56 (7 adenocarcinomas, 4 adenomas) | 20 | | McConnell et al. (1984) |
| Chrysotile UICC/B | 10 | 3832/1513[b] | Fischer rats, lifetime | 7 h/d 5 d/wk 12 mo | 0 | 12/48 (11 adenocarcinomas, 1 adenoma) | 25 | | Wagner et al. (1984b) |
| Chrysotile NIEHS, Canada | 10 | 10 600 | Fischer rats, 24 mo | 6 h/d 5 d/wk 24 mo | 1 | 14/69 | 20 | | Hesterberg et al. (1993) |
| Crocidolite | 10 | 1610 | Fischer 344/N rats, 24 mo | 6 h/d 5 d/wk 10 mo | 1 | 14/106 (10 adenomas, 5 carcinomas) | 13 | | McConnell et al. (1994) |
| Crocidolite UICC | 7 | 3000/90[b] | Osborne-Mendel rats, lifetime | 6 h/d 5 d/wk 24 mo | 1 | 3/57 (1 mesothelioma, 2 carcinomas) | 5 | | Smith et al. (1987) |
| Chrysotile UICC/A | Cumulative dose: 13 800 mg.h/ m³ | NR | Rats, lifetime | 6 h/d 5 d/wk 18 mo | 0 | 9/39 (5 adenomas, 1 adenocarcinoma, 3 squamous cell carcinomas) | 23 | Strain not specified | Pigott & Ishmael (1982) |
| Amosite UICC | 300 | 3090 | Sprague-Dawley rats, 18–24 mo | 6 h/d 5 d/wk 3 mo | 0 | 3/16[c] | 19 | Small number of animals; D= 0.4 μm | Lee et al. (1981), Lee & Reinhardt (1984) |
| Chrysotile, Canada | 5 | 5901 | Wistar rats, 24 mo | 5 h/d 5 d/wk 12–24 mo | 0 | 9/47 | 19 | | Le Bouffant et al. (1987) |
| Chrysotile Calidria | 6 | 131 | Wistar rats, 24 mo | 5 h/d 4 d/wk 12 mo | 0 | 0/50 | 0 | | Muhle et al. (1987) |

IARC MONOGRAPHS – 100C

**Table 3.2 (continued)**

| Test substance | Concentration (mg/m³) | Aerosol fibres per cm³ (L > 5 μm) | Species and strain (No. at risk); Observation time | Duration of exposure | Number of pleural mesothelioma | No. of animals with thoracic tumours[a] / No. of animals | % tumours | Comments | Reference |
|---|---|---|---|---|---|---|---|---|---|
| Crocidolite, South Africa | 2.2 | 162 | Wistar rats, 24 mo | 5 h/d 4 d/wk 12 mo | 0 | 1/50 | 2 | | Muhle et al. (1987) |
| Amosite UICC | 300 | 3090 | Syrian golden hamsters, 18–24 mo | 6 h/d 5 d/wk 3 mo | 0 | 0/12 | 0 | Small number of animals diameter, 0.4 μm | Lee et al. (1981), Lee & Reinhardt (1984) |
| Crocidolite UICC | 7 | 3000/90[b] | Syrian golden hamsters, lifetime | 6 h/d 5 d/wk 24 mo | 0 | 0/58 | 0 | | Smith et al. (1987) |
| Amosite | 0.8 | 36 WHO f/cm³ 10 f > 20 μm/cm³ | Syrian golden hamsters, 84 wk | 6 h/d 5 d/wk 78 wk | 3 | 3/83 | 3.6 | | McConnell et al. (1999) |
| | 3.7 | 165 WHO f/cm³ 38 f > 20 μm/cm³ | Syrian golden hamsters, 84 wk | 6 h/d 5 d/wk 78 wk | 22 | 22/85 | 26 | | |
| | 7.1 | 263 WHO f/cm³ 69 f > 20 μm/cm³ | Syrian golden hamsters, 84 wk | 6 h/d 5 d/wk 78 wk | 17 | 17/87 | 20 | | |
| Crocidolite UICC | 13.5 | 1128 | Baboons lifetime | 7 h/d 5 d/wk 40 mo | 0 | 0/10 | 0 | All males | Goldstein et al. (1983) |

[a] n = animals with benign or malignant lung tumour or pleural mesothelioma
[b] Number of fibres with a length > 10 μm and a diameter < 1 μm in the aerosol
d, day or days; f, fibre; h, hour or hours; mo, month or months; NR, not reported; RCF, refractory ceramic fibre; wk, week or weeks
From Pott & Roller (1993b)

Asbestos

**Table 3.3 Negative controls (clean air for lifetime) in carcinogenicity studies after inhalation exposures from Table 3.1 and Table 3.2**

| Species and strain | Number of pleural mesothelioma | No. of animals with thoracic tumours[a]/ No. of animals | Reference |
|---|---|---|---|
| Fischer rats | 0 | 0/48 | Wagner et al (1984b) |
| Fischer rats | 0 | 0/28 | Wagner et al. (1985) |
| Fischer rats | 0 | 0/28 | Wagner et al. (1987) |
| Fischer rats | 0 | 1/56 | McConnell et al. (1991) |
| Fischer rats | 0 | 4/123 | Hesterberg et al. (1993) |
| Fischer rats | 0 | 2/126 | McConnell et al. (1994) |
| Osborne-Mendel rats | 0 | 0/184 | Smith et al. (1987) |
| Sprague-Dawley rats | 0 | 1/5 | Reeves et al. (1974) |
| Sprague-Dawley rats | 0 | 0/19 | Lee et al. (1981) |
| White rats | 0 | 0/25 | Gross et al. (1967) |
| Wistar rats | 0 | 7/126 | Wagner et al. (1974) |
| Wistar rats | 0 | 0/20 | Davis et al. (1978) |
| Wistar rats | 0 | 1/71 | Wagner et al. (1980) |
| Wistar rats | 0 | 0/36 | Davis et al. (1985) |
| Wistar rats | 0 | 2/39 | Davis et al. (1986a) |
| Wistar rats | 0 | 0/25 | Davis et al. (1986a) |
| Wistar rats | 0 | 0/110 | Muhle et al. (1987) |
| Wistar rats | 0 | 2/36 | Davis et al. (1988) |
| Wistar rats | 0 | 0/25 | Davis et al. (1988) |
| Wistar rats | 0 | 2/47 | Davis & Jones (1988) |
| Wistar rats | 0 | 2/47 | Davis et al. (1991a) |
| Syrian golden hamsters | 0 | 1/170 | Smith et al. (1987) |
| Syrian golden hamsters | 0 | 0/83 | Mc Connell et al. (1999) |

[a]  $n$ = animals with benign or malignant lung tumour or pleural mesothelioma

lung tissue was 1850 (73 fibres > 20 μm) at the end of exposure and 759 WHO fibres (41 fibres > 20 μm) 12 months later. Fourteen out of 106 rats (13.2%), which survived the second year or longer, died with lung tumour (five of these rats developed lung carcinomas), and one rat also developed a mesothelioma. In the control group, 2/126 rats developed lung adenomas.

In two lifetime studies, male and female Fischer rats were exposed to either 10 mg/m³ erionite (Wagner *et al.*, 1985) or an unknown concentration of erionite (Wagner, 1990) for 6 hours per day, 5 days per week, for 12 months. Twenty seven out of 28 rats, and 24/27 rats developed pleural mesotheliomas, respectively. No lung tumours were observed. [The Working

Group noted the lack of control group in the study by Wagner (1990).]

McConnell *et al.* (1999) exposed three groups of 125 male Syrian golden hamsters to 0.8, 3.7 and 7.1 mg/m³ amosite for 6 hours per day, 5 days per week, for 78 weeks. They were then held unexposed for 6 weeks. Among animals that survived for at least 32 weeks, 3/83, 22/85 and 17/87 developed pleural mesotheliomas, respectively. No mesotheliomas were observed in 83 untreated controls and no lung tumours were observed in any groups.

Some experiments were reported with baboons. After amosite exposure and crocidolite exposure for 4 years, 2/11 baboons and 3/21 baboons developed pleural mesothelioma,

IARC MONOGRAPHS – 100C

respectively (Goldstein & Coetzee, 1990; Webster et al., 1993).

## 3.3 Intrapleural and intraperitoneal administration

Animal experiments had shown that an intrapleural injection of a suspension of asbestos dusts in rats leads to mesotheliomas (Wagner, 1962; Wagner & Berry, 1969). The serosa has subsequently been taken as a model for the examination of the carcinogenicity of fibrous dusts in numerous studies. Some groups have opted for administration into the pleural cavity, others preferring intraperitoneal injection of dust suspensions. In comparison with the intrapleural model, the intraperitoneal carcinogenicity test on fibres has proven to be the method with the far greater capacity and, consequently, the greater sensitivity (see also Pott & Roller, 1993a). Results from these numerous experiments using asbestos and erionite are listed in Table 3.4.

Table 3.5 contains a summary of the experiments by Stanton et al. (1981). In this extensive study, the authors implanted 72 dusts containing fibres of various sizes in the pleura of Osborne-Mendel rats. The probability of the development of pleural mesotheliomas was highest for fibres with a diameter of less than 0.25 μm and lengths greater than 8 μm.

In summary, samples of all six asbestos types and of erionite were administered to rats by intrapleural or intraperitoneal injection in numerous studies. Consistently, mesothelima induction was observed when samples contained a sufficient fibre number with a fibre length > 5 μm.

## 3.4 Intratracheal administration

Only a few studies have been carried out with intratracheal instillation of asbestos fibres in rats (Pott et al., 1987; Smith et al., 1987), and hamsters

(Pott et al., 1984; Feron et al., 1985; Smith et al., 1987). Principally, in this experimental model, asbestos fibres induced lung tumours in rats, and lung tumours and mesotheliomas in hamsters. Studies in hamsters are described below.

In a 2-year study, a group of male Syrian golden hamsters [initial number unspecified] was intratracheally instilled with 1 mg UICC crocidolite in 0.15 mL saline once a week for 8 weeks. At the end of the experiment, the incidences of lung carcinomas and of pleural mesotheliomas were 9/142 [P < 0.01] and 8/142 [P < 0.01], respectively. No thoracic tumours were observed in 135 titanium-dioxide-treated control animals (Pott et al., 1984).

In a lifetime study, a group of Syrian golden hamsters [sex and initial number unspecified] was intratracheally instilled with 2 mg UICC crocidolite in 0.2 mL saline once a week for 5 weeks. At the end of the experiment, 20/27 animals developed broncho-alveolar tumours (p<0.05), including 7/27 with malignant tumours [p<0.05]. No broncho-alveolar tumours were observed in 24 saline-treated controls (Smith et al., 1987).

## 3.5 Oral administration

A study on the carcinogenicity of ingested asbestos fibres involved male F344 rats groups exposed to amosite or chrysotile in combination with subcutaneous administration of a known intestinal carcinogen, azoxymethane (10 weekly injections of 7.4 mg/kg body weight). Fibres were administered three times a week for 10 weeks by intragastric bolus dosing (10 mg in 1 mL saline). The first experiment in this study included a full set of appropriate control groups. The experiment was terminated at 34 weeks. Neither amosite nor UICC chrysotile B, in combination with azoxymethane, increased the incidence of any intestinal tumours (≈10%) above that produced by azoxymethane alone, but the combination with either fibre type produced 4–5-fold increases

(not significant, $P > 0.1$) in metastatic intestinal tumours. A second experiment with larger groups, the same dosing regimen, and for lifetime, but with a more limited design, tested only amosite in combination with azoxymethane versus azoxymethane. Amosite did not enhance azoxymethane-induced intestinal tumours (incidence, 77% versus 67%) (Ward *et al.*, 1980; IOM, 2006). [The Working Group noted that the lack of untreated vehicle controls in the second experiment made interpretation of the results difficult considering that, compared to historical controls, there was a non-significant increase in intestinal tumours in rats exposed only to amosite (≈33%). One cannot know whether the results observed were associated with the asbestos or with irritation from the procedure, although one would not anticipate that gavage itself would impact the lower portion of the gastrointestinal tract.]

The most definitive animal studies of oral exposure to asbestos were a series of lifetime studies conducted by the National Toxicology Program (NTP, 1983, 1985, 1988, 1990a, b), in which asbestos (chrysotile, crocidolite, and amosite) was administered in the feed of rats and hamsters. Nonfibrous tremolite was also tested in rats according to the same protocol (NTP, 1990c). Exposure of dams of the study animals (1% in the diet) was followed by exposure of the pups by gavage (0.47 mg/g water) while they were nursing, and then in the diet for the remainder of their lives: they were exposed to asbestos at the level of 1%, which was estimated by the investigators to be about 70000 times the greatest possible human exposure in drinking-water. Histopathological examination of the entire colorectum was performed. No increases in the incidence of gastrointestinal lesions (inflammatory, preneoplastic, or neoplastic) were found after exposure to intermediate-length chrysotile (from Quebec) in hamsters, to short chrysotile (from New Idria) in rats or hamsters, to amosite in rats or hamsters, to crocidolite in rats, or to non-fibrous tremolite in rats. The mesentery was examined in detail, as well as mesenteric lymph nodes and sections of the larynx, trachea, and lungs from every animal. No lesions were found in any of those tissues. The only finding of note in the gastrointestinal tract was a slight increase in the incidence of adenomatous polyps in the large intestine after exposure to the intermediate-length chrysotile (from Quebec) in male rats (9/250 versus 0/85, $P = 0.08$), but preneoplastic changes in the epithelium were not found (NTP, 1985; IOM, 2006).

## 3.6 Intragastric administration

White rats, 2–3 months old, were surgically applied, on the greater curvature of the stomach, a perforated capsule containing 0 (control) or 100 mg chrysotile asbestos in a filler (beef fat: natural wax, 1:1). Tumours observed in 18/75 asbestos-exposed rats, between 18–30 months after the beginning of the experiment, were the following: eight gastric adenomas, two gastric adenocarcinomas, one gastric carcinoma, one cancer of the forestomach, one small intestine adenocarcinoma, two peritoneal mesotheliomas, and three abdominal lymphoreticular sarcomas. No tumours were observed in 75 control animals (Kogan *et al.*, 1987). [The Working Group noted various unresolved questions regarding the design of this study in particular the very high dose of 100 mg.]

## 3.7 Studies in companion animals

Mesotheliomas were reported in pet dogs with asbestos exposure in the households of their owners. Eighteen dogs diagnosed with mesothelioma and 32 age-, breed- and gender-matched control dogs were investigated. Sixteen owners of cases and all owners of controls were interviewed. An asbestos-related occupation or hobby of a household member was significantly associated with mesothelioma observed in cases (OR,

IARC MONOGRAPHS – 100C

**Table 3.4 Studies of cancer in rats exposed to asbestos fibres and erionite (intrapleural and intraperitoneal administration)**

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres a [10⁹] | Tumour incidence b n/z | % | Significance c | Comments |
|---|---|---|---|---|---|---|---|---|
| **Asbestos** | | | | | | | | |
| Wistar – Pott et al. (1989) | Actinolite | 0.25 | i.p. | 0.1 | 20/36 | 56 | *** | |
| Wistar – Wagner et al. (1973) | Amosite UICC | 20 | i.pl. | NR | 11/32 | 34 | *** | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.01 | i.p. | 0.0003 | 4/48 | 8 | * | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.05 | i.p. | 0.002 | 8/32 | 25 | *** | |
| Wistar – Davis et al. (1991b) | Amosite from UICC | 0.5 | i.p. | 0.02 | 15/32 | 47 | *** | |
| Wistar – Wagner et al. (1973) | Anthophyllite UICC | 20 | i.pl. | NR | 8/32 | 25 | *** | |
| Wistar – Wagner et al. (1973) | Chrysotile UICC/A | 20 | i.pl. | NR | 7/31 | 23 | *** | |
| Sprague-Dawley – Monchaux et al. (1981) | Chrysotile UICC/A | 20 | i.pl. | NR | 14/33 | 42 | *** | |
| Sprague-Dawley – Wagner et al. (1984b) | Chrysotile UICC/A | 20 | i.pl. | 19.6 | 6/48 | 13 | ** | |
| Wistar – Pigott & Ishmael (1992) | Chrysotile UICC/A | 20 | i.pl. | NR | 7/48 | 15 | *** | |
| Fischer – Coffin et al. (1992) | Chrysotile UICC/A | 0.5 | i.pl. | 0.90 | 118/142 d | 78 | ***d | |
| | | 2 | | 3.6 | | 87 | | |
| | | 4 | | 7.2 | | 92 | | |
| | | 8 | | 14 | | 83 | | |
| | | 16 | | 29 | | 83 | | |
| | | 32 | | 57 | | 75 | | |
| Wistar – Wagner et al. (1973) | Chrysotile UICC/B | 20 | i.pl. | NR | 10/32 | 31 | *** | |
| Wistar – Wagner et al. (1980) | Chrysotile UICC/B | 20 | i.pl. | NR | 5/48 | 10 | * | |
| Fischer – Wagner et al. (1987) | Chrysotile UICC/B | 20 | i.pl. | NR | 19/39 | 49 | *** | |
| Wistar – Pott et al. (1989) | Chrysotile UICC/B | 0.25 | i.p. | 0.2 | 23/34 | 68 | *** | |

274

**Table 3.4 (continued)**

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres [a] [$10^9$] | Tumour incidence [b] n/z | % | Significance [c] | Comments |
|---|---|---|---|---|---|---|---|---|
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.01 | i.p. | 0.002 | 2/48 | 4 | NS | |
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.05 | i.p. | 0.009 | 12/32 | 38 | *** | |
| Wistar – Davis et al. (1991b) | Chrysotile from UICC/A | 0.5 | i.p. | 0.09 | 26/32 | 81 | *** | |
| Wistar – Wagner et al. (1973) | Crocidolite UICC | 20 | i.pl. | NR | 19/32 | 59 | *** | |
| Fischer – Wagner et al. (1987) | Crocidolite UICC | 20 | i.pl. | NR | 34/40 | 85 | *** | |
| Fischer – Wagner (1990) | Crocidolite UICC | 20 | i.pl. | NR | 24/32 | 75 | *** | |
| Sprague-Dawley – Monchaux et al. (1981) | Crocidolite UICC | 20 | i.pl. | NR | 21/39 | 54 | *** | |
| Osborne-Mendel – Stanton et al. (1981) | Crocidolite UICC | 40 | i.pl. | NR | 14/29 | 48 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC | 20 | i.pl. | NR | 35/41 | 85 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 1 h | 20 | i.pl. | NR | 34/42 | 81 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 2 h | 20 | i.pl. | NR | 34/42 | 81 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 4 h | 20 | i.pl. | NR | 15/41 | 37 | *** | |
| Fischer – Wagner et al. (1984a) | Crocidolite UICC ground 8 h | 20 | i.pl. | NR | 13/42 | 31 | *** | |
| Fischer – Coffin et al. (1992) | Crocidolite UICC | 0.5<br>2<br>4<br>8<br>16<br>32 | i.pl. | 0.04<br>0.16<br>0.32<br>0.65<br>1.3<br>2.6 | 65/144[d] | 29<br>13<br>50<br>67<br>58<br>54 | ** [d] | |
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.01 | i.p. | 0.0004 | 0/48 | 0 | NS | |
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.05 | i.p. | 0.002 | 8/32 | 25 | *** | |

**Table 3.4 (continued)**

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres [a] [$10^9$] | Tumour incidence [b] n/z | % | Significance [c] | Comments |
|---|---|---|---|---|---|---|---|---|
| Wistar – Davis et al. (1991b) | Crocidolite from UICC | 0.5 | i.p. | 0.02 | 10/32 | 31 | *** | |
| Wistar – Pott et al. (1987) | Crocidolite South Africa | 0.5 | i.p. | 0.05 | 18/32 | 56 | *** | |
| Wistar – Roller et al. (1996) | Crocidolite A | 0.5 | i.p. | 0.042 | 25/32 | 78 | *** | All females |
| Wistar – Roller et al. (1996) | Crocidolite A | 0.5 | i.p. | 0.042 | 32/48 | 67 | *** | All females |
| Wistar – Roller et al. (1996) | Crocidolite C | 0.5 | i.p. | 0.042 | 20/39 | 51 | *** | |
| Wistar – Davis et al. (1985) | Tremolite, Korea | 25 | i.p. | NR | 27/29 | 93 | *** | |
| Wistar – Roller et al. (1996) | Tremolite B | 3.3 | i.p. | 0.057 | 9/40 | 23 | *** | |
| Wistar – Roller et al. (1996) | Tremolite B | 15 | i.p. | 0.26 | 30/40 | 75 | *** | |
| **Erionite** | Erionite type | | | | | | | |
| Sprague-Dawley – Pott et al. (1982) | Karain | 1.25 | i.p. | NR | 38/53 | 72 | *** | |
| Sprague-Dawley – Pott et al. (1982) | Karain | 5 | i.p. | NR | 43/53 | 81 | *** | |
| Sprague-Dawley – Pott et al. (1982) | Karain | 20 | i.p. | G | 37/53 | 70 | *** | |
| Fischer – Wagner et al. (1985) | Karain | 20 | i.pl. | NR | 38/40 | 95 | *** | |
| Fischer – Wagner et al. (1985) | Oregon | 20 | i.pl. | NR | 40/40 | 100 | *** | |
| Wistar – Pott et al. (1987) | Oregon | 0.5 | i.p. | 0.02 | 15/31 | 48 | *** | |
| Wistar – Pott et al. (1987) | Oregon | 2 | i.p. | 0.08 | 28/31 | 90 | *** | |
| Fischer – Wagner (1990) | Oregon | 20 | i.pl. | NR | 30/32 | 94 | *** | |
| Fischer – Wagner (1990) | Oregon "short" | 20 | i.pl. | NR | 0/32 | 0 | NS | |
| Wistar – Davis et al. (1991b) | Oregon | 0.005 | i.p. | 0.00025 | 0/48 | 0 | NS | |
| | | 0.01 | | 0.0005 | 4/48 | 8 | * | |
| | | 0.05 | | 0.0025 | 15/32 | 47 | *** | |
| | | 0.5 | | 0.025 | 26/32 | 81 | *** | |
| | | 2.5 | | 0.125 | 30/32 | 94 | *** | |
| | | 5 | | 0.25 | 21/24 | 88 | *** | |
| | | 10 | | 0.5 | 20/24 | 83 | *** | |
| | | 25 | | 1.25 | 17/18 | 94 | *** | |
| Porton – Hill et al. (1990) | Oregon | 0.1 | i.pl. | NR | 5/10 | 50 | * | |
| | | 1 | | NR | 9/10 | 90 | *** | |
| | | 10 | | NR | 9/10 | 90 | *** | |

## Table 3.4 (continued)

| Rat strain Reference | Fibrous dust (material) | Injected mass (mg) | Injection type | No. of fibres [a] [$10^9$] | Tumour incidence [b] n/z | % | Significance [c] | Comments |
|---|---|---|---|---|---|---|---|---|
| Wistar – Kleymenova et al. (1999) | Grusia mines | 20 | | NR | 8/10 | 80 | *** | |
| | | 20 | i.pl. | NR | 39/40 | 98 | ? | |
| Fischer – Coffin et al. (1992) | Oregon "C" | 0.5 | i.pl. | NR | 123/144[d] | 79 | ***[d] | |
| | | 2 | | NR | | 87 | | |
| | | 4 | | NR | | 83 | | |
| | | 8 | | NR | | 84 | | |
| | | 16 | | NR | | 87 | | |
| | | 32 | | NR | | 91 | | |
| Fischer – Coffin et al. (1992) | Oregon "W" | 0.5 | i.pl. | NR | 137/144[d] | 100 | ***[d] | |
| | | 2 | | NR | | 92 | | |
| | | 4 | | NR | | 100 | | |
| | | 8 | | NR | | 91 | | |
| | | 16 | | NR | | 96 | | |
| | | 32 | | NR | | 92 | | |
| Sprague-Dawley – Maltoni & Minardi (1989) | "Sedimentary erionite" | 25 | i.pl. | NR | 35/40 | 88 | *** | |
| Sprague-Dawley – Maltoni & Minardi (1989) | "Sedimentary erionite" | 25 | i.p. | NR | 35/40 | 50 | *** | |

[a] The fibre numbers mainly refer to fibres with a length greater than 5 μm
[b] n/z number of animals with serosal tumour (mesothelioma/sarcoma) / number of animals examined
[c] calculation of the statistical significance with the Fisher exact test, one-sided: *** $p < 0.001$; ** $p < 0.01$; * $p \leq 0.05$
[d] combined data of 6 groups
i.p., intraperitoneal; i.pl., intrapleural; NS, not significant; NR, not reported
From Pott & Roller (1993b)

**Table 3.5 Carcinogenicity study of intrapleural application of asbestos fibres and other fibrous materials in female Osborne-Mendel rats (40 mg fibres per rat)**

| Fibrous dust (material) | No. of fibres [a] (x10^6) L > 8 μm D < 0.25 μm | Probability of pleural sarcomas [b] | | Pleural sarcoma incidence [c] | |
|---|---|---|---|---|---|
| | | | | n/z | % |
| Tremolite 1 | 55 | 100 | | 22/28 | 79 |
| Tremolite 2 | 28 | 100 | | 21/28 | 75 |
| Crocidolite 1 | 6500 | 94 | ± 6.0 | 18/27 | 67 |
| Crocidolite 2 | 800 | 93 | ± 6.5 | 17/24 | 71 |
| Crocidolite 3 | 4100 | 93 | ± 6.9 | 15/23 | 65 |
| Amosite | 140 | 93 | ± 7.1 | 14/25 | 56 |
| Crocidolite 4 | 5400 | 86 | ± 9.0 | 15/24 | 63 |
| Crocidolite 5 (UICC) | 78 | 78 | ± 10.8 | 14/29 | 48 |
| Crocidolite 6 | 1600 | 63 | ± 13.9 | 9/27 | 33 |
| Crocidolite 7 | 18 | 56 | ± 11.7 | 11/26 | 42 |
| Crocidolite 8 | < 0.3 [d] | 53 | ± 12.9 | 8/25 | 32 |
| Crocidolite 9 | 710 | 33 | ± 9.8 | 8/27 | 30 |
| Crocidolite 10 | 49 | 37 | ± 13.5 | 6/29 | 21 |
| Crocidolite 11 | < 0.3 [d] | 19 | ± 8.5 | 4/29 | 14 |
| Crocidolite 12 | 220 | 10 | ± 7.0 | 2/27 | 7 |
| Talc 1 | < 0.3 [d] | 7 | ± 6.9 | 1/26 | 4 |
| Talc 3 | < 0.3 [d] | 4 | ± 4.3 | 1/29 | 3 |
| Talc 2 | < 0.3 [d] | 4 | ± 3.8 | 1/30 | 3 |
| Talc 4 | < 0.3 [d] | 5 | ± 4.9 | 1/29 | 3 |
| Crocidolite 13 | < 0.3 [d] | 0 | | 0/29 | 0 |
| Talc 5 | < 0.3 [d] | 0 | | 0/30 | 0 |
| Talc 6 | 80 | 0 | | 0/30 | 0 |
| Talc 7 | < 0.3 [d] | 0 | | 0/29 | 0 |

[a] Fibre numbers stated in original work as common logarithm.

[b] Calculation taking into account the different life spans (life table method).

[c] n/z = number of rats with pleural sarcomas/number of rats examined. Frequency of pleural sarcomas in female control rats: untreated, 3 animals out of 491 (0.6%); with non-carcinogenic lung implantates, 9 out of 441 (2.0%); with non-carcinogenic pleural implantates, 17 out of 615 (2.8%). [17 out of 615 against 3 out of 491, according to Fisher exact test $P < 0.01$]. All three control groups are brought together by Stanton et al. (1981) to 29 out of 1518 animals (1.9%); for this after application of the life table method a tumour probability of 7.7 ± 4.2% is indicated. [Without any reason being given it is concluded that the tumour probability in any one of the groups treated according to the life table method must exceed 30% to be "significantly" increased.] Significance limit for Fisher test in the case of 25 to 30 animals against 17 out of 615 control rats: approx. 12 to 13% tumour frequency. (The term "tumour frequency" is not to be equated with tumour probability according to the life table method. The "significance limit" of 30% mentioned by Stanton et al. (1981) refers to life table incidence or probability.

[d] The de-logarithmised fibre numbers with the above mentioned definition are between 0 and 0.3.

From Stanton et al. (1981)

8.0; 95%CI: 1.4–45.9). Lung tissue from three dogs with mesothelioma and one dog with squamous cell carcinoma of the lung had higher level of chrysotile asbestos fibres than lung tissue from control dogs (Glickman *et al.*, 1983).

## 3.8 Synthesis

Bronchial carcinomas and pleural mesotheliomas were observed in many experiments in rats after exposure to chrysotile, crocidolite, amosite, anthophyllite, and tremolite fibres. In these studies, there was no consistent increase in tumour incidence at other sites. A special preparation of "long" crocidolite was more effective to induce lung tumours compared to the "short" UICC asbestos samples on the basis of administered dose in f/mL.

In one study in Syrian golden hamsters with three different concentrations of amosite, a significant increase in pleural mesothelioma incidence was observed, but no lung tumours were found.

After amosite exposure and crocidolite exposure by inhalation, 2/11 baboons and 3/21 baboons developed pleural mesothelioma, respectively.

In two studies in rats exposed to erionite, a significant increase in pleural mesothelioma incidence was observed. However, no lung tumours were found.

Samples of all six asbestos types and of erionite were administered to rats by intrapleural or intraperitoneal injection in numerous studies. Consistently, mesothelioma induction was observed when samples contained a sufficient fibre number with a fibre length > 5 μm.

Only a few studies have been carried out with intratracheal instillation of crocidolite in rats and hamsters. Malignant lung tumours were observed in rats, and pleural mesothelioma and malignant lung tumours were observed in hamsters.

Chrysolite, crocidolite and amosite were administered in the feed of rats and hamsters.

No increase of the incidence of gastrointestinal tumours was observed in both species.

No chronic studies with vermiculite containing asbestos fibres or talc containing asbestos fibres could be identified.

# 4. Other Relevant Data

## 4.1 Toxicokinetics, deposition, clearance, and translocation in humans

### 4.1.1 Aerodynamic and anatomical factors

Inhalation is the most important route of exposure to mineral fibres, and is associated with the development of non-malignant diseases of the lungs and pleura, and malignant diseases arising in the lung, larynx, and pleural and peritoneal linings (IOM, 2006). The deposition of particles and fibres in the lungs is dependent on their aerodynamic diameter, which is a function of geometry, aspect ratio (IARC, 2002), and density (Bernstein *et al.*, 2005). Fibres can deposit by sedimentation, by impaction at bronchial bifurcations or by interception of the fibre tip with the bronchial wall. Smaller diameter fibres are likely to deposit in the alveoli (Bernstein *et al.*, 2005).

Particles and fibres can be cleared from the nasal and tracheobronchial regions by mucociliary transport (Lippmann *et al.*, 1980). Following deposition in the distal airways and alveoli, short fibres are removed more slowly following phagocytosis by alveolar macrophages. Fibre length is a limiting factor in macrophage-mediated clearance; fibres longer than the diameter of human alveolar macrophages (approximately 14–25 μm) are less likely to be cleared. Fibres may also interact with lung epithelial cells, penetrate into the interstitium, and translocate to the pleura and peritoneum or more distant sites. Fibres that are not efficiently cleared or altered by physicochemical process (e.g. breakage, splitting, or

chemical modification) are termed biopersistent (Bernstein *et al.*, 2005). Chronic inhalation assays using man-made fibres in rodents have correlated fibre length and biopersistence with persistent inflammation, fibrosis, lung cancer, and malignant mesothelioma (Bernstein *et al.*, 2005). However, there are interspecies differences in alveolar deposition of inhaled particles and fibres that must be considered when extrapolating results of rodent inhalation studies to humans (IARC, 2002).

### 4.1.2 Biopersistence of asbestos and erionite fibres

Asbestos fibres and ferruginous bodies (described subsequently in Section 4.3.1) can be identified and quantified by tissue digestion of lung samples obtained by biopsy or at autopsy (Roggli, 1990). A variety of commercial and non-commercial asbestos fibres have been identified in residents older than 40 years of age living in an urban area with no history of occupational asbestos exposure (Churg & Warnock, 1980). These and other studies confirm that asbestos fibres are biopersistent and accumulate in lung tissue as well as lymph nodes (Dodson *et al.*, 1990; Dodson & Atkinson, 2006). Asbestos fibres have also been identified in the pleura following autopsy (Dodson *et al.*, 1990; Gibbs *et al.*, 1991; Suzuki & Yuen, 2001) and in the parietal pleural in samples collected during thoracoscopy (Boutin *et al.*, 1996). Roggli *et al.* (1980) also identified asbestos bodies in the larynx of asbestos workers at autopsy. Systemic translocation of asbestos fibres to distant organs has also been described in case reports; however, these reports should be evaluated with caution due to the numerous caveats in technical procedures used, comparison with an appropriate control population, and cross-contamination of tissue samples (Roggli, 2006). The route of translocation of asbestos fibres from the lungs to distant sites is unknown, although lymphatic translocation

of amosite fibres deposited in the lungs has been shown in experimental animals (Hesterberg *et al.*, 1999; Mc Connell *et al.*, 1999; IOM, 2006; NIOSH, 2009).

Environmental exposure to erionite fibres is associated with diffuse malignant mesothelioma in three rural villages in the Cappadocia region of Turkey (Baris & Grandjean, 2006). Lung fibre digests obtained from humans in these villages showed elevated levels of erionite fibres, and ferruginous bodies surrounding erionite fibres were found in broncho-alveolar lavage fluid (Sébastien *et al.*, 1984; Dumortier *et al.*, 2001).

Talc particles have been found in the lungs at autopsy of both rural and urban residents as well as talc miners (IARC, 1987b, 2010). Talc particles are biopersistent in the lungs, and have been recovered in broncho-alveolar lavage fluid obtained from workers 21 years after cessation of occupational exposure (Dumortier *et al.*, 1989). Talc contaminated with asbestos has been linked to the development of lung cancer and malignant mesothelioma (IARC, 1987b).

The association between exposure to talc, potential retrograde translocation to the ovarian epithelium, and the development of ovarian cancer is controversial (IARC, 2010, and this volume).

The biological plausibility for an association between asbestos and ovarian cancer derives in part from the finding of asbestos fibres in the ovaries of women with potential for exposure to asbestos. Thus, a histopathological study of ovaries from 13 women who had household contact with men who had documented exposure to asbestos, and of 17 women who gave no history of potential for asbestos exposure found "significant asbestos fibre burdens" in the ovaries of nine (60.2%) of the exposed women and in only six (35%) of the unexposed women. Three of the exposed women had asbestos fibre counts in ovarian tissue of over 1 million fibres per gram (wet weight), but only one of the 17

women without exposure had counts in that range (Heller et al., 1996).

Further support for the biological plausibility of an association between asbestos exposure and ovarian cancer derives from an experimental study (Graham & Graham, 1967) that found that the intraperitoneal injection of tremolite asbestos into guinea-pigs and rabbits produced epithelial changes in the ovaries "similar to those seen in patients with early ovarian cancer".

[The Working Group noted that the histo-pathological diagnosis of ovarian carcinoma is difficult and requires the application of immuno-histochemical techniques to distinguish between this cancer and peritoneal malignant mesothelioma. These techniques and the recognition of borderline ovarian tumours and variants of serosal tumours that arise in the pelvis of women were not applied in the Graham & Graham study in 1967. In addition, mesothelial hyperplasia occurs commonly in the pelvic region, and is not considered a preneoplastic lesion (NIOSH, 2009).]

## 4.2 Molecular pathogenesis of human cancers related to mineral dust exposure

Cancers develop in the upper and lower respiratory tract (carcinoma of the larynx and lungs), and in the pleural and peritoneal linings (diffuse malignant mesothelioma) after a long latent period up to 20–40 years following initial exposure to asbestos or erionite fibres (IARC, 1977; IOM, 2006). During the long latent period before the clinical diagnosis of cancer of the lung or of the larynx or diffuse malignant mesothelioma, multiple genetic and molecular alterations involving the activation of cell growth regulatory pathways, the mutation or amplification of oncogenes, and the inactivation of tumour–suppressor genes characterize specific histo-pathological types of these tumours that have

been associated with exposure to mineral dust or fibres. Some of these molecular alterations have been linked to specific chemical carcino-gens in tobacco smoke (Nelson & Kelsey, 2002), and additional alterations may arise secondarily due to chronic inflammation, genetic instability, or epigenetic changes that will be discussed in detail in Section 4.3.

Additional pathways related to resistance to apoptosis, acquired genetic instability, and angi-ogenesis are activated or upregulated during the later stages of tumour progression of lung cancer and diffuse malignant mesothelioma (Table 4.1; Table 4.2). No mutations in oncogenes or tumour-suppressor genes have been directly linked with exposure to asbestos fibres (NIOSH, 2009).

### 4.2.1 Cancer of the lung and of the larynx

Lung cancers are classified into two histo-logical subtypes: small cell carcinoma and non-small cell carcinoma (Table 4.1). In non-small cell lung carcinoma, activating point mutations in the *K-RAS* oncogene have been linked to specific chemical carcinogens in tobacco smoke; Nelson et al. (1999) described more frequent *K-RAS* muta-tions in lung carcinomas in asbestos-exposed workers. Loss of heterozygosity and point muta-tions in the *p53* tumour-suppressor gene have also been linked with tobacco smoke carcinogens in cancer of the lung and of the larynx (Pfeifer et al., 2002; NIOSH, 2009). These alterations have also been described in lung cancers in asbestos-exposed workers (Nymark et al., 2008).

### 4.2.2 Diffuse malignant mesothelioma

Malignant tumours arising in the pleural or peritoneal linings (diffuse malignant mesothe-lioma) have no association with tobacco smoking, and are characterized by a different spectrum of molecular alterations (Table 4.2). In contrast with lung cancers associated with tobacco smoking and asbestos exposure, mutations in the *K-RAS*

IARC MONOGRAPHS – 100C

**Table 4.1 Some reported molecular alterations in bronchogenic carcinoma**

| Functional alterations | Gene target | Histological type of lung cancer | |
|---|---|---|---|
| | | Small cell | Non-small cell |
| Autocrine growth stimulation | Growth factors and receptors | GRP/GRP receptor SCF/KIT | TGF-α/EGFR HGF/MET |
| Activation of oncogenes | *RAS* mutation | <1% | 15–20% |
| | *MYC* overexpression | 15–30% | 5–10% |
| Inactivation of tumour-suppressor genes | *p53* mutation | ~90% | ~50% |
| | *RB* mutation | ~90% | 15–30% |
| | *p16*$^{INK4A}$ inactivation | 0–10% | 30–70% |
| | *FHIT* inactivation | ~75% | 50–75% |
| Resistance to apoptosis | *BCL2* expression | 75–95% | 10–35% |
| Genetic instability | Microsatellite instability | ~35% | ~22% |

EGFR, epidermal growth factor receptor; FHIT, fragile histidine triad; GRP, gastrin-releasing peptide; HGF, hepatocyte growth factor; RB, retinoblastoma gene; SCF, stem cell factor; TGF-α, transforming growth factor-α.
From Sekido et al. (2001), Sato et al. (2007), Schwartz et al. (2007), NIOSH (2009)

oncogene or the *p53* tumour-suppressor gene are rare. The most frequent molecular alteration involves deletion or hypermethylation at the *CDKN2A/ARF* locus on chromosome 9p21 which contains three tumour-suppressor genes: *p15*, *p16*$^{INK4A}$, and *p14*$^{ARF}$ (Murthy & Testa, 1999). Additional molecular alterations include hypermethylation and silencing of the *RASSFIA* and *GPC3* tumour-suppressor genes, and inactivation of the *NF2* tumour-suppressor gene (Apostolou et al., 2006; Murthy et al., 2000).

Comparative genomic hydridization, gene expression profiling, and proteomics have been used to identify specific diagnostic and prognostic biomarkers for diffuse malignant mesothelioma (Wali et al., 2005; Greillier et al., 2008). The most promising outcome of these global screening strategies is the identification of two potential serum or pleural fluid biomarkers that may provide early diagnosis of malignant pleural mesothelioma: osteopontin (Pass et al., 2005), and soluble mesothelin-related protein (Robinson et al., 2005). Both of these markers have been shown to be elevated in most patients diagnosed with diffused malignant mesothelioma, but are not entirely specific for these cancers (Greillier et al., 2008). No gene expression signature can

be attributed directly to asbestos exposure, and these studies show variable gene expression patterns resulting from limited stability of RNA, contamination of tumour samples with host cells, and use of different microarray platforms (López-Ríos et al., 2006).

In addition to the genetic and chromosomal alterations that have been identified in diffuse malignant mesothelioma (Table 4.2), epigenetic alterations characterized by altered patterns of DNA methylation have been described (Toyooka et al., 2001; Tsou et al., 2005). Overall, human tumours have been characterized by global hypomethylation associated with hypermethylation of CpG islands in the promoter regions of tumour-suppressor genes leading to their inactivation. These alterations in DNA methylation are the most common molecular or genetic lesion in human cancer (Esteller, 2005). Recent comprehensive analyses of epigenetic profiles of 158 patients with malignant pleural mesotheliomas and 18 normal pleural samples using 803 cancer-related genes revealed classes of methylation profiles in malignant mesothelioma that were associated with asbestos lung burden and survival (Christensen et al., 2009). Other data confirmed hypermethylation of cell-cycle

**Table 4.2 Some reported molecular alterations in diffuse malignant mesothelioma**

| Function | Gene target | Alteration |
|---|---|---|
| Autocrine growth stimulation | Growth factors and receptors | HGF/MET upregulation EGFR upregulation PDGF upregulation IGF-1 upregulation |
| Tumour-suppressor genes | p15, p16$^{INK4A}$, p14$^{ARF}$ | Inactivation or deletion |
| | Neurofibromin 2 | NF2 deletions, mutations |
| | RASSF1A, GPC3 | Hypermethylation |
| Angiogenesis | VEGF | Upregulation |
| Apoptosis | AKT | Constitutive activation |
| | BCL-X | Upregulation |

EGFR, epidermal growth factor receptor; HGF, hepatocyte growth factor; IGF-1, insulin-like growth factor-1; PDGF, platelet-derived growth factor; RASSF1A, Ras-association domain family 1; VEGF, vascular endothelial growth factor

From Murthy & Testa (1999), Altomare et al. (2005), Catalano et al. (2005), Kratzke & Gazdar (2005), Cacciotti et al. (2006), NIOSH (2009)

regulatory genes as well as inflammation-associated genes and apoptosis-related genes (Tsou et al., 2007; Christensen et al., 2008). Christensen et al. (2009) hypothesized that hypermethylation of specific genes confers a selective survival advantage to preneoplastic mesothelial cells in a microenvironment of persistent tissue injury and/or oxidative stress associated with exposure to asbestos fibres.

In summary, these new genomic and proteomics approaches offer promise for the discovery of novel biomarkers associated with the development of diffuse malignant mesothelioma following exposure to asbestos or erionite. No specific marker is yet available to identify those cancers.

## 4.3 Mechanisms of carcinogenesis

### 4.3.1 Physicochemical properties of mineral fibres associated with toxicity

Asbestos are natural fibrous silicates, with similar chemical composition (silica framework includes various metal cations, typically $Mg^{2+}$, $Ca^{2+}$, $Fe^{2+/3+}$, $Na^+$) mostly differing in the crystallographic constraints that yield the fibrous habit. They are poorly soluble minerals which only undergo selective leaching and incongruent dissolution. Erionite is a zeolite, which often crystallizes in thin long fibres. Major determinants of toxicity are form and size of the fibres, surface chemistry, and biopersistence. Crystal structure, chemical composition, origin, and associated minerals, as well as trace contaminants, modulate surface chemistry; and transformation, translocation, and solubility of the fibres in body fluids influence their biopersistence, a factor which modulates cumulative exposure (Fubini, 1997; Bernstein et al., 2005; Fubini & Fenoglio, 2007; Sanchez et al., 2009; Fig. 4.1).

### (a) Crystal structure

Asbestos minerals can be divided into two groups: serpentine asbestos (chrysotile [$Mg_3Si_2O_5(OH)_4$]), and amphibole asbestos (crocidolite [$Na_2(Mg,Fe^{2+})_3Fe_2^{3+}Si_8O_{22}(OH)_2$], amosite [$(Mg,Fe^{2+})_7Si_8O_{22}(OH)_2$], tremolite [$Ca_2Mg_5Si_8O_{22}(OH)_2$], actinolite [$Ca_2(Mg,Fe^{2+})_5Si_8O_{22}(OH)_2$], and anthophyllite [$Mg_7Si_8O_{22}(OH)_2$]). Formulae reported are ideal and are always significantly modified in nature by the occurrence of several substituting cations (e.g. $Fe^{2+/3+}$, $Al^{3+}$, $Na^+$). The crystal structure of chrysotile results from the association of a tetrahedral silicate sheet of composition $(Si_2O_5)_n^{2n-}$ with an octahedral brucite-like sheet of composition $[Mg_3O_2(OH)_4]_n^{2n+}$, in which iron substitutes for magnesium. The two sheets are bonded to form a 1:1 layer silicate; a slight misfit between the sheets causes curling to form

IARC MONOGRAPHS – 100C

**Fig. 4.1 Physicochemical properties involved in the biological activity of asbestos fibres**



AMs, alveolar macrophages; PMNs, polymorphonuclear neutrophils; GSH, glutathione.
Adapted from Fubini & Otero Areán (1999), Fubini & Fenoglio (2007)

concentric cylinders, with the brucite-like layer on the outside. Van der Waals interparticle forces hold together fibrils into the actual fibre so that, when chrysotile breaks up, a large number of smaller fibres or fibrils are generated (Fubini & Otero Areán, 1999).

Amphiboles have an intrinsically elongated crystal structure which breaks up along planes within the crystal structure itself into progressively smaller fragments that generally retain a fibrous aspect. This structure can be described in terms of a basic structural unit formed by a double tetrahedral chain (corner-linked $SiO_4$ tetrahedra) of composition $(Si_4O_{11})_n^{6n-}$. These silicate double-chains share oxygen atoms with alternate layers of edge-sharing $MO_6$ octahedra, where M stands for a variety of cations: mostly $Na^+$, $Mg^{2+}$, $Ca^{2+}$, $Fe^{2+}$, or $Fe^{3+}$ (Fubini & Otero Areán, 1999).

### (b)  Form and size

The pathogenic potential of asbestos depends upon its aspect ratio and fibre size. Fibre size affects respirability (respiratory zone falls off above aerodynamic diameters of 5 μm) and clearance by alveolar macrophages (section 4.1.1) (Donaldson & Tran, 2004). Short fibres are cleared more efficiently than longer ones, which undergo frustrated phagocytosis by macrophages. Short amosite fibres obtained by grinding long ones are less inflammogenic (Donaldson et al., 1992), induce fewer chromosomal aberrations (Donaldson & Golyasnya, 1995), and reduce the inhibition of the pentose phosphate pathway (Riganti et al., 2003). In-vitro genotoxicity studies demonstrated that both short and intermediate chrysotile asbestos fibres induced micronuclei formation and sister chromatid exchange in Chinese hamster lung cells. Intermediate fibres were more active than short fibres even when followed by treatment with dipalmitoyl lecithin, a principal constituent of pulmonary surfactant (Lu et al., 1994). Long fibres but not short fibres of amosite asbestos,

opsonized with rat immunoglobin, were shown to induce a dramatic enhancement of superoxide anions in macrophages isolated from rat lung (Hill et al., 1995). Asbestos bodies are formed mostly on fibres longer than 20 μm (Roggli, 2004).

The role of the aspect ratio and size appears to be different for the three major asbestos-related diseases: i) asbestosis was reported as most closely associated with the surface area of retained fibres (NIOSH, 2009) although fibrosis also correlates with fibres > 2 μm long (Dodson et al., 2003); ii) mesothelioma is better related to the numbers of fibres longer than about 5 μm and thinner than about 0.1 μm; and iii) lung cancer with fibres longer than about 10 μm and thicker than about 0.15 μm (NIOSH, 2009). Several studies, however, report the presence of very short fibres in lung and pleural tissue from patients with malignant mesothelioma (Dodson et al., 2003; Dodson et al., 2005; Suzuki et al., 2005; Dodson et al., 2007), suggesting caution to exclude short fibres (< 5 μm) in the development of asbestos-related diseases (Dodson et al., 2003).

### (c)  Surface reactivity

In the last few decades, it has been accepted that, in addition to fibrous habit, surface reactivity also plays a role in the pathogenic effects of amphibole and chrysotile asbestos. The potential to release free radicals, among various other features, is considered the major determinant of the pathogenic response.

### (i)  Free-radical generation

Three different mechanisms of free-radical generation may take place at the surface of asbestos fibres, each one triggered by a different kind of active surface site: i) Fenton chemistry (yielding with $H_2O_2$ the generation of highly reactive hydroxyl radicals HO•); ii) Haber–Weiss cycle (in the absence of $H_2O_2$ and Fe(II), endogenous reductants allow progressive reduction of atmospheric oxygen to HO•); iii) homolytic

rupture of a carbon-hydrogen bond in biomolecules, with generation of carbon-centred radicals in the target molecule (peptides, proteins, etc.) (Hardy & Aust, 1995; Fubini & Otero Areán, 1999; Kamp & Weitzman, 1999).

Mechanism i) is relevant only in cellular compartments where $H_2O_2$ is present (i.e. phagolysosomal environment in macrophages), while Mechanisms ii) and iii)_may occur ubiquitously once fibres are inhaled. All mechanisms require the presence of iron ions. One stoichiometric chrysotile prepared by chemical synthesis, thus fully iron-free, was not active in free-radical generation (cell-free tests), did not induce lipid peroxidation, nor inhibit the pentose phosphate pathway in human lung epithelial cells, which is the opposite to what is found in natural specimens (Gazzano et al., 2005). When loaded with less than 1 wt.% of $Fe^{3+}$ the synthetic chrysotile also became active (Gazzano et al., 2007). Asbestos fibres deprived of iron (following treatments with chelators) do not generate hydroxyl radicals (Fubini et al., 1995) or damage DNA, and are less potent in causing lipid peroxidation in vitro (Hardy & Aust, 1995). However, not all iron ions are equally reactive in free-radical generation, depending upon their coordination and oxidation state (Shukla et al., 2003; Bernstein et al., 2005). Fe (II) is active even in trace amounts (Fubini et al., 1995). Furthermore, Mechanism 3 requires isolated and poorly coordinated iron ions (Martra et al., 2003; Turci et al., 2007). The surface sites involved in this reaction are oxidized and become inactive following thermal treatments: amphibole asbestos fibres heated up to 400°C in air (Tomatis et al., 2002) lose their potential in generating carboxyl radicals, but retain the reactivity for hydroxyl radicals, most likely through Mechanism 2, as long as their crystal structure is preserved. Conversely, the reduction of ferric into ferrous ions increases the radical activity (Gulumian et al., 1993a). The radical yield appears unrelated to the total amount of iron (Gulumian et al., 1993b), because

chrysotile shows a similar behaviour to crocidolite in cell-free tests despite the lower content of iron (3–6% versus 27%). Iron oxides (magnetite, haematite) are unable to produce radical species, whereas model solids, e.g zeolites enriched with small amount of iron but with ions poorly coordinated and mostly in low valence state, are very reactive, particularly in hydrogen abstraction (Fubini et al., 1995).

Iron-derived free radicals are believed to produce a variety of cell effects including lipid peroxidation (Ghio et al., 1998; Gulumian, 1999), DNA oxidation (Aust & Eveleigh, 1999), TNF-release and cell apoptosis (Upadhyay & Kamp, 2003), adhesion (Churg et al., 1998), and an increase of fibre uptake by epithelial cells (Hobson et al., 1990).

### (ii) Iron bioavailability and biodeposition

Iron can be removed from asbestos fibres by intracellular chelators. If iron is mobilized from low–molecular-weight chelators, e.g. citrate, redox activity may be altered. The chelator–iron complex can diffuse throughout the cell, and catalyse the formation of hydroxyl radicals. Mobilization of iron was shown to correlate with DNA strand breaks and with DNA oxidation induced by crocidolite, amosite, and chrysotile (Hardy & Aust, 1995). In human lung epithelial and pleural mesothelial cells, the extent of iron mobilization was also related to the inactivation of epidermal growth factor receptor (EGFR/ErbB1), a step in the pathway leading to apoptosis (Baldys & Aust, 2005).

Mineral fibres may also acquire iron which, under certain conditions, may modify their reactivity. Erionite (Dogan et al., 2008) is able to bind both ferrous (through ion exchange) and ferric ions (through a precipitation or crystallization process). After ferrous-binding, erionite acquires the ability to generate hydroxyl radicals, and to catalyse DNA damage (DNA single-strand breaks); and after ferric-binding, the reactivity is acquired only in the presence of a reductant

(Hardy & Aust, 1995; Fach *et al.*, 2003; Ruda & Dutta, 2005). During their residence in the lung, asbestos fibres, like erionite fibres, acquire iron via a complex mechanism that may originate from the adsorption and disruption of ferritin, eventually yielding ferruginous bodies. These so-called asbestos bodies are preferentially formed onto long amphibole fibres but have also been found onto chrysotile fibres (Roggli, 2004). Although the presence of asbestos bodies in asbestos-related diseases is well documented, their biological role is still controversial. Iron deposition was thought to protect cells (Ghio *et al.*, 1997), but, deposited iron may become redox-active, thus enhancing the catalytic potential of the fibres (Ghio *et al.*, 2004). Asbestos bodies with amosite cores caused DNA single-strand breaks (Lund *et al.*, 1994); and increased radical damage to DNA was reported for ferritin-covered amosite in the presence of ascorbic acid (Otero-Areán *et al.*, 1999). Asbestos fibres might also disrupt normal iron homeostasis in the host by mobilizing and accumulating this metal (Ghio *et al.*, 2008).

Binding Fe (II) from solution increases iron mobilization from crocidolite by chelators, and induces DNA single-strand breaks. Increased lipid peroxidation and release of leukotriene B4 is found in alveolar macrophages from rats treated with Fe (III)-loaded crocidolite, and Fe (III)-loaded crocidolite fibres induce more DNA single-strand breaks *in vitro* than do untreated crocidolite fibres (Ghio *et al.*, 1992).

It was suggested that crocidolite stimulates inductible nitric oxide synthase by decreasing iron bioavailability (Aldieri *et al.*, 2001).

*(d)  Biopersistence, biodurability, and ecopersistence*

The residence time in the lung depends upon both the clearance mechanisms and physico-chemical processes taking place. Clearance mechanisms are mainly related to the shape and size of the particle, whereas chemical composition, surface area, and structural parameters mainly affect leaching, dissolution, and breakage.

Selective leaching is more pronounced for serpentine asbestos than for amphiboles, which have no leachable "weak points" in their structure. Selective leaching of chrysotile occurs under strong acidic or chelating conditions, resulting in removal of $Mg^{2+}$ ions. The kinetics vary according to the origin of the material, mechanical treatments, and associated contaminants, e.g. presence of nemalite (fibrous brucite) (Morgan, 1997). Chrysotile may lose magnesium *in vivo*, following phagocytosis by alveolar macrophages. The biological potential of magnesium-depleted chrysotile is greatly decreased (Langer & Nolan, 1994; Gulumian, 2005). Furthermore, leached fibres undergo breakage into shorter fibres, which may be cleared more readily from the lung. This accounts for the relatively low biopersistence of chrysotile compared to the amphiboles. The lungs of some chrysotile workers at autopsy contain low levels of chrysotile but substantial numbers of tremolite fibres, which is present in some chrysotile-bearing ores. For this reason, tremolite has been suggested to contribute to the carcinogenic effects seen in chrysotile miners (McDonald *et al.*, 1997; McDonald & McDonald, 1997; McDonald, 1998). Other asbestiform minerals may be associated with chrysotile, and, in some cases, modulate its toxicity, depending upon their amount and physicochemical characteristics. Balangeroite, occasionally intergrows with chrysotile (up to 5%) in the Balangero mine (Italy) and its sourroundings. Balangeroite fibres have a different structure from amphiboles, and are poorly eco- and bio-durable (Favero-Longo *et al.*, 2009; Turci *et al.*, 2009). Balangeroite may contribute to the overall toxicity of chrysotile, but it cannot be compared to tremolite nor considered to be solely responsible for the excess of mesothelioma found in Balangero (Mirabelli *et al.*, 2008).

In the natural environment, weathering processes carried out by micro-organisms

IARC MONOGRAPHS – 100C

may induce chrysotile-leaching, contributing to its bioattenuation (Favero-Longo *et al.*, 2005). However, the dissolution of chrysotile is very low, because any breakdown of the silica framework takes place at a slow rate (Hume & Rimstidt, 1992), and is limited to a few layers in mild conditions (Gronow, 1987). Even in a strong acidic environment, the final product still retains a fibrous aspect at the nanoscale which is devoid of cations (Wypych *et al.*, 2005).

### 4.3.2 Direct genotoxicity

Mineral fibres may directly induce genotoxicity by catalysing the generation of reactive oxygen species resulting in oxidized DNA bases and DNA strand breaks that can produce gene mutations if not adequately repaired (IOM, 2006). Both asbestos and erionite fibres can induce DNA damage mediated by reactive oxygen species. Asbestos fibres have also been shown to physically interfere with the mitotic apparatus, which may result in aneuploidy or polyploidy, and specific chromosomal alterations characteristic of asbestos-related cancer (Jaurand, 1996).

In addition to direct clastogenic and aneuploidogenic activities that may be induced following the translocation of asbestos fibres to target cell populations in the lungs, persistent inflammation and macrophage activation can secondarily generate additional reactive oxygen species, and reactive nitrogen species that can indirectly induce genotoxicity in addition to activation of intracellular signalling pathways, stimulation of cell proliferation and survival, and induction of epigenetic alterations (Fig. 4.2).

### 4.3.3 Indirect mechanisms

Asbestos fibres have unique and potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (asbestosis), and lung cancer (Shukla *et al.*, 2003). Macrophages express a variety of cell-surface receptors that bind to mineral fibres leading to phagocytosis, macrophage apoptosis, or macrophage activation. Receptors expressed by macrophages and other target cells in the lung that bind mineral fibres include MARCO, a scavenger receptor class A, and integrin receptors (Boylan *et al.*, 1995; Gordon *et al.*, 2002; Arredouani *et al.*, 2005). Macrophage apoptosis has also been postulated to contribute to an increased incidence of autoimmune diseases in residents in Libby, Montana, USA, who are exposed to vermiculite contaminated with amphibole asbestos fibres (Noonan *et al.*, 2006; Blake *et al.*, 2008).

Phagocytosis of asbestos fibres leads to the excess generation of reactive oxygen and nitrogen species by both direct (described in Sections 4.3.1 and 4.3.2), and indirect mechanisms (Manning *et al.*, 2002). Alveolar macrophages phagocytize particulate materials and micro-organisms leading to assembly of NADPH oxidase in the phagolysosomal membrane that generates reactive oxygen species, which are potent antimicrobial agents. Asbestos fibres have elevated surface reactivity and redox-active iron that can generate hydroxyl radicals leading to lipid peroxidation, protein oxidation, and DNA damage resulting in lung injury that is amplified by persistent inflammation (Fig. 4.1 and 4.2). Recent investigations in genetically engineered mice have provided evidence for a key role of the NALP3 inflammasome as an intracellular sensor of the initial interactions between asbestos fibres and other crystals such as monosodium urate with macrophages (Yu & Finlay, 2008). The NALP3 inflammasome activates caspase-1 that cleaves IL-1β precursor to active IL-1β that is rapidly secreted (Cassel *et al.*, 2008; Dostert *et al.*, 2008). This cytokine then triggers the recruitment and activation of additional inflammatory cells and the release of additional cytokines including TNF-α, IL-6, and IL-8 that perpetuate a prolonged inflammatory response to these biopersistent mineral dusts (Shukla *et al.*, 2003).

**Fig. 4.2 Proposed mechanism for the carcinogenicity of asbestos fibres**



IL-1β, interleukin -1β; RNS, reactive nitrogen species; ROS, reactive oxygen species.
Adapted from Shukla et al. (2003), Kane (2006), Nymark et al. (2008)

IARC MONOGRAPHS – 100C

The generation of reactive oxygen species by asbestos fibres has also been associated with inducing apoptosis in mesothelial cells (Broaddus *et al.*, 1996), and alveolar epithelial cells (Aljandali *et al.*, 2001).

Asbestos fibres have been shown to contribute to the transformation of a variety of target cells from different species *in vitro*, and to induce lung tumours and malignant pleural mesothelioma in rodents following chronic inhalation (Bernstein *et al.*, 2005). There are important species differences in the induction of asbestos-related cancers: rats are more susceptible to the induction of lung cancer, and hamsters are resistant to the induction of lung cancer but more susceptible to the development of malignant pleural mesothelioma (IARC, 2002). Subchronic inhalation studies using refractory ceramic fibres (RCF-1) suggest that the increased susceptibility of hamsters to developing malignant pleural mesothelioma may be related to greater translocation and accumulation of fibres in the pleural space, and an increased mesothelial cell proliferation in hamsters compared to rats (Gelzleichter *et al.*, 1999). There are serious limitations in extrapolating these species differences to humans. First, most human lung cancers, even in asbestos-exposed individuals, are confounded by tobacco smoke that has potent independent genotoxic effects as reviewed later in Section 4.4.1. Second, diffuse malignant mesothelioma in humans is usually diagnosed at an advanced stage, and there are no reliable premalignant changes or biomarkers that may provide clues about the molecular pathogenesis of mesothelioma associated with exposure to asbestos or erionite fibres (NIOSH, 2009).

A unifying mechanism based on the experimental in-vitro cellular and in-vivo rodent models is proposed in Fig. 4.2.

Recent biochemical studies have confirmed that oxidative damage to cytosine is a plausible biological mechanism leading to epigenetic alterations and development of cancer in association with persistent inflammation (Valinluck & Sowers, 2007). Neutrophils and macrophages are the source of reactive oxygen and nitrogen species triggered by phagocytosis of crystalline silica (quartz) or asbestos fibres. In addition, myeloperoxidase catalyses the formation of hypochlorous acid (HOC1) in neutrophils, and a specific peroxidase catalyses the formation of hypobromous acid (HOBr) in eosinophils (Babior, 2000). The formation of 8-oxoguanine, 5-hydroxymethylcytosine, or 5-hydroxycytosine interferes with DNA methylation and binding of methyl-CpG binding domains (MBDs). In contrast, chlorination or bromination of cytosine mimics 5-methylcytosine and induces heritable DNA methylation at previously unmethylated sites. Halogenated cytosines are also recognized by MBDs to facilitate chromatin remodelling. However, these modified bases are not recognized by DNA glycosylase, and are not repaired (Valinluck & Sowers, 2007).

This hypothesis linking heritable alterations in patterns of cytosine methylation with endogenous sources of oxidants released from inflammatory cells is a plausible explanation for the development of lung cancer and diffuse malignant mesothelioma associated with exposure to mineral fibres. Elevated neutrophils and eosinophils have been found in the pleural space following the inhalation of refractory ceramic fibres by hamsters and rats (Gelzleichter *et al.*, 1999). Furthermore, myeloperoxidase activity has been detected in rodent lungs following exposure to asbestos fibres, whereas a decreased lung inflammation was observed in asbestos-exposed myeloperoxidase-null mice (Haegens *et al.*, 2005). This indirect mechanism secondary to persistent inflammation may be responsible for altered epigenetic methylation profiles, which are characteristic of human malignant pleural mesotheliomas (Christensen *et al.*, 2009).

## 4.4 Susceptible populations

Both exogenous environmental and occupational exposures and endogenous factors including genetic susceptibility contribute to the development of lung cancer (NIOSH, 2009) and diffuse malignant mesothelioma (Weiner & Neragi-Miandoab, 2009). The best example of an exogenous exposure that is a major cofactor with asbestos fibres in the development of cancer of the larynx and of the lung is tobacco smoking (Table 4.3; Table 4.4; IARC, 2004; IOM, 2006). Additional environmental and occupational exposures are also risk factors for cancer of the larynx (Table 4.3) and of the lung (Table 4.4); these exposures are potential confounders in human epidemiological studies (IOM, 2006). Specific examples of these cofactors and other environmental and occupational exposures will be described in relationship to mechanisms of these cancers associated with mineral dust exposures.

### 4.4.1 Other risk factors for cancer of the lung and of the larynx, and diffuse malignant mesothelioma

#### (a) Tobacco smoke

Co-exposure to tobacco smoke and asbestos fibres is at least additive and possibly multiplicative in the development of lung cancer (Vainio & Boffetta, 1994). The inhalation of tobacco smoke (Walser *et al.*, 2008) as well as mineral fibres is associated with excess generation of reactive oxygen and nitrogen metabolites, cell injury and apoptosis, and persistent lung inflammation (Shukla *et al.*, 2003; IARC, 2004). Excess oxidant generation has been shown to enhance the penetration of asbestos fibres into respiratory epithelial cells, and to impair fibre clearance (McFadden *et al.*, 1986; Churg *et al.*, 1989), as well as altering the metabolism and detoxification of tobacco smoke carcinogens (Nymark *et al.*, 2008). Asbestos fibres can also adsorb tobacco smoke

**Table 4.3 Risk factors for the development of cancer of the larynx**

| Exposure | Reference |
|---|---|
| Active tobacco smoking | IARC (1986, 2004, 2012d) |
| Alcohol | IARC (1988, 2010, 2012d) |
| Mustard gas | IARC (1987a, 2012e) |
| Inorganic acid mists containing sulfuric acid | IARC (1992, 2012e) |
| Asbestos fibres | IOM (2006), IARC (2012b) |
| Human papilloma virus (HPV): types 6, 11, 16, 18 limited evidence | IARC (2007, 2012c) |

Compiled by the Working Group

carcinogens and metals and facilitate their transport into the lungs (IOM, 2006). Asbestos fibres have also been shown to activate growth-factor receptors and cell-signalling pathways that stimulate cell proliferation and promote cell survival (Albrecht *et al.*, 2004). In summary, co-exposures to tobacco smoke and mineral fibres can amplify acquired genetic mutations induced by tobacco smoke carcinogens, and amplify cell proliferation in response to tissue injury leading to an increased risk for the development of cancer of the larynx and of the lung (Nymark *et al.*, 2008).

#### (b) Other occupational and environmental exposures

Alcohol and occupational exposure to irritants (Table 4.3) also contribute to the development of cancer of the larynx. These irritants, similar to inhalation of tobacco smoke, can cause repeated episodes of injury to the respiratory epithelium, resulting in metaplasia and dysplasia (Olshan, 2006); these preneoplastic lesions may then acquire additional molecular alterations and progress towards the development of invasive lung or laryngeal carcinoma. Other occupational exposures responsible for the development of lung cancer include direct-acting carcinogens such as ionizing radiation (IARC, 2000, 2012a), and metals (reviewed in IARC, 2012b).

IARC MONOGRAPHS – 100C

**Table 4.4 Risk factors for the development of cancer of the lung**

| Exposure | Reference |
|---|---|
| Active and passive tobacco smoking | IARC (2004, 2012d) |
| Ionizing radiation | IARC (2000, 2012a) |
| Respirable dusts and fibres: | |
| Asbestos | IARC (1987a, 2012b) |
| Talc containing asbestiform fibres | IARC (1987a, 2012b) |
| Erionite | IARC (1987a, 2012b) |
| Crystalline silica (quartz) | IARC (1997, 2012b) |
| Vermiculite contaminated with asbestos fibres | Amandus & Wheeler (1987), McDonald et al. (2004), IARC (2012b) |
| Bis(chloromethyl)ether and chloromethyl methyl ether | IARC (1987a, 2012e) |
| Arsenic and arsenic compounds | IARC (1987a, 2012b) |
| Beryllium | IARC (1993, 2012b) |
| Cadmium and cadmium compounds | IARC (1993, 2012b) |
| Hexavalent chromium | IARC (1990, 2012b) |
| Nickel sulfate, oxides, and sulfides | IARC (1990, 2012b) |
| Soots | IARC (1985, 1987a, 2012e) |

Compiled by the Working Group

The strongest risk factors associated with the development of diffuse malignant mesothelioma include environmental or occupational exposures to erionite, asbestos fibres, and talc or vermiculite contaminated with asbestos fibres (Table 4.5; NIOSH, 2009). It is unknown whether the carcinogenic effects of exposure to mixed dusts contaminated with asbestos fibres can be entirely attributed to the asbestos fibres or whether co-exposure to talc or vermiculite dusts potentiates the retention and/or biological activity of asbestos fibres *in vivo* (Davis, 1996). The occurrence of talc pneumoconiosis and its relationship to other mineral dust contaminants including quartz and tremolite was recently reviewed (IARC, 2010). In-vitro assays of talc cytotoxicity were also summarized (IARC, 2010). No experimental studies have been published assessing the cytotoxicity of vermiculite contaminated with asbestos fibres. A sample of the mixture of amphibole fibres associated with Libby vermiculite ore has been shown to induce cytotoxicity and oxidative stress in macrophages *in vitro* (Blake *et al.*, 2007).

### (c)    SV40 and HPV viruses

Two human DNA tumour viruses have been linked with an increased risk for cancer of the larynx (Table 4.3; high-risk subtypes of human papillomavirus (HPV)) and diffuse malignant mesothelioma (Table 4.5; Simian virus 40 (SV40)).

The evidence for HPV 16 in the development of cancer of the larynx has been evaluated as limited, although it has been implicated as an independent risk factor in the development of other squamous cell carcinomas arising in the head and neck region (IARC, 2007, 2012c).

The association between exposure to SV40 and asbestos fibres in the development of diffuse malignant mesothelioma is highly controversial (Butel & Lednicky, 1999; Gazdar *et al.*, 2002; Shah, 2004; IOM, 2006). SV40 is not an essential cofactor for the development of mesothelioma; for example, residents of the Cappadocian villages in Turkey have a very high risk for diffuse malignant mesothelioma but do not have evidence of SV40 exposure (Dogan *et al.*, 2006). Although there are several in-vitro mechanistic

**Table 4.5 Risk factors for the development of diffuse malignant mesothelioma**

| Exposure | Reference |
|---|---|
| Asbestos fibres | IARC (1987a, 2012b) |
| Erionite | IARC (1987a, 2012b) |
| Talc containing asbestiform fibres | IARC (1987a, 2012b) |
| Vermiculite contaminated with asbestos fibres | Amandus & Wheeler (1987), IARC (1987a, 2012e), McDonald et al. (2004) |
| Thorotrast | IARC (2001, 2012a) |

Compiled by the Working Group

studies that support a role for SV40 viral oncogenes in the transformation of mesothelial cells, the human epidemiological evidence is inconclusive to support a causal association (Weiner & Neragi-Miandoab, 2009).

### 4.4.2 Genetic susceptibility

#### (a)  Cancer of the lung

Tobacco smoke is the major cause of cancer of the lung; however, only a few rare hereditary syndromes are associated with an increased risk of lung, as well as other cancers: Bloom syndrome, Li-Fraumeni syndrome, and hereditary retinoblastoma (Lindor et al., 2006). Other genetic polymorphisms in genes related to the metabolism and detoxification of tobacco smoke carcinogens, antioxidant defenses, and DNA repair have been suggested as predisposing factors for the development of lung cancer, although individually they contribute minimally to an increased risk (IOM, 2006). Attempts have been made to identify genetic polymorphisms in enzymes involved in xenobiotic metabolism and antioxidant defense that increase the risk for asbestos-related lung cancer; however, no consistent associations have been found (Nymark et al., 2008).

#### (b)  Diffuse malignant mesothelioma

With the exception of certain populations who have been exposed environmentally to asbestos or erionite fibres since birth (NIOSH, 2009), the development of diffuse malignant mesothelioma even in occupationally exposed workers is less common than the development of lung cancer (Nymark et al., 2008). This observation has led to the hypothesis that there may be a genetic predisposition to the development of diffuse malignant mesothelioma following exposure to asbestos or erionite fibres. Isolated case reports provide examples of diffuse malignant mesothelioma in patients with neurofibromatosis type 2 (Baser et al., 2002) or Li-Fraumeni syndrome (Heineman et al., 1996) who are also exposed to asbestos. Several reports of familial cases of diffuse malignant mesothelioma are complicated by a common household exposure history (Weiner & Neragi-Miandoab, 2009). The strongest association between environmental exposure to erionite and genetic susceptibility to diffuse malignant mesothelioma has been provided by pedigree analysis of residents in the Cappadocia region of Turkey (Dogan et al., 2006). However, there is skepticism about the accuracy of this analysis, and a recent review indicated that familial clusters can account for only 1.4% of cases of mesothelioma in Italy between 1978–2005 (Ascoli et al., 2007; Ugolini et al., 2008). One study has reported an association between genetic polymorphisms in the X-ray complementing group 1 gene (XRCC1) and the development of malignant mesothelioma in a population exposed to asbestos fibres (Dianzani et al., 2006). More sensitive genome-wide association studies may uncover new markers for genetic susceptibility that predict increase risks of developing diffuse malignant mesothelioma following exposure to asbestos or erionite fibres.

## 4.5 Synthesis

The mechanistic basis for asbestos carcinogenicity is a complex interaction between crystalline mineral fibres and target cells *in vivo*. The most important physicochemical properties of asbestos fibres related to pathogenicity are surface chemistry and reactivity, surface area, fibre dimensions, and biopersistence. Multiple direct and indirect mechanisms have been proposed based on numerous in-vitro cellular assays, and acute and subchronic animal bioassays. These complex mechanisms most likely interact at multiple stages during the development of lung cancer and diffuse malignant mesothelioma.

The following general mechanisms have been proposed for the carcinogenicity of asbestos fibres (Fig. 4.1; Fig. 4.2):

1. Direct interaction between asbestos fibres and target cells *in vitro*:

- Asbestos and erionite fibres have been shown to generate free radicals that directly induce genotoxicity as assessed by DNA breaks and oxidized bases in DNA.
- Asbestos fibres have also been shown to interfere with the mitotic apparatus by direct physical interaction resulting in aneuploidy and polyploidy.

2. Indirect mechanisms:

- In laboratory animals, asbestos fibres have been shown to induce macrophage activation and persistent inflammation that generate reactive oxygen and nitrogen species contributing to tissue injury, genotoxicity, and epigenetic alterations. Persistent inflammation and chronic oxidative stress have been associated with the activation of intracellular signalling pathways, resistance to apoptosis, and stimulation of cell proliferation.

There are significant species differences in the responses of the respiratory tract to the inhalation of asbestos fibres. The biological mechanisms responsible for these species differences are unknown. Based on comparative animal experimental studies, there may be differences in deposition and clearance of fibres in the lungs, in severity of fibrosis, in kinetics of translocation of fibres to the pleura, and in levels or types of antioxidant defense mechanisms.

# 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite, and anthophyllite). Asbestos causes mesothelioma and cancer of the lung, larynx, and ovary. Also positive associations have been observed between exposure to all forms of asbestos and cancer of the pharynx, stomach, and colorectum. For cancer of the colorectum, the Working Group was evenly divided as to whether the evidence was strong enough to warrant classification as *sufficient*.

There is *sufficient evidence* in experimental animals for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite).

There is *sufficient evidence* in humans for the carcinogenicity of talc containing asbestiform fibres. Talc containing asbestiform fibres causes cancer of the lung and mesothelioma.

There is *inadequate evidence* in experimental animals for the carcinogenicity of talc containing asbestiform fibres.

All forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite) are *carcinogenic to humans (Group 1)*.

Talc containing asbestiform fibres is *carcinogenic to humans (Group 1)*

# References

ACGIH (2007). Documentation of the TLVs and BEIs with Other Worldwide Occupational Exposure Values - 2007, Cincinnati, OH [CD-ROM]

Acheson ED, Gardner MJ, Pippard EC, Grime LP (1982). Mortality of two groups of women who manufactured gas masks from chrysotile and crocidolite asbestos: a 40-year follow-up. *Br J Ind Med*, 39: 344–348. PMID:6291580

Addison J & Davies LS (1990). Analysis of amphibole asbestos in chrysotile and other minerals. *Ann Occup Hyg*, 34: 159–175. doi:10.1093/annhyg/34.2.159 PMID:2169219

Albin M, Jakobsson K, Attewell R *et al.* (1990). Mortality and cancer morbidity in cohorts of asbestos cement workers and referents. *Br J Ind Med*, 47: 602–610. PMID:2207031

Albin M, Magnani C, Krstev S *et al.* (1999). Asbestos and cancer: An overview of current trends in Europe. *Environ Health Perspect*, 107: Suppl 2289–298. PMID:10350513

Albrecht C, Borm PJ, Unfried K (2004). Signal transduction pathways relevant for neoplastic effects of fibrous and non-fibrous particles. *Mutat Res*, 553: 23–35. PMID:15288530

Aldieri E, Ghigo D, Tomatis M *et al.* (2001). Iron inhibits the nitric oxide synthesis elicited by asbestos in murine macrophages. *Free Radic Biol Med*, 31: 412–417. doi:10.1016/S0891-5849(01)00612-8 PMID:11461780

Aliyu OA, Cullen MR, Barnett MJ *et al.* (2005). Evidence for excess cancer of the colorectum incidence among asbestos-exposed men in the Beta-Carotene and Retinol Efficacy Trial. *Am J Epidemiol*, 162: 868–878. doi:10.1093/aje/kwi285 PMID:16177148

Aljandali A, Pollack H, Yeldandi A *et al.* (2001). Asbestos causes apoptosis in alveolar epithelial cells: role of iron-induced free radicals. *J Lab Clin Med*, 137: 330–339. doi:10.1067/mlc.2001.114826 PMID:11329530

Altomare DA, Vaslet CA, Skele KL *et al.* (2005). A mouse model recapitulating molecular features of human mesothelioma. *Cancer Res*, 65: 8090–8095. doi:10.1158/0008-5472.CAN-05-2312 PMID:16166281

Amandus HE & Wheeler R (1987). The morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite: Part II. Mortality. *Am J Ind Med*, 11: 15–26. doi:10.1002/ajim.4700110103 PMID:3028136

Amandus HE, Wheeler R, Jankovic J, Tucker J (1987). The morbidity and mortality of vermiculite miners and millers exposed to tremolite-actinolite: Part I. Exposure estimates. *Am J Ind Med*, 11: 1–14. doi:10.1002/ajim.4700110102 PMID:3028135

Anderson HA, Lilis R, Daum SM *et al.* (1976). Household-contact asbestos neoplastic risk. *Ann N Y Acad Sci*, 271: 1 Neoplasia in311–323. doi:10.1111/j.1749-6632.1976.tb23127.x PMID:1069520

Apostolou S, Balsara BR, Testa JR *et al.* (2006). Cytogenetics of malignant mesothelioma. In: *Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies*. New York: Springer Science & Business Media, Inc., pp. 101–111.

Arredouani MS, Palecanda A, Koziel H *et al.* (2005). MARCO is the major binding receptor for unopsonized particles and bacteria on human alveolar macrophages. *J Immunol*, 175: 6058–6064. PMID:16237101

Ascoli V, Cavone D, Merler E *et al.* (2007). Mesothelioma in blood related subjects: report of 11 clusters among 1954 Italy cases and review of the literature. *Am J Ind Med*, 50: 357–369. doi:10.1002/ajim.20451 PMID:17407142

ATSDR (2001). Toxicological Profile for Asbestos (TP-61). US Dept. of Health & Human Services.

Aust AE & Eveleigh JF (1999). Mechanisms of DNA oxidation. *Proc Soc Exp Biol Med*, 222: 246–252. doi:10.1046/j.1525-1373.1999.d01-141.x PMID:10601883

Babior BM (2000). Phagocytes and oxidative stress. *Am J Med*, 109: 33–44. doi:10.1016/S0002-9343(00)00481-2 PMID:10936476

Baldys A & Aust AE (2005). Role of iron in inactivation of epidermal growth factor receptor after asbestos treatment of human lung and pleural target cells. *Am J Respir Cell Mol Biol*, 32: 436–442. doi:10.1165/rcmb.2004-0313OC PMID:15626777

Baris I, Simonato L, Artvinli M *et al.* (1987). Epidemiologicalal and environmental evidence of the health effects of exposure to erionite fibres: a four-year study in the Cappadocian region of Turkey. *Int J Cancer*, 39: 10–17. doi:10.1002/ijc.2910390104 PMID:3025107

Baris YI & Grandjean P (2006). Prospective study of mesothelioma mortality in Turkish villages with exposure to fibrous zeolite. *J Natl Cancer Inst*, 98: 414–417. doi:10.1093/jnci/djj106 PMID:16537834

Baser ME, De Rienzo A, Altomare D *et al.* (2002). Neurofibromatosis 2 and malignant mesothelioma. *Neurology*, 59: 290–291. PMID:12136076

Bégin R, Gauthier JJ, Desmeules M, Ostiguy G (1992). Work-related mesothelioma in Québec, 1967–1990. *Am J Ind Med*, 22: 531–542. doi:10.1002/ajim.4700220408 PMID:1332466

Berman DW & Crump KS (2008a). A meta-analysis of asbestos-related cancer risk that addresses fibre size and mineral type. *Crit Rev Toxicol*, 38: Suppl 149–73. doi:10.1080/10408440802273156 PMID:18686078

Berman DW & Crump KS (2008b). Update of potency factors for asbestos-related lung cancer and mesothelioma. *Crit Rev Toxicol*, 38: Suppl 11–47. doi:10.1080/10408440802276167 PMID:18671157

Bernstein D, Castranova V, Donaldson K *et al.* (2005). Testing of fibrous particles: short-term assays and strategies. *Inhal Toxicol*, 17: 497–537. PMID:16040559.

Berrino F, Richiardi L, Boffetta P et al. Milan JEM Working Group (2003). Occupation and larynx and hypopharynx cancer: a job-exposure matrix approach in an international case–control study in France, Italy, Spain and Switzerland. Cancer Causes Control, 14: 213–223. doi:10.1023/A:1023661206177 PMID:12814200

Berry G (1999). Models for mesothelioma incidence following exposure to fibres in terms of timing and duration of exposure and the biopersistence of the fibres. Inhal Toxicol, 11: 111–130. doi:10.1080/089583799197203 PMID:10380162

Berry G, Newhouse ML, Wagner JC (2000). Mortality from all cancers of asbestos factory workers in east London 1933–80. Occup Environ Med, 57: 782–785. doi:10.1136/oem.57.11.782 PMID:11024203

Bertolotti M, Ferrante D, Mirabelli D et al. (2008). Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy) Epidemiol Prev, 32: 218–228. PMID:19186504

Blake DJ, Bolin CM, Cox DP et al. (2007). Internalization of Libby amphibole asbestos and induction of oxidative stress in murine macrophages. Toxicol Sci, 99: 277–288. doi:10.1093/toxsci/kfm166 PMID:17578862

Blake DJ, Wetzel SA, Pfau JC (2008). Autoantibodies from mice exposed to Libby amphibole asbestos bind SSA/Ro52-enriched apoptotic blebs of murine macrophages. Toxicology, 246: 172–179. doi:10.1016/j.tox.2008.01.008 PMID:18295955

Blount AM (1991). Amphibole content of cosmetic and pharmaceutical talcs. Environ Health Perspect, 94: 225–230. doi:10.2307/3431315 PMID:1659533

Boutin C, Dumortier P, Rey F et al. (1996). Black spots concentrate oncogenic asbestos fibres in the parietal pleura. Thoracoscopic and mineralogic study. Am J Respir Crit Care Med, 153: 444–449. PMID:8542156

Boylan AM, Sanan DA, Sheppard D, Broaddus VC (1995). Vitronectin enhances internalization of crocidolite asbestos by rabbit pleural mesothelial cells via the integrin alpha v beta 5. J Clin Invest, 96: 1987–2001. doi:10.1172/JCI118246 PMID:7560092

Broaddus VC, Yang L, Scavo LM et al. (1996). Asbestos induces apoptosis of human and rabbit pleural mesothelial cells via reactive oxygen species. J Clin Invest, 98: 2050–2059. doi:10.1172/JCI119010 PMID:8903324

Bruno C, Comba P, Zona A (2006). Adverse health effects of fluoro-edenitic fibers: epidemiological evidence and public health priorities. Ann N Y Acad Sci, 1076: 778–783. doi:10.1196/annals.1371.020 PMID:17119254

Butel JS & Lednicky JA (1999). Cell and molecular biology of simian virus 40: implications for human infections and disease. J Natl Cancer Inst, 91: 119–134. doi:10.1093/jnci/91.13.1166a PMID:9923853

Cacciotti P, Mutti L, Gaudino G (2006). Growth factors and malignant mesothelioma. In: Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies. Pass HI, Vogelzang NJ Carbone M, editors.

New York: Springer Science & Business Media, Inc., pp. 112-123.

Camus M, Siemiatycki J, Meek B (1998). Nonoccupational exposure to chrysotile asbestos and the risk of lung cancer. N Engl J Med, 338: 1565–1571. doi:10.1056/NEJM199805283382201 PMID:9603793

Cantor KP (1997). Drinking water and cancer. Cancer Causes Control, 8: 292–308. doi:10.1023/A:1018444902486 PMID:9498894

Cassel SL, Eisenbarth SC, Iyer SS et al. (2008). The Nalp3 inflammasome is essential for the development of silicosis. Proc Natl Acad Sci USA, 105: 9035–9040. doi:10.1073/pnas.0803933105 PMID:18577586

Catalano A, Strizzi L, Procopio A (2005). Angiogenesis and mesothelioma. In: Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies. Pass HI, Vogelzang NJ, Carbone M, editors. New York: Springer Science & Business Media, Inc., pp. 141-150.

Christensen BC, Godleski JJ, Marsit CJ et al. (2008). Asbestos exposure predicts cell cycle control gene promoter methylation in pleural mesothelioma. Carcinogenesis, 29: 1555–1559. doi:10.1093/carcin/bgn059 PMID:18310086

Christensen BC, Houseman EA, Godleski JJ et al. (2009). Epigenetic profiles distinguish pleural mesothelioma from normal pleura and predict lung asbestos burden and clinical outcome. Cancer Res, 69: 227–234. doi:10.1158/0008-5472.CAN-08-2586 PMID:19118007

Churg A, Hobson J, Berean K, Wright J (1989). Scavengers of active oxygen species prevent cigarette smoke-induced asbestos fibre penetration in rat tracheal explants. Am J Pathol, 135: 599–603. PMID:2801882

Churg A, Sun J, Zay K (1998). Cigarette smoke increases amosite asbestos fibre binding to the surface of tracheal epithelial cells. Am J Physiol, 275: L502–L508. PMID:9728044

Churg A & Warnock ML (1980). Asbestos fibres in the general population. Am Rev Respir Dis, 122: 669–678. PMID:7447151

Cocco P, Palli D, Buiatti E et al. (1994). Occupational exposures as risk factors for gastric cancer in Italy. Cancer Causes Control, 5: 241–248. doi:10.1007/BF01830243 PMID:8061172

Coffin DL, Cook PM, Creason JP (1992). Relative mesothelioma induction in rats by mineral fibres: comparison with residual pulmonary mineral fibre number and epidemiology. Inhal Toxicol, 4: 273–300. doi:10.3109/08958379209145671

Comba P, Gianfagna A, Paoletti L (2003). Pleural mesothelioma cases in Biancavilla are related to a new fluoro-edenite fibrous amphibole. Arch Environ Health, 58: 229–232. doi:10.3200/AEOH.58.4.229-232 PMID:14655903

Conforti PM, Kanarek MS, Jackson LA et al. (1981). Asbestos in drinking water and cancer in the San Francisco Bay Area: 1969–1974 incidence. J Chronic

*Dis*, 34: 211–224. doi:10.1016/0021-9681(81)90065-5 PMID:7240361

Cullen MR (1996). The amphibole hypothesis of asbestos-related cancer–gone but not forgotten. *Am J Public Health*, 86: 158–159. doi:10.2105/AJPH.86.2.158 PMID:8633728

Cullen MR & Baloyi RS (1991). Chrysotile asbestos and health in Zimbabwe: I. Analysis of miners and millers compensated for asbestos-related diseases since independence (1980). *Am J Ind Med*, 19: 161–169. doi:10.1002/ajim.4700190204 PMID:1847001

Cullen RT, Searl A, Buchanan D *et al*.R. T.Cullen, A. Searl, D. Buchanan (2000). Pathogenicity of a special-purpose glass microfibre (E glass) relative to another glass microfibre and amosite asbestos. *Inhal Toxicol*, 12: 959–977. doi:10.1080/08958370050138012 PMID:10989371

Davis1996). Mixed fibrous and non-fibrous dusts exposures and interactions between agents in fibre carcinogenesis. IARC Sci Pub, 140:127

Davis JM, Addison J, Bolton RE *et al*. (1985). Inhalation studies on the effects of tremolite and brucite dust in rats. *Carcinogenesis*, 6: 667–674. doi:10.1093/carcin/6.5.667 PMID:2988806

Davis JM, Addison J, Bolton RE *et al*. (1986a). Inhalation and injection studies in rats using dust samples from chrysotile asbestos prepared by a wet dispersion process. *Br J Exp Pathol*, 67: 113–129. PMID:3004552

Davis JM, Addison J, Bolton RE *et al*. (1986b). The pathogenicity of long versus short fibre samples of amosite asbestos administered to rats by inhalation and intraperitoneal injection. *Br J Exp Pathol*, 67: 415–430. PMID:2872911

Davis JM, Beckett ST, Bolton RE *et al*. (1978). Mass and number of fibres in the pathogenesis of asbestos-related lung disease in rats. *Br J Cancer*, 37: 673–688. PMID:656299

Davis JM, Beckett ST, Bolton RE, Donaldson K (1980a). The effects of intermittent high asbestos exposure (peak dose levels) on the lungs of rats. *Br J Exp Pathol*, 61: 272–280. PMID:7426382

Davis JM, Beckett ST, Bolton RE, Donaldson K (1980b). A comparison of the pathological effects in rats of the UICC reference samples of amosite and chrysotile with those of amosite and chrysotile collected from the factory environment. *IARC Sci Publ*, 30: 285–292. PMID:7239647

Davis JM, Bolton RE, Douglas AN *et al*. (1988). Effects of electrostatic charge on the pathogenicity of chrysotile asbestos. *Br J Ind Med*, 45: 292–299. PMID:2837270

Davis JM, Bolton RE, Miller BG, Niven K (1991b). Mesothelioma dose response following intraperitoneal injection of mineral fibres. *Int J Exp Pathol*, 72: 263–274. PMID:1843255

Davis JM, Brown DM, Cullen RT *et al*. (1996). A comparison of methods of determining and predicting pathogenicity of mineral fibres. *Inhal Toxicol*, 8: 747–770. doi:10.3109/08958379608995209

Davis JM & Jones AD (1988). Comparisons of the pathogenicity of long and short fibres of chrysotile asbestos in rats. *Br J Exp Pathol*, 69: 717–737. PMID:2848570

Davis JM, Jones AD, Miller BG (1991a). Experimental studies in rats on the effects of asbestos inhalation coupled with the inhalation of titanium dioxide or quartz. *Int J Exp Pathol*, 72: 501–525. PMID:1742204

Dement JM & Brown DP (1994). Lung cancer mortality among asbestos textile workers: a review and update. *Ann Occup Hyg*, 38: 525–532, 412. doi:10.1093/annhyg/38.4.525 PMID:7978974

Dement JM, Brown DP, Okun A (1994). Follow-up study of chrysotile asbestos textile workers: cohort mortality and case–control analyses. *Am J Ind Med*, 26: 431–447. doi:10.1002/ajim.4700260402 PMID:7810543

Dement JM, Kuempel ED, Zumwalde RD *et al*. (2008). Development of a fibre size-specific job-exposure matrix for airborne asbestos fibres. *Occup Environ Med*, 65: 605–612. doi:10.1136/oem.2007.033712 PMID:17984198

Demers RY, Burns PB, Swanson GM (1994). Construction occupations, asbestos exposure, and cancer of the colon and rectum. *J Occup Med*, 36: 1027–1031. PMID:7823215

Dianzani I, Gibello L, Biava A *et al*. (2006). Polymorphisms in DNA repair genes as risk factors for asbestos-related malignant mesothelioma in a general population study. *Mutat Res*, 599: 124–134. PMID:16564556

Dodson RF & Atkinson MA (2006). Measurements of asbestos burden in tissues. *Ann N Y Acad Sci*, 1076: 281–291. doi:10.1196/annals.1371.015 PMID:17119209

Dodson RF, Atkinson MA, Levin JL (2003). Asbestos fibre length as related to potential pathogenicity: a critical review. *Am J Ind Med*, 44: 291–297. doi:10.1002/ajim.10263 PMID:12929149

Dodson RF, Graef R, Shepherd S *et al*. (2005). Asbestos burden in cases of mesothelioma from individuals from various regions of the United States. *Ultrastruct Pathol*, 29: 415–433. doi:10.1080/019131290945682 PMID:16257868

Dodson RF, Shepherd S, Levin J, Hammar SP (2007). Characteristics of asbestos concentration in lung as compared to asbestos concentration in various levels of lymph nodes that collect drainage from the lung. *Ultrastruct Pathol*, 31: 95–133. doi:10.1080/01913120701423907 PMID:17613992

Dodson RF, Williams MG Jr, Corn CJ *et al*. (1990). Asbestos content of lung tissue, lymph nodes, and pleural plaques from former shipyard workers. *Am Rev Respir Dis*, 142: 843–847. PMID:2171386

Dogan AU, Baris YI, Dogan M *et al*. (2006). Genetic predisposition to fibre carcinogenesis causes a mesothelioma epidemic in Turkey. *Cancer Res*, 66: 5063–5068. doi:10.1158/0008-5472.CAN-05-4642 PMID:16707428

Dogan AU, Dogan M, Hoskins JA (2008). Erionite series minerals: mineralogical and carcinogenic properties. *Environ Geochem Health*, 30: 367–381. doi:10.1007/s10653-008-9165-x PMID:18347916

Doll R (1955). Mortality from lung cancer in asbestos workers. *Br J Ind Med*, 12: 81–86. PMID:14363586

Donaldson K & Golyasnya N (1995). Cytogenetic and pathogenic effects of long and short amosite asbestos. *J Pathol*, 177: 303–307. doi:10.1002/path.1711770313 PMID:8551393

Donaldson K, Li XY, Dogra S et al. (1992). Asbestos-stimulated tumour necrosis factor release from alveolar macrophages depends on fibre length and opsonization. *J Pathol*, 168: 243–248. doi:10.1002/path.1711680214 PMID:1334143

Donaldson K & Tran CL (2004). An introduction to the short-term toxicology of respirable industrial fibres. *Mutat Res*, 553: 5–9. PMID:15288528

Dostert C, Pétrilli V, Van Bruggen R et al. (2008). Innate immune activation through Nalp3 inflammasome sensing of asbestos and silica. *Science*, 320: 674–677. doi:10.1126/science.1156995 PMID:18403674

Dumortier P, Coplü L, Broucke I et al. (2001). Erionite bodies and fibres in bronchoalveolar lavage fluid (BALF) of residents from Tuzköy, Cappadocia, Turkey. *Occup Environ Med*, 58: 261–266. doi:10.1136/oem.58.4.261 PMID:11245743

Dumortier P, De Vuyst P, Yernault JC (1989). Non-fibrous inorganic particles in human bronchoalveolar lavage fluids. *Scanning Microsc*, 3: 1207–1216, discussion 1217–1218. PMID:2561220

Edelman DA (1988). Exposure to asbestos and the risk of gastrointestinal cancer: a reassessment. *Br J Ind Med*, 45: 75–82. PMID:3342198

Enterline PE, Hartley J, Henderson V (1987). Asbestos and cancer: a cohort followed up to death. *Br J Ind Med*, 44: 396–401. PMID:3606968

Esteller M (2005). Dormant hypermethylated tumour suppressor genes: questions and answers. *J Pathol*, 205: 172–180. doi:10.1002/path.1707 PMID:15643671

EU (1999). Commission Directive 1999/77/EC of 26 July 1999. Official Journal of the European Communities. [L207/18 – L207/20]

EU (2003). Directive 2003/18/EC of the European Parliament and of the Council of 27 March 2003 amending Council Directive 83/477/EEC on the protection of workers from the risks related to exposure to asbestos at work. Official Journal L 097, 15/04/2003 P. 0048 – 0052.

Fach E, Kristovich R, Long JF et al. (2003). The effect of iron on the biological activities of erionite and mordenite. *Environ Int*, 29: 451–458. doi:10.1016/S0160-4120(02)00193-9 PMID:12705942

Favero-Longo SE, Turci F, Tomatis M et al. (2005). Chrysotile asbestos is progressively converted into a non-fibrous amorphous material by the chelating action of lichen metabolites. *J Environ Monit*, 7: 764–766. doi:10.1039/b507569f PMID:16049575

Favero-Longo SE, Turci F, Tomatis M et al. (2009). The effect of weathering on ecopersistence, reactivity, and potential toxicity of naturally occurring asbestos and asbestiform mineral. *J Toxicol Environ Health A*, 72: 305–314. PMID:19184746.

Feron VJ, Scherrenberg PM, Immel HR, Spit BJ (1985). Pulmonary response of hamsters to fibrous glass: chronic effects of repeated intratracheal instillation with or without benzo[a]pyrene. *Carcinogenesis*, 6: 1495–1499. doi:10.1093/carcin/6.10.1495 PMID:4042277

Ferrante D, Bertolotti M, Todesco A et al. (2007). Cancer mortality and incidence of mesothelioma in a cohort of wives of asbestos workers in Casale Monferrato, Italy. *Environ Health Perspect*, 115: 1401–1405. PMID:17938727

Finkelstein MM (1983). Mortality among long-term employees of an Ontario asbestos-cement factory. *Br J Ind Med*, 40: 138–144. PMID:6830709

Fredriksson M, Bengtsson NO, Hardell L, Axelson O (1989). Colon cancer, physical activity, and occupational exposures. A case–control study. *Cancer*, 63: 1838–1842. doi:10.1002/1097-0142(19900501)63:9<1838::AID-CNCR2820630930>3.0.CO;2-4 PMID:2702592

Frumkin H & Berlin J (1988). Asbestos exposure and gastrointestinal malignancy review and meta-analysis. *Am J Med*, 14: 79–95. doi:10.1002/ajim.4700140110 PMID:3044065

Fubini B (1997). Surface reactivity in the pathogenic response to particulates. *Environ Health Perspect*, 105: Suppl 51013–1020. doi:10.2307/3433502 PMID:9400693

Fubini B & Fenoglio I (2007). Toxic potential of mineral dusts. *Elements*, 3: 407–414. doi:10.2113/GSELEMENTS.3.6.407

Fubini B, Mollo L, Giamello E (1995). Free radical generation at the solid/liquid interface in iron containing minerals. *Free Radic Res*, 23: 593–614. doi:10.3109/10715769509065280 PMID:8574353

Fubini B & Otero Areán C (1999). Chemical aspects of the toxicity of inhaled mineral dusts. *Chem Soc Rev*, 28: 373–381. doi:10.1039/a805639k

Gamble J (2008). Risk of gastrointestinal cancers from inhalation and ingestion of asbestos. *Regul Toxicol Pharmacol*, 52: SupplS124–S153. doi:10.1016/j.yrtph.2007.10.009 PMID:18078700

Garabrant DH, Peters RK, Homa DM (1992). Asbestos and colon cancer: lack of association in a large case–control study. *Am J Epidemiol*, 135: 843–853. PMID:1585897

Gardner MJ, Winter PD, Pannett B, Powell CA (1986). Follow up study of workers manufacturing chrysotile asbestos cement products. *Br J Ind Med*, 43: 726–732. PMID:3024695

Gazdar AF, Butel JS, Carbone M (2002). SV40 and human tumours: myth, association or causality? *Nat Rev Cancer*, 2: 957–964. doi:10.1038/nrc947 PMID:12459734

Gazzano E, Foresti E, Lesci IG et al. (2005). Different cellular responses evoked by natural and stoichiometric synthetic chrysotile asbestos. Toxicol Appl Pharmacol, 206: 356–364. doi:10.1016/j.taap.2004.11.021 PMID:16039947

Gazzano E, Turci F, Foresti E et al. (2007). Iron-loaded synthetic chrysotile: a new model solid for studying the role of iron in asbestos toxicity. Chem Res Toxicol, 20: 380–387. doi:10.1021/tx600354f PMID:17315889

Gelzleichter TR, Bermudez E, Mangum JB et al. (1999). Comparison of pulmonary and pleural responses of rats and hamsters to inhaled refractory ceramic fibres. Toxicol Sci, 49: 93–101. doi:10.1093/toxsci/49.1.93 PMID:10367346

Gerhardsson de Verdier M, Plato N, Steineck G, Peters JM (1992). Occupational exposures and cancer of the colon and rectum. Am J Ind Med, 22: 291–303. doi:10.1002/ajim.4700220303 PMID:1519614

Germani D, Belli S, Bruno C et al. (1999). Cohort mortality study of women compensated for asbestosis in Italy. Am J Ind Med, 36: 129–134. doi:10.1002/(SICI)1097-0274(199907)36:1<129::AID-AJIM18>3.0.CO;2-9 PMID:10361597

Ghio AJ, Churg A, Roggli VL (2004). Ferruginous bodies: implications in the mechanism of fibre and particle toxicity. Toxicol Pathol, 32: 643–649. doi:10.1080/01926230490885733 PMID:15513907

Ghio AJ, Kadiiska MB, Xiang QH, Mason RP (1998). In vivo evidence of free radical formation after asbestos instillation: an ESR spin trapping investigation. Free Radic Biol Med, 24: 11–17. doi:10.1016/S0891-5849(97)00063-4 PMID:9436609

Ghio AJ, LeFurgey A, Roggli VL (1997). In vivo accumulation of iron on crocidolite is associated with decrements in oxidant generation by the fibre. J Toxicol Environ Health, 50: 125–142. doi:10.1080/009841097160537 PMID:9048957

Ghio AJ, Stonehuerner J, Richards J, Devlin RB (2008). Iron homeostasis in the lung following asbestos exposure. Antioxid Redox Signal, 10: 371–377. doi:10.1089/ars.2007.1909 PMID:17999626

Ghio AJ, Zhang J, Piantadosi CA (1992). Generation of hydroxyl radical by crocidolite asbestos is proportional to surface [Fe3+]. [Fe3+]Arch Biochem Biophys, 298: 646–650. doi:10.1016/0003-9861(92)90461-5 PMID:1329664

Gibbs AR, Stephens M, Griffiths DM et al. (1991). Fibre distribution in the lungs and pleura of subjects with asbestos related diffuse pleural fibrosis. Br J Ind Med, 48: 762–770. PMID:1659443

Gibbs GW & Hwang CY (1975). Physical parameters of airborne asbestos fibres in various work environments-preliminary findings. Am Ind Hyg Assoc J, 36: 459–466. PMID:1229888

Gibbs GW & Hwang CY (1980). Dimensions of airborne asbestos fibres. IARC Sci Publ, 30: 69–78. PMID:7239672

Glickman LT, Domanski LM, Maguire TG et al. (1983). Mesothelioma in pet dogs associated with exposure of their owners to asbestos. Environ Res, 32: 305–313. doi:10.1016/0013-9351(83)90114-7 PMID:6641667

Gloyne SR (1935). Two cases of squamous carcinoma of the lung occurring in asbestosis. Tubercle, 17: 5–10. doi:10.1016/S0041-3879(35)80795-2

Goldberg MS, Parent ME, Siemiatycki J et al. (2001). A case–control study of the relationship between the risk of colon cancer in men and exposures to occupational agents. Am J Ind Med, 39: 531–546. doi:10.1002/ajim.1052 PMID:11385637

Goldstein B & Coetzee FS (1990). Experimental malignant mesothelioma in baboons. Suid-Afrik. Tydskrif voor Wetenskap, 86: 89–93.

Goldstein B, Rendall RE, Webster I (1983). A comparison of the effects of exposure of baboons to crocidolite and fibrous-glass dusts. Environ Res, 32: 344–359. doi:10.1016/0013-9351(83)90117-2 PMID:6315390

Goodman M, Morgan RW, Ray R et al. (1999). Cancer in asbestos-exposed occupational cohorts: a meta-analysis. Cancer Causes Control, 10: 453–465. doi:10.1023/A:1008980927434 PMID:10530617

Gordon GJ, Jensen RV, Hsiao LL et al. (2002). Translation of microarray data into clinically relevant cancer diagnostic tests using gene expression ratios in lung cancer and mesothelioma. Cancer Res, 62: 4963–4967. PMID:12208747

Graham J & Graham R (1967). Ovarian cancer and asbestos. Environ Res, 1: 115–128. doi:10.1016/0013-9351(67)90008-4 PMID:5628974

Greillier L, Baas P, Welch JJ et al. (2008). Biomarkers for malignant pleural mesothelioma: current status. Mol Diagn Ther, 12: 375–390. PMID:19035624

Gronow JR (1987). The dissolution of asbestos fibres in water. Clay Miner, 22: 21–35. doi:10.1180/claymin.1987.022.1.03

Gross P, DeTreville RT, Tolker EB et al. (1967). Experimental asbestosis. The development of lung cancer in rats with pulmonary deposits of chrysotile asbestos dust. Arch Environ Health, 15: 343–355. PMID:6035084

Gulumian M (1999). The ability of mineral dusts and fibres to initiate lipid peroxidation. Part I: parameters which determine this ability. Redox Rep, 4: 141–163. doi:10.1179/135100099101534855 PMID:10658820

Gulumian M (2005). An update on the detoxification processes for silica particles and asbestos fibres: successess and limitations. J Toxicol Environ Health B Crit Rev, 8: 453–483. doi:10.1080/10937400590952547 PMID:16188731

Gulumian M, Bhoolia DJ, Du Toit RS et al. (1993a). Activation of UICC crocidolite: the effect of conversion of some ferric ions to ferrous ions. Environ Res, 60: 193–206. doi:10.1006/enrs.1993.1027 PMID:8386081

Gulumian M, Bhoolia DJ, Theodorou P et al. (1993b). Parameters Which Determine the Activity of the

IARC MONOGRAPHS – 100C

Transition-Metal Iron in Crocidolite Asbestos - Esr, Mossbauer Spectroscopic and Iron Mobilization Studies. *S Afr J Sci*, 89: 405–409.

Haegens A, van der Vliet A, Butnor KJ *et al.* (2005). Asbestos-induced lung inflammation and epithelial cell proliferation are altered in myeloperoxidase-null mice. *Cancer Res*, 65: 9670–9677. doi:10.1158/0008-5472.CAN-05-1751 PMID:16266986

Hagemeyer O, Otten H, Kraus T (2006). Asbestos consumption, asbestos exposure and asbestos-related occupational diseases in Germany. *Int Arch Occup Environ Health*, 79: 613–620. doi:10.1007/s00420-006-0091-x PMID:16523318

Hardy JA & Aust AE (1995). Iron in asbestos chemistry and carcinogenicity. *Chem Rev*, 95: 97–118. doi:10.1021/cr00033a005

Health and Safety Executive (2005). *HSG 248 'Asbestos: The analysts' guide for sampling, analysis and clearance procedures'*. London: HSE Books.

Health Effects Institute (1991). *Asbestos in public and commercial buildings: A literature review and synthesis of current knowledge*. Cambridge, Massachusetts: Health Effects Institute-Asbestos Research.

Hein MJ, Stayner LT, Lehman E, Dement JM (2007). Follow-up study of chrysotile textile workers: cohort mortality and exposure-response. *Occup Environ Med*, 64: 616–625. doi:10.1136/oem.2006.031005 PMID:17449563

Heineman EF, Bernstein L, Stark AD, Spirtas R (1996). Mesothelioma, asbestos, and reported history of cancer in first-degree relatives. *Cancer*, 77: 549–554. doi:10.1002/(SICI)1097-0142(19960201)77:3<549::AID-CNCR18>3.0.CO;2-4 PMID:8630964

Heller DS, Gordon RE, Westhoff C, Gerber S (1996). Asbestos exposure and ovarian fibre burden. *Am J Ind Med*, 29: 435–439. doi:10.1002/(SICI)1097-0274(199605)29:5<435::AID-AJIM1>3.0.CO;2-L PMID:8732916

Hesterberg TW, Axten C, McConnell EE *et al.*T. W. Hesterberg, C. Axten, E. E. M (1999). Studies on the inhalation toxicology of two fibreglasses and amosite asbestos in the syrian golden hamster. Part I. Results of a subchronic study and dose selection for a chronic study. *Inhal Toxicol*, 11: 747–784. doi:10.1080/089583799196745 PMID:10477658

Hesterberg TW, Chase G, Axten C *et al.* (1998a). Biopersistence of synthetic vitreous fibres and amosite asbestos in the rat lung following inhalation. *Toxicol Appl Pharmacol*, 151: 262–275. doi:10.1006/taap.1998.8472 PMID:9707503

Hesterberg TW, Hart GA, Chevalier J *et al.* (1998b). The importance of fibre biopersistence and lung dose in determining the chronic inhalation effects of X607, RCF1, and chrysotile asbestos in rats. *Toxicol Appl Pharmacol*, 153: 68–82. doi:10.1006/taap.1998.8522 PMID:9875301

Hesterberg TW, Miiller WC, McConnell EE *et al.* (1993). Chronic inhalation toxicity of size-separated glass fibres in Fischer 344 rats. *Fundam Appl Toxicol*, 20: 464–476. doi:10.1006/faat.1993.1057 PMID:8390950

Hesterberg TW, Miiller WC, Musselman RP *et al.* (1996). Biopersistence of Man-Made Vitreous Fibres and Crocidolite Asbestos in the Rat Lung Following Inhalation. *Fundam Appl Toxicol*, 29: 267–279. doi:10.1006/faat.1996.0031 PMID:8812275

Higashi T, Hori H, Sakurai H *et al.* (1994). Work environment of plants manufacturing asbestos-containing products in Japan. *Ann Occup Hyg*, 38: 489–494, 409. doi:10.1093/annhyg/38.4.489 PMID:7978970

Hill IM, Beswick PH, Donaldson K (1995). Differential release of superoxide anions by macrophages treated with long and short fibre amosite asbestos is a consequence of differential affinity for opsonin. *Occup Environ Med*, 52: 92–96. doi:10.1136/oem.52.2.92 PMID:7757173

Hill RJ, Edwards RE, Carthew P (1990). Early changes in the pleural mesothelium following intrapleural inoculation of the mineral fibre erionite and the subsequent development of mesotheliomas. *J Exp Pathol (Oxford)*, 71: 105–118. PMID:2155636

Hilt B, Langård S, Andersen A, Rosenberg J (1985). Asbestos exposure, smoking habits, and cancer incidence among production and maintenance workers in an electrochemical plant. *Am J Ind Med*, 8: 565–577. doi:10.1002/ajim.4700080608 PMID:3000174

Hobson J, Wright JL, Churg A (1990). Active oxygen species mediate asbestos fibre uptake by tracheal epithelial cells. *FASEB J*, 4: 3135–3139. PMID:2170219

Hodgson JT & Darnton A (2000). The quantitative risks of mesothelioma and lung cancer in relation to asbestos exposure. *Ann Occup Hyg*, 44: 565–601. PMID:11108782

Hodgson JT & Jones RD (1986). Mortality of asbestos workers in England and Wales 1971–81. *Br J Ind Med*, 43: 158–164. PMID:3947577

Homa DM, Garabrant DH, Gillespie BW (1994). A meta-analysis of cancer of the colorectum and asbestos exposure. *Am J Epidemiol*, 139: 1210–1222. PMID:8209879

Howe HL, Wolfgang PE, Burnett WS *et al.* (1989). Cancer incidence following exposure to drinking water with asbestos leachate. *Public Health Rep*, 104: 251–256. PMID:2498974

Hume LA & Rimstidt JD (1992). The biodurability of chrysotile asbestos. *Am Mineral*, 77: 1125–1128.

IARC (1973). Some inorganic and organometallic compounds. *IARC Monogr Eval Carcinog Risk Chem Man*, 2: 1–181.

IARC (1977). Some miscellaneous pharmaceutical substances. *IARC Monogr Eval Carcinog Risk Chem Man*, 13: 1–255. PMID:16821

IARC (1985). Polynuclear aromatic compounds, Part 4, bitumens, coal-tars and derived products, shale-oils

and soots. *IARC Monogr Eval Carcinog Risk Chem Hum*, 35: 1–247. PMID:2991123

IARC (1986). Tobacco smoking. *IARC Monogr Eval Carcinog Risk Chem Hum*, 38: 35–394. PMID:3460963

IARC (1987a). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1987b). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1988). Alcohol Drinking. *IARC Monogr Eval Carcinog Risks Hum*, 44: 1–378. PMID:3236394

IARC (1990). Chromium, nickel and welding. *IARC Monogr Eval Carcinog Risks Hum*, 49: 1–648. PMID:2232124

IARC (1992). Occupational exposures to mists and vapours from strong inorganic acids and other industrial chemicals. *IARC Monogr Eval Carcinog Risks Hum*, 54: 1–310. PMID:1345371

IARC (1993). Beryllium, cadmium, mercury, and exposures in the glass manufacturing industry. *IARC Monogr Eval Carcinog Risks Hum*, 58: 1–415. PMID:8022054

IARC (1997). Silica, Some Silicates, Coal Dust and Para-Aramid Fibrils. *IARC Monogr Eval Carcinog Risks Hum*, 68: 1–475. PMID:9303953

IARC (2000). IARC Working group on the evaluation of carcinogenic risks to humans: ionizing radiation, Part I, X- and gamma- radiation and neutrons. Lyon, France, 26 May-2 June 1999. *IARC Monogr Eval Carcinog Risks Hum*, 75: 1–448. PMID:11203346

IARC (2001). Ionizing radiation, Part 2: some internally deposited radionuclides. *IARC Monogr Eval Carcinog Risks Hum*, 78: 1–559. PMID:11421248

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2004). Tobacco smoke and involuntary smoking. *IARC Monogr Eval Carcinog Risks Hum*, 83: 1–1438. PMID:15285078

IARC (2007). Human papillomaviruses. *IARC Monogr Eval Carcinog Risks Hum*, 90: 1–636. PMID:18354839

IARC (2010). Carbon black, titanium dioxide, and talc. *IARC Monogr Eval Carcinog Risks Hum*, 93: 1–452.

IARC (2012c). Biological agents. *IARC Monogr Eval Carcinog Risks Hum*, 100B: PMID:18335640

IARC (2012e). Chemical agents and related occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F: PMID:18335640

IARC (2012d). Personal habits and household exposures. *IARC Monogr Eval Carcinog Risks Hum*, 100E: PMID:18335640

IARC (2012b). Metals, arsenic, dusts and fibres. *IARC Monogr Eval Carcinog Risks Hum*, 100C: PMID:18335640

IARC (2012a). Radiation. *IARC Monogr Eval Carcinog Risks Hum*, 100D: PMID:18335640

IMA (2005). Industrial Minerals Association-Europe Fact Sheet: Talc, Brussels.

IOM (2006). Asbestos: Selected Cancers. Institute of Medicine of the National Academy of Science [http://books.nap.edu/catalog/11665.html]

Jakobsson K, Albin M, Hagmar L (1994). Asbestos, cement, and cancer in the right part of the colon. *Occup Environ Med*, 51: 95–101. doi:10.1136/oem.51.2.95 PMID:8111470

Jansson C, Johansson AL, Bergdahl IA *et al.* (2005). Occupational exposures and risk of esophageal and gastric cardia cancers among male Swedish construction workers. *Cancer Causes Control*, 16: 755–764. doi:10.1007/s10552-005-1723-2 PMID:16049815

Jaurand MC (1996). Use of in-vitro genotoxicity and cell transformation assays to evaluate the potential carcinogenicity of fibres. *IARC Sci Publ*, 55–72. PMID:9101317

Jehan N (1984) *Sustainable management of mineral resources with special reference to asbestos and silica in northern Pakistan*. Ph.D., National Centre of Excellence in Geology, University of Peshawar.

Kamp DW & Weitzman SA (1999). The molecular basis of asbestos induced lung injury. *Thorax*, 54: 638–652. doi:10.1136/thx.54.7.638 PMID:10377212

Kane AB (2006). Animal models of malignant mesothelioma. *Inhal Toxicol*, 18: 1001–1004. doi:10.1080/08958370600835393 PMID:16920675

Kang SK, Burnett CA, Freund E *et al.* (1997). Gastrointestinal cancer mortality of workers in occupations with high asbestos exposures. *Am J Ind Med*, 31: 713–718. doi:10.1002/(SICI)1097-0274(199706)31:6<713::AID-AJIM7>3.0.CO;2-R PMID:9131226

Karjalainen A, Pukkala E, Kauppinen T, Partanen T (1999). Incidence of cancer among Finnish patients with asbestos-related pulmonary or pleural fibrosis. *Cancer Causes Control*, 10: 51–57. doi:10.1023/A:1008845332422 PMID:10334642

Kauppinen T & Korhonen K (1987). Exposure to asbestos during brake maintenance of automotive vehicles by different methods. *Am Ind Hyg Assoc J*, 48: 499–504. PMID:3591672

Kimura K (1987). [Asbestos and environment. ]*Dig Sci Lab*, 42: 4–13.

Kjærheim K, Ulvestad B, Martinsen JI, Andersen A (2005). Cancer of the gastrointestinal tract and exposure to asbestos in drinking water among lighthouse keepers (Norway). *Cancer Causes Control*, 16: 593–598. doi:10.1007/s10552-004-7844-1 PMID:15986115

Kleymenova EV, Horesovsky G, Pylev LN, Everitt J (1999). Mesotheliomas induced in rats by the fibrous mineral erionite are independent from p53 alterations. *Cancer Lett*, 147: 55–61. doi:10.1016/S0304-3835(99)00275-X PMID:10660089

Kogan FM, Vanchugova NN, Frasch VN (1987). Possibility of inducing glandular cancer of the stomach

in rats exposed to asbestos. *Br J Ind Med*, 44: 682–686. PMID:3676121

Kratzke RA, Gazdar AF (2005). *Oncogenes and tumor suppressor genes in malignant mesothelioma.* In: *Malignant Mesothelioma: Advances in Pathogenesis, Diagnosis and Translational Therapies.* Pass HI, Vogelzang NJ Carbone M, editors. New York: Springer Science & Business Media, Inc., pp. 124-141.

Krstev S, Dosemeci M, Lissowska J *et al.* (2005). Occupation and risk of cancer of the stomach in Poland. *Occup Environ Med*, 62: 318–324. doi:10.1136/oem.2004.015883 PMID:15837853

Landrigan PJ, Lioy PJ, Thurston G *et al.*NIEHS World Trade Center Working Group (2004). Health and environmental consequences of the world trade center disaster. *Environ Health Perspect*, 112: 731–739. PMID:15121517

Langer AM & Nolan RP (1994). Chrysotile: its occurrence and properties as variables controlling biological effects. *Ann Occup Hyg*, 38: 427–51. . PMID:7978965

Langseth H, Johansen BV, Nesland JM, Kjaerheim K (2007). Asbestos fibres in ovarian tissue from Norwegian pulp and paper workers. *Int J Gynecol Cancer*, 17: 44–49. doi:10.1111/j.1525-1438.2006.00768.x PMID:17291230

Langseth H & Kjærheim K (2004). Ovarian cancer and occupational exposure among pulp and paper employees in Norway. *Scand J Work Environ Health*, 30: 356–361. PMID:15529799

Lash TL, Crouch EA, Green LC (1997). A meta-analysis of the relation between cumulative exposure to asbestos and relative risk of lung cancer. *Occup Environ Med*, 54: 254–263. doi:10.1136/oem.54.4.254 PMID:9166131

Le Bouffant L, Daniel H, Henin JP *et al.* (1987). Experimental study on long-term effects of inhaled MMMF on the lungs of rats. *Ann Occup Hyg*, 31: 4B765–790. doi:10.1093/annhyg/31.4B.765 PMID:3450235

Lee KP, Barras CE, Griffith FD *et al.* (1981). Comparative pulmonary responses to inhaled inorganic fibres with asbestos and fibreglass. *Environ Res*, 24: 167–191. doi:10.1016/0013-9351(81)90143-2 PMID:6260477

Lee KP, Reinhardt CF (1984). *Biological studies on inorganic potassium titanate fibres.* In: *Biological Effects Man-Made Mineral Fibres:Proceedings of a WHO/IARC Conference in Association with JEMRB and TIMA.* Copenhagen: World Health Organization, Regional Office for Europe, 323–333.

Levy BS, Sigurdson E, Mandel J *et al.* (1976). Investigating possible effects of asbestos in city water: surveillance of gastrointestinal cancer incidence in Duluth, Minnesota. *Am J Epidemiol*, 103: 362–368. PMID:1258862

Liddell FD, McDonald AD, McDonald JC (1997). The 1891–1920 birth cohort of Quebec chrysotile miners and millers: development from 1904 and mortality to 1992. *Ann Occup Hyg*, 41: 13–36. PMID:9072947

Lindor NM, Lindor CY, Greene MH (2006). *Hereditary neoplastic syndromes.* In: *Cancer Epidemiology and Prevention,* 3rd ed. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 562-576.

Lippmann M (1990). Effects of fibre characteristics on lung deposition, retention, and disease. *Environ Health Perspect*, 88: 311–317. doi:10.2307/3431093 PMID:2272328

Lippmann M, Yeates DB, Albert RE (1980). Deposition, retention, and clearance of inhaled particles. *Br J Ind Med*, 37: 337–362. PMID:7004477

Loomis D, Dement JM, Richardson D, Wolf S (2009). Asbestos fibre dimensions and lung cancer mortality among workers exposed to chrysotile. *Occup Environ Med*, 67: 580–584. doi:10.1136/oem.2008.044362 PMID:19897464

López-Ríos F, Chuai S, Flores R *et al.* (2006). Global gene expression profiling of pleural mesotheliomas: overexpression of aurora kinases and P16/CDKN2A deletion as prognostic factors and critical evaluation of microarray-based prognostic prediction. *Cancer Res*, 66: 2970–2979. doi:10.1158/0008-5472.CAN-05-3907 PMID:16540645

Lu J, Keane MJ, Ong T, Wallace WE (1994). In vitro genotoxicity studies of chrysotile asbestos fibres dispersed in simulated pulmonary surfactant. *Mutat Res*, 320: 253–259. doi:10.1016/0165-1218(94)90078-7 PMID:7508551

Luce D, Bugel I, Goldberg P *et al.* (2000). Environmental exposure to tremolite and respiratory cancer in New Caledonia: a case–control study. *Am J Epidemiol*, 151: 259–265. PMID:10670550

Lund LG, Williams MG, Dodson RF, Aust AE (1994). Iron associated with asbestos bodies is responsible for the formation of single strand breaks in phi X174 RFI DNA. *Occup Environ Med*, 51: 200–204. doi:10.1136/oem.51.3.200 PMID:8130850

Lynch KM & Smith WA (1935). Pulmonary asbestosis III: Carcinoma of the lung in asbeto-silicosis. *Am J Cancer*, 24: 56–64.

Madl AK, Clark K, Paustenbach DJ (2007). Exposure to airborne asbestos during removal and installation of gaskets and packings: a review of published and unpublished studies. *J Toxicol Environ Health, Part B*, 10: 259–286.

Magnani C, Agudo A, González CA *et al.* (2000). Multicentric study on malignant pleural mesothelioma and non-occupational exposure to asbestos. *Br J Cancer*, 83: 104–111. PMID:10883677

Magnani C, Dalmasso P, Biggeri A *et al.* (2001). Increased risk of malignant mesothelioma of the pleura after residential or domestic exposure to asbestos: a case–control study in Casale Monferrato, Italy. *Environ Health Perspect*, 109: 915–919. doi:10.2307/3454992 PMID:11673120

Magnani C, Ferrante D, Barone-Adesi F *et al.* (2008). Cancer risk after cessation of asbestos exposure: a

cohort study of Italian asbestos cement workers. *Occup Environ Med*, 65: 164–170. doi:10.1136/oem.2007.032847 PMID:17704197

Maltoni C, Minardi F (1989). *Recent results of carcinogenicity bioassays of fibres and other particulate materials*. In: *Non-occupational Exposure to Mineral Fibres*. IARC Scientific Publ. Vol. 90. Bignon J, Peto J Saracci R, editors. Lyon: International Agency for Research on Cancer, pp. 46–53.

Manning CB, Vallyathan V, Mossman BT (2002). Diseases caused by asbestos: mechanisms of injury and disease development. *Int Immunopharmacol*, 2: 191–200. doi:10.1016/S1567-5769(01)00172-2 PMID:11811924

Marchand JL, Luce D, Leclerc A *et al.* (2000). Laryngeal and hypopharyngeal cancer and occupational exposure to asbestos and man-made vitreous fibres: results of a case–control study. *Am J Ind Med*, 37: 581–589. doi:10.1002/(SICI)1097-0274(200006)37:6<581::AID-AJIM2>3.0.CO;2-D PMID:10797501

Marsh GM (1983). Critical review of epidemiologic studies related to ingested asbestos. *Environ Health Perspect*, 53: 49–56. doi:10.1289/ehp.835349 PMID:6662094

Martra G, Tomatis M, Fenoglio I *et al.* (2003). Ascorbic acid modifies the surface of asbestos: possible implications in the molecular mechanisms of toxicity. *Chem Res Toxicol*, 16: 328–335. doi:10.1021/tx0200515 PMID:12641433

McConnell EE, Axten C, Hesterberg TW *et al.* (1999). Studies on the inhalation toxicology of two fibreglasses and amosite asbestos in the Syrian golden hamster. Part II. Results of chronic exposure. *Inhal Toxicol*, 11: 785–835. doi:10.1080/089583799196754 PMID:10477659

McConnell EE, Hall L, Adkins B (1991). Studies on the chronic toxicity (inhalation) of wollastonite in Fischer 344 rats. *Inhal Toxicol*, 3: 323–337. doi:10.3109/08958379109145292

McConnell EE, Kamstrup O, Musselman R *et al.* (1994). Chronic inhalation study of size-separated rock and slag wool insulation fibres in Fischer 344/N rats. *Inhal Toxicol*, 6: 571–614. doi:10.3109/08958379409003042

McConnell EE, Wagner JC, Skidmore J *et al.* (1984). *A comparative study of the fibrogenic and carcinogenic effects of UICC Canadian chrysotile B asbestos and glass microfibre (JM 100).* In: *Proceedings of a WHO/IARC Conference in Association with JEMRB and TIMA, Copenhagen, 20 - 22 April, 1982 Biological Effects of Man-Made Mineral Fibres*. Copenhagen: WHO Regional Office for Europe, pp. 234–252.

McConnochie K, Simonato L, Mavrides P *et al.* (1987). Mesothelioma in Cyprus: the role of tremolite. *Thorax*, 42: 342–347. doi:10.1136/thx.42.5.342 PMID:2821642

McDonald AD, Case BW, Churg A *et al.* (1997). Mesothelioma in Quebec chrysotile miners and millers: epidemiology and aetiology. *Ann Occup Hyg*, 41: 707–719. PMID:9375529

McDonald AD, Fry JS, Woolley AJ, McDonald J (1983). Dust exposure and mortality in an American chrysotile textile plant. *Br J Ind Med*, 40: 361–367. PMID:6313032

McDonald JC (1998). Mineral fibre persistence and carcinogenicity. *Ind Health*, 36: 372–375. doi:10.2486/indhealth.36.372 PMID:9810152

McDonald JC, Harris J, Armstrong B (2004). Mortality in a cohort of vermiculite miners exposed to fibrous amphibole in Libby, Montana. *Occup Environ Med*, 61: 363–366. doi:10.1136/oem.2003.008649 PMID:15031396

McDonald JC, Liddell FD, Dufresne A, McDonald AD (1993). The 1891–1920 birth cohort of Quebec chrysotile miners and millers: mortality 1976–88. *Br J Ind Med*, 50: 1073–1081. PMID:8280638

McDonald JC, Liddell FD, Gibbs GW *et al.* (1980). Dust exposure and mortality in chrysotile mining, 1910–75. *Br J Ind Med*, 37: 11–24. PMID:7370189

McDonald JC & McDonald AD (1995). Chrysotile, tremolite, and mesothelioma. *Science*, 267: 776–777. PMID:7710525

McDonald JC & McDonald AD (1997). Chrysotile, tremolite and carcinogenicity. *Ann Occup Hyg*, 41: 699–705. PMID:9375528

McFadden D, Wright JL, Wiggs B, Churg A (1986). Smoking inhibits asbestos clearance. *Am Rev Respir Dis*, 133: 372–374. PMID:2869726

Meeker GP, Bern AM, Brownfield IK *et al.* (2003). The composition and morphology of amphiboles from the Rainy Creek complex, near Libby, Montana. *Am Mineralogist*, 88: 1955–1969.

Meurman LO, Kiviluoto R, Hakama M (1974). Mortality and morbidity among the working population of anthophyllite asbestos miners in Finland. *Br J Ind Med*, 31: 105–112. PMID:4830762

Mirabelli D, Calisti R, Barone-Adesi F *et al.* (2008). Excess of mesotheliomas after exposure to chrysotile in Balangero, Italy. *Occup Environ Med*, 65: 815–819. doi:10.1136/oem.2007.037689 PMID:18524838

Monchaux G, Bignon J, Jaurand MC *et al.* (1981). Mesotheliomas in rats following inoculation with acid-leached chrysotile asbestos and other mineral fibres. *Carcinogenesis*, 2: 229–236. doi:10.1093/carcin/2.3.229 PMID:6268324

Morgan A (1997). Acid leaching studies of chrysotile asbestos from mines in the Coalinga region of California and from Quebec and British Columbia. *Ann Occup Hyg*, 41: 249–268. PMID:9204753

Morgan RW, Foliart DE, Wong O (1985). Asbestos and gastrointestinal cancer. A review of the literature. *West J Med*, 143: 60–65. PMID:4036114

Muhle H, Pott F, Bellmann B *et al.* (1987). Inhalation and injection experiments in rats to test the carcinogenicity of MMMF. *Ann Occup Hyg*, 31: 4B755–764. doi:10.1093/annhyg/31.4B.755 PMID:2835926

Murthy SS & Testa JR (1999). Asbestos, chromosomal deletions, and tumor suppressor gene alterations in human malignant mesothelioma. *J Cell Physiol*, 180: 150–157. doi:10.1002/(SICI)1097-4652(199908)180:2<150::AID-JCP2>3.0.CO;2-H PMID:10395284

Murthy SS, Shen T, De Rienzo A *et al.* (2000). Expression of GPC3, an X-linked recessive overgrowth gene, is silenced in malignant mesothelioma. *Oncogene*, 19: 410–416. doi:10.1038/sj.onc.1203322 PMID:10656689

Musk AW, de Klerk NH, Reid A *et al.* (2008). Mortality of former crocidolite (blue asbestos) miners and millers at Wittenoom. *Occup Environ Med*, 65: 541–543. doi:10.1136/oem.2007.034280 PMID:18045848

Mzileni O, Sitas F, Steyn K *et al.* (1999). Lung cancer, tobacco, and environmental factors in the African population of the Northern Province, South Africa. *Tob Control*, 8: 398–401. doi:10.1136/tc.8.4.398 PMID:10629246

National Academy of Sciences (1993). Available at: http://www.nasonline.org

NTP (1983). NTP Lifetime Carcinogenesis Studies of Amosite Asbestos (CAS No. 12172–73–5) in Syrian Golden Hamsters (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 249: 1–81. PMID:12748679

NTP (1985). NTP Toxicology and Carcinogenesis Studies of Chrysotile Asbestos (CAS No. 12001–29–5) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 295: 1–390. PMID:12748710

NTP (1988). NTP Toxicology and Carcinogenesis Studies of Crocidolite Asbestos (CAS No. 12001–28–4) In F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 280: 1–178. PMID:12748699

NTP (1990a). NTP Toxicology and Carcinogenesis Studies of Amosite Asbestos (CAS No. 12172–73–5) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 279: 1–341. PMID:12748700

NTP (1990b). Toxicology and Carcinogenesis Studies of Chrysotile Asbestos (CAS No. 12001–29–5) in Syrian Golden Hamsters (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 246: 1–390. PMID:12750747

NTP (1990c). NTP Toxicology and Carcinogenesis Studies of Tremolite (CAS No. 14567–73–8) in F344/N Rats (Feed Studies). *Natl Toxicol Program Tech Rep Ser*, 277: 1–183. PMID:12748702

NTP (2005). NTP 11th Report on Carcinogens. *Rep Carcinog*, 111–A32. PMID:19826456

Nelson HH, Christiani DC, Wiencke JK *et al.* (1999). k-ras mutation and occupational asbestos exposure in lung adenocarcinoma: asbestos-related cancer without asbestosis. *Cancer Res*, 59: 4570–4573. PMID:10493509

Nelson HH & Kelsey KT (2002). The molecular epidemiology of asbestos and tobacco in lung cancer. *Oncogene*, 21: 7284–7288. doi:10.1038/sj.onc.1205804 PMID:12379872

Newhouse ML, Berry G, Wagner JC, Turok ME (1972). A study of the mortality of female asbestos workers. *Br J Ind Med*, 29: 134–141. PMID:5021993

NIOSH (1990). National Occupational Exposure Survey. Estimated Numbers of Employees Potentially Exposed to Talc by 2-Digit Standard Industrial Classification (SIC). Available at: http://www.cdc.gov/noes/default.html

NIOSH (2002a). Work-Related Lung Disease Surveillance Report (DHHS Publication No. 2003–111), Cincinnati, OH.

NIOSH (2002b). Comments of the National Institute for Occupational Safety and Health on the Mine Safety and Health Administration Advanced Notice of Proposed Rulemaking on Measuring and Controlling Asbestos Exposure.

NIOSH (2008). Current Intelligence Bulletin (June 2008-Revised Draft) Asbestos and Other Elongated Mineral Particles: State of the Science and Roadmap for Research.

NIOSH (2009). Asbestos fibres and other elongated mineral particles: state of the science and roadmap for research Report. Department of Health and Human Services, Public Health Service, Centers for Disease Control.

Nishikawa K, Takahashi K, Karjalainen A *et al.* (2008). Recent mortality from pleural mesothelioma, historical patterns of asbestos use, and adoption of bans: a global assessment. *Environ Health Perspect*, 116: 1675–1680. doi:10.1289/ehp.11272 PMID:19079719

Noonan CW, Pfau JC, Larson TC, Spence MR (2006). Nested case–control study of autoimmune disease in an asbestos-exposed population. *Environ Health Perspect*, 114: 1243–1247. doi:10.1289/ehp.9203 PMID:16882533

Nymark P, Wikman H, Hienonen-Kempas T, Anttila S (2008). Molecular and genetic changes in asbestos-related lung cancer. *Cancer Lett*, 265: 1–15. doi:10.1016/j.canlet.2008.02.043 PMID:18364247

Oestenstad K, Honda Y, Delzell E, Brill I (2002). Assessment of historical exposures to talc at a mining and milling facility. *Ann Occup Hyg*, 46: 587–596. doi:10.1093/annhyg/mef076 PMID:12270883

Olshan AF (2006). *Cancer of the larynx.* In: *Cancer Epidemiology and Prevention*, 3rd ed. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 627-638.

OSHA (1990). Occupational Exposure to Asbestos, Tremolite, Anthophyllite and Actinolite - Proposed Rulemaking (Supplemental) and Notice of HearingU.S. Department of Labor, Occupational Safety and Health Administration. *Fed Regist*, 55: 29712–29753.

OSHA (2008) Safety and Health Topics: Asbestos. Available at: http://www.osha.gov/SLTC/asbestos/index.html

Otero Areán C, Barcelo F, Fubini B (1999). Free radical activity of mineral fibres containing adsorbed ferritin:

Detection using supercoiled DNA. *Res Chem Interm*, 25: 177–185. doi:10.1163/156856799X00284

Pan XL, Day HW, Wang W *et al.* (2005). Residential proximity to naturally occurring asbestos and mesothelioma risk in California. *Am J Respir Crit Care Med*, 172: 1019–1025. doi:10.1164/rccm.200412-1731OC PMID:15976368

Pang ZC, Zhang Z, Wang Y, Zhang H (1997). Mortality from a Chinese asbestos plant: overall cancer mortality. *Am J Ind Med*, 32: 442–444. doi:10.1002/(SICI)1097-0274(199711)32:5<442::AID-AJIM2>3.0.CO;2-U PMID:9327066

Parent ME, Siemiatycki J, Fritschi L (2000). Workplace exposures and ocancer of the oesophagus. *Occup Environ Med*, 57: 325–334. doi:10.1136/oem.57.5.325 PMID:10769298

Pass HI, Lott D, Lonardo F *et al.* (2005). Asbestos exposure, pleural mesothelioma, and serum osteopontin levels. *N Engl J Med*, 353: 1564–1573. doi:10.1056/NEJMoa051185 PMID:16221779

Paustenbach DJ, Finley BL, Lu ET *et al.* (2004). Environmental and occupational health hazards associated with the presence of asbestos in brake linings and pads (1900 to present): A "state-of-the-art" review. *J Toxicol Environ Health*, *Part B*, 7: 125–80.. PMID:14681081.

Peto J, Doll R, Hermon C *et al.* (1985). Relationship of mortality to measures of environmental asbestos pollution in an asbestos textile factory. *Ann Occup Hyg*, 29: 305–355. doi:10.1093/annhyg/29.3.305 PMID:4073702

Pfeifer GP, Denissenko MF, Olivier M *et al.* (2002). Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers. *Oncogene*, 21: 7435–7451. doi:10.1038/sj.onc.1205803 PMID:12379884

Pigott GH & Ishmael J (1982). A strategy for the design and evaluation of a 'safe' inorganic fibre. *Ann Occup Hyg*, 26: 371–380. doi:10.1093/annhyg/26.2.371 PMID:7181277

Pigott GH & Ishmael J (1992). The effects of intrapleural injections of alumina and aluminosilicate (ceramic) fibres. *Int J Exp Pathol*, 73: 137–146. PMID:1571274

Piolatto G, Negri E, La Vecchia C *et al.* (1990). An update of cancer mortality among chrysotile asbestos miners in Balangero, northern Italy. *Br J Ind Med*, 47: 810–814. PMID:2176805

Pira E, Pelucchi C, Buffoni L *et al.* (2005). Cancer mortality in a cohort of asbestos textile workers. *Br J Cancer*, 92: 580–586. doi:10.1038/sj.bjc.6602240 PMID:15702125

Polissar L, Severson RK, Boatman ES, Thomas DB (1982). Cancer incidence in relation to asbestos in drinking water in the Puget Sound region. *Am J Epidemiol*, 116: 314–328. PMID:7114040

Pooley FD (1976). An examination of the fibrous mineral content of asbestos lung tissue from the Canadian chrysotile mining industry. *Environ Res*, 12: 281–298. doi:10.1016/0013-9351(76)90038-4 PMID:1001300

Pott F (1993). *Testing the carcinogenicity of fibres in laboratory animals: Results and conclusions.* In: *Fibre Toxicology.* Warheit DB, editor. Academic Press, pp. 395–424.

Pott F, Roller M (1993a). *Relevance of non-physiological exposure routes for carcinogenicity studies of solid particles.* In: *Toxic and Carcinogenic Effects of Solid Particles in the Respiratory Tract. 4th International Inhalation Symposium Hanover 1 - 5 March, 1993.* Mohr U, editor. Washington, D.C: ILSI-Press, pp. 109–125.

Pott F, Roller M (1993b). *Die krebserzeugende Wirkung von Fasern unter besonderer Berücksichtigung der Inhalationsversuche.*, Dortmund: Bundesanstalt für Arbeitsschutz, No. 1217.

Pott F, Roller M, Althoff GH (1995). *Krebsrisiko durch Fasern - ein zusammenfassender Vergleich von epidemiologischen und tierexperimentellen Daten.* In:*Ges. z. Förderung d. Lufthygiene u. Silikoseforschung e.V. Düsseldorf: Umwelthygiene, Bd 27. Medizinisches Institut für Umwelthygiene, Jahresbericht 1994/1995, 133–200. Stefan W. Albers, Düsseldorf, 1995*

Pott F, Roller M, Ziem U *et al.* (1989). Carcinogenicity studies on natural and man-made fibres with the intraperitoneal test in rats. *IARC Sci Publ*, 90: 173–179. PMID:2744824

Pott F, Ziem U, Mohr U (1984). *Lung carcinomas and mesotheliomas following intratracheal instillation of glass fibres and asbestos.* In: *Proceedings of the VIth International Pneumoconiosis Conference 20–23 September 1983.* Bochum, Germany: International Labour Office, pp. 746–756.

Pott F, Ziem U, Reiffer FJ *et al.* (1987). Carcinogenicity studies on fibres, metal compounds, and some other dusts in rats. *Exp Pathol*, 32: 129–152. PMID:3436395

Price B, Crump KS, Baird EC 3rd (1992). Airborne asbestos levels in buildings: maintenance worker and occupant exposures. *J Expo Anal Environ Epidemiol*, 2: 357–374. PMID:1422164

Pukkala E, Martinsen JI, Lynge E *et al.* (2009). Occupation and cancer - follow-up of 15 million people in five Nordic countries. *Acta Oncol*, 48: 646–790. doi:10.1080/02841860920913546 PMID:19925375

Puntoni R, Vercelli M, Merlo F *et al.* (1979). Mortality among shipyard workers in Genoa, Italy. *Ann N Y Acad Sci*, 330: 1 Health Hazard353–377. doi:10.1111/j.1749-6632.1979.tb18738.x PMID:230774

Putzu MG, Bruno C, Zona A *et al.* (2006). Fluoro-edenitic fibres in the sputum of subjects from Biancavilla (Sicily): a pilot study. *Environ Health*, 5: 20 doi:10.1186/1476-069X-5-20 PMID:16780574

Raffn E, Lynge E, Juel K, Korsgaard B (1989). Incidence of cancer and mortality among employees in the asbestos cement industry in Denmark. *Br J Ind Med*, 46: 90–96. PMID:2923830

Raffn E, Villadsen E, Lynge E (1996). Cancer of the colorectum in asbestos cement workers in Denmark.

*Am J Ind Med*, 30: 267–272. doi:10.1002/(SICI)1097-0274(199609)30:3<267::AID-AJIM3>3.0.CO;2-W PMID:8876793

Rees D, du Toit RSJ, Rendal REG *et al.* (1992). Tremolite in Southern African chrysotile. *S Afr J Sci*, 88: 468–469.

Rees D, Myers JE, Goodman K *et al.* (1999). Case–control study of mesothelioma in South Africa. *Am J Ind Med*, 35: 213–222. doi:10.1002/(SICI)1097-0274(199903)35:3<213::AID-AJIM1>3.0.CO;2-R PMID:9987554

Reeves AL, Puro HE, Smith RG (1974). Inhalation carcinogenesis from various forms of asbestos. *Environ Res*, 8: 178–202. doi:10.1016/0013-9351(74)90050-4 PMID:4455505

Reid A, Ambrosini G, de Klerk N *et al.* (2004). Aerodigestive and gastrointestinal tract cancers and exposure to crocidolite (blue asbestos): incidence and mortality among former crocidolite workers. *Int J Cancer*, 111: 757–761. doi:10.1002/ijc.20313 PMID:15252847

Reid A, Heyworth J, de Klerk N, Musk AW (2008). The mortality of women exposed environmentally and domestically to blue asbestos at Wittenoom, Western Australia. *Occup Environ Med*, 65: 743–749. doi:10.1136/oem.2007.035782 PMID:18940957

Reid A, Segal A, Heyworth JS *et al.* (2009). Gynecologic and breast cancers in women after exposure to blue asbestos at Wittenoom. *Cancer Epidemiol Biomarkers Prev*, 18: 140–147. doi:10.1158/1055-9965.EPI-08-0746 PMID:19124491

Rice C & Heineman EF (2003). An asbestos job exposure matrix to characterize fibre type, length, and relative exposure intensity. *Appl Occup Environ Hyg*, 18: 506–512. doi:10.1080/10473220301459 PMID:12791547

Riganti C, Aldieri E, Bergandi L *et al.* (2003). Long and short fibre amosite asbestos alters at a different extent the redox metabolism in human lung epithelial cells. *Toxicol Appl Pharmacol*, 193: 106–115. doi:10.1016/S0041-008X(03)00339-9 PMID:14613721

Roberts WL, Rapp GR Jr, Weber J (1974). *Encyclopedia of Minerals*. New York: Van Nostrand Reinhold, pp. 601.

Robinson BW, Creaney J, Lake R *et al.* (2005). Soluble mesothelin-related protein–a blood test for mesothelioma. *Lung Cancer*, 49: Suppl 1S109–S111. doi:10.1016/j.lungcan.2005.03.020 PMID:15950789

Roggli VL (1990). Human disease consequences of fibre exposures: a review of human lung pathology and fibre burden data. *Environ Health Perspect*, 88: 295–303. doi:10.2307/3431091 PMID:2272326

Roggli VL (2004). *Asbestos bodies and nonasbestos ferruginous bodies*. In: *Pathology of Asbestos-Associated Diseases*. Roggli VL, editor. New York: Springer, pp. 34-70.

Roggli VL (2006). The role of analytical SEM in the determination of causation in malignant mesothelioma. *Ultrastruct Pathol*, 30: 31–35. doi:10.1080/01913120500313192 PMID:16517468

Roggli VL, Greenberg SD, McLarty JL *et al.* (1980). Asbestos body content of the larnyx in asbestos workers. A study of five cases. *Arch Otolaryngol*, 106: 533–535. PMID:7406758

Rohl AN, Langer AM, Selikoff IJ *et al.* (1976). Consumer talcums and powders: mineral and chemical characterization. *J Toxicol Environ Health*, 2: 255–284. doi:10.1080/15287397609529432 PMID:1011287

Roller M, Pott F, Kamino K *et al.* (1996). Results of current intraperitoneal carcinogenicity studies with mineral and vitreous fibres. *Exp Toxicol Pathol*, 48: 3–12. PMID:8919265

Roskill Information Services Ltd (2003). *The Economics of Talc 7 Pyrophyllite*, 9th Ed. London, pp. 102–110.

Rösler JA, Woitowitz HJ, Lange HJ *et al.* (1994). Mortality rates in a female cohort following asbestos exposure in Germany. *J Occup Med*, 36: 889–893. PMID:7807270

Rowlands N, Gibbs GW, McDonald AD (1982). Asbestos fibres in the lungs of chrysotile miners and millers–a preliminary report. *Ann Occup Hyg*, 26: 411–415. doi:10.1093/annhyg/26.3.411 PMID:6295244

Rubino GF, Scansetti G, Piolatto G, Romano CA (1976). Mortality study of talc miners and millers. *J Occup Med*, 18: 186–193. PMID:1255280 doi:10.1097/00043764-197603000-00013

Ruda TA & Dutta PK (2005). Fenten chemistry of Fe(III)-exchanged zeolitic minerals treated with antioxidants. *Environ Sci Technol*, 39: 6147–6152. doi:10.1021/es050336e PMID:16173575

Saalo A, Länsimäki E, Heikkilä M, Kauppinen T (2006). ASA 2006. Syöpäsairauden vaaraa aiheuttavilla aineille ja menetelmille ammatissaan altistuneiksi ilmoitetut Suomessa. (In Finnish)

Sanchez VC, Pietruska JR, Miselis NR *et al.* (2009). Biopersistence and potential adverse health impacts of fibrous nanomaterials: what have we learned from asbestos? *Wiley Interdisc Rev Nanomed Nanobiotechnol*, , 1: :511––529. . PMID:20049814

Sato M, Shames DS, Gazdar AF, Minna JD (2007). A translational view of the molecular pathogenesis of lung cancer. *J Thorac Oncol*, 2: 327–343. doi:10.1097/01.JTO.0000263718.69320.4c PMID:17409807

Schwartz AG, Prysak GM, Bock CH, Cote ML (2007). The molecular epidemiology of lung cancer. *Carcinogenesis*, 28: 507–518. doi:10.1093/carcin/bgl253 PMID:17183062

Sébastien P, Awad L, Bignon J *et al.* (1984). Ferruginous bodies in sputum as an indication of exposure to airborne mineral fibres in the mesothelioma villages of Cappadocia. *Arch Environ Health*, 39: 18–23. PMID:6324702

Seidman H, Selikoff IJ, Gelb SK (1986). Mortality experience of amosite asbestos factory workers: dose-response relationships 5 to 40 years after onset of short-term work exposure. *Am J Ind Med*, 10: 479–514. PMID:2880502

Sekido Y, Fong KM, Minna JD (2001). *Cancer of the lung*. In: *Cancer: Principles & Practice of Oncology*, 6th

ed. Devita VT, Jr., Hellman S Rosenbert SA, editors. Philadelphia: Lippincoll Williams & Wilkins

Selikoff IJ, Bader RA, Bader ME et al. (1967). Asbestosis and neoplasia. Am J Med, 42: 487–496. doi:10.1016/0002-9343(67)90049-6 PMID:5336987

Selikoff IJ, Churg J, Hammond EC (1964). Asbestos exposure and neoplasia. JAMA, 188: 22–26. PMID:14107207

Selikoff IJ & Hammond EC (1979). Asbestos and smoking. JAMA, 242: 458–459. doi:10.1001/jama.242.5.458 PMID:448967

Selikoff IJ, Hammond EC, Seidman H (1979). Mortality experience of insulation workers in the United States and Canada, 1943--1976. Ann N Y Acad Sci, 330: 1 Health Hazard91–116. doi:10.1111/j.1749-6632.1979.tb18711.x PMID:294225

Selikoff IJ & Seidman H (1991). Asbestos-associated deaths among insulation workers in the United States and Canada, 1967–1987. Ann N Y Acad Sci, 643: 1 The Third Wav1–14. doi:10.1111/j.1749-6632.1991.tb24439.x PMID:1809121

Shah KV (2004). Simian virus 40 and human disease. J Infect Dis, 190: 2061–2064. doi:10.1086/425999 PMID:15551202

Shukla A, Gulumian M, Hei TK et al. (2003). Multiple roles of oxidants in the pathogenesis of asbestos-induced diseases. Free Radic Biol Med, 34: 1117–1129. doi:10.1016/S0891-5849(03)00060-1 PMID:12706492

Sluis-Cremer GK, Liddell FD, Logan WP, Bezuidenhout BN (1992). The mortality of amphibole miners in South Africa, 1946–80. Br J Ind Med, 49: 566–575. PMID:1325180

Smailyte G, Kurtinaitis J, Andersen A (2004). Cancer mortality and morbidity among Lithuanian asbestos-cement producing workers. Scand J Work Environ Health, 30: 64–70. PMID:15018030

Smith DM, Ortiz LW, Archuleta RF, Johnson NF (1987). Long-term health effects in hamsters and rats exposed chronically to man-made vitreous fibres. Ann Occup Hyg, 31: 4B731–754. doi:10.1093/annhyg/31.4B.731 PMID:2835925

Stanton MF, Layard M, Tegeris A et al. (1981). Relation of particle dimension to carcinogenicity in amphibole asbestoses and other fibrous minerals. J Natl Cancer Inst, 67: 965–975. PMID:6946253

Stayner L, Kuempel E, Gilbert S et al. (2008). An epidemiologicalal study of the role of chrysotile asbestos fibre dimensions in determining respiratory disease risk in exposed workers. Occup Environ Med, 65: 613–619. doi:10.1136/oem.2007.035584 PMID:18096653

Stayner LT, Dankovic DA, Lemen RA (1996). Occupational exposure to chrysotile asbestos and cancer risk: a review of the amphibole hypothesis. Am J Public Health, 86: 179–186. doi:10.2105/AJPH.86.2.179 PMID:8633733

Sullivan PA (2007). Vermiculite, respiratory disease, and asbestos exposure in Libby, Montana: update of a cohort mortality study. Environ Health Perspect, 115: 579–585. doi:10.1289/ehp.9481 PMID:17450227

Suzuki Y & Yuen SR (2001). Asbestos tissue burden study on human malignant mesothelioma. Ind Health, 39: 150–160. doi:10.2486/indhealth.39.150 PMID:11341545

Suzuki Y, Yuen SR, Ashley R (2005). Short, thin asbestos fibres contribute to the development of human malignant mesothelioma: pathological evidence. Int J Hyg Environ Health, 208: 201–210. doi:10.1016/j.ijheh.2005.01.015 PMID:15971859

Szeszenia-Dabrowska N, Urszula W, Szymczak W, Strzelecka A (2002). Mortality study of workers compensated for asbestosis in Poland, 1970–1997. Int J Occup Med Environ Health, 15: 267–278. PMID:12462454

Szeszenia-Dabrowska N, Wilczyńska U, Szymczak W, Laskowicz K (1998). Environmental exposure to asbestos in asbestos cement workers: a case of additional exposure from indiscriminate use of industrial wastes. Int J Occup Med Environ Health, 11: 171–177. PMID:9753896

Tomatis M, Prandi L, Bodoardo S, Fubini B (2002). Loss of surface reactivity upon heating amphibole asbestos. Langmuir, 18: 4345–4350. doi:10.1021/la011609w

Toyooka S, Pass HI, Shivapurkar N et al. (2001). Aberrant methylation and simian virus 40 tag sequences in malignant mesothelioma. Cancer Res, 61: 5727–5730. PMID:11479207

Tsou JA, Galler JS, Wali A et al. (2007). DNA methylation profile of 28 potential marker loci in malignant mesothelioma. Lung Cancer, 58: 220–230. doi:10.1016/j.lungcan.2007.06.015 PMID:17659810

Tsou JA, Shen LY, Siegmund KD et al. (2005). Distinct DNA methylation profiles in malignant mesothelioma, lung adenocarcinoma, and non-tumor lung. Lung Cancer, 47: 193–204. doi:10.1016/j.lungcan.2004.08.003 PMID:15639718

Tulchinsky TH, Ginsberg GM, Iscovich J et al. (1999). Cancer in ex-asbestos cement workers in Israel, 1953–1992. Am J Ind Med, 35: 1–8. doi:10.1002/(SICI)1097-0274(199901)35:1<1::AID-AJIM1>3.0.CO;2-5 PMID:9884739

Turci F, Favero-Longo SE, Tomatis M et al. (2007). A biomimetic approach to the chemical inactivation of chrysotile fibres by lichen metabolites. Chemistry, 13: 4081–4093. doi:10.1002/chem.200600991 PMID:17295378

Turci F, Tomatis M, Compagnoni R et al. (2009). Role of associated mineral fibres in chrysotile asbestos health effects: the case of balangeroite. Ann Occup Hyg, 53: 491–497. PMID:19435981.

Ugolini D, Neri M, Ceppi M et al. (2008). Genetic susceptibility to malignant mesothelioma and exposure to asbestos: the influence of the familial factor. Mutat Res, 658: 162–171. doi:10.1016/j.mrrev.2007.08.001 PMID:17904414

IARC MONOGRAPHS – 100C

Upadhyay D & Kamp DW (2003). Asbestos-induced pulmonary toxicity: role of DNA damage and apoptosis. *Exp Biol Med (Maywood)*, 228: 650–659. PMID:12773695

US EPA (2010). Toxics Release Inventory, Chemical Reports. (http://www.epa.gov/triexplorer/)

USGS (2001). Some Facts about Asbestos (USGS Fact Sheet FS-012–01), 4 pp.

Vainio H & Boffetta P (1994). Mechanisms of the combined effect of asbestos and smoking in the etiology of lung cancer. *Scand J Work Environ Health*, 20: 235–242. PMID:7801068

Valinluck V & Sowers LC (2007). Endogenous cytosine damage products alter the site selectivity of human DNA maintenance methyltransferase DNMT1. *Cancer Res*, 67: 946–950. doi:10.1158/0008-5472.CAN-06-3123 PMID:17283125

Van Gosen BS (2006) Reported historic asbestos mines, historic asbestos prospects, and natural asbestos occurrences in the Eastern United States: U.S. Geological Survey Open-File Report 2005–1189. Available at http://pubs.usgs.gov/of/2005/1189/

Van Gosen BS, Lowers HA, Sutley SJ, Gent CA (2004). Using the geologic setting of talc deposits as an indicator of amphibole asbestos content. *Environ Geol*, 45: 920–939. doi:10.1007/s00254-003-0955-2

Vasama-Neuvonen K, Pukkala E, Paakkulainen H *et al.* (1999). Ovarian cancer and occupational exposures in Finland. *Am J Ind Med*, 36: 83–89. doi:10.1002/(SICI)1097-0274(199907)36:1<83::AID-AJIM12>3.0.CO;2-Q PMID:10361591

Vineis P, Ciccone G, Magnino A (1993). Asbestos exposure, physical activity and colon cancer: a case–control study. *Tumori*, 79: 301–303. PMID:8116070

Virta RL (2002). *Asbestos: Geology, Mineralogy, Mining, and Uses (Open-File Report 02–149).* Reston, VA: US Geological Survey, pp. 28 [http://pubs.usgs.gov/of/2002/of02-149/of02-149.pdf]

Virta RL (2006). *Worldwide asbestos supply and consumption trends from 1900 through 2003.* Reston, VA: US Geological Survery, Circular 1298.

Virta RL (2008). *2007 Minerals Yearbook – Asbestos [Advance Release].* Reston, VA: US Geological Survey, pp. 7

Virta RL (2009). *Mineral Commodity Summaries: Talc and Pyrophyllite.* Reston, VA: US Geological Surveys, pp. 162–163.

Wagner JC (1962). Experimental production of mesothelial tumours of the pleura by implantation of dusts in laboratory animals. *Nature*, 196: 180–181. doi:10.1038/196180a0 PMID:13998252

Wagner JC (1990). *Biological effects of short fibres.* In: *Proceedings of the VIIth International Pneumo coniosis Conference, Pittsburgh, Pennsylvania, USA, August 23–26 1988. DHHS NIOSH Publ. No. 90–108 Part II.* Washington, D.C.: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control, National Institute for Occupational Safety and Health, pp. 835–839.

Wagner JC & Berry G (1969). Mesotheliomas in rats following inoculation with asbestos. *Br J Cancer*, 23: 567–581. PMID:5360333

Wagner JC, Berry G, Hill DE *et al.* (1984b). *Animal experiments with MMMVF effects of inhalation and intrapleural inoculation in rats.* In: *Biological Effects of Man-made Mineral Fibres: Proceedings of a WHO/IARC conference in association with JEMRB and TIMA. Copenhagen, April 20 - 22, 1982.* Copenhagen: Regional Office for Europe World Health Organization, pp. 209–233.

Wagner JC, Berry G, Skidmore JW, Pooley FD (1980). The comparative effects of three chrysotiles by injection and inhalation in rats. *IARC Sci Publ*, 30: 363–372. PMID:7239658

Wagner JC, Berry G, Skidmore JW, Timbrell V (1974). The effects of the inhalation of asbestos in rats. *Br J Cancer*, 29: 252–269. PMID:4364384

Wagner JC, Berry G, Timbrell V (1973). Mesotheliomata in rats after inoculation with asbestos and other materials. *Br J Cancer*, 28: 173–185. PMID:4354178

Wagner JC, Griffiths DM, Hill RJ (1984a). The effect of fibre size on the in vivo activity of UICC crocidolite. *Br J Cancer*, 49: 453–458. PMID:6324841

Wagner JC, Griffiths DM, Munday DE (1987). Experimental studies with palygorskite dusts. *Br J Ind Med*, 44: 749–763. PMID:2961365

Wagner JC & Pooley FD (1986). Mineral fibres and mesothelioma. *Thorax*, 41: 161–166. doi:10.1136/thx.41.3.161 PMID:3715773

Wagner JC, Skidmore JW, Hill RJ, Griffiths DM (1985). Erionite exposure and mesotheliomas in rats. *Br J Cancer*, 51: 727–730. PMID:2986668

Wagner JC, Sleggs CA, Marchand P (1960). Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape Province. *Br J Ind Med*, 17: 260–271. PMID:13782506

Wali A, Morin PJ, Hough CD *et al.* (2005). Identification of intelectin overexpression in malignant pleural mesothelioma by serial analysis of gene expression (SAGE). *Lung Cancer*, 48: 19–29. doi:10.1016/j.lungcan.2004.10.011 PMID:15777968

Walser T, Cui X, Yanagawa J *et al.* (2008). Smoking and lung cancer: the role of inflammation. *Proc Am Thorac Soc*, 5: 811–815. doi:10.1513/pats.200809-100TH PMID:19017734

Ward JM, Frank AL, Wenk M *et al.* (1980). Ingested asbestos and intestinal carcinogenesis in F344 rats. *J Environ Pathol Toxicol*, 3: 301–312. PMID:7441086

Webster I, Goldstein B, Coetzee FS, van Sittert GCH (1993). Malignant mesothelioma induced in baboons by inhalation of amosite asbestos. *Am J Ind Med*, 24: 659–666. doi:10.1002/ajim.4700240602 PMID:8311096

Weiner R, Rees D, Lunga FJP, Felix MA (1994). Third wave of asbestos-related disease from secondary use of asbestos. A case report from industry. *S Afr Med J*, 84: 158–160. PMID:7740353

Weiner SJ & Neragi-Miandoab S (2009). Pathogenesis of malignant pleural mesothelioma and the role of environmental and genetic factors. *J Cancer Res Clin Oncol*, 135: 15–27. doi:10.1007/s00432-008-0444-9 PMID:18787841

Welch LS, Acherman YI, Haile E *et al.* (2005). Asbestos and peritoneal mesothelioma among college-educated men. *Int J Occup Environ Health*, 11: 254–258. PMID:16130966

WHO (2006). Elimination of Asbestos Related Diseases. WHO/SDE/OEH/06.03. Geneva: World Health Organization.

Wigle DT (1977). Cancer mortality in relation to asbestos in municipal water supplies. *Arch Environ Health*, 32: 185–190. PMID:889357

Wignall BK & Fox AJ (1982). Mortality of female gas mask assemblers. *Br J Ind Med*, 39: 34–38. PMID:7066218

Williams P, Paustenbach D, Balzer JL, Mangold C (2007a). Retrospective exposure assessment of airborne asbestos related to skilled craftsmen at a petroleum refinery in Beaumont, Texas (1940–2006). *J Toxicol Environ Health A*, 70: 1076–1107. doi:10.1080/15287390701208305 PMID:17558804

Williams PRD, Phelka AD, Paustenbach DJ (2007b). A review of historical exposures to asbestos among skilled craftsmen (1940–2006). *J Toxicol Environ Health Part B*, 10: 319–377. PMID:17687724.

Wypych F, Adad LB, Mattoso N *et al.* (2005). Synthesis and characterization of disordered layered silica obtained by selective leaching of octahedral sheets from chrysotile and phlogopite structures. *J Colloid Interface Sci*, 283: 107–112. doi:10.1016/j.jcis.2004.08.139 PMID:15694430

Yu HB & Finlay BB (2008). The caspase-1 inflammasome: a pilot of innate immune responses. *Cell Host Microbe*, 4: 198–208. doi:10.1016/j.chom.2008.08.007 PMID:18779046

Zazenski R, Ashton WH, Briggs D *et al.* (1995). Talc: occurrence, characterization, and consumer applications. *Regul Toxicol Pharmacol*, 21: 218–229. doi:10.1006/rtph.1995.1032 PMID:7644709

Zhang YL & Wang PL (1984). Gastric cancer associated with incomplete pyloric obstruction and belching combustible gas. *Chin Med J (Engl)*, 97: 66 PMID:6428835

Zheng W, Blot WJ, Shu XO *et al.* (1992). Risk factors for oral and pharyngeal cancer in Shanghai, with emphasis on diet. *Cancer Epidemiol Biomarkers Prev*, 1: 441–448. PMID:1302555

Zhu H & Wang Z (1993). Study of occupational lung cancer in asbestos factories in China. *Br J Ind Med*, 50: 1039–1042. PMID:8280629

# ERIONITE

Erionite was considered by previous IARC Working Groups in 1987 (IARC, 1987a, b). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agent

Erionite (CAS Registry No.: 66733-21-9) is a naturally occurring fibrous mineral that belongs to a group of hydrated aluminosilicate minerals called zeolites (NTP, 2004). Its molecular formula is $(Na_2, K_2, Ca, Mg)_{4.5}Al_9Si_{27}O_{72} \cdot 27H_2O)$ (IARC, 1987a).

### 1.2 Chemical and physical properties of the agent

Erionite is a natural fibrous zeolite, found in certain volcanic tuffs as an environmental contaminant. The basic structure of erionite series minerals is an aluminosilicate tetrahedron $((Si,Al)O_4)$ with oxygen atoms shared between two tetrahedra. Erionite is a 'chain silicate' composed of six tetrahedra on each edge of the unit (NTP, 2004). Although erionite has a similar morphology to that of amphibole asbestos (i.e. it has a chain-like structure), it has different chemical and physical properties (Metintas et al., 1999). Erionite occurs as finely fibrous or wool-like white prismatic crystals, with a hexagonal physical structure, and an internal surface area approximately 20 times larger than that of crocidolite asbestos (IARC, 1987a; Metintas et al., 1999; NTP, 2004). It has a density between 2.02–2.08, and absorbs up to 20% of its weight in water. Its gas absorption, ion exchange, and catalytic properties are highly selective and dependent upon the molecular or ionic size of the sorbed compounds as well as upon the cation content of erionite itself (IARC, 1987a). Erionite is not known to occur in other than fibrous form; however, the detailed morphology of erionite 'bundles' that are composed of many 'fibres' and 'fibrils' enhances its surface-area-to-volume ratio drastically (Dogan et al., 2008).

### 1.3 Use of the agent

Natural zeolites have many commercial uses, most of which are based on the ability of these minerals to selectively adsorb molecules from air or liquids. Erionite has been used as a noble-metal-doping catalyst in a hydrocarbon-cracking process, and studied for its use in agricultural applications (i.e. in fertilizers and odour control in livestock production) (IARC, 1987a; NTP, 2004). Erionite-rich blocks were historically quarried in the western United States of America for house-building materials, but this use was considered very minor, and not an

311

IARC MONOGRAPHS – 100C

intentional use of erionite itself (IARC, 1987a). Natural erionite has not been mined or marketed for commercial purposes since the late 1980s, and has been replaced by synthetic non-fibrous zeolites (Dogan & Dogan, 2008).

## 1.4 Environmental occurrence

### 1.4.1 Natural occurrence

Zeolite minerals are found as major constituents in numerous sedimentary volcanic tuffs, especially where these have been deposited and altered by the action of saline lake water (either by percolation or immersion). Erionite minerals occur as deposits of prismatic-to-acicular crystals in several different types of rock (e.g. rhyolite tuff), and in a wide range of geological settings. They rarely occur in pure form and are normally associated with other zeolite minerals (e.g. clinoptilolite, clinoptilolite-phillipsite). Erionite occurs as two major morphotypes: a short fibre form (named after the original Greek word for wool), and a long fibre form. When ground to powder, erionite fibres resemble amphibole asbestos fibres morphologically (IARC, 1987a; Dogan & Dogan, 2008).

Deposits of erionite have been recorded in Antarctica, Europe (Austria, the Czech Republic, France, Germany, Italy), Africa (Kenya, United Republic of Tanzania), Asia (the Republic of Korea, Japan), North America (USA, Canada, Mexico), as well as Georgia, Iceland, New Zealand, the Russian Federation, Scotland, and Turkey (Dogan & Dogan, 2008; Ilgren et al., 2008).

The fibre size distribution of erionite from different deposits vary. Turkish erionite from Karain contains a higher proportion (32%) of longer fibres (> 4 μm) than erionite from Oregon, USA (11%) or New Zealand (8%). New Zealand and Oregon erionites contain 2–3% of thicker fibres (> 1 μm), whereas Karain erionite does not contain any such fibres (Ilgren et al., 2008).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

Most of the non-occupational data on exposure to erionite refers to certain villages of the Cappadocia region, Turkey, where people are exposed to erionite throughout their lives. Erionite deposits in the USA are in remote desert regions where there is no stable population (Dogan et al., 2008).

Dumortier et al. (2001) evaluated the fibre burden in bronchoalveolar lavage fluid (BALF) of 16 inhabitants of Tuzköy, an erionite-exposed village in the Cappadocia region of Turkey. All subjects were considered to have environmental exposure to erionite (because they were born in the village and had lived there for 10 years). Their fibre burden was compared to that of subjects with (n = 59) and without (n = 16) environmental exposure to tremolite asbestos. Ferruginous bodies (FBs) and fibres in the BALF were measured and analysed by phase–contrast light and transmission electron microscopy (TEM). FBs were detected by light microscopy in the BALF of 12 subjects; of these, seven had concentrations above 1 FB/mL. The geometric mean concentration of FBs was 1.33 FB/mL (95%CI: 0.35–3.04). In the TEM analysis, erionite accounted for 95.7% of the FBs. Erionite fibres were found in the BALF of all 16 subjects; nine subjects had concentrations higher than 300 f/mL. The mean concentration of erionite fibres in BALF was similar to that of tremolite fibres in subjects with environmental exposure to tremolite. Erionite accounted for 35.6% of fibres longer than 8 μm in BALF. Tremolite, in contrast, accounted for 14.0%. The asbestos fibre concentrations in erionite villagers was not different from that in subjects without environmental exposure to tremolite.

### 1.5.2 Occupational exposure

Historically, occupational exposure occurred from the mining and production of erionite. Erionite has also been reported to be a minor component in some commercial zeolites. Although erionite has not been mined for commercial purposes since the late 1980s, occupational exposure to erionite may still occur during the mining, production, and use of other zeolites (NTP, 2004).

## 2. Cancer in Humans

## 2.1 Pleural and peritoneal mesothelioma

At the end of the 1970s, a very high incidence of pleural mesothelioma was observed in one of the regions of Turkey, in three villages in Cappadocia where erionite was present (Sarihidir, Tuzköy, and Karain). During 1970–87, 108 cases of pleural mesothelioma were recorded in the small village of Karain (604 inhabitants in 1974) – equivalent to an annual incidence of more than 800 cases/100000, that is, about 1000 times the rate observed in the general population of industrialized countries. These cases were responsible for nearly half the deaths reported in this village. In Tuzköy, the annual incidence was estimated at 220 cases/100000. Overall, it was identical for men and women, the ratio of men/women was in the range of 1–2, according to series and village, and the mean age was roughly 50, with a range of 26–75 years (Bariş et al., 1978; Simonato et al., 1989). Artvinli & Bariş (1979) suggested that the presence of erionite in the soil, road dust and building stones of Tuzköy was probably the cause of the high incidence of mesothelioma, and other respiratory abnormalities. It was estimated that a cumulative yearly dose of 1 f/mL induces a pleural mesothelioma rate of 996/100000 persons–year in erionite villages (Simonato et al., 1989).

Bariş & Grandjean (2006) extended the follow-up of the inhabitants of Sarihidir and Karain and another village without known exposure to erionite during 1979–2003. A total of 891 men and women, aged 20 years or older, were included, 230 of them from the village without exposure. During the 23-year follow-up, 372 deaths occurred; 119 of these from mesothelioma, which was the cause of 44.5% of all deaths in the exposed villages. Seventeen patients had peritoneal mesothelioma; the rest had pleural mesothelioma. Only two cases of mesothelioma, one of each type, occurred in the control village—both in women born elsewhere. When standardized to the world population, the pleural mesothelioma incidence was approximately 700 and 200 cases per 100000 people annually in the two exposed villages, respectively, and about 10 cases per 100000 people in the control village.

Other studies were published on a cohort of nearly 100 Karain natives who had emigrated to Sweden from the 1960s onwards. In the first of these, seven cases (four women, three men) of mesothelioma were observed (Özesmi et al., 1990). In a follow-up to 1997 including 162 subjects (87 men and 75 women), Metintas et al. (1999) reported 14 (78%) deaths due to mesothelioma among the overall 18 deaths during 1965–97; this proportion was even higher than the proportion found in a Turkish study (49%) (Bariş et al., 1996). The fact that the immigrant community was stable, and the diagnoses of mesothelioma were all histopathologically proven, gives strength to the findings. The average annual mesothelioma incidence rates in this cohort were about 135 times higher among the men and 1336 times higher among the women compared with the general population of Sweden during 1965–67. The total observed number of malignant pleural mesotheliomas (eight men and ten women) in this group resulted in a risk (mesothelioma standardized incidence ratio) in the men and women subjects of about 265 and 1992 times higher, respectively, than that of the

IARC MONOGRAPHS – 100C

Swedish population (Metintas *et al.*, 1999). The men/women ratio of pleural mesothelioma in the cohort (0.8) was different from that of industrialized countries, where mesothelioma mostly occurs due to occupational exposure. Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-07-Table2.1.pdf presents the main results of pleural mesothelioma incidence and mortality in populations exposed to erionite in Cappadocia, Turkey.

Selçuk *et al.* (1992) studied 135 mesothelioma cases in Turkey from erionite (*n* = 58) and tremolite (*n* = 77) villages. The clinico-anatomical appearance of the malignancies was similar in subjects exposed to asbestos or erionite fibres, and pleural plaques were observed in all subjects. In both the erionite- and the asbestos-exposed groups, one quarter of the patients were less than 40 years of age, and the mean ages were not significantly different between the two groups (respectively, 46.4 and 49.7 years); the ages of the patients were in the range of 27–67 years in the erionite group and 26–75 years in the asbestos group, suggesting that the latent period was not specific to the type of fibre that patients were exposed to. Men and women were approximately equal in number in the erionite group (men/women ratio: 31:27); and men were the predominant gender in the asbestos group (men/women ratio: 51:26). However, this may be explained in part by referral bias, as populations from the three erionite villages were known as a high-risk group, and the patients were referred as soon as a presumptive diagnosis was made; in contrast, there was no equivalent system of survey in the asbestos villages where patients were not actively surveyed, but were admitted after presentation.

Gulmez *et al.* (2004) retrospectively evaluated 67 patients with mesothelioma observed during 1990–2001 in central Anatolia, Turkey. In 51 patients (76.1%), the mesothelioma was confined to the pleura, in 14 patients it was exclusively peritoneal, and in two patients, it involved both areas. Of the 67 cases, 35 (52.2%) were women; the mean age for all cases was 57.6 years. Environmental exposure to erionite and asbestos was found in 50.7% and 25.4% of the cases, respectively.

Some of the studies of erionite-induced mesothelioma in Turkey could not rely on full diagnosis assessment. X-rays and biopsy histology were available for many cases, but not for all. However, some studies were able to perform full histopathological examinations, such as the Selçuk *et al.* (1992) study, or the Swedish study of Karain emigrants (Özesmi *et al.*, 1990; Metintas *et al.*, 1999), and found associations of the same order of magnitude between erionite exposure and the risk of mesothelioma, giving strong confidence in the Turkish findings.

Some reports suggested that the simian virus 40 (SV40) could act as a co-carcinogen to induce mesothelioma (Carbone *et al.*, 2002). This is a controversial issue; however, this hypothesis can be excluded regarding erionite because SV40 DNA was never found in the specimen of Turkish patients (Emri *et al.*, 2000; Carbone *et al.*, 2007). Based on the fact that not all exposed villagers died from mesothelioma and that some families in erionite villages seemed to be at particularly high risk, the cause of the high incidence of mesothelioma was hypothetically attributed to the interaction of erionite exposure and genetic factors (Carbone *et al.*, 2007). Although it is not possible to exclude some genetic susceptibility, this hypothesis remains largely speculative and is not substantiated by sound data, because all relatives shared the same exposure to erionite since birth, except for some women who came from other villages, and because some mesotheliomas occurred in patients whose parents died from other causes, and vice versa (Bariş & Grandjean, 2006).

## 2.2 Other cancers

Bariş et al. (1996) also studied the cancer-specific mortality in the three Turkish erionite villages of Karain, Tuzköy, and Sarihidir. During 1970–94, 305 deaths were reported in Karain; of these, 177 (58%) were cancers, and included 150 cases (49.2%) of malignant pleural mesothelioma, seven cases (2.3%) of malignant peritoneal mesothelioma, and six (1%) of gastroesophageal carcinoma; four deaths (1.3%) from cancer of the lung included two non-smoking women; there were also three cases (1%) of leukaemia, and six of other malignancies (1.9%). During 1980–94, 519 deaths were reported in Tuzköy and Sarihidir (432 and 87, respectively); of these, 257 were cancers, and included 120 cases of malignant pleural mesothelioma, and 64 cases of malignant peritoneal mesothelioma; 30 patients had "intra-abdominal carcinoma" (according to the authors, some of them might have been peritoneal mesothelioma or ovarian carcinoma), and 14 patients had cancer of the lung (four of whom were non-smoking women); there were five cases of gastroesophageal cancer, five deaths due to leukaemia, and 16 cases of various malignancies including ovarian cancer, mesenchymal tumours, and leiomyosarcoma of the colon. These mortality figures lend some support to the hypothesis that erionite fibres also cause cancer other than mesothelioma and cancer of the lung; however, no statistical comparisons and no mineralogical analyses of the tissues were performed to demonstrate this relationship. Another difficulty is the uncertain validity of diagnoses. Bariş & Grandjean (2006) also looked at other cancers in their follow-up of the inhabitants of Sarihidir and Karain, but the small number of these cancers ($n$ = 32, accounting for 9% of the total deaths) precluded a detailed analysis.

## 2.3 Synthesis

Studies of villages in Turkey where inhabitants were exposed from environmental sources from birth as well as the follow-up of a cohort of emigrants from one of the exposed villages in Sweden showed an extremely high incidence of pleural and peritoneal mesothelioma that can be causally associated with erionite exposure. The potency of erionite to induce mesothelioma seems much higher than for any type of asbestos.

# 3. Cancer in Experimental Animals

See Section 3 of the *Monograph* on Asbestos in this volume.

# 4. Other Relevant Data

See Section 4 of the *Monograph* on Asbestos in this volume.

# 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of erionite. Erionite causes mesothelioma.

There is *sufficient evidence* in experimental animals for the carcinogenicity of erionite.

Erionite is *carcinogenic to humans (Group 1).*

# References

Artvinli M & Bariş YI (1979). Malignant mesotheliomas in a small village in the Anatolian region of Turkey: an epidemiologic study. *J Natl Cancer Inst*, 63: 17–22. PMID:286826

Bariş B, Demir AU, Shehu V *et al.* (1996). Environmental fibrous zeolite (erionite) exposure and malignant tumors other than mesothelioma. *J Environ Pathol Toxicol Oncol*, 15: 183–189. PMID:9216804

IARC MONOGRAPHS – 100C

Bariş YI & Grandjean P (2006). Prospective study of mesothelioma mortality in Turkish villages with exposure to fibrous zeolite. *J Natl Cancer Inst*, 98: 414–417. doi:10.1093/jnci/djj106 PMID:16537834

Bariş YI, Sahin AA, Ozesmi M *et al.* (1978). An outbreak of pleural mesothelioma and chronic fibrosing pleurisy in the village of Karain/Urgüp in Anatolia. *Thorax*, 33: 181–192. doi:10.1136/thx.33.2.181 PMID:663877

Carbone M, Emri S, Dogan AU *et al.* (2007). A mesothelioma epidemic in Cappadocia: scientific developments and unexpected social outcomes. *Nat Rev Cancer*, 7: 147–154. doi:10.1038/nrc2068 PMID:17251920

Carbone M, Kratzke RA, Testa JR (2002). The pathogenesis of mesothelioma. *Semin Oncol*, 29: 2–17. doi:10.1053/sonc.2002.30227 PMID:11836664

Dogan AU & Dogan M (2008). Re-evaluation and re-classification of erionite series minerals. *Environ Geochem Health*, 30: 355–366. doi:10.1007/s10653-008-9163-z PMID:18351294

Dogan AU, Dogan M, Hoskins JA (2008). Erionite series minerals: mineralogical and carcinogenic properties. *Environ Geochem Health*, 30: 367–381. doi:10.1007/s10653-008-9165-x PMID:18347916

Dumortier P, Coplü L, Broucke I *et al.* (2001). Erionite bodies and fibres in bronchoalveolar lavage fluid (BALF) of residents from Tuzköy, Cappadocia, Turkey. *Occup Environ Med*, 58: 261–266. doi:10.1136/oem.58.4.261 PMID:11245743

Emri S, Kocagoz T, Olut A *et al.* (2000). Simian virus 40 is not a cofactor in the pathogenesis of environmentally induced malignant pleural mesothelioma in Turkey. *Anticancer Res*, 20: 2A891–894. PMID:10810372

Gulmez I, Kart L, Buyukoglan H *et al.* (2004). Evaluation of malignant mesothelioma in central Anatolia: a study of 67 cases. *Can Respir J*, 11: 287–290. PMID:15254610

IARC (1987a). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1987b). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

Ilgren EB, Ortega Breña M, Castro Larragoitiac J *et al.* (2008). A Reconnaissance Study of a Potential Emerging Mexican Mesothelioma Epidemic due to Fibrous Zeolite Exposure. *Indoor Built Environ*, 17: 496–515. doi:10.1177/1420326X08096610

Metintas M, Hillerdal G, Metintas S (1999). Malignant mesothelioma due to environmental exposure to erionite: follow-up of a Turkish emigrant cohort. *Eur Respir J*, 13: 523–526. doi:10.1183/09031936.99.13352 399 PMID:10232420

NTP (2004). Erionite. *Rep Carcinog*, 11: III114–III115. PMID:21089873

Özesmi M, Hillerdal G, Svane B, Widström O (1990). Prospective clinical and radiologic study of zeolite-exposed Turkish immigrants in Sweden. *Respiration*, 57: 325–328. doi:10.1159/000195865 PMID:2178276

Selçuk ZT, Cöplü L, Emri S *et al.* (1992). Malignant pleural mesothelioma due to environmental mineral fiber exposure in Turkey. Analysis of 135 cases. *Chest*, 102: 790–796. doi:10.1378/chest.102.3.790 PMID:1325339

Simonato L, Bariş R, Saracci R *et al.* (1989). Relation of environmental exposure to erionite fibres to risk of respiratory cancer. *IARC Sci Publ*, 398–405. PMID:2545613

# LEATHER DUST

Leather dust was considered by previous IARC Working Groups in 1980 and 1987 (IARC, 1981, 1987). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification of the agent

Leather is the product obtained by tanning skins and hides by any one of several methods. By convention, the term 'hide' generally refers to the skin-covering of larger animals (cows, steers, horses, buffaloes, etc.), and the term 'skins', to those of smaller animals (calves, sheep, goats, pigs, etc.). Although the physical properties of these different skins vary, their basic chemical, physical, and histological characteristics are similar (IARC, 1981).

### 1.2 Chemical and physical properties of the agent

The skin is mainly composed of proteins, although it also contains lipids, carbohydrates, inorganic salts, and water. From the point of view of leather manufacture, the proteins of the skin are the most important components. These proteins include collagen (constitutes the bulk of the fibrous portion), and reticulin (similar to collagen, but differing in its ability to combine readily with silver salts). Elastin, also a fibrous protein, is present in very small quantities, mainly in the grain area, and to a small extent in the blood vessels. Most of the non-collagenous proteins are removed during pre-tanning operations, which are effectively a means of preparing a matrix of relatively pure collagen fibres that will subsequently be stabilized by tanning (IARC, 1981).

Tanning is any process that renders animal hides or skins imputrescible without impairing their flexibility after drying. The most commonly used tanning agents have been vegetable tannins, and basic chromium (III) sulfate.

The vegetable tannins fall into two broad chemicals groups: hydrolysable tannins and condensed tannins. Condensed tannins are more complex chemical structures, and are more likely to be found in the bark or wood of a tree, whereas the hydrolysable tannins predominate in the leaves and fruits. Hydrolysable tannins are mainly glucosides (i.e. glucose esterified with polyhydroxyl phenyl carboxylic acids, such as gallic and ellagic acids) that readily ferment to release the free acid used in primitive tanning processes to control acidity. The chemistry of condensed tannins is complex, and they have been identified as oligomers containing 4–10 flavonoid units, each containing 4–6 hydroxyl groups. Molecular weights in non-aqueous solvents range from 1000–3000, although measurements in aqueous

IARC MONOGRAPHS – 100C

**Table 1.1 Leather uses in relation to type of hide or skin**

| Skin origin | Use |
|---|---|
| Cow and steer | Shoe and boot uppers, soles, insoles, linings; patent leather; clothing; work gloves; waist belts; luggage and cases; upholstery; transmission belting; sports goods; packings |
| Calf | Shoe uppers; slippers; handbags; wallets; hat sweatbands; bookbindings |
| Sheep and lamb | Grain and suede clothing; shoe linings; slippers; dress and work gloves; hat sweatbands; bookbindings; novelties |
| Goat and kid | Shoe uppers and linings; dress gloves; clothing; handbags |
| Pig | Shoe suede uppers; dress and work gloves; wallets; fancy leather goods |
| Deer | Dress gloves; moccasins; clothing |
| Horse | Shoe uppers; straps; sports goods |
| Reptile | Shoe uppers; handbags; fancy leather goods |

Compiled by the Working Group

solution suggest aggregation or association to give an effective molecular weight of approximately 10000 (IARC, 1981).

In chrome tanning, the trivalent chromium ions form polynuclear complexes involving, typically, four chromium atoms. Ring structures containing coordinated sulfate and hydroxyl ligands are formed, giving an effective ionic weight of approximately 800. When skins are immersed in a solution of basic chromium (III) sulfate, carboxyl side chains on the collagen enter the coordination sphere of the chromium to form an insoluble complex. This reaction, which invariably involves cross-linking, is the basis of chrome tanning (IARC, 1981).

The composition of leather used in the leather-product industries varies. For example, leather used in shoe manufacture may come from the corium part of hide skin processed during tanning. The composition of crust leather varies depending on the tanning processes (Buljan et al., 2000). The reported chromium (III) levels in dust from chrome-tanned leathers have varied from 0.1% to 4.5% by weight (IARC, 1981). Leather may also contain trace amounts of chromium (VI) formed by oxidation of trivalent chromium during the tanning process. For example, in a Danish study of 43 leather products, 35% (n = 15) contained chromium (VI) at levels above the detection limit of 3 mg/kg (Hansen et al., 2002).

## 1.3 Use of the agent

The hides or skins from different animals possess unique physical properties that are inherent to the particular animal or breed of animal, due largely to differences in climate, type of feed, etc., to which the animal is exposed. They are thus used for different specific purposes (Table 1.1). For more detailed descriptions, refer to the previous *IARC Monograph* (IARC, 1981).

## 1.4 Occupational exposure

For detailed descriptions of historical exposures to leather dust and other agents in the workplace, refer to the previous *IARC Monograph* (IARC, 1981).

### 1.4.1 Extent of occupational exposure

Leather and leather-product industries have moved gradually from the industrialized countries to the developing world. For example, shoe manufacture in the United States of America decreased by more than 90% during 1965–2002, and the largest footwear exporter to the USA was the People's Republic of China (Markkanen & Levenstein, 2004). China produced 40% of all prepared shoes in the world at the end of the last century (Chen & Chan, 1999), and the

number of employees in shoe manufacture in China was estimated to be about 2 million (Wang *et al.*, 2006). It was reported that Asian countries supply over 80% of the footwear traded in the world market, and the largest production comes from China followed by India, Indonesia, Viet Nam, Thailand, and Pakistan (Vachayil, 2007). In several developing countries, large and medium-sized manufacturers and retailers are known to use subcontracting practices, informal employment, and so-called home-based shoe-making. There are no reliable estimates on the informal workforce, but it is assumed to be even higher than in the formal sector (Markkanen & Levenstein, 2004). According to statistics from the International Labor Organization, other major countries producing leather products were Mexico ($n$ = 302000 employees), Brazil ($n$ = 305000), Indonesia ($n$ = 279000), the Russian Federation ($n$ = 190000), and Italy ($n$ = 168000) (ILO, 2004).

Although several million people are working in the leather and leather-product industries, only a fraction are exposed to leather dust and other air contaminants in the workplace. No worldwide estimates of the numbers of workers exposed were available to the Working Group.

### 1.4.2 Levels of occupational exposure

Leather dust concentrations in selected studies published since the previous *IARC Monograph* (IARC, 1981) are presented below.

#### (a) Footwear industry

In a Russian mortality study of 5185 shoe-manufacturing workers employed during 1940–76, Zaridze *et al.* (2001) reported leather dust concentrations in the range of 6.5–12 mg/m³ in the following production departments: cutting, fitting, lasting and making, and finishing. In this factory, leather dust was present as a co-exposure with solvents and chloroprene.

Shoe repairers are exposed to the dusts generated during scouring. In a Finnish study of shoe repairers from 11 shops, the time-weighted average concentrations of dust were in the range of 0.07–1.0 mg/m³ in the vicinity of the roughing, scoring, and finishing machines. The dust concentration depended on the age and type of the machine, and the performance of its local exhaust. Electron-microscopic studies showed that the dust samples collected during the machining of shoes contained leather, polymers, and finishing materials. Several degradation products of polymers were present. Dust was formed mainly during the machining of shoes. Dust samples contained also low concentrations of insoluble chromium (0.10–0.32 µg/m³), and hexavalent chromium (0.01–0.08 µg/m³) (Uuklainen *et al.*, 2002).

In a Polish study, dust concentrations were higher in shoe-repair shops than in shoe manufacture. In the repair shops, the recorded concentration of inhaled dust fraction was in the range of 0.5 mg/m³ (glueing of shoes and soles, zipper exchange, and heel abrasion) to 0.9 mg/m³ (sewing of uppers and scouring of heels), with high short-term (> 1 minute) fluctuations in the range of 0.1–14.6 mg/m³. In the shoe factories, the mean concentration of inhalable particles (sample duration > 8 hours) was in the range of 0.12–0.91 mg/m³, but there were high short-term (> 1 minute) fluctuations in the range of 0.62–6.4 mg/m³ (Stroszejn-Mrowca & Szadkowska-Stańczyk, 2003).

#### (b) Leather-tanning and -processing industry

Dust is produced during several processes in tanning operations: chemical dust can be produced during the loading of hide-tanning drums; and leather dust impregnated with chemicals is produced during some mechanical operations, including buffing (IARC, 1981). Total dust levels (personal and static) measured in three countries were presented in Table 2 of the previous *IARC Monograph* (IARC, 1981).

Personal levels ranged from a low of 0.1 mg/m³ in buffing to a high of 21 mg/m³ in semi-automatic staking (IARC, 1981).

### 1.4.3 Particle size distribution

Leather dusts can contain both fibres and grains; the fibres can vary from 30–1200 µm in length and from 10–30 µm in diameter. Grains are usually < 10 µm in diameter. In several surveys in Italy, more than 50% of the total dust in tanneries were reported with having a particle diameter of < 5 µm (IARC, 1981).

Particle sizes have been measured in the dust generated at various workstations in the shoe trade in Poland. The median particle diameter was about 10 µm, and the proportion of extrathoracic particles which would lodge in the nasal fossae was 35–52%, depending on the occupation (Stroszejn-Mrowca & Szadkowska-Stańczyk, 2003).

### 1.4.4 Exposure to other agents

#### (a) Footwear industry

Appendices 5 and 6 of the previous *IARC Monograph* list the various chemicals which may occur in the footwear industry. Most are different solvents used in adhesives, lacquers or cleaning agents. They include petroleum hydrocarbons, chlorinated hydrocarbons, ketones, esters, and alcohols (IARC, 1981). Benzene was previously widely used as a solvent in the shoe industry, and exposure levels during that period may have been high. For example, in Italy, the estimated concentrations of benzene in one shoe factory during 1939–65 were in the range of 0–92 ppm (300 mg/m³). The highest exposures occurred in 1954–60, and benzene was banned by legislation in Italy in 1965 (Seniori Costantini *et al.*, 2003).

Wang *et al.* (2006) reviewed 182 articles on benzene exposure in the shoemaking industry in China during 1978–2004. In 1979–2001, 65% of the measurements exceeded the national occupational exposure limit (OEL) of 40 mg/m³ (13 ppm), and 20% of these exceeded 500 mg/m³ (154 ppm). Benzene levels above 1000 mg/m³ (308 ppm) were not uncommon, and some were in excess of 4500 mg/m³ (1385 ppm). It was also reported that, in some cases, pure benzene was used during the 1980s. The national OEL was lowered to 6 mg/m³ (2 ppm) in 2002, but only 24% of the reported measurements in 2002–04 were below the OEL. The average benzene levels in 2002–04 were 25.1 mg/m³ (8 ppm) in fitting uppers with soles, and 73.6 mg/m³ (23 ppm) in the making of soles. The tasks where exposure occurred most often were fitting uppers with soles, soles-making, uppers-embedding, and uppers-making. Benzene-based adhesives are now banned in China and the national standard for benzene in adhesives is regulated to be less than 0.5% (Wang *et al.*, 2006).

At a large shoe factory in Tianjin, China, as part of a cross-sectional study, Vermeulen *et al.* (2006) collected dermal, inhalation, and urine samples (*n* = 113) from 70 subjects performing representative tasks and operations at the plant. Mean airborne concentrations of benzene and toluene were 1.52 (standard deviation (SD) 2.82) and 7.49 (SD 11.60) ppm, respectively.

Historically, many toluene-based adhesives manufactured in China contained about 10–30% of benzene as impurity (Chen & Chan, 1999). Exposure to other solvents varies widely, but the levels in some factories may be high. For example, in Viet Nam the national OEL of toluene 100 mg/m³ (26 ppm) was exceeded by six times or more in different sections of a shoe-manufacturing plant in 1996. The concentration of acetone was 6–18 times the Vietnamese OEL 200 mg/m³ (84 ppm) (Chen & Chan, 1999).

Leather dust may also contain agents originating from the processing of leather in tanneries. Levels of chromium (VI) compounds in leather dust are usually very low (see Section 1.4.2a). Leather dust may also contain dyes. Dyes which have been used in the boot and shoe

industry include seven dyes classified by IARC in Group 2B (*possibly carcinogenic to humans*): CI Acid Red 114 (CAS, 6459-94-5), auramine (CAS, 492-80-8), benzyl violet 4B (CAS, 1694-09-3), Trypan blue (CAS, 72-57-1), Ponceau MX (CAS, 3761-53-3), Ponceau 3R (CAS, 3564-09-8), and Rosaline (CAS, 632-99-5) in Magenta (IARC, 1981).

Other agents that may or may not have occurred in the footwear industry include salts of chlorophenols (preservative of leather), acrylic resins, isocyanates (reactive primers, two-part adhesives), polyurethanes and other polymers (artificial leather), chloroprene (component of polychloroprene latex), and wood dust (making of wooden shoes and models) (IARC, 1981).

### (b)   Leather-tanning and -processing industry

Appendices 5 and 6 of Volume 25 list chemicals that may occur in leather tanning (IARC, 1981).

Exposure to chromium (III) salts or vegetable tannins may occur during the weighing and introduction of chromium salts into rotating drums. Also, small amounts of chromium (VI) may be present. Sodium chlorophenates may be used to prevent the deterioration of leather during tanning, and to protect it from mould. Other possible exposures in the tanyard are sulfuric acid and hydrogen sulfide. If dimethylamine is used in the tanning process, *N*-nitrosodimethylamine may be produced (IARC, 1981).

The use of benzidine-based dyes has been reported in the retanning, colouring, and fat-liquoring departments of the leather-tanning and –processing industry. A wide array of chemical solvents (e.g. tetrachloroethylene, toluene, xylene, methyl ethyl ketone and isopropanol), pigments, and waxes may be used in the finishing departments. Exposure to formaldehyde may also occur (IARC, 1981).

### (c)   Other leather-product industries

Exposures in industries producing leather bags, wallets, suitcases, leather-wearing apparel, harnesses, leather furniture and other miscellaneous leather goods are similar to those that occur in the footwear industry (see Section 1.4.2a).

## 2. Cancer in Humans

The boot and shoe industry was first reviewed in the previous *IARC Monograph* IARC (1981). The then Working Group reviewed the results of case series on cancer of the nasal cavity and paranasal sinuses (referred below as sinonasal cancer), several of which compared the history of exposure among adenocarcinoma cases to other cancer controls. The then *Monograph* Working Group also reviewed the results of case series and case reports of leukaemia, as well as other studies focused on bladder, lymphatic and haematopoietic, oral/pharyngeal, lung, and stomach cancer. The Working Group concluded that "Employment in the boot and shoe industry is causally associated with the development of nasal adenocarcinomas" and that "It is most likely that exposure to leather dust plays a role in the association." The Working Group also concluded that an increased risk for other histological types of nasal cancer "may exist." They also observed that "The occurrence of leukaemia and aplastic anaemia among shoe workers exposed to benzene is well documented." They noted that excesses of bladder cancer were associated with the leather industry, but it was not clear if these could be attributed to shoe workers. They also reported that hypothesis-generating studies had observed excesses associated with cancer of the lung, oral cavity, pharynx, and stomach.

The boot and shoe industry was re-reviewed as part of the previous *IARC Monograph* Supplement 7 (IARC, 1987). In the period

IARC MONOGRAPHS – 100C

following the publication of Volume 25 several new studies had been published. The Working Group for supplement 7 had access to a new retrospective cohort study, three new proportionate mortality studies, as well as new case–control studies of sinonasal cancer and other cancer sites. The conclusions of the Working Group for Supplement 7 were concordant with those of Volume 25. They also concluded that nasal adenocarcinoma was associated with the boot and shoe industry, and that the highest risk was among those with high exposures to leather dust. They also noted that there was evidence for other types of nasal cancer, and that there was further evidence of an increased risk of leukaemia associated with exposure to benzene in the industry. Mixed evidence that may indicate an excess risk of bladder cancer among shoe workers was also noted. Some associations with lung, oral, pharynx, and stomach cancer as well as kidney cancer and mesothelioma were also observed.

In this *Monograph*, studies published in the time following Supplement 7, as well as others that were not previously considered, are reviewed. Of special note are the retrospective cohort studies. The previously reviewed retrospective cohort study of workers in the boot and shoe industry in three English towns (Pippard & Acheson, 1985) has been updated and the end of follow-up extended to 1991, and the cohort study of Florence shoe workers exposed to benzene (Paci *et al.*, 1989) has also been updated and the follow-up extended to 1991 for a pooled analysis (Fu *et al.*, 1996). A US study of shoe workers focused on exposure to solvents, mostly toluene (Walker *et al.*, 1993), has also been updated (Lehman & Hein, 2006). A Russian study of shoe manufacturing workers focused on exposure to chloroprene has also been published (Bulbulyan *et al.*, 1998). The results of registry-based studies are presented in Table 2.1. Descriptive studies with information based only on death certificates are not included. The methods and results of relevant cohort and related studies are

summarized in Table 2.2. Only the most recent results are presented in cases where the cohorts were updated. Also included in Table 2.2 are the methods and results of the previously reported proportionate mortality studies.

The results of relevant case–control studies of sinonasal cancer, including those previously reviewed, are summarized in Table 2.3. Studies of other respiratory cancers are summarized in Table 2.4. Case–control studies of bladder cancer are summarized in Table 2.5. Case–control studies of other cancer sites are summarized in Table 2.6. For case–control studies, only those that assessed the association with boot/shoe workers, the broader category of leather products, or with leather dust are included. Those that explicitly included tannery workers, which have a very different set of exposures, were excluded.

## 2.1 Sinonasal cancer

An unusual high prevalence of sinonasal cancer among boot and shoe or other leather workers observed in case series from the Northamptonshire region of England first cast suspicion on a possible association between the malignancy and the occupation (Acheson *et al.*, 1970a, b; Acheson, 1976). In the period following the previous *IARC Monograph* Supplement 7, case series continued to report cases of sinonasal cancer among workers that had been employed as shoe workers or exposed to leather dust. For example, Barbieri *et al.* (2005) reported that seven of 100 epithelial sinonasal cancer cases in the Province of Brescia, Italy, were exposed to leather dust with an average latency of 44 years. A large French adenocarcinoma case series reported that 11 of 418 cases had been exposed to leather dust, whereas 353 had been exposed to wood dust (Choussy *et al.*, 2008). [The Working Group noted that even though leather workers are the second most frequently reported group in these sinonasal cancer case series, it is difficult to interpret these results without knowing

Leather dust

**Table 2.1 Descriptive and census-based studies**

| Reference, location, name of study | Population description | Exposure assessment | Organ site (ICD code) | Exposure and histology | No. of cases/ deaths | RR[*] (95%CI) [*](unless indicated otherwise) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Acheson *et al.* (1970a, b) Incidence study of nasal cancer in Northamptonshire United Kingdom | Comparison of the estimated rate among boot and shoe trade workers (1953–67) to expected numbers based on rates in the Southern Register Areas of England | Occupational history from medical records and mailed survey or interview | Sinonasal cancer, histologically confirmed carcinomas | Boot & shoe workers | 17 | 8 [NR] | Age | |
| | | | | All types | 7 | 35 [NR] | | |
| | | | | Adenocarcinomas | 7 | 4 [NR] | | |
| | | | | Squamous carcinomas | | | | |
| Acheson *et al.* (1981) Incidence study of nasal cancer in England and Wales United Kingdom | 1602 cases diagnosed 1963–67 from The Office of Population Censuses and Surveys | Cases were categorized by occupation | Nasal cancer (160, 160.2–160.9) | All leather workers | 26 | 4.4[a] | SIR, adjusted for snuff and tobacco | [a]indicates significance at the 0.01 level |
| | | | | Shoe makers & repairers | – | 7.1[a] | | |
| | | | | Cutters, lasters & sewers | – | 4.3[a] | | |
| Acheson *et al.* (1982) Incidence study of nasal cancer in Northamptonshire United Kingdom | Comparison of the estimated rate among boot and shoe trade workers (1953–67) to expected numbers based on rates in Northamptonshire | Occupational history from medical records & mailed survey or interview | Sinonasal cancer | Male boot & shoe workers | 27 | 4.8 (3.5–7.9) | SIR, adjusted for age | |
| | | | | All types | 11 | 7.8 (3.7–14.3) | | |
| | | | | Adenocarcinomas | 9 | 3.1 (1.4–5.9) | | |
| | | | | Squamous carcinomas | 21 | 4.5 (2.8–6.8) | | |
| | | | | Preparation/ finishing | | | | |
| Olsen (1988) Pension fund cancer incidence linkage Denmark | 382 Cases from the Danish Cancer Registry diagnosed 1970–84. Registry records linked with the Danish supplementary Pension fund | Longest held occupation from Pension Fund | Sinonasal cancer (160.0, 160.2–160.9) | Manufacture of leather products and footwear (except wooden shoes) | | | SPIR | SPIR for women not provided |
| | | | | Men | 3 | 12.3 (3.1–33.4) | | |
| | | | | Women | 1 | 0.3 expected | | |

323

**Table 2.1 (continued)**

| Reference, location, name of study | Population description | Exposure assessment | Organ site (ICD code) | Exposure and histology | No. of cases/ deaths | RR* (95%CI) *(unless indicated otherwise) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Andersen et al. (1999) Census cancer incidence linkage Nordic countries | Linkage of 1970 Census with incident cancer cases diagnosed in Denmark (1971–87), Finland (1971–90), Norway (1971–91) and Sweden (1971–89) | Leather and shoe workers | All cancers (140–204) | Men employed in the category of shoe and leather workers in the 1970 census | 1436 | 1.1 (1.0–1.1) | SIR, adjusted for age and calendar period | |
| | | | Stomach (151) | | 92 | 1.0 (0.8–1.3) | | |
| | | | Colon (153) | | 107 | 1.1 (0.9–1.4) | | |
| | | | Rectum (154) | | 80 | 1.1 (0.9–1.4) | | |
| | | | Nose (160) | | 11 | 2.9 (1.5–5.3) | | |
| | | | Larynx (161) | | 25 | 1.1 (0.7–1.6) | | |
| | | | Lung (162) | | 264 | 1.1 (0.9–1.2) | | |
| | | | Kidney (180.0) | | 41 | 0.9 (0.6–1.2) | | |
| | | | Bladder (181) | | 114 | 1.1 (0.9–1.3) | | |
| | | | Acute leukaemia (204.3) | | 12 | 0.9 (0.5–1.6) | | |
| | | | Other leukaemia (204.0–2, 4) | | 22 | 1.0 (0.6–1.5) | | |
| Vasama-Neuvonen et al. (1999) Census cancer incidence linkage Finland | 892591 occupationally active Finnish women at 1970 Census linked with the Finnish Cancer Registry for incidence of ovarian cancer cases during 1971–95 | Occupations with proportion exposed ≥ 20% exposure to leather dust using FINJEM | Ovary (183) | No exposure to leather dust | | 1.0 (ref) | SIR stratified for birth cohort, follow-up period and social status; adjusted for mean number of children, mean age at first birth and turnover rate | Partial overlap with Andersen et al. (1999) |
| | | | | Low (> 0.009 mg/m³) | | 1.3 (1.0–1.8) | | |
| | | | | Medium/high Occupation: | | no data | | |
| | | | | Cutter for footwear | 6 | 2.5 (0.9–5.4) | | |
| | | | | Pattern maker; cutter | 27 | 1.7 (1.1–2.5) | | |
| | | | | Tanner, fellmonger, pelt dresser | 3 | 0.8 (0.2–2.3) | | |
| | | | | Leather sewer | 4 | 0.6 (0.2–1.5) | | |

## Table 2.1 (continued)

| Reference, location, name of study | Population description | Exposure assessment | Organ site (ICD code) | Exposure and histology | No. of cases/ deaths | RR* (95%CI) *(unless indicated otherwise) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Tarvainen et al. (2008) Census cancer incidence linkage Finland | All Finns born during 1906–45 (725868 men, 825528 women). Census data linked with the Finnish Cancer Registry 1971–95 | Exposure to leather dust using FINJEM | Mouth and pharynx (exluding the nasopharynx) (140–149) | Shoe makers/ cobblers Leather dust: Low (< 5 mg/ m³-yr) | 2 | 17.4 (2.1–62.9) | SIR, adjusted for age, calendar period and socioeconomic status. Lag time 10 yr | Partial overlap with Andersen et al. (1999) |
| | | | | Medium (5–19 mg/m³-yr) | 5 | 0.9 (0.3–2.0) | | |
| | | | | High (20+ mg/ m³-yr) | 3 | 1.8 (0.4–5.1) | | |
| | | | | | 0 | 0.0 (0.0–15.6) | | |

CI, confidence interval; FINJEM, Finnish job exposure matrix; NR, not reported; RR, relative risk; SIR, standardized incidence ratio; SPIR, standardized proportionate incidence ratio; yr, year or years

**Table 2.2 Cohort studies of boot and shoe workers**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Decouflé & Walrath (1983) USA | Analysis of 3754 deaths (2144 men, 1610 women) among shoe-manufacturing workers identified using union records. Non-whites and persons of unknown sex, race or age were excluded. Deaths were listed from 1966–77 inclusive as obituaries in union newsletters | None | All cancers (140–209) | Men | 464 | 1.10[a] | PMRs calculated from observed and expected deaths adjusted for age and calendar period | [a] indicates statistical significance at the 0.05 level. No sinonasal cancers observed vs 2.2 expected |
| | | | | Women | 430 | 1.12[a] | | |
| | | | Oral & pharynx (140–149) | Men (women: n = 0) | 17 | [1.35] | | |
| | | | Stomach (151) | Men | 25 | [1.15] | | |
| | | | | Women | 19 | [1.43] | | |
| | | | Rectum (154) | Men | 22 | [1.57[a]] | | |
| | | | | Women | 19 | [1.81[a]] | | |
| | | | Liver/gallbladder (155–6) | Men | 14 | [1.82[a]] | | |
| | | | Larynx (161) | Women | 17 | [2.02[a]] | | |
| | | | | Men (women: n = 1) | 3 | [0.48] | | |
| | | | Lung (162–163) | Men | 155 | [1.20[a]] | | |
| | | | | Women | 35 | [0.92] | | |
| | | | Bladder (188) | Men | 11 | [0.72] | | |
| | | | | Women | 7 | [1.37] | | |
| | | | Kidney (189) | Men | 6 | [0.61] | | |
| | | | | Women | 6 | [0.98] | | |
| | | | Leukaemia (204–207) | Men | 20 | [1.20] | | |
| | | | | Women | 16 | [1.24] | | |
| Garabrant & Wegman (1984) Massachusetts USA | Analysis of death certificates of 1962 shoe workers (1195 men, 767 women) who died in Brockton, Haverhill or Peabody (Massachusetts) during 1954–74 identified by indication of an occupation in leather or shoe manufacturing on death certificates | None | All cancers (140–209) | Men | 217 | 1.08 | PMRs calculated from observed and expected deaths adjusted for age and calendar period | No sinonasal cancers observed |
| | | | | Women | 131 | 0.95 | | |
| | | | Oral & pharynx (140–149) | Men (women: n = 0) | 5 | 0.93 | | |
| | | | Digestive tract (150–159) | Men | 84 | 1.4 (1.1–1.7) | | |
| | | | | Women | 44 | 0.99 | | |
| | | | Stomach (151) | Men | 17 | 1.49 | | |
| | | | | Women | 5 | 0.82 | | |
| | | | Larynx (161) | Men (women: n = 0) | 3 | 1.16 | | |
| | | | Lung (162) | Men | 55 | 1.04 | | |
| | | | | Women | 13 | 1.07 | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Garrabrant & Wegman (1984) (contd.) | | | Bladder (188) | Men | 5 | 0.56 | | |
| | | | | Women | 7 | 2.5 (1.2–5.1) | | |
| | | | Leukaemia (204) | Men | 8 | 0.95 | | |
| | | | | Women | 2 | 0.52 | | |
| Walrath et al. (1987) New York State USA | Analysis of 4734 death (3512 men, 1222 women) certificates from employees of one shoe-manufacturing company identified using newspaper obituaries. Deaths occurred during 1960–79 | None | All cancers (140–209) | Men | 689 | 1.09[a] | | [a] indicates statistical significance at the 0.05 level |
| | | | | Women | 274 | 1.08 | | No sinonasal cancers observed vs 1.9 expected |
| | | | Oral & pharynx (140–149) | Men (women: n = 1) | 22 | 1.22 | | |
| | | | Larynx (161) | Men (women: n = 0) | 7 | 0.78 | | |
| | | | Lung and pleura (162 163) | Men | 163 | 0.93 | | |
| | | | | Women | 18 | 0.84 | | |
| | | | Stomach (151) | Men | 71 | 1.83[a] | | |
| | | | | Women | 14 | 1.28 | | |
| | | | Colon (153) | Men | 100 | 1.53[a] | | |
| | | | | Women | 49 | 1.41[a] | | |
| | | | Rectum (154) | Men | 33 | 1.42[a] | | |
| | | | | Women | 16 | 1.97[a] | | |
| | | | Bone (170) | Men (women: n = 0) | 6 | 2.23[a] | | |
| | | | Bladder (188) | Men (women: n = 1) | 24 | 0.91 | | |
| | | | Kidney (189) | Men | 16 | 1.16 | | |
| | | | | Women | 5 | 1.17 | | |
| | | | Multiple myeloma (203) | Men | 10 | 1.93[a] | | |
| | | | | Women | 8 | 3.46[a] | | |
| | | | Leukaemia (204–207) | Men | 22 | 0.86 | | |
| | | | | Women | 7 | 0.79 | | |

IARC MONOGRAPHS – 100C

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Fu et al. (1996) United Kingdom and Italy | Pooled analysis of 2 updated shoe-manufacturing cohorts. 4215 English (follow-up 1950–91, Pippard & Acheson, 1985) and 2008 Italian (follow-up 1950–90, Paci et al., 1989) shoe workers | Workers classified as exposed to leather dust or solvents based on work history (Italian) or 1939 Census (English) | All causes (001–999) | English cohort | 3314 | 0.8 (0.8–0.8) | SMR, adjusted for sex, age, & calendar period using national rates | High exposure to benzene in the Italian cohort before 1963. Exposure to leather dust in the English cohort in the range of 0.5–7.5 mg/m³ in 1976 |
| | | | | Italian cohort | 333 | 0.9 (0.8–1.0) | | |
| | | | All cancers (140–208) | English cohort | 646 | 0.8 (0.7–0.8) | | |
| | | | | Italian cohort | 127 | 1.2 (1.0–1.4) | | |
| | | | Stomach (151) | English cohort | 77 | 0.7 (0.6–0.9) | | |
| | | | | Italian cohort | 25 | 1.9 (1.2–2.8) | | |
| | | | Colon (153) | English cohort | 57 | 0.9 (0.7–1.2) | | |
| | | | | Italian cohort | 10 | 1.7 (0.8–3.0) | | |
| | | | Rectum (154) | English cohort | 51 | 1.1 (0.8–1.4) | | |
| | | | | Italian cohort | 5 | 1.4 (0.5–3.3) | | |
| | | | Pancreas (157) | English cohort | 25 | 0.7 (0.5–1.0) | | |
| | | | | Italian cohort | 2 | 0.5 (0.1–2.0) | | |
| | | | Nose (160) | English cohort | 12 | 8.1 (4.2–14.1) | | |
| | | | | Probable leather dust | 9 | 11.7 (5.3–22.2) | | |
| | | | | High leather dust | 1 | 25.0 (0.6–139) | | |
| | | | | Probable solvent | 2 | 3.9 (0.5–13.9) | | |
| | | | | High solvent | 0 | 0 | | |
| | | | | Italian cohort | 1 | 13.0 (0.31–70.0) | | |
| | | | | Probably leather dust | 0 | 0.0 | | |
| | | | | High leather dust | 0 | 0.0 | | |
| | | | | Probable solvent | 1 | 20 (0.5–99) | | |
| | | | | High solvent | 1 | 20 (0.5–99) | | |
| | | | Larynx (161) | English cohort | 6 | 0.7 (0.2–1.4) | | |
| | | | | Italian cohort | 2 | 0.7 (0.1–2.5) | | |
| | | | Lung (162) | English cohort | 186 | 0.6 (0.5–0.7) | | |
| | | | | Italian cohort | 24 | 1.0 (0.7–1.5) | | |
| | | | Bone (170) | English cohort | 6 | 2.1 (0.8–4.5) | | |
| | | | | Italian cohort | 0 | 0 | | |
| | | | Bladder (188) | English cohort | 34 | 0.8 (0.6–1.2) | | |
| | | | | Italian cohort | 3 | 0.9 (0.2–2.51) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Fu et al. (1996) (contd) | | | Kidney (189) | English cohort | 8 | 0.7 (0.3–1.4) | | |
| | | | | Probable leather dust | 5 | 0.9 (0.3–2.0) | | |
| | | | | High leather dust | 1 | 3.1 (0.1–17.4) | | |
| | | | | Probable solvent | 1 | 0.3 (0.01–1.4) | | |
| | | | | High solvent | 0 | 0 | | |
| | | | | Italian cohort | 3 | 2.2 (0.5–6.3) | | |
| | | | | Probable leather dust | 0 | 0 (0–18.5) | | |
| | | | | High leather dust | 0 | 0 (0–92.2) | | |
| | | | | Probable solvent | 3 | 3.5 (0.7–10.3) | | |
| | | | | High solvent | 3 | 4.0 (0.8–11.7) | | |
| | | | Multiple myeloma (203) | English cohort | 7 | 1.0 (0.4–2.1) | | |
| | | | | Probable solvent | 3 | 1.2 (0.2–3.4) | | |
| | | | | High solvent | 1 | 5.3 (0.1–29.3) | | |
| | | | | Italian cohort | 3 | 3.7 (0.8–10.8) | | |
| | | | | Probable solvent | 1 | 2.2 (0.5–12.1) | | |
| | | | | High solvent | 1 | 2.4 (0.6–13.6) | | |
| | | | Leukaemia (204–208) | English cohort | 14 | 0.9 (0.5–1.4) | | |
| | | | | Probable solvent | 4 | 0.7 (0.2–1.8) | | |
| | | | | High solvent | 0 | 0 (0–7.9) | | |
| | | | | Italian cohort | 7 | 2.4 (1.0–5.0) | | |
| | | | | Probable solvent | 4 | 2.5 (0.7–6.4) | | |
| | | | | High solvent | 4 | 2.8 (0.8–7.2) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Bulbulyan et al. (1998) Russian Federation | Retrospective study of 5815 Russian shoe-manufacturing workers (4569 women, 616 men) employed for 2 mo during 1940–76, followed from 1979 through 1993. Workers employed in auxiliary departments and management employees were excluded | Exposure categories based on chloroprene industrial hygiene data from 1970s Chloroprene exposure: High, 20 mg/m³ (with co-exposures of benzene) Medium, 0.4–1 mg/m³ (with co-exposures of formaldehyde, leather dust) No exposure (with co-exposure of leather dust) | All causes (001–999) | Full cohort | 900 | 1.03 (0.97–1.1) | SMR, adjusted for age and sex using 1992 Moscow rates. RR in dose-response analysis adjusted for sex, age, gender and calendar period | Bladder cancer among men SMR, 2.1 (95%CI: 0.4–6.1) All 5 leukaemia cases in the high chloroprene exposure group employed before 1960 RR, 4.1 (95% CI: 1.1–17), co-exposure to benzene possible |
| | | | | Any chloroprene | 640 | 1.1 (1.0–1.3) | | |
| | | | | Medium chloroprene | 446 | 1.1 (0.9–1.3) | | |
| | | | | High chloroprene | 194 | 1.2 (1.0–1.5) | | |
| | | | All cancers (140–208) | Full cohort | 265 | 1.2 (1.1–1.4) | | |
| | | | | Any chloroprene | 184 | 1.0 (0.8–1.3) | | |
| | | | | Medium chloroprene | 128 | 1.0 (0.8–1.4) | | |
| | | | | High chloroprene | 56 | 1.2 (0.9–1.7) | | |
| | | | Stomach (151) | Full cohort | 48 | 1.2 (0.9–1.6) | | |
| | | | | Any chloroprene | 36 | 1.3 (0.7–2.6) | | |
| | | | | Medium chloroprene | 26 | 1.3 (0.7–2.7) | | |
| | | | | High chloroprene | 10 | 1.3 (0.3–3.1) | | |
| | | | Colon (153) | Full cohort | 21 | 1.1 (0.7–1.7) | | |
| | | | | Any chloroprene | 16 | 1.4 (0.5–3.8) | | |
| | | | | Medium chloroprene | 8 | 0.9 (0.3–2.8) | | |
| | | | | High chloroprene | 8 | 2.6 (0.8–7.9) | | |
| | | | Rectum (154) | Full cohort | 14 | 1.1 (0.6–1.9) | | |
| | | | | Any chloroprene | 8 | 0.7 (0.2–2.0) | | |
| | | | | Medium chloroprene | 6 | 0.7 (0.2–2.3) | | |
| | | | | High chloroprene | 2 | 0.5 (0.1–2.7) | | |
| | | | Liver (155) | Full cohort | 10 | 2.4 (1.1–4.3) | | |
| | | | | Any chloroprene | 9 | 4.2 (0.5–33) | | |
| | | | | Medium chloroprene | 6 | 3.8 (0.5–34) | | |
| | | | | High chloroprene | 3 | 4.9 (0.5–47) | | |
| | | | Lung (162) | Full cohort | 31 | 1.4 (0.9–2.0) | | |
| | | | | Any chloroprene | 23 | 0.9 (0.4–2.2) | | |

## Table 2.2 (continued)

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Bulbulyan et al. (1998) (contd.) | | | | Medium chloroprene | 18 | 0.9 (0.4–2.1) | | |
| | | | | High chloroprene | 5 | 1.1 (0.4–3.5) | | |
| | | | Kidney (189) | Full cohort | 10 | 1.8 (0.9–3.4) | | |
| | | | | Any chloroprene | 9 | 3.8 (0.5–31) | | |
| | | | | Medium chloroprene | 7 | 4.1 (0.5–34) | | |
| | | | | High chloroprene | 2 | 3.3 (0.3–37) | | |
| | | | Leukaemia (204–208) | Full cohort | 13 | 1.9 (1.0–3.3) | | |
| | | | | Any chloroprene | 9 | 1.1 (0.3–3.7) | | |
| | | | | Medium chloroprene | 4 | 0.7 (0.2–2.7) | | |
| | | | | High chloroprene | 5 | 2.2 (0.6–8.4) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Lehman & Hein (2006) USA | Update of Walker et al. (1993). An SMR analysis of 7828 shoe-manufacturing workers (2545 men, 5283 women) employed for 1 mo or more during 1940–79 at two Ohio manufacturing plants | Exposure data was based on toluene industrial hygiene data from 1970s. Toluene exposure by duration of employment for specific cancers (< 6 mo, 6 mo–1 yr, 2 yr–< 10 yr, > 10 yr) | All causes (0–999) | Men | 1367 | 1.1 (1.0–1.1) | SMR, adjusted for age and calendar period | Results for sinonasal cancer not reported. Reported 'no evidence of any significant level of exposure to leather dust'. Reported 'Benzene was not detected in these surveys and company management asserted that benzene had never been present in the solvents used at either of the plants.' |
| | | | | Women | 1768 | 1.0 (1.0–1.1) | | |
| | | | | Employment: | | | | |
| | | | | 1 mo–< 6 mo | 831 | 1.0 (1.0–1.1) | | |
| | | | | 6 mo–2 yr | 747 | 1.0 (1.0–1.1) | | |
| | | | | 2 yr–< 10 yr | 838 | 1.1 (1.0–1.2) | | |
| | | | | ≥ 10 yr | 719 | 1.0 (1.0–1.1) | | |
| | | | All cancers (140–208) | Men | 314 | 1.1 (1.0–1.2) | | |
| | | | | Women | 482 | 1.0 (0.9–1.1) | | |
| | | | | Employment: | | | | |
| | | | | 1 mo–< 6 mo | 233 | 1.1 (1.0–1.3) | | |
| | | | | 6 mo–2 yr | 202 | 1.1 (0.9–1.2) | | |
| | | | | 2 yr–< 10 yr | 202 | 1.0 (0.9–1.2) | | |
| | | | | ≥ 10 yr | 159 | 0.9 (0.8–1.1) | | |
| | | | Buccal cavity & pharynx (140–149) | Men | 8 | 1.1 (0.5–2.2) | | |
| | | | | Women | 1 | 0.2 (0.0–1.0) | | |
| | | | Stomach (151) | Men | 4 | 0.3 (0.1–0.8) | | |
| | | | | Women | 6 | 0.5 (0.2–1.1) | | |
| | | | Lung (162) | Men | 138 | 1.4 (1.2–1.7) | | |
| | | | | Women | 110 | 1.3 (1.0–1.5) | | |
| | | | | Employment: | | | | |
| | | | | 1 mo–< 6 mo | 75 | 1.5 (1.2–1.9) | | |
| | | | | 6 mo–2 yr | 74 | 1.6 (1.3–2.0) | | |
| | | | | 2 yr–< 10 yr | 52 | 1.1 (0.8–1.5) | | |
| | | | | ≥ 10 yr | 47 | 1.2 (0.9–1.5) | | |
| | | | Bladder (188, 189.3–189.9) | Men | 9 | 1.1 (0.5–2.1) | | |
| | | | | Women | 6 | 1.0 (0.4–2.2) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure or Sex | Cases/ deaths | RR (95%CI) SMR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Lehman & Hein (2006) (contd.) | | | Kidney (189.0–189.2) | Men | 6 | 0.9 (0.3–1.9) | | |
| | | | | Women | 8 | 1.1 (0.5–2.1) | | |
| | | | Leukaemia (204–208) | Men | 8 | 0.7 (0.3 –1.4) | | |
| | | | | Women | 19 | 1.2 (0.7–1.9) | | |
| | | | | Employment: | | | | |
| | | | | 1 mo – < 6 mo | 8 | 1.1 (0.5–2.2) | | |
| | | | | 6 mo–2 yr | 4 | 0.6 (0.2–1.6) | | |
| | | | | 2 yr– < 10 yr | 9 | 1.3 (0.6–2.5) | | |
| | | | | ≥ 10 yr | 6 | 1.0 (0.4–2.2) | | |

CI, confidence interval; mo, month or months; PMR, proportional mortality ratio; RR, relative risk; SMR, standardized mortality ratio; vs, versus; yr, year or years

**Table 2.3 Case–control studies on sinonasal cancer in shoe workers or workers exposed to leather dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Cecchi *et al.* (1980) Hospital-based Florence, Italy 1963–77 | Nose and paranasal sinuses | 66 cases (46 men, 20 women) diagnosed with adenocarcinoma in Florence, records from the Otorhinolaryngology clinic and the Radiology Institute of the University of Florence | Controls were matched to cases by sex, age (± 5 yr), place of residence, smoking habits and year of hospital admission. Each case had 2 non-cancer controls admitted to the department of internal medicine in the hospital | Social worker interview to collect data on occupational history | Shoe makers | | Adenocarcinomas 7/11 cases 0/22 controls (*P* < 0.001) | Matched on sex, age, place or residence (as surrogate for SES), smoking habits and year of admission | |
| Hardell *et al.* (1982) Sweden 1970–79 | Nose (ICD 160) | 44 cases, age 25–85 and residents of Southern Sweden reported to the Swedish Cancer Registry 1970–79 | 541 controls referents from another study with the same region, 1970–78 | Work history from mailed questionnaire | Leather work | | 1 case (2.8%) vs 5 controls (0.9%) | | Case was 1 of 3 adenocarcinomas |
| Brinton *et al.* (1984) Hospital-based N. Carolina & Virginia, USA 1970–80 | Nasal cavity and sinuses (160.0, 160.2–160.5, 160.8–160.9) | 193 incident cases from 4 hospitals | 2 controls per case matched on age, sex, race, and region. 232 hospital & 140 death certificate controls (deceased cases had 1 living & 1 dead control) | Telephone interview with subject or next-of-kin | Leather or shoe industry Leather exposure | | 1.3 (0.1–9.4) 0.7 (0.2–2.0) | Adjusted for sex | |

Leather dust

**Table 2.3 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Merler et al. (1986) Vigevano, Italy 1968–82 | Nasal epithelial tumours Nasal adenocarcinomas | 21 cases (16 men, 5 women) from otolaryngology departments of three hospitals, the hospital cancer registry of the National Cancer Institute of Milan and city mortality records | 2 controls per case were selected from the general population and matched by vital status, age, sex and residence | Interview to obtain occupational history. Estimated level of exposure based on specific tasks, workplaces, duration, technology and hygienic evaluation | Light/Uncertain Heavy Light/Uncertain Heavy | 7 11 5 8 | All epithelial tumours: 7.5 (1.8–31.7) 121 (17.3–844.3) Adenocarcinoma: 20.4 (2.7–152.0) 88.0 (12.1–642.0) | Matched on age, sex, and residence | Matched and unmatched analyses yielded similar results. Unmatched results presented |
| Bimbi et al. (1988) Hospital-based Milan, Italy 1982–85 | Nasal cavity and paranasal sinus (160.0–160.9) (epithelial neoplasms) | 53 (40 men, 13 women) cases admitted to the Head and Neck Oncology Department of the National Institute for Study and Treatment of Cancer in Milan | 217 controls selected from patients admitted in the same yr with malignant tumour of the nasopharynx, thyroid or salivary glands | Occupational history was taken from hospital records | Leather workers (3 cases, 0 controls) | | RR is reported as incalculable because 0 controls reported working in the leather industry | | |
| Loi et al. (1989) Hospital-based Pisa, Italy 1972–83 | Nasal cavity and paranasal sinus (160.0–160.9) | 38 incident cases (all male) of nasal and paranasal sinus cancer admitted to Pisa University Hospital between October 1972 and October 1983 | 186 hospital controls (5:1 match) matched for sex, age (± 3 yr), province of usual residence, admission date (± 6 mo), excluding nasal tumours, respiratory tract malignancies and lymphomas | Mailed-out questionnaire on employment in leather-working industries & specific occupational risk factors | Leather exposure: All tumours | | 8.1 (2.0–33.5) | Matched on age, sex, and residence | |

335

IARC MONOGRAPHS – 100C

**Table 2.3 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Shimizu et al. (1989) Hospital-based Japan 1983–85 | Maxillary sinus (160.2), squamous cell carcinomas only | 66 cases aged 42–77 yr (45 men, 21 women) October 1983 to October 1985 six university hospitals in six prefectures | 132 controls were randomly selected from the same jurisdiction as the cases residence and matched for age (± 5 yr) and sex (2:1 match) | Self-administered questionnaires, occupational exposures and other risk factors | Leather workers | | 2.1 (0.1–38.3) | Matched on age and sex | |
| Bolm-Audorff et al. (1989, 1990) Hospital-based Hessia, Germany 1983–85 | Nasal and paranasal sinus cancer (160) | 62 cases identified through 85 otorhinolaryngological and 8 pathology departments | Patients with non-occupational bone fractures matched on age, sex, and residence | In-person interviews | Leather dust exposure | | 2/62 cases and 0/62 controls | Matched on age, sex, and residence | |
| Comba et al. (1992a) Hospital-based Verona, Vicenza, Siena, Italy 1982–87 | Nasal cavity and paranasal sinus (160) (epithelial neoplasms) | 78 cases (55 men, 23 women) from the University of Verona Institute of Pathology and ENT Clinic, ENT departments at the hospitals of Vicenza, Bussolengo, and Legnago and Institute of Pathology at the University of Siena | 254 controls (184 men, 70 women) admitted to the same hospitals (excluding chronic rhinosinusal disease and acute nasal bleeding) matched for admission date, hospital, sex, age (± 5 yr) & residence | Interviews and/or mailed questionnaires collected information on occupational history with specific questions for leather workers | Leather workers Shoe makers Associated with leatherwork: Adenocarcinoma Squamous cell carcinoma | 5 | 6.8 (2.2–15) 8.3 (1.9–36) 14.1 (2.6–76) 1.6 (0.21–12) | Matched on age, sex, and residence. 90% confidence limits used | |

336

**Table 2.3 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/ deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Comba et al. (1992b) Hospital-based Brescia, Italy 1980–89 | Nasal cavity and paranasal sinus (160) (epithelial neoplasms) | 35 cases diagnosed and treated by the ENT department of the radiotherapy unit of the Brescia Hospital | 102 controls from ENT department and radiotherapy unit files with neoplastic diseases of the head and neck and matched for age (± 5 yr) and sex | Telephone interview to collect detailed occupational history, specific items related to shoe-manufacturing industries | Leather workers (1 case) | | 9.0 | Matched on age and sex | |
| Magnani et al. (1993) Hospital-based Biella, Italy 1976–88 | Nasal cavity and paranasal sinus (160.0, 160.2–160.9) (epithelial or unspecified neoplasms) | 33 cases identified by the Local Health Authorities of Biella and Cossato | 131 controls (4:1 match) randomly chosen and matched on age and sex admitted same hospital, same year | Mailed questionnaire to patient and next-of-kin with work history | Shoe-manufacturing or other leather industries | 3 | 3.5 (0.6–2.–0.3) | Matched on age and sex | |
| Luce et al. (1992, 1993) Population-based France 1986–88 | Nasal cavity and paranasal sinus (160.0, 160.2–160.9) | 207 (167 men, 40 women) cases of primary malignancies of the nasal cavity and paranasal sinuses diagnosed between January 1986 and February 1988 at 27 hospitals in France | 409 controls were obtained from: 1) hospital cancer patients, frequency-matched for age and sex 2) controls selected from lists provided by cases matching for sex, age (± 10 yr), and residence | Physician interview to collect detailed occupational history | Shoe and leather workers: Ever employed < 15 yr > 15 yr 15 yr induction Leather dust: Medium–high level | 3 <br><br><br><br><br><br> 3 | Squamous cell carcinomas: 2.1 (0.5–8.3) 1.9 (0.2–18.3) 2.3 (0.4–12.3) 2.1 (0.5–8.3) <br> 3.1 (0.8–12.4) Adenocarcinomas: 0 cases identified | Matched on age and sex | |

IARC MONOGRAPHS – 100C

**Table 2.3 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases/deaths | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Battista et al. (1995) Population-based Italy | Nasal cavity and paranasal sinus (160) | 96 cases of malignant neoplasms of the nose and paranasal sinuses diagnosed during 1982–87 in the catchment areas of the hospitals of Verona, Vicenza and Siena | 378 hospital controls matched for sex, age (± 5 yr), residence and time of admission; all diagnoses were accepted except chronic rhinosinusal disease, acute nasal bleeding | Interviews or mailed questionnaires to collect work history with specific questions in particular industries | Association with occupation: Leather workers Shoe makers | 2 | 6.8 (1.9–25) 8.3 (1.9–36) | Matched on age, sex, and residence. 90% confidence limits used | |
| Teschke et al. (1997) Population-based Canada | Nasal cavity and paranasal sinus (160) | All incident cases with histologically confirmed primary malignant tumours age ≥ 19 yr, 1990–92 | Controls were selected randomly from 5-yr age and sex strata of the provincial voters list; frequency-matched for age and sex | Occupational histories were obtained by interview | Shoe and leather workers | 0/48 cases and 6/159 controls | | Adjusted for age, sex, and smoking | |
| 't Mannetje et al. (1999a) Pooled analysis Italy, France, Netherlands, Germany, Sweden | Nasal cavity and paranasal sinus (160) Adenocarcinomas and squamous cell carcinoma | 555 cases (451 men, 104 women) | 1705 controls (1464 men, 241 women) from the same studies. The control:case ratio ranged from 1 to 12.3, with an overall ratio of 3.1 | Interviews were conducted to collect lifetime occupational histories. Exposures assessed with a job–exposure matrix | Exposure to leather dust: Women Men Adenocarcinomas Squamous cell carcinomas | 7 26 15 10 | 2.7 (0.8–9.4) 1.9 (1.1–3.4) 3.0 (1.3–6.7) 1.5 (0.7–3.0) | Adjusted for age, study, sex (when applicable), smoking (when applicable) | The attributable risk for sinonasal cancer in relation to occupation was 33%. Data from Hardell et al. (1982), Hayes et al. (1986), Merler et al. (1986), Bolm-Audorff et al. (1989), Comba et al. (1992a, b), Luce et al. (1992) and, Magnani et al. (1993) |

CI, confidence interval; OR, odds ratio; RR, relative risk; SES, socioeconomic status; yr, year or years

**Table 2.4 Case–control studies on respiratory cancer in shoe workers or workers exposed to leather dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders |
|---|---|---|---|---|---|---|---|---|
| Gustavsson et al. (1998) Community-based Sweden 1988–91 | Oral cavity (143–145), pharynx (146–149), larynx (161), oesophagus (150) | 545 incident cases (all male) of squamous cell carcinomas taken from the entire population of Swedish men aged 40–79 living in Stockholm or the southern region of Sweden | 641 controls (all male) frequency-matched to cases for age and region | Interviewed by nurses on smoking history, use of oral snuff, alcohol habits and occupational history | Leather dust: All sites; Oral cavity; Pharynx; Larynx; Oesophagus | 16; 3; 5; 5; 3 | 2.1 (0.9–4.9); 2.2 (0.5–8.7); 2.8 (0.8–10.2); 2.1 (0.7–6.6); 2.6 (0.6–10.7) | Matched on age and region. Adjusted for alcohol and smoking |
| Laforest et al. (2000) Population-based France 1989–91 | Larynx (161) and hypopharynx (148) (squamous cell only) | 497 incident (all male) histologically confirmed cases from 15 French hospitals | 296 cancer controls from the same medical environment as cases were matched for age and recruited during 1987–91 in the same or nearby hospitals | Occupational physician interview to collect data on lifetime occupational history. Exposures assessed with a job–exposure matrix | Exposure to leather dust: Never exposed; Ever exposed; Never exposed; Ever exposed | 288; 8; 198; 3 | Larynx; 1.0; 0.9 (0.6–1.3); Hypopharynx; 1.0; 0.8 (0.2–4.1) | Adjusted for age, smoking and alcohol consumption |
| Jöckel et al. (2000) Pooled analysis Germany 1988–93, 1990–96 | Lung (162) | 4184 (3498 men, 868 women) identified during 1988–93 in Bremen, Frankfurt, and during 1990–96 in North Rhine-Westphalia, Rhineland-Palatinate, East Bavaria, the Saarland, Thuringia, and Saxony | 4253 (3541 men, 712 women) population controls matched for sex, age, and region of residence | Interviewed to collect information on job history and occupational exposure | Shoe workers: Men– Ever employed; Exposed; > 0–3 yr; > 3–30 yr; > 30 yr; Women– Ever employed; Exposed; > 0–3 yr; > 3–30 yr; > 30 yr | 63; 18; 33; 12; 13; 7; 6; 0 | 1.6 (1.0–2.5); 0.7 (0.3–1.4); 2.5 (1.2–5.1); 2.8 (0.9–9.2); 2.7 (0.8–8.8); 3.6 (0.4–32.1); 3.0 (0.6–14.5); no data | Adjusted for smoking and asbestos exposure |

IARC MONOGRAPHS – 100C

## Table 2.4 (continued)

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders |
|---|---|---|---|---|---|---|---|---|
| Matos et al. (2000) Hospital-based Argentina 1994–96 | Lung (162) | 199 male patients residents in the city or in the province of Buenos Aires and admitted for treatment in any of four hospitals | 393 controls; two male control subjects hospitalized for conditions unrelated to tobacco use during the same period and residents in the same area, matched by hospital and age (± 5 yr) | Occupational history obtained by interview; occupational exposure assessed by job-exposure matrix | Occupation: leather shoes & repair<br><br>Industry: leather shoes & repair | 8<br><br><br>12 | 1.5 (0.5–4.2)<br><br><br>2.2 (0.8–5.8) | Adjusted for age group, hospital, pack-year and industries with $P < 0.05$ |
| Boffetta et al. (2003) Pooled analysis France Italy, Spain, Switzerland 1980–83 | Larynx (161) and hypopharynx (148) | 1010 male cases with histologically confirmed epidermoid carcinomas from Turin, Varese, Pamplona, Calvados, Zaragoza, and Geneva | 2176 population-based controls from the same centres, chosen census lists, electoral roles, or population registries | Occupational histories collected by interview | Larynx/hypopharynx Shoe makers/repair<br>Shoe finishers<br>Larynx Only<br>Shoe finishers<br>1–10 yr<br>11–20 yr<br>21+ yr | 15<br><br>7<br><br><br>3<br>4<br>0 | 1.2 (0.6–2.6)<br><br>3.2 (0.8–13.9)<br>4.4 (1.0–18.8)<br><br>4.6<br>2.7<br>0.0 | Adjusted for age, centre, alcohol, and smoking |

CI, confidence interval; OR, odds ratio; yr, year or years

**Table 2.5 Case–control studies on cancer of the bladder in shoe workers or workers exposed to leather dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Cole et al. (1972) Population-based Massachusetts, USA | Bladder and lower urinary tract | 461 histologically confirmed cases of transitional or squamous cell carcinoma | 485 controls selected from the same sex and age from residents lists for the area | Lifetime work history collected by interview | Men: leather products | 79 | 2.0 (1.4–2.9) | Age and smoking | |
| | | | | | Finishing & associated | 44 | 2.7 (1.6–4.5) | | |
| | | | | | Contact with finished | 13 | 1.7 (0.9–3.4) | | |
| Silverman et al. (1983) Population-based Detroit, USA 1977–78 | Bladder and lower urinary tract | 303 male, histologically confirmed transitional or squamous cell carcinoma cases identified by 60/61 hospitals in the region | 296 controls selected through random-digit dialling or random selection from Health Care Finance Administration lists selected to be similar in age to cases | Lifetime work history collected by interview | Leather & leather products manufacture & repair | 4 | 0.5 (0.1–1.6) | Unadjusted | |
| | | | | | Shoe repairman and bootblack | 3 | 0.7 (0.2–3.3) | | |
| Schoenberg et al. (1984) Population-based New Jersey, USA 1978–79 | Bladder (188) | 658 male, histologically confirmed carcinoma cases | 1258 controls selected through random-digit dialling or random selection from Health Care Finance Administration lists selected to be similar in age to cases | Lifetime work history collected by interview | Leather worker | 19 | 1.8 (0.9–3.5) | Age and smoking | |
| | | | | | Leather products | 6 | 1.2 (0.4–3.6) | | |
| | | | | | Shoe repair/ bootblack | 9 | 1.9 (0.7–5.1) | | |
| | | | | | Leather materials | 34 | 1.9 (1.1–3.2) | | |

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Marrett et al. (1986) Population-based 10 areas, USA 1978–79 | Bladder | 2982 histologically confirmed carcinoma cases | 5782 controls selected through random-digit dialling or random selection from Health Care Finance Administration lists selected to be similar in age to cases | Lifetime work history collected by interview | Leather dust<br>< 5 yr<br>5–14 yr<br>15+ yr | 42<br>21<br>6<br>13 | 1.4 (0.9–2.1)<br>1.6 (0.9–2.8)<br>0.8 (0.3–1.9)<br>1.4 (0.7–3.0) | Unadjusted | |
| Silverman et al. (1989) Population-based 10 areas, USA 1977–78 | Bladder | 2100 histologically confirmed white male carcinoma cases. 75% of cases were interviewed. | 3874 white male controls selected through random-digit dialling (84% interviewed) or random selection from Health Care Finance Administration lists (83% interviewed) selected to be similar in age to cases | Lifetime work history collected by interview | Leather-processing workers | 13 | 1.2 (0.6–2.7) | Smoking | |
| Schumacher et al. (1989) Population-based Utah, USA 1977–83 | Bladder (188) | 417 (332 men and 85 women) cases identified by the Utah cancer registry | 877 (685 men and 192 women) controls selected by random-digit dialling or randomly from Health Care Finance Administration lists, frequency-matched on sex and age | Lifetime occupational histories obtained by interview | Men: Ever Leather industry<br>< 10 yr<br>≥ 10 yr<br>> 45 yr before diagnosis<br>Men: leather dust<br>Women: leather dust | <br><br><br><br>2<br>1 | 1.4 (0.5–4.0)<br>1.4 (0.5–4.6)<br>1.2 (0.1–13.4)<br>3.0 (0.6–13.8)<br>0.8 (0.1–5.1)<br>2.3 (0.03–179) | Age, smoking, religion, education | Further adjustment for age, area, education and other factors had no effect |

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Siemiatycki et al. (1994) Population-based case-control study Montreal, Canada 1979–86 | Bladder | 484 cases among male residents of the Montreal area | 1879 cancer cases from the same large study (all sites, excluding kidney) and 533 population controls from random-digit dialling | Extensive interview review by exposure assessment team | Leather workers: < 10 yr ≥ 10 yr Shoe makers: < 10 yr ≥ 10 yr Leather dust: Substantial Non-substantial | 12 14 5 1 8 5 | 1.0 (0.5–1.9) 0.7 (0.4–1.3) 2.0 (0.7–5.6) 0.3 (0.0–2.0) 0.7 (0.3–1.5) 0.6 (0.2–1.5) | Age, ethnicity SES, smoking, and coffee consumption | |
| Teschke et al. (1992) Population-based Canada 1990–92 | Bladder (188) | All incident cases (n = 105) with histologically confirmed primary malignant tumours age ≥ 19 yr | Controls (n = 139) selected randomly from 5-yr age and sex strata of provincial voters list; frequency-matched for age and sex | Occupational histories were obtained by interview | Shoe and leather workers | 2 | 0.4 (0.1–2.6) | Age, sex, and smoking | |
| 't Mannetje et al. (1999b) Re-analysis of 11 population-based studies Germany, France, Italy, Greece, Denmark, Spain, 1976–96 | Bladder | 700 incident female cases, age 30–79 yr | 2425 population-based or hospital controls individually or frequency-matched on age group and geographic area | Lifetime occupational history | Shoe makers and leather goods makers | 7 | 0.4 (0.2–1.1) | Age, smoking, and study centre | |

343

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Kogevinas et al. (2003) Re-analysis of 11 population-based studies Germany, France, Italy, Greece, Denmark, Spain, 1976–96 | Bladder | 3346 incident male cases, age 30–79 yr | 6840 population-based or hospital controls individually or frequency-matched on age group and geographic area | Lifetime occupational history | Leather workers | 48 | 1.3 (0.9–1.9) | Age, smoking, and study centre | Authors reported that risks were higher in studies conducted in 1990s vs 1980s |
| Samanic et al. (2008) Hospital-based Spain 1998–2000 | Bladder carcinoma or in situ (1880–1889) (2337) | 1219 incident cases (1067 men, 152 women, 84% participation) from 18 hospitals, age 21–80 yr | 1465 controls (1105 men, 166 women, 88% participation) from the same hospitals with unrelated diseases and matched on sex, age, race/ethnicity, and hospital | Computer Assisted Interview (CAPI) | Leather, tanning and finishing Overall < 10 yr ≥ 10 yr | 28 10 18 | 0.8 (0.4–1.3) 0.9 (0.4–2.2) 0.7 (0.3–1.4) | Age, region, smoking, other high-risk occupation | |

CI, confidence interval; OR, odds ratio; yr, year or years; SES, socioeconomic status

**Table 2.6 Other case–control studies with results for shoe workers or workers exposed to leather dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Mikoczy et al. (1996) Nested case–control study Sweden 1900–89 | Pancreas, lung, soft tissue sarcoma | 68 cases occurred among a cohort of 2487 workers from 3 Swedish tanneries | 178 controls, 3 per case, matched on age and selected using incidence-density sampling from the same cohort | Exposure assigned by an occupational hygienist and long-term employees based on work histories | Leather dust: Pancreas Lung Soft tissue sarcoma | 8 8 NR | 7.2 (1.4–35.9) 0.7 (0.2–2.1) 3.8 (0.3–48.0) | Age, sex, and plant | All 4 pancreas cases & 1/11 controls exposed to vegetable dust No "noteworthy" associations reported for stomach, kidney, or bladder |
| Costantini et al. (2001) Multicentre (12 areas) population-based study Italy 1991–93 | Lymphatic and haematopoietic cancers | Incident cases age 20–74 diagnosed during 1991–93. Composed of 811 male and 639 female NHL cases, 193 male and 172 female Hodgkin disease cases, and 383 male and 269 female leukaemia cases | 1779 controls randomly selected from the general population frequency-matched on sex and age group | Interview at home to collect detailed occupational history and exposure to solvents and pesticides | Shoe makers and leather goods makers: Men– NHL and CLL Hodgkin disease All leukaemia | 30 3 7 | 1.0 (0.5–1.9) 1.2 (0.3–4.0) 0.9 (0.3–2.2) | Age | Detailed results not presented for women |

IARC MONOGRAPHS – 100C

## Table 2.6 (continued)

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | No. of cases | OR (95%CI) | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Terry et al. (2005) Population-based USA & Canada 1986–89 | Leukaemia | 811 incident cases from a multisite study | 637 controls recruited through random-digit dialling with frequency-matching on age, sex, race, and region | Telephone interview to gather information on employment and duration in 27 occupations | Leather/shoe industry or shoe repair (1+ yr) All leukaemia AML | | 0.7 (0.3–1.5) 0.6 (0.3–1.5) | Age, sex, race, region, smoking, education, proxy response | Overall 84% response from cases, 34% from proxies. Overall 66% reponse rate with 13% surrogate respondents |
| Forand (2004) USA 1981–87 | Leukaemia (204–208) | 36 incident cases during 1981–90 among men 65 yr or older, residing in the town of Union and deceased as of August 1997 | 144 controls (all men) were matched by death certificate for year of death and year of birth (± 1 yr) | Occupation and employer determined from death certificates | Employment in boot & shoe industry AML Leukaemia | 13 4 | 1.5 (0.7–3.1) 1.2 (0.3–4.3) | Matching on date of birth and death | |

AML, acute myeloid leukaemia; CI, confidence interval; CLL, chronic lymphocytic leukaemia; NHL, non-hodgkin leukaemia; NR, not reported; OR, odds ratio; yr, year or years

the prevalence of leather work in the source population.]

Results of descriptive studies from the United Kingdom and the Nordic countries are presented in Table 2.1. High relative risks were observed, particularly when presenting results for adenocarcinoma (Acheson et al., 1970a, 1982). Relative risks in more recent studies are somewhat lower, but still significantly elevated (Acheson et al., 1982; Olsen, 1988; Andersen et al., 1999).

A large excess was reported in the pooled English and Florence cohorts, based on 12 and one cases observed, respectively (Fu et al., 1996). The risk of sinonasal cancer was associated with probable exposure to leather dust in the English cohort (Fu et al., 1996), and the excess was reported to be greatest in the finishing area in the earlier report on the English cohort (Pippard & Acheson, 1985). Results for sinonasal cancer were not reported for the Russian and American shoe-manufacturing cohorts (Bulbulyan et al., 1998; Lehman & Hein, 2006). The US cohort study reported there was 'no evidence of any significant level of exposure to leather dust.' No sinonasal cancer cases were reported in any of the three proportionate mortality ratio (PMR) studies. There were 2.2 and 1.9 expected cases in the studies of Decouflé & Walrath (1983) and Walrath et al. (1987), respectively. Expected numbers were not reported for Garabrant & Wegman (1984), see Table 2.2.

Fourteen sinonasal case–control studies and one pooled re-analysis of seven European studies were reviewed. Twelve of the 14 studies observed evidence of an excess of sinonasal cancer, although sometimes based on very small numbers. The largest odds ratios were observed in the Italian studies, with odds ratios in the range of 3.5 (95%CI: 0.6–2.3) (Magnani et al., 1993) to 121 (95%CI: 17.3–844) for heavy leather dust exposure (Merler et al., 1986). In addition, two studies reported an infinite risk (Cecchi et al., 1980 with seven cases and zero controls; Bimbi et al., 1988 with three cases and zero controls).

Excesses were also observed in studies from Sweden (Hardell et al., 1982), Japan (Shimizu et al., 1989), Germany (Bolm-Audorff et al., 1989, 1990), and France (Luce et al., 1992, 1993). The only non-positive studies were from the USA (Brinton et al., 1984) and Canada (Teschke et al., 1997), the only North American studies. The pooled re-analysis of European case–control studies observed increased risks associated with leather dust exposure among both men (OR, 1.9; 95%CI: 1.1–3.4) and women (odds ratio [OR], 2.7; 95%CI: 0.8–9.4), see Table 2.3.

Relative risks (RR) for adenocarcinoma were consistently high in descriptive (Acheson et al., 1970b, 1982) and case–control studies (Cecchi et al., 1980; Merler et al., 1986; Comba et al., 1992a; 't Mannetje et al., 1999a). However, smaller excess risks were also observed in the few cases where squamous cell carcinoma results were presented (Shimizu et al., 1989; Luce et al., 1992, 1993; 't Mannetje et al., 1999a).

In reviewing trends from Northamptonshire, the United Kingdom, Acheson et al. (1982) noted that the majority of cases had been employed in the departments with the most dusty operations, and that they had much higher risk compared to other operatives (RR, 4.5; 95%CI: 2.8–6.8). The retrospective cohort study of workers employed in the British boot and shoe industry also observed the highest risks among workers employed in the jobs with the highest exposure to leather dust (Pippard & Acheson, 1985). This was also observed in the update of the British cohort for the pooled analysis (Fu et al., 1996). An increased risk among workers with the highest leather dust exposure was also observed in case–control studies that reported results for leather dust exposure (Merler et al., 1986; Luce et al., 2002). Most other case–control studies did not provide details regarding leather dust exposure, although Loi et al. (1989) did report that four of five leather workers were milling-machine operators, a group thought to have high leather dust exposure. In a pooled analysis of European

studies 't Mannetje *et al.* (1999a) observed an excess of adenocarcinoma (OR, 3.0; 95%CI: 1.3–6.7) as well as a possible increase for squamous cell carcinoma (OR, 1.5; 95%CI: 0.7–3.0).

## 2.2 Other respiratory cancers

None of the cohort or PMR studies reported results for the pharynx alone (Table 2.2). Among the three US PMR studies, Decouflé & Walrath (1983) and Walrath *et al.* (1987) observed slightly more cases than expected, but Garabrant & Wegman (1984) observed slightly less cases than expected. Tarvainen *et al.* (2008) observed an excess of oral and pharyngeal cancer among shoe makers in Finland based on only two cases. Gustavsson *et al.* (1998) observed an excess risk of squamous cell cancer associated with leather dust for both oral (OR, 2.2; 95%CI: 0.5–8.7) and pharyngeal (OR, 2.8; 95%CI: 0.8–10.2) cancer. Laforest *et al.* (2000) found no association between exposure to leather dust and squamous cell carcinoma of the hypopharynx. Boffetta *et al.* (2003) did not report separate results for the pharynx, but observed an excess of carcinomas of the larynx and hypopharynx among shoe finishers, but not shoe makers or repairers, see Table 2.4.

No excesses of cancer of the larynx were observed in the updated English or Italian cohorts or the three PMR studies (Table 2.2). Results for cancer of the larynx were not reported in the Russian or US cohorts. Gustavsson *et al.* (1998) observed an excess risk of squamous cell carcinoma of the larynx associated with leather dust exposure (OR, 2.1; 95%CI: 0.7–6.6). Laforest *et al.* (2000) found no association (OR, 0.9; 95%CI: 0.6–1.3) between exposure to leather dust and squamous cell carcinoma of the larynx. Boffetta *et al.* (2003) observed an excess of carcinoma of the larynx among shoe finishers (OR, 4.4; 95%CI: 1.0–18.8) that was not associated with duration of employment.

No excesses of lung cancer were observed in the updated English or Italian cohorts (Fu *et al.*, 1996). An excess was observed among men, but not among women in the Russian cohort (Bulbulyan *et al.*, 1998). The excess was limited to workers exposed to non-solvents who were also identified as having potential exposure to leather dust. An excess of lung cancer among both men and women was observed in the US cohort, which was not related to duration of employment (Lehman & Hein, 2006). Using indirect methods, the authors estimated that part, but not all, of the excess could be due to increased smoking rates among blue-collar workers. Although a small, but significant excess of lung cancer was observed among men (PMR, 1.2; *P* < 0.05) in Decouflé & Walrath (1983), no such excess was observed among women in the same study or among either sex in the other two PMR studies. In a pooled analysis of two German case–control studies, an excess risk for lung cancer among both male and female shoe workers was observed (Jöckel *et al.*, 2000). An excess was also observed in a a small Argentine case–control study (Matos *et al.*, 2000).

## 2.3 Leukaemia

Early studies reported in the previous *IARC Monograph* identified an unusually high prevalence of leukaemia and aplastic anaemia among shoe workers exposed to benzene in both Italy and Turkey (Aksoy *et al.*, 1974, 1976; Vigliani, 1976; Vigliani & Forni, 1976; Aksoy & Erdem, 1978). An excess was also identified in the Italian cohort study where benzene exposures were reported to be very high until 1963 when regulations were changed (Paci *et al.*, 1989; Fu *et al.*, 1996). An excess of leukaemia was observed among workers in the Russian cohort compared to the general population, and all five were in the highest solvent-exposed group (Bulbulyan *et al.*, 1998). All five of these cases were employed before 1960 when co-exposure to benzene was possible.

No excess was observed in the updated English cohort (Fu et al., 1996). No excess of leukaemia was observed in the US cohort study (Lehman & Hein 2006). However, benzene was not detected in industrial hygiene surveys for the US study and "company management asserted that benzene had never been present in the solvents used at either of the plants." No excesses were observed in the three US PMR studies. Andersen et al. (1999) also did not observe an excess in the Nordic Census to tumour registry linkage study. More recent case–control studies, including a large, multicentre Italian study with cases diagnosed during 1991–93, have not observed an excess risk for leukaemia associated with employment in the leather industries (Costantini et al., 2001; Forand, 2004; Terry et al., 2005).

## 2.4 Cancer of the bladder

An excess of cancer of the bladder was not observed in the updated British, Italian, or US cohorts (Fu et al., 1996; Lehman & Hein, 2006). A significant excess of cancer of the bladder was observed among women shoe workers (PMR, 2; $P < 0.05$) in Decouflé & Walrath (1983). However, no excess was observed among men. No excess of cancer of the bladder among either sex in another PMR study was found (Walrath et al., 1987). Pukkala et al. (2009) observed a slight excess in the Nordic Census to tumour registry linkage study (SIR, 1.08; 95%CI: 0.98–1.19).

Results for cancer of the bladder from 11 case–control studies are presented in Table 2.5. Two studies, both using broad definitions of leather work, observed strong evidence of an excess risk. Cole et al. (1972) observed an excess risk among leather-product workers. Schoenberg et al. (1984) observed an excess among men working with leather materials. Several studies observed very small excesses associated with leather work. Marrett et al. (1986) found a very weak association associated with leather dust. Schumacher et al. (1989) found very weak evidence of an excess

risk associated with the leather industry, but not with leather dust. Kogevinas et al. (2003) observed a possible small excess among men from 11 European studies in a pooled re-analysis but 't Mannetje et al. (1999b) observed a decreased risk among women from the same studies. Other studies either observed no risk or a decreased risk for cancer of the bladder among leather workers. Silverman et al. (1983) did not observe an excess among either leather products workers or shoe repairers in Detroit, USA. Silverman et al. (1989) did not observe an excess among either leather processing workers from ten regions of the USA. Siemiatycki et al. (1994) and Teschke et al. (1997) found no evidence of an association with leather or shoe work. Samanic et al. (2008) also did not observe an excess for cancer of the bladder associated with leather industry workers in Spain. [The Working Group noted that the results of Silverman et al. (1983) and Marrett et al. (1986) were not adjusted for smoking.]

## 2.5 Other cancers

Excesses of other cancers have been observed in some studies, but no consistent pattern has emerged (Decouflé & Walrath, 1983; Garabrant & Wegman, 1984; Walrath et al., 1987; Mikoczy et al., 1996; Bulbulyan et al., 1998).

## 2.6 Synthesis

There is consistent and strong evidence from both descriptive and case–control studies associating work in the boot and shoe industry with an increased risk of cancer of the nasal cavity and paranasal sinuses. Among those studies with histological classification of the tumours, very large excess risks were observed for sino-nasal adenocarcinoma. When examined in case–control studies, the Brittish cohort study, and case series, this excess appears among workers with the highest leather dust exposure. There

is strong evidence that exposure to leather dust causes cancer of the nasal cavity and paranasal sinuses.

Clusters of leukaemia cases were reported among workers with benzene exposure in the shoe industries of Italy and Turkey in the 1970s. An excess was also observed in an Italian cohort study and among a subgroup of a Russian cohort where benzene exposure was likely to have occurred. A case–control study in Italy did not observe an excess in the industry after changes in industrial practices resulted in large reductions in benzene exposure. Benzene is already recognized as a cause of leukaemia, and is likely to be the explaination of the previous excess observed in the industry.

Several early studies reported an excess risk of bladder cancer among leather workers. Two case–control studies observed an association with the leather industry, but many more recent studies found little or no association with the leather industry when tanning was not considered. For other cancer sites, no consistent pattern of excess risk was observed or too little data was available to adequately assess causality with boot and shoe manufacturing.

## 3. Cancer in Experimental Animals

No data were available to the Working Group.

## 4. Other Relevant Data

See Section 4 of the *Monograph* on Wood Dust in this Volume.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of leather dust. Leather dust causes cancer of the nasal cavity and paranasal sinuses.

No data in experimental animals for the carcinogenicity of leather dust were available to the Working Group.

Leather dust is *carcinogenic to humans (Group 1)*.

## References

Acheson ED (1976). Nasal cancer in the furniture and boot and shoe manufacturing industries. *Prev Med*, 5: 295–315. doi:10.1016/0091-7435(76)90046-3 PMID:935079

Acheson ED, Cowdell RH, Jolles B (1970a). Nasal cancer in the Northamptonshire boot and shoe industry. *Br Med J*, 1: 385–393. doi:10.1136/bmj.1.5693.385 PMID:5434656

Acheson ED, Cowdell RH, Jolles B (1970b). Nasal cancer in the shoe industry. *Br Med J*, 2: 791 doi:10.1136/bmj.2.5712.791 PMID:5428750

Acheson ED, Cowdell RH, Rang EH (1981). Nasal cancer in England and Wales: an occupational survey. *Br J Ind Med*, 38: 218–224. PMID:7272233

Acheson ED, Pippard EC, Winter PD (1982). Nasal cancer in the Northamptonshire boot and shoe industry: is it declining? *Br J Cancer*, 46: 940–946. PMID:7150487

Aksoy M & Erdem S (1978). Followup study on the mortality and the development of leukemia in 44 pancytopenic patients with chronic exposure to benzene. *Blood*, 52: 285–292. PMID:667356

Aksoy M, Erdem S, DinCol G (1974). Leukemia in shoe-workers exposed chronically to benzene. *Blood*, 44: 837–841. PMID:4529630

Aksoy M, Erdem S, Dinçol G (1976). Types of leukemia in chronic benzene poisoning. A study in thirty-four patients. *Acta Haematol*, 55: 65–72. doi:10.1159/000207996 PMID:816144

Andersen A, Barlow L, Engeland A *et al.* (1999). Shoe and leather workers: occupational group 26 in: work-related cancer in the Nordic countries. *Scand J Work Environ Health*, 25: 45–50.

Barbieri PG, Lombardi S, Candela A *et al.* (2005). Epithelial naso-sinusal cancer incidence and the role of work in 100 cases diagnosed in the Province of Brescia

Leather dust

(northern Italy), in the period 1978–2002 *Med Lav*, 96: 42–51. PMID:15847107

Battista G, Comba P, Orsi D *et al.* (1995). Nasal cancer in leather workers: an occupational disease. *J Cancer Res Clin Oncol*, 21: 1–6. doi:10.1007/BF01202722 PMID:7860613

Bimbi P, Battista G, Belli S *et al.* (1988). A case-control study of nasal tumors and occupational exposure *Med Lav*, 79: 280–287. PMID:3068495

Boffetta P, Richiardi L, Berrino F *et al.* (2003). Occupation and larynx and hypopharynx cancer: an international case-control study in France, Italy, Spain, and Switzerland. *Cancer Causes Control*, 14: 203–212. doi:10.1023/A:1023699717598 PMID:12814199

Bolm-Audorff U, Vogel C, Woitowitz HJ (1989). Occupational and environmental risk factors of nasal and nasopharyngeal cancer. [In German]*Staub Reinhalt Luft*, 49: 389–393.

Bolm-Audorff U, Vogel C, Woitowitz HJ (1990). *Occupation and smoking as risk factors in nasal and nasopharyngeal cancer.* In: *Occupational Epidemiology.* Sakurai *et al*, editors. Elsevier Science Publications, pp. 71–74.

Brinton LA, Blot WJ, Becker JA *et al.* (1984). A case-control study of cancers of the nasal cavity and paranasal sinuses. *Am J Epidemiol*, 119: 896–906. PMID:6731431

Bulbulyan MA, Changuina OV, Zaridze DG *et al.* (1998). Cancer mortality among Moscow shoe workers exposed to chloroprene (Russia) *Cancer Causes Control*, 9: 381–387.

Buljan J, Reich G, Ludvik J (2000). *US/RAS/92/120/11–51 Regional Programme for Pollution Control in the Tanning Industry in South-East Asia – Chrome Balance in Leather Processing.* United Nations Industrial Development Organization, pp. 27.

Cecchi F, Buiatti E, Kriebel D *et al.* (1980). Adenocarcinoma of the nose and paranasal sinuses in shoemakers and woodworkers in the province of Florence, Italy (1963–77). *Br J Ind Med*, 37: 222–225. PMID:7426471

Chen MS & Chan A (1999). China's "market economics in command": footwear workers' health in jeopardy. *Int J Health Serv*, 29: 793–811. doi:10.2190/4P4Y-3LYP-P5BX-T22E PMID:10615574

Choussy O, Ferron C, Védrine PO *et al.*GETTEC Study Group. (2008). Adenocarcinoma of Ethmoid: a GETTEC retrospective multicenter study of 418 cases. *Laryngoscope*, 118: 437–443. doi:10.1097/MLG.0b013e31815b48e3 PMID:18176354

Cole P, Hoover R, Friedell GH (1972). Occupation and cancer of the lower urinary tract. *Cancer*, 29: 1250–1260. doi:10.1002/1097-0142(197205)29:5<1250::AID-CNCR2820290518>3.0.CO;2-T PMID:5021618

Comba P, Barbieri PG, Battista G *et al.* (1992b). Cancer of the nose and paranasal sinuses in the metal industry: a case-control study. *Br J Ind Med*, 49: 193–196. PMID:1554616

Comba P, Battista G, Belli S *et al.* (1992a). A case-control study of cancer of the nose and paranasal sinuses and occupational exposures. *Am J Ind Med*, 22: 511–520. doi:10.1002/ajim.4700220404 PMID:1442786

Costantini AS, Miligi L, Kriebel D *et al.* (2001). A multi-center case-control study in Italy on hematolymphopoietic neoplasms and occupation. *Epidemiology*, 12: 78–87. doi:10.1097/00001648-200101000-00014 PMID:11138825

Decouflé P & Walrath J (1983). Proportionate mortality among US shoeworkers, 1966–1977. *Am J Ind Med*, 4: 523–532. doi:10.1002/ajim.4700040406 PMID:6869377

Forand SP (2004). Leukaemia incidence among workers in the shoe and boot manufacturing industry: a case-control study. *Environ Health*, 3: 7 doi:10.1186/1476-069X-3-7 PMID:15339334

Fu H, Demers PA, Costantini AS *et al.* (1996). Cancer mortality among shoe manufacturing workers: an analysis of two cohorts. *Occup Environ Med*, 53: 394–398. doi:10.1136/oem.53.6.394 PMID:8758034

Garabrant DH & Wegman DH (1984). Cancer mortality among shoe and leather workers in Massachusetts. *Am J Ind Med*, 5: 303–314. doi:10.1002/ajim.4700050407 PMID:6720693

Gustavsson P, Jakobsson R, Johansson H *et al.* (1998). Occupational exposures and squamous cell carcinoma of the oral cavity, pharynx, larynx, and oesophagus: a case-control study in Sweden. *Occup Environ Med*, 55: 393–400. doi:10.1136/oem.55.6.393 PMID:9764099

Hansen MB, Rydin S, Menne T, Duus Johansen J (2002). Quantitative aspects of contact allergy to chromium and exposure to chrome-tanned leather *Contact Dermat*, 47: 127–134. doi:10.1034/j.1600-0536.2002.470301.x

Hardell L, Johansson B, Axelson O (1982). Epidemiological study of nasal and nasopharyngeal cancer and their relation to phenoxy acid or chlorophenol exposure. *Am J Ind Med*, 3: 247–257. doi:10.1002/ajim.4700030304 PMID:6303119

Hayes RB, Gerin M, Raatgever JW, de Bruyn A (1986). Wood-related occupations, wood dust exposure, and sinonasal cancer. *Am J Epidemiol*, 124: 569–577. PMID:3752051

IARC (1981). Wood, leather and some associated industries. Lyon, 3–10 June 1980. *IARC Monogr Eval Carcinog Risk Chem Hum*, 25: 1–379. PMID:6939655

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

International Labour Office (2004) *Yearbook of labour statistics 2004*, Geneva.

Jöckel KH, Pohlabeln H, Bolm-Audorff U *et al.* (2000). Lung cancer risk of workers in shoe manufacture and repair. *Am J Ind Med*, 37: 575–580. doi:10.1002/(SICI)1097-0274(200006)37:6<575::AID-AJIM1>3.0.CO;2-F PMID:10797500

IARC MONOGRAPHS – 100C

Kogevinas M, 't Mannetje A, Cordier S et al. (2003). Occupation and bladder cancer among men in Western Europe. Cancer Causes Control, 14: 907–914. doi:10.1023/B:CACO.0000007962.19066.9c PMID:14750529

Laforest L, Luce D, Goldberg P et al. (2000). Laryngeal and hypopharyngeal cancers and occupational exposure to formaldehyde and various dusts: a case-control study in France. Occup Environ Med, 57: 767–773. doi:10.1136/oem.57.11.767 PMID:11024201

Lehman EJ & Hein MJ (2006). Mortality of workers employed in shoe manufacturing: an update. Am J Ind Med, 49: 535–546. doi:10.1002/ajim.20322 PMID:16732556

Loi AM, Amram DL, Bramanti L et al. (1989). Nasal cancer and exposure to wood and leather dust. A case-control study in Pisa area. J Exp Clin Cancer Res, 8: 13–19.

Luce D, Gérin M, Leclerc A et al. (1993). Sinonasal cancer and occupational exposure to formaldehyde and other substances. Int J Cancer, 53: 224–231. doi:10.1002/ijc.2910530209 PMID:8425759

Luce D, Leclerc A, Bégin D et al. (2002). Sinonasal cancer and occupational exposures: a pooled analysis of 12 case-control studies. Cancer Causes Control, 13: 147–157. doi:10.1023/A:1014350004255 PMID:11936821

Luce D, Leclerc A, Morcet JF et al. (1992). Occupational risk factors for sinonasal cancer: a case-control study in France. Am J Ind Med, 21: 163–175. doi:10.1002/ajim.4700210206 PMID:1536152

Magnani C, Comba P, Ferraris F et al. (1993). A case-control study of carcinomas of the nose and paranasal sinuses in the woolen textile manufacturing industry. Arch Environ Health, 48: 94–97. PMID:8476310

Markkanen P & Levenstein C (2004). New points of production: homework and shoemaking in Asia. New Solut, 14: 301–318. PMID:17208819

Marrett LD, Hartge P, Meigs JW (1986). Bladder cancer and occupational exposure to leather. Br J Ind Med, 43: 96–100. PMID:3947575

Matos EL, Vilensky M, Mirabelli D, Boffetta P (2000). Occupational exposures and lung cancer in Buenos Aires, Argentina. J Occup Environ Med, 42: 653–659. doi:10.1097/00043764-200006000-00017 PMID:10874659

Merler E, Baldasseroni A, Laria R et al. (1986). On the causal association between exposure to leather dust and nasal cancer: further evidence from a case-control study. Br J Ind Med, 43: 91–95. PMID:3947574

Mikoczy Z, Schütz A, Strömberg U, Hagmar L (1996). Cancer incidence and specific occupational exposures in the Swedish leather tanning industry: a cohort based case-control study. Occup Environ Med, 53: 463–467. doi:10.1136/oem.53.7.463 PMID:8704870

Olsen JH (1988). Occupational risks of sinonasal cancer in Denmark. Br J Ind Med, 45: 329–335. PMID:3378013

Paci E, Buiatti E, Seniori Costantini AS et al. (1989). Aplastic anemia, leukemia and other cancer mortality

in a cohort of shoe workers exposed to benzene. Scand J Work Environ Health, 15: 313–318. PMID:2799316

Pippard EC & Acheson ED (1985). The mortality of boot and shoe makers, with special reference to cancer. Scand J Work Environ Health, 11: 249–255. PMID:4059888

Pukkala E, Martinsen JI, Lynge E et al. (2009). Occupation and cancer - follow-up of 15 million people in five Nordic countries. Acta Oncol, 48: 646–790. doi:10.1080/02841860902913546 PMID:19925375

Samanic CM, Kogevinas M, Silverman DT et al. (2008). Occupation and bladder cancer in a hospital-based case-control study in Spain. Occup Environ Med, 65: 347–353. doi:10.1136/oem.2007.035816 PMID:17951336

Schoenberg JB, Stemhagen A, Mogielnicki AP et al. (1984). Case-control study of bladder cancer in New Jersey. I. Occupational exposures in white males. J Natl Cancer Inst, 72: 973–981. PMID:6585596

Schumacher MC, Slattery ML, West DW (1989). Occupation and bladder cancer in Utah. Am J Ind Med, 16: 89–102. doi:10.1002/ajim.4700160110 PMID:2750753

Seniori Costantini A, Quinn M, Consonni D, Zappa M (2003). Exposure to benzene and risk of leukemia among shoe factory workers. Scand J Work Environ Health, 29: 51–59. PMID:12630436

Shimizu H, Hozawa J, Saito H et al. (1989). Chronic sinusitis and woodworking as risk factors for cancer of the maxillary sinus in northeast Japan. Laryngoscope, 99: 58–61. doi:10.1288/00005537-198901000-00011 PMID:2909822

Siemiatycki J, Dewar R, Nadon L, Gérin M (1994). Occupational risk factors for bladder cancer: results from a case-control study in Montreal, Quebec, Canada. Am J Epidemiol, 140: 1061–1080. PMID:7998589

Silverman DT, Hoover RN, Albert S, Graff KM (1983). Occupation and cancer of the lower urinary tract in Detroit. J Natl Cancer Inst, 70: 237–245. PMID:6571931

Silverman DT, Levin LI, Hoover RN, Hartge P (1989). Occupational risks of bladder cancer in the United States: I. White men. J Natl Cancer Inst, 81: 1472–1480. doi:10.1093/jnci/81.19.1472 PMID:2778834

Stroszejn-Mrowca G & Szadkowska-Stańczyk I (2003). Exposure to dust and its particle size distribution in shoe manufacture and repair workplaces measured with GRIMM laser dust monitor. Int J Occup Med Environ Health, 16: 321–328. PMID:14964641

't Mannetje A, Kogevinas M, Chang-Claude J et al. (1999b). Occupation and bladder cancer in European women. Cancer Causes Control, 10: 209–217. PMID:10454066.

't Mannetje A, Kogevinas M, Luce D et al. (1999a). Sinonasal cancer, occupation, and tobacco smoking in European women and men. Am J Ind Med, 36: 101–107. PMID:10361593.

Tarvainen L, Kyyrönen P, Kauppinen T, Pukkala E (2008). Cancer of the mouth and pharynx, occupation and exposure to chemical agents in Finland [in 1971–95

*Int J Cancer*, 123: 653–659. doi:10.1002/ijc.23286 PMID:18470913

Terry PD, Shore DL, Rauscher GH, Sandler DP (2005). Occupation, hobbies, and acute leukemia in adults. *Leuk Res*, 29: 1117–1130. doi:10.1016/j.leukres.2005.03.002 PMID:16111530

Teschke K, Morgan MS, Checkoway H *et al.* (1997). Surveillance of nasal and bladder cancer to locate sources of exposure to occupational carcinogens. *Occup Environ Med*, 54: 443–451. doi:10.1136/oem.54.6.443 PMID:9245952

Uuklainen SO, Heikkilä PR, Olkinuora PS, Kiilunen M (2002). Self-reported occupational health hazards and measured exposures to airborne impurities and noise in shoe repair work. *Int J Occup Environ Health*, 8: 320–327. PMID:12412849

Vachayil J (2007) In The Financial Express.

Vasama-Neuvonen K, Pukkala E, Paakkulainen H *et al.* (1999). Ovarian cancer and occupational exposures in Finland. *Am J Ind Med*, 36: 83–89. doi:10.1002/(SICI)1097-0274(199907)36:1<83::AID-AJIM12>3.0.CO;2-Q PMID:10361591

Vermeulen R, Lan Q, Li G *et al.* (2006). Assessment of dermal exposure to benzene and toluene in shoe manufacturing by activated carbon cloth patches. *J Environ Monit*, 8: 1143–1148. doi:10.1039/b608076f PMID:17075621

Vigliani EC (1976). Leukemia associated with benzene exposure. *Ann N Y Acad Sci*, 271: 143–151. doi:10.1111/j.1749-6632.1976.tb23103.x PMID:1069497

Vigliani EC & Forni A (1976). Benzene and leukemia. *Environ Res*, 11: 122–127. doi:10.1016/0013-9351(76)90115-8 PMID:767102

Walker JT, Bloom TF, Stern FB *et al.* (1993). Mortality of workers employed in shoe manufacturing. *Scand J Work Environ Health*, 19: 89–95. PMID:8316784

Walrath J, Decouflé P, Thomas TL (1987). Mortality among workers in a shoe manufacturing company. *Am J Ind Med*, 12: 615–623. doi:10.1002/ajim.4700120514 PMID:3687954

Wang L, Zhou Y, Liang Y *et al.* (2006). Benzene exposure in the shoemaking industry in China, a literature survey, 1978–2004. *Regul Toxicol Pharmacol*, 46: 149–156. doi:10.1016/j.yrtph.2006.06.009 PMID:16989927

Zaridze D, Bulbulyan M, Changuina O *et al.* (2001). Cohort studies of chloroprene-exposed workers in Russia. *Chem Biol Interact*, 135–136: 487–503. doi:10.1016/S0009-2797(01)00184-3 PMID:11397408

# SILICA DUST, CRYSTALLINE, IN THE FORM OF QUARTZ OR CRISTOBALITE

Silica was considered by previous IARC Working Groups in 1986, 1987, and 1996 (IARC, 1987a, b, 1997). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

Silica, or silicon dioxide ($SiO_2$), is a group IV metal oxide, which naturally occurs in both crystalline and amorphous forms (i.e. polymorphic; NTP, 2005). The various forms of crystalline silica are: α-quartz, β-quartz, α-tridymite, β-tridymite, α-cristobalite, β-cristobalite, keatite, coesite, stishovite, and moganite (NIOSH, 2002). The most abundant form of silica is α-quartz, and the term quartz is often used in place of the general term crystalline silica (NIOSH, 2002).

## 1.1 Identification of the agent

α-Quartz is the thermodynamically stable form of crystalline silica in ambient conditions. The overwhelming majority of natural crystalline silica exists as α-quartz. The other forms exist in a metastable state. The nomenclature used is that of α for a lower-temperature phase, and β for a higher-temperature phase. Other notations exist and the prefixes low- and high- are also used (IARC, 1997). The classification and nomenclature of silica forms are summarized in Table 1.1. For more detailed information, refer to the previous *IARC Monograph* (IARC, 1997).

## 1.2 Chemical and physical properties of the agent

Selected chemical and physical properties of silica and certain crystalline polymorphs are summarized in Table 1.1. For a detailed discussion of the crystalline structure and morphology of silica particulates, and corresponding physical properties and domains of thermodynamic stability, refer to the previous *IARC Monograph* (IARC, 1997).

## 1.3 Use of the agent

The physical and chemical properties of silica make it suitable for many uses. Most silica in commercial use is obtained from naturally occurring sources, and is categorized by end-use or industry (IARC, 1997; NTP, 2005). The three predominant commercial silica product categories are: sand and gravel, quartz crystals, and diatomites.

IARC MONOGRAPHS – 100C

**Table 1.1 Nomenclature, CAS numbers, and classification of silica forms with selected physical and chemical properties**

| Name | CAS No. | Basic Formula | Classification | Synonyms | Properties |
|---|---|---|---|---|---|
| Silica | 7631-86-9 | $SiO_2$ | α-quartz, β-quartz; α-tridymite, β1-tridymite, β2-tridymite; α-cristobalite, β-cristobalite; coesite; stishovite; moganite | | <u>Structure</u>: crystalline, amorphous, cryptocrystalline <br> <u>Molecular weight</u>: 60.1 <br> <u>Solubility</u>: poorly soluble in water at 20 °C and most acids; increases with temperature and pH <br> <u>Reactivity</u>: reacts with alkaline aqueous solutions, with hydrofluoric acid (to produce silicon tetrafluoride gas), and catechol |
| **Crystalline Silica** | | | | | |
| Cristobalite | 14464-46-1 | | α-cristobalite, β-cristobalite | | |
| Quartz | 14808-60-7 | | α-quartz, β-quartz | <u>α-quartz</u>: agate; chalcedony; chert; flint; jasper; novaculite; quartzite; sandstone; silica sand; tripoli | <u>Solubility</u>: 6–11 µg/cm³ (6–11 ppm) at room temperature; slightly soluble in body fluids <br> <u>Thermodynamic properties</u>: melts to a glass; coefficient of expansion by heat— lowest of any known substance |
| Tripoli | 1317-95-9 | | | | |
| Tridymite | 15468-32-3 | | α-tridymite, β1-tridymite, β2-tridymite | | |

From IARC, 1997; NIOSH, 2002; NTP, 2005

## 1.3.1  Sand and gravel

Although silica sand has been used for many different purposes throughout history, its most ancient and principal use has been in the manufacture of glass (e.g. containers, flat plate and window, and fibreglass). Sands are used in ceramics (e.g. pottery, brick, and tile), foundry (e.g. moulding and core, refractory), abrasive (e.g. blasting, scouring cleansers, sawing and sanding), hydraulic fracturing applications, and many other uses. Several uses require the material to be ground (e.g. scouring cleansers, some types of fibreglass, certain foundry applications). In some uses (e.g. sandblasting, abrasives), grinding also occurs during use. For a more complete list of end-uses, refer to Table 8 of the previous *IARC Monograph* (IARC, 1997).

According to the US Geological Survey, world production in 2008 was estimated to be 121 million metric tons (Dolley, 2009). The leading producers were the USA (30.4 million metric tons), Italy (13.8 million metric tons), Germany (8.2 million metric tons), the United Kingdom (5.6 million metric tons), Australia (5.3 million metric tons), France (5 million metric tons), Spain (5 million metric tons), and Japan (4.5 million metric tons).

Silica dust, crystalline (quartz or crystobalite)

### 1.3.2 Quartz crystals

Quartz has been used for several thousand years in jewellery as a gem stone (e.g. amethyst, citrine), and is used extensively in both the electronics and optical components industries. Electronic-grade quartz is used in electronic circuits, and optical-grade quartz is used in windows, and other specialized devices (e.g. lasers) (IARC, 1997).

### 1.3.3 Diatomites

Diatomites are used in filtration, as fillers (in paint, paper, synthetic rubber goods, laboratory absorbents, anti-caking agents, and scouring powders), and as carriers for pesticides. They impart abrasiveness to polishes, flow and colour qualities to paints, and reinforcement to paper. Other uses include: insulators, absorption agents, scourer in polishes and cleaners, catalyst supports, and packing material (IARC, 1997).

According to the US Geological Survey, world production in 2008 was estimated to be 2.2 million metric tons. The USA accounted for 35% of total world production, followed by the People's Republic of China (20%), Denmark (11%), Japan (5%), Mexico (4%), and France (3%) (Crangle, 2009).

## 1.4 Environmental occurrence

Keatite, coesite, stishovite, and moganite are rarely found in nature. The most commonly occurring polymorphs are quartz, cristobalite and tridymite, which are found in rocks and soil. These forms of silica can be released to the environment via both natural and anthropogenic sources (e.g. foundry processes, brick and ceramics manufacturing, silicon carbide production, burning of agricultural waste or products, or calcining of diatomaceous earth). Some of these anthropogenic activities may cause transformation of one polymorph into another (NIOSH, 2002).

### 1.4.1 Natural occurrence

α-Quartz is found in trace to major amounts in most rock types (e.g. igneous, sedimentary, metamorphic, argillaceous), sands, and soils. The average quartz composition of major igneous and sedimentary rocks is summarized in Table 10 of the previous *IARC Monograph* (IARC, 1997). Quartz is a major component of soils, composing 90–95% of all sand and silt fractions in a soil. It is the primary matrix mineral in the metalliferous veins of ore deposits, and can also be found in semiprecious stones, such as amethyst, citrine, smoky quartz, morion, and tiger's eye (IARC, 1997).

Crystalline tridymite and cristobalite are found in acid volcanic rocks. Cristobalite also occurs in some bentonite clays, and as traces in diatomite. Although rarely found in nature, coesite and stishovite have been found in rocks that equilibrated in short-lived high-pressure environments (e.g. meteoritic impact craters), and keatite has been found in high-altitude atmospheric dusts, which are believed to originate from volcanic sources (IARC, 1997).

For a more detailed description of the natural occurrence of crystalline silica and its polymorphs in air, water and soil, refer to the previous *IARC Monograph* (IARC, 1997).

## 1.5 Human exposure

### 1.5.1 Exposure of the general population

Inhalation of crystalline silica during the use of commercial products containing quartz is thought to be the primary route of exposure for the non-occupationally exposed (i.e. general) population. Commercial products containing quartz include: cleansers, cosmetics, art clays and glazes, pet litter, talcum powder, caulk, putty, paint, and mortar. No quantitative data on potential levels of exposurem during the use of these products were available at the time of

357

IARC MONOGRAPHS – 100C

writing (WHO, 2000). The general population may also be exposed via ingestion of potable water containing quartz particles; however, quantitative data on concentrations of quartz in potable or other forms of drinking-water were again not available (IARC, 1997; WHO, 2000).

### 1.5.2 Occupational exposure

Because of the extensive natural occurrence of crystalline silica in the earth's crust and the wide uses of the materials in which it is a constituent, workers may be exposed to crystalline silica in a large variety of industries and occupations (IARC, 1997). Table 1.2 lists the main industries and activities in which workers could be exposed to crystalline silica. Included in this table are activities that involve the movement of earth (e.g. mining, farming, construction, quarrying), disturbance of silica-containing products (e.g. demolition of masonry and concrete), handling or use of sand- and other silica-containing products (e.g. foundry processes, such as casting, furnace installation and repair; abrasive blasting; production of glass, ceramics, abrasives, cement, etc.).

Estimates of the number of workers potentially exposed to respirable crystalline silica have been developed by the National Institute of Occupational Safety and Health (NIOSH) in the USA and by CAREX (CARcinogen EXposure) in Europe. Based on the National Occupational Exposure Survey (NOES), conducted during 1981–83, and the *County Business Patterns 1986*, NIOSH estimated that about 1.7 million US workers were potentially exposed to respirable crystalline silica (NIOSH, 2002). Based on occupational exposure to known and suspected carcinogens collected during 1990–93, the CAREX database estimates that more than 3.2 million workers in the then 15 Member States of the European Union during 1990–93 were considered as occupationally exposed to respirable crystalline silica above background

level (Kauppinen *et al.*, 2000). Nearly 87% of these workers were employed in 'construction' (*n* = 2080000), 'manufacture of other non-metallic mineral products' (*n* = 191000), 'other mining' (*n* = 132000), 'manufacture of pottery, china and earthenware' (*n* = 96000), 'manufacture of machinery except electrical' (*n* = 78000), 'iron and steel basic industries' (*n* = 68000), 'manufacture of fabricated metal products, except machinery and equipment' (*n* = 68000), and 'metal ore mining' (*n* = 55000). The countries with the highest number of potentially exposed workers were: Germany (1 million workers), the United Kingdom (580000 workers), Spain (400000 workers), Italy (250000 workers), the Netherlands (170000 workers), France (110000 workers), and Austria (100000 workers) (Kauppinen *et al.*, 2000; Mirabelli & Kauppinen, 2005; Scarselli *et al.*, 2008).

For representative data in the main industries where quantitative exposure levels were available in the published literature and/or where major occupational health studies had been conducted, refer to the previous *IARC Monograph* (IARC, 1997). These main industries include mines and quarries, foundries and other metallurgical operations, ceramics and related industries, construction, granite, crushed stone and related industries, sandblasting of metal surfaces, agriculture, and miscellaneous other operations (IARC, 1997). Data from studies and reviews on crystalline silica exposure published since the previous *IARC Monograph* are summarized below.

### (a)  Levels of occupational exposure

To estimate the number of US workers potentially exposed to high levels of crystalline silica and to examine trends in exposure over time, Yassin *et al.* (2005) analysed data contained in the OSHA Integrated Management Information System (IMIS) database. After exclusion of duplicate bulk and area samples, a total of 7209 personal sample measurements collected during

Silica dust, crystalline (quartz or crystobalite)

**Table 1.2 Main activities in which workers may be exposed to crystalline silica**

| Industry/activity | Specific operation/task | Source material |
|---|---|---|
| Agriculture | Ploughing, harvesting, use of machinery | Soil |
| Mining and related milling operations | Most occupations (underground, surface, mill) and mines (metal and non-metal, coal) | Ores and associated rock |
| Quarrying and related milling operations | Crushing stone, sand and gravel processing, monumental stone cutting and abrasive blasting, slate work, diatomite calcination | Sandstone, granite, flint, sand, gravel, slate, diatomaceous earth |
| Construction | Abrasive blasting of structures, buildings | Sand, concrete |
| | Highway and tunnel construction | Rock |
| | Excavation and earth-moving | Soil and rock |
| | Masonry, concrete work, demolition | Concrete, mortar, plaster |
| Glass, including fibreglass | Raw material processing | Sand, crushed quartz |
| | Refractory installation and repair | Refractory materials |
| Cement | Raw materials processing | Clay, sand, limestone, diatomaceous earth |
| Abrasives | Silicon carbide production | Sand |
| | Abrasive products fabrication | Tripoli, sandstone |
| Ceramics, including bricks, tiles, sanitary ware, porcelain, pottery, refractories, vitreous enamels | Mixing, moulding, glaze or enamel spraying, finishing | Clay, shale, flint, sand, quartzite, diatomaceous earth |
| Iron and steel mills | Refractory preparation and furnace repair | Refractory material |
| Silicon and ferro-silicon | Raw materials handling | Sand |
| Foundries (ferrous and non-ferrous) | Casting, shaking out | Sand |
| | Abrasive blasting, fettling | Sand |
| | Furnace installation and repair | Refractory material |
| Metal products including structural metal, machinery, transportation equipment | Abrasive blasting | Sand |
| Shipbuilding and repair | Abrasive blasting | Sand |
| Rubber and plastics | Raw material handling | Fillers (tripoli, diatomaceous earth) |
| Paint | Raw materials handling | Fillers (tripoli, diatomaceous earth, silica flour) |
| Soaps and cosmetics | Abrasive soaps, scouring powders | Silica flour |
| Asphalt and roofing felt | Filling and granule application | Sand and aggregate, diatomaceous earth |
| Agricultural chemicals | Raw material crushing, handling | Phosphate ores and rock |
| Jewellery | Cutting, grinding, polishing, buffing | Semiprecious gems or stones, abrasives |
| Dental material | Sandblasting, polishing | Sand, abrasives |
| Automobile repair | Abrasive blasting | Sand |
| Boiler scaling | Coal-fired boilers | Ash and concretions |

From IARC, 1997

2512 OSHA inspections during 1988–2003 were analysed. The findings suggest that geometric mean crystalline silica exposure levels declined in some high-risk construction industries during the period under study, and revealed a significant decline when compared with silica exposure levels found in a previous study by Stewart & Rice (1990). Geometric mean airborne silica exposure levels among workers in the following industries were significantly lower in 1988–2003

than in 1979–87: general contractor industry (0.057 mg/m³ versus 0.354 mg/m³), bridge-tunnel construction industry (0.069 mg/m³ versus 0.383 mg/m³), and stonework masonry industry (0.065 mg/m³ versus 0.619 mg/m³). Silica exposures in the grey-iron industry also declined by up to 54% for some occupations (e.g. the geometric mean for "furnace operators" in 1979–87 was 0.142 mg/m³ versus 0.066 mg/m³ in 1988–2003. [The Working Group noted that exposure levels may not have decreased globally.]

Table 1.3 presents the more recent studies that assessed the levels of respirable crystalline silica in a range of industries and countries. Other recent exposure studies that did not measure the respirable crystalline silica components are presented below.

### (b) Mines

As part of a cohort mortality study follow-up in four tin mines in China, Chen et al. (2006) developed quantitative exposure estimates of silica mixed dust. Workers in the original cohort were followed up from the beginning of 1972 to the end of 1994. Cumulative exposure estimates were calculated for each worker using their mine employment records and industrial hygiene measurements of airborne total dust, particle size, and free silica content collected since the 1950s. Total dust concentrations of the main job titles exposed were found to have declined from about 10–25 mg/m³ in the beginning of the 1950s to about 1–4 mg/m³ in the 1980s and 1990s. The respirable fraction of total dust was estimated to be 25 ± 4%, and the respirable crystalline silica concentration was estimated to be 4.3% of the total mixed mine dust

Tse et al. (2007) conducted a cross-sectional study to investigate the prevalence of accelerated silicosis among 574 gold miners in Jiangxi, China. Using occupational hygiene data abstracted from government documents and bulk dust data from a study in another gold mine in the region, the estimated mean concentration of respirable

silica dust were reported as 89.5 mg/m³ (range, 70.2–108.8 mg/m³). According to government documents, the total dust concentration in underground gold mining was in the range of 102.6–159 mg/m³ (average, 130.8 mg/m³), and the fraction of silica in total dust was around 75.7–76.1%. No data on the proportion of respirable dust were available.

To determine dose–response relationships between exposure to respirable dust and respiratory health outcomes, Naidoo et al. (2006) used historical data (n = 3645) and current measurements (n = 441) to characterize exposure to respirable coal mine dust in three South African coal mines. Jobs were classified into the following exposure zones: face (directly involved with coal extraction), underground backbye (away from the coal mining face), and work on the surface. Based on the 8-hour full-shift samples collected respectively, mean respirable dust concentrations in Mines 1, 2, and 3, were as follows: 0.91 mg/m³ (GSD, 3.39; mean silica content, 2.3%; n = 47), 1.28 mg/m³ (GSD, 2.11; mean silica content, 1.4%; n = 63), and 1.90 mg/m³ (GSD, 2.23; mean silica content, 2.7%; n = 73) at the face; 0.48 mg/m³ (GSD, 2.97; mean silica content, 1.48%; n = 30), 0.56 mg/m³ (GSD, 3.71; mean silica content, 1.35%; n = 47), and 0.52 mg/m³ (GSD, 4.06; mean silica content, 0.9%; n = 41) in the backbye zone; and, 0.31 mg/m³ (GSD, 3.52; mean silica content, 0.95%; n = 8), 0.15 mg/m³ (GSD, 3.56; n = 6), and 0.24 mg/m³ (GSD, 7.69; mean silica content, 0.64%; n = 11) in the surface zone. Based on the historical data, overall geometric mean dust levels were 0.9 mg/m³ (GSD, 4.9), 1.3 mg/m³ (GSD, 3.3), and 0.5 mg/m³ (GSD, 5.6) for Mines 1, 2, and 3, respectively.

### (c) Granite-quarrying and -processing, crushed stone, and related industries

Bahrami et al. (2008) described the personal exposure to respirable dust and respirable quartz in stone-crushing units located in western Islamic Republic of Iran. A total of 40 personal samples

Silica dust, crystalline (quartz or crystobalite)

**Table 1.3 Respirable crystalline silica concentrations in various industries worldwide**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| **Mines** | | | | |
| Hayumbu et al. (2008), copper mines, the Zambia | | Arithmetic mean (SD; range) | | Cross-sectional dust exposure assessment; bulk and personal respirable samples; NIOSH method 0600 for gravimetric analysis of respirable dust; NIOSH method 7500 for quartz analysis of bulk and respirable samples; mean personal sampling time: 307 minutes (Mine 1) and 312 minutes (Mine 2) |
| | Mine 1 | 0.14 (0.2; 0–1.3) | 101 | |
| | Mine 2 | 0.06 (0.06; 0–0.3) | 102 | |
| Weeks & Rose (2006), metal and non-metal mines, USA, 1998–2002 | | Arithmetic mean (GM) | | Mine Safety and Health Administration compliance data from 4726 mines; 8-hour full-shift personal air samples; gravimetric analysis of respirable dust; NIOSH method 7500 for silica analysis; arithmetic and geometric mean exposure calculated and classified by occupation, mine, and state |
| | Strip and open pit mines | 0.047 (0.027) | 13702 | |
| | Mills or preparation plants | 0.045 (0.027) | 1145 | |
| | Underground mines | 0.050 (0.029) | 1360 | |
| | Overall | 0.047 (0.027) | 16207 | |
| Bråtveit et al. (2003) underground small-scale mining, United Republic of Tanzania, 2001 | | Geometric mean (GSD) | | Personal dust sampling (respirable and total dust) on 3 consecutive day shifts; sampling time varied between 5 and 8 hours; gravimetric analysis of respirable and total dust; NIOSH method 7500 for silica analysis |
| | Drilling, blasting, and shovelling | 2.0 (1.7) | 6 | |
| | Shovelling and loading of sacks | 1.0 (1.5) | 3 | |
| | Overall | 1.6 (1.8) | 9 | |
| Park et al. (2002) diatomaceous earth mining and milling, California, USA, 1942–94 | Mines and mills | Arithmetic mean 0.29 Cumulative exposure (mg/m³-yr) 2.16 | NR | Re-analysis of data from a cohort of 2342 California diatomaceous earth workers; mean concentration of respirable crystalline silica averaged over years of employment of cohort; crystalline silica content of bulk samples varied from 1–25%, and depended on process location |
| Mamuya et al. (2006) underground coal mining, United Republic of Tanzania; June–August 2003 and July–August 2004 | | Geometric mean (GSD) | | Personal dust samples collected during two periods in 2003 and 2004; 134 respirable dust samples collected and analysed gravimetrically; 125 samples analysed for quartz using NIOSH method 7500 |
| | Development team | 0.073 (11.1) | 56 | |
| | Mine team | 0.013 (2.97) | 45 | |
| | Transport team | 0.006 (1.84) | 11 | |
| | Maintenance team | 0.016 (11.05) | 13 | |
| | Overall | 0.027 (8.18) | 125 | |

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| **Granite-quarrying and -processing, crushed stone, and related industries** | | | | |
| Wickman & Middendorf (2002) Granite–quarrying, Georgia, USA; May 1993–February 1994 | Granite sheds | Arithmetic mean (SD) 0.052 (0.047) | 40 | Exposure assessment surveys in 10 granite sheds to measure compliance; full-shift respirable dust samples in workers' breathing zone and area samples; gravimetric analysis of respirable dust; crystalline silica analysis using OSHA ID 142; TWA exposures calculated |
| Brown & Rushton (2005a) Industrial silica sand, United Kingdom, 1978–2000 | Quarries | Unadjusted geometric mean (GSD) 0.09 (3.9) | 2429 (personal) 583 (static) | Samples collected by companies as part of routine monitoring programme; gravimetric analysis; silica content measured by Fourier transform infrared spectrophotometry until 1997 and by X-ray diffraction thereafter; personal and static measurements combined into one data set |
| Gottesfeld et al. (2008) Stone–crushing mills, India, 2003 (initial phase), 2006 and 2007 (post-implementation of engineering controls) | Prior to water-spray controls (2003) | Arithmetic mean (SD) Cristobalite, 0.09 (0.08) Quartz, 0.25 (0.12) | [5] [5] | Bulk and personal air samples collected; silica analysis using NIOSH method 7500; NIOSH method 0500 for respirable particulates used in 2003 |
| | After water-spray controls Monsoon season (winter 2007) | Cristobalite, 0.02 (0.01) Quartz, 0.01 (0.01) | [18] [18] | |
| | Dry season (summer 2006) | Cristobalite, 0.03 (0.03) Quartz, 0.06 (0.12( | [27] [27] | |
| Yingratanasuk et al. (2002) Stone carvers, Thailand, 1999–2000 | Carvers (Site 1) Pestle makers (Site 1) Mortar makers (Site 2) Mortar makers (Site 3) | Arithmetic mean 0.22 0.05 0.05 0.88 | 148 (total number of samples) | Cross-sectional study design; full-shift (8-hour) personal dust samples; respirable dust analysed gravimetrically; silica analysis by infrared spectrophotometry |

362

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | | Number of samples | Comments |
|---|---|---|---|---|---|
| Rando et al. (2001) Industrial sand industry, North America, 1974–98 | Sand-processing plants | Geometric mean | 0.042 (overall) | 14249 | Exposure estimates created for a longitudinal and case-referent analysis of a cohort of industrial sand workers; gravimetric analysis of total dust; silica analysis by X-ray diffraction spectroscopy |
| Yassin et al. (2005) Stonework masonry, USA, 1988–2003 | All occupations | Geometric mean (GSD) | 0.065 (0.732) | 274 | Analysis of personal silica measurements (n = 7209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| **Foundries** | | | | | |
| Andersson et al. (2009) Iron foundry, Sweden, April 2005–May 2006 | | Geometric mean (GSD) | | | Respirable dust, quartz, cristobalite, trydimite samples collected on 2 consecutive workdays for shift and daytime workers; gravimetric analysis conducted using modified NIOSH method; respirable quartz and cristobalite analysed using modified NIOSH method 7500 |
| | Caster | 0.020 (1.8) | | 22 | |
| | Core Maker | 0.016 (2.3) | | 55 | |
| | Fettler | 0.041 (2.9) | | 115 | |
| | Furnace and ladle repair | 0.052 (3.7) | | 33 | |
| | Maintenance | 0.021 (2.6) | | 26 | |
| | Melter | 0.022 (2.0) | | 49 | |
| | Moulder | 0.029 (2.6) | | 64 | |
| | Sand mixer | 0.020 (2.3) | | 14 | |
| | Shake out | 0.060 (1.7) | | 16 | |
| | Transportation | 0.017 (2.6) | | 13 | |
| | Other | 0.020 (2.0) | | 28 | |
| | All occupations | 0.028 (2.8) | | 435 | |

IARC MONOGRAPHS – 100C

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Yassin et al. (2005) Grey–iron foundry, USA 1988–2003 | | Geometric mean (GSD) | | Analysis of personal silica measurements (n = 7 209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| | Spruer | 0.154 (0.100) | 22 | |
| | Hunter operator | 0.093 (1.144) | 10 | |
| | Charger | 0.091 (0.999) | 8 | |
| | Core maker | 0.078 (1.033) | 89 | |
| | Grinder | 0.075 (0.821) | 371 | |
| | Molder | 0.073 (0.910) | 308 | |
| | Abrasive blast operator | 0.070 (0.821) | 56 | |
| | Sorter | 0.067 (0.827) | 23 | |
| | Reline cupola | 0.067 (0.725) | 29 | |
| | Furnace operator | 0.066 (0.766) | 47 | |
| | Core setter | 0.066 (0.671) | 23 | |
| | Craneman | 0.066 (0.815) | 16 | |
| | Cleaning department | 0.060 (0.879) | 36 | |
| | Inspector | 0.057 (1.298) | 21 | |
| | Ladle repair | 0.055 (0.829) | 30 | |
| **Other metallurgical operations** | | | | |
| Foreland et al. (2008) Silicon carbide industry, Norway, November 2002–December 2003 | | Geometric mean | 720 (total) | Exposure survey conducted in 3 silicon carbide plants; measurements collected to improve previously developed job–exposure matrix; sampling duration close to full shift (6–8 hours); 2 sampling periods of 2 work weeks; gravimetric analysis of respirable dust; silica analysis using modified NIOSH method 7500 |
| | Cleaning operators (Plant A) | 0.020 (quartz) | | |
| | Mix operators (Plants A and C), charger/ mix and charger operators (Plant C) | 0.008–0.013 (quartz) | | |
| | All other jobs (Plants A, B and C) | < 0.005 (quartz) | | |
| | Charger/mix operators (Plant C) | 0.038 (cristobalite) | | |
| **Construction** | | | | |
| Tjoe-Nij et al. (2003) Construction, the Netherlands | | Geometric mean (GSD) | | Cross-sectional study design; repeated dust measurements (n = 67) on 34 construction workers; full-shift (6–8 hours) personal respirable dust sampling; gravimetric analysis of respirable dust; silica analysis by infrared spectroscopy (NIOSH method 7602); 8-h TWA concentrations calculated |
| | Concrete drillers and grinders | 0.42 (5.0) | 14 | |
| | Tuck pointers | 0.35 (2.8) | 10 | |
| | Demolition workers | 0.14 (2.7) | 21 | |

Silica dust, crystalline (quartz or crystobalite)

## Table 1.3 (continued)

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Akbar-Khanzadeh & Brillhart (2002) Construction, USA | Concrete–finishing (grinding) | Arithmetic mean (SD) 1.16 (1.36) | 49 | Task-specific silica exposure assessment conducted as part of an OSHA Consultation Service in Ohio; gravimetric analysis of respirable samples using NIOSH method 0600; silica analysis using in-house method based on NIOSH method 7500 and OSHA ID 142 |
| Verma et al. (2003) | | Range (min–max) | | Task-based exposure assessment conducted as part of an epidemiological study of Ontario construction workers; personal dust sampling and direct-reading particulate monitoring; gravimetric analysis of respirable dust using modified NIOSH method 0600; respirable silica analysis using modified NIOSH method 7500 |
| | Labourers | 0.10–0.15 | 20 | |
| | Operating engineers | 0.04–0.06 | 3 | |
| | Carpenters, iron workers, masons, painters, terrazzo workers | below detectable limits | 17 | |
| Woskie et al. (2002) Heavy and highway construction, USA | | Geometric mean (GSD) | | Personal samples collected using the Construction Occupational Health Program sampling strategy; particulate samples analysed gravimetrically; quartz analysed by Fourier transform infrared spectrophotometry; duration of sampling—6 hours of an 8-hour working day |
| | Labourers | 0.026 (5.9) | 146 | |
| | Miscellaneous trade | 0.013 (2.8) | 26 | |
| | Operating engineers | 0.007 (2.8) | 88 | |
| Flanagan et al. (2003) Construction, USA, August 2000–January 2001 | Clean-up, demolition with hand-held tools, concrete cutting, concrete mixing, tuck-point grinding, surface grinding, sacking and patching concrete, and concrete-floor sanding | Geometric mean (GSD) 0.11 (5.21) | 113 | Respirable samples analysed gravimetrically using NIOSH method 0600; silica analysed by Fourier transform infrared spectrophotometry using NIOSH method 7602 |
| Lumens & Spee (2001) Construction, the Netherlands | | Geometric mean (GSD) | | Personal air samples collected during field study at 30 construction sites; duration of sampling 3 to 4 hours; gravimetric analysis of respirable dust samples; silica analysis using NIOSH method 7500 |
| | Recess miller | 0.7 (3.3) | 53 | |
| | Demolition worker | 1.1 (4.0) | 82 | |
| | Inner wall constructor | 0.04 (2.6) | 36 | |
| | Overall | 0.5 (5.6) | 171 | |

IARC MONOGRAPHS – 100C

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Flanagan et al. (2006) Construction, USA, 1992–2002 | Abrasive blasters, surface and tuck point grinders, jackhammers, rock drills | Geometric mean (GSD) 0.13 (5.9) | 1374 | Personal silica measurements collected as part of a silica-monitoring compilation project; data provided by 3 federal or state regulatory agencies (n = 827 samples), 6 university or research agencies (n = 491), and 4 private consultants or contractors (n = 134) |
| Akbar-Khanzadeh et al. (2007) Construction, USA | Uncontrolled conventional grinding | Arithmetic mean 61.7 | 5 sessions | Personal samples collected during grinding operations in a controlled field laboratory to evaluate the effectiveness of wet grinding and local exhaust ventilation; samples collected and analysed using NIOSH methods 0600 and 7500 |
| | Wet grinding | 0.896 | 7 sessions | |
| | Local exhaust ventilation grinding | 0.155 | 6 sessions | |
| Bakke et al. (2002) Construction, Norway, 1996–99 | Tunnel workers | Geometric mean (GSD) α-Quartz, 0.035 (5.0) | 299 | Personal samples collected as part of exposure survey; sampling duration: 5 to 8 h; respirable dust analysed gravimetrically; silica analysed by NIOSH method 7500 |
| Linch (2002) Construction, USA, 1992–98 | Abrasive blasting of concrete structures | TWA (8-hour) 2.8 | | Personal samples collected as part of NIOSH effort to characterize respirable silica exposure in construction industry; respirable dust collected and analysed according to NIOSH method 0600; silica analysed by NIOSH method 7500 |
| | Drilling concrete highway pavement | 3.3 | | |
| | Concrete-wall grinding | 0.26 | | |
| | Concrete sawing | 10.0 | | |
| | Milling of asphalt | 0.36 | | |
| Meijer et al. (2001) Construction, USA, 1992–93 | Concrete workers | Arithmetic mean 0.06 | 96 | Personal samples of respirable dust and silica; gravimetric analysis of respirable dust; silica analysed by infrared spectrophotometry |
| **Miscellaneous operations** | | | | |
| Hicks & Yager (2006) Coal-fired power plants, USA | Normal production activities | Arithmetic mean 0.048 | 108 | Personal breathing zone samples collected during normal full shifts and analysed by NIOSH method 7500 |

Silica dust, crystalline (quartz or crystobalite)

## Table 1.3 (continued)

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of respirable crystalline silica (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Shih et al. (2008) Furnace relining, Taiwan, China | | Arithmetic mean | | Exposures measured in a municipal waste incinerator during annual furnace relining; respirable dust collected and analysed by NIOSH method 0600; silica analysed by NIOSH method 7500 |
| | Sandblasting | 0.578 | 7 | |
| | Bottom-ash cleaning | 0.386 | 8 | |
| | Wall demolishing | 0.116 | 8 | |
| | Relining | 0.041 | 10 | |
| | Grid repairing | 0.042 | 14 | |
| | Scaffold establishing | 0.040 | 8 | |
| | Others | 0.082 | 8 | |
| Zhuang et al. (2001) Pottery factories and metal mines, China, 1988–89 | | Arithmetic mean | | Special exposure survey conducted to compare results obtained from traditional Chinese samplers with nylon cyclones; gravimetric analysis of cyclone samples; silica analysis using X-ray diffraction |
| | Pottery factories | 0.116 | 54 | |
| | Iron/copper mines | 0.017 | 23 | |
| | Tin mines | 0.097 | 10 | |
| | Tungsten mines | 0.101 | 56 | |
| Yassin et al. (2005) Several industries, USA, 1988–2003 | | Geometric mean (GSD) | | Analysis of personal silica measurements ($n$ = 7 209) in OSHA IMIS; samples collected using OSHA method ID 142 during 2512 compliance inspections |
| | Soap and other detergents | 0.102 (0.757) | 6 | |
| | Testing laboratories services | 0.099 (0.896) | 53 | |
| | Cut stone and stone products | 0.091 (0.956) | 405 | |
| | General contractors | 0.091 (0.900) | 28 | |
| | Coating engraving | 0.075 (0.839) | 75 | |
| | Grey–iron foundries | 0.073 (0.877) | 1 760 | |
| | Concrete work | 0.073 (0.705) | 94 | |
| | Manufacturing explosives | 0.070 (0.841) | 9 | |
| | Bridge-tunnel construction | 0.070 (0.827) | 91 | |
| | Stonework masonry | 0.065 (0.732) | 274 | |
| | Overall | 0.073 (0.919) | 7209 | |

GM, geometric mean; GSD, geometric standard deviation; IMIS, Integrated Management Information System; NIOSH, National Institute for Occupational Safety and Health; NR, not reported; OSHA; SD, standard deviation

and 40 area samples were collected and analysed by X-ray diffraction. Personal samples were collected after the installation of local exhaust ventilation, and area samples were collected inside the industrial units before ($n = 20$) and after ($n = 20$) the installation of local exhaust ventilation. Personal samples were collected from process workers ($n = 12$), hopper workers ($n = 8$), drivers ($n = 11$), and office employees ($n = 9$). Personal concentrations of respirable dust were as follows: process workers, 0.21 mg/m³; hopper workers, 0.45 mg/m³; and, drivers, 0.20 mg/m³. Personal concentrations of respirable quartz were as follows: process workers, 0.19 mg/m³; hopper workers, 0.40 mg/m³; and, drivers, 0.17 mg/m³. Based on the area samples, the average levels of total dust and respirable dust were 9.46 mg/m³ and 1.24 mg/m³, respectively. The amount of free silica in the stone was 85–97%.

Golbabaei et al. (2004) measured TWA concentrations of total dust, respirable dust, and crystalline silica (α-quartz) in a marble stone quarry located in the north-eastern region of the Islamic Republic of Iran. Full-shift (2 × 4-hour samples) personal breathing zone samples were collected and analysed using gravimetric and X-ray diffraction methods. The highest levels of total and respirable dust exposure were observed for workers in the hammer drill process area (107.9 mg/m³ and 11.2 mg/m³, respectively), and the cutting machine workers had the lowest levels of exposure (9.3 mg/m³ and 1.8 mg/m³, respectively). The highest concentrations of α-quartz in total and respirable dust were measured in hammer drill process workers (0.670 mg/m³ and 0.057 mg/m³, respectively).

In a NIOSH-conducted cohort mortality study of workers from 18 silica sand plants, Sanderson et al. (2000) estimated historical quartz exposures using personal respirable quartz measurements (collected during 1974–96) and impinger dust samples (collected in 1946). During 1974–96, a total of 4269 respirable dust samples were collected from workers performing 143 jobs at these 18 plants. Respirable quartz concentrations ranged from less than 1 to 11700 μg/m³, with a geometric mean concentration of 25.9 μg/m³. Over one-third of the samples exceeded the Mine Safety and Health Administration permissible exposure limit value for quartz (PEL, 10 mg/m³/(%quartz + 2)), and half of the samples exceeded the NIOSH recommended exposure limit [at the time] (REL, 0.050 mg/m³). Quartz concentrations varied significantly by plant, job, and year and decreased over time, with concentrations measured in the 1970s being significantly greater than those measured later.

### (d)  Foundries

Lee (2009) reported on exposures to benzene and crystalline silica during the inspection of a foundry processing grey and ductile iron. The facility consisted of two buildings: the main foundry where moulding, core-making, metal pouring, and shakeout took place; and, the finishing part of the site where grinding and painting was done. Personal sampling for crystalline silica was conducted in the grinding area, in casting shakeout, and in both the mould- and core-making operations. Eight-hour TWA concentrations of crystalline silica were in the range of 2.11–4.38 mg/m³ in the grinding area ($n = 4$), 1.18–2.14 mg/m³ in the shakeout area ($n = 2$), and 1.15–1.63 mg/m³ in the core-maker area ($n = 2$). The 8-hour TWA concentration in the mould area was 0.988 mg/m³.

### (e)  Construction

In a study of cement masons at six commercial building sites in Seattle, WA, USA, Croteau et al. (2004) measured personal exposures to respirable dust and crystalline silica during concrete-grinding activities to assess the effectiveness of a commercially available local exhaust ventilation (LEV) system. Levels were measured with and without LEV, one sample directly after the other. A total of 28 paired

Silica dust, crystalline (quartz or crystobalite)

samples were collected. The results showed that the application of LEV resulted in a mean exposure reduction of 92%, with the overall geometric mean respirable dust exposure declining from 4.5 to 0.14 mg/m³. However, approximately one quarter of the samples collected while LEV was being used were greater than the OSHA 8–hour TWA PEL (22% of samples), and the American Conference of Governmental Industrial Hygiene (ACGIH) threshold limit value (26%) for respirable crystalline silica.

Rappaport et al. (2003) investigated exposures to respirable dust and crystalline silica among 80 workers in four trades (bricklayers, painters (when abrasive blasting), operating engineers, and labourers) at 36 construction sites in the Eastern and Midwestern USA. A total of 151 personal respirable air samples were collected and analysed using gravimetric and X-ray diffraction methods. Painters had the highest median exposures for respirable dust and silica (13.5 and 1.28 mg/m³, respectively), followed by labourers (2.46 and 0.350 mg/m³), bricklayers (2.13 and 3.20 mg/m³), and operating engineers (0.720 and 0.075 mg/m³). The following engineering controls and workplace characteristics were found to significantly affect silica exposures: wet dust suppression reduced labourers' exposures by approximately 3-fold; the use of ventilated cabs reduced operating engineers' exposures by approximately 6-fold; and, working indoors resulted in a 4-fold increase in labourers' exposures.

### (f)  Agriculture

Archer et al. (2002) assessed the exposure to respirable silica of 27 farm workers at seven farms in eastern North Carolina, USA. Four-hour personal breathing zone samples ($n = 37$) were collected during various agricultural activities and analysed for respirable dust, respirable silica, and percentage silica using gravimetric and X-ray diffraction methods. The overall mean respirable dust, respirable silica,

and percentage silica values were 1.31 mg/m³ ($n = 37$), 0.66 mg/m³ ($n = 34$), and 34.4% ($n = 34$), respectively. The highest respirable dust and respirable silica concentrations were measured during sweet potato transplanting (mean, 7.6 and 3.9 mg/m³, respectively; $n = 5$), and during riding on or driving an uncabbed tractor (mean, 3.1 and 1.6 mg/m³, respectively; $n = 13$).

Nieuwenhuijsen et al. (1999) measured personal exposure to dust, endotoxin, and crystalline silica during various agricultural operations at ten farms in California, USA, between April 1995 and June 1996. A total of 142 personal inhalable samples and 144 personal respirable samples were collected. The highest levels of inhalable dust exposure were measured during machine-harvesting of tree crops and vegetables (GM, 45.1 mg/m³ and 7.9 mg/m³, respectively), and during the cleaning of poultry houses (GM, 6.7 mg/m³). Respirable dust levels were generally low, except for machine-harvesting of tree crops and vegetables (GM, 2.8 mg/m³ and 0.9 mg/m³, respectively). The percentage of crystalline silica was higher in the respirable dust samples (overall, 18.6%; range, 4.8–23.0%) than in the inhalable dust samples (overall, 7.4%; range, not detectable to 13.0%).

### (g)  Miscellaneous operations

Harrison et al. (2005) analysed respirable silica dust samples ($n = 47$) from several Chinese workplaces (three tungsten mines, three tin mines, and nine pottery mines) to determine the effect of surface occlusion by alumino-silicate on silica particles in respirable dust. The average sample percentages of respirable-sized silica particles indicating alumino-silicate occlusion of their surface were: 45% for potteries, 18% for tin mines, and 13% for tungsten mines.

To provide a more precise estimate of the quantitative relationship between crystalline silica and lung cancer, 't Mannetje et al. (2002) conducted a pooled analysis of existing quantitative exposure data for ten cohorts exposed to silica

369

(US diatomaceous earth workers; Finnish and US granite workers; US industrial sand workers; Chinese pottery workers, and tin and tungsten miners; and South African, Australian, and US gold miners). Occupation- and time-specific exposure estimates were either adopted/adapted or developed for each cohort, and converted to milligrams per cubic metre (mg/m³) respirable crystalline silica. The median of the average cumulative exposure to respirable crystalline silica ranged from 0.04 mg/m³ for US industrial sand workers to 0.59 mg/m³ for Finnish granite workers. The cohort-specific median of cumulative exposure ranged from 0.13 mg/m³–years for US industrial sand workers to 11.37 mg/m³–years for Australian gold miners.

In a cross-sectional survey, Hai *et al.* (2001) determined the levels of respirable nuisance and silica dusts to which refractory brickworkers were exposed at a company in Ha Noi, Viet Nam. Respirable dust levels were in the range of 2.2–14.4 mg/m³ at nine sample sites. The estimated free silica content of dust was 3.5% for unfired materials at the powder collectors ($n = 8$ samples), and 11.4% in the brick-cleaning area following firing ($n = 1$ sample).

Burgess (1998) investigated processes associated with occupational exposure to respirable crystalline silica in the British pottery industry during 1930–1995, and developed a quantitative job–exposure matrix. Exposure estimates were derived from 1390 air samples, the published literature, and unpublished reports of dust control innovations and process changes. In the matrix, daily 8-hour TWA airborne concentrations of respirable crystalline silica ranged from 0.002 mg/m³ for pottery-support activities performed in the 1990s to 0.8 mg/m³ for firing activities in the 1930s. Although exposure estimates within decades varied, median concentrations for all process categories displayed an overall trend towards progressive reduction in exposure during the 65 year span.

## 2. Cancer in Humans

### 2.1 Cancer of the lung

In the previous *IARC Monograph* (IARC, 1997) not all studies reviewed demonstrated an excess of cancer of the lung and, given the wide range of populations and exposure circumstances studied, some non-uniformity of results had been expected. However, overall, the epidemiological findings at the time supported an association between cancer of the lung and inhaled crystalline silica (α-quartz and cristobalite) resulting from occupational exposure.

The current evaluation has a primary focus on studies that employed quantitative data on occupational exposures to crystalline silica dust (α-quartz and cristobalite). The establishment of exposure–response relationships not only provides critical evidence of causation, but the availability of quantitative exposures on crystalline silica and other exposures of relevance facilitates the accurate assessment of exposure–response relationships in the presence of potential confounders. In addition to the focus on quantitative exposure–response relationships, a summary of findings from eight published meta-analyses of lung cancer was also elaborated. Of these, the seven meta-analyses involving absolute risk summarize the information from the many studies that did not consider quantitative exposure–response relationships, while the eighth is a meta-analysis of exposure-response.

Findings from cohort studies are given in Table 2.1 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.1.pdf, and those for the case–control studies are provided in Table 2.2 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.2.pdf. Given that there was concern by the previous IARC Working Group that different exposure settings (including the nature of the industry and the crystalline silica polymorph) may give rise to different (or

no) cancer risks, this evaluation is divided into sections based on the industrial setting where exposure to silica occurs. As with other evaluations, data from community-based studies are not included, although studies of persons with silicosis are.

### 2.1.1 Diatomaceous earth

Work in the diatomaceous earth industry is associated mainly with exposure to cristobalite rather than quartz, and, in the USA, is generally free of other potential confounding exposures apart from exposure to asbestos in a minority of locations. The first study of US diatomaceous earth workers revealed significant positive trends in lung cancer risk with both cumulative exposure to crystalline silica (semiquantitative) and duration of employment (Checkoway et al., 1993). Owing to concerns with confounding from asbestos, estimates of asbestos exposure were developed (Checkoway et al., 1996). Those with uncertain asbestos exposures were omitted from the analysis leading to the loss of seven lung cancer deaths. Among those with no asbestos exposure, the lung cancer standardized mortality ratios (SMR) for the two higher crystalline silica exposure groups were twice the magnitude of those for the two lowest exposure groups, although they were not significantly elevated. Rate ratios, with and without adjustment for asbestos exposure were very similar (within 2%), indicating that confounding due to asbestos was not an issue. Checkoway et al. (1997) provided findings from one of the two plants previously investigated but including 7 more years of follow-up as well as newly developed quantitative respirable crystalline silica exposures (Table 2.1 online). The lung cancer relative risks (RR) for the highest unlagged or 15-year exposure category were both significantly elevated. Trends for both unlagged and lagged exposure–response were of borderline significance. Rice et al. (2001) used the same cohort to examine risk, assessing

the relationship between lung cancer mortality and respirable crystalline silica exposure using a variety of models. All except one model demonstrated statistical significance, and the trends of the predicted rate ratios with cumulative crystalline silica exposure were generally similar across models.

A small cohort study among Icelandic diatomaceous earth workers (Rafnsson & Gunnarsdóttir, 1997) provided findings that supported an effect of crystalline silica on lung cancer risk (SIR, 2.34; 95%CI: 0.48–6.85 for those who had worked 5 or more years). Smoking habits among the workers were reported to be similar to the general population.

### 2.1.2 Ore mining

Steenland & Brown (1995) updated a cohort of US gold miners previously studied (McDonald et al., 1978; Table 2.1 online). Using quantitative estimates of cumulative exposure based on particle counts, no obvious evidence of exposure–response with lung cancer mortality was observed, nor were any of the exposure category SMRs elevated. In contrast, tuberculosis and silicosis mortality was elevated and exhibited an exposure–response relationship with crystalline silica exposure.

Gold miners were investigated in a South African cohort study (Hnizdo & Sluis-Cremer, 1991) and in case–control studies nested within that cohort study and within another South African gold miner cohort (Reid & Sluis-Cremer, 1996; Tables 2.1 and 2.2 online). In the Hnizdo & Sluis-Cremer, (1991) cohort study, lung cancer mortality was related to cumulative dust exposure when modelled as a continuous variable (respirable-surface-area–years) adjusting for smoking, as well demonstrating a monotonic increase with categories of cumulative exposures. There was also some indication of exposure–response in both case–control studies: RR, 1.12; 95%CI: 0.97–1.3 for Reid & Sluis-Cremer (1996),

and lung cancer mortality was elevated in the highest exposure group adjusting for smoking in the Hnizdo et al. (1997) study. [In this study, exposure to uranium did not confound the results.] [The Working Group noted the potential for confounding from radon, and also noted that the South African cohorts might overlap.]

McLaughlin et al. (1992) undertook a nested case–control study of lung cancer among the members of a prior cohort study by Chen et al. (1992) (Table 2.2 online). The study included workers from iron, copper, tungsten, and tin mines, and used quantitative estimates of crystalline silica dust and certain confounder exposures. Only tin miners showed a clear and substantial exposure–response relationship with the quantitative measures of crystalline silica cumulative exposure. The tin miners underwent further follow-up in a cohort study (Chen et al., 2006) and a nested case–control study (Chen & Chen, 2002). Although the cohort study findings provided some overall indication of elevated lung cancer exposure–response mortality with cumulative dust exposure (Table 2.1 online), the findings were much less clear when presented by mine and silicosis status. In the nested case–control study (Table 2.2 online), there was evidence of exposure–response with cumulative total dust exposures. There was also evidence of a relationship between lung cancer mortality and cumulative arsenic exposure, but the high correlation between arsenic and crystalline silica levels prevented mutual adjustment, and left the etiological factor unclear. The same conclusions, more generally expressed, were reported in a simple ever/never exposed approach by Cocco et al. (2001), and were confirmed by Chen et al. (2007) adjusting for smoking and other confounding factors. Here, no relationship of lung cancer mortality with cumulative crystalline silica exposure was noted for the tungsten mines, nor was any evidence for the iron and copper mines adjusting for radon. [The Working Group noted that crystalline silica exposures

were very low in the iron and copper mines.] For the tin mines, no adjustment for arsenic could be made because of its collinearity with crystalline silica exposure, but in the overall group, adjusting for smoking, arsenic, polyaromatic hydrocarbons (PAHs), and radon, no exposure–response for cumulative crystalline silica exposure emerged either by quintile or through the use of a continuous predictor. This was especially true when the iron/copper mines were removed for reason of having poorer data, when the trend tended towards lower risk with increasing crystalline silica exposure.

Carta et al. (2001) examined 724 compensated silicotics with radiographic indication of 1/0 or greater small opacities on the International Labor Organization scale who had worked at Sardinian lead and zinc mines, brown coal mines, and granite quarries. Using quantitative estimates of cumulative exposure to respirable crystalline silica dust and radon, the exposure–response was studied in a cohort study and a nested case–control study of 34 lung cancer cases (Tables 2.1 and 2.2 online). Little evidence of a trend with crystalline silica exposure was observed in either study component (after controlling for smoking, airflow obstruction, radon, and severity of silicosis in the case–control study). A clear relationship emerged with exposure to radon in the case–control study. [The Working Group noted that this study was small.]

### 2.1.3 Ceramics

A case–control study of Chinese pottery workers showed evidence of elevated risk for lung cancer with exposure to crystalline silica dust, although no obvious exposure–response was seen in the three higher exposure categories (McLaughlin et al., 1992; Table 2.2 online). This study was nested within the cohort analysis by Chen et al. (1992). Although reported exposure to asbestos was to be minimal, the workers were exposed to PAHs, and in a separate analysis

there were non-significant elevations in lung cancer risk with increasing cumulative exposure to PAHs. This was confirmed in the follow-up analysis by Chen et al. (2007) that found that the pottery workers had the highest PAH levels over all industrial groups. Adjustment for PAHs in the analysis led to the crystalline silica exposure relative risk of 1.1 (95%CI: 1.02–1.12) dropping to 1.0 (95%CI: 0.96–1.09). [The Working Group noted that in the prior analysis of the Chinese ceramics data by McLaughlin et al. (1992), adjusting for PAHs slightly raised rather than reduced the crystalline silica exposure relative risks. The correlation between the crystalline silica and PAH exposures was reported as 0.56.]

Another case–control study of pottery workers with quantitative crystalline silica dust exposures was from the United Kingdom (Cherry et al., 1998). This analysis, which was restricted to ever smokers but adjusted for smoking amount and ex-smoking, showed a significantly elevated risk of lung cancer mortality with increasing average intensity of exposure, but not with cumulative exposure. No confounders, apart from smoking, were noted in this report.

Ulm et al. (1999) looked at workers in the German ceramics industry, as well as the stone and quarrying industry. The study was based solely on those without silicosis, as assessed using radiographic appearances. No relationship of lung cancer mortality risk with cumulative exposure, average intensity, nor peak exposure was seen in the ceramic worker subset nor overall. [The Working Group noted that the omission of those with silicosis may have restricted the range of crystalline silica exposure in the analysis leading to a loss of power to detect any relationship between crystalline silica exposure and lung cancer mortality. Moreover, the modelling included duration of exposure along with cumulative exposure, perhaps reducing the ability to detect an effect of crystalline silica exposure.]

### 2.1.4 Quarries

In an extension of the Vermont granite workers study by Costello & Graham (1988), Attfield & Costello (2004) both lengthened the follow-up from 1982 to 1994, and developed and analysed quantitative crystalline silica dust exposures (Table 2.1 online). The exposures were noteworthy for being developed from environmental surveys undertaken throughout the period of the study. However, information on smoking and silicosis status was lacking, although confounding from other workplace exposures was likely to have been minimal or non-existent. The results showed a clear trend of increasing risk of lung cancer mortality with increasing cumulative respirable crystalline silica exposure up until the penultimate exposure group. [The Working Group noted that the findings were heavily dependent on the final exposure group; when it was included, the models were no longer statistically significant.] Graham et al. (2004) undertook a parallel analysis of the same data as Attfield & Costello (2004), but did not use quantitative exposures, and adopted essentially the same analytical approach as in their 1998 study. They concluded that there was no evidence that crystalline silica dust exposure was a risk factor for lung cancer, their main argument being that lung cancer risks were similar by duration and tenure between workers hired pre-1940 and post-1940 – periods before and following the imposition of dust controls when the crystalline silica dust levels were very different.

As noted above, Ulm et al. (1999) looked at workers in the German stone and quarrying industry (includes some sand and gravel workers), as well as the ceramics industry (Table 2.2 online). The study was based solely on those without silicosis, as assessed using radiographic appearances. Neither cumulative exposure, average intensity, nor peak exposure showed a relationship with lung cancer risk in the stone and quarry worker subset, nor overall. [The Working Group noted

that the omission of those with silicosis may have restricted the range of crystalline silica exposure in the analysis leading to a loss of power to detect any relationship between crystalline silica exposure and lung cancer mortality. Moreover, the modelling included duration of exposure along with cumulative exposure, perhaps reducing the ability to detect an effect of crystalline silica exposure.] Another study of German stone and quarry workers found an excess of lung cancer (SMR, 2.40), but no relationship between lung cancer mortality and crystalline silica exposure. [The Working Group noted that the cohort study included only 440 individuals with 16 lung cancer cases. It was also restricted to those with silicosis, which was likely to lead to a lack of low exposures, a consequent limited exposure range, and low study power.]

Among studies that did not use quantitative estimates of crystalline silica exposure, that by Koskela et al. (1994) is of interest because it reported that the workers had little exposure to possible confounding exposures. The risk of lung cancer was significantly elevated among those with longer duration of exposure and longer latency (P < 0.05). Guénel et al. (1989) also found an excess of lung cancer among stone workers after adjustment for smoking, but this was not the case in a study of slate workers by Mehnert et al. (1990).

### 2.1.5  Sand and gravel

Confounding from other workplace exposures is minimal in sand and gravel operations. There are three main studies of sand and gravel workers, two in North America and one in the United Kingdom. The North American studies appear to arise from the same population of workers although there is no published information on their overlap, if any. Using the basic information from the McDonald et al. (2001) cohort study of nine North American sand and gravel workers, Hughes et al. (2001)

reported significant exposure–response of lung cancer with quantitative estimates of cumulative respirable crystalline silica exposures and other related indices. McDonald et al. (2005) examined a slightly smaller subset of the cohort described by McDonald et al. (2001) based on an extended update at eight of the nine plants, and also undertook a nested case–control study. Risk of lung cancer increased monotonically with unlagged cumulative exposure (P = 0.011), but 15-year lagged cumulative exposures provided a slightly better fit (P = 0.006) (Table 2.2 online). These findings were basically similar to those obtained by Hughes et al. (2001) using the larger cohort and shorter follow-up time. McDonald et al. (2005) reported that average exposure intensity, but not years employed, showed a relationship with lung cancer risk (P = 0.015).

Steenland & Sanderson (2001) studied workers in 18 sand and gravel companies in the same trade organization as the nine included in the McDonald et al. (2001) study (Table 2.1 online). They, too, employed quantitative estimates of exposure derived from company records, and found indications of a relationship with lung cancer mortality, most strongly in the subset that had worked 6 or more months in the industry (P < 0.06). Further analysis using a nested case–control approach found marginal evidence of exposure–response using quartiles of cumulative exposure (P = 0.04), but stronger evidence with average intensity (P = 0.003). [The Working Group noted that a sensitivity analysis of the effect of smoking in this cohort (Steenland & Greenland, 2004) led to an adjusted overall SMR estimate of 1.43 (95% Monte Carlo limits: 1.15–1.78) compared with the original SMR of 1.60 (95%CI: 1.31–1.93). The analysis did not deal with the exposure–response estimates.]

The mortality experience of crystalline silica sand workers in the United Kingdom is evaluated by Brown & Rushton (2005b). No overall excess of lung cancer was found (although there was a large, and highly significant, variation

in lung cancer SMRs between quarries; range: 0.27–1.61, both extremes $P < 0.01$. Relative risks rose with cumulative respirable crystalline silica dust exposure in the first two quartiles, but fell below 1.0 in the highest quartile, resulting in no trend being detected. [The Working Group noted that Steenland (2005) commented that the low exposures in the Brown & Rushton (2005b) study was likely to have impacted its power to detect a crystalline-silica effect.]

### 2.1.6 Other industries

Two studies having quantitative exposures to crystalline silica remain, although both industries are known to be associated with exposure to other known or suspected lung carcinogens. The first, by Watkins *et al.* (2002) was a small case–control study focused on asphalt fumes and crystalline silica exposure. Crystalline silica exposures were low compared to most other studies, and there were no significant lung cancer elevations or trends with exposure (Table 2.2 online). The second study was a nested case–control analysis of Chinese iron and steel workers (Xu *et al.*, 1996). A significant trend with cumulative total dust exposure was reported but not for cumulative crystalline silica dust exposure, although the relative risk for the highest crystalline silica-exposed group was elevated. The findings were adjusted for smoking, but not for benzo[*a*]pyrene exposures, for which the relative risks demonstrated a clear and significant trend with cumulative exposure level.

### 2.1.7 Semiquantitative exposure and expert-opinion studies

The studies that follow used quantitative exposure measurements in deriving crystalline silica exposure estimates for individuals but ultimately converted them to exposure scores or categories in the epidemiological analysis. Hessel *et al.* (1986) undertook a case–control study of lung cancer and cumulative crystalline silica

exposure in South African gold miners after coding the dust measurements to four discrete levels (0, 3, 6, 12). No exposure–response was detected. Neither was any evidence of exposure–response detected in the later necropsy study of South African gold miners (Hessel *et al.*, 1990) that used the same approach to code the exposure data. [The Working Group noted that the study methods in the case–control study may have led to overmatching for exposure in the case–control study, and that there may have been some selection bias and exposure misclassification in the second study.]

de Klerk & Musk (1998) undertook a nested case–control analysis of lung cancer within a cohort study of gold miners and showed exposure–response for log of cumulative exposure (exposure-score–years) but not for any other index of exposure. The analysis adjusted for smoking, bronchitis, and nickel exposures, and took account of asbestos exposure. The study by Kauppinen *et al.* (2003) on road pavers found a relative risk for lung cancer of 2.26 in the highest exposure group, but there was no evidence of a linear trend of risk with level of exposure. No adjustment was made for concomitant exposures to PAHs, diesel exhaust, and asbestos, nor smoking. Moulin *et al.* (2000) conducted a nested case–control study to examine lung cancer among workers producing stainless steel and metallic alloys. Their results on 54 cases and 162 controls, adjusted for smoking but not for other confounders, indicated a marginally significant evidence of a trend with increasing crystalline silica exposure as well as with PAH exposure.

Two population-based studies that involved substantial expert opinion in assigning dust levels in developing quantitative crystalline silica exposures Brüske-Hohlfeld *et al.* (2000) and Pukkala *et al.* (2005) showed an increasing risk of lung cancer with increasing crystalline silica exposure after adjustment for smoking, and in the latter study, also for social class and exposure to asbestos.

## 2.1.8 Pooled analysis, meta-analyses, and other studies

Steenland *et al.* (2001) reported on a case–control analysis nested within a pooled study of data from ten cohorts from a variety of industries and countries (Table 2.2 online). It included information on diatomaceous, granite, industrial sand, and pottery workers, and workers in tungsten, tin, and gold mines. Results from all of the studies had been previously published, although not all had originally employed quantitative estimates of crystalline silica exposure; and for half, the duration of follow-up had been extended. All indices of cumulative crystalline silica exposure (cumulative, unlagged and lagged; log cumulative, unlagged and lagged) showed highly significant trends with lung cancer risk ($P < 0.0001$), and average exposure demonstrated a less significant trend ($P < 0.05$). Of these indices, log cumulative exposure led to homogeneity in findings across the cohorts ($P = 0.08$ and 0.34 for unlagged and 15-year lag respectively). Findings were similar for the mining and non-mining subgroups. No adjustment was made for smoking and other confounders, although it was noted that smoking had previously been shown not to be a major confounder in five of the ten studies. Analyses of subsets of the data omitting cohorts with suspected other confounders (radon in South African gold mines, and arsenic or PAHs in Chinese tin miners and pottery workers) did not change the overall findings. [The Working Group noted that the robustness in the findings to exclusion of cohorts with potential confounders from other occupational exposures indicates that any confounding in the individual studies were unlikely to have had an impact on their findings related to crystalline silica.]

The presence of silicosis in an individual is a biomarker of high exposure to crystalline silica dust. Accordingly, studies of individuals with silicosis have the potential to provide useful information on the lung cancer risk associated with exposure to crystalline silica. Three meta-analyses have focused on the risk of lung cancer among individuals with silicosis (Smith *et al.,* 1995; Tsuda *et al.,* 1997; Lacasse *et al.,* 2005). Erren *et al.* (2009) also provide summary information in an electronic supplement to their article. Four others have looked at crystalline silica exposure (including silicosis status unknown and those without silicosis; Steenland & Stayner, 1997; Kurihara & Wada, 2004; Pelucchi *et al.,* 2006; Erren *et al.,* 2009). The number of studies included ranged from 11 in a meta-analysis focused on individuals without silicosis (Erren *et al.,* 2009) to 43 (Pelucchi *et al.,* 2006) in a study of those with and without silicosis. Reasons for this variation included: the publication date, the time period of interest, whether the study was focused on those with or without silicosis, the originating country of the studies, and analysis-specific criteria. For example, Steenland & Stayner (1997) rejected studies of miners and foundry workers on the assumption that they had the greatest potential for confounding exposures, and Smith *et al.* (1995) rejected certain studies they deemed under or overestimated the risk of lung cancer. Overall, of the total of 112 publications included by one or more of the seven meta-analyses, none were common to all analyses.

The detailed results from the seven meta-analyses are shown in Table 2.3 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.3.pdf. In brief, all analyses except for those devoted to categories without silicosis found an elevated lung cancer risk, whether occurring among those with silicosis or among crystalline-silica-exposed workers, or arising from cohort or case–control studies. [The Working Group noted that studies that restrict their analysis to individuals without silicosis potentially limit their range of crystalline silica exposure, because individuals with the highest exposures tend to be omitted. Limiting the range of exposure results in reduced power to detect associations.] Overall, the rate ratios were

Silica dust, crystalline (quartz or crystobalite)

very similar across studies (1.74–2.76 for those with silicosis, and 1.25–1.32 for workers exposed to crystalline silica). Results from case–control studies, where there is greater opportunity to control for smoking, revealed lower rate ratios than from cohort studies in two analyses, greater rate ratios in two, and about the same in the fifth (the sixth analysis did not break the results out separately by study type). Moreover, the supplementary materials of Erren et al. (2009) show equal risk for crystalline silica exposure in unadjusted and smoking-adjusted studies. The two available analyses providing results on workers exposed to crystalline silica by type of study reported larger rate ratios from the case–control studies.

A further meta-analysis examined exposure–response (Lacasse et al., 2009) rather than overall risk, and for this reason its findings are reported separately. The analysis included findings from ten studies having quantitative measurements of crystalline silica exposure and adjustment for smoking. An increasing risk of lung cancer was observed with increasing cumulative exposure to crystalline silica above a threshold of 1.84 mg/m³ per year. Although the overall findings were heterogeneous, they were similar to those from a subset of seven more homogeneous studies.

Many of the meta-analyses noted that a lung cancer risk was apparent either after adjusting for smoking or among non-smokers (Smith et al., 1995; Tsuda et al., 1997; Kurihara & Wada, 2004; Lacasse et al., 2005). Yu & Tse (2007) further explored the issue of smoking on the interpretation of the published cohort and case–control studies of crystalline silica exposure and lung cancer. In this, they examined reported SMRs and standardized incidence ratios (SIR) for lung cancer reported in ten different published studies, and concluded that the risk had been systematically underreported for never smokers. After adjustment, five of the ten SMRs and SIRs showed significant lung cancer excesses among never smokers compared to two when unadjusted,

and ranged from 2.60–11.93. The SMRs and SIRs for ever smokers were reduced after adjustment for smoking, but tended to retain their statistical significance.

## 2.2 Other cancers

### 2.2.1 Cancer of the stomach

In the 40 reports with information on cancer of the stomach, 18 had relative risks > 1.0 (including three significantly elevated), and 22 with relatives risks ≤ 1.0 (including two significantly reduced).

### 2.2.2 Digestive, gastro-intestinal, or intestinal cancers

In the 15 reports of digestive, gastro-intestinal, or intestinal cancer, seven had relative risks > 1.0 (including one significantly elevated), and eight with reltaive risks ≤ 1.0 (two significantly reduced).

### 2.2.3 Cancer of the oesophagus

In the 14 reports of oesophageal cancer, five had relative risks > 1.0 (including three significantly elevated), and nine with relative risks ≤ 1.0.

Wernli et al. (2006) reported a hazard ratio of 15.80 (95%CI: 3.5–70.6) among Chinese textile workers exposed for over 10 years to crystalline silica dust. In Chinese refractory brick workers, Pan et al. (1999) found not only a significant elevation with being ever exposed to crystalline silica dust (RR, 2.75; 95%CI: 1.44–5.25), but also a clear exposure–response relationship with years of exposure, adjusting for smoking and other personal factors. [The Working Group noted that confounding from exposure to PAHs could not be ruled out in the above two studies.]

Yu et al. (2007) reported an overall SMR for cancer of the oesophagus of 2.22 (95%CI: 1.36–3.43), and an SMR of 4.21 (95%CI: 1.81–8.30)

IARC MONOGRAPHS – 100C

among caisson workers (who were noted to have had higher exposures to crystalline silica dust than non-caisson workers). The relative risk of oesophageal cancer for caisson workers with silicosis was reduced to 2.34 after adjusting for smoking and alcohol drinking. No excess risk of oesophageal cancer was observed among the non-caisson workers with silicosis after adjustment.

### 2.2.4 Cancer of the kidney

In the eight reports on cancer of the kidney, five had relative risks > 1.0 (including two significantly elevated), and three with relative risks ≤ 1.0. The two with significantly elevated risks provided information on exposure–response relationships with crystalline silica exposure, although neither formally evaluated this. In US sand and gravel workers (McDonald et al., 2005), a non-significant negative trend with increasing crystalline silica exposure was observed. However, in Vermont granite workers (Attfield & Costello, 2004), kidney cancer SMRs increased almost monotonically with increasing exposure (except for the last exposure group), and the SMR of 3.12 in the penultimate exposure group was significantly elevated.

### 2.2.5 Others

There have been isolated reports of excesses in other cancers but the evidence is, in general, too sparse for evaluation. Elci et al. (2002) reported an excess of cancer of the larynx in workers potentially exposed to crystalline silica dust, particularly for supraglottic cancer (OR, 1.8; 95%CI: 1.3–2.3), with a significant exposure–response relationship.

## 2.3 Synthesis

Findings of relevance to lung cancer and crystalline silica exposure arise from five main industrial settings: ceramics, diatomaceous earth, ore mining, quarries, and sand and gravel. Of these, the industries with the least potential for confounding are sand and gravel operations, quarries, and diatomaceous earth facilities. Among those industry segments, most studies with quantitative exposures report associations between crystalline silica exposure and lung cancer risk. The findings are supported by studies in these industries that lack quantitative exposures. Results from the other industry segments generally added support although some studies had potential confounding from arsenic, radon, or PAHs. In one case among Chinese tin miners, the arsenic and crystalline silica exposures were virtually collinear, and no adjustment could be made for arsenic. In another (Chinese pottery workers), adjustment for PAHs removed a significant crystalline silica exposure effect, and in a third, among iron and copper miners, the crystalline silica effect disappeared after adjustment for radon. In these, the role of crystalline silica exposure must be regarded as unclear. Mixed findings were reported among gold, tungsten, and lead/zinc miners.

The strongest evidence supporting the carcinogenicity of crystalline silica in the lung comes from the pooled and meta-analyses. The pooled analysis demonstrated clear exposure–response, while all of the meta-analyses strongly confirmed an overall effect of crystalline silica dust exposure despite their reliance on different studies in coming to their conclusions.

Cancers other than that of the lung have not been as thoroughly researched. In many cases the findings were reported in passing, in analyses focused on lung cancer, and rarely have the data examined exposure–response with crystalline silica exposure or its surrogates.

# 3. Cancer in Experimental Animals

No additional relevant cancer bioassays have been conducted since the previous *IARC Monograph* (IARC, 1997) except for a study in hamsters by inhalation (Muhle *et al.*, 1998), and a study in mice by intratracheal instillation (Ishihara *et al.*, 2002). Studies from the previous evaluation considered adequate are summarized below together with the new studies published since.

## 3.1 Inhalation exposure

See Table 3.1

### 3.1.1 Mouse

Female BALB/cBYJ mice exposed to crystalline silica by inhalation (Wilson *et al.*, 1986) did not have an increase in lung tumours compared to controls. Pulmonary adenomas were observed in both the silica-exposed (9/60) and the control animals (7/59). [The Working Group noted that the study groups were small (6–16 mice).]

### 3.1.2 Rat

Male and female F344 rats were exposed to 0 or 52 mg/m$^3$ of crystalline silica (Min-U-Sil) over a 24-month period. Interim removals of ten males and ten females per group were made after 4, 8, 12, and 16 months of exposure. Half of those removed were necropsied, and half were held until the end of the 24 months. None of the controls developed a lung tumour. In the silica-exposed rats, the first pulmonary tumour appeared at 494 days, and the incidence was 10/53 in females and 1/47 in males (Dagle *et al.*, 1986).

One group of 62 female F344 rats was exposed by nose-only inhalation to 12 mg/m$^3$ crystalline silica (Min-U-Sil) for 83 weeks. An equal number of controls was sham-exposed to filtered air, and 15 rats were left untreated. The animals were observed for the duration of their lifespan. There were no lung tumours in the sham-exposed group, and 1/15 unexposed rats had an adenoma of the lung. In the quartz-exposed rats, the incidence of lung tumours was 18/60 (Holland *et al.*, 1983, 1986; Johnson *et al.*, 1987).

Groups of 50 male and 50 female viral antibody-free SPF F344 rats were exposed by inhalation to 0 or 1 mg/m$^3$ silica (DQ12; 87% crystallinity as quartz) for 24 months. The rats were then held for another 6 weeks without exposure. The incidence of lung tumours in the silica-exposed rats was 7/50 males and 12/50 in females. Only 3/100 controls had lung tumours (Muhle *et al.*, 1989, 1991, 1995).

Three groups of 90 female Wistar rats, 6–8 weeks old, were exposed by nose-only inhalation to 6.1 or 30.6 mg/m$^3$ DQ12 quartz for 29 days. Interim sacrifices were made immediately after the exposure and at 6, 12, and 24 months, with the final sacrifice at 34 months after exposure. The total animals with lung tumours was 0 (controls), 37/82 (low dose), and 43/82 (high dose). Many animals had multiple tumours (Spiethoff *et al.*, 1992).

### 3.1.3 Hamster

Groups of 50 male and 50 female Syrian golden hamsters were exposed to 0 (control) or 3 mg/m$^3$ DQ12 quartz (mass median aerodynamic diameter, 1.3 μm) for 18 months. The experiment was terminated 5 months later. In the silica-exposed group, 91% of the animals developed very slight to slight fibrosis in the lung, but no significant increase of lung tumours was observed (Muhle *et al.*, 1998)

IARC MONOGRAPHS – 100C

**Table 3.1 Studies of cancer in experimental animals exposed to crystalline silica (inhalation exposure)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start Particle size, GSD | Incidence of tumours in respiratory tract | Significance | Comments |
|---|---|---|---|---|
| Mouse, BALB/c BYJ (F) 150, 300 or 570 d Wilson et al. (1986) | 0, 1.5, 1.8 or 2.0 mg/m³ 8 h/d, 5 d/wk 6–16 animals Diameter < 2.1 μm | Lung (adenomas): 7/59 (control), 9/60 (all exposed) | [NS] | |
| Rat, F344 (M, F) 24 mo Dagle et al. (1986) | 0.52 mg/m³ 6 h/d, 5 d/wk 72/sex MMAD, 1.7–2.5 μm; GSD, 1.9–2.1 | Lung (epidermoid carcinomas): M–0/42 (control), 1/47 F–0/47 (control), 10/53 | [NS] [P < 0.002] | |
| Rat, F344 (F) Lifespan Holland et al. (1983, 1986); Johnson et al. (1987) | 0, 12 mg/m³ 6 h/d, 5 d/wk for 83 wk 62 animals MMAD, 2.24 μm; GSD, 1.75 | Lung (tumours): 0/54 (control), 18/60 (11 adenocarcinomas, 3 squamous cell carcinomas, 6 adenomas) | [P < 0.001] | Nose-only inhalation exposure. Age unspecified |
| Rat, SPF F344 (M, F) 30 mo Muhle et al. (1989, 1991, 1995) | 0, 1 mg/m³ 6 h/d, 5 d/wk for 24 mo 50/sex MMAD, 1.3 μm; GSD, 1.8 | Lung (tumours): 3/100 (control M, F), 7/50 (M), 12/50 (F) M–1 adenoma, 3 adenocarcinomas, 2 benign cystic keratinizing squamous cell tumours, 1 adenosquamous carcinoma, 1 squamous cell carcinoma F–2 adenomas, 8 adenocarcinomas, 2 benign cystic keratinizing squamous cell tumours | Unspecified (M) [P < 0.05] (F) | |
| Rat, Wistar (F) Up to 35 mo Spiethoff et al. (1992) | 0, 6.1, 30.6 mg/m³ 6 h/d, 5 d/wk for 29 d 90 animals MMAD, 1.8 μm; GSD, 2.0 | 0/85 (control), 37/82 (low dose), 43/82 (high dose) Multiple tumours/rat: 21 bronchiolo-alveolar adenomas, 43 bronchiolo-alveolar carcinomas, 67 squamous cell carcinomas, 1 anaplastic carcinoma | [P < 0.0001] (both doses) | Nose-only inhalation exposure |

d, day or days; F, female; GSD, geometric standard deviation; h, hour or hours; M, male; MMAD, mass median aerodynamic diameter; mo, month or months; NS, not significant; wk, week or weeks

Silica dust, crystalline (quartz or crystobalite)

## 3.2 Intranasal administration

### 3.2.1 Mouse

Two groups of 40 female (C57xBALB/c) $F_1$ mice received a single intranasal instillation of 4 mg of synthetic $d$- or $l$-quartz. A group of 60 females received an intranasal instillation of saline. Survivors were killed at 18 months after treatment, and the incidence of lymphomas and leukaemias combined was 0/60 (controls), 2/40 ($d$-quartz), and 6/40 ($l$-quartz) (Ebbesen, 1991). [The Working Group noted that the study was not designed to detect silica-induced lung tumours, and also noted the lack of information on quartz retention.]

## 3.3 Intratracheal administration

See Table 3.2.

### 3.3.1 Mouse

A group of 30 male A/J mice, 11–13 weeks old, received weekly intratracheal instillations of 2.9 mg quartz for 15 weeks. A group of 20 mice received instillations of vehicle [unspecified]. Animals were killed 20 weeks after the instillations. The incidences of lung adenomas were 9/29 in the controls, and 4/20 for the silica-instilled mice, values that were not statistically different (McNeill et al., 1990).

Ishihara et al. (2002) administered a single dose (2 mg in saline/mouse) of crystalline silica to a group of four C57BL/6N mice by intratracheal instillation to study subsequent genotoxic effects. A control group of four animals was instilled saline only. Silicotic lesions were observed in the lungs of the exposed mice, but no pulmonary neoplasms were observed after 15 months.

### 3.3.2 Rat

A group of 40 Sprague Dawley rats [sex unspecified] received weekly instillations of 7 mg quartz (Min-U-Sil) in saline for 10 weeks. Another groups of 40 rats received instillations of saline alone, and 20 rats remained untreated. Animals were observed over their lifespan. The incidence of lung tumours in quartz-treated rats was 6/36, 0/40 in the saline controls, and 0/18 in the untreated rats (Holland et al., 1983).

Groups of 85 male F344 rats received a single intratracheal instillation of 20 mg quartz in deionized water, Min-U-Sil or novaculite, into the left lung. Controls were instilled with vehicle only. Interim sacrifices of ten rats were made at 6, 12, and 18 months with a final sacrifice at 22 months. The incidence of lung tumours in the Min-U-Sil-instilled rats was 30/67, in the novaculite-treated rats 21/72, and in controls 1/75. All of the lung tumours were adenocarcinomas, except for one epidermoid carcinoma in the novaculite-treated rats (Groth et al., 1986).

Groups of male and female F344/NCr rats [initial number unspecified] received one intratracheal instillation of 12 or 20 mg quartz in saline or 20 mg of ferric oxide (non-fibrogenic dust) in saline. Interim sacrifices were made at 11 and 17 months with a final sacrifice at 26 months. There was a group of untreated controls observed at unscheduled deaths after 17 months. No lung tumours were observed in the ferric-oxide-treated rats and only one adenoma was observed in the untreated controls. The high incidences of benign and mainly malignant lung tumours observed in the quartz-treated rats is summarized in Table 3.3 (Saffiotti, 1990, 1992; Saffiotti et al., 1996).

Six groups of 37–50 female Wistar rats, 15 weeks old, received either a single or 15 weekly intratracheal instillation of one of three types of quartz preparations in saline (see Table 3.4). A control group received 15 weekly instillations of saline. To retard the development of silicosis,

IARC MONOGRAPHS – 100C

**Table 3.2 Studies of cancer in experimental animals exposed to silica (intratracheal instillation)**

| Species, strain (sex) Duration Reference | Dosing regimen Animals/group at start Particle size | Incidence of tumours | Significance |
|---|---|---|---|
| Mouse, A/J (M) 20 wk McNeill et al. (1990) | 0, 2.9 mg Weekly for 15 wk 30, 20 (controls) 1–5 µm (size not further specified) | Lung (adenomas): 9/29 (control), 4/20 Tumour multiplicity: 0.31 ± 0.09 (control), 0.20 ± 0.09 | [NS] [NS] |
| Rat, Sprague Dawley (NR) Lifespan Holland et al. (1983) | 0 (saline), 7 mg Weekly for 10 wk 40 animals 1.71 ± 1.86 µm | Lung (1 adenoma, 5 carcinomas): 0/40 (control), 6/36 | [P<0.05] (carcinomas) |
| Rat, F344 (M) 22 mo Groth et al. (1986) | 0, 20 mg once only 85 animals < 5 µm | Lung (adenocarcinomas): 1/75 (control), 30/67 | [P<0.001] |
| Rat, F344/NCr (M, F) 11, 17 or 26 mo Saffiotti (1990, 1992); Saffiotti et al. (1996) | 0, 12, 20 mg quartz Once only Ferric oxide (20 mg) was negative control [Initial number of rats, NR] 0.5–2.0 µm | High incidences of benign and mainly malignant lung tumours in quartz-treated rats reported in Table 3.3 No tumours observed in ferric oxide group One adenoma in untreated controls | NR |
| Rat, Wistar Lifespan Pott et al. (1994) | 0 (saline), one single or 15 weekly injections of one of 3 types of quartz Some rats received PVNO to protect against silicosis 37–50/group | Incidences of benign and malignant lung tumours in quartz-treated rats are shown in Table 3.4 No tumours observed in saline-treated rats | NR |
| Hamster Syrian Golden (NR) Lifespan Holland et al. (1983) | 0 (saline), 3.7 mg quartz (Min-U-Sil) Once a wk for 10 wk 48/group; 68 (controls) 1.71 ± 1.86 µm | No lung tumours in any group | |
| Hamster, Syrian Golden (M) Lifespan Renne et al. (1985) | 0 (saline), 0.03, 0.33, 3.3, or 6.0 mg quartz (Min-U-Sil) weekly for 15 wk 25–27/group MMAD, 5.1 µm Geometric diameter, 1.0 µm | No lung tumours in any group | |
| Hamster, Syrian Golden (M) 92 wk Niemeier et al. (1986) | 0 (saline), 1.1 (Sil-Co-Sil) or 0.7 (Min-U-Sil) mg One group received 3 mg ferric oxide 50/group 5 µm (Min-U-Sil) | No tumours in saline controls or in Sil-Co-Sil groups 1 adenosquamous carcinoma of the bronchi and lung in Min-U-Sil group and 1 benign tumour of the larynx in ferric oxide group | |

M, male; MMAD, mass median aerodynamic diameter; mo, month or months; NR, not reported; NS, not significant; PVNO, polyvinylpyridine-N-oxide; wk, week or weeks

Silica dust, crystalline (quartz or crystobalite)

**Table 3.3 Incidence, numbers, and histological types of lung tumours in F344/NCr rats after a single intratracheal instillation of quartz**

| Treatment | | Observation time | Lung tumours | |
|---|---|---|---|---|
| Material | Dose[a] | | Incidence | Types |
| **Males** | | | | |
| Untreated | None | 17–26 mo | 0/32 | |
| Ferric oxide | 20 mg | 11–26 mo | 0/15 | |
| Quartz (Min-U-Sil 5) | 12 mg | Killed at 11 mo | 3/18 (17%) | 6 adenomas, 25 adenocarcinomas, 1 undifferentiated carcinoma, 2 mixed carcinomas, 3 epidermoid carcinomas |
| | | Killed at 17 mo | 6/19 (32%) | |
| | | 17–26 mo | 12/14 (86%) | |
| Quartz (HF-etched Min-U-Sil 5) | 12 mg | Killed at 11 mo | 2/18 (11%) | 5 adenomas, 14 adenocarcinomas, 1 mixed carcinoma |
| | | Killed at 17 mo | 7/19 (37%) | |
| | | 17–26 mo | 7/9 (78%) | |
| **Females** | | | | |
| Untreated | None | 17–26 mo | 1/20 (5%) | 1 adenoma |
| Ferric oxide | 20 mg | 11–26 mo | 0/18 | |
| Quartz (Min-U-Sil 5) | 12 mg | Killed at 11 mo | 8/19 (42%) | 2 adenomas, 46 adenocarcinomas, 3 undifferentiated carcinomas, 5 mixed carcinomas, 3 epidermoid carcinomas |
| | | Killed at 17 mo | 10/17 (59%) | |
| | | 17–26 mo | 8/9 (89%) | |
| | 20 mg | 17–26 mo | 6/8 (75%) | 1 adenoma, 10 adenocarcinomas, 1 mixed carcinoma, 1 epidermoid carcinoma |
| Quartz (HF-etched Min-U-Sil 5) | 12 mg | Killed at 11 mo | 7/18 (39%) | 1 adenoma, 36 adenocarcinomas, 3 mixed carcinomas, 5 epidermoid carcinomas |
| | | Killed at 17 mo | 13/16 (81%) | |
| | | 17–26 mo | 8/8 (100%) | |

[a] Suspended in 0.3 or 0.5 mL saline
HF, hydrogen fluoride; mo, month or months
From Saffiotti (1990, 1992), Saffiotti et al. (1996)

383

IARC MONOGRAPHS – 100C

**Table 3.4 Incidence, numbers, and histological types of lung tumours in female Wistar rats after intratracheal instillation of quartz**

| Material | Surface area (m²/g) | No. of instillations (del # × mg) | No. of rats examined | No. and #% of rats with primary epithelial lung tumours[a] | | | | | Other tumours[b] |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Adenoma | Adenocarcinoma | Benign CKSCT | Squamous cell carcinoma | Total (%) | |
| Quartz (DQ 12) | 9.4 | 15 × 3 | 37 | 0 | 1z | 11 | 1 + 1y | 38 | 1 |
| Quartz (DQ 12) + PVNO | 9.4 | 15 × 3 | 38 | 0 | 1 + 3z | 8 + 1x | 4+1x+3y+1z | 58 | 2 |
| Quartz (DQ 12) | 9.4 | 1 × 45 | 40 | 0 | 1 | 7 | 1 | 23 | 2 |
| Quartz (Min-U-Sil) | – | 15 × 3 | 39 | 1 | 4 + 4z | 6 | 1+2y+2z+1y,z | 54 | 3 |
| Quartz (Min-U-Sil) + PVNO | – | 15 × 3 | 35 | 1 | 2 + 1x | 8 | 5+1x+1y+1z | 57 | 3 |
| Quartz Sykron (F 600) | 3.7 | 15 × 3 | 40 | 0 | 3 | 5 | 3 + 1z | 30 | 1 |
| 0.9% Sodium chloride | – | 15 × 0.4 mL | 39 | 0 | 0 | 0 | 0 | 0 | 5 |

[a] If an animal was found to bear more than one primary epithelial lung tumour type, this was indicated as follows: adenoma; adenocarcinoma; benign CKSCT.
[b] Other types of tumours in the lung: fibrosarcoma, lymphosarcoma, mesothelioma or lung metastases from tumours at other sites
PVNO, polyvinylpyridine-N-oxide; CKSCT, cystic keratinizing squamous cell tumour
From Pott et al. (1994)

two of the groups received injections of poly-vinylpyridine-*N*-oxide. All groups of quartz-exposed rats had a significant increase in lung tumours, and the rats protected against silicosis developed more pulmonary squamous cell carcinomas than rats that were not protected (Pott *et al.*, 1994).

### 3.3.3 Hamster

Two groups of 48 Syrian hamsters [sex unspecified] received intratracheal instillations of 3 or 7 mg quartz (Min-U-Sil) in saline once a week for 10 weeks. A group of 68 hamsters received saline alone, and another group of 72 hamsters were untreated. All animals were observed for their lifespan. No lung tumours were observed in any of the groups (Holland *et al.*, 1983).

Groups of 25–27 male Syrian golden hamsters, 11–weeks old, received weekly intratracheal instillation of 0.03, 0.33, 3.3, or 6.0 mg quartz (Min-U-Sil) in saline for 15 weeks. Groups of 27 saline-instilled hamsters and 25 untreated controls were used as controls. Animals were observed for their lifespan. No lung tumours were observed in any group (Renne *et al.*, 1985).

Three groups of 50 male Syrian golden hamsters received weekly instillations of 1.1 mg of quartz as Sil-Co-Sil, or 0.7 mg of quartz as Min-U-Sil, or 3 mg of ferric oxide (non-fibrogenic particle) in saline for 15 weeks. A group of 50 saline-instilled hamsters served as controls. Survivors were killed at 92 weeks after the beginning of the instillations. No respiratory tract tumours were observed in the hamsters exposed to Sil-Co-Sil or in the saline controls. One adenosquamous carcinoma of the bronchi and lung was observed in the Min-U-Sil group, and one benign tumour of the larynx in the ferric-oxide-exposed group (Niemeier *et al.*, 1986).

## 3.4 Intrapleural and intrathoracic administration

### 3.4.1 Mouse

One mouse study was reported in the previous *IARC Monograph* (IARC, 1997) in which the route of exposure was via a single intrathoracic injection of tridymite. The study was only reported as an abstract, and therefore is not described here (Bryson *et al.*, 1974).

### 3.4.2 Rat

Two groups of 48 male and 48 female standard Wistar rats and two groups 48 male and 48 female SPF Wistar rats were given a single intrapleural injection of 20 mg alkaline-washed quartz (size, < 5 µm) in saline, and observed for their lifespan. Control rats received injections of 0.4 mL saline alone. Malignant tumours of the reticuloendothelial system involving the thoracic region were observed in 39/95 quartz-treated SPF rats [$P < 0.001$] (23 histiocytic lymphomas, five Letterer-Siwe/Hand-Schüller-Christian disease-like tumours, one lymphocytic lymphoma, four lymphoblastic lymphosarcomas, and six spindle cell sarcomas), and in 31/94 quartz-treated standard rats [$P < 0.001$] (30 histiocytic lymphomas and one spindle-cell sarcoma). In the SPF control animals, 8/96 rats had tumours (three lymphoblastic lymphosarcomas, five reticulum cell sarcomas), 7/85 standard rat controls had tumours (one lymphoblastic lymphosarcoma, and six reticulum cell sarcomas) (Wagner & Berry, 1969; Wagner, 1970; Wagner & Wagner, 1972). [The Working Group noted that the distribution of tumours over sexes was unspecified.]

In a second study, with the same dosing regimen and type of quartz, 23 rats developed malignant reticuloendothelial system tumours (21 malignant lymphomas of the histiocytic type [MLHT], two thymonas, and one lymphosarcoma/thymoma/spindle cell sarcoma) in 80 male

IARC MONOGRAPHS – 100C

and 80 female SPF Wistar rats after 120 weeks. In another experiment, 16 male and 16 female SPF Wistar rats dosed similarly with Min-U-Sil quartz were observed until they were moribund. Eight of the 32 rats developed MLHT and three developed thymomas/lymphosarcomas. In a last experiment with the same experimental design, 18 of 32 SPF Wistar rats that had been injected with cristobalite developed malignant lymphomas (13 MLHT and five thymomas/lymphosarcomas). No MLHT and one thymoma/lymphosarcoma tumours were observed in 15 saline-injected control rats. (Wagner, 1976). [The Working Group noted that the distribution of tumours over sexes was unspecified, and that no statistics were provided.]

In one experiment, groups of 16 male and 16 female Wistar rats were given intrapleural injections of 20 mg of four types of quartz (Min-U-Sil, D&D, Snowit, and DQ12). The animals were observed for their lifespan. For all but the group treated with DQ12 quartz, there was a statistically significant increase in MLHT over saline controls (Table 3.5). In a second experiment with the same experimental design, two other strains of rats were injected Min-U-Sil (12 male and 12 female PVG rats and 20 male and 20 female Agus rats). A non-significant increase in MLHT was observed in both strains, and there was no MLHT in the saline controls. In a third experiment with the same experimental design, cristobalite was injected, and 4/32 treated Wistar rats developed MLHT [not significant], but none of the 32 saline controls did. In a final experiment, 16 male and 16 female Wistar rats were injected triolymite (size, < 0.5 μm; $0.35 \times 10^6$ particle/μg), and observed for their lifespan. A total of 16/32 Wistar rats developed MLHT, whereas no such tumours were observed in the 32 saline controls (Wagner et al., 1980). [The Working Group noted that the distribution of tumours over sexes was unspecified.]

Two groups of 36 2-month-old male Sprague-Dawley rats, received a single intrapleural injection of 20 mg DQ12 quartz in saline or saline alone, and were observed for their lifespan. Twenty-seven male rats served as untreated controls. Six malignant histiocytic lymphomas and two malignant Schwannomas were observed in the quartz-treated group [not significant], and one chronic lymphoid leukaemia and one fibrosarcoma were observed in the saline group and untreated controls, respectively (Jaurand et al., 1987).

## 3.5 Intraperitoneal administration

### 3.5.1 Rat

Two groups of 16 male and 16 female SPF Wistar rats received a single intraperitoneal injection of 20 mg of Min-U-Sil quartz in saline, and were observed for their lifespan. There were 12 saline controls [sex unspecified]. A total of 9/64 quartz-exposed rats developed malignant lymphomas (two MLHT and seven thymoma/lymphosarcomas). None of the saline controls developed MLHT, but one thymoma/lymphosarcoma was noted (Wagner, 1976). [The Working Group noted that the distribution of tumours over sexes was unspecified.]

## 3.6 Subcutaneous administration

### 3.6.1 Mouse

Two groups of 40 female (C57xBALB/c) $F_1$ mice received a single subcutaneous injection of 4 mg of d- or l-quartz. A group of 60 female mice served as saline controls. At 18 months after injection, there was an incidence of lymphomas/leukemias of 0/60, 1/40 and 12/40 ($P < 0.001$), and of liver adenomas of 0/60, 1/40 and 3/40 for the saline controls, d-quartz and l-quartz groups, respectively. No injection-site tumours were reported (Ebbesen, 1991).

Silica dust, crystalline (quartz or crystobalite)

**Table 3.5 Incidences of malignant lymphoma of the histiocytic type (MLHT) in Wistar rats after an intrapleural injection of 20 mg quartz/animal**

| Sample | No. of particles × 10⁶/ µg | Size distribution (%) | | | Mean survival (days) | Incidence of MLHT (%)[a] |
|---|---|---|---|---|---|---|
| | | < 1 µm | 1–2 µm | 2–4.6 µm | | |
| Min-U-Sil (a commercially prepared crystalline quartz probably 93% pure) | 0.59 | 61.4 | 27.9 | 9.1 | 545 | 11/32 (34%)b |
| D&D (obtained from Dowson & Dobson, Johannesburg, pure crystalline quartz) | 0.30 | 48.4 | 33.2 | 18.4 | 633 | 8/32 (25%)b |
| Snowit (commercially prepared washed crystals) | 1.1 | 81.2 | 12.9 | 5.6 | 653 | 8/32 (25%)b |
| DQ12 (standard pure quartz) | 5.0 | 91.4 | 7.8 | 0.8 | 633 | 5/32 (16%) |
| Saline controls | – | – | – | – | 717 | 0 [0/32] (0%) |

[a] Sex unspecified
[b] [Significantly different from controls by Fisher Exact test, $P < 0.05$]
From Wagner et al. (1980)

## 3.7 Intravenous administration

### 3.7.1 Mouse

Groups of 25 male and 25 female strain A mice were injected in the tail vein with 1 mg quartz in 0.1 mL of saline, with a control group of 75 male and female untreated animals. Animals were killed 3, 4.5 or 6 months after injection. There was no difference in the incidences and multiplicities of pulmonary adenomas between treated and untreated animals (Shimkin & Leiter, 1940).

## 3.8 Administration with known carcinogens

### 3.8.1 Inhalation

#### (a) Rat

Studies have been completed to determine the effect of co-exposure to silica and Thorotrast, a known carcinogen (See Table 3.6). Two sets of three groups of 90 female Wistar rats, 6–8 weeks old, were exposed by inhalation to 0, 6, or 31 mg/m³ of DQ12 quartz (mass median diameter, 1.8 µm; GSD, 2.0) for 6 hours/day 5 days/week for 29 days. One week after the inhalation exposure, one group of quartz-exposed rats and one group of sham-exposed rats received an intravenous injection of Thorotrast (2960 Bq ²²⁸Th/mL, 0.6 mL). Controls were only sham-exposed. In each of the six groups, interim sacrifices of three or six animals each were made 0, 6, 12 and 24 months after the end of exposure. The experiment was terminated 34 months after the end of exposure. In rats that were exposed to silica by inhalation and then given Thorotrast, there was a small increase in lung tumours compared to the already high incidence of benign and malignant tumours induced by silica alone (Spiethoff et al., 1992).

### 3.8.2 Intratracheal administration

#### (a) Rat

Four groups of white rats (group sizes varied from 28 to 70, with approximately equal numbers of males and females) were given either no treatment or a single instillation of 5 mg benzo[a]pyrene or an instillation of 50 mg quartz (size, 82% < 2 µm) and 5 mg benzo[a]pyrene (Group A) or 50 mg quartz and a later (1 month) instillation of 5 mg benzo[a]pyrene (Group B). The rats were observed until death. There were no

IARC MONOGRAPHS – 100C

**Table 3.6 Incidence, numbers and histological types of lung tumours in female Wistar rats after inhalation exposure to quartz and/or Thorotrast**

| Treatment | Number of rats[a] | Lung tumours | | | | |
|---|---|---|---|---|---|---|
| | | Incidence | Total number | Histological type | | |
| | | Observed | | Bronchiolo-alveolar adenoma | Bronchiolo-alveolar carcinoma | Squamous cell carcinoma |
| Controls | 85 | – | – | – | – | – |
| Low-dose quartz | 82 | 37 | 62 | 8 | 17 | 37 |
| High-dose quartz | 82 | 43 | 69 | 13 | 26 | 30 |
| Thorotrast (Tho) | 87 | 3 | 6 | – | 5 | 1 |
| Low-dose quartz + Tho | 87 | 39 | 68 | 10 | 28 | 30 |
| High-dose quartz + Tho | 87 | 57 | 98 | 16 | 47 | 35 |

[a] Without the animals sacrificed 0 and 6 months after the end of inhalation exposure.
From Spiethoff et al. (1992)

lung tumours in the untreated rats (0/45), nor in those exposed to benzo[a]pyrene alone (0/19). In the combined exposures to benzo[a]pyrene and quartz, an increased incidence in lung tumours was observed (Group A, 14/31, 11 squamous cell carcinomas and three papillomas; Group B, 4/18, two papillomas and two carcinomas) (Pylev, 1980). [The Working Group noted the absence of a group exposed to quartz alone.]

*(b)   Hamster*

Groups of 50 male Syrian golden hamsters received weekly intratracheal instillations for 15 weeks in saline of 3 mg benzo[a]pyrene or 3 mg ferric oxide or 3 mg ferric oxide plus 3 mg benzo[a]pyrene or 1.1 mg Sil-Co-Sil or 1.1 mg Sil-Co-Sil plus 3 mg benzo[a]pyrene or 0.7 mg Min-U-Sil or 0.7 mg Min-U-Sil plus 3 mg benzo[a]pyrene or 7 mg Min-U-Sil or 7 mg Min-U-Sil plus 3 mg benzo[a]pyrene. Fifty male controls received saline alone. Survivors were killed at 92 weeks after exposure. Co-exposures with silica caused an enhancement of the number of respiratory tract tumours induced by benzo[a]pyrene

(mainly in the bronchus and lung) (Niemeier et al., 1986; Table 3.7).

## 3.9 Synthesis

Studies of the carcinogenicity of crystalline silica in experimental animal models have shown quartz dust to be a lung carcinogen in rats following inhalation and intratracheal instillation, but not in mice or hamsters. Rats are known to be more sensitive than are mice or hamsters to the induction of lung tumours due to other inhaled poorly soluble particles, such as carbon black (Mauderly et al., 1994).

Quartz-induced lymphoma incidence was also increased in several experiments in rats after intrapleural administration, and in one study in mice after subcutaneous administration. Tridymite- and cristobalite-induced lymphomas were observed in only a single experiment.

Silica dust, crystalline (quartz or crystobalite)

**Table 3.7 Incidences of respiratory tract tumours in Syrian golden hamsters after intratracheal administration of quartz with or without benzo[a]pyrene**

| Treatment | No. of animals | No. of animals with respiratory tract tumours | No. of respiratory tract tumours[a] by site | | | Mean latency (wk) |
|---|---|---|---|---|---|---|
| | | | Larynx | Trachea | Bronchus and lung | |
| Saline control | 48 | 0 | 0 | 0 | 0 | – |
| BaP | 47 | 22 | 5 | 3 | 32 | 72.6 |
| Ferric oxide | 50 | 1 | 1 | 0 | 0 | 62 |
| Ferric oxide + BaP | 48 | 35b,c | 5 | 6 | 69 | 70.2 |
| Sil-Co-Sil | 50 | 0 | 0 | 0 | 0 | – |
| Sil-Co-Sil + BaP | 50 | 36b,c | 13 | 13 | 72 | 66.5 |
| Min-U-Sil | 50 | 1 | 0 | 0 | 1 | 68 |
| Min-U-Sil + BaP | 50 | 44b,c | 10 | 2 | 111 | 68.5 |
| Min-U-Sil + ferric oxide | 49 | 0 | 0 | 0 | 0 | – |
| Min-U-Sil + ferric oxide + BaP | 50 | 38b,c | 10 | 4 | 81 | 66.7 |

[a]  Types of tumours: polyps, adenomas, carcinomas, squamous cell carcinomas, adenosquamous carcinomas, adenocarcinomas, sarcomas.
[b]  Statistically significantly higher ($P < 0.00001$; two-tailed Fisher Exact test) compared with the corresponding group not treated with BaP.
[c]  Statistically significantly higher ($P < 0.01$; two-tailed Fisher Exact test) compared with the BaP group.
BaP, benzo[a]pyrene
From Niemeier et al. (1986)

# 4.  Other Relevant Data

## 4.1 Deposition and biopersistence

The inhalation of crystalline silica is associated with various lung diseases including acute silicosis or lipoproteinosis, chronic nodular silicosis, and lung cancer. Exposure to silica dust may also cause renal and autoimmune diseases (Steenland & Goldsmith, 1995; Stratta et al., 2001; Cooper et al., 2002; Otsuki et al., 2007). In silicotic patients, alveolar macrophages collected by pulmonary lavage contain crystalline silica and at autopsy, elevated levels of quartz are found in the lungs and lymph nodes. Crystalline silica is poorly soluble and biopersistent; even after cessation of exposure, silicosis can progress and is a risk factor for the development of lung cancer (IARC, 1997).

Alveolar macrophages play a key role in silica-related toxicity, and therefore the cytotoxic potency of silica particles determine the degree of silica-related pathogenicity (IARC, 1997; Donaldson & Borm, 1998). The stronger the cytotoxicity of crystalline silica to alveolar macrophages, the higher the intensity of the inflammatory reaction, and the longer the residence time of the particle in the lung (Donaldson & Borm, 1998; Fenoglio et al., 2000a).

Rodent inhalation studies have investigated the relationship between intrinsic particle toxicity, persistent inflammation, altered macrophage-mediated clearance, and biopersistence in the lung (Warheit et al., 2007). Crystalline silica particles induce lung inflammation that persists even after cessation of exposure, with alveolar macrophages having reduced chemotactic responses and phagocytosis. Crystalline silica impairs macrophage-mediated clearance secondary to its cytotoxicity that allows these particles to accumulate and persist in the lungs (IARC, 1997). In humans, it is possible that co-exposure to tobacco smoke and crystalline silica may impair the clearance of these toxic particles (IARC, 2004).

## 4.2 Mechanisms of carcinogenicity

It is generally accepted that alveolar macrophages and neutrophils play a central role in diseases associated with exposure to crystalline silica (Hamilton *et al.*, 2008). An inflammation-based mechanism as described in IARC (1997) is a likely mechanism responsible for the induction of lung cancer associated with exposure to crystalline silica, although reactive oxygen species can be directly generated by crystalline silica polymorphs themselves, and can be taken up by epithelial cells. For this reason, a direct effect on lung epithelial cells cannot be excluded (Schins, 2002; Fubini & Hubbard, 2003; Knaapen *et al.* 2004).

### 4.2.1 Physicochemical features of crystalline silica dusts associated with carcinogenicity

The major forms or polymorphs of crystalline silica are the natural minerals quartz, tridymite, cristobalite, coesite, stishovite, and the artifical silica-based zeolites (porosils) (Fenoglio *et al.*, 2000a). Humans have been exposed only to quartz, tridymite, cristobalite, the other forms being very rare. Several amorphous forms of silica exist, some of which were classified in Group 3 (*not classifiable as to their carcinogenicity*) in the previous *IARC Monograph* (IARC, 1997). Also, it has been shown that this cytotoxicity is lowered with lowering hydrophilicity (Fubini *et al.*, 1999), which depends upon the circumstances under which the surface was created. For example, silica in fly ashes or volcanic dusts is generated at high temperatures, and is mostly hydrophobic.

The classification in Group 1 (*carcinogenic to humans*) of some silica polymorphs in the previous *IARC Monograph* (IARC, 1997) was preceded by a preamble indicating that crystalline silica did not show the same carcinogenic potency in all circumstances. Physicochemical features – polymorph characteristics, associated contaminants – may account for the differences found in humans and in experimental studies. Several studies on a large variety of silica samples, aiming to clarify the so-called "variability of quartz hazard" have indicated features and contaminants that modulate the biological responses to silica as well as several surface characteristics that contribute to the carcinogenicity of a crystalline silica particle (Donaldson & Borm, 1998; Fubini, 1998a; Elias *et al.*, 2000; Donaldson *et al.*, 2001). The larger potency of freshly ground dusts (e.g. as in sandblasting) has been confirmed in several studies; Vallyathan *et al.*, 1995), as immediately after cleavage, a large number of surface-active radicals are formed that rapidly decay (Damm & Peukert, 2009). The association with clay or other aluminium-containing compounds inhibits most adverse effects (Duffin *et al.*, 2001; Schins *et al.*, 2002a), iron in traces may enhance the effects but an iron coverage inhibits cytotoxicity and cell transformation (Fubini *et al.*, 2001). One study on a large variety of commercial quartz dusts has shown a spectrum of variability in oxidative stress and inflammogenicity *in vitro* and *in vivo*, which exceeds the differences previously found among different polymorphs (Bruch *et al.*, 2004; Cakmak *et al.*, 2004; Fubini *et al.*, 2004; Seiler *et al.*, 2004). Subtle differences in the level of contaminants appear to determine such variability. New studies *in vitro* and *in vivo* on synthesized nanoparticles of quartz (Warheit *et al.*, 2007) indicate a variability of effects also at the nanoscale. These new data clearly show that more or less pathogenic materials are comprised under the term "crystalline silica dusts." However, most studies, so far, have failed to identify strict criteria to distinguish between potentially more or less hazardous forms of crystalline silica.

The pathogenic potential of quartz seems to be related to its surface properties, and the surface properties may vary depending on the origin of the quartz. The large variability in silica hazard even within quartz particles of the same polymorph may originate from the

grinding procedure, the particle shape, the thermal treatment (determines the hydrophilicity of the particle), and the metal impurities (e.g. aluminium, iron) (Fubini *et al.*, 2004).

The toxicity of silica dust from various sources may be related either to the kind of silica polymorph or to impurities.

The correlation between artificially pure crystalline silicas (porosils) with similar physicochemical properties, but different micromorphology, size and surface area, was investigated (Fenoglio *et al.*, 2000a). Surface area and aspect ratio (elongated crystals with a higher aspect ratio than more isometric crystals) of the particulates tested in a cellular system (mouse monocyte-macrophage tumour cell line) correlate best with inhibition of cell proliferation after 24–72 hours experimental time. From the natural crystalline silicas, only stishovite did not show a cytotoxic effect; all the other natural polymorphs were rather toxic. Stishovite is made up of smooth round particles (Cerrato *et al.*, 1995) whereas quartz, tridymite, and cristobalite consist of particles with very sharp edges caused by grinding (Fubini, 1998a; Fubini *et al.*, 1990, 1999). Stishovite, the only polymorph with silicon in octahedral coordination, has densely packed hydroxyl-silanols on its surface that interact with hydrogen bonds with each other; for this reason, the interaction of silanols with cell membranes, which normally does occur, is dramatically reduced (Cerrato *et al.*, 1995).

Pure silica-zeolites with different particle forms exhibit similar cytotoxicity *in vitro* if compared at equal surface area instead of equal mass. The extent of free radical generation did not show a significant correlation with cytotoxicity in this short-term in-vitro test (Fenoglio *et al.*, 2000a). Free radicals generated by the particle may play a role in later stages of toxicity related to crystalline silica (Ziemann *et al.*, 2009). Both silicon-based surface radicals and iron ions located at the particle surface may be active

centres for free radical release in solution (Fubini *et al.*, 2001).

As has already been demonstrated with quartz and cristobalite (Brown & Donaldson, 1996; Bégin *et al.*, 1987), the cytotoxicity of artificially pure silica-zeolites can be decreased by aluminium ions adsorbed onto the particle surface (Fenoglio *et al.*, 2000a). Crystalline silica may occur naturally embedded in clays or may be mixed with other materials in some commercial products. It is possible that these materials may adsorb onto the silica surface, and modify its reactivity. However, the extent of surface coverage and the potency of these modified crystalline silica particles after long-term residence in the lungs have not been systematically assessed.

A quartz sample isolated from bentonite clay obtained from a 100 to 112 million-year-old formation in Wyoming, USA, exhibits a low degree of internal crystal organization, and the surface of this quartz particles are occluded by coatings of the clay. This "quartz isolate" was compared in respect to its toxic potency after intratracheal instillation in rats with the quartz sample DQ12. The "quartz isolate" showed a much lower toxicity than DQ12 quartz, in agreement with the much lower surface reactivity of "quartz isolate" compared to the DQ12 quartz (Creutzenberg *et al.*, 2008; Miles *et al.*, 2008).

### 4.2.2 Direct genotoxicity and cell transformation

Reactive oxygen species are generated not only at the particle surface of crystalline silica, but also by phagocytic and epithelial cells exposed to quartz particles (Castranova *et al.*, 1991; Deshpande *et al.*, 2002). Oxidants generated by silica particles and by the respiratory burst of silica-activated phagocytic cells may cause cellular and lung injury, including DNA damage. Lung injury may be initiated and amplified by severe inflammation (Donaldson *et al.*, 2001; Castranova 2004; Knaapen *et al.*, 2004). Various

IARC MONOGRAPHS – 100C

products (chemotactic factors, cytokines, growth factors) released by activated (and also dying) alveolar macrophages will not only recruit more macrophages as well as polymorphonuclear leukocytes (PMNs) and lymphocytes, but may also affect and activate bronchiolar and alveolar epithelial cells.

Reactive oxygen species can directly induce DNA damage (Knaapen et al., 2002; Schins et al., 2002b), and morphological transformations observed in Syrian hamster embryo (SHE) cells correlate well with the amount of hydroxyl radicals generated (Elias et al., 2000, 2006; Fubini et al., 2001). Neoplastic transformation was observed in in-vitro assays in the absence of secondary inflammatory cells (Hersterberg et al., 1986; Saffiotti & Ahmed, 1995; Elias et al., 2000). There seems to be no correlation between the extent of cytotoxicity as assessed by colony-forming efficiency and transforming potency (SHE test) when various quartz samples were tested (Elias et al., 2000). In contrast to transforming potency, which was clearly related to hydroxyl radical generation, cytotoxicity was not affected by antioxidants. Partial reduction of transforming potency when deferoxamine-treated quartz was used points to the role of transitional metals, e.g. iron on the particle surface in generating hydroxyl radicals (Fubini et al., 2001). The SHE test used in this study by Fubini et al. (2001) and by others is recommended by the Centre for the Validation of Alternative Methods (ECVAM) as an alternative method for investigating the potential carcinogenicity of particulates (Fubini, 1998b). In nude mice injected with these transformed cells, tumours could be initiated (Saffiotti & Ahmed, 1995).

Particle uptake by target cells is also relevant for direct genotoxicity (Schins, 2002). Crystalline silica particles were detected in type II lung epithelial cells (RLE-6TN) in vitro; these particles were located also in close proximity to the nuclei and mitochondria, but not within these organelles. An osteosarcoma cell line lacking functional mitochondria was investigated with respect to quartz-related DNA damage with an osteosarcoma cell line with normal mitochondria. Only the cell line with functioning mitochondria showed significantly increased DNA damage after exposure to DQ12 quartz (Li et al., 2007).

The relationship between genotoxic effects (formation of DNA strand breaks) and the uptake of quartz particles was investigated in vitro with A549 human lung epithelial cells (Schins et al., 2002a). The percentage of A549 cells containing particles was clearly lower after exposure to quartz coated with polyvinylpynidine-N-oxide or aluminium lactate compared to uncoated quartz (DQ12). In this experiment, DNA strand breaks measured (Comet assay) in the exposed cells correlated very well with the number of particles absorbed by the cells. It could also be demonstrated that the generation of reactive oxygen species was closely related to the formation of DNA strand breaks (Schins, 2002). However, in other in-vitro studies using different quartz species, DNA strand breaks in epithelial cells could be observed only at particle concentrations that caused cytotoxicity (Cakmak et al., 2004).

Rats were exposed to crystalline silica for 3 hours and sacrificed at different time points after exposure, and lungs were examined by electron microscopy. The lungs were fixed by vascular perfusion through the right ventricle. In these investigations, silica crystals were found within the cytoplasm of type I lung epithelial cells (Brody et al., 1982). Although type I cells are not the target cell for tumour formation, these data show that the uptake of quartz particles in epithelial lung cells in vivo is in principle possible. Other particles including titanium dioxide, carbon black, or metallic particles have occasionally been found in type I lung epithelial cells in rats after inhalation exposure (Anttila, 1986; Anttila et al., 1988; Nolte et al., 1994).

After intratracheal instillation of DQ12 quartz, DNA strand breaks could be observed in lung epithelial cells isolated from quartz-treated rats. This effect was not found when the quartz dust was treated with either polyvinylpyridine-*N*-oxide or aluminium lactate. This finding suggests an important role of the reactive surface of quartz-induced DNA damage *in vivo*. No increase in alkaline phosphatase was found in the bronchiolo-alveolar lavage fluid of quartz-treated rats, and therefore, as alkaline phosphatase is an enzyme specifically present in type II epithelial cells, it can be assumed that there was no obvious cytotoxicity in these lung cells. These data support the current view of the important role of inflammatory cells in quartz-induced genotoxic effects (Knaapen *et al.*, 2002).

### 4.2.3 Depletion of antioxidant defences

Substantial amounts of ascorbic acid (Fenoglio *et al.*, 2000b) and glutathione (Fenoglio *et al.*, 2003) are consumed in the presence of quartz in cell-free tests via two different surface reactions. Both reactions may deplete antioxidant defences in the lung-lining fluid, thereby enhancing the extent of oxidative damage.

Incubation of murine alveolar MH-S macrophages with quartz particles (80 µg/cm$^2$) for 24 hours inhibited glucose 6-phosphate dehydrogenase (G6PD)-1 activity by 70%, and the pentose phosphate pathway by 30%. Such effects were accompanied by a 50% decrease in intracellular glutathione. Quartz inhibits G6PD but not other oxidoreductases, and this inhibition is prevented by glutathione, suggesting that silica contributes to oxidative stress also by inhibiting the pentose phosphate pathway, which is critical for the regeneration of reduced glutathione (Polimeni *et al.*, 2008).

### 4.2.4 Indirect mechanisms

After 13 weeks of inhalation exposure to 3 mg/m$^3$ crystalline silica (mass median aerodynamic diameter, 1.3 µm) or 50 mg/m$^3$ amorphous silica (mass median aerodynamic diameter, 0.81 µm), the percentage of PMNs in the lung of the exposed rats was similar after each exposure. However, HPRT mutation frequency of the alveolar epithelial cells was significantly increased only in rats exposed to crystalline silica. Other factors including toxic effects to epithelial cells, solubility, and biopersistence may also be important for the induction of these mutagenic effects (Johnston *et al.*, 2000). A specific finding in rats treated intratracheally with amorphous silica (Aerosil®150, pyrogenic silica with primary particle size of 14 nm) was a severe granulomatous alveolitis which over time progressed to "scar-like" interstitial fibrotic granulomas not seen after crystalline silica exposure in rats (Ernst *et al.*, 2002). Lung tumours were found in rats also after the repeated intratracheal instillation of the same amorphous silica (Kolling *et al.*, 2008).

Toxic mineral dusts, especially crystalline silica, have unique, potent effects on alveolar macrophages that have been postulated to trigger the chain of events leading to chronic lung fibrosis (silicosis) and lung cancer (Hamilton *et al.*, 2008). Macrophages express a variety of cell-surface receptors that bind to mineral dusts leading to phagocytosis, macrophage apoptosis, or macrophage activation. The major macrophage receptor that recognizes and binds inhaled particles as well as unopsonized bacteria is MARCO (Arredouani *et al.*, 2004, 2005). Additional members of the macrophage-scavenger receptor family responsible for binding mineral particles as well as a wide range of other ligands include SR-AI and SR-AII (Murphy *et al.*, 2005). Although SR-AI/II and MARCO bind both toxic and non-toxic particles, only crystalline silica triggers macrophage apoptosis following

binding to these scavenger receptors (Hamilton et al., 2008). Other receptors expressed by macrophages and other target cells in the lung that bind mineral dusts include complement receptor and mannose receptors (Gordon, 2002). The pathological consequences of silica-induced injury to alveolar macrophages followed by apoptosis is impaired alveolar-macrophage-mediated clearance of crystalline silica as discussed in Section 4.1. Lysosomal membrane permeabilization following phagocytosis of crystalline silica particles has been hypothesized to enhance IL-1β secretion (Hornung et al., 2008), and to trigger the release of cathepsin D, leading to mitochondrial damage, and the apoptosis of alveolar macrophages (Thibodeau et al., 2004). Macrophage injury and apoptosis may be responsible for the increased susceptibility of workers exposed to silica to develop autoimmune disease (Pfau et al., 2004; Brown et al., 2005), and pulmonary tuberculosis (IARC, 1997; Huaux, 2007).

Persistent inflammation triggered by crystalline silica (quartz) has been linked to indirect genotoxicity in lung epithelial cells in rats, see Fig. 4.1 (IARC, 1997). Rats exposed to crystalline silica develop a severe, prolonged inflammatory response characterized by elevated neutrophils, epithelial cell proliferation, and development of lung tumours (Driscoll et al., 1997). These persistent inflammatory and epithelial proliferative responses are less intense in mice and hamsters, and these species do not develop lung tumours following exposure to crystalline silica or other poorly soluble particles (IARC, 1997). There has been considerable discussion of whether the response of rats to inhaled particles is an appropriate model for the exposed response of humans (ILSI, 2000). Comparative histopathological studies of rats and humans exposed to the same particulate stimuli reveal more severe inflammation, alveolar lipoproteinosis, and alveolar epithelial hyperplasia in rats than in humans (Green et al., 2007). These studies suggest that rats are more susceptible to develop persistent lung inflammation in response to particle inhalation than other species (ILSI, 2000).

Chronic exposure of rats to crystalline silica also leads to pulmonary fibrosis (Oberdörster, 1996), and workers with silicosis have an elevated risk of developing lung cancer (Pelucchi et al., 2006). The causal association between chronic inflammation, fibrosis, and lung cancer was reviewed by IARC (2002). These associations provide a biological plausible mechanism between inflammation and the development of fibrosis and/or lung cancer (Balkwill & Mantovani, 2001).

## 4.3 Molecular pathogenesis of cancer of the lung

Acquired molecular alterations in oncogenes and tumour-suppressor genes characterize the multistage development of lung cancer (Sato et al., 2007). Somatic alterations, such as DNA adducts, develop in the respiratory tract of smokers during the early stages of carcinogenesis (Wiencke et al., 1999). Specific point mutations in in the K-RAS oncogene and the p53 tumour-suppressor gene are considered as biomarkers of exposure to chemical carcinogens in tobacco smoke (Pfeifer et al., 2002). Only one study has investigated the mutational spectrum of these genes that may be used as biomarkers for exposure to crystalline silica. Liu et al. (2000) analysed the mutation spectra in the K-RAS and p53 genes in lung cancers that developed in workers with silicosis [smoking status unknown]. In a series of 36 cases, 16 mutations in exons 5, 7 and 8 of the p53 gene were found. In contrast to non-occupational lung cancers, seven of these mutations clustered in exon 8. Most of the K-RAS gene mutations in non-small cell lung carcinomas occur at codon 12. Liu et al. (2000) did not detect this mutation in their case series of silicotics. Six mutations were found at codon 15 in exon 1 as well as additional mutations in codons 7, 15, 20, and

Silica dust, crystalline (quartz or crystobalite)

**Fig. 4.1 Proposed mechanisms for the carcinogenicity of crystalline silica in rats**



21. Most of these mutations were G→C transversions in contrast to G→T transversions at codon 12, which are characteristic of non-small cell lung cancers associated with tobacco smoking. If these specific mutations are confirmed in a larger series of lung cancers in silicotics, these could provide early biomarkers for the development of lung cancer in workers exposed to crystalline silica.

In a rat model of silica-induced lung cancer, a low frequency of *p53* gene mutations and no mutations in *K-RAS, N-RAS,* or *c-H-RAS* oncogenes were observed (Blanco *et al.,* 2007). No mutations in oncogenes or tumour-suppressor genes have been directly linked with exposure to crystalline silica.

The epigenetic silencing of the *p16^{INK4a}* (Belinsky *et al.,* 2002), *CDH13,* and *APC* genes has also been found in a rat model of lung cancer induced by intratracheal instillation of crystalline silica (Blanco *et al.,* 2007). In this rodent model, the increased expression of iNOS

(inducible nitric oxide synthase) was also found in preneoplastic lesions, which is consistent with a role for reactive nitrogen species in silicosis (Porter *et al.*, 2006).

## 4.4 Species differences and susceptible populations

In rat chronic inhalation studies using crystalline silica or granular, poorly soluble particles, female rats are more susceptible than males to the induction of lung tumours. Overall, rats are susceptible to the induction of lung cancer following the exposure to crystalline silica or granular, poorly soluble particles, but hamsters and mice are more resistant. The mechanistic basis for these sex and species differences is unknown. Mice exposed to crystalline silica by intranasal instillation or subcutaneous injection, as well as rats injected intrapleurally or intraperitoneally develop lymphomas. Following inhalation exposure to crystalline silica, lymphomas have not been observed in any species (see Section 3).

In some workers exposed to crystalline silica, cytokine gene polymorphisms have been linked with silicosis (Yucesoy *et al.*, 2002). Specific polymorphisms in genes encoding in *TNF-α* and *IL-1RA* (interleukin-1 receptor antagonist) have been associated with an increased risk for the development of silicosis (Yucesoy & Luster, 2007). Gene–linkage analyses might reveal additional markers for susceptibility to the development of silicosis and lung cancer in workers exposed to crystalline silica.

## 4.5 Synthesis

Three mechanisms have been proposed for the carcinogenicity of crystalline silica in rats (Fig. 4.1). First, exposure to crystalline silica impairs alveolar-macrophage-mediated particle clearance thereby increasing persistence of silica in the lungs, which results in macrophage activation, and the sustained release of chemokines and cytokines. In rats, persistent inflammation is characterized by neutrophils that generate oxidants that induce genotoxicity, injury, and proliferation of lung epithelial cells leading to the development of lung cancer. Second, extracellular generation of free radicals by crystalline silica depletes antioxidants in the lung-lining fluid, and induces epithelial cell injury followed by epithelial cell proliferation. Third, crystalline silica particles are taken up by epithelial cells followed by intracellular generation of free radicals that directly induce genotoxicity.

The Working Group considers the first mechanism as the most prominent based on the current experimental data using inhalation or intratracheal instillation in rats, although the other mechanisms cannot be excluded. It is unknown which of these mechanisms occur in humans exposed to crystalline silica dust. The mechanism responsible for the induction of lymphomas in rats and mice following direct injections of crystalline silica dust is unknown.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of crystalline silica in the form of quartz or cristobalite. Crystalline silica in the form of quartz or cristobalite dust causes cancer of the lung.

There is *sufficient evidence* in experimental animals for the carcinogenicity of quartz dust.

There is *limited evidence* in experimental animals for the carcinogenicity of tridymite dust and cristobalite dust.

Crystalline silica in the form of quartz or cristobalite dust is *carcinogenic to humans (Group 1).*

# References

Akbar-Khanzadeh F & Brillhart RL (2002). Respirable crystalline silica dust exposure during concrete finishing (grinding) using hand-held grinders in the construction industry. *Ann Occup Hyg*, 46: 341–346. doi:10.1093/annhyg/mef043 PMID:12176721

Akbar-Khanzadeh F, Milz S, Ames A *et al.* (2007). Crystalline silica dust and respirable particulate matter during indoor concrete grinding - wet grinding and ventilated grinding compared with uncontrolled conventional grinding. *J Occup Environ Hyg*, 4: 770–779. doi:10.1080/15459620701569708 PMID:17763068

Andersson L, Bryngelsson I-L, Ohlson C-G *et al.* (2009). Quartz and dust exposure in Swedish iron foundries. *J Occup Environ Hyg*, 6: 9–18. doi:10.1080/15459620802523943 PMID:18982534

Anttila S (1986). Dissolution of stainless steel welding fumes in the rat lung: an x ray microanalytical study. *Br J Ind Med*, 43: 592–596. PMID:3756109

Anttila S, Grekula A, Sutinen S *et al.* (1988). Inhaled manual metal arc and shieldgas stainless and mild steel welding fumes in rat lung. *Ann Occup Hyg*, 32: 225–235.

Archer JD, Cooper GS, Reist PC *et al.* (2002). Exposure to respirable crystalline silica in eastern North Carolina farm workers. *AIHA J (Fairfax, Va)*, 63: 750–755. doi:10.1080/15428110208984765 PMID:12570084

Arredouani M, Yang Z, Ning Y *et al.* (2004). The scavenger receptor MARCO is required for lung defense against pneumococcal pneumonia and inhaled particles. *J Exp Med*, 200: 267–272. doi:10.1084/jem.20040731 PMID:15263032

Arredouani MS, Palecanda A, Koziel H *et al.* (2005). MARCO is the major binding receptor for unopsonized particles and bacteria on human alveolar macrophages. *J Immunol*, 175: 6058–6064. PMID:16237101

Attfield MD & Costello J (2004). Quantitative exposure–response for silica dust and lung cancer in Vermont granite workers. *Am J Ind Med*, 45: 129–138. doi:10.1002/ajim.10348 PMID:14748044

Bahrami AR, Golbabai F, Mahjub H *et al.* (2008). Determination of exposure to respirable quartz in the stone crushing units at Azendarian-West of Iran. *Ind Health*, 46: 404–408. doi:10.2486/indhealth.46.404 PMID:18716390

Bakke B, Stewart P, Eduard W (2002). Determinants of dust exposure in tunnel construction work. *Appl Occup Environ Hyg*, 17: 783–796. doi:10.1080/10473220290096032 PMID:12419106

Balkwill F & Mantovani A (2001). Inflammation and cancer: back to Virchow? *Lancet*, 357: 539–545. doi:10.1016/S0140-6736(00)04046-0 PMID:11229684

Bégin R, Massé S, Sébastien P *et al.* (1987). Sustained efficacy of aluminum to reduce quartz toxicity in the lung. *Exp Lung Res*, 13: 205–222. doi:10.3109/01902148709064319 PMID:2822380

Belinsky SA, Snow SS, Nikula KJ *et al.* (2002). Aberrant CpG island methylation of the p16(INK4a) and estrogen receptor genes in rat lung tumors induced by particulate carcinogens. *Carcinogenesis*, 23: 335–339. doi:10.1093/carcin/23.2.335 PMID:11872642

Blanco D, Vicent S, Fraga MF *et al.* (2007). Molecular analysis of a multistep lung cancer model induced by chronic inflammation reveals epigenetic regulation of p16 and activation of the DNA damage response pathway. *Neoplasia*, 9: 840–852. doi:10.1593/neo.07517 PMID:17971904

Bråtveit M, Moen BE, Mashalla YJS, Maalim H (2003). Dust exposure during small-scale mining in Tanzania: a pilot study. *Ann Occup Hyg*, 47: 235–240. doi:10.1093/annhyg/meg027 PMID:12639837

Brody AR, Roe MW, Evans JN, Davis GS (1982). Deposition and translocation of inhaled silica in rats. Quantification of particle distribution, macrophage participation, and function. *Lab Invest*, 47: 533–542. PMID:6292578

Brown GM, Donaldson K (1996). *Modulation of quartz toxicity by aluminum.* In: *Silica and Silica-induced Lung Diseases.* Castranova V, Vallyathan V Wallace WE, editors. Boca Raton, FL: CRC Press, pp. 299–304.

Brown JM, Pfau JC, Pershouse MA, Holian A (2005). Silica, apoptosis, and autoimmunity. *J Immunotoxicol*, 1: 177–187. doi:10.1080/15476910490911922 PMID:18958651

Brown TP & Rushton L (2005a). Mortality in the UK industrial silica sand industry: 1. Assessment of exposure to respirable crystalline silica. *Occup Environ Med*, 62: 442–445. doi:10.1136/oem.2004.017715 PMID:15961619

Brown TP & Rushton L (2005b). Mortality in the UK industrial silica sand industry: 2. A retrospective cohort study. *Occup Environ Med*, 62: 446–452. doi:10.1136/oem.2004.017731 PMID:15961620

Bruch J, Rehn S, Rehn B *et al.* (2004). Variation of biological responses to different respirable quartz flours determined by a vector model. *Int J Hyg Environ Health*, 207: 203–216. doi:10.1078/1438-4639-00278 PMID:15330388

Brüske-Hohlfeld I, Möhner M, Pohlabeln H *et al.* (2000). Occupational lung cancer risk for men in Germany: results from a pooled case–control study. *Am J Epidemiol*, 151: 384–395. PMID:10695597

Bryson G, Bischoff F, Stauffer RD (1974). A comparison of chrysotile and tridymite at the intrathoracic site in male Marsh mice (Abstract No. 22). *Proc Am Assoc Cancer Res*, 15: 6

Burgess GL (1998). Development of an exposure matrix for respirable crystalline silica in the British pottery industry. *Ann Occup Hyg*, 42: 209–217. PMID:9684560

Cakmak GD, Schins RP, Shi T et al. (2004). In vitro genotoxicity assessment of commercial quartz flours in comparison to standard DQ12 quartz. Int J Hyg Environ Health, 207: 105–113. doi:10.1078/1438-4639-00276 PMID:15031953

Carta P, Aru G, Manca P (2001). Mortality from lung cancer among silicotic patients in Sardinia: an update study with 10 more years of follow up. Occup Environ Med, 58: 786–793. doi:10.1136/oem.58.12.786 PMID:11706145

Castranova V, Kang JH, Moore MD et al. (1991). Inhibition of stimulant-induced activation of phagocytic cells with tetrandrine. J Leukoc Biol, 50: 412–422. PMID:1655939

Castranova V (2004). Signaling pathways controlling the production of inflammatory mediators in response to crystalline silica exposure: role of reactive oxygen/nitrogen species. Free Radic Biol Med, 37: 916–925. doi:10.1016/j.freeradbiomed.2004.05.032 PMID:15336307

Cerrato G, Fubini B, Baricco M, Morterra C (1995). Spectroscopic, structural and microcalorimetric study of stishovite, a non-pathogenic polymorph of SiO₂. J Mater Chem, 5: 1935–1941. doi:10.1039/jm9950501935

Checkoway H, Heyer NJ, Demers PA, Breslow NE (1993). Mortality among workers in the diatomaceous earth industry. Br J Ind Med, 50: 586–597. PMID:8343419

Checkoway H, Heyer NJ, Demers PA, Gibbs GW (1996). Reanalysis of mortality from lung cancer among diatomaceous earth industry workers, with consideration of potential confounding by asbestos exposure. Occup Environ Med, 53: 645–647. doi:10.1136/oem.53.9.645 PMID:8882123

Checkoway H, Heyer NJ, Seixas NS et al. (1997). Dose-response associations of silica with nonmalignant respiratory disease and lung cancer mortality in the diatomaceous earth industry. Am J Epidemiol, 145: 680–688. PMID:9125994

Chen J, McLaughlin JK, Zhang JY et al. (1992). Mortality among dust-exposed Chinese mine and pottery workers. J Occup Med, 34: 311–316. doi:10.1097/00043764-199203000-00017 PMID:1312152

Chen W, Bochmann F, Sun Y (2007). Effects of work related confounders on the association between silica exposure and lung cancer: a nested case–control study among Chinese miners and pottery workers. Int Arch Occup Environ Health, 80: 320–326. doi:10.1007/s00420-006-0137-0 PMID:16897095

Chen W & Chen J (2002). Nested case–control study of lung cancer in four Chinese tin mines. Occup Environ Med, 59: 113–118. doi:10.1136/oem.59.2.113 PMID:11850554

Chen W, Yang J, Chen J, Bruch J (2006). Exposures to silica mixed dust and cohort mortality study in tin mines: exposure–response analysis and risk assessment of lung cancer. Am J Ind Med, 49: 67–76. doi:10.1002/ajim.20248 PMID:16362950

Cherry NM, Burgess GL, Turner S, McDonald JC (1998). Crystalline silica and risk of lung cancer in the potteries. Occup Environ Med, 55: 779–785. doi:10.1136/oem.55.11.779 PMID:9924456

Cocco P, Rice CH, Chen JQ et al. (2001). Lung cancer risk, silica exposure, and silicosis in Chinese mines and pottery factories: the modifying role of other workplace lung carcinogens. Am J Ind Med, 40: 674–682. doi:10.1002/ajim.10022 PMID:11757044

Cooper GS, Miller FW, Germolec DR (2002). Occupational exposures and autoimmune diseases. Int Immunopharmacol, 2: 303–313. doi:10.1016/S1567-5769(01)00181-3 PMID:11811933

Costello J & Graham WG (1988). Vermont granite workers' mortality study. Am J Ind Med, 13: 483–497. doi:10.1002/ajim.4700130408 PMID:2834946

Crangle RD (2009). Diatomite (advance release). In: U.S. Geological Survey Minerals Yearbook–2008. Reston, VA: USGS. Available at http://minerals.usgs.gov/minerals/pubs/commodity/diatomite/myb1-2009-diato.pdf

Creutzenberg O, Hansen T, Ernst H et al. (2008). Toxicity of a quartz with occluded surfaces in a 90-day intratracheal instillation study in rats. Inhal Toxicol, 20: 995–1008. doi:10.1080/08958370802123903 PMID:18788017

Croteau GA, Flanagan ME, Camp JE, Seixas NS (2004). The efficacy of local exhaust ventilation for controlling dust exposures during concrete surface grinding. Ann Occup Hyg, 48: 509–518. doi:10.1093/annhyg/meh050 PMID:15298850

Dagle GE, Wehner AP, Clark ML et al. (1986). Chronic inhalation exposure of rats to quartz. In: Silica, Silicosis and Cancer. Controversy in Occupational Medicine. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 255–266. ISBN:0030041996.

Damm C & Peukert W (2009). Kinetics of radical formation during the mechanical activation of quartz. Langmuir, 25: 2264–2270. doi:10.1021/la803502x PMID:19143556

de Klerk NH & Musk AW (1998). Silica, compensated silicosis, and lung cancer in Western Australian gold-miners. Occup Environ Med, 55: 243–248. doi:10.1136/oem.55.4.243 PMID:9624278

Deshpande A, Narayanan PK, Lehnert BE (2002). Silica-induced generation of extracellular factor(s) increases reactive oxygen species in human bronchial epithelial cells. Toxicol Sci, 67: 275–283. doi:10.1093/toxsci/67.2.275 PMID:12011487

Dolley TP (2009). Silica (advance release). In: U.S. Geological Survey Minerals Yearbook–2008. Reston, VA: USGS. Available at http://minerals.usgs.gov/minerals/pubs/commodity/silica/myb1-2008-silic.pdf

Donaldson K & Borm PJ (1998). The quartz hazard: a variable entity. Ann Occup Hyg, 42: 287–294. PMID:9729916

Donaldson K, Stone V, Duffin R et al. (2001). The quartz hazard: effects of surface and matrix on inflammogenic activity. J Environ Pathol Toxicol Oncol, 20: Suppl 1109–118. PMID:11570668

Driscoll KE, Deyo LC, Carter JM et al. (1997). Effects of particle exposure and particle-elicited inflammatory cells on mutation in rat alveolar epithelial cells. Carcinogenesis, 18: 423–430. doi:10.1093/carcin/18.2.423 PMID:9054638

Duffin R, Gilmour PS, Schins RP et al. (2001). Aluminium lactate treatment of DQ12 quartz inhibits its ability to cause inflammation, chemokine expression, and nuclear factor-kappaB activation. Toxicol Appl Pharmacol, 176: 10–17. doi:10.1006/taap.2001.9268 PMID:11578144

Ebbesen P (1991). Chirality of quartz. Fibrosis and tumour development in dust inoculated mice. Eur J Cancer Prev, 1: 39–42. doi:10.1097/00008469-199110000-00008 PMID:1842682

Elci OC, Akpinar-Elci M, Blair A, Dosemeci M (2002). Occupational dust exposure and the risk of laryngeal cancer in Turkey. Scand J Work Environ Health, 28: 278–284. PMID:12199430

Elias Z, Poirot O, Danière MC et al. (2000). Cytotoxic and transforming effects of silica particles with different surface properties in Syrian hamster embryo (SHE) cells. Toxicol In Vitro, 14: 409–422. doi:10.1016/S0887-2333(00)00039-4 PMID:10963957

Elias Z, Poirot O, Fenoglio I et al. (2006). Surface reactivity, cytotoxic, and morphological transforming effects of diatomaceous Earth products in Syrian hamster embryo cells. Toxicol Sci, 91: 510–520. doi:10.1093/toxsci/kfj177 PMID:16571621

Ernst H, Rittinghausen S, Bartsch W et al. (2002). Pulmonary inflammation in rats after intratracheal instillation of quartz, amorphous SiO2, carbon black, and coal dust and the influence of poly-2-vinylpyridine-N-oxide (PVNO). Exp Toxicol Pathol, 54: 109–126. doi:10.1078/0940-2993-00241 PMID:12211632

Erren TC, Glende CB, Morfeld P, Piekarski C (2009). Is exposure to silica associated with lung cancer in the absence of silicosis? A meta-analytical approach to an important public health question. Int Arch Occup Environ Health, 82: 997–1004. PMID:19066933

Fenoglio I, Croce A, Di Renzo F et al. (2000a). Pure-silica zeolites (Porosils) as model solids for the evaluation of the physicochemical features determining silica toxicity to macrophages. Chem Res Toxicol, 13: 489–500. doi:10.1021/tx990169u PMID:10858322

Fenoglio I, Fonsato S, Fubini B (2003). Reaction of cysteine and glutathione (GSH) at the freshly fractured quartz surface: a possible role in silica-related diseases? Free Radic Biol Med, 35: 752–762. doi:10.1016/S0891-5849(03)00398-8 PMID:14583339

Fenoglio I, Martra G, Coluccia S, Fubini B (2000b). Possible role of ascorbic acid in the oxidative damage induced by inhaled crystalline silica particles. Chem Res Toxicol, 13: 971–975. doi:10.1021/tx000125h PMID:11080045

Flanagan ME, Seixas N, Becker P et al. (2006). Silica exposure on construction sites: results of an exposure monitoring data compilation project. J Occup Environ Hyg, 3: 144–152. doi:10.1080/15459620500526552 PMID:16464818

Flanagan ME, Seixas N, Majar M et al. (2003). Silica dust exposures during selected construction activities. AIHAJ, 64: 319–328. PMID:12809537.

Føreland S, Bye E, Bakke B, Eduard W (2008). Exposure to fibres, crystalline silica, silicon carbide and sulphur dioxide in the Norwegian silicon carbide industry. Ann Occup Hyg, 52: 317–336. doi:10.1093/annhyg/men029 PMID:18550624

Fubini B (1998a). Surface chemistry and quartz hazard. Ann Occup Hyg, 42: 521–530. PMID:9838865

Fubini B (1998b). Non-animal Tests for Evaluating the Toxicity of Solid Xenobiotics. Atla, 26: 579–617.

Fubini B, Fenoglio I, Ceschino R et al. (2004). Relationship between the state of the surface of four commercial quartz flours and their biological activity in vitro and in vivo. Int J Hyg Environ Health, 207: 89–104. doi:10.1078/1438-4639-00277 PMID:15031952

Fubini B, Fenoglio I, Elias Z, Poirot O (2001). Variability of biological responses to silicas: effect of origin, crystallinity, and state of surface on generation of reactive oxygen species and morphological transformation of mammalian cells. J Environ Pathol Toxicol Oncol, 20: Suppl 195–108. PMID:11570678

Fubini B, Giamello E, Volante M et al. (1990). Chemical functionalities at the silica surface determining its reactivity when inhaled. Formation and reactivity of surface radicals. Toxicol Ind Health, 6: 571–598. PMID:1670383.

Fubini B & Hubbard A (2003). Reactive oxygen species (ROS) and reactive nitrogen species (RNS) generation by silica in inflammation and fibrosis. Free Radic Biol Med, 34: 1507–1516. doi:10.1016/S0891-5849(03)00149-7 PMID:12788471

Fubini B, Zanetti G, Altilia S et al. (1999). Relationship between surface properties and cellular responses to crystalline silica: studies with heat-treated cristobalite. Chem Res Toxicol, 12: 737–745. doi:10.1021/tx980261a PMID:10458708

Golbabaei F, Barghi M-A, Sakhaei M (2004). Evaluation of workers' exposure to total, respirable and silica dust and the related health symptoms in Senjedak stone quarry, Iran. Ind Health, 42: 29–33. doi:10.2486/indhealth.42.29 PMID:14964615

Gordon S (2002). Pattern recognition receptors: doubling up for the innate immune response. Cell, 111: 927–930. doi:10.1016/S0092-8674(02)01201-1 PMID:12507420

Gottesfeld P, Nicas M, Kephart JW et al. (2008). Reduction of respirable silica following the introduction of water spray applications in Indian stone crusher mills. Int J Occup Environ Health, 14: 94–103. PMID:18507285

Graham WG, Costello J, Vacek PM (2004). Vermont granite mortality study: an update with an emphasis on lung cancer. J Occup Environ Med, 46:

459–466. doi:10.1097/01.jom.0000126026.22470.6d PMID:15167394

Green FH, Vallyathan V, Hahn FF (2007). Comparative pathology of environmental lung disease: an overview. *Toxicol Pathol*, 35: 136–147. doi:10.1080/01926230601132055 PMID:17325982

Groth DH, Stettler LE, Platek SF *et al.* (1986). Lung *tumors in rats treated with quartz by instillation*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 243–253. ISBN:0030041996.

Guénel P, Breum NO, Lynge E (1989). Exposure to silica dust in the Danish stone industry. *Scand J Work Environ Health*, 15: 147–153. PMID:2549615

Hai DN, Chai SK, Chien VC *et al.* (2001). An occupational risk survey of a refractory brick company in Ha Noi, Viet Nam. *Int J Occup Environ Health*, 7: 195–200. PMID:11513069

Hamilton RF Jr, Thakur SA, Holian A (2008). Silica binding and toxicity in alveolar macrophages. *Free Radic Biol Med*, 44: 1246–1258. doi:10.1016/j.freeradbiomed.2007.12.027 PMID:18226603

Harrison J, Chen J-Q, Miller W *et al.* (2005). Risk of silicosis in cohorts of Chinese tin and tungsten miners and pottery workers (II): Workplace-specific silica particle surface composition. *Am J Ind Med*, 48: 10–15. doi:10.1002/ajim.20175 PMID:15940714

Hayumbu P, Robins TG, Key-Schwartz R (2008). Cross-sectional silica exposure measurements at two Zambian copper mines of Nkana and Mufulira. *Int J Environ Res Public Health*, 5: 86–90. PMID:18678921

Hersterberg TW, Oshimura M, Brody AR *et al.* (1986). *Asbestos and silica induce morphological transformation of mammalian cells in culture: a possible mechanism*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 177–190.

Hessel PA, Sluis-Cremer GK, Hnizdo E (1986). Case–control study of silicosis, silica exposure, and lung cancer in white South African gold miners. *Am J Ind Med*, 10: 57–62. doi:10.1002/ajim.4700100107 PMID:3017101

Hessel PA, Sluis-Cremer GK, Hnizdo E (1990). Silica exposure, silicosis, and lung cancer: a necropsy study. *Br J Ind Med*, 47: 4–9. PMID:2155648

Hicks J & Yager J (2006). Airborne crystalline silica concentrations at coal-fired power plants associated with coal fly ash. *J Occup Environ Hyg*, 3: 448–455. doi:10.1080/15459620600802747 PMID:16862716

Hnizdo E, Murray J, Klempman S (1997). Lung cancer in relation to exposure to silica dust, silicosis and uranium production in South African gold miners. *Thorax*, 52: 271–275. doi:10.1136/thx.52.3.271 PMID:9093345

Hnizdo E & Sluis-Cremer GK (1991). Silica exposure, silicosis, and lung cancer: a mortality study of

South African gold miners. *Br J Ind Med*, 48: 53–60. PMID:1847069

Holland L, Gonzales M, Wilson J (1983). *Pulmonary effects of shale dusts in experimental animals*. In: *Health Issues Related to Metal and Nonmetallic Mining*. Wagner W, Rom W, Merchand J, editors. Boston MA: Butterworths, pp. 485–496. ISBN:0250406101.

Holland L, Wilson J MI,.Tillery M (1986). *Lung cancer in rats exposed to fibrogenic dusts*. In: *Silica, Silicosis, and Cancer: Controversy in Occupational Medicine*. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 267–279. ISBN:0030041996.

Hornung V, Bauernfeind F, Halle A *et al.* (2008). Silica crystals and aluminum salts activate the NALP3 inflammasome through phagosomal destabilization. *Nat Immunol*, 9: 847–856. doi:10.1038/ni.1631 PMID:18604214

Huaux F (2007). New developments in the understanding of immunology in silicosis. *Curr Opin Allergy Clin Immunol*, 7: 168–173. doi:10.1097/ACI.0b013e32802bf8a5 PMID:17351471

Hughes JM, Weill H, Rando RJ *et al.* (2001). Cohort mortality study of North American industrial sand workers. II. Case-referent analysis of lung cancer and silicosis deaths. *Ann Occup Hyg*, 45: 201–207. PMID:11295143

IARC (1987a). Silica and some silicates. *IARC Monogr Eval Carcinog Risk Chem Hum*, 42: 1–239. PMID:2824337

IARC (1987b). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. *IARC Monogr Eval Carcinog Risks Hum Suppl*, 7: 1–440. PMID:3482203

IARC (1997). Silica, some silicates, coal dust and para-aramid fibrils. *IARC Monogr Eval Carcinog Risks Hum*, 68: 1–475. PMID:9303953

IARC (2002). Man-made vitreous fibres. *IARC Monogr Eval Carcinog Risks Hum*, 81: 1–381. PMID:12458547

IARC (2004). Tobacco smoke and involuntary smoking. *IARC Monogr Eval Carcinog Risks Hum*, 83: 1–1438. PMID:15285078

ILSI; Risk Science Institute Workshop Participants. (2000). The relevance of the rat lung response to particle overload for human risk assessment: a workshop consensus report. *Inhal Toxicol*, 12: 1–17. PMID:10715616

Ishihara Y, Iijima H, Matsunaga K *et al.* (2002). Expression and mutation of p53 gene in the lung of mice intratracheal injected with crystalline silica. *Cancer Lett*, 177: 125–128. doi:10.1016/S0304-3835(01)00779-0 PMID:11825659

Jaurand MC, Fleury J, Monchaux G *et al.* (1987). Pleural carcinogenic potency of mineral fibers (asbestos, attapulgite) and their cytotoxicity on cultured cells. *J Natl Cancer Inst*, 79: 797–804. PMID:2821313

Johnson NF, Smith DM, Sebring R, Holland LM (1987). Silica-induced alveolar cell tumors in rats. *Am J*

*Ind Med*, 11: 93–107. doi:10.1002/ajim.4700110110 PMID:3028139

Johnston CJ, Driscoll KE, Finkelstein JN *et al.* (2000). Pulmonary chemokine and mutagenic responses in rats after subchronic inhalation of amorphous and crystalline silica. *Toxicol Sci*, 56: 405–413. doi:10.1093/toxsci/56.2.405 PMID:10911000

Kauppinen T, Heikkilä P, Partanen T *et al.* (2003). Mortality and cancer incidence of workers in Finnish road paving companies. *Am J Ind Med*, 43: 49–57. doi:10.1002/ajim.10161 PMID:12494421

Kauppinen T, Toikkanen J, Pedersen D *et al.* (2000). Occupational exposure to carcinogens in the European Union. *Occup Environ Med*, 57: 10–18. doi:10.1136/oem.57.1.10 PMID:10711264

Knaapen AM, Albrecht C, Becker A *et al.* (2002). DNA damage in lung epithelial cells isolated from rats exposed to quartz: role of surface reactivity and neutrophilic inflammation. *Carcinogenesis*, 23: 1111–1120. doi:10.1093/carcin/23.7.1111 PMID:12117767

Knaapen AM, Borm PJ, Albrecht C, Schins RP (2004). Inhaled particles and lung cancer. Part A: Mechanisms. *Int J Cancer*, 109: 799–809. doi:10.1002/ijc.11708 PMID:15027112

Kolling A, Ernst H, Rittinghausen S *et al.* (2008). Comparison of primary lung tumor incidences in the rat evaluated by the standard microscopy method and by multiple step sections. *Exp Toxicol Pathol*, 60: 281–288. doi:10.1016/j.etp.2008.02.003 PMID:18455915

Koskela RS, Klockars M, Laurent H, Holopainen M (1994). Silica dust exposure and lung cancer. *Scand J Work Environ Health*, 20: 407–416. PMID:7701286

Kurihara N & Wada O (2004). Silicosis and smoking strongly increase lung cancer risk in silica-exposed workers. *Ind Health*, 42: 303–314. doi:10.2486/indhealth.42.303 PMID:15295901

Lacasse Y, Martin S, Gagné D, Lakhal L (2009). Dose–response meta-analysis of silica and lung cancer. *Cancer Causes Control*, 20: 925–933. doi:10.1007/s10552-009-9296-0 PMID:19184475

Lacasse Y, Martin S, Simard S, Desmeules M (2005). Meta-analysis of silicosis and lung cancer. *Scand J Work Environ Health*, 31: 450–458. PMID:16425586

Lee K (2009). OSHA compliance issues: benzene and crystalline silica exposures in a grey iron foundry. *J Occup Environ Hyg*, 6: D15–D17. doi:10.1080/15459620902754380 PMID:19205997

Li H, Haberzettl P, Albrecht C *et al.* (2007). Inhibition of the mitochondrial respiratory chain function abrogates quartz induced DNA damage in lung epithelial cells. *Mutat Res*, 617: 46–57. PMID:17239409

Linch KD (2002). Respirable concrete dust–silicosis hazard in the construction industry. *Appl Occup Environ Hyg*, 17: 209–221. doi:10.1080/104732202753438298 PMID:11871757

Liu B, Guan R, Zhou P *et al.* (2000). A distinct mutational spectrum of p53 and K-ras genes in lung cancer of workers with silicosis. *J Environ Pathol Toxicol Oncol*, 19: 1–7. PMID:10905501

Lumens MEGL & Spee T (2001). Determinants of exposure to respirable quartz dust in the construction industry. *Ann Occup Hyg*, 45: 585–595. PMID:11583660

Mauderly JL, Snipes MB, Barr EB *et al.* (1994). Pulmonary toxicity of inhaled diesel exhaust and carbon black in chronically exposed rats. Part I: Neoplastic and nonneoplastic lung lesions. *Res Rep Health Eff Inst*, (68, Pt 1): 1–75, discussion 77–97. PMID:7530965

Mamuya SHD, Bråtveit M, Mwaiselage J *et al.* (2006). High exposure to respirable dust and quartz in a labour-intensive coal mine in Tanzania. *Ann Occup Hyg*, 50: 197–204. doi:10.1093/annhyg/mei052 PMID:16143714

McDonald AD, McDonald JC, Rando RJ *et al.* (2001). Cohort mortality study of North American industrial sand workers. I. Mortality from lung cancer, silicosis and other causes. *Ann Occup Hyg*, 45: 193–199. PMID:11295142

McDonald JC, Gibbs GW, Liddell FD, McDonald AD (1978). Mortality after long exposure to cummingtonite-grunerite. *Am Rev Respir Dis*, 118: 271–277. PMID:211890

McDonald JC, McDonald AD, Hughes JM *et al.* (2005). Mortality from lung and kidney disease in a cohort of North American industrial sand workers: an update. *Ann Occup Hyg*, 49: 367–373. doi:10.1093/annhyg/mei001 PMID:15728107

McLaughlin JK, Chen JQ, Dosemeci M *et al.* (1992). A nested case–control study of lung cancer among silica exposed workers in China. *Br J Ind Med*, 49: 167–171. PMID:1313281

McNeill DA, Chrisp CE, Fisher GL (1990). Pulmonary adenomas in A/J mice treated with silica. *Drug Chem Toxicol*, 13: 87–92. doi:10.3109/01480549009011071 PMID:2165900

Mehnert WH, Staneczek W, Möhner M *et al.* (1990). A mortality study of a cohort of slate quarry workers in the German Democratic Republic. *IARC Sci Publ*, (97): 55–64. PMID:2164503

Meijer E, Kromhout H, Heederik D (2001). Respiratory effects of exposure to low levels of concrete dust containing crystalline silica. *Am J Ind Med*, 40: 133–140. doi:10.1002/ajim.1080 PMID:11494340

Miles W, Moll WF, Hamilton RD, Brown RK (2008). Physicochemical and mineralogical characterization of test materials used in 28-day and 90-day intratracheal instillation toxicology studies in rats. *Inhal Toxicol*, 20: 981–993. doi:10.1080/08958370802077943 PMID:18686105

Mirabelli D & Kauppinen T (2005). Occupational exposures to carcinogens in Italy: an update of CAREX database. *Int J Occup Environ Health*, 11: 53–63. PMID:15859192

Moulin JJ, Clavel T, Roy D et al. (2000). Risk of lung cancer in workers producing stainless steel and metallic alloys. Int Arch Occup Environ Health, 73: 171–180. doi:10.1007/s004200050024 PMID:10787132

Muhle H, Bellman B, Creuzenberg O et al. (1998). Pulmonary response to toner TiO(2) and crystalline silica upon chronic inhalation exposure in syrian golden hamsters. Inhal Toxicol, 10: 667–729.

Muhle H, Bellmann B, Creutzenberg O et al. (1991). Pulmonary response to toner upon chronic inhalation exposure in rats. Fundam Appl Toxicol, 17: 280–299. doi:10.1016/0272-0590(91)90219-T PMID:1662648

Muhle H, Kittel B, Ernst H et al. (1995). Neoplastic lung lesions in rat after chronic exposure to crystalline silica. Scand J Work Environ Health, 21: Suppl 227–29. PMID:8929684

Muhle H, Takenaka S, Mohr U et al. (1989). Lung tumor induction upon long-term low-level inhalation of crystalline silica. Am J Ind Med, 15: 343–346. PMID:2539015

Murphy JE, Tedbury PR, Homer-Vanniasinkam S et al. (2005). Biochemistry and cell biology of mammalian scavenger receptors. Atherosclerosis, 182: 1–15. doi:10.1016/j.atherosclerosis.2005.03.036 PMID:15904923

Naidoo R, Seixas N, Robins T (2006). Estimation of respirable dust exposure among coal miners, in South Africa. J Occup Environ Hyg, 3: 293–300. doi:10.1080/15459620600668973 PMID:15859192

Niemeier R, Mulligan LT, Rowland J (1986). Cocarcinogenicity of foundry silica sand in hamsters. In: Silica, Silicosis, and Cancer: Controversy in Occupational Medicine. Goldsmith DR, Winn DM, Shy CM, editors. New York: Praeger, pp. 215–227. ISBN:0030041996.

Nieuwenhuijsen MJ, Noderer KS, Schenker MB et al. (1999). Personal exposure to dust, endotoxin and crystalline silica in California agriculture. Ann Occup Hyg, 43: 35–42. PMID:10028892

NIOSH (2002) NIOSH Hazard Review: Health Effects of Occupational Exposure to Respirable Crystalline Silica (DHHS (NIOSH) Publication No. 2002–129). Cincinnati, OH, 145 pp.

Nolte T, Thiedemann KU, Dungworth DL et al. (1994). Histological and Ultrastructural Alterations of the Bronchioloalveolar Region in the Rat Lung After Chronic Exposure to a Pyrolized Pitch Condensate or Carbon Black, Alone or in Combination. Inhal Toxicol, 6: 459–483. doi:10.3109/08958379400040505

NTP (2005). Report on Carcinogens, Eleventh Edition. Silica, Crystalline (Respirable Size*). U.S. Department of Health and Human Services, Public Health Service, National Toxicology Program.

Oberdörster G (1996). Significance of particle parameters in the evaluation of exposure-dose-response relationships of inhaled particles. Inhal Toxicol, 8: Suppl73–89. PMID:11542496

Otsuki T, Maeda M, Murakami S et al. (2007). Immunological effects of silica and asbestos. Cell Mol Immunol, 4: 261–268. PMID:17764616

Pan G, Takahashi K, Feng Y et al. (1999). Nested case–control study of esophageal cancer in relation to occupational exposure to silica and other dusts. Am J Ind Med, 35: 272–280. doi:10.1002/(SICI)1097-0274(199903)35:3<272::AID-AJIM7>3.0.CO;2-T PMID:9987560

Park R, Rice F, Stayner L et al. (2002). Exposure to crystalline silica, silicosis, and lung disease other than cancer in diatomaceous earth industry workers: a quantitative risk assessment. Occup Environ Med, 59: 36–43. doi:10.1136/oem.59.1.36 PMID:11836467

Pelucchi C, Pira E, Piolatto G et al. (2006). Occupational silica exposure and lung cancer risk: a review of epidemiological studies 1996–2005. Ann Oncol, 17: 1039–1050. doi:10.1093/annonc/mdj125 PMID:16403810

Pfau JC, Brown JM, Holian A (2004). Silica-exposed mice generate autoantibodies to apoptotic cells. Toxicology, 195: 167–176. doi:10.1016/j.tox.2003.09.011 PMID:14751672

Pfeifer GP, Denissenko MF, Olivier M et al. (2002). Tobacco smoke carcinogens, DNA damage and p53 mutations in smoking-associated cancers. Oncogene, 21: 7435–7451. doi:10.1038/sj.onc.1205803 PMID:12379884

Polimeni M, Gazzano E, Ghiazza M et al. (2008). Quartz inhibits glucose 6-phosphate dehydrogenase in murine alveolar macrophages. Chem Res Toxicol, 21: 888–894. doi:10.1021/tx7003213 PMID:18370412

Porter DW, Millecchia LL, Willard P et al. (2006). Nitric oxide and reactive oxygen species production causes progressive damage in rats after cessation of silica inhalation. Toxicol Sci, 90: 188–197. doi:10.1093/toxsci/kfj075 PMID:16339787

Pott F, Dungworth DL, Einrich U et al. (1994). Lung tumours in rats after intratracheal instillation of dusts. Ann Occup Hyg, 38: Suppl. 1357–363.

Pukkala E, Guo J, Kyyrönen P et al. (2005). National job-exposure matrix in analyses of census-based estimates of occupational cancer risk. Scand J Work Environ Health, 31: 97–107. PMID:15864903

Pylev LN (1980). Role of silicon dioxide in the development of lung tumors induced in rats by intratracheal administration of benz(a)pyrene Gig Tr Prof Zabol, (4): 33–36. PMID:6250952

Rafnsson V & Gunnarsdóttir H (1997). Lung cancer incidence among an Icelandic cohort exposed to diatomaceous earth and cristobalite. Scand J Work Environ Health, 23: 187–192. PMID:9243728

Rando RJ, Shi R, Hughes JM et al. (2001). Cohort mortality study of North American industrial sand workers. III. Estimation of past and present exposures to respirable crystalline silica. Ann Occup Hyg, 45: 209–216. PMID:11295144

Rappaport SM, Goldberg M, Susi P, Herrick RF (2003). Excessive exposure to silica in the US construction industry. *Ann Occup Hyg*, 47: 111–122. doi:10.1093/annhyg/meg025 PMID:12581996

Reid PJ & Sluis-Cremer GK (1996). Mortality of white South African gold miners. *Occup Environ Med*, 53: 11–16. doi:10.1136/oem.53.1.11 PMID:8563852

Renne RA, Eldridge SR, Lewis TR, Stevens DL (1985). Fibrogenic potential of intratracheally instilled quartz, ferric oxide, fibrous glass, and hydrated alumina in hamsters. *Toxicol Pathol*, 13: 306–314. doi:10.1177/019262338501300407 PMID:3010436

Rice FL, Park R, Stayner L *et al.* (2001). Crystalline silica exposure and lung cancer mortality in diatomaceous earth industry workers: a quantitative risk assessment. *Occup Environ Med*, 58: 38–45. doi:10.1136/oem.58.1.38 PMID:11119633

Saffiotti U (1990). *Lung cancer induction by silica in rats, but not in mice and hamsters: species differences in epithelial and granulomatous reactions.* In: *Environmental Hygiene II.* Seemayer NH, Hadnagy W, editors. New York: Springer Verlag, pp. 235–238. ISBN:0387527354.

Saffiotti U (1992). *Lung cancer induction by crystalline silica.* In: *Relevance of Animal Studies to the Evaluation of Human Cancer Risk.* D'Amato R, Slaga TJ, Farland WH Henry C, editors. New York: Wiley-Liss, pp. 51–69. ISBN:0471561835.

Saffiotti U & Ahmed N (1995). Neoplastic transformation by quartz in the BALB/3T3/A31-1-1 cell line and the effects of associated minerals. *Teratog Carcinog Mutagen*, 15: 339–356. doi:10.1002/tcm.1770150609 PMID:8732883

Saffiotti U, Williams AG, Daniel LN *et al.* (1996). *Carcinogenesis by crystalline silica: animal, cellular, and molecular studies.* In: *Silica and Silica-induced Lung Diseases.* Castranova V, Vallyathan V, Wallace WE, editors. Boca Raton: CRC Press, pp. 345–381. ISBN:0849347092.

Sanderson WT, Steenland K, Deddens JA (2000). Historical respirable quartz exposures of industrial sand workers: 1946–1996. *Am J Ind Med*, 38: 389–398. doi:10.1002/1097-0274(200010)38:4<389::AID-AJIM4>3.0.CO;2-J PMID:10982979

Sato M, Shames DS, Gazdar AF, Minna JD (2007). A translational view of the molecular pathogenesis of lung cancer. *J Thorac Oncol*, 2: 327–343. doi:10.1097/01.JTO.0000263718.69320.4c PMID:17409807

Scarselli A, Binazzi A, Marinaccio A (2008). Occupational exposure to crystalline silica: estimating the number of workers potentially at high risk in Italy. *Am J Ind Med*, 51: 941–949. doi:10.1002/ajim.20619 PMID:18651580

Schins RP (2002). Mechanisms of genotoxicity of particles and fibers. *Inhal Toxicol*, 14: 57–78. doi:10.1080/089583701753338631 PMID:12122560

Schins RP, Duffin R, Höhr D *et al.* (2002a). Surface modification of quartz inhibits toxicity, particle uptake, and oxidative DNA damage in human lung epithelial cells. *Chem Res Toxicol*, 15: 1166–1173. doi:10.1021/tx025558u PMID:12230410

Schins RP, Knaapen AM, Cakmak GD *et al.* (2002b). Oxidant-induced DNA damage by quartz in alveolar epithelial cells. *Mutat Res*, 517: 77–86. PMID:12034310

Seiler F, Rehn B, Rehn S, Bruch J (2004). Different toxic, fibrogenic and mutagenic effects of four commercial quartz flours in the rat lung. *Int J Hyg Environ Health*, 207: 115–124. doi:10.1078/1438-4639-00275 PMID:15031954

Shih T-S, Lu P-Y, Chen C-H *et al.* (2008). Exposure profiles and source identifications for workers exposed to crystalline silica during a municipal waste incinerator relining period. *J Hazard Mater*, 154: 469–475. doi:10.1016/j.jhazmat.2007.10.047 PMID:18063296

Shimkin MB & Leiter J (1940). Induced pulmonary tumors in mice. III. The role of chronic irritation in the production of pulmonary tumors in strain A mice. *J Natl Cancer Inst*, 1: 241–254.

Smith AH, Lopipero PA, Barroga VR (1995). Meta-analysis of studies of lung cancer among silicotics. *Epidemiology*, 6: 617–624. doi:10.1097/00001648-199511000-00010 PMID:8589094

Spiethoff A, Wesch H, Wegener K, Klimisch H-J (1992). The effects of Thorotrast and quartz on the induction of lung tumors in rats. *Health Phys*, 63: 101–110. doi:10.1097/00004032-199207000-00011 PMID:1325960

Steenland K (2005). One agent, many diseases: exposure–response data and comparative risks of different outcomes following silica exposure. *Am J Ind Med*, 48: 16–23. doi:10.1002/ajim.20181 PMID:15940719

Steenland K & Brown D (1995). Mortality study of gold miners exposed to silica and nonasbestiform amphibole minerals: an update with 14 more years of follow-up. *Am J Ind Med*, 27: 217–229. doi:10.1002/ajim.4700270207 PMID:7755012

Steenland K & Goldsmith DF (1995). Silica exposure and autoimmune diseases. *Am J Ind Med*, 28: 603–608. doi:10.1002/ajim.4700280505 PMID:8561170

Steenland K & Greenland S (2004). Monte Carlo sensitivity analysis and Bayesian analysis of smoking as an unmeasured confounder in a study of silica and lung cancer. *Am J Epidemiol*, 160: 384–392. doi:10.1093/aje/kwh211 PMID:15286024

Steenland K, 't Mannetje A, Boffetta P *et al.* International Agency for Research on Cancer. (2001). Pooled exposure–response analyses and risk assessment for lung cancer in 10 cohorts of silica-exposed workers: an IARC multicentre study. *Cancer Causes Control*, 12: 773–784. doi:10.1023/A:1012214102061 PMID:11714104

Steenland K & Sanderson W (2001). Lung cancer among industrial sand workers exposed to crystalline silica. *Am J Epidemiol*, 153: 695–703. doi:10.1093/aje/153.7.695 PMID:11282798

IARC MONOGRAPHS – 100C

Steenland K & Stayner L (1997). Silica, asbestos, man-made mineral fibers, and cancer. *Cancer Causes Control*, 8: 491–503. doi:10.1023/A:1018469607938 PMID:9498906

Stewart AP & Rice C (1990). A source of exposure data for occupational epidemiology studies. *Appl Occup Environ Hyg*, 5: 359–363.

Stratta P, Canavese C, Messuerotti A *et al.* (2001). Silica and renal diseases: no longer a problem in the 21st century? *J Nephrol*, 14: 228–247. PMID:11506245

't Mannetje A, Steenland K, Checkoway H *et al.* (2002). Development of quantitative exposure data for a pooled exposure–response analysis of 10 silica cohorts. *Am J Ind Med*, 42: 73–86. doi:10.1002/ajim.10097 PMID:12125083

Thibodeau MS, Giardina C, Knecht DA *et al.* (2004). Silica-induced apoptosis in mouse alveolar macrophages is initiated by lysosomal enzyme activity. *Toxicol Sci*, 80: 34–48. doi:10.1093/toxsci/kfh121 PMID:15056807

Tjoe-Nij E, de Meer G, Smit J, Heederik D (2003). Lung function decrease in relation to pneumoconiosis and exposure to quartz-containing dust in construction workers. *Am J Ind Med*, 43: 574–583. doi:10.1002/ajim.10229 PMID:12768607

Tse LA, Li ZM, Wong TW *et al.* (2007). High prevalence of accelerated silicosis among gold miners in Jiangxi, China. *Am J Ind Med*, 50: 876–880. doi:10.1002/ajim.20510 PMID:17948247

Tsuda T, Babazono A, Yamamoto E *et al.* (1997). A Meta-Analysis on the Relationship between Pneumoconiosis and Lung Cancer. *J Occup Health*, 39: 285–294. doi:10.1539/joh.39.285

Ulm K, Waschulzik B, Ehnes H *et al.* (1999). Silica dust and lung cancer in the German stone, quarrying, and ceramics industries: results of a case–control study. *Thorax*, 54: 347–351. doi:10.1136/thx.54.4.347 PMID:10092697

Vallyathan V, Castranova V, Pack D *et al.* (1995). Freshly fractured quartz inhalation leads to enhanced lung injury and inflammation. Potential role of free radicals. *Am J Respir Crit Care Med*, 152: 1003–1009. PMID:7663775

Verma DK, Kurtz LA, Sahai D, Finkelstein MM (2003). Current chemical exposures among Ontario construction workers. *Appl Occup Environ Hyg*, 18: 1031–1047. PMID:14612300

Wagner JC (1970). *The pathogenesis of tumors following the intrapleural injection of asbestos and silica.* In: *Morphology of Experimental Respiratory Carcinogenesis.* Nettesheim P, Hanna MJ, Deatherage JW, editors. Oak Ridge, TN: US Atomic Energy Commission, pp. 347–358.

Wagner JC & Berry G (1969). Mesotheliomas in rats following inoculation with asbestos. *Br J Cancer*, 23: 567–581. PMID:5360333

Wagner MF & Wagner JC (1972). Lymphomas in the Wistar rat after intrapleural inoculation of silica. *J Natl Cancer Inst*, 49: 81–91. PMID:4338782

Wagner MM (1976). Pathogenesis of malignant histiocytic lymphoma induced by silica in a colony of specific pathogen-free Wistar rats. *J Natl Cancer Inst*, 57: 509–518. PMID:185399

Wagner MM, Wagner JC, Davies R, Griffiths DM (1980). Silica-induced malignant histiocytic lymphoma: incidence linked with strain of rat and type of silica. *Br J Cancer*, 41: 908–917. PMID:6252921

Warheit DB, Webb TR, Colvin VL *et al.* (2007). Pulmonary bioassay studies with nanoscale and fine-quartz particles in rats: toxicity is not dependent upon particle size but on surface characteristics. *Toxicol Sci*, 95: 270–280. doi:10.1093/toxsci/kfl128 PMID:17030555

Watkins DK, Chiazze L Jr, Fryar CD, Fayerweather W (2002). A case–control study of lung cancer and non-malignant respiratory disease among employees in asphalt roofing manufacturing and asphalt production. *J Occup Environ Med*, 44: 551–558. doi:10.1097/00043764-200206000-00018 PMID:12085482

Weeks JL & Rose C (2006). Metal and non-metal miners' exposure to crystalline silica, 1998–2002. *Am J Ind Med*, 49: 523–534. doi:10.1002/ajim.20323 PMID:16691611

Wernli KJ, Fitzgibbons ED, Ray RM *et al.* (2006). Occupational risk factors for esophageal and stomach cancers among female textile workers in Shanghai, China. *Am J Epidemiol*, 163: 717–725. doi:10.1093/aje/kwj091 PMID:16467414

WHO (2000) *Concise International Chemical Assessment Document No. 24: Crystalline Silica, Quartz.* World Health Organization, Geneva.

Wickman AR & Middendorf PJ (2002). An evaluation of compliance with occupational exposure limits for crystalline silica (quartz) in ten Georgia granite sheds. *Appl Occup Environ Hyg*, 17: 424–429. doi:10.1080/10473220290035444 PMID:12049432

Wiencke JK, Thurston SW, Kelsey KT *et al.* (1999). Early age at smoking initiation and tobacco carcinogen DNA damage in the lung. *J Natl Cancer Inst*, 91: 614–619. doi:10.1093/jnci/91.7.614 PMID:10203280

Wilson T, Scheuchenzuber WJ, Eskew ML, Zarkower A (1986). Comparative pathological aspects of chronic olivine and silica inhalation in mice. *Environ Res*, 39: 331–344. doi:10.1016/S0013-9351(86)80059-7 PMID:3007105

Woskie SR, Kalil A, Bello D, Abbas Virji M (2002). Exposures to quartz, diesel, dust, and welding fumes during heavy and highway construction. *AIHAJ*, 63: 447–457. PMID:12486778.

Xu Z, Brown LM, Pan GW *et al.* (1996). Cancer risks among iron and steel workers in Anshan, China, Part II: Case–control studies of lung and stomach cancer. *Am J Ind Med*, 30: 7–15.

doi:10.1002/(SICI)1097-0274(199607)30:1<7::AID-AJIM2>3.0.CO;2-# PMID:8837676

Yassin A, Yebesi F, Tingle R (2005). Occupational exposure to crystalline silica dust in the United States, 1988–2003. *Environ Health Perspect*, 113: 255–260. doi:10.1289/ehp.7384 PMID:15743711

Yingratanasuk T, Seixas N, Barnhart S, Brodkin D (2002). Respiratory health and silica exposure of stone carvers in Thailand. *Int J Occup Environ Health*, 8: 301–308. PMID:12412846

Yu IT & Tse LA (2007). Exploring the joint effects of silicosis and smoking on lung cancer risks. *Int J Cancer*, 120: 133–139. doi:10.1002/ijc.22133 PMID:17036327

Yu IT, Tse LA, Leung CC et al. (2007). Lung cancer mortality among silicotic workers in Hong Kong–no evidence for a link. *Ann Oncol*, 18: 1056–1063. doi:10.1093/annonc/mdm089 PMID:17586750

Yucesoy B & Luster MI (2007). Genetic susceptibility in pneumoconiosis. *Toxicol Lett*, 168: 249–254. doi:10.1016/j.toxlet.2006.10.021 PMID:17161563

Yucesoy B, Vallyathan V, Landsittel DP et al. (2002). Cytokine polymorphisms in silicosis and other pneumoconioses. *Mol Cell Biochem*, 234–235: 219–224. doi:10.1023/A:1015987007360 PMID:12162437

Zhuang Z, Hearl FJ, Odencrantz J et al. (2001). Estimating historical respirable crystalline silica exposures for Chinese pottery workers and iron/copper, tin, and tungsten miners. *Ann Occup Hyg*, 45: 631–642. PMID:11718659

Ziemann C, Jackson P, Brown R et al. (2009). Quartz-Containing Ceramic Dusts: *In vitro* screening of the cytotoxic, genotoxic and pro-inflammatory potential of 5 factory samples. *J Phys: Conf Ser*, 151: 1–6. doi:10.1088/1742-6596/151/1/012022

# WOOD DUST

Wood dust was considered by a previous IARC Working Group in 1994 (IARC, 1995), although wood-related occupations (i.e. Furniture and Cabinet-making) had been considered by IARC Working Groups earlier, in 1980 and 1987 (IARC, 1981, 1987). Since that time, new data have become available, these have been incorporated in the *Monograph*, and taken into consideration in the present evaluation.

## 1. Exposure Data

### 1.1 Identification, chemical, and physical properties of the agent

Wood dust, generated in the processing of wood for a wide range of uses, is a complex substance. Its composition varies considerably according to the species of tree being processed. Wood dust is composed mainly of cellulose (approximately 40–50%), polyoses, lignin, and a large and variable number of substances of lower relative molecular mass which may significantly affect the properties of the wood. These include non-polar organic extractives (fatty acids, resin acids, waxes, alcohols, terpenes, sterols, steryl esters, and glycerides), polar organic extractives (tannins, flavonoids, quinones, and lignans) and water-soluble extractives (carbohydrates, alkaloids, proteins, and inorganic material) (IARC, 1995).

Trees are characterized botanically as gymnosperms (principally conifers, generally referred to as 'softwoods'), and angiosperms (principally deciduous trees, generally referred to as 'hardwoods'). Softwood and hardwood are not botanical concepts, referring to the species of tree and not directly describing the hardness of wood. Out of 12000 different species of trees, only about 800 are coniferous or softwoods, but roughly two-thirds of the wood used commercially worldwide belongs to the group of softwoods. Hardwoods tend to be somewhat more dense, and have a higher content of polar extractives than softwoods (IARC, 1995). For a comparison of softwoods and hardwoods, see Table 1.1.

For detailed descriptions of the classification and nomenclature, anatomical features, cellwall structures, distribution of components of wood, and chemical components of wood, see the previous *IARC Monograph* (IARC, 1995), Nimz *et al.* (2005), and Kretschmann *et al.* (2007).

### 1.2 Occupational exposure

The wood species used in wood-related industries vary greatly by region and by type of product. Both hardwoods and softwoods (either domestically grown or imported) are used in the manufacture of furniture. Logging, sawmills, plywood, and particle-board manufacture generally involve the use of trees grown locally (IARC,

IARC MONOGRAPHS – 100C

**Table 1.1 Comparison of softwoods and hardwoods**

| Characteristic | Gymnosperms/conifers/softwoods | Angiosperms/deciduous wood/hardwoods |
|---|---|---|
| Density (g/cm$^3$) | White (silver) fir: mean, 0.41 (0.32–0.71) | European beech 0.68 (0.49–0.88) |
| | European spruce: mean, 0.43 (0.30–0.64) | European oak 0.65 (0.39–0.93) |
| | Scots pine: mean, 0.49 (0.30–0.86) | |
| Fibres | Long (1.4–4.4 mm) | Short (0.2–2.4 mm) |
| Cell type | One (tracheids) | Various |
| Cellulose | ~40–50% | ~40–50% |
| Unit | β-D-Glucose | β-D-Glucose |
| Fibre pulp | Long | Short |
| Polyoses | ~15–30% | ~25–35% |
| Units | More mannose More galactose | More xylose |
| Lignin | ~25–35% | ~20–30% |
| Units | Mainly guaiacyl | Mainly syringyl or guaiacyl |
| Methoxy group content | ~15% | ~20% |
| Extractives content | | |
| Non-polar (e.g. terpenes) | High | Low |
| Polar (e.g. tannins) | Low | High |

Reprinted in part from Volume 62 (IARC, 1995)

1995). For detailed descriptions of historical exposures to wood dust and other agents in the workplace, see the previous *IARC Monograph* (IARC, 1995).

### 1.2.1 Extent of occupational exposure

Kauppinen *et al.* (2006) used nearly 36000 exposure measurements to estimate the occupational exposure to inhalable wood dust by country, industry, the level of exposure and type of wood used in 25 Member States of the European Union. In 2000–03, approximately 3.6 million workers in the European Union [and undoubtedly millions more worldwide] were exposed occupationally to inhalable wood dust. The estimated number of workers exposed by industry and the number exposed to a level exceeding 5 mg/m³ are shown in Table 1.2. The highest exposure levels were estimated to occur in the construction sector and furniture industry.

Due to limited exposure data, there was considerable uncertainty in the estimates concerning construction woodworkers. About 560000 workers (16% of the number of workers exposed) may have been exposed to a level of inhalable wood dust that exceeded 5 mg/m³. Mixed exposures to more than one species of wood and dust from wooden boards was very common, but reliable data on exposure to different species of wood could not be retrieved.

The US National Occupational Exposure Survey, carried out during 1981–83 in the United States of America, estimated that about 600000 workers were exposed to wood dust. The largest numbers of exposed workers were employed in the building trades (*n* = 134090), and the lumber/wood product industries (*n* = 153543). Forestry workers (e.g. lumberjacks using chainsaws) were not considered to be exposed in this survey (NIOSH, 1990).

**Table 1.2 WOODEX: Estimated number of workers exposed to wood dust in the 25 Member States of the European Union, 2000–03**

| Industry | Number employed | Number exposed | Exposed (% of employed) | Number exposed > 5 mg/m$^3$ |
|---|---|---|---|---|
| Construction | 13 million | 1.2 million | 9 | 254000 |
| Manufacture of furniture | 1.2 million | 713000 | 59 | 86500 |
| Manufacture of joinery | 472000 | 330000 | 71 | 42000 |
| Forestry | 445000 | 148000 | 33 | < 100 |
| Building of ships and boats | 294000 | 31000 | 11 | 9600 |
| Sawmilling | 259000 | 196000 | 76 | 20000 |
| Manufacture of other wood products | 147000 | 97000 | 66 | 15500 |
| Manufacture of wooden boards | 124000 | 92000 | 74 | 8400 |
| Manufacture of wooden containers | 80000 | 57000 | 71 | 8600 |
| All other employment | 163 million | 709000 | 0.4 | 118000 |
| Total | 179 million | 3.6 million | 2.0 | 563000 |

From Kauppinen *et al.* (2006)

### 1.2.2 Levels of occupational exposure

The highest exposures to wood dust have generally been reported in wood furniture and cabinet manufacture, especially during machine-sanding and similar operations (with wood dust levels frequently above 5 mg/m$^3$). Exposure levels above 1 mg/m$^3$ have also been measured in the finishing departments of plywood and particle-board mills, where wood is sawn and sanded, and in the workroom air of sawmills and planer mills near chippers, saws, and planers. Exposure to wood dust also occurs among workers in joinery shops, window and door manufacture, wooden boat manufacture, installation and refinishing of wood floors, pattern and model making, pulp and paper manufacture, construction carpentry, and logging. Measurements are generally available only since the 1970s, and exposures may have been higher in the past because of less efficient (or non-existent) local exhaust ventilation or other measures to control dust (IARC, 1995).

Woodworking machines have increased greatly in efficiency since the industrial revolution, and the increased speed of production has resulted in the generation of more dust. The increased efficiency may also result in exposure to finer wood dust particles than in the past, because smoother surfaces can be produced, and because saws and bits may retain their sharpness for longer. The introduction of engineering controls in some industries in some parts of the world, especially since the 1950s, has, however, reduced the exposure of workers considerably. Unfortunately, engineering controls, even if properly maintained, are not always effective, and the dust generated by hand-held power tools, particularly sanders, is much more difficult to control (IARC, 1995).

Studies published since the previous *IARC Monograph* reporting wood dust concentrations are presented in Table 1.3.

### 1.2.3 Particle size distribution

Chung *et al.* (2000) characterized the quantity, particle size distribution and morphology of dust created during the machining of medium-density fibreboard (MDF) in a controlled environment (a 2 × 2 × 2 m$^3$ dust chamber). In terms of particle size distribution and morphology, the dust generated by machining MDF was generally found to be comparable with the dust generated by similarly machining hardwood or softwood. The quantity of dust generated during sanding

IARC MONOGRAPHS – 100C

**Table 1.3 Wood dust concentrations in various industries around the world**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| *Sawmills and lumber mills* | | | | |
| Demers et al. (2000), Teschke et al. (1999b) Softwood lumber mill British Columbia, Canada July–August 1996 | Sawmill, planer mill, and yard | *Geometric mean (GSD)* Inhalable particulate: 1.0 (2.7) Estimated wood dust: 0.5 (3.1) | 220 | Exposure assessment conducted for cross-sectional study of respiratory health among 275 softwood lumber mill workers; mill processed spruce (*Picea engelmannii* and *glauca*), pine (*Pinus contorta*), and fir (*Abies lasiocarpa*); random sampling strategy; full-shift (7–8 hours) personal inhalable particulate samples collected using seven-hole inhalable dust samplers; wood dust exposure estimated using the resin acid content within dust in combination with observations of job tasks, proximity to dust sources and use of personal protective equipment |
| Rosenberg et al. (2002) Sawmill, Finland 1997–99 | Sawhouse - pine processing - spruce processing | *Range of geometric means* Inhalable particulate: 0.5–2.2 Inhalable particulate: 0.4–1.9 | 237 (178 personal) | Measured exposure of 22 sawhouse workers in mills processing pine (*Pinus silvestris*) and spruce (*Picea abies*); full-shift area and personal inhalable particulate samples collected in breathing zone; exposure measured during evening shift on three consecutive days; IOM samplers to collect inhalable dust; gravimetric determination of inhalable dust; assumption that all or most of inhalable dust originated from wood dust |
| Hall et al. (2002), Sawmills British Columbia, Canada 1981–97 | Lumber mill | *Geometric mean (GSD)* 0.72 (3.49) | 1237 | Analysis of compliance data set (and a nested subset of research data) containing personal exposure measurements to wood dust at 77 lumber mills; 23% of database were research samples, 77% were compliance samples; an empirical "determinants of exposure" model created using multiple linear regression |

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| Rusca et al. (2008), Sawmill Switzerland June–October 2002 | Sawmill | *Mean (range)* Inhalable particulate: 1.7 (0.2–8.5) | NR | Cross-sectional survey of male employees at 12 sawmills processing spruce and fir species in the French part of Switzerland; personal measurements of inhalable dust collected using IOM samplers; gravimetric analysis of inhalable dust |
| *Miscellaneous wood-related occupations* | | | | |
| Edman et al. (2003) Wood pellets and briquettes Sweden | Industrial production of wood pellets and briquettes | *Geometric mean (range)* overall: 1.7 (0.16–19) | 24 | Personal exposure to wood dust measured gravimetrically and with personal data logging, real-time aerosol monitor; sampling time: 8 hours; |
| Kalliny et al. (2008) Wood-processing plants USA 1999–2004 | Sawmill, plywood assembly plants, secondary wood milling operations, factories producing finished wood products | *Geometric mean (GSD)* Inhalable: 1.44 (2.67) Thoracic: 0.35 (2.65) Respirable: 0.18 (2.54) | | Size-fractionated dust exposure surveyed longitudinally in 10 wood processing plants across the USA; dust exposures measured using the RespiCon Personal Particle Sampler; woods processed included softwoods (e.g. southern yellow pine and Radiata pine), hardwoods (red oak, maple, poplar, birch, rubber tree wood, cherry), engineered woods (medium-density fibreboard, particleboard), and plywood (from southern yellow pine) |
| Teschke et al. (1999a) Misc. establishments USA 1979–97 | Overall | *Geometric mean (GSD)* 1.86 (6.82) | 1632 personal TWA samples | Analysis of 1632 measurements of airborne wood dust reported to OSHA's Integrated Management Information System and development of an empirical predictive model; measurements collected using OSHA sampling method for "total" particulate (i.e. non-specific gravimetric method) |
| | Sanders, transportation equipment industry | 17.5 (1.79) | | |
| | Press operators, wood products industry | 12.3 (4.12) | | |
| | Lathe operators, furniture industry | 7.46 (4.56) | | |
| | Sanders, wood cabinet industry | 5.83 (5.19) | | |

IARC MONOGRAPHS – 100C

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | | Number of samples | Comments |
|---|---|---|---|---|---|
| Commonwealth of Australia (2008) Wood industries Australia | All wood industries | *Arithmetic mean (range)* 5.8 (0.06–210) | | 521 | Analysis of existing surveillance data on inhalable wood dust exposure; data gathered via a review of published Australian literature; requests to government agencies, consultants, industry associations, specific industries and researchers; telephone surveys, and new air sampling |
| Alwis et al. (1999); Mandryk et al. (1999) Wood industries New South Wales, Australia 1996–97 | | *Geometric mean (GSD)* Inhalable dust | | | Personal inhalable and respirable samples collected; sampling time: 6–8 hours |
| | Logging | 0.6 (1.3) | | 7 | |
| | Sawmill | 1.6 (3.2) | | 93 | |
| | Wood chipping | 1.9 (1.7) | | 9 | |
| | Joinery | 3.7 (3.7) | | 66 | |
| | | Respirable dust | | | |
| | Logging | < 0.1 (1.3) | | 4 | |
| | Sawmill | 0.3 (2.2) | | 31 | |
| | Wood chipping | 0.3 (1.7) | | 4 | |
| | Joinery | 0.5 (1.7) | | 39 | |
| Scarselli et al. (2008) Wood industries Italy 1996–2006 | All wood-related | *Geometric mean (GSD)* 1.0 (1.6) | | 10837 | Analysis of airborne wood dust exposure measurements contained in the SIREP (Italian Information System on Occupational Exposure to Carcinogens) database; 10837 measurements on 10528 workers at 1181 companies; concentration of wood dust (hardwood or mixed wood dust) measured as 8-h TWA; no information about type of sample (personal vs stationary) or sampling strategy (random vs systematic) |
| Baran & Teul (2007) Wood processing Poland | Sawmill, manufacturing frames for furniture, and manufacturing ready-made furniture | *Range* 0.59–16.2 | | | Analysis of measurements on 1100 workers employed in 9 wood-processing plants: 2 sawmills, 4 plants manufacturing frames for upholstered furniture, and 3 plants manufacturing ready-made furniture |

**Table 1.3 (continued)**

| Reference, industry and country, period (if reported) | Site, occupation, or exposure circumstance | Concentration of wood dust (mg/m³) | Number of samples | Comments |
|---|---|---|---|---|
| HSE (2000); Black et al. (2007) Woodworking United Kingdom 1999–2000 | Sawmilling, joinery, furniture manufacture, other | *Range of medians* 1.5–2.8 | 396 | Cross-sectional survey of 46 representative companies in the British woodworking industry; personal samples collected as per MDHS 14/3; sampling time: 3–6 hours during activities judged to be representative of whole shift; gravimetric analysis of inhalable dust |
| Spee et al. (2007) Building projects the Netherlands 2002 | Carpenters | *Geometric mean (GSD)* | | Task-based exposure survey of 26 carpenters at 13 building projects from 12 companies; personal and area samples randomly collected as per specially designed protocol for sampling of wood dust in carpentry and furniture industry; gravimetric analysis of wood dust |
| | - overall | 3.3 (2.1) | 44 | |
| | Task-based | *Arithmetic mean* | | |
| | - working indoors | 5.2 | 29 | |
| | - working outdoors | 2.2 | 11 | |
| | - indoors + outdoors | 16.2 | 4 | |

GSD, geometric standard deviation; NR, not reported; OSHA, Occupational Safety and Health Administration; TWA, time-weighted average

was higher for sanding MDF when compared with sanding either hardwood or softwood. However, there was no significant difference with sanding MDF and natural woods, in terms of the quantity of dust generated.

Additional information on the particle size distribution of wood dust in workroom air can be found in the previous *IARC Monograph* (IARC, 1995).

### 1.2.4 Exposure to other agents

Within the furniture-manufacturing industry, exposure may occur to solvents and formaldehyde in glues and surface coatings. Such exposures are usually greatest for workers with low or negligible exposure to wood dust, and are infrequent or low for workers with high exposure to wood dust. Some outdoor furniture has also been manufactured from impregnated wood containing copper–chromium–arsenic compounds. Formaldehyde-based glues and varnishes were introduced in the wood industry after World War II but they became commonly used only in the 1950s and 1960s in most countries.

The manufacture of plywood and particle board may result in exposure to formaldehyde, solvents, phenol, wood preservatives, and engine exhausts. Sawmill workers may also be exposed to wood preservatives and fungal spores. Wood preservatives used include chlorophenol salts in sawmills, and organochlorine pesticides in plywood mills. When coniferous trees are sawn, monoterpenes evaporate into workroom air. In some sawmills, wood is also impregnated with copper–chromium–arsenic salts or creosote. Construction woodworkers may be exposed to asbestos and silica in their work environment. Many of them also varnish wooden floors with solvent- or water-based varnishes, some of which may release formaldehyde. Exposures to chemicals in industries where other wood products are manufactured vary, but are in many cases similar to those in the furniture-manufacturing industry (IARC, 1995).

### 1.2.5 Exposure of the general population

Woodworking is a popular hobby and non-occupational exposure may also occur during building and repair operations in homes. Woodworking can encompass a variety of activities that generate wood dust, including sawing, sanding, planing, routing, etc. The woods worked include a variety of particle boards, soft timbers, treated pine, masonite, plywood, and various imported hardwoods and softwoods. The size of the dust particles produced, the amount of dust, and resultant exposure to the person working in these areas depends on several factors including the equipment being used, the ventilation and extraction system in place, the state and type of timber, the general ventilation in the area, and any personal protective equipment that may be used. Exposure levels during non-occupational woodworking may be similar to those at workplaces, but the duration of exposure is usually substantially shorter.

## 2. Cancer in Humans

In the previous *IARC Monograph*, the evidence associated with exposure to wood dust or wood-related occupations or activites and cancer of the nasal cavity and paranasal sinuses (referred to below as 'sinonasal cancer'), and of the nasopharynx, larynx, lung, stomach, colon, and rectum as well as leukaemia, Hodgkin lymphoma, non-Hodgkin lymphoma, and multiple myeloma was systematically reviewed because excesses had been observed in one or more studies. The Working Group for the previous *IARC Monograph* concluded that there was very strong evidence for sinonasal cancer. In case–control studies, they also consistently observed associations between exposure to wood

dust and cancer of the nasopharynx, but could not rule out confounding; and between wood dust and cancer of the larynx, but noted conflicting evidence from cohort studies. The Working Group concluded that there was "no indication that occupational exposure to wood dust has a causal role in cancers of the oropharynx, hypopharynx, lung, lymphatic and haematopoietic systems, stomach, colon, or rectum" (IARC, 1995).

Since the previous *IARC Monograph*, several studies have been published including selected case series of sinonasal cancer (see Table 2.1), cohort studies (see Table 2.2), registry-based studies (see Table 2.3). For case–control or other studies focused on particular cancer sites, only studies published since the previous volume that reported results for wood dust exposure are summarized here. The results of case–control studies on sinonasal, pharyngeal, and laryngeal cancer are summarized in Tables 2.4, 2.5, and 2.6, respectively. In addition, the results of case–control studies on lung cancer are summarized in Table 2.7, because of the relatively large number of studies that focus on this cancer site. Studies of other cancer sites are summarized in Table 2.8.

## 2.1 Sinonasal cancer

The Working Group for the previous *IARC Monograph* (IARC, 1995) reviewed a large number of case–control studies that consistently observed a strong association between exposure to wood dust or employment in wood-related occupations and sinonasal cancer. Support for this association was found in several large cohort studies of furniture workers (Olsen & Sabroe, 1979; Acheson *et al.*, 1984), but most cohort studies had little power to examine the risks for this cancer site (see Table 18, IARC, 1995). Odds ratios for all or unspecified sinonasal cancers were consistently elevated in case–control studies

conducted in many countries (see Table 20, IARC, 1995).

Very high odds ratios were observed for sinonasal adenocarcinoma and strong evidence of a exposure–response relationship was observed in some studies (Hayes *et al.*, 1986; Olsen & Asnaes, 1986; Luce *et al.*, 1993) (see Table 21, IARC, 1995). In addition, an unusually large proportion of all adenocarcinomas in cases series were woodworkers. Some case–control studies observed an excess risk of sinonasal squamous cell carcinoma associated with wood dust or wood occupations, but the association was much weaker than was observed with adenocarcinoma (see Table 22, IARC, 1995). A pooled re-analysis of 12 case–control studies (including six of the nine above) found strong evidence for a exposure–response relationship among men for adenocarcinoma (OR, 0.6; 95%CI: 0.6–4.7 for low; OR, 3.1; 95%CI: 1.6–6.1 for moderate; and OR, 45.5; 95%CI: 28.3–72.9 for high wood dust), and little evidence for squamous cell carcinoma (OR, 0.9; 95%CI: 0.6–1.2 for low; OR, 1.0; 95%CI: 0.7–1.4 for moderate; and OR, 0.8; 95%CI: 0.4–1.6 for high wood dust) (Demers *et al.*, 1995a). For the three studies with results for squamous cell carcinoma not included in the pooled re-analysis, Fukuda *et al.* (1987) observed an excess among both male (OR, 2.9; 95%CI: 1.5–5.6) and female woodworkers (OR, 2.0; 95%CI: 0.3–14), Shimizu *et al.* (1989) observed an excess of squamous cell carcinoma of the maxillary sinus among male woodworkers (OR, 2.1; 95%CI: 0.8–5.3), and Olsen & Asnaes (1986) observed only a slightly increased risk of carcinoma of the sinonasal cavities among men classified as exposed to wood dust (OR, 1.3; 95%CI: 0.6–2.8).

Among the cohort studies that reported tree species, an excess of sinonasal cancer (SMR, 8.1; 95%CI: 3.7–16) was observed among British furniture workers exposed to hardwood dust (Rang & Acheson, 1981; Acheson *et al.*, 1984). No cases of sinonasal cancer were reported in a much smaller study of German furniture

IARC MONOGRAPHS – 100C

workers exposed to beech, oak, and pine (Barthel & Dietrich, 1989) or among two small cohort of workers exposed to softwood—Finnish sawmill workers (Jäppinen *et al.*, 1989) and American plywood workers (Robinson *et al.*, 1990). [The Working Group noted that their power to detect an excess was low, and that exposure levels among sawmill and plywood workers were low compared to furniture workers.]

Few case–control studies in the previous *IARC Monograph* reported tree species. Very large excesses of sinonasal adenocarcinoma were associated with hardwood dust exposure in studies from France (OR, 5.30; 95%CI: 1.04–2.70, for highest level of exposure, Leclerc *et al.*, 1994) and Italy (OR, 0.90; 95%CI: 0.20–4.07, Battista *et al.*, 1983). Excesses of sinonasal cancer were observed among workers primarily exposed to softwood in case–control studies from Nordic Countries (OR, 3.3; 95%CI: 1.1–9.4, Hernberg *et al.*, 1983), the USA (OR, 3.1; 95%CI: 1.0–9.0 with 15-year lag, Vaughan *et al.*, 2000), Canada (OR, 2.5; *P* < 0.03, Elwood, 1981), and France (OR, 1.7, Leclerc *et al.*, 1994). The results for three of these four studies were restricted to squamous cell carcinoma.

Early case series reported many cases of sinonasal adenocarcinoma that were exposed to hardwoods (Acheson *et al.*, 1968, 1972; Leroux-Robert, 1974; Luboinski & Marandas, 1975; Andersen *et al.*, 1976, 1977; Engzell *et al.*, 1978; Kleinsasser & Schroeder, 1989). Seven cases of sinonasal squamous cell carcinoma exposed to "softwoods" were reported in a Norwegian case series (Voss *et al.*, 1985), and three cases of adenocarcinoma were reported among British workers exposed to softwoods (Acheson *et al.*, 1972). Several new case series have also been published with results relevant for the evaluation of sinonasal cancer (Table 2.1). Case series of sinonasal adenocarcinoma continue to make up a large proportion of cases with exposure to wood dust, with mean exposure durations ranging from 25 to 37 years. Most case series were restricted to adenocarcinoma, but in the case series that considered other tumours, the proportion of wood dust exposure was much less in the non-adenocarcinoma cases.

In the period following the previous *IARC Monograph* (IARC, 1995), five cohort studies (Table 2.2) were published that are relevant for the evaluation of wood dust, and three present results for sinonasal cancer. In a pooled re-analysis of five previously published cohort studies, Demers *et al.* (1995b) found an excess risk of sinonasal cancer among men classified as being definitely exposed to wood dust (SMR, 8.4; 95%CI: 3.9–16.0). Stellman *et al.* (1998) found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II. Innos *et al.* (2000) found an excess risk of sinonasal cancer among Estonian furniture workers highly exposed to wood dust (for men SIR, 2.3; 95%CI: 0.3–8.4, *n* = 2; for women SIR, 3.2; 95%CI: 0.1–18.1, *n* = 1).

Three new case–control studies (Table 2.4) have published results relevant for the evaluation of sinonasal cancer. Teschke *et al.* (1997) found no association with softwood or hardwood dust in a small Canadian study. In a pooled re-analysis of European case–control studies 't Mannetje *et al.* (1999) found a strong association with adenocarcinoma (OR, 12.2; 95%CI: 7.4–20.0), but no association with squamous cell carcinoma (OR, 0.7; 95%CI: 0.5–1.1). Pesch *et al.* (2008) found a strong association between adenocarcinoma and hardwood dust exposure (OR, 4.0; 95%CI: 1.9–8.3), but not with softwood dust exposure (OR, 0.3; 95%CI: 0.2–0.7). [The Working Group noted that only compensated cases were included, and this may have biased the results towards hardwood dust exposure.]

**Table 2.1 Case series of sinonasal cancer according to occupation and exposure to wood dust**

| Reference, location, name of study | Sex | Origin | Histology | Exposed cases/ total cases | Occupations/exposures | Comments |
|---|---|---|---|---|---|---|
| Svane-Knudsen et al. (1998) Denmark | M, F | Nasal cavity and paranasal sinuses Hospital-based series 1978–95 | Adenocarcinomas Epidermoid carcinoma | 12/22 3/41 | Hardwood dust exposure based on patient records [further details were not provided] | Softwood dust exposure not mentioned |
| Stoll et al. (2001) France | M, F | Ethmoidal sinuses 1975–2000 | Adenocarcinomas | 62/76 | Exposed to wood dust | Mean duration of wood dust exposure 26 yr |
| Roux et al. (2002) France | | Sinonasal cancer 1985–2001 | Adenocarcinomas | 134/139 | Wood dust exposure from furniture, sawmill, carpentry and wood-product workers | Mean duration of wood dust exposure 30 yr |
| Barbieri et al. (2005) Italy | M, F | Ethmoidal sinuses 1978–2002 | Adenocarcinomas | 17/100 | Hardwood and softwood dust exposure (5 softwood only) | |
| Liétin et al. (2006) France | M, F | Ethmoidal sinuses Hospital-based series 1985–2004 | Adenocarcinomas | 45/60 | Wood dust exposure | Mean duration of wood dust exposure 25.6, range 2–44 yr |
| Fontana et al. (2008) France | M, F | Sinonasal cancer Diagnostic Registry 1981–2000 | All | 46/76 men 0/24 women | Wood dust exposure | Mean duration of wood dust exposure 37 yr |
| Llorente et al. (2008) Spain | M, F | Hospital-based series 1986–2002 | All | 62/79 | Wood dust exposure | |
| Bornholdt et al. (2008) Denmark | M, F | Sinonasal cancer 1991–2001 | Adenocarcinomas Squamous cell carcinomas | 33/58 7/109 | Wood dust exposure as per job title from the Central Person Registry or interview | |
| Choussy et al. (2008) France | M, F | Ethmoidal sinuses Hospital-based series 1976–2001 | Adenocarcinomas | 353/418 | Wood dust exposure | Mean duration of wood dust exposure 27.7 yr |

**Table 2.2 Cohort studies of woodworkers exposed to wood dust**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Demers et al. (1995b) Cohort mortality study United Kingdom and USA | Pooled analysis of updated data from 5 studies: British furniture workers (Acheson et al., 1984), US furniture workers (Miller et al., 1994), two cohorts of plywood workers (Blair et al., 1990; Robinson et al., 1995), and wood model makers (Roscoe et al., 1992) | Workers classified as exposed to wood dust based on available work history | All cancers (140–208) | All woodworkers | 1726 | 0.8 (0.8–0.8) | SMRs adjusted for sex, age, & calendar period using national rates | |
| | | | Pharynx (146–149) | All woodworkers | 20 | 0.8 (0.5–1.3) | | |
| | | | Nasopharynx (147) | All woodworkers | 9 | 2.4 (1.1–4.5) | | |
| | | | | Possible wood dust | 4 | 2.9 (0.8–7.5) | | |
| | | | | Probable wood dust | 0 | 0.0 (0.0–3.8) | | |
| | | | | Definite wood dust | 5 | 5.3 (1.7–12.4) | | |
| | | | Paranasal sinus (160) | All woodworkers | 11 | 3.1 (1.6–5.6) | | |
| | | | | Possible wood dust | 1 | 0.8 (0.0–4.6) | | |
| | | | | Probable wood dust | 1 | 1.2 (0.0–6.5) | | |
| | | | | Definite wood dust | 9 | 8.4 (3.9–16.) | | |
| | | | Larynx (161) | All woodworkers | 18 | 0.7 (0.4–1.0) | | |
| | | | | Possible wood dust | 4 | 0.4 (0.1–1.1) | | |
| | | | | Probable wood dust | 8 | 1.1 (0.5–2.1) | | |
| | | | | Definite wood dust | 6 | 0.8 (0.3–1.8) | | |
| | | | Lung (162) | All woodworkers | 575 | 0.8 (0.7–0.9) | | |
| | | | Stomach (151) | All woodworkers | 138 | 0.9 (0.8–1.1) | | |
| | | | Intestine (152, 153) | All woodworkers | 136 | 0.8 (0.6–0.9) | | |
| | | | Rectum (154) | All woodworkers | 60 | 0.8 (0.6–1.0) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | All woodworkers | 57 | 1.1 (0.8–1.4) | | |
| | | | Hodgkin disease (201) | All woodworkers | 12 | 0.6 (0.3–1.1) | | |
| | | | Multiple myeloma (203) | All woodworkers | 33 | 1.3 (0.9–1.3) | | |

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Demers et al. (1995b) (contd.) | | | | Possible wood dust | 9 | 1.0 (0.5–1.9) | | |
| | | | | Probable wood dust | 8 | 1.3 (0.6–2.5) | | |
| | | | | Definite wood dust | 11 | 1.6 (0.8–2.8) | | |
| | | | Leukaemia (204–208) | All woodworkers | 47 | 0.7 (0.5–0.9) | | |
| Stellman et al. (1998) Prospective cohort USA | Prospective study of 362823 men enrolled in the American Cancer Society Cancer Prevention Study II in 1982 and followed up for 6 yr | Self-reported wood dust exposure or wood-related occupation | All causes (0–999) | Wood dust exposure | 2995 | 1.1 (1.0–1.1) | RRs adjusted for age and smoking status | |
| | | | | Wood occupation | 1271 | 1.2 (1.1–1.2) | | |
| | | | All cancers (140–208) | Wood dust exposure | 961 | 1.1 (1.0–1.2) | | |
| | | | | Wood occupation | 381 | 1.2 (1.1–1.3) | | |
| | | | Pharynx (146–149) | Wood dust exposure | 7 | 0.9 (0.4–2.0) | | |
| | | | | Wood occupation | 2 | 0.8 (0.2–3.4) | | |
| | | | Nasopharynx (147) | Wood dust exposure | 1 | 0.4 (0.1–3.3) | | |
| | | | | Wood occupation | 1 | 1.4 (0.4–1.8) | | |
| | | | Paranasal sinus (160) | Wood dust exposure | 1 | 1.1 (0.1–8.4) | | |
| | | | | Wood occupation | 0 | | | |
| | | | Larynx (161) | Wood dust exposure | 8 | 1.6 (0.8–3.4) | | |
| | | | | Wood occupation | 2 | 1.2 (0.3–4.9) | | |

419

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Stellman et al. (1998) (contd.) | | | Lung (162) | Wood dust exposure | 317 | 1.2 (1.0–1.3) | | |
| | | | | Wood occupation | 111 | 1.1 (0.9–1.4) | | |
| | | | Stomach (151) | Wood dust exposure | 40 | 1.3 (1.0–1.9) | | |
| | | | | Wood occupation | 11 | 1.1 (0.6–1.9) | | |
| | | | Colon (153) | Wood dust exposure | 100 | 1.0 (0.8–1.3) | | |
| | | | | Wood occupation | 37 | 1.0 (0.8–1.5) | | |
| | | | Rectum (154) | Wood dust exposure | 23 | 1.3 (0.8–2.0) | | |
| | | | | Wood occupation | 9 | 1.5 (0.8–2.9) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | Wood dust exposure | 39 | 1.1 (0.8–1.5) | | |
| | | | | Wood occupation | 12 | 1.0 (0.6–1.7) | | |
| | | | Hodgkin disease (201) | Wood dust exposure | 4 | 1.2 (0.4–3.4) | | |
| | | | | Wood occupation | 1 | 1.0 (0.1–7.7) | | |
| | | | Multiple myeloma (203) | Wood dust exposure | 16 | 1.0 (0.6–1.8) | | |
| | | | | Wood occupation | 4 | 0.7 (0.3–1.9) | | |
| | | | Leukaemia (204–208) | Wood dust exposure | 32 | 0.9 (0.6–1.3) | | |
| | | | | Wood occupation | 14 | 1.1 (0.6–1.9) | | |

## Table 2.2 (continued)

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innos et al. (2000) Retrospective cancer incidence cohort study Estonia | Retrospective study of incident cancers in all furniture workers employed in Tallinn, Estonia, for at least six months between 1 January 1946 and 31 December 1988 and living in Estonia on 1 January 1968. Cancer incidence follow-up: 1968–95 | Exposure based on industrial hygiene surveys and work history | All cancers (140–208) | Med. exposure men | 55 | 1.2 (0.9–1.6) | SIRs adjusted for age and calendar period | |
| | | | | High exposure men | 265 | 1.0 (0.9–1.1) | | |
| | | | | Med. exp. women | 98 | 1.0 (0.8–1.2) | | |
| | | | | High exposure women | 171 | 1.1 (0.9–1.3) | | |
| | | | Buccal cavity (140–145) | Med. exposure men | 5 | 3.7 (1.2–8.6) | | |
| | | | | High exposure Men | 6 | 0.8 (0.3–1.7) | | |
| | | | | Med. exp. women | 2 | 2.5 (0.3–8.9) | | |
| | | | | High exposure women | 2 | 1.6 (0.2–5.8) | | |
| | | | Pharynx (146–149) | Med. exposure men | 3 | 4.0 (0.8–11.8) | | |
| | | | | High exposure men | 6 | 1.5 (0.6–3.3) | | |
| | | | | Med. exposure women | 0 | 0.0 | | |
| | | | | High exposure women | 0 | 0.0 | | |
| | | | Paranasal sinus (160) | Med. exposure men | 0 | 0.0 | | |
| | | | | High exposure men | 2 | 2.3 (0.3–8.4) | | |
| | | | | Med exposure women | 0 | 0.0 | | |
| | | | | High exposure women | 1 | 3.2 (0.1–18.1) | | |

IARC MONOGRAPHS – 100C

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innos et al. (2000) (contd.) | | | Larynx | Men | 7 | 0.7 (0.3–1.4) | | |
| | | | | Women | 1 | 1.7 (0.0–9.4) | | |
| | | | Bronchi and lung (162) | Med. exposure men | 9 | 0.8 (0.4–1.5) | | |
| | | | | High exposure men | 70 | 1.0 (0.8–1.3) | | |
| | | | | Med. exposure women | 5 | 1.1 (0.4–2.6) | | |
| | | | | High exposure women | 11 | 1.6 (0.8–2.9) | | |
| | | | Stomach (151) | Med. exposure men | 11 | 1.7 (0.9–3.0) | | |
| | | | | High exposure men | 36 | 0.9 (0.6–1.2) | | |
| | | | | Med. exposure women | 13 | 1.2 (0.7–2.1) | | |
| | | | | High exposure women | 23 | 1.4 (0.9–2.1) | | |
| | | | Colon (153) | Med. exposure men | 6 | 3.0 (1.1–6.7) | | |
| | | | | High exposure men | 18 | 1.5 (0.9–2.4) | | |
| | | | | Med. exposure women | 8 | 1.4 (0.6–2.7) | | |
| | | | | High exposure women | 16 | 1.8 (1.0–2.9) | | |
| | | | Rectum (154) | Med. exposure men | 1 | 0.6 (0.0–3.2) | | |
| | | | | High exposure men | 13 | 1.2 (0.7–2.1) | | |
| | | | | Med. exposure women | 7 | 1.6 (0.6–3.2) | | |
| | | | | High exposure women | 11 | 1.6 (0.8–2.9) | | |

422

## Table 2.2 (continued)

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Innos et al. (2000) (contd.) | | | Hodgkin disease (201) | Med. exposure men | 1 | 2.6 (0.1–14.3) | | |
| | | | | High exposure men | 3 | 1.4 (0.3–4.2) | | |
| | | | | Med. exposure Women | 0 | 0.0 | | |
| | | | | High exposure women | 1 | 1.3 (0.0–7.5) | | |
| | | | Haematopoietic and lymphatic (200–208) | Med. exposure men | 2 | 0.8 (0.1–2.8) | | |
| | | | | High exposure men | 14 | 0.9 (0.5–1.5) | | |
| | | | | Med. exposure women | 5 | 1.0 (0.3–2.3) | | |
| | | | | High exposure women | 3 | 0.4 (0.1–1.2) | | |
| Szadkowska-Stanczyk & Szymczak (2001) Nested case–control study Poland | 79 deceased lung cancer cases from a cohort of 10575 Polish pulp and paper mill workers (7084 men, 3491 women), 1+ yr, 1968–90, observed through 1995 | Employment history obtained from the mills; occupational exposure was assessed by experts and a cumulative dose index | Lung (162) | Wood dust exposure | 10 | 2.1 (0.9–4.9) | ORs adjusted for smoking. Matched on sex, birth year (± 1 yr), hire year (± 3 yr), and vital status | |
| | | | | Low | 4 | 2.1 (0.6–7.4) | | |
| | | | | Moderate & high | 6 | 2.1 (0.7–6.3) | | |
| | | | | 1–4 yr of exposure | 4 | 1.7 (0.5–6.2) | | |
| | | | | 5+ yr of exposure | 6 | 2.4 (0.8–7.7) | | |
| | | | | Low cumulative dose | 4 | 2.1 (0.5–9.2) | | |
| | | | | High cumulative dose | 6 | 2.0 (0.7–5.4) | | |

IARC MONOGRAPHS – 100C

**Table 2.2 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Dement et al. (2003) Cohort mortality study USA | 13354 male carpenter members of the United Brotherhood of Carpenters and Joiners of America matched to the New Jersey State Cancer registry, who had participated in the New Jersey Carpenters fund before 1 July 2000 and matched to the New Jersey Carpenters Pension Fund All incident cancer cases within the cohort 1979–2000 | Employment as a carpenter | All cancers (140–208) | All | 592 | 1.1 (1.0–1.2) | SIRs adjusted for age and calendar period | The lowest duration of carpenter work (< 10 yr) was used as the comparison group for expected cases |
| | | | Pharynx (146–149) | | 11 | 1.4 (0.7–2.4) | | |
| | | | Oesophagus (150) | | 8 | 1.1 (0.5–2.2) | | |
| | | | Stomach (151) | | 12 | 1.0 (0.5–1.8) | | |
| | | | Rectum (154) | | 35 | 1.5 (1.1–2.1) | | |
| | | | Liver and gallbladder (155, 156) | | 12 | 1.6 (1.1–2.1) | | |
| | | | Larynx (161) | | 14 | 1.2 (0.7–2.0) | | |
| | | | Trachea, bronchus, and lung (160, 162) | | 137 | 1.5 (1.2–1.7) | | |
| | | | Other respiratory (163–165) | | 15 | 4.2 (2.4–6.9) | | |
| | | | Leukaemia (204–208) | | 12 | 0.8 (0.4–1.4) | | |
| | | | Myeloma (203) | | 9 | 1.5 (0.7–2.8) | | |
| Lee et al. (2003) Cohort cancer incidence study Sweden | 365424 male construction workers screened by the Organization for Working Environment, Occupational Safety and Health during 1971–93 and followed during 1971–99 through the Swedish National Cancer Registry | Wood dust exposure assessment based on a job-exposure matrix | Multiple myeloma (203) | Never exposed[1] | 376 | 1.0 (reference) | RR[1] adjusted for BMI at entry to cohort | |
| | | | | Ever exposed[1] | 20 | 0.8 (0.49–1.20) | | |
| | | | | Never exposed[2] | 376 | 1.0 (reference) | RR[2] adjusted for age, BMI, and other occupational co-exposures | |
| | | | | Ever exposed[2] | 20 | 0.8 (0.49–1.23) | | |

424

Wood dust

## Table 2.2 (continued)

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Jansson et al. (2005) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003) 260052 workers in cohort after excluding those missing smoking and BMI | Wood dust exposure assessment based on a job-exposure matrix | Oesophagus (adenocarcinoma) | No exposure | 61 | 1.0 (reference) | IRRs adjusted for attained age, calendar year at entry into cohort, tobacco smoking at entry to cohort and BMI at entry to cohort | |
| | | | | Moderate exposure | 3 | 0.8 (0.2–2.5) | | |
| | | | | High exposure | 0 | 0 | | |
| | | | Gastric (cardia; adenocarcinoma) | No exposure | 152 | 1.0 (reference) | | |
| | | | | Moderate exposure | 11 | 1.1 (0.6–2.0) | | |
| | | | | High exposure | 2 | 4.8 (1.2–19.4) | | |
| | | | Oesophagus (squamous cell carcinoma) | No exposure | 170 | 1.0 (reference | | |
| | | | | Moderate exposure | 8 | 0.7 (0.4–1.5) | | |
| | | | | High exposure | 1 | 2.2 (0.3–15.9) | | |
| Purdue et al. (2006) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003) 307779 workers in cohort after excluding those missing smoking | Wood dust exposure assessment based on a job-exposure matrix | All sites (140–208) | Never exposed | 490 | 1.0 | RRs adjusted for age, smoking status and snuff use | |
| | | | | Ever exposed | 20 | 0.7 (0.4–1.0) | | |
| | | | Oral cavity (140–145) | Never exposed | 166 | 1.0 | | |
| | | | | Ever exposed | 5 | 0.5 (0.2–1.2) | | |
| | | | Pharynx (146–149) | Never exposed | 108 | 1.0 | | |
| | | | | Ever exposed | 4 | 0.6 (0.2–1.6) | | |
| | | | Larynx (161) | Never exposed | 216 | 1.0 | | |
| | | | | Ever exposed | 11 | 0.8 (0.5–1.5) | | |
| Sjödahl et al. (2007) Cohort cancer incidence study Sweden | Male construction workers, same population as Lee et al. (2003). 256357 workers in cohort after excluding those missing smoking and BMI | Wood dust exposure assessment based on a job-exposure matrix | Gastric (non-cardia) (151) | Wood dust No exposure | 892 | 1.0 (reference) | RRs adjusted for age, smoking status and BMI | |
| | | | | Moderate exposure | 53 | 0.9 (0.7–1.2) | | |
| | | | | High exposure | 3 | 1.2 (0.4–3.6) | | |

BMI, body mass index; CI, confidence interval; IRR, incidence rate ratio; RR, relative risk; SIR, standardized incidence ratio; standardized mortality ratio; yr, year or years

IARC MONOGRAPHS – 100C

**Table 2.3 Descriptive and linkage studies with results on exposure to wood dust**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pukkala *et al.* (2009) Census cancer incidence linkage Nordic countries | All incident cancer cases diagnosed in Denmark (1961–2005), Finland (1961–2005), Norway (1961–2005), Sweden (1961–2005) and Iceland (1961–2005) | Woodworkers includes workers who prepare and treat wood and make, assemble and repair constructions and products of wood | All cancers (140–208) | Men | 74353 | 0.95 (0.95–0.96) | SIRs adjusted for age and calendar period | National rates use to calculate expected cancers |
| | | | | Women | 3004 | 0.92 (0.89–0.95) | | |
| | | | Pharynx (146–149) | Men | 450 | 0.83 (0.76–0.11) | | |
| | | | | Women | 8 | 0.94 (0.4–1.9) | | |
| | | | Nose (160) | Men | 355 | 1.8 (1.7–2.04) | | |
| | | | | Women | 10 | 1.9 (0.9–3.5) | | |
| | | | Adenocarcinoma | Men | 122 | 5.5 (4.6–6.6)- | | |
| | | | | Women | | | | |
| | | | Larynx (161) | Men | 819 | 0.82 (0.77–0.8) | | |
| | | | | Women | 7 | 1.7 (0.5–3.9) | | |
| | | | Lung (162) | Men | 10941 | 0.96 (0.94–0.97) | | |
| | | | | Women | 235 | 1.2 (1.1–1.4) | | |
| | | | Mesothelioma (158, 162.2) | Men | 494 | 1.6 (1.4–1.7) | | |
| | | | | Women | 11 | 2.1 (1.1–3.8) | | |
| | | | Stomach (151) | Men | 4904 | 1.04 (1.01–1.07) | | |
| | | | | Women | 133 | 1.1 (0.93–1.3) | | |
| | | | Colon (153) | Men | 5478 | 0.9 (0.88–0.93) | | |
| | | | | Women | 206 | 0.88 (0.77–1.01) | | |
| | | | Rectum (154) | Men | 3988 | 0.97 (0.94–1.0) | | |
| | | | | Women | 123 | 0.96 (0.8–1.14) | | |
| | | | Hodgkin disease (201) | Men | 382 | 1.04 (0.94–1.15) | | |
| | | | | Women | 5 | 0.47 (0.15–1.11) | | |
| | | | Non-Hodgkin lymphoma (200, 202) | Men | 2170 | 0.97 (0.933–1.02) | | |
| | | | | Women | 110 | 1.03 (0.85–1.24) | | |
| | | | Multiple myeloma (203) | Men | 1263 | 1.01 (0.96–1.07) | | |
| | | | | Women | 47 | 1.03 (0.76–1.37) | | |
| | | | Leukaemia (204) | Men | 1898 | 0.96 (0.92–1.01) | | |
| | | | | Women | 61 | 0.93 (0.71–1.19) | | |

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Weiderpass et al. (2001) Census linkage study Finland | 2833 cases of endometrial cancers and 1101 cervical cancers diagnosed since 1971 in a cohort of 413877 skilled and specialized workers in Finland excluding farming occupations | Occupations were coded into job titles and a national job–exposure matrix (FINJEM) converted each job title into a probability and mean level of exposure | Endometrium | Wood surface finisher | 8 | 1.8 (0.8–3.5) | SIRs adjusted for birth cohort, follow-up period, and social class | |
| | | | | Low wood dust exposure | 368 | 1.0 (0.9–1.2) | | |
| | | | Cervix | High wood dust exposure | 70 | 1.1 (0.8–1.4) | | |
| | | | | Woodworker, NEC | 7 | 2.5 (1.0–5.1) | | |
| | | | | Plywood and fibreboard worker | 24 | 1.6 (1.0–2.3) | | |
| | | | | Low wood dust exposure | 249 | 1.2 (1.0–1.4) | | |
| | | | | High wood dust exposure | 34 | 1.2 (0.9–1.7) | | |

427

IARC MONOGRAPHS – 100C

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/ deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Arias Bahia et al. (2005) Registry-based study Brazil | 138 male cases in wood-related jobs based on hospital records, 1991–99, 20+ yr of age Expected numbers based on male incident rates from the Belem population-based cancer registry. 2420 deaths among woodworkers compared to other deaths in the State of Para | Employment as a wood worker | Oral cavity and pharynx | | 8 | 1.7 (1.0–2.6) | Age | PCIRs – proportional cancer incidence ratios Belem (1988–89) |
| | | | Stomach | | 32 | 1.0 (0.7–1.5) | | |
| | | | Colon | | 1 | 0.3 (0.0–1.7) | | |
| | | | Rectum | | 3 | 1.1 (0.2–3.7) | | |
| | | | Nasal cavity | | 1 | 1.5 (0.0–8.5) | | |
| | | | Larynx | | 7 | 1.2 (0.5–2.4) | | |
| | | | Lung | | 18 | 1.2 (0.7–1.9) | | |
| | | | Hodgkin disease | | 3 | 2.2 (0.4–6.3) | | |
| | | | Other lymphomas | | 0 | 0.0 | | |
| | | | Multiple myeloma | | 2 | 2.4 (0.3–8.8) | | |
| | | | Leukaemia | | 4 | 1.4 (0.4–3.5) | | |
| | | | Oral cavity and pharynx | | 18 | 1.0 (0.6–1.7) | | CMORs – cancer mortality odds ratios State of Para (1980–95) |
| | | | Stomach | | 82 | 0.8 (0.7–1.1) | | |
| | | | Colon | | 5 | 0.5 (0.2–1.2) | | |
| | | | Rectum | | 8 | 1.3 (0.6–2.8) | | |
| | | | Larynx | | 18 | 1.3 (0.6–2.8) | | |
| | | | Lung | | 53 | 0.8 (0.6–1.0) | | |
| | | | Hodgkin disease | | 5 | 1.1 (0.4–2.8) | | |
| | | | Other lymphomas | | 11 | 1.4 (0.7–2.6) | | |
| | | | Multiple myeloma | | 1 | 0.5 (0.0–3.4) | | |
| | | | Leukaemia | | 7 | 0.6 (0.2–1.2) | | |

**Table 2.3 (continued)**

| Reference, location, name of study | Cohort description | Exposure assessment | Organ site (ICD code) | Exposure categories | No. of cases/deaths | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laakkonen et al. (2006) Census linkage study Finland | Incident cancer cases in all economically active Finns born during 1906–45 who participated in the national population census on 31 December 1970 (667121 men; 513110 women) | Exposure to wood dust: None (0) Low (< 3 mg/m³–yr) Med (3–50 mg/m³–yr) High (> 50 mg/m³–yr) | Nasal cavity (160) | None men | 259 | 1.0 (0.9–1.1) | SIRs adjusted for age and social class | Exposure lag period 20 yr |
| | | | | women | 118 | 1.0 (0.8–1.2) | | |
| | | | | Low men | 15 | 1.6 (0.9–2.6) | | |
| | | | | women | 1 | 1.7 (0.0–9.7) | | |
| | | | | Med men | 17 | 1.3 (0.8–2.1) | | |
| | | | | women | 1 | 0.8 (0.0–4.4) | | |
| | | | | High men | 1 | 1.2 (0.0–6.9) | | |
| | | | | women | 0 | 0.0 | | |
| | | | Larynx (161) | None men | 1965 | 1.0 (1.0–1.1) | | |
| | | | | women | 128 | 1.0 (0.8–1.2) | | |
| | | | | Low men | 76 | 1.1 (0.8–1.3) | | |
| | | | | women | 1 | 1.2 (0.0–6.8) | | |
| | | | | Med men | 77 | 0.7 (0.6–0.9) | | |
| | | | | women | 3 | 2.1 (0.4–6.1) | | |
| | | | | High men | 1 | 0.1 (0.0–0.7) | | |
| | | | | women | 0 | 0.0 | | |
| | | | Lung (162) | None men | 27309 | 1.0 (1.0–1.0) | | |
| | | | | women | 3446 | 1.0 (1.0–1.0) | | |
| | | | | Low men | 936 | 1.1 (1.0–1.2) | | |
| | | | | women | 21 | 0.9 (0.6–1.4) | | |
| | | | | Med men | 1784 | 1.0 (1.0–1.1) | | |
| | | | | women | 48 | 1.0 (0.8–1.4) | | |
| | | | | High men | 108 | 0.9 (0.7–1.0) | | |
| | | | | women | 12 | 1.0 (0.5–1.7) | | |

CI, confidence interval; CMORs, cancer mortality odds ratios; PCIRs, proportional cancer incidence ratios; RR, relative risks; SIR, standardized incidence ratio; yr, year or years

## 2.2 Cancer of the nasopharynx

The previous *IARC Monograph* reviewed nine community-based case–control studies of cancer of the nasopharynx (see Table 25, IARC, 1995). The majority indicated an excess risk associated with either wood dust exposure (4/5 studies) or wood-related occupations (3/4 studies). Many of these studies had positive results based on very small numbers, and did not control for confounding. The studies were conducted in many different countries and odds ratios were generally in the range of 1.5–2.5. Among the studies that adjusted for the effects of smoking and alcohol, Vaughan (1989) and Vaughan & Davis (1991) observed an excess risk among carpenters (OR, 4.5; 95%CI: 1.1–19), and all woodworkers employed for 10 years or longer (OR, 4.2; 95%CI: 0.4–27). Sriamporn *et al.* (1992) observed an excess risk among wood cutters (OR, 4.1; 95%CI: 0.8–22).

None of the cohort studies reviewed by the previous *IARC Monograph* provided results for cancer of the nasopharynx, a rare tumour with an incidence rate of approximately 1/100000 in European countries.

In the period following the previous *IARC Monograph* (IARC, 1995), five new or updated cohort studies (Table 2.2) were published including a pooled re-analysis of five previously published cohort studies. Demers *et al.* (1995b) found an excess risk of cancer of the nasopharynx among workers classified as definitely exposed to wood dust (SMR, 5.3; 95%CI: 1.7–12.4, *n* = 5) and, overall, excesses were observed among both furniture (SMR, 2.4; 95%CI: 1.2–5.9, *n* = 7) and plywood workers (SMR, 4.6; 95%CI: 0.6–16.4, *n* = 2). Stellman *et al.* (1998) found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II. The remaining cohort studies did not present results for this organ site.

Three new case–control studies (Table 2.5) have published results relevant for the evaluation of cancer of the nasopharynx. Armstrong *et al.* (2000) observed an increased risk associated with wood dust among Malaysian Chinese workers (OR, 2.4; 95%CI: 1.3–4.2). Vaughan *et al.* (2000) in a population-based study observed no increased risk overall (OR, 1.2; 95%CI: 0.5–2.7), and no evidence of an exposure–response relationship in analyses by maximum or cumulative exposure in a multicentre study in the USA. In another population-based study Hildesheim *et al.* (2001) found an increased risk overall (OR, 1.7; 95%CI: 1.0–3.0), which increased with both duration and cumulative exposure in Taiwan, China. It was also reported that these results were not affected by further adjustment for formaldehyde. One further hospital-based study reported an excess for nasopharyngeal and sinonasal cancer combined (Jayaprakash *et al.*, 2008).

## 2.3 Cancer of the pharynx

The previous *IARC Monograph* reviewed four case–control studies of cancer of the pharynx other than the nasopharynx (see Table 26, IARC, 1995). Two indicated an excess risk associated with wood-related occupations, although one was based on very small numbers. Another found mixed evidence. None of the cohort studies reviewed by that Working Group provided relevant results.

Four new case–control studies (Table 2.5) published since the previous *IARC Monograph* have results relevant for the evaluation of cancer of the pharynx other than the nasopharynx. Gustavsson *et al.* (1998) observed a decreased risk for cancer of the hypopharynx associated with wood dust in Sweden (OR, 0.5; 95%CI: 0.3–1.0). Laforest *et al.* (2000) observed no increased risk overall (OR, 0.9; 95%CI: 0.5–1.7), and only a slightly increased risk in the highest categories of cumulative exposure (OR, 1.5; 95%CI: 0.6–3.9). Berrino *et al.* (2003) found an increased risk of

**Table 2.4 Case–control studies of sinonasal cancer and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Teschke et al. (1992) Population-based case–control study Canada | Nasal cavity and paranasal sinus (160) | All incident cases with histologically confirmed primary malignant tumours age ≥ 19 yr; 1990–92 | Controls were selected randomly from provincial voters list; frequency-matched for age and sex | Occupational histories obtained by interview and occupational exposures assessed by job classification | Hardwood dust Softwood dust | 0.6 (0.1–3.0) 0.7 (0.3–1.6) | Sex, age (< 60, 60–69, ≥ 70), cigarette smoking (0–19, ≥ 20 pack-years) | |
| 't Mannetje et al. (1999) Pooled population-based case–control study Italy, France, Netherlands, Germany, Sweden | Nasal cavity and paranasal sinus (160) | 555 cases (104 women, 451 men) from 4 studies in Italy and 1 each from the Netherlands, France, Germany, and Sweden | 1705 controls (241 women, 1464 men) from the same studies | Occupational history and job–exposure matrices were applied for wood dust | Wood dust exposure: Women Men Adenocarcinoma Squamous cell carcinoma | 1.2 (0.3–4.5) 2.4 (1.8–3.2) 12.2 (7.4–20.0) 0.7 (0.5–1.1) | Age group and study centre. Sex and smoking where applicable | |
| Pesch et al. (2008) Industry-based case–control study Germany | Nasal cavity and paranasal sinus (160) | 86 male cases of adenocarcinoma of the nasal cavity and paranasal sinuses identified among workers with a recognized occupational disease during 1994–2003 | 204 controls randomly recruited from recognized accidents and falls frequency-matched to controls for age with 60 yr cut-off. Controls were also employed in the woodworking industries | Cumulative and average wood dust exposure quantified with a job-exposure matrix based on wood dust measurements at recent and historical workplaces | High exposure to: Hardwood Softwood Particle board Medium-density fibreboard | 4.0 (1.9–8.3) 0.3 (0.2–0.7) 0.5 (0.3–1.0) 0.3 (0.1–1.1) | Smoking, age, region, ever exposed to varnishes or stains | Only cases with successful compensation claims were used |

IARC MONOGRAPHS – 100C

**Table 2.5 Case–control studies of cancer of the pharynx and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Gustavsson et al. (1998) Population-based case–control study Sweden | Pharynx (140–149) | 401 incident squamous cell carcinomas, men aged 40–79 yr living in Stockholm or Southern health care region, 1988–91 | Randomly selected from the base population, frequency-matched on region and age group | Occupational history, exposure assessment based on literature survey of exposure | Ever exposed | 0.5 (0.3–1.0) | Region, age, alcohol consumption, smoking habits | |
| Armstrong et al. (2000) Population-based case–control study Malaysia | Nasopharynx (147) | 282 Chinese cases identified between July 1990 and June 1992 through diagnosis records and/or treatment at centres with radiotherapy in the study area of Selangor & the Federal Territory | Matched by age (± 3yr) to 1 control in good health with no history of cancer of the head, neck or respiratory system, selected from Chinese population | Occupational histories were obtained by interview, exposure based on job | Any history of occupational exposure to wood dust | 2.4 (1.3–4.2) | Diet and cigarette smoke indices, and matched on age | |
| Vaughan et al. (2000) Multicentred population-based case–control study USA 1987–93 | Nasopharynx (147) | 196 newly diagnosed cases in men & women, age 18–74 yr, from 5 registries (Connecticut, Detroit, Iowa, Utah and western Washington) | 244 controls from the general population through random-digit dialling and frequency-matched to the cases by age (± 5yr), sex and cancer registry | Lifetime histories of occupational and chemical exposures taken by interview; estimates of exposures assessed on a job-by-job basis | Ever exposed Max exposure (mg/m³): > 0.0–0.55 > 0.55–1.50 > 1.50 Cumulative (mg/m³–yr): > 0.0–2.75 > 2.75–15.70 > 15.70 | 1.2 (0.5–2.7)  1.3 (0.5–3.6) 2.0 (0.5–8.1) 0.2 (0.0–2.1)   0.7 (0.2–2.5) 3.0 (0.9–9.8) 0.4 (0.1–2.3) | Age, sex, race, SEER site, cigarette use, proxy status, education and cumulative exposure to formaldehyde | |

Wood dust

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laforest et al. (2000) Hospital-based case–control study France 1989–91 | Hypopharynx (148) | 296 men, incident squamous cell carcinomas, histologically confirmed from 15 hospitals | Controls were patients with primary cancers of different sites requiring the same medical environment as case cancers, frequency-matched on age, same hospital or similar hospitals nearby, 1987–91 | Detailed lifetime occupational history taken, occupational exposures were assessed through a job–exposure matrix | Ever exposed | 0.9 (0.2–4.1) | Age, smoking, alcohol, exposure to formaldehyde (yes/no), and mineral fibres (yes/no) | |
| | | | | | Probability: | | | |
| | | | | | ≤ 70% | 0.7 (0.3–1.8) | | |
| | | | | | > 70% | 1.1 (0.5–2.3) | | |
| | | | | | Duration: | | | |
| | | | | | < 6 yr | 0.5 (0.2–1.5) | | |
| | | | | | 6–10 yr | 1.0 (0.3–2.9) | | |
| | | | | | > 10 yr | 1.2 (0.5–3.0) | | |
| | | | | | Cumulative: | | | |
| | | | | | Low (< 10) | 0.6 (0.2–1.6) | | |
| | | | | | Medium (10–42) | 0.7 (0.3–2.3) | | |
| | | | | | High (> 42) | 1.5 (0.6–3.9) | | |
| Hildesheim et al. (2001) Population-based case–control study Taiwan, China July 1991 to December 1994 | Nasopharynx (147) | 375 newly diagnosed, histologically confirmed cases identified through two tertiary care hospitals in Taipei, Taiwan, China; < 75 yr of age, residents of Taipei city for 6+ mo | 325 community controls matched to cases on sex, age and geographic residence by use of listings available through the National Household Registration System | Occupational history via interview, blindly assessed by an industrial hygienist for intensity and probability of exposure | Ever exposed | 1.7 (1.0–3.0) | Age, sex, education, ethnicity, and HLA | |
| | | | | | Duration: | | | |
| | | | | | ≤ 10 yr | 1.2 (0.6–2.5) | | |
| | | | | | > 10 yr | 2.4 (1.1–5.0) | | |
| | | | | | Cumulative: | | | |
| | | | | | < 25 | 1.2 (0.6–2.5) | | |
| | | | | | ≥ 25 | 2.4 (1.2–5.1) | | |

433

IARC MONOGRAPHS – 100C

**Table 2.5 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Berino et al. (2003) Population-based case-control study Italy, France, Spain, Switzerland 1979–82 | Hypopharynx (148) | 304 male incident cases from Calvados, France; Turin and Varese, Italy; Pamplona and Zaragoza, Spain; and Geneva, Switzerland | 2176 male population controls | Occupational history through specialist interview; exposures assessed using a job-exposure matrix | < 55 yr of age: Possible exposure Probable exposure > 55 yr of age: Wood dust exposure | 0.3 (0.1–1.0) 0.4 (0.2–1.2) 2.1 (1.2–3.7) | Age, centre, tobacco, alcohol, diet, socioeconomic status, and exposure to other agents | |
| Vlajinac et al. (2006) Hospital-based case-control study Serbia & Montenegro 1998–2000 | Oropharynx (146) | 100 consecutive incident cases at the Clinical Centre of Serbia | 100 controls among patients treated during the same period for non-malignant diseases of the head/neck, matched on age (± 2 yr), sex and place of residence | Occupational exposure to various chemicals, dust and other agents | Exposure to wood dust[1] Occupational exposure to wood dust[2] | 2.3 (1.0–5.7) 4.2 (1.5–11.9) | [1]Education, BMI, smoking, alcohol, family history of cancers [2]Smoking, dental diseases, HSV infection, smoking, alcohol | |
| Jayaprakash et al. (2008) Hospital-based case-control study Buffalo, NY, USA and Germany 1982–98 | Sinonasal & nasopharynx & hypopharynx (160, 147, 148) | 90 incident cases in men diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported exposures about prior exposure to wood dust at work | Moderate exposure High exposure Occasionally exposed Regularly exposed | 1.5 (0.9–1.5) 1.35 (0.4–4.6) 1.45 (0.85–2.5) 1.6 (0.75–3.3) | Age, sex, tobacco, education, year of enrollment | |

BMI, body mass index; CI, confidence interval; HLA, human leukocyte antigen; HSV, herpes simplex virus; mo, month or months; yr, year or years

cancer of the hypopharynx among men over the age of 55 years (OR, 2.1; 95%CI: 1.2–3.7), and a decreased risk among men under 55 years (OR, 0.4; 95%CI: 0.2–1.2). Vlajinac *et al.* (2006) observed an increased risk of cancer of the oropharynx (OR, 2.3; 95%CI: 1.0–5.7) associated with wood dust in Serbia and Montenegro.

All five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the pharynx, although none provided results for subsites of other than the nasopharynx. The pooled re-analysis of five previously published cohort studies (Demers *et al.*, 1995b) observed slightly fewer cases of cancer of the pharynx than expected (SMR, 0.8; 95%CI: 0.5–1.3). Stellman *et al.* (1998) also found no evidence of an excess risk associated with self-reported wood dust exposure or longest occupation among participants in the Cancer Prevention Study II (RR, 0.9; 95%CI: 0.4–2.0). Innos *et al.* (2000) found an excess risk of cancer of the pharynx among Estonian furniture workers exposed to both medium levels (SIR, 4.0; 95%CI: 0.8–11.8) and high levels of exposure (SIR, 1.5; 95%CI: 0.6–3.3). Dement *et al.* (2003) observed slightly more cases of cancer of the pharynx than expected among members of the US carpenters union (SMR, 1.4; 95%CI: 0.7–2.4). Purdue *et al.* (2006) observed a somewhat reduced risk among Swedish construction workers exposed to wood dust versus those who were not (RR, 0.6; 95%CI: 0.2–1.6, *n* = 4).

## 2.4 Cancer of the larynx

The previous *IARC Monograph* reviewed ten case–control studies of cancer of the larynx (see Table 27, IARC, 1995). The majority had some indication of an excess risk associated with either wood dust exposure (1/2 studies) or wood-related occupations (7/8 studies), although sometimes based on small numbers. The studies were conducted in the USA (*n* = 7), Europe (*n* = 2), and the People's Republic of China (*n* = 1), and the

majority of these studies adjusted for the effects of smoking. No support for this association was found in the cohort studies (see Table 18, IARC, 1995). The five cohort studies that reported results for cancer of the larynx observed fewer cancers than expected.

Seven new case–control studies (Table 2.6) have published results relevant for the evaluation of cancer of the larynx. Pollán & López-Abente (1995) in a Spanish study observed an excess risk among woodworkers (OR, 2.7; 95%CI: 0.9–7.7) that increased with duration of employment. Gustavsson *et al.* (1998) observed a decreased risk for cancer of the larynx associated with wood dust in Sweden (OR, 0.5; 95%CI: 0.3–0.9). Laforest *et al.* (2000) observed no increased risk overall and no evidence of an association with duration or cumulative exposure in a french study (OR, 1.0; 95%CI: 0.6–1.7). Elci *et al.* (2002) also found no association with wood dust in a Turkish study (OR, 1.1; 95%CI: 0.8–1.4). Berrino *et al.* (2003) found an increased risk of cancer of the larynx among men over the age of 55 (OR, 1.7; 95%CI: 1.2–2.6), and a decreased risk among men under 55 (OR, 0.6; 95%CI: 0.3–1.1). Ramroth *et al.* (2008) reported an excess based on a checklist (OR, 2.1; 95%CI: 1.2–3.9), but a weaker association based on a method using a job-specific questionnaire (OR, 1.4; 95%CI: 0.8–2.5). Jayaprakash *et al.* (2008) reported an excess among men based on self-reported exposure (OR, 2.1; 95%CI: 0.9–5.0). Six of the seven studies adjusted for the potential effects of smoking and alcohol consumption, but the last only adjusted for smoking.

All five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the larynx. The pooled re-analysis of five previously published cohort studies (Demers *et al.*, 1995b) observed slightly fewer cases of cancer of the larynx than expected (SMR, 0.7; 95%CI: 0.4–1.0), and no association with probability of exposure. Stellman *et al.* (1998) observed a potential excess risk associated with self-reported wood

**Table 2.6 Case–control studies of cancer of the larynx and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pollán & López-Abente (1995) Hospital-based case–control study Spain January 1982 to August 1985 | Larynx (161) | 50 male residents of Madrid with histologically confirmed squamous cell carcinomas diagnosed at Ramon y Cajal Hospital | 1 hospital control (matched by sex, age, admission date excluding alcohol or tobacco-related conditions) and 1 population control (matched on sex, age, residential census sections at diagnosis) | Extensive job history up to 1 yr before diagnosis; subject was considered exposed at ≥ 1 yr of employment | All woodworkers  1–20 yr  > 20 yr | 2.7 (0.9–7.7)  1.6 (0.4–5.9)  5.6 (1.2–27.6) | Age, tobacco and alcohol consumption, and other occupational groups | |
| Gustavsson et al. (1998) Community-based case–control study Sweden 1 January 1988 to 31 January 1991 | Larynx (161) | 401 incident squamous cell carcinomas in all Swedish men aged 40–79 yr living in Stockholm or the southern health care region | Referents randomly selected from the base population and frequency-matched to the cases for region and age group (40–54, 55–64, 65–79 yr) | Exhaustive occupational history taken and exposure assessments were based on a literature survey of exposure data for different occupations | Ever exposed | 0.5 (0.3–0.9) | Adjusted for region, age, alcohol consumption and smoking habits | |

**Table 2.6 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Laforest et al. (2000) Hospital-based case–control study France 1 January 1989 to 30 April 1991; | Larynx (161) | 296 primary incident squamous cell cancers diagnosed and histologically confirmed in 15 French hospitals; only men were included in the study | Controls were patients with primary cancers of different sites requiring the same medical environment as case cancers, selected by frequency matching on age and recruited between 1987 and 1991 in the same hospitals as the cases or similar hospitals nearby | Detailed lifetime occupational history taken and occupational exposures were assessed through a job–exposure matrix | **Wood dust** Ever exposed Probability of exposure: ≤ 70% > 70% Duration of exposure: < 6 yr 6–10 yr > 10 yr Cumulative level: Low (< 10) Medium (10–42) High (> 42) | 1.0 (0.6–1.7) 0.9 (0.4–2.0) 1.1 (0.5–2.2) 1.4 (0.6–3.2) 0.5 (0.2–1.5) 1.0 (0.5–2.3) 1.0 (0.4–2.1) 1.2 (0.5–2.8) 0.9 (0.3–2.3) | Age, smoking, alcohol, exposure to formaldehyde, and mineral fibres | |
| Elci et al. (2002) Hospital-based case–control study Turkey 1979–84 | Larynx (161) | 940 cases among men identified from patients admitted to the Oncology Treatment Center of the Social Security Agency Okmeydani Hospital in Istanbul | 1519 referent patients with Hodgkin disease, soft tissue sarcoma, non-melanoma skin cancer, testis, bone and male breast cancer as well as a series of non-cancer subjects | Occupational history taken using a questionnaire, occupations coded and exposures assessed using a job–exposure matrix developed for occupational dusts | Wood dust exposure Low intensity Med intensity High intensity Low probability Med probability High probability | 1.1 (0.8–1.4) 0.8 (0.5–1.4) 1.4 (1.0–1.9) 0.8 (0.4–1.4) 1.3 (1.0–1.7) 1.4 (0.7–2.5) 0.4 (0.2–0.9) | Age, smoking, and alcohol consumption | |

IARC MONOGRAPHS – 100C

## Table 2.6 (continued)

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Berrino et al. (2003) Population-based case–control study Italy, France, Spain, Switzerland 1979–82 | Endolarynx (161) | 696 male incident endolarynx cases diagnosed in Calvados, France; Turin & Varese, Italy; Pamplona & Zaragoza, Spain; Geneva, Switzerland | 2176 male population controls | Occupational history taken through specialist interview; occupational exposures assessed using a job–exposure matrix | < 55 yr of age: | | Age, centre, tobacco, alcohol, diet, socioeconomic status, and exposure to other agents | |
| | | | | | Possible exposure | 0.5 (0.2–1.1) | | |
| | | | | | Probably exposure | 0.6 (0.3–1.1) | | |
| | | | | | > 55 yr of age | | | |
| | | | | | Wood dust exposure | 1.7 (1.2–2.6) | | |
| Jayaprakash et al. (2008) Hospital-based case–control study Buffalo, NY, USA and Germany 1982–98 | Larynx (161) | 124 incident male cases diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported exposures about prior exposure to wood dust at work | Moderate exposure | 0.8 (0.5–1.3) | Age, sex, tobacco, education, year of enrollment | |
| | | | | | High exposure | 2.1 (0.9–4.96) | | |
| | | | | | Occasionally exposed | 0.8 (0.4–1.4) | | |
| | | | | | Regularly exposed | 1.5 (0.8–2.8) | | |
| Ramroth et al. (2008) Population-based case–control study South-western Germany 1998–2000 | Larynx (161) | 257 histologically confirmed incident larynx cancer cases in men and women diagnosed in Rhein-Neckar-Odenwald region | 769 population controls | Occupational history taken through specialist interview; occupational exposures assessed using exposure substance check-list (SCL), detailed occupational history, supplementary job-specific questionnaires (JSQ) | SCL: | | Adjusted for age, sex, tobacco, alcohol, education | |
| | | | | | Wood dust | 2.1 (1.2–3.9) | | |
| | | | | | Hardwood dust | 2.6 (1.3–5.2) | | |
| | | | | | Softwood dust | 2.2 (1.1–4.2) | | |
| | | | | | JSQ: | | | |
| | | | | | Wood dust | 1.4 (0.8–2.5) | | |
| | | | | | Hardwood dust | 1.2 (0.6–2.5) | | |
| | | | | | Softwood dust | 1.5 (0.7–2.8) | | |

CI, confidence interval; RR, relative risk; yr, year or years

dust exposure (RR, 1.6; 95%CI: 0.8–3.4, $n = 8$), but not for wood occupations (RR, 1.2; 95%CI: 0.3–4.9, $n = 2$) among participants in the Cancer Prevention Study II. Innos et al. (2000) observed fewer cases of cancer of the larynx than expected (SIR, 0.7; 95%CI: 0.3–1.4) among male Estonian furniture workers. Dement et al. (2003) observed slightly more cases of cancer of the larynx than expected among members of the US carpenters union (SMR, 1.2; 95%CI: 0.7–2.0). Purdue et al. (2006) observed a somewhat reduced risk among Swedish construction workers exposed to wood dust versus those who were not (RR, 0.8; 95%CI: 0.5–1.5).

Recent registry-based studies also presented results for wood dust and cancer of the larynx. No excess was observed among woodworkers in a large Nordic census-based cancer incidence linkage study (Pukkala et al., 2009). Arias Bahia et al. (2005) observed a slight excess of cancer of the larynx in a Brazilian cancer registry and mortality study. Laakkonen et al. (2006) found no relationship with wood dust exposure in a Finnish cancer registry study.

## 2.5 Cancer of the lung

The Working Group for the previous *IARC Monograph* reviewed 24 case–control studies of cancer of the lung (see Table 28, IARC, 1995). Roughly half had some indication of an excess risk associated with either wood dust exposure or wood-related occupations. The studies were conducted in North America ($n = 11$), Europe ($n = 9$), Asia ($n = 3$), and New Zealand ($n = 1$). No support for this association was found in the cohort studies (see Table 18, IARC, 1995). The seven cohort studies that reported results for cancer of the lung observed a similar number of cancers to that expected.

Three new case–control studies (Table 2.7) have published results relevant for the evaluation of cancer of the lung. Wu et al. (1995) observed an increased risk of non-small cell lung cancers

among African- and Mexican-American men. Matos et al. (2000) observed an increased risk for lung cancer among sawmill workers, but not other woodworkers in Argentina. Barcenas et al. (2005) observed an excess of lung cancer associated with wood-related occupations or self-reported exposure in an American case–control study. All results were adjusted for smoking.

Four of the five cohort studies published in the period following the previous *IARC Monograph* provided results for cancer of the lung. The pooled re-analysis of five previously published cohort studies (Demers et al., 1995b) observed slightly fewer cases of cancer of the lung than expected (SMR, 0.8; 95%CI: 0.7–0.9). Stellman et al. (1998) observed a slight excess risk associated with self-reported wood dust exposure (RR, 1.2; 95%CI: 1.0–1.3), but not for wood occupations (RR, 1.1; 95%CI: 0.9–1.4) among participants in the Cancer Prevention Study II. Innos et al. (2000) observed an increased risk among highly exposed female (SIR, 1.6; 95%CI: 0.8–2.9), but not among male Estonian furniture workers (SIR, 1.0; 95%CI: 0.8–1.3). Dement et al. (2003) observed an excess among members of the US carpenters union (SMR, 1.5; 95%CI: 1.2–1.7). In a nested case–control study of Polish pulp and paper mill workers, Szadkowska-Stańczyk & Szymczak (2001) observed an excess of lung cancer associated with wood dust exposure (OR, 2.1; 95%CI: 0.9–4.9), but no evidence of an exposure–response relationship.

Recent registry studies also presented results for wood dust and lung cancer. A small excess was observed among women (SIR, 1.2; 95%CI: 1.1–1.4) but not among men (SIR, 0.96; 95%CI: 0.94–0.97) in a large Nordic census-based cancer incidence linkage study (Pukkala et al., 2009). Arias-Bahia et al. (2005) observed mixed results in Brazil; a slight excess in the cancer registry study and a decreased risk in the mortality study. Laakkonen et al. (2006) found no relationship with wood dust exposure in a Finnish cancer registry study.

IARC MONOGRAPHS – 100C

**Table 2.7 Case–control studies of cancer of the lung and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | Relative risk (95% CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Wu et al. (1995) Hospital-based case–control study USA | Lung (162) | 113 African-American and 67 Mexican-American cases with newly diagnosed lung cancer recruited from the hospitals in Houston and San Antonio, Texas | 270 healthy controls without prior histories of cancer from community centres, cancer screening programmes, churches and employee groups frequency-matched on age, ethnicity and sex | Occupational histories collected by interview, self-reported occupational exposure to wood dust | Wood dust exposure African-American: Non-small cell lung cancer | 3.5 (1.4–8.6) | Age, sex, mutagen sensitivity, and pack-yr (smoking) | . |
| | | | | | Small cell lung cancer | 4.8 (1.2–18.5) | | |
| | | | | | Mexican-American: | 0.7 (0.0–12.4) | | |
| | | | | | Non-small cell lung cancer | 3.8 (0.8–17.4) | | |
| | | | | | Small cell lung cancer | 0.3 (0.0–6.2) | | |
| Matos et al. (2000) Hospital-based case–control study Argentina 1994–96 | Lung (162) | 199 male patients residents in the city or in the province of Buenos Aires and admitted for treatment in any of 4 hospitals of Buenos Aires city | 393 controls; 2 male control subjects hospitalized for conditions unrelated to tobacco use during the same period, and residents in the same area, matched by hospital and age (± 5yr) | Occupational history obtained by interview; occupational exposure assessed by job–exposure matrix | Occupation in: Sawmills or wood mills | 4.8 (1.2–19.0) | Age group, hospital, pack-yr and industries with $P < 0.05$ | |
| | | | | | Furniture | 1.0 (0.4–2.2) | | |
| | | | | | Woodworkers (carpenters, cabinet-makers, machine operators) | 0.7 (0.3–1.5) | | |

Wood dust

## Table 2.7 (continued)

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | Relative risk (95% CI)* | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Barcenas et al. (2005) Hospital-based case–control study USA July 1995 to October 2000 | Lung (162) | 1368 men and women with incident histologically confirmed lung cancer diagnosed at the University of Texas Cancer Center | 1192 cancer-free enrollees of private multispecialty clinics; matched on gender and ethnic groups | Longest held occupation or industry, self-reported wood dust exposure obtained by interview; minimum of 1 yr | Wood related occupation/industry | 3.2 (1.5–6.9) | Adjusted for age, gender, ethnicity, smoking status, and place of residence | |
| | | | | | Self-reported wood dust exposure | 1.5 (1.2–2.1) | | |
| | | | | | Occupation, industry, or self-reported exposure: | | | |
| | | | | | Lung (adenocarcinoma) | 1.5 (1.0–2.1) | | |
| | | | | | Non-small cell lung carcinoma (excluding adenocarcinoma) | 1.9 (1.3–2.7) | | |
| | | | | | Small cell lung carcinoma | 1.1 (0.5–2.3) | | |
| Jayaprakash et al. (2008) Hospital-based case–control study Buffalo, NY, USA and Germany 1982–98 | Lung (162) | 809 incident male cases diagnosed at Roswell Park Cancer Institute | 1522 controls | Self reported exposures about prior exposure to wood dust at work | Moderate exposure | 1.1 (0.9–1.4) | Age, sex, tobacco, education, year of enrollment | |
| | | | | | High exposure | 2.15 (1.3–3.6) | | |
| | | | | | Occasionally exposed | 1.1 (0.8–1.4) | | |
| | | | | | Regularly exposed | 1.7 (1.2–2.4) | | |

IARC MONOGRAPHS – 100C

## 2.6 Other cancer sites

The results for other cancer sites were reviewed, but were less consistent than for the respiratory tract. The results for case–control studies for wood dust that were published subsequent to the previous *IARC Monograph* are presented in Table 2.8.

## 2.7 Furniture and cabinet-making industry

The Working Group also addressed the carcinogenic risk associated with the furniture and cabinet-making industry that was evaluated in the previous *IARC Monograph* Volume 25 (IARC, 1981), and reassessed in Supplement 7 (IARC, 1987) when it was classified as *carcinogenic to humans (Group 1)*. Since then, new studies and pooled analyses have strengthened the association between working in this industry and sinonasal and nasopharyngeal cancers, including Fukuda & Shibata (1988), Minder & Vader (1988), Magnani *et al.* (1993), Demers *et al.* (1995a, b) and Bouchardy *et al.* (2002). Such studies are listed among others published since 1980 in Table 2.9 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-09-Table2.9.pdf; Table to 2.10 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-09-Table2.10.pdf; Table 2.11 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.11.pdf; Table 2.12 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.12.pdf; Table 2.13 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.13.pdf; Table 2.14 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.14.pdf; Table 2.15 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.15.pdf; and Table 2.16 available at http://monographs.iarc.fr/ENG/Monographs/vol100C/100C-08-Table2.16.pdf.

From reviewing the studies in Tables 2.9 to 2.16 together with the data on exposure to wood dust in Tables 2.1 to 2.8, the Working Group attributed the causal association between working in the furniture and cabinet-making industry and sinonasal and nasopharyngeal cancers to wood dust.

Another possible association observed in the industry included excesses of pleural malignant mesothelioma, which is most likely the result of asbestos exposure. Another possible excess of haematopoietic malignancies may be the result to other exposures such as solvents. Relevant results are presented in Tables 2.11, 2.13, 2.15, but the Working Group considered data for these sites to be inconsistent and inadequate for evaluation.

## 2.8 Synthesis

There is consistent and strong evidence from both case–control studies and large cohort studies that wood dust causes sinonasal cancer. Most of these studies do not specify the histology of the tumours. Among the case–control that specified histology, very large excess risks were observed for sinonasal adenocarcinoma and wood dust exposure. Case series have found a large proportion of adenocarcinoma cases to be woodworkers.

There is also weaker evidence that wood dust causes cancer of the nasopharynx. The majority of case–control studies observed an increased risk of cancer of the nasopharynx associated with wood dust exposure or with employment in wood-related occupations, although often based on small numbers. This is supported by the pooled re-analysis of cohort studies where a strong association was observed with probability of wood dust exposure. The primary confounder of concern was formaldehyde exposure, but in the pooled cohort study the probability of wood dust exposure, which would likely be inversely

**Table 2.8 Case–control studies of other cancers and exposure to wood dust**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Fritschi & Siemiatycki (1996) Population-based case–control study Canada 1979–85 | Non-Hodgkin lymphoma (200, 202) | 3730 male cases aged 35–70 yr, resident in Montreal, histologically confirmed non-Hodgkin lymphoma, Hodgkin disease, or myeloma | 533 colorectal, bladder, prostate, stomach, kidney, melanoma, pancreas and oesophageal cancer controls. 533 population controls selected by electoral lists or random-digit dialling | Occupational history obtained by interview or questionnaire | Wood dust exposure: Non-substantial Substantial | 0.5 (0.3–0.8) 0.8 (0.5–1.3) | Age, proxy status, income (quintiles), ethnicity | Results for wood dust only presented for non-Hodgkin lymphoma |
| Cocco et al. (1998) Census-linked case–control study USA 1984–92 | Gastric cardia (151.1) | 1056 cases of gastric cardia cancer were identified in men aged 25 yr or more using death certificates from 24 states | 5280 control subjects were identified the same way but who died of non-malignant disease; 5:1 match on region, sex, race, and age | Usual occupation obtained from death certificates, exposure was assessed using a job-exposure matrix | Wood dust exposure: Unexposed  All exposed Low level exposure Med level exposure High level exposure | 1.0 (reference) 0.8 (0.6–1.1) 0.9 (0.6–1.4) 0.7 (0.5–1.2) 1.0 (0.5–2.2) | Matched on region, sex, race, and age | |

IARC MONOGRAPHS – 100C

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Cocco et al. (1999) Census-linked case–control study USA 1984–96 | Stomach (151) | 41957 deaths of stomach cancer aged 25+ yr using death certificates from 24 states | 83914 controls who died of non-malignant disease; 2:1 match on region, sex, race, and age (± 5 yr) | Usual occupation obtained from death certificates, exposure was assessed using a job–exposure matrix | White men: | | Matched on region, sex, race, and age | |
| | | | | | Med probability | 0.9 (0.8–1.1) | | |
| | | | | | High probability | 1.0 (0.9–1.1) | | |
| | | | | | Med intensity | 1.0 (0.9–1.1) | | |
| | | | | | High intensity | 0.9 (0.7–1.1) | | |
| | | | | | African-American men: | | | |
| | | | | | Med probability | 1.0 (0.7–1.3) | | |
| | | | | | High probability | 0.9 (0.8–1.2) | | |
| | | | | | Med intensity | 1.1 (0.9–1.3) | | |
| | | | | | High intensity | 0.8 (0.6–1.0) | | |
| | | | | | White women: | | | |
| | | | | | Med probability | 0.7 (0.4–1.2) | | |
| | | | | | High probability | 0.8 (0.3–2.2) | | |
| | | | | | Med intensity | 0.9 (0.7–1.2) | | |
| | | | | | High intensity | 0.7 (0.3–1.6) | | |
| | | | | | African-American women: | | | |
| | | | | | Medium probability | 1.3 (0.5–3.8) | | |
| | | | | | Medium intensity | 0.9 (0.5–1.6) | | |
| | | | | | High intensity | 0.4 (0.1–3.4) | | |

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Mao et al. (2000) Registry-linked case–control study Canada 1994–97 | Non-Hodgkin lymphoma (200, 202) | 1469 histologically confirmed incident cases (764 men, 705 women) of non-Hodgkin lymphoma diagnosed in 8 Canadian provinces who were 20–74 yr of age | 5073 controls frequency matched on age and sex randomly selected from within the same provinces via Provincial Health Insurance Plans, Property Assessment databases, or random-digit dialling | Home or work exposure to 17 chemicals was obtained through questionnaires or interviews | Wood dust exposure:<br><br>Men<br><br>Women<br><br>Never exposed<br><br>1–6 yr exposure<br><br>≥ 7 yr exposure | 0.9 (0.8–1.1)<br><br>1.4 (1.0–2.0)<br><br>1.0 (reference)<br><br>1.2 (0.7–1.9)<br><br>1.7 (1.1–2.6) | 10-yr age groups, province, BMI (< 20, 20–27, > 27), consumption of milk | |
| De Roos et al. (2001) Population-based case–control study Canada & USA 1992–94 | Neuroblastoma | 538 incident cases under 19 yr of age at 139 participating hospitals | 504 cases were identified through random-digit dialling individually caliper-matched to cases on date of birth | Telephone interviews with parents for maternal and paternal occupational history. Self-reported exposure assessed by an industrial hygienist (IH) | Wood dust exposure:<br><br>Paternal occupational exposure<br><br>Self-reported exposure<br><br>IH-reviewed exposure | 1.4 (0.8–2.3)<br><br>1.5 (0.8–2.8) | Child's age, maternal race, maternal age, and maternal education | |

IARC MONOGRAPHS – 100C

**Table 2.8 (continued)**

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Briggs et al. (2003) Population-based case-control study USA 1984–88 | Non-Hodgkin lymphoma (200, 202) Hodgkin disease (201) | 1511 non-Hodgkin lymphoma, 343 Hodgkin disease cases diagnosed among African-American and white men born 1929–53, from Atlanta, Detroit, Connecticut, Iowa, Kansas, Miami, San Francisco, Seattle | 1910 controls with no history of the selected cancer identified by random-digit dialling and frequency-matched by birth year, and geographic region of cancer registry | Occupational history collected by professional interviewers | Wood dust exposure: | | Age and cancer registry. | |
| | | | | | Non-Hodgkin lymphoma: | | | |
| | | | | | African-American | 1.4 (0.7–2.8) | | |
| | | | | | White | 1.1 (0.9–1.3) | | |
| | | | | | Hodgkin disease: | | | |
| | | | | | African-American | 4.6 (1.6–13.3) | | |
| | | | | | White | 0.9 (0.7–1.3) | | |
| Fritschi et al. (2005) Population-based case-control study Australia January 2000–August 2001 | Non-Hodgkin lymphoma (200, 202) | Incident cases of non-Hodgkin lymphoma diagnosed in New South Wales or the Australian Capital Territory; aged 20–74 yr | Controls were randomly selected from the New South Wales and Australian Capital Territory Electoral Rolls, frequency matched on age, sex and region of residence | Lifetime occupational history obtained by telephone interview & mailed questionnaire. Exposure assessment done blindly by an occupational hygienist and a job-exposure matrix | Hardwood dust exposure: | 1.5 (0.9–2.4) | Adjusted for age, sex, state and ethnic origin | |
| | | | | | Non-substantial | 1.7 (1.0–2.9) | | |
| | | | | | Substantial | 1.2 (0.6–2.7) | | |
| | | | | | Softwood dust exposure: | 1.6 (1.1–2.6) | | |
| | | | | | Non-substantial | 1.7 (1.0–2.8) | | |
| | | | | | Substantial | 1.6 (0.7–3.8) | | |

## Table 2.8 (continued)

| Reference, study location and period | Organ site (ICD code) | Characteristics of cases | Characteristics of controls | Exposure assessment | Exposure categories | RR (95%CI)* OR | Adjustment for potential confounders | Comments |
|---|---|---|---|---|---|---|---|---|
| Pan et al. (2005)<br>Registry-linked case–control study<br>Canada<br>1994–97 | Brain (191) | 1009 incident cases of histologically confirmed primary brain cancer from 8 provinces | 5039 population control subjects aged 20–76 yr collected in the same study area | Occupational history obtained through questionnaires. Self-reported exposure | Wood dust exposure:<br><br>Men<br><br>Women<br><br>Both sexes | <br><br>1.3 (1.9–1.4)<br><br>1.1 (0.8–1.7)<br><br>1.2 (1.0–1.4) | Age, province of residence, education, alcohol intake, total energy intake, smoking pack-yr, and sex | |
| Fritschi et al. (2002)<br>Population-based case–control study<br>Australia<br>January 2001–August 2002 | Prostate (185) | 606 histologically confirmed cases in Western Australia, aged 40–75 yr. 402 cases of benign prostatic hyperplasia identified from hospital records | 471 controls aged 45–75 yr randomly selected from the Western Australia electoral roll August 2001–October 2002; frequency-matched on 5 yr age groups | Occupational history obtained by questionnaires and interviews. Exposure was assessed for each occupation by an occupational hygienist for probability, frequency and total dose. | Wood dust exposure:<br>Prostatic cancer–<br>Not exposed<br><br>Non-substantial<br><br>Substantial<br><br>Benign prostatic hyperplasia–<br>Not exposed<br><br>Non-substantial<br><br>Substantial | <br><br>1.0 (reference)<br><br>1.1 (0.8–1.4)<br><br>1.2 (0.5–2.6)<br><br><br>1.0 (reference)<br><br>1.1 (0.8–1.4)<br><br>0.8 (0.4–1.4) | Adjusted for age | |

BMI, body mass index; yr, year or years

IARC MONOGRAPHS – 100C

correlated with formaldehyde exposure, was associated with nasopharyngeal cancer risk, and an excess was observed among both the furniture workers and plywood workers subcohorts.

There was weaker evidence for other sites such as the pharynx, larynx, and lung. Although positive associations were observed in some case–control studies, the pattern was not as consistent and not supported by positive findings in cohort studies.

The great majority of studies did not report on the specific tree species to which workers were exposed or whether exposure was due primarily to hardwoods or softwoods. The few studies that did address tree species were relevant only for the evaluation of sinonasal cancer. There is strong evidence for an association between sinonasal cancer and exposure to hardwood dusts, based on the results of the few studies that specifically assessed exposure to hardwoods and on the results of case series that identified specific tree species. Among the few case–control studies that assessed the relationship with softwoods, there was a consistent excess risk, but the magnitude of the excess was small in comparison to hardwoods, and the association was primarily with squamous cell carcinoma.

# 3. Cancer in Experimental Animals

Only a limited number of studies in experimental animals have been published on the carcinogenicity of wood dust. Studies described below include those summarized in the previous *IARC Monograph* (IARC, 1995) as well as studies published since.

## 3.1 Inhalation

### 3.1.1 *Rat*

An inhalation study to determine the carcinogenicity of inhaled oak wood dust with and without wood preservatives was conducted in rats. Six groups of 58–61 female F344 rats were exposed to: 1) 18 mg/m³ of untreated oak wood dust; 2) wood preservatives containing 1 µg/m³ lindane and 0.2 µg/m³ pentachlorophenol (PCP); 3) oak wood dust treated with lindane and PCP; 4) 21 µg/m³ of sodium dichromate; 5) oak wood dust treated with chromate (wood contained the equivalent of 39 µg/m³ chromate); and, 6) 72 µg/m³ of *N*-nitrosodimethylamine (positive control). A group of 115 rats were sham-exposed (negative control). Approximately 24 rats/group were exposed for 25 weeks and approximately 36 rats/group were exposed for their lifespan. The particle size was reported as 2–7 µm. The untreated wood dust contained up to 5 µg/m³ of chromate. No respiratory tract tumours were observed in the negative controls. The positive control group of animals exposed for their lifespan had an incidence of 12/35 nasal cavity tumours. Respiratory tract tumours occurred less frequently in animals exposed for only 25 weeks than in those exposed for their lifespan. The only significant finding in rats exposed for 25 weeks was an increased incidence over controls of benign tumours of organs other than the respiratory tract in the group exposed to chromate aerosol alone. In the rats exposed to untreated oak wood for their lifespan, 2/36 rats developed malignant tumours of the respiratory tract (one in the oral cavity, one bronchial carcinoma, but none in the nasal cavity); there were no benign tumours of the respiratory tract. There was 1/37 animals exposed to wood dust treated with chromate stain, and 1/34 animals exposed to chromate aerosol for their lifespan that had a nasal cavity tumour, but none were found in the

rats exposed to untreated wood dust (Klein et al., 2001).

Sixteen female Sprague Dawley rats were exposed to 25 mg/m³ of untreated beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm) for 6 hours/day, 5 days/week for 104 weeks. There were 16 untreated controls. In the 15 surviving exposed rats and 15 control rats, no respiratory tract tumours were observed. Incidences of non-respiratory tract tumours did not differ between untreated and exposed rats (Holmström et al., 1989).

Fifteen female Wistar rats were exposed to 15.3 mg/m³ of beech wood dust (mass median aerodynamic diameter [MMAD], 7.2 μm; geometric standard deviation [GSD], 2.2) for 6 hours/day, 5 days/week, for 6 months, and were observed for up to 18 months. No respiratory tract tumours were found in exposed rats or in 15 untreated controls. The incidence of non-respiratory tract tumours did not differ between exposed rats and untreated controls (Tanaka et al., 1991).

### 3.1.2 Hamster

One group of 12 and one group of 24 male Syrian golden hamsters were exposed to either 15 or 30 mg/m³ beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm) for 6 hours/day, 5 days/week for either 36 or 40 weeks, respectively. One group of 12 and one group of 24 animals served as untreated controls. No respiratory tract tumours were observed in the 12 animals exposed to 15 mg/m³, but 1/22 animals exposed to 30 mg/m³ had an unclassifiable infiltrating malignant nasal tumour (not significantly different from controls) (Wilhelmsson et al., 1985a, b). [The Working Group noted that in the above inhalation studies, the size of the dusts was quite large, which might allow some deposition in the upper respiratory tract, but very little deposition in the lower respiratory tract. No measurement of deposition was made, so the actual exposure is unknown.]

## 3.2 Intraperitoneal injection

### 3.2.1 Rat

Female Wistar rats received three weekly intraperitoneal injections of beech wood dust [total dose reported as 250 or 300 mg/animal] suspended in saline, and were held for 140 weeks. No mesotheliomas or sarcomas were reported in the 52 rats examined (Pott et al., 1989). [The Working Group noted the limited reporting of the study. No details on the number of starting animals or on particle size were given.]

## 3.3 Administration with known carcinogens or other modifying factors

### 3.3.1 Rat

Four groups of 16 female Sprague-Dawley rats were exposed 6 hours/day, 5 days/week for 104 weeks by inhalation to: air (control); 25 mg/m³ untreated beech wood dust (70%, ≤ 10 μm; 10–20%, ≤ 5 μm); 14.9 mg/m³ formaldehyde; or wood dust plus formaldehyde. Metaplastic or dysplastic lesions were observed in rats exposed to formaldehyde with or without wood dust, but the incidences between both groups were not statistically different. No such lesions were observed in control rats or in rats exposed to wood dust alone. No respiratory tract tumours were observed in rats exposed to wood dust or to wood dust plus formaldehyde (Holmström et al., 1989).

Two groups of 20 male Wistar rats were exposed by inhalation to air (control); or 15 mg/m³ of beech wood dust (MMAD, 7.2 μm; GSD, 2.2) for 6 hours/day, 5 days/week for 6 months. Thereafter, five rats per groups were exposed to 10.2 mg/m³ of sidestream cigarette smoke for 2 hours/day, 5 days/week for 1 month. The experiment was terminated 18 months after the start of the exposures. No tumours of the

IARC MONOGRAPHS – 100C

respiratory tract were observed (Tanaka *et al.*, 1991).

### 3.3.2 Hamster

Two groups of 12 male Syrian golden hamsters were exposed by inhalation to air (control) or 15 mg/m$^3$ beech wood dust (70%, ≤ 10 µm; 10–20%, ≤ 5 µm) for 6 hours/day, 5 days/week for 36 weeks. Another two groups of hamsters were treated similarly but also received weekly subcutaneous injections of 1.5 mg *N*-nitrosodiethylamine (NDEA) for the first 12 consecutive weeks. No nasal tumours were observed in the four groups. Tracheal squamous cell papilloma incidences were: 1/7, controls; 0/8, wood dust; 3/8, NDEA; 4/8, NDEA plus wood dust (Wilhelmsson *et al.*, 1985a, b).

Two groups of 24 male Syrian golden hamsters were exposed by inhalation to air or 30 mg/m$^3$ beech wood dust (70%, ≤ 10 µm; 10–20%, ≤ 5 µm) for 6 hours/day, 5 days/week for 40 weeks. Another two groups of hamsters were treated similarly but received weekly subcutaneous injections of 3 mg NDEA for the first 12 consecutive weeks. No respiratory tract tumours were found in control animals. The incidence of these tumours did not differ between the groups treated with NDEA or NDEA plus wood dust (Wilhelmsson *et al.*, 1985a, b).

## 3.4 Exposure to wood dust extracts

In a lifetime experiment, four groups of 70 female NMRI mice weighing 25–30 g [age unspecified] received skin applications of a mutagenic fraction of a methanol extract of beech wood dust in 30 µL acetone twice a week for 3 months. Positive and negative controls were included in the study (Table 3.1). No effect on survival was observed between the treated groups and the negative control groups. A comparison between mice treated with wood dust extract and mice serving as negative controls indicated an overall carcinogenic effect ($P < 0.01$, χ$^2$ test) (Mohtashamipur *et al.*, 1989). [The Working Group also noted a dose-dependent increase in the incidence of skin squamous cell papillomas and carcinomas combined or papillomas alone.]

Four groups of 50 male and female Kunming mice were intragastrically administered 0, 1, 2 or 4 g/kg body weight of a water extract of birch wood dust, once a week for 5 weeks. Thereafter, mice were given 0.5% butylated hydroxytoluene for 3 weeks in the diet. The experiment was terminated at experimental Week 15. There was a dose-dependent increase ($P < 0.05$) in lung tumour incidence (0/50, 2/49, 4/48, 7/49, respectively), and multiplicity (0, 0.04, 0.15, 0.24 tumour/mouse, respectively). No significant increase was observed in a similar experiment using an organic extract of birch wood dust (He *et al.*, 2002).

## 3.5 Exposure to wood shavings

Studies directed at testing the potential carcinogenicity of cedar shavings were inadequate in that they did not have control groups (Vlahakis, 1977; Jacobs & Dieter, 1978).

## 3.6 Synthesis

Several of the studies investigating the carcinogenicity of inhaled wood dust in rats and hamsters used particles with relatively large MMADs, a design that would enhance deposition in the upper respiratory tract, including the nasal cavity. Despite this design, the results of the animal studies do not confirm the nasal carcinogenicity of wood dust observed in humans. No measurement of the actual deposition of wood dust in the respiratory tract was made, and therefore the amount of the exposure is unknown.

In one study in mice, a methanol extract of beech wood dust was tested by skin application. Although a dose-dependent increase in

**Table 3.1 Study in mice exposed to mutagenic fractions of methanolic extracts of dust[a]**

| Tumour | Negative controls | | | Extract (g) | | | | Benzo[a]pyrene (µg) | |
|---|---|---|---|---|---|---|---|---|---|
| | Untreated ($n = 43$) | Shaven ($n = 44$) | Shaven, acetone-treated ($n = 42$) | 2.5 ($n = 43$) | 5.0 ($n = 50$) | 7.5 ($n = 46$) | 10.0 ($n = 49$) | 5 ($n = 43$) | 10 ($n = 42$) |
| Skin squamous cell carcinomas | – | – | – | 1 | – | – | 1[b] | 1 | 15 |
| Skin squamous cell papillomas | – | – | – | 1 | 1 | 6 | 5[b] | 2 | 5 |
| Skin keratoacanthomas | – | – | – | – | – | 1 | – | – | 2 |
| Skin papillary cystadenomas | – | – | – | – | 1 | – | – | – | – |
| Sebaceous gland adenomas | – | – | – | – | – | – | – | 2 | – |
| Mammary gland adenocarcinomas | – | – | – | – | 4 | 3 | 2 | 1 | 1 |
| Mammary gland adenoacanthomas | – | – | – | – | – | – | 1 | – | – |
| Mammary gland mixed tumours | – | – | – | – | – | – | 2 | – | – |
| Fibrosarcomas | – | – | – | – | – | 1 | – | – | – |
| Haemangiosarcomas | – | – | – | – | 1 | – | – | – | – |
| Neurofibrosarcomas | – | – | – | – | 1 | – | – | – | – |
| Lymphomas | – | – | – | – | – | – | 1 | – | – |
| Anaplastic carcinomas | – | – | – | – | 1 | – | – | – | – |
| Precancerous skin lesions | – | 1 | 2 | 2 | 4 | 8 | 6 | 13 | 18 |

[a] Dust from untreated, semidry beech wood
[b] [$P < 0.01$; Cochran-Armitage test for trend] where comparisons are made for 0 (acetone-treated controls), 2.5, 5.0, 7.5 and 10 g extract groups, including squamous cell carcinomas and papillomas combined, or papillomas alone
Adapted from Mohtashamipur et al. (1989), numbers of animals given are effective numbers

IARC MONOGRAPHS – 100C

the incidence of skin tumours was observed, this result cannot be used in the evaluation of the carcinogenicity in experimental animals of wood dust per se.

# 4. Other Relevant Data

## 4.1 Deposition and clearance of particulates in the nasal region

The anatomy and physiology of the upper respiratory tract is complex, and there are significant differences between rodents, non-human primates, and humans (reviewed by Stuart, 1984; Harkema, 1991). Wood dust, leather dust, and metal-containing dusts are complex mixtures that have been associated with the development of sinonasal and nasopharyngeal cancers in humans (IARC, 1995). The nasal region is a primary target of inhaled toxicants. In humans, the particulate fraction of wood and leather dusts is considered to be responsible for carcinogenesis (Fu et al., 1996; Feron et al., 2001). Particulate dosimetry in the upper respiratory tract depends on anatomy, airflow dynamics, and histology. Three-dimensional models have been developed to facilitate interspecies comparisons (Anjilvel & Asgharian, 1995). Humans vary in their breathing patterns at rest and at work; these patterns have an impact on the extent of nasal deposition of particles. In humans, coarse particles (2.5–10 μm) deposit by impaction in the nasal region; very fine particles (less then 0.01 μm in diameter) deposit in the nasopharynx by diffusion (Fig. 4.1; reviewed in Oberdörster et al., 2005). Coarse particles deposited in the nose are rapidly removed by sneezing, sniffing, and mucociliary clearance. However, some areas in the nasopharynx lack cilia, and particles deposited in these regions have longer retention times that can be up to several days (Feron et al., 2001).

## 4.2 Molecular pathogenesis

The histopathological classification of cancers arising in the sinonasal region (nasal cavity and paranasal sinuses) and in the nasopharynx varies with the anatomical location and associated risk factors (Rosai, 2004). In the sinonasal region, benign tumours or sinonasal papillomas occur; the inverted papilloma subtypes may progress to malignant squamous cell carcinomas in 3–13% of cases (Littman & Vaughan, 2006). The most common malignant tumour in the sinonasal region is squamous cell carcinoma, which is usually associated with cigarette smoking ('t Mannetje et al., 1999), and rarely following exposure to wood dust (see Section 2). Adenocarcinomas are strongly associated with exposure to wood and leather dusts (Fu et al., 1996; d'Errico et al., 2009). Wood dust exposure was associated with a 21-fold [95%CI: 8.0–55.0] increase in the risk of having a sinonasal adenocarcinoma or a squamous cell carcinoma compared to not being exposed (Bornholdt et al., 2008). These occupationally related carcinomas have a unique histological appearance described as intestinal-type sinonasal adenocarcinoma (ITAC). The majority of ITACs are localized in the superior nasal cavity and ethmoid sinus. This cancer develops after a long latent period of 20–30 years of exposure to wood dust, and is locally invasive with rare distant metastases (Llorente et al., 2009). Other malignant sinonasal cancers include cylindrical (transitional) cell carcinoma, small cell neuroendocrine carcinoma, and undifferentiated (anaplastic) carcinoma (Rosai, 2004). In the nasopharynx, the histopathological classification varies with age and associated risk factors (Yu & Yuan, 2006). Keratinizing squamous cell carcinomas occur at older ages, and the majority of nasopharyngeal carcinomas are non-keratinizing carcinomas, either differentiated or undifferentiated (Rosai, 2004). Non-keratinizing nasopharyngeal carcinomas are more common in high-risk populations in association with

Wood dust

**Fig. 4.1 Deposition of inhaled particles in the human respiratory tract during nasal breathing**



From Oberdörster *et al.*, (2005). Drawing courtesy of J Harkema. Reproduced with permission from Environmental Health Perspectives.

Epstein-Barr virus infection and other risk factors as discussed in Section 4.4.

### 4.2.1 Cancer of the nasal cavity and paranasal sinuses

These cancers are extremely rare with only an overall annual incidence of approximately 1/100000 in Europe (Muir *et al.*, 1987). There have been few studies of molecular and genetic alterations associated with the development of sinonasal cancers, and no link to chemical carcinogens

has been established (Saber *et al.*, 1998). Inverted papilloma is recognized as a preneoplastic lesion, and mutations in the *p53* tumour-suppressor gene have been associated with progression to squamous cell carcinoma. Epigenetic alterations characterized by promoter hypermethylation have also been identified in sinonasal papilloma (Stephen *et al.*, 2007). In ITACs of patients with known long-term exposure to wood or leather dust, *p14*[ARF] and *p16*[INK4a] promoter methylation was detected in 80% and 67% of cases,

IARC MONOGRAPHS – 100C

respectively (Perrone *et al.*, 2003). In the same study, *p53* mutations were present in 44% (7/16 cases) of the ITACs, and in all but one case the mutations were G:C→A:T transitions in 86% of the cases, and involved the CpG dinucleotides in 50% of the cases. Loss of heterozygosity at chromosomal loci encoding the *p53* (locus 17p13), *p14*^ARF and *p16*^INK4a (locus 9p21) genes were also reported in 58% and 45% of the cases, respectively (Perrone *et al.*, 2003). *p53* Mutations were previously reported in only 18% (2/11) of sinonasal adenocarcinomas from patients with unknown exposure (Wu *et al.*, 1996). *K-RAS* mutations were also reported in ITACs with a frequency of 13%, whereas the frequency was very low (1%) in squamous cell carcinoma (Saber *et al.*, 1998; Bornholdt *et al.*, 2008). Strikingly, among the five mutations located in codon 12 of the *K-RAS* gene, the G→A transition was the most common, and was present in tumour tissue (adenocarcinoma) from two wood-dust-exposed patients and from one patient with unknown exposure (Bornholdt *et al.*, 2008). [The Working Group noted that a clear link between exposure to wood or leather dust and specific G:C→A:T transitions in ITACs remains to be demonstrated.] Although ITACs resemble colonic adenocarcinomas histologically, alterations in *E-cadherin* and *β-catenin* genes characteristic of the APC pathway and alterations in mismatch-repair genes are rare in sinonasal adenocarcinomas (Perez-Ordonez *et al.*, 2004).

Unique patterns of chromosomal gains and losses have been associated with wood-dust-related ITACs (Korinth *et al.*, 2005; Llorente *et al.*, 2009). Overexpression of c-erbB2 protein was found in one-third of cases (Gallo *et al.*, 1998).

There are no identified precursor lesions leading to the development of ITACs, although hyperplasia, squamous metaplasia, and dysplasia occur frequently in areas adjacent to sinonasal carcinomas (Llorente *et al.*, 2009). A morphological study of nasal biopsies from 139 leather workers employed for a median of 29 years revealed squamous metaplasia in 65% of cases, dysplasia in 41% of cases, and goblet cell hyperplasia in 22% of cases. The presence of goblet cell hyperplasia was associated with longer occupational exposures in leather-tanning activities (Palomba *et al.*, 2008).

### 4.2.2 Cancer of the nasopharynx

There are few studies of molecular alterations in cancer of the nasopharynx. Many genetic alterations (chromosomal gains and losses) have been described in endemic nasopharyngeal carcinomas, but none of these changes have been specifically linked to wood or leather dust exposure (Hui *et al.*, 1999; Chan *et al.*, 2002).

## 4.3 Mechanisms of toxicity and carcinogenicity

### 4.3.1 Tissue injury

Histopathological changes associated with tissue injury and repair (metaplasia, hyperplasia) are extremely common in the upper respiratory tract of experimental animals and humans. In rats, the inhalation of a wide range of volatile and semi-volatile industrial chemicals induces tissue injury, inflammation, and hyperplasia; however, there is no consistent association with subsequent development of nasal cancer. Inflammation, IgE-mediated allergic rhinitis associated with the inhalation of particulate antigens, and inflammatory sinonasal polyps are very common in humans, yet sinonasal cancers are rare as discussed in Section 4.2. Common histopathological changes found in the nasal epithelium include cuboidal and squamous metaplasia and hyperplasia of goblet cells and cylindrical cells. These reactive changes are not considered to be precursors for the development of neoplasia. It is possible that wood dust particles incite tissue injury by direct mechanical damage, although

there are no experimental data to support this mechanism (Feron *et al.*, 2001).

### 4.3.2 Impaired ciliary clearance and mucostasis

Heavy occupational exposure to wood dust has been reported to impair ciliary clearance, and to contribute to mucostasis (IARC, 1995). Theoretically, the impaired clearance of wood dust particles could lead to prolonged contact with the upper respiratory epithelium (Littman & Vaughan, 2006). Impaired mucociliary clearance may also allow particulate antigens to gain entry to nasal-associated lymphoid tissues, and enhance allergic sensitization (Feron *et al.*, 2001).

### 4.3.3 Direct genotoxicity

Direct genotoxic effects of wood dust extracts were summarized in IARC (1995). Overall, the mutagenic activity of beech and oak wood extracts was detected in bacterial systems and in rat hepatocytes *in vitro*. Several chemicals were isolated from wood extracts, but only quercetin and $\Delta^3$-carene were shown to be mutagenic (IARC, 1995). Exposure to hexavalent chromium has been associated with the development of sinonasal cancers (Sunderman, 2001).

Dust particles may act as carriers for genotoxic agents. Chromium compounds are often present in oak and beech dusts as they are frequently used in the wood-processing industry, particularly as potassium dichromate in stains as well as fixing agents in wood preservatives. Stained furniture is made largely from oak and beech as they contain enough tannic acid to allow for chemical staining (Klein *et al.*, 2001). Nasal tumours were produced in rats following the inhalation of chromate-stained oak wood dust Klein *et al.* (2001). It was hypothesized that chromate trapped in dust particles is slowly released as hexavalent chromium in the nasal mucosa. Leather workers and tanners are also

**Table 4.1 Other risk factors for cancers of the nasal cavity and paranasal sinuses**[a]

| Exposure | Reference |
|---|---|
| Boot and shoe manufacture and repair | IARC (1987, 2012b) |
| Formaldehyde | IARC (1995, 2012d) |
| Hexavalent chromium | IARC (1990, 2012b) |
| Mineral oils | IARC (1987, 2012d) |
| Mustard gas | IARC (1987, 2012d) |
| Selected nickel compounds | IARC (1990, 2012b) |
| Tobacco smoking | IARC (2002, 2012c) |

[a] All classifed as Group 1 carcinogens by IARC

exposed to hexavalent chromium (Stern *et al.*, 1987). Hexavalent chromium is genotoxic and has been linked with the development of sinonasal cancers in humans (Table 4.1; IARC, 1990).

DNA damage (detected by comet assay) in peripheral blood leukocytes was studied in 35 furniture workers and in 41 control office workers. Approximately 20% of woodworkers had elevated levels of DNA damage that did not depend on smoking status compared to 13% of control smokers and 7% of control non-smokers (Palus *et al.*, 1999). [The Working Group noted that the significance of this study is difficult to assess because DNA damage in the sinonasal mucosa was not studied.]

Another group of 60 male furniture workers occupationally exposed for more than 5 years to a mixture of softwood and hardwood dusts (7.4–25.8 mg/m$^3$) was studied for markers of genotoxicity using peripheral blood lymphocytes and buccal epithelial cells. Controls were 60 healthy male government workers with no history of wood dust exposure. Statistically significant elevations in DNA damage in peripheral blood lymphocytes were detected in workers using the Comet assay. Increased frequencies of micronuclei and chromosomal aberrations were also detected in the peripheral blood lymphocytes of workers. An increased frequency of micronuclei was also detected in buccal epithelial cells obtained from workers. Micronucleus frequency

IARC MONOGRAPHS – 100C

was increased in both workers and controls who were smokers and consumed alcohol. Serum levels of superoxide dismutase activity and glutathione peroxidase activity, but not catalase activity, were reduced in the workers (Rekhadevi et al., 2009). [The Working Group noted that the authors of this study could not eliminate a potential effect of exposure to chemical adhesives and wood polish in these workers.]

Çelik & Kanik (2006) studied the frequency of micronuclei and other nuclear alterations in exfoliated buccal mucosal cells from 20 workers occupationally exposed to wood dust and 20 healthy controls. Dust levels in the workplace were 4.7–28.9 mg/m³. In the controls, the micronucleus frequency was 1.5 ± 1.2% compared to 6.6 ± 1.6% in the workers. Evidence of nuclear injury (karyolysis, karyorhexis) and binucleated cells was also increased in the workers. Smokers in both groups showed increased micronucleus frequency and evidence of nuclear injury. [The Working Group noted that the use of buccal epithelial cells as a surrogate for sinonasal mucosa had not been validated.]

The genotoxicity of six wood dusts and dust from MDF coated with oak was compared in the A549 human lung carcinoma cell line (Bornholdt et al., 2007). As determined by a comet assay, beech, birch, teak, pine, and MDF dusts increased DNA strand breaks 1.2–1.6-fold after 3 hours of exposure. [The Working Group noted that the use of a malignant lung carcinoma cell line as a surrogate for sinonasal epithelial cells is questionable, and that no particulate control group was included.]

No data based on genotoxic assays were available to the Working Group for workers exposed to leather dusts.

### 4.3.4 Indirect genotoxicity

The most likely mechanism proposed for the carcinogenicity of wood dust is a combination of reduced clearance of large particles from the middle turbinate and ethmoid regions of the sinonasal cavity, leading to mechanical irritation, inflammation, and increased cell proliferation (Llorente et al., 2009). In support of the association between chronic inflammation and sinonasal cancer, Holmila et al. (2008) analysed COX-2 and p53 protein expression in 23 cases of adenocarcinoma; 17 were exposed to wood dust and 19 were smokers. Elevated COX-2 expression was found in 13 cases including eight cases who were non-smokers; ten of these cases had a history of wood dust exposure. In 50% of the cases with elevated COX-2 expression, there was elevated p53 protein expression in the same histological pattern as COX-2. COX-2 protein expression was confirmed at the mRNA level.

In a murine model of lung inflammation induced by intranasal instillation of birch or oak dusts two times a week for 3 weeks, oak dust induced more inflammation with an influx of neutrophils and lymphocytes compared with birch dust that elicited an influx of eosinophils (Määttä et al., 2006).

These dusts were also tested for induction of pro-inflammatory mediators from murine RAW 264.7 macrophage cell lines. Birch dust increased the release of the pro-inflammatory cytokines IL-6 and TNF-α, and oak dust caused a smaller release of TNF-α. Birch dust also elicited a stronger chemokine response than oak dust (Määttä et al., 2005).

A panel of six wood dusts and MDF dust was assessed for expression of IL-6 and IL-8 pro-inflammatory cytokines using the human A549 lung carcinoma cell line. Based on expression of IL-8 mRNA, teak dust was more potent than MDF, birch, spruce, or pine dust; with beech and oak dust showing the weakest activity in this assay (Bornholdt et al., 2007).

Human alveolar macrophages obtained from healthy volunteers were exposed to endotoxin-free pine dust for 2 hours. This exposure induced a dose-dependent release of the pro-inflammatory mediators, TNF-α and MIP-2, that was

associated with increased production of reactive oxygen species (Long *et al.*, 2004).

No experimental data were available to the Working Group on the release of inflammatory mediators from animals or cell cultures following exposure to leather dusts.

Overall, these experimental studies provide evidence that wood dust from a variety of hardwoods and softwoods can elicit the release of pro-inflammatory mediators after short-term exposures, and suggest a possible association between inflammation and the development of cancer.

In summary, the mechanism responsible for the carcinogenicity of wood or leather dusts is unknown as concluded previously by IARC (1995). In 2000, the Health Council of the Netherlands concluded that wood dust cannot be classified as a non-genotoxic carcinogen or as a direct or indirect genotoxic carcinogen due to insufficient mechanistic data (Feron *et al.*, 2001).

## 4.4 Other risk factors for sinonasal and nasopharyngeal cancers

The most important exposures associated with the development of sinonasal cancers are occupational exposures in furniture and woodworking industries, leather and shoe manufacturing, and in nickel workers (Table 4.1; IARC, 2012b).

Exposures to other agents classifed by IARC as *carcinogenic to humans (Group 1)* have also been associated with cancers of the nasal cavity and paranasal sinuses (Table 4.1).

Other occupations that have been suggested to be linked with the development of sinonasal cancers include agricultural workers, workers in food manufacturing and preserving, and workers in the textile industry, and in the manufacturing of rubber and plastic products (Leclerc *et al.*, 1997; Luce *et al.*, 2002).

Nasopharyngeal cancers occurring in low-risk populations, including Europe and the US, peak in adolescents and young adults and are associated with Epstein-Barr virus (EBV) infection. The highest risk populations are in the Cantonese region of Southern China and Hong Kong Special Administrative Region, followed by Taiwan, China, the Arctic region, Southeastern Asia, and North Africa. In these high-risk populations, peak incidence is at 50–59 years and the most important risk factors are dietary in association with EBV infection (Yu & Yuan, 2002; IARC, 2012a).

Tobacco smoking is a risk factor for both sinonasal cancer ('t Mannetje *et al.*, 1999; IARC, 2002) and nasopharyngeal cancer, in addition to occupational exposure to formaldehyde or mustard gas (Table 4.2). Squamous cell carcinomas in the nasopharynx have also been linked with exposure to a wood preservative, chlorophenol (Table 4.2; IARC, 1999; Zhu *et al.*, 2002).

It is worth noting that EBV infects almost everyone worldwide but the infection is usually kept dormant by the immune system. Exposure to agents that deregulate the immune system may potentially activate this oncogenic virus (IARC, 2012a).

No published reports were available to the Working Group on genetic susceptibility to development of sinonasal cancers or nasopharyngeal carcinoma associated with exposure to wood or leather dusts.

## 4.5 Synthesis

Potential mechanisms responsible for the carcinogenicity of wood dust include tissue injury induced by the deposition of wood dust particles in the sinonasal region, impaired ciliary clearance, direct genotoxicity and indirect genotoxicity secondary to chronic inflammation. Wood or leather dusts may also act as carrier for other genotoxic agents (e.g. chromate). There is weak evidence for these mechanisms in cellular assays,

**Table 4.2 Other risk factors for nasopharyngeal cancer[a]**

| Exposure | Reference |
|---|---|
| Chlorophenol | Zhu et al., (2002), IARC (1999) |
| Epstein-Barr virus (EBV) | IARC (1997, 2012a) |
| Ingestion of salted fish and preserved foods during childhood | IARC (2002, 2012c) |
| Formaldehyde | IARC (1995, 2012d) |
| Mustard gas | IARC (1987, 2012d) |
| Tobacco smoking | IARC (2002, 2012c) |

[a] All classifed as Group 1 carcinogens except for chlorophenol (2B)

short-term animal assays, or assays for geno-toxicity using peripheral blood cells or buccal epithelial cells obtained from workers exposed to wood dust.

Workers exposed to wood or leather dusts have increased frequencies of metaplasia and hyperplasia in nasal epithelial biopsies, although these alterations are not considered to be precursor lesions of neoplasia at this organ site. In one study, leather workers also showed increased evidence of dysplasia in nasal biopsies. No mechanistic data were available to the Working Group for leather dust exposure.

## 5. Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of wood dust. Wood dust causes cancer of the nasal cavity and paranasal sinuses and of the nasopharynx.

There is *inadequate evidence* in experimental animals for the carcinogenicity of wood dust.

Wood dust is *carcinogenic to humans (Group 1)*.

# References

Acheson ED, Cowdell RH, Hadfield E, Macbeth RG (1968). Nasal cancer in woodworkers in the furniture industry. *BMJ*, 2: 587–596. doi:10.1136/bmj.2.5605.587 PMID:5654629

Acheson ED, Cowdell RH, Rang E (1972). Adenocarcinoma of the nasal cavity and sinuses in England and Wales. *Br J Ind Med*, 29: 21–30. PMID:5060244

Acheson ED, Pippard EC, Winter PD (1984). Mortality of English furniture makers. *Scand J Work Environ Health*, 10: 211–217. PMID:6494840

Alwis U, Mandryk J, Hocking AD *et al.* (1999). Dust exposures in the wood processing industry. *Am Ind Hyg Assoc J*, 60: 641–646. PMID:10529995

Andersen HC, Andersen I, Solgaard J (1977). Nasal cancers, symptoms and upper airway function in woodworkers. *Br J Ind Med*, 34: 201–207. PMID:911690

Andersen HC, Solgaard J, Andersen I (1976). Nasal cancer and nasal mucus-transport rates in woodworkers. *Acta Otolaryngol*, 82: 263–265. doi:10.3109/00016487609120900 PMID:983685

Anjilvel S & Asgharian B (1995). A multiple-path model of particle deposition in the rat lung. *Fundam Appl Toxicol*, 28: 41–50. doi:10.1006/faat.1995.1144 PMID:8566482

Arias Bahia SH, Echenique Mattos I, Koifman S (2005). Cancer and wood-related occupational exposure in the Amazon region of Brazil. *Environ Res*, 99: 132–140. doi:10.1016/j.envres.2004.12.005 PMID:16053937

Armstrong RW, Imrey PB, Lye MS *et al.* (2000). Nasopharyngeal carcinoma in Malaysian Chinese: occupational exposures to particles, formaldehyde and heat. *Int J Epidemiol*, 29: 991–998. doi:10.1093/ije/29.6.991 PMID:11101539

Baran S & Teul I (2007). Wood dust: An occupational hazard which increases the risk of respiratory disease. *J Physiol Pharmacol*, 58: Suppl. 543–50. PMID:18204114.

Barbieri PG, Lombardi S, Candela A *et al.* (2005). Epithelial naso-sinusal cancer incidence and the role of work in 100 cases diagnosed in the Province of Brescia (northern Italy), in the period 1978–2002. *Med Lav*, 96: 42–51. PMID:15847107

Barcenas CH, Delclos GL, El-Zein R *et al.* (2005). Wood dust exposure and the association with lung cancer risk. *Am J Ind Med*, 47: 349–357. doi:10.1002/ajim.20137 PMID:15776474

Barthel E & Dietrich M (1989). Retrospective cohort study of cancer morbidity in furniture makers exposed to wood dust. *Z Gesamte Hyg*, 35: 279–281. PMID:2750237

Battista G, Cavallucci F, Comba P *et al.* (1983). A case-referent study on nasal cancer and exposure to wood dust in the province of Siena, Italy. *Scand J Work Environ Health*, 9: 25–29. PMID:6857185

Berrino F, Richiardi L, Boffetta P *et al.*Milan JEM Working Group. (2003). Occupation and larynx

and hypopharynx cancer: a job-exposure matrix approach in an international case–control study in France, Italy, Spain and Switzerland. *Cancer Causes Control*, 14: 213–223. doi:10.1023/A:1023661206177 PMID:12814200

Black N, Dilworth M, Summers N (2007). Occupational exposure to wood dust in the British woodworking industry in 1999/2000. *Ann Occup Hyg*, 51: 249–260. doi:10.1093/annhyg/mem007 PMID:17369618

Blair A, Stewart PA, Hoover RN (1990). Mortality from lung cancer among workers employed in formaldehyde industries. *Am J Ind Med*, 17: 683–699. doi:10.1002/ajim.4700170604 PMID:2343874

Bornholdt J, Hansen J, Steiniche T *et al.* (2008). K-ras mutations in sinonasal cancers in relation to wood dust exposure. *BMC Cancer*, 8: 53 doi:10.1186/1471-2407-8-53 PMID:18289366

Bornholdt J, Saber AT, Sharma AK *et al.* (2007). Inflammatory response and genotoxicity of seven wood dusts in the human epithelial cell line A549. *Mutat Res*, 632: 78–88. PMID:17590384

Bouchardy C, Schüler G, Minder C *et al.* (2002). Cancer risk by occupation and socioeconomic group among men–a study by the Association of Swiss Cancer Registries. *Scand J Work Environ Health*, 28: Suppl 11–88. PMID:11871426

Briggs NC, Levine RS, Hall HI *et al.* (2003). Occupational risk factors for selected cancers among African American and White men in the United States. *Am J Public Health*, 93: 1748–1752. doi:10.2105/AJPH.93.10.1748 PMID:14534232

Çelik A & Kanik A (2006). Genotoxicity of occupational exposure to wood dust: Micronucleus frequency and nuclear changes in exfoliated buccal mucosa cells. *Environ Mol Mutagen*, 47: 693–698. doi:10.1002/em.20257 PMID:17078100

Chan AT, Teo PM, Johnson PJ (2002). Nasopharyngeal carcinoma. *Ann Oncol*, 13: 1007–1015. doi:10.1093/annonc/mdf179 PMID:12176778

Choussy O, Ferron C, Védrine PO *et al.*GETTEC Study Group. (2008). Adenocarcinoma of Ethmoid: a GETTEC retrospective multicenter study of 418 cases. *Laryngoscope*, 118: 437–443. doi:10.1097/MLG.0b013e31815b48e3 PMID:18176354

Chung KYK, Cuthbert RJ, Revell GS *et al.* (2000). A study on dust emission, particle size distribution and formaldehyde concentration during machining of medium density fibreboard. *Ann Occup Hyg*, 44: 455–466. PMID:10963710

Cocco P, Ward MH, Dosemeci M (1998). Occupational risk factors for cancer of the gastric cardia. Analysis of death certificates from 24 US states. *J Occup Environ Med*, 40: 855–861. doi:10.1097/00043764-199810000-00004 PMID:9800169

Cocco P, Ward MH, Dosemeci M (1999). Risk of stomach cancer associated with 12 workplace hazards: analysis of death certificates from 24 states of the United States with the aid of job exposure matrices. *Occup Environ Med*, 56: 781–787. doi:10.1136/oem.56.11.781 PMID:10658565

Commonwealth of Australia (2008). *Benchmarking of exposures to wood dust and formaldehyde in selected industries in Australia.* Australian Safety and Compensation Council, pp. 71

d'Errico A, Pasian S, Baratti A *et al.* (2009). A Case-control Study on Occupational Risk Factors for Sino-nasal Cancer. *Occup Environ Med*, 66: 448455.

De Roos AJ, Olshan AF, Teschke K *et al.* (2001). Parental occupational exposures to chemicals and incidence of neuroblastoma in offspring. *Am J Epidemiol*, 154: 106–114. doi:10.1093/aje/154.2.106 PMID:11447042

Dement J, Pompeii L, Lipkus IM, Samsa GP (2003). Cancer incidence among union carpenters in New Jersey. *J Occup Environ Med*, 45: 1059–1067. doi:10.1097/01.jom.0000085892.01486.6a PMID:14534447

Demers PA, Boffetta P, Kogevinas M *et al.* (1995b). Pooled reanalysis of cancer mortality among five cohorts of workers in wood-related industries. *Scand J Work Environ Health*, 21: 179–190. PMID:7481605

Demers PA, Kogevinas M, Boffetta P *et al.* (1995a). Wood dust and sino-nasal cancer: pooled reanalysis of twelve case–control studies. *Am J Ind Med*, 28: 151–166. doi:10.1002/ajim.4700280202 PMID:8585514

Demers PA, Teschke K, Davies HW *et al.* (2000). Exposure to dust, resin acids, and monoterpenes in softwood lumber mills. *AIHAJ*, 61: 521–528. doi:10.1202/0002-8894(2000)061<0521:ETDRAA>2.0.CO;2 PMID:10976682

Edman K, Löfstedt H, Berg P *et al.* (2003). Exposure assessment to α- and β-pinene, delta(3)-carene and wood dust in industrial production of wood pellets. *Ann Occup Hyg*, 47: 219–226. doi:10.1093/annhyg/meg024 PMID:12639835

Elci OC, Akpinar-Elci M, Blair A, Dosemeci M (2002). Occupational dust exposure and the risk of laryngeal cancer in Turkey. *Scand J Work Environ Health*, 28: 278–284. PMID:12199430

Elwood JM (1981). Wood exposure and smoking: association with cancer of the nasal cavity and paranasal sinuses in British Columbia. *Can Med Assoc J*, 124: 1573–1577. PMID:7248866

Engzell U, Englund A, Westerholm P (1978). Nasal cancer associated with occupational exposure to organic dust. *Acta Otolaryngol*, 86: 437–442. PMID:716866

Feron VJ, Arts JH, Kuper CF *et al.* (2001). Health risks associated with inhaled nasal toxicants. *Crit Rev Toxicol*, 31: 313–347. doi:10.1080/20014091111712 PMID:11405443

Fontana L, Lietin B, Catilina P *et al.* (2008). Exposition professionnelle aux poussieres de bois et cancers naso-sinusiens. *Ann Otolaryngol Chir Cervicofac*, 125: 65–71. doi:10.1016/j.aorl.2007.10.003 PMID:18436189

IARC MONOGRAPHS – 100C

Fritschi L, Benke G, Hughes AM et al. (2005). Risk of non-Hodgkin lymphoma associated with occupational exposure to solvents, metals, organic dusts and PCBs (Australia). Cancer Causes Control, 16: 599–607. doi:10.1007/s10552-004-7845-0 PMID:15986116

Fritschi L, Glass DC, Tabrizi JS et al. (2007). Occupational risk factors for prostate cancer and benign prostatic hyperplasia: a case–control study in Western Australia. Occup Environ Med, 64: 60–65. doi:10.1136/oem.2006.027706 PMID:17018583

Fritschi L & Siemiatycki J (1996). Lymphoma, myeloma and occupation: results of a case–control study. Int J Cancer, 67: 498–503. doi:10.1002/(SICI)1097-0215(19960807)67:4<498::AID-IJC6>3.0.CO;2-N PMID:8759607

Fu H, Demers PA, Costantini AS et al. (1996). Cancer mortality among shoe manufacturing workers: an analysis of two cohorts. Occup Environ Med, 53: 394–398. doi:10.1136/oem.53.6.394 PMID:8758034

Fukuda K & Shibata A (1988). A case–control study of past history of nasal diseases and maxillary sinus cancer in Hokkaido, Japan. Cancer Res, 48: 1651–1652. PMID:3345533

Fukuda K, Shibata A, Harada K (1987). Squamous cell cancer of the maxillary sinus in Hokkaido, Japan: a case–control study. Br J Ind Med, 44: 263–266. PMID:3567101

Gallo O, Franchi A, Fini-Storchi I et al. (1998). Prognostic significance of c-erbB-2 oncoprotein expression in intestinal-type adenocarcinoma of the sinonasal tract. Head Neck, 20: 224–231. doi:10.1002/(SICI)1097-0347(199805)20:3<224::AID-HED7>3.0.CO;2-2 PMID:9570628

Gustavsson P, Jakobsson R, Johansson H et al. (1998). Occupational exposures and squamous cell carcinoma of the oral cavity, pharynx, larynx, and oesophagus: a case–control study in Sweden. Occup Environ Med, 55: 393–400. doi:10.1136/oem.55.6.393 PMID:9764099

Hall AH, Teschke K, Davies H et al. (2002). Exposure levels and determinants of softwood dust exposures in BC lumber mills, 1981–1997. AIHAJ, 63: 709–714. doi:10.1202/0002-8894(2002)063<0709:ELADOS>2.0.CO;2

Harkema JR (1991). Comparative aspects of nasal airway anatomy: relevance to inhalation toxicology. Toxicol Pathol, 19: 321–336. PMID:1813979

Hayes RB, Gerin M, Raatgever JW, de Bruyn A (1986). Wood-related occupations, wood dust exposure, and sinonasal cancer. Am J Epidemiol, 124: 569–577. PMID:3752051

He P, Wu D, Dong Q (2002). The model of mouse lung tumor short-term induction test for assaying the carcinogenicity induced by extracts of birch wood dust. Zhonghua Lao Dong Wei Sheng Zhi Ye Bing Za Zhi, 20: 116–118. PMID:14694626

Hernberg S, Collan Y, Degerth R et al. (1983). Nasal cancer and occupational exposures. Preliminary report of a joint Nordic case-referent study. Scand J Work Environ Health, 9: 2 Spec No208–213. PMID:6648420

Hildesheim A, Dosemeci M, Chan CC et al. (2001). Occupational exposure to wood, formaldehyde, and solvents and risk of nasopharyngeal carcinoma. Cancer Epidemiol Biomarkers Prev, 10: 1145–1153. PMID:11700262

Holmila R, Cyr D, Luce D et al. (2008). COX-2 and p53 in human sinonasal cancer: COX-2 expression is associated with adenocarcinoma histology and wood-dust exposure. Int J Cancer, 122: 2154–2159. doi:10.1002/ijc.23360 PMID:18186150

Holmström M, Wilhelmsson B, Hellquist H (1989). Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde and wood dust. Acta Otolaryngol, 108: 274–283. doi:10.3109/00016488909125528 PMID:2816342

HSE (2000). Wood Dust Survey 1999/2000 (Final Report). Sheffield: Health and Safety Laboratory, pp. 45

Hui AB, Lo KW, Leung SF et al. (1999). Detection of recurrent chromosomal gains and losses in primary nasopharyngeal carcinoma by comparative genomic hybridisation. Int J Cancer, 82: 498–503. doi:10.1002/(SICI)1097-0215(19990812)82:4<498::AID-IJC5>3.0.CO;2-S PMID:10404061

IARC (1981). Wood, leather and some associated industries. IARC Monogr Eval Carcinog Risk Chem Hum, 25: 1–379. PMID:6939655

IARC (1987). Overall evaluations of carcinogenicity: an updating of IARC Monographs volumes 1 to 42. IARC Monogr Eval Carcinog Risks Hum Suppl, 7: 1–440. PMID:3482203

IARC (1990). Chromium, nickel and welding. IARC Monogr Eval Carcinog Risks Hum, 49: 1–648. PMID:2232124

IARC (1995). Wood dust and formaldehyde. IARC Monogr Eval Carcinog Risks Hum, 62: 1–405. PMID:7563584

IARC (1997). Epstein-barr virus and Kaposi's sarcoma herpesvirus/Human herpesvirus 8. IARC Monogr Eval Carcinog Risks Hum, 70: 1–492. PMID:9705682

IARC (1999). Re-evaluation of some organic chemicals, hydrazine and hydrogen peroxide. IARC Monogr Eval Carcinog Risks Hum, 71: 1–315. PMID:10507919

IARC (2002). Man-made vitreous fibres. IARC Monogr Eval Carcinog Risks Hum, 81: 1–381. PMID:12458547

IARC (2012a). Biological Agents. IARC Monogr Eval Carcinog Risks Hum, 100B: PMID:18335640

IARC (2012b). Metals, Arsenic, Dusts and Fibres. IARC Monogr Eval Carcinog Risks Hum, 100C: PMID:18335640

IARC (2012c). Lifestyle Factors. IARC Monogr Eval Carcinog Risks Hum, 100E: PMID:18335640

IARC (2012d). Chemical Agents and Related Occupations. *IARC Monogr Eval Carcinog Risks Hum*, 100F: PMID:18335640

Innos K, Rahu M, Rahu K *et al.* (2000). Wood dust exposure and cancer incidence: a retrospective cohort study of furniture workers in Estonia. *Am J Ind Med*, 37: 501–511. doi:10.1002/(SICI)1097-0274(200005)37:5<501::AID-AJIM6>3.0.CO;2-T PMID:10723044

Jacobs BB & Dieter DK (1978). Spontaneous hepatomas in mice inbred from Ha:ICR Swiss stock: effects of sex, cedar shavings in bedding, and immunization with fetal liver or hepatoma cells. *J Natl Cancer Inst*, 61: 1531–1534. PMID:281561

Jansson C, Johansson AL, Bergdahl IA *et al.* (2005). Occupational exposures and risk of esophageal and gastric cardia cancers among male Swedish construction workers. *Cancer Causes Control*, 16: 755–764. doi:10.1007/s10552-005-1723-2 PMID:16049815

Jäppinen P, Pukkala E, Tola S (1989). Cancer incidence of workers in a Finnish sawmill. *Scand J Work Environ Health*, 15: 18–23. PMID:2922584

Jayaprakash V, Natarajan KK, Moysich KB *et al.* (2008). Wood dust exposure and the risk of upper aero-digestive and respiratory cancers in males. *Occup Environ Med*, 65: 647–654. doi:10.1136/oem.2007.036210 PMID:18182588

Kalliny MI, Brisolara JA, Glindmeyer H, Rando R (2008). A survey of size-fractionated dust levels in the US wood processing industry. *J Occup Environ Hyg*, 5: 501–510. doi:10.1080/15459620802194570 PMID:18569517

Kauppinen T, Vincent R, Liukkonen T *et al.* (2006). Occupational exposure to inhalable wood dust in the member states of the European Union. *Ann Occup Hyg*, 50: 549–561. doi:10.1093/annhyg/mel013 PMID:16571638

Klein RG, Schmezer P, Amelung F *et al.* (2001). Carcinogenicity assays of wood dust and wood additives in rats exposed by long-term inhalation. *Int Arch Occup Environ Health*, 74: 109–118. doi:10.1007/s004200000199 PMID:11317703

Kleinsasser O & Schroeder HG (1989). What's new in tumours of the nasal cavity? Adenocarcinomas arising after exposure to wood dust. *Pathol Res Pract*, 184: 554–558. PMID:2748468

Korinth D, Pacyna-Gengelbach M, Deutschmann N *et al.* (2005). Chromosomal imbalances in wood dust-related adenocarcinomas of the inner nose and their associations with pathological parameters. *J Pathol*, 207: 207–215. doi:10.1002/path.1819 PMID:16041693

Kretschmann D, Winandy J, Clausen C *et al.* (2007). *Wood*. In: *Kirk-Othmer Encyclopedia of Chemical Technology*, 6th Ed. John Wiley & Sons, Inc., pp. 59

Laakkonen A, Kyyrönen P, Kauppinen T, Pukkala EI (2006). Occupational exposure to eight organic dusts and respiratory cancer among Finns. *Occup Environ*

*Med*, 63: 726–733. doi:10.1136/oem.2005.025825 PMID:16601013

Laforest L, Luce D, Goldberg P *et al.* (2000). Laryngeal and hypopharyngeal cancers and occupational exposure to formaldehyde and various dusts: a case–control study in France. *Occup Environ Med*, 57: 767–773. doi:10.1136/oem.57.11.767 PMID:11024201

Leclerc A, Luce D, Demers PA *et al.* (1997). Sinonasal cancer and occupation. Results from the reanalysis of twelve case–control studies. *Am J Ind Med*, 31: 153–165. doi:10.1002/(SICI)1097-0274(199702)31:2<153::AID-AJIM4>3.0.CO;2-0 PMID:9028431

Leclerc A, Martinez Cortes M, Gérin M *et al.* (1994). Sinonasal cancer and wood dust exposure: results from a case–control study. *Am J Epidemiol*, 140: 340–349. PMID:8059769

Lee WJ, Baris D, Järvholm B *et al.* (2003). Multiple myeloma and diesel and other occupational exposures in swedish construction workers. *Int J Cancer*, 107: 134–138. doi:10.1002/ijc.11351 PMID:12925968

Leroux-Robert J (1974). Cancers of the ethmoid sinus in woodworkers. *Cah ORL*, 9: 585–594.

Liétin B, Mom T, Avan P *et al.* (2006). Adénocarcinomes de l'ethmoïde: analyse rétrospective des facteurs pronostics *Ann Otolaryngol Chir Cervicofac*, 123: 211–220. doi:10.1016/S0003-438X(06)76670-1 PMID:17185918

Littman AJ, Vaughan TL (2006). *Cancers of the Nasal Cavity and Paranasal Sinuses*. In: *Cancer Epidemiology and Prevention*. Schottenfeld D, Fraumeni JF, Jr., editors. New York: Oxford University Press, pp. 603–619.

Llorente JL, Nuñez F, Rodrigo JP *et al.* (2008). Adenocarcinomas nasosinusales: nuestra experiencia *Acta Otorrinolaringol Esp*, 59: 235–238. doi:10.1016/S0001-6519(08)73301-6 PMID:18501159

Llorente JL, Pérez-Escuredo J, Alvarez-Marcos C *et al.* (2009). Genetic and clinical aspects of wood dust related intestinal-type sinonasal adenocarcinoma: a review. *Eur Arch Otorhinolaryngol*, 266: 1–7. doi:10.1007/s00405-008-0749-y PMID:18560862

Long H, Shi T, Borm PJ *et al.* (2004). ROS-mediated TNF-alpha and MIP-2 gene expression in alveolar macrophages exposed to pine dust. *Part Fibre Toxicol*, 1: 3 doi:10.1186/1743-8977-1-3 PMID:15813983

Luboinski B & Marandas P (1975). Cancers of the ethmoid sinus: occupational etiology. *Arch Mal Prof*, 36: 477–487.

Luce D, Gérin M, Leclerc A *et al.* (1993). Sinonasal cancer and occupational exposure to formaldehyde and other substances. *Int J Cancer*, 53: 224–231. doi:10.1002/ijc.2910530209 PMID:8425759

Luce D, Leclerc A, Bégin D *et al.* (2002). Sinonasal cancer and occupational exposures: a pooled analysis of 12 case–control studies. *Cancer Causes Control*, 13: 147–157. doi:10.1023/A:1014350004255 PMID:11936821

Määttä J, Lehto M, Leino M *et al.* (2006). Mechanisms of particle-induced pulmonary inflammation in a mouse

model: exposure to wood dust. *Toxicol Sci*, 93: 96–104. doi:10.1093/toxsci/kfl026 PMID:16740616

Määttä J, Majuri ML, Luukkonen R *et al.* (2005). Characterization of oak and birch dust-induced expression of cytokines and chemokines in mouse macrophage RAW 264.7 cells. *Toxicology*, 215: 25–36. doi:10.1016/j.tox.2005.06.021 PMID:16122864

Magnani C, Comba P, Ferraris F *et al.* (1993). A case–control study of carcinomas of the nose and paranasal sinuses in the woolen textile manufacturing industry. *Arch Environ Health*, 48: 94–97. PMID:8476310

Mandryk J, Alwis KU, Hocking AD (1999). Work-related symptoms and dose-response relationships among woodworkers. *Am J Ind Med*, 35: 481–490. doi:10.1002/(SICI)1097-0274(199905)35:5<481::AID-AJIM5>3.0.CO;2-N PMID:10212701

Mao Y, Hu J, Ugnat AM, White KCanadian Cancer Registries Epidemiology Research Group. (2000). Non-Hodgkin's lymphoma and occupational exposure to chemicals in Canada. *Ann Oncol*, 11: Suppl 169–73. doi:10.1023/A:1008342315673 PMID:10707783

Matos EL, Vilensky M, Mirabelli D, Boffetta P (2000). Occupational exposures and lung cancer in Buenos Aires, Argentina. *J Occup Environ Med*, 42: 653–659. doi:10.1097/00043764-200006000-00017 PMID:10874659

Miller BA, Blair A, Reed EJ (1994). Extended mortality follow-up among men and women in a U.S. furniture workers union. *Am J Ind Med*, 25: 537–549. doi:10.1002/ajim.4700250408 PMID:8010296

Minder CE & Vader JP (1988). Malignant pleural mesothelioma among Swiss furniture workers. A new high-risk group. *Scand J Work Environ Health*, 14: 252–256. PMID:3175558

Mohtashamipur E, Norpoth K, Ernst H, Mohr U (1989). The mouse-skin carcinogenicity of a mutagenic fraction from beech wood dusts. *Carcinogenesis*, 10: 483–487. doi:10.1093/carcin/10.3.483 PMID:2924395

Muir C, Waterhouse J, Mack T *et al.*, editors (1987). *Cancer incidence in five continents. Volume V*, Lyon: IARC Scientific Publications, Vol. 88.

Nimz HH, Schmitt U, Schwab E *et al.* (2005). *Wood*. In: *Ullmann's Encyclopedia of Industrial Chemistry*, 7th ed. John Wiley & Sons, Inc., pp. 54

Oberdörster G, Oberdörster E, Oberdörster J (2005). Nanotoxicology: an emerging discipline evolving from studies of ultrafine particles. *Environ Health Perspect*, 113: 823–839. doi:10.1289/ehp.7339 PMID:16002369

Olsen J & Sabroe S (1979). A follow-up study of non-retired and retired members of the Danish Carpenter/Cabinet Makers' Trade Union. *Int J Epidemiol*, 8: 375–382. doi:10.1093/ije/8.4.375 PMID:541161

Olsen JH & Asnaes S (1986). Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities. *Br J Ind Med*, 43: 769–774. PMID:3790457

Palomba A, Iaia TE, Biancalani M *et al.* (2008). A morphologic and immunohistochemical study of nasal mucosa in leatherworkers. *Am J Rhinol*, 22: 356–360. doi:10.2500/ajr.2008.22.3201 PMID:18702897

Palus J, Dziubałtowska E, Rydzyński K (1999). DNA damage detected by the comet assay in the white blood cells of workers in a wooden furniture plant. *Mutat Res*, 444: 61–74. PMID:10477340

Pan SY, Ugnat AM, Mao YCanadian Cancer Registries Epidemiology Research Group. (2005). Occupational risk factors for brain cancer in Canada. *J Occup Environ Med*,47:704–717.doi:10.1097/01.jom.0000165747.95801.c5 PMID:16010197

Perez-Ordonez B, Huynh NN, Berean KW *et al.* (2004). Expression of mismatch repair proteins, beta catenin, and E cadherin in intestinal-type sinonasal adenocarcinoma. *J Clin Pathol*, 57: 1080–1083. PMID:15452164.

Perrone F, Oggionni M, Birindelli S *et al.* (2003). TP53, p14ARF, p16INK4a and H-ras gene molecular analysis in intestinal-type adenocarcinoma of the nasal cavity and paranasal sinuses. *Int J Cancer*, 105: 196–203. doi:10.1002/ijc.11062 PMID:12673679

Pesch B, Pierl CB, Gebel M *et al.* (2008). Occupational risks for adenocarcinoma of the nasal cavity and paranasal sinuses in the German wood industry. *Occup Environ Med*, 65: 191–196. doi:10.1136/oem.2007.033886 PMID:17881467

Pollán M & López-Abente G (1995). Wood-related occupations and laryngeal cancer. *Cancer Detect Prev*, 19: 250–257. PMID:7750113

Pott F, Roller M, Ziem U *et al.* (1989). Carcinogenicity studies on natural and man-made fibres with the intraperitoneal test in rats. *IARC Sci Publ*, 173–179. PMID:2744824

Pukkala E, Martinsen JI, Lynge E *et al.* (2009). Occupation and cancer - follow-up of 15 million people in five Nordic countries. *Acta Oncol*, 48: 646–790. doi:10.1080/02841860902913546 PMID:19925375

Purdue MP, Järvholm B, Bergdahl IA *et al.* (2006). Occupational exposures and head and neck cancers among Swedish construction workers. *Scand J Work Environ Health*, 32: 270–275. PMID:16932824

Ramroth H, Dietz A, Ahrens W, Becher H (2008). Occupational wood dust exposure and the risk of laryngeal cancer: a population based case–control study in Germany. *Am J Ind Med*, 51: 648–655. doi:10.1002/ajim.20605 PMID:18626911

Rang EH & Acheson ED (1981). Cancer in furniture workers. *Int J Epidemiol*, 10: 253–261. doi:10.1093/ije/10.3.253 PMID:7287286

Rekhadevi PV, Mahboob M, Rahman MF, Grover P (2009). Genetic damage in wood dust-exposed workers. *Mutagenesis*, 24: 59–65. doi:10.1093/mutage/gen053 PMID:18815121

Robinson CF, Fowler D, Brown DP et al. (1990). *Plywood Mills Workers Mortality Patterns 1945–1977.* Springfield, VA. Publ. No. PB90–147056

Robinson C, Stern F, Halperin W et al. (1995). Assessment of mortality in the construction industry in the United States, 1984–1986. *Am J Ind Med*, 28: 49–70. doi:10.1002/ajim.4700280105 PMID:7573075

Rosai J (2004). *Respiratory tract: nasal cavity, paranasal sinuses, and nasopharynx.* In: *Rosai and Ackerman's Surgical Pathology*, 9th ed. Edinburgh: Mosby.

Roscoe RJ, Steenland K, McCammon CS Jr et al. (1992). Colon and stomach cancer mortality among automotive wood model makers. *J Occup Med*, 34: 759–768, discussion 769–770. doi:10.1097/00043764-199208000-00007 PMID:1506932

Rosenberg C, Liukkonen T, Kallas-Tarpila T et al. (2002). Monoterpene and wood dust exposures: work-related symptoms among Finnish sawmill workers. *Am J Ind Med*, 41: 38–53. doi:10.1002/ajim.10033 PMID:11757054

Roux FX, Behm E, Page P et al. (2002). Adenocarcinomas of the ethmoid sinuses. Epidemiological data. *Ann Otolaryngol Chir Cervicofac*, 119: 271–280. PMID:12464852

Rusca S, Charrière N, Droz PO, Oppliger A (2008). Effects of bioaerosol exposure on work-related symptoms among Swiss sawmill workers. *Int Arch Occup Environ Health*, 81: 415–421. doi:10.1007/s00420-007-0228-6 PMID:17676333

Saber AT, Nielsen LR, Dictor M et al. (1998). K-ras mutations in sinonasal adenocarcinomas in patients occupationally exposed to wood or leather dust. *Cancer Lett*, 126: 59–65. doi:10.1016/S0304-3835(97)00536-3 PMID:9563649

Scarselli A, Binazzi A, Ferrante P, Marinaccio A (2008). Occupational exposure levels to wood dust in Italy, 1996–2006. *Occup Environ Med*, 65: 567–574. doi:10.1136/oem.2007.036350 PMID:18086698

Shimizu H, Hozawa J, Saito H et al. (1989). Chronic sinusitis and woodworking as risk factors for cancer of the maxillary sinus in northeast Japan. *Laryngoscope*, 99: 58–61. doi:10.1288/00005537-198901000-00011 PMID:2909822

Sjödahl K, Jansson C, Bergdahl IA et al. (2007). Airborne exposures and risk of gastric cancer: a prospective cohort study. *Int J Cancer*, 120: 2013–2018. doi:10.1002/ijc.22566 PMID:17266028

Spee T, van de Rijdt-van Hoof E, van Hoof W et al. (2007). Exposure to wood dust among carpenters in the construction industry in the Netherlands. *Ann Occup Hyg*, 51: 241–248. doi:10.1093/annhyg/mel075 PMID:17135212

Sriamporn S, Vatanasapt V, Pisani P et al. (1992). Environmental risk factors for nasopharyngeal carcinoma: a case–control study in northeastern Thailand. *Cancer Epidemiol Biomarkers Prev*, 1: 345–348. PMID:1305465

Stellman SD, Demers PA, Colin D, Boffetta P (1998). Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). *Am J Ind Med*, 34: 229–237. doi:10.1002/(SICI)1097-0274(199809)34:3<229::AID-AJIM4>3.0.CO;2-Q PMID:9698991

Stephen JK, Vaught LE, Chen KM et al. (2007). Epigenetic events underlie the pathogenesis of sinonasal papillomas. *Mod Pathol*, 20: 1019–1027. doi:10.1038/modpathol.3800944 PMID:17673925

Stern FB, Beaumont JJ, Halperin WE et al. (1987). Mortality of chrome leather tannery workers and chemical exposures in tanneries. *Scand J Work Environ Health*, 13: 108–117. PMID:3602964

Stoll D, Bébéar JP, TrFuilhé Y et al. (2001). Ethmoid adenocarcinomas: retrospective study of 76 patients. *Rev Laryngol Otol Rhinol (Bord)*, 122: 21–29. PMID:11499229

Stuart BO (1984). Deposition and clearance of inhaled particles. *Environ Health Perspect*, 55: 369–390. doi:10.2307/3429715 PMID:6376108

Sunderman FW Jr (2001). Nasal toxicity, carcinogenicity, and olfactory uptake of metals. *Ann Clin Lab Sci*, 31: 3–24. PMID:11314863

Svane-Knudsen V, Jørgensen KE, Hansen O et al. (1998). Cancer of the nasal cavity and paranasal sinuses: a series of 115 patients. *Rhinology*, 36: 12–14. PMID:9569435

Szadkowska-Stańczyk I & Szymczak W (2001). Nested case–control study of lung cancer among pulp and paper workers in relation to exposure to dusts. *Am J Ind Med*, 39: 547–556. doi:10.1002/ajim.1053 PMID:11385638

't Mannetje A, Kogevinas M, Luce D et al. (1999). Sinonasal cancer, occupation, and tobacco smoking in European women and men. *Am J Ind Med*, 36: 101–107. doi:10.1002/(SICI)1097-0274(199907)36:1<101::AID-AJIM14>3.0.CO;2-A PMID:10361593

Tanaka I, Haratake J, Horie A, Yoshimura T (1991). Cumulative toxicity potential of hardwood dust and sidestream tobacco smoke in rats by repeated inhalation. *Inhal Toxicol*, 3: 101–112. doi:10.3109/08958379109145277

Teschke K, Demers PA, Davies HW et al. (1999b). Determinants of exposure to inhalable particulate, wood dust, resin acids, and monoterpenes in a lumber mill environment. *Ann Occup Hyg*, 43: 247–255. PMID:10432869

Teschke K, Marion SA, Vaughan TL et al. (1999a). Exposures to wood dust in US industries and occupations, 1979 to 1997. *Am J Ind Med*, 35: 581–589. doi:10.1002/(SICI)1097-0274(199906)35:6<581::AID-AJIM5>3.0.CO;2-I PMID:10332511

Teschke K, Morgan MS, Checkoway H et al. (1997). Surveillance of nasal and bladder cancer to locate sources of exposure to occupational carcinogens. *Occup Environ Med*, 54: 443–451. doi:10.1136/oem.54.6.443 PMID:9245952

NIOSH; US National Institute for Occupational Safety and Health (1990). *National Occupational Exposure Survey 1981–83*. Cincinnati, OH.

Vaughan TL (1989). Occupation and squamous cell cancers of the pharynx and sinonasal cavity. *Am J Ind Med*, 16: 493–510. PMID:2589327

Vaughan TL & Davis S (1991). Wood dust exposure and squamous cell cancers of the upper respiratory tract. *Am J Epidemiol*, 133: 560–564. PMID:2006642

Vaughan, TL, Stewart PA, Teschke K *et al.* (2000). Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. *Occup Environ Med*, 57: 376–384. doi:10.1136/oem.57.6.376 PMID:10810126

Vlahakis G (1977). Possible carcinogenic effects of cedar shavings in bedding of C3H-Avy fB mice. *J Natl Cancer Inst*, 58: 149–150. PMID:189039

Vlajinac HD, Marinkovic JM, Sipetic SB *et al.* (2006). Case-control study of oropharyngeal cancer. *Cancer Detect Prev*, 30: 152–157. doi:10.1016/j.cdp.2006.02.001 PMID:16647226

Voss R, Stenersen T, Roald Oppedal B, Boysen M (1985). Sinonasal cancer and exposure to softwood. *Acta Otolaryngol*, 99: 172–178. doi:10.3109/00016488509119160 PMID:3976390

Weiderpass E, Pukkala E, Vasama-Neuvonen K *et al.* (2001). Occupational exposures and cancers of the endometrium and cervix uteri in Finland. *Am J Ind Med*, 39: 572–580. doi:10.1002/ajim.1056 PMID:11385641

Wilhelmsson B, Lundh B, Drettner B (1985b). Effects of wood dust exposure and diethylnitrosamine in an animal experimental system. *Rhinology*, 23: 114–117. PMID:4035239

Wilhelmsson B, Lundh B, Drettner B, Stenkvist B (1985a). Effects of wood dust exposure and diethylnitrosamine. A pilot study in Syrian golden hamsters. *Acta Otolaryngol*, 99: 160–171. doi:10.3109/00016488509119159 PMID:3976389

Wu TT, Barnes L, Bakker A *et al.* (1996). K-ras-2 and p53 genotyping of intestinal-type adenocarcinoma of the nasal cavity and paranasal sinuses. *Mod Pathol*, 9: 199–204. PMID:8685214

Wu X, Delclos GL, Annegers JF *et al.* (1995). A case–control study of wood dust exposure, mutagen sensitivity, and lung cancer risk. *Cancer Epidemiol Biomarkers Prev*, 4: 583–588. PMID:8547823

Yu MC & Yuan JM (2002). Epidemiology of nasopharyngeal carcinoma. *Semin Cancer Biol*, 12: 421–429. doi:10.1016/S1044579X02000858 PMID:12450728

Yu MC, Yuan JM (2006). *Nasopharyngeal cancers*. In: *Cancer Epidemiology and Prevention*. Schottenfeld D, Fraumeni JF, Jr, editors. New York: Oxford University Press, pp. 620–626.

Zhu K, Levine RS, Brann EA *et al.* (2002). Case-control study evaluating the homogeneity and heterogeneity of risk factors between sinonasal and nasopharyngeal cancers. *Int J Cancer*, 99: 119–123. doi:10.1002/ijc.10311 PMID:11948502

# LIST OF ABBREVIATIONS

| | |
|---|---|
| 8-h TWA | Eight-hour TWA |
| 8-OH-dG | 8-hydroxydeoxyguanine |
| AAS | atomic absorption spectrometry |
| ACGIH | American Conference of Governmental Industrial Hygienists |
| *AG-AAS* | Arsine generation atomic absorption spectrometry |
| AS3MT | arsenic +3 oxidation state methyltransferase |
| *ASA Register* | Finnish Register of Workers Exposed to Carcinogens |
| As–GSH | arsenic–glutathione |
| BALF | bronchoalveolar lavage fluid |
| CARET | Beta-Carotene and Retinol Efficacy Trial |
| CAREX | CARcinogen EXposure |
| CAS | Chemical Abstracts Service |
| CBD | chronic beryllium disease |
| DMAs | dimethylated arsenic species |
| DMAV | dimethylarsinic acid |
| DMBA | 7,12-dimethylbenz[α]anthracene |
| DMMTAV | Dimethylthioarsinic acid |
| DQ12 | uncoated quartz |
| DSMA, or cacodylic acid | disodium methanearsonate |
| DWA | Daily weighted average |
| EBV | Epstein-Barr virus |
| ECVAM | Centre for the Validation of Alternative Methods |
| EDAX | energy dispersive analysis of X-rays |
| ET-AAS | electrothermal atomic absorption spectroscopy |
| F344 | Fisher 344 |
| FBs | Ferruginous bodies |
| Fpg | formamidopyrimidine-DNA-glycosylase |
| G6PD | glucose 6-phosphate dehydrogenase |
| GAPDH | glyceraldehyde 3-phosphate dehydrogenase |
| GC-ECD | gas chromatography-electron capture detection |
| GF-AAS | graphite furnace atomic absorption spectrometry |
| GSD | geometric standard deviation |
| GSH | glutathione |
| HOBr | hypobromous acid |
| HOC1 | hypochlorous acid |
| *hOGG1* | human 8-oxoguanine-DNA-glycosylase |
| HPV | human papillomavirus |

IARC MONOGRAPHS – 100C

| | |
|---|---|
| ICP-AES | inductively coupled plasma atomic emission spectroscopy |
| ICP-MS | inductively coupled plasma mass spectrometry |
| IMA | International Mineralogical Association |
| IMIS | Integrated Management Information System |
| ITAC | intestinal-type sinonasal adenocarcinoma |
| JEM | job–exposure matrix |
| LEV | local exhaust ventilation |
| MBDs | methyl-CpG binding domains |
| MDF | medium-density fibreboard |
| *MGMT* | O6-methylguanine-DNA methyltransferase |
| *MIG/MAG-method* | Metal Inert Gas-Metal Active Gas |
| MLHT | malignant lymphomas of the histiocytic type |
| MMAD | mass median aerodynamic diameter |
| MMAs | Monomethylated arsenic species |
| MMAV | monomethylarsonic acid |
| MnTBAP | manganese(III)meso-tetrakis(4-benzoic acid)porphyrin |
| MSHA | Mine Safety and Health Administration |
| MSMA | monosodium methanearsonate |
| NDEA | N-nitrosodiethylamine |
| NHANES III | Third National Health and Nutrition Examination Survey |
| *Ni–Cd* | nickel–cadmium |
| NIOSH | National Institute of Occupational Safety and Health |
| NOES | National Occupation Exposure Survey |
| NTP | National Toxicology Program |
| OEL | occupational exposure limit |
| OR | odds ratio |
| OSHA | Occupational Safety and Health Administration |
| PAHs | polyaromatic hydrocarbons |
| PARP | poly ADP-ribose polymerase |
| PCP | pentachlorophenol |
| PD-1 | programmed death-1 |
| PMNs | polymorphonuclear leukocytes |
| PMR | proportionate mortality ratio |
| RCF-1 | refractory ceramic fibres |
| REL | recommended exposure limit |
| RLE-6TN | type II lung epithelial cells |
| RR | relative risk |
| SHE | Syrian hamster embryo |
| SiO4 | silicate tetrahedron |
| SIR | standardized incidence ratio |
| SMR | Standard Mortality Ratio |
| SV40 | simian virus 40 |
| TEM | transmission electron microscopy |
| TPA | 12-O-tetradecanoyl phorbol-13-acetate |
| TWA | Time-weighted average |
| UV | ultraviolet |
| UVR | ultraviolet radiation |
| XPA | xeroderma pigmentosum group A |
| XRCC1 | X-ray complementing group 1 gene |
| Zn | zinc |

466

# CUMULATIVE CROSS INDEX TO
# *IARC MONOGRAPHS*

The volume, page and year of publication are given. References to corrigenda are given in parentheses.

## A

A-α-C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 245 (1986); Suppl. 7, 56 (1987)

Acenaphthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Acepyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Acetaldehyde . . . . . . . . . . . . . . . . . . . . . 36, 101 (1985) (corr. 42, 263); Suppl. 7, 77 (1987); 71, 319 (1999)

Acetaldehyde formylmethylhydrazone (see Gyromitrin)

Acetamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 197 (1974); Suppl. 7, 56, 389 (1987); 71, 1211 (1999)

Acetaminophen (see Paracetamol)

Aciclovir . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 47 (2000)

Acid mists (see Sulfuric acid and other strong inorganic acids, occupational exposures to mists and vapours from)

Acridine orange . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 145 (1978); Suppl. 7, 56 (1987)

Acriflavinium chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 31 (1977); Suppl. 7, 56 (1987)

Acrolein. . . . . . . . . . . . . . 19, 479 (1979); 36, 133 (1985); Suppl. 7, 78 (1987); 63, 337 (1995) (corr. 65, 549)

Acrylamide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 41 (1986); Suppl. 7, 56 (1987); 60, 389 (1994)

Acrylic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 47 (1979); Suppl. 7, 56 (1987); 71, 1223 (1999)

Acrylic fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 86 (1979); Suppl. 7, 56 (1987)

Acrylonitrile. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 73 (1979); Suppl. 7, 79 (1987); 71, 43 (1999)

Acrylonitrile-butadiene-styrene copolymers . . . . . . . . . . . . . . . . . . . . . . . 19, 91 (1979); Suppl. 7, 56 (1987)

Actinolite (see Asbestos)

Actinomycin D (see also Actinomycins). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 80 (1987)

Actinomycins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 29 (1976) (corr. 42, 255)

Adriamycin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 43 (1976); Suppl. 7, 82 (1987)

AF-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 47 (1983); Suppl. 7, 56 (1987)

Aflatoxins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 145 (1972) (corr. 42, 251); 10, 51 (1976);
  Suppl. 7, 83 (1987); 56, 245 (1993); 82, 171 (2002)

Aflatoxin B$_1$ (see Aflatoxins)

Aflatoxin B$_2$ (see Aflatoxins)

IARC MONOGRAPHS – 100C

Aflatoxin G$_1$ (see Aflatoxins)

Aflatoxin G$_2$ (see Aflatoxins)

Aflatoxin M$_1$ (see Aflatoxins)

Agaritine.............................................................. 31, 63 (1983); Suppl. 7, 56 (1987)

Alcohol drinking ...................................................... 44 (1988); 96, 51 (2010)

Aldicarb.............................................................................. 53, 93 (1991)

Aldrin.......................................................................... 5, 25 (1974); Suppl. 7, 88 (1987)

Allyl chloride........................................ 36, 39 (1985); Suppl. 7, 56 (1987); 71, 1231 (1999)

Allyl isothiocyanate .................................. 36, 55 (1985); Suppl. 7, 56 (1987); 73, 37 (1999)

Allyl isovalerate ..................................... 36, 69 (1985); Suppl. 7, 56 (1987); 71, 1241 (1999)

Aluminium production ............................... 34, 37 (1984); Suppl. 7, 89 (1987); 92, 35 (2010)

Amaranth.......................................................... 8, 41 (1975); Suppl. 7, 56 (1987)

5-Aminoacenaphthene............................................16, 243 (1978); Suppl. 7, 56 (1987)

2-Aminoanthraquinone ...........................................27, 191 (1982); Suppl. 7, 56 (1987)

*para*-Aminoazobenzene ..........................................8, 53 (1975); Suppl. 7, 56, 390 (1987)

*ortho*-Aminoazotoluene .................................8, 61 (1975) (corr. 42, 254); Suppl. 7, 56 (1987)

*para*-Aminobenzoic acid........................................16, 249 (1978); Suppl. 7, 56 (1987)

4-Aminobiphenyl ......................................1, 74 (1972) (corr. 42, 251); Suppl. 7, 91 (1987)

2-Amino-3,4-dimethylimidazo[4,5-*f*]quinoline (see MeIQ)

2-Amino-3,8-dimethylimidazo[4,5-*f*]quinoxaline (see MeIQx)

3-Amino-1,4-dimethyl-5H-pyrido[4,3-*b*]indole (see Trp-P-1)

2-Aminodipyrido[1,2-*a*:3',2'-*d*]imidazole (see Glu-P-2)

1-Amino-2-methylanthraquinone...................................27, 199 (1982); Suppl. 7, 57 (1987)

2-Amino-3-methylimidazo[4,5-*f*]quinoline (see IQ)

2-Amino-6-methyldipyrido[1,2-*a*:3',2'-*d*]imidazole (see Glu-P-1)

2-Amino-1-methyl-6-phenylimidazo[4,5-*b*]pyridine (see PhIP)

2-Amino-3-methyl-9*H*-pyrido[2,3-*b*]indole (see MeA-α-C)

3-Amino-1-methyl-5*H*-pyrido[4,3-*b*]indole (see Trp-P-2)

2-Amino-5-(5-nitro-2-furyl)-1,3,4-thiadiazole ......................... 7, 143 (1974); Suppl. 7, 57 (1987)

2-Amino-4-nitrophenol..................................................................57, 167 (1993)

2-Amino-5-nitrophenol..................................................................57, 177 (1993)

4-Amino-2-nitrophenol............................................................ 16, 43 (1978); Suppl. 7, 57 (1987)

2-Amino-5-nitrothiazole............................................................ 31, 71 (1983); Suppl. 7, 57 (1987)

2-Amino-9*H*-pyrido[2,3-*b*]indole (see A-α-C)

11-Aminoundecanoic acid............................................39, 239 (1986); Suppl. 7, 57 (1987)

Amitrole ................. 7, 31 (1974); 41, 293 (1986) (corr. 52, 513; Suppl. 7, 92 (1987); 79, 381 (2001)

Ammonium potassium selenide (see Selenium and selenium compounds)

Amorphous silica (see also Silica) ...... 42, 39 (1987); Suppl. 7, 341 (1987); 68, 41 (1997) (corr. 81, 383)

Amosite (see Asbestos)

Ampicillin........................................................................... 50, 153 (1990)

Amsacrine .......................................................................... 76, 317 (2000)

Anabolic steroids (see Androgenic (anabolic) steroids)

Anaesthetics, volatile ....................................11, 285 (1976); Suppl. 7, 93 (1987)

Analgesic mixtures containing phenacetin

(see also Phenacetin)..........................................Suppl. 7, 310 (1987); 100A, 379 (2012)

Androgenic (anabolic) steroids ................................................Suppl. 7, 96 (1987)

Angelicin and some synthetic derivatives (see also Angelicins) . . . . . . . . . . . . . . . . . . . . . . . . 40, 291 (1986)
Angelicin plus ultraviolet radiation
(see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
Angelicins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
Aniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 27 (1974) (corr. 42, 252); 27, 39 (1982); Suppl. 7, 99 (1987)
*ortho*-Anisidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 63 (1982); Suppl. 7, 57 (1987); 73, 49 (1999)
*para*-Anisidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 65 (1982); Suppl. 7, 57 (1987)
Anthanthrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 95 (1983); Suppl. 7, 57 (1987); 92, 35 (2010)
Anthophyllite (see Asbestos)
Anthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 105 (1983); Suppl. 7, 57 (1987); 92, 35 (2010)
Anthranilic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 265 (1978); Suppl. 7, 57 (1987)
Anthraquinones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Antimony trioxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 291 (1989)
Antimony trisulfide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 291 (1989)
ANTU (see 1-Naphthylthiourea)
Apholate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 31 (1975); Suppl. 7, 57 (1987)
*para*-Aramid fibrils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68, 409 (1997)
Aramite° . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 39 (1974); Suppl. 7, 57 (1987)
Areca nut (see also Betel quid) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85, 39 (2004)
Aristolochia species (see also Traditional herbal medicines) . . . . . . . . . . . 82, 69 (2002); 100A, 349 (2012)
Aristolochic acids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 69 (2002); 100A, 349 (2012)
Arsanilic acid (see Arsenic and arsenic compounds)
Arsenic and arsenic compounds . 1, 41 (1972); 2, 48 (1973); 23, 39 (1980); Suppl. 7, 100 (1987); 100C, 41 (2012)
Arsenic in drinking-water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84, 39 (2004)
Arsenic pentoxide (see Arsenic and arsenic compounds)
Arsenic trioxide (see Arsenic in drinking-water)
Arsenic trisulfide (see Arsenic in drinking-water)
Arsine (see Arsenic and arsenic compounds)
Asbestos  2, 17 (1973) (corr. 42, 252); 14 (1977) (corr. 42, 256); Suppl. 7, 106 (1987) (corr. 45, 283);  100C, 219 (2012)
Atrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 441 (1991); 73, 59 (1999)
Attapulgite (see Palygorskite)
Auramine (technical-grade) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 69 (1972) (corr. 42, 251); Suppl. 7, 118 (1987)
Auramine, manufacture of
(see also Auramine, technical-grade) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 118 (1987)
Aurothioglucose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 39 (1977); Suppl. 7, 57 (1987)
Azacitidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 37 (1981); Suppl. 7, 57 (1987); 50, 47 (1990)
5-Azacytidine (see Azacitidine)
Azaserine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 73 (1976) (corr. 42, 255); Suppl. 7, 57 (1987)
Azathioprine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 47 (1981); Suppl. 7, 119 (1987); 100A, 321 (2012)
Aziridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 37 (1975); Suppl. 7, 58 (1987); 71, 337 (1999)
2-(1-Aziridinyl)ethanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 47 (1975); Suppl. 7, 58 (1987)
Aziridyl benzoquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 51 (1975); Suppl. 7, 58 (1987)
Azobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 75 (1975); Suppl. 7, 58 (1987)
AZT (see Zidovudine)

IARC MONOGRAPHS – 100C

# B

Barium chromate (see Chromium and chromium compounds)

Basic chromic sulfate (see Chromium and chromium compounds)

BCNU (see Bischloroethyl nitrosourea)

11*H*-Benz[*bc*]aceanthrylene ......................................................... 92, 35 (2010)

Benz[*j*]aceanthrylene ..................................................................... 92, 35 (2010)

Benz[*l*]aceanthrylene ..................................................................... 92, 35 (2010)

Benz[*a*]acridine ................................................... 32, 123 (1983); Suppl. 7, 58 (1987)

Benz[*c*]acridine................................... 3, 241 (1973); 32, 129 (1983); Suppl. 7, 58 (1987)

Benzal chloride (see also α-Chlorinated toluenes and
 benzoyl chloride) .................................... 29, 65 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)

Benz[*a*]anthracene ....................... 3, 45 (1973); 32, 135 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzene ........................... 7, 203 (1974) (corr. 42, 254); 29, 93, 391 (1982); Suppl. 7, 120 (1987)

Benzidine ........................... 1, 80 (1972); 29, 149, 391 (1982); Suppl. 7, 123 (1987)

Benzidine-based dyes ......................................................... Suppl. 7, 125 (1987)

Benzo[*b*]chrysene ......................................................... 92, 35 (2010)

Benzo[*g*]chrysene ......................................................... 92, 35 (2010)

Benzo[*a*]fluoranthene ......................................................... 92, 35 (2010)

Benzo[*b*]fluoranthene .................... 3, 69 (1973); 32, 147 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*j*]fluoranthene .................... 3, 82 (1973); 32, 155 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*k*]fluoranthene ............................. 32, 163 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*ghi*]fluoranthene ............................. 32, 171 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*a*]fluorene................................... 32, 177 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*b*]fluorene................................... 32, 183 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*c*]fluorene................................... 32, 189 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzofuran ......................................................... 63, 431 (1995)

Benzo[*ghi*]perylene ............................. 32, 195 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*c*]phenanthrene ............................. 32, 205 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*a*]pyrene ........... 3, 91 (1973); 32, 211 (1983); (corr. 68, 477); Suppl. 7, 58 (1987); 92, 35 (2010)

Benzo[*e*]pyrene ....................... 3, 137 (1973); 32, 225 (1983); Suppl. 7, 58 (1987); 92, 35 (2010)

1,4-Benzoquinone (see *para*-Quinone)

1,4-Benzoquinone dioxime ........................ 29, 185 (1982); Suppl. 7, 58 (1987); 71, 1251 (1999)

Benzotrichloride (see also α-Chlorinated toluenes and
 benzoyl chloride) .................................... 29, 73 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)

Benzoyl chloride (see also α-Chlorinated toluenes and
 benzoyl chloride) ................... 29, 83 (1982) (corr. 42, 261); Suppl. 7, 126 (1987); 71, 453 (1999)

Benzoyl peroxide................................... 36, 267 (1985); Suppl. 7, 58 (1987); 71, 345 (1999)

Benzyl acetate ................................... 40, 109 (1986); Suppl. 7, 58 (1987); 71, 1255 (1999)

Benzyl chloride (see also α-Chlorinated toluenes and
 benzoyl chloride) ..... 11, 217 (1976) (corr. 42, 256); 29, 49 (1982); Suppl. 7, 148 (1987); 71, 453 (1999)

Benzyl violet 4B ......................................................... 16, 153 (1978); Suppl. 7, 58 (1987)

Bertrandite (see Beryllium and beryllium compounds)

Beryllium and beryllium compounds... 1, 17 (1972); 23, 143 (1980) (corr. 42, 260); Suppl. 7, 127 (1987);
58, 41 (1993); 100C, 95 (2012)

Beryllium acetate (see Beryllium and beryllium compounds)

Beryllium acetate, basic (see Beryllium and beryllium compounds)
Beryllium-aluminium alloy (see Beryllium and beryllium compounds)
Beryllium carbonate (see Beryllium and beryllium compounds)
Beryllium chloride (see Beryllium and beryllium compounds)
Beryllium-copper alloy (see Beryllium and beryllium compounds)
Beryllium-copper-cobalt alloy (see Beryllium and beryllium compounds)
Beryllium fluoride (see Beryllium and beryllium compounds)
Beryllium hydroxide (see Beryllium and beryllium compounds)
Beryllium-nickel alloy (see Beryllium and beryllium compounds)
Beryllium oxide (see Beryllium and beryllium compounds)
Beryllium phosphate (see Beryllium and beryllium compounds)
Beryllium silicate (see Beryllium and beryllium compounds)
Beryllium sulfate (see Beryllium and beryllium compounds)
Beryl ore (see Beryllium and beryllium compounds)
Betel quid with tobacco . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 141 (1985); Suppl. 7, 128 (1987); 85, 39 (2004)
Betel quid without tobacco . . . . . . . . . . . . . . . . . . . . . . . . . 37, 141 (1985); Suppl. 7, 128 (1987); 85, 39 (2004)
BHA (see Butylated hydroxyanisole)
BHT (see Butylated hydroxytoluene)
Biomass fuel (primarily wood),
 indoor emissions from household combustion of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95, 41 (2010)
Bis(1-aziridinyl)morpholinophosphine sulfide . . . . . . . . . . . . . . . . . . . . . . . 9, 55 (1975); Suppl. 7, 58 (1987)
2,2-Bis(bromomethyl)propane-1,3-diol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 455 (2000)
Bis(2-chloroethyl)ether . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 117 (1975); Suppl. 7, 58 (1987); 71, 1265 (1999)
N,N-Bis(2-chloroethyl)-2-naphthylamine . . 4, 119 (1974) (corr. 42, 253); Suppl. 7, 130 (1987); 100A, 335 (2012)
Bischloroethyl nitrosourea
 (see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 79 (1981); Suppl. 7, 150 (1987)
1,2-Bis(chloromethoxy)ethane . . . . . . . . . . . . . . . . . . . . 15, 31 (1977); Suppl. 7, 58 (1987); 71, 1271 (1999)
1,4-Bis(chloromethoxymethyl)benzene . . . . . . . . . . . . 15, 37 (1977); Suppl. 7, 58 (1987); 71, 1273 (1999)
Bis(chloromethyl)ether . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 231 (1974) (corr. 42, 253); Suppl. 7, 131 (1987)
Bis(2-chloro-1-methylethyl)ether . . . . . . . . . . . . . . . . . 41, 149 (1986); Suppl. 7, 59 (1987); 71, 1275 (1999)
Bis(2,3-epoxycyclopentyl)ether . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 231 (1989); 71, 1281 (1999)
Bisphenol A diglycidyl ether (see also Glycidyl ethers) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1285 (1999)
Bisulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)
Bitumens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35, 39 (1985); Suppl. 7, 133 (1987)
Bleomycins (see also Etoposide) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 97 (1981); Suppl. 7, 134 (1987)
Blue VRS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 163 (1978); Suppl. 7, 59 (1987)
Boot and shoe manufacture and repair . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 249 (1981); Suppl. 7, 232 (1987)
Bracken fern . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 47 (1986); Suppl. 7, 135 (1987)
Brilliant Blue FCF, disodium salt . . . . . . . . . . . . . . . . . . . . 16, 171 (1978) (corr. 42, 257); Suppl. 7, 59 (1987)
Bromochloroacetonitrile
 (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1291 (1999)
Bromodichloromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 179 (1991); 71, 1295 (1999)
Bromoethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 299 (1991); 71, 1305 (1999)
Bromoform . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 213 (1991); 71, 1309 (1999)
Busulfan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (see 1,4-Butanediol dimethanesulfonate)

IARC MONOGRAPHS – 100C

1,3-Butadiene . . 39, 155 (1986) (corr. 42, 264); Suppl. 7, 136 (1987); 54, 237 (1992); 71, 109 (1999); 97,45 (2008)

1,4-Butanediol dimethanesulfonate . . . . . . . . . . . . . . . 4, 247 (1974); Suppl. 7, 137 (1987); 100A, 39 (2012)

2-Butoxyethanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88, 329

1-*tert*-Butoxypropan-2-ol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88, 415

*n*-Butyl acrylate . . . . . . . . . . . . . . . . . . . . . . . . . 39, 67 (1986); Suppl. 7, 59 (1987); 71, 359 (1999)

Butylated hydroxyanisole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 123 (1986); Suppl. 7, 59 (1987)

Butylated hydroxytoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 161 (1986); Suppl. 7, 59 (1987)

Butyl benzyl phthalate . . . . . . . . . . . . . . . 29, 193 (1982) (corr. 42, 261); Suppl. 7, 59 (1987); 73, 115 (1999)

β-Butyrolactone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 225 (1976); Suppl. 7, 59 (1987); 71, 1317 (1999)

γ-Butyrolactone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 231 (1976); Suppl. 7, 59 (1987); 71, 367 (1999)

# C

Cabinet-making (see Furniture and cabinet-making)

Cadmium acetate (see Cadmium and cadmium compounds)

Cadmium and cadmium compounds 2, 74 (1973); 11, 39 (1976) (corr. 42, 255); Suppl. 7, 139 (1987); 58, 119 (1993); 100C, 121 (2012)

Cadmium chloride (see Cadmium and cadmium compounds)

Cadmium oxide (see Cadmium and cadmium compounds)

Cadmium sulfate (see Cadmium and cadmium compounds)

Cadmium sulfide (see Cadmium and cadmium compounds)

Caffeic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 115 (1993)

Caffeine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 291 (1991)

Calcium arsenate (see Arsenic in drinking-water)

Calcium carbide production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Calcium chromate (see Chromium and chromium compounds)

Calcium cyclamate (see Cyclamates)

Calcium saccharin (see Saccharin)

Cantharidin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 79 (1976); Suppl. 7, 59 (1987)

Caprolactam . . . 19, 115 (1979) (corr. 42, 258); 39, 247 (1986) (corr. 42, 264); Suppl. 7, 59, 390 (1987); 71, 383 (1999)

Captafol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 353 (1991)

Captan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 295 (1983); Suppl. 7, 59 (1987)

Carbaryl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 37 (1976); Suppl. 7, 59 (1987)

Carbazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 239 (1983); Suppl. 7, 59 (1987); 71, 1319 (1999)

3-Carbethoxypsoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 317 (1986); Suppl. 7, 59 (1987)

Carbon black . . . . . . . . . . . . . . . . . . 3, 22 (1973); 33, 35 (1984); Suppl.7, 142 (1987); 65, 149 (1996); 93, 2010

Carbon electrode manufacture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Carbon tetrachloride . . . . . . . . . . . . . . . 1, 53 (1972); 20, 371 (1979); Suppl. 7, 143 (1987); 71, 401 (1999)

Carmoisine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 83 (1975); Suppl. 7, 59 (1987)

Carpentry and joinery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 139 (1981); Suppl. 7, 378 (1987)

Carrageenan . . . . . . . . . . . . . . . . . . . 10, 181 (1976) (corr. 42, 255); 31, 79 (1983); Suppl. 7, 59 (1987)

Cassia occidentalis (see Traditional herbal medicines)

Catechol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 155 (1977); Suppl. 7, 59 (1987); 71, 433 (1999)

CCNU (see 1-(2-Chloroethyl)-3-cyclohexyl-1-nitrosourea)

Ceramic fibres (see Man-made vitreous fibres)

Chemotherapy, combined, including alkylating agents
(see MOPP and other combined chemotherapy including alkylating agents)

Chimney sweeps and other exposures to soot . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Chloral (see also Chloral hydrate) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 245 (1995); 84, 317 (2004)

Chloral hydrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 245 (1995); 84, 317 (2004)

Chlorambucil . . . . . . . . . . . . . . . . . . . . . 9, 125 (1975); 26, 115 (1981); Suppl. 7, 144 (1987); 100A, 47 (2012)

Chloramine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84, 295 (2004)

Chloramphenicol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 85 (1976); Suppl. 7, 145 (1987); 50, 169 (1990)

Chlordane (see also Chlordane/Heptachlor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 45 (1979) (corr. 42, 258)

Chlordane and Heptachlor . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 146 (1987); 53, 115 (1991); 79, 411 (2001)

Chlordecone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 67 (1979); Suppl. 7, 59 (1987)

Chlordimeform . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 61 (1983); Suppl. 7, 59 (1987)

Chlorendic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 45 (1990)

Chlorinated dibenzodioxins (other than TCDD)
 (see also Polychlorinated dibenzo-para-dioxins) . . . . . . . . . . . . . . . . . . . . 15, 41 (1977); Suppl. 7, 59 (1987)

Chlorinated drinking-water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 45 (1991)

Chlorinated paraffins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 55 (1990)

α-Chlorinated toluenes and benzoyl chloride . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 148 (1987); 71, 453 (1999)

Chlormadinone acetate . . . . . . . . . . 6, 149 (1974); 21, 365 (1979); Suppl. 7, 291, 301 (1987); 72, 49 (1999)

Chlornaphazine (see N,N-Bis(2-chloroethyl)-2-naphthylamine)

Chloroacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1325 (1999)

para-Chloroaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 305 (1993)

Chlorobenzilate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 75 (1974); 30, 73 (1983); Suppl. 7, 60 (1987)

Chlorodibromomethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 243 (1991); 71, 1331 (1999)

3-Chloro-4-(dichloromethyl)-5-hydroxy-2(5H)-furanone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84, 441 (2004)

Chlorodifluoromethane . . . . . . . . . . . 41, 237 (1986) (corr. 51, 483); Suppl. 7, 149 (1987); 71, 1339 (1999)

Chloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 315 (1991); 71, 1345 (1999)

1-(2-Chloroethyl)-3-cyclohexyl-1-nitrosourea
 (see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . 26, 137 (1981) (corr. 42, 260); Suppl. 7, 150 (1987)

1-(2-Chloroethyl)-3-(4-methylcyclohexyl)-1-nitrosourea
 (see also Chloroethyl nitrosoureas) . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 150 (1987); 100A, 57 (2012)

Chloroethyl nitrosoureas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 150 (1987)

Chlorofluoromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 229 (1986); Suppl. 7, 60 (1987); 71, 1351 (1999)

Chloroform . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 61 (1972); 20, 401 (1979); Suppl. 7, 152 (1987); 73, 131(1999)

Chloromethyl methyl ether (technical-grade)
 (see also Bis(chloromethyl)ether) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 239 (1974); Suppl. 7, 131 (1987)

(4-Chloro-2-methylphenoxy)acetic acid (see MCPA)

1-Chloro-2-methylpropene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 315 (1995)

3-Chloro-2-methylpropene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 325 (1995)

2-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)

3-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)

4-Chloronitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 263 (1996)

Chlorophenols (see also Polychlorophenols and their sodium salts) . . . . . . . . . . . . . . . Suppl. 7, 154 (1987)

Chlorophenols (occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 319 (1986)

Chlorophenoxy herbicides. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 156 (1987)
Chlorophenoxy herbicides (occupational exposures to). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 357 (1986)
4-Chloro-*ortho*-phenylenediamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 81 (1982); Suppl. 7, 60 (1987)
4-Chloro-*meta*-phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 82 (1982); Suppl. 7, 60 (1987)
Chloroprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 131 (1979); Suppl. 7, 160 (1987); 71, 227 (1999)
Chloropropham . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 55 (1976); Suppl. 7, 60 (1987)
Chloroquine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 47 (1977); Suppl. 7, 60 (1987)
Chlorothalonil. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 319 (1983); Suppl. 7, 60 (1987); 73, 183 (1999)
*para*-Chloro-*ortho*-toluidine and its strong acid salts
 (see also Chlordimeform) . . . . 16, 277 (1978); 30, 65 (1983); Suppl. 7, 60 (1987); 48, 123 (1990); 77, 323 (2000)
4-Chloro-ortho-toluidine (see para-chloro-ortho-toluidine)
5-Chloro-ortho-toluidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 341 (2000)
Chlorotrianisene (see also Nonsteroidal estrogens) . . . . . . . . . . . . . . . .21, 139 (1979); Suppl. 7, 280 (1987)
2-Chloro-1,1,1-trifluoroethane . . . . . . . . . . . . . . . . . . . . .41, 253 (1986); Suppl. 7, 60 (1987); 71, 1355 (1999)
Chlorozotocin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 65 (1990)
Cholesterol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 99 (1976); 31, 95 (1983); Suppl. 7, 161 (1987)
Chromic acetate (see Chromium and chromium compounds)
Chromic chloride (see Chromium and chromium compounds)
Chromic oxide (see Chromium and chromium compounds)
Chromic phosphate (see Chromium and chromium compounds)
Chromite ore (see Chromium and chromium compounds)
Chromium and chromium compounds (see also Implants, surgical) . . . . . .2, 100 (1973); 23, 205 (1980); Suppl. 7, 165 (1987); 49, 49 (1990) (corr. 51, 483); 100C,147 (2012)
Chromium carbonyl (see Chromium and chromium compounds)
Chromium potassium sulfate (see Chromium and chromium compounds)
Chromium sulfate (see Chromium and chromium compounds)
Chromium trioxide (see Chromium and chromium compounds)
Chrysazin (see Dantron)
Chrysene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3, 159 (1973); 32, 247 (1983); Suppl. 7, 60 (1987); 92, 35 (2010)
Chrysoidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 91 (1975); Suppl. 7, 169 (1987)
Chrysotile (see Asbestos)
Ciclosporin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .50, 77 (1990); 100A, 339 (2012)
CI Acid Orange 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 121 (1993)
CI Acid Red 114 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 247 (1993)
CI Basic Red 9 (see also Magenta) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 215 (1993)
CI Direct Blue 15. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 235 (1993)
CI Disperse Yellow 3 (see Disperse Yellow 3)
Cimetidine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 235 (1990)
Cinnamyl anthranilate . . . . . . . . . . . . . . 16, 287 (1978); 31, 133 (1983); Suppl. 7, 60 (1987); 77, 177 (2000)
CI Pigment Red 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 259 (1993)
CI Pigment Red 53:1 (see D&C Red No. 9)
Cisplatin (see also Etoposide) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 151 (1981); Suppl. 7, 170 (1987)
Citrinin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 67 (1986); Suppl. 7, 60 (1987)
Citrus Red No. 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 101 (1975) (corr. 42, 254); Suppl. 7, 60 (1987)
Clinoptilolite (see Zeolites)

Clofibrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 39 (1980); Suppl. 7, 171 (1987); 66, 391 (1996)

Clomiphene citrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 551 (1979); Suppl. 7, 172 (1987)

Clonorchis sinensis (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 121 (1994); 100B, 341 (2012)

Coal, indoor emissions from household combustion of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95, 43 (2010)

Coal dust. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68, 337 (1997)

Coal gasification. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34, 65 (1984); Suppl. 7, 173 (1987); 92, 35 (2010)

Coal-tar distillation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Coal-tar pitches (see also Coal-tars) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35, 83 (1985); Suppl. 7, 174 (1987)

Coal-tars . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35, 83 (1985); Suppl. 7, 175 (1987)

Cobalt[III] acetate (see Cobalt and cobalt compounds)

Cobalt-aluminium-chromium spinel (see Cobalt and cobalt compounds)

Cobalt and cobalt compounds (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 363 (1991)

Cobalt[II] chloride (see Cobalt and cobalt compounds)

Cobalt-chromium alloy (see Chromium and chromium compounds)

Cobalt-chromium-molybdenum alloys (see Cobalt and cobalt compounds)

Cobalt metal powder (see Cobalt and cobalt compounds)

Cobalt metal with tungsten carbide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)

Cobalt metal without tungsten carbide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)

Cobalt naphthenate (see Cobalt and cobalt compounds)

Cobalt[II] oxide (see Cobalt and cobalt compounds)

Cobalt[II,III] oxide (see Cobalt and cobalt compounds)

Cobalt sulfate and other soluble cobalt(II) salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 37 (2006)

Cobalt[II] sulfide (see Cobalt and cobalt compounds)

Coffee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 41 (1991) (corr. 52, 513)

Coke production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34, 101 (1984); Suppl. 7, 176 (1987); 92, 35 (2010)

Combined estrogen–progestogen
 contraceptives. . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 297 (1987); 72, 49 (1999); 91, 39 (2007); 100A, 285 (2012)

Combined estrogen–progestogen
 menopausal therapy . . . . . . . . . . . . Suppl. 7, 308 (1987); 72, 531 (1999); 91, 203 (2007); 100A, 251 (2012)

Conjugated equine estrogens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)

Conjugated estrogens (see also Steroidal estrogens). . . . . . . . . . . . . . 21, 147 (1979); Suppl. 7, 283 (1987)

Continuous glass filament (see Man-made vitreous fibres)

Copper 8-hydroxyquinoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 103 (1977); Suppl. 7, 61 (1987)

Coronene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 263 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)

Coumarin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 113 (1976); Suppl. 7, 61 (1987); 77, 193 (2000)

Creosotes (see also Coal-tars) . . . . . . . . . . . . . . . . . . . . . . . 35, 83 (1985); Suppl. 7, 177 (1987); 92, 35 (2010)

meta-Cresidine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 91 (1982); Suppl. 7, 61 (1987)

para-Cresidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 92 (1982); Suppl. 7, 61 (1987)

Cristobalite (see Crystalline silica)

Crocidolite (see Asbestos)

Crotonaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 373 (1995) (corr. 65, 549)

Crude oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 119 (1989)

Crystalline silica (see also Silica) . . 42, 39 (1987); Suppl. 7, 341 (1987); 68, 41 (1997) (corr. 81, 383); 100C, 355 (2012)

Cycasin
(see also Methylazoxymethanol) . . . . . . . 1, 157 (1972) (corr. 42, 251); 10, 121 (1976); Suppl. 7, 61 (1987)

IARC MONOGRAPHS – 100C

Cyclamates. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 55 (1980); Suppl. 7, 178 (1987); 73, 195 (1999)
Cyclamic acid (see Cyclamates)
Cyclochlorotine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 139 (1976); Suppl. 7, 61 (1987)
Cyclohexanone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 157 (1989); 71, 1359 (1999)
Cyclohexylamine (see Cyclamates)
4-Cyclopenta[*def*]chrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Cyclopenta[*cd*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 269 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)
5,6-Cyclopenteno-1,2-benzanthracene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Cyclopropane (see Anaesthetics, volatile)
Cyclophosphamide. . . . . . . . . . . . . . . . .9, 135 (1975); 26, 165 (1981); Suppl. 7, 182 (1987); 100A, 63 (2012)
Cyproterone acetate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 49 (1999)

# D

2,4-D (see also Chlorophenoxy herbicides;
 Chlorophenoxy herbicides, occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 111 (1977)
Dacarbazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 203 (1981); Suppl. 7, 184 (1987)
Dantron. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 265 (1990) (corr. 59, 257)
D&C Red No. 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 107 (1975); Suppl. 7, 61 (1987); 57, 203 (1993)
Dapsone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 59 (1980); Suppl. 7, 185 (1987)
Daunomycin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 145 (1976); Suppl. 7, 61 (1987)
DDD (see DDT)
DDE (see DDT)
DDT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 83 (1974) (corr. 42, 253); Suppl. 7, 186 (1987); 53, 179 (1991)
Decabromodiphenyl oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 73 (1990); 71, 1365 (1999)
Deltamethrin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 251 (1991)
Deoxynivalenol (see Toxins derived from *Fusarium graminearum, F. culmorum* and *F. crookwellense*)
Diacetylaminoazotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 113 (1975); Suppl. 7, 61 (1987)
*N*,*N*′-Diacetylbenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 293 (1978); Suppl. 7, 61 (1987)
Diallate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 69 (1976); 30, 235 (1983); Suppl. 7, 61 (1987)
2,4-Diaminoanisole and its salts. . . . . . . 16, 51 (1978); 27, 103 (1982); Suppl. 7, 61 (1987); 79, 619 (2001)
4,4′-Diaminodiphenyl ether. . . . . . . . . . . . . . . . . . . . . . 16, 301 (1978); 29, 203 (1982); Suppl. 7, 61 (1987)
1,2-Diamino-4-nitrobenzene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 63 (1978); Suppl. 7, 61 (1987)
1,4-Diamino-2-nitrobenzene. . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 73 (1978); Suppl. 7, 61 (1987); 57, 185 (1993)
2,6-Diamino-3-(phenylazo)pyridine (see Phenazopyridine hydrochloride)
2,4-Diaminotoluene (see also Toluene diisocyanates) . . . . . . . . . . . . . . 16, 83 (1978); Suppl. 7, 61 (1987)
2,5-Diaminotoluene (see also Toluene diisocyanates) . . . . . . . . . . . . . . 16, 97 (1978); Suppl. 7, 61 (1987)
*ortho*-Dianisidine (see 3,3′-Dimethoxybenzidine)
Diatomaceous earth, uncalcined (see Amorphous silica)
Diazepam. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 57 (1977); Suppl. 7, 189 (1987); 66, 37 (1996)
Diazomethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 223 (1974); Suppl. 7, 61 (1987)
Dibenz[*a*,*h*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 247 (1973); 32, 277 (1983); Suppl. 7, 61 (1987)
Dibenz[*a*,*j*]acridine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 254 (1973); 32, 283 (1983); Suppl. 7, 61 (1987)
Dibenz[*a*,*c*]anthracene . . . . . . . . . . . . . . . . 32, 289 (1983) (corr. 42, 262); Suppl. 7, 61 (1987); 92, 35 (2010)
Dibenz[*a*,*h*]anthracene . . .3, 178 (1973) (corr. 43, 261); 32, 299 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)

Dibenz[*a,j*]anthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 309 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)

7*H*-Dibenzo[*c,g*]carbazole . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 260 (1973); 32, 315 (1983); Suppl. 7, 61 (1987)

Dibenzodioxins, chlorinated (other than TCDD) (see Chlorinated dibenzodioxins (other than TCDD))

Dibenzo[*a,e*]fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 321 (1983); Suppl. 7, 61 (1987); 92, 35 (2010)

13*H*-Dibenzo[*a,g*]fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Dibenzo[*h,rst*]pentaphene . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 197 (1973); Suppl. 7, 62 (1987); 92, 35 (2010)

Dibenzo[*a,e*]pyrene . . . . . . . . . . . . . . . . . . . . 3, 201 (1973); 32, 327 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)

Dibenzo[*a,h*]pyrene . . . . . . . . . . . . . . . . . . . . 3, 207 (1973); 32, 331 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)

Dibenzo[*a,i*]pyrene . . . . . . . . . . . . . . . . . . . . 3, 215 (1973); 32, 337 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)

Dibenzo[*a,l*]pyrene . . . . . . . . . . . . . . . . . . . . 3, 224 (1973); 32, 343 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)

Dibenzo[*e,l*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)

Dibenzo-*para*-dioxin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 33 (1997)

Dibromoacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1369 (1999)

1,2-Dibromo-3-chloropropane . . . . . . . 15, 139 (1977); 20, 83 (1979); Suppl. 7, 191 (1987); 71, 479 (1999)

1,2-Dibromoethane (see Ethylene dibromide)

2,3-Dibromopropan-1-ol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 439 (2000)

Dichloroacetic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 271 (1995); 84, 359 (2004)

Dichloroacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 1375 (1999)

Dichloroacetylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 369 (1986); Suppl. 7, 62 (1987); 71, 1381 (1999)

*ortho*-Dichlorobenzene . . . . . . . . . . . . . . 7, 231 (1974); 29, 213 (1982); Suppl. 7, 192 (1987); 73, 223 (1999)

*meta*-Dichlorobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73, 223 (1999)

*para*-Dichlorobenzene . . . . . . . . . . . . . . 7, 231 (1974); 29, 215 (1982); Suppl. 7, 192 (1987); 73, 223 (1999)

3,3′-Dichlorobenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 49 (1974); 29, 239 (1982); Suppl. 7, 193 (1987)

*trans*-1,4-Dichlorobutene . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 149 (1977); Suppl. 7, 62 (1987); 71, 1389 (1999)

3,3′-Dichloro-4,4′-diaminodiphenyl ether . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 309 (1978); Suppl. 7, 62 (1987)

1,2-Dichloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 429 (1979); Suppl. 7, 62 (1987); 71, 501 (1999)

Dichloromethane . . . . . . . . . . . . . . . . . . . 20, 449 (1979); 41, 43 (1986); Suppl. 7, 194 (1987); 71, 251 (1999)

2,4-Dichlorophenol (see Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts)

(2,4-Dichlorophenoxy)acetic acid (see 2,4-D)

2,6-Dichloro-*para*-phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 325 (1986); Suppl. 7, 62 (1987)

1,2-Dichloropropane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 131 (1986); Suppl. 7, 62 (1987); 71, 1393 (1999)

1,3-Dichloropropene (technical-grade) . . . . . . . . . . . . . 41, 113 (1986); Suppl. 7, 195 (1987); 71, 933 (1999)

Dichlorvos . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 97 (1979); Suppl. 7, 62 (1987); 53, 267 (1991)

Dicofol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 87 (1983); Suppl. 7, 62 (1987)

Dicyclohexylamine (see Cyclamates)

Didanosine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 153 (2000)

Dieldrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 125 (1974); Suppl. 7, 196 (1987)

Dienoestrol (see also Nonsteroidal estrogens) . . . . . . . . . . . . . . . . . . . . . 21, 161 (1979); Suppl. 7, 278 (1987)

Diepoxybutane
 (see also 1,3-Butadiene) . . . . . . . . . . . . . . 11, 115 (1976) (corr. 42, 255); Suppl. 7, 62 (1987); 71, 109 (1999)

Diesel and gasoline engine exhausts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 41 (1989)

Diesel fuels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 219 (1989) (corr. 47, 505)

Diethanolamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 349 (2000)

Diethyl ether (see Anaesthetics, volatile)

Di(2-ethylhexyl) adipate . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 257 (1982); Suppl. 7, 62 (1987); 77, 149 (2000)

IARC MONOGRAPHS – 100C

Di(2-ethylhexyl) phthalate . . . . . . . . . . . . . 29, 269 (1982) (corr. 42, 261); Suppl. 7, 62 (1987); 77, 41 (2000)
1,2-Diethylhydrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 153 (1974); Suppl. 7, 62 (1987); 71, 1401 (1999)
Diethylstilbestrol . . . . . 6, 55 (1974); 21, 173 (1979) (corr. 42, 259); Suppl. 7, 273 (1987); 100A, 177 (2012)
Diethylstilbestrol dipropionate (see Diethylstilbestrol)
Diethyl sulfate. . . . . . . . . . . . . . . . . . . . . .4, 277 (1974); Suppl. 7, 198 (1987); 54, 213 (1992); 71, 1405 (1999)
*N,N'*-Diethylthiourea. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 649 (2001)
Diglycidyl resorcinol ether . . . . . . . . . . 11, 125 (1976); 36, 181 (1985); Suppl. 7, 62 (1987); 71, 1417 (1999)
Dihydrosafrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 170 (1972); 10, 233 (1976) Suppl. 7, 62 (1987)
1,2-Dihydroaceanthrylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
1,8-Dihydroxyanthraquinone (see Dantron)
Dihydroxybenzenes (see Catechol; Hydroquinone; Resorcinol)
1,3-Dihydroxy-2-hydroxymethylanthraquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Dihydroxymethylfuratrizine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 77 (1980); Suppl. 7, 62 (1987)
Diisopropyl sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 229 (1992); 71, 1421 (1999)
Dimethisterone (see also Progestins; Sequential oral contraceptives) . . . . . 6, 167 (1974); 21, 377 (1979))
Dimethoxane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 177 (1977); Suppl. 7, 62 (1987)
3,3'-Dimethoxybenzidine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 41 (1974); Suppl. 7, 198 (1987)
3,3'-Dimethoxybenzidine-4,4'-diisocyanate . . . . . . . . . . . . . . . . . . . . . . 39, 279 (1986); Suppl. 7, 62 (1987)
*para*-Dimethylaminoazobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 125 (1975); Suppl. 7, 62 (1987)
*para*-Dimethylaminoazobenzenediazo sodium sulfonate . . . . . . . . . . . 8, 147 (1975); Suppl. 7, 62 (1987)
*trans*-2-[(Dimethylamino)methylimino]-5-
[2-(5-nitro-2-furyl)-vinyl]-1,3,4-oxadiazole . . . . . . . . . . . . 7, 147 (1974) (corr. 42, 253); Suppl. 7, 62 (1987)
4,4'-Dimethylangelicin plus ultraviolet radiation
  (see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
4,5'-Dimethylangelicin plus ultraviolet radiation
  (see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)
2,6-Dimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 323 (1993)
*N,N*-Dimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57, 337 (1993)
Dimethylarsinic acid (see Arsenic and arsenic compounds)
3,3'-Dimethylbenzidine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 87 (1972); Suppl. 7, 62 (1987)
Dimethylcarbamoyl chloride. . . . . . . . . . . . . . . . . . . . . . . 12, 77 (1976); Suppl. 7, 199 (1987); 71, 531 (1999)
Dimethylformamide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 171 (1989); 71, 545 (1999)
1,1-Dimethylhydrazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 137 (1974); Suppl. 7, 62 (1987); 71, 1425 (1999)
1,2-Dimethylhydrazine . . . . . . . . . . . . . . 4, 145 (1974) (corr. 42, 253); Suppl. 7, 62 (1987); 71, 947 (1999)
Dimethyl hydrogen phosphite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 85 (1990); 71, 1437 (1999)
1,4-Dimethylphenanthrene. . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 349 (1983); Suppl. 7, 62 (1987); 92, 35 (2010)
Dimethyl sulfate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4, 271 (1974); Suppl. 7, 200 (1987); 71, 575 (1999)
3,7-Dinitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 189 (1989); 65, 297 (1996)
3,9-Dinitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 195 (1989); 65, 297 (1996)
1,3-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 201 (1989)
1,6-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 215 (1989)
1,8-Dinitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 171 (1984); Suppl. 7, 63 (1987); 46, 231 (1989)
Dinitrosopentamethylenetetramine . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 241 (1976); Suppl. 7, 63 (1987)
2,4-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996) (corr. 66, 485)
2,6-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996) (corr. 66, 485)
3,5-Dinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 309 (1996)

1,4-Dioxane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .11, 247 (1976); Suppl. 7, 201 (1987); 71, 589 (1999)
2,4′-Diphenyldiamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 313 (1978); Suppl. 7, 63 (1987)
Direct Black 38 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . 29, 295 (1982) (corr. 42, 261)
Direct Blue 6 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 311 (1982)
Direct Brown 95 (see also Benzidine-based dyes) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 321 (1982)
Disperse Blue 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 139 (1990)
Disperse Yellow 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 97 (1975); Suppl. 7, 60 (1987); 48, 149 (1990)
Disulfiram. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 85 (1976); Suppl. 7, 63 (1987)
Dithranol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 75 (1977); Suppl. 7, 63 (1987)
Divinyl ether (see Anaesthetics, volatile)
Doxefazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 97 (1996)
Doxylamine succinate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 145 (2001)
Droloxifene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 241 (1996)
Dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 33 (1995)
Dulcin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 97 (1976); Suppl. 7, 63 (1987)

# E

Endrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 157 (1974); Suppl. 7, 63 (1987)
Enflurane (see Anaesthetics, volatile)
Eosin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 183 (1977); Suppl. 7, 63 (1987)
Epichlorohydrin . . . . . . . . . . . . . . . . . . . 11, 131 (1976) (corr. 42, 256); Suppl. 7, 202 (1987); 71, 603 (1999)
1,2-Epoxybutane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 217 (1989); 71, 629 (1999)
1-Epoxyethyl-3,4-epoxycyclohexane (see 4-Vinylcyclohexene diepoxide)
3,4-Epoxy-6-methylcyclohexylmethyl
 3,4-epoxy-6-methylcyclohexane carboxylate. . . . . . 11, 147 (1976); Suppl. 7, 63 (1987); 71, 1441 (1999)
cis-9,10-Epoxystearic acid. . . . . . . . . . . . . . . . . . . . . . . . . . 11, 153 (1976); Suppl. 7, 63 (1987); 71, 1443 (1999)
Epstein-Barr virus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70, 47 (1997); 100B, 49 (2012)
d-Equilenin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)
Equilin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 399 (1999)
Erionite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 225 (1987); Suppl. 7, 203 (1987); 100C, 311 (2012)
Estazolam. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 105 (1996)
Estradiol . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 99 (1974); 21, 279 (1979); Suppl. 7, 284 (1987); 72, 399 (1999)
Estradiol-17β (see Estradiol)
Estradiol 3-benzoate (see Estradiol)
Estradiol dipropionate (see Estradiol)
Estradiol mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 217 (1975); Suppl. 7, 68 (1987)
Estradiol valerate (see Estradiol)
Estriol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 117 (1974); 21, 327 (1979); Suppl. 7, 285 (1987); 72, 399 (1999)
Estrogen replacement therapy (see Post-menopausal estrogen therapy)
Estrogens (see Estrogens, progestins and combinations)
Estrogens, conjugated (see Conjugated estrogens)
Estrogens, nonsteroidal (see Nonsteroidal estrogens)
Estrogens, progestins (progestogens)
 and combinations . . . . . . . . . . . . . . . 6 (1974); 21 (1979); Suppl. 7, 272(1987); 72, 49, 339, 399, 531 (1999)

IARC MONOGRAPHS – 100C

Estrogens, steroidal (see Steroidal estrogens)

Estrone . . . . . . . . . . . . . . .  6, 123 (1974); 21, 343 (1979) (corr. 42, 259); Suppl. 7, 286 (1987); 72, 399 (1999)

Estrone benzoate (see Estrone)

Ethinyloestradiol . . . . . . . . . . . . . . . . . . . . . . .6, 77 (1974); 21, 233 (1979); Suppl. 7, 286 (1987); 72, 49 (1999)

Ethionamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 83 (1977); Suppl. 7, 63 (1987)

Ethyl acrylate. . . . . . . . . . . . . . . . . . . . . . . . . 19, 57 (1979); 39, 81 (1986); Suppl. 7, 63 (1987); 71, 1447 (1999)

Ethyl carbamate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 111 (1974); Suppl. 7, 73 (1987); 96, 1295 (2010)

Ethylbenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 227 (2000)

Ethylene . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 157 (1979); Suppl. 7, 63 (1987); 60, 45 (1994); 71, 1447 (1999)

Ethylene dibromide . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 195 (1977); Suppl. 7, 204 (1987); 71, 641 (1999)

Ethylene oxide  11, 157 (1976); 36, 189 (1985) (corr. 42, 263); Suppl. 7, 205 (1987); 60, 73 (1994); 97, 185 (2008)

Ethylene sulfide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 257 (1976); Suppl. 7, 63 (1987)

Ethylenethiourea. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 45 (1974); Suppl. 7, 207 (1987); 79, 659 (2001)

2-Ethylhexyl acrylate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 475 (1994)

Ethyl methanesulfonate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 245 (1974); Suppl. 7, 63 (1987)

N-Ethyl-N-nitrosourea . . . . . . . . . . . . . . . . . . . . . . . 1, 135 (1972); 17, 191 (1978); Suppl. 7, 63 (1987)

Ethyl selenac (see also Selenium and selenium compounds) . . . . . . . .12, 107 (1976); Suppl. 7, 63 (1987)

Ethyl tellurac . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 115 (1976); Suppl. 7, 63 (1987)

Ethynodiol diacetate . . . . . . . . . . . . . . . .  6, 173 (1974); 21, 387 (1979); Suppl. 7, 292 (1987); 72, 49 (1999)

Etoposide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .76, 177 (2000); 100A, 93 (2012)

Eugenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 75 (1985); Suppl. 7, 63 (1987)

Evans blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 151 (1975); Suppl. 7, 63 (1987)

Extremely low-frequency electric fields . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)

Extremely low-frequency magnetic fields . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .80 (2002)

# F

Fast Green FCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16, 187 (1978); Suppl. 7, 63 (1987)

Fenvalerate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 309 (1991)

Ferbam . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 121 (1976) (corr. 42, 256); Suppl. 7, 63 (1987)

Ferric oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 29 (1972); Suppl. 7, 216 (1987)

Ferrochromium (see Chromium and chromium compounds)

Firefighting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .98, 395 (2010)

Fluometuron. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 245 (1983); Suppl. 7, 63 (1987)

Fluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 355 (1983); Suppl. 7, 63 (1987); 92, 35 (2010)

Fluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 365 (1983); Suppl. 7, 63 (1987); 92, 35 (2010)

Fluorescent lighting (exposure to) (see Ultraviolet radiation)

Fluorides (inorganic, used in drinking-water) . . . . . . . . . . . . . . . . . . . . . .27, 237 (1982); Suppl. 7, 208 (1987)

5-Fluorouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .26, 217 (1981); Suppl. 7, 210 (1987)

Fluorspar (see Fluorides)

Fluosilicic acid (see Fluorides)

Fluroxene (see Anaesthetics, volatile)

Foreign bodies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74 (1999)

Formaldehyde  . . 29, 345 (1982); Suppl. 7, 211 (1987); 62, 217 (1995) (corr. 65, 549; corr. 66, 485); 88, 39

(2006)

2-(2-Formylhydrazino)-4-(5-nitro-2-furyl)thiazole . . . . . . 7, 151 (1974) (corr. 42, 253); Suppl. 7, 63 (1987)

Frusemide (see Furosemide)

Frying, emissions from high-temperature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95, 309 (2010)

Fuel oils (heating oils) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 239 (1989) (corr. 47, 505)

Fumonisin B1 (see also Toxins derived from Fusarium moniliforme) . . . . . . . . . . . . . . . . . . . . 82, 301 (2002)

Fumonisin B2 (see Toxins derived from Fusarium moniliforme)

Furan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 393 (1995)

Furazolidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 141 (1983); Suppl. 7, 63 (1987)

Furfural . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 409 (1995)

Furniture and cabinet-making . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25, 99 (1981)

Furosemide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 277 (1990)

2-(2-Furyl)-3-(5-nitro-2-furyl)acrylamide (see AF-2)

Fusarenon-X (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)

Fusarenone-X (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)

Fusarin C (see Toxins derived from Fusarium moniliforme)

# G

Gallium arsenide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 163 (2006)

Gamma (γ)-radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75, 121 (2000)

Gasoline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 159 (1989) (corr. 47, 505)

Gasoline engine exhaust (see Diesel and gasoline engine exhausts)

Gemfibrozil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 427 (1996)

Glass fibres (see Man-made mineral fibres)

Glass manufacturing industry, occupational exposures in . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58, 347 (1993)

Glass wool (see Man-made vitreous fibres)

Glass filaments (see Man-made mineral fibres)

Glu-P-1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 223 (1986); Suppl. 7, 64 (1987)

Glu-P-2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 235 (1986); Suppl. 7, 64 (1987)

L-Glutamic acid, 5-[2-(4-hydroxymethyl)phenylhydrazide] (see Agaritine)

Glycidaldehyde . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 175 (1976); Suppl. 7, 64 (1987); 71, 1459 (1999)

Glycidol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 469 (2000)

Glycidyl ethers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 237 (1989); 71, 1285, 1417, 1525, 1539 (1999)

Glycidyl oleate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 183 (1976); Suppl. 7, 64 (1987)

Glycidyl stearate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 187 (1976); Suppl. 7, 64 (1987)

Griseofulvin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 153 (1976); Suppl. 7, 64, 391 (1987); 79, 289 (2001)

Guinea Green B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 199 (1978); Suppl. 7, 64 (1987)

Gyromitrin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 163 (1983); Suppl. 7, 64, 391 (1987)

IARC MONOGRAPHS – 100C

# H

Haematite ........................................................ 1, 29 (1972); Suppl. 7, 216 (1987)

Haematite and ferric oxide..................................................Suppl. 7, 216 (1987)

Haematite mining, underground, with exposure to radon........... 1, 29 (1972); Suppl. 7, 216 (1987)

Hairdressers and barbers (occupational exposure as) ................................... 57, 43 (1993)

Hair dyes, epidemiology of ............................................. 16, 29 (1978); 27, 307 (1982)

Halogenated acetonitriles .......................... 52, 269 (1991); 71, 1325, 1369, 1375, 1533 (1999)

Halothane (see Anaesthetics, volatile)

HC Blue No. 1 ................................................................. 57, 129 (1993)

HC Blue No. 2 ................................................................. 57, 143 (1993)

α-HCH (see Hexachlorocyclohexanes)

β-HCH (see Hexachlorocyclohexanes)

γ-HCH (see Hexachlorocyclohexanes)

HC Red No. 3 ................................................................. 57, 153 (1993)

HC Yellow No. 4 .............................................................. 57, 159 (1993)

Heating oils (see Fuel oils)

*Helicobacter pylori* (infection with) ...................................61, 177 (1994); 100B, 385 (2012)

Hepatitis B virus ......................................................... 59, 45 (1994); 100B, 93 (2012)

Hepatitis C virus .......................................................59, 165 (1994); 100B, 135 (2012)

Hepatitis D virus............................................................... 59, 223 (1994)

Heptachlor (see also Chlordane/Heptachlor) ............................. 5, 173 (1974); 20, 129 (1979)

Hexachlorobenzene ................................20, 155 (1979); Suppl. 7, 219 (1987); 79, 493 (2001)

Hexachlorobutadiene .............................. 20, 179 (1979); Suppl. 7, 64 (1987); 73, 277 (1999)

Hexachlorocyclohexanes ............. 5, 47 (1974); 20, 195 (1979) (corr. 42, 258); Suppl. 7, 220 (1987)

Hexachlorocyclohexane, technical-grade (see Hexachlorocyclohexanes)

Hexachloroethane................................... 20, 467 (1979); Suppl. 7, 64 (1987); 73, 295 (1999)

Hexachlorophene ......................................... 20, 241 (1979); Suppl. 7, 64 (1987)

Hexamethylphosphoramide ........................15, 211 (1977); Suppl. 7, 64 (1987); 71, 1465 (1999)

Hexestrol (see also Nonsteroidal estrogens) .........................................Suppl. 7, 279 (1987)

Hormonal contraceptives, progestogens only ........................................ 72, 339 (1999)

Human herpesvirus 8 ........................................................... 70, 375 (1997)

Human immunodeficiency viruses .....................................67, 31 (1996); 100B, 215 (2012)

Human papillomaviruses ....................... 64 (1995) (corr. 66, 485); 90 (2007); 100B, 255 (2012)

Human T-cell lymphotropic viruses ...................................67, 261 (1996); 100B, 315 (2012)

Hycanthone mesylate ............................................... 13, 91 (1977); Suppl. 7, 64 (1987)

Hydralazine ......................................................24, 85 (1980); Suppl. 7, 222 (1987)

Hydrazine..............................................4, 127 (1974); Suppl. 7, 223 (1987); 71, 991 (1999)

Hydrochloric acid ............................................................. 54, 189 (1992)

Hydrochlorothiazide ........................................................... 50, 293 (1990)

Hydrogen peroxide.................................. 36, 285 (1985); Suppl. 7, 64 (1987); 71, 671 (1999)

Hydroquinone ..................................... 15, 155 (1977); Suppl. 7, 64 (1987); 71, 691 (1999)

1-Hydroxyanthraquinone................................................................ 82, 129 (2002)

4-Hydroxyazobenzene ......................................... 8, 157 (1975); Suppl. 7, 64 (1987)

17α-Hydroxyprogesterone caproate (see also Progestins)................ 21, 399 (1979) (corr. 42, 259)

8-Hydroxyquinoline ............................................... 13, 101 (1977); Suppl. 7, 64 (1987)

8-Hydroxysenkirkine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 265 (1976); Suppl. 7, 64 (1987)
Hydroxyurea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 347 (2000)
Hypochlorite salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 159 (1991)

## I

Implants, surgical . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .74, 1999
Indeno[1,2,3-*cd*]pyrene . . . . . . . . . . . . . . . . . .3, 229 (1973); 32, 373 (1983); Suppl. 7, 64 (1987); 92, 35 (2010)
Indium phosphide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 197 (2006)
Inorganic acids (see Sulfuric acid and other strong inorganic acids, occupational exposures to mists
and vapours from)
Inorganic lead compounds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 230 (1987); 87 (2006)
Insecticides, occupational exposures in spraying and application of . . . . . . . . . . . . . . . . . . . . 53, 45 (1991)
Insulation glass wool (see Man-made vitreous fibres)
Involuntary smoking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .83, 1189 (2004)
Ionizing radiation (see Neutrons, γ- and X-radiation)
IQ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 261 (1986); Suppl. 7, 64 (1987); 56, 165 (1993)
Iron and steel founding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .34, 133 (1984); Suppl. 7, 224 (1987)
Iron-dextran complex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2, 161 (1973); Suppl. 7, 226 (1987)
Iron-dextrin complex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973) (corr. 42, 252); Suppl. 7, 64 (1987)
Iron oxide (see Ferric oxide)
Iron oxide, saccharated (see Saccharated iron oxide)
Iron sorbitol-citric acid complex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973); Suppl. 7, 64 (1987)
Isatidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 269 (1976); Suppl. 7, 65 (1987)
Isoflurane (see Anaesthetics, volatile)
Isoniazid (see Isonicotinic acid hydrazide)
Isonicotinic acid hydrazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 159 (1974); Suppl. 7, 227 (1987)
Isophosphamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 237 (1981); Suppl. 7, 65 (1987)
Isoprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 215 (1994); 71, 1015 (1999)
Isopropanol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 223 (1977); Suppl. 7, 229 (1987); 71, 1027 (1999)
Isopropanol manufacture (strong-acid process)
 (see also Isopropanol; Sulfuric acid and other strong inorganic acids, occupational exposures to mists
and vapours from) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 229 (1987)
Isopropyl oils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15, 223 (1977); Suppl. 7, 229 (1987); 71, 1483 (1999)
Isosafrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 169 (1972); 10, 232 (1976); Suppl. 7, 65 (1987)

## J

Jacobine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 275 (1976); Suppl. 7, 65 (1987)
Jet fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 203 (1989)
Joinery (see Carpentry and joinery)

IARC MONOGRAPHS – 100C

# K

Kaempferol ...................................................................31, 171 (1983); Suppl. 7, 65 (1987)
Kaposi sarcoma herpesvirus .........................................70, 375 (1997); 100B, 169 (2012)
Kepone (see Chlordecone)
Kojic acid ..................................................................................................... 79, 605 (2001)

# L

Lasiocarpine ....................................................................10, 281 (1976); Suppl. 7, 65 (1987)
Lauroyl peroxide ..................................36, 315 (1985); Suppl. 7, 65 (1987); 71, 1485 (1999)
Lead acetate (see Lead and lead compounds)
Lead and lead compounds (see also Foreign bodies)...1, 40 (1972) (corr. 42, 251); 2, 52, 150 (1973); 12, 131 (1976); 23, 40, 208, 209, 325 (1980); Suppl. 7, 230 (1987); 87 (2006)
Lead arsenate (see Arsenic and arsenic compounds)
Lead carbonate (see Lead and lead compounds)
Lead chloride (see Lead and lead compounds)
Lead chromate (see Chromium and chromium compounds)
Lead chromate oxide (see Chromium and chromium compounds)
Lead compounds, inorganic and organic.............................. Suppl. 7, 230 (1987); 87 (2006)
Lead naphthenate (see Lead and lead compounds)
Lead nitrate (see Lead and lead compounds)
Lead oxide (see Lead and lead compounds)
Lead phosphate (see Lead and lead compounds)
Lead subacetate (see Lead and lead compounds)
Lead tetroxide (see Lead and lead compounds)
Leather goods manufacture .................... 25, 279 (1981); Suppl. 7, 235 (1987); 100C, 317 (2012)
Leather industries ............................... 25, 199 (1981); Suppl. 7, 232 (1987); 100C, 317 (2012)
Leather tanning and processing ................ 25, 201 (1981); Suppl. 7, 236 (1987); 100C, 317 (2012)
Ledate (see also Lead and lead compounds)...........................................12, 131 (1976)
Levonorgestrel ............................................................................... 72, 49 (1999)
Light Green SF ..................................................16, 209 (1978); Suppl. 7, 65 (1987)
*d*-Limonene...................................................................... 56, 135 (1993); 73, 307 (1999)
Lindane (see Hexachlorocyclohexanes)
Liver flukes (see Clonorchis sinensis, Opisthorchis felineus and Opisthorchis viverrini)
Lucidin (see 1,3-Dihydro-2-hydroxymethylanthraquinone)
Lumber and sawmill industries (including logging) ................25, 49 (1981); Suppl. 7, 383 (1987)
Luteoskyrin ....................................................................10, 163 (1976); Suppl. 7, 65 (1987)
Lynoestrenol .......................................................21, 407 (1979); Suppl. 7, 293 (1987); 72, 49 (1999)

# M

Madder root (see also Rubia tinctorum) ............................................... 82, 129 (2002)

Magenta ............................... 4, 57 (1974) (corr. 42, 252); Suppl. 7, 238 (1987); 57, 215 (1993)

Magenta, manufacture of (see also Magenta)......................Suppl. 7, 238 (1987); 57, 215 (1993)

Malathion.....................................................................30, 103 (1983); Suppl. 7, 65 (1987)

Maleic hydrazide .................................... 4, 173 (1974) (corr. 42, 253); Suppl. 7, 65 (1987)

Malonaldehyde .........................................36, 163 (1985); Suppl. 7, 65 (1987); 71, 1037 (1999)

Malondialdehyde (see Malonaldehyde)

Maneb............................................................................12, 137 (1976); Suppl. 7, 65 (1987)

Man-made mineral fibres (see Man-made vitreous fibres)

Man-made vitreous fibres ................................................... 43, 39 (1988); 81 (2002)

Mannomustine.................................................................. 9, 157 (1975); Suppl. 7, 65 (1987)

Maté.......................................................................................................51, 273 (1991)

MCPA (see also Chlorophenoxy herbicides; Chlorophenoxy herbicides, occupational exposures to) 30,
255 (1983)

MeA-α-C .......................................................................40, 253 (1986); Suppl. 7, 65 (1987)

Medphalan ..................................................................... 9, 168 (1975); Suppl. 7, 65 (1987)

Medroxyprogesterone acetate 6, 157 (1974); 21, 417 (1979) (corr. 42, 259); Suppl. 7, 289 (1987); 72, 339
(1999)

Megestrol acetate ............................................................Suppl. 7, 293 (1987); 72, 49 (1999)

MeIQ ................................................................. 40, 275 (1986); Suppl. 7, 65 (1987); 56, 197 (1993)

MeIQx .................................................................40, 283 (1986); Suppl. 7, 65 (1987) 56, 211 (1993)

Melamine .................................................................39, 333 (1986); Suppl. 7, 65 (1987); 73, 329 (1999)

Melphalan ...................................................... 9, 167 (1975); Suppl. 7, 239 (1987); 100A, 109 (2012)

6-Mercaptopurine...............................................................26, 249 (1981); Suppl. 7, 240 (1987)

Mercuric chloride (see Mercury and mercury compounds)

Mercury and mercury compounds ................................................................ 58, 239 (1993)

Merphalan .................................................................... 9, 169 (1975); Suppl. 7, 65 (1987)

Mestranol...............6, 87 (1974); 21, 257 (1979) (corr. 42, 259); Suppl. 7, 288 (1987); 72, 49 (1999)

Metabisulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)

Metallic mercury (see Mercury and mercury compounds)

Methanearsonic acid, disodium salt (see Arsenic and arsenic compounds)

Methanearsonic acid, monosodium salt (see Arsenic and arsenic compounds)

Methimazole.................................................................................... 79, 53 (2001)

Methotrexate ...............................................................26, 267 (1981); Suppl. 7, 241 (1987)

Methoxsalen (see 8-Methoxypsoralen)

Methoxychlor.......................................... 5, 193 (1974); 20, 259 (1979); Suppl. 7, 66 (1987)

Methoxyflurane (see Anaesthetics, volatile)

5-Methoxypsoralen...............................................................40, 327 (1986); Suppl. 7, 242 (1987)

8-Methoxypsoralen (see also 8-Methoxypsoralen plus ultraviolet radiation) ............ 24, 101 (1980)

8-Methoxypsoralen plus ultraviolet radiation....................Suppl. 7, 243 (1987); 100A, 365 (2012)

Methyl acrylate........................... 19, 52 (1979); 39, 99 (1986); Suppl. 7, 66 (1987); 71, 1489 (1999)

5-Methylangelicin plus ultraviolet radiation
 (see also Angelicin and some synthetic derivatives) ................................Suppl. 7, 57 (1987)

2-Methylaziridine ...................................... 9, 61 (1975); Suppl. 7, 66 (1987); 71, 1497 (1999)

IARC MONOGRAPHS – 100C

Methylazoxymethanol acetate (see also Cycasin) . . . . . 1, 164 (1972); 10, 131 (1976); Suppl. 7, 66 (1987)
Methyl bromide . . . . . . . . . . . . . . . . . . . . . 41, 187 (1986) (corr. 45, 283); Suppl. 7, 245 (1987); 71, 721 (1999)
Methyl tert-butyl ether . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73, 339 (1999)
Methyl carbamate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 151 (1976); Suppl. 7, 66 (1987)
Methyl-CCNU (see 1-(2-Chloroethyl)-3-(4-methylcyclohexyl)-1-nitrosourea)
Methyl chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 161 (1986); Suppl. 7, 246 (1987); 71, 737 (1999)
1-, 2-, 3-, 4-, 5- and 6-Methylchrysenes . . . . . . . . . . . . . . 32, 379 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)
N-Methyl-N,4-dinitrosoaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 141 (1972); Suppl. 7, 66 (1987)
4,4′-Methylene bis(2-chloroaniline) . . . . 4, 65 (1974) (corr. 42, 252); Suppl. 7, 246 (1987); 57, 271 (1993)
4,4′-Methylene bis(N,N-dimethyl)benzenamine. . . . . . . . . . . . . . . . . . . . . 27, 119 (1982); Suppl. 7, 66 (1987)
4,4′-Methylene bis(2-methylaniline) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 73 (1974); Suppl. 7, 248 (1987)
4,4′-Methylenedianiline . . . . . . . . . . . . . . . . . . 4, 79 (1974) (corr. 42, 252); 39, 347 (1986); Suppl. 7, 66 (1987)
4,4′-Methylenediphenyl diisocyanate . . . . . . . . . . . . . . 19, 314 (1979); Suppl. 7, 66 (1987); 71, 1049 (1999)
2-Methylfluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 399 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)
3-Methylfluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 399 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)
Methylglyoxal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 443 (1991)
Methyl iodide . . . . . . . . . . . . . . . . . . . . . 15, 245 (1977); 41, 213 (1986); Suppl. 7, 66 (1987); 71, 1503 (1999)
Methylmercury chloride (see Mercury and mercury compounds)
Methylmercury compounds (see Mercury and mercury compounds)
Methyl methacrylate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 187 (1979); Suppl. 7, 66 (1987); 60, 445 (1994)
Methyl methanesulfonate . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 253 (1974); Suppl. 7, 66 (1987); 71, 1059 (1999)
2-Methyl-1-nitroanthraquinone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 205 (1982); Suppl. 7, 66 (1987)
N-Methyl-N′-nitro-N-nitrosoguanidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 183 (1974); Suppl. 7, 248 (1987)
3-Methylnitrosaminopropionaldehyde [see 3-(N-Nitrosomethylamino)-propionaldehyde]
3-Methylnitrosaminopropionitrile [see 3-(N-Nitrosomethylamino)-propionitrile]
4-(Methylnitrosamino)-4-(3-pyridyl)-1-butanal [see 4-(N-Nitrosomethyl-amino)-4-(3-pyridyl)-1-bu-
tanal]
4-(Methylnitrosamino)-1-(3-pyridyl)-1-butanone [see 4-(N-Nitrosomethyl-amino)-1-(3-pyridyl)-1-bu-
tanone]
N-Methyl-N-nitrosourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 125 (1972); 17, 227 (1978); Suppl. 7, 66 (1987)
N-Methyl-N-nitrosourethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 211 (1974); Suppl. 7, 66 (1987)
N-Methylolacrylamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 435 (1994)
Methyl parathion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 131 (1983); Suppl. 7, 66, 392 (1987)
1-Methylphenanthrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 405 (1983); Suppl. 7, 66 (1987); 92, 35 (2010)
7-Methylpyrido[3,4-c]psoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 349 (1986); Suppl. 7, 71 (1987)
Methyl red . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 161 (1975); Suppl. 7, 66 (1987)
Methyl selenac (see also Selenium and selenium compounds) . . . . . . 12, 161 (1976); Suppl. 7, 66 (1987)
Methylthiouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 53 (1974); Suppl. 7, 66 (1987); 79, 75 (2001)
Metronidazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 113 (1977); Suppl. 7, 250 (1987)
Microcystin-LR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 331 (2010)
Microcystis extracts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 367 (2010)
Mineral oils . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 30 (1973); 33, 87 (1984) (corr. 42, 262); Suppl. 7, 252 (1987)
Mirex . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 203 (1974); 20, 283 (1979) (corr. 42, 258); Suppl. 7, 66 (1987)
Mists and vapours from sulfuric acid and other strong inorganic acids . . . . . . . . . . . . . . . . . . 54, 41 (1992)
Mitomycin C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 171 (1976); Suppl. 7, 67 (1987)
Mitoxantrone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 289 (2000)

MNNG (see *N*-Methyl-*N*'-nitro-*N*-nitrosoguanidine)
MOCA (see 4,4'-Methylene bis(2-chloroaniline))
Modacrylic fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 86 (1979); Suppl. 7, 67 (1987)
Monochloramine (see Chloramine)
Monocrotaline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 291 (1976); Suppl. 7, 67 (1987)
Monuron. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 167 (1976); Suppl. 7, 67 (1987); 53, 467 (1991)
MOPP and other combined chemotherapy
 including alkylating agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 254 (1987); 100A, 121 (2012)
Mordanite (see Zeolites)
Morinda officinalis (see also Traditional herbal medicines) . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 129 (2002)
Morpholine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 199 (1989); 71, 1511 (1999)
5-(Morpholinomethyl)-3-[(5-nitrofurfurylidene)amino]-2-oxazolidinone. . . . . 7, 161 (1974); Suppl. 7, 67
(1987)
Musk ambrette. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 477 (1996)
Musk xylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 477 (1996)
Mustard gas. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 181 (1975) (corr. 42, 254); Suppl. 7, 259 (1987)
Myleran (see 1,4-Butanediol dimethanesulfonate)

## N

Nafenopin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 125 (1980); Suppl. 7, 67 (1987)
Naphthalene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 367 (2002)
1,5-Naphthalenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 127 (1982); Suppl. 7, 67 (1987)
1,5-Naphthalene diisocyanate . . . . . . . . . . . . . . . . . . . . 19, 311 (1979); Suppl. 7, 67 (1987); 71, 1515 (1999)
Naphtho[1,2-*b*]fluoranthene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Naphtho[2,1-*a*]fluoranthene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Naphtho[2,3-*e*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
1-Naphthylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 87 (1974) (corr. 42, 253); Suppl. 7, 260 (1987)
2-Naphthylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 97 (1974); Suppl. 7, 261 (1987)
1-Naphthylthiourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 347 (1983); Suppl. 7, 263 (1987)
Neutrons. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75, 361 (2000)
Nickel acetate (see Nickel and nickel compounds)
Nickel ammonium sulfate (see Nickel and nickel compounds)
Nickel and nickel compounds (see also Implants, surgical) . . 2, 126 (1973) (corr. 42, 252); 11, 75 (1976);
Suppl. 7, 264 (1987) (corr. 45, 283); 49, 257 (1990) (corr. 67, 395); 100C, 169 (2012)
Nickel carbonate (see Nickel and nickel compounds)
Nickel carbonyl (see Nickel and nickel compounds)
Nickel chloride (see Nickel and nickel compounds)
Nickel-gallium alloy (see Nickel and nickel compounds)
Nickel hydroxide (see Nickel and nickel compounds)
Nickelocene (see Nickel and nickel compounds)
Nickel oxide (see Nickel and nickel compounds)
Nickel subsulfide (see Nickel and nickel compounds)
Nickel sulfate (see Nickel and nickel compounds)
Niridazole. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 123 (1977); Suppl. 7, 67 (1987)

Nithiazide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 179 (1983); Suppl. 7, 67 (1987)
Nitrate or nitrite, ingested,
 under conditions that result in endogenous nitrosation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 43 (2010)
Nitrilotriacetic acid and its salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 181 (1990); 73, 385 (1999)
Nitrite (see Nitrate or nitrite)
5-Nitroacenaphthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 319 (1978); Suppl. 7, 67 (1987)
5-Nitro-*ortho*-anisidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 133 (1982); Suppl. 7, 67 (1987)
2-Nitroanisole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 369 (1996)
9-Nitroanthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 179 (1984); Suppl. 7, 67 (1987)
7-Nitrobenz[*a*]anthracene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 247 (1989)
Nitrobenzene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 381 (1996)
6-Nitrobenzo[*a*]pyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 187 (1984); Suppl. 7, 67 (1987); 46, 255 (1989)
4-Nitrobiphenyl . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 113 (1974); Suppl. 7, 67 (1987)
6-Nitrochrysene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 195 (1984); Suppl. 7, 67 (1987); 46, 267 (1989)
Nitrofen (technical-grade) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 271 (1983); Suppl. 7, 67 (1987)
3-Nitrofluoranthene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 201 (1984); Suppl. 7, 67 (1987)
2-Nitrofluorene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 277 (1989)
Nitrofural . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 171 (1974); Suppl. 7, 67 (1987); 50, 195 (1990)
5-Nitro-2-furaldehyde semicarbazone (see Nitrofural)
Nitrofurantoin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 211 (1990)
Nitrofurazone (see Nitrofural)
1-[(5-Nitrofurfurylidene)amino]-2-imidazolidinone . . . . . . . . . . . . . . . . . . 7, 181 (1974); Suppl. 7, 67 (1987)
N-[4-(5-Nitro-2-furyl)-2-thiazolyl]acetamide . . . . . . . . . . 1, 181 (1972); 7, 185 (1974); Suppl. 7, 67 (1987)
Nitrogen mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 193 (1975); Suppl. 7, 269 (1987)
Nitrogen mustard *N*-oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 209 (1975); Suppl. 7, 67 (1987)
Nitromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 487 (2000)
1-Nitronaphthalene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 291 (1989)
2-Nitronaphthalene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 303 (1989)
3-Nitroperylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 313 (1989)
2-Nitro-para-phenylenediamine (see 1,4-Diamino-2-nitrobenzene)
2-Nitropropane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29, 331 (1982); Suppl. 7, 67 (1987); 71, 1079 (1999)
1-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33, 209 (1984); Suppl. 7, 67 (1987); 46, 321 (1989)
2-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 359 (1989)
4-Nitropyrene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46, 367 (1989)
*N*-Nitrosatable drugs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 297 (1980) (corr. 42, 260)
*N*-Nitrosatable pesticides . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 359 (1983)
*N′*-Nitrosoanabasine (NAB) . . . . . . . . . . . . . . . . . . . . . . . . . 37, 225 (1985); Suppl. 7, 67 (1987); 89, 419 (2007)
*N′*-Nitrosoanatabine (NAT) . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 233 (1985); Suppl. 7, 67 (1987); 89, 419 (2007)
*N*-Nitrosodi-n-butylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 197 (1974); 17, 51 (1978); Suppl. 7, 67 (1987)
*N*-Nitrosodiethanolamine . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 77 (1978); Suppl. 7, 67 (1987); 77, 403 (2000)
*N*-Nitrosodiethylamine . . . . 1, 107 (1972) (corr. 42, 251); 17, 83 (1978) (corr. 42, 257); Suppl. 7, 67 (1987)
*N*-Nitrosodimethylamine . . . . . . . . . . . . . . . . 1, 95 (1972); 17, 125 (1978) (corr. 42, 257); Suppl. 7, 67 (1987)
*N*-Nitrosodiphenylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 213 (1982); Suppl. 7, 67 (1987)
*para*-Nitrosodiphenylamine . . . . . . . . . . . . . . . . . . . . . . . . . 27, 227 (1982) (corr. 42, 261); Suppl. 7, 68 (1987)
*N*-Nitrosodi-n-propylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 177 (1978); Suppl. 7, 68 (1987)
*N*-Nitroso-N-ethylurea (see *N*-Ethyl-*N*-nitrosourea)

*N*-Nitrosofolic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 217 (1978); Suppl. 7, 68 (1987)

*N*-Nitrosoguvacine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)

*N*-Nitrosoguvacoline . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)

*N*-Nitrosohydroxyproline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 304 (1978); Suppl. 7, 68 (1987)

3-(*N*-Nitrosomethylamino)propionaldehyde. . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)

3-(*N*-Nitrosomethylamino)propionitrile . . . . . . . . . . . . 37, 263 (1985); Suppl. 7, 68 (1987); 85, 281 (2004)

4-(*N*-Nitrosomethylamino)-4-(3-pyridyl)-1-butanal. . . . . . . . . . . . . . . . . . 37, 205 (1985); Suppl. 7, 68 (1987)

4-(*N*-Nitrosomethylamino)-1-(3-pyridyl)-1-butanone
 (NNK) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37, 209 (1985); Suppl. 7, 68 (1987); 89, 419 (2007)

*N*-Nitrosomethylethylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 221 (1978); Suppl. 7, 68 (1987)

*N*-Nitroso-*N*-methylurea (see *N*-Methyl-*N*-nitrosourea)

*N*-Nitroso-*N*-methylurethane (see *N*-Methyl-*N*-nitrosourethane)

*N*-Nitrosomethylvinylamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 257 (1978); Suppl. 7, 68 (1987)

*N*-Nitrosomorpholine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 263 (1978); Suppl. 7, 68 (1987)

*N'*-Nitrosonornicotine (NNN) . . . . . . . . . 17, 281 (1978); 37, 241 (1985); Suppl. 7, 68 (1987); 89, 419 (2007)

*N*-Nitrosopiperidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 287 (1978); Suppl. 7, 68 (1987)

*N*-Nitrosoproline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 303 (1978); Suppl. 7, 68 (1987)

*N*-Nitrosopyrrolidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 313 (1978); Suppl. 7, 68 (1987)

*N*-Nitrososarcosine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 327 (1978); Suppl. 7, 68 (1987)

Nitrosoureas, chloroethyl (see Chloroethyl nitrosoureas)

5-Nitro-*ortho*-toluidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 169 (1990)

2-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)

3-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)

4-Nitrotoluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 409 (1996)

Nitrous oxide (see Anaesthetics, volatile)

Nitrovin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 185 (1983); Suppl. 7, 68 (1987)

Nivalenol (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)

NNK (see 4-(*N*-Nitrosomethylamino)-1-(3-pyridyl)-1-butanone)

NNN (see *N'*-Nitrosonornicotine)

Nodularins . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94, 329 (2010)

Nonsteroidal estrogens. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 273 (1987)

Norethisterone . . . . . . . . . . . . . . . . . . . . . . 6, 179 (1974); 21, 461 (1979); Suppl. 7, 294 (1987); 72, 49 (1999)

Norethisterone acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72, 49 (1999)

Norethynodrel . . . . . . . . . . 6, 191 (1974); 21, 461 (1979) (corr. 42, 259); Suppl. 7, 295 (1987); 72, 49 (1999)

Norgestrel . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 201 (1974); 21, 479 (1979); Suppl. 7, 295 (1987); 72, 49 (1999)

Nylon 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 120 (1979); Suppl. 7, 68 (1987)

## O

Ochratoxin A . . . . . . . . . 10, 191 (1976); 31, 191 (1983) (corr. 42, 262); Suppl. 7, 271 (1987); 56, 489 (1993)

Oil Orange SS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 165 (1975); Suppl. 7, 69 (1987)

Oestrogen and Oestrogen-type compounds (see Estrogen)

*Opisthorchis felineus* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 121 (1994)

*Opisthorchis viverrini* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 121 (1994); 100B, 341 (2012)

Oral contraceptives, sequential (see Sequential oral contraceptives)

Orange I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 173 (1975); Suppl. 7, 69 (1987)
Orange G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 181 (1975); Suppl. 7, 69 (1987)
Organic lead compounds. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 230 (1987); 87 (2006)
Organolead compounds (see Organic lead compounds)
Oxazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 58 (1977); Suppl. 7, 69 (1987); 66, 115 (1996)
Oxymetholone (see also Androgenic (anabolic) steroids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 131 (1977)
Oxyphenbutazone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 185 (1977); Suppl. 7, 69 (1987)


# P

Paint manufacture and painting (occupational exposures in) . . . . . . . . . . . 47, 329 (1989); 98, 41 (2010)
Palygorskite. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42, 159 (1987); Suppl. 7, 117 (1987); 68, 245 (1997)
Panfuran S (see also Dihydroxymethylfuratrizine). . . . . . . . . . . . . . . . . . . . 24, 77 (1980); Suppl. 7, 69 (1987)
Paper manufacture (see Pulp and paper manufacture)
Paracetamol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 307 (1990); 73, 401 (1999)
Parasorbic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 199 (1976) (corr. 42, 255); Suppl. 7, 69 (1987)
Parathion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 153 (1983); Suppl. 7, 69 (1987)
Patulin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 205 (1976); 40, 83 (1986); Suppl. 7, 69 (1987)
Paving and roofing with coal-tar pitch . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Penicillic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 211 (1976); Suppl. 7, 69 (1987)
Pentachloroethane. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 99 (1986); Suppl. 7, 69 (1987); 71, 1519 (1999)
Pentachloronitrobenzene (see Quintozene)
Pentachlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts). . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 303 (1979); 53, 371 (1991)
Permethrin. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 329 (1991)
Perylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 411 (1983); Suppl. 7, 69 (1987); 92, 35 (2010)
Petasitenine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 207 (1983); Suppl. 7, 69 (1987)
Petasites japonicus (see also Pyrrolizidine alkaloids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 333 (1976)
Petroleum refining (occupational exposures in) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45, 39 (1989)
Petroleum solvents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 43 (1989)
Phenacetin. . . . . . . . . . . . . . . . . . . . . . 13, 141 (1977); 24, 135 (1980); Suppl. 7, 310 (1987); 100A, 379 (2012)
Phenanthrene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 419 (1983); Suppl. 7, 69 (1987); 92, 35 (2010)
Phenazopyridine hydrochloride. . . . . . . . 8, 117 (1975); 24, 163 (1980) (corr. 42, 260); Suppl. 7, 312 (1987)
Phenelzine sulfate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 175 (1980); Suppl. 7, 312 (1987)
Phenicarbazide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 177 (1976); Suppl. 7, 70 (1987)
Phenobarbital and its sodium salt. . . . . . . . . . . . . . . . . .13, 157 (1977); Suppl. 7, 313 (1987); 79, 161 (2001)
Phenol. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 263 (1989) (corr. 50, 385); 71, 749 (1999)
Phenolphthalein . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 387 (2000)
Phenoxyacetic acid herbicides (see Chlorophenoxy herbicides)
Phenoxybenzamine hydrochloride. . . . . . . . . . . . . . . . . . 9, 223 (1975); 24, 185 (1980); Suppl. 7, 70 (1987)
Phenylbutazone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13, 183 (1977); Suppl. 7, 316 (1987)
meta-Phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 111 (1978); Suppl. 7, 70 (1987)
para-Phenylenediamine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 125 (1978); Suppl. 7, 70 (1987)
Phenyl glycidyl ether (see also Glycidyl ethers) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1525 (1999)
N-Phenyl-2-naphthylamine . . . . . . . . . . . . . . . . . . . . . . . . . 16, 325 (1978) (corr. 42, 257); Suppl. 7, 318 (1987)

ortho-Phenylphenol . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 329 (1983); Suppl. 7, 70 (1987); 73, 451 (1999)
Phenytoin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13, 201 (1977); Suppl. 7, 319 (1987); 66, 175 (1996)
Phillipsite (see Zeolites)
PhIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 229 (1993)
Picene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92, 35 (2010)
Pickled vegetables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 83 (1993)
Picloram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 481 (1991)
Piperazine oestrone sulfate (see Conjugated estrogens)
Piperonyl butoxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 183 (1983); Suppl. 7, 70 (1987)
Pitches, coal-tar (see Coal-tar pitches)
Polyacrylic acid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 62 (1979); Suppl. 7, 70 (1987)
Polybrominated biphenyls . . . . . . . . . . . . . . . . . . . . . . . . 18, 107 (1978); 41, 261 (1986); Suppl. 7, 321 (1987)
Polychlorinated biphenyls . . . . . . . . . . . . 7, 261 (1974); 18, 43 (1978) (corr. 42, 258); Suppl. 7, 322 (1987)
Polychlorinated camphenes (see Toxaphene)
Polychlorinated dibenzo-*para*-dioxins
 (other than 2,3,7,8-tetrachlorodibenzodioxin) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 33 (1997)
Polychlorinated dibenzofurans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69, 345 (1997)
Polychlorophenols and their sodium salts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71, 769 (1999)
Polychloroprene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 141 (1979); Suppl. 7, 70 (1987)
Polyestradiol phosphate (see Estradiol-17β)
Polyethylene (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . 19, 164 (1979); Suppl. 7, 70 (1987)
Poly(glycolic acid) (see Implants, surgical)
Polymethylene polyphenyl isocyanate
 (see also 4,4'-Methylenediphenyl diisocyanate) . . . . . . . . . . . . . . . . . . . . 19, 314 (1979); Suppl. 7, 70 (1987)
Polymethyl methacrylate (see also Implants, surgical) . . . . . . . . . . . . . . 19, 195 (1979); Suppl. 7, 70 (1987)
Polypropylene (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . 19, 218 (1979); Suppl. 7, 70 (1987)
Polystyrene (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . . . . . 19, 245 (1979); Suppl. 7, 70 (1987)
Polytetrafluoroethylene (see also Implants, surgical) . . . . . . . . . . . . . . . 19, 288 (1979); Suppl. 7, 70 (1987)
Polyurethane foams (see also Implants, surgical) . . . . . . . . . . . . . . . . . 19, 320 (1979); Suppl. 7, 70 (1987)
Polyvinyl acetate (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . 19, 346 (1979); Suppl. 7, 70 (1987)
Polyvinyl alcohol (see also Implants, surgical) . . . . . . . . . . . . . . . . . . . . 19, 351 (1979); Suppl. 7, 70 (1987)
Polyvinyl chloride (see also Implants, surgical) . . . . . . . . 7, 306 (1974); 19, 402 (1979); Suppl. 7, 70 (1987)
Polyvinyl pyrrolidone . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 463 (1979); Suppl. 7, 70 (1987); 71, 1181 (1999)
Ponceau MX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 189 (1975); Suppl. 7, 70 (1987)
Ponceau 3R . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 199 (1975); Suppl. 7, 70 (1987)
Ponceau SX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 207 (1975); Suppl. 7, 70 (1987)
Post-menopausal estrogen therapy . . . . . . . . . . . . Suppl. 7, 280 (1987); 72, 399 (1999); 100A, 221 (2012)
Potassium arsenate (see Arsenic and arsenic compounds)
Potassium arsenite (see Arsenic and arsenic compounds)
Potassium bis(2-hydroxyethyl)dithiocarbamate . . . . . . . . . . . . . . . . . . . 12, 183 (1976); Suppl. 7, 70 (1987)
Potassium bromate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 207 (1986); Suppl. 7, 70 (1987); 73, 481 (1999)
Potassium chromate (see Chromium and chromium compounds)
Potassium dichromate (see Chromium and chromium compounds)
Prazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 143 (1996)
Prednimustine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50, 115 (1990)
Prednisone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 293 (1981); Suppl. 7, 326 (1987)

IARC MONOGRAPHS – 100C

Printing processes and printing inks .................................................. 65, 33 (1996)
Procarbazine hydrochloride ......................................26, 311 (1981); Suppl. 7, 327 (1987)
Proflavine salts ...............................................24, 195 (1980); Suppl. 7, 70 (1987)
Progesterone (see also Progestins;
 Combined oral contraceptives)...........................6, 135 (1974); 21, 491 (1979) (corr. 42, 259)
Progestins (see Progestogens)
Progestogens .........................................Suppl. 7, 289 (1987); 72, 49, 339, 531 (1999)
Pronetalol hydrochloride ........................... 13, 227 (1977) (corr. 42, 256); Suppl. 7, 70 (1987)
1,3-Propane sultone ................. 4, 253 (1974) (corr. 42, 253); Suppl. 7, 70 (1987); 71, 1095 (1999)
Propham.....................................................12, 189 (1976); Suppl. 7, 70 (1987)
β-Propiolactone..................... 4, 259 (1974) (corr. 42, 253); Suppl. 7, 70 (1987); 71, 1103 (1999)
n-Propyl carbamate ..............................................12, 201 (1976); Suppl. 7, 70 (1987)
Propylene...........................................19, 213 (1979); Suppl. 7, 71 (1987); 60, 161 (1994)
Propyleneimine (see 2-Methylaziridine)
Propylene oxide...... 11, 191 (1976); 36, 227 (1985) (corr. 42, 263); Suppl. 7, 328 (1987); 60, 181 (1994)
Propylthiouracil ...................................... 7, 67 (1974); Suppl. 7, 329 (1987); 79, 91 (2001)
Ptaquiloside (see also Bracken fern)................................. 40, 55 (1986); Suppl. 7, 71 (1987)
Pulp and paper manufacture ....................................25, 157 (1981); Suppl. 7, 385 (1987)
Pyrene ......................................... 32, 431 (1983); Suppl. 7, 71 (1987); 92, 35 (2010)
Pyridine.......................................................................77, 503 (2000)
Pyrido[3,4-c]psoralen...............................................40, 349 (1986); Suppl. 7, 71 (1987)
Pyrimethamine..................................................13, 233 (1977); Suppl. 7, 71 (1987)
Pyrrolizidine alkaloids
 (see Hydroxysenkirkine; Isatidine; Jacobine; Lasiocarpine; Monocrotaline; Retrorsine; Riddelliine;
Seneciphylline; Senkirkine)

# Q

Quartz (see Crystalline silica)
Quercetin (see also Bracken fern) ...................31, 213 (1983); Suppl. 7, 71 (1987); 73, 497 (1999)
para-Quinone......................................15, 255 (1977); Suppl. 7, 71 (1987); 71, 1245 (1999)
Quintozene .................................................... 5, 211 (1974); Suppl. 7, 71 (1987)

# R

Radiation (see gamma-radiation, neutrons, ultraviolet radiation,
 X-radiation)
Radionuclides, internally deposited ....................................................78 (2001)
Radon ............................................... 43, 173 (1988) (corr. 45, 283)
Refractory ceramic fibres (see Man-made vitreous fibres)
Reserpine........................... 10, 217 (1976); 24, 211 (1980) (corr. 42, 260); Suppl. 7, 330 (1987)
Resorcinol..................................15, 155 (1977); Suppl. 7, 71 (1987); 71, 1119 (1990)
Retrorsine..................................................10, 303 (1976); Suppl. 7, 71 (1987)

Rhodamine B. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 221 (1978); Suppl. 7, 71 (1987)
Rhodamine 6G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 233 (1978); Suppl. 7, 71 (1987)
Riddelliine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 313 (1976); Suppl. 7, 71 (1987); 82, 153 (2002)
Rifampicin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 243 (1980); Suppl. 7, 71 (1987)
Ripazepam . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 157 (1996)
Rock (stone) wool (see Man-made vitreous fibres)
Rubber industry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28 (1982) (corr. 42, 261); Suppl. 7, 332 (1987)
Rubia tinctorum (see also Madder root, Traditional herbal medicines) . . . . . . . . . . . . . . . . . 82, 129 (2002)
Rugulosin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 99 (1986); Suppl. 7, 71 (1987)

## S

Saccharated iron oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 161 (1973); Suppl. 7, 71 (1987)
Saccharin and its salts . . . . . . . . . . . . . . 22, 111 (1980) (corr. 42, 259); Suppl. 7, 334 (1987); 73, 517 (1999)
Safrole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 169 (1972); 10, 231 (1976); Suppl. 7, 71 (1987)
Salted fish. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 41 (1993)
Sawmill industry (including logging)
 (see Lumber and sawmill industry (including logging))
Scarlet Red . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 217 (1975); Suppl. 7, 71 (1987)
*Schistosoma haematobium* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 45 (1994); 100B, 371 (2012)
*Schistosoma japonicum* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 45 (1994)
*Schistosoma mansoni* (infection with) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61, 45 (1994)
Selenium and selenium compounds . . . . . . . . . . . . . . . . . . 9, 245 (1975) (corr. 42, 255); Suppl. 7, 71 (1987)
Selenium dioxide (see Selenium and selenium compounds)
Selenium oxide (see Selenium and selenium compounds)
Semicarbazide hydrochloride . . . . . . . . . . . . . . . . . . . . . . . . 12, 209 (1976) (corr. 42, 256); Suppl. 7, 71 (1987)
*Senecio jacobaea* L. (see also Pyrrolizidine alkaloids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 333 (1976)
*Senecio longilobus*
 (see also Pyrrolizidine alkaloids, Traditional) herbal medicines) . . . . . . . . . 10, 334 (1976); 82, 153 (2002)
Senecio riddellii (see also Traditional herbal medicines) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82, 153 (1982)
Seneciphylline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 319, 335 (1976); Suppl. 7, 71 (1987)
Senkirkine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 327 (1976); 31, 231 (1983); Suppl. 7, 71 (1987)
Sepiolite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 175 (1987); Suppl. 7, 71 (1987); 68, 267 (1997)
Sequential oral contraceptives
 (see also Estrogens, progestins and combinations) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .Suppl. 7, 296 (1987)
Shale-oils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .35, 161 (1985); Suppl. 7, 339 (1987)
Shiftwork . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98, 561 (2010)
Shikimic acid (see also Bracken fern) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 55 (1986); Suppl. 7, 71 (1987)
Shoe manufacture and repair (see Boot and shoe manufacture and repair)
Silica (see also Amorphous silica; Crystalline silica) . . . . . . . . . . . . . . . . . . . . .42, 39 (1987); 100C, 355 (2012)
Silicone (see Implants, surgical)
Simazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 495 (1991); 73, 625 (1999)
Slag wool (see Man-made vitreous fibres)
Sodium arsenate (see Arsenic and arsenic compounds)
Sodium arsenite (see Arsenic and arsenic compounds)

Sodium cacodylate (see Arsenic and arsenic compounds)
Sodium chlorite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52, 145 (1991)
Sodium chromate (see Chromium and chromium compounds)
Sodium cyclamate (see Cyclamates)
Sodium dichromate (see Chromium and chromium compounds)
Sodium diethyldithiocarbamate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 217 (1976); Suppl. 7, 71 (1987)
Sodium equilin sulfate (see Conjugated estrogens)
Sodium estrone sulfate (see Conjugated estrogens)
Sodium fluoride (see Fluorides)
Sodium monofluorophosphate (see Fluorides)
Sodium ortho-phenylphenate
 (see also ortho-Phenylphenol) . . . . . . . . . . . . . . . . 30, 329 (1983); Suppl. 7, 71, 392 (1987); 73, 451 (1999)
Sodium saccharin (see Saccharin)
Sodium selenate (see Selenium and selenium compounds)
Sodium selenite (see Selenium and selenium compounds)
Sodium silicofluoride (see Fluorides)
Solar radiation  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55 (1992)
Soots . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 22 (1973); 35, 219 (1985); Suppl. 7, 343 (1987)
Special-purpose glass fibres such as E-glass and '475' glass fibres (see Man-made vitreous fibres)
Spironolactone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 259 (1980); Suppl. 7, 344 (1987); 79, 317 (2001)
Stannous fluoride (see Fluorides)
Static electric fields . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80 (2002)
Static magnetic fields. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80 (2002)
Steel founding (see Iron and steel founding)
Steel, stainless (see Implants, surgical)
Sterigmatocystin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 175 (1972); 10, 245 (1976); Suppl. 7, 72 (1987)
Steroidal estrogens  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 280 (1987)
Streptozotocin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 221 (1974); 17, 337 (1978); Suppl. 7, 72 (1987)
Strobane® (see Terpene polychlorinates)
Strong-inorganic-acid mists containing sulfuric acid (see Mists and vapours from sulfuric acid and
other strong inorganic acids)
Strontium chromate (see Chromium and chromium compounds)
Styrene  19, 231 (1979) (corr. 42, 258); Suppl. 7, 345 (1987); 60, 233 (1994) (corr. 65, 549); 82, 437 (2002)
Styrene-acrylonitrile copolymers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 97 (1979); Suppl. 7, 72 (1987)
Styrene-butadiene copolymers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 252 (1979); Suppl. 7, 72 (1987)
Styrene-7,8-oxide . . . . 11, 201 (1976); 19, 275 (1979); 36, 245 (1985); Suppl. 7, 72 (1987); 60, 321 (1994)
Succinic anhydride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 265 (1977); Suppl. 7, 72 (1987)
Sudan I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 225 (1975); Suppl. 7, 72 (1987)
Sudan II . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 233 (1975); Suppl. 7, 72 (1987)
Sudan III . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 241 (1975); Suppl. 7, 72 (1987)
Sudan Brown RR. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 249 (1975); Suppl. 7, 72 (1987)
Sudan Red 7B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 253 (1975); Suppl. 7, 72 (1987)
Sulfadimidine (see Sulfamethazine)
Sulfafurazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24, 275 (1980); Suppl. 7, 347 (1987)
Sulfallate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30, 283 (1983); Suppl. 7, 72 (1987)
Sulfamethazine and its sodium salt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79, 341 (2001)

Sulfamethoxazole . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .24, 285 (1980); Suppl. 7, 348 (1987); 79, 361 (2001)
Sulfites (see Sulfur dioxide and some sulfites, bisulfites and metabisulfites)
Sulfur dioxide and some sulfites, bisulfites and metabisulfites. . . . . . . . . . . . . . . . . . . . . . . . . . 54, 131 (1992)
Sulfur mustard (see Mustard gas)
Sulfuric acid and other strong inorganic acids,
 occupational exposures to mists and vapours from . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 41 (1992)
Sulfur trioxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54, 121 (1992)
Sulphisoxazole (see Sulfafurazole)
Sunset Yellow FCF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 257 (1975); Suppl. 7, 72 (1987)
Symphytine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 239 (1983); Suppl. 7, 72 (1987)

# T

2,4,5-T (see also Chlorophenoxy herbicides;
 Chlorophenoxy herbicides, occupational exposures to) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15, 273 (1977)
Talc . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .42, 185 (1987); Suppl. 7, 349 (1987)
Talc, inhaled, not containing asbestos or asbestiform fibres . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .93 (2010)
Talc-based body powder, perineal use of . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .93 (2010)
Tamoxifen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .66, 253 (1996); 100A, 133 (2012)
Tannic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 253 (1976) (corr. 42, 255); Suppl. 7, 72 (1987)
Tannins (see also Tannic acid) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 254 (1976); Suppl. 7, 72 (1987)
TCDD (see 2,3,7,8-Tetrachlorodibenzo-*para*-dioxin)
TDE (see DDT)
Tea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 207 (1991)
Temazepam. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 161 (1996)
Teniposide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 259 (2000)
Terpene polychlorinates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 219 (1974); Suppl. 7, 72 (1987)
Testosterone (see also Androgenic (anabolic) steroids). . . . . . . . . . . . . . . . . 6, 209 (1974); 21, 519 (1979)
Testosterone oenanthate (see Testosterone)
Testosterone propionate (see Testosterone)
2,2',5,5'-Tetrachlorobenzidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .27, 141 (1982); Suppl. 7, 72 (1987)
2,3,7,8-Tetrachlorodibenzo-*para*-dioxin . . . . . . . . . . . . . 15, 41 (1977); Suppl. 7, 350 (1987); 69, 33 (1997)
1,1,1,2-Tetrachloroethane. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41, 87 (1986); Suppl. 7, 72 (1987); 71, 1133 (1999)
1,1,2,2-Tetrachloroethane. . . . . . . . . . . . . . . . . . . . . . . . . . . . .20, 477 (1979); Suppl. 7, 354 (1987); 71, 817 (1999)
Tetrachloroethylene . . . . . . . . . . . . . . . . . . 20, 491 (1979); Suppl. 7, 355 (1987); 63, 159 (1995) (corr. 65, 549)
2,3,4,6-Tetrachlorophenol (see Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts)
Tetrachlorvinphos. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 197 (1983); Suppl. 7, 72 (1987)
Tetraethyllead (see Lead and lead compounds)
Tetrafluoroethylene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19, 285 (1979); Suppl. 7, 72 (1987); 71, 1143 (1999)
Tetrakis(hydroxymethyl)phosphonium salts . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 95 (1990); 71, 1529 (1999)
Tetramethyllead (see Lead and lead compounds)
Tetranitromethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 437 (1996)
Textile manufacturing industry, exposures in . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 215 (1990) (corr. 51, 483)
Theobromine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 421 (1991)

Theophylline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51, 391 (1991)
Thioacetamide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 77 (1974); Suppl. 7, 72 (1987)
4,4′-Thiodianiline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 343 (1978); 27, 147 (1982); Suppl. 7, 72 (1987)
Thiotepa . . . . . . . . . . . . . . . . . . . . . . . . . .9, 85 (1975); Suppl. 7, 368 (1987); 50, 123 (1990); 100A, 165 (2012)
Thiouracil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 85 (1974); Suppl. 7, 72 (1987); 79, 127 (2001)
Thiourea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 95 (1974); Suppl. 7, 72 (1987); 79, 703 (2001)
Thiram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 225 (1976); Suppl. 7, 72 (1987); 53, 403 (1991)
Titanium (see Implants, surgical)
Titanium dioxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .47, 307 (1989); 93 (2010)
Tobacco
—Involuntary smoking . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .83, 1189 (2004)
—Smokeless tobacco  . . . . . . . . . . . . .37 (1985) (corr. 42, 263; 52, 513); Suppl. 7, 357 (1987); 89, 39 (2007)
—Tobacco smoke . . . . . . . . . . . . . . . . . . . . . . . . .38 (1986) (corr. 42, 263); Suppl. 7, 359 (1987); 83, 51 (2004)
*ortho*-Tolidine (see 3,3′-Dimethylbenzidine)
2,4-Toluene diisocyanate (see also Toluene diisocyanates) . . . . . . . . . . . . . 19, 303 (1979); 39, 287 (1986)
2,6-Toluene diisocyanate (see also Toluene diisocyanates) . . . . . . . . . . . . . 19, 303 (1979); 39, 289 (1986)
Toluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 79 (1989); 71, 829 (1999)
Toluene diisocyanates . . . . . . . . . . . . . . . 39, 287 (1986) (corr. 42, 264); Suppl. 7, 72 (1987); 71, 865 (1999)
Toluenes, α-chlorinated (see α-Chlorinated toluenes and benzoyl chloride)
*ortho*-Toluenesulfonamide (see Saccharin)
*ortho*-Toluidine . . . . . . . . 16, 349 (1978); 27, 155 (1982) (corr. 68, 477); Suppl. 7, 362 (1987); 77, 267 (2000)
Toremifene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66, 367 (1996)
Toxaphene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 327 (1979); Suppl. 7, 72 (1987); 79, 569 (2001)
T-2 Toxin (see Toxins derived from Fusarium sporotrichioides)
Toxins derived from *Fusarium graminearum*,
 *F. culmorum* and *F. crookwellense*  . . .11, 169 (1976); 31, 153, 279 (1983); Suppl. 7, 64, 74 (1987); 56, 397 (1993)
Toxins derived from *Fusarium moniliforme*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56, 445 (1993)
Toxins derived from *Fusarium sporotrichioides* . . . . . . . 31, 265 (1983); Suppl. 7, 73 (1987); 56, 467 (1993)
Traditional herbal medicines. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .82, 41 (2002); 100A, 349 (2012)
Tremolite (see Asbestos)
Treosulfan  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 341 (1981); Suppl. 7, 363 (1987); 100A, 173 (2012)
Triaziquone (see Tris(aziridinyl)-*para*-benzoquinone)
Trichlorfon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30, 207 (1983); Suppl. 7, 73 (1987)
Trichlormethine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 229 (1975); Suppl. 7, 73 (1987); 50, 143 (1990)
Trichloroacetic acid. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 291 (1995) (corr. 65, 549); 84 (2004)
Trichloroacetonitrile (see also Halogenated acetonitriles) . . . . . . . . . . . . . . . . . . . . . . . . . .71, 1533 (1999)
1,1,1-Trichloroethane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 515 (1979); Suppl. 7, 73 (1987); 71, 881 (1999)
1,1,2-Trichloroethane . . . . . . . . . . . . . . .20, 533 (1979); Suppl. 7, 73 (1987); 52, 337 (1991); 71, 1153 (1999)
Trichloroethylene  . . . . . 11, 263 (1976); 20, 545 (1979); Suppl. 7, 364 (1987); 63, 75 (1995) (corr. 65, 549)
2,4,5-Trichlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 349 (1979)
2,4,6-Trichlorophenol (see also Chlorophenols; Chlorophenols, occupational exposures to;
 Polychlorophenols and their sodium salts). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20, 349 (1979)
(2,4,5-Trichlorophenoxy)acetic acid (see 2,4,5-T)
1,2,3-Trichloropropane  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63, 223 (1995)

Trichlorotriethylamine-hydrochloride (see Trichlormethine)

T2-Trichothecene (see Toxins derived from Fusarium sporotrichioides)

Tridymite (see Crystalline silica)

Triethanolamine. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77, 381 (2000)

Triethylene glycol diglycidyl ether . . . . . . . . . . . . . . . . 11, 209 (1976); Suppl. 7, 73 (1987); 71, 1539 (1999)

Trifluralin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 515 (1991)

4,4′,6-Trimethylangelicin plus ultraviolet radiation
 (see also Angelicin and some synthetic derivatives) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Suppl. 7, 57 (1987)

2,4,5-Trimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 177 (1982); Suppl. 7, 73 (1987)

2,4,6-Trimethylaniline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27, 178 (1982); Suppl. 7, 73 (1987)

4,5′,8-Trimethylpsoralen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 357 (1986); Suppl. 7, 366 (1987)

Trimustine hydrochloride (see Trichlormethine)

2,4,6-Trinitrotoluene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65, 449 (1996)

Triphenylene. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32, 447 (1983); Suppl. 7, 73 (1987); 92, 35 (2010)

Tris(aziridinyl)-*para*-benzoquinone. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 67 (1975); Suppl. 7, 367 (1987)

Tris(1-aziridinyl)phosphine-oxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 75 (1975); Suppl. 7, 73 (1987)

Tris(1-aziridinyl)phosphine-sulphide (see Thiotepa)

2,4,6-Tris(1-aziridinyl)-s-triazine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 95 (1975); Suppl. 7, 73 (1987)

Tris(2-chloroethyl) phosphate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 109 (1990); 71, 1543 (1999)

1,2,3-Tris(chloromethoxy)propane . . . . . . . . . . . . . . . . 15, 301 (1977); Suppl. 7, 73 (1987); 71, 1549 (1999)

Tris(2,3-dibromopropyl) phosphate . . . . . . . . . . . . . . . . 20, 575 (1979); Suppl. 7, 369 (1987); 71, 905 (1999)

Tris(2-methyl-1-aziridinyl)phosphine-oxide. . . . . . . . . . . . . . . . . . . . . . . . . . 9, 107 (1975); Suppl. 7, 73 (1987)

Trp-P-1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 247 (1983); Suppl. 7, 73 (1987)

Trp-P-2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31, 255 (1983); Suppl. 7, 73 (1987)

Trypan blue . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 267 (1975); Suppl. 7, 73 (1987)

*Tussilago farfara L.* (see also Pyrrolizidine alkaloids) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 334 (1976)

# U

Ultraviolet radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 379 (1986); 55 (1992)

Underground haematite mining with exposure to radon . . . . . . . . . . . 1, 29 (1972); Suppl. 7, 216 (1987)

Uracil mustard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 235 (1975); Suppl. 7, 370 (1987)

Uranium, depleted (see Implants, surgical)

Urethane (see Ethyl carbamate)

# V

Vanadium pentoxide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86, 227 (2006)

Vat Yellow 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48, 161 (1990)

Vinblastine sulfate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 349 (1981) (corr. 42, 261); Suppl. 7, 371 (1987)

Vincristine sulfate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 365 (1981); Suppl. 7, 372 (1987)

Vinyl acetate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 341 (1979); 39, 113 (1986);

IARC MONOGRAPHS – 100C

Suppl. 7, 73 (1987); 63, 443 (1995)

Vinyl bromide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 367 (1979); 39, 133 (1986);
Suppl. 7, 73 (1987); 71, 923 (1999); 97, 445 (2008)

Vinyl chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 291 (1974); 19, 377 (1979) (corr. 42, 258);
Suppl. 7, 373 (1987); 97, 311 (2008)

Vinyl chloride-vinyl acetate copolymers . . . . . . . . . . . . . . . . . . 7, 311 (1976); 19, 412 (1979) (corr. 42, 258);
Suppl. 7, 73 (1987)

4-Vinylcyclohexene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 277 (1976); 39, 181 (1986) Suppl. 7, 73 (1987);
60, 347 (1994)

4-Vinylcyclohexene diepoxide . . . . . . . . . . . . . . . . . . . . . . 11, 141 (1976); Suppl. 7, 63 (1987); 60, 361 (1994)

Vinyl fluoride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 147 (1986); Suppl. 7, 73 (1987);
63, 467 (1995); 97, 459 (2008)

Vinylidene chloride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 439 (1979); 39, 195 (1986);
Suppl. 7, 376 (1987); 71, 1163 (1999)

Vinylidene chloride-vinyl chloride copolymers . . . . . . . 19, 448 (1979) (corr. 42, 258); Suppl. 7, 73 (1987)

Vinylidene fluoride . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39, 227 (1986); Suppl. 7, 73 (1987); 71, 1551 (1999)

N-Vinyl-2-pyrrolidone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 461 (1979); Suppl. 7, 73 (1987); 71, 1181 (1999)

Vinyl toluene . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60, 373 (1994)

Vitamin K substances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 417 (2000)

## W

Welding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49, 447 (1990) (corr. 52, 513)

Wollastonite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42, 145 (1987); Suppl. 7, 377 (1987); 68, 283 (1997)

Wood dust . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62, 35 (1995); 100C, 407 (2012)

Wood industries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25 (1981); Suppl. 7, 378 (1987)

## X

X-radiation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75, 121 (2000)

Xylenes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47, 125 (1989); 71, 1189 (1999)

2,4-Xylidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 367 (1978); Suppl. 7, 74 (1987)

2,5-Xylidine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 377 (1978); Suppl. 7, 74 (1987)

2,6-Xylidine (see 2,6-Dimethylaniline)

## Y

Yellow AB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 279 (1975); Suppl. 7, 74 (1987)

Yellow OB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 287 (1975); Suppl. 7, 74 (1987)

# Z

Zalcitabine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 129 (2000)

Zearalenone (see Toxins derived from *Fusarium graminearum*, *F. culmorum* and *F. crookwellense*)

Zectran . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 237 (1976); Suppl. 7, 74 (1987)

Zeolites other than erionite . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68, 307 (1997)

Zidovudine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76, 73 (2000)

Zinc beryllium silicate (see Beryllium and beryllium compounds)

Zinc chromate (see Chromium and chromium compounds)

Zinc chromate hydroxide (see Chromium and chromium compounds)

Zinc potassium chromate (see Chromium and chromium compounds)

Zinc yellow (see Chromium and chromium compounds)

Zineb . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 245 (1976); Suppl. 7, 74 (1987)

Ziram . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 259 (1976); Suppl. 7, 74 (1987); 53, 423 (1991)

# LIST OF *IARC MONOGRAPHS*

## Volume 1

*Some Inorganic Substances, Chlorinated Hydrocarbons, Aromatic Amines, N-Nitroso Compounds, and Natural Products*

1972; 184 pages (out-of-print)

## Volume 2

*Some Inorganic and Organometallic Compounds*

1973; 181 pages (out-of-print)

## Volume 3

*Certain Polycyclic Aromatic Hydrocarbons and Heterocyclic Compounds*

1973; 271 pages (out-of-print)

## Volume 4

*Some Aromatic Amines, Hydrazine and Related Substances, N-Nitroso Compounds and Miscellaneous Alkylating Agents*

1974; 286 pages (out-of-print)

## Volume 5

*Some Organochlorine Pesticides*

1974; 241 pages (out-of-print)

## Volume 6

*Sex Hormones*

1974; 243 pages (out-of-print)

## Volume 7

*Some Anti-Thyroid and Related Substances, Nitrofurans and Industrial Chemicals*

1974; 326 pages (out-of-print)

## Volume 8

*Some Aromatic Azo Compounds*

1975; 357 pages (out-of-print)

## Volume 9

*Some Aziridines, N-, S- and O-Mustards and Selenium*

1975; 268 pages (out-of-print)

## Volume 10

*Some Naturally Occurring Substances*

1976; 353 pages (out-of-print)

## Volume 11

*Cadmium, Nickel, Some Epoxides,
Miscellaneous Industrial Chemicals
and General Considerations on Volatile
Anaesthetics*

1976; 306 pages (out-of-print)

## Volume 12

*Some Carbamates, Thio- carbamates and
Carbazides*

1976; 282 pages (out-of-print)

## Volume 13

*Some Miscellaneous Pharmaceutical
Substances*

1977; 255 pages

## Volume 14

*Asbestos*

1977; 106 pages (out-of-print)

## Volume 15

*Some Fumigants, the Herbicides 2,4-D and
2,4,5-T, Chlorinated Dibenzodioxins and
Miscellaneous Industrial Chemicals*

1977; 354 pages (out-of-print)

## Volume 16

*Some Aromatic Amines and Related Nitro
Compounds—Hair Dyes, Colouring
Agents and Miscellaneous Industrial
Chemicals*

1978; 400 pages

## Volume 17

*Some N-Nitroso Compounds*

1978; 365 pages

## Volume 18

*Polychlorinated Biphenyls and
Polybrominated Biphenyls*

1978; 140 pages (out-of-print)

## Volume 19

*Some Monomers, Plastics and Synthetic
Elastomers, and Acrolein*

1979; 513 pages (out-of-print)

## Volume 20

*Some Halogenated Hydrocarbons*

1979; 609 pages (out-of-print)

## Volume 21

*Sex Hormones (II)*

1979; 583 pages

## Volume 22

*Some Non-Nutritive Sweetening Agents*

1980; 208 pages

## Volume 23

*Some Metals and Metallic Compounds*

1980; 438 pages (out-of-print)

## Volume 24

*Some Pharmaceutical Drugs*
1980; 337 pages

## Volume 25

*Wood, Leather and Some Associated Industries*
1981; 412 pages

## Volume 26

*Some Antineoplastic and Immunosuppressive Agents*
1981; 411 pages (out-of-print)

## Volume 27

*Some Aromatic Amines, Anthraquinones and Nitroso Compounds, and Inorganic Fluorides Used in Drinking-water and Dental Preparations*
1982; 341 pages (out-of-print)

## Volume 28

*The Rubber Industry*
1982; 486 pages (out-of-print)

## Volume 29

*Some Industrial Chemicals and Dyestuffs*
1982; 416 pages (out-of-print)

## Volume 30

*Miscellaneous Pesticides*
1983; 424 pages (out-of-print)

## Volume 31

*Some Food Additives, Feed Additives and Naturally Occurring Substances*
1983; 314 pages (out-of-print)

## Volume 32

*Polynuclear Aromatic Compounds, Part 1: Chemical, Environmental and Experimental Data*
1983; 477 pages (out-of-print)

## Volume 33

*Polynuclear Aromatic Compounds, Part 2: Carbon Blacks, Mineral Oils and Some Nitroarenes*
1984; 245 pages (out-of-print)

## Volume 34

*Polynuclear Aromatic Compounds, Part 3: Industrial Exposures in Aluminium Production, Coal Gasification, Coke Production, and Iron and Steel Founding*
1984; 219 pages (out-of-print)

## Volume 35

*Polynuclear Aromatic Compounds, Part 4: Bitumens, Coal-tars and Derived Products, Shale-oils and Soots*
1985; 271 pages

## Volume 36

*Allyl Compounds, Aldehydes, Epoxides and Peroxides*
1985; 369 pages

## Volume 37

*Tobacco Habits Other than Smoking; Betel-Quid and Areca-Nut Chewing; and Some Related Nitrosamines*

1985; 291 pages (out-of-print)

## Volume 38

*Tobacco Smoking*

1986; 421 pages

## Volume 39

*Some Chemicals Used in Plastics and Elastomers*

1986; 403 pages (out-of-print)

## Volume 40

*Some Naturally Occurring and Synthetic Food Components, Furocoumarins and Ultraviolet Radiation*

1986; 444 pages (out-of-print)

## Volume 41

*Some Halogenated Hydrocarbons and Pesticide Exposures*

1986; 434 pages (out-of-print)

## Volume 42

*Silica and Some Silicates*

1987; 289 pages

## Volume 43

*Man-Made Mineral Fibres and Radon*

1988; 300 pages (out-of-print)

## Volume 44

*Alcohol Drinking*

1988; 416 pages

## Volume 45

*Occupational Exposures in Petroleum Refining; Crude Oil and Major Petroleum Fuels*

1989; 322 pages

## Volume 46

*Diesel and Gasoline Engine Exhausts and Some Nitroarenes*

1989; 458 pages

## Volume 47

*Some Organic Solvents, Resin Monomers and Related Compounds, Pigments and Occupational Exposures in Paint Manufacture and Painting*

1989; 535 pages (out-of-print)

## Volume 48

*Some Flame Retardants and Textile Chemicals, and Exposures in the Textile Manufacturing Industry*

1990; 345 pages

## Volume 49

*Chromium, Nickel and Welding*

1990; 677 pages

## Volume 50

*Pharmaceutical Drugs*

1990; 415 pages

## Volume 51

*Coffee, Tea, Mate, Methylxanthines and Methylglyoxal*

1991; 513 pages

## Volume 52

*Chlorinated Drinking-water; Chlorination By-products; Some Other Halogenated Compounds; Cobalt and Cobalt Compounds*

1991; 544 pages

## Volume 53

*Occupational Exposures in Insecticide Application, and Some Pesticides*

1991; 612 pages

## Volume 54

*Occupational Exposures to Mists and Vapours from Strong Inorganic Acids; and Other Industrial Chemicals*

1992; 336 pages

## Volume 55

*Solar and Ultraviolet Radiation*

1992; 316 pages

## Volume 56

*Some Naturally Occurring Substances: Food Items and Constituents, Heterocyclic Aromatic Amines and Mycotoxins*

1993; 599 pages

## Volume 57

*Occupational Exposures of Hairdressers and Barbers and Personal Use of Hair Colourants; Some Hair Dyes, Cosmetic Colourants, Industrial Dyestuffs and Aromatic Amines*

1993; 428 pages

## Volume 58

*Beryllium, Cadmium, Mercury, and Exposures in the Glass Manufacturing Industry*

1993; 444 pages

## Volume 59

*Hepatitis Viruses*

1994; 286 pages

## Volume 60

*Some Industrial Chemicals*

1994; 560 pages

## Volume 61

*Schistosomes, Liver Flukes and Helicobacter pylori*

1994; 270 pages

## Volume 62

*Wood Dust and Formaldehyde*
   1995; 405 pages

## Volume 63

*Dry Cleaning, Some Chlorinated Solvents and Other Industrial Chemicals*
   1995; 551 pages

## Volume 64

*Human Papillomaviruses*
   1995; 409 pages

## Volume 65

*Printing Processes and Printing Inks, Carbon Black and Some Nitro Compounds*
   1996; 578 pages

## Volume 66

*Some Pharmaceutical Drugs*
   1996; 514 pages

## Volume 67

*Human Immunodeficiency Viruses and Human T-Cell Lymphotropic Viruses*
   1996; 424 pages

## Volume 68

*Silica, Some Silicates, Coal Dust and para-Aramid Fibrils*
   1997; 506 pages

## Volume 69

*Polychlorinated Dibenzo-para-Dioxins and Polychlorinated Dibenzofurans*
   1997; 666 pages

## Volume 70

*Epstein-Barr Virus and Kaposi's Sarcoma Herpesvirus/Human Herpesvirus 8*
   1997; 524 pages

## Volume 71

*Re-evaluation of Some Organic Chemicals, Hydrazine and Hydrogen Peroxide*
   1999; 1586 pages

## Volume 72

*Hormonal Contraception and Post-menopausal Hormonal Therapy*
   1999; 660 pages

## Volume 73

*Some Chemicals that Cause Tumours of the Kidney or Urinary Bladder in Rodents and Some Other Substances*
   1999; 674 pages

## Volume 74

*Surgical Implants and Other Foreign Bodies*
   1999; 409 pages

## Volume 75

*Ionizing Radiation, Part 1, X-Radiation and γ-Radiation, and Neutrons*
2000; 492 pages

## Volume 76

*Some Antiviral and Antineoplastic Drugs, and Other Pharmaceutical Agents*
2000; 522 pages

## Volume 77

*Some Industrial Chemicals*
2000; 563 pages

## Volume 78

*Ionizing Radiation, Part 2, Some Internally Deposited Radionuclides*
2001; 595 pages

## Volume 79

*Some Thyrotropic Agents*
2001; 763 pages

## Volume 80

*Non-Ionizing Radiation, Part 1: Static and Extremely Low-Frequency (ELF) Electric and Magnetic Fields*
2002; 429 pages

## Volume 81

*Man-made Vitreous Fibres*
2002; 418 pages

## Volume 82

*Some Traditional Herbal Medicines, Some Mycotoxins, Naphthalene and Styrene*
2002; 590 pages

## Volume 83

*Tobacco Smoke and Involuntary Smoking*
2004; 1452 pages

## Volume 84

*Some Drinking-Water Disinfectants and Contaminants, including Arsenic*
2004; 512 pages

## Volume 85

*Betel-quid and Areca-nut Chewing and Some Areca-nut-derived Nitrosamines*
2004; 334 pages

## Volume 86

*Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide*
2006; 330 pages

## Volume 87

*Inorganic and Organic Lead Compounds*
2006; 506 pages

## Volume 88

*Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol*
2006; 478 pages

## Volume 89

*Smokeless Tobacco and Some Tobacco-specific N- Nitrosamines*

2007; 626 pages

## Volume 90

*Human Papillomaviruses*

2007; 670 pages

## Volume 91

*Combined Estrogen- Progestogen Contraceptives and Combined Estrogen-Progestogen Menopausal Therapy*

2007; 528 pages

## Volume 92

*Some Non-heterocyclic Polycyclic Aromatic Hydrocarbons and Some Related Exposures*

2010; 853 pages

## Volume 93

*Carbon Black, Titanium Dioxide, and Talc*

2010; 452 pages

## Volume 94

*Ingested Nitrate and Nitrite, and Cyanobacterial Peptide Toxins*

2010; 450 pages

## Volume 95

*Household Use of Solid Fuels and High-temperature Frying*

2010; 430 pages

## Volume 96

*Alcohol Consumption*

2010; 1431 pages

## Volume 97

*1,3-Butadiene, Ethylene Oxide and Vinyl Halides (Vinyl Fluoride, Vinyl Chloride and Vinyl Bromide)*

2008; 510 pages

## Volume 98

*Painting, Firefighting, and Shiftwork*

2010; 806 pages

## Volume 99

*Some Aromatic Amines, Organic Dyes, and Related Exposures*

2010; 692 pages

## Volume 100A

*Pharmaceuticals*

2012, 437 pages

## Volume 100B

*Biological Agents*

2012, 475 pages

## Volume 100C

*Arsenic, metals, fibres, and dust*
2012, 499 pages

## Volume 100D

*Radiation*
2012, XXX pages

## Volume 100E

*Personal habits and indoor combustions*
2012, XXX pages

## Volume 100F

*Chemical agents and related occupations*
2012, XXX pages

## Supplement No. 1

*Chemicals and Industrial Processes Associated with Cancer in Humans (IARC Monographs, Volumes 1 to 20)*
1979; 71 pages (out-of-print)

## Supplement No. 2

*Long-term and Short-term Screening Assays for Carcinogens: A Critical Appraisal*
1980; 426 pages (out-of-print)
(updated as IARC Scientific Publications No. 83, 1986)

## Supplement No. 3

*Cross Index of Synonyms and Trade Names in Volumes 1 to 26 of the IARC Monographs*
1982; 199 pages (out-of-print)

## Supplement No. 4

*Chemicals, Industrial Processes and Industries Associated with Cancer in Humans (IARC Monographs, Volumes 1 to 29)*
1982; 292 pages (out-of-print)

## Supplement No. 5

*Cross Index of Synonyms and Trade Names in Volumes 1 to 36 of the IARC Monographs*
1985; 259 pages (out-of-print)

## Supplement No. 6

*Genetic and Related Effects: An Updating of Selected IARC Monographs from Volumes 1 to 42*
1987; 729 pages (out-of-print)

## Supplement No. 7

*Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1–42*
1987; 440 pages (out-of-print)

## Supplement No. 8

*Cross Index of Synonyms and Trade Names in Volumes 1 to 46 of the IARC Monographs*
1990; 346 pages (out-of-print)

Exhibit 83



**International Agency
for Research on Cancer**

**World Health
Organization**

5 July 2024

*IARC Monographs* evaluate the carcinogenicity of talc and acrylonitrile
*IARC Monographs* Volume 136

Questions and Answers (Q&A)

The meeting for *IARC Monographs* Volume 136: Talc and Acrylonitrile, convened by the International Agency for Research on Cancer (IARC) in Lyon, France, took place on 11–18 June 2024.

The Working Group of 29 international experts from 13 countries evaluated the carcinogenicity of talc and acrylonitrile.

More information about Meeting 136 is available on the *IARC Monographs* website:
https://monographs.iarc.who.int/iarc-monographs-volume-136/.

The outcome of the assessment has been published in a summary article in *The Lancet Oncology*[1] and will be described in detail in Volume 136 of the *IARC Monographs*, to be published in 2025.

**Table 1. Summary of classifications in *IARC Monographs* Volume 136**

| Agent | Evidence stream | | | Overall evaluation |
| --- | --- | --- | --- | --- |
| | **Cancer in humans** | **Cancer in experimental animals** | **Mechanistic evidence (key characteristics of carcinogens)** | |
| Acrylonitrile | *Sufficient* evidence (lung cancer) *Limited* evidence (bladder cancer) | *Sufficient* evidence | *Strong* mechanistic evidence in experimental systems | Group 1 |
| Talc | *Limited* evidence (ovarian cancer) | *Sufficient* evidence | *Strong* mechanistic evidence of key characteristics of carcinogens in human primary cells and experimental systems | Group 2A |

---

[1] Stayner L, Carreón-Valencia T, Demers P, Fritz J, Sim M, Stewart P, et al. (2024). Carcinogenicity of talc and acrylonitrile. *Lancet Oncol*. Published online 5 July 2024; https://doi.org/10.1016/S1470-2045(24)00384-X

1





## ACRYLONITRILE

### 1. How is acrylonitrile used?

**Acrylonitrile** (CAS No. 107-13-1) is a volatile organic compound that is mainly used in the production of polymers. These include the homopolymer polyacrylonitrile and several important copolymers, such as styrene–acrylonitrile, acrylonitrile butadiene styrene, and synthetic rubbers such as acrylonitrile butadiene. Uses of these polymers include synthetic fibres for clothing, carpets, and other textiles, as well as plastics for consumer products, automotive parts, and construction.

### 2. Who is exposed to acrylonitrile?

Occupational exposure may occur in the production of acrylonitrile and its use in polymer production. Acrylonitrile is present in cigarette smoke. The general population is exposed to acrylonitrile mainly via cigarette smoke, including passive smoking (second-hand smoke). Another source of exposure is air pollution. Several acrylonitrile metabolites and adducts have been measured as biomarkers of exposure to acrylonitrile.

### 3. How did the Working Group arrive at its classification of acrylonitrile?

The Working Group classified acrylonitrile as *carcinogenic to humans* (Group 1) on the basis of *sufficient* evidence for cancer in humans for lung cancer. There was also *limited* evidence in humans for bladder cancer.

In experimental animals, there was *sufficient* evidence for cancer. Acrylonitrile caused an increase in the incidence of malignant neoplasms in both sexes of two species in multiple studies, including one study that complied with Good Laboratory Practice. Finally, there was *strong* mechanistic evidence of key characteristics of carcinogens (KCs) in experimental systems.

Acrylonitrile is electrophilic or is metabolically activated to an electrophile (KC1), is genotoxic (KC2), induces oxidative stress (KC5), causes immortalization (KC9), and alters cell proliferation, cell death, or nutrient supply (KC10). Acrylonitrile is metabolized to electrophiles that can bind to DNA or RNA and various proteins. It induces genetic alterations, including mutations in many different species from bacteria to rodents. In several studies in vivo and in vitro, acrylonitrile was found to induce generation of reactive oxygen species and oxidative damage to DNA, and to alter levels of antioxidant proteins. In addition, acrylonitrile causes immortalization and cell transformation and promotes cell proliferation. Hyperplasia was observed in rodents.

### 4. Has acrylonitrile been previously evaluated?

**Acrylonitrile** was evaluated by the *IARC Monographs* programme in 1998[2] as *possibly carcinogenic to humans* (Group 2B) on the basis of *sufficient* evidence for cancer in experimental animals.

---

[2] IARC (1999). Re-evaluation of some organic chemicals, hydrazine and hydrogen peroxide (Part 1, Part 2, Part 3). *IARC Monogr Eval Carcinog Risks Hum.* 71:1–1586. Available from: https://publications.iarc.who.int/89 PMID:10507919.

2





Acrylonitrile is listed by the Organisation for Economic Co-operation and Development (OECD) (for 2007) and the United States Environmental Protection Agency (US EPA) as a chemical with a high production volume.

### 5. Why was acrylonitrile re-evaluated?

Acrylonitrile was accorded high priority for evaluation by the Advisory Group to Recommend Priorities for the *IARC Monographs* during 2020–2024.[3]

This recommendation was based on the availability of new evidence from epidemiological studies of cancer in humans, including studies able to control for smoking, and mechanistic evidence of genotoxicity and oxidative stress.

### 6. What types of exposures and cancer sites were reviewed by the Working Group?

For acrylonitrile, all of the studies except one evaluated occupational exposure to acrylonitrile in industries that use or produce acrylonitrile. One study evaluated acrylonitrile metabolites that resulted from smoking and their association with oesophageal cancer, in the general population.

The strongest evidence came from a large cohort study of workers in different industries producing or using acrylonitrile. In this study, workers with higher exposure to acrylonitrile had a higher rate of lung cancer mortality compared with workers with lower exposures. The study performed several additional analyses to rule out biases, and the increased rate of lung cancer was observed in all of those analyses.

There was also a large case–control study reporting a higher chance of prior exposure to acrylonitrile in lung cancer cases than in controls who did not have lung cancer. Several other smaller cohort studies also provided evidence indicating a higher rate of lung cancer in workers with higher exposure to acrylonitrile.

For bladder cancer, the increased rate was observed only in some of the analyses in the large study, and the body of evidence was less consistent.

### TALC

### 7. How is talc used?

**Talc** (CAS No. 14807-96-6), a naturally occurring mineral, is mined in many regions worldwide. It has also been synthesized, but the use of synthetic talc is minimal.

Talc is used as an anti-caking agent and lubricant in animal feed and fertilizers, as a source of magnesium and silicon in the production of ceramics, and as a coating agent or filler in foods. Talc is used in the production of rubber, plastics, paints and coatings, and some building materials. For paper, it is used as a filler and to improve

---

[3] IARC (2019). Report of the Advisory Group to Recommend Priorities for the *IARC Monographs* during 2020–2024. Lyon, France: International Agency for Research on Cancer. Available from: https://monographs.iarc.who.int/wp-content/uploads/2019/10/IARCMonographs-AGReport-Priorities_2020-2024.pdf.



International Agency
for Research on Cancer

World Health
Organization

surface properties. Talc is used in drugs and as a sclerosing agent in pleurodesis. Talc-based body powders have been used widely either as baby powders to prevent diaper dermatitis or as adult body powders to absorb sweat and odours.

## 8. What type of talc was evaluated by the Working Group?

The agent evaluated for this volume is talc, which includes both naturally occurring mineral talc and synthetic talc. This evaluation applies to lamellar and fibrous talc forms, including asbestiform talc. Asbestiform talc is not asbestos but is a type of fibrous talc. However, talc (fibrous or not) may be contaminated with asbestos.

Talc is listed by the Organisation for Economic Co-operation and Development (OECD) (for 2007) and the United States Environmental Protection Agency (US EPA) as a mineral with a high production volume.

## 9. How did the Working Group arrive at its classification of talc?

The Working Group classified talc as *probably carcinogenic to humans* (Group 2A) on the basis of a combination of *limited* evidence for cancer in humans (for **ovarian cancer**), *sufficient* evidence for cancer in experimental animals, and *strong* mechanistic evidence that talc exhibits key characteristics of carcinogens in human primary cells and experimental systems.

There were numerous cancer studies in humans that consistently showed an increase in the incidence of ovarian cancer among women reporting use of body powder in the perineal region. However, the Working Group concluded that a causal association could not be fully established because the increase could potentially be explained by contamination of the talc with asbestos (which has been documented) or by biases arising from the studies' methodology.

An assessment of biases by the Working Group led to the conclusion that a positive association between talc use and ovarian cancer was observed, but that different reporting of talc use by study participants who had cancer and those who did not have cancer could not be entirely ruled out.

There were also increased rates of ovarian cancer in studies of women working in the pulp and paper industry, which entails exposure to talc. However, confounding by co-exposure to asbestos could not be excluded, and the increased rates were based on small numbers of ovarian cancers in those occupational studies.

## 10. Can you tell us a bit more about talc in experimental animals?

**In experimental animals**, treatment with talc caused an increase in the incidence of malignant neoplasms in females (adrenal medulla and lung) and a combination of benign and malignant neoplasms in males (adrenal medulla) of a single species (rat). The rationale for *sufficient* evidence included the unusual tumour types reported in this study (i.e. pheochromocytomas and adrenal tumours after exposure to talc by inhalation), that pheochromocytoma (especially malignant pheochromocytoma) of the adrenal medulla is a rare lesion, and that tumours were observed in both sexes in a high-quality study conducted under Good Laboratory Practice.

4



**International Agency
for Research on Cancer**

**World Health
Organization**

## 11. What about mechanistic evidence?

In several different types of experimental system, talc induced chronic inflammation in various tissues after administration via different routes and exposures for up to 2 years. In addition, end-points associated with cell proliferation and cell growth were observed in human primary cells, and hyperplasia was observed in the respiratory system of rodents exposed chronically by inhalation or acutely by intratracheal administration. These evaluations of experimental evidence focused on studies in which it was highly unlikely that the talc was contaminated with asbestos.

## 12. Has talc been evaluated previously?

Talc containing asbestos is currently classified as *carcinogenic to humans* (Group 1), as part of the classification of asbestos carried out in *IARC Monographs* Volume 100C.[4] There is *sufficient* evidence that asbestos causes mesothelioma and cancers of the lung, larynx, and ovary in humans. There is *limited* evidence that asbestos causes cancers of the pharynx, stomach, and colorectum.

Talc containing asbestos remains part of the definition of asbestos (classified in Group 1) and was not evaluated for this volume.

Perineal use of talc-based body powder was evaluated by the *IARC Monographs* programme in 2006 in Volume 93[5] as *possibly carcinogenic to humans* (Group 2B) on the basis of *limited* evidence for ovarian cancer. Inhaled talc not containing asbestos or asbestiform fibres was *not classifiable as to its carcinogenicity to humans* (Group 3).

This new evaluation of "talc" supersedes the previous evaluations of "talc not containing asbestos or asbestiform fibres" and "perineal use of talc-based body powder".

The Working Group concluded that contamination of talc with asbestos remains a major concern and may lead to exposure of workers and the general population, including children, to asbestos (e.g. via contaminated talc-based make-up). The Working Group also noted that contamination of talc products with asbestos has been documented and that industry standards used to assess talc in cosmetic and pharmaceutical products have often not been sufficiently sensitive to rule out contamination with asbestos.

---

[4] IARC (2012). Arsenic, metals, fibres, and dusts. *IARC Monogr Eval Carcinog Risks Hum*. 100C:1–501. Available from: https://publications.iarc.who.int/120 PMID:23189751.

[5] IARC (2010). Carbon black, titanium dioxide, and talc. *IARC Monogr Eval Carcinog Risks Hum*. 93:1–452. Available from: https://publications.iarc.who.int/111 PMID:21449489.






**13. Why was talc re-evaluated?**

Talc was accorded high priority for evaluation by the Advisory Group to Recommend *Priorities for the IARC Monographs* during 2020–2024.[6]

Talc was recommended on the basis of the availability of well-designed cohort studies that evaluated cancer rates associated with exposure to talc powder, as well as new mechanistic evidence.

**14. What types of exposures and cancer sites were reviewed by the Working Group?**

The available informative studies included occupational cohorts in mining and user industries and were conducted mostly in male populations, with the exception of studies in the pulp and paper industry, which also included women. The studies in the pulp and paper industry are the only occupational cohort studies that were able to assess ovarian cancer. The other cancer outcomes explored in occupational studies are mainly respiratory and digestive cancers.

There were also numerous studies conducted in the general population. Most of these studies assessed ovarian cancer (and, to a lesser extent, cancers of other female reproductive organs, e.g. the uterus) associated with application of body powder in the perineal area. Those studies included case–control studies and cohort studies.

*IARC MONOGRAPHS* EVALUATIONS

**15. What does the *IARC Monographs* classification mean in terms of risk?**

The *IARC Monographs* classification indicates the strength of the evidence that a substance or agent can cause cancer. The *IARC Monographs* programme seeks to identify cancer hazards, meaning the potential for the exposure to cause cancer. However, the classification does not indicate the level of cancer risk associated with exposure at different levels or in different scenarios. The cancer risk associated with substances or agents that are assigned the same classification may be very different, depending on factors such as the type and extent of exposure and the size of the effect of the agent at a given exposure level.

**16. What are the different strength-of-evidence evaluation groups used by the *IARC Monographs*?**

The strength-of-evidence groups that contribute to each evaluation are summarized in Table 2.

---

[6] IARC (2019). Report of the Advisory Group to Recommend Priorities for the *IARC Monographs* during 2020–2024. Lyon, France: International Agency for Research on Cancer. Available from: https://monographs.iarc.who.int/wp-content/uploads/2019/10/IARCMonographs-AGReport-Priorities_2020-2024.pdf.



**International Agency
for Research on Cancer**

   

**World Health
Organization**

**Table 2. Strength-of-evidence groups used by the *IARC Monographs***



| Evidence of Cancer in Humans | Evidence of Cancer in Experimental Animals | Mechanistic Evidence | Evaluation |
|---|---|---|---|
| Sufficient | | | Carcinogenic (Group 1) |
| | Sufficient | Strong (exposed humans) | |
| Limited | Sufficient | | |
| Limited | | Strong | Probably carcinogenic (Group 2A) |
| | Sufficient | Strong (human cells or tissues) | |
| | | Strong (mechanistic class) | |
| Limited | | | Possibly carcinogenic (Group 2B) |
| | Sufficient | | |
| | | Strong | |
| | Sufficient | Strong (does not operate in humans) | Not classifiable (Group 3) |
| All other situations not listed above | | | |

**17. What are the four different categories into which agents are classified by the *IARC Monographs*?**

**Group 1:** The agent is *carcinogenic to humans*.
This category is used when there is *sufficient* evidence for cancer in humans. In other words, there is convincing evidence that the agent causes cancer in humans. The evaluation is usually based on the results of epidemiological studies showing development of cancer in exposed humans. Agents can also be classified in Group 1 on the basis of *sufficient* evidence for cancer in experimental animals supported by *strong* evidence in exposed humans that the agent has mechanistic effects that are important for cancer development.

**Group 2:**
This category includes agents with a range of evidence regarding cancer in humans and in experimental animals. At one extreme of the range are agents with positive but not conclusive evidence regarding cancer in humans. At the other extreme are agents for which evidence in humans is not available but for which there is *sufficient* evidence for cancer in experimental animals. There are two subcategories, which indicate different levels of evidence.

Case 3:16-md-02738-MAS-RLS     Document 33132-11     Filed 08/23/24     Page 742 of 1074
PageID: 254151

International Agency
for Research on Cancer

World Health
Organization

**Group 2A:** The agent is *probably carcinogenic to humans*.

This category is used in three different scenarios:

1. When there is *limited* evidence for cancer in humans and *sufficient* evidence for cancer in experimental animals ("*limited* evidence for cancer in humans" means that a positive association has been observed between exposure to the agent and cancer but that other explanations for the observations, technically termed "chance", "bias", or "confounding", could not be ruled out with reasonable confidence).
2. When there is *limited* evidence for cancer in humans and *strong* mechanistic evidence.
3. When there is *sufficient* evidence for cancer in experimental animals and *strong* mechanistic evidence in human primary cells or tissues.

These scenarios may also occur simultaneously within a Group 2A classification, as was the case for talc (talc reached Group 2A by all three scenarios described above).

**Group 2B:** The agent is *possibly carcinogenic to humans*.

This category is used when there is *limited* evidence for cancer in humans and less-than-sufficient evidence for cancer in experimental animals and less-than-strong mechanistic evidence of key characteristics of carcinogens. This category may also be used when the evidence regarding cancer in humans does not permit a conclusion to be drawn (referred to as *inadequate* evidence) but there is *sufficient* evidence for cancer in experimental animals or *strong* mechanistic evidence.

**Group 3:** The agent is *not classifiable as to its carcinogenicity to humans*.

This category is used most commonly when the evidence is *inadequate* regarding cancer in humans and *inadequate* or *limited* for cancer in experimental animals, and mechanistic evidence is less than *strong*. *Limited* evidence for cancer in experimental animals means that the available information suggests a carcinogenic effect but is not conclusive.

### 18. How was the evidence reviewed in the *IARC Monographs* evaluation?

During an *IARC Monographs* evaluation, experts critically review the scientific evidence according to strict criteria, which focus on determining the strength of the available evidence that the agent causes cancer. These criteria are described in the Preamble to the *IARC Monographs*, which is available on the *IARC Monographs* website: https://monographs.iarc.who.int/wp-content/uploads/2019/07/Preamble-2019.pdf.

The experts critically review four types of data:

- the situations in which people are exposed to the agent;
- epidemiological studies on cancer in humans exposed to the agent (scientific evidence regarding cancer in humans);
- experimental studies of cancer in laboratory animals treated with the agent (scientific evidence regarding cancer in experimental animals); and
- studies on how cancer develops in response to the agent (scientific evidence on carcinogen mechanisms).



**For more information, please contact:**

Véronique Terrasse, Communications Team, at +33 (0)6 45 28 49 52 or terrassev@iarc.who.int
or IARC Communications, at com@iarc.who.int

The International Agency for Research on Cancer (IARC) is part of the World Health Organization. Its mission is to coordinate and conduct research on the causes of human cancer, the mechanisms of carcinogenesis, and to develop scientific strategies for cancer control. The Agency is involved in both epidemiological and laboratory research and disseminates scientific information through publications, meetings, courses, and fellowships. If you wish your name to be removed from our press release emailing list, please write to com@iarc.who.int.

Exhibit 84

## ENVIRONMENTAL PROTECTION AGENCY

### 40 CFR Part 751

[EPA–HQ–OPPT–2021–0057; FRL–8332–01–OCSPP]

RIN 2070–AK86

### Asbestos Part 1; Chrysotile Asbestos; Regulation of Certain Conditions of Use Under the Toxic Substances Control Act (TSCA)

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Final rule.

**SUMMARY:** The Environmental Protection Agency (EPA or the Agency) is issuing this final rule under the Toxic Substances Control Act (TSCA) to address to the extent necessary the unreasonable risk of injury to health presented by chrysotile asbestos based on the risks posed by certain conditions of use. The injuries to human health include mesothelioma and lung, ovarian, and laryngeal cancers resulting from chronic inhalation exposure to chrysotile asbestos.

**DATES:** This final rule is effective on May 28, 2024.

**ADDRESSES:** The docket for this action, identified by docket identification (ID) number EPA–HQ–OPPT–2021–0057, is available online at *https://www.regulations.gov*. Additional instructions for visiting the docket, along with more information about dockets generally, is available at *https://www.epa.gov/*.

**FOR FURTHER INFORMATION CONTACT:**

*For technical information contact:* Peter Gimlin, Existing Chemicals Risk Management Division (7405M), Office of Pollution Prevention and Toxics, Environmental Protection Agency, 1200 Pennsylvania Ave. NW, Washington, DC 20460–0001; telephone number: (202) 566–0515; email address: *gimlin.peter@epa.gov*.

*For general information contact:* The TSCA-Hotline, ABVI-Goodwill, 422 South Clinton Ave., Rochester, NY 14620; telephone number: (202) 554–1404; email address: *TSCA-Hotline@epa.gov*.

**SUPPLEMENTARY INFORMATION:**

## I. Executive Summary

### A. Does this action apply to me?

You may be potentially affected by this final action if you manufacture (including import), process, distribute in commerce, use, or dispose of chrysotile asbestos. TSCA section 3(9) defines the term "manufacture" to mean to import into the customs territory of the United States (as defined in general note 2 of the Harmonized Tariff Schedule of the United States), produce, or manufacture. Therefore, unless expressly stated otherwise, importers of chrysotile asbestos are subject to any provisions regulating manufacture of chrysotile asbestos. The following list of North American Industrial Classification System (NAICS) codes is not intended to be exhaustive, but rather provides a guide to help readers determine whether this document applies to them. Potentially affected entities may include:

• Oil and Gas Extraction (NAICS code 211).
• Nuclear Electric Power Generation (NAICS code 221113).
• Chemical Manufacturing (NAICS code 325).
• Fabricated Metal Product Manufacturing (NAICS code 332).
• Transportation Equipment Manufacturing (NAICS code 336).
• Gasket, Packing, and Sealing Device Manufacturing (NAICS code 339991).
• Motor Vehicle and Motor Vehicle Parts and Supplies Merchant Wholesalers (NAICS code 4231).
• Motor Vehicle and Parts Dealers (NAICS code 441).
• Automotive Repair and Maintenance (NAICS code 8111).

This action may also affect certain entities through pre-existing import, including import certification, and export notification rules under TSCA. Persons who import any chemical substance in bulk form, as part of a mixture, or as part of an article (if required by rule) are also subject to TSCA section 13 import certification requirements and the corresponding regulations at 19 CFR 12.118 through 12.127; see also 19 CFR 127.28. Those persons must certify that the shipment of the chemical substance complies with all applicable rules and orders under TSCA. The EPA policy in support of import certification appears at 40 CFR part 707, subpart B. In addition, any persons who export or intend to export a chemical substance that is the subject of this final rule are subject to the export notification provisions of TSCA section 12(b) (15 U.S.C. 2611(b)), and must comply with the export notification requirements in 40 CFR part 707, subpart D. Asbestos (including chrysotile asbestos) is already subject to TSCA section 6(a) (40 CFR part 763, subparts G and I) rules and a significant new use rule under TSCA section 5(a)(2) (40 CFR part 721.11095) that trigger the export notification provisions of TSCA section 12(b) (15 U.S.C. 2611(b); see also 40 CFR 721.20). Any person who exports or intends to export asbestos (including chrysotile asbestos) must comply with the export notification requirements in 40 CFR part 707, subpart D.

If you have any questions regarding the applicability of this final action to a particular entity, consult the technical information contact listed under **FOR FURTHER INFORMATION CONTACT**.

### B. What is the Agency's authority for taking this action?

Under TSCA section 6(a) (15 U.S.C. 2605(a)), if the EPA determines through a TSCA section 6(b) risk evaluation that a chemical substance presents an unreasonable risk of injury to health or the environment, without consideration of costs or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation identified as relevant to the risk evaluation, under the conditions of use, EPA must by rule apply one or more requirements to the extent necessary so that the chemical substance or mixture no longer presents such risk.

### C. What action is the Agency taking?

Pursuant to TSCA section 6(b), EPA determined that chrysotile asbestos presents an unreasonable risk of injury to health, without consideration of costs or other non-risk factors, including an unreasonable risk to potentially exposed or susceptible subpopulations identified as relevant to the 2020 Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos by EPA, under the following conditions of use (Ref. 1):

• Processing and Industrial use of Chrysotile Asbestos Diaphragms in the Chlor-alkali Industry;
• Processing and Industrial Use of Chrysotile Asbestos-Containing Sheet Gaskets in Chemical Production;
• Industrial Use and Disposal of Chrysotile Asbestos-Containing Brake Blocks in the Oil Industry;
• Commercial Use and Disposal of Aftermarket Automotive Chrysotile Asbestos-Containing Brakes/Linings;
• Commercial Use and Disposal of Other Chrysotile Asbestos-Containing Vehicle Friction Products;
• Commercial Use and Disposal of Other Chrysotile Asbestos-Containing Gaskets;
• Consumer Use and Disposal of Aftermarket Automotive Chrysotile Asbestos-Containing Brakes/Linings; and
• Consumer Use and Disposal of Other Chrysotile Asbestos-Containing Gaskets.

A detailed description of the conditions of use that contribute to

EPA's determination that chrysotile asbestos presents an unreasonable risk is included in Unit II.C.2. Accordingly, to address the unreasonable risk, EPA is issuing this final rule under TSCA section 6(a) to:

(i) Prohibit the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, in the chlor-alkali industry and require interim workplace controls;

(ii) Prohibit the manufacture (including import), processing, use, distribution in commerce and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for sheet gaskets in chemical production and require interim workplace controls for certain commercial uses;

(iii) Prohibit the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for oilfield brake blocks, aftermarket automotive brakes and linings, other vehicle friction products and other gaskets;

(iv) Prohibit the manufacture (including import), processing, and distribution in commerce of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for consumer use of aftermarket automotive brakes and linings and other gaskets; and

(v) Establish disposal and recordkeeping requirements.

### D. Why is the Agency taking this action?

Under TSCA section 6(a), "[i]f the Administrator determines in accordance with subsection (b)(4)(A) that the manufacture, processing, distribution in commerce, use or disposal of a chemical substance or mixture, or that any combination of such activities, presents an unreasonable risk of injury to health or the environment, the Administrator shall by rule . . . apply one or more of the [section 6(a)] requirements to such substance or mixture to the extent necessary so that the chemical substance no longer presents such risk." Chrysotile asbestos was the subject of a risk evaluation under TSCA section 6(b)(4)(A) that was issued in December 2020 (Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos) (Ref. 1). On April 12, 2022, EPA issued a proposed rule (87 FR 21706) (FRL–8332–02–OCSPP) under TSCA section 6(a) to regulate those conditions of use evaluated in the 2020 Risk Evaluation

for which EPA determined unreasonable risk, so that chrysotile asbestos does not present unreasonable risk as determined in the 2020 Risk Evaluation, and the Agency received public comment on the proposal. After the close of the public comment period for the proposed rule, EPA received comments and held meetings with stakeholders. EPA issued a Notice of Data Availability on March 17, 2023 (88 FR 16389) (FRL–8332–04–OCSPP), to request additional public comment on any information received during and after the proposed rule public comment period and how EPA should consider such information in the development of this final rule. With this action, EPA is finalizing with modifications the rule proposed on April 12, 2022 (87 FR 21706), so that conditions of use of chrysotile asbestos do not present unreasonable risk, as determined in the 2020 Risk Evaluation. The unreasonable risk is described in Unit II.C.1. and the conditions of use that are the subject of this final action are described in Unit II.C.2.

### E. What are the estimated incremental impacts of this action?

EPA has prepared an Economic Analysis of the potential incremental impacts associated with this rulemaking. (Ref. 2).

#### 1. Background

Asbestos use in the nation has been declining for decades and current domestic consumption of raw asbestos is less than 0.1% of peak consumption in the early 1970s. Chlor-alkali producers are the only industry in the U.S. known to fabricate products from raw chrysotile asbestos. In addition, EPA has concluded that imports of a few asbestos-containing products are intended, known, or reasonably foreseen to occur; while the total quantity of asbestos in those products is uncertain, it is believed to be relatively small (see Appendix C of the Risk Evaluation).

#### 2. Costs

Three firms own a total of eight chlor-alkali facilities in the U.S. that still use asbestos diaphragms to produce chlorine and sodium hydroxide (also known as caustic soda). The eight facilities range in age from 42 to 83 years old, although some have had new capacity added as recently as 18 years ago, and others may have had recent refurbishments. The share of total chlorine and caustic soda production using asbestos diaphragm cells has been declining over time. The diaphragm cells in these facilities currently represent about one-third of U.S. chlor-alkali production capacity. EPA

anticipates that firms will respond to the rule by converting their asbestos diaphragm cells to non-asbestos diaphragms or membrane cells, which do not use asbestos. A more detailed discussion of the expected impacts of conversion from asbestos-containing diaphragm cells to non-asbestos diaphragms or membrane cells is located in Unit VII.B.5.

Converting the facilities using asbestos diaphragm cells to non-asbestos technologies is predicted to require an investment of approximately $2.8 billion to $3.4 billion across all eight facilities. For a number of these facilities, the non-asbestos technologies, particularly membrane cells, are more energy efficient than asbestos diaphragm cells, so those conversions are expected to result in savings for the companies that would accrue over the lifetimes of the facilities. The dollar value of the expected change in energy usage (which is a net energy savings across all the facilities) is included in the estimated net annualized costs. Membrane cells also produce a higher grade of caustic soda that has historically commanded a higher price than the product from asbestos diaphragm cells, and which may continue to do so in the future. EPA anticipates that the conversions to non-asbestos diaphragms and membranes would occur in the coming decades even without this final rule, following existing trends in the chlor-alkali industry to transition away from asbestos. Compared to this baseline trend, the incremental net effect of the rule on the chlor-alkali industry over a 35-year period using a 3 percent discount rate is estimated to range from an annualized cost of $7 million per year to an annualized savings of $1 million per year, depending on whether the higher grade of caustic soda produced by membrane cells continues to command a premium price. Using a 7 percent discount rate, the incremental annualized net effect is a cost ranging from $34 million to $43 million per year, again depending on whether there are revenue gains from the caustic soda production.

EPA also estimates that approximately 1,800 sets of automotive brakes or brake linings containing asbestos may be imported into the U.S. each year, representing 0.002% of the total U.S. market for aftermarket brakes. The cost of a prohibition would be minimal due to the ready availability of alternative products that are only slightly more expensive (an average cost increase of about $5 per brake). The rule is estimated to result in total annualized costs for aftermarket automotive brakes

of approximately $300,000 per year using a 3% discount rate and $200,000 per year using a 7% discount rate.

EPA did not have information to estimate the costs of prohibiting asbestos for the remaining uses subject to the rule (sheet gaskets used in chemical production, including titanium dioxide production and nuclear material processing; brake blocks in the oil industry; other vehicle friction products; or other gaskets), so there are additional unquantified costs. EPA believes that the use of these asbestos-containing products has declined over time, and that, depending on which products, they are now either used in very small segments of the industries, or possibly not at all.

More information on the estimated costs is available in EPA's Economic Analysis for the rule (Ref. 2).

3. Benefits

EPA's Economic Analysis for the rule (Ref. 2), quantified the benefits from avoided cases of lung cancer, mesothelioma, ovarian cancer, and laryngeal cancer due to reduced asbestos exposures to workers, occupational non-users (ONUs), and do-it-yourselfers (DIYers) related to the rule's requirements for chlor-alkali diaphragms, aftermarket automotive brakes, and sheet gaskets used for titanium dioxide production. The combined annual quantified benefits of avoided cancer cases associated with these products are approximately $6,000 per year using a 3% discount rate and $3,000 per year using a 7% discount rate, based on the cancer risk estimates from the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos. EPA did not estimate the aggregate avoided cancer benefits of the requirements for sheet gaskets used for other forms of chemical production, oilfield brake blocks, other vehicle friction products or other gaskets because the Agency did not have sufficient information on the number of individuals likely to be affected by the rule. To the extent that such products are still manufactured, processed, distributed in commerce, used, or disposed of, there would be additional benefits from reducing exposures from these use categories.

There are also unquantified benefits due to other avoided adverse health effects associated with asbestos exposure including respiratory effects (*e.g.*, asbestosis, non-malignant respiratory disease, deficits in pulmonary function, diffuse pleural thickening and pleural plaques). The rule will also generate unquantified benefits from other exposure pathways and life cycle stages for which exposures were not estimated. To the extent that the number of individuals exposed or exposure levels in the baseline were underestimated, EPA's analysis underestimates the benefits of the regulatory requirements.

In addition to the benefits of avoided adverse health effects associated with chrysotile asbestos exposure, the rule is expected to generate significant benefits from reduced air pollution associated with electricity generation. Chlor-alkali production is one of the most energy-intensive industrial operations in the United States. To the extent that alternative technologies are more energy efficient, converting asbestos diaphragm cells to non-asbestos technologies reduces overall electricity consumption and thus the total level of pollutants associated with electric power generation, including carbon dioxide, particulate matter, sulfur dioxide, and nitrogen oxides. Converting asbestos diaphragm cells to non-asbestos technologies could yield millions of dollars per year in environmental and health benefits from reduced emissions of these pollutants. EPA's Economic Analysis, which can be found in the rulemaking docket (Ref. 2), contains more information on the potential magnitude of these monetized benefits from reduced criteria air pollutants and carbon dioxide emissions.

4. Small Entity Impacts

As described in more detail in Unit X.C. and in section 6.2 of the Economic Analysis (Ref. 2), EPA estimates that 14 to 1,372 small entities would be subject to the rule.

Chlor-alkali facilities account for nearly all of the quantified costs of the rule, and none of the firms operating chlor-alkali facilities are small businesses.

Eleven to 1,369 of the affected small businesses perform brake replacements using aftermarket automotive brake linings and pads containing asbestos. The estimate of 11 affected small entities assumes that each affected business performs between 40 and 700 brake replacements per year using asbestos brake linings or pads. The estimate of 1,369 affected small entities assumes that each affected business installs a single set of asbestos brake linings or pads per year. Affected firms are expected to incur a cost of approximately $18 per brake replacement job for the additional expense of a set of four non-asbestos brake linings or pads, and about $1 for recordkeeping about their asbestos waste disposal activities. This results in annual costs between $20 and $14,000 per firm (depending on the number of brake replacements they perform). At the low-end estimate of 11 affected brake replacement firms, approximately 85% of firms would have cost impacts of less than 1% of their annual revenues, about 10% would have cost impacts between 1% and 3%, and around 6% would have cost impacts of greater than 3%. At the high-end estimate of 1,369 affected brake replacement firms, 100% of firms would have a cost impact of less than 1% of their annual revenues.

Two small businesses are assumed to manufacture sheet gaskets containing asbestos for titanium dioxide production. EPA does not have data on the cost to these businesses resulting from the prohibition on sheet gaskets containing asbestos. Therefore, EPA was unable to estimate the magnitude of the impacts for these small entities. Asbestos-free products in this application reportedly require more frequent replacement than items containing asbestos. As a result, the rule could increase revenues for the affected small business suppliers if they sell a larger volume of non-asbestos products to the end users as replacements.

One small business is known to import and distribute oilfield brake blocks containing asbestos. EPA does not have data on the cost for this use category resulting from the prohibition on products containing asbestos. Therefore, EPA was unable to estimate the magnitude of the impacts for this small entity. Asbestos-free products in this application reportedly require more frequent replacement than items containing asbestos. As a result, the rule could increase revenues for the affected small business supplier if it sells a larger volume of non-asbestos products to the end users as replacements.

No small businesses have been identified as using sheet gaskets for chemical production or brake blocks in the oil industry.

EPA has not identified specific firms (of any size) manufacturing, processing, distributing or using products containing asbestos for the aftermarket automotive brakes, other gaskets, and other vehicle friction products use categories. To the extent that there are any small businesses engaged in these activities, there are likely only a few firms facing a small cost increase for asbestos-free products.

5. Environmental Justice

This rule is expected to increase the level of environmental protection for all affected populations without having disproportionate and adverse health or environmental effects on any population, including any communities

with environmental justice concerns (Ref. 2). Most of the affected chlor-alkali facilities and one other chemical manufacturer affected by this rule are located in or near communities with high levels of polluting industrial activities, elevated disease risk, and a high proportion of people of color. For example, communities that contain affected chlor-alkali facilities have a cumulative baseline cancer risk from air toxics that is nearly twice the national average, and the share of Black/African American persons in these communities is almost three times the national average. This rule is not expected to increase these pre-existing environmental justice concerns. Units III.B. and X.J. discuss outreach conducted to advocates for communities with environmental justice concerns that might be subject to disproportionate exposure to chrysotile asbestos.

6. Children's Environmental Health

Consistent with Executive Order 13045 (62 FR 19885, April 23, 1997), EPA evaluated the health and safety effects of this action on children. This action is also subject to EPA's Policy on Children's Health (*https://www.epa.gov//childrens-health-policy-and-plan*) because the environmental health risk addressed by this action has a disproportionate effect on children.

Chrysotile asbestos has a disproportionate effect on children. The health effect of concern relates to exposures to chrysotile asbestos are mesothelioma, lung and other cancers, all of which have a long latency period following exposure. The risk evaluation (Ref. 1) demonstrated in sensitivity analyses that age at first exposure affected risk estimates, with earlier exposures in life resulting in greater risk. For children, exposures can be anticipated (1) as bystanders for consumer uses such as aftermarket brakes and (2) in consumer uses and occupational uses given that the risk evaluation presented information indicating that children as young as 16 years of age may engage in these activities. Furthermore, EPA recognizes it is possible that workers exposed to chrysotile asbestos at work may cause unintentional exposure to individuals in their residence, including children, due to take-home exposure from contaminated clothing or other items, although this additional pathway was not specifically evaluated in the risk evaluation. This rule protects children from these disproportionate environmental health risks.

The results of EPA's evaluation are contained in the risk evaluation (Ref. 1) and the Economic Analysis (Ref. 2).

7. Effects on State, Local, and Tribal Governments

As discussed in Unit X.E., this action has federalism implications because regulation under TSCA section 6(a) may preempt state law. It does not impose costs on small governments or have tribal implications.

## II. Background

### A. Overview of Chrysotile Asbestos

Asbestos is defined in section 202 of TSCA Title II as: "Asbestiform varieties of six fiber types—chrysotile (serpentine), crocidolite (riebeckite), amosite (cummingtonite-grunerite), anthophyllite, tremolite or actinolite." EPA used this definition of asbestos at the onset of the asbestos risk evaluation in 2016. However, EPA determined that chrysotile asbestos is the only type of asbestos where import, processing, and distribution in commerce for use is known, intended, or reasonably foreseen in the U.S. As such, EPA assessed these non-legacy conditions of use of chrysotile asbestos in the December 2020 Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos (Ref. 1). Following a decision by the Ninth Circuit Court of Appeals (*Safer Chemicals Healthy Families* v. *EPA,* 943 F.3d 397 (9th Cir. 2019)) concerning legacy use and associated disposal of asbestos (conditions of use that were not included in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos), EPA began developing a supplemental risk evaluation to address legacy and associated disposal conditions of use. The Risk Evaluation for Asbestos, Part 2: Supplemental Evaluation Including Legacy Uses and Associated Disposals of Asbestos will include evaluation of those conditions of use of chrysotile asbestos, the five amphibole fiber types identified in the TSCA Title II definition (crocidolite (riebeckite), amosite (cummingtonite-grunerite), anthophyllite, tremolite and actinolite) and Libby Amphibole Asbestos (mainly consisting of tremolite, winchite, and richterite). Additionally, some talc deposits and articles containing talc have been shown to contain asbestos. Thus, EPA recognizes that certain uses of talc may present the potential for asbestos exposure. Where EPA identifies reasonably available information demonstrating the presence of asbestos in talc, and where such talc applications fall under TSCA authority, those asbestos-containing talc conditions of use will be evaluated in Part 2 of the risk evaluation for asbestos. Once the Risk Evaluation for Asbestos, Part 2: Supplementary Evaluation Including Legacy Uses and Associated Disposals is

complete, EPA intends to revisit the unreasonable risk determination issued in the 2020 Risk Evaluation for Asbestos Part 1, and, as appropriate, make an unreasonable risk determination for asbestos as a whole chemical substance.

In addition, on April 25, 2019, EPA finalized a significant new use rule for asbestos under TSCA section 5(a)(2) (40 CFR 721.11095) for manufacturing (including importing) or processing of asbestos for discontinued uses. This rule requires that persons notify EPA at least 90 days before commencing any manufacturing (including importing) or processing of asbestos (including as part of an article) for uses other than the uses evaluated under the Risk Evaluation for Asbestos, Part I: Chrysotile Asbestos and uses that are already prohibited under TSCA. The required notification would initiate EPA's evaluation of the risks associated with the intended significant new use. Manufacturing (including importing) and processing (including as part of an article) for the significant new use may not commence until EPA has conducted a review of the notice, made an appropriate determination on the notice, and taken such actions as are required in association with that determination. Also, on July 12, 1989, EPA issued a rule under TSCA section 6 entitled: Asbestos: Manufacture, Importation, Processing, and Distribution in Commerce Prohibitions (54 FR 29460, July 12, 1989) (FRL–3476–2), that prohibited the manufacture (including import), processing and distribution of commerce of almost all asbestos-containing products. On October 18, 1991, in *Corrosion Proof Fittings* v. *EPA,* 947 F.2d 1201, the United States Court of Appeals for the Fifth Circuit vacated and remanded most of the 1989 rule. However, as a result of the Court's decision, certain asbestos-containing products remain banned including the manufacture, importation, processing, and distribution in commerce of corrugated paper, rollboard, commercial paper, specialty paper and flooring felt. Also, any "new use" remains banned—defined by that rule as uses of asbestos for which the manufacture, importation, or processing would be initiated for the first time after August 25, 1989.

This final rule applies only to chrysotile asbestos (Chemical Abstract Services Registry Number (CASRN) 132207–32–0). Chrysotile asbestos is a hydrated magnesium silicate mineral, with relatively long and flexible crystalline fibers that are capable of being woven. Chrysotile asbestos fibers used in most commercial applications consist of aggregates and usually contain a broad distribution of fiber

lengths. Chrysotile asbestos fiber bundle lengths usually range from a fraction of a millimeter to several centimeters, and diameters range from 0.1 to 100 micrometers. More information on the physical and chemical properties of chrysotile asbestos is in Section 1.1 of the Risk Evaluation (Ref. 1).

EPA evaluated the conditions of use associated with six ongoing use categories of chrysotile asbestos (chlor-alkali diaphragms, sheet gaskets used in chemical production, oilfield brake blocks, aftermarket automotive brakes/linings, other vehicle friction products, and other gaskets). There is no longer any domestic mining of asbestos. All imported raw asbestos is chrysotile asbestos, and it is used in the manufacture of chlor-alkali diaphragms. According to the United States Geological Survey (USGS), 152 metric tons of raw chrysotile asbestos were imported in 2022 (Ref. 3) from Brazil; however, as discussed in this preamble, public comments to the proposed rule indicate the importation of raw chrysotile asbestos for chlor-alkali use has ceased for now, while imports for the other use categories may be ongoing. EPA is also aware that Brazil's Federal Supreme Court banned asbestos mining, processing and export in 2022.

*B. Regulatory Actions Pertaining to Chrysotile Asbestos*

Because of its adverse health effects, chrysotile asbestos is subject to numerous State, Federal, and international regulations restricting and regulating its use. A summary of EPA regulations pertaining to chrysotile asbestos, as well other Federal, State, and international regulations, is in the docket (Ref. 1; Ref. 4).

*C. Summary of EPA's Risk Evaluation Activities on Chrysotile Asbestos*

In July 2017, EPA published a scope of the chrysotile asbestos risk evaluation (82 FR 31592, July 7, 2017) (FRL–9963–57), and after receiving public comment, published a problem formulation in June 2018 (83 FR 26998, June 11, 2018) (FRL–9978–40). In March 2020, EPA released a draft risk evaluation for asbestos (EPA–HQ–OPPT–2019–0501–0002), and in December 2020, following public comment and peer review by the Science Advisory Committee on Chemicals (SACC), EPA finalized the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos (Ref. 1).

In the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos, EPA evaluated risks associated with the conditions of use involving six non-legacy use categories of chrysotile asbestos including: Chlor-alkali

diaphragms, sheet gaskets in chemical production, other gaskets, oilfield brake blocks, aftermarket automotive brake/linings, and other vehicle friction products. EPA evaluated the conditions of use within these categories, including manufacture (including import), processing, distribution, commercial use, consumer use, and disposal (Ref. 1). Descriptions of these conditions of use are included in Unit II.C.2.

The risk evaluation identified potential adverse health effects associated with exposure to chrysotile asbestos, including the risk of mesothelioma, lung cancer, and other cancers from chronic inhalation. A further discussion of the chrysotile asbestos hazards is included in Unit II.C.1. The chrysotile asbestos conditions of use that EPA determined contribute to the chemical substance's unreasonable risk to health include processing and industrial use of diaphragms in the chlor-alkali industry; processing and industrial use of sheet gaskets used in chemical production; industrial use and disposal of brake blocks in the oil industry; commercial use and disposal of aftermarket automotive brakes/linings; commercial use and disposal of other vehicle friction products; commercial use and disposal of other gaskets; consumer use and disposal of aftermarket automotive brakes/linings; and consumer use and disposal of other gaskets. This determination includes unreasonable risk of injury to health to both workers and occupational non-users (ONUs) during occupational exposures, and to consumers and bystanders during exposures to consumer uses.

EPA determined that ongoing uses of chrysotile asbestos do not present unreasonable risk to the environment (Ref. 1).

As previously discussed, following the November 2019 decision of the Ninth Circuit Court of Appeals in *Safer Chemicals Healthy Families* v. *EPA,* 943 F.3d 397, the agency is also conducting a Part 2 of the Asbestos Risk Evaluation: Supplemental Evaluation Including Legacy Uses and Associated Disposals of Asbestos, which is occurring in parallel with its effort to pursue risk management to address unreasonable risk identified in the Risk Evaluation for Asbestos, Part 1. Legacy uses and associated disposals for asbestos are conditions of use for which manufacture (including import), processing, and distribution in commerce for a use no longer occur, but where use (*e.g.,* in situ building material) and disposal are still known, intended, or reasonably foreseen to occur.

The October 13, 2021, consent decree in the case *Asbestos Disease Awareness Organization et al* v. *Regan et al,* 4:21–cv–03716–PJH (N.D. Cal.) requires the agency to publish a final Part 2 asbestos risk evaluation on or before December 1, 2024. EPA published a draft scope for the Part 2 asbestos risk evaluation on December 29, 2021 (86 FR 74088) (FRL–9347–01–OCSPP), and a final scope for the Part 2 asbestos risk evaluation on June 29, 2022 (87 FR 38746) (FRL–9347–02–OCSPP).

As part of the problem formulation for the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos, EPA found that exposures to the general population may occur from the conditions of use considered. (Ref. 5). EPA determined, in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos, that exposure to the general population via surface water, drinking water, ambient air, and disposal pathways falls under the jurisdiction of other environmental statutes administered by EPA. The Agency, therefore, at that time explained that it was tailoring the scope of the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos using authorities in TSCA sections 6(b) and 9(b)(1). As such, EPA did not evaluate hazards or exposures to the general population, and the unreasonable risk determinations made in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos do not account for exposures to the general population. However, EPA expects that any potential exposures to the general population would be adequately addressed through the prohibition on the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos to address the unreasonable risk posed to workers, ONUs, consumers and bystanders. EPA does plan to evaluate exposures to the general population in the Risk Evaluation for Asbestos, Part 2: Supplemental Evaluation Including Legacy Uses and Associated Disposals of Asbestos.

EPA also concluded that, based on the reasonably available information in the published literature provided by industries using asbestos and reporting to EPA databases, there are minimal or no releases of asbestos to surface water associated with the conditions of use that EPA evaluated in Part 1. Therefore, EPA concluded that there is low or no risk to aquatic and sediment-dwelling organisms from exposure to chrysotile asbestos. Terrestrial pathways, including biosolids from wastewater treatment plants, were excluded from the analysis at the problem formulation stage (Ref. 1; Ref. 5). However, EPA

expects that any potential exposures to terrestrial species, as with the general population, would be adequately addressed through the prohibition on the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos.

## 1. Description of Unreasonable Risk

The health endpoint driving EPA's determination of unreasonable risk for chrysotile asbestos under the conditions of use is cancer from inhalation exposure (Ref. 1). This unreasonable risk includes the risk of mesothelioma and lung, ovarian, and laryngeal cancers from chronic inhalation exposure. Inhalation unit risk (IUR) is typically defined as a plausible upper bound on the estimate of cancer risk per micrograms per cubic meter ($\mu g/m^3$) air breathed for 70 years. For asbestos, the IUR is expressed as cancer risk per fibers per cubic centimeter (f/cc) (in units of the fibers as measured by Phase Contrast Microscopy (PCM)). The IUR represents the total cancer incidence risk from chronic inhalation exposure of chrysotile asbestos and was based on epidemiological studies on mesothelioma and lung cancer in cohorts of workers using chrysotile asbestos in commerce. The inhalation unit risk for mesothelioma and lung cancer were directly estimated from the selected epidemiologic studies reporting exposure-response relationships between exposure to chrysotile asbestos and those cancers. Since there was no exposure-response data for ovarian and laryngeal cancer effects in the epidemiological literature, a direct estimate of risk from ovarian and laryngeal cancer could not be made for the inhalation unit risk calculation. An adjustment factor for ovarian and laryngeal cancer effects was applied to risk value estimates to correct for the underestimated total cancer risk derived from only lung cancer and mesothelioma that yielded an IUR for total cancer risk encompassing all four cancers known to be caused by exposure to chrysotile asbestos. And, as discussed in Section 4.2.1 of the Risk Evaluation (Ref. 1), for workers and ONUs exposed in a workplace, EPA used as a benchmark extra risk of 1 cancer for 10,000 people, that is, a risk level of $1\times10^{-4}$ (or 1E-4). In addition, because non-cancer effects of asbestosis and pleural thickening may also contribute to overall health risk resulting from workplace exposures to chrysotile asbestos, the quantified health risks of chrysotile asbestos are underestimates because they are based on cancer risk alone.

For processing and industrial use of chrysotile asbestos diaphragms in the chlor-alkali industry, EPA found unreasonable risk to workers and ONUs from chronic inhalation exposure to chrysotile asbestos, based on industry data including personal air monitoring (*i.e.,* worker breathing zone results) and area air monitoring (*i.e.,* fixed location air monitoring results) that led to the high-end risk estimates exceeding the $1\times10^{-4}$ risk benchmark (Section 5.2.1 of the Risk Evaluation).

For both the processing (*i.e.,* gasket cutting) and industrial use activities of chrysotile asbestos-containing sheet gaskets for chemical production, EPA found unreasonable risk to workers and ONUs from chronic inhalation exposure to chrysotile asbestos based on monitoring data provided by industry and data in the published literature (Section 5.2.1 of the Risk Evaluation).

For the industrial use and disposal of chrysotile asbestos-containing oilfield brake blocks, EPA found unreasonable risk to workers and ONUs from chronic inhalation exposure to chrysotile asbestos based on a published literature (Section 5.2.1 of the Risk Evaluation).

For the commercial use and disposal of aftermarket automotive chrysotile asbestos-containing brakes/linings and other vehicle friction products (except for the NASA Super Guppy Turbine aircraft use), EPA found unreasonable risk to workers from chronic inhalation exposure to chrysotile asbestos based on published literature and OSHA data (Section 2.3.1.8.1 of the Risk Evaluation). EPA determined, based on exposure data provided by NASA to EPA (Section 2.3.1.8.2 of the Risk Evaluation), that the use and disposal of chrysotile asbestos-containing brakes for NASA's Super Guppy Turbine aircraft did not present an unreasonable risk of injury to health or the environment.

For the commercial use and disposal of other chrysotile asbestos-containing gaskets, EPA found unreasonable risk to workers and ONUs from chronic inhalation exposure to chrysotile asbestos based on exposure scenarios from occupational monitoring data for asbestos-containing gasket replacement activities in vehicles.

For consumer use and disposal of aftermarket automotive chrysotile asbestos-containing brakes/linings and other chrysotile asbestos-containing gaskets, EPA found unreasonable risk to consumers and bystanders from chronic inhalation exposure to chrysotile asbestos, using as a benchmark cancer risk level of $1\times10^{-6}$ (1E-6) for consumers and bystanders.

EPA also noted in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos

that it is possible for industrial workers or consumers working with aftermarket automotive products or other types of asbestos-containing gaskets to cause unintentional exposure to individuals in their residence due to take-home exposure from contaminated clothing or other items.

The provisions of the final rule are described in Unit VI. and the health effects of chrysotile asbestos and the magnitude of the exposures to chrysotile asbestos are described in Unit VII.B.1.

## 2. Description of Conditions of Use

This unit describes the conditions of use subject to this final action. Although EPA identified both industrial and commercial uses in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos for purposes of distinguishing scenarios, the Agency clarified then and clarifies now that EPA interprets the authority over "any manner or method of commercial use" under TSCA section 6(a)(5) to apply to both industrial and commercial uses identified in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos.

The conditions of use for this final action do not include any legacy uses or associated disposal for chrysotile asbestos or other asbestos fiber types. EPA will consider legacy uses and associated disposals in Part 2 of the risk evaluation for asbestos (Ref. 1).

a. *Processing and industrial use of chrysotile asbestos diaphragms in the chlor-alkali industry.*

Chrysotile asbestos historically has been imported and used by the chlor-alkali industry for the fabrication of semi-permeable diaphragms. The chrysotile asbestos diaphragms are used in an industrial process for the production of chlorine and sodium hydroxide (caustic soda). Asbestos is chemically inert and able to effectively separate chlorine and sodium hydroxide in electrolytic cells. The chlor-alkali chemical production process involves the separation of the sodium and chloride atoms of salt in saltwater (brine) via electricity to produce sodium hydroxide (caustic soda), hydrogen, and chlorine. The electrolytic cell contains two compartments separated by a semi-permeable diaphragm, which is made mostly of chrysotile asbestos. The diaphragm prevents the reaction of the caustic soda with the chlorine and allows for the separation of both materials for further processing. Diaphragms are typically used for 1–3 years before they must be replaced (Ref. 1).

b. *Processing and industrial use of chrysotile asbestos-containing sheet gaskets in chemical production.*

Sheet gaskets are used to form a leakproof seal between fixed components. Chrysotile asbestos-containing gaskets are used primarily in industrial applications with extreme operating conditions, such as high temperatures, high pressures, and the presence of chlorine or other corrosive substances. Such extreme operating conditions are found in many chemical manufacturing and processing operations, including: the manufacture of titanium dioxide and chlorinated hydrocarbons; polymerization reactions involving chlorinated monomers; and steam cracking at petrochemical facilities. Chrysotile asbestos-containing gaskets used for titanium dioxide production are fabricated from sheets composed of 80% (minimum) chrysotile asbestos fully encapsulated in styrene butadiene rubber. The chrysotile asbestos-containing sheets are articles which are imported into the U.S. in large rolls where they are cut to shape by a fabricator and subsequently used at titanium dioxide manufacturing facilities. Installed gaskets typically remain in use anywhere from a few weeks to three years (Ref. 1). In addition to the industrial uses specifically identified in the risk evaluation, the use of sheet gaskets in the processing of nuclear material is also covered by this condition of use because it involves processing chemicals under extreme operating conditions, in this case operations involving radioactive materials.

c. *Industrial use and disposal of chrysotile asbestos-containing brake blocks in oil industry.*

The rotary drilling rig of an oil well uses a drawworks hoisting machine to raise and lower the traveling blocks during drilling. The drawworks is a permanently installed component of a mobile drilling rig. The drawworks consists of a large-diameter steel spool, a motor, a main brake, a reduction gear, and an auxiliary brake. The brake of the drawworks hoisting machine is an essential component that is engaged when no motion of the traveling block is desired. Chrysotile asbestos-containing brake blocks are imported articles for use in some drawworks, reportedly most often on larger drilling rigs. Spent brake blocks must periodically be replaced by workers in the oilfield industry who maintain the rig (Ref. 1).

d. *Commercial use and disposal of aftermarket automotive chrysotile asbestos-containing brakes/linings.*

The two primary types of automobile brakes are drum brakes and disc brakes, and chrysotile asbestos has been found in both, in linings for drum brake

assemblies and pads in disc brake assemblies. Disc brakes are much more common today than drum brakes, but many passenger vehicles have a combination of disc brakes for the front wheels and drum brakes for the rear wheels. Chrysotile asbestos fibers offer many properties that are desired for brake linings and brake pads, and up through the 1990s many new automobiles manufactured in the United States had brake assemblies with asbestos-containing components. By 2000, asbestos was no longer used in the brakes of virtually any original equipment manufacturer (OEM) automobiles sold domestically; however, asbestos-containing brake products continue to be imported and sold in the United States. The quantity of asbestos-containing brake part articles imported is unknown. Therefore, asbestos could be found in the United States: (1) In vehicles on the road that have asbestos-containing brakes, whether from older and vintage vehicles or aftermarket parts; and (2) In vehicles that have new replacement asbestos-containing brakes installed by establishments or individuals that use certain imported products. Brakes must be repaired and replaced periodically, which involves activities that create dust and potential occupational exposure to asbestos (Ref. 1).

e. *Commercial use and disposal of other chrysotile asbestos-containing vehicle friction products.*

While EPA has verified that U.S. automotive manufacturers are not installing asbestos-containing brakes on new cars for domestic distribution, EPA identified a company that claimed to import asbestos-containing brakes and then install them on cars in the United States for export only. Following completion of the risk evaluation, and during the risk management phase following publication of the final risk evaluation, this company disavowed this practice (Ref. 6).

In addition, there is a limited use of asbestos-containing brakes for a special, large transport plane, the "Super-Guppy" Turbine (SGT) aircraft, owned and operated by the National Aeronautics and Space Administration (NASA). The SGT aircraft is a specialty cargo plane that transports oversized equipment, and it is considered a mission-critical vehicle. Only one SGT aircraft is in operation today, and NASA acquired it in 1997. The SGT aircraft averages approximately 100 flights per year. When not in use, it is hangered and maintained at a NASA facility in El Paso, Texas. The SGT aircraft has eight landing gear systems, and each system has 32 brake blocks, which contain

chrysotile asbestos. Potential worker exposures are associated with servicing the brakes. As explained in the risk evaluation, the following two conditions of use do not present unreasonable risk, and therefore do not require mitigation by this final rule: Use of chrysotile asbestos-containing brakes for a specialized, large NASA transport plane; and the disposal of chrysotile asbestos-containing brakes for a specialized, large NASA transport plane (Ref. 1).

f. *Commercial use and disposal of other asbestos-containing gaskets.*

EPA also identified the use of chrysotile asbestos-containing gaskets in the exhaust system of a specific type of utility vehicle manufactured and available for purchase in the United States. The utility vehicle manufacturer purported at the time to receive the pre-cut gaskets which are then installed during manufacture of the vehicle. The gaskets may be removed during servicing of the exhaust system at utility vehicle dealerships and other repair and maintenance shops. Exhaust gasket installation and repair activities create asbestos exposure. (Ref. 1).

g. *Consumer use and disposal of aftermarket automotive chrysotile asbestos-containing brakes/linings.*

Asbestos could be found in the United States: (1) In vehicles on the road that have asbestos-containing brakes, whether from original manufacturers (primarily for older and vintage vehicles) or aftermarket parts; and (2) In vehicles that have new replacement asbestos-containing brakes installed by establishments or individuals that use certain imported products. Brakes must be repaired and replaced periodically, activities which create dust and exposure to asbestos for consumers and bystanders who perform their own do-it-yourself automobile maintenance and repairs on asbestos-containing components (Ref. 1).

h. *Consumer use and disposal of other asbestos-containing gaskets.*

EPA also identified the use of chrysotile asbestos-containing gaskets in the exhaust system of a specific type of utility vehicle manufactured and available for purchase in the United States. The gaskets may be removed during servicing of the exhaust system. EPA determined that do-it-yourself consumers who may repair these vehicles and bystanders are exposed to asbestos (Ref. 1).

## III. EPA's Proposed Rule Under TSCA Section 6(a) for Chrysotile Asbestos

### A. Description of TSCA Section 6(a) Requirements

Under TSCA section 6(a), if the Administrator determines through a TSCA section 6(b) risk evaluation that a chemical substance presents an unreasonable risk of injury to health or the environment, without consideration of costs or other non-risk factors, including an unreasonable risk to a potentially exposed or susceptible subpopulation identified as relevant to the Agency's risk evaluation, under the conditions of use, EPA must by rule apply one or more requirements to the extent necessary so that the chemical substance no longer presents such risk.

The TSCA section 6(a) requirements can include one or more of the following actions alone or in combination:

• Prohibit or otherwise restrict the manufacturing (including import), processing, or distribution in commerce of the substance or mixture, or limit the amount of such substance or mixture which may be manufactured, processed, or distributed in commerce (TSCA section 6(a)(1)).

• Prohibit or otherwise restrict the manufacturing, processing, or distribution in commerce of the substance or mixture for a particular use or above a specific concentration for a particular use (TSCA section 6(a)(2)).

• Limit the amount of the substance or mixture which may be manufactured, processed, or distributed in commerce for a particular use or above a specific concentration for a particular use specified (TSCA section 6(a)(2)).

• Require clear and adequate minimum warning and instructions with respect to the substance or mixture's use, distribution in commerce, or disposal, or any combination of those activities, to be marked on or accompanying the substance or mixture (TSCA section 6(a)(3)).

• Require manufacturers and processors of the substance or mixture to make and retain certain records or conduct certain monitoring or testing (TSCA section 6(a)(4)).

• Prohibit or otherwise regulate any manner or method of commercial use of the substance or mixture (TSCA section 6(a)(5)).

• Prohibit or otherwise regulate any manner or method of disposal of the substance or mixture, or any article containing such substance or mixture, by its manufacturer or processor or by any person who uses or disposes of it for commercial purposes (TSCA section 6(a)(6)).

• Direct manufacturers or processors of the substance or mixture to give notice of the unreasonable risk determination to distributors, certain other persons, and the public, and to replace or repurchase the substance or mixture (TSCA section 6(a)(7)).

EPA analyzed how the TSCA section 6(a) requirements could be applied so that the unreasonable risk described in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos is no longer present. TSCA section 6(c)(2)(A) requires EPA, in proposing and promulgating TSCA section 6(a) rules, to include a statement of effects addressing certain issues, including the effects of the chemical substance on health and the environment; the magnitude of exposure of the chemical substance to humans and the environment; the benefits of the chemical substance for various uses; and the reasonably ascertainable economic consequences of the rule, including consideration of the likely effects of the rule on the national economy, small business, technological innovation, the environment and public health; and the costs and benefits and the cost effectiveness of the regulatory action and of the one or more primary alternative regulatory actions considered by the Administrator. As a result, EPA is finalizing a regulatory action and describing two primary alternative regulatory actions considered, which are discussed in Unit VI. and Unit VII.A., respectively.

Related to TSCA section 6(a) actions, TSCA section 6(c)(2)(C) requires that, in deciding whether to prohibit or restrict the chemical substance in a manner that substantially prevents a specific condition of use and in setting an appropriate transition period for such action, EPA consider, to the extent practicable, whether technically and economically feasible alternatives that benefit health or the environment will be reasonably available as a substitute when the prohibition or restriction takes effect. Unit VII.B.5. includes more information regarding EPA's consideration of alternatives.

Also as part of TSCA section 6(a) actions or separately, under the authority of TSCA section 6(g), EPA may consider granting by rule a time-limited exemption for a specific condition of use for which EPA finds: That the specific condition of use is a critical or essential use for which no technically and economically feasible safer alternative is available, taking into consideration hazard and exposure; that compliance with the proposed requirement would significantly disrupt the national economy, national security, or critical infrastructure; or that the

specific condition of use of the chemical substance, as compared to reasonably available alternatives, provides a substantial benefit to health, the environment, or public safety. EPA did not propose to grant and is not finalizing an exemption from the rule requirements under TSCA section 6(g).

### B. Consultations and Other Stakeholder Outreach

EPA conducted consultations and outreach in preparing for the proposed regulatory action. The Agency held a federalism consultation on May 13, 2021, as part of this rulemaking process and pursuant to Executive Order 13132 (Ref. 7). On May 24, 2021, and June 3, 2021, EPA held tribal consultations for the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos (Ref. 8). EPA also conducted outreach to advocates of communities that might be subject to disproportionate exposure to chrysotile asbestos, such as communities with environmental justice concerns. EPA's environmental justice (EJ) consultation occurred from June 1 through August 13, 2021. On June 1 and 9, 2021, EPA held public meetings as part of this consultation. These meetings were held pursuant to Executive Orders 12898 and 14008 (Ref. 9). Units X.E., X.F., X.J. provide more information regarding the consultations.

In addition to the consultations described in Units X.E., X.F., and X.J. on February 3, 2021, EPA held a public webinar (Ref. 10) and also attended a Small Business Administration roundtable on February 5, 2021 (Ref. 11). Furthermore, EPA engaged in discussions with industry, non-governmental organizations, other national governments, asbestos experts and users of chrysotile asbestos. Summaries of external meetings held during the development of this rulemaking are in the docket.

### C. Proposed Regulatory Action

On April 12, 2022, EPA issued a proposed rule under TSCA section 6(a) to regulate certain conditions of use, so that chrysotile asbestos does not present the unreasonable risk of injury to health as determined in the 2020 Risk Evaluation (87 FR 21706). EPA proposed pursuant to TSCA section 6(a) to prohibit manufacture (including import), processing, distribution in commerce, and commercial use of chrysotile asbestos in bulk form or as part of chrysotile asbestos diaphragms used in the chlor-alkali industry and chrysotile asbestos-containing sheet gaskets used in chemical production. EPA proposed that these prohibitions would take effect two years after the

effective date of the final rule. EPA also proposed pursuant to TSCA section 6(a) to prohibit manufacture (including import), processing, distribution in commerce, and commercial use of: chrysotile asbestos-containing brake blocks used in the oil industry, aftermarket automotive chrysotile asbestos-containing brakes/linings, other chrysotile asbestos-containing vehicle friction products and other chrysotile asbestos-containing gaskets. EPA proposed that these prohibitions would take effect 180 days after the effective date of the final rule. EPA further proposed pursuant to TSCA section 6(a) to prohibit manufacture (including import), processing, and distribution in commerce of: aftermarket automotive chrysotile asbestos-containing brakes/linings for consumer use, and other chrysotile asbestos-containing gaskets for consumer use. EPA proposed that these prohibitions would take effect 180 days after the effective date of the final rule. EPA also proposed disposal and recordkeeping requirements under which regulated parties would document compliance with the proposed disposal requirements. Disposal and recordkeeping requirements would take effect 180 days after the effective date of the final rule. EPA additionally proposed definitions of certain terms used in the proposed regulatory text.

*D. Primary Alternative Regulatory Action Described in the Proposed Rule*

As indicated by TSCA section 6(c)(2)(A), EPA must consider the cost and benefits and the cost effectiveness of the proposed regulatory action and one or more primary alternative regulatory actions. In the April 12, 2022, proposed rule (87 FR 21706), EPA's primary alternative regulatory action described in the proposed rule was to: prohibit manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos in bulk form or as part of: chrysotile asbestos diaphragms in the chlor-alkali industry and for chrysotile asbestos-containing sheet gaskets in chemical production, with prohibitions taking effect five years after the effective date of the final rule, and require, prior to the prohibition taking effect, compliance with an existing chemical exposure limit (ECEL) to reduce inhalation exposures for the processing and commercial use of chrysotile asbestos for these uses. The primary alternative regulatory action described in the proposed rule additionally included a prohibition on the manufacture (including import), processing, distribution in commerce,

and commercial use of chrysotile asbestos-containing brake blocks in the oil industry; aftermarket automotive chrysotile asbestos-containing brakes/linings; and other vehicle friction products (with prohibitions taking effect two years after the effective date of the final rule and with additional requirements for disposal). The primary alternative regulatory action described in the proposed rule also included prohibitions on manufacture (including import), processing, and distribution in commerce of aftermarket automotive chrysotile asbestos-containing brakes/linings for consumer use and other chrysotile asbestos-containing gaskets for consumer use (with prohibitions taking effect two years after the effective date of the final rule). The primary alternative regulatory action described in the proposed rule also included a requirement to dispose of chrysotile asbestos-containing materials in a manner identical to the proposed regulatory action, with additional provisions for downstream notification and signage and labeling.

## IV. Summary of Public Comments

*A. Public Comments Regarding the Proposed Rule*

EPA received a total of 10,847 public comments on the April 12, 2022, Proposed Rule titled "*Asbestos Part 1: Chrysotile Asbestos; Regulation of Certain Conditions of Use Under Section 6(a) of the Toxic Substances Control Act (TSCA).*" The comment period for the proposed rule was originally scheduled to end on June 13, 2022, but was extended until July 13, 2022, in response to public requests (87 FR 31814, FRL–8332–03–OCSPP). EPA received 158 unique comments from trade organizations, industry stakeholders, environmental groups, and non-governmental health advocacy organizations, among others. A separate document that summarizes all comments submitted and EPA's responses to those comments is available in the docket for this rulemaking (Ref. 12).

*B. Notice of Data Availability and Request for Comment*

After the close of the public comment period for the proposed rule, EPA received comments and held meetings with stakeholders, including affected industry and interested groups, related to the use of chrysotile asbestos diaphragms in the chlor-alkali industry and chrysotile asbestos-containing sheet gaskets used in chemical production. Topics of these comments and meetings included media reports regarding

asbestos workplace practices in the chlor-alkali industry, the timing of any prohibition on the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos diaphragms and chrysotile asbestos-containing sheet gaskets, and the requirement, included in the primary regulatory alternative described in the preamble to the proposed rule, for processors and users of chrysotile asbestos diaphragms and chrysotile asbestos-containing sheet gaskets to comply with an ECEL as an interim inhalation exposure control measure prior to the effective date of a prohibition. Meetings were held with: ADAO (July 6 and October 13, 2022); Chlorine Institute (July 6, 2022); Dow Chemicals (October 28, 2022); Axial/Westlake (November 3, 2022); Olin Corporation (Olin) (November 14, 2022); OxyChem (November 16, 2022, December 7, 2022, and February 9, 2023), and Chemours (January 18, 2023). EPA received data as part of and following those stakeholder meetings and made the information available to the public in the rulemaking docket (EPA–HQ–OPPT–2021–0057) through a Notice of Data Availability (NODA) and Request for Comment (88 FR 16389, March 17, 2023) (FRL–8332–04–OCSPP).

In addition, EPA posted to the docket other information made available after the close of the public comment period, including several public comments submitted to EPA, including from state and local government officials, regarding the potential impacts of the proposed rule's compliance date for the prohibition on the commercial use of chrysotile asbestos diaphragms in the chlor-alkali industry on the supply of chlorine used for drinking water disinfection, wastewater treatment and potential impacts on state and local water supply systems; the timing of the prohibition on the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos-containing sheet gaskets in chemical production; and discussion of workplace monitoring strategies to comply with an asbestos ECEL during the interim period prior to a prohibition on the commercial use of chrysotile asbestos diaphragms.

EPA requested public comment on any data in the docket that was received during and after the proposed rule public comment period, and how EPA should consider it during the development of the final rule. EPA received 47 unique comments that were responsive to the Agency's request for

comments. Commenters included trade organizations, industry stakeholders, unions, and non-governmental health advocacy organizations. A separate document that summarizes all comments submitted regarding the NODA, and EPA's responses to those comments is available in the docket for this rulemaking (Ref. 13).

## V. Changes From the Proposed Rule

This unit summarizes the main changes from the proposed rule to the final rule, based on the consideration of the public comments.

### A. Chrysotile Asbestos Diaphragms for Use in the Chlor-Alkali Industry

TSCA section 6(d) requires EPA to specify mandatory compliance dates for all requirements of a TSCA section 6(a) rule. The mandatory compliance dates must be "as soon as practicable" and "provide for a reasonable transition period." Except when EPA is imposing a ban or phase-out of a chemical substance, the mandatory compliance date for a requirement in a TSCA section 6(a) rule must be no later than five years after the date of promulgation of the final rule. If EPA is requiring a ban or phase-out of a chemical substance, EPA must specify a mandatory compliance date for the start of the ban or phase-out that is no later than five years after the date of promulgation of the final rule, and must specify mandatory compliance dates for full implementation of the ban or phase-out which are as soon as practicable. Pursuant to TSCA section 6(d)(2), EPA may establish different mandatory compliance dates for different persons.

EPA proposed to prohibit manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos for chrysotile asbestos diaphragms for use in the chlor-alkali industry, effective two years after the effective date of the final rule. In the proposed rule, EPA sought public comment "to support or refute its assumption that [chlor-alkali] facilities using asbestos diaphragms will convert to non-asbestos technologies, and the timeframes required for such conversions," and as well as on a prohibition compliance date that would be both "as soon as practicable" and "provide for a reasonable transition period" (87 FR 21721, 21726). In the notice of data availability, EPA described comments and other information that the Agency had received regarding these issues and requested additional public comment on how EPA should consider this information in developing the final rule.

88 FR 16389, 16391. Based on public comments received in response to the proposed rule and notice of data availability, EPA concludes that the proposed mandatory compliance date for the prohibition on the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos for chrysotile asbestos diaphragms would not be "as soon as practicable," and would not provide for a reasonable transition period, as required under TSCA section 6(d)(1). 15 U.S.C. 2605(d)(1). EPA is therefore finalizing mandatory compliance dates that differ from those in the proposed rule.

Specifically, EPA concludes that it is practicable to prohibit the manufacture (including import) of chrysotile asbestos for diaphragms in the chlor-alkali industry as of the effective date of the final rule. All chlor-alkali companies that currently use chrysotile asbestos already have a sufficient supply of chrysotile asbestos for foreseeable future operations prior to the prohibition compliance dates for processing, distribution in commerce and commercial use. The three chlor-alkali companies that use asbestos diaphragms provided comment to EPA that they all ceased importing raw asbestos and do not need or intend to resume importing raw asbestos. Therefore, EPA is prohibiting the manufacture (including import) of chrysotile asbestos for diaphragms for use in the chlor-alkali industry as of the effective date of the final rule.

With respect to the prohibition on the processing, distribution in commerce, and commercial use of chrysotile asbestos for chrysotile asbestos diaphragms, EPA concludes that five years after the effective date of this final rule is as soon as practicable for this prohibition to start. Additionally, EPA concludes that the date by which the full implementation of this prohibition is practicable varies for different persons affected by this prohibition. Therefore, as described in further detail below, EPA is finalizing multiple compliance dates for full implementation of this prohibition to provide a reasonable transition time.

EPA received significant comment on the timing of the proposed prohibition on use of chrysotile asbestos diaphragms in the chlor-alkali industry during the public comment period for the proposed rule, as well as in response to the notice of data availability. While EPA received comments supporting the proposed two-year prohibition timeline, many commenters argued the two-year timeline would not provide the chlor-alkali industry a reasonable transition

period. Comments included information regarding the types of activities involved in the transition to non-asbestos diaphragms, the limited number of suppliers that are able to provide the necessary materials for the transition, the technical expertise needed and its scarcity, capital cost investments needed, projected chlorine production impacts from the expected transition, and time it generally takes to obtain permits, including environmental permits, required for the transition. Commenters requested that EPA provide additional time to allow the chlor-alkali industry to transition away from asbestos-containing diaphragms, and to allow for this transition to occur without causing economic disruptions or public health impacts resulting from potential disruption of drinking water disinfection and wastewater treatment supplies due to fluctuations in the production of chlorine and other chlor-alkali products. Other commenters also raised concerns of impacts to other chemical industries that use chlorine as their main feedstock for their processes. Some commenters also expressed concerns about the proposed alternative five-year timeline for similar reasons.

Regarding the timing of the prohibition on processing, distribution in commerce and commercial use of chrysotile asbestos for chrysotile asbestos-containing diaphragms, EPA concludes based on public comments that five years after the effective date of this final rule is as soon as practicable for this prohibition to begin, and that the practicable compliance dates for the full implementation of this prohibition vary for different affected persons and depend on the number of facilities a person is converting to membrane technology. Three companies own a total of eight chlor-alkali facilities in the United States that use chrysotile asbestos diaphragms; the number of facilities owned by each company varies from one to five, and the size of the asbestos diaphragm chlorine capacity at the eight facilities varies from 171 thousand metric tons to 981 thousand metric tons. Several factors affect the time needed for each individual chlor-alkali company to transition away from chrysotile asbestos diaphragm technology, including the number and size of facilities owned by the chlor-alkali company, the company's approach to transition away from asbestos (*e.g.*, a decision to either convert facilities to non-asbestos diaphragms or to membrane technologies), and technical differences in specific facility conversions. Comments received described the

different approaches to move away from chrysotile asbestos use given the different designs of chrysotile asbestos diaphragm technology, the type of intended conversion to a non-asbestos diaphragm technology or membrane technology, the limited availability of suppliers and technical expertise required for the conversion process, as well as differences regarding permits needed for the conversion of facilities and permitting timelines based on their location. In particular, comments explained that due to such issues, one company's conversion of multiple facilities to membrane technology cannot be performed simultaneously and can only be accomplished in a sequential conversion process. In the final rule, EPA is adopting an approach that can accommodate differences among facilities to provide a reasonable transition period for each remaining chlor-alkali facility still using chrysotile asbestos diaphragms, while ensuring the associated unreasonable risk is addressed as soon as practicable without anticipated disruption to the available supply of chlor-alkali chemicals needed to treat drinking water and wastewater.

The mandatory compliance dates for the prohibition on processing, distribution in commerce and commercial use of chrysotile asbestos for use in the chlor-alkali industry included in this final rule are longer than the proposed regulatory action; however, the prohibition phase-in dates begin five years after the effective date of the final rule, which was the compliance date in the primary alternative regulatory option described in the proposed rule for this condition of use. The primary alternative regulatory option described in the proposed rule included a prohibition effective five years after the effective date of the final rule, as well as a requirement to comply with an existing chemical exposure limit (ECEL) before this prohibition would take effect and related monitoring and recordkeeping requirements. The final rule also includes a requirement to comply with interim controls before the prohibition takes effect. Unit V.B. describes the changes to these interim controls.

There are two main technologies that can be used to replace asbestos diaphragms in chlor-alkali production, non-asbestos diaphragm cells and membrane cells. Development of non-asbestos diaphragm cells began in the mid-1980s. Non-asbestos diaphragms operate in a similar manner to asbestos diaphragms. In a diaphragm cell, a diaphragm is placed between the anode

and cathode of an electrolysis cell to separate the chlorine, hydrogen, and caustic soda products. The diaphragm ensures that the chlorine and hydrogen do not spontaneously ignite, and the chlorine and caustic soda do not form undesirable reactant products. Non-asbestos diaphragms generally last longer in service than asbestos diaphragms and can reduce energy consumption due to lower cell voltages. The process to convert a chlor-alkali facility from asbestos diaphragms to non-asbestos diaphragms is not as complex as the process to convert to membrane technology; it requires fewer design changes, less construction, and may be performed over several years without significant disruption of facility operations or product output. Significantly, the conversion to non-asbestos diaphragms can proceed concurrently at several facilities, subject to the availability of supplies of non-asbestos diaphragm cell components. Membrane cell technology was developed in the early 1970's; the membrane cell process is different from the diaphragm process in a number of significant ways and operates through the selective permeability of the membranes, which allow only specific components to pass through. Membrane technology conversions are more complicated than diaphragm technology conversions. Membrane technology conversions require new cells, as well as multiple other plant infrastructure changes, including changes to: brine processing, caustic soda handling, piping, storage tanks, and power supply. However, as compared to diaphragm technology, membrane technology uses less energy and produces a higher-quality product (containing less salt) for which there is greater market demand, and is therefore generally considered the current best available technology in the chlor-alkali industry.

Based on public comments and meetings with companies, EPA understands that at least four of eight chlor-alkali facilities, two operated by OxyChem and two operated by Olin, will be converted to non-asbestos diaphragm cell technology. A fifth facility, operated by Westlake, is being converted to an unspecified non-asbestos technology. As described in Unit IV.B.2, EPA issued a Notice of Data Availability (NODA) and Request for Comment (88 FR 16389, March 17, 2023), that, among other topics, provided additional information on and sought comment on the timing of any prohibition on the manufacture (including import), processing, distribution in commerce and

commercial use of chrysotile asbestos diaphragms. Based on this information, including public comment received in response to this notice, EPA concludes these five conversions to non-asbestos diaphragms (or alternative non-asbestos process) can be achieved in five years.

On April 4, 2023, during the public comment period for the March 2023 Notice of Data Availability, one chlor-alkali company, Olin, met with EPA and submitted a letter to EPA stating its support for ''an EPA action to ban the installation of any new or replacement asbestos-based diaphragms in two years, in combination with an additional five years to operate any existing asbestos-based diaphragm production cells.'' The comment suggested that this seven-year ban should apply to the entire chlor-alkali industry. The company also noted that during the proposed additional five-year window it ''would use an in-situ process to maintain the diaphragms which does not involve workers removing asbestos diaphragms from the closed process for repairs or constructing new asbestos diaphragms.'' (Ref. 14) No further written information was provided to support this comment during the public comment period, which ended April 17, 2023. In August 2023, Olin requested to meet again with EPA and provided a one-page slide with bullet-points on its plans to convert its two facilities using asbestos diaphragms to non-asbestos diaphragms within the seven-year timeline it had proposed in April. The company stated it has several thousand asbestos diaphragm cells and after an initial two-year period during which it would continue to install new asbestos diaphragms; it would require five additional years to replace all its asbestos diaphragms. (Ref. 15)

In the preamble to the proposed rule, EPA sought public comment on a compliance date for a prohibition on the use of chrysotile asbestos-containing diaphragms in chlor-alkali production, including ''specific and detailed timelines to build asbestos-free facilities or to convert existing asbestos-using facilities to asbestos-free technology'' and ''specific information regarding potential barriers to achieving the proposed prohibition date while considering the supply of chlor-alkali chemicals'' (87 FR 21726). Olin's comments do not provide EPA with adequate information to establish that seven years is as soon as practicable for the company to convert its two facilities to non-asbestos diaphragms or otherwise end the use of asbestos, or that this five-year prohibition for non-membrane conversions does not provide the company with a reasonable transition period. For example, it is

unclear why two years are required for the company to continue installing new asbestos diaphragms before the company can begin converting cells, since the company did not provide supporting data to explain why waiting two years to start the conversion, is as soon as practicable for cell conversions. The company did not provide information indicating any difficulties with its expected ability to obtain replacement parts, including any information from or on suppliers; and no supporting information was provided to EPA to show that a higher conversion rate or beginning the conversion immediately rather than in two years could disrupt the company's ability to produce sufficient chlor-alkali chemicals for its customers. Additional information that would have been needed for EPA to assess whether the proposed seven-year compliance date is as soon as practicable includes: information regarding the types of activities involved in the transition to non-asbestos diaphragms, what suppliers provide the necessary materials, what type of technical expertise is needed and its availability, capital cost investments needed, projected chlorine production and impacts from the expected transition. In establishing the chrysotile asbestos diaphragm phase-out timeframes in the rule, EPA based its compliance timeframe on reasonably available information, including information provided in public comments, as well as in meetings with interested stakeholders. EPA took into consideration the technical differences in specific facility conversions and how those affect the time needed for each individual chlor-alkali company to transition away from chrysotile asbestos diaphragm technology, such as the different designs of chrysotile asbestos diaphragm technology, the type of intended conversion to a non-asbestos diaphragm technology or membrane technology, the limited availability of suppliers and technical expertise required for the conversion process, as well as differences regarding permits needed for the conversion of facilities and permitting timelines based on facility location.

Also, beyond a general description, Olin provided no additional information on its proposed chrysotile asbestos-containing slurry cell maintenance process, how it may or may not differ from previously described practices by the company, or to what extent this process would reduce exposure. Furthermore, EPA has no information on other companies' ability to

implement such an asbestos-containing slurry process within two years, or its effect on national chlor-alkali production in the period after two years and before final phase-out.

While seven years was presented as being as soon as practicable to transition one company's operations to non-asbestos diaphragm technology, seven years was also presented to EPA as a chrysotile asbestos use ban date for the entire chlor-alkali industry. The proposal does not consider other companies' comments on their abilities to phase-out asbestos use as soon as practicable, or what is a reasonable transition time for those firms. Other companies have told EPA or provided information to EPA that leads EPA to conclude that they can complete all of their planned conversions to non-asbestos diaphragms within five years (Ref. 16; Ref. 17). Allowing all of the chlor-alkali companies seven years—an additional two years—to convert to non-asbestos diaphragms therefore would not be as soon as practicable given the information received from other companies.

Furthermore, EPA believes that Olin's suggested approach for conversion from asbestos diaphragms to non-asbestos diaphragms is not practical for other companies who are converting from diaphragm to membrane technology, and EPA believes that there would be adverse impacts on the availability of chlorine for drinking water should this approach be uniformly adopted. Regarding the plans of another company, OxyChem, to sequentially convert three facilities to membrane technology, EPA has received detailed information on the sequential conversion schedule. The company's first facility can be converted within five years; allowing seven years for its conversion would not be as soon as practicable. The second facility conversion is not scheduled to be complete for eight years. EPA has no basis to conclude this schedule could be shortened to seven years while still providing a reasonable transition period, given the limited global supply of essential metals, the limited capacity to produce electrode elements, the limited number of specialized electrochemical and technical experts for chlor-alkali facilities and the inability to concurrently schedule and procure for multiple, unique membrane facility conversions, as documented in extensive and detailed information provided to EPA by OxyChem. Finally, the third facility's membrane conversion will not be completed for 12 years; EPA has no basis to conclude seven years provides a reasonable transition period

for this conversion; in fact, the conversion process is not scheduled to begin before eight years due to the need to complete the conversion of the second facility in advance of this third facility. A ban that is implemented in seven years would force the closure of this third facility for five years before chlor-alkali production could resume. EPA expects this forced closure would have deleterious impacts on the supply of chlor-alkali chemicals for water treatment as well as the chemicals industry, and also would have significant financial impacts for the company.

The issuance of this final rule does not preclude Olin from presenting additional information to EPA on its conversion plans in the future. For example, EPA has discretion under TSCA section 6(g) to grant an exemption from a requirement of a TSCA section 6(a) rule for a specific condition of use of a chemical substance, if EPA finds that, among other reasons, compliance with the requirement would significantly disrupt the national economy, national security, or critical infrastructure, or the condition of use provides a substantial benefit to health or public safety. EPA believes the provision of chlor-alkali chemicals for water treatment has potential implications for all these considerations. Information that would help EPA to evaluate an alternate transition time would include: Conversion plans and schedules; progress made; impediments to ending asbestos use in five years; impacts of the five-year end date on production output; impact on the company's customers; and the impact on the supply of chlor-alkali chemicals for water treatment. However, EPA currently has no basis to conclude that requiring compliance with the five-year period would significantly disrupt the national economy, national security, or critical infrastructure, or that a longer transition period for the conversion of asbestos diaphragms to non-asbestos diaphragms would provide a substantial benefit to public safety, such that a section 6(g) exemption may be appropriate. Similarly, EPA currently has no basis to conclude that the five-year period provided in this final rule is not as soon as practicable and does not provide a reasonable transition time for chlor-alkali companies to convert to non-asbestos diaphragms.

In regard to the remaining three chlor-alkali facilities, EPA has been provided detailed information on OxyChem's plans to sequentially convert all three facilities to membrane technology. Conversion work on one facility has

begun and is expected to be completed within five years; the other two facilities are planned to be converted in sequence to membrane technology after the first conversion project is finished. The final rule prohibits the processing, distribution in commerce, and commercial use of chrysotile asbestos for chrysotile asbestos diaphragms effective five years after the effective date of the final rule, but allows longer staggered phase-out periods of 8- and 12-years in order to provide companies with a reasonable transition period for the sequential conversion to membrane technology of up to three of their chlor-alkali facilities still using chrysotile asbestos diaphragms, provided certain conditions are met and progress toward initiating phase-out has been demonstrated. The 5-8-12 years staggered phase-out period allows for the required construction and required planning, permits and capital investment needed for the transition from chrysotile asbestos diaphragms to membrane technology. The final rule allows a company to continue to process, distribute in commerce and commercially use chrysotile asbestos for diaphragms in the chlor-alkali industry at no more than two of its facilities until eight years after the effective date of the final rule, to provide a reasonable period for sequential conversions of facilities from chrysotile asbestos diaphragm technology to membrane technology. In order to be eligible for this extended phase-out period under the final rule, a company must: own or operate more than one facility that uses chrysotile asbestos in chlor-alkali production as of the effective date of the final rule; be converting more than one of those facilities to membrane technology; have, by the date five years after the effective date of the final rule, ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at one (or more) facilities that are undergoing or have undergone such conversion; and certify to EPA compliance with these provisions. A company that does this may then also continue to process, distribute in commerce and commercially use chrysotile asbestos for diaphragms in the chlor-alkali industry at not more than one facility until 12 years after the effective date of the final rule, so that it may continue to produce chlor-alkali chemicals during conversion to membrane technology, subject to similar conditions and the submission of a second certification to EPA by eight years after the effective date of the final rule. This means that by eight years after the effective date of

the rule, a company must certify: that they own or operate more than two facilities that uses chrysotile asbestos in chlor-alkali production as of the effective date of the final rule; be converting more than two of those facilities to membrane technology; and have, by the date eight years after the effective date of the final rule, ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at all facilities but one. In no situation may any facility continue to process, distribute in commerce or commercially use chrysotile asbestos for diaphragms in the chlor-alkali industry after 12 years after the effective date of the final rule.

## B. Interim Controls

EPA's primary alternative regulatory action described in the proposed rule was to prohibit the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos in bulk form or as part of chrysotile asbestos diaphragms in the chlor-alkali industry and for chrysotile asbestos-containing sheet gaskets in chemical production (with prohibitions taking effect five years after the effective date of the final rule), which also included a requirement, prior to the prohibition taking effect, to comply with an ECEL for the processing and commercial use of chrysotile asbestos for these uses. The final rule includes interim control requirements developed from the ECEL provisions described in the preamble to the proposed rule with some modifications to address public comments regarding monitoring limitations which could impact the ability to implement an action level. The final rule does not include the ECEL action level of 0.0025 f/cc as an 8-hour time weighted average (TWA) described in the preamble to the proposed rule, in response to concerns raised in comments about the feasibility of accurately measuring to this level. Under the primary alternative regulatory action described in the proposed rule, the ECEL action level would have been used to determine how frequently periodic exposure monitoring would be required if initial exposure monitoring revealed concentrations of chrysotile asbestos below the ECEL: if exposure monitoring revealed concentrations of chrysotile asbestos below the ECEL action level, the owner or operator would be required to conduct periodic exposure monitoring every five years; however, if exposure monitoring revealed concentrations of chrysotile asbestos at or above the ECEL action level but below the ECEL, the owner or

operator would be required to conduct periodic exposure monitoring every six months. Since an ECEL action level is not being included as part of the final rule due to concerns with accurately measuring down to the ECEL action level, EPA is requiring all persons subject to the interim control requirements to conduct exposure monitoring every six months if the most recent exposure monitoring shows exposure at or below the ECEL. This testing frequency is the same as the periodic exposure monitoring frequency under the primary alternative regulatory action described in the proposed rule where concentrations are at or above the ECEL action level but at or below the ECEL.

Some commenters proposed that an ECEL would be sufficient to eliminate the unreasonable risk, without a need for a ban on chrysotile asbestos. EPA considered all risk management approaches and the adverse health effects from chrysotile asbestos, including the risk of mesothelioma, lung cancer, and other cancers from chronic inhalation as well as who is exposed and how they are exposed to chrysotile asbestos and concluded that a prohibition is the only requirement that would ensure that chrysotile asbestos no longer presents an unreasonable risk. An ECEL is a requirement that can be used to minimize the exposure to the potentially exposed persons at the chlor-alkali facilities during the interim period before the prohibition takes effect, provided that a robust monitoring program and effective exposure controls, such as engineering controls, are in place. However, as explained in the proposed rule, and supported by public comment, monitoring to and below the ECEL, while achievable, may at times be problematic due to analytical and field sampling challenges, resulting in the modifications to the interim controls described earlier in this Unit. Therefore, owners or operators may be unable to reliably ensure with sufficient confidence that potentially exposed persons are not exposed to air concentrations above the ECEL. The feasibility of instituting additional engineering controls at chlor-alkali facilities is unlikely due to the nature of the tasks that require workers handling chrysotile asbestos. As such, compliance with the ECEL for workers is unlikely to be achieved without long-term reliance on the use of respirators. Respirators are the least effective means of ensuring worker protection in the hierarchy of controls, particularly in the case of protecting workers and ONUs against exposure to asbestos fiber

inhalation. As discussed in section 2.3.2.1 of the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos, based on studies investigating the performance of respirators, some workers and ONUs may have protection below the nominal applied protection factor for respirator use and would not be protected so that chrysotile asbestos does not present unreasonable risk. For these reasons, EPA believes that an ECEL cannot ensure that chrysotile asbestos does not present unreasonable risk to workers and, therefore, it is not a substitute for a ban as a long-term risk management solution.

*C. Chrysotile Asbestos-Containing Sheet Gaskets in Chemical Production*

EPA proposed to prohibit manufacture (including import), processing, distribution in commerce, and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for sheet gaskets in chemical production, with these prohibitions taking effect two years after the effective date of the final rule. EPA is finalizing these prohibitions with several modifications based on public comment received in response to the proposed rule and notice of data availability.

First, commenters noted the proposed ban would prohibit the ongoing use of previously installed chrysotile asbestos-containing sheet gaskets in chemical production, which presented several concerns. They noted that the number of sheet gaskets remaining in use in chemical plants and refineries could be in the hundreds of thousands and potentially millions. This is a much larger universe than the asbestos-containing gasket use that EPA characterized in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos. Comments noted it would be impossible for facilities to be certain which older gaskets contain asbestos, and therefore to ensure compliance with the prohibition as proposed, the facilities would have to remove all older gaskets on the assumption that they may contain chrysotile asbestos. Such a replacement program would be expensive, it would disrupt production, including prolonged plant shutdowns, and would be difficult to accomplish even in two years. Commenters also noted that the ongoing use of installed gaskets does not present unreasonable risk: rather the risk is present during asbestos gasket removal and recommended that the most effective and safest strategy would be to replace asbestos gaskets when they reach the end of their service life. These comments are consistent with EPA's

evaluation of exposure to in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos. The worker activities most relevant to chrysotile asbestos exposure include receiving new gaskets, removing old gaskets, bagging old gaskets for disposal, and inserting replacement gaskets into flanges and other process equipment. Outside of these activities, EPA did not find the ongoing use of installed gaskets presented unreasonable risk. In response to these comments, EPA is specifying in the final rule that any chrysotile asbestos-containing sheet gaskets for chemical production which are already installed and in use prior to the compliance date for the prohibitions are not subject to the distribution in commerce and commercial use prohibitions. Allowing distribution in commerce of installed chrysotile asbestos-containing sheet gaskets will permit the sale of equipment and facilities that may contain such gaskets.

Second, EPA is finalizing a prohibition on the commercial use of chrysotile asbestos sheet gaskets for titanium dioxide production with a modified mandatory compliance date of five years after the effective date of the final rule. This provision responds to information provided by a titanium dioxide producer that it requires additional time to replace asbestos gaskets that are used in specialized equipment for titanium dioxide production. The company provided information that it is actively working on a transition to non-asbestos gaskets at its two large titanium dioxide production facilities in the United States; however, the replacement of asbestos gaskets in the oxidation reaction area of the process, which are subject to high temperature, pressure, and corrosive chemicals, is a complicated engineering project that will require the redesign and replacement of specialized reactor vessel flanges. (Ref. 18; Ref. 19) Due to the specialized nature of the project, the need to continue titanium dioxide production, and safety concerns, EPA has concluded that five years is as soon as practicable and provides a reasonable transition period for the implementation of a ban on the commercial use of asbestos gaskets for titanium dioxide production. Consistent with the proposed primary regulatory alternative, to address worker exposure to asbestos during this five-year period, interim workplace controls of chrysotile asbestos exposures will be required for the commercial use of sheet gaskets for titanium dioxide production. The titanium dioxide producer did not

request additional time to import or process asbestos for this use, and the manufacture (including import), processing, and distribution in commerce of chrysotile asbestos sheet gaskets for titanium dioxide production has an unmodified mandatory compliance date of two years after the effective date of the final rule while use can continue until five years after the effective date of the final rule.

Finally, after publication of the proposed rule, EPA received a comment from a Department of Energy contractor, Savannah River Nuclear Solutions, stating that there is an ongoing use of chrysotile asbestos sheet gaskets in the processing of nuclear material at the Savannah River Site, which EPA has determined falls within the sheet gaskets in chemical production category of use, based on the information provided by the commenter (Ref. 20). The commenter states they have been unable to identify non-asbestos substitute materials that are as durable in the radioactive environment associated with the use. EPA met with the commenter and gathered additional information on the use, which also includes some use of chrysotile asbestos sheet gaskets for steam systems in low or no radiation areas at the nuclear facility.

The comment stated that the use of less durable, non-asbestos, gasket material would require more frequent gasket replacements, which in turn increases the frequency of radiation exposure for the workers who perform this task in radioactive areas. In addition, the comment indicated that the protective clothing, gloves, and respiratory equipment required to minimize exposure to the radiological hazards associated with the nuclear material also protects workers in radioactive areas from exposures to chrysotile asbestos. At this facility, there is also some use of asbestos gaskets in low or no radiation areas, but removal and replacement of asbestos gaskets is performed in compliance with OSHA 29 CFR 1926.1101 (Class III work) at a minimum. In addition, minimum respiratory protection used by workers for this task is a full-face air purifying respirator with a P–100 (HEPA) cartridge which has an APF of 50. In high radiation areas, respirators with APF of 1,000 or 10,000 are used, depending on the protective suit required.

In response to this comment, EPA reached out to the Department of Energy for additional information regarding any ongoing use of chrysotile asbestos sheet gaskets at its nuclear facilities and confirmed that additional DOE nuclear

facilities do still use such gaskets. EPA received additional information on use of chrysotile asbestos sheet gaskets in the processing of nuclear material from the Department of Energy during OMB interagency review, regarding DOE operations at its Savannah River Site. DOE explained that chrysotile asbestos sheet gaskets are used at SRS in the H-Canyon, F and H Tank Farms, Defense Waste Processing Facility, and at the Savannah River National Laboratory. DOE stated that the greatest impacts of this rule would be on the operations of H-Canyon; this facility is the sole nuclear separations facility in the nation and is integral to DOE's mission to safely dispose of nuclear materials from across the DOE complex. H-Canyon is used to help process certain materials for disposition, such as spent nuclear fuel—used fuel from nuclear reactors—some of which contains highly enriched uranium. DOE also explained that asbestos gaskets provide the most robust protection against potential leaks or radiological contamination events, they are the longest lasting material for these environments, and they continue to be the only usable gasket for some specialized infrastructure. Further, SRS was added to the National Priorities List (NPL) on December 21, 1989, and the site is subject to the SRS Federal Facility Agreement (FFA) signed by DOE, EPA, South Carolina Department of Health and Environmental Control (SCDHEC) in 1993 pursuant to Section 120 of CERCLA Section 120 and Sections 3008(h) and 6001 of RCRA (Ref. 21). Under the FFA, DOE, EPA Region 4 and the SCDHEC have entered into a *2022 High Level Waste Milestone Agreement* that specifies completion of the liquid waste program at SRS by the end of 2037 (Ref. 22). Even if a suitable replacement could be identified for this use of asbestos gaskets, DOE explained, the time required to replace the asbestos gaskets, incur an outage of waste processing, and restart facilities would result in a significant delay in the completion of the liquid waste program. Thus, EPA has determined that compliance with a two or five year prohibition on the use of chrysotile asbestos sheet gaskets at SRS is not practicable, and does not provide for a reasonable transition period, as required under TSCA section 6(d). Rather, in order to provide SRS with a reasonable transition period to move away from asbestos gaskets without disruption of its existing commitments to complete the liquid waste program, EPA has determined that 2037 is as soon as practicable for the full implementation of the ban on the use of chrysotile

asbestos sheet gaskets in chemical processing at SRS.

EPA also contacted the Nuclear Energy Institute (NEI), which reported that some commercial nuclear facilities continue to use chrysotile asbestos sheet gaskets, while many do not. NEI also stated that its largest supplier of specialty gaskets for nuclear applications does not provide asbestos gaskets. EPA spoke to the commenter's supplier of asbestos gaskets, who informed EPA that, while there is ongoing difficulty finding suitable substitutes for asbestos in specific nuclear applications, they have been unable to find sources of asbestos cloth to produce new asbestos gaskets and are phasing out of this market.

Although the current workplace controls described by the commenter, Savannah River Nuclear Solutions, potentially reduce the risk posed to some workers, because the use of chrysotile asbestos sheet gaskets in the processing of nuclear material was first identified to EPA by public comment received after publication of the proposed rule, which followed publication of the Risk Evaluation, EPA was unable to evaluate this industry's specific work practices in the Risk Evaluation. Therefore, in the Risk Evaluation, EPA does not present information specific to risk to workers and ONUs for the use of chrysotile asbestos sheet gaskets in the processing of nuclear material; however, information received after the Risk Evaluation describes the current workplace controls for processing of nuclear material and the related challenges to transition to a substitute material. EPA does not have sufficient information to determine that unreasonable risk can be eliminated with PPE and current workplace controls alone; therefore, a prohibition is necessary to address the unreasonable risk. In consideration of the information received, EPA is providing additional time for the use of chrysotile asbestos-containing sheet gaskets for processing nuclear material. Under the final rule, persons may continue to manufacture (including import), process and distribute in commerce chrysotile asbestos-containing sheets gaskets for two years after the effective date of the final rule and commercially use chrysotile asbestos-containing sheet gaskets for processing nuclear material for five years after the effective date of the final rule, and until the end of 2037 for the Savanah River Site.

Similar to the primary alternative regulatory action described in the proposed rule, to address worker exposure to asbestos during this five-

year period of commercial use, interim workplace controls of chrysotile asbestos exposures will be required for the commercial use of sheet gaskets. In the case of the chrysotile asbestos-containing sheet gaskets used in the processing of nuclear material, EPA is incorporating the current worker protection practices identified by the commenter as part of the interim controls for that use to reduce chrysotile asbestos exposures until the prohibition compliance date. This includes ongoing compliance with the OSHA Asbestos Safety and Health Regulations for Construction (29 CFR 1926.1101) and minimum respiratory protection of a full-face air purifying respirator with a P–100 (HEPA) cartridge with an APF of 50 for potentially exposed persons. A respirator with an APF 50 is a higher level of PPE than would be needed to reduce worker exposure to below the cancer benchmark for general sheet gasket use (replacing gaskets) in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos (Ref. 1). However, as discussed in section 2.3.2.1 of the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos, based on studies investigating the performance of respirators, some workers and ONUs may have protection below the nominal applied protection factor for respirator use and would not be protected; EPA would need additional information to determine if the unreasonable risk can be eliminated without a prohibition for the use of asbestos gaskets in the processing of nuclear material. The commenter also requested an exemption from the final rule since the asbestos gaskets are integral to the safe operation of the process. TSCA section 6(g)(2) requires EPA to analyze the need for the exemption, and to make public the analysis and statement on how the analysis was considered when proposing an exemption under TSCA section 6(g). EPA is considering a separate action to provide a future time-limited exemption under TSCA section 6(g) for the processing of nuclear material.

*D. Other Conditions of Uses*

EPA proposed to prohibit all persons from the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for commercial use of: (1) Oilfield brake blocks; (2) Aftermarket automotive brakes and linings; (3) Other vehicle friction products; and (4) Other gaskets, beginning 180 days after the effective date of the final rule. Public comments noted the difficulty in

identifying asbestos components previously installed in vehicles; that it is not possible to tell by visual inspection whether previously installed aftermarket brake pads or shoes contain asbestos, and that very few aftermarket brake pads and shoes contain asbestos. Without existing records, it may not be possible to establish that a vehicle's brakes do not contain asbestos unless they are replaced. This is also the situation for other vehicle friction products and gaskets in vehicles. Based on this information, EPA is finalizing the proposed prohibition, with modifications to specify that any aftermarket automotive brakes and linings, and other gaskets which are already installed and in use before the prohibition is effective are not subject to the distribution in commerce and commercial use prohibitions. Allowing the continued use of these installed products for their useful life will not increase repair and replacement worker activity or related exposure or risk for these uses.

EPA received similar comments regarding the proposed prohibition on the manufacturing (including importing), processing, and distribution in commerce of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for consumer use of aftermarket automotive brakes and linings and other gaskets; namely that it would be difficult to determine if previously installed components of a vehicle contain asbestos, as it is not possible to tell by visual inspection whether previously installed aftermarket brake pads or shoes contain asbestos or not. Therefore, EPA is finalizing the proposed prohibition, with modifications to specify that any aftermarket automotive brakes and linings, and other gaskets which are already installed and in consumer use by 180 days after the effective date of the final rule are not subject to this distribution in commerce prohibition. This will permit the resale of vehicles that contain already-installed asbestos brakes and linings, or other gaskets. This prohibition does not apply to the consumer use of any aftermarket automotive brakes and linings, and other gaskets, so it is not necessary to modify the proposal to permit the continued consumer use of these asbestos-containing components, including consumer use in vehicles that may contain these components. This modification will not increase repair and replacement workers' exposure or risk for these uses.

### E. Recordkeeping

EPA is also finalizing modified recordkeeping provisions. The recordkeeping provisions included in the proposed rule addressed retention of disposal records. The final rule includes additional recordkeeping requirements to reflect additional provisions of the final rule. Specifically, EPA's final recordkeeping provisions include additional requirements to maintain records regarding interim workplace controls of chrysotile asbestos exposures, as well as records of certifications of compliance for the chlor-alkali industry. Full description of the recordkeeping requirements is in Unit VI.F.

### F. Definitions

In the final rule, EPA is adding definitions in § 751.503 for ''Authorized person,'' ''Membrane technology,'' ''Nuclear material,'' ''Regulated area,'' and ''Savannah River Site.'' These new definitions are being added to address provisions that were not in the proposed regulatory text, such as the interim controls and phased-in compliance dates for the chlor-alkali industry prohibitions.

## VI. Provisions of the Final Rule

This final rule sets certain restrictions on the manufacture (including import), processing, distribution in commerce, and commercial use and disposal of chrysotile asbestos to prevent unreasonable risk of injury to health in accordance with TSCA section 6(a), 15 U.S.C. 2605(a). Pursuant to TSCA section 12(a)(2), this rule applies to chrysotile asbestos even if being manufactured, processed, or distributed in commerce solely for export from the United States because EPA has determined that chrysotile asbestos presents an unreasonable risk to health within the United States or to the environment of the United States.

### A. Manufacturing, Processing, Distribution in Commerce and Commercial Use of Chrysotile Asbestos Diaphragms in the Chlor-Alkali Industry

Provisions regulating the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos diaphragms in the chlor-alkali industry are specified in §§ 751.505 and 751.507. As of the effective date of the final rule, all persons are prohibited from the manufacture (including import) of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for diaphragms in the chlor-alkali industry. Additionally, beginning five years after the effective date of the

final rule, all persons are prohibited from processing, distribution in commerce and commercial use of chrysotile asbestos for diaphragms in the chlor-alkali industry, except as provided in §§ 751.505(c) and (d).

Section 751.505(c) permits a person to process, distribute in commerce and commercially use chrysotile asbestos for diaphragms in the chlor-alkali industry at no more than two facilities until eight years after the effective date of the final rule, provided that: (1) On the effective date, the person owns or operates more than one facility that uses chrysotile asbestos in chlor-alkali production; (2) The person is converting more than one facility that the person owns or operates that, as of the effective date, uses chrysotile asbestos in chlor-alkali production from the use of chrysotile asbestos diaphragms to non-chrysotile asbestos membrane technology; (3) By the date five years after the effective date of the final rule, the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at one (or more) facility that is undergoing or has undergone such conversion; and (4) The person certifies to EPA compliance with the provisions of the paragraph, in accordance with certification provisions in § 751.507.

Section 751.505(d) permits a person who meets all of the criteria of that paragraph to process, distribute in commerce and commercially use chrysotile asbestos for diaphragms in the chlor-alkali industry at not more than one facility until 12 years after the effective date of the final rule, provided that: (1) On the effective date of the final rule, the person owns or operates more than two facilities that use chrysotile asbestos in chlor-alkali production; (2) The person is converting more than two facilities that the person owns or operates that, as of the effective date, use chrysotile asbestos in chlor-alkali production, from the use of chrysotile asbestos diaphragms to non-chrysotile asbestos membrane technology; (3) By five years after the effective date of the final rule, the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at one (or more) facility that is undergoing or has undergone such conversion, and by eight years after the effective date of the final rule, the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at two (or more) facilities that are undergoing or have undergone such conversion; and (4) The person certifies to EPA compliance with the provisions

of the paragraph, in accordance with the certification provisions of § 751.507.

## B. Certification of Compliance for Chlor-Alkali Industry

Requirements for certifications of compliance for the chlor-alkali industry are specified in § 751.507. A person who processes, distributes in commerce or commercially uses chrysotile asbestos for diaphragms in the chlor-alkali industry between five years and eight years after the effective date of the final rule must certify to EPA their compliance with all requirements of § 751.505(c) and provide the following information to EPA: (1) Identification of the facility (or facilities) at which, by five years after the effective date of the final rule, the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos, including the facility name, location, and mailing address; the name of facility manager or other contact, with title, phone number and email address; and the date the person ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at the facility; and (2) The identification of the one or two facilities (no more than two facilities) at which the person will after five years after the effective date of the final rule, continue to process, distribute in commerce and commercially use chrysotile asbestos diaphragms while the facility or facilities are being converted to non-chrysotile asbestos membrane technology, including for each facility, the facility name, location, and mailing address; and (3) The name of facility manager or other contact, with title, phone number and email address.

A person who processes, distributes in commerce or commercially uses chrysotile asbestos for diaphragms in the chlor-alkali industry between 8 and 12 years after the effective date of the final rule must certify to EPA their compliance with all requirements of § 751.505(d) and provide the following information to EPA: (1) Identification of the facility at which the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos after five years after the effective date of the final rule but no later than eight years after the effective date of the final rule, including the facility name, location, and mailing address; the name of facility manager or other contact, with title, phone number and email address; and the date the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at the facility; (2) The identification of the facility at which the person will

between eight years after the effective date of the final rule and no later than 12 years after the effective date of the final rule, continue to process, distribute in commerce and commercially use chrysotile asbestos diaphragms while the facility is being converted to non-chrysotile asbestos membrane technology pursuant to § 751.505(d), including the facility name, location, and mailing address; and (3) The name of facility manager or other contact, with title, phone number and email address.

Such certification must be signed and dated by a responsible corporate officer, which means: a president, secretary, treasurer, or vice-president of the corporation in charge of chlor-alkali operations, or any other person who performs similar policy or decision-making functions for the corporation. The certification must include the statement:

"I certify under penalty of law that this document was prepared under my direction or supervision, and the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware it is unlawful to knowingly submit incomplete, false and/or misleading information and there are criminal penalties for such conduct."

Certifications must be submitted to the Director of the Office of Pollution Prevention and Toxics in Washington, DC, no later than 10 business days after the date five years after the effective date of the final rule, or 10 business days after the date 8 years after the effective date of the final rule, as appropriate.

## C. Other Prohibitions of, and Restrictions on the Manufacturing, Processing, Distribution in Commerce and Commercial Use of Chrysotile Asbestos

*1. Prohibition on manufacture (including import), processing, distribution in commerce, and commercial use of chrysotile asbestos for chrysotile asbestos-containing sheet gaskets in chemical production.*

Provisions regulating the manufacturing, processing, distribution in commerce and commercial use of chrysotile asbestos-containing sheet gaskets in chemical production are specified in § 751.509, specifically paragraphs (a) through (c), of this rule. Beginning two years after the effective date of the final rule, all persons are prohibited from manufacturing (including importing), processing, distributing in commerce, and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for use

in sheet gaskets for chemical production, except as provided in § 751.509(b) and (c). However, any sheet gaskets for chemical production which are already installed and in use as of the applicable compliance date, are not subject to this distribution in commerce and commercial use prohibition.

Section 751.509(b) allows the commercial use of chrysotile asbestos sheet gaskets for titanium dioxide production past the general two-year prohibition; any person may use chrysotile asbestos sheet gaskets for titanium dioxide production until five years after the effective date of the final rule. This provision only applies to commercial use; manufacturing (including import), processing and distribution in commerce must cease after two years, pursuant to § 751.509(a).

Section 751.509(c) allows the commercial use of chrysotile asbestos sheet gaskets for processing of nuclear material past the general two-year prohibition: any person who meets the applicable criteria in the paragraph may commercially use chrysotile asbestos sheet gaskets for processing nuclear material until five years after the effective date of this final rule; at the Department of Energy's Savannah River Site, use may continue until the end of 2037. This provision only applies to commercial use; manufacturing (including import), processing and distribution in commerce must cease after two years, pursuant to § 751.509(a). Section 751.509(c) requires that, beginning 180 days after the effective date of the final rule, all persons commercially using chrysotile asbestos sheet gaskets for processing nuclear material must have in place exposure controls (*i.e.,* engineering controls, work practices, or a combination of both) expected to reduce exposure of potentially exposed persons to asbestos, and provide potentially exposed persons in the regulated area where chrysotile asbestos sheet gasket replacement is being performed with a full-face air purifying respirator with a P–100 (HEPA) cartridge (providing an assigned protection factor of 50), or other respirators that provide a similar or higher level of protection to the wearer.

EPA did not consider workplace practices in the nuclear industry during the development of the primary alternative interim workplace controls in the proposed rule, and EPA has concerns about unintended consequences were those controls to be imposed for this specific use. In the case of the processing of nuclear material, EPA is not adopting an ECEL to avoid imposing requirements that could

increase asbestos air monitoring beyond what is currently required under the OSHA Asbestos Safety and Health Regulations for Construction—(29 CFR 1926.1101). This is to ensure that this final rule does not have the unintended consequence of increasing persons exposure to radiation from nuclear material and the risk of any associated health effects. Aside from additional worker exposure to radiation that may result from additional sample collection activities (such as would be required under interim workplace controls with an ECEL under § 751.511), air sampling in radioactive environments presents special technical challenges: first, the equipment used to collect samples may become contaminated and unfit for further use, and second, the collected samples may be too radioactive for laboratories to accept for analysis.

EPA expects that during the interim period before the full-ban compliance date, existing measures under the OSHA asbestos standards, as well as radiological control protocols under Department of Energy regulations at 10 CFR part 835, will adequately mitigate asbestos risk in relation to the cancer benchmark. EPA notes that the OSHA requirements clearly delineate a regulated area in which the gasket replacement work is occuring that has strict access controls, while access is further restricted to radioactive areas, such that no one is permitted in the workspace without full PPE, which includes respirators with APF 50 or higher, in accordance with industry practices. Respirators with APF 50 is a higher level of PPE than would be needed to reduce exposure to workers below the cancer benchmark as identified in the TSCA risk evaluation for general sheet gasket use (replacing gaskets). (Table 4–19 in section 4.2.2.3. of the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos). However, as explained before, EPA also recognizes that respirators are the least effective means of ensuring worker protection in the hierarchy of controls, particularly in the case of protecting workers against exposure to asbestos fiber inhalation. As discussed in section 2.3.2.1 of the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos, some workers may have protection below the nominal applied protection factor for respirator use and would not be protected. Therefore, while respirators with APF of 50 reduce exposures to workers, only a prohibition on use ensures no unreasonable risk. By requiring facilities to continue using the current respiratory protection with an assigned protection factor of 50 or higher, EPA is reducing

the risk to potentially exposed persons from the unreasonable risk presented by chrysotile asbestos while ensuring a reasonable transition period until the relevant prohibition goes into effect. During the development of any future TSCA section 6(g) exemption for this specific use of chrysotile asbestos sheet gaskets, should one be proposed, EPA could give more consideration to the need for a chrysotile asbestos monitoring program beyond asbestos monitoring that is already required by OSHA under the Asbestos Safety and Health Regulations for Construction at 29 CFR 1926.1101.

*2. Prohibition on manufacture (including import), processing, distribution in commerce, and commercial use of: chrysotile asbestos-containing brake blocks in the oil industry; aftermarket automotive chrysotile asbestos-containing brakes/linings; asbestos-containing vehicle friction products; and other asbestos-containing gaskets.*

Provisions regulating the manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos-containing brake blocks in the oil industry; aftermarket automotive chrysotile asbestos-containing brakes/linings; other asbestos-containing vehicle friction products; and other asbestos-containing gaskets are specified in § 751.509(d). Beginning 180 days after the effective date of the final rule, all persons are prohibited from manufacturing (including importing), processing, distribution in commerce and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for commercial use of: (1) Oilfield brake blocks; (2) Aftermarket automotive brakes and linings; (3) Other vehicle friction products; and (4) Other gaskets. However, any aftermarket automotive brakes and linings, other vehicle friction products and other gaskets which are already installed and in use as of 180 days after the effective date of the final rule, are not subject to this distribution in commerce and commercial use prohibition.

*3. Prohibition on manufacture (including import), processing, and distribution in commerce for aftermarket automotive chrysotile asbestos-containing brakes/linings and other asbestos-containing gaskets for consumer use.*

Provisions regulating the manufacture (including import), processing, and distribution in commerce for aftermarket automotive chrysotile asbestos-containing brakes/linings and other asbestos-containing gaskets for

consumer use are specified in § 751.509(e). Beginning 180 days after the effective date of the final rule, all persons are prohibited from the manufacturing (including importing), processing, and distribution in commerce of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for consumer use of: aftermarket automotive brakes and linings; and other gaskets. However, any aftermarket automotive brakes and linings, and other gaskets which are already installed and in consumer use as of 180 days after the effective date of the final rule are not subject to this distribution in commerce prohibition.

This prohibition does not apply to the consumer use of any chrysotile asbestos-containing aftermarket automotive brakes and linings, and other gaskets. EPA's authority to regulate commercial use under TSCA section 6(a)(5) does not extend to consumer use of chemical substances or mixtures. The prohibition on the upstream manufacturing, processing and distribution of chrysotile asbestos aftermarket automotive brakes and linings, and other gaskets for consumer use will remove these products from the consumer market and over time eliminate their use as these products wear out and are replaced, or the vehicles in which they are components are retired from use.

*D. Interim Workplace Controls of Chrysotile Asbestos Exposures*

1. Overview

For most of the conditions of use where, pursuant to this final rule, the prohibition on processing and industrial use will take effect in five or more years after the effective date of this final rule, EPA is requiring that owners or operators comply with an eight-hour existing chemical exposure limit (ECEL), beginning six months after the effective date of the final rule. Specifically, this requirement applies to the following conditions of use: (1) Processing and industrial use of chrysotile asbestos in bulk form or as part of chrysotile asbestos diaphragms used in the chlor-alkali industry; and (2) Industrial use of chrysotile asbestos sheet gaskets for titanium dioxide production. Once a facility has completed the phase-out of chrysotile asbestos and no longer uses chrysotile asbestos in their operations, the interim requirements no longer apply.

EPA uses the term ''potentially exposed person'' in this Unit and in the regulatory text to include workers, occupational non-users, employees, independent contractors, employers,

and all other persons in the work area where chrysotile asbestos is present and who may be exposed to chrysotile asbestos under the conditions of use for which these interim workplace controls apply. EPA's intention is to require interim workplace controls that address the unreasonable risk from chrysotile asbestos to workers directly handling the chemical or in the area where the chemical is being used until the relevant prohibitions go into effect. The 2020 Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos did not distinguish between employers, contractors, or other legal entities or businesses that manufacture, process, distribute in commerce, use, or dispose of chrysotile asbestos. For this reason, EPA uses the term ''owner or operator'' to describe the entity responsible for implementing the interim workplace controls in any workplace where an applicable condition of use described in Units III.B.2.a. and III.B.2.b. and subject to the interim workplace controls is occurring. The term includes any person who owns, leases, operates, controls, or supervises such a workplace. EPA has proposed to amend 40 CFR 751.5 to add a definition of ''owner or operator'' consistent with this description as part of its proposed TSCA section 6(a) rules to regulate methylene chloride (88 FR 28284) and perchloroethylene (88 FR 39652). In this final rule, EPA is using the same definition of ''owner or operator'' to apply to where it appears in the regulatory text for chrysotile asbestos.

As mentioned in the proposed rule (87 FR 21706), TSCA risk management requirements could incorporate and reinforce requirements in OSHA standards. For chrysotile asbestos, EPA's approach for interim controls seeks to align, to the extent possible, with certain elements of the existing OSHA standard for regulating asbestos under 29 CFR 1910.1001 and 29 CFR 1926.1101. The OSHA PEL and ancillary requirements have established a long-standing precedent for exposure limit threshold requirements within the regulated community. However, EPA is applying a lower, more protective exposure limit or ECEL derived from the TSCA 2020 Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos. However, in this final rule, EPA is not establishing medical surveillance requirements based on the ECEL to align with those under 29 CFR 1910.1001. Companies must continue to follow the medical surveillance requirements established by OSHA at 0.1 fiber per cubic centimeter of air as an eight (8)-hour time-weighted average (TWA) level.

This unit includes a summary of the interim controls, including a description of the ECEL; and the implementation requirements such as monitoring and notification requirements; regulated area; exposure control plan; respiratory protection; and additional requirements for workplace information and training. The recordkeeping associated with the interim controls is included under the recordkeeping requirements (Unit VI.F). This Unit also describes compliance timeframes for these requirements.

2. Existing Chemical Exposure Limit (ECEL)

EPA calculated the ECEL to be 0.005 fibers (f)/cubic centimeter (cc), for inhalation exposure to chrysotile asbestos as an eight-hour time-weighted average (TWA) for use in workplace settings based on incidence of lung cancer, mesothelioma and other cancers. (Ref. 23).

As part of the primary regulatory alternative included in the proposed rule (87 FR 21706), EPA considered an ECEL-action level of 0.0025 f/cc as an eight-hour TWA, which would initiate certain required activities such as more frequent periodic monitoring of exposures to chrysotile asbestos. However, as discussed above in Unit V.B., after public comments regarding the difficulties of measuring asbestos at such low concentrations, EPA has decided not to finalize an ECEL-action level in this final rule. Instead, EPA is finalizing more frequent periodic monitoring requirements when exposure monitoring shows levels below the ECEL than those that were described in the primary regulatory alternative in the proposed rule. In the proposed rule, periodic exposure monitoring results below the ECEL but above the ECEL action-level would trigger an increase in periodic exposure monitoring to every six months. Due to the difficulties expressed in public comments of effectively measuring asbestos to the ECEL action level and to be health protective in the absence of reliable test results to the ECEL action level, the final rule will require periodic monitoring every six months when measurements are at or below the ECEL and periodic monitoring every three months when the ECEL is exceeded.

Commenters also expressed concerns with being able to effectively measure asbestos to the ECEL, citing complicating factors such analytical limitations, sample equipment, contributions from background sources, and typical worker task exposure scenarios. While EPA in this final rule will not include an ECEL action level due to the analytical concerns raised in public comment, EPA believes that current analytical methods and modern air sampling equipment allow for air monitoring with a detection limit that allows for comparison with the ECEL level, and the feasibility of the ECEL level is further demonstrated through the personal air monitoring data submitted to EPA by the chlor-alkali industry. However, for scenarios in which a sufficient limit of detection cannot be achieved for comparison to the ECEL, owners and operators may elect to use increased respiratory protection with an appropriate Assigned Protection Factor (APF) to demonstrate compliance with the ECEL as an interim workplace control, discussed more in Unit VI.D.6.

In addition, in the proposed rule, EPA indicated that implementation of an ECEL would require time and resources and therefore did not propose to include it for the two-year period prior to the proposed prohibition date. However, since this final rule's prohibition dates for the processing and industrial use of chrysotile asbestos in bulk form or as part of chrysotile asbestos diaphragms used in the chlor-alkali industry and processing and industrial use of chrysotile asbestos-containing sheet gaskets for titanium dioxide production are at least five years, or potentially longer for certain entities meeting EPA's requirements, EPA finds it necessary to issue interim controls to reduce worker exposures for the period prior to the prohibition taking effect. As part of an interim control measure, requirements to implement the ECEL start six months after the effective date of the rule. Specifically, owners or operators are required to ensure that no person in the workplace is exposed to an airborne concentration of chrysotile asbestos in excess of 0.005 f/cc as an eight-hour TWA beginning six months after the effective date of the final rule. EPA is also requiring owners or operators to comply with additional requirements that are needed to ensure successful implementation of the ECEL.

3. Monitoring

Monitoring requirements are a key component of implementing EPA's interim workplace controls. Initial monitoring for chrysotile asbestos is critical for establishing a baseline of exposure for potentially exposed persons; similarly, periodic exposure monitoring assures continued compliance over time so that potentially exposed persons are not exposed to levels above the ECEL. In some cases, a change in workplace conditions with

the potential to impact exposure levels would warrant additional monitoring, which is also described.

EPA is requiring that owners or operators determine the 8-hour TWA exposure of each potentially exposed person's exposure by taking one or more personal breathing zone air samples that are representative of the full-shift exposures for each potentially exposed person in each job classification in each work area. These requirements are a modification of the requirements described in the proposed regulation, which allowed for sampling only some of the potentially exposed persons. The requirements in this final rule align with the approach taken for characterization of employee exposure in the OSHA standard for asbestos (see 29 CFR 1910.1001(d)(1)(i) and (ii)) and allow for multiple samples to fully represent the exposures during a full shift, based on the job classification in each work area of the potentially exposed person.

Exposure samples must be analyzed using analytical methods described in Appendix A to 29 CFR 1910.1001, or as referenced in Appendix A to 29 CFR 1910.1001 (Appendix B to 29 CFR 1910.1001, OSHA method ID–160, or the NIOSH 7400 method). In the proposed rule, the primary regulatory alternative would have required use of a laboratory that complies with the Good Laboratory Practice Standards in 40 CFR part 792; however, in this final rule, and based on public comment, EPA is aligning the laboratory quality standards with the OSHA general asbestos standard. The OSHA method ID–160 and NIOSH 7400 analytical methods are the required methods in the OSHA general asbestos standard at 29 CFR 1910.1001 and the OSHA asbestos construction standard at 29 CFR 1926.1101. In addition, 29 CFR 1910.1001 Appendix A includes the quality control procedures that must be implemented by laboratories performing the analysis. Owners and operators subject to this final rule are already familiar with the use of these methods since they are used to comply with the OSHA asbestos standards. By incorporating the use of these standards in this final rule, EPA is aligning with existing analytical practice.

In the event that the owner or operator needs to use an equivalent method to the OSHA reference method, EPA also is allowing use of such equivalent method if the owner or operator ensures the equivalency of the method by ensuring that replicate exposure data used to establish equivalency are collected in side-by-side field and laboratory comparisons,

and the comparison indicates that 90% of the samples collected in the range 0.5 to 2 times the ECEL have an accuracy range of plus or minus 25% of the OSHA reference method at 95% confidence level as demonstrated by a statistically valid protocol. These requirements align with the approach taken in the OSHA standard for asbestos (see 29 CFR 1910.1001(d)(6)(ii) and (iii)).

In addition, and as supported by commentors, the NIOSH 7402 analytical method may be applied to adjust the analytical result to include only chrysotile asbestos. PCM analysis does not differentiate between asbestos and other fibers. The NIOSH 7402 analytical method uses a TEM microscope to determine the fraction of fibers that are asbestos from a filter prepared and analyzed following NIOSH 7400. To ensure consistency across both methods, airborne fibers analyzed using TEM under the NIOSH 7402 analytical method align with those specified in the NIOSH 7400 PCM method. The NIOSH 7402 method is not designed for the quantification of the air concentration of asbestos fibers and therefore should be used in conjunction with NIOSH 7400 under this final rule for asbestos fiber identification.

a. *Initial exposure monitoring.* In this final rule, each owner or operator of a facility engaged in one or more of the conditions of use listed earlier in Unit VI.D.1. is required to perform initial exposure monitoring no later than 180 days after the effective date of the final rule to determine the extent of exposure of potentially exposed persons to chrysotile asbestos. Initial monitoring will notify owners and operators of the magnitude of possible exposures to potentially exposed persons with respect to their work conditions and environments. Based on the magnitude of possible exposures in the initial exposure monitoring, the owner or operator may need to increase the frequency of future periodic monitoring, and/or adopt new exposure controls (such as engineering controls, administrative controls, and/or a respiratory protection program).

In the primary regulatory alternative included as part of the proposed regulation, EPA stated that if the regulated entity had existing monitoring data less than five years old that followed the initial exposure monitoring criteria described in the preamble to the proposed rule, and where a process change was not implicated, the owner or operator could choose to use this existing data as the initial exposure monitoring instead of conducting initial exposure monitoring. However, given

the lower exposure limit set by the ECEL compared to the current monitoring practices, and given the expected changes at the chlor-alkali and chemical production facilities transitioning to non-asbestos technologies, EPA has decided to require all owners or operators to conduct new initial monitoring. Owners and operators may not use data collected before the publication of this final rule to comply with the initial monitoring requirement.

b. *Periodic exposure monitoring.* EPA's final rule is aligned with elements of the existing OSHA asbestos standard (29 CFR 1910.1001(d)(3) through (5)) to the extent possible. Based on the results from the initial exposure monitoring, or the most recent monitoring, EPA is requiring the following periodic monitoring for owners or operators:

• If one or more samples representing full-shift exposures from the most recent exposure monitoring exceeds the ECEL (>0.005 f/cc 8-hour TWA), periodic exposure monitoring will be required within three months of the most recent exposure monitoring.

• Otherwise, periodic exposure monitoring will be required within six months of the most recent exposure monitoring.

In the primary alternative regulatory action described in the proposed rule, EPA based the exposure monitoring frequency on both the ECEL-action level and the ECEL. However, since EPA is not finalizing an ECEL action level due to the comments received regarding effectively measuring asbestos to the ECEL action level, the exposure monitoring frequency under the final rule is based only on the comparison of the monitoring results with the ECEL. Because EPA is not finalizing an ECEL action level, the final rule requires owners and operators to conduct periodic exposure monitoring every six months if the most recent exposure monitoring indicates airborne exposure is at or below the ECEL. This exposure monitoring frequency is consistent with the exposure monitoring described in the primary alternative regulatory action in the proposed rule associated with exposure monitoring results revealing a concentration of chrysotile asbestos above the ECEL action level but at or below the ECEL. Further, since EPA is not finalizing an ECEL action level, EPA could not finalize an option to terminate exposure monitoring if all samples taken during initial exposure monitoring were at or below the ECEL action level, as was described in the primary regulatory alternative action described in the proposed rule.

In addition, under the primary regulatory alternative described in the proposed regulation, if an owner or operator did not use chrysotile asbestos during an exposure monitoring period, the owner or operator would not need to conduct exposure monitoring until the next exposure monitoring period. Further, the proposed primary regulatory alternative provided that an owner or operator had to conduct exposure monitoring at minimum every five years. However, EPA expects continued use of chrysotile asbestos in the limited number of conditions of use subject to the interim workplace control requirements and, as discussed above, is requiring all persons engaged in these conditions of use to conduct exposure monitoring at least every six months. EPA has therefore concluded there is no need to include provisions in the final rule to suspend monitoring or conduct monitoring only every five years.

c. *Additional exposure monitoring.*
In addition to initial and periodic monitoring, EPA is requiring that the owner or operator complying with the interim workplace control requirements carry out additional exposure monitoring (analogous to those requirements outlined in 29 CFR 1910.1001(d)(5)) after any changes in production, process, control equipment, personnel, or work practices that may reasonably be anticipated to result in new or additional exposures above the ECEL, or when the owner or operator has any reason to suspect that the change may result in new or additional exposures above the ECEL. This additional exposure monitoring event may result in an increased frequency of periodic monitoring. The required additional exposure monitoring should be conducted within a reasonable timeframe after there has been a change to ensure that it is representative of the new procedures. In cases of malfunctions and other incidents, the monitoring should not delay implementation of any necessary corrective actions to restore malfunctioning processes, necessary emergency response, cleanup or other remedial action to reduce the exposures to potentially exposed persons.

d. *Notification of exposure monitoring results.*
In this final rule, EPA is requiring that the owner or operator must, within 15 working days after receipt of the results of any exposure monitoring, notify each potentially exposed person in writing, either individually to each potentially exposed person or by posting the information in an appropriate and accessible location, such as public spaces or common areas, consistent with 29 CFR 1910.1001(d)(7).

The notification is required to include a description of any action taken by the owner or operator to reduce inhalation exposures to or below the ECEL or refer to a document available to the potentially exposed persons which identifies the actions to be taken to reduce exposures. For example, the owner or operator may notify a worker (or other potentially exposed person) of the results as follows: ''Based on the monitoring conducted on [date], the exposure to chrysotile asbestos by workers installing gaskets was [0.03 f/ cc]. This concentration is above the limit set by EPA of 0.005 f/cc as an 8-hour time weighted average to protect workers, and therefore the company is requiring use of half-mask supplied-air respirator (SAR), or airline respirator operated in a demand mode to ensure exposure prevention. Workers can access the exposure control plans, exposure monitoring records, and respiratory program implementation and documentation at the office during regular business hours.''

4. Regulated Areas

Analogous to the OSHA Standard (29 CFR 1910.1001(e)), EPA is requiring that 6 months after the effective date of the rule, the owner or operator demarcate any area where airborne concentrations of chrysotile asbestos are reasonably expected to exceed the ECEL. This regulated area must be demarcated in a manner that minimizes the number of persons who will be exposed to chrysotile asbestos, *e.g.*, establishing boundaries for the area, using highly visible signifiers, in multiple languages as appropriate, placed in conspicuous areas to clearly mark the boundary of such regulated area. The owner or operator is required to restrict access to the regulated area only to those authorized to enter.

EPA is also requiring that the owner or operator must supply a respirator that complies with the requirements described in Unit VI.D.6.5. and ensure that all persons within the regulated area are using the provided respirators whenever chrysotile asbestos exposures may exceed the ECEL. Finally, the owner or operator must ensure that, within a regulated area, persons do not engage in non-work activities which may increase chrysotile asbestos exposure, such as eating, drinking, smoking, chewing tobacco or gum, or applying cosmetics.

5. Exposure Control Plan

EPA recommends and encourages the use of pollution prevention as a means of controlling exposures whenever practicable. Pollution prevention, also known as source reduction, is any practice that reduces, eliminates, or prevents pollution at its source (*e.g.*, elimination and substitution), as described in the hierarchy of controls. In the proposed rule (87 FR 21706), EPA's primary alternative regulatory action included a requirement to document efforts to implement the hierarchy of controls, specifically, the use of elimination and substitution, followed by the use of engineering controls, administrative controls, or work practices prior to requiring the use of respirators as a means of controlling inhalation exposures to chrysotile asbestos below EPA's ECEL. In this final rule, EPA recognizes that the owners and operators subject to the requirements are already taking steps to eliminate the use of chrysotile asbestos, and therefore the requirement in this final rule is to institute and maintain engineering controls and work practices that reduce chrysotile asbestos to or below the ECEL. When the engineering controls and work practices (such as clean-up of accumulated asbestos) cannot reduce chrysotile asbestos exposures to or below the ECEL, owners and operators are required to reduce chrysotile asbestos exposures to the lowest level achievable by these controls and supplement them using respiratory protection. The respirators must be supplied in accordance with the requirements outlined in Unit VI.D.6.

The final requirements state that, as of one year after the effective date of the final rule, an owner or operator subject to the interim workplace control requirements has to demonstrate the consideration of engineering controls and/or work practices to reduce the airborne chrysotile asbestos concentrations to the lowest levels achievable. If the resulting chrysotile asbestos concentrations are not at or below the ECEL, adequate respiratory protection must be given to potentially exposed persons, in accordance with Unit VI.D.6. Owners or operators must not implement a schedule of personnel rotation as a means of compliance with the ECEL. Finally, owners and operators must document their exposure control strategy in an exposure control plan. The exposure control plan must be reviewed and updated as necessary, but at least annually, to reflect any significant changes in the approach taken to reduce the chrysotile asbestos airborne concentrations.

Similar to the primary regulatory alternative described in the proposed rule, in this final rule EPA is requiring

that owners or operators document their efforts in an exposure control plan. Such plan could be part of any existing documentation of the facility's safety and health program developed as part of meeting OSHA requirements or other safety and health standards. EPA is requiring that the owner or operator document in the exposure control plan the following:

• Identification of all engineering and work practices or administrative controls that were considered.

• For each engineering and administrative control identified, a rationale for why the control was selected or not selected, based on feasibility, effectiveness, and other relevant considerations;

• Any actions the owner or operator must take to implement the engineering and administrative controls selected, including proper installation, maintenance, training or other steps taken. In addition, the owner or operator must indicate the estimated timeline for implementing the controls selected.

• Descriptions of the activities conducted by the owner or operator during the review and annual update of the exposure control plan to ensure effectiveness of the exposure controls, identify any necessary updates to the exposure controls, and confirm that all persons are implementing the exposure controls correctly. These activities could consist of regular inspections or other type of evaluations of the exposure controls; and

• Description of procedures for responding to any change that may reasonably be expected to introduce additional exposures of chrysotile asbestos or result in increased exposures to chrysotile asbestos. The plan should also describe the corrective actions taken to mitigate the exposures to chrysotile asbestos.

6. Respiratory Protection

a. *In general.*

Six months after the effective date of this rule, EPA is requiring owners or operators to supply a respirator selected in accordance with the requirements of this Unit and ensure that all potentially exposed persons are using the provided respirators whenever chrysotile asbestos exposures exceed or can reasonably be expected to exceed the ECEL. EPA's requirements are compatible with OSHA's Respiratory Protection standard at 29 CFR 1910.134, and the respiratory protection provision of the OSHA Asbestos standard for general industry at 29 CFR 1910.1001(g).

In this final rule, EPA is requiring that owners or operators must provide, ensure use of, and maintain (in a sanitary, reliable, and undamaged condition) respirators that are of safe design and construction for the work to be performed. These requirements are consistent with the requirements of 29 CFR 1910.134(g) through (j), 1910.134 App. B–1 to B–2. Owners and operators must select respirators that properly fit each affected person and communicate respirator selections to each affected person. These requirements are consistent with the requirements of 29 CFR 1910.134(f), 1910.134 App. A.

EPA is also requiring that owners and operators provide training in accordance with 29 CFR 1910.134(k) to all persons required to use respirators prior to or at the time of initial assignment to a job involving potential exposure to chrysotile asbestos. Such training must be repeatedly at least annually or whenever the owner or operator has reason to believe that a previously trained person does not have the required understanding and skill to properly use the respirator, or when changes in the workplace or in the required respirator render the previous training obsolete.

b. *Respirator selection.*

EPA is requiring that owners and operators select and provide all potentially exposed persons with respirators, based on the most recent monitoring results. The following represents the minimum respiratory protection that must be provided based on the most recent monitoring results, such that any respirator affording the same or higher degree of protection than the following requirements may be used.

• If the most recent exposure monitoring indicates that the exposure concentration is at or below 0.005 f/cc (the ECEL): no respiratory protection is required.

• If the most recent exposure monitoring indicates that the exposure concentration is above 0.005 f/cc (the ECEL) and less than or equal to 0.05 f/cc (10 times the ECEL): (i) a half-mask supplied-air respirator (SAR) or airline respirator operated in demand mode; or (ii) a half-mask self-contained breathing apparatus (SCBA) respirator operated in demand mode (APF 10).

• If the most recent exposure monitoring indicates that the exposure concentration is above 0.05 f/cc (10 times the ECEL) and less than or equal to 0.125 f/cc (25 times the ECEL): a loose fitting facepiece supplied-air respirator (SAR) or airline respirator operated in continuous flow mode (APF 25).

• If the most recent exposure monitoring indicates that the exposure concentration is above 0.125 f/cc (25 times the ECEL) and less than or equal to 0.25 f/cc (50 times the ECEL): (i) a full facepiece supplied-air respirator (SAR) or airline respirator operated in demand mode; or (ii) a half-mask supplied-air respirator (SAR) or airline respirator operated in continuous flow mode; or (iii) a half-mask supplied-air respirator (SAR) or airline respirator operated in pressure-demand or other positive-pressure mode; or (iv) a full facepiece self-contained breathing apparatus (SCBA) respirator operated in demand mode; or (v) a helmet/hood self-contained breathing apparatus (SCBA) respirator operated in demand mode (APF 50).

• If the most recent exposure monitoring indicates that the exposure concentration is above 0.25 f/cc (50 times the ECEL) and less than or equal to 5 f/cc (1,000 times the ECEL): a full-facepiece supplied-air respirator (SAR) or airline respirator operated in pressure-demand or other positive-pressure mode (APF 1,000).

• If the most recent exposure monitoring indicates that the exposure concentration is above 5 f/cc (1,000 times the ECEL) and less than or equal to 50 f/cc (10,000 times the ECEL): (i) a full-facepiece self-contained breathing apparatus (SCBA) respirator operated in pressure-demand or other positive-pressure mode; or (ii) a helmet/hood self-contained breathing apparatus (SCBA) respirator operated in pressure-demand or other positive-pressure mode (APF 10,000).

The respirator requirements have been updated from the primary regulatory alternative described in the proposed regulation to make them compatible with the OSHA's Asbestos standard for general industry at 29 CFR 1910.1001(g)(2)(i). The respiratory protection requirements in this final rule represent the minimum respiratory protection requirements; therefore, owners or operators may provide respirators affording a higher degree of protection than the required respirator. However, in situations where a sufficient limit of detection cannot be reached for comparison to the ECEL, owners and operators may elect to use the lowest measurable concentration possible as their basis for the selection of the respirators, and use an increased respiratory protection with an appropriate APF to demonstrate compliance with the ECEL as an interim control measure. For example, if the lowest measurable concentration possible is 0.1 f/cc, then, the owner or operator should assume that the measured exposure concentration is above 0.05 f/cc and less than or equal to 0.125 f/cc or 25 times the ECEL, and

provide a loose fitting facepiece supplied-air respirator (SAR) or airline respirator in continuous flow mode.

7. Workplace Information and Training

In the proposed rule primary regulatory alternative (87 FR 21706), EPA described requirements to ensure worker participation. In this final rule, EPA is requiring specific information to be provided to potentially exposed persons and associated training to ensure that potentially exposed persons are taking the necessary steps to reduce exposure to chrysotile asbestos.

Six months after the effective date of the final rule EPA is requiring that owners or operators provide information and training for each person prior to or at the time of potential exposure to chrysotile asbestos and repeat the training annually. The information and training must be presented in a manner that is understandable to each person required to be trained.

In this final rule, EPA is requiring that the information and training that must be provided to all persons potentially exposed to chrysotile asbestos is based on the most recent public information available from EPA, OSHA, NIOSH, and/or CDC, and include:
• The health effects associated with exposure to chrysotile asbestos;
• The quantity, location, manner of use, release, and storage of chrysotile asbestos and the specific operations in the workplace that could result in exposure to chrysotile asbestos, particularly noting where each regulated area is located;
• The specific procedures implemented by the owner or operator to protect persons potentially exposed to chrysotile asbestos, such as engineering controls, work practices and personal protective equipment to be used; and
• The requirements associated with the interim controls, as described in Unit VI.D., as well as how to access or obtain a copy of these regulations in the workplace.

The training must be conducted as necessary to ensure that each person maintains understanding of the principles of safe use and handling of chrysotile asbestos in the workplace, but at minimum, the training must be given annually. The owner or operator will need to develop a training program that is conducted in a manner that allows each person potentially exposed to understand the information, in an understandable manner (*i.e.,* plain language) and in multiple languages as appropriate (*e.g.,* based on languages spoken by potentially exposed persons). The owner or operator would consider

factors such as the skills required to perform the work activity, the existing skill level of the staff performing the work. Finally, whenever there are changes in the workplace, such as modification of tasks or procedures, or institution of new tasks or procedures, or when airborne concentrations of chrysotile asbestos increase, or when the exposure control plan has been updated according to Unit VI.D.5, the owner or operator must update the training to reflect any additional steps that are needed to maintain the procedures implemented to reduce exposures to chrysotile asbestos in the workplace, and re-train each potentially exposed person.

*E. Disposal*

EPA is finalizing the disposal provisions in the proposed rule without significant changes. These disposal provisions at § 751.513 cross reference existing EPA and OSHA regulations that address asbestos-containing waste disposal. By following these existing regulations, worker and ONU exposure to chrysotile asbestos during disposal can be prevented. For this rule, EPA is requiring that for the chrysotile asbestos diaphragm condition of use, as well as oilfield brake blocks, other vehicle friction products, and any commercial use of other gaskets and aftermarket automotive brakes and linings conditions of use, regulated entities must adhere to waste disposal requirements described in OSHA's Asbestos General Industry Standard in 29 CFR 1910.1001, including 1910.1001(k)(6), which requires waste, scrap, debris, bags, containers, equipment, and clothing contaminated with asbestos that are consigned for disposal to be disposed of in sealed impermeable bags or other closed, impermeable containers. For the chrysotile asbestos sheet gaskets in chemical production condition of use, regulated entities must adhere to waste disposal requirements described in OSHA's Asbestos Safety and Health Regulations for Construction in 29 CFR 1926.1101.

Additionally, for the chrysotile asbestos diaphragm condition of use, as well as oilfield brake blocks, other vehicle friction products, and any commercial use of other gaskets and aftermarket automotive brakes and linings, EPA is cross-referencing the disposal requirements of Asbestos National Emission Standards for Hazardous Air Pollutants (NESHAP) (40 CFR part 61, subpart M) at 40 CFR 61.150. The asbestos NESHAP reduces exposure to airborne asbestos by generally requiring sealing of asbestos-

containing waste material from regulated activities in a leak-tight container and disposing of it in a landfill permitted to receive asbestos waste. EPA is not cross-referencing this same NESHAP waste disposal provision for the disposal of chrysotile asbestos-containing waste from sheet gasket processing and use because EPA did not find unreasonable risk for the disposal of sheet gaskets.

EPA is also requiring that each manufacturer (including importer), processor, and distributor of chrysotile asbestos, including as part of products and articles, for consumer uses subject to this proposed regulation, dispose of regulated products and articles in accordance with specified disposal provisions. These consumer uses are aftermarket automotive brakes and linings, and other gaskets. These consumer use supply chain disposal requirements are consistent with those for disposers of aftermarket automotive brakes and linings, and other gaskets, intended for commercial use. EPA does not generally have TSCA section 6(a) authority to directly regulate consumer use and disposal, but under TSCA section 6(a) EPA may nonetheless regulate the disposal activity of suppliers of these products, including importers, wholesalers and retailers of asbestos-containing aftermarket automotive brakes and linings, and other gaskets.

The disposal requirements at § 751.513 will take effect 180 days after the effective date of the final rule, as was proposed.

*F. Recordkeeping*

This final rule establishes recordkeeping provisions. A general records provision at § 751.515(a) of the final rule, requires that, beginning 180 days after the effective date of the final rule, all persons who manufacture (including import), process, or distribute in commerce or engage in industrial or commercial use of chrysotile asbestos must maintain ordinary business records, such as invoices and bills-of-lading related to compliance with the prohibitions, restrictions, and other provisions of this rulemaking and must make them available to EPA for inspection.

Section 751.515(b) of the final rule addresses recordkeeping for certifications of compliance for the chlor-alkali industry required under § 751.507 of the rule: persons must retain records for five years to substantiate certifications required under that provision and must make them available to EPA for inspection.

Section 751.515(c) of the final rule requires retention of records for interim workplace controls of chrysotile asbestos exposures. For each monitoring event, owners or operators subject to the exposure monitoring provisions of § 751.511(c) must document and retain records of:

(1) The dates, duration, and results of each sample taken;

(2) The quantity, location(s) and manner of chrysotile asbestos use at the time of each monitoring event;

(3) All measurements that may be necessary to determine the sampling conditions that may have affected the monitoring results, such as humidity or ventilation rates, based on the expertise of the person conducting the sampling;

(4) The name, address, work shift, job classification, work area, and type of respiratory protection (if any) of each person monitored;

(5) Sampling and analytical methods used and compliance with the Good Laboratory Practice Standards or laboratory quality standards required under the OSHA general asbestos standard described in § 751.511(c)(5)(i); and

(6) Notification of monitoring results as required by § 751.511(c)(6).

Additionally, § 751.515(c) of the final rule requires that owners or operators subject to the interim workplace controls described in § 751.511 must retain records of:

(1) The exposure control plan and its implementation as required by § 751.511(e), which must be available to persons exposed to chrysotile asbestos;

(2) Respiratory protection used and program implementation as described in § 751.511(f); and

(3) Information and training provided by the owner or operator as required by § 751.511(g).

Section 751.515(d) of the final rule requires the retention of disposal records. It specifies that each person, except a consumer, who disposes of any chrysotile asbestos and any chrysotile asbestos-containing products or articles subject to § 751.513, beginning 180 days after the effective date of the final rule, must retain in one location at the headquarters of the company, or at the facility for which the records were generated: any records related to any disposal of chrysotile asbestos and any chrysotile asbestos-containing products or articles generated pursuant to, or otherwise documenting compliance with, regulations specified in § 751.513. All records under this rule must be retained for five years from the date of generation.

## VII. Other TSCA Considerations

### A. Primary Alternative Regulatory Actions Considered

Pursuant to TSCA section 6(c)(2)(A), EPA considered the cost and benefits and the cost effectiveness of the final regulatory action and one or more primary alternative regulatory actions. EPA considered two primary alternative regulatory actions for chrysotile asbestos diaphragms in the chlor-alkali industry. One is to prohibit manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos in bulk form or as part of: chrysotile asbestos diaphragms in the chlor-alkali industry, with prohibitions taking effect five years after the effective date of the final rule, without exception, and require, prior to the prohibition taking effect, compliance with an existing chemical exposure limit (ECEL) for the processing and commercial use of chrysotile asbestos for this use. The other was to prohibit manufacture (including import), processing, distribution in commerce and commercial use of chrysotile asbestos in bulk form or as part of: chrysotile asbestos diaphragms in the chlor-alkali industry, with prohibitions taking effect twelve years after the effective date of the final rule, without exception, and require, prior to the prohibition taking effect, compliance with an ECEL for the processing and commercial use of chrysotile asbestos for this use.

The primary alternative regulatory action for sheet gaskets used in chemical production is to prohibit manufacture (including import), processing, distribution in commerce and commercial use, with prohibitions taking effect five years after the effective date of the final rule, and require, prior to the prohibition taking effect, compliance with an ECEL for the processing and commercial use of chrysotile asbestos for this use.

The primary alternative regulatory action additionally includes a prohibition on the manufacture (including import), processing, distribution in commerce, and commercial use of chrysotile asbestos-containing brake blocks in the oil industry; aftermarket automotive chrysotile asbestos-containing brakes/linings; and other vehicle friction products, with prohibitions taking effect two years after the effective date of the final rule. The primary alternative regulatory action also included prohibitions on manufacture (including import), processing, and distribution in commerce of aftermarket automotive chrysotile asbestos-containing brakes/linings for consumer use and other chrysotile asbestos-containing gaskets for consumer use, with prohibitions taking effect two years after the effective date of the final rule.

The primary alternative regulatory actions also include recordkeeping and disposal requirements identical to those in the final action.

### B. TSCA Section (c)(2) Considerations

The following is EPA's statement of effects, as required by TSCA section 6(c)(2)(A), with respect to this final rule.

*1. Effects of chrysotile asbestos on health and the magnitude of the exposure of human beings to chrysotile asbestos under TSCA section 6(c)(2)(A)(i).*

EPA's analysis of the health effects of and magnitude of exposure to chrysotile asbestos is in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos (Ref. 1). A summary is presented here. Many authorities have established causal associations between asbestos exposures and lung cancer and mesothelioma in humans based on epidemiologic studies. EPA identified in the literature a causal association between exposure to asbestos and cancer of the larynx and cancer of the ovary and suggestive evidence of a positive association between asbestos and cancer of the pharynx, stomach, and colorectum. EPA also identified increases in lung cancer and mesothelioma mortality in both workers and residents exposed to various asbestos fiber types, including chrysotile asbestos, as well as fiber mixtures. Mesothelioma tumors arise from the thin membranes that line the chest and abdominal cavities and surround internal organs.

Asbestos exposure is known to cause various non-cancer health outcomes as well, including asbestosis, non-malignant respiratory disease, deficits in pulmonary function, diffuse pleural thickening, and pleural plaques. Various immunological and lymphoreticular effects are suggested but not well-established.

For the conditions of use that contribute to unreasonable risk, populations exposed to chrysotile asbestos (including potentially exposed or susceptible subpopulations) include workers, ONUs, consumer users, and bystanders to consumers using products containing chrysotile asbestos. For these conditions of use EPA estimates that, annually, at least 256 workers and 222 ONUs are exposed to chrysotile asbestos at over 49 operations either processing or using products containing chrysotile asbestos. Additional workers and ONUs are exposed to oilfield brake blocks and

may potentially be exposed to other vehicle friction products and other gaskets. Each year, approximately 400 consumers are potentially exposed to asbestos through the use of products containing chrysotile asbestos subject to this rule. The number of exposed bystanders is unknown to EPA. The breakdown by category of use is as follows:

• Diaphragms—80 workers and 80 ONUs at 8 sites;

• Sheet gasket stamping—at least 4 workers and 8 ONUs at 4 sites;

• Sheet gasket use (non-nuclear)—at least 18 workers and 119 ONUs at 4 sites;

Sheet gasket use (nuclear)—up to 139 workers at 1 site; number of workers and ONUs at approximately 20 additional sites is unknown;

• Oilfield brake blocks—Unknown;

• Aftermarket automotive brakes—15 to 1,400 workers and 15 to 1,400 ONUs at 12 to 1,400 sites;

• Other vehicle friction products—Unknown;

• Other gaskets—Unknown; and

• DIY mechanics—400 consumers and unknown bystanders.

More information on the derivation of these estimates is provided in the Economic Analysis for this rulemaking that can be found in the rulemaking docket (Ref. 2).

As discussed in Unit II.C., EPA did not evaluate hazards or exposures to the general population in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos.

*2. Effects of the chrysotile asbestos on the environment and the magnitude of the exposure of the environment under TSCA section 6(c)(2)(A)(ii).*

EPA's analysis of the environmental effects of and the magnitude of exposure of the environment to chrysotile asbestos are in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos (Ref. 1). A summary is presented here.

Chrysotile asbestos may be released to the environment through industrial or commercial activities, such as processing raw chrysotile asbestos, fabricating/processing asbestos-containing products, or the dispersing of friable chrysotile asbestos during use, disturbance and disposal of asbestos-containing products.

Although this action is focused on chrysotile asbestos fiber type, some of the information in this unit pertains to asbestos fibers in general. Asbestos is a persistent mineral fiber that can be found in soil, sediments, in the air and windblown dust, surface water, ground water and biota. Asbestos fibers are largely chemically inert in the environment. They may undergo minor physical changes, such as changes in fiber length or leaching of surface minerals, but do not react or dissolve in most environmental conditions.

In water, chrysotile asbestos will eventually settle into sediments (or possible biosolids) and can enter wastewater treatment plants. EPA's review of aquatic vertebrate and invertebrate studies indicated that chronic exposure to waterborne chrysotile asbestos at a concentration range of $10^4$–$10^8$ fibers/L, which is equivalent to 0.01 to 100 million fibers per liter (MFL), may result in reproductive, growth and/or sublethal effects to fish and clams. In addition, acute exposure of clams to waterborne chrysotile asbestos at a concentration range of $10^2$–$10^8$ fibers/L demonstrated reduced siphoning activity.

EPA has determined that there are minimal or no releases of asbestos to surface water associated with the conditions of use that EPA evaluated in the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos and that are the subject of this action.

*3. Benefits of chrysotile asbestos for various uses under TSCA section 6(c)(2)(A)(iii).*

The only form of asbestos manufactured (including imported), processed, or distributed for use in the United States today is chrysotile asbestos. The United States Geological Survey (USGS) estimated that 152 metric tons of raw chrysotile asbestos were imported into the United States in 2022 (Ref. 3). This raw asbestos is used exclusively by the chlor-alkali industry, and imported amounts between 2018 and 2022 ranged from 41 to 681 metric tons during a given year (Ref. 3).

In addition to the use of raw imported chrysotile asbestos by the chlor-alkali industry, EPA is also aware of imported asbestos-containing products; however, the imported volumes of those products are not fully known. The asbestos-containing products that EPA has identified as potentially being imported and used are sheet gaskets (which are imported in large sheets and cut to size domestically by a fabricator), oilfield brake blocks, aftermarket automotive brakes/linings, other vehicle friction products, and other gaskets. Chrysotile asbestos is chemically inert, durable, and able to effectively separate the anode and cathode chemicals in the electrolytic cells used in the chlor-alkali process. Asbestos-containing gaskets have been used in chemical production because they are resistant to cyclical high temperatures and immense pressure. During the manufacture of titanium dioxide, temperatures can exceed 1850 degrees Fahrenheit and pressures can be greater than 50 pounds per square inch. For processing of nuclear material, asbestos-containing sheet gaskets are preferred for their durability in radioactive environments. The physical properties of chrysotile asbestos including heat resistance make asbestos a useful material for uses where friction is produced and extreme heat is generated, including its application in brakes, gaskets and other vehicle friction product uses considered in this rule.

*4. Reasonably ascertainable economic consequences of the rule under TSCA section 6(c)(2)(A)(iv).*

The reasonably ascertainable economic consequences of this rule include several components, all of which are described in the economic analysis for this rule and summarized here (Ref. 2).

a. *The likely effect of this Part 1: Chrysotile Asbestos rule on the national economy, small business, technological innovation, the environment, and public health (TSCA section 6(c)(2)(A)(iv)(I)).*

With respect to the anticipated effects of this rule on the national economy, the economic impact of a regulation on the national economy generally only becomes measurable if the economic impact of the regulation reaches 0.25 percent to 0.5 percent of Gross Domestic Product (GDP) (Ref. 24). Given the current GDP of $27.62 trillion, this is equivalent to a cost of $69 billion to $138 billion which is considerably higher than the estimated cost of this rule. EPA considered the number of businesses and workers that would be affected and the costs and benefits to those businesses and workers and society at large and did not find that there would be a measurable effect on the national economy. In addition, EPA considered the employment impacts of this rule. While EPA assumes that chlor-alkali facilities currently using asbestos diaphragms will convert to non-asbestos technologies, some facilities may not do so before the effective prohibition date in the rule. As a result, even with the extended compliance dates in the final action, it is possible that the rule may result in facility closures and job losses, at least temporarily, at some chlor-alkali facilities as well as at facilities that use chlorine, caustic soda, or their derivatives as intermediates, and may result in shortages or price increases for chlorine, caustic, and their derivatives. There may be similar employment effects at chemical facilities using asbestos gaskets. However, the extended compliance dates in the final rule reduce the likelihood and potential magnitude of such impacts compared to the proposed rule. There may also be

increased temporary employment associated with new construction as firms convert their facilities to replace asbestos diaphragms and asbestos gaskets with substitute technologies. There may also be increases in employment at facilities that currently use asbestos-free technologies (Ref. 2).

EPA has determined that the rule will not have a significant impact on a substantial number of small entities; EPA estimates that the rule will affect 11 to 1,369 small businesses supplying aftermarket brakes, incurring costs between $20 and $14,000 per firm (depending on the number of brake replacements they perform). At the low-end estimate of the number of affected brake replacement firms, approximately 85% of firms would have cost impacts of less than 1% of their annual revenues, about 10% would have cost impacts between 1% and 3%, and around 6% would have cost impacts of greater than 3%. At the high-end estimate of the number of affected brake replacement firms, 100% of firms would have a cost impact of less than 1% of the annual revenue. An additional three small entities that do not supply aftermarket brakes are estimated to be affected by the rule; two are assumed to manufacture sheet gaskets for titanium dioxide production, and one imports oilfield brake blocks. EPA did not have the information necessary to estimate the cost impacts on these other four small entities (Ref. 2).). EPA found no literature that described the costs of converting to asbestos-free products for either sheet gaskets used in titanium dioxide production or oilfield brake blocks. Moreover, there were no public comments in response to the proposed rule or the subsequent notice of data availability that provided information on the costs for these use categories.

The uses of asbestos subject to the rule are all in mature industries and the amount of asbestos consumed in them has been declining for some time. There is no evidence of innovative applications of asbestos in these uses in recent years, nor is there any expectation that such innovations would occur in the future in the absence of a prohibition on these uses of asbestos.

The effects of this rule on public health are estimated to be positive, due to the avoided incidence of adverse health effects attributable to asbestos exposure, including lung cancer, mesothelioma, and cancers of the larynx and ovary (Ref. 2). Despite the uncertainties about possible greater use and release of PFAS discussed in Unit VII.B.5., EPA believes the benefits of removing chrysotile asbestos, a known

human carcinogen that causes cancer (mesothelioma, lung, ovarian, and laryngeal cancers), from continued use in the United States, are significant enough to outweigh the potential additional exposure to PFAS that might result from this action.

Converting chlor-alkali diaphragm cells to non-asbestos technology is expected to reduce total electricity consumption by the chlor-alkali industry and thus the level of air pollution associated with electric power generation. This reduction in air pollution would provide environmental benefits as well as health benefits (Ref. 2).

b. *Costs and benefits of the regulatory action and of the primary alternative regulatory actions considered by the Administrator.*

i. *Regulatory action.*
EPA was able to quantify the costs of the rule for the chlor-alkali industry and the aftermarket automotive brake industry, as well as a portion of the costs for firms using sheet gaskets. Nearly all of the quantified costs are due to the requirements for the chlor-alkali industry. The rule is predicted to require an investment of $2.8 billion to $3.4 billion to convert chlor-alkali facilities using asbestos diaphragm cells to cells using non-asbestos diaphragms or membranes. The rule accelerates existing trends in the industry to transition away from asbestos diaphragms, and EPA expects that these conversions would eventually occur in the baseline even without the rule, although more slowly than with the prohibition deadlines in the rule. For a number of these facilities the non-asbestos technologies are more energy efficient than asbestos diaphragm cells, resulting in cost savings that would accrue over the lifetimes of the facilities. Membrane cells also produce a higher grade of caustic soda that has historically commanded a higher price than the product from asbestos diaphragm cells; that price differential may or may not continue in the future. If some facilities are unable to complete their conversions to non-asbestos technology by the mandatory compliance dates in the rule, the unconverted portions of those facilities would need to close until the conversions are completed. Such temporary closures would result in lost producer surplus (as well as lost consumer surplus, which EPA was unable to quantify) until the conversions are completed. The incremental net annualized costs of the rule to the chlor-alkali industry are calculated by combining conversion costs, changes in energy usage, potential

revenue gains from increased production of membrane-grade caustic soda, and the lost producer surplus from possible temporary facility closures (all compared to the baseline), and annualizing the results over the 35-year expected lifetime of new chlor-alkali facility equipment.

Compared to this baseline trend, the net cost of the rule to the chlor-alkali industry over a 35-year period using a 3 percent discount rate is estimated to range from an annualized cost of $7 million per year (if the additional membrane grade caustic soda that is produced sells for the same price as diaphragm grade caustic soda) to an annualized savings of $1 million per year (if the higher grade of caustic soda produced by membrane cells continues to command a premium price, as it has in the past). Using a 7 percent discount rate, the incremental net cost of the rule to the chlor-alkali industry ranges from a cost of $34 million per year (if there is a premium for membrane-grade caustic soda) to $43 million per year (if there is no premium for membrane-grade caustic soda).

EPA also estimates that approximately 1,800 sets of automotive brakes or brake linings containing asbestos may be imported into the U.S. each year, representing 0.002% of the total U.S. market for aftermarket brakes. The cost of a prohibition would be minimal due to the ready availability of alternative products that are only slightly more expensive (an average cost increase of about $5 per brake). The rule is estimated to result in total annualized costs for aftermarket automotive brakes of approximately $300,000 per year using a 3% discount rate and $200,000 per year using a 7% discount rate.

EPA estimated a lower bound of the cost of the ECEL and disposal requirements for titanium dioxide producers using sheet gaskets containing asbestos. These annualized costs are estimated at approximately $44,000 per year using a 3% discount rate or $65,000 per year using a 7% rate. However, EPA was unable to estimate the potential cost to sheet gasket users of substituting non-asbestos products.

EPA also did not have information to estimate all of the costs of prohibiting asbestos in brake blocks in the oil industry, and any other vehicle friction products or other gaskets. (EPA believes that the use of these asbestos-containing products has declined over time, and that they are now used in at most small segments of the relevant industries.) Since EPA could not quantify all the costs of the rule for all of the use categories, the quantified estimates of the total costs of the rule are an upper

bound estimate of total cost savings and a lower bound estimate of total costs. Thus, the total net incremental costs of the rule are estimated to range from an annualized cost of greater than $7 million per year to an annualized savings of less than $1 million per year using a 3 percent discount rate. Using a 7 percent discount rate, these costs range from greater than $34 million per year to more than $43 million per year.

EPA quantified the benefits from avoided cases of cancer due to reduced asbestos exposures attributable to the rule's requirements for chlor-alkali diaphragms and aftermarket brakes, and sheet gaskets used for titanium dioxide production. The combined total national quantified benefits of avoided cancer cases associated with these use categories are approximately $6,000 per year using a 3% discount rate and $3,000 per year using a 7% discount rate. EPA did not estimate the avoided cancer benefits of the requirements for sheet gaskets used for other forms of chemical production, oilfield brake blocks, other vehicle friction products or other gaskets, in part because the Agency did not have sufficient information to accurately characterize the number of individuals whose exposures are likely to be affected by the rule. To the extent that products in these use categories are still manufactured, processed, distributed in commerce, used, or disposed of, the rule will generate additional benefits from reducing the exposures associated with these uses.

There are also unquantified benefits due to other avoided adverse non-cancer health effects associated with asbestos exposure, such as respiratory effects (*e.g.,* asbestosis, non-malignant respiratory disease, deficits in pulmonary function, diffuse pleural thickening and pleural plaques). The rule will also generate unquantified benefits from other exposure pathways and life cycle stages for which exposures were not estimated in the risk evaluation.

In addition to the benefits of avoided adverse health effects associated with chrysotile asbestos exposure, the rule is expected to generate benefits from reduced air pollution associated with electricity generation. Chlor-alkali production is one of the most energy-intensive industrial operations. Converting asbestos diaphragm cells to non-asbestos technologies will reduce overall electricity consumption and thus the total level of pollutants resulting from electric power generation, including carbon dioxide, particulate matter, sulfur dioxide, and nitrogen oxides. Converting asbestos diaphragm

cells to non-asbestos technology could yield millions of dollars per year in environmental and health benefits from reduced emissions of criteria air pollutants and greenhouse gases (Ref. 2). The decreased air pollution resulting from the rule was not the driver for the decision making under TSCA section 6(a).

EPA's Economic Analysis, which can be found in the rulemaking docket (Ref. 2), contains more information on the estimated costs and benefits of the regulatory action.

ii. *Primary alternative regulatory actions.*

EPA considered two primary regulatory alternatives to the requirements that are being finalized in this action for chrysotile asbestos diaphragms in the chlor-alkali industry. Under one alternative, the prohibitions on the processing, distribution in commerce and commercial use of asbestos diaphragms at chlor-alkali facilities would take effect at all facilities after five years; the prohibitions on sheet gaskets for chemical production would take effect after two years for sheet gaskets used to produce titanium dioxide or to process nuclear materials, and two years for all other sheet gaskets used for chemical production; and after 180 days for the remaining use categories subject to the rule. Under the other alternative, these prohibitions would take effect at all chlor-alkali facilities after 12 years; after 5 years for all sheet gaskets used in chemical production; and after 2 years for the remaining use categories.

Under the alternative regulatory action with a 5-year prohibition on asbestos diaphragms for all chlor-alkali facilities, the total cost of the rule using a 3 percent discount rate is estimated to range from an annualized cost of more than $14 million per year (if the additional membrane-grade caustic soda that is produced sells for the same price as diaphragm grade caustic soda) to an annualized cost of more than $5 million per year (if the higher grade of caustic soda produced by membrane cells continues to command a premium price, as it has in the past). Using a 7 percent discount rate, the estimates range from a cost of more than $42 million per year (if there is a premium for membrane-grade caustic soda) to a cost of more than $51 million per year (if there is no premium for membrane-grade caustic soda).

Under the alternative regulatory action with a 12-year prohibition on asbestos diaphragms for all chlor-alkali facilities, the total cost of the rule using a 3 percent discount rate ranges from a savings of less than $1 million per year

(if the higher grade of caustic soda produced by membrane cells continues to command a premium price) to a cost of greater than $7 million per year (if the additional membrane grade caustic soda that is produced receives the same price as diaphragm grade caustic soda). Using a 7 percent discount rate, the cost ranges from more than $31 million per year (if there is a premium for membrane-grade caustic soda) to more than $38 million per year (if there is no premium for membrane-grade caustic soda).

The alternative option with a 12-year prohibition deadline for all chlor-alkali facilities has estimated annualized incremental costs that are similar to those for the final rule, and are slightly lower than the final rule when using a 7% discount rate. These differences are due to how the timing of expenditures affects the annualized cost estimates. The vast majority of the quantified costs of the rule are associated with the chlor-alkali industry. Converting all eight plants using asbestos diaphragm cells to non-asbestos technologies is predicted to require an investment of approximately $2.8 billion to $3.4 billion, and these costs are assumed to be the same regardless of how quickly the conversions occur. Where the incremental cost of a 12-year prohibition deadline is less than the incremental cost of the final rule, part of the reason is that the rate of conversion to non-asbestos technologies under the alternative option is closer to the baseline conversion rate. (The incremental cost estimate compares the costs and savings associated with conversions under each option to the costs and savings that would be incurred each year in the absence of the rule). This means that the chlor-alkali companies are incurring the same actual costs under both options (since the conversions have the same costs and savings per ton of chlorine and caustic soda produced under all of the options), but under the 12-year option some of those costs are not attributed to the rule. In addition, some of the compliance costs are incurred at later points in time under the 12-year option than under the final rule, and expenditures that occur at later dates result in smaller annualized costs than those that occur sooner. These factors can make the alternative option with a 12-year prohibition deadline for all chlor-alkali facilities appear slightly less costly than the final rule, despite the fact that same facility conversions eventually occur under all the regulatory alternatives.

c. *Cost effectiveness of the regulatory action and primary alternative regulatory actions considered by the Administrator.*

The regulatory action reflected in the final rule and the alternative regulatory actions all reduce risks to the extent necessary such that unreasonable risk would no longer be present after such actions were implemented. The estimated costs of achieving this result differ across the possible regulatory actions and can be compared in terms of their cost-effectiveness. The measure of cost-effectiveness considered is the annualized net incremental cost of each regulatory option per micro-risk reduction in cancer cases estimated to occur as a result of the option, where a micro-risk refers to a one in one million reduction in the risk of a cancer case. The estimated cost-effectiveness of the final rule ranges from a cost of $185 to a savings of $35 per micro-risk reduction at a 3% discount rate, and a cost of $860 to $1,075 per micro-risk reduction at a 7% discount rate (where a micro-risk represents a one in a million chance of the adverse health outcome, which in this case is cancer). The estimated cost-effectiveness of the alternative regulatory action with a 5-year prohibition on asbestos diaphragms for all chlor-alkali facilities ranges from a cost of $128 to $348 per micro-risk reduction at a 3% discount rate, and a cost of $1,044 to $1,259 per micro-risk reduction at a 7% discount rate. The estimated cost-effectiveness of the alternative regulatory action with a 12-year prohibition on asbestos diaphragms for all chlor-alkali facilities ranges from a cost of $172 to a savings of $13 per micro-risk reduction at a 3% discount rate, and a cost of $779 to $953 per micro-risk reduction at a 7% discount rate.

The alternative option with a 12-year prohibition deadline for all chlor-alkali facilities appears to be somewhat more cost effective than the final rule when using a 7 percent discount rate. But as noted previously, these differences are due to how the timing of expenditures affects the annualized cost estimates.

*5. Consideration of alternatives under TSCA section 6(c)(2)(C).*

Under TSCA section 6(c)(2)(C), and based on the information published under TSCA section 6(c)(2)(A), in deciding whether to prohibit or restrict in a manner that substantially prevents a specific condition of use of a chemical substance or mixture, and in setting an appropriate transition period for such action, EPA must also consider, to the extent practicable, whether technically and economically feasible alternatives that benefit health or the environment will be reasonably available as a substitute when the prohibition or other restriction takes effect.

*a. Health and environmental effects of the chemical alternatives or substitute methods.*

In considering the potential chemical alternatives or substitute methods for chrysotile asbestos for the conditions of use evaluated in the risk evaluation, EPA notes that chrysotile asbestos is not currently the primary substance most commonly used in these conditions of use, nor has it been for the last decade. Chlor-alkali asbestos diaphragms, sheet gaskets for chemical production, aftermarket automotive breaks, oilfield brake blocks, other gaskets and other friction products containing chrysotile asbestos are relatively uncommon in the market space, as described in the risk evaluation. There are a number of alternatives to asbestos in these conditions of use that make up the majority of the market share and have been preferentially used for some time, in part as a result of the known severe and adverse health effects related to asbestos exposure. Based on the information published under TSCA section 6(c)(2)(A), EPA does not expect any adverse impacts to human health and the environment to result from the further reduction of asbestos in these conditions of use when compared to the continued use of asbestos.

EPA acknowledges that substitute technologies for asbestos-containing diaphragms in chlor-alkali production use an increased concentration of per- and polyfluoroalkyl substances (PFAS) relative to the amount of PFAS compounds contained in asbestos-containing diaphragms. As discussed in the Economic Analysis, the three types of chlor-alkali production technologies commonly used in the United States vary in their use of PFAS. Non-asbestos diaphragms have a higher concentration of polytetrafluoroethylene (PTFE, a polymeric perfluorinated substance) than asbestos-containing diaphragms, and non-asbestos membranes are made of PTFE, perfluorinated carboxylic acids and perfluorosulfonic acids. However, the impact of the transition away from asbestos-containing diaphragms on the quantities of PFAS compounds used and released is uncertain. Although they contain a higher concentration of PFAS compounds than diaphragms made with asbestos, non-asbestos diaphragms and membranes have a typical lifespan that can be several times longer than that for asbestos diaphragms. Therefore, it is unclear how increased use of non-asbestos technologies will affect the total production, usage, or releases of PFAS compounds, or exposures to such compounds. Despite these uncertainties about the use and release of PFAS, EPA believes the benefits of removing chrysotile asbestos from continued use in the United States are significant even though there are uncertainties regarding the potential changes in exposure to PFAS that might result from this action. Still, when possible, EPA recommends a transition to safer alternatives. Additional information on PFAS, including Agency guidance, is available at *https://www.epa.gov/*.

To the extent that alternative technologies are more energy efficient, converting asbestos diaphragm cells to non-asbestos technologies reduces overall electricity consumption and thus the total level of pollutants associated with electric power generation, including carbon dioxide, particulate matter, sulfur dioxide, and nitrogen oxides.

*b. Technically and economically feasible and reasonably available chemical alternatives or substitute methods.*

As mentioned, there are a number of alternatives to asbestos in these conditions of use that make up the majority of the market share and have been preferentially used for some time. EPA received input from stakeholders regarding their concerns about alternatives to chrysotile asbestos. EPA expects non-asbestos diaphragms and membrane cells will be the likely substitutes to asbestos diaphragms. Prior to the proposed rule, the chlor-alkali industry expressed concerns to EPA about the economic feasibility of transitioning to asbestos free technology in general (Ref. 25; Ref. 26; Ref. 27; Ref. 28; Ref. 29) and indicated that it would take a significant amount of time. Subsequent public comments and information from the chlor-alkali industry obtained after the proposed rule was published indicates that conversion to asbestos-free technology is commercially viable, but that the conversion can take a significant amount of time, depending on the technology adopted and the number of facilities to be converted (Ref. 12; Ref. 13).

Several stakeholders provided feedback on alternatives to chrysotile asbestos for the sheet gasket use in chemical production. Generally, these stakeholders described how the transition from asbestos use for titanium dioxide production would require modifications to the facilities that would be time consuming. One stakeholder noted in 2021 that they had a titanium dioxide production facility located in Taiwan that uses asbestos-free gaskets. The stakeholder, however, stated at that time that the technology used in the Taiwan facility would not suit certain domestic titanium dioxide

facilities because the large diameter flanges in the domestic facilities result in performance issues with the asbestos-free gaskets (Ref. 25). The same stakeholder subsequently informed EPA in 2023 that they could transition to the use of non-asbestos gaskets in their domestic facilities by re-engineering the flanges, although that process will require several years to complete (Ref. 18). Non-asbestos technologies already dominate the market for other gaskets, oilfield brake blocks, brakes and other friction products. Although, stakeholders indicated the advantages of using asbestos (*e.g.,* asbestos in automotive drum brakes advantages include thermal stability, flexibility, resistance to wear, and low cost), and limitations of the non-asbestos replacements (*e.g.,* non-asbestos replacements in brake friction products have a useful life half that of products containing asbestos, are more expensive than asbestos-containing products, and are subject to sudden failure) (Ref. 2). Non-asbestos aftermarket automotive brakes are estimated to cost an average of $4 more than brakes containing asbestos. EPA was unable to identify any companies currently supplying or using other gaskets or other friction products containing asbestos, so the Agency does not have information on the cost differentials between products that contain asbestos and those that are asbestos-free. Additional information is available in the risk evaluation (Ref. 1) and economic analysis (Ref. 2).

*6. Replacement parts under TSCA section 6(c)(2)(D).*

TSCA section 6(c)(2)(D) states that EPA shall exempt from TSCA section 6(a) rules replacement parts for complex durable goods and complex consumer goods that are designed prior to the publication of a final risk management rule, unless such replacement parts contribute significantly to the risk, identified in a risk evaluation conducted under TSCA section 6(b)(4)(A), to the general population or to an identified potentially exposed or susceptible subpopulation. TSCA section 6(c)(2)(D) defines complex consumer goods as electronic or mechanical devices composed of multiple manufactured components, with an intended useful life of three or more years, where the product is typically not consumed, destroyed, or discarded after a single use, and the components of which would be impracticable to redesign or replace. The term ''complex durable goods'' means manufactured goods composed of 100 or more manufactured components, with an intended useful life of five or more years, where the product is

typically not consumed, destroyed or discarded after a single use. Several of the conditions of use addressed by this final rule impact these replacement part categories. Aftermarket automotive brakes/linings are replacement parts for automobiles and other vehicles. Other asbestos-containing gaskets may be available as both new and replacement parts on utility and other vehicles. Oilfield brake blocks are replacement parts for the drilling rigs used in the oil industry. These vehicles and drilling rigs are composed of numerous components, manufactured separately and assembled together into a machine designed for a useful life of at least three years if properly maintained. By their nature, EPA believes these meet the TSCA definition of complex durable goods. In the Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos, however, EPA found unreasonable risk from use and disposal of chrysotile asbestos-containing brake blocks in the oil industry; aftermarket automotive chrysotile asbestos-containing brakes/ linings; and other asbestos-containing gaskets. EPA's risk evaluation evaluated scenarios involving these replacement parts, and EPA finds that the replacement parts contribute significantly to the identified unreasonable risk for these conditions of use to the potentially exposed or susceptible subpopulations identified in the risk evaluation. Accordingly, EPA is not exempting replacement parts from regulation in this final rule.

*7. Article considerations under TSCA section 6(c)(2)(E).*

Under this final rule, EPA is regulating the manufacture, processing, and distribution in commerce of articles containing chrysotile asbestos. TSCA section 6(c)(2)(E) states: ''In selecting among prohibitions and other restrictions, the Administrator shall apply such prohibitions or other restrictions to an article or category of articles containing the chemical substance or mixture only to the extent necessary to address the identified risks from exposure to the chemical substance or mixture from the article or category of articles so that the substance or mixture does not present an unreasonable risk of injury to health or the environment identified in the risk evaluation conducted in accordance with section 6(b)(4)(A).'' TSCA does not define ''article,'' but EPA proposed to define ''article'' and is now finalizing that definition. Based on this definition, the conditions of use subject to this regulation include articles, *e.g.,* sheet gaskets, brake blocks, brake/linings, other gaskets and other vehicle friction products.

Except for bulk chrysotile asbestos imported for use in asbestos diaphragms, all of the other conditions of use that are the subject of this regulation involve the use and/or disposal of products or articles containing chrysotile asbestos. For each condition of use, the article is subject to circumstances during use that change or alter the article as a direct result of the use. Releases of chrysotile asbestos, and the associated unreasonable risk from exposure to chrysotile asbestos identified in the risk evaluation, result from use of the articles. The articles themselves include sheet gaskets, other gaskets, brake blocks, brakes and linings, which wear down during use and release asbestos fibers. The risk evaluation determined that exposure to workers, ONUs, consumers and bystanders can occur when these items are replaced or repaired, resulting in harmful exposures. These identified risks from articles containing asbestos could result from exposure of any kind and, as a result, EPA had no feasible option to prevent these risks other than a complete prohibition. In particular, without effective respiratory protection to reduce asbestos exposure, no other restriction EPA researched could sufficiently prevent unreasonable risk to ONUs, consumers, and bystanders who were not expected to wear respiratory protection. For example, EPA does not assume consumers who replace their own automobile brakes will consistently use appropriate respiratory protection, nor can EPA in this rule require respirator use for consumers. Accordingly, EPA's final regulatory action sets requirements for articles only to the extent necessary to address the identified risks from exposure to chrysotile asbestos from the article so that chrysotile asbestos does not present an unreasonable risk to health.

*C. TSCA Section 9 Analysis*

*1. TSCA section 9(a) analysis.*

Section 9(a) of TSCA provides that, if the Administrator determines in the Administrator's discretion that an unreasonable risk may be prevented or reduced to a sufficient extent by an action taken under a Federal law not administered by EPA, the Administrator must submit a report to the agency administering that other law that describes the risk and the activities that present such risk. TSCA section 9(a) describes additional procedures and requirements to be followed by EPA and the other federal agency after submission of the report. As discussed in this Unit, the Administrator does not determine that unreasonable risk from the conditions of use of chrysotile

asbestos may be prevented or reduced to a sufficient extent by an action taken under a Federal law not administered by EPA.

TSCA section 9(d) instructs the Administrator to consult and coordinate TSCA activities with other Federal agencies for the purpose of achieving the maximum enforcement of TSCA while imposing the least burden of duplicative requirements. For this rule, EPA has consulted with other appropriate Federal executive departments and agencies including OSHA and NIOSH.

OSHA requires that employers provide safe and healthful working conditions by setting and enforcing standards and by providing training, outreach, education and assistance. OSHA has three separate health standards for asbestos covering employers in General Industry (29 CFR 1910.1001); Shipyards (29 CFR 1915.1001); and Construction (29 CFR 1926.1101). These standards include a permissible exposure limit (PEL) for asbestos of 0.1 fibers per cubic centimeter (cc) of air as an eight-hour time weighted average (TWA), and an excursion limit of 1.0 asbestos fibers per cubic centimeter over a 30-minute period. The standards apply to all occupational exposures to asbestos and require exposure monitoring to determine employee exposure. Exposure monitoring includes both initial monitoring of employees who are, or may reasonably be expected to be, exposed to airborne concentrations at or above the TWA PEL or excursion limit, as well as additional monitoring. Monitoring frequency depends on work classification exposure while additional monitoring may be required based on changes in the workplace environment that may result in new or additional exposures above the TWA PEL or excursion limit.

This rule addresses risk from exposure to chrysotile asbestos in both workplace and consumer settings (*e.g.*, do-it-yourself automobile maintenance). With the exception of TSCA, there is no Federal law that provides authority to prevent or sufficiently reduce these cross-cutting exposures. No other Federal regulatory agency can evaluate and address the totality of the risk that EPA is addressing in this rule. For example, OSHA may set exposure limits for workers, but its authority is limited to the workplace and does not extend to consumer uses of hazardous chemicals (while EPA does not regulate consumer use directly under TSCA 6(a)(5), it has authority to regulate the upstream supply of chemicals for consumer uses). Further, OSHA does not have direct

authority over state and local employees, and it has no authority at all over the working conditions of state and local employees in states that have no OSHA-approved State Plan under 29 U.S.C. 667. Other individuals that may not be covered by OSHA requirements include university students, volunteers, and self-employed persons. CPSC is charged with protecting the public from unreasonable risks of injury or death associated with the use of the thousands of types of consumer products under the agency's jurisdiction. CPSC has the authority to regulate chrysotile asbestos in such consumer products, but not in automobiles, trucks and motorcycles, which are not under its jurisdiction.

Moreover, the 2016 amendments to TSCA, Public Law 114–182, alter both the manner of identifying unreasonable risk under TSCA and EPA's authority to address unreasonable risk under TSCA, such that risk management under TSCA is increasingly distinct from analogous provisions of the Consumer Product Safety Act (CPSA), the Federal Hazardous Substances Act (FHSA), or the OSH Act. These changes to TSCA reduce the likelihood that an action under the CPSA, FHSA, or the OSH Act would sufficiently prevent or reduce the unreasonable risk of chrysotile asbestos. In a TSCA section 6 rule, following an unreasonable risk determination, EPA must apply risk management requirements to the extent necessary so that the chemical no longer presents unreasonable risk and only consider costs to the extent practicable, 15 U.S.C. 2605(a) and (c)(2), subject to time-limited conditional exemptions, 15 U.S.C. 2605(g). By contrast, a consumer product safety rule under the CPSA must include a finding that ''the benefits expected from the rule bear a reasonable relationship to its costs.'' 15 U.S.C. 2058(f)(3)(E). Additionally, the 2016 amendments to TSCA reflect Congressional intent to ''delete the paralyzing 'least burdensome' requirement,'' 162 Cong. Rec. S3517 (June 7, 2016), a reference to TSCA section 6(a) as originally enacted, which required EPA to use ''the least burdensome requirements'' that protect ''adequately'' against unreasonable risk, 15 U.S.C. 2605(a) (1976). However, a consumer product safety rule under the CPSA must impose ''the least burdensome requirement which prevents or adequately reduces the risk of injury for which the rule is being promulgated.'' 15 U.S.C. 2058(f)(3)(F). Analogous requirements, also at variance with recent revisions to TSCA, affect the availability of action CPSC may take under the FHSA relative to

action EPA may take under TSCA. 15 U.S.C. 1262. Gaps also exist between OSHA's authority to set workplace standards under the OSH Act and EPA's obligations to sufficiently address chemical risks under TSCA. To set PELs for chemical exposure, OSHA must first establish that the new standards are economically feasible and technologically feasible (79 FR 61387, October 10, 2014). But under TSCA, EPA's substantive burden under TSCA section 6(a) is to demonstrate that, as regulated, the chemical substance no longer presents an unreasonable risk, with unreasonable risk being determined under TSCA section 6(b)(4).

EPA therefore concludes that: TSCA is the only regulatory authority able to prevent or reduce risks of chrysotile asbestos to a sufficient extent across the range of conditions of use, exposures and populations of concern; these risks can be addressed in a more coordinated, efficient and effective manner under TSCA than under different laws implemented by different agencies, and there are key differences between the finding requirements of TSCA and those of the OSH Act. For these reasons, in the Administrator's discretion, the Administrator does not determine that unreasonable risk from the conditions of use of chrysotile asbestos may be prevented or reduced to a sufficient extent by an action taken under a Federal law not administered by EPA.

More than 10 comments were received regarding issues generally related to TSCA section 9. Some commenters supported EPA's decision to not make a determination and submit a report to another agency under TSCA section 9(a). Other commenters contended that the OSHA regulation that relates to reducing worker exposure sufficiently mitigates the unreasonable risk and that EPA lacks authority to regulate worker exposures because OSHA is better positioned to enforce both safety measures and occupational exposures. EPA's response to these comments is available in the docket for this rulemaking (Ref. 12).

*2. TSCA section 9(b) analysis.*

If EPA determines that actions under other Federal laws administered in whole or in part by EPA could eliminate or sufficiently reduce a risk to health or the environment, TSCA section 9(b) instructs EPA to use these other authorities unless the Administrator determines in the Administrator's discretion that it is in the public interest to protect against such risk under TSCA. In making such a public interest finding, TSCA section 9(b)(2) states: ''the Administrator shall consider, based on information reasonably available to the

Administrator, all relevant aspects of the risk . . . and a comparison of the estimated costs and efficiencies of the action to be taken under this title and an action to be taken under such other law to protect against such risk.''

Although several EPA statutes have been used to limit chrysotile asbestos exposure (Ref. 4), regulations under those EPA statutes have limitations because they largely regulate releases to the environment, rather than direct human exposure. The Clean Air Act generally focuses on releases of asbestos to the ambient air. Under the Resource Conservation and Recovery Act (RCRA) Subtitle D, the disposal of chrysotile asbestos is regulated as a non-hazardous solid waste; RCRA does not address exposures during manufacturing, processing, distribution and use of products containing chrysotile asbestos. Only TSCA provides EPA the authority to regulate the manufacture (including import), processing, distribution in commerce, commercial use and commercial disposal of chemicals substances to be able to address chrysotile asbestos direct exposure to humans.

For these reasons, the Administrator does not determine that unreasonable risk from the conditions of use of chrysotile asbestos could be eliminated or reduced to a sufficient extent by actions taken under other Federal laws administered in whole or in part by EPA.

### D. TSCA Section 26(h) Considerations

In accordance with TSCA section 26(h), EPA has used scientific information, technical procedures, measures, methods, protocols, methodologies, and models consistent with the best available science. The unreasonable risk determination was based on a risk evaluation, which was subject to peer review and public comment, was developed in a manner consistent with the best available science and based on the weight of the scientific evidence. The extent to which the various information, procedures, measures, methods, protocols, methodologies or models, as applicable, used in EPA's decision have been subject to independent verification or peer review is adequate to justify their use, collectively, in the record for this rule. In particular, the ECEL value incorporated into the interim workplace controls is derived from the analysis in the 2020 Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos; it likewise represents decisions based on the best available science and the weight of the scientific evidence (Ref. 23). The ECEL value of 0.005 f/cc as an 8-hour TWA is

based incidence of lung cancer, mesothelioma and other cancers. Additional information on the peer review and public comment process, such as the peer review plan, the peer review report, and the Agency's response to comments, can be found at EPA's risk evaluation docket at EPA–HQ–OPPT–2019–0501 (Ref. 30).

### E. TSCA Section 14 Requirements

EPA is also providing notice to manufacturers, processors, and other interested parties about potential impacts to confidential business information that may occur with this final rule. Under TSCA section 14(b)(4), if EPA promulgates a rule pursuant to TSCA section 6(a) that establishes a ban or phase-out of a chemical substance, the protection from disclosure of any confidential business information regarding that chemical substance and submitted pursuant to TSCA will be ''presumed to no longer apply,'' subject to the limitations identified in TSCA section 14(b)(4)(B)(i) through (iii). Pursuant to TSCA section 14(b)(4)(B)(iii), the presumption against protection from disclosure would apply only to information about the specific conditions of use that this rule would prohibit. Manufacturers or processors seeking to protect such information would be able to submit a request for nondisclosure as provided by TSCA sections 14(b)(4)(C) and 14(g)(1)(E). Any request for nondisclosure would need to be submitted within 30 days after receipt of notice from EPA under TSCA section 14(g)(2)(A). EPA anticipates providing such notice via the Central Data Exchange (CDX).

### F. TSCA Section 18(c)(3) Federal Preemption

TSCA section 18(c)(3) defines the scope of federal preemption with respect to any final rule EPA issues under TSCA section 6(a). That provision provides that federal preemption of ''statutes, criminal penalties, and administrative actions'' applies to ''the hazards, exposures, risks, and uses or conditions of use of such chemical substances included in any final action the Administrator takes pursuant to [TSCA section 6(a)].'' With respect to this final TSCA section 6(a) rule for chrysotile asbestos, federal preemption applies to the COUs evaluated in the TSCA Risk Evaluation for Asbestos, Part 1. Federal preemption as a result of this section 6(a) rule does not apply to COUs that are being evaluated in EPA's Risk Evaluation for Asbestos, Part 2, including legacy uses and associated disposals, other types of asbestos fibers

in addition to chrysotile, and conditions of use of asbestos-containing talc.

### VIII. Severability

EPA intends that each provision of this rulemaking be severable. In the event of litigation staying, remanding, or invalidating all or a portion of EPA's risk management approach for one or more conditions of use (COUs) in this rule, EPA intends to preserve the risk management approach in the rule for all other portions of the risk management approach for a COU and all other COUs to the fullest extent possible. The Agency evaluated the risk management options in TSCA section 6(a)(1) through (7) for each COU and generally EPA's regulation of a COU to address the unreasonable risk from chrysotile asbestos functions independently from EPA's regulation of other COUs, which may have different characteristics leading to EPA's risk management decisions. Further, the Agency crafted this rule so that different risk management approaches are reflected in different provisions or elements of the rule that are capable of operating independently. Accordingly, the Agency has organized the rule so that if any provision or element of this rule is determined by judicial review or operation of law to be invalid, that partial invalidation will not render the remainder of this rule invalid.

There are many permutations of the above. Accordingly, rather than walking through each one, EPA is providing the following two representative examples for illustrative purposes. The first example of how the regulation of one COU is independent of another COU is based on the following COU examples of: the commercial use of chrysotile asbestos for use in sheet gaskets for chemical production, which EPA prohibited in § 751.509(a), and the commercial use of chrysotile asbestos for oilfield brake blocks, which EPA prohibited in § 751.509(d)(1). To the extent that a court were to find EPA lacked substantial evidence to support its prohibition of the commercial use of chrysotile asbestos for use in sheet gaskets for chemical production or otherwise found flaw with EPA's approach to that COU, it would have no bearing on other COUs, such as the commercial use of chrysotile asbestos for oilfield brake blocks, unless the specific flaw also applies to the particular facts associated with the commercial use of chrysotile asbestos for oilfield brake blocks. This is reflected in the structure of the rule, which does not intertwine the prohibitions for commercial use of chrysotile asbestos for use in sheet

gaskets for chemical production and the commercial use of chrysotile asbestos for oilfield brake blocks, but rather separately prohibits each of these COUs.

Another example of how different risk management approaches are reflected in different provisions or elements of the rule that are capable of operating independently is the regulatory provisions for the commercial use of chrysotile asbestos sheet gaskets for titanium dioxide production. EPA's risk management approach includes two elements: (1) a prohibition on the commercial use of chrysotile asbestos sheet gaskets for titanium dioxide production under § 751.509(b) and (2) interim workplace controls to reduce risk to workers until the prohibition takes effect under § 751.511. To the extent that a court were to find that EPA lacked substantial evidence to support the interim workplace controls for the commercial use of sheet gaskets for titanium dioxide production, or otherwise found flaw with EPA's approach with respect to this aspect of the risk management for this COU, it would have no bearing on EPA's decision to prohibit the commercial use of sheet gaskets for titanium dioxide production. This is reflected in the structure of the rule, which does not make the prohibition of the commercial use of sheet gaskets for titanium dioxide production contingent on the application of interim workplace controls.

## IX. References

The following is a listing of the documents that are specifically referenced in this document. The docket includes these documents and other information considered by EPA, including documents referenced within the documents that are included in the docket, even if the referenced document is not physically located in the docket. For assistance in locating these other documents, please consult the technical person listed under **FOR FURTHER INFORMATION CONTACT.**

1. EPA. Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos. December 2020. Office of Chemical Safety and Pollution Prevention. Washington, DC. December 2020. (EPA Docket Document Number EPA–HQ–OPPT–2021–0057–0007). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0007.*

2. EPA. 2023. Economic Analysis of the TSCA Section 6 Final Rule for Asbestos Risk Management, Part 1. March 2024.

3. U.S. Geological Survey. (2023). Minerals Yearbook. *Asbestos. 2022 tables-only release.*

4. EPA. Regulatory History of Asbestos. March 2024.

5. EPA. Problem Formulation for the Risk Evaluation of Asbestos. May 2018. (EPA–HQ–OPPT–2016–0736–0131). *https://www.regulations.gov/document/EPA-HQ-OPPT-2016-0736-0131.*

6. EPA. Email Exchange with Mobis and EPA on the presence of Asbestos in its Brake and Friction Products. March to June, 2021. (EPA–HQ–OPPT–2021–0057–0016). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0016.*

7. EPA. Section 6(a) Rulemakings under the Toxic Substances Control Act (TSCA) Chrysotile Asbestos Rulemakings E.O. 13132: Federalism Consultation. May 13, 2021 (EPA–HQ–OPPT–2021–0057–0239). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0239.*

8. EPA. Notification of Consultation and Coordination on Proposed Rulemakings under the Toxic Substances Control Act for Asbestos Part 1: Chrysotile Asbestos. May 24, 2021 and June 3, 2021. Tribal Consultation. (EPA–HQ–OPPT–2021–0057–0013). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0013.*

9. EPA. Environmental Justice Consultation on Forthcoming Proposed Rulemakings under TSCA Section 6(a). May 12, 2021. (EPA–HQ–OPPT–2021–0057–0242). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0242.*

10. EPA. Part 1. Asbestos (Chrysotile) Public Webinar Slides. February 3, 2021. (EPA–HQ–OPPT–2021–0057–0003. *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0003.*

11. EPA. Part 1. Asbestos (Chrysotile) Small Business Administration roundtable slides on February 5, 2021. (EPA–HQ–OPPT–2021–0057–0004). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0004.*

12. EPA. Asbestos Part 1: Chrysotile Asbestos; Regulation of Certain Conditions of Use Under Section 6(a) of the Toxic Substances Control Act (TSCA); Proposed Rule. Docket EPA–HQ–OPPT–2021–0057. Response to Public Comments. March 2024.

13. EPA. Asbestos Part 1: Chrysotile Asbestos; Regulation of Certain Conditions of Use Under Section 6(a) of the Toxic Substances Control Act (TSCA); Notice of Data Availability and Request for Comment EPA–HQ–OPPT–2021–0057. Response to Comments. March 2024.

14. Olin Corporation. Comment submitted by Olin Corporation. EPA–HQ–OPPT–2021–0057–0475. *https://www.regulations.gov/comment/EPA-HQ-OPPT-2021-0057-0475.*

15. EPA. Meeting with Olin Corporation, August 17, 2023.

16. EPA. Meeting with OxyChem Corporation on Risk Management under TSCA section 6, Asbestos Part 1: Chrysotile Asbestos. February 9, 2023. EPA–HQ–OPPT–2021–0057–0445. *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0445.*

17. EPA. Meeting with Westlake Corporation on Risk Management under TSCA section 6, Asbestos Part 1: Chrysotile Asbestos. November 3, 2022. EPA–HQ–OPPT–2021–0057–0446. *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0446.*

18. EPA. Meeting with Chemours Corporation on Risk Management under TSCA section 6, Asbestos Part 1: Chrysotile Asbestos. January 18, 2023. EPA–HQ–OPPT–2021–0057–0442. *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0442.*

19. The Chemours Company. Comment submitted by The Chemours Company, EPA–HQ–OPPT–2021–0057–0366. *https://www.regulations.gov/comment/EPA-HQ-OPPT-2021-0057-0366.*

20. Savannah River Nuclear Solutions. Comment submitted by Savannah River Nuclear Solutions. EPA–HQ–OPPT–2021–0057–0478. *https://www.regulations.gov/comment/EPA-HQ-OPPT-2021-0057-0478.*

21. EPA, DOE, SCDHEC. Federal Facility Agreement for the Savannah River Site, Administrative Docket No. 89–05–FF. August 16, 1993.

22. EPA, DOE, SCDHEC. 2022 High Level Waste Tank Milestones Agreement; Savannah River Site Federal Facilities Agreement Modification. December 2022.

23. EPA. Existing Chemical Exposure Limit (ECEL) for Occupational Use of Chrysotile Asbestos. March 2, 2021. EPA–HQ–OPPT–2021–0057–0017. *https://www.regulations.gov/document/EPA-HPA-HQ-OPPT-2021-0057-0017.*

24. Office of Management and Budget. Memorandum for the Heads of Executive Departments and Agencies (M–95–09). Guidance for Implementing Title II of S. 1. March 31, 1995. *https://www.whitehouse.gov/wp-content/uploads/legacy_drupal_files/omb/memoranda/1995-1998/m95-09.pdf.* Accessed December 14, 2021.

25. EPA. Meeting with Chemours Corporation on Risk Management under TSCA section 6, Asbestos Part 1: Chrysotile Asbestos. March 29, 2021. (EPA–HQ–OPPT–2021–0057–0018). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0018.*

26. EPA. Meeting with Olin Corporation on Risk Management under TSCA section 6, Asbestos Part 1: Chrysotile Asbestos. June 2, 2021. (EPA–HQ–OPPT–2021–0057–0019). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0019.*

27. EPA. Meeting with OxyChem Corporation on Risk Management under TSCA section 6, Asbestos Part 1: Chrysotile Asbestos. May 27, 2021. (EPA–HQ–OPPT–2021–0057–0020). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0020.*

28. EPA. Meeting with Westlake Corporation on Risk Management under TSCA section 6, Asbestos Part 1: Chrysotile Asbestos. May 20, 2021. (EPA–HQ–OPPT–2021–0057–0021). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0021.*

29. EPA. Meeting and Correspondence with The Chlorine Institute on Risk

Evaluation and Risk Management for Part 1: Chrysotile Asbestos. May 18, 2021. (EPA–HQ–OPPT–2021–0057–0024). *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0024.*

30. EPA. Summary of External Peer Review and Public Comments and Disposition for Chrysotile Asbestos. May 2020 (EPA–HQ–OPPT–2019–0501).

31. EPA. Information Collection Request (ICR) for the Regulation of Part 1: Chrysotile Asbestos under TSCA Section 6(a) (Final Rule). EPA ICR No. 2707.02; OMB No. 2070–0220. March 2024.

32. EPA. Unfunded Mandates Reform Act Statement. Asbestos Part 1: Chrysotile Asbestos; Regulation of Certain Conditions of Use under TSCA Section 6(a). March 2024.

33. Asbestos Disease Awareness Organization. Comments submitted at the Environmental Justice Webinar. June 1, 2021. EPA–HQ–OPPT–2021–0057–0005. *https://www.regulations.gov/document/EPA-HQ-OPPT-2021-0057-0005.*

## X. Statutory and Executive Order Reviews

Additional information about these statutes and Executive Orders can be found at *https://www.epa.gov/regulations/and-executive-orders.*

### A. Executive Orders 12866: Regulatory Planning and Review and 14094: Modernizing Regulatory Review

This action is a ''significant regulatory action'' as defined under section 3(f)(1) of Executive Order 12866 (58 FR 51735, October 4, 1993), as amended by Executive Order 14094 (88 FR 21879, April 11, 2023). Accordingly, EPA submitted this action to the Office of Management and Budget (OMB) for Executive Order 12866 review. Documentation of any changes made in response to Executive Order 12866 review is available in the docket.

As summarized in Unit I.E., EPA prepared an analysis of the potential costs and benefits associated with this action (Ref. 2), a copy of which is available in the docket and discussed in Unit VII.B.

### B. Paperwork Reduction Act (PRA)

The information collection requirements in this final rule have been submitted to OMB for approval under the PRA, 44 U.S.C. 3501 *et seq.* The Information Collection Request (ICR) document prepared by EPA has been assigned EPA ICR No. 2707.02 and OMB Control No. 2070–0220. You can find a copy of the ICR in the docket for this rule (Ref. 31), and it is briefly summarized here. The information collection requirements are not enforceable until OMB approves them.

The information collection activities required under this rule include reporting and recordkeeping requirements. As explained in Unit VI.F. and specified at § 751.511, companies that manufacture (including import), process, distribute in commerce and use chrysotile asbestos would be required to retain certain information at the company headquarters for five years from the date of generation. These information collection activities are necessary to provide EPA with information upon inspection. EPA believes that these information collection activities would not significantly impact the regulated entities. As further explained in the ICR document:

• Four (4) titanium dioxide manufacturing facilities that use sheet gaskets and 8 chlor-alkali facilities are estimated to incur costs associated with the ECEL (specifically, developing the exposure control plan, conducting exposure monitoring, and the associated notifications and recordkeeping). Each firm is predicted to an incur an average burden of 182.98 hours per year.

• Five (5) chemical manufacturing facilities that use sheet gaskets and 12 to 1,400 companies installing aftermarket automotive brakes are estimated to incur additional recordkeeping costs associated with their disposal activities. Firms are predicted to incur a burden of ranging from 0.03 hours to 4.42 hours per year.

• For the remaining industry sectors and recordkeeping activities required by the rule, records that comply with the requirements are assumed to already be maintained as part of ordinary business records. Therefore, EPA estimates that such respondents would incur no additional incremental paperwork burdens due to the rule.

*Respondents/affected entities:* Chrysotile asbestos manufacturers (including importers), processors, distributors, and users.

*Respondent's obligation to respond:* Mandatory. TSCA section 6(a) and the final rule.

*Estimated number of respondents:* 721.

*Frequency of response:* On occasion.

*Total estimated burden:* 2,269 hours (per year). Burden is defined at 5 CFR 1320.3(b).

*Total estimated cost:* $370,973 (per year), includes $233,425 annualized capital or operation & maintenance costs.

An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. The OMB control numbers for the EPA's regulations in 40 CFR are listed in 40 CFR part 9. When OMB approves this ICR, the Agency will announce that approval in the **Federal Register** and publish a technical amendment to 40 CFR part 9 to display the OMB control number for the approved information collection activities contained in this final rule.

### C. Regulatory Flexibility Act (RFA)

I certify that this action will not have a significant economic impact on a substantial number of small entities under the RFA, 5 U.S.C. 601 *et seq.* The small entities subject to the requirements of this action manufacture (including import), process, distribute in commerce and use chrysotile asbestos in the conditions of use covered by this rule. As described in more detail in section 6.2 of the Economic Analysis (Ref. 2), EPA has determined that 14 to 1,372 small entities would be subject to the rule. The available information about the magnitude of the small entity impacts for each use category are summarized below:

*Chlor-alkali facilities:* None of the three affected firms are small businesses.

*Sheet gasket manufacturing for chemical production:* EPA does not have the information to calculate the costs of the rule to small businesses in this sector, so small business impacts have not been estimated. EPA is aware of the identity of a small business that manufactures sheet gaskets containing asbestos for chemical production (including titanium dioxide production), and the Agency assumes that there may be a second small business providing sheet gaskets containing asbestos for similar uses. While EPA lacks the information to estimate the compliance cost and the resulting impact on firms in this sector, the one firm EPA is aware of supplying this sector sells a diverse line of products (including non-asbestos gaskets and many products other than gaskets) serving several different industries, and it operates several sites that do not manufacture gaskets containing asbestos. This suggests that asbestos-containing gaskets are not a primary source of revenue for the firm. EPA assumes that if there is another manufacturer of asbestos gaskets for similar uses, that it also sells non-asbestos gaskets. Since asbestos gaskets are such a niche portion of the gasket industry, EPA believes this is a reasonable assumption. If the customers using gaskets containing asbestos are able to convert entirely to asbestos-free gaskets, the affected gasket manufacturers could likely provide the

substitute products. These customers consist of chemical manufacturers that are all large businesses as far as EPA is aware. To the extent that asbestos-free gaskets do not last as long as those containing asbestos, the rule could potentially increase revenues for the affected gasket manufacturers. Asbestos-free products in these applications reportedly require more frequent replacement than items containing asbestos. As a result, the rule could increase revenues for the affected small business suppliers if they sell a larger volume of non-asbestos products to the end users as replacements.

*Sheet gasket end users (chemical production):* None of the 4 firms known to be affected are small businesses. It is possible there may be other unknown small businesses that may be affected.

*Oilfield brake block importer:* EPA does not have the information to calculate the costs of the rule to small businesses in this sector, so small business impacts have not been estimated. There is one firm known to import and distribute oilfield brake blocks containing asbestos and it is a small business. While EPA was not able to estimate the compliance cost and its impact on this firm, if the customers (which may include other small businesses) with older drilling rigs currently using brake blocks containing asbestos continue to use those rigs, the importer could likely provide the asbestos-free brake blocks used as substitutes. To the extent that asbestos-free brake blocks are more expensive and do not last as long as those containing asbestos, the rule could potentially increase revenues for the affected brake block importer. A less durable product might be less profitable for the customers, but selling a product that has to be replaced more often could increase revenues for the importer if it sells a larger volume of non-asbestos products to the end users as replacements.

*Oilfield brake block—end users:* EPA has not identified any small businesses using oilfield brake blocks containing asbestos. If there are such small businesses, EPA does not have the information needed to calculate the costs of the rule to them. Industry sources have indicated that the use of asbestos-containing brake blocks has declined over time because the type of drilling rigs that use them have been replaced by equipment that does not require the use of brake blocks containing asbestos, or that do not use brake blocks at all. Since there is only one known importer and it is small, there are likely few companies still using asbestos-containing brake blocks.

*Aftermarket automotive brakes:* 11 to 1,369 small businesses are estimated to be affected by the rule. The estimate of 11 affected small entities assumes that each affected business performs between 40 and 700 brake replacements per year using asbestos brake linings or pads. The estimate of 1,369 affected small entities assumes that each affected business installs a single set of asbestos brake linings or pads per year. Affected firms are expected to incur a cost of approximately $18 per brake replacement job for the additional expense of a set of four non-asbestos brake linings or pads, and about $1 for recordkeeping for their waste disposal activities. This results in annual costs between $20 and $14,000 per firm (depending on the number of brake replacements they perform). At the low-end of 11 affected brake replacement firms, approximately 85% would have cost impacts of less than 1% of their annual revenues, about 10% would have cost impacts between 1% and 3%, and roughly 6% would have cost impacts over 3%. At the high-end estimate of 1,369 affected brake replacement firms affected, 100% of firms would have a cost impact of less than 1% of their annual revenue. As described in the Economic Analysis (Ref. 2), aftermarket automobile brakes containing asbestos are estimated to have a very small share (0.002%) of the total market. EPA did not estimate any costs for these businesses associated with finding suppliers of non-asbestos brakes because EPA assumes that these businesses already sell non-asbestos brakes as well as brakes containing asbestos.

*Other gaskets:* EPA is not aware of any firms that would be affected for this use category, since the one firm that previously indicated that it used these products subsequently stated that it does not do so. Therefore, no impacts are predicted on this use category as a result of the rule.

*Other vehicle friction products:* EPA is not aware of any firms impacted for this use category because the one firm that previously indicated to EPA that it used products in this use category subsequently stated that it does not do so. Therefore, no impacts are predicted on this use category as a result of the rule. To the extent there are ongoing uses, it is likely that the effects of the rule would be similar to those for aftermarket auto brakes (a few firms facing a small cost increase for asbestos-free products that probably can be passed on to consumers).

Details of this analysis are presented in the Economic Analysis (Ref. 2).

## D. Unfunded Mandates Reform Act (UMRA)

This action contains a federal mandate under UMRA, 2 U.S.C. 1531–1538, that may result in expenditures of more than the inflation-adjusted UMRA threshold of $100 million or more for state, local and tribal governments, in the aggregate, or the private sector in any one year. Accordingly, the EPA has prepared a written statement required under UMRA section 202. The statement is included in the docket for this action and briefly summarized here. (Ref. 32)

Total annual net compliance costs per year over the first 12 years of this rule are estimated to range from a cost of $342 million to a savings of $126 million, depending on the year. (This does not include costs for sheet gaskets used in chemical production, brake blocks in the oil industry, other vehicle friction products, or other gaskets, which were not quantified.) Thus, the cost of the rule in any one year can exceed $177 million, the inflation-adjusted UMRA threshold. When longer term savings in the chlor-alkali industry are accounted for over a 35-year period (the estimated useful lifespan of facilities in the chlor-alkali industry), the quantified incremental costs of the rule using a 3% discount rate range from savings of less than $1 million per year to costs of more than $7 million per year. Using a 7% discount rate, the incremental costs range from more than $34 million per year to greater than $43 million per year.

The economic impact of a regulation on the national economy is generally considered to be measurable only if the economic impact of the regulation reaches 0.25 percent to 0.5 percent of Gross Domestic Product (GDP) (Ref. 24). Given the current GDP of $27.62 trillion, this is equivalent to a cost of $69 billion to $138 billion. Therefore, EPA has concluded that this rule is highly unlikely to have any measurable effect on the national economy.

The quantified benefits of avoided cancer incidence due to the requirements for chlor-alkali facilities, sheet gaskets in chemical production, and aftermarket automobile brakes total approximately $6,000 per year using a 3% discount rate and $3,000 per year using a 7% discount rate. There are also benefits due to the reduction in pollutants generated by electric utilities that supply power to the chlor-alkali facilities, as well as various unquantified benefits.

UMRA section 205 requires that before promulgating any rule for which a written statement is required under

UMRA section 202, the agency shall identify and consider a reasonable number of regulatory alternatives and from those alternatives select the least costly, most cost-effective or least burdensome alternative that achieves the objectives of the rule, unless the head of the affected agency publishes with the final rule an explanation of why the least costly, most cost-effective or least burdensome method of achieving the objectives of the rule was not adopted; or the provisions are inconsistent with law.

EPA considered two primary regulatory alternatives to the requirements that are being finalized in this action for chrysotile asbestos diaphragms in the chlor-alkali industry. Under one alternative the prohibitions on the processing, distribution in commerce and commercial use of asbestos diaphragms at chlor-alkali facilities would take effect at all facilities five years after the effective date of the final rule. Under the other alternative these prohibitions would take effect at all facilities after 12 years. The 12-year option has slightly lower estimated annualized costs than the final rule in EPA's Economic Analysis (Ref. 2) when using a 7 percent discount rate. However, as described in Unit VII.B.4.b.ii., this is an artifact of how the time at which costs are incurred affects the incremental annualized cost estimates of the rule. Moreover, neither alternative option is consistent with the statute or the objectives of the rule.

EPA has concluded that the regulatory alternatives it considered are not consistent with the statute or the objectives of the rule. TSCA requires that EPA specify mandatory compliance dates for all requirements of a TSCA section 6(a) rule, and that the dates be "as soon as practicable" and "provide for a reasonable transition period." As described in Unit V., given the differences among chlor-alkali facilities, EPA has concluded that a compliance deadline of five years for the processing, distribution in commerce and commercial use at all facilities would not provide a reasonable transition period without anticipated disruption to the available chlorine supply for water treatment. But allowing the processing, distribution in commerce and commercial use of asbestos diaphragms to continue for 12 years at all facilities would not be as soon as practicable, since some facilities will be able to complete their conversion to non-asbestos technology in less than 12 years. Therefore, neither of the alternative options considered would be consistent with the statute or the objectives of the rule. Instead, EPA is

finalizing requirements that provide longer staggered phase-out periods to provide a reasonable period for companies to sequentially convert some facilities from chrysotile asbestos diaphragm technology to membrane technology that is still as quickly as is practicable.

Additional information on EPA's estimates of the benefits and costs of this action are provided in Units I.E. and VII.B.4. and in the Economic Analysis (Ref. 2). Information on the authorizing legislation is provided in Unit I.B. Information on prior consultations with affected State, local, and Tribal governments is provided in Units X.E and X.F.

This action is not subject to the requirements of UMRA section 203 because it contains no regulatory requirements that might significantly or uniquely affect small governments.

*E. Executive Order 13132: Federalism*

As discussed in Unit I.E.7., EPA has concluded that this action has federalism implications as specified in Executive Order 13132 (64 FR 43255, August 10, 1999) because regulation under TSCA section 6(a) may preempt state law. EPA provides the following federalism summary impact statement. The Agency consulted with state and local officials early in the process of developing the proposed action to facilitate their meaningful and timely input into its development. EPA invited the following national organizations representing state and local elected officials to a meeting on May 13, 2021, in Washington, DC: National Governors Association, National Conference of State Legislatures, Council of State Governments, National League of Cities, U.S. Conference of Mayors, National Association of Counties, International City/County Management Association, National Association of Towns and Townships, County Executives of America, and Environmental Council of States. A summary of the meeting with these organizations, including the views that they expressed, is available in the docket (Ref. 7). EPA provided an opportunity for these organizations to provide follow-ups comments in writing but did not receive any such comments.

*F. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments*

This action does not have tribal implications as specified in Executive Order 13175 (65 FR 67249, November 9, 2000). This rulemaking would not have substantial direct effects on tribal government because chrysotile asbestos is not manufactured, processed, or

distributed in commerce by tribes and would not impose substantial direct compliance costs on tribal governments. Thus, Executive Order 13175 does not apply to this action. EPA nevertheless consulted with tribal officials during the development of this action, consistent with the EPA Policy on Consultation and Coordination with Indian Tribes.

EPA met with tribal officials via teleconferences on May 24, 2021, and June 3, 2021, concerning the prospective regulation of chrysotile asbestos under TSCA section 6 (Ref. 8). Tribal officials were given the opportunity to meaningfully interact with EPA risk managers concerning the current status of risk management. EPA received questions during both meetings held during the consultation period concerning potential risks to workers, consumers, and general population. Participants in the consultations expressed interest in the conditions of use where EPA found unreasonable risk and how EPA would address that unreasonable risk. EPA responded by providing the suite of options providing the agency under TSCA section 6 to address the unreasonable risk (Ref. 8).

*G. Executive Order 13045: Protection of Children From Environmental Health Risks and Safety Risks*

Executive Order 13045 (62 FR 19885, April 23, 1997) directs federal agencies to include an evaluation of the health and safety effects of the planned regulation on children in federal health and safety standards and explain why the regulation is preferable to potentially effective and reasonably feasible alternatives. This action is subject to Executive Order 13045 because it is a significant regulatory action under section 3(f)(1) of Executive Order 12866, and, as discussed in Unit I.E.6., EPA believes that the environmental health or safety risk addressed by this action has a disproportionate effect on children. The health effects of concern related to exposures to chrysotile asbestos are mesothelioma, lung and other cancers, all of which have long latency periods following exposure. Accordingly, we have evaluated the environmental health or safety effects of asbestos on children.

The Risk Evaluation for Asbestos, Part 1: Chrysotile Asbestos (Ref. 1) demonstrated in sensitivity analyses that age at first exposure affected risk estimates, with earlier exposures in life resulting in greater risk. For children, exposures can be anticipated (1) as bystanders for consumer uses such as aftermarket brakes and (2) in consumer uses and occupational uses given that

the risk evaluation presented information indicating that children 16 years of age may engage in these activities.

The results of EPA's evaluation are contained in the risk evaluation (Ref. 1) and the Economic Analysis (Ref. 2). Copies of these documents have been placed in the public docket for this action.

This action is preferred over other regulatory options analyzed because this action prohibits the manufacture (including import), processing, commercial use, and distribution in commerce of chrysotile asbestos for the regulated conditions of use as soon as practicable while providing for a reasonable transition period.

Furthermore, as discussed in Unit I.E.6., EPA's Policy on Children's Health also applies to this action. Information on how the Policy was applied is available under ''Children's Environmental Health'' in the **SUPPLEMENTARY INFORMATION** unit of this preamble.

### H. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution in Commerce, or Use

This action is not a ''significant energy action'' under Executive Order 13211 (66 FR 28355, May 22, 2001), because it is not likely to have a significant adverse effect on the supply, distribution or use of energy. The action is predicted to reduce energy use and is not expected to reduce energy supply or increase energy prices.

### I. National Technology Transfer and Advancement Act (NTTAA)

This rulemaking does not involve technical standards under NTTAA, 15 U.S.C. 272.

### J. Executive Orders 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations and 14096: Revitalizing our Nation's Commitment to Environmental Justice for All

In accordance with Executive Orders 12898 (59 FR 7629, February 16, 1994) and 14096 (88 FR 25251, April 26, 2023), EPA considered the environmental justice (EJ) conditions that exist prior to this action, and the likely effects of this action. EPA believes that the human health or environmental conditions that exist prior to this action result in or have the potential to result in disproportionate and adverse human health or environmental effects on communities with EJ concerns. As summarized in Unit I.E.5. and described more fully in the Economic Analysis

(Ref. 2), the firms that will be subject to regulation, particularly for the chlor-alkali and sheet gasket use categories, are often located in areas with a high concentration of industrial activities that pose a variety of environmental hazards to surrounding populations. It is not possible to separate potential EJ concerns currently posed by the use categories being regulated from other risks in the community that are unrelated to chrysotile asbestos. Although data are not available on the worker demographics at specific companies, chemical workers in communities with chlor-alkali facilities are more likely to be Hispanic, less likely to be a race other than White or Black, and have higher incomes on average than chemical workers nationally. Workers in communities with other affected chemical producers are more likely to be Black and less likely to be Hispanic or a race other than White or Black than chemical workers nationally.

EPA believes that this action is likely to reduce existing disproportionate and adverse effects on communities with EJ concerns. Any disproportionate impacts related to the conditions of use that are subject to this rule will be reduced, and ultimately eliminated once all of the prohibitions in the rule take effect. Thus, EJ concerns will be mitigated compared to the baseline.

EPA conducted outreach to advocates of communities with EJ concerns that might be subject to disproportionate exposure to chrysotile asbestos. EPA's EJ consultation occurred from June 1 through August 13, 2021. On June 1 and 9, 2021, EPA held public meetings as part of this consultation (Ref. 9). See also Unit III.A.1. These meetings were held pursuant to and in compliance with Executive Order 12898 and Executive Order 14008, *Tackling the Climate Crisis at Home and Abroad* (86 FR 7619, February 1, 2021). EPA received several comments following the EJ meetings. Commenters expressed concerns that consumers who live near chlor-alkali facilities and Do-It-Yourself (DIY) auto workers could be exposed unless chrysotile asbestos is banned (Ref. 33). EPA also acknowledges that there are pre-existing EJ concerns in communities surrounding some of the affected chlor-alkali facilities and one other chemical manufacturer in Louisiana and Texas due to high levels of polluting industrial activities and high proportions of residents who are people of color (described in more detail in the Economic Analysis (Ref. 2)). This rule is not expected to affect all of these pre-existing EJ concerns, since some of the EJ concerns in these communities

result from pollutants other than chrysotile asbestos from facilities that are not affected by this rule.

### K. Congressional Review Act (CRA)

This action is subject to the CRA, 5 U.S.C. 801 *et seq.,* and the EPA will submit a rule report to each House of the Congress and to the Comptroller General of the United States. This action meets the criteria set forth in 5 U.S.C. 804(2).

### List of Subjects in 40 CFR Part 751

Environmental protection, Chemicals, Export certification, Hazardous substances, Import certification, Recordkeeping.

**Michael S. Regan,**
*Administrator.*

Therefore, for the reasons set forth in the preamble, 40 CFR chapter I is amended as follows:

## PART 751—REGULATION OF CERTAIN CHEMICAL SUBSTANCES AND MIXTURES UNDER SECTION 6 OF THE TOXIC SUBSTANCES CONTROL ACT

■ 1. The authority citation for part 751 continues to read as follows:

**Authority:** 15 U.S.C. 2605, 15 U.S.C. 2625(l)(4).

■ 2. Add a subpart F, consisting of §§ 751.501 through 751.515, to read as follows:

### Subpart F—Chrysotile Asbestos

Sec.
751.501   General.
751.503   Definitions.
751.505   Manufacturing, processing and commercial use of chrysotile asbestos diaphragms in the chlor-alkali industry.
751.507   Certification of compliance for the chlor-alkali industry.
751.509   Other prohibitions and restrictions of the manufacturing, processing and commercial use of chrysotile asbestos.
751.511   Interim workplace controls of asbestos exposures.
751.513   Disposal.
751.515   Recordkeeping.

### § 751.501   General.

This subpart sets certain restrictions on the manufacture (including import), processing, distribution in commerce, and commercial use and disposal of chrysotile asbestos (CASRN 132207–32–0) to prevent unreasonable risk of injury to health in accordance with TSCA section 6(a), 15 U.S.C. 2605(a).

### § 751.503   Definitions.

The definitions in subpart A of this part apply to this subpart unless otherwise specified in this section. In

addition, the following definitions apply to this subpart:

*Aftermarket automotive brakes and linings* means any automotive friction brake articles sold in the secondary market as replacement parts (*e.g.*, brake pads, linings and shoes) used in disc and drum brake systems on automobiles and trucks.

*Article* means a manufactured item:

(1) Which is formed to a specific shape or design during manufacture;

(2) Which has end use function(s) dependent in whole or in part upon its shape or design during end use; and

(3) Which has either no change of chemical composition during its end use or only those changes of composition which have no commercial purpose separate from that of the article, and that result from a chemical reaction that occurs upon end use of other chemical substances, mixtures, or articles; except that fluids and particles are not considered articles regardless of shape or design.

*Authorized person* means any person specifically authorized by the owner or operator to enter, and whose duties require the person to enter, a regulated area.

*Chrysotile asbestos* is the asbestiform variety of a hydrated magnesium silicate mineral, with relatively long and flexible crystalline fibers that are capable of being woven.

*Disposal* means to discard, throw away, or otherwise complete or terminate the useful life of chrysotile asbestos, including any chrysotile asbestos-containing products or articles.

*Distribution in commerce* has the same meaning as in section 3 of the Act, but the term does not include distribution of chrysotile asbestos waste solely for purposes of disposal in accordance with this Subpart.

*Diaphragms* means semipermeable diaphragms, which separate the anode from the cathode chemicals in the production of chlorine and sodium hydroxide (caustic soda).

*Gasket* means an article used to form a leakproof seal between fixed components.

*Membrane technology* means a chlor-alkali production technology that uses chlorine production cells in which the anode and the cathode are separated by an ion-exchange membrane that is designed to allow only sodium ions and some water to pass through it.

*Nuclear material* means any source material, special nuclear material, or byproduct material (as such terms are defined in the Atomic Energy Act of 1954, as amended, and regulations issued under such Act).

*Oilfield brake blocks* means the friction brake blocks component in drawworks used in the hoisting mechanism for oil well drilling rigs.

*Other gaskets* means gaskets other than *sheet gaskets in chemical production,* to include gaskets used in the exhaust systems of utility vehicles.

*Other vehicle friction products* means friction articles such as brakes and clutches, other than *aftermarket automotive brakes and linings,* installed on any vehicle, including on off-road vehicles, trains, planes, etc. *Other vehicle friction products* does not include articles used in the NASA Super Guppy Turbine aircraft, a specialty cargo plane used for the transportation of oversized equipment that is owned and operated by the National Aeronautics and Space Administration (NASA).

*Owner or operator* means any person who owns, leases, operates, controls, or supervises a workplace covered by this subpart.

*Potentially exposed person* means any person who may be occupationally exposed to a chemical substance or mixture in a workplace as a result of a condition of use of that chemical substance or mixture.

*Processing* has the same meaning as in section 3 of the Act, but the term does not include processing of chrysotile asbestos waste solely for purposes of disposal in accordance with this subpart.

*Regulated area* means an area established by the regulated entity to demarcate where airborne concentrations of a specific chemical substance exceed, or there is a reasonable possibility they may exceed, the ECEL.

*Savannah River Site* means the Department of Energy's nuclear waste management and related national defense operations at its Savannah River Site in Aiken, Barnwell and Allendale counties in South Carolina, including operations at H-Canyon, F and H Tank Farms, Defense Waste Processing Facility, Savannah River National Laboratory and any on-site facility managed by Savannah River Nuclear Solutions.

*Sheet gaskets in chemical production* means gaskets cut from sheeting, including asbestos-containing rubberized sheeting, that are used in facilities for extreme condition applications such as titanium dioxide manufacturing, or processing nuclear material.

**§ 751.505 Manufacturing, processing, distribution in commerce and commercial use of chrysotile asbestos diaphragms in the chlor-alkali industry.**

(a) After May 28, 2024, all persons are prohibited from manufacture (including import) of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for diaphragms in the chlor-alkali industry.

(b) After May 28, 2029, all persons are prohibited from processing, distribution in commerce and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for diaphragms in the chlor-alkali industry, except as provided in paragraphs (c) through (d) of this section.

(c) Any person who meets all of the criteria of this paragraph (c) may process, distribute in commerce and commercially use chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for diaphragms in the chlor-alkali industry at no more than two facilities until May 25, 2032:

(1) On May 28, 2024, the person owns or operates more than one facility that uses chrysotile asbestos in chlor-alkali production;

(2) The person is converting more than one facility that the person owns or operates that as of May 28, 2024 uses chrysotile asbestos in chlor-alkali production from the use of chrysotile asbestos diaphragms to non-chrysotile asbestos membrane technology, and by May 28, 2029, the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at one (or more) facility undergoing or that has undergone conversion to non-chrysotile asbestos membrane technology; and

(3) The person certifies to EPA compliance with the provisions of this paragraph, in accordance with § 751.507.

(d) Any person who meets all of the criteria of this paragraph (d) may process, distribute in commerce and commercially use chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for diaphragms in the chlor-alkali industry at not more than one facility until May 26, 2036:

(1) On May 28, 2024, the person owns or operates more than two facilities that use chrysotile asbestos in chlor-alkali production; and

(2) The person is converting more than two facilities that the person owns or operates that as of May 28, 2024 use chrysotile asbestos in chlor-alkali production from the use of chrysotile

asbestos diaphragms to non-chrysotile asbestos membrane technology:

(i) By May 28, 2029, the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at one (or more) facility undergoing or that has undergone such conversion; and

(ii) By May 25, 2032 the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at two (or more) facilities undergoing or that have undergone conversion to non-chrysotile asbestos membrane technology; and

(3) The person certifies to EPA compliance with the provisions of this paragraph, in accordance with § 751.507.

### § 751.507   Certification of compliance for the chlor-alkali industry.

(a) In addition to meeting the requirements of §§ 751.505(c), any person who processes, distributes in commerce or commercially uses chrysotile asbestos for diaphragms in the chlor-alkali industry between May 28, 2029 and May 25, 2032 must:

(1) Certify to EPA their compliance with all requirements of § 751.505(c); and

(2) Provide the following information to EPA to support their compliance with the requirements of § 751.505(c):

(i) Identification of the facility for which, by May 28, 2029, the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos, pursuant to § 751.505(c)(2), including:

(A) facility name, location, and mailing address;

(B) name of facility manager or other contact, title, phone number and email address; and

(C) date the person ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at the facility.

(ii) Identification of the facility or facilities (no more than two facilities) for which the person will after May 28, 2029, continue to process, distribute in commerce and commercially use chrysotile asbestos diaphragms while the facility or facilities are being converted to non-chrysotile asbestos membrane technology, pursuant to § 751.505(c), including for each facility:

(A) facility name, location, and mailing address; and

(B) name of facility manager or other contact, title, phone number and email address.

(b) In addition to meeting the requirements of paragraph (a) of this section and §§ 751.505(d), any person who processes, distributes in commerce or commercially uses chrysotile asbestos for diaphragms in the chlor-alkali industry between May 25, 2032 and May 26, 2036 must:

(1) Certify to EPA their compliance with all requirements of § 751.505(d); and

(2) Provide the following information to EPA to support their compliance with the requirements of § 751.505(d):

(i) Identification of the facility identified in § 751.505(d)(2)(ii) at which as of May 25, 2032, the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos, including:

(A) facility name, location, and mailing address;

(B) name of facility manager or other contact, title, phone number and email address; and

(C) date the person has ceased all processing, distribution in commerce and commercial use of chrysotile asbestos at the facility.

(ii) Identification of the facility at which the person will between May 25, 2032 and no later than May 26, 2036, continue to process, distribute in commerce and commercially use chrysotile asbestos diaphragms while the facility is being converted to non-chrysotile asbestos membrane technology pursuant to § 751.505(d), including:

(A) facility name, location, and mailing address; and

(B) name of facility manager or other contact, title, phone number and email address.

(c) The certification required by paragraphs (a) and (b) of this section must be signed and dated by a responsible corporate officer. For the purpose of this section, a responsible corporate officer means: a president, secretary, treasurer, or vice-president of the corporation in charge of chlor-alkali operations, or any other person who performs similar policy or decision-making functions for the corporation.

(d) Any person signing a document under paragraph (c) of this section shall also make the following certification:

"I certify under penalty of law that this document was prepared under my direction or supervision, and the information is, to the best of my knowledge and belief, true, accurate, and complete. I am aware it is unlawful to knowingly submit incomplete, false and/or misleading information and there are criminal penalties for such conduct."

(e) This certification must be submitted to the Director, Office of Pollution Prevention and Toxics (OPPT), using the address specified at 40 CFR 700.17(a).

(1) The certification under paragraph (a) of this section must be submitted no later than 10 business days after May 28, 2029; and

(2) The certification under paragraph (b) of this section must be submitted no later than 10 business days after May 25, 2032.

### § 751.509   Other prohibitions and restrictions on the manufacturing, processing, distribution in commerce and commercial use of chrysotile asbestos.

(a) After May 27, 2026, all persons are prohibited from manufacturing (including importing), processing, distributing in commerce, and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for use in sheet gaskets for chemical production, except as provided in paragraphs (b) and (c) of this section. Any sheet gaskets for chemical production which are already installed for use on May 27, 2026 are not subject to the distribution in commerce and commercial use prohibitions.

(b) Any person may commercially use chrysotile asbestos sheet gaskets for titanium dioxide production until May 28, 2029.

(c)(1)(i) Any person may commercially use chrysotile asbestos sheet gaskets for processing nuclear material until May 28, 2029.

(ii) Any person may commercially use chrysotile asbestos sheet gaskets for processing nuclear material at the Savannah River Site until December 31, 2037.

(2) After November 25, 2024, any person commercially using chrysotile asbestos sheet gaskets for processing nuclear material pursuant to (c)(1)(i) and (ii) must have in place exposure controls expected to reduce exposure of potentially exposed persons to asbestos, and provide potentially exposed persons in the regulated area where chrysotile asbestos sheet gasket replacement is being performed a full-face air purifying respirator with a P–100 (HEPA) cartridge (providing an assigned protection factor of 50), or other respirator that provides a similar or higher level of protection to the wearer.

(3)(i) Any sheet gaskets for processing nuclear material which are already installed for use on May 28, 2029 are not subject to the distribution in commerce and commercial use prohibitions in paragraphs (a) of this section.

(ii) Any sheet gaskets for processing nuclear material at the Savannah River Site which are already installed for use on December 31, 2037, are not subject

to the distribution in commerce and commercial use prohibitions in paragraphs (a) of this section.

(d) After November 25, 2024, all persons are prohibited from manufacturing (including importing), processing, distribution in commerce and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for commercial use of:

(1) Oilfield brake blocks;

(2) Aftermarket automotive brakes and linings;

(3) Other vehicle friction products; and

(4) Other gaskets.

(e) After November 25, 2024, all persons are prohibited from the manufacturing (including importing), processing, and distribution in commerce of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for consumer use of:

(1) Aftermarket automotive brakes and linings; and

(2) Other gaskets.

(f) On November 25, 2024:

(1) Any aftermarket automotive brakes and linings, other vehicle friction products, and other gaskets which are already installed for commercial use are not subject to the prohibitions on distribution in commerce and commercial use under paragraph (d) of this section.

(2) Any aftermarket automotive brakes and linings, and other gaskets which are already installed for consumer use are not subject to the distribution in commerce prohibition under paragraph (e) of this section.

### § 751.511  Interim workplace controls of chrysotile asbestos exposures.

(a) *Applicability.* This section applies to processing and commercial use of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for chrysotile asbestos diaphragms in the chlor-alkali industry; and to the commercial use of chrysotile asbestos sheet gaskets for titanium dioxide production.

(b) *Interim Existing Chemical Exposure Limit (ECEL).* Beginning November 25, 2024, the owner or operator must ensure that no person is exposed to an airborne concentration of chrysotile asbestos in excess of the interim ECEL for chrysotile asbestos of 0.005 fibers (f)/cubic centimeter (cc) as an eight (8)-hour time-weighted average (TWA). Where an owner or operator cannot demonstrate exposure at or below the ECEL, including through the use of all technically feasible engineering controls or work practices

as described in paragraph (e)(1) of this section, and has not demonstrated that it has appropriately supplemented with respiratory protection that complies with the requirements of paragraph (f) of this section, this will constitute a failure to comply with the ECEL.

(c) *Exposure monitoring*—(1) *In general.* (i) Owners or operators must determine each potentially exposed person's exposure from personal breathing zone air samples that are representative of the 8-hour TWA exposure of each potentially exposed person.

(ii) Representative 8-hour TWA of a potentially exposed person's exposure must be determined on the basis of one or more samples representing full-shift exposures for each shift for each potentially exposed person in each job classification in each work area.

(2) *Initial exposure monitoring.* No later than November 25, 2024 each owner or operator covered by paragraph (a) of this section as of May 28, 2024, must perform initial exposure monitoring of all potentially exposed persons.

(3) *Periodic exposure monitoring.* The owner or operator must establish an exposure monitoring program for periodic monitoring of exposure to chrysotile asbestos. If one or more samples representing full-shift exposures from the most recent exposure monitoring exceeds the ECEL (>0.005 f/cc 8-hour TWA), periodic exposure monitoring is required within three months of the most recent exposure monitoring. Otherwise, periodic exposure monitoring is required within six months of the most recent exposure monitoring.

(4) *Additional exposure monitoring.* The owner or operator must conduct additional exposure monitoring within a reasonable timeframe after there has been a change in the production, process, control equipment, personnel or work practices that may result in new or additional exposures above the ECEL or the owner or operator has any reason to suspect that a change may result in new or additional exposures above the ECEL.

(5) *Method of monitoring.* (i) Exposure monitoring samples must be personal breathing zone samples collected and analyzed using methods and quality control procedures described in Appendix A to 29 CFR 1910.1001, or as referenced in Appendix A to 29 CFR 1910.1001 (Appendix B to 29 CFR 1910.1001, OSHA method ID–160, or the NIOSH 7400 method).

(ii) Owners or operators must use exposure monitoring methods that conform with the OSHA Reference

Method specified in Appendix A of 29 CFR 1910.1001, or an equivalent method. If an equivalent method is used, the owner or operator must ensure that the method meets the following criteria:

(A) Replicate exposure data used to establish equivalency are collected in side-by-side field and laboratory comparisons; and

(B) The comparison indicates that 90% of the samples collected in the range 0.5 to 2.0 times the ECEL or the lowest concentration possible have an accuracy range of plus or minus 25 percent of the OSHA Reference Method specified in Appendix A of 29 CFR 1910.1001 at a 95 percent confidence level as demonstrated by a statistically valid protocol. The NIOSH 7402 analytical method may be applied to adjust the analytical result to include only chrysotile asbestos.

(6) *Notification of exposure monitoring results.* (i) The owner or operator must, within 15 business days of receipt of monitoring results, notify each potentially exposed person of these results either individually in writing or by posting the results in an appropriate location that is accessible to all potentially exposed persons. The notice must be in plain language and understandable to all potentially exposed persons.

(ii) The written notification required by paragraph (c)(6)(i) of this section must include the corrective action being taken by the owner or operator to reduce exposure to or below the ECEL, wherever monitoring results indicated that the ECEL had been exceeded.

(d) *Regulated areas*—(1) *Establishment.* Beginning November 25, 2024 the owner or operator must establish regulated areas wherever airborne concentrations of chrysotile asbestos exceed, or there is a reasonable possibility that they may exceed, the ECEL.

(2) *Demarcation.* The owner or operator must demarcate regulated areas from the rest of the workplace in a manner that minimizes the number of persons who will be exposed to chrysotile asbestos.

(3) *Access.* The owner or operator must limit access to regulated areas to authorized persons or other persons required by work duties to be present in regulated areas.

(4) *Provision of respirators.* The owner or operator must supply a respirator selected in accordance with paragraph (f) of this section to each person entering a regulated area and must require the use of such respirator.

(5) *Prohibited activities.* The owner or operator must ensure that persons do

not eat, drink, smoke, chew tobacco or gum, or apply cosmetics in the regulated area.

(e) *Exposure Control Procedures and Plan*—(1) *Exposure Controls.* (A) The owner or operator must institute engineering controls and work practices to reduce and maintain airborne chrysotile asbestos concentrations to or below the ECEL, except to the extent that the owner or operator can demonstrate that such controls are not feasible.

(B) Wherever the feasible engineering controls and work practices that can be instituted are not sufficient to reduce airborne chrysotile asbestos concentrations to or below the ECEL, the owner or operator must use them to reduce exposures to the lowest levels achievable by these controls. If the feasible engineering controls and work practices cannot reduce exposures to or below the ECEL, the owner or operator must supplement the controls by providing and requiring the use of respiratory protection that complies with the requirements of paragraph (f) of this section.

(2) *Exposure Control Plan Requirements.* (i) Beginning March 28, 2025, when the airborne chrysotile asbestos concentrations exceed the ECEL, or are reasonably expected to exceed the ECEL, owners and operators must establish and implement an exposure control plan to reduce exposures to all potentially exposed persons to or below the ECEL by means of engineering controls and work practices, and by the use of respiratory protection where required under paragraph (e)(1)(B) of this section. The exposure control plan must be available to persons exposed to chrysotile asbestos.

(ii) The exposure control plan must be reviewed and updated as necessary, but at least annually, to reflect any significant changes in the status of the owner or operator's compliance with the requirements of this section.

(iii) The owner or operator must not implement a schedule of personnel rotation as a means of compliance with the ECEL.

(iv) The exposure control plan must include:

(A) An explanation of the exposure controls considered, a rationale for why exposure controls were selected or not selected, based on feasibility, effectiveness, and other relevant considerations;

(B) Descriptions of actions the owner or operator must take to implement the exposure controls selected, including proper installation, maintenance, training, or other actions, and the estimated timeline for implementing such controls;

(C) Description of activities conducted by the owner or operator to review and update the exposure control plan to ensure effectiveness of the exposure controls, identify any necessary updates to the exposure controls, and confirm that all persons are properly implementing the exposure controls; and

(D) An explanation of the procedures for responding to any change that may reasonably be expected to introduce additional sources of exposure to chrysotile asbestos, or otherwise result in increased exposure to chrysotile asbestos, including procedures for implementing corrective actions to mitigate exposure to chrysotile asbestos.

(f) *Respiratory protection*—(1) *Method of Compliance.* Beginning November 25, 2024, if an owner or operator is required to provide respiratory protection pursuant to paragraphs (d)(4) or (e)(1)(B) of this section, the owner or operator must provide each potentially exposed person with a respirator according to the requirements of this section.

(2) *Respirator program.* For purposes of this paragraph (f)(2), the cross-referenced provisions in 29 CFR 1910.134 applying to an "employee" also apply equally to potentially exposed persons, and provisions applying to an "employer" also apply equally to owners or operators.

(i) Owners and operators must select respiratory protection that properly fits each affected person and communicate respirator selections to each affected person consistent with the requirements of 29 CFR 1910.134(f) and 1910.134 App. A.

(ii) Owners and operators must provide, ensure use of, and maintain (in a sanitary, reliable, and undamaged condition) respiratory protection that is of safe design and construction for the applicable condition of use consistent with the requirements of 29 CFR 1910.134(g) through (j) and 1910.134 App. B–1 to B–2.

(iii) Prior to or at the time of initial assignment to a job involving potential exposure to chrysotile asbestos, owners and operators must provide training and retraining to all persons required to use respiratory protection consistent with 29 CFR 1910.134(k).

(3) *Respirator selection.* Owners or operators must select and provide appropriate respirators based on the most recent exposure monitoring. The minimum respiratory protection that must be provided is as follows:

(i) If the most recent exposure monitoring indicates that the exposure concentration is at or below the 0.005 f/cc (ECEL): no respiratory protection is required.

(ii) If the most recent exposure monitoring indicates that the exposure concentration is above 0.005 f/cc (ECEL) and less than or equal to 0.05 f/cc (10 times the ECEL):

(A) A half-mask supplied-air respirator (SAR) or airline respirator operated in demand mode; or

(B) A half-mask self-contained breathing apparatus (SCBA) respirator operated in demand mode (Assigned Protection Factor 10).

(iii) If the most recent exposure monitoring indicates that the exposure concentration is above 0.05 f/cc (10 times the ECEL) and less than or equal to 0.125 f/cc (25 times the ECEL): A loose fitting facepiece supplied-air respirator (SAR) or airline respirator operated in continuous flow mode (Assigned Protection Factor 25).

(iv) If the most recent exposure monitoring indicates that the exposure concentration is above 0.125 f/cc (25 times the ECEL) and less than or equal to 0.25 f/cc (50 times the ECEL):

(A) A full facepiece supplied-air respirator (SAR) or airline respirator operated in demand mode; or

(B) A half-mask supplied-air respirator (SAR) or airline respirator operated in continuous flow mode; or

(C) A half-mask supplied-air respirator (SAR) or airline respirator operated in pressure-demand or other positive-pressure mode; or

(D) A full facepiece self-contained breathing apparatus (SCBA) respirator operated in demand mode; or

(E) A helmet/hood self-contained breathing apparatus (SCBA) respirator operated in demand mode (Assigned Protection Factor 50).

(v) If the most recent exposure monitoring indicates that the exposure concentration is above 0.25 f/cc (50 times the ECEL) and less than or equal to 5 f/cc (1,000 times the ECEL): A full-facepiece supplied-air respirator (SAR) or airline respirator operated in pressure-demand or other positive-pressure mode (Assigned Protection Factor 1,000).

(vi) If the most recent exposure monitoring indicates that the exposure concentration is above 5 f/cc (1,000 times the ECEL) and less than or equal to 50 f/cc (10,000 times the ECEL):

(A) A full-facepiece self-contained breathing apparatus (SCBA) respirator operated in pressure-demand or other positive-pressure mode; or

(B) A helmet/hood self-contained breathing apparatus (SCBA) respirator operated in pressure-demand or other positive-pressure mode (Assigned Protection Factor 10,000).

(vii) The respiratory protection requirements in paragraph (f)(3) of this section represent the minimum respiratory protection requirements, such that any respirator affording a higher degree of protection than the required respirator may be used.

(g) *Workplace information and training.* (1) By November 25, 2024, the owner or operator must institute a training program and ensure that persons potentially exposed to chrysotile asbestos participate in the program according to the requirements of this paragraph (g).

(2) The owner or operator must train each potentially exposed person prior or at the time of a potential exposure to chrysotile asbestos and at least annually thereafter.

(3) The owner or operator must ensure that information and training is presented in a manner that is understandable to each person required to be trained.

(4) The following information and training must be provided to all persons potentially exposed to chrysotile asbestos:

(i) The health effects associated with exposure to chrysotile asbestos, based on the most recent publication by EPA, OSHA, NIOSH, and/or CDC;

(ii) The quantity, location, manner of use, release, and storage of chrysotile asbestos and the specific operations in the workplace that could result in exposure to chrysotile asbestos, noting where each regulated area is located;

(iii) The specific procedures implemented to control exposures and manage occupational risks to persons potentially exposed to chrysotile asbestos, such as engineering controls, work practices and personal protective equipment to be used; and

(iv) The requirements of this section, as well as how to access or obtain a copy of these regulations.

(5) Whenever there are workplace changes, such as modifications of tasks or procedures or the institution of new tasks or procedures, or when the airborne concentration of chrysotile asbestos increases, or when the exposure control plan is updated according to paragraph (e)(2)(ii) of this section, the owner or operator must update the training and re-train each potentially exposed person.

**§ 751.513   Disposal.**

(a) After November 25, 2024, all persons disposing of chrysotile asbestos and any chrysotile asbestos-containing products or articles subject to § 751.505, must dispose of chrysotile asbestos and any chrysotile asbestos-containing products or articles, as applicable:

(1) In accordance with the Asbestos General Industry Standard—(29 CFR 1910.1001(k)).

(2) In conformance with the asbestos waste disposal requirements at 40 CFR 61.150.

(b) After November 25, 2024, all persons disposing of chrysotile asbestos and any chrysotile asbestos-containing products or articles subject to paragraphs (a) through (c) of § 751.509 must dispose of chrysotile asbestos and any chrysotile asbestos-containing products or articles, as applicable:

(1) In accordance with the Asbestos Safety and Health Regulations for Construction—(29 CFR 1926.1101)

(2) [Reserved]

(c) After November 25, 2024, all persons disposing of chrysotile asbestos and any chrysotile asbestos-containing products or articles subject to § 751.509(d) must dispose of chrysotile asbestos and any chrysotile asbestos-containing products or articles, as applicable:

(1) In accordance with the Asbestos General Industry Standard—(29 CFR 1910.1001).

(2) In conformance with the asbestos waste disposal requirements at 40 CFR 61.150.

(d) After November 25, 2024, each manufacturer (including importer), processor, and distributor of chrysotile asbestos, including any chrysotile asbestos-containing products or articles, for consumer use, disposing of chrysotile asbestos and any chrysotile asbestos-containing products or articles subject to § 751.509(e), must dispose of chrysotile asbestos and any chrysotile asbestos-containing products or articles, as applicable:

(1) In accordance with the Asbestos General Industry Standard at 29 CFR 1910.1001(k).

(2) In conformance with the asbestos waste disposal requirements at 40 CFR 61.150.

**§ 751.515   Recordkeeping.**

(a) *General records.* After November 25, 2024, all persons who manufacture (including import), process, or distribute in commerce or engage in commercial use of chrysotile asbestos must maintain ordinary business records, such as invoices and bills-of-lading related to compliance with the prohibitions, restrictions, and other provisions of this subpart.

(b) *Certification of compliance for chlor-alkali industry records.* Persons required pursuant to § 751.507 to certify compliance with § 751.505 must:

(1) Retain records of certifications prepared to comply with § 751.507 and records to substantiate such certifications; and

(2) Make the records retained pursuant to paragraph (b)(1) of this section available to EPA for inspection.

(c) *Interim workplace controls of chrysotile asbestos exposures records—* (1) *Exposure monitoring.* For each monitoring event, owners or operators subject to the exposure monitoring required by § 751.511(c) must document, retain records of the following and make them available to EPA for inspection:

(i) Dates, duration, and results of each sample taken;

(ii) The quantity, location(s) and manner of chrysotile asbestos use at the time of each monitoring event;

(iii) All measurements that may be necessary to determine sampling conditions that may have affected the monitoring results;

(iv) Name, address, work shift, job classification, work area, and type of respiratory protection (if any) of each monitored person;

(vi) Sampling and analytical methods used and documentation of compliance with the quality control procedures described in § 751.511(c)(5)(i) and (ii); and

(vii) Notification of exposure monitoring results in accordance with § 751.511(c)(6).

(2) *Other requirements.* Owners or operators subject to the interim workplace controls described in § 751.511 must retain records and make them available to EPA for inspection of:

(i) The exposure control plan and its implementation as required by § 751.511(e).

(ii) Respiratory protection used and program implementation as described in § 751.511(f); and

(iii) Information and training provided by the owner or operator as required by § 751.511(g).

(d) *Disposal records.* Each person, except a consumer, who disposes of any chrysotile asbestos and any chrysotile asbestos-containing products or articles subject to § 751.513, after November 25, 2024 must retain in one location at the headquarters of the company, or at the facility for which the records were generated, documentation showing any records related to any disposal of chrysotile asbestos and any chrysotile asbestos-containing products or articles generated pursuant to, or otherwise documenting compliance with, regulations specified in § 751.513.

(e) *Retention.* The documentation in this section must be retained for 5 years from the date of generation.

[FR Doc. 2024–05972 Filed 3–27–24; 8:45 am]

**BILLING CODE 6560–50–P**

Exhibit 85

***** ASBESTOS *****

NIOSH/OSHA ASBESTOS WORK GROUP RECOMMENDATION — NOVEMBER 1980

WHITE or YELLOW

# WORKPLACE EXPOSURE TO ASBESTOS
## Review and Recommendations

DHHS (NIOSH) Publication No. 81-103

NIOSH-OSHA
Asbestos Work Group
April 1980

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Public Health Service
Centers for Disease Control
National Institute for Occupational Safety and Health

**U.S. DEPARTMENT OF LABOR**
Occupational Safety and Health Administration

## November 1980

For sale by the Superintendent of Documents, U.S. Government
Printing Office, Washington, D.C.  20402

# CONTENTS

|  |  | PAGE |
|---|---|---|
| | MEMORANDUM ON ASBESTOS UPDATE AND RECOMMENDED OCCUPATIONAL STANDARD | 1 |
| I. | ASBESTOS NOMENCLATURE/DEFINITIONS | 9 |
| | Review | 9 |
| | General Definition | 10 |
| II. | ASBESTOS SAMPLING AND ANALYSIS | 12 |
| III. | BIOLOGIC EFFECTS OF EXPOSURE TO ASBESTOS IN ANIMALS | 14 |
| | In Vivo | 14 |
| | In Vitro | 16 |
| IV. | BIOLOGIC EFFECTS OF EXPOSURE TO ASBESTOS IN HUMANS | 16 |
| | Amosite | 16 |
| | Chrysotile | 18 |
| | Crocidolite | 20 |
| | Mixed Fiber Types | 21 |
| | Malignant Neoplasms other than Mesothelioma and Cancer of the Lung | 24 |
| V. | SMOKING AND ASBESTOS | 25 |
| VI. | EXPOSURE TO ASBESTIFORM MINERALS OTHER THAN COMMERCIALLY MINED ASBESTOS | 28 |
| VII. | NON-OCCUPATIONAL EXPOSURE TO COMMERCIAL SOURCES OF ASBESTOS | 30 |
| VIII. | DOSE-RESPONSE RELATIONSHIPS | 30 |
| | REFERENCES | 33 |

iii

MEMORANDUM FOR:    *Dr. Eula Bingham*
*Assistant Secretary for*
*Occupational Safety and Health*

*Dr. Anthony Robbins*
*Director, National Institute for*
*Occupational Safety and Health*

FROM:    *Asbestos Work Group*

SUBJECT:    *The Updated Scientific*
*Information on Asbestos and*
*Recommended Occupational*
*Standard for Asbestos Exposure*

In the fall of 1979, a NIOSH/OSHA committee was formed at the direction of Dr. Eula Bingham, Assistant Secretary of Labor for Occupational Safety and Health, and Dr. Anthony Robbins, Director of the National Institute for Occupational Safety and Health (NIOSH), to review the scientific information concerning asbestos-related disease and assess the adequacy of the current OSHA occupational health standard of 2,000,000 fibers per cubic meter greater than 5 $\mu$m in length (2Mf/m$^3$). Since the 1972 promulgation of this 2,000,000 f/m$^3$ standard, OSHA, in 1975, proposed lowering the standard to 500,000 f/m$^3$; NIOSH, in 1976, recommended lowering the standard to 100,000 f/m$^3$; and the British Advisory Committee on Asbestos, in 1979, recommended lowering its occupational exposure standards. The NIOSH/OSHA committee has reviewed the most recent scientific information, including documents concerning the above developments and the 1977 International Agency for Research on Cancer (IARC) review of the carcinogenicity hazards of asbestos, and presents the following major conclusions and recommendations. A detailed updating of significant scientific literature since the 1976 NIOSH Criteria Document and the 1977 IARC Monograph is attached.

1

*1. Definition of Asbestos.* Having considered the many factors involved in specifying which substances should be regulated as asbestos, the committee recommends the following definition:

Asbestos is defined to be chrysotile, crocidolite, and fibrous cummingtonite-grunerite including amosite, fibrous tremolite, fibrous actinolite, and fibrous anthophyllite. The fibrosity of the above minerals is ascertained on a microscopic level with fibers defined to be particles with an aspect ratio of 3 to 1 or larger.

*2. Sampling and Analysis of Airborne Asbestos.* The committee concludes that the membrane filter-phase contrast microscopy method represents the only technique available that can reasonably be used for routine monitoring of occupational exposures and sampling for compliance purposes. However, the committee recognizes the lack of specificity of this method for fiber identification, and recommends the use of supplementary methods such as electron microscopy for fiber identification in cases of mixed fiber exposures. In recommending the primary use of light microscopy, the committee also wants to stress the inability of this method to detect short asbestos fibers to which workers are exposed. The toxicity of asbestos fibers shorter than the 5-micrometer detection limit of light microscopy cannot be dismissed on the basis of current scientific information.

*3. Biologic Effects of Exposure to Asbestos.* Animal studies demonstrate that all commercial forms and several noncommercial forms of asbestos produce pulmonary fibrosis, mesothelioma, and lung neoplasms. Chrysotile is as likely as crocidolite and other amphiboles to induce mesotheliomas after intrapleural injection, and also as likely to induce lung neoplasms after inhalation exposures.

Human occupational exposures to all commercial asbestos fiber types, both individually and in various combinations, have been associated with high rates of asbestosis, lung cancer, and mesothelioma. While significant excesses of cancer of several other sites have been observed in exposed workers, presently available information is insufficient to determine the role of specific fiber types.

On the basis of available information, the committee concludes that there is no scientific basis for differentiating between asbestos fiber types for regulatory purposes. Accordingly, the committee recommends that a single occupational health standard be established and applied to all asbestos fiber types.

2

Available data show that the lower the exposure, the lower the risk of developing asbestosis and cancer. Excessive cancer risks, however, have been demonstrated at all fiber concentrations studied to date. Evaluation of all available human data provides no evidence for a threshold or for a "safe" level of asbestos exposure. Accordingly, the committee recommends that, to the extent uses of asbestos cannot be eliminated or less toxic materials substituted for asbestos, worker exposures to asbestos must be controlled to the maximum extent possible.

*4. Inadequacy of Current 2,000,000-Fiber Occupational Standard.* The committee concluded that a variety of factors demonstrates that the current 2,000,000-fiber standard is grossly inadequate to protect American workers from asbestos-related disease. First, the 2,000,000-fiber standard was designed in 1969 by the British Occupational Hygiene Society (BOHS) for the limited purpose of minimizing asbestosis. Disease prevalence data from the BOHS study population collected subsequent to 1969 strongly suggest that this standard is insufficient to prevent a large incidence of asbestosis. Second, all levels of asbestos exposure studied to date have demonstrated asbestos-related disease, and a linear relationship appears to best describe the shape of the dose-response curve. These considerations led the committee to conclude that there is no level of exposure below which clinical effects do not occur. Third, the absence of a threshold is further indicated by the dramatic evidence of asbestos-related disease in members of asbestos-worker households and in persons living near asbestos-contaminated areas. These household and community contacts involved low level and/or intermittent casual exposure to asbestos. Studies of duration of exposure suggest that even at very short exposure periods (1 day to 3 months) significant disease can occur.

Although various models can be and have been fashioned to postulate possible dose-response relationships involving asbestos, the committee believes that the limited current data preclude the creation of any one empirical curve to describe *the exact* dose-response relationship. Over the last three decades, measurement techniques for asbestos have changed in several crucial respects, and there have been no suitable methods available to date to compare the results of prior techniques to current methods.

3

In addition, no adequate epidemiological information is available on the disease experience of workers exposed below the current standard and followed for a sufficient period to identify long latent effects. Consequently, the committee cannot present a precise dose-response relationship for the variety of asbestos-related diseases. However, the committee firmly believes that compelling evidence demonstrates that prevention of asbestos-related diseases requires that an occupational standard minimize all asbestos exposures, and definitely be set far below the current 2,000,000-fiber standard.

*5. Recommended Occupational Standard for Asbestos Exposure.* Given the inadequacy of the current 2,000,000-fiber standard, the committee urges that a new occupational standard be promulgated which is designed to eliminate non-essential asbestos exposures, and which requires the substitution of less hazardous and suitable alternatives where they exist. Where asbestos exposures cannot be eliminated, they must be controlled to the lowest level possible. A significant consideration in establishing a permissible exposure limit should be the lowest level of exposure detectable using currently available analytical techniques. At present this level would be 100,000 fibers greater than 5 $\mu$m in length per cubic meter averaged over an 8-hour workday. Regardless of the choice of a permissible exposure limit, the best engineering controls and work practices should be instituted, and protective clothing and hygiene facilities should be provided and their use required of all workers exposed to asbestos. Respirators are not a suitable substitute for these control measures. The committee also reiterates its judgment that even where exposure is controlled to levels below 100,000 fibers, there is no scientific basis for concluding that all asbestos-related cancers would be prevented.

*6. Medical Surveillance Program.* Appropriate medical surveillance is crucial to detect and minimize the progression of some asbestos-related diseases. Considerable emphasis should be placed on baseline medical examinations for all workers potentially exposed or who have been exposed to asbestos at any level. These examinations should include the following: (1) a 14″ x 17″ postero-anterior chest X-ray; (2) spirometry including forced vital capacity (FVC) and forced expiratory volume in one second (FEV$_1$); (3) a physical examination of the chest including auscultation for the presence or absence of rales, rhonchi,

4

and wheezing; (4) an assessment of the presence or absence of finger clubbing; and (5) a history of respiratory symptoms and conditions including tobacco smoking.

An occupational history should include a history of exposure to asbestos and exposure to other substances of real or potential medical significance. Performance criteria for these procedures, including the periodicity of subsequent medical surveillance, should be developed by NIOSH in consultation with OSHA and professional societies and organizations concerned with the diagnosis and prevention of respiratory diseases. The committee does not recommend comprehensive annual medical examinations as presently required. Sputum cytology should be evaluated in the development of an improved medical surveillance program. The committee believes that sputum cytology may prove to be a valuable supplement to X-ray evaluation.

It is also crucial that all required medical surveillance be promptly evaluated and the results reported to the employee. Furthermore, the standard should provide for periodic reporting of aggregate medical information concerning an employer's entire workforce. Results at a minimum should be displayed in a non-identifiable, aggregate format so that the employer, employees, and OSHA can see the prevalence of abnormalities possibly associated with asbestos-related disease, and also see how this prevalence has changed over time.

The committee recognizes that OSHA's recent lead standard contains a multiple physician review mechanism whereby workers can get independent medical evaluations by physicians of their choice. The lead standard also contains a medical removal protection program whereby workers can obtain special health protection where necessary, accompanied by appropriate economic protection. The committee feels that these programs are relevant to asbestos workers and should be considered as part of a new occupational asbestos standard.

Medical records generated due to the standard's medical surveillance program should be maintained for at least 40 years or for 20 years after termination of employment, whichever is longer.

*7. Other Recommendations.* The committee further recommends the following: (1) Due to the widespread current and past uses of asbestos products in the maritime and construction in-

5

dustries, it is vital that any new asbestos standard address these industry sectors as well as other workplaces with employees exposed to asbestos. Regulation of these industries should be structured around the principle that where work must be done using asbestos, only those employees needed to do this work should be present, and only for the minimum period of time needed to complete this work.

(2) Due to the sampling and analytical difficulties concerning asbestos, manufacturers of asbestos-containing products such as construction materials should perform detailed monitoring of exposures which could result from all foreseeable uses of their products, including misuse. This monitoring should include electron microscopy to identify fiber type mix and exposures to fibers less than 5 $\mu$m in length. This monitoring data should accompany these products downstream so the users not only know that asbestos exposures may occur, but also know the nature of potential exposures. This monitoring data could, if appropriate, avoid the need for small employers who use asbestos-containing products to have to conduct monitoring on their own.

(3) Due to the fact that other agencies regulate occupational exposures to asbestos (such as the Mine Safety and Health Administration), these agencies should be urged to participate in the development of a new standard and adopt this new standard.

(4) Because cigarette smoking enhances the carcinogenic effect of asbestos exposure on the lung, particular emphasis should be placed on this in any educational program developed under a new standard.

6

Richard A. Lemen, M.S.
  Chairman of the OSHA/
    NIOSH Asbestos Work
    Group
  Assistant Chief
  Industry Wide Studies
    Branch
  NIOSH

J. William Lloyd, Sc. D.
  Senior Epidemiologist
  OSHA

David H. Groth, M.D.
  Chief
  Pathology Section
  Division of Biological
    and Behavioral Sciences
  NIOSH

Han K. Kang, Dr. P.H.
  Health Scientist
  OSHA

John M. Dement, M.S.
  Deputy Director
  Division of Respiratory
    Disease Studies, NIOSH

Robert L. Jennings, Jr., J.D.
  Special Assistant to the
    Assistant Secretary
  OSHA

Joseph K. Wagoner, S. D. Hyg.
  Senior Epidemiologist
  NIOSH

7

# I. ASBESTOS NOMENCLATURE/DEFINITIONS.

## Review

There is considerable controversy as to which mineral particles should be considered "asbestos" insofar as demonstrated health effects are concerned (Campbell et al., 1977; Ampian, 1978; Zoltai, 1978; Langer, 1979). Until recently, most environmental and epidemiological studies concerning mineral fibers were focused on occupational cohorts exposed to asbestos fibers from commercial deposits. However, there is currently much interest in exposures to other minerals such as submicroscopic amphibole fibers and cleavage fragments and related health effects. Mineralogists have voiced concern that mineralogical terms have been used improperly, potentially classifying many non-asbestos materials as asbestos (Ampian, 1978; Campbell et al., 1977; Zoltai, 1978).

An important problem which exists is the basic definition of what minerals should be called "asbestos." Various definitions have been proposed or used:

*National Academy of Sciences (1977):*
"The name for a group of naturally occurring hydrated silicate minerals possessing fibrous morphology and commercial utility."

*Bureau of Mines (1977):*
"(1) A collective mineralogical term encompassing the asbestiform varieties of various minerals; (2) an industrial product obtained by mining and processing asbestiform minerals." Asbestiform minerals were further defined to be "a specific type of mineral fibrosity in which the fibers and fibrils possess high tensile strength and flexibility."

*IARC (1977):*
"Asbestos is the generic name used for a group of naturally occurring mineral silicate fibers of the serpentine and amphibole series."

*Zoltai (1978):*
"...a collective term referring to the unusual crystallization of certain minerals in the form of long, strong, and flexible fibers, aggregated in parallel or radiating bundles from which fibers can *easily* be separated."

9

The above definitions demonstrate an important problem. That is, the condition of fibers in nature as a result of crystal growth is the only criteria for distinguishing asbestos from other silicates (Langer, 1979). Most properties mentioned above can only be measured on bulk samples (megascopic properties). However, airborne fibers in the occupational setting are only observable on the microscopic level, thus not allowing measurements of such properties as tensile strength and flexibility. Langer et al. (1979) have pointed out that, using strict mineralogical nomenclature, isolated submicroscopic single fibers derived from known asbestos sources could not be termed "asbestos." In fact, among the many minerals demonstrating a fibrous habit in nature, only six minerals are commercially exploited and thus considered "asbestos." These include the serpentine mineral chrysotile and the amphiboles cummingtonite-grunerite including amosite, anthophyllite asbestos, tremolite asbestos, actinolite asbestos, and crocidolite.

In addition to problems relative to exposures to mineral fibers other than one of the six mentioned above, acicular cleavage fragments are frequently indistinguishable from mineral fibers derived from commercial asbestos sources, especially on the submicroscopic scale. Cleavage plays an important role during commutation for some amphibole minerals. Submicroscopic amphibole mineral fragments often demonstrate structural and chemical properties indistinguishable from asbestos homologues. Airborne size characteristics such as length and diameter are often similar to asbestos.

## General Definition

The foregoing considerations present a fundamental question of how broad a new or revised regulation should be. Arguments can be made for inclusion of all fibrous minerals posing risks comparable to commercially exploited fibrous minerals called asbestos. On the other hand, the fibrous minerals generally called asbestos appear to form the most pressing hazards to the largest number of current workers. This effort has not attempted to recommend coverage of all fibrous minerals or analogs, but has focused on commercial materials generally considered asbestos and asbestiform contaminants common to commercially exploited materials. We recommended the following definition for regulatory purposes, pending thorough and complete regulation of the hazards of all fibrous materials.

10

1. Asbestos is defined to be chrysotile, crocidolite, and fibrous cummingtonite-grunerite including amosite, fibrous temolite, fibrous actinolite, and fibrous anthophyllite.

2. The fibrosity of the above minerals is ascertained on a microscopic level with fibers defined to be particles with an aspect ratio of 3 to 1 or larger.

We also expressly adopt the following approach articulated by the recent British Advisory Committee on Asbestos (Vol. 1, p. 11):

> *Asbestos* is a generic term for the fibrous forms of several mineral silicates. These occur naturally in seams or veins, generally between about 1 and 20 millimetres (mm) in width in many igneous or metamorphic rocks and belong to one of two large groups of rock-forming minerals: the serpentines and amphiboles.
>
> We recognize the mineralogical complexities associated with the definition and identification of asbestos and asbestos fibre, but for the purposes of this report we concentrate on the fibre types with which people are most likely to come into contact as a result of their use in industry. The serpentine group contains the type of asbestos known as chrysotile ('white asbestos'), which is the only asbestiform member of this group of minerals and by far the commonest and commercially the most important type of asbestos. The amphibole group contains crocidolite ('blue asbestos'), amosite ('brown asbestos'), anthophyllite, actinolite and tremolite. Amosite is an acronym for Asbestos Mines of South Africa and is mineralogically known as cummingtonite–grunerite asbestos. Tremolite may occur as a contaminant with chrysotile and with other minerals such as talc. Crocidolite, amosite and anthophyllite have all been exploited commercially, although anthophyllite is no longer in significant quantities.

The above definitions of asbestos should not be taken to mean that fibers or mineral fragments of other minerals are without biological significance (IARC, 1977). Although epidemiologic data for other "mineral fibers" are limited at this time, prudence dictates that such substances be handled with caution.

# II. ASBESTOS SAMPLING AND ANALYSIS

## Update on New Methods

Since the NIOSH revised recommended asbestos standard was published in December, 1976, there have been several new developments in the area of sampling and laboratory analysis. Kim et al. (1979) have developed a quick screening test for chrysotile, crocidolite, and amosite which can be used for bulk material samples. The test is based upon the formation of color complexes with $Mg^{+2}$ and $Fe^{+2}$ released from asbestos upon acid digestion. The $Mg^{+2}$ from chrysotile is complexed with p-nitrobenzenazo-s-naphthol. The $Fe^{+2}$ from crocidolite and amosite is complexed with 1,10-phenathroline. A positive test is indicated by formation of colored complex for $Mg^{+2}$ and/or $Fe^{+2}$. The test by Kim et al. is not specific for asbestos; however, the detection limit is reasonable for bulk samples with 1-2 mg being detectable in any given sample. Of 70 samples tested, 52 were correctly classified as containing asbestos or not, 18 samples gave false positives, and there were no false negatives. The method has little promise for airborne samples.

Lange and Haartz (1979) have developed a method for chrysotile asbestos determinations by X-ray diffraction. The method for membrane filters involves ashing followed by re-deposition on silver membrane filters. The 7.33Å peak for chrysotile is primarily used in an integrated mode. Normalization using reflections from the silver membrane is employed along with X-ray absorption corrections. The lower limit of detection is reported to be 2 μg on a filter with good linear response to over 200 μg per filter. Minerals such as antigorite, lizardite, kaolinite, and possibly chlorite are potential interferences with chrysotile. The method has not been adapted for amphibole determinations.

Lilienfeld and Elterman (1977) and Lilienfeld et al. (1979) have developed a portable monitor capable of real-time determinations of airborne fiber concentrations. The monitor is based upon rotation of elongated particles by means of a rotating electric field of large voltage gradient. Fibers of various lengths are then detected by synchronous detection of modulated light scattered from a continuous-wave helium-neon laser beam with modulation generated by the rotating particles. Concentrations between 0.001 and 30 fibers/cc are reported to be detectable. At a concentration of 1 fiber/cc, a relative stan-

12

dard deviation of 10% is reported. The minimum detectable fiber length and diameter are estimated to be 2 $\mu$m and 0.2 $\mu$m, respectively. The instrument is not specific for asbestos as other elongated particles align within the electric field, and the instrument cannot be easily used for obtaining "breathing zone" samples.

Gale and Timbrell (1979) have reported progress in development of an automated method for determining fiber density on membrane filters. The method involves first clearing the membrane filter by conventional methods followed by aligning fibers on the filter in a strong magnetic field. The sample is then placed in a specially designed microscope on a motor driven stage. Fiber density is determined by measuring light scattered from the rotating fibers. The method is not yet commercially available, but is predicted to have a lower limit of detection of about 0.1 fiber/cc based on a 4-hour sampling period.

## Optical Microscopy

The phase contrast method recommended by NIOSH for compliance sampling in the occupational setting was reviewed in the 1976 NIOSH document. Since that review, Leidel et al. (1979) have reported studies to better define precision of the method at lower levels. Minor changes in fiber counting methods have also been recommended by NIOSH to correct a potential statistical bias.

Based on the most recent data available, Leidel et al. (1979) estimated the coefficient of variation for the membrane filter sampling – phase contrast counting method to be 0.11 to 0.15, given a total count of at least 100 fibers. With a reduced fiber count of 10 fibers in the analysis, the coefficient of variation is estimated to be 0.41. Statistical tests based upon these estimates of precision are recommended by NIOSH for determining compliance or non-compliance with regulatory standards (Leidel et al., 1979). Procedures are available for single full shift samples, multiple samples covering the workshift, or short "grab samples."

The phase contrast method is clearly capable of measuring airborne fiber levels down to 0.1 fibers/cc (fibers longer than 5 $\mu$m) given that due consideration is given to inherently high variability at such levels. The method is highly sensitive for detection of fibers longer than 5 $\mu$m; however, specificity of the

13

method for identifying asbestos fibers may be a serious problem under certain circumstances. Fiber identification is based only upon fiber length and aspect ratio; therefore, the method is not specific in situations where a mixture of asbestos and non-asbestos fibers occur or where large numbers of other elongated particles are present. The lack of specificity becomes more serious at lower fiber concentrations, and alternate methods for identification are likely to be required. The most likely choice for fiber identification in airborne dust samples is electron microscopy where both electron diffraction and microchemical analyses may be used to identify fibers (NIOSH, 1976). The fraction of asbestos fibers determined by these methods could then be multiplied by phase contrast determinations to arrive at asbestos fiber levels. It seems reasonable that such determinations only need be made for a statistically determined sample and not for each airborne dust sample, with subsequent determinations made only upon process or product modifications. The statistical confidence of the airborne asbestos fraction determinations should be taken into account in determinations of compliance or non-compliance.

In addition to the problem of lack of specificity for fiber identification, only a fraction of all airborne asbestos fibers are actually accounted for by the phase contrast method, which considers only fibers longer than 5 $\mu$m. The phase contrast method, therefore, can only be considered an "index" measure of fiber exposure. In fact, the fraction of airborne fibers longer than 5 $\mu$m is extremely variable, ranging from 1 to 50%, depending on fiber type and industrial operation (Dement et al., 1976). In addition to determinations of fiber identification by electron microscopy, it may also be desirable to determine airborne fiber size and specifically the fraction of airborne fibers longer than 5 $\mu$m.

## III. BIOLOGIC EFFECTS OF EXPOSURE TO ASBESTOS IN ANIMALS

### In Vivo

Animal studies reported since 1976, in which several types of asbestos have been utilized, further support the findings published in the NIOSH Revised Recommended Asbestos Standard. In that publication, reference was made to research which adequately demonstrated that all commercial forms and several other types of asbestos can produce mesotheliomas and primary bronchogenic neoplasms in animals.

14

Although mesotheliomas were most readily produced by intrapleural injections, they were also produced by inhalation exposures (Wagner et al., 1974). Since then, additional studies by Wagner et al. (1979) have shown that a commercial grade, predominantly short fiber Canadian chrysotile, which is used primarily for paint and plastic tile fillers, can induce mesotheliomas when injected intrapleurally into rats, and induce primary lung neoplasms when the animals are exposed by inhalation.

Not only is chrysotile as potent as crocidolite and other amphiboles in inducing mesotheliomas after intrapleural injections (Wagner et al., 1973), but also equally potent in inducing pulmonary neoplasms after inhalation exposures (Wagner et al., 1974). In terms of degree of response related to the quantity of dust deposited and retained in the lungs of rats, chrysotile appears to be much more fibrogenic and carcinogenic than the amphiboles (Wagner et al., 1974). The concentration of dust in the lungs of rats exposed to Canadian chrysotile was only 1.8-2.2% of the dust concentration in the lungs of animals exposed to amphiboles (after 24 months of inhalation exposures). Yet the lung tumor incidences and degrees of pulmonary fibrosis were similar in all groups. The reasons for higher incidences of lung cancer and mesotheliomas in workers exposed to amphiboles is, therefore, probably related to higher concentrations of respirable fibers during their exposures.

Research to this day has not been able to establish a fiber length below which there exists no carcinogenic potential by inhalation, the most common route of occupational exposure. This is true because of the unavailability of specifically sized fibers (Pott, 1979).

Not only were naturally occurring fibers carcinogenic, but synthetic fibers were carcinogenic as well. Pylev (1979) obtained mesotheliomas in 54% of rats injected intrapleurally with a milled synthetic hydroxy-amphibole, and primary lung neoplasms in 23% of hamsters injected intratracheally with a synthetic chrysotile. Mesotheliomas were also induced in 9/60 hamsters injected intrapleurally with glass fibers, 82% of which were greater than 20 μm in length (Smith et al, 1979).

Further experimentation with fibers of differing diameters and lengths supports the previous observation that long, thin fibers are much more carcinogenic than short or thick fibers. Utilizing 16 preparations of fiberglass of differing fiber lengths

15

and diameters, Stanton et al. (1977) were able to show that glass fibers with diameters less than 1.5 μm and lengths greater than 8 μm were carcinogenic in the pleura of rats, and that fibers shorter or wider than those were much less carcinogenic. For example, one preparation in which 60% of the fibers were less than 1.5 μm in diameter induced pleural sarcomas in 64% of rats, whereas another preparation in which only 16% of the fibers were less than 1.5 μm in diameter induced pleural sarcomas in only 14% of rats. Ninety-five percent of the fibers in both preparations were greater than 8 μm in length.

Besides the corroborating evidence for the carcinogenic potential of asbestos, recent results indicate a strong co-carcinogenic effect. Kung-Vosamae and Vinkmann (1979) reported a strong synergism between nitroso-diethylamine (NDEA) administered orally and chrysotile given intratracheally. NDEA given orally alone induced lung tumors in only 2% of the hamsters, whereas NDEA administered orally plus Canadian chrysotile given intratracheally induced lung neoplams in 40%. Chrysotile alone induced no lung tumors.

Additional research on the transport of fibers into tissues has confirmed that fibers reach the lymphatics shortly after oral administration (Masse et al., 1979). In view of the ability of intratracheally administered chrysotile to act synergistically with at least one nitrosamine, it is possible that ingested asbestos could act synergistically with orally administered nitrosamines to induce cancer in the gastrointestinal tract.

*In Vitro*

In vitro studies of all commercial forms of asbestos have been inconsistent when repeated or performed at different laboratories. Their correlation with in vivo studies has also been inconsistent and, thus, their value in studying the etiology of asbestos induced diseases is unclear at present.

## IV. BIOLOGIC EFFECTS OF EXPOSURE TO ASBESTOS IN HUMANS

### Amosite

Seidman et al. (1979) have extended their study of amosite asbestos workers with short-term exposures. The study group consisted of 820 men first employed between June, 1941 and December, 1945 in the production of asbestos insulation and

who were alive in 1961. Followup was through 1977, with expected deaths adjusted for age and calendar time estimated using death rates for white males in the general population of New Jersey.

Among the cohort studied by Seidman et al., 83 lung cancers were observed according to death certificate information, whereas 23.1 were expected. Among 61 men employed less than 1 month, 3 lung cancers were observed versus 1.3 expected. Although based on small numbers, excess mortality from lung cancer showed an increasing trend with employment duration. Cancer latency periods were progressively shortened with increasing employment duration. Four mesotheliomas were reported on death certificates in contrast to 14 which were identified on autopsy and other tissue diagnoses. Three in the group had less than 1 year of exposure. Although no environmental data are available for this plant, dust counts were made in another plant using the same fiber type and production process. Seidman et al. reported average exposure at this plant to be 23 fibers/cc. Further data available for this comparison plant were published by NIOSH (1972) showing mean exposures to range from 14 to 75 fibers/cc. At such concentrations, a lung cancer relative risk of 2.3 could be calculated with employment less than 1 month.

Anderson et al. (1979) evaluated the risks of non-malignant and malignant disease associated with household exposure to work-derived amosite dust. Four mesothelioma cases were reported among household contacts of former workers at a plant manufacturing amosite insulation products in Paterson, New Jersey. Anderson et al. also reported a 35.9% prevalence of radiographic abnormalities among household contacts of former employees at this same amosite plant, compared with a 4.6% prevalence among a control group. These radiographic abnormalities included pleural thickening, pleural calcification, pleural plagues, and irregular opacities. These studies raise the specter of non-occupational hazards associated with casual or low-level exposures to amosite.

Murphy et al. (1978) reported a followup to their first report (1971) of shipyard pipe coverers exposed predominantly to amosite asbestos. Workers in the original Murphy report of 1971, with "asbestosis" diagnosed by multiple criteria, had a poor prognosis as reported in the 1978 longitudinal survey.

17

## Chrysotile

Robinson et al. (1979) reported an additional 8 years of observation and 385 deaths to the Wagoner et al. (1973) study of mortality patterns among workers at one facility manufacturing asbestos textile, friction, and packing products. Chrysotile constituted over 99% of the total quantity of asbestos processed per year, except for 3 years during World War II. During these 3 years, amosite was selectively used to a limited extent because of U.S. Naval specifications, and accounted for approximately 5% of the total asbestos used per year. Crocidolite and amosite for the other years accounted for less than 1% of total usage in very selected areas. Exposures to these other two types may have played some role in the etiology of disease; however, due to the overwhelming exposure of the cohort to chrysotile, it is likely that the other exposures played a minor role in the overall mortality patterns. Robinson et al. confirmed Wagoner et al.'s observations of statistically significantly excess deaths due to bronchogenic cancer, suicide, heart disease, and non-malignant respiratory disease including asbestosis and a statistically non-significant excess of digestive cancer and lymphoma. Robinson et al. described 17 mesotheliomas whereas no mesotheliomas were detected in the Wagoner et al. study where observation of mortality ceased in 1967. The appearance of 17 mesothelioma in the updated study reflects latency periods of 24 to 53 years since onset of first exposure. Further analysis indicated 14 of 17 mesothelioma deaths occurred after the original study period. This observation confirms other findings that mesotheliomas are characterized by very long latency periods. Chovil and Stewart (1979) also reported latencies of 6 to 44 years, with a mean of 26.9 years.

Weiss (1977) reported no unusual mortality experience over a 30-year period for a cohort of workers employed in a paper and millboard plant stated to be using only chrysotile. The author concluded that the study results were suggestive of a minimal hazard from chrysotile. This conclusion must be viewed in light of the limitations inherent in the study. The study population was small (n= 264) and only 66 workers had died at the time of analyses. Two of these workers died of asbestosis. Moreover, the unusually low Standard Mortality Ratio (SMR) for many causes of death in the Weiss et al. paper suggests the possibility of a selection bias greater than that usually seen when contrasting industrial populations with the general population.

18

McDonald et al. (1973, 1974) reported an increased risk of lung cancer among men employed in Quebec chrysotile mines and mills. The risk of lung cancer among those workers most heavily exposed was 5 times greater than those least exposed. Liddell et al. (1977) further analyzed the mortality experience of the cohort of chrysotile asbestos miners and millers previously studied by McDonald et al. and found excesses of respiratory cancer, asbestosis, and mesothelioma. These same chrysotile miners and millers of Quebec, as of 1977, had experienced nine confirmed and two suspected mesotheliomas (McDonald, 1978). The author concluded for the seven cases observed at Thetford mines that "There is therefore no good reason to doubt chrysotile exposures as the cause."

A recent study by Nicholson et al. (1979) examined the mortality of 544 Quebec chrysotile mine and mill employees which corresponded closely in terms of duration of exposure and periods of observation to cohorts of mixed fiber asbestos factory workers and insulation workers established in other studies. Among this cohort of 544 men with at least 20 years of employment in chrysotile mining and milling at Thetford Mines, Canada, 16% of the deaths were from lung cancer and 15% from asbestosis. The risk of death for asbestosis, at equal times from onset of exposure, was very similar in the miners and millers to that found in the factory workers and insulators. Lung cancer was similar among the miners and millers and in the factory workers but higher in the insulators. One death from mesothelioma was reported in this study.

Selikoff (1977b) surveyed 485 current employees of a chrysotile mine in Baire-Verte, Newfoundland, which had been in operation since 1963. Fifty employees (10%) had one or more radiographic abnormalities of the type commonly associated with asbestos exposure. Parenchymal abnormalities were most common, and pleural changes were detected in only 3% of the individuals surveyed. For those individuals employed less than 5 years the prevalence of abnormalities was 5%, and this increased with duration of employment. Changes occurred most commonly in those with the most intense exposures. This study was designed only to assess asbestos-related disease under more modern conditions than have previous studies (Kogan et al., 1972; Rossiter et al., 1972); thus, assessments of the effects of short duration of exposure and long latency could not be made. The interpretation of these data is further complicated

19

by the lack of a control population and environmental measure-
ments. The study does demonstrate the prevalence of chest
X-ray changes in an appreciable proportion of employed work-
ers, despite a short period since initial exposure.

Rubino et al. (1979) reported nine asbestosis deaths among
chrysotile asbestos miners in northern Italy. Excess lung can-
cer (7 vs. 3.4) was seen only during the last quinquennium of
observation, 1971-1975, that period of time after greatest laten-
cy. Also, one mesothelioma was reported in this latest period.

Studies examining lung tissue of mesothelioma cases and
comparison groups have shown equivocal results as to the pos-
sible relationship of chrysotile in lung tissue and mesotheli-
oma. Jones et al. (1979) found no evidence to indict chrysotile,
while Acheson and Gardner (1979) estimated a 6-fold relative
risk of mesothelioma for persons with only chrysotile in lung
tissue as compared with controls with no asbestos fiber in
their lungs.

Boutin et al. (1979) reported on a study of chest film abnor-
malities among chrysotile miners and millers in Corsica. They
studied 166 ex-workers of the mines and mill closed in 1965, and
compared them with 156 controls without asbestos exposure
and with similar demographic variables. Chest films were read
according to the ILO U/C Classification system. Compared with
controls, chrysotile workers had a prevalence of all parenchy-
mal abnormalities 2.4 times that of controls. For those with a
profusion of 1/2 or more, the prevalence ratio was approximate-
ly twice the controls. Pleural changes were twice as prevalent
in chrysotile workers as in controls. Exposures among this co-
hort were reported to have been very high, with exposure levels
ranging from 85 to 267 millian parts per cubic foot (mppcf).

## Crocidolite

Jones et al. (1976) reported a high incidence of mesotheli-
oma among women who worked predominantly with crocidolite
in a factory producing gas mask canisters during World War II,
and have recently extended observations on this population
(Jones et al., 1979). Among this group of 1,088 workers exposed
only between 1940 and 1945, 22 pleural and 7 peritoneal meso-
theliomas were observed. This is likely an underestimate since
373 women were lost to observation. A linear dose-response

20

relationship with length of employment was observed for meso-
thelioma, with three mesotheliomas observed among those ex-
posed 5-10 months.

McDonald and McDonald (1978) have also studied mortality
of 199 workers exposed to crocidolite during gas mask manufac-
ture in Canada during 1939 to 1942. This cohort was followed
through 1975, and 56 deaths occurred. Out of these 56 deaths,
4 (7%) were from mesothelioma and 8 from lung cancer. It
should be pointed out that an additional five mesotheliomas not
reported on death certificates were diagnosed on review of pa-
thology or autopsy material.

## Mixed Fiber Types

Weill et al. (1979) and Hughes and Weill (1979) reported on
the mortality experience of a cohort of 5,645 men employed in
production of asbestos cement products and who had at least 20
years since first exposure. These workers were exposed largely
to chrysotile, with some crocidolite and amosite. Among this
group, 601 persons were identified as deceased by the Social
Security Administration. Those with unknown vital status
(25%) by this source were assumed to be alive, thus likely
resulting in underestimation of the true risk. Death certificates
were obtained for 91% of the known deaths. Dust exposures
were estimated using each worker's employment history in con-
junction with historical industrial hygiene data.

Weill et al. (1979) observed increased respiratory cancer
mortality only among those with exposure in excess of 100
mppcf/year, where 23 cases were observed versus the 9.3 ex-
pected. The unusually low SMR for all causes in the low expo-
sure groups suggests the possibility of a selection bias, and any
interpretation of risks at low exposures should be done with
caution. Two pleural mesotheliomas were reported. Separating
the cohort by type of fiber exposure, the authors concluded that
the addition of crocidolite to chrysotile enhanced the risk for
respiratory malignancy; however, an excess risk (8 observed vs.
4.4 expected) was observed among those not exposed to
crocidolite, with cumulative exposures in excess of 200 mppcf-
months (16.6 mppcf-years). Both average concentration of
exposure and duration of exposure were found to be related to
cancer risk.

Jones et al. (1979) studied the progression of radiographic
abnormalities and lung function among asbestos cement work-

21

ers. Chest films taken in 1970 and 1976 on 204 workers were
read independently by two readers according to the ILO U/C
1971 Classification scheme. These films were read side-by-side
in known order and ranked according to progression. Spiromet-
ric measurements were made in 1973 and 1976. The major
findings of the Jones et al. study were: (1) the progression of
small opacities was dependent upon both average and cumu-
lative exposure; (2) significant declines in lung function were
shown to result from both smoking and cumulative exposure;
and (3) pleural abnormalities progressed as a function of time
with little association to additional exposure. No estimates
were made of the incidence of various respiratory abnormalities
in relation to exposure.

Peto (1979) reported on the mortality experience of a cohort
of asbestos textile workers previously studied by Doll (1955),
Knox et al. (1968), and Peto et al. (1977). Data from this factory
had previously been used by the British Occupational Hygiene
Society (BOHS, 1968) in establishing occupational exposure
standards and was subsequently studied by Lewinsohn (1972).
Routine dust measurements in this factory were first made in
1951. Among the 255 males first employed after 1951, 12 lung
cancers were observed, whereas only 4.65 were expected, based
on national death rates. Among those with 20 or more years
since initial employment, 8 lung cancers were observed versus
1.62 expected. Fiber exposures were estimated to be 32.4
fibers/cc in 1951, decreasing to 1.1 fibers/cc in 1974. These esti-
mates are 2.4 times previously estimated values for this plant
(Peto et al., 1977). Peto estimated the relative risk for cumula-
tive exposures of 200-300 fibers/cc-year to be between 2 and 3.
The cohort is too small and followup too short to estimate cancer
risks at lower exposures. No mesotheliomas were observed in
the cohort first employed after 1951; however, the followup
period is insufficient to address this question.

Berry et al. (1979) extended their 1968 observations con-
cerning asbestosis by including persons completing 10 or more
years employment by 1972. Persons who left after June 30,
1966, were also contacted and encouraged to participate, with
68 of 113 persons eventually participating. Outcome measures
studied included chest radiographs, medical examination in-
cluding assessment of basal crepitations, and pulmonary func-
tion (FEV, FVC, FRC, TLC, RF, TL, $PaCO_2$). Chest films were
read by four readers by the ILO/UC 1971 Classification system

22

with readings being averaged. Dust exposures were estimated for each person using available hygiene data and estimates of control effectiveness.

In this study, "possible asbestosis" was diagnosed based on one or more combinations of basal rales or crepitations, radiological changes, a falling transfer factor, and restrictive lung function changes. Among these 379 men, 60 cases of possible asbestosis were diagnosed by the factory medical officer, whereas 85 cases were diagnosed by an independent clinician. Collaboration by these investigators subsequently resulted in 82 men with crepitations, 58 with "possible asbestosis," and 34 with certified asbestosis. Using the exposure data, these authors estimated the cumulative dose necessary for a 1% incidence for crepitations, possible asbestosis, and certified asbestosis to be 43, 55, and 72 fibers/cc-year, respectively. These authors pointed out limitations of the cumulative dose concept and acknowledged the imprecision of their exposure estimates. Two cases of certified asbestosis were observed among non-smokers and nine among ex-smokers. There were, in general, fewer respiratory symptoms and signs in non-smokers and light smokers than in heavy and ex-smokers.

Elmes and Simpson (1977) have extended their earlier (1971) report to include deaths occurring since 1965 through 1975. The mortality trend has shifted from a preponderance of asbestosis and gastrointestinal cancer deaths to malignancies of the lung and mesothelioma, diseases associated with longer latent periods. These authors stated that their findings would suggest any standard based "on the prevention of asbestosis may not provide adequate protection against neoplasia."

Morbidity and mortality analysis by Lacquet et al. (1979) of workers in a Belgian asbestos cement factory revealed a strong dose-response relationship for asbestosis, and pleural and parenchymal lung changes. Pleural thickening and adhesions began occurring in the lowest dose category (0-49 fibers/cc-year). Parenchymal lung changes occurred less frequently. No cases of asbestosis were recognized in workers with less than 100 fiber-years of exposure. Asbestosis occurs more frequently and with shorter latency periods (as the exposure levels increase) and adverse mortality tends to occur at longer latency periods (as the dose decreases) (Seidman et al., 1979). Because the observation period of the Lacquet et al. study was only 15 years, it cannot be assumed that the absence of asbestosis in the low dose categories currently observed will not occur

23

have been reported by others (Elmes and Simpson, 1971; Kogan et al., 1972).

Cook and Olson (1979) have recently shown that sediment in human urine contains amphibole fibers, thus providing the first evidence that mineral fibers pass through the human gastrointestinal mucosa under normal conditions of the alimentary canal.

Stell and McGill (1973) found that of 100 men with squamous-cell carcinomas of the larynx, 31 had known exposure to asbestos, compared with only 3 in matched controls. Similar associations have been reported by Morgan and Shettigara (1976); Shettigara and Morgan (1975); Rubino et al. (1979); and Selikoff et al. (1979a). Newhouse et al. (1979), however, utilizing an interview of patients at the Royal National Throat, Nose, and Ear Hospital in London, found that asbestos exposure was not more common among cases as compared to controls.

Significant increases in cancer of the buccal cavity and of the pharynx have been reported by Selikoff et al. (1979a). Among 17,800 asbestos insulation workers they observed 16 deaths due to cancer of these sites whereas 10.1 deaths would have been expected based on U.S. white male rates.

Robinson et al. (1979) reported an excess of deaths due to lymphosarcoma and malignant lymphoma among white males employed in an asbestos textile, friction, and packing products manufacturing facility. There were 7 deaths due to cancer of these sites, while 3.28 cases were expected.

## V. SMOKING AND ASBESTOS

Hammond et al. (1979) recently reported the results of their 10-year followup study (January 1, 1967-December 31, 1976) of 12,051 asbestos insulation workers who had 20 or more years of work experience. They were able to obtain complete smoking histories of a large number of study subjects (8,220 workers) and compare their lung cancer mortality with that of a control population with a known smoking history. As a control population, 73,763 men in the American Cancer Society's prospective cancer prevention study were selected. These men were similar to asbestos workers in many respects. They were white males; non-farmers; had no more than a high school education; had a history of occupational exposure to dust, fumes, vapors, gases, chemicals, or radiation; and were alive as of January 1, 1967. Most of all, their smoking habits were also known.

25

in these low dose categories after a longer latent period, or that pleural and parenchymal lung changes are not indicators of early lung change that can or will progress to asbestosis. The mortality portion of the study revealed asbestosis and an excess of digestive cancer, but not excesses for lung cancer or mesothelioma. This, again, is not surprising since lung cancer and mesothelioma tend to develop after latent periods greater than 15 years.

Baselga-Monte and Segarra's (1978) examination of 1,262 workers employed in four factories in the Barcelona area demonstrated a dose-response relationship based upon radiologic images. The authors demonstrated a quick response for pleural radiological changes at individual cumulative doses as low as 5 fibers/cc-years, while the pulmonary and pleuropulmonary responses tend to appear later, but not at statistically different doses. The authors were reluctant to draw conclusions because of the design of the epidemiologic evaluation, which considered only active employees. Other epidemiologic studies of worker populations would indicate that evaluation of only active employees tends to underestimate the health risk since diseased workers oftentimes tend to self-select out of the active workforce (Fox and Collier, 1976; Enterline et al., 1972; Borow et al., 1973). Baselga-Monte and Segarra concluded that "the present worldwide trend to establish more exigent hygienic criteria for exposure to asbest(os) is confirmed." Based on their working model, this level for a 50-year working life should be 0.07-0.10 fiber/cc, "(taking into account protection levels of 89 and 95%)."

## Malignant Neoplasms other than Mesothelioma and Cancer of the Lung.

A number of epidemiological studies indicate less striking associations of excess risks of other types of cancers (in addition to bronchial and mesothelial) and occupational asbestos exposure. Selikoff (1977a) reported increased rates for cancer of the stomach and esophagus (20 observed vs. 6.46 expected) and cancer of colon (23 observed vs. 7.64 expected) among 632 asbestos insulation workers in the New York and New Jersey area. Selikoff et al. (1979) made similar observations among 17,800 asbestos insulation workers in the United States and Canada. They reported increased mortality from cancer of the esophagus (18 observed vs. 7.1 expected), stomach (18 observed vs. 14.2 expected), and colon and rectum (58 observed vs. 38.1 expected) among this study cohort. Similar observations

Age-standardized lung cancer mortality rates for control and asbestos workers were as follows:

| Groups | Exposure to asbestos | History of cigarette smoking | Death* rate | Mortality ratio |
|---|---|---|---|---|
| Control | No | No | 11.3 | 1.00 |
| Asbestos workers | Yes | No | 58.4 | 5.17 |
| Control | No | Yes | 122.6 | 10.85 |
| Asbestos workers | Yes | Yes | 601.6 | 53.24 |

*Rates per 100,000 man-years standardized for age on the distribution of the man-years of all the asbestos workers. Number of lung cancer deaths based on death certificate information.

Asbestos workers who did not smoke showed about a 5 times greater risk of dying of lung cancer when compared to the non-smoking control population. Asbestos workers who did smoke also had a 5 times greater risk of dying of lung cancer as compared to the controls who smoked. This means the relative risk associated with asbestos is about 5-fold for smokers and non-smokers alike. Therefore, the probability that their lung cancer was due to asbestos exposure is about 80% in both smokers and non-smokers.

The combined effect of smoking and asbestos exposure appears to be more than simple addition. If the combined effect were additive, one would expect death rates of 169.7 per 100,000 man-years among asbestos workers who smoked. This rate was derived from the sum of the baseline rate (11.3) plus the excess over that baseline due to asbestos (58.4-11.3=47.1) plus the excess due to smoking (122.6-11.3=111.3). The data seem rather to satisfy a multiplicative model. It was shown that smoking alone increased the death rate about 11 times, and asbestos alone increased it 5 times. Therefore, for a multiplicative model, the mortality ratio for those exposed to both asbestos and smoking would be 55 (5 times 11) times greater than those who

were exposed neither to asbestos nor to smoking. The mortality ratio for those exposed to asbestos and to cigarettes was actually 53.24.

Liddell et al. (1977) further analyzed the mortality experience of a cohort of chrysotile asbestos miners and millers previously studied by McDonald et al. (1973, 1974) and McDonald and McDonald (1976). This cohort of 10,951 men born between 1891 and 1920, and who had at least 1 month of employment, was followed through December 31, 1973. Cause of death was ascertained for 97% of the 4,037 known deaths, whereas 1,117 (10%) were lost to followup. Smoking habits were ascertained through a questionnaire administered to those living or to relatives of deceased workers who died after 1951. Unlike previous reports on this cohort, person-years were accumulated by 5-year age groups and 5-year periods of calendar time, with expected deaths by cause calculated using mortality rates for males in the Province of Quebec.

For this cohort, the SMR for all causes was 107, and a SMR of 125 was observed for cancer of the lung and pleura. There also were 40 pneumonoconiosis deaths. Using the whole cohort as the referent population, an excess of respiratory cancer was observed only after cumulative exposures of 300 mppcf-years (relative risk = 1.39). However, only 15 of the 40 pneumonoconiosis deaths occurred with exposures greater than 300 mppcf-years. When available smoking data were taken into account, lung cancer SMRs of 48 and 46 were calculated for non-smokers and ex-smokers, increasing to 206 for heavy smokers. There were seven mesothelioma deaths among the cohort.

The Liddell et al. study suffers in that an "unexposed" group is not used for dose-response analyses of lung cancer; thus, risk at low doses could not be estimated. Secondly, smoking-specific death rates were not used for calculation of expected lung cancer deaths, thus underestimating risks among non-smokers.

There is little or no evidence that cigarette smoking is related to increased risk of pleural or peritoneal mesothelioma (Hammond et al., 1972, 1979).

Data from two studies suggest that cigarette smoking may contribute to the risk of asbestosis. Hammond et al. (1979) reported that the asbestosis death rate of asbestos workers who smoked was 2.8 times as high as that of non-smoking

27

asbestos workers. Weiss (1971) reported a prevalence of pulmonary fibrosis of 40% (30/75) among asbestos workers who smoked in contrast to a prevalence of 24% (6/25) among non-smoking asbestos workers.

A small experimental study indicated that the particle clearance in the smokers was considerably slower than in the non-smokers. Cohen et al. (1979) reported that after a year 50 percent of magnetic dust ($Fe_3O_4$) originally deposited remained in the lungs of the smokers while only 10 percent remained in the lungs of the non-smokers. The authors suggested that smoking may impair the clearance of other dusts, including those that are toxic. This may help to explain the higher incidence of lung disease in smokers.

In summary, both asbestos and smoking are independently capable of increasing the risk of lung cancer mortality. When exposure to both occurs, the combined effect with respect to lung cancer appears to be multiplicative rather than additive. From the evidence presented, we may conclude that asbestos is a carcinogen capable of causing, independent of smoking, lung cancer and mesothelioma.

## VI. EXPOSURE TO ASBESTIFORM MINERALS OTHER THAN COMMERCIALLY MINED ASBESTOS

Gillam et al. (1976) reported a threefold excess risk of mortality from respiratory cancer and a twofold excess of non-malignant respiratory disease (excluding influenza and pneumonia) among miners exposed to amphibole fibers in the cummingtonite-grunerite ore series at concentrations less than 2.0 fibers/cm$^3$. A large majority of the airborne fibers was shorter than 5 μm in length. McDonald et al. (1978), in a subsequent study of the same mine, examined the mortality experience of persons with at least 21 years of employment at the mine and mill. This study showed significant excesses of pneumoconiosis (mainly silicosis), tuberculosis, and heart disease. No overall excess of malignant diseases was found. However, when the population was broken down by estimated exposure, respiratory cancer was in excess in the highest exposure group. The findings of McDonald et al. do not negate those reported by Gillam et al., but, rather, tend to strengthen them in that McDonald et al. used a rigid survival criteria (inclusion only of

28

those employed 21 or more years), and further diluted the underground exposed effect by including persons never exposed underground.

Commercial talc deposits are sometimes found to contain serpentines (chrysotile, antigorite, and lizardite) and fibrous and non-fibrous amphiboles. One important deposit studied has been mined in the Gouverneur Talc District of upper New York State. Talcs in this area contained less than 1-2% silica, but have been shown to contain tremolite and anthophyllite, resulting in elevated miner and miller exposures to these fibers (Dement and Zumwalde, 1979).

Kleinfeld et al. (1967, 1974) demonstrated elevated proportionate mortality due to lung cancer and respiratory disease among talc miners and millers in New York State. Brown et al. (1979) conducted a retrospective cohort mortality study among workers of one company in this area. The study cohort consisted of all white males initially employed sometime between January 1, 1947 and December 31, 1959, with followup through June 30, 1975. Expected cause-specific deaths were calculated using age, calendar time, and cause-specific mortality rates of the U.S. Among this cohort, 10 respiratory cancers were observed, whereas only 3.5 were expected. Excess mortality was also observed for non-malignant respiratory diseases. One case of mesothelioma was observed; however, this worker was known to have had prior employment with unknown exposures in the construction industry.

Gamble et al. (1979) studied respiratory disease morbidity among a cohort employed at the same mine and mill studied by Brown et al. (1979). A total of 121 currently employed workers were given a respiratory questionnaire, PA and lateral chest films, and spirometry tests. Talc workers with greater than 15 years employment were found to have an increased prevalence of pleural abnormalities compared to coal miners, potash miners, and chrysotile asbestos workers. $FEV_1$ and FVC reductions demonstrated significant association with particulate and fiber exposure.

Mesothelioma of the pleura and peritoneum have been detected in two villages in Turkey: Tuzkoy and Karain (Artvinli and Baris, 1979 and Baris et al., 1978). Mineralogical analysis of samples from ore and water has revealed the asbestiform mineral zeolite but no asbestos. These fibers were usually 1-2 $\mu$m in diameter and 30-40 $\mu$m in length. Annual rates of

29

malignant pleural mesothelioma in Tuzkoy were found to be 22 cases per 10,000 people, and 182 cases per 10,000 in Karain, while studies in Pennsylvania (Lieben and Pistawka, 1967), Finland (Nurminen, 1975), and England, Wales, and Scotland (Greenberg and Davies, 1974) reported annual incidences of 1 to 2.3 cases per 1,000,000 persons.

## VII. NON-OCCUPATIONAL EXPOSURE TO COMMERCIAL SOURCES OF ASBESTOS

Anderson et al. (1979) reported on the occurrence of X-ray abnormalities among household contacts of workers in an amosite asbestos factory. The study cohort consisted of 679 household contacts who had lived in the household of an actively employed amosite asbestos factory worker and who themselves had not had occupational exposure to asbestos or other fibrogenic dust. These individuals were given a PA chest film which was read by five readers according to the ILO/UC Classification of 1971. For comparison, 325 controls living in the same community as the study subjects, matched by age and sex, were examined.

Among the study population, there was a 17% prevalence of small opacities, versus 3% for the controls. Pleural calcifications were present in 8% of the household contacts and were seen in none of the controls. There were 35% with one or more radiological abnormalities among household contacts in contrast to 5% among controls. An increasing prevalence of all abnormalities with duration of exposure was observed.

Churg et al. (1978) reported a case of mesothelioma of the pericardium in a man treated 15 years earlier for angina pectoris by dusting of the pericardial cavity with a mixture of fibrous dusts including anthophyllite asbestos, tremolite asbestos, and fibrous glass.

## VIII. DOSE-RESPONSE RELATIONSHIPS

Evidence available to date indicates that a large dose of asbestos will produce a bigger health hazard than a small dose. Seidman et al. (1979), using the length of time worked in an amosite asbestos factory as a measure of the dosage of asbestos, reported an increased risk of dying from lung cancer with increasing duration of employment. Henderson and Enterline (1979), using cumulative dust exposure as an estimate of dose,

reported that the dose-response relationship for lung cancer is more likely linear. They predicted the relationship to be SMR=100+0.658 times cumulative dust exposure (mppcf-years). Liddell et al. (1977) also reported a similar relationship, i.e., a tendency for the mortality for lung cancer to increase with the dose.

Berry et al. (1979) reported that the occurrence of crepitations, possible asbestosis, and certified asbestosis was related to the cumulative dose.

Newhouse and Berry (1973) suggested that the risk of dying from mesothelioma increases with increasing dose. Jones et al. (1979) reported a linear relationship between the mesothelioma rate and length of exposure. In a study of the women workers in a wartime gas mask factory, they found that women having a long employment period had a higher proportion of death due to mesothelioma than those who had a short period of employment.

Although there appears to be little dispute that a larger dose of asbestos will pose a greater health risk, the exact nature of the dose-response relationships may be subject to considerable debate. This is so primarily because of problems of exposure estimation. Methods of measuring dust levels have changed over time with respect to sampling instrument (thermal precipitation vs. midget impinger vs. membrane filter), location of sampling (personal vs. area), and dust counting (particles vs. actual fibers) and/or evaluation techniques (whole fields vs. eyepiece graticule). As a result, conversion of dust levels obtained by one method to levels comparable to another method is far from simple, and is subject to considerable error. Another factor which may lead to differences of opinion on the exact shape of the dose-response curve is the measure of the dose. The commonly used measures of exposure are the cumulative dose and the duration of employment. Since using cumulative dose as a measure of exposure gives equal weight to the concentrations of dust experienced in each year of exposure, exposure of many years ago is considered as important as recent exposure. This practice is unrealistic for the chronic diseases having a long latency period. Duration of employment has also been used as a measure of exposure under the assumption that increasing the work time approximates increasing the dose. This procedure has the same problem as using the cumulative dose. Fur-

31

thermore, in the absence of reliable past exposure data, the duration of employment may not equal the total dose of asbestos.

With regard to the linear hypothesis, the British Advisory Committee on Asbestos stated the following in 1979:

> Our reasons for preferring a linear hypothesis are:
> (1) It fits the data for occupational exposures;
> (2) it is the simplest hypothesis and the one most readily used for extrapolation to the probable effects of low doses; (3) it is likely to lead to an overestimate rather than underestimate of risks at very low doses. (Final Report, Vol. 2, p. 14).

Data available to date provide no evidence for the existence of a threshold level. Virtually all levels of asbestos exposure studied to date demonstrated an excess of asbestos-related disease.

32

# References

Acheson ED and Gardner MJ (1979): Mesothelioma and Exposure to Mixtures of Chrysotile and Amphibole Asbestos. Arch. Environ. Hlth., 34: 240.

Ampian SG (1978): Asbestos Minerals and Their Non-Asbestos Analogs. *Electron Microscopy of Microfibers*. Eds.: Asher, IM and McGrath, PP. U.S. Gov't Printing Office, Washington, D.C., 12.

Anderson HA, Lilis R, Daum SH, et al. (1976): Household-Contact Asbestos Neoplastic Risk. Ann. N.Y. Acad. Sci., 271: 311.

Anderson HA, Lilis R, Daum SH, et al. (1979): Household Exposure to Asbestos and Risk of Subsequent Disease. *Dusts and Disease*. Eds.: Lemen, RA and Dement, JM. Pathotox Publishers, Inc., Park Forest South, Ill., 145.

Artvinli M and Baris YI (1979): Malignant Mesothelioma in a Small Village in the Anatolian Region of Turkey: An Epidemiologic Study. J. Natl. Canc. Inst., 63: 17.

Baris YI, Sahin AA, Ozesmi M, et al. (1978): An Outbreak of Pleural Mesothelioma and Chronic Fibrosing Pleurisy in the Village of Karain/Urgup in Anatolia. Thorax, 33:181.

Baselga-Monte M and Segarra F (1978): Epidemiological Study of Asbestosis in the Barcelona Area: A Dose-Response Relationship. Presented at the XIX International Congress on Occupational Health, Dubrovnik, Yugoslavia. September 25-30, 1978.

Berry G, Gilson JC, Holmes S, et al. (1979): Asbestosis: A Study of Dose-Response Relationships in an Asbestos Textile Factory. Brit. J. Ind. Med., 36: 98.

Bohlig H and Hain E (1973): Cancer in Relation to Environmental Exposure. Eds.: Bogovski P, et al., *Biological Effects of Asbestos*. IARC, Lyon, France.

Borow M, Coston A, Livernese L, et al. (1973): Mesothelioma Following Exposure to Asbestos: A Review of 72 Cases. Chest, 64: 641.

Boutin C, Viallat J, Pietri J (1979): Radiological Features in Chrysotile Asbestos Mine and Mill Workers in Corsica. Presented at the Symposium on Biological Effects of Mineral Fibres, IARC, Lyon, France, September 25-27, 1979.

British Advisory Committee on Asbestos: Final Report of the Advisory Committee on Asbestos. Her Majesty's Stationery Office, London, England, 1979.

British Occupational Hygiene Society (1968): Hygiene Standards for Chrysotile Asbestos Dust. Ann. Occup. Hyg., 11: 47.

Brown DP, Dement JM and Wagoner JK (1979): Mortality Patterns among Miners and Millers Occupationally Exposed to Asbestiform Talc. *Dusts and Disease*. Eds.: Lemen RA and Dement JM. Pathotox Publishers, Inc., Park Forest South, Ill., 317.

33

Campbell WJ, Blake RL, Brown LL, et al. (1977): Selected Silicate Minerals and Their Asbestiform Mineralogical Definitions and Identification-Characterization. U.S. Bureau of Mines Infn. Cir. 8751, U.S. Dept. Int., Washington, D.C.

Chovil A and Stewart C (1979): Latency Period for Mesothelioma (Lett). Lancet, II: 853.

Churg A, Warnock ML and Bensch KG (1978): Malignant Mesothelioma Arising After Direct Application of Asbestos and Fiber Glass to the Pericardium. Am. Rev. Resp. Dis., 118: 419.

Cohen D, Arai SP and Brain JD (1979): Smoking Impairs Long-term Dust Clearance from the Lung. Science, 204: 514.

Cook PM and Olson GF (1979): Ingested Mineral Fibers: Elimination in Human Urine. Science, 204: 195.

Dement JM and Zumwalde RD (1979): Occupational Exposures to Talcs Containing Asbestiform Minerals. *Dusts and Disease*. Eds.: Lemen RA and Dement JM. Pathotox Publishers, Inc., Park Forest South, Ill., 287.

Dement JM, Zumwalde RD and Wallingford KM (1976): Discussion Paper: Asbestos Fiber Exposures in a Hard Rock Gold Mine. Ann. N.Y. Acad. Sci., 271: 345.

Doll R (1955): Mortality from Lung Cancer in Asbestos Workers. Br. J. Ind. Med., 12:81.

Elmes PC and Simpson MJC (1971): Insulation Workers in Belfast, III, Mortality 1940-1966. Br. J. Ind. Med., 28: 226.

Elmes PC and Simpson MJC (1977): Insulation Workers in Belfast. A Further Study of Mortality Due to Asbestos Exposure (1940-75). Br. J. Ind. Med., 34: 174.

Enterline PE, DeCoufle P, and Henderson V (1972): Mortality in Relation to Occupational Exposure in the Asbestos Industry. J. Occup. Med., 14: 897.

Fox AJ and Collier PF (1976): Low Mortality Rates in Industrial Cohort Studies Due to Selection of Work and Survival in the Industry. Br. J. Prev. Soc. Med., 30: 225.

Gale RW and Timbrell V (1979): Practical Application of Magnetic Alignment of Mineral Fibres for Hazard Evaluation. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Gamble J, Fellner W and DiMeo JM (1979): Respiratory Morbidity Among Miners and Millers of Asbestiform Talc. *Dusts and Disease*. Eds.: Lemen RA and Dement JM. Pathotox Publishers, Inc., Park Forest South, Ill., 307.

Gillam JD, Dement JM, Lemen RA, et al. (1976): Mortality Patterns Among Hard Rock Gold Miners Exposed to An Asbestiform Mineral. Ann. N.Y. Acad. Sci., 271: 336.

Greenberg M and Davies TA (1974): Mesothelioma Register, 1967-68. Br. J. Ind. Med., 31: 91.

Hammond EC and Selikoff LJ (1972): Relation of Cigarette Smoking to Risk of Death of Asbestos–Associated Disease among Insulation Workers in the United States. *Biological Effects of Asbestos*. Eds.: Bogovski P, et al. IARC, Lyon, France.

Hammond EC, Selikoff LJ, and Seidman H (1979): Asbestos Exposure, Cigarette Smoking, and Death Rates. Ann. N.Y. Acad. Sci., 330: 473, 1979.

Henderson UL and Enterline PE (1979): Asbestos Exposure: Factors Associated with Excess Cancer and Respiratory Disease Mortality. Ann. N.Y. Acad. Sci., 330: 117.

Hughes J and Weill H (1979): Lung Cancer Risk Associated with Manufacture of Asbestos Cement Products. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man. Asbestos, Vol. 14. IARC, Lyon, France, 1977.

International Workshop on the In Vitro Effects of Mineral Dusts. 4-7 Sept. 1979. Medical Research Council Pneumoconiosis Unit, LLandough Hospital, Penarth, U.K.

Jones EN, Diem JE, Gilson JC, et al. (1979): Progression of Asbestos Radiographic Abnormalities: Relationships to Measure of Dust Exposure and Annual Decline in Lung Function. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Jones JSP, Pooley FD, Clark NJ, et al. (1979): The Pathology and Mineral Content of Lungs in Cases of Mesothelioma In the United Kingdom in 1976. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Jones JSP, Pooley FD, and Smith PG (1976): Factory Populations Exposed to Crocidolite Asbestos–A Continuing Survey. Environmental Pollution and Carcinogenic Risks. Inserm Symposia Series, Vol. 52, IARC Scientific Publications No. 13. IARC, Lyon, France, 117.

Jones JSP, Smith PG, Pooley FD, et al.(1979): The Consequences of Asbestos Dust Exposure in a Wartime Gas Mask Factory. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Kim WS, Carter KW, and Kupel RE (1979): Test for Screening Asbestos. DHEW (NIOSH) Publication No. 80-110.

Kiviluoto R (1960): Pleural Calcification as a Roentogenologic Sign of Non-occupational Endemic Anthophyllite–Asbestosis. Acta Radiol., suppl 194: 1.

Kleinfeld M, Messite J, Kooyman O, and Zaki MH (1967): Mortality Among Talc Miners and Millers in New York State. Arch. Environ. Hlth., 14: 663.

Kleinfeld M, Messite J, and Zaki MH (1974): Mortality Experiences Among Talc Workers: A Follow-up Study. J. Occup. Med., 16: 345.

35

Knox JF, Holmes S, Doll R, et al. (1968): Mortality from Lung Cancer and Other Causes Among Workers in an Asbestos Textile Factory. Br. J. Ind. Med., 25: 293.

Kogan FM, Guselnikova NA, and Gulevskaya HR (1972): Cancer Mortality Rate Among Workers in the Asbestos Industry in the Urals. Gig. i Sanit., 37(7):29.

Kung-Vosamae A and Vinkmann F (1979): Combined Carcinogenic Action of Chrysotile Asbestos Dust and Nitrosodiethylamine (NDEA) on the Respiratory Tract in Syrian Golden Hamsters. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Lacquet LM, van der Linden L, and Lepoutre J (1979): Pleural Changes, Asbestosis, and Causes of Death in a Belgian Asbestos-Cement Factory. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Lange BA and Haartz JC (1979): Determination of Microgram Quantity of Asbestos by X-Ray Diffraction: Chrysotile in Thin Dust Layers of Matrix Material. Anal. Chem., 51: 520.

Langer AM, Rohl AN, Wolff MS, et al. (1979): Asbestos, Fibrous Minerals and Acicular Cleavage Fragments: Nomenclature and Biological Properties. *Dusts and Disease*. Eds.: Lemen RA and Dement JM. Pathotox Publishers, Inc., Park Forest South, Ill., 1.

Leidel NA, Bayer SG, Zumwalde RD, et al. (1979): USPHS/NIOSH Membrane Filter Method for Evaluating Airborne Asbestos Fiber. DHEW, NIOSH Publication No. 79-127.

Lewinsohn HC (1972): The Medical Surveillance of Asbestos Workers. Roy. Soc. Hlth. J., 92: 69.

Liddell FDK, McDonald JC, and Thomas DC (1977): Methods of Cohort Analysis: Appraisal by Application to Asbestos Mining. J. Roy. Stat. Soc., Part A, 140: 469.

Lieben J and Pistawka H (1967): Mesothelioma and Asbestos Exposure. Arch. Environ. Hlth., 14: 559.

Lilienfeld P and Elterman PB (1977): Development and Fabrication of a Prototype Fibrous Aerosol Monitor. DHEW (NIOSH) Publication No. 78-125.

Lilienfeld P, Elterman PB, and Baron P (1979): Development of a Prototype Fibrous Aerosol Monitor. Am. Ind. Hyg. Ass. J., 40: 270. Masse R, Sebastien P, Monchaux G, et al. (1979): Experimental Demonstration of the Penetration of Fibers through the Gastrointestinal Tract. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

McDonald AD, Magner D, and Eyssen G (1973): Primary Malignant Mesotheliomal Tumors in Canada, 1960-1968. A Pathologic Review by the Mesothelioma Panel of the Canadian Tumor Reference Centre. Cancer, 31: 869.

McDonald AD and McDonald JC (1976): Etudes Epidemiologiques sur

les Maladies due a l'amiante au Canada. Rev. Franc. Mal. Resp., 4, suppl. 2, 25.

McDonald AD and McDonald JC (1978): Mesothelioma after Crocidolite Exposure during Gas Mask Manufacture. Environ. Res. 17: 340.

McDonald JC (1978): Exposure Relationships and Malignant Mesothelioma. Proceedings of Asbestos Symposium, Johannesburg, South Africa, 3-7 October 1977. Ed.: Glen HW. National Institute for Metallurgy, Randburg, South Africa.

McDonald JC, Becklake MR, Gibbs GW., et al. (1974): The Health of Chrysotile Asbestos Miners and Mill Workers of Quebec. Arch. Environ. Hlth., 28: 61.

McDonald JC, Gibbs GW, Liddell FVD, and McDonald AD (1978): Mortality After Long Exposure to Cummingtonite Grunerite. Am. Rev. Resp. Dis., 118: 271.

Morgan RW and Shettigara PT (1976): Occupational Asbestos Exposure, Smoking and Laryngeal Cancer. Ann. N.Y. Acad. Sci., 271: 308.

Murphy RLH, Ferris BG, Burgess WA, et al. (1971): Effects of Low Concentrations of Asbestos. Clinical, Environmental, Radiologic and Epidemiologic Observations in Shipyard Pipe Coverers and Controls. N. Engl. J. Med., 285: 1271.

Murphy RLH, Gaensler EA, Ferris BG, et al. (1978): Diagnosis of "Asbestosis." Observations from a Longitudinal Survey of Shipyard Pipe Coverers. Am. J. Med., 65: 488.

National Academy of Sciences (1977): Drinking Water and Health, Safe Drinking Water Committee.

Newhouse ML (1973): Cancer Among Workers in the Asbestos Textile Industry. Biological Effects of Asbestos. Eds.: Bogovski P, et al., IARC, Lyon, France.

Newhouse ML and Berry G (1973): Asbestos and Laryngeal Carcinoma. Lancet, II: 615.

Newhouse ML, Gregory MM, and Shannon H (1979): Aetiological Factors in Carcinoma of the Larynx. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Newhouse ML and Thompson H (1965): Mesothelioma of Pleura and Peritoneum Following Exposure to Asbestos in the London Area. Br. J. Ind. Med., 22: 261.

Nicholson WJ, Selikoff LJ, Seidman H, et al. (1979): Long-term Mortality Experience of Chrysotile Miners and Millers in Thetford Mines, Quebec. Ann. N.Y. Acad. Sci., 330:11.

NIOSH (1972): Criteria for a Recommended Standard...Occupational Exposure to Asbestos. DHEW (NIOSH) Publication No. 72-10267.

NIOSH (1976): Revised Recommended Asbestos Standard. DHEW (NIOSH) Publication No. 77-169.

37

Nurminen M (1975): The Epidemiologic Relationship Between Pleural Mesothelioma and Asbestos Exposure. Scand. J. Work Environ. Hlth., 1: 128.

Peto J (1979): Lung Cancer Mortality in Relation to Measured Dust Levels in an Asbestos Textile Factory. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Peto J, Doll R, Howard SV, et al. (1977): A Mortality Study Among Workers in an English Asbestos Factory. Br. J. Ind. Med., 34: 169.

Pott F (1979): Animal Experiment of Biological Effects of Mineral Fibers. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Pylev L (1979): Pretumorous Lesions, Lung and Pleural Tumors Induced by Asbestos in Rats, Syrian Golden Hamster and Monkey. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Robinson CF, Lemen RA, and Wagoner JK (1979): Mortality Patterns, 1940-1975, Among Workers Employed in an Asbestos Textile Friction and Packing Products Manufacturing Facility. *Dusts and Disease.* Eds.: Lemen RA and Dement JM, Pathotox Publishers, Inc., Park Forest South, Ill., 131.

Rossiter CE, Bristol LJ, Cartier PH, et al. (1972): Radiographic Changes in Chrysotile Asbestos Mine and Mill Workers in Quebec. Arch. Environ. Hlth., 24: 388.

Rubino GF, Piolatto G, Newhouse ML, et al. (1979): Mortality of Chrysotile Asbestos Workers at the Balangero Mine, Northern Italy. Br. J. Ind. Med., 36: 187.

Seidman H, Selikoff LJ, and Hammond EC (1979): Short-Term Asbestos Work Exposure and Long-Term Observation. Ann N.Y. Acad. Sci., 330:61

Selikoff LJ (1977a): Cancer Risk of Asbestos Exposure. *Origins of Human Cancer* Vol. 4, Book C. Eds.: Hiatt HH, et al. Cold Spring Harbor Laboratory, 1765.

Selikoff LJ (1977b): Clinical Survey of Chrysotile Asbestos Miners and Millers in Baire Verte, Newfoundland—1976. Report to the National Institute of Environmental Health Sciences, December 22, 1977, Research Triangle Park, N.C.

Selikoff LJ, Hammond EC, and Seidman H (1979): Mortality Experience of Insulation Workers in the United States and Canada, 1943-1976. Ann. N.Y. Acad. Sci., 330: 91

Selikoff LJ, Lilis R, and Nicholson WJ (1979): Asbestos Disease in United States Shipyards. Ann. N.Y. Acad. Sci., 330: 295

Shettigara PT and Morgan RW (1975): Asbestos, Smoking and Laryngeal Carcinoma. Arch. Environ. Hlth., 30: 517.

Smith WE, Hubert DD, and Sobel HJ (1979): Dimensions of Fibers in Relation to Biologic Activity. Presented at the Symposium on Biological Effects of Mineral Fibers. IARC, Lyon, France, September 25-27, 1979.

Stanton MS, Layard M, Miller M, et al. (1977): Carcinogenicity of Fibrous Glass: Pleural Response in the Rat in Relation to Fiber Dimensions. J. Natl. Canc. Inst., 58: 587.

Stell PM and McGill T (1973): Asbestos and Laryngeal Carcinoma. Lancet, II: 416.

Wagner JC (1979): The Complexities in the Evaluation of Epidemiologic Data of Fiber-Exposed Populations. *Dusts and Disease*. Eds.: Lemen RA and Dement JM. Pathotox Publishers, Inc., Park Forest South, Ill., 37.

Wagner JC, Berry G, Skidmore JW, et al. (1974): The Effects of the Inhalation of Asbestos in Rats. Br. J. Canc. 29: 252.

Wagner JC, Berry G, Skidmore JW, et al. (1979): The Comparative Effects of Three Chrysotiles by Injection and Inhalation in Rats. Presented at the Symposium on Biological Effects of Mineral Fibres. IARC, Lyon, France, September 25-27, 1979.

Wagner JC, Berry G, and Timbrell V (1973): Mesothelioma in Rats after Inoculation with Asbestos and Other Materials. Br. J. Canc., 28: 173.

Wagoner J, Johnson WM, and Lemen RA (1973): Malignant and Non-Malignant Respiratory Disease Mortality Patterns Among Asbestos Production Workers. In: Congressional Record—Senate Proceedings and Debates of the 93rd Congress, First Session, 119, Part 6, Washington, D.C., U.S. Gov't Printing Office, S-4660.

Weill H, Hughes J, and Waggenspack C (1979): Influence of Dose and Fiber Type on Respiratory Malignancy Risk in Asbestos Cement Manufacturing. Am. Rev. Resp. Dis., 120: 345.

Weiss W (1971): Cigarette Smoking, Asbestos, and Pulmonary Fibrosis. Am. Rev. Resp. Dis., 104: 223.

Weiss W (1977): Mortality of a Cohort Exposed to Chrysotile Asbestos. J. Occup. Med., 19: 737.

Zoltai T (1978): History of Asbestos-Related Mineralogical Terminology. Nat. Bur. Stand. Sp. Pub. 506: Workshop on Asbestos: Definitions and Measurement Methods. Eds.: Gravatt CC, et al. U.S. Gov't Printing Office, Washington, D.C.

★ U.S. GOVERNMENT PRINTING OFFICE: 1980--757-074/1053

# Exhibit 86

```
                                                  Page 1

  1              SUPERIOR COURT OF NEW JERSEY
                 LAW DIVISION - MIDDLESEX COUNTY
  2              DOCKET NO. MID-1809-17AS
                 APPELLATE DOCKET NO._____
  3
  4    DOUGLAS AND ROSALYN BARDEN,     )
                                       )  TRIAL
  5              Plaintiff,            )
                                       )
  6              v.                    )
                                       )  (VOLUME 1 OF 2)
  7    BRENNTAG NORTH AMERICA, et al., )
                 Defendants.           )
  8    ----------------------------    )
       DAVID CHARLES ETHERIDGE AND     )
  9    DARLENE PASTORE ETHERIDGE,      )  MID-L-0932-17AS
                                       )
 10              Plaintiffs,           )
                                       )
 11              v.                    )
                                       )
 12    BRENNTAG NORTH AMERICA, et al., )
                                       )
 13              Defendants.           )
       ----------------------------    )
 14    D'ANGELA McNEILL-GEORGE,        )
                                       )  MID-L-7049-16AS
 15              Plaintiff,            )
                                       )
 16              v.                    )
                                       )
 17    BRENNTAG NORTH AMERICA, et al., )
                                       )
 18              Defendants.           )
       ----------------------------    )
 19    WILLIAM AND ELIZABETH RONNING,  )
                                       )  MID-L-6040-17AS
 20              Plaintiffs,           )
                                       )
 21              v.                    )
                                       )
 22    BRENNTAG NORTH AMERICA, et al., )
                                       )
 23              Defendants.           )
 24
 25    Job No. NJ3446610
```

Priority-One Court Reporting Services Inc. – A Veritext Company
718-983-1234

```
                                                    Page 2

 1

 2          Place:    Middlesex County Courthouse
                      56 Paterson Street
 3                    New Brunswick, New Jersey  08903

 4
            Date:     Monday, July 22, 2019
 5                    9:24 a.m.
                      (Volume 1 of 2)
 6                    (Pages 1 - 200)

 7

 8

 9

10

11   Before:

12          HON. ANA C. VISCOMI, J.S.C.,

13

14

15

16

17   TRANSCRIPT ORDERED BY:

18          MOSHE MAIMON ESQ.
            LEVY KONIGSBERG

19

20

21
                      SILVIA P. WAGE, CCR CRR
22                    PRIORITY ONE
                      290 West Mount Pleasant Avenue
23                    Livingston, New Jersey  07039
                      (718) 983-1234
24                    E-mail:  P1steno@veritext.com

25
```

```
                                                              Page  3

  1     A P P E A R A N C E S:
  2
                CHRISTOPHER PLACITELLA, ESQ.
  3             COHEN PLACITELLA & ROTH
                127 Maple Avenue
  4             Red Bank, New Jersey  07701
                -and-
  5             MOSHE MAIMON, ESQ.
                LEVY KONIGSBERG
  6             800 Third Avenue
                11th Floor
  7             New York, New York  10022
                -and-
  8             CHRIS J. PANATIER, ESQ.
                SIMON GREENSTONE PANATIER
  9             1201 Elm Street
                Suite 3400
 10             Dallas, Texas  75270
                Attorneys for Plaintiffs, Douglas and
 11             Rosalyn Barden, Charles Etheridge and
                Darlene Pastore Etheridge, D'Angela
 12             McNeill-George, William and Elizabeth
                Ronning
 13
 14             DIANE P. SULLIVAN, ESQ.
                JACK NOLAN, ESQ.
 15             WEIL GOTSCHAL & MANGES LLP
                17 Hulfish Street
 16             Suite 201
                Princeton, New Jersey  08542
 17             -and-
                JOHN C. GARDE, ESQ.
 18             JOHN FLAHERTY, ESQ.
                McCARTER & ENGLISH
 19             Four Gateway Center
                100 Mulberry Street
 20             Newark, New Jersey  07102
                Attorneys for Defendants Johnson & Johnson,
 21             and Johnson & Johnson Consumer, Inc.
 22
 23
 24
 25
```

```
                                                    Page 4

 1                          I N D E X
 2    WITNESS:  JOHN HOPKINS                         PAGE
 3    DIRECT EXAMINATION BY MR. PANATIER             12
 4                     E X H I B I T S
 5    NO.                DESCRIPTION                  PAGE
 6    Plaintiff's Exhibit 2064                       190
      Plaintiff's Exhibit 2304                       199
 7    Plaintiff's Exhibit 2345                       121
      Plaintiff's Exhibit 2360                       107
 8    Plaintiff's Exhibit 2364                       199
      Plaintiff's Exhibit 2367                       199
 9    Plaintiff's Exhibit 2368                       199
      Plaintiff's Exhibit 2374                       199
10    Plaintiff's Exhibit 2381                       199
      Plaintiff's Exhibit 2382                       199
11    Plaintiff's Exhibit 2385                       199
      Plaintiff's Exhibit 2390                       199
12    Plaintiff's Exhibit 2391                       199
      Plaintiff's Exhibit 2393                       199
13    Plaintiff's Exhibit 2403                       199
      Plaintiff's Exhibit 2412                       199
14    Plaintiff's Exhibit 2413                       199
      Plaintiff's Exhibit 2434                       199
15    Plaintiff's Exhibit 2594                       111
      Plaintiff's Exhibit 2614                       197
16    Plaintiff's Exhibit 2738                       72
      Plaintiff's Exhibit 2836                       90
17    Plaintiff's Exhibit 3162                       118
      Plaintiff's Exhibit 3173                       139
18    Plaintiff's Exhibit 3378                       199
      Plaintiff's Exhibit 3624                       148
19    Plaintiff's Exhibit 3695-14                    82
      Plaintiff's Exhibit 3695-15                    59
20    Plaintiff's Exhibit 3695-8                     51
      Plaintiff's Exhibit 3695-22                    199
21    Plaintiff's Exhibit 3695-23                    161
      Plaintiff's Exhibit 3695-27                    178
22
23
24
25
```

Page 5

```
1                    THE COURT:  Good morning, Dr.
2      Hopkins.
3                    THE WITNESS:  Good morning, your
4      Honor.
5                    (Sidebar.)
6                    THE COURT:  So we are at sidebar and
7      we began argument on Friday.  I think all the
8      arguments were in relative to --
9                    (There is a discussion off the
10           record.)
11                   THE COURT:  I don't know.  Was there
12     additional argument that counsel wanted to make or
13     are we done with argument?  (INAUDIBLE.)
14                   MS. SULLIVAN:  And just to emphasize,
15     your Honor, Evidence Rule 701 and lay opinion from
16     fact witnesses can be permitted, if it's consistent
17     with your experience in product -- particularly, in
18     product liability case.
19                   And, specifically, citing the
20     Appellate Division's decision in Navarro v. George
21     Koch & Sons, 512 -- I'm sorry, 211 N.J. Super. 558
22     and, actually, the Court held it might be reversible
23     to not permit that kind of testimony.
24                   MR. MAIMON:  Just a moment, your
25     Honor.
```

Page 6

1              THE COURT:  Sure.

2              MR. MAIMON:  So Rule 701 does allow

3    lay opinion testimony.  But that has to be based on

4    the perception of the witness.  And so the classic

5    example is that a witness can say how fast was a car

6    going but, for instance, the Appellate Division and

7    the Supreme Court has held that it would be error to

8    let a police officer say the car was going so fast

9    and the car was speeding based on the statements of

10   others because that's just a vehicle to admit

11   hearsay.  And I'm just looking at the commentary on

12   Rule 701.

13              Very clearly, the commentary makes

14   that a nonexpert may give his opinions on matters of

15   common knowledge and observation but not on areas

16   that would usurp the function of expert opinion.

17              The discussion of products liability

18   cases has been restricted to people who were

19   involved in the design so that the designers of

20   products such as a chair, and that's the Navarro

21   case, could say that providing an undersized chair,

22   this is the reason it was designed that way, so

23   that's somewhat of an opinion, but it's not an

24   opinion where it goes to the product defect.  It's

25   not an opinion that's an expert opinion.  It's

1    opinion within not only the knowledge but the

2    perception of somebody.  And I think that we get --

3    we get confused when we say that a person's personal

4    knowledge is based on what other people have told

5    them.  And our courts have said that the party

6    opponent exception is -- is allowed to have those

7    statements.  But the same way in which we could

8    offer in the Answers to Interrogatories of Johnson &

9    Johnson, they could not offer in their own Answers

10   to Interrogatories.

11                  We could offer the corporate

12   representative deposition of Johnson & Johnson.  The

13   rule on admissibility of depositions makes it clear

14   as well as the case law they could not offer their

15   own.  And so we do not believe that Dr. Hopkins can

16   offer any opinions where he lacks personal

17   knowledge.

18                  MS. SULLIVAN:  And, your Honor, just

19   to follow up on the Navarro case, it wasn't the

20   chair case.  It actually involves the design of

21   latches and the Court held that the employee there

22   who was familiar with design manufacturer testing

23   issues should be able to testify consistent with his

24   knowledge and experience with the company.

25                  MR. PLACITELLA:  And that employee

```
                                            Page 8
```

1    had personal knowledge.

2                    THE COURT:  Okay.  So here where this

3    is going to come in is the whole issue with his

4    cross-examination and so I previously ruled so

5    there's no personal use testimony coming in.

6    There's no expert testimony going to come in because

7    he's not an expert.  There is no hearsay testimony

8    coming in unless it meets one of the exceptions.

9                    With regard to this whole area, I

10   believe, this is going to -- from what you've --

11   Counsel advised really kind of come up during

12   cross-examination of the witness.

13                   So I've previously allowed testimony

14   within, I believe, the confines of 602 and 701.  We

15   have to remember his role at the company was as the

16   head of product safety for the time period that he

17   was there.  And so if it's within his personal

18   knowledge in that role, the Court will allow that

19   testimony.

20                   This is going to be the situation

21   where, I mean, Counsel, if you feel that he's going

22   outside that role and not testifying within his

23   personal knowledge, then we can come to sidebar.

24                   MR. PANATIER:  Yes, your Honor.

25                   THE COURT:  Okay?

Page 9

1                    MR. MAIMON:  Understood.

2                    MS. SULLIVAN:  Yes, your Honor.

3                    THE COURT:  Thank you.

4                    MR. MAIMON:  Thank you, your Honor.

5                    (Sidebar ends.)

6                    THE COURT:  So let's get the Jurors

7     in.  Everything is working here now.

8                        I'll step out so we can bring in the

9     Jurors.

10                    (Recess taken 9:32 a.m.)

11                    (Jury enters.)

12                    THE COURT:  Good morning.  Please be

13    seated.  Make sure cell phones are turned off.

14    Officer, you can just give the envelopes to the

15    Jurors, they'll pass them around to the correct

16    individuals.

17                    THE WITNESS:  May I approach?

18                    THE COURT:  Yes, please.  Have a

19    seat, Dr. Hopkins.

20                        Good morning, everyone.  Today is

21    July 22, 2019.  This is the trial in the matter of

22    Douglas and Rosalyn Barden versus Johnson &

23    Johnson -- Counsel, you may be seated -- Darlene and

24    David Etheridge versus Johnson & Johnson, D'Angela

25    McNeill versus Johnson & Johnson and William and

Page 10

1    Elizabeth Ronning versus Johnson & Johnson.

2                    May I have appearances please for

3    the Plaintiffs.

4                    MR. MAIMON:  Thank you, your Honor.

5    Good morning.  Good morning, everyone.  Moshe

6    Maimon, Chris Panatier and Chris Placitella for the

7    Bardens, the Etheridges, the Ronnings and Ms.

8    McNeill.

9                    THE COURT:  Thank you.

10                   And on behalf of the Defendant,

11   Johnson & Johnson and Johnson & Johnson Consumer,

12   Incorporated.

13                   MS. SULLIVAN:  Thank you, your Honor,

14   good morning.  Hi, Jurors.  Good morning, everyone.

15   Diane Sullivan and Jack Nolan for J&J.

16                   MR. NOLAN:  Good morning.

17                   THE COURT:  Welcome back, Members of

18   the Jury.  As you may recall, we have not finished

19   the testimony of Dr. Compton who started his

20   testimony on Friday.  Similarly, we have not

21   completed the testimony of Dr. Webber.

22                   In order to accommodate witnesses'

23   schedule, we're now going to move to a different

24   witness.

25                   Plaintiffs may call their next

Page 11

1    witness.

2                    MR. PANATIER:  Thank you, your Honor.

3                    At this time Plaintiffs call the

4    corporate representative of Johnson & Johnson, John

5    Hopkins, who is already standing at the witness

6    stand.

7                    DR. HOPKINS:  Thank you.  Good

8    morning, Jury.  Good morning, your Honor.

9                    THE COURT:  Good morning.

10                   Could you please remain seated,

11   Dr. Hopkins, momentarily, while you are administered

12   the oath.  If you could remain standing, I'm sorry.

13   If I said "seated," I apologize.

14                   THE CLERK:  State your full name and

15   spell your last name, please.

16                   THE WITNESS:  John Hopkins,

17   H-O-P-K-I-N-S.

18   J O H N   H O P K I N S,                  SWORN.

19                   THE COURT:  Officer, if you could

20   just remove the bible from there.

21                   Please be seated.  Thank you.

22                   MR. PANATIER:  And, your Honor, just

23   by way of organization, I have a testimony binder.

24   Can I give this to your Honor?

25                   THE COURT:  Yes, please.

Page 12

```
 1              MR. PANATIER:  And there's already a
 2   binder there and I've provided Counsel with a binder
 3   of Dr. Hopkins's prior testimony.  And we'll be
 4   tendering exhibits to Defense Counsel as they come.
 5   Dr. Hopkins has an exhibit binder there.  And here
 6   is...
 7              THE COURT:  Thank you.
 8              MR. PANATIER:  There may be more
 9   volumes but we're going to start on Volume 1.
10   DIRECT EXAMINATION BY MR. PANATIER:
11        Q.    Good morning, everybody.
12              So please introduce yourself.
13        A.    John -- yes, John Hopkins.
14        Q.    Okay.  Now, you are here as the
15   corporate representative for Johnson & Johnson and
16   Johnson & Johnson Consumer, Inc., correct?
17        A.    Yes.
18        Q.    You don't work for us, we have not
19   paid you to come here and testify, correct?
20        A.    That is correct.
21        Q.    Alright.  You currently do not work
22   for Johnson & Johnson, correct?
23        A.    Correct.
24        Q.    You are a consultant?
25        A.    Correct.
```

Page 13

1          Q.      And the last year that you worked at

2    Johnson & Johnson was, approximately, 2000?

3          A.      Correct.

4          Q.      So, since 2000, you have been a

5    consultant, a paid consultant, right?

6          A.      Yes.

7          Q.      To Johnson & Johnson and its other

8    companies, right?

9          A.      To Johnson & Johnson, yes.

10          Q.      Well, here, for instance, you're

11    being paid by both Johnson & Johnson and Johnson &

12    Johnson Consumer, Inc., even though you might get

13    just one check; fair?

14          A.      Fair.

15          Q.      Okay, alright.  And what is the rate

16    that you are charging them per hour?

17          A.      My company bills my time at 300 US

18    per hour.

19          Q.      Now, you've said your company.

20           Your company is a company that you run with

21    your wife, correct?

22          A.      Yes, and we employ some people as

23    well, yes.

24          Q.      Alright.  How many people do you

25    employ?

Page 14

1          A.      Besides my wife and myself, there's
2    two full-time and one part-time.
3          Q.      So the two full-time are you and your
4    wife and one part-time?
5          A.      No.  Besides my wife and myself, two
6    full-time and one part-time.
7          Q.      That company is called Innova?
8          A.      Innovant Research Limited, yes.
9          Q.      Okay.  And that is the company that
10   then bills for your time and then pays you?
11         A.      Correct.
12         Q.      Okay.  So, even though you are not
13   currently an employee of Johnson & Johnson, you are
14   the face of Johnson & Johnson at this trial.  Do you
15   understand that?
16         A.      I am today, yes.
17         Q.      And do you understand that what you
18   say are the words of Johnson & Johnson, correct?
19         A.      Yes.
20         Q.      You have served in this capacity on,
21   can we say, numerous occasions now?
22         A.      Yes.
23         Q.      In fact, next week you're going to
24   Kentucky to do it again, correct?
25         A.      Yes.

Page 15

1          Q.      You've already testified this year

2    several times in the same capacity at trial; isn't

3    that true?

4          A.      Yes.

5          Q.      You have done it last year at trial

6    several times, correct?

7          A.      Yes.

8          Q.      And the year before?

9          A.      Yes.

10         Q.      Now, let's talk a little -- let's get

11   our bearings a little bit about Johnson & Johnson

12   and baby powder.

13                 Now Johnson & Johnson started selling

14   baby powder in the 1800s, correct?

15         A.      18 -- 1894, as I recollect, yes.

16         Q.      In fact, they were giving it away in

17   maternity kits, right?

18         A.      Originally, no, it was sold where

19   they -- a large giant dis-bandage to take away an

20   irritation and then later it became a mom's product.

21         Q.      That's fine.

22          At some point early on they were putting the

23   Johnson's Baby Powder into maternity kits in

24   hospitals, correct?

25         A.      Yes.

Page 16

1           Q.      And they still sell -- they sell it
2    worldwide, correct?
3           A.      Yes.
4           Q.      Until about the early 1960s, the talc
5    that was used in Johnson & Johnson's Baby Powder was
6    Italian talc for the most part, right?
7           A.      Until around about '67, yes.
8           Q.      It was Italian?
9           A.      It was from a mine in Italy, yes.
10          Q.      The Val Chisone region, correct?
11          A.      The Fontana mine in the Val Chisone
12   region, a particular mine, yes.
13          Q.      Prior to 1967 or some time in the
14   '30s and '40s, they also used some domestic talcs
15   and California talc, correct?
16          A.      The only time it used domestic was
17   during the war when Nazi u-boats were sinking
18   shipments going from Italy.  That was around about
19   from 1941 to end of '45.  So there was that time
20   window when a domestic source was being used.
21          Q.      The Nazis were looking for the talc
22   boats and sinking the talc boats?
23          A.      The Nazis were sinking all boats.
24          Q.      Okay.  And they used California talc
25   during the '40s, correct?

```
                                              Page 17
 1          A.      That is my understanding.  A
 2   particular -- I don't know which mine, but a
 3   particular California talc was used during the war,
 4   during World War II.
 5          Q.      Does the Grantham mine, a mine sound
 6   familiar to you?
 7          A.      The Grantham mine was a mine that was
 8   evaluated but never used by Johnson & Johnson in the
 9   1970s.  I have no...
10          Q.      You don't believe Grantham was ever
11   used prior to --
12          A.      No.  There's no evidence whatsoever
13   that Grantham was ever used and it has ever been
14   used.  It was evaluated briefly during the early
15   1970s along with 50 other mines as an alternative
16   source of domestic talc.  None of those were ever
17   approved, including the Grantham mine.
18          Q.      Okay.  We'll come back to the '40s
19   then.  We don't have anybody who was exposed in the
20   '40s here, so we might just address it briefly.
21                  After '67, Johnson & Johnson had
22   purchased a mine in Vermont, correct?
23          A.      They did, yes.
24          Q.      Well, they purchased it prior to
25   1967, right?
```

Page 18

1        A.      They did, yes.

2        Q.      And they ran --

3        A.      Three or four years before.

4        Q.      Okay.  And they ran that mine through

5    a company called Windsor Minerals, right?

6        A.      The company that purchased the mine

7    was a subsidiary of Johnson & Johnson.  It was

8    purchased, I think, around about 1964, Windsor

9    Minerals did.  And it was not actually fully

10   approved and set in motion as a baby talc source

11   until the mid '60s, '67 and it was phased in and

12   Italian talc was phased out.  But the company that

13   owned the mine was a subsidiary called Windsor

14   Minerals.

15       Q.      Right.  And Johnson & Johnson used

16   the Vermont sourced talc for its -- all of its

17   domestic talc in the United States from,

18   approximately, 1967 or so until 2003; is that

19   correct?

20       A.      Correct.

21       Q.      Alright.  Now, there was some overlap

22   with the Italian talc and the Vermont talc, correct?

23       A.      Yes.  One was phased in and the other

24   was phased out during the 1967, '68 time frame.

25       Q.      Okay.  In 1980 there was a mine

Page 19

1    strike in Vermont, correct?

2           A.      There was.  And that was December

3    1980 and the mine was closed, so for about three

4    months until February '81.

5           Q.      Are you sure it wasn't --

6           A.      Sorry.

7           Q.      -- December 1979?

8           A.      Sorry.  December 1979 there was a

9    mine strike which ran into -- from 1980, January,

10   February, it was sourced from Italy.

11          Q.      Right.  And they went back to the

12   00000 Italian Val Chisone talc?

13          A.      Which is the same talc that they were

14   using in Europe at the same time, yes.

15          Q.      After 2003 all the talc that's been

16   sourced for Johnson's Baby Powder and Shower to

17   Shower sold here in the US is China, Guangxi,

18   correct?

19          A.      There is a mine in China, the Guangxi

20   mine, which is a, like a high grade cosmetic talc,

21   yes.

22          Q.      Johnson & Johnson owned the Vermont

23   mine until 1989 when it sold it to a company called

24   Cyprus, correct?

25          A.      Yes.

Page 20

1          Q.      And in 2012, we all know the Shower

2     to Shower product, that was sold by Johnson &

3     Johnson to a company called Valeant, right?

4          A.      It was, yes.

5          Q.      So Johnson & Johnson no longer owns

6     the Shower to Shower product line, right?

7          A.      Not since 2012, no.

8          Q.      It, obviously, still owns Johnson's

9     Baby Powder, correct?

10         A.      Yes.

11         Q.      Johnson & Johnson Corporate in New

12    Brunswick made all health and safety policy

13    decisions with regard to asbestos and talc products,

14    correct?

15         A.      The -- yes, the company in New Jersey

16    is the parent company for all the global companies

17    made those decisions, yes.

18         Q.      And testing results between Johnson &

19    Johnson and, for instance, Johnson & Johnson

20    Consumer, Inc., which I'm just going to call JJCI,

21    test results, health and safety information were

22    freely exchanged between those two companies,

23    correct?

24         A.      I've not seen any evidence that it

25    was not.  So, I guess, the answer is going to be,

Page 21

1    yes.  But I've not seen evidence that anything was

2    withheld.

3         Q.      Right.  Because you wouldn't want

4    Johnson & Johnson getting health and safety

5    information that was important to the products being

6    made and sold by JJCI and not given to them,

7    correct?

8         A.      Correct, yes.  Like I say, I've not

9    seen evidence that it was ever -- there was any ever

10   data withheld.

11        Q.      In fact, the evidence you've seen is

12   that any evidence -- any health and safety

13   information that Johnson & Johnson had was given to

14   JJCI and vice versa, correct?

15        A.      Yes.

16        Q.      Now, you have reviewed many thousands

17   of documents, correct?

18        A.      Yes.

19        Q.      And in this litigation, this talc

20   asbestos litigation, you have reviewed, I think,

21   you've told me, 10 to 15,000 documents?

22        A.      I guess it is, yes, yes.

23        Q.      Now, you know that Johnson & Johnson

24   has turned over around a million documents in this

25   litigation, correct?

Page 22

1          A.      So you tell me, yes.

2          Q.      Well, so my question is -- so I'm a

3     lawyer, right?  Well, presumably.

4          A.      I'll give you that.

5          Q.      Okay.  I don't work at Johnson &

6     Johnson as far as you know, do I?

7          A.      Correct.

8          Q.      The best person to tell us whether or

9     not you've looked at all the documents would be

10    Johnson & Johnson, right?

11         A.      Yes.

12         Q.      And that's you?

13         A.      Yes.

14         Q.      So have you looked at all their

15    documents?

16         A.      I've not looked at a million

17    documents.  I reckon I've looked at between 10 and

18    15,000, which from my understanding are pertinent to

19    the topic we're talking about today; in other words,

20    the documents that support the safety of talc.

21         Q.      Now, some of the questions we heard

22    last week of our experts were, they got the

23    documents from us, from the lawyers, okay.

24            Didn't you get the documents from the

25    Johnson & Johnson lawyers?

Page 23

1              A.        Not necessarily.  As part of my job

2      when I first joined the company in 1976, I met with

3      the then medical director, Dr. Semple, and he

4      regularly appraised me of the history because I was

5      the only toxicologist outside of the United States.

6      So I was responsible for Europe.  And he apprised me

7      of the recent history of talc, talc safety and talc

8      issues in the early '70s, late '60s, early '70s.

9      And we went through several binders of documentation

10     that Dr. Semple reviewed with me to get me up to

11     speed.  So not all of those, certainly, did not come

12     from the attorneys.

13              I was -- had a whole file of those in my

14     office in the UK, right back from the mid '70s.

15              Q.        So, if you will turn -- there is the,

16     I believe, the black notebook there.

17              A.        Uh-huh.

18              Q.        That one should have some of your

19     past testimony in it.

20              A.        Okay.

21              Q.        Okay.  If you would turn to the page

22     marked 2018-10-23.  So they're in date order from

23     earliest to latest and there is a deposition in

24     there that is 2018-10-23.

25              A.        It's in the middle, okay.

Page 24

1          Q.        Okay.  And if you can turn please,

2     sir, to Page 18.  Are you there?

3          A.        We have it, yes.

4          Q.        Alright.  On Line 6, starting on

5     Line 6 you were asked this.  "In the year and a half

6     since I first -- or not year and a half.  In the

7     13 months since I first deposed you in August of

8     2017, do you know whether you've looked at all the

9     documents?"

10          Your answer was, "Since 2017 I've looked at

11     many many thousands of documents, many binders, each

12     four or five inches thick.

13          Okay.  And you continue.

14          I've certainly gone through many, many

15     thousands of documents.  I've looked -- have I

16     looked at every one?  I don't know.  But I've looked

17     at every one that was provided to and by the

18     attorneys which were considered relevant to the

19     cases in question."

20               My follow-up question, "Well, just a

21     minute ago you said 'hundreds'; is it thousands?

22          Answer:  It's many thousands.  I can see in

23     my office several binders.  Each may be four inches

24     thick and there are many of those.  So it must run

25     into the thousands, yes."

Page 25

1              And my last question there.  "Did you

2    receive the binders there from the Johnson & Johnson

3    lawyers?

4        Answer:  Yes."

5              Was that all read correctly?

6         A.     Yes.  One does not exclude the other.

7         Q.     Let me ask you this question.

8          As the person who is the embodiment of

9    Johnson & Johnson here and as the person who has

10   done this numerous times over the past couple of

11   years, do you have freedom to go through Johnson &

12   Johnson's database to look at the documents?

13        A.     Yes.

14        Q.     Okay.  And how often have you done

15   that?

16        A.     Very simply, let's look at this in

17   the --

18        Q.     Can you answer the question?  How

19   often have you done that?

20              MS. SULLIVAN:  Your Honor, I'm going

21   to object to interrupting the witness in the middle

22   of an answer.

23              THE COURT:  You can answer the

24   question, Dr. Hopkins.

25              THE WITNESS:  I will, your Honor,

Page 26

1    yes.

2          A.      I have not had the occasion to

3    because I have many thousands of documents which

4    together provide me with the data that I need to

5    answer any question you may have.

6          Q.      Do you -- I'm sorry, did you say that

7    the "many thousand of documents" you looked at have

8    given you the information to answer all the

9    questions I might have?

10         A.      That is my understanding, yes.  I'm

11   not aware --

12         Q.      How do you know that?

13         A.      Because the documentation I have is a

14   very complex and full record and story that tells

15   that the story of the evaluation of talc, all the

16   various experts who are looking at it, the

17   correspondence with the Food and Drug Administration

18   here in the United States.

19          I have a -- I have binders and binders of

20   these in my office in the UK.  I don't think there's

21   any more that I don't have.

22         Q.      Okay.  Do you even know whether you

23   looked at 1 percent of all the documents that have

24   been turned over by Johnson & Johnson in this

25   litigation?

Page 27

1          A.       I believe I've looked at -- I say

2    between 10 and 15,000, which I don't know what

3    percent that is, because I don't know whether that

4    million that you talk about are even relevant.  They

5    may be comments from someone.  I visited someone

6    last week and this is what we talked about.  I don't

7    know that's relevant.  That could be part of the

8    million.

9               What I am saying is that the 10 to

10   15,000 that I've looked at provide me with the

11   evidence to say this product is safe and I can

12   answer any question you may have.

13         Q.       Well, first of all, 10,000 documents

14   would be 1 percent of a million, right?

15         A.       Yeah.

16         Q.       Okay.  And how can you know whether

17   or not the other 990,000 documents are relevant, if

18   you haven't looked at them?

19         A.       Well, like I say, if you have a

20   situation where you've got the information, I have

21   the information.  Getting duplicates or replicates

22   of the same ones from -- where three or four people

23   or five or six people are copied in, do I get all of

24   their individual copies?  If one suffices.  Because

25   that's very often the case, that you send a document

Page 28

1    and there about six or eight people copied in on it.

2         Did I get each of those six or eight

3    people's?  No, I got one copy and that was identical

4    no doubt to each of the copies that the other six or

5    eight people got.

6              So we look in a scenario where many

7    of those 990,000 or whatever it may be are totally

8    redundant.  They're duplicates.

9         Q.    If you haven't looked at them, how

10   can you testify to this jury that they're

11   "duplicates"?

12        A.    What I can say is that if you look at

13   any of those documents in here, you will see that

14   there's half a dozen, six, eight, ten different

15   people copied in on the same document.  Each of

16   those people will have had their own file and that

17   can well be part of your million documents.

18         What I'm saying is that the 10 or 15,000

19   that I have reviewed provides me with enough

20   information to answer any question you may have.

21        Q.    I'm sure there are some duplicates.

22   You and I have probably looked at duplicates before,

23   right?

24        A.    Yeah.  There's often ten people

25   copied in on the same document.

Page 29

```
 1        Q.     Is it your testimony here under oath
 2   that the other 990,000 documents are all duplicates
 3   of the first 10,000?
 4        A.     The answer is, I do not know.  What I
 5   have told you is of the 10 or 15,000 --
 6                MR. PANATIER:  Your Honor, I'm just
 7   going to object to nonresponse.  He answered but he
 8   did not --
 9                MS. SULLIVAN:  Your Honor, I'm going
10   to object to the objection, to the interruption.
11   Also, this has been covered.
12                THE COURT:  Let's move on.  Thank
13   you.
14   BY MR. PANATIER:
15        Q.     Let me ask you this question.
16         Has Johnson & Johnson put all of those
17   documents on-line for the public to see?
18        A.     I don't know.
19        Q.     You don't know?
20        A.     I mean, you have documents that
21   are -- many are attorney/client privileged, you'll
22   have copies of those.  If you've been given a
23   million documents, then you have those.  And they're
24   between you and the company.
25        Q.     So you don't know if the documents
```

Page 30

1    have been put on-line by Johnson & Johnson's for all

2    people to see?

3            A.      I don't know whether they have or

4    whether they have not.  What I can say is that I

5    have read probably between 10 and 15,000, which are

6    pertinent to the topic we're talking about.  Whether

7    the other --

8            Q.      I'm not asking you about that

9    anymore.  Now I'm asking you about something

10   specific.

11                  You don't know whether or not Johnson

12   & Johnson has put those documents on-line for all to

13   see, do you?

14           A.      No.

15           Q.      Because we have heard that -- you

16   know Ms. Sullivan, right, correct?

17           A.      Yes, I know Ms. Sullivan.

18           Q.      Ms. Sullivan has put you on the stand

19   before, correct?

20           A.      Yes.

21           Q.      Did Ms. Sullivan tell you that she

22   told this jury that Johnson & Johnson's documents

23   were free for all to see on-line?  Did you even know

24   that that existed?

25           A.      No.

Page 31

1          Q.      To the extent that it does, can you

2   tell us when they put them on-line?

3          A.      Well, like I say, you're telling me

4   or asking me something that I do not have knowledge

5   of.  So I cannot answer that question.

6          Q.      Johnson & Johnson had a big medical

7   library, right?

8          A.      They had a library, yes, certainly,

9   when I was working there.

10          Q.      They had subscriptions to journals

11   like Journal of the American Medical Association,

12   right?

13          A.      We did, yes.

14          Q.      New England Journal of Medicine

15   right?

16          A.      Uh-huh, yep.

17          Q.      The Lancet --

18          A.      Yes.

19          Q.      -- right?

20           The New York Academy of Sciences, correct?

21          A.      Probably, yes.  I can't remember that

22   one but, yes.

23          Q.      And I'll tell you for most of these,

24   if you want to see your testimony, I've asked you

25   these questions before.

Page 32

1          A.       You have, yes.  You have, yeah.

2          Q.       And Johnson & Johnson was aware of

3     asbestos disease going back to the turn of the last

4     century, correct?

5          A.       When you say, "Johnson & Johnson,"

6     there are no doubt people in the medical department

7     who got a medical training or a toxicology training

8     who worked in the medical department who would have

9     knowledge of asbestos toxicology --

10         Q.       Sure.  And Johnson & Johnson --

11         A.       -- whenever -- worldwide.

12         Q.       Yes.  And Johnson & Johnson was aware

13    that in the 1930s, asbestos was associated with

14    cancer, correct?

15         A.       I'm sure there were individuals in

16    the medical department who would have that knowledge

17    as part of their medical training.

18         Q.       And you've testified before, sir,

19    that the knowledge of asbestos inhalation as a cause

20    of lung cancer and mesothelioma was known way before

21    1968, correct?

22         A.       Yeah, as a toxicologist, you're

23    taught that people who worked in World War I and gas

24    mask manufacturing, it was not a healthy profession.

25         Q.       Okay.  But it wasn't just "gas

Page 33

1  masks," was it?

2      A.      Well, that was -- I gave that as one

3  example of why people are aware that asbestos is not

4  a healthy material.

5      Q.      Johnson & Johnson being already a

6  large company in the 1960s was well aware of the

7  hazard of asbestos, correct?

8      A.      I'm sure that there were one or two

9  medically qualified individuals, as we said, in the

10 medical department who would have had that

11 knowledge.  Johnson & Johnson has not been in the

12 asbestos business, so it would not be widely

13 disseminated throughout the whole company.

14     Q.      Well, Johnson & Johnson has patented

15 asbestos containing products, correct?

16     A.      An individual has patented, I

17 believe, it was an ironing board cover, which was --

18 -- yeah, or something like that, but it was not part

19 -- it was never sold.  The company has not sold

20 asbestos products.

21     Q.      You and I have gone through about

22 four patents that Johnson & Johnson patented

23 asbestos-containing products before, have we not?

24     A.      We have and there were people in the

25 surgical dressings division who were looking at

Page 34

1   asbestos materials as heat resistant, yes.

2          Q.      Now, let's talk about baby powder.

3           Johnson & Johnson understands -- first of

4   all, talc is a mineral, is it not?

5          A.      Talc is a mineral.  It's mined out

6   the ground, yes.

7          Q.      Correct.  And Johnson & Johnson,

8   actually, had their own mine and they mine and they

9   mined it out of the ground, correct?

10         A.      They did, yes.

11         Q.      Okay.  Baby powder, when it is used

12  on a baby, okay, that baby will inhale some of that

13  talc, correct?

14         A.      It's theoretically possible.  If you

15  put the powder on your hand and run it on baby's

16  bottom, it's theoretically possible.

17         Q.      Will you turn please, sir, to the tab

18  that is 2017, 8/15.  It should be the first tab.

19                 Because, sir, it's not

20  "theoretically possible," right, it happens,

21  correct?

22         A.      Show me where you're referring.

23         Q.      Page 66.

24                 MS. SULLIVAN:  I'm sorry, which page?

25                 MR. PANATIER:  I'm sorry, hold on one

Page 35

1    second.

2    BY MR. PANATIER:

3        Q.      It is going to be Page 67, sorry,

4    bottom of the page, Line 25.

5        A.      Sorry.  Would you give me the

6    reference again?

7        Q.      Yes, sir.

8        A.      2017...

9        Q.      This is 2017, 8/15, August 15, 2017.

10   That's when I came to London to take your

11   deposition.  Do you remember that?

12       A.      Yes.  So Page 60...

13       Q.      Seven.

14       A.      We have that, yes.

15       Q.      Okay.  Down at Line 25.  Sir --

16   sorry, have you found it?

17       A.      Yes.

18       Q.      "Sir, Johnson & Johnson has

19   understood for decades that when talc powder is used

20   on an infant or a child, they will inhale some of

21   the talc into their lungs?"

22           Your answer, "there is always the

23   possibility when talc is used, we will inhale talc."

24           My question, "and it's not really a

25   possibility, right?"

Page 36

1           Your answer, "Yes."

2           "I mean, it happens?"

3           Your answer, "It happens, yes."

4           Do you still agree with your prior

5     testimony?

6           A.      Yes, that's what I said.  It's a

7     possibility.

8           Q.      By the way, that was the Herford

9     case, right?

10          A.      Yeah, probably.

11          Q.      If you could just look at the cover

12    page.

13          A.      Yes.

14          Q.      Sir --

15          A.      Yes.

16          Q.      -- baby powder is an extremely dusty

17    product, correct?

18          A.      I disagree.  It's not "dusty."  You

19    put it on your hands, it spreads all over your skin.

20    It doesn't -- you're not getting clouds of dust.

21          Q.      So, for any of us who have done this

22    with a squeeze, that squeezing motion --

23          A.      You're not meant to do that.  You're

24    meant to put it on your hand and spread it on the

25    kin.

Page 37

```
 1          Q.     Oh, does the bottle say, don't
 2     squeeze it?
 3          A.     The bottle tells you how to use it.
 4     The bottle tells you to put it on your hands and
 5     spread it over baby's -- baby's bottom and legs.
 6          Q.     So, for any of us who might have seen
 7     dust come out, were we hallucinating?
 8               MS. SULLIVAN:  Objection, your Honor,
 9     argument, lawyer argument.
10               THE COURT:  Please rephrase.
11     And no speaking objections, thank you.
12     BY MR. PANATIER:
13          Q.     Sir -- sir, are you saying -- let's
14     go back to the initial question.  We're in 2017.
15     You said, yes, a child will inhale some of the talc,
16     right?
17          A.     Yes.
18          Q.     Do you still agree with that?
19          A.     We breathe in dust from the
20     atmosphere in this room.  Whether it's talc or
21     whatever, we can still inhale.  We inhale.  We
22     exhale.  That's what we do.
23          Q.     I'm not talking about dust in this
24     room.  I'm talking about Johnson's Baby Powder,
25     right?
```

Page 38

1          A.     Yes.

2          Q.     Okay.  So let's stick to the product

3     that your company made.

4                 When a parent or a sibling or

5     somebody in the family powders a child, a baby from

6     birth until whenever they're diaper trained,

7     diaper -- potty trained or out of diapers whether

8     it's age two or three or whatever, whenever they are

9     powdered, they breathe in some of that talc, do they

10    not, sir?

11         A.     We all do, yes.

12         Q.     The baby does?

13         A.     The baby does, adults do, yes.

14         Q.     Anybody who is powdered with

15    Johnson's Baby Powder, especially, as a child, is

16    going to breathe in some of that dust, are they not?

17         A.     Yeah, we breathe in, we breathe out,

18    yes.

19         Q.     Alright.  Johnson & Johnson

20    understood that it would be very, very bad for

21    business and J&J's representation if it ever came

22    out that baby powder or any of its talc products

23    ever contained asbestos, correct?

24         A.     If the baby powder did contain

25    asbestos, it would be bad for business, if it did,

Page 39

1   yes.

2          Q.     Now, it's still your testimony here

3   almost two years after I first took your deposition

4   that there has never been any asbestos in Johnson's

5   Baby Powder, right?

6          A.     Not in the baby powder that's sold,

7   no, no.

8          Q.     Was it in the baby powder that wasn't

9   sold?

10          A.     No, not in the baby powder, no.

11          Q.     Okay.  Sir, isn't it true that

12   Johnson & Johnson knows that baby powder shouldn't

13   be used on children at all?

14          A.     I don't agree with that.

15          Q.     Now, Johnson & Johnson owns a website

16   called BabyCenter.com, right?

17          A.     There is a website which is not --

18   it's not -- the web -- the web -- the link and the

19   web domain name is owned by Johnson & Johnson.

20          Q.     Johnson & Johnson owns and runs

21   BabyCenter.com, right?

22          A.     It does not run it.  It is -- it's

23   run by a separate independent group.  It's not part

24   of Johnson & Johnson.  They own the domain name, but

25   they have no --

Page 40

1          Q.     Do you remember that in October of

2    2018 you and I went through a series of documents

3    about Baby Center where Johnson & Johnson was,

4    actually, talking about posting content on

5    BabyCenter.com?  Do you remember that?

6          A.     No, you'd need to remind me.  What

7    I've said, I believe in 2018, was that Johnson &

8    Johnson doesn't have the responsibility for the text

9    that goes on to that domain name.

10         Q.     Johnson & Johnson owns it, right?

11         A.     They own the domain name, but not the

12   content.  The content is written by people who are

13   not part of Johnson & Johnson.

14         Q.     Right.  And you and I talked about

15   this?

16         A.     We did.  And I tried to make that

17   clear.  It is -- what goes on to that website is not

18   the responsibility of Johnson & Johnson.  It's done

19   by outside group.

20         Q.     Johnson & Johnson owns and controls

21   the website, correct?

22         A.     They own the domain name.  They do

23   not control what goes onto that website.

24         Q.     They own it but they have no control

25   on what goes on the website?

Page 41

1          A.      Sounds crazy.  That's my
2   understanding, that they own the domain name but
3   they do not control what goes onto the website.
4          Q.      I agree with you, it does sound
5   crazy.  Because you're saying --
6                  MS. SULLIVAN:  Objection, your Honor,
7   lawyer argument.
8                  MR. PANATIER:  It does sound crazy.
9                  THE COURT:  Objection sustained.
10                 No speaking objections.  That's the
11  second time.
12  BY MR. PANATIER:
13         Q.      Dr. Hopkins, your testimony to this
14  jury is that Johnson & Johnson -- by the way, this
15  is a huge company, right, everybody knows that?
16         A.      Yes.
17         Q.      Okay.  That Johnson & Johnson owns a
18  website domain name and they conceded all control of
19  that domain name to somebody else; is that correct?
20         A.      I've not seen the terms of the
21  agreement.  But what I do know is that the content
22  of what is written on that website is not approved
23  or disapproved by Johnson & Johnson.  They don't
24  take responsibility for what is written on that
25  website.

Page 42

1          Q.      Let's take a look at BabyCenter.com.

2                  MS. SULLIVAN:  Your Honor, based on

3      the testimony, objection as to hearsay.

4                  THE COURT:  I'm going to allow him to

5      try to establish foundation for it.

6                  Go ahead.

7                  MR. PANATIER:  We'll get the

8      document.  We'll move ahead and do that.

9                  THE COURT:  Okay.

10     BY MR. PANATIER:

11         Q.      We'll come back to Baby Center, okay.

12                 We can bookmark this with this

13     question.

14                 Johnson & Johnson, certainly, doesn't

15     put on its baby powder or any of its talc a warning

16     that says, this may contain asbestos, does it?

17         A.      No, it doesn't.

18         Q.      It doesn't put a warning on it that

19     says, do not use on babies?

20         A.      No, it doesn't.

21         Q.      Right.  Because it's, specifically,

22     marketed for babies, right?

23         A.      Yes.

24         Q.      Johnson & Johnson has always stated

25     that it has a zero tolerance policy for asbestos,

Page 43

1  correct?

2          A.      Yes.

3          Q.      And Johnson & Johnson has always told

4  the public that there's never been a single fiber of

5  asbestos in any of its talc for Johnson's Baby

6  Powder or Shower to Shower, correct?

7          A.      Yes.

8          Q.      It told that to customers, nurses,

9  doctors and regulators and hospitals, correct?

10         A.      Yes.

11         Q.      Johnson & Johnson has stated that

12 there should never ever ever be asbestos in baby

13 powder, not a single fiber, zero, correct?

14         A.      I can't remember the exact

15 phraseology, but the principle is the same.  I'll

16 agree with the principle, correct.

17         Q.      Well, okay.  And just to separate

18 that out, Johnson & Johnson agrees today now in 2019

19 that baby powder should never have any asbestos in

20 it, correct?

21         A.      Yes.

22         Q.      That means zero asbestos, correct?

23         A.      Yeah, it's non-detected.  You can't

24 find it.  There's none there, yes.

25         Q.      We're going to get into what

Page 44

1   "non-detect" means.

2                  MS. SULLIVAN:  Objection, your Honor.

3                  THE COURT:  Overruled.

4        Q.      There shouldn't be any asbestos in

5   baby powder, period, correct?

6        A.      Yes.

7        Q.      It should be asbestos-free, correct?

8        A.      Yes.

9        Q.      "Asbestos-free" means zero, correct?

10       A.      Yes.

11       Q.      As you have said before, any amount

12   of tremolite in the form of asbestos, quote, "those

13   needles," like you say, any amount is not allowed,

14   correct?

15       A.      Tremolite -- I know what I said.

16   Tremolite asbestos is not allowed.  Tremolite is a

17   relatively harmless mineral in its block or rock

18   form.

19       Q.      You have stated before that asbestos

20   in the form of needles such as tremolite shouldn't

21   be in the baby powder?

22       A.      Asbestos should not be in baby

23   powder.  Tremolite can occur -- most tremolite

24   occurs in the form of a nonasbestos form or rod

25   form.

Page 45

1   Q.  Has Johnson & Johnson always

2 internally believed in a zero tolerance policy for

3 asbestos?

4   A.  That is my understanding, yes.

5   Q.  You agree any asbestos in baby powder

6 is too much?

7   A.  Yeah, that's what we just said, yes.

8   Q.  The reason is that no mother or

9 father would ever buy any baby powder if it even had

10 one fiber of asbestos in it, correct?

11   A.  Well, you're asking me to speculate.

12 But if the product had asbestos in it, I wouldn't

13 buy it.

14   Q.  Right.

15    And Johnson & Johnson's expectation

16 would be that no one else would buy it either,

17 right?

18   A.  Well, it's speculative, but it's a

19 reasonable speculation.

20   Q.  And Johnson & Johnson knows that

21 asbestos in its talc could make people sick because

22 Johnson & Johnson knows that asbestos is a

23 carcinogen and causes mesothelioma, correct?

24   A.  Several questions there.

25    Asbestos causes -- can cause

Page 46

1    mesothelioma, correct, yes.

2          Q.    Well, let's just go to -- go to

3    8/15/17, it's the first one, Page 33.

4                MS. SULLIVAN:  What line, Counsel?

5                MR. PANATIER:  Give me a second.

6    BY MR. PANATIER:

7          Q.    Okay.  First of all, Johnson &

8    Johnson agrees asbestos is a carcinogen, correct?

9          A.    Yes.

10         Q.    And Johnson & Johnson agrees that no

11   carcinogen should be contained in the Johnson's Baby

12   Powder, correct?

13         A.    Yes.

14         Q.    Okay.  Go to 4/11/2018 on Page 108.

15   Are you there?

16         A.    Yes.

17         Q.    Okay.  On Line 18, you were asked

18   this question.

19               MS. SULLIVAN:  Objection, your Honor,

20   in terms of the procedure.  This is not (INAUDIBLE).

21   I'm not sure --

22               MR. PANATIER:  It is.

23               THE COURT:  Sidebar.

24               (Sidebar.)

25               THE COURT:  Okay.  Page, what are

Page 47

1   we --

2                   MR. PANATIER:  108, Line 18 through

3   22.  This is the exact question I asked him before

4   and he didn't answer.  He said, I agree it's a

5   carcinogen, but that's not the question.  He said, I

6   agree it's a carcinogen --

7                   THE COURT:  Well, this time the same

8   question.  You said it's a compound question.  So

9   I'll allow it.  Go ahead.

10                  MR. PANATIER:  Thank you, your Honor.

11                  MS. SULLIVAN:  Thank you.

12                  (Sidebar ends.)

13  BY MR. PANATIER:

14       Q.      Doctor, you were asked this question,

15  "Johnson & Johnson knows that asbestos in its talc

16  could make people sick because Johnson & Johnson

17  knows asbestos is a carcinogen and can cause

18  mesothelioma?"

19                  And what was your answer?

20       A.      What page are you on, again?

21       Q.      Same Page, 108.

22       A.      108.  Beg your pardon, I was on a

23  different page.

24       Q.      Line 18 through 22.  Your answer was,

25  "That is correct."

Page 48

1          A.       Yeah.   That's what I said five

2     minutes ago.

3          Q.       You said -- when I asked you the

4     question, you said, yes, asbestos is a carcinogen.

5     This was a slightly different question, but we can

6     move on.

7               Johnson & Johnson knows there is no safe

8     level of asbestos exposure, correct?

9          A.       Scientists have not shown a safe

10    level.  So, yeah, I would not disagree.

11         Q.       There is no known safe level of

12    asbestos exposure, especially, for children,

13    correct?

14         A.       Again, same answer.  There's no -- no

15    evidence to say otherwise, so we'll assume it's

16    correct.

17         Q.       Well, in fact, your answer, if you

18    could go right below on Page 108, you were asked

19    this question.  "Okay, and Johnson & Johnson knows

20    there's no safe level of asbestos exposure,

21    especially for children, correct, sir?"

22                  And your answer was again, "There is

23    no known safe level," correct?

24         A.       Yes.  That's what I said.

25         Q.       And then the followup question was,

Page 49

1    "That's right, especially, for children, correct?"

2          And you said, "yes," correct?

3          A.     That's right.  That's what I agree,

4    yeah.

5          Q.     Alright.  Johnson & Johnson

6    understands that if you had just 1 percent by weight

7    of asbestos in a four-ounce bottle of the Johnson's

8    Baby Powder, you don't know if it would be trillions

9    or millions or billions of fibers, but it would be a

10   very large number, correct?

11         A.     Yes.

12         Q.     In eight ounces of Johnson's Baby

13   Powder there would be tens to hundreds of trillions

14   of particles, correct?

15         A.     I don't think anyone has ever counted

16   them.  But you could estimate that would be many,

17   many trillions, yes.

18         Q.     Okay.  And we can look at your

19   testimony from 2017 --

20         A.     Yeah.

21         Q.     -- but, I believe, you said there

22   could be tens to hundreds of trillions of particles?

23         A.     Yes.

24         Q.     Okay.  And if we just wanted to get

25   an understanding of what that would mean in terms of

Page 50

1    how much asbestos was present, you and I did this

2    calculation.

3           If you had .00001 percent chrysotile and

4    there are only a trillion particles in the whole

5    bottle, not tens or hundreds, you would still have

6    10 million fibers per container, correct?

7           A.    That's the math, yes.

8           Q.    Okay.  Alright.  Do you know whether

9    or not Johnson & Johnson has put together an

10   official good rocks, bad rocks company policy?

11          A.    I've not seen any such company

12   policy.  The company policy is very clear on the

13   quality of talc and what specification a talc must

14   meet, absence of asbestos minerals.

15          Q.    Is there a good rocks, bad rocks list

16   that they keep?

17          A.    I've not seen such a document that's

18   kept.

19          Q.    Alright.  So Johnson & Johnson

20   understood, of course, that not only would parents

21   be diapering their children, but that siblings would

22   help out, too, correct?

23          A.    Well, that's speculation.  I don't

24   ever recollect my kids diapering their younger

25   brothers and sisters, but maybe some people do.

Page 51

1         Q.    If you would turn please, sir, to --

2    in the exhibit binder there, it should be

3    chronological and you should be looking for a

4    document that is -- the tab should say "1955" on it.

5    And you've already turned one tab, sir, so you might

6    be missing it.  Is that it?

7         A.    Yes.

8         Q.    1955, February 22nd?

9         A.    Yeah.  Yeah.

10        Q.    Okay.  Do you see that that is a

11   document dated February 22, 1955 on Johnson &

12   Johnson letterhead?

13        A.    It is.

14        Q.    Okay.

15             MR. PANATIER:  Your Honor, I offer

16   this into evidence as Plaintiffs Exhibit 3695-8.

17             MS. SULLIVAN:  Your Honor, just a

18   second, please.

19        A.    Okay.

20             THE COURT:  Hold on.

21             MS. SULLIVAN:  No objection, your

22   Honor.

23             THE COURT:  So admitted.

24             (Plaintiff's Exhibit 3695-8 was moved

25        into evidence.)

Page 52

```
 1              THE COURT:  You may proceed.
 2    BY MR. PANATIER:
 3         Q.    Dr. Hopkins, do you see this document
 4    from 1955 where -- let me zoom in on this a little
 5    bit.  It's from W.B. Birchfield.  "You recently
 6    asked Mr. Quackenboss" -- that's a name -- "what we
 7    were doing along the lines of providing educational
 8    material to clinics conducting new mother classes.
 9    In addition to rather extensive use of our bathing
10    time for baby film, we have been providing
11    quantities of a special occasional chart, a sample
12    of which is attached.  This chart was first produced
13    in early 1954 and has been reprinted several times.
14    It is authentic and has enjoyed wide acceptance,
15    okay."
16          So have you seen this now?
17         A.    Yes.
18         Q.    Okay.  Now, do you know when, for
19    instance, do you know when Mr. Etheridge was born,
20    David Ethridge?
21         A.    I don't.
22         Q.    Do you know who that is?
23         A.    I believe it's one of the -- your
24    Plaintiffs.
25         Q.    Right.
```

Page 53

1          A.      Clients, yes.

2          Q.      And you understand he has

3   mesothelioma?

4          A.      I do, yes.

5          Q.      Do you know when his sister started

6   powdering him?

7          A.      I do not.

8          Q.      So let's take a peak at one of these

9   brochures.  You can see that they have a "How a Baby

10  Grows" brochure.  Do you see that?

11         A.      I do, yes.

12         Q.      And then if you turn the page,

13  there's this document "How to Bathe a Baby."  Do you

14  see that?

15         A.      Yes.

16         Q.      We can zoom in a little bit on it.

17  And you see it looks like a mother and older

18  daughter, right?

19         A.      Yeah, it looks 17, 18, yeah, yeah.

20         Q.      Well, look just right here.  "A

21  visual chart for students who have baby brothers and

22  sisters at home or who serve as mother's helper or

23  babysitters or for those who are studying childcare

24  or may soon start families of their own."

25                 So Johnson & Johnson certainly

Page 54

1    understood that brothers and sisters might be

2    helping out mom, right?  Right, I mean, this is --

3          A.      Well, it talks -- it talks about

4    those who are about to start families of their own

5    so -- yeah.

6          Q.      Well, that's the last part.

7          A.      But the photograph you're hiding

8    there is just -- if you can move it along, the jury

9    can see it, is a girl who is maybe an older brother

10   or older sister, but she looks about 16, 17.

11         Q.      Okay.  Well, I'm not an expert in

12   dating people.

13                 But what it says is that it's a

14   visual chart for students who have baby brothers and

15   sisters at home, does it not?

16         A.      Yes, for students, yeah.

17         Q.      Or who serve as mother's helpers or

18   babysitters or for those who are studying childcare,

19   right?

20         A.      Yes.

21         Q.      It's not just for students, it's for

22   brothers and sisters as well as, correct?

23         A.      Those who are studying childcare,

24   yes.

25         Q.      Okay.

Page 55

```
 1          A.      Like I say, the picture typifies a

 2    typical teenager who's maybe learning not baby care,

 3    childcare.

 4          Q.      Sure.  And she's got a bottle of

 5    something in her hand, right?

 6          A.      Yes.

 7          Q.      Okay.  Let's go over to this little

 8    square up at the top.  You see, "place bath needs

 9    within reach," and you see the fourth one to the

10    last is "baby powder," right?

11          A.      Yes, uh-huh.

12          Q.      And then if we go down to the

13    bottom -- I turned up the brightness on this thing.

14    Let me see if I can.  There we go.  There we go.

15               And do you see where it says,

16    "Sprinkle baby powder on cotton ball, pat lightly

17    over large areas of body," right?

18          A.      Yes.

19          Q.      So, as of 1955, Johnson & Johnson

20    understands that brothers and sisters are going to

21    help out diapering, bathing the children, correct?

22          A.      Well, as you say, in the very first

23    paragraph, it talks about students, people who were

24    going into childcare or child baby care management

25    who could well be brothers and sisters.
```

Page 56

1          Q.      Okay.  Because I just want to be

2     clear.  The word "brothers and sisters" is on this

3     document, right?

4          A.      Yes.

5          Q.      Okay.  So it wouldn't be speculation

6     to say that brothers and sisters would help out at

7     home because Johnson & Johnson published a document

8     called "How to Bathe a Baby" that deals,

9     specifically, with brothers and sisters helping out

10    at home, right?

11         A.      Yeah.  On the picture they show is a

12    girl who looks like 17.

13         Q.      Is Johnson & Johnson saying there's a

14    cutoff age?

15         A.      No.  The picture they show and that

16    they talk about students and childcare, it is of

17    that age.  They are not saying here's, you know,

18    here's something for a four-year old, go and bathe

19    or diaper your two-year old brother.  It's a picture

20    of a girl who is in her teens and they talk about

21    students getting into childcare.

22         Q.      They talk about a number of different

23    scenarios, right?

24         A.      But the theme here is about older

25    children.

Page 57

1          Q.      Does it say "older children"?

2          A.      Well, the picture is clearly one of a

3    17-year-old, 16 or 17-year-old.

4          Q.      How old was Linda Etheridge when she

5    started powdering David Etheridge?

6          A.      I don't know.

7          Q.      Have you read any of the depositions

8    of the actual people that are involved in this case?

9                  MS. SULLIVAN:  Objection to the form.

10   Sorry.

11                 THE COURT:  Overruled.

12                 You can answer.

13   BY MR. PANATIER:

14         Q.      Have you read any of the depositions

15   of Mr. Etheridge, his sister, have you read those?

16         A.      No.

17         Q.      What about -- what about the

18   Ronnings?

19         A.      No.

20         Q.      How about the Bardens?

21         A.      No.

22         Q.      What about the D'Angela McNeill and

23   her brother and her mother?

24         A.      No.

25         Q.      If you'll turn to -- it should be --

Page 58

1   here you go, 2003, which I think is in Binder 4.

2   I'll bring you Binder 4.

3                   MR. PANATIER:  And, your Honor, I'll

4   bring you Binder 4 as well.  There it is, your

5   Honor.

6                   THE COURT:  Thank you, very much.

7                   MR. PANATIER:  Sure.

8   BY MR. PANATIER:

9        Q.     Do you need help finding that one?

10       A.     2003?

11       Q.     2003.

12       A.     Yes.

13       Q.     That's all it says.  That's it right

14   there.  That's it right there.

15              Sir, do you see that this is a

16   presentation, "reactive usage for oil and powder of

17   Johnson's Baby Powder, a beauty essential"?  Do you

18   see that?

19       A.     Yes.

20       Q.     Let me ask you this.

21        Johnson & Johnson understood that people

22   would also sprinkle baby powder on the sheets of

23   their bed, correct?

24       A.     That's what -- yeah, I've heard that.

25   I've never heard of anyone doing it but, yeah.

Page 59

1        Q.     Do you know whether or not D'Angela
2    McNeill did it?
3        A.     I don't, no.
4        Q.     So go ahead and turn --
5               MR. PANATIER:  Oh, your Honor, this
6    is Exhibit 3695-15.  And we offer it into evidence.
7               MS. SULLIVAN:  No objection.
8               THE COURT:  I'm sorry?
9               MS. SULLIVAN:  No objection, your
10   Honor.
11              THE COURT:  So admitted.
12              (Plaintiff's Exhibit 3695-15 was
13   moved   into evidence.)
14       Q.     If you will turn to the last page,
15   sir.  It says, "reactive usage for oil and powder
16   alternative uses for Johnson's powder."
17              THE COURT:  Counsel, the word is not
18   "reactive."
19              MS. SULLIVAN:  I apologize, your
20   Honor.  I didn't realize this is not a J&J document.
21              MR. PANATIER:  Oh, I'm sorry,
22   "reactivate."
23              MS. SULLIVAN:  I do object --
24              THE COURT:  Hold on.
25              MS. SULLIVAN:  -- this is not a J&J

Page 60

1    document.

2              THE COURT:  Okay.  Sidebar.

3              (Sidebar.)

4              MS. SULLIVAN:  Your Honor, I object

5    on hearsay.  It's from a public relations firm.  It

6    doesn't have a J&J Bates number on it.  The

7    changeovers --

8              MR. PANATIER:  The native Power

9    Points when they produced them natively, so this is

10   the actual file.

11             THE COURT:  Wait.  What do you mean

12   by "native"?

13             MR. PANATIER:  So they produce

14   documents in two ways.  One is like when you've seen

15   a document like the previous one where they put a

16   Bates Stamp on it.  "Native" means instead of

17   producing a printout, they produced the actual Power

18   Point and the file has the Bates Stamp that was

19   produced by Johnson & Johnson in this case.  Counsel

20   knows that.  It is a Johnson & Johnson document.

21             MS. SULLIVAN:  It's a public

22   relations worldwide document.  I object on hearsay.

23             MR. PANATIER:  They have documents

24   that they have produced by third parties all the

25   time.  The documents are full of those.  This is a

Page 61

```
 1   Johnson & Johnson document.  If Counsel is making a
 2   representation that it's not Johnson & Johnson --
 3             MS. SULLIVAN:  I'm not saying -- if
 4   you're representing we produced it, I have no
 5   evidence to dispute it, except I don't see a Bates
 6   number.  But it's clearly not their document.
 7             MR. PANATIER:  They contract with
 8   third parties all the time to produce information
 9   for them.  That's what this is.
10             THE COURT:  Okay.  I just need -- if
11   Counsel is asserting that this was not produced by
12   Johnson & Johnson, I just need the authentication.
13             MR. PANATIER:  I'll get the Bates
14   Stamp and come back to it.  That's fine.
15             MS. SULLIVAN:  And, your Honor, I
16   just ask that he point out that this is from a
17   public relations.  This is really misleading to say
18   it's Johnson & Johnson.  He should say it's public
19   relations.
20             THE COURT:  If Johnson & Johnson
21   hired PR firms to prepare advertisements for them
22   whether it be TV, print, et cetera, then I just need
23   the foundation on that.  I need the authentication
24   on that and then you can use it.
25             Alright.  Do you have it?
```

Page 62

```
 1                    MR. PANATIER:  Yes.  But we are going
 2      to have to pull it up, because we didn't think that
 3      they were going to object to their own document.
 4      But we'll have to pull up the file --
 5                    THE COURT:  You can take that up on
 6      cross-examination.
 7                    So do you have it or do you want to
 8      move and --
 9                    MR. PANATIER:  Well, we'll have to --
10      we'll have to look it up.
11                    THE COURT:  Okay.  Fine.  Thank you.
12                    (Sidebar ends.)
13      BY MR. PANATIER:
14          Q.       Alright, let me ask you this
15      question:  Johnson & Johnson hired PR firms to put
16      together information for them, correct?
17          A.       Public relations --
18          Q.       On different subjects.
19          A.       Advertising firms and public
20      relations firms, they were often involved, say, come
21      in, give us some ideas.
22          Q.       Okay.  So you said you had never
23      heard of people putting baby powder in their sheets?
24          A.       I've heard of it.  But it's not
25      something that I've ever heard Johnson & Johnson
```

Page 63

1   saying this is something that you should do.

2          Q.      Johnson & Johnson knows people did

3   that, right?

4          A.      Well, I know that people have done

5   that.  I've heard of that.  But it's not something

6   that I've ever seen in Johnson & Johnson

7   correspondence that we're aware that people have

8   this use for it.

9          Q.      Is it possible that you haven't seen

10  it because it's in the 990,000 documents you haven't

11  looked at?

12         A.      It's possible, yes.

13         Q.      Alright.  We'll come back to that,

14  okay.

15                 (There is a discussion off the

16          record.)

17  BY MR. PANATIER:

18         Q.      Dr. Hopkins, Johnson & Johnson

19  understood that any presence of amphibole mineral

20  whether in the form of asbestos as you say or not,

21  should not have been in the powder, correct?

22         A.      I don't -- I don't agree with that.

23  Amphibole -- amphiboles are present in just about

24  every county in the United States.  They're

25  invariably quite harmless.  It's a geological

Page 64

1    descriptor, but it doesn't mean it's harmful.

2              MR. PANATIER:  Your Honor, I would

3    move to strike everything after the initial answer

4    as non-responsive.  He's opining on whether or not

5    it's harmless --

6              THE COURT:  Objection is sustained.

7    Jury will disregard anything after the initial

8    response.

9              Continue.

10             MR. PANATIER:  Thank you, your Honor.

11   BY MR. PANATIER:

12        Q.    Sir, if you'll go ahead and turn to

13   the depositions' notebook there to 2017, 8-17, so

14   August 17, 2017.  Okay.

15        A.    What page?

16        Q.    It will be 1037, 1,037.  That was a

17   long deposition.

18        A.    Uh-huh.  We have it, yes.

19        Q.    I'm going to jump ahead here briefly

20   and I'm going to ask you to confirm that we've heard

21   about XRD, X-ray diffraction, that detection

22   technique.  You're familiar with that?

23        A.    Yes, sir.

24        Q.    XRD is not a microscope, correct?

25        A.    No, it's a piece of equipment.

Page 65

1        Q.      Right.  And all it tells you is

2    whether or not a mineral is present.  It doesn't

3    tell you what it looks like, right?

4        A.      No.

5        Q.      Correct?

6        A.      Correct, yes.

7        Q.      It doesn't tell you whether it's in

8    fibers or whether it's in chunks, correct?

9        A.      Yes.  You to have look at other

10   techniques.

11       Q.      Right.  So, if you could look,

12   please, sir, at Page 1037.  You were asked this

13   question.

14               MS. SULLIVAN:  Can I have the line,

15   Counsel?

16               MR. PANATIER:  Yeah, Line 8.

17   BY MR. PANATIER:

18       Q.      And to the --

19               MS. SULLIVAN:  I'm sorry, your Honor.

20   If I can just have a minute.

21               MR. PANATIER:  Counsel, are you

22   ready?

23               MS. SULLIVAN:  (INAUDIBLE)

24   impeachment is concerned.

25               THE COURT:  How about we do that at

```
                                              Page 66
 1   sidebar.
 2               (Sidebar.)
 3               THE COURT:  So it's Line 8 through
 4   what?
 5               MR. PANATIER:  Line 8 through 24.
 6               THE COURT:  Okay.  I'll hear you.
 7               MR. PANATIER:  1037.
 8               THE COURT:  Go ahead.
 9               MS. SULLIVAN:  What are you
10   impeaching him on, saying it's inconsistent with
11   this?  What are you impeaching him on?
12               MR. PANATIER:  He said the presence
13   of the minerals is fine.  And I'm impeaching him
14   because here he says it should have been rejected.
15   That's direct impeachment.
16               MS. SULLIVAN:  Where is that?
17               MR. PANATIER:  Right here.  That's
18   grounds for rejection.
19               MS. SULLIVAN:  I don't think it's
20   impeachment, your Honor.
21               THE COURT:  It does qualify for
22   impeachment based upon his response relative to the
23   distinction whether or not with any amphiboles.
24               So go ahead.
25               MS. SULLIVAN:  Okay.  Thank you, your
```

Page 67

1    Honor.

2                    (Sidebar ends.)

3    BY MR. PANATIER:

4         Q.    Sir, it was Johnson & Johnson's

5    policy, correct, to reject any talc that had the

6    presence of the mineral at all, correct?

7         A.    Sorry, the mineral, what mineral?

8         Q.    Amphibole mineral.

9         A.    Amphibole, right.  The step is that

10   you look at X-ray diffraction and if you get a

11   positive result for an amphibole, you reject it

12   until you've done the next step, which is polarized

13   light microscopy so that you can actually see what

14   kind of amphibole it is, whether it's a harmless

15   material or an asbestiform material.

16        Q.    Let's look and see what you said,

17   okay.  Line 8.  "And to the extent that any, any

18   lots of talc were tested and there was a positive

19   XRD for amphiboles minerals at anytime, was that lot

20   placed on hold before it used?"

21         And your answer was, "The way the testing

22   would have been done, it was -- it would not have

23   been -- it was not have been filled," correct?

24        A.    Until it had polarized light, yes.

25        Q.    Oh, I'm sorry.  Did you say "until it

Page 68

1    had polarized light" there?

2         A.    No, but I'm asking --

3         Q.    Okay.  Let's go to the next question.

4         "So, if a lot was positive just by XRD, it

5    would have been rejected?"

6              And your answer was, "That was my

7    belief," correct?

8         A.    Yeah, and that is the case.  It is

9    correct.  It would have been rejected until it had

10   come out of rejection by validated whether or not

11   polarized light showed a problem or not.

12        Q.    So you didn't say that here, did you?

13        A.    You didn't ask me.

14        Q.    I didn't ask you here either and you

15   volunteered it, didn't you?

16              MS. SULLIVAN:  Objection, you Honor,

17   that's argument.

18              THE COURT:  Objection sustained.

19              Let's not argue with the witness,

20   please.

21   BY MR. PANATIER:

22        Q.    Sir, look, let's look at what you

23   said.  "So if a lot was positive just by XRD" --

24   that's just the mineral, correct, sir?

25        A.    XRD would pick up amphibole.

Page 69

1          Q.      "It would have been rejected, that is
2      my belief," correct?
3          A.      It would have been rejected until it
4      was de-rejected or un-rejected.  It would have been
5      held until you had done the test.  So you reject
6      it -- you can't fill it until you've clarified what
7      the problem was.
8          Q.      Did you say that here?
9          A.      Here -- just now?  No.
10         Q.      No.  We know you said it just now;
11     here?
12         A.      No, but you didn't ask me to go on
13     and explain it any further when you asked me that
14     question back in 2017.
15         Q.      Well, I asked you right after --
16              MS. SULLIVAN:  Objection, your Honor,
17     this is argument.
18              THE COURT:  Overruled.
19     BY MR. PANATIER:
20         Q.      "And by XRD, you're just detecting
21     the mineral presence, correct?"
22          Answer:  "Correct."
23          And I asked you again, "but that was grounds
24     of J&J for rejection; is that true?"
25          Answer:  "That is the specification,"

Page 70

1    correct?

2         A.     Yes.

3         Q.     So I asked it you about it again and

4    you didn't say anything about, well, until it's

5    un-rejected, did you?

6         A.     I didn't give you that additional

7    information because you didn't ask for it.

8         Q.     I didn't ask for it either and you

9    did, correct?  Correct?

10        A.     You -- okay.  I think I've explained

11   that you reject it until you've got reasons to

12   un-reject it.

13               (There is a discussion off the

14          record.)

15   BY MR. PANATIER:

16        Q.     You know Fred Pooley, right?

17        A.     Yes, I do.  I know him well.

18        Q.     We've heard a lot about Fred Pooley

19   in this case.

20               So, in 1996, you were at the company,

21   you were at Johnson & Johnson, right?

22        A.     Yes.

23        Q.     Okay.  If you will turn please, sir,

24   to the tab for 1996.  And we might be going into

25   another binder.  Nope.  I think it's in Binder 4.

Page 71

1    It should be January 29, 1996.

2            A.      Yes.

3            Q.      Okay.  And, sir, this is a memo that

4    is a Johnson & Johnson memo, correct?

5            A.      It is, yes.

6            Q.      There's really two communications

7    here.  The page before is a communication from Bill

8    Ashton to you, correct?

9            A.      Yes.

10           Q.      And then there's a follow-up from you

11   to Ian Philipson, the head of scientific services at

12   the Cosmetic, Toiletry and Perfume Association

13   Limited, correct?

14           A.      Yes.

15           Q.      Now, we've heard of CTFA, that was

16   the Cosmetics, Toiletries and Fragrances Association

17   here in the States, right?

18           A.      Yes.

19           Q.      And Great Britain had a similar

20   version called the CTPA, correct?

21           A.      Yes.

22           Q.      Alright.

23                   MR. PANATIER:  Your Honor, at this

24   time we offer Plaintiff's Exhibit 2738 into

25   evidence.

Page 72

1                    MS. SULLIVAN:  No objection.

2                    THE COURT:  So admitted.

3                    What is the numbering on this one?

4       I'm sorry.

5                    MR. PANATIER:  2738, your Honor.

6                    THE COURT:  Thank you.

7                    (Plaintiff's Exhibit 2738 was moved

8              into evidence.)

9            Q.     So let's go back to January 22, 1996.

10      This is from Bill Ashton to you, right?

11           A.     Yes.

12           Q.     Okay.  And here it says, "From Bill,

13      attached is Page 11 of the current issue of a CTPA

14      guide wherein Fred Pooley makes the suggestion that

15      any batch of cosmetic talc which reads positive for

16      the presence of amphiboles should be rejected even

17      if subsequent examination establishes whether or not

18      the mineral is fibrous or non-fibrous."

19                    Now, I've shown you this before,

20      correct?

21           A.     Yes.

22           Q.     "We need clarification on this since

23      it is in conflict in all the work here in US based

24      primarily on the mineral tremolite, which is present

25      in trace amounts in many high grade talcs, including

Page 73

1    Johnson & Johnson's," right?

2           A.      Yes.

3           Q.      Okay.  "The mineral tremolite is

4    chemically a calcium silicate and occurs in two

5    crystallographic habits, fibrous, which is called

6    tremolite asbestos and prismatic or non-fibrous,

7    which is non-asbestiform."  Did I read that, right?

8           A.      You did.

9           Q.      Okay.  So let's get our definitions

10   straight.

11                  You agree with what Bill Ashton said

12   here --

13                  MS. SULLIVAN:  Your Honor, I'm sorry.

14                  THE COURT:  Wait, wait, wait.

15   Counsel, sidebar.

16                  MR. PANATIER:  I'm sorry?

17                  MS. SULLIVAN:  I was going to ask him

18   to read the line for completion.

19                  MR. PANATIER:  Sure.

20   BY MR. PANATIER:

21          Q.      "Here in the US, a controversy has

22   been under way for the past 25 years."

23                  MS. SULLIVAN:  And then the next one.

24                  MR. PANATIER:  I'll read the whole

25   paragraph.

```
                                              Page 74

 1              MS. SULLIVAN:  No, just the next one.

 2              MR. PANATIER:  No, I'll read the

 3    whole paragraph.

 4              MS. SULLIVAN:  Okay.

 5    BY MR. PANATIER:

 6         Q.    "All agencies and health oriented

 7    groups have accepted the view that only the rare

 8    fibrous tremolite might be hazard as opposed to the

 9    harmless prismatic form.  This has been fought at

10    many meetings of science groups and in the courts

11    mainly spearheaded by the RT Vanderbilt Company who

12    sells large tonnage of trimellitic talc to the

13    ceramic industries here and abroad."

14              And, Dr. Hopkins, you know that

15    Johnson & Johnson actually attended some meetings

16    with RT Vanderbilt, right?

17         A.    I believe RT Vanderbilt attended

18    meetings with the Food and Drug Administration at

19    which Johnson & Johnson was also present.

20         Q.    So in this memo, Bill Ashton says

21    "fibrous tremolite," right?  It says "fibrous

22    tremolite."  "Fibrous," which is called tremolite

23    asbestos, right?  Correct, sir?

24         A.    Yeah, if it meets the definition of

25    tremolite asbestos, it would be asbestos.
```

Page 75

1          Q.      And what Bill Ashton says here is,
2    "Fibrous which is called tremolite asbestos,"
3    correct?
4          A.      That's what is written.
5          Q.      Okay.  And you agree with that,
6    right?
7          A.      Well, as I said, tremolite asbestos
8    is a fibrous form as opposed to a rod form or like
9    my pencil.
10         Q.      And let's look at what he quotes what
11   Dr. Pooley said in the CTPA.
12          So Dr. Pooley was, actually, writing the
13   CTPA guide in England, correct?
14         A.      He was part of a -- several people
15   who were writing a first draft, yes.
16         Q.      Oh, was this just a first draft?
17         A.      Well, I don't know on that date
18   whether it was a draft or what.  I don't -- yeah, my
19   cover letter said I showed bill a draft of the CPTA
20   guide for his comment.
21         Q.      Okay.  My question was, is it a first
22   draft, what you said?
23         A.      Well, I don't know whether it was a
24   first draft or second draft.  It was a draft.
25         Q.      So under section -- is that 5.2?

Page 76

1    Does that look like 5.2?

2         A.      Yes.

3         Q.      Fiber minerals amphiboles.  And it

4    says, "as the description of the mineralogical

5    processes involved in the formation of talc may have

6    shown, amphiboles are possible contaminants.  These

7    include tremolite, anthophyllite, actinolite, et

8    cetera.  Tremolite, the most common amphibole

9    contaminant occurs only rarely as the fibrous form

10   and the varieties of massive tremolite which under

11   the microscope appear to contain fibers commonly

12   comprise mainly thick fibers or cleavage fragments

13   which do not present the same health hazard."

14   "However --

15               MS. SULLIVAN:  And you left out "as

16   asbestos."

17               MR. PANATIER:  "As asbestos."

18   BY MR. PANATIER:

19         Q.      "However, in order to eliminate any

20   hazard to the consumer which might arise from the

21   need to interpret fiber shape and dimensions and to

22   facilitate routine screening the CTPA view is that

23   if an amphibole is detected by X-ray diffraction

24   that batch of talc is unacceptable for cosmetic use

25   whether or not subsequent examination by optical or

Page 77

1    electromicroscopy shows that the contaminant is not

2    fibrous.  In this respect, the CTPA specification is

3    even more stringent than others which refer only to

4    fibrous amphiboles."

5              Now that's consistent with what you

6    testified to about if there was a presence of

7    amphiboles by XRD at J&J, it was to be rejected,

8    correct?

9         A.    No.  It's not consistent.  What I

10   said in the J&J specification, and you know this, is

11   that if you find amphibole by X-ray diffraction, you

12   put the whole thing on hold.  You reject it until

13   you can show that the amphibole was the harmless

14   form or the rod form of tremolite or whatever it may

15   be, but not the fibrous one that looks flexible like

16   human hair, that's asbestos.  But in rod or cleavage

17   form, it looks like, than it's not asbestos.  So you

18   do the microscope piece.  You look at it under a

19   microscope.

20        Q.    We will get to all that.  Well, let's

21   compare what you said with this.

22             Here's what you said.  "If it's positive by

23   XRD, it would be rejected.  That is your belief,

24   right?

25             And I asked, "And by 'XRD,' you're just

Page 78

1    detecting the mineral, correct?

2         "Yes, that was grounds for rejection.

3    That's the specification."

4              Now we're looking at what Dr. Pooley

5    said.  "Presence of XRD should be grounds for

6    rejection," correct?

7         A.    In this draft that you're referring

8    to --

9              MR. PANATIER:  Your Honor, at this

10   time I would object to non-responsive.

11             THE WITNESS:  I'm sorry.

12             MR. PANATIER:  I would just like a

13   yes or no.

14             THE COURT:  Please answer the

15   question.

16        A.    Yeah.  Would you rephrase the

17   question.  I'm getting lost.

18        Q.    Yes.  Dr. Pooley is saying that the

19   presence of the mineral at all is grounds for

20   rejection, correct?

21        A.    That's what he is saying on that

22   draft -- first draft, yes.

23        Q.    Well, you know that's the current

24   specification for the CTPA, don't you?

25        A.    No, it isn't.

Page 79

1          Q.      When did it change?

2          A.      I don't know.  But I looked more

3    recently and it's not the current specification.

4          Q.      What's "the current specification"?

5          A.      You would have to go on their website

6    and look it up.

7          Q.      Aren't you on the committee that

8    helps with that specification?

9          A.      Yes.  I'm on -- I'm on a scientific

10   committee, yes.

11         Q.      Well, let's look at the 2016 version,

12   okay?

13         A.      Well, why don't we look at 2018 or

14   '19 version.

15         Q.      This was the only one I as able to

16   get, but we can look at -- we can look and see if

17   they changed it after 2016, okay?

18         A.      Okay.

19                 (There is a discussion off the

20           record.)

21         Q.      It should be right in the back of

22   your Binder 4.  It should be dated 2016.  It should

23   be entitled "Cosmetic Talc a CTPA Guide."  Do you

24   have that?

25         A.      I do, yes.

Page 80

```
 1        Q.     Okay.  Great.  So just so we can get
 2   our bearings a little bit, if you'll just turn to
 3   the first page.
 4              MS. SULLIVAN:  Your Honor, I'm going
 5   to object because of the time frame here.
 6              THE COURT:  Objection overruled.
 7              You can go, proceed.
 8   BY MR. PANATIER:
 9        Q.     Do you see under "Acknowledgment,"
10   sir?
11        A.     Yes.
12        Q.     It says, "The Cosmetic, Toiletry and
13   Perfumery Association wishes to thank members of the
14   CTPA talc task force for their time and enthusiasm
15   in preparing the latest revision of this document."
16              And who is the last person listed?
17        A.     Myself.
18        Q.     You?
19        A.     Yes.
20        Q.     John Hopkins?
21        A.     Yes.
22        Q.     Innovant Research, right?
23        A.     Yes.
24              MR. PANATIER:  Your Honor, we offer
25   this into evidence.
```

Page 81

1              MS. SULLIVAN:  It's for 2016.

2              THE COURT:  Sidebar.

3              (Sidebar.)

4              THE COURT:  The purpose for which

5    you're seeking admission?

6              MR. PANATIER:  Yes, it's to impeach

7    the witness for purposes of what he just said, that

8    it's not part of the -- it's not of the protocol.

9    He's trying to fight it.  In 2016 he tried to fight

10   it, in 2017 in his depo.

11             MS. SULLIVAN:  The protocol in 2016

12   has nothing to do with this case, your Honor.

13             MR. PANATIER:  There was exposure in

14   2016.

15             THE COURT:  Okay.  Well, even if

16   there wasn't exposure, for the sake of argument, in

17   2016, I'm allowing its admission for purposes of

18   impeaching credibility based upon the testimony of

19   this witness relative to that Bill Ashton memo to

20   him referencing the CTPA guide and the language at

21   issue.

22             MS. SULLIVAN:  I don't see where the

23   impeachment is.  I don't understand.  All he showed

24   was the acknowledgment.

25             THE COURT:  Do you want to show

```
                                              Page 82

 1   Counsel?

 2              MR. PANATIER:  Yeah.  I haven't gone

 3   into it further yet; Page 13 and Page 16, where it

 4   says the exact same thing.

 5              MS. SULLIVAN:  This is consistent,

 6   your Honor.  It says, tremolite occurs only rarely

 7   in fibrous forms.  It's not inconsistent and I'll

 8   object because it's not proper impeachment.

 9              MR. PANATIER:  Your Honor, amphibole

10   detected by X-ray diffraction that matches

11   unacceptable or cosmetic uses --

12              THE COURT:  As for impeachment

13   purposes.  Thank you.

14              (Sidebar ends.)

15   BY MR. PANATIER:

16       Q.     Doctor, is it your --

17              THE COURT:  Hold on a second.

18              MR. PANATIER:  I'm sorry.

19              THE COURT:  This document has been

20   offered into admission.  The Court now accepts it

21   into admission.

22              (Plaintiff's Exhibit 3695-14 was moved

23          into evidence.)

24              MR. PANATIER:  Thank you, your Honor.

25   It's Exhibit 3695-14.
```

Page 83

1    BY MR. PANATIER:

2            Q.      Now, Dr. Hopkins, barring some

3    C-change in the CTPA between 2016 and now, let's

4    look at this.

5             Let's take a look at Page 14.  Okay.  Tell

6    me when you're there.  And if it's helpful, it's up

7    there, too.

8            A.      It's okay.  No, I got Page 14, yeah.

9            Q.      Alright.  Now, it says, "As the

10   description of the mineralogical processes involved

11   in the formation of talc may have shown, amphiboles

12   are possible contaminants, these include tremolite,

13   anthophyllite, actinolite, et cetera.  Tremolite the

14   most common amphibole contaminant occurs only rarely

15   as the fibrous form and the varieties of massive

16   tremolite, which under the microscope appear to

17   contain fibers, commonly comprise mainly thick

18   fibers or cleavage fragments which do not present

19   the same hazard as asbestos."

20               Now, first of all, that's exactly

21   what he said in 1996 in the letter you got, isn't

22   it?

23           A.      Yes.

24           Q.      Okay.

25           A.      Yes.  Yes --

Page 84

1          Q.      Let's see if the rest is consistent.

2     "However, in order to eliminate any hazard to the

3     consumer, which might arise from the need to

4     interpret fiber shape and dimensions and to

5     facilitate routine screening, the CTPA view is that

6     if an amphibole is detected by X-ray diffraction,

7     that batch of talc is unacceptable for cosmetic use

8     whether or not subsequent examination by optical or

9     electromicroscopy shows that the contaminant is not

10    fibrous."  Did I read that right?

11         A.      You did.

12         Q.      And look here's from the previous

13    exhibit.  Can you see that up on the screen, sir?

14         A.      Yes.

15         Q.      It says the same thing.

16         A.      It does.  But there is an explanation

17    and I'm happy to give it.

18         Q.      Sir, this is 20 consistent years from

19    1996 to 2016 where they're saying the same thing,

20    correct?

21         A.      They're saying the same thing and

22    there is an explanation and I'm happy to give it.

23    If you --

24         Q.      And you gave that explanation --

25         A.      -- if you will allow me.

Page 85

1              THE COURT:  Hold on.

2              THE WITNESS:  Sorry.

3              THE COURT:  It's okay.

4              MS. SULLIVAN:  I object to the

5    interruption.

6              THE COURT:  There is no question

7    pending.

8              Proceed.

9              MR. PANATIER:  Thank you, your Honor.

10   BY MR. PANATIER:

11        Q.    You gave that explanation for the

12   first time today, you did not give that explanation

13   when I deposed you in 2017, did you?

14        A.    I have given the explanation -- the

15   test methodology requires you to do X-ray

16   diffraction followed by polarized light microscopy

17   and, if necessary, by other microscope methods.

18              (There is a discussion off the

19         record.)

20        Q.    We know this.  Johnson & Johnson

21   never rejected a single lot for the presence of

22   amphibole or amphibole asbestos, correct?  Correct?

23        A.    If a lot had failed the

24   specification, which is the test using X-ray

25   diffraction for amphibole followed by polarized

Page 86

1    light microscopy and transmission electron

2    microscopy, if it had failed those tests, which

3    would have picked up asbestos, it would have been

4    rejected.

5        Q.    No lot was ever rejected, correct?

6        A.    I don't know whether a lot was

7    rejected or not.  It could well have gone into

8    industrial talc.  I'm not going to speculate.  But

9    any lot that fails those three tests would not have

10   been used to make baby powder.

11             THE COURT:  This would be a good time

12   for a break, Counsel.

13             MR. PANATIER:  That's fine.

14             THE COURT:  Alright.  So Members of

15   the Jury, we're going to take a 15-minute break.  No

16   discussions with regard to this case, including the

17   testimony you've just heard.  No research of any

18   kind whatsoever.

19             Please be ready to come back upstairs

20   at five after.  Enjoy your break.

21             (Jury exits.)

22             THE COURT:  And we're off the record.

23   Dr. Hopkins, you may step down.

24             THE WITNESS:  Thank you.

25             (Recess taken 10:50 to 11:12 a.m.)

Page 87

1                    (Jury enters.)

2                    THE COURT:  Please be seated.  Make

3    sure cell phones are turned off.

4                    You may continue.

5                    MR. PANATIER:  Thank you, your Honor.

6         Q.    So, Dr. Hopkins, at this point we

7    have documentation, a policy to reject anything with

8    amphiboles.  We have that from 1996 CTPA, correct?

9         A.    That's the British --

10        Q.    Yes.

11        A.    -- document.  That is their document,

12   yes.  But, as I said, I'm happy to give an

13   explanation why but --

14                   MR. PANATIER:  Your Honor, I'm going

15   to object at this time to nonresponsive and move to

16   strike.

17        A.    The answer is, yes.

18                   THE COURT:  Thank you, Dr. Hopkins.

19        Q.    We also saw 2016 CTPA, same policy,

20   correct?

21        A.    We did, yes.

22        Q.    Also, we have your testimony from

23   2017 where you said presence by XRD, which only

24   detects the amphiboles would be grounds for

25   rejection, correct?

Page 88

1        A.        Yes.   And I explained until you've

2    done otherwise.

3        Q.        Okay.  Well, if you would turn to the

4    tab.  Actually, I think it's there already.   I

5    turned it there for you.

6                  December 28, 2016, you got that tab?

7    The title is the, "The Process for Qualification and

8    Approval of a New or Alternate Source of Cosmetic

9    Talc"?

10       A.        Yes.

11       Q.        Okay.  That's a document you authored

12   correct?

13       A.        Yes, I gave guidance to an affiliate

14   in, I think, it's Indonesia as to their thinking

15   process, yes.

16       Q.        The title is, "The Process for

17   Qualification and Approval of a New Or Alternate

18   Source of Cosmetic Talc" and it regards the global

19   specification, correct?

20       A.        I don't see that title.

21       Q.        Okay.  Well --

22       A.        Let me read it.

23       Q.        We'll look at it together.

24                 MR. PANATIER:  You Honor, I offer

25   this in evidence.

Page 89

```
 1                 THE COURT:  Any objection?
 2                 MS. SULLIVAN:  Your Honor, just a
 3     sidebar on this.
 4                 THE COURT:  Sure.
 5                 MS. SULLIVAN:  Thank you.
 6                 THE COURT:  Just to be clear, this is
 7     2836 being offered?
 8                 MR. PANATIER:  2836.
 9                 THE COURT:  Okay.
10                 (Sidebar.)
11                 MS. SULLIVAN:  Your Honor, I'm just
12     going to object.  The last document was a London
13     2016 standard that has been (INAUDIBLE).  This is an
14     Indonesian, you know, again post-dating the time
15     frame at issue in this case and the recommendations.
16     It's not relevant under the time period at issue and
17     we would object to the document.
18                 THE COURT:  And the basis for which
19     you're seeking to introduce this?
20                 MR. PANATIER:  Right here.  Dr.
21     Hopkins stated there are certain parameters for
22     which a minimum standard must be maintained on a
23     global basis.  These consist of freedom from
24     asbestos and amphibole minerals.
25                 MR. MAIMON:  We also have evidence,
```

Page 90

1  your Honor, this document was used by J&J for its

2  specification for Johnson's Baby Powder everywhere

3  in the world including the United States and I

4  deposed one of their officials on this based just on

5  the document's fact.

6                THE COURT:  Based on the document and

7  how it reads, I'm going to admit it into evidence.

8  It does not exceed use; in other words, it's not

9  just looking outside of the country.  It's also

10  being what's specified on a global basis.

11                MS. SULLIVAN:  Thank you, your Honor.

12                (Sidebar ends.)

13                THE COURT:  This document is now

14  admitted into evidence.

15                You may proceed.

16                (Plaintiff's Exhibit 2836 was moved

17        into evidence.)

18                MR. PANATIER:  Thank you, your Honor.

19  BY MR. PANATIER:

20        Q.      This is a document you John Hopkins

21  offered, right?

22        A.      Yes, in response to a question, yes.

23        Q.      And it says, "Cosmetic grades of talc

24  to be used in Johnson & Johnson products must meet

25  standards for both mineralogical and microbial

Page 91

1    purity," correct?

2              A.      Yes.

3              Q.      That's true for the whole world,

4    correct?

5              A.      Yes.

6              Q.      Let's go down here to your bullet

7    point.  "There are, however, certain parameters for

8    which a minimum standard must be maintained on a

9    global basis."

10                    "Global" includes the United States,

11    correct?

12              A.      Yes.

13              Q.      Okay.  "These consist of No. 1

14    freedom from asbestos and amphibole minerals,"

15    correct?

16              A.      Yes, that's what I wrote.  And I'm

17    happy to explain why I wrote that.

18              Q.      Well, I just want to talk about what

19    you wrote.

20                    You wrote in 2005, on a global basis,

21    no asbestos and no amphibole minerals, correct, did

22    you write that?

23              A.      I wrote that.  And I'm happy to

24    explain why I wrote that to that individual in, I

25    believe, Indonesia.

Page 92

1          Q.     The truth is there is a robust

2    history of amphibole minerals in Johnson & Johnson's

3    talc that they used for baby powder, correct?

4          A.     You can find nonasbestos amphibole

5    minerals in pretty well every county in the United

6    States and you will find nonasbestos amphibole

7    material in many talc sources from around the world.

8               MR. PANATIER:  Your Honor, I'm going

9    to move to strike.

10         A.     Sorry, didn't I answer the question?

11               THE COURT:  No.  Doctor, if you could

12   please listen to the question and answer that

13   question only.

14               Why don't we do it one more time.

15         Q.     If you'll turn, please, sir, back to

16   the deposition binder, the first deposition

17   8/15/2017, Page 311.  It's, actually, 312.  Sorry,

18   these print over a page.  Page 312, starting with

19   Line 8.

20               MS. SULLIVAN:  I'm just going to

21   object because it's not inconsistent with what he

22   just said.

23               THE COURT:  I'm sorry, beginning

24   where?

25               MR. PANATIER:  Page 312/Line 8

Page 93

1    through 12.

2                    THE COURT:  Objection overruled.

3                    You may proceed.

4    MR. PANATIER:

5            Q.      Okay.  Doctor, I asked you this

6    question.  "We were discussing a document at the

7    time.

8            Well, he probably mentioned tremolite

9    because as we know there's a very robust record of

10   the mineral tremolite being present in the ores that

11   Johnson & Johnson uses, correct?"

12           And what was your answer?

13           A.      I'm sorry, what page are we on?

14           Q.      Page 312.

15           A.      What line?

16           Q.      Line 8 through 12.

17           A.      Okay.  Sorry.  The print is blurred.

18   Yeah.

19           Q.      Is your print "blurred"?

20           A.      Yeah, yeah.  It says, "As we know,

21   there is a very robust record of the mineral," and

22   then there's nothing.

23           Q.      Let me give you mine, if it's

24   blurred.

25           A.      Yeah, we can swap then.

Page 94

1          Q.      Hold on.

2          A.      See there's nothing there?

3          Q.      Yeah, here, look at my copy.

4          A.      Okay.

5          Q.      So, when I asked you, if there was a

6    robust record of tremolite in the source talc for

7    Johnson's Baby Powder, your answer was what?

8          A.      Yeah, correct, yeah.  I just said

9    that a few minutes ago.

10         Q.      There was a robust record, correct?

11         A.      Of tremolite, yes.

12         Q.      Okay.  For CTPA in 1996, 2016 your

13   global specification they all said no amphibole

14   minerals.

15          My question is tremolite is an amphibole

16   mineral, correct?

17         A.      My global specification was not a

18   global specification.

19                 MR. PANATIER:  Your Honor, I'm going

20   to object as nonresponsive.

21                 MS. SULLIVAN:  He didn't even answer

22   before you decided it's nonresponsive.

23                 MR. PANATIER:  I asked if tremolite

24   was an amphibole.

25                 THE COURT:  That response is stricken

Page 95

1    from the record.

2                    Can you ask the question one more

3    time.

4                    MR. PANATIER:  Yes.

5                    THE COURT:  Please listen to the

6    question, Dr. Hopkins.

7         Q.       Is tremolite an amphibole?

8         A.       Tremolite is an amphibole.

9         Q.       Okay.  Anthophyllite is an amphibole,

10   right?

11        A.       Yes.

12        Q.       Actinolite is an amphibole?

13        A.       They all are, yes.

14        Q.       Chrysotile is a different type of

15   mineral, it's serpentine, correct?

16        A.       It is serpentine, yes.

17        Q.       Chrysotile -- anytime you see a

18   reference to chrysotile, we don't have to talk

19   whether it's good rock or a bad rock, that's

20   asbestos always, correct?

21        A.       Yes.

22        Q.       Sir, we have heard a little bit in

23   this case about the Battel Memorial Altitudes.

24         You're familiar with Battel, correct?

25        A.       I am, yes, yes.

Page 96

1        Q.      And you know that Battel found
2   tremolite in the Italian source or for Johnson's
3   baby powder several hundred times, correct?
4        A.      They found tremolite, not asbestos
5   tremolite.  They found tremolite, yes.
6                MR. PANATIER:  Your Honor, I move to
7   strike.  I asked whether they found tremolite.
8        A.      The answer is, yes.
9                THE COURT:  Thank you, Doctor.
10       Q.      Alright.  Alright.  Several hundred
11  times, correct?
12       A.      They found tremolite.
13       Q.      There is extensive testing
14  demonstrating tremolite in both the Italian and
15  Vermont ore, correct?
16       A.      Yeah.
17       Q.      And by the early 1970s Johnson &
18  Johnson had numerous reports of tremolite in both,
19  correct?
20       A.      Yes.
21       Q.      So I brought up Bill Ashton before
22  and I wrote down last night a series of people which
23  might help us speed this up, okay.  So can you see
24  my list of people here?
25       A.      I need my driving glasses.

Page 97

```
 1          Q.      Yeah.  Can you --
 2          A.      Yes.
 3          Q.      Can you read them okay?
 4          A.      I can read them, yes.
 5          Q.      So, as documents come up, this might
 6   help us keep track of the cast of characters, okay?
 7          A.      Yes.
 8          Q.      And I've entitled this, "J&J People
 9   Involved in Talc Asbestos," with the caveat that
10   there are others, right?
11          A.      Probably.
12          Q.      You're not on there, right, you
13   weren't?
14          A.      Yeah, yeah.
15          Q.      So, just to get straight -- and I'd
16   love if you correct me if any of these are incorrect
17   and we can mark it out and we can make an
18   adjustment.  But let's just go through them.  This
19   will save us time moving forward as we go through
20   the documents, okay?
21          A.      Okay.
22          Q.      Is that alright?
23           Alright.  Bill Ashton, senior science, head
24   of talc, someone who you said was regarded as
25   Mr. Talc, correct?
```

Page 98

1          A.      Yes, he's an expert geologist, yes.

2          Q.      David R. Clare, he was the President

3    of J&J?

4          A.      He was at one time, yes.

5          Q.      In the '70s?

6          A.      Generally around '76, as I recollect,

7    yes.

8          Q.      Al Goudie was a J&J physician,

9    correct?

10          A.      As a scientist.

11          Q.      Was he not a physician?

12          A.      No.

13          Q.      He was not?

14          A.      I don't believe he was.  I think he

15    was a scientist.

16          Q.      Okay.  Well, we'll -- I'm not going

17    to mark it up.  I'm going to put that in parentheses

18    because I think we might see a document on that, but

19    I'm going to write "scientist" and we'll put a

20    little question mark over "physician."

21           DD Johnston, President of J&J Baby Products

22    Company, correct?

23          A.      Yes.

24          Q.      Gavin Hildick-Smith was the Director

25    of Medical Affairs?

Page 99

1          A.      Yes, he was an MD, yeah.

2          Q.      And he was an MD, okay.  We'll put

3     "MD."

4           General Johnson, there was actually -- so

5     was he a general, had he been a general?

6          A.      He was a World War II general, yes.

7          Q.      Did he have a first name?

8          A.      I can't remember.  He did, obviously.

9          Q.      Yeah.  I don't know it.

10         A.      I can't remember it now.

11         Q.      But they always refer to him General

12    Johnson.

13          But he's not like Johnson & Johnson Johnson,

14    is he?

15         A.      He was the grandson of the founder,

16    yes, or great grandson.

17         Q.      He was an executive, correct?

18         A.      Yes.

19         Q.      And George Lee was the Director of

20    Applied Research, true?

21         A.      Yes.

22         Q.      Tim McCarthy, he's more recent.  He

23    was the Director of Toxicology for baby R&D and

24    products stewardship, correct?

25         A.      Yes.

Page 100

1          Q.     Roger Miller he was the President of

2  Windsor Minerals.  That was the company that Johnson

3  & Johnson owned that mined the Vermont talc?

4          A.     The mining company, yes.

5          Q.     W. Nashed, now, do you know what his

6  first name was?

7          A.     I've forgotten.  I do know, but it's

8  slipped my mind.

9          Q.     If I knew it, I would have written

10  it.

11           But Dr. Nashed, correct?

12          A.     Yes.

13          Q.     And he was the Director of Science

14  Information, true?

15          A.     Yes.

16          Q.     Okay.  He had a big role when it came

17  to talc and asbestos, did he not?

18          A.     He was a coordinator.  He was kind of

19  a central point and correspondence would go in and

20  go out.

21          Q.     D.R. Petterson medical director baby

22  products, right?

23          A.     He was, yes.

24          Q.     Robert Rolle, Assistant Director

25  Analytical Research Baby Powder Products, true?

Page 101

1          A.      Yes.

2          Q.      John Scheltz he was the CTPA task

3    force chairman on the committee to develop J4-1,

4    correct?

5          A.      He was 1 of 20 people on that

6    committee, yes.

7          Q.      He was the chairperson?

8          A.      He was chairperson, yes.

9          Q.      Bruce Semple, he's more recent,

10   correct?

11         A.      Yeah, he's an MD.

12         Q.      And he was a medical director?

13         A.      He was at one point, yes.

14         Q.      T.H. Shelley Research Director,

15   right?

16         A.      He was, yeah.

17         Q.      Lorena Telofski more recent again,

18   she's the scientific engagement leader, correct?

19         A.      Well, that's the title you've got

20   there.  I don't know what the current title is but,

21   yes.  I'll not argue.

22         Q.      In fairness, there's some documents

23   in the mid 2000s that she's uses the NATRA title at

24   the time, okay?

25         A.      Okay, yeah.

Page 102

1          Q.      Charles -- I can't say that --
2    W-a-h-s-c-z-u-k?
3          A.      I think it's pronounced Wajsczuk, but
4    I don't know him.
5          Q.      Okay, great; medical Safety Officer,
6    right?
7          A.      Yeah.
8          Q.      Okay.  Alright.  So this might help
9    us keep our bearings as we move forward.
10          Now, sir, Johnson & Johnson understands that
11    talc, specifically, for use on babies but really for
12    all purposes has no medicinal benefit, right?
13          A.      It's not a therapeutic medicinal, no,
14    there's no --
15          Q.      It doesn't have --
16          A.      It doesn't treat nor cure disease.
17          Q.      It doesn't have any health benefits?
18          A.      It helps cool the skin and keeps the
19    skin from chaffing.  It's -- call it dry lubricant.
20    The talc particles slide over each other so they
21    help stop chaffing but --
22          Q.      Okay.  Other than that --
23          A.      -- it's not medicinal, I don't know.
24          Q.      Other than chaffing, does it have any
25    health benefits, sir?

Page 103

1          A.      I'm not aware of any curative --

2   disease curative benefits, no.  It's a skin dry

3   lubricant.

4          Q.      You can turn, please, sir, it's going

5   to be in the big binder to June 17, 1966.  It should

6   be near the front.  Here it is.

7           Now, first of all, Johnson & Johnson refers

8   to the baby powder.  It's an important product to

9   Johnson & Johnson, right?

10         A.      Yes, it's been sold for over hundred

11  years.

12         Q.      It's not one that they ever made -- I

13  mean, they ever made a ton of money from relatively

14  speaking, right?

15         A.      No, virtually none.

16         Q.      It was far more important to Johnson

17  & Johnson in terms of reputation, correct?

18         A.      Yes, it was a historical product.

19         Q.      Johnson & Johnson?

20         A.      From the 1890s.

21         Q.      I'm sorry?

22         A.      From the 1890s.

23         Q.      Johnson & Johnson referred to the

24  baby powder as their flagship product, correct?

25         A.      I've seen that expression, yes.

Page 104

```
 1          Q.      They referred to it as the
 2     cornerstone of their baby products franchise,
 3     correct?
 4          A.      It was the first baby product, yes.
 5          Q.      They've even referred to it as the
 6     sacred cow, right?
 7          A.      I've heard that expression from one
 8     individual.
 9          Q.      Right; in the Johnson & Johnson
10     documents, true?
11          A.      Yes.
12          Q.      Okay.  So let's look at this document
13     it's dated 1966.  It is from W.H. Steinberg to Gavin
14     Hildick-Smith, okay, Director of Medical Affairs,
15     correct?
16          A.      Yes.
17                  MR. PANATIER:  Alright.  I'm going to
18     offer this into evidence, your Honor, Exhibit 2360.
19                  MS. SULLIVAN:  Your Honor, this was
20     in limine issue and it's also --
21                  THE COURT:  Sidebar.
22                  (Sidebar.)
23                  THE COURT:  What's the in limine
24     issue?
25                  MS. SULLIVAN:  This was other adverse
```

Page 105

1    -- it's like a cancer -- this is the asphyxiation

2    issue.  It has nothing to do with mesothelioma.

3    These are the kids that choked or asphyxiated

4    because of the blocking air, yeah, from the powder.

5    It's a 403 issue and it's also hearsay, of course.

6                    MR. PANATIER:  First of all, it's

7    here to -- to address hearsay within hearsay goes to

8    notice.

9                    Second of all, as far as the overall

10   safety --

11                   THE COURT:  Wait a minute.  One

12   person at a time.

13                   MR. PANATIER:  Overall safety Counsel

14   for Johnson & Johnson brought this up in opening

15   statement.  She said the product is safe and it goes

16   to the fact that if they had heeded the doctor's

17   warnings for whatever reason and they stopped

18   selling the product, we don't have this case.

19                   MS. SULLIVAN:  This is --

20                   THE COURT:  So that's the issue?

21                   MR. PANATIER:  That's correct.

22                   THE COURT:  Thank you.

23                   MS. SULLIVAN:  This is notice as

24   asphyxiation from blocking.  It has nothing to do

25   with cancer and mesothelioma.

1                MR. PANATIER:  Great point.  It's

2      actually --

3                MS. SULLIVAN:  And it's hearsay.

4      This is hearsay within hearsay.

5                MR. PANATIER:  Actually, in opening

6      Counsel argued that they put warnings on because

7      babies would poured it over their faces.

8                THE COURT:  Okay.  I'm going to allow

9      it.  It goes to the issue of notice.

10               Now having said that, this is not

11     what you pointed to Ms. Sullivan's opening statement

12     but it does not open the door --

13               MR. PANATIER:  To anything.  No, not

14     I'm not doing that.

15               THE COURT:  I want to be clear on

16     that.

17               And in terms of the hearsay upon

18     hearsay, so this is commenting upon an article in

19     (INAUDIBLE) corporate of spokesperson what issue

20     that you are looking to point out is, is what?

21               MR. PANATIER:  Is the hazard that

22     they were aware of, your Honor.

23               MS. SULLIVAN:  Which had nothing to

24     do with cancer.

25               MR. PANATIER:  It has no health

Page 107

1   benefit, which we are talking about.

2                  MR. SULLIVAN:  Which he's already

3   testified --

4                  THE COURT:  Thank you.

5                  MS. SULLIVAN:  Thank you, your Honor.

6                  MR. PANATIER:  Thank you.

7                  (Sidebar ends.)

8                  MR. PANATIER:  It's 2360, your Honor.

9                  THE COURT:  Yes, now admitted into

10  evidence.

11                 (Plaintiff's Exhibit 2360 was moved

12            into evidence.)

13       Q.      Now, sir, let's take a peak at this

14  together.  It says, "subject Johnson's baby powder

15  talc aspiration."  That means breathing in, right?

16       A.       In context, it's blocking your nose,

17  yes.

18       Q.       "Reference is made to the attached

19  note from Mr. J. Detry forwarding an article by Drs.

20  Hughes and Colmer which appeared in June 1966

21  American Journal of Diseases of Children.  Baby

22  powder represents the cornerstone of our baby

23  products franchise.  In addition we have a large

24  investment in the talc mine."

25            At this point they had already bought the

Page 108

1  Vermont mine, correct?

2          A.      Yes.

3          Q.      So "the cornerstone of our baby

4  powder's franchise" and "we have a large investment

5  in talc mine," Mr. Steinberg felt were important to

6  state when discussing this article about the

7  aspiration of talc for children, correct?

8          A.      Yeah, you read what was written.

9          Q.      And he quotes the article.  "In

10 conclusion, it is strongly urged that talcum powder

11 be removed from the environment of children and that

12 the traditional association of talcum powder and

13 babies be abandoned.  It has no medicinal value

14 wherever placed.  It serves as a foreign body and,

15 at least, three deaths in an unknown morbidity of

16 resulted from this talcum powder."

17          Now "morbidity" means sickness or illness,

18 correct?

19         A.      Yes.

20         Q.      Okay.  He writes, "Would it be

21 possible for us to initiate basic work to explore

22 this phenomenon either to obtain data to refute this

23 problem or to develop mechanisms to reduce the

24 hazard?"  Is that what he writes?

25         A.      Yes.  He commented on what was

Page 109

1    written in the American Journal of Disease of

2    Children and then wrote what you read, yeah.

3         Q.    Okay, okay.  So Johnson & Johnson was

4    aware that doctors were recommending against the use

5    of baby powder as of 1966, true?

6         A.    Well, these particular doctors

7    responding to cases where children had choked or got

8    powder on their nose would breathe that comet.  So

9    that is noted in the Johnson's files, yes.

10        Q.    When did Johnson & Johnson first add

11   a safety lid to prevent that to its baby powder?

12        A.    A safety lid?

13        Q.    A safety cap to prevent from children

14   opening it and pouring on their faces and aspiring

15   talc?

16        A.    Well, there's always been a lid with

17   little holes in.  The issue is the size of the

18   holes.

19        Q.    Yeah.

20        A.    Yeah.

21        Q.    So is there a safety lid?

22        A.    As of today?

23        Q.    Yes.

24        A.    Well, there's -- the holes are

25   structured in a certain way that getting a large

Page 110

1    amount tipped on your face shouldn't happen.  The

2    holes are certain tiny size and you have to turn it.

3         Q.     All there is the twisty we're all

4    familiar with?

5         A.     Yeah, yeah.

6         Q.     Let's skip ahead to 1976.  That one

7    was 1966.  If you'll turn to March 22, 1976, it

8    might be in Binder 2.  Here you go.

9                MR. PANATIER:  Your Honor, I have the

10   bad news of delivering you another binder.

11        Q.     Dr. Hopkins, let me just find this

12   one for you.

13         Dr. Hopkins, this is a document that you and

14   I have gone over before, true?

15        A.     Yes.

16        Q.     Okay.  That is dated March 22, 1976

17   and it's a memo from Bruce Semple, Medical Director.

18   And it is to D.R. Petterson or Petterson, yeah,

19   medical director of, correct, baby products?

20        A.     Yeah.

21        Q.     And it is about a phone dialogue with

22   someone at NIOSH, correct?

23        A.     Yes.

24        Q.     NIOSH is the National Institute for

25   Occupational Safety and Health, true?

Page 111

1          A.      Yes.

2                  MR. PANATIER:  Your Honor, at this

3     time, we offer this into evidence 2594.

4                  MS. SULLIVAN:  No objection.

5                  THE COURT:  So admitted.

6                  (Plaintiff's Exhibit 2594 was moved

7            into evidence.)

8          Q.      So this phone call they had was with

9     D.H. Groth, Doctor -- chief of the pathology

10    section, correct?

11         A.      Yes.

12         Q.      And to get our bearings, the J&J

13    person, this was Bruce Semple, says, "I identified

14    myself and the reason for phoning.  He was pleasant

15    and cooperative.  He recalled being phoned around

16    Wednesday, March 17th, '76 by a woman who he thought

17    was a Cincinnati newspaper.  She said that she had

18    called Dr. Arthur Langer to inquire about nickel in

19    talk.  He used the Christian name Tom for Langer and

20    first and then corrected it in the manner that would

21    lead one to suspect that he does not know Langer.

22    Langer had referred her to Groth as an expert in

23    trace medical toxicology.  So we're talking about a

24    phone call that this reporter had with brother at

25    NIOSH, right?

Page 112

1          A.      Yes.

2          Q.      Okay.  Let's skip down here.  "She

3    then asked him about asbestos and he said that this

4    was a different problem and that he would not

5    recommend using talc on babies because of the

6    possibility of asbestos inhalation regardless of the

7    contamination level.  He felt that this would

8    constitute an unnecessary risk."

9               MS. SULLIVAN:  Can I just ask in the

10   interest of completeness, your Honor, that Counsel

11   read the next two lines as well.

12         Q.      "He seemed quite surprised when I

13   informed him that there was no asbestos in JBP and

14   that Langer himself agreed.  We then discussed the

15   safety of pure talc and he affirmed that at the

16   cosmetic use exposure levels he did not believe that

17   there would be a safety problem."  Did I read that

18   right?

19         A.      You did, yes.

20         Q.      Now, we're going to get to Dr.

21   Langer.  And Dr. Langer -- are you here to say that

22   Dr. Langer retracted his results about asbestos in

23   Johnson's Baby Powder, or have you changed that

24   opinion?

25         A.      Dr. Langer published a paper with his

Page 113

1    colleague Dr. Rolle in 1976 where he gave the

2    results of his studies on Johnson's powder and many

3    other powders.

4         Q.     We'll discuss that.

5          Bottom line is Dr. Groth, NIOSH, 1976 says,

6    talcum powder shouldn't be used on babies, right?

7         A.     That's what he said based on his

8    misunderstanding.

9         Q.     "Based on his misunderstanding"?

10        A.     Yeah, because he thought mistakenly

11   that the possibility of asbestos inhalation.

12             (There is a discussion off the

13   record.)

14             THE COURT:  Let's go off the record.

15             (Recess taken 11:38 to 11:40 p.m.)

16             THE COURT:  Let's go back on the

17   record.

18             Whenever you're ready to continue.

19             MR. PANATIER:  Sure.

20   BY MR. PANATIER:

21        Q.     Doctor, you're aware that Dr. Langer

22   tested Johnson's Baby Powder a number of times,

23   right?

24        A.     Yes.

25        Q.     And you're saying that in 1976 he

Page 114

1    published a paper where he did not report Johnson --

2    asbestos in Johnson & Johnson's, true?

3         A.     Yes, his peer reviewed scientific

4    publication with Dr. Rolle did not report asbestos

5    in baby powder.

6         Q.     You know that earlier he actually

7    brought Johnson & Johnson to his offices in Mount

8    Sinai and showed him the asbestos in earlier

9    samples, correct?

10        A.     Well, what I'm saying is when he did

11   his earlier experiments, he mistakenly claimed to

12   have found asbestos.  When he learned how to do his

13   test methods properly, he did not find it and that

14   was the data he published.

15        Q.     So you're saying that he retracted

16   his results?

17        A.     I'm not using the word retraction.

18   You're putting words there.

19         What I'm saying is that when he published

20   his final publication in a peer reviewed scientific

21   journal, he did not claim to have found asbestos in

22   Johnson's Baby Powder.

23        Q.     You know that those were two

24   different samples, two bottles, different samples,

25   than what he tested in '71, correct?

Page 115

1          A.      What he tested in '71 was when he was

2    developing his methodologies, by the time he had

3    learned how to do his technique correctly.  He was

4    not finding asbestos in -- not only Johnson's

5    powders, but others he was looking at.

6          Q.      Is it your testimony that Dr. Langer

7    maintained that he did not find asbestos then in

8    Johnson's Baby Powders?

9          A.      He wrote to -- an article to the, I

10   think, it was the New York Times where he claimed he

11   was mistaken and he did not find it.

12         Q.      If you can turn please, sir, to the

13   tab December 12, 2018.  It should be in the thin

14   binder.  Hold on.  I'll find it.

15          Okay.  Yep.  Here it is, right here.  It's

16   that tab right there.

17          And I just want you to turn to the page

18   marked 6-10.  See at the bottom, bottom right, they

19   say page number, out of ten?

20         A.      Yes, yes, I have that.

21         Q.      Go to 6 of 10.

22         A.      Yes.

23                 MS. SULLIVAN:  Your Honor, can we

24   have a sidebar on this?

25                 THE COURT:  Yeah, sure.

Page 116

1              (Sidebar.)

2              MS. SULLIVAN:  Your Honor, this is

3    the Reuters article from last year.  It's written by

4    both -- the New York Times were speaking to the

5    Plaintiffs' lawyers.  It has a picture of Martin

6    Lear (phonetic) attached to it.  It is -- he's going

7    to ask about hearsay.  It's not an ancient document.

8    He's going to ask what was said (INAUDIBLE) --

9    what's in the article.  It is completely improper

10   and I believe it's inadmissible (INAUDIBLE).

11             MR. PANATIER:  Your Honor, if I can,

12   first of all, this isn't Reuters.  This is the New

13   York Times.

14             Second of all, Dr. Langer -- Dr.

15   Hopkins just quoted saying Dr. Langer in the New

16   York Times was quoted as saying that he was

17   mistaken.  The quote that I'm interested right

18   here -- I'm not going to show pictures of Mark

19   Lear -- is right here.

20             THE COURT:  "In a recent interview,

21   Mr. Langer told the Times that Dr. Chalmers only

22   spoke for himself and for the institution, not our

23   research group.  He reiterated that his team had

24   detected asbestos in Johnson's Baby Powder.  I stand

25   by that today absolutely."

Page 117

1                    MR. PANATIER:  That's all.

2                    MS. SULLIVAN:  That's hearsay, your

3      Honor.  There's no exception.  It's 2018.

4                    THE COURT:  Well -- right.  The

5      witness testified with regard to the New York Times

6      article referring to a letter to the editor --

7                    MS. SULLIVAN:  It's during the '70s.

8                    THE COURT:  -- that the Jury has

9      already seen.

10                   MR. PANATIER:  That's correct.

11                   THE COURT:  The same could be made by

12     the Court, admitted by the Court.  And based upon

13     his response, the Court will allow only this portion

14     of it to be shown.

15                   MR. PANATIER:  So we'll offer it

16     subject to redaction.

17                   THE COURT:  Yes.

18                   MS. SULLIVAN:  And, your Honor, this

19     is not -- the prior argument is to hearsay

20     statements, such as ancient document and statement

21     against interest.  This meets neither.

22                   MR. PANATIER:  This is to impeach the

23     witness's statement.

24                   THE COURT:  I'll allow it for

25     impeachment purposes only.  Thank you.

Page 118

1              (Sidebar ends.)

2    BY MR. PANATIER:

3         Q.    Have you found Page 6 of 10, sir?

4              THE COURT:  Sir, subject to the

5    Court's ruling, this document, portions of it, are

6    now admitted into evidence.

7              (Plaintiff's Exhibit 3162 was moved

8         into evidence.)

9              THE WITNESS:  Yes.

10   BY MR. PANATIER:

11        Q.    Okay.  And just for purposes of

12   understanding what we're looking at, this is a New

13   York Times article --

14             THE COURT:  I'm sorry.  What was the

15   marking of this?  I apologize.

16             MR. PANATIER:  This one is 3162, your

17   Honor.

18             THE COURT:  Thank you.

19   BY MR. PANATIER:

20        Q.    This is a New York Times article from

21   December of 2018, right, if you look at the front

22   page?

23        A.    Yes.

24        Q.    Okay.  And let's go here to Page 6 of

25   10.  You see where it says, "In a recent interview,

Page 119

1    Mr. Langer told the times that Dr. Chalmers spoke

2    for himself and for the institution not our research

3    group.  He reiterated that his team had detected

4    asbestos in Johnson's Baby Powder.  I stand by that

5    today absolutely, he said."  Do you see that?

6            A.      I see what is written in that

7    discussion with the New York Times.

8            Q.      Do you accept that Mr. Langer gave

9    this interview to the New York Times and he stated

10   that?

11           A.      Look, I said you read what was

12   written in an interview with the New York Times.

13           Q.      And what Dr. Langer said was that

14   they had found asbestos in the baby powder and that

15   he stands by it today, right?

16           A.      That's what he said.

17           Q.      Okay.

18           A.      Yes.

19           Q.      If you'll turn to the document marked

20   1959.  It's in the big fat one right towards the

21   front.  It just says "1959" on it.  So it should be

22   fairly early.  Here, let me help you.

23           A.      I've got it.  No worry.

24           Q.      That's not it.

25           A.      That's not it.

Page 120

1          Q.      It just says "1959" on it.  So just
2    the tab should just say -- there you go, right
3    there.  Well, that's my fault.  You don't have one.
4    Here, I'm going to let you look at it briefly and
5    then we'll --
6                    THE COURT:  I'll give the witness
7    mine.
8                    MR. PANATIER:  Okay.  Thank you, your
9    Honor.  I'm sorry, sometimes they don't get copied
10   over.
11                   THE COURT:  That's alright.
12                   Here you go, Dr. Hopkins.
13                   THE WITNESS:  Thank you, your Honor.
14   BY MR. PANATIER:
15         Q.      Thank you.
16         Alright.  Dr. Hopkins, I'm sorry for that.
17         This is a February 17, 1959 memo that you
18   and I have gone over before, correct?
19         A.      Yes.
20         Q.      It's about a trip that Johnson &
21   Johnson took to Italy to the mine where they got the
22   Italian talc, right?
23         A.      Yes.
24         Q.      Okay.
25                   MR. PANATIER:  Your Honor, at this

Page 121

1    time we offer Plaintiff's Exhibit 2345 into

2    evidence.

3                   MS. SULLIVAN:  No objection.

4                   THE COURT:  So admitted.

5                   (Plaintiff's Exhibit 2345 was moved

6              into evidence.)

7         Q.     Okay.  So here we go.  This is the

8    memo and it says, "Important persons interviewed

9    titles and organizations represented:  Nick Massey,

10   Johnson & Johnson; Dr. Stefano, MD, son-in-law of

11   Charles Matthew, Matthew & Company is sole North

12   American agent for Balcizone."

13        So Charles Matthew isn't a person, at least,

14   here, it's a company, correct?

15        A.     Yes.

16        Q.     And they imported the Italian talc

17   that Johnson & Johnson was using in the US, true?

18        A.     Yes.

19        Q.     Now, we're going to talk about Dr.

20   Stefano later, so I want to make sure we know who he

21   is.

22                   He's the son-in-law of the owner of

23   Charles Matthew, correct?

24        A.     That's what it says.

25        Q.     His wife is the chief stockholder in

Page 122

1    the company, true?

2         A.      That's what it says.

3         Q.      Okay.  Now, we're going to talk about

4    some of these studies, these Battelle studies.  So I

5    want to get our bearings on what was being looked

6    at.

7         So, if you go to synopsis, it says, "The

8    owners, mills and high grade mine of the Society

9    Talco Val Chisone were visited.  It was learned that

10   all of the high grade talc comes from one mine with

11   rare exception.  It was also learned that Grade 2 is

12   the same of run of mine and that Grade 1 is not a

13   specifically hand selected product."

14        So Grade 1 and 2 are both coming from --

15              MS. SULLIVAN:  It's not

16   "specifically."

17        Q.      "It's not especially a hand selected

18   product."

19              MR. PANATIER:  Thank you.

20        Q.      Correct?

21        A.      That's what's written, yes.

22        Q.      And they're coming from the same

23   mine, correct?

24        A.      One is run of mine, which means it's

25   kind of the end of the day stuff that's coming off

Page 123

1  that's supposedly the premium.  "Run of mine" is a

2  manufacturing term.

3          Q.      Okay.

4          A.      They're different.

5          Q.      They're both coming out of the same

6  mine?

7          A.      Yes.

8          Q.      Go ahead and turn the page, if you

9  will, sir.

10          It says, "The Val Chisone company

11  brings in millions of dollars per year, much of

12  which goes to the personal fortunes of the

13  stockholders."

14          And is it, in Italian, do you know if it's

15  villa or villa?

16          A.      Villa.

17          Q.      "The Villa family is very wealthy and

18  holds a unique position in the modern world.  It

19  controls the Germanasca Valley in an almost futile

20  sense.  The Val Chisone miners were worried lest we

21  had found poisonous minerals in the talc or had

22  otherwise been displeased.  When told we merely had

23  a scheme for improving their excellent talc, they

24  were most anxious to cooperate."

25          "Massey" -- now he's with J&J, right?

Page 124

1        A.        Yes.

2        Q.        (Continuing.) "Explained that our

3   problem was not a matter of dissatisfaction but that

4   about one-third of the doctors are presently

5   advising against the use of baby talc in as much

6   starches and oils have a greater purity and there is

7   no dangerous dust to inhale."  Now, let's stop

8   there.

9         We have now this is 1959.  They're reporting

10  that one-third of doctors are recommending against

11  baby talc, true?

12       A.        Well, that's what's written.

13       Q.        Well, that's what the Johnson &

14  Johnson person said, true?

15       A.        Yes, that's what's written, yes.

16       Q.        Okay.  We saw that again in 1966,

17  seven years after this, right?

18       A.        Well, we saw that three -- two

19  doctors had written into the American Baby Journal

20  not to use talc, yes.

21       Q.        I'm just asking if we saw that in

22  '66?

23       A.        We did, yes.

24       Q.        And we saw it again in 1976 with

25  NIOSH, true?

Page 125

1          A.      You need to refresh my mind on that.

2          Q.      That was the growth conversation.

3          A.      The growth, yeah -- well, he then --

4    I did a little more in that paragraph where you had

5    not yellow highlighted where he explained that he

6    was not so concerned and you read that out to me.

7          Q.      And then we established what Langer

8    still maintains, correct?

9          A.      You established what he wrote or

10   spoke in an interview to the New York Times,

11   correct.

12         Q.      "Massey explained that J&J has no

13   desire to get into the mining business."  And that

14   was true for another five years, right?

15         A.      Yes, yes.

16         Q.      Because they did get into the mining

17   business, right?

18         A.      Yes.

19         Q.      "Its objective is to produce a

20   superior powder to reverse the present market trend,

21   which is away from talc," right?

22         A.      Yes.

23         Q.      So they wanted to strengthen the

24   position of talc in the market, true?

25         A.      Well, you can only comment on what it

Page 126

1    says.  The objective is to produce a superior

2    powder.

3         Q.      Okay.  If you will, sir, turn to

4    Page 4.  It's at the top.  And they discuss this

5    whole run of mine and all of this.  "When the whole

6    run of mine ore both chunks and fine is ground, it

7    is designated Grade 2.  Grade 2, therefore, is the

8    same as run of mine.  When primarily coarse chunks

9    are grounded, it's designated Grade 1.  The logic in

10   the operation appears to be that whereas the coarse

11   contaminants have been removed at the picking shed

12   at the mine, the contaminants which are in the fine

13   particles are necessarily overlooked.  Hence,

14   milling primarily coarse run of mine ore produces a

15   slightly purer product Grade 1 than does the milling

16   of the whole run of mine ore both chunks and fines

17   Grade 2."

18        Okay.  So we've got Grade 1, Grade 2?

19        A.      Yes.

20        Q.      Let's look at some test results.

21   This one will be in the big binder May 23, 1958.

22                MR. PANATIER:  Your Honor, this is

23   Exhibit 2344.  It's already in evidence.

24                THE COURT:  What was the date of?

25                MR. PANATIER:  This one is May 23,

1    1958.

2    BY MR. PANATIER:

3         Q.      You found that, sir?

4         A.      Uh-huh, yes.

5         Q.      Alright.  This is a Battelle report,

6    right?  What it looks like they're doing -- they're

7    studying the talc ores, right?

8         A.      Yeah, it's a study on floatation.

9         Q.      Right.  "Floatation" is the process

10   that Johnson & Johnson was using only on the baby

11   powder, not on its industrial products, correct?

12        A.      Yes.

13        Q.      Okay.  You can see here they say,

14   "Italian No. 2 talc likewise responded favorably to

15   floatation.  The two methods were developed which

16   yielded products that contained 96 to 97 percent

17   platy talc and 2 to 3 percent fibrous talc.

18   Mineralogically, these products are superior to the

19   Italian No. 1 talc, which is being used by J&J for

20   baby powder," correct?

21        A.      Yes.

22        Q.      So floating the No. 2 they've got

23   something that was better than what J&J was already

24   using, right?

25        A.      Better than non-floated, yes, yes.

Page 128

1          Q.      So let's see what they found in this.

2    And can you just look up here.  This is Table 1.

3          A.      Yeah.

4          Q.      Do you see here, sir, where they look

5    in the Italian No. 2 and No. 1 and they find

6    anywhere from 1 to less than 1 percent to trace

7    tremolite?

8          A.      Tremolite, yes.

9          Q.      Right, the mineral, correct?

10         A.      The mineral tremolite, yes.

11         Q.      Yes.  And, of course, there are many

12   many many minerals, accessory minerals associated

13   with talc, correct?

14         A.      Yes, in the mine you get carbonates,

15   chalk.

16         Q.      Yes.

17         A.      Yeah, magnesium carbonate, calcium

18   carbonate.

19         Q.      There's dozens of accessory minerals

20   that are present often in the talc, correct?

21         A.      Not sure about "dozens."  But,

22   certainly, probably into double figures you can

23   get --

24         Q.      Okay, double figures.

25         A.      -- different minerals, yes.  It

Page 129

1    depends on the mine.

2          Q.      The three -- well, it looks like

3    three are picked out by the talc to focus on.  The

4    talc, the carbonates and tremolite, right?

5          A.      Yes.

6          Q.      Now, they didn't include all the

7    other potential accessory minerals, right, they only

8    focused on these three, true?

9          A.      Well, if you add up 48, 43, 5 and 4

10   that's pretty well everything.

11         Q.      Let me ask you this.

12          Was the finding of tremolite something that

13   was good news to Johnson & Johnson?

14         A.      It wasn't bad news cause the other

15   studies had shown that the tremolite was the

16   harmless block form, the rod form.

17         Q.      This should have been rejected,

18   right, because there was amphibole, right?

19         A.      Not necessarily.  Because back in --

20   even as far back as the late 1940s, the company was

21   using optical microscopy methods to look at the

22   talc.  It wasn't just X-ray diffraction.  In fact,

23   I'm not even sure X-ray diffraction was being used

24   much at that time.  The results, of course --

25                 MR. PANATIER:  I'm going to object as

Page 130

1    nonresponsive, your Honor, move to strike.

2               MS. SULLIVAN:  Your Honor, he's

3    answering the question.

4               THE COURT:  Objection overruled.

5    BY MR. PANATIER:

6         Q.     Page 4, Table 2.  They find more

7    tremolite, right, in Italian 2 and Italian 1,

8    correct?

9         A.     Oh, I got the wrong page.  What page

10   is this?

11        Q.     Page 4.

12        A.     Yes.

13        Q.     Okay.  I'm just going to go through

14   this.  You probably -- you can just look at the page

15   up here, if it will be quicker for you.

16          Page 7, Table 5, they find more tremolite in

17   the Italian No. 11 and Italian No. 2, right?

18        A.     Yes.

19        Q.     That's -- the Italian 1 is the stuff

20   they are then using, right?

21        A.     Yes.

22        Q.     We know from the visit to the mine

23   that both Italian 1 and Italian 2 are coming from

24   the same source ore, correct?

25        A.     From the Fontana mine, yes.

Page 131

1          Q.      Yes.  If you turn to Page 10, four
2     more results with tremolite, correct?
3          A.      Yes.
4          Q.      If you turn to Page 14, there is
5     another result for tremolite for Italian 1 and
6     Italian 2, true?
7          A.      Yes.  There is trace of tremolite in
8     Italian talc, yeah.
9          Q.      Well, there it's full 2 percent and
10    under 1 percent, correct?
11         A.      On floated talc, it's less than one
12    per -- less than one, yes.
13         Q.      And then if you turn to the Appendix
14    A1 and A2, they run a bunch of tests on these,
15    right?
16         A.      Yes.
17         Q.      And they find tremolite numerous
18    times.  Can we agree on that?
19         A.      They do.  They find a mineral called
20    tremolite, yes.
21         Q.      Okay.  Sir, if you'll turn to
22    May 9th, 1958.
23              MR. PANATIER:  This is in evidence,
24    your Honor.  This is Exhibit 2343.
25    BY MR. PANATIER:

Page 132

1          Q.       Alright, sir.  We're just going to

2    look at this one briefly.  This is from 1958,

3    May 9th.  And it says that, "In the grit from this

4    talc," they say, "it occurs as aggregates of talc

5    and contaminants as acicular" -- and "acicular"

6    means needlelike, correct?

7          A.       Yes.

8          Q.       (Continuing.) "And fibrous particles

9    of talc and amphibole as shards of granules of

10   amphibole or carbonate and titanite, rutile, zircon,

11   apatite and other accessory minerals."

12               Those would be some of those other

13   minerals that sometimes appear in the talc, true?

14         A.       Yes.

15         Q.       And then down at the bottom it says,

16   "The Italian No. 1 contains from less than 1 percent

17   to about 3 percent of contaminants.  The

18   contamination is natural and consists mostly of

19   carbonate with minor amphibole and rare accessory

20   minerals."

21               And down here you can see it says, "The

22   amphibole component has been established to be the

23   variety tremolite," right?

24         A.       Yes.

25         Q.       And, of course, if you look in the

1  introduction page here, it says, "This is Russell's

2  copy," okay.  And I don't think that I have R.S.

3  Russell up here.

4             But who is R. Russell?  Who is Robert

5  Russell?

6        A.     Bob Russell was a scientist in the

7  research department.

8        Q.     Okay.  I'm just going to but Russell

9  as a scientist.

10        So it says this is his copy.  So he's

11  received this, right?

12        A.     Yes.

13        Q.     Okay.  You can set that aside, sir,

14  or if you're ready to turn to the next page.

15        Let's do July 31st, 1959.  This was

16  discussed last week.  This one is in evidence and

17  it's 2346.

18        This is, again, another Battelle study from

19  July 31st, 1959, correct?

20        A.     Yes.

21        Q.     And, again, sir, you're testing the

22  floatation and they're finding tremolite again and

23  again, correct?

24        A.     Yeah, you find tremolite, yeah.

25        Q.     Okay.  You see here they find it and

Page 134

1    they note that it's largely fine acicular particles.

2            "Acicular" means needlelike, right?

3            A.      Well, it's like the old Greek word,

4    yeah, I mean, it's like the shape of my pen.

5            Q.      Okay.  If you go to Page 32, although

6    you can just look up here.

7            There's many more results finding tremolite

8    over and over and over again, correct?

9            A.      You will find trace of tremolite in

10   Italian talc.

11           Q.      Johnson & Johnson absolutely knew

12   that tremolite was a consistent mineral that was

13   present in the Italian talc, correct?

14           A.      Yes, it's one of several minerals

15   that are present in talc.

16           Q.      Right, I mean, we can look through

17   this.  We are going to find it more often than not,

18   aren't we?

19           A.      You'll find it occasionally, yeah.

20           Q.      Okay.  Here it is, again, okay.

21   Johnson & Johnson received these tests and knew

22   about them, correct?

23           A.      Yes.

24           Q.      Let's go to December 31st, 1959.

25                   MR. PANATIER:  This will be

Page 135

1    Exhibit 2349.  This is already in evidence, your

2    Honor.

3    BY MR. PANATIER:

4         Q.        Another Battelle study and I'm almost

5    done with the Battelle studies.  You see that,

6    December 31st, '59?

7         A.        Yeah.

8         Q.        And, again, sir, they found more and

9    more results for tremolite in the ore, correct?

10        A.        Yeah, yes, tremolite.

11        Q.        If you go to the very last page,

12   again, it's kind of small type.  But you can see

13   over and over again -- by the way, when it says,

14   less than one, that's not the same as trace,

15   correct, because when they find trace, they mark

16   trace, true?

17        A.        Sometimes they mark trace, yeah.  And

18   sometimes they mark less than one.

19        Q.        Okay.

20        A.        Yeah.

21        Q.        And they're not reporting on all

22   those other accessory minerals, the apatite, the

23   titanite, the other ones, they're reporting on

24   tremolite, dolomite and talc?

25        A.        They are.  But when you add up

Page 136

1    horizontally, that pretty well comes to a hundred.

2         Q.    Okay.

3         A.    Between platy, non-platy, yeah.

4    That's pretty well everything there.  So it doesn't

5    mean you're going to get apatite or rutile or any of

6    the minerals in those particular samples.

7         Q.    Next one -- go to -- this says

8    March 8th, 1960.  And this one is in evidence as

9    2350.

10              You see this is pilot plant

11   beneficiation of Italian run of mine talc,

12   March 8th, 1960, right?

13        A.    Yes.

14        Q.    Okay.  Let's just go to one of their

15   tables where they do characteristics of talc

16   products.  Tremolite, they find it in every single

17   one, right?

18        A.    What table is that?

19        Q.    This is Table 8.

20        A.    Yes, they report tremolite.

21        Q.    And, of course, they find it in a

22   Johnson & Johnson shelf product that was a sample

23   from 1958, right?

24        A.    August '58, yes.

25        Q.    Okay.  So we know -- they know by

Page 137

1   now, this is 1960, certainly, that even if they

2   benefitiate, they float the talc, that tremolite

3   makes it through that process and even into the

4   final product, right?

5           A.      Yes, if they -- yes.

6           Q.      Johnson & Johnson knew there was

7   tremolite unequivocally in the source ore and in the

8   final product, correct?

9           A.      Tremolite, yes, tremolite.

10          Q.      Yes, I understand.

11          A.      Yeah.

12          Q.      If you will turn, sir, to -- it

13  should just be marked 2,000.  So it's probably in

14  that final binder.  It should be marked 2,000 and

15  it's in that last binder.  Let me know when you have

16  it.

17          A.      Yeah, we have it.

18          Q.      Can you see, sir -- you know what

19  interrogatories are, right?

20          A.      Yes.

21          Q.      Interrogatories are questions in a

22  lawsuit where one person asks questions of the other

23  and the other has to answer them under oath, just

24  like you've taken the oath in a courtroom, right?

25          A.      Yes.

Page 138

1          Q.      Okay.  And these are Johnson &

2   Johnson's answers to interrogatories filed here in

3   Middlesex County, right?

4          A.      Yes.

5          Q.      Okay.  In the Krishinsky case, do you

6   see that?

7          A.      Yes.

8          Q.      And if you go to the end, go to very

9   end, the last page, you'll see that there's a

10  certification by the person from Johnson & Johnson

11  who answered those interrogatories, Nancy Musco.  Do

12  you see that?

13         A.      I see that, yes.

14         Q.      And this is signed May 23, 2000,

15  right?

16         A.      Yes, it is, yeah.

17         Q.      That's 40 years give or take after

18  most of the Battelle studies we saw, right?

19         A.      Yes.

20         Q.      Okay.

21                 MR. PANATIER:  Your Honor, we offer

22  these into evidence, Exhibit 3173.

23                 MS. SULLIVAN:  I believe your Honor

24  has already ruled on this.

25                 THE COURT:  Can I see you at sidebar.

Page 139

1              (Sidebar.)

2                   MS. SULLIVAN:  Your Honor, we have --

3                   THE COURT:  Wait, wait, wait.  I

4    didn't hear you.  Just get closer.

5                   MS. SULLIVAN:  Sure.

6                   THE COURT:  Go ahead.

7                   MS. SULLIVAN:  We had a continuing

8    objection to the line of lawsuits.  But your Honor

9    already ruled on that so...

10                   THE COURT:  I did.  Okay.  Thank you.

11              (Sidebar ends.)

12                   THE COURT:  It's now admitted into

13   evidence.

14              (Plaintiff's Exhibit 3173 was moved

15         into evidence.)

16                   MR. PANATIER:  Thank you.

17   BY MR. PANATIER:

18        Q.     Sir, will you turn to Question 17,

19   please.

20        A.     Yes.

21        Q.     The question that Johnson & Johnson

22   was asked was, "Describe in detail all processes,

23   procedures and testing performed upon the talc used

24   in the manufacture of Johnson's Baby Powder to

25   reduce or eliminate the existence of asbestos,

Page 140

1    tremolite or other contaminants in Johnson's baby

2    powder."

3             And what Johnson & Johnson wrote here in

4    2000 and verified was, "To the best of Defendant's

5    knowledge, talc used in the manufacture of Johnson &

6    Johnson's Baby Powder never contained asbestos in

7    any form or tremolite."  Did I read that right?

8         A.      You read what was written, yes.

9         Q.      And that's sworn answer was false,

10   correct?

11        A.      I'm not going to speculate it was

12   intended to be false.  It is not correct.

13        Q.      Let's parse that out, right.  It's

14   false, correct?

15        A.      It is not correct.

16        Q.      And it was certified -- it was

17   certified by Nancy Musco who is someone that you

18   have actually worked with in this litigation,

19   correct?

20        A.      I never actually met Nancy Musco.  I

21   think I may have spoken to her once on the phone,

22   but she was -- when I was based here in New Jersey,

23   she was in the same building, but I don't believe I

24   ever actually met her.

25        Q.      Have you met with any individuals

Page 141

1    with Johnson & Johnson to help them prepare for

2    their depositions in this litigation?

3         A.    I don't really understand the

4    question.

5         Q.    Sure.  Did you help prepare any

6    Johnson & Johnson employees or former employees for

7    their depositions?

8         A.    I've not been involved in this

9    particular deposition, no.

10        Q.    I'm not asking about this case.

11        A.    Oh, right.

12        Q.    I'm asking for any depositions, have

13   you helped prepare any people whether it be Ms.

14   Musco or Nicholson or anybody else for their

15   depositions?

16             MS. SULLIVAN:  Your Honor, sidebar.

17             THE COURT:  Sure.

18             Don't answer.

19             (Sidebar.)

20             MS. SULLIVAN:  Your Honor, I don't

21   know what the answer is, but he's a consultant for

22   Johnson & Johnson.  And if the company had him

23   prepare employees, that's privileged and work

24   product.

25             THE COURT:  One person at a time.

Page 142

1              MS. PLACITELLA:  I was at the

2   deposition, your Honor.  She testified under oath as

3   I recall that she spoke to Dr. Hopkins and that was

4   part of the basis for being prepared to testify as a

5   corporate representative for Johnson & Johnson in

6   these cases.  Dr. Nicholson and Nancy Musco, I

7   believe, said the exact same thing, not only that

8   but they were on the phone going over all the tests

9   and what they meant.

10              MR. MAIMON:  By designating this

11   gentleman as the corporate representative, your

12   Honor, they've waived attorney-client privilege.

13   He's no longer -- he's not -- by evoking the rule

14   what -- the Federal equivalent 30(b)(6) to designate

15   him, to educate him and so forth, they've waived any

16   attorney-client privilege with regard to him.

17              MS. SULLIVAN:  Not for preparation of

18   other witnesses.

19              MR. PLACITELLA:  I, actually, recall

20   Dr. Nicholson -- and I can probably find it -- bring

21   in the notes from her conversation, which were

22   marked at her deposition and she said she actually

23   relied upon them in her testimony.

24              THE COURT:  Okay.

25              MR. PANATIER:  Right now the question

Page 143

1    is, did you help prepare them.

2              THE COURT:  That's not privileged and

3    I'll allow it.  Thank you.

4              (Sidebar ends.)

5              (There is a discussion off the

6         record.)

7              THE COURT:  You can answer the

8    question, Doctor.

9              THE WITNESS:  Would you repeat it?  I

10   just want to make sure it's top of mind.

11   BY MR. PANATIER:

12        Q.    Did you help in this litigation meet

13   with via in person or on the phone prepare Ms. Musco

14   or Ms. Nicholson for their testimony?

15        A.    In this litigation?

16        Q.    In this litigation.

17        A.    The answer is, no, not in this

18   litigation.

19              THE COURT:  No, wait, wait.  The

20   witness was pointing to the Answers to

21   Interrogatories.  So please be clear with what

22   you're asking.

23   BY MR. PANATIER:

24        Q.    This presently, me and you, this

25   litigation?

Page 144

1          A.      Not in this litigation, no.

2          Q.      You did not, not this case or any

3     other cases?

4          A.      Wait a minute.  This litigation --

5     today, you mean in this particular case we're doing

6     today?

7          Q.      Let me back up.  I'm trying to make

8     this simple.  Let's back up.

9          A.      Yeah, I'd appreciate that.

10         Q.      Have you ever met and helped prepare

11    Ms. Nicholson or Ms. Musco for their testimony?

12         A.      The answer to that question is, yes.

13    Ms. -- Dr. Nicholson I spoke to last year and she

14    asked me a question and I -- or some questions and I

15    explained a little bit of background, yes.

16         Q.      Let's read this answer a little bit

17    further.  "Defendant sources of talc were selected

18    for their lack of contaminants and further testing

19    was performed over a significant number of years by

20    outside laboratories which verified the talc sources

21    did not contain asbestos or tremolite."

22                 Did I read that right?

23         A.      Yes, you read what was written.

24         Q.      That's entirely wrong, isn't it?

25         A.      Yeah, and, you know, I'm not going to

Page 145

1   explain or speculate on whether she understood

2   asbestos in tremolite or did it mean asbestos

3   tremolite, yeah.

4        Q.    Let's see what she says about how she

5   got these answers.  She says, "I'm employed by

6   Johnson & Johnson Consumer Companies, Inc."

7              THE COURT:  Where are you reading

8   from, Counsel?

9              MR. PANATIER:  The same -- sorry, the

10  interrogatories, your Honor.

11             THE COURT:  Thank you.

12             MR. PANATIER:  This is the same

13  exhibit.  I was reading from before, the 2000

14  Krishinsky Exhibit 3173.

15  BY MR. PANATIER:

16       Q.    "The foregoing Answers to

17  Interrogatories were prepared with the assistance

18  and advice of Counsel for JJCI and upon whose advice

19  and information JJCI and I relied."

20        So the lawyers helped her put this together,

21  right?

22       A.    They used the word "Counsel," did

23  they?

24       Q.    Yes.

25       A.    Counsel, that was...

Page 146

1          Q.      That's lawyers, right?

2          A.      Yes.  It says "Counsel," yes.

3          Q.      Okay.  So Ms. Musco with the help of

4    the J&J lawyers said that there had never been

5    tremolite in Johnson & Johnson's source ore and

6    that's false, correct?

7          A.      No, we know that there is tremolite,

8    has been reported in the Italian talc many, many

9    times, yes.

10         Q.      And we know that the extensive

11   testing they refer to showed the tremolite to be

12   there, right?

13         A.      Yes, I'm not disputing that.

14         Q.      And these answers were provided to

15   someone who is representing someone with a disease,

16   correct?

17         A.      Well, the interrogatory is what it

18   is.

19         Q.      Right.

20         A.      It states what it is.

21         Q.      And you understand that people rely

22   upon those statements that are made by the company,

23   correct?

24         A.      Yes.

25         Q.      When they are trying to decide do I

Page 147

1    have a case, they're relying on your answers, you

2    know that, right?

3             A.      Yeah, and she did say or the person

4    who wrote it said, no asbestos.

5             Q.      Right.  And no tremolite?

6             A.      And they said that as well.

7             Q.      And those -- that verification, that

8    is done under oath, correct?

9             A.      Well, it is what it is.  It says what

10   it says.  It says, no asbestos or tremolite.

11            Q.      You have answered interrogatories,

12   have you not?

13            A.      Yes.

14            Q.      And those were under oath, you know

15   it's just like being here?

16            A.      Yes.

17            Q.      I have good news.  I am going to skip

18   some Battelle stuff.  We've done a lot of that.

19                    Let's go to December 4, 1978.  It

20   should be in the -- it may be in the third binder

21   that I haven't given you yet.

22                    MR. PANATIER:  Here you go.

23            Q.      Yeah, here's 78.

24                    Okay, last binder.  Here you go.

25                    MR. PANATIER:  Your Honor, here you

Page 148

1    go.

2              THE COURT:  Thank you.

3    BY MR. PANATIER:

4         Q.    Now, some of the tabs you'll see are

5    just marked 78, because there's no other date given.

6    But this one does have a date.  This is one is

7    December 4, 1978.

8         A.    Okay.

9         Q.    Okay.  And do you see, sir, that this

10   is a letter from George Lee, the Director of Applied

11   Science -- where is he?  There he is.  Director of

12   Applied Research, sorry, December 4th, 1978.  And

13   he's writing to NIOSH, correct?

14        A.    Yes.  Yes.

15             MR. PANATIER:  And, your Honor, I'll

16   offer this into evidence.

17             THE COURT:  What's the marking on it?

18             MR. PANATIER:  3624, your Honor.

19             MS. SULLIVAN:  No objection.

20             THE COURT:  So admitted.  Proceed.

21             (Plaintiff's Exhibit 3624 was moved

22        into evidence.)

23        Q.    Okay.  Doctor, it says, "Dear Dr.

24   Rose," who was at NIOSH.  "It was a privilege to

25   serve as the American Industrial Hygiene Association

Page 149

1    reviewer for the working draft of the criteria for a

2    recommended standard occupational exposure to talc.

3    Please find enclosed my comments and reply to the

4    list of questions furnished by NIOSH."

5            So NIOSH asked some questions and this

6    fellow from Johnson & Johnson answered them,

7    correct?

8            A.      Yes.

9            Q.      Really all I want to talk about is

10   the next page.  He discusses asbestos.  Know the

11   terms non-asbestiform and asbestiform, as they have

12   been used through the criteria document, are

13   technically imprecise and were further confused by

14   interchangeable use of terms such as fibrous talc,"

15   et cetera, et cetera.

16           Here's what I want to get to.

17              "If the ultimate purpose is to

18   categorize the tac bearing mineral dust according to

19   associated health affects, the following grouping

20   should be made on the basis of knowledge of their

21   compositions:  High purity grade of talcs, cosmetic

22   and pharmaceutical grades, which do not contain

23   detectable asbestos and do not contain detectable

24   quartz according to present commercial analytical

25   methods," and it has an asterisk, right?

Page 150

1          A.        Uh-huh.

2          Q.        And then he gives the definition of

3    asbestos, correct?

4          A.        Yes.

5          Q.        "Asbestos is defined as the finally

6    fibrous form of serpentine known as chrysotile and

7    five fibrous forms of the amphibole group amosite,

8    anthophyllite, crocidolite, tremolite and

9    actinolite."  Did I read that right?

10         A.        You did, yes.

11         Q.        Okay.  And so the definition of

12   asbestos that Johnson & Johnson gives to NIOSH

13   doesn't say anything about how it grew in the

14   ground, just that it is fibrous, correct?

15         A.        It talks about the fibrous form means

16   it's asbestos.

17         Q.        Right, if it's fibrous, true?

18         A.        As opposed to the broad form.

19         Q.        Yes.  Right, it says if it's fibrous,

20   it's asbestos, right?

21         A.        That's what that definition says,

22   yes.

23         Q.        Okay.  So that's Exhibit 3624.  Now,

24   let's look at -- this is January 10, '94, yeah.

25                   MR. PANATIER:  This is already in

Page 151

1    evidence, your Honor.  This is Exhibit 2729.

2    BY MR. PANATIER:

3         Q.    And, sir, I'll just show you this

4    one.  It will be a little quicker, because it's

5    already in evidence.

6          January 10, '94, do you see that?  You can

7    look on the screen if it's easier or struggle to

8    find the right binder.

9         A.    It's a different binder.

10        Q.    Yes.

11        A.    Okay.

12        Q.    You see this where it says, "Summary

13   of raw material and finished product testing for

14   baby powder talc," right?

15        A.    Yes.

16        Q.    So this is the testing protocol, what

17   they do for the different things they're testing for

18   as of '94, right?

19        A.    Yes.

20        Q.    Okay.  And we're going to turn to

21   this page.  And you can see this is the

22   specification -- at this time Cyprus owned the mine

23   that Johnson & Johnson used to own, correct?

24        A.    Yes.

25        Q.    And, by the way, Windsor 66, that's

Page 152

1   baby powder, right?

2          A.      Yes.

3          Q.      Okay.  They define asbestos again

4   under CTFA J4 and TM7024.  So one of those is

5   XRD/optical and one of those electro microscope,

6   right?

7          A.      Yes.

8          Q.      Right?

9           They say, it has to be none detected, true?

10         A.      Yes.

11         Q.      And then they define it, "Asbestos is

12  defined to be the fibrous serpentine chrysotile and

13  the fibrous forms of the amphibole group as

14  represented by amosite, anthophyllite, crocidolite,

15  tremolite and actinolite," right?

16         A.      Yes.

17         Q.      They don't say anything about having

18  a geologist tell you how it grew in the ground, do

19  they?

20         A.      No, they describe whether it's

21  fibrous or not fibrous.

22         Q.      So I took those two documents and I

23  made us a poster, because we're going to start

24  looking through some documents probably at the

25  break -- after the break and we're going to compare

Page 153

1   what those documents say to the definitions that

2   Johnson & Johnson has provided, okay?  Do you see

3   those?

4           A.      Yes.

5           Q.      Can you read them okay?

6           A.      Well, let me get my driving glasses.

7           Q.      Because I want to double-check with

8   you that these are what we just looked at before we

9   go into a series of documents.

10           Are those quotations accurate from what we

11  just looked at?

12          A.      Those are from two documents, yes.

13  One is the specification and the other is a

14  memorandum written by an employee to NIOSH.

15          Q.      To NIOSH.  The one we looked at just

16  before this, true?

17          A.      Yes.

18          Q.      Okay.  So Johnson & Johnson

19  internally has defined asbestos as the fibers of any

20  of these minerals, chrysotile, amosite,

21  anthophyllite, crocidolite, tremolite or actinolite,

22  correct, sir?

23          A.      No.  The fibrous form, not "fibers,"

24  fibrous form need to be -- that's what you've

25  written on the yellow highlight, "fibrous form."

Page 154

1           Q.      Is a fiber fibrous, sir?

2           A.      It may or may not be.  It depends on

3    the -- on the -- how the microscopist is defining

4    it.  So, for constancy, we should use the word

5    fibrous.  There's a definition for fibrous.

6           Q.      Well, let me just ask you.

7            Is a fiber fibrous?

8           A.      It can be.  But it may not be.

9           Q.      So you can have a fiber that is

10   fibrous and a fiber that's not fibrous?

11          A.      Yes.  And that's -- you have to talk

12   to geologist and microscopist to explain the fibrous

13   form of those minerals is the asbestos form.

14          Q.      Okay.  Hold on.  Let's see how --

15   let's see how Johnson & Johnson defines fiber then,

16   one second, and then we'll take a break.

17                  This will be 1995, sir.

18                  (There is a discussion off the

19           record.)

20          Q.      Have you found it?

21          A.      I'm sorry, what is the year?

22          Q.      1995.

23          A.      I thought you were going to put it on

24   the screen.

25          Q.      Yep.  It just says 1995 on it because

Page 155

1   that's the only date that's on the document.

2            (There is a discussion off the

3        record.)

4        Q.    Okay.  This is in evidence already as

5   Plaintiff's Exhibit 2736.  And I'll just show it to

6   you since it's already in evidence.

7        A.    Okay.  I was to have found it

8   otherwise.

9        Q.    This here is Johnson & Johnson's

10  TM7024, correct?

11       A.    Yes.

12       Q.    This is the test method that Johnson

13  & Johnson had for electron microscopy, the testing

14  of powder talc, right?

15       A.    Yes.

16       Q.    For asbestiform minerals, true?

17       A.    Yes.

18       Q.    If we go to how they define it,

19  definition of a fiber, "any elongated particle with

20  parallel sides and an aspect ratio greater than or

21  equal 3-to-1," right?

22       A.    The definition may vary with needs of

23  the client, yes.

24       Q.    Right.  So the only definition of

25  fiber that Johnson & Johnson has given us using

Page 156

1    their documents is a particle with parallel sides

2    and an aspect ratio greater or equal to three times

3    as long as it is wide, right?

4           A.      Well, that's a definition.

5           Q.      That is "the" definition that they've

6    given in their very method --

7           A.      That is a definition in that

8    particular methodology.

9           Q.      This was always their definition in

10   7024, correct?

11          A.      Yes.

12          Q.      In fact, it's the definition today,

13   isn't it?

14          A.      That is the same test effort today,

15   yes.

16          Q.      And that is an individual fiber that

17   is being described, correct?

18          A.      It is, yes.

19          Q.      Okay.

20                  MR. PANATIER:  Your Honor, this is

21   probably a good time to break.

22                  THE COURT:  Okay.  Members of the

23   Jury, we're going to take the lunch break now.

24   Please be ready to come back upstairs at 1:30.

25   Remember to wear your juror badges where they are

Page 157

1    visible.

2          No discussions with regard to this case,

3    including the testimony you just heard.  No research

4    of any kind whatsoever.

5                    Enjoy your lunch.  You can please

6    leave your notebooks here.  At 1:30 be ready to come

7    back upstairs.

8                    (Jury exits.)

9                    THE COURT:  And we're off the record.

10                   (Lunch recess taken 12:26 p.m. to

11              1:28 p.m.)

12                   (Jury enters.)

13                   THE COURT:  Please be seated.  Make

14   sure cell phones are turned off.  Whenever you are

15   ready you may continue.

16                   MR. PANATIER:  Thank you, your Honor.

17   Good afternoon, everybody.

18   BY MR. PANATIER:

19        Q.     Okay.  Dr. Hopkins, let's come back

20   to BabyCenter.com.  Do you remember we started to

21   talk about that earlier this morning?

22        A.     Yes.

23        Q.     And you said that was a website that

24   Johnson & Johnson owned, right?

25        A.     It's a domain name, yes.

Page 158

1          Q.     Is that their only involvement?

2          A.     As far as I know, they're not

3     responsible for the content, the written content.

4          Q.     Do you recall in October of 2018 when

5     I questioned you about Baby Center and we went over

6     a Johnson & Johnson press release about trying to

7     reach millennial moms?

8          A.     Yes.

9          Q.     And do you recall in that press

10    release where Johnson & Johnson said we're going to

11    use Baby Center as the engine to get our word out?

12               Do you recall that?

13         A.     I do, yes.

14         Q.     Okay.  Let me know if you need to see

15    it.  But what we went over was someone named at

16    Alison Lewis at J&J had said digital -- let's see.

17    "Digital marketing and communications will play an

18    important role in the relaunch and the company will

19    use its Baby Center On-line Parenting Community as

20    the engine.  Alison Lewis, the Global Chief

21    Marketing Officer at J&J told analysts earlier this

22    month."

23               Do you recall that?

24         A.     Yes.  They use the on-line community,

25    yes.

Page 159

1        Q.      It's Baby Center as the engine,

2    correct?

3        A.      Read that again, because it's

4    important.  They talk about the on-line community.

5        Q.      Sure.  "Digital marketing and

6    communications will play an important role in the

7    relaunch and the company will use its Baby Center

8    On-Line Parenting Community as the engine.  Alison

9    Lewis the Global Chief Marketing Officer at J&J

10   consumer told analysts earlier this month."

11        Is that what you wanted to hear again?

12       A.      Yes, the on-line community, yes, yes.

13       Q.      Okay.

14               (There is a discussion off the

15           record.)

16               MR. PANATIER:  This will be 3695-23.

17       Q.      Do you see that this is a Power Point

18   entitled "Leadership and Insight" dated 2007 Johnson

19   & Johnson Baby GBU?

20       A.      Yes.

21               MR. PANATIER:  Okay.  And, your

22   Honor, at this time we offer this exhibit into

23   evidence.

24               MS. SULLIVAN:  Your Honor, it looks

25   like it stops at Page 4 and goes to Page 31.  So I'm

Page 160

```
 1   not sure where the rest of it is.
 2                   MR. PANATIER:  It's an excerpt for
 3   just this purpose.
 4                   THE COURT:  Okay.  Subject to -- hold
 5   on.  Sidebar.
 6                   MS. SULLIVAN:  I'm sorry.
 7                   (Sidebar.)
 8                   THE COURT:  Okay.  So it's
 9   incomplete.  You say it's an excerpt.  What else?
10                   MS. SULLIVAN:  This is -- it's not
11   relevant and proper for (INAUDIBLE) on its message
12   on its face and it has this little Trump summation
13   to baby powder, the financial numbers.
14                   MR. PANATIER:  I'm not going to use
15   that.  I'm only going to use this page, this page
16   about Baby Center.  So we'll redact that.
17                   MS. SULLIVAN:  Okay.
18                   THE COURT:  And subject to then the
19   entire document unless, of course, there's other
20   issues with the rest of it, we'll deal with it at
21   sidebar.
22                   MS. SULLIVAN:  No objection.  Thank
23   you.
24                   (Sidebar ends.)
25                   THE COURT:  So that's admitted into
```

Page 161

1    evidence subject to the Court's specific ruling.

2                    MR. PANATIER:  Thank you, your Honor.

3                    (Plaintiff's Exhibit 3695-23 was

4            moved into evidence.)

5    BY MR. PANATIER:

6        Q.      Alright.  So here's our Power Point

7    and you see here this would be on the page marked 31

8    which is the last page, "Johnson's CRM efforts."  Do

9    you know what "CRM" means?

10       A.      No, sorry, no.

11       Q.      I didn't either until I saw right

12   down here; customer relationship marketing, right?

13       A.      Well, there you go then.

14       Q.      Right?  You see here where it says,

15   "Johnson CRM efforts."  And the first one is

16   reaching 90 percent of mommies through Baby Center.

17   Do you see that?

18       A.      Yes.

19       Q.      And do you see where they say they

20   own BabyCenter.com?

21       A.      That's what they said, they own --

22   yeah, that's a website name, BabyCenter.com.

23       Q.      Right.  They run their consumer

24   customer relationship marketing through Baby Center

25   as well as other on-line places, correct?

Page 162

1          A.       Yes, they say -- they say they sent
2    6.7 million e-mails in 2007.
3          Q.       The fact that they own
4    BabyCenter.com, the fact that the director of
5    marketing said, we're going to use that as an engine
6    to get out information about our products and this
7    together, sir, can you accept the fact that Johnson
8    & Johnson is active in Baby Center and does control
9    it?
10         A.       They're certainly "active" in it.
11   But the point I made was that they were not
12   responsible for every text that's written on the
13   website.
14         Q.       So are you saying that even though
15   they own this website that they actively use to try
16   to promote their products, that they just ignore the
17   content, they don't vet the content; is that what
18   they're saying?
19         A.       That is true, they do not vet the
20   content.  There are things on there that may or may
21   not agree, but they do not vet it.  It's written by
22   external pediatricians and others who play a role in
23   putting the text together.
24         Q.       So they don't actually vet what goes
25   on this website that they own?  Doesn't that sound

```
                                                    Page 163

 1    irresponsible?

 2                    MS. SULLIVAN:  Objection, your Honor,

 3    that's argument.

 4                    THE COURT:  Objection sustained.

 5                    Please rephrase.

 6    BY MR. PANATIER:

 7         Q.     So they don't vet anything that goes

 8    on this domain name they own, Johnson & Johnson?

 9         A.     They don't -- they don't control it.

10    They don't say, take that off, whatever.  They may

11    have a dialogue.  But it sounds difficult to explain

12    and it is difficult to explain, but they don't fully

13    own the text that goes on there.

14         Q.     So let's explore -- let's vet, if you

15    will, some of your foundation for these statements,

16    okay?

17         A.     Yes.

18         Q.     When was BabyCenter.com purchased by

19    Johnson & Johnson?

20         A.     Several years ago.  I don't remember

21    the exact year.  It was maybe early 2000s from my

22    recollection.

23         Q.     Early 2000s?

24         A.     I think it was the early 2000s.

25         Q.     Who runs it?
```

Page 164

1          A.      It's run by an external organization.

2          Q.      What are they called?

3          A.      I don't know what they're called.

4          Q.      Who at Johnson & Johnson is the

5    liaison with this third party?

6          A.      Again, I do not know who that

7    individual is.  It is run as an external system for

8    educating moms with babies.

9          Q.      What meetings did you go to about

10   BabyCenter.com?

11         A.      I personally have not been to

12   meetings with -- about BabyCenter.com.

13         Q.      What pamphlets or information did you

14   receive about what they vet; what they don't vet;

15   how much control they exercise over it?

16         A.      I have not received pamphlets as to

17   what they vet or do not vet.

18         Q.      What about any correspondence?

19         A.      Well, I've not seen correspondence in

20   the recent years.

21         Q.      Can you point to one thing you've

22   actually seen that can back up what you're telling

23   the jury today about how they have no control over

24   the content, over BabyCenter.com?

25         A.      Yes.  I've discussed this with --

Page 165

1                 MR. PANATIER:  Your Honor, I'm going

2      to object to hearsay.

3                 THE COURT:  Objection sustained.

4                 The question was, have you seen

5      anything?

6      BY MR. PANATIER:

7           Q.    Have you seen anything?

8           A.    No.

9                 MR. PANATIER:  Your Honor, at this

10     time we're going to ask to put up BabyCenter.com on

11     its current form on the Internet.

12                MS. SULLIVAN:  And, you Honor, I'm

13     just going to object to all the hearsay statements

14     from outside of J&J.

15                MR. PANATIER:  They own it, your

16     Honor.

17                THE COURT:  Objection overruled.

18                You can go right ahead.

19                What's the marking for that?

20                MR. PANATIER:  We would print this

21     out and we would make it 3695-24.

22                THE COURT:  Thank you.

23                MR. PANATIER:  Whenever you shut your

24     laptop, you have to go back on-line.

25                (There is a discussion off the

Page 166

```
 1          record.)
 2     BY MR. PANATIER:
 3          Q.     Let's see if I'm on-line.  There we
 4     go.  It looks like it.  Can you see Baby Center up
 5     there?
 6          A.     Yes.
 7          Q.     Okay.  Let's go to babies.  Let's see
 8     -- there we go.  Okay.  We'll go down here.  Let's
 9     see here.  Diaper, diapering and bottom care.
10     That's probably where we will find baby powder,
11     right?  Right above "poop 101"?
12          A.     Yes, it's a good place as any.
13          Q.     Let's go to "diaper rash."  Alright.
14     Let's see here.  "Diaper rash," let's click on this
15     article.
16               It actually says here that --
17     underneath there it says, "written by Baby Center
18     staff, reviewed by Baby Center Medical Advisory
19     Board updated February 2017," right?
20          A.     Yes.
21          Q.     So it is, certainly, vetted by the
22     Board as referenced right there, correct?
23          A.     Well, the Baby Center Medical
24     Advisory Board is what I was talking about, the
25     external advisors, medical physicians and others,
```

Page 167

1    nurses.

2         Q.    How do you know that's who you were

3    talking about?  When I asked you who you were

4    talking about, you said, I didn't know.

5         A.    I thought I did.  I thought I said it

6    was an external group.

7         Q.    And you're telling us now that's the

8    group?

9         A.    Well, that's one of the names of it,

10   yes.

11        Q.    So let's look and see what they say

12   about diaper rashes.  Let's go to how do I -- let's

13   see.  How do I treat it?  Let's see if that works.

14             There we go.  You see this right

15   here?  "Don't use powders or cornstarch because the

16   particles can be harmful to a child's lungs if

17   inhaled.  Also some experts think cornstarch can

18   make a yeast diaper rash worse."  Do you see that?

19        A.    Yes.

20        Q.    And I've shown you that before,

21   haven't I?

22        A.    You have, yes.  And I don't disagree

23   with it.

24        Q.    So Baby Center, the website that

25   Johnson & Johnson owns says that you shouldn't use

Page 168

1   powder or cornstarch at all on children,

2   specifically, because the particles can be harmful

3   to their lungs, right?

4           A.      If inhaled, yes.  And we talked about

5   that.  If you look on the pack, it talks about

6   avoiding tipping a powder on your face and blocking

7   your nose.

8           Q.      So the only way that a baby inhales

9   powder is if you dump it in their face?

10          A.      No.  But that's the one that causes

11  most concern is if a baby grabs a carton of baby

12  powder, tips it on its face, blocks the nose and

13  mouth, that's dangerous.

14          Q.      This doesn't say that, though, does

15  it?

16          A.      It's only saying it in a -- five

17  words in a sentence.

18          Q.      Right.  It says, "don't use it."

19  Pretty simple, right?

20          A.      That's what it says.

21          Q.      And let me ask, does Johnson &

22  Johnson on its baby powder that it sells say, don't

23  use this on your children?

24          A.      No, it's baby powder.

25          Q.      It still doesn't have anything but

Page 169

1    the twisty lid, right?

2             A.       If you look at the cap.

3             Q.       Just can you just answer that

4    question?

5             A.       It has a twist --

6                      MS. SULLIVAN:  Your Honor --

7             A.       What am I about to say --

8                      THE COURT:  Wait, wait.  Hold on.  I

9    can't have three people talking at the same time.

10                     The question was?

11            Q.       All that the bottle currently has is

12   the twist lid at the top that opens and shuts the

13   holes, correct?

14            A.       It has twist lid which opens and

15   closes holes which are around the perimeter which

16   retard or reduce the amount of powder that can come

17   out and cause a nasal blockage.

18            Q.       As opposed to just taking off and

19   having the full mouth of the container?

20            A.       Well, they've never had the full

21   mouth of the container.  They always had a series of

22   ten or seven holes in there.

23            Q.       Alright.  So we were talking about

24   tremolite earlier today.  Do you recall that?

25            A.       Yes, yes.

Page 170

1          Q.       I'm sure you do.

2          A.       Yes.

3          Q.       One of the documents that we saw last

4    week from defense Counsel was Defense Exhibit 7044.

5    It's in evidence.   That's this document right here.

6          And this is Fred Pooley, right?  We've

7    talked about Fred Pooley, you and I already, haven't

8    we?

9          A.       Yes.

10         Q.       And Fred Pooley in 1972 he reported

11   that he had looked at some samples going back to

12   1949 as well as in the 00000 talc, that's the

13   Italian, right?

14         A.       Yes.

15         Q.       And you can see he says that, "No

16   chrysotile was found at the mine or in samples

17   taken.  Some tremolite was located but was not

18   asbestiform in character and has not been detected

19   in 00000 talc imported into Great Britain for the

20   past year nor in shipments dating back to 1949."

21              When Johnson & Johnson received this,

22   did they send to Dr. Pooley all of those Battelle

23   memorial reports that you and I had showing

24   tremolite again and again and again in the Italian

25   talc?

Page 171

1          A.      I don't know.  But I can tell you

2     that Dr. --

3                   MR. PANATIER:  Your Honor, I would

4     object as to nonresponsive.

5          A.      I don't know then.

6                   THE COURT:  Just -- thank you, thank

7     you.

8                   MR. PANATIER:  This will be

9     Exhibit 3127.

10         Q.      This is dated March 3rd, '72.  So it

11    should be in your first binder.  Does that one go to

12    March 3rd, '72?

13         A.      Give me a second.

14         Q.      Sure.

15         A.      Yep.

16         Q.      Yep, you found it.

17         A.      Yep.

18         Q.      Okay, great.

19          Do you see that this is a Johnson & Johnson

20    memo.  It is from, I believe, it's from Mr. Russell.

21    Yes, R.S. Russell dated March 3rd, 1972?

22         A.      Yes.

23         Q.      And the subject is "domestic talc

24    sources 101, North Carolina"?

25         A.      Yes.

Page 172

1          Q.      Now, Johnson & Johnson would from
2     time to time vet other talc sources, correct?
3          A.      I wouldn't use the word "vet."  This
4     Project 101 was to look at some like 50 different
5     talc sources in the United States as options for
6     when the Vermont mine ran of talc.
7          Q.      Okay.
8          A.      So they looked at that particular
9     mine, yes.
10         Q.      They looked at alternative sources?
11         A.      They looked at about 50 different
12    mines.
13         Q.      Right.  North Carolina never ended up
14    being a source that they used, right?
15         A.      They never ever use any source other
16    than in Vermont.
17         Q.      Now, if you will turn to the page
18    that he signed, the page marked three.  Do you see
19    that?
20         A.      Yes.
21         Q.      Right.  They decided not to use the
22    North Carolina, correct?
23         A.      Yes, correct.
24         Q.      Right.  And you see under
25    "conclusions" they've got some complaints.  One they

Page 173

1   said it's badly off color, but they say, also the

2   presence of tremolitic amphibole is "bad," right?

3          A.      That's what is written, yes.

4          Q.      We know that tremolitic amphibole was

5   all throughout the Italian and in Vermont, correct?

6          A.      We know that tremolite is present in

7   the Italian talc, yes.

8          Q.      Literally tremolitic amphibole is

9   present --

10         A.      Well, amphibole is a --

11         Q.      Let me finish the question first.

12  Sorry.

13          Tremolitic amphibole is in the Vermont and

14  the Italian talc, correct?

15         A.      There was amphibole in the Italian

16  and Vermont talc, which can be in the form of

17  tremolite.

18         Q.      Okay.  And that's what he's saying

19  here.  They decide not to use it for two reasons,

20  the color and the fact that there's tremolitic

21  amphibole?

22         A.      Yes, it's unpleasant on the skin.  If

23  you have a lot, it's very prickly.

24         Q.      Oh, that's why, because it doesn't

25  feel good on the skin?

Page 174

1      A.      It, certainly, does not.  If it's

2  needlelike and prickly, it does not feel good on the

3  skin.

4      Q.      Let's take a peak at it.  Go ahead

5  and look at the second page where it says,

6  "tremolitic amphibole."  "The amphibole appears to

7  be tremolitic and occurs in columnar bundles and

8  individual long, thin prismatic crystals," correct?

9      A.      Yes.

10      Q.      And we know that that description,

11  right, if you have long thin, whatever you want to

12  call it, bundles or prismatic crystals, that's going

13  to meet the definition that Johnson & Johnson has

14  set out for asbestos, correct?

15      A.      No.  To meet the definition for

16  asbestos, it has to be what's called asbestiform.

17  That's a geological and mineralogical definition.

18      Q.      Hold on.  Let us step back to Johnson

19  & Johnson's own definitions.  That's the

20  asbestiform?

21      A.      No, but I did.

22      Q.      Yeah, I know you did.  Did J&J?

23      A.      They talk about the fibrous forms of

24  those minerals.

25      Q.      Is that the asbestiform?

Page 175

1          A.      No, it's defining asbestos.

2          Q.      Right.

3          A.      Which has to be the asbestiform

4     version.

5          Q.      Wait.  Okay.  I don't want to keep

6     going back and forth.  But the reason I put these up

7     here was so we can see exactly how J&J defines them.

8     And you keep saying "asbestiform."

9           That word doesn't appear in Johnson &

10    Johnson's own definition, does it?

11         A.      It doesn't appear on those

12    definitions.  It does appear in other definitions on

13    the specification of the product.

14         Q.      It appears -- right, in 7024 the word

15    "asbestiform" appears, correct?

16         A.      The word "asbestiform" appears where

17    it's used to describe a mineral in the -- of the

18    asbestos character.

19         Q.      Right.  And it describes it as a

20    fiber that's 3-to-1, doesn't it?

21         A.      Well, that's one definition.

22         Q.      That's the only definition in 7024.

23         A.      But geologists give a bigger -- okay.

24         Q.      Just try to -- just answer the

25    question.

Page 176

 1              MR. SULLIVAN:  Your Honor, I'm just

 2    going to object.  Counsel keeps interrupting Dr.

 3    Hopkins.

 4              MR. PANATIER:  I'm going to object.

 5              THE COURT:  Okay.  The Court Reporter

 6    can't take multiple people speaking at the same

 7    time.

 8              Dr. Hopkins you are not answering the

 9    question.  The objection is overruled.

10              MR. PANATIER:  I'll move to strike,

11    your Honor.

12              THE COURT:  Stricken.

13              The Jury is not to consider that last

14    response.

15              One more time.

16    BY MR. PANATIER:

17         Q.    Dr. Hopkins, testing method 7024 put

18    together by J&J, right, they're TEM method, defines

19    asbestiform as a fiber of 3-to-1, does it not?

20         A.    The definition of fiber is 3-to-1.

21    Yes, we saw that this morning.

22         Q.    And they don't say anything about

23    what it means from a geological perspective or what

24    it might mean from a commercial perspective, do

25    they?

Page 177

1          A.      Not in that short sentence version,

2     no.

3          Q.      But that's the protocol that people

4     are supposed to use to determine whether asbestos is

5     present when they test J&J talc by TEM, right?

6          A.      People who test it use that protocol,

7     correct.

8          Q.      Okay.  So let's go back to this

9     document.  He finds some "long thin prismatic

10    crystals of tremolitic amphibole," correct?

11         A.      You read what is written.

12         Q.      Right?  And he says it's "bad."

13          Now you said, well, it's bad because it

14    feels prickly on the skin, right?

15         A.      It does feel prickly on the skin.

16    You wouldn't simulate nice soft baby powder, which

17    is prickly.

18         Q.      You know that Johnson & Johnson

19    actually admits in documents that I've shown you

20    that that was never the case?  You know that, right?

21                 MS. SULLIVAN:  Objection, your Honor,

22    foundation and argumentative.

23                 MR. PANATIER:  I'm just asking if he

24    knows.

25                 THE COURT:  Objection is overruled.

Page 178

1                      You can answer.

2          A.      No, I don't -- I stand by my answer,

3     that if you've got prickly particles, it doesn't

4     feel good on the skin.

5          Q.      I would agree, generally, with you.

6     Right, if something is prickly, you don't want that

7     on your skin?

8          A.      Yeah, and, therefore, you consider it

9     "bad," as he said.

10         Q.      Does he mention that at all as the

11    reason they didn't want tremolite?

12         A.      Not in that letter, no.

13         Q.      And, in fact, sir, by '72, Johnson &

14    Johnson was well into the issue of asbestos in talc,

15    correct?

16         A.      The company was fully aware of the

17    controversy and the discussions on asbestos in talc

18    by '72.

19                      MR. PANATIER:  We offer this document

20    into evidence, 3127, your Honor.

21                      MS. SULLIVAN:  No objection.

22                      THE COURT:  Okay.  So admitted.

23                  (Plaintiff's Exhibit 3695-27 was

24              moved into evidence.)

25    BY MR. PANATIER:

Page 179

1          Q.      He doesn't say anything about skin,

2     true?

3          A.      No, it's a very short memo talking

4     about a particular mine in the State of North

5     Carolina.

6          Q.      The question I asked is, does he say

7     anything about tremolite being "bad" because of how

8     it feels on the skin?

9          A.      He does not specify that, no.

10         Q.      Alright.  So here's a thing I wanted

11    to talk to you about, which is when you were at

12    Johnson & Johnson up until 2000, at some point were

13    you an executive there?

14         A.      Yes.

15         Q.      An executive, I guess, did you have

16    your own desk?

17         A.      Yes.

18         Q.      Okay.  And on your desk, I guess,

19    part of this era was an e-mail era and part of it

20    was probably in the more analog era, correct?

21         A.      Yes.

22         Q.      So we think inbox/outbox now as being

23    e-mail, but did you, actually, have an inbox and an

24    outbox on your desk where people would bring you

25    documents or you might send something out?

Page 180

1          A.      Paper, paper, letters you mean?

2          Q.      Paper, yeah.

3          A.      No, I tended to use the phone and

4     e-mail but, yeah, the idea of using paper, no.  I

5     didn't have an inbox and outbox.  I mean, I would

6     have seen documents.  But I, personally, avoided

7     writing letters on paper when I could pick up the

8     phone.

9          Q.      You know what an inbox in?

10         A.      Yes, I do recollect that.

11         Q.      When something comes in, it goes in

12    the inbox, right?

13         A.      Yes.  It's like on my e-mail.

14         Q.      Right.  Outbox would be the reverse,

15    it is when something goes out, right?

16         A.      Yes.

17         Q.      So, as we go forward, what I want to

18    do is, I want to kind of examine what was in Johnson

19    & Johnson's inbox, okay, what information they were

20    receiving and then what information was in their

21    outbox, what they were sending out to people, okay?

22         A.      Sure.

23         Q.      Alright.  And so we can kind of keep

24    this organized, I actually made an inbox, you see,

25    right?

Page 181

1          Okay.  And what we're going to put in this
2    inbox is any information --
3                    MS. SULLIVAN:  I'm sorry, Counsel,
4    can I just see what you put in there?
5                    MR. PANATIER:  Yeah.
6    BY MR. PANATIER:
7          Q.     Any information to Johnson & Johnson
8    about asbestos fibers, needles or amphiboles, okay.
9    And so we're going to put -- we'll put the inbox
10   right there.
11                   And then so we can evaluate what
12   Johnson & Johnson sent out to other people, we have
13   an outbox, okay.  And this one says, out to
14   customers, nurses, doctors, regulators, employees
15   and the public, okay?  Is that okay with you?
16         A.     If that's the game you want to play.
17                   THE COURT:  Can you show it to
18   Counsel.
19                   MR. PANATIER:  Yeah.
20                   MS. SULLIVAN:  Okay.
21   BY MR. PANATIER:
22         Q.     I'm sorry, if that's "the game" I
23   want to play?
24         A.     Yeah.
25         Q.     You think it's a "game"?

Page 182

1          A.        Well, it's a lot of props there.

2          Q.        Well, if you think inbox and outbox

3    are "props," do you have an objection to us

4    demonstrating?

5          A.        No, I have no objection.  I have no

6    objection.  You carry on with your demonstration.

7          Q.        Do you have an objection showing the

8    jury what Johnson & Johnson had at its disposal

9    about what might be in the talc it was selling for

10   babies?  Do you have any objection to that?

11         A.        None whatsoever.

12         Q.        Do you have an objection to my

13   showing the jury what Johnson & Johnson told other

14   people about what was in their products, such as

15   nurses, doctors, regulators and their own employees

16   and the public?

17         A.        None whatsoever.

18         Q.        Alright.  So our first entry into the

19   outbox is going to be those interrogatories that we

20   went over for the year 2000 earlier this morning

21   that Ms. Musco signed.  Do you remember that?

22         A.        Yes.  I do, yes.

23         Q.        Where they said, after decades and

24   decades, they said no tremolite, right?

25         A.        Yes.

Page 183

1      Q.     What they had in the inbox, of

2  course, was lots of tremolite from Battelle,

3  correct?

4      A.     Yes.  There's never been any denial

5  of that.

6      Q.     Except for right here?

7      A.     Well, I think she made a mistake

8  there, by the way.

9      Q.     Well, it would have to be not just

10  she making a mistake, right, because she answered

11  the questions based on help from the lawyers, right?

12      A.     Well, we saw the word "Counsel," yes.

13      Q.     Right.  So let me ask you this

14  question.

15      At this time do you remember the millions of

16  documents you and I have talked about, have they

17  been released by Johnson & Johnson in 2000?

18      A.     I don't know.

19      Q.     Had Johnson & Johnson released those

20  Battelle studies before 2016?

21      A.     I don't know.

22      Q.     Because what you said was, yes, it's

23  wrong, but I don't know whether it was intentional.

24  That would have to be, at least, assuming only one

25  lawyer, at least, two people, right, if you have

Page 184

1    Musco and Counsel?

2           A.      Yeah.

3           Q.      Anyway, we know this is what was said

4    publically, correct?

5           A.      It was said in an interrogatory, yes.

6           Q.      Right.  In a lawsuit, correct?

7           A.      I believe so.

8           Q.      Okay.  We talked this morning about

9    how Dr. Langer maintained that there was asbestos in

10   the baby powder, correct?

11          A.      That's what he said, yeah.

12                  THE COURT:  Counsel, if you are

13   placing documents in certain categories, you need to

14   specify for the record that cannot see what you're

15   doing.

16                  MR. PANATIER:  Okay.  I will say it.

17   I will say it.

18                  THE COURT:  Thank you.

19   BY MR. PANATIER:

20          Q.      In the Russell memo, "tremolite is

21   bad" we're going to put that in the inbox, too.

22                  So let's come back to this concept of

23   the use of Johnson's Baby Powder and how people will

24   use it.

25                  Johnson & Johnson recommended all sorts of

Page 185

1    uses for the baby powder outside of just putting it

2    on babies, right?

3          A.      Well, you need to be a bit more

4    specific.  I'm happy to comment, if I have some

5    sentence to comment on.

6          Q.      I can do that.

7          A.      Thank you.

8                  MR. PANATIER:  This will be

9    Exhibit 3695-25.  Here you go, your Honor.

10                 THE COURT:  Thank you.

11   BY MR. PANATIER:

12         Q.      There you go, sir.

13         A.      Thank you.

14         Q.      Sir, do you see that this is a memo

15   with the Johnson's baby logo at the top?

16         A.      Yes.

17         Q.      And you see that it has Johnson's

18   Baby Oil, Johnson's Baby Powder and then a series of

19   uses for these products, correct, that are

20   recommended?

21         A.      You're showing me a memo, but it

22   doesn't say whose written it or when it was written.

23   What was this done by a press release agency or is

24   this from Johnson & Johnson?

25         Q.      Well, that's a great question, but I

Page 186

1    got the documents from you.  So this one is not --

2    this one is not dated, but this is a Johnson &

3    Johnson -- for the record, it's Bates range J&J Talc

4    000628263 produced by Johnson & Johnson.

5                    MS. SULLIVAN:  I'll just note,

6    Counsel, the one you gave me has no Bates number on

7    it.  It is J&J ine.

8                    MR. PANATIER:  It was produced in

9    native format, your Honor.  I had to go look up the

10   Bates range?

11                   Is there anything else.

12                   MS. SULLIVAN:  I don't know why he

13   can't use the Bates numbers.

14                   THE COURT:  Sidebar.

15                   (Sidebar.)

16                   MR. PANATIER:  If Counsel doesn't

17   understand how their own production works, I can't

18   work with that.  This is -- they produced a certain

19   number of documents in their, quote, unquote,

20   "native" format, which means, not a copy of the

21   document, it's in the actual -- like, for instance,

22   in a Power Point, they would produce the actual

23   Power Point, not a copy of the Power Point.

24                   THE COURT:  So they never Bates

25   range?

Page 187

1            MR. PANATIER:  So they don't Bates

2    range native documents.

3            THE COURT:  So how did J&J Bates

4    numbers become created?

5            MR. PANATIER:  I have to go look up

6    on the document management software what Bates label

7    they gave to the native.  But when you print the

8    native because it's native and they don't want it

9    messed with, it doesn't print with the Bates Stamp.

10   It's not on the native.  But I am telling the Court

11   that this is the correct Bates number for this

12   document.

13           THE COURT:  JJ0006286 what was after

14   that?

15           MR. PANATIER:  Three.

16           MS. SULLIVAN:  Your Honor, just for

17   the record, we have given Bates numbers to every

18   single document we've produced.  In every other

19   trial people are using the Bates stamp numbers so we

20   can tell whose file it comes from.  I'm not sure why

21   Counsel can't just use the Bates numbers.

22           MR. PANATIER:  This is not a Bates

23   stamped document.  Counsel can go look at her own

24   documents.

25           THE COURT:  So I'm trying to

Page 188

1    understand this.

2                    MR. PANATIER:  Yeah.

3                    THE COURT:  When you go and print out

4    these documents that are produced, quote, unquote,

5    in their "native" --

6                    MR. PANATIER:  Right.

7                    THE COURT:  -- whatever that

8    terminology is --

9                    MR. PANATIER:  Right.

10                   THE COURT:  -- A Bates number does

11   not come out?

12                   MR. PANATIER:  Correct.  That's a

13   Power Point, an Excel spreadsheet, a Word document,

14   if they produce them in native, they're not going to

15   add a Bates stamp to the original file.  Now, if

16   they produce -- for instance, a lot of these memos

17   are old, old memos, they are photocopies, they put

18   the Bate Stamp right on them.  So they produce them

19   in two ways.

20                   MS. SULLIVAN:  Counsel has the Bates

21   numbers.  They've been given them.  I don't know why

22   he just doesn't use them.

23                   THE COURT:  He's indicated now what

24   the Bates number is.  I would ask your office to

25   verify this information, if you're concerned.

Page 189

1              MR. PANATIER:  I'd like to come back

2      to it.  If they want to verify it, it's not a big

3      deal.

4              MS. SULLIVAN:  I mean, I just don't

5      know if it's from a third party.  I have no idea

6      where it's coming from.

7              MR. PANATIER:  How about this.  I'll

8      set it aside, if Counsel wants to check and verify,

9      if they have issues with it, that's fine, I'll just

10     come back to it.

11             THE COURT:  Okay.  Definitely, that's

12     what we'll do.

13             MR. PANATIER:  We'll come back to

14     this.

15     BY MR. PANATIER:

16         Q.     Okay.  You should have a document

17     that has a tab that says "1985" on it.  So, if you

18     go into that range, it's probably the second or

19     third notebook.

20             (There is a discussion off the

21         record.)

22         Q.     You found that, sir?

23         A.     Yes.

24         Q.     Okay, great.  This will be

25     Exhibit 2064.

```
 1              And do you see, Doctor, that is a
 2    document called "Technological Forecast Powders"?
 3    Do you see that?
 4         A.    Yes.
 5              MR. PANATIER:  Okay.  Your Honor, at
 6    this time I would offer this into evidence.
 7              THE COURT:  Any objection?
 8              MS. SULLIVAN:  A second, your Honor,
 9    until I look at it.  No objection.
10              THE COURT:  So admitted.
11              (Plaintiff's Exhibit 2064 was
12         moved into evidence.)
13              THE COURT:  What does the cover sheet
14    say on that, Counsel?
15              MR. PANATIER:  "Technological
16    Forecast."
17              THE COURT:  From 1984.  Okay,
18    proceed.
19    BY MR. PANATIER:
20         Q.    Okay.  Sure.
21              Alright.  So this is the type of
22    document that a company will do to talk about how
23    their products are doing, what they forecast them to
24    doing in coming years, correct?
25         A.    Yes.
```

Page 191

1        Q.      If we go to the third page under

2    "Safety Factors."  Can you see that, sir?

3        A.      Yes.

4        Q.      "Safety of cosmetic powders has been

5    a concern especially among health professionals.

6    They have decided that powders provide no health

7    benefit.  Therefore, the potential for harm from

8    respirables or accidental overexposure should be

9    avoided.  Mothers are now being advised not to use

10   baby powder especially talc baby powders."

11        Okay.  Did I read that right?

12        A.      You did, yes.

13        Q.      Okay.  If you'll turn please, sir, to

14   the page marked eight.  They have a section called

15   "Market Dynamics."  You can see there it says,

16   "Second, baby care professionals now sometimes

17   recommend against the use of talcum or cornstarch

18   powders" -- and then they give some statistics --

19   "because perceived risk exists that there are no

20   health benefits."

21        Now you've confirmed for us, there are no

22   health benefits, correct?

23        A.      Well, there are no medical benefits,

24   yeah.

25        Q.      And then they have, at least, for

Page 192

1    this year which, I believe, is '84, '85, they have

2    Johnson's Baby Powder and they have the amount of

3    money.  They have market share and then the ounces,

4    total ounces sold.  Do you see that?

5            A.    Yes.

6            Q.    So, if you look at the talc and

7    cornstarch section that they have there, the market

8    share for that was 115 million; is that right?

9    Right here.

10           A.    I see, yeah, yeah, yeah.

11           Q.    And they got, approximately, oh, 41

12   percent of that, right?

13           A.    Yes.

14           Q.    Okay.  And they got about -- they got

15   218 million ounces out of the 564 million ounces

16   sold, true?

17           A.    Yes.

18           Q.    Under "Major Issue," "Major Issue is

19   the future of a category under a safety cloud and

20   without an alternate reason for being."

21               Okay.  Now, when you got to the

22   company in '76 -- right, that was when you got

23   there?

24           A.    Yes.

25           Q.    At some point did you have a

Page 193

1   responsibility for evaluating the safety of the baby

2   powder?

3          A.      Yes.

4          Q.      In fact, it became -- by the '90s,

5   were you the head person in charge of the safety of

6   the baby powder?

7          A.      In the UK, certainly, yes, until I

8   moved here to the US in '90 -- end of '94.

9          Q.      Okay.  And at the end of '94, did you

10  continue in that same role here?

11         A.      Yes.

12         Q.      Alright.  So what do they mean when

13  they say "a safety cloud"?

14         A.      Well, because if you -- and I'm sure

15  you're going to show it.  There are -- there have

16  been in the early '70s a number of reports, later

17  shown to be erroneous, were people claimed they

18  found asbestos in the product.  And that like a bad

19  smell, it doesn't blow away, that was kind of

20  hanging around.  So there was an issue, although, in

21  reality the company was confident that there was no

22  asbestos.  But there is that cloud.

23         Q.      When you say, that were later -- what

24  did you say later disproven?

25         A.      Yeah.

Page 194

1        Q.      We're not talking about Dr. Langer,

2    though, right?

3        A.      Yes, Dr. Langer published a paper

4    back in '76 with Dr. Rolle.

5        Q.      Are you just going to ignore what he

6    said six months ago?

7                MS. SULLIVAN:  Objection, your Honor,

8    that's argument.

9                THE COURT:  Overruled.

10               You can answer.

11       A.      What he said is what he said, but it

12   was not what he wrote in a peer reviewed published

13   literature of scientific literature.

14       Q.      You're aware that he tested more than

15   two bottles of baby powder ever, correct?

16       A.      Yes, he tested a lot of bottles.

17       Q.      Then you see here it says, "It is

18   possible to hypothesize that pursuit of technologies

19   which would create talc based powders of higher

20   interest than JPB to adults could be profitable.

21   Major effort should be expended to prove a health

22   benefit for cosmetic dusting powders," right?

23       A.      Well, that's what someone has written

24   they're suggesting, yeah.

25       Q.      "Someone" at Johnson & Johnson,

Page 195

1    correct?

2            A.      Well, that's why I'm puzzled, because

3    I'm not sure who wrote this.

4            Q.      Are you saying that someone else is

5    doing all this analysis and writing about all these

6    issues other than Johnson & Johnson in a document

7    with a Johnson & Johnson Bates Stamp that you

8    produced to us?

9            A.      I don't know.  But what I'm saying is

10   there is no author.  So I don't know -- you asked me

11   who wrote it or who the -- if it was a Johnson &

12   Johnson, but I said there's no author.  But the

13   document speaks to itself.  I'm not disputing what

14   is written.

15                  (There is a discussion off the

16            record.)

17           Q.      So they said they wanted to try to

18   provide a health benefit, right?

19           A.      Well, the person who is writing this

20   document, whoever he or she is, is going down that

21   route, yeah.

22                  (There is a discussion off the

23            record.)

24           Q.      Alright.  This document is

25   Exhibit 2614 and it is dated July 30, 1971.

Page 196

1          MR. PANATIER:  Here's your copy.  I'm

2   using the July 30th and then I'll use that one.

3          MS. SULLIVAN:  I don't see an exhibit

4   number.

5          MR. PANATIER:  This will be

6   Exhibit 2614.

7   BY MR. PANATIER:

8          A.     Well, there you go, because I'm not

9   sure which volume that is in.

10         Q.     Probably -- this one, July 30, '71.

11         A.     Yeah, here it is.

12         Q.     Okay.  So that's a memo from

13   Hildick-Smith.  There is a stamp over his name on

14   the bottom, but that's from Hildick-Smith received

15   by Nashed and it's to Dr. Fuller regarding a

16   conversation with Dr. Clark Cooper at the School of

17   Public Health University of California, right?

18         A.     Yes.

19         Q.     Okay.  1971, true?

20         A.     Yes.

21         Q.     Okay.

22         MR. PANATIER:  I offer this into

23   evidence, your Honor, Exhibit 2614.

24         MS. SULLIVAN:  No objection.

25         THE COURT:  So admitted.

Page 197

1            (Plaintiff's Exhibit 2614 was

2         moved into evidence.)

3    BY MR. PANATIER:

4         Q.      He says, "At Dr. Crowley's

5    suggestion, conversation was held with Dr. Clark

6    Cooper of the School of Public Health University of

7    California Berkeley.  Dr. Cooper had worked at the

8    National Center for Urban and Industrial Health and

9    later moved to the School of Public Health at

10   Berkeley.  Dr. Cooper was chairman of the National

11   Research Council, review of asbestos and its

12   potential health hazards which published an

13   excellent review on the subject.  Dr. Cooper was

14   called in the hope that he might be able to attend

15   the FDA meeting on August 3rd.  He is in a position

16   to oversee epidemiological studies, conduct

17   analytical studies on talc and allied materials and

18   conduct animal studies on appropriate materials.  He

19   would be pleased to discuss this area at anytime.

20          In asking Dr. Cooper his thoughts concerning

21   the asbestos content of talc and the use of talcs

22   for cosmetics, he indicated that in his opinion

23   there is no place for asbestos in cosmetic talcs and

24   would withdraw from the market any talcs that

25   contained asbestos."

Page 198

1          First of all -- let me stop there.

2          Johnson & Johnson agrees that if the baby

3    powder has asbestos, it should be withdrawn from the

4    market immediately, correct?

5          A.     It wouldn't be sold in the first

6    place.

7          Q.     Can you answer my question?

8          A.     So the answer would be, yes.

9          Q.     Right?  It is possible that a company

10   could sell a product and then discover a problem at

11   which point they would need to recall it, right?

12         A.     That's the normal operation, yes.

13         Q.     It continues that Dr. Cooper said

14   that he did not believe that there was a low level

15   of asbestos content in talc which would be

16   acceptable for cosmetic ore.

17         And Johnson & Johnson agrees with that, the

18   acceptable level of asbestos in cosmetic talc zero,

19   right?

20         A.     Yes.

21         Q.     Okay.  So this is another

22   third-party.  This person at Berkeley, who has

23   opined that asbestos in cosmetic talc to Johnson &

24   Johnson would be a hazard, correct?

25         A.     Yes.

1          Q.     Okay.  I'll put that in the inbox.

2               Let's look at the next document,

3     which is April 13, 1976.  So, if you'll turn to

4     April 13, 1976.  And, actually, this tab just says

5     "1976," so it will likely be the first 1976 document

6     that you have.  Keep going back.

7          A.     Okay.  It's March.

8          Q.     Keep going back.  Yeah.  It's

9     probably -- it's one of those.  Okay.  So go ahead

10    and turn the page.  It's one of those three there.

11    So let's go to the next one there.  Yeah, keep

12    going.  Next one.  That's it.

13               Okay.  Sorry about that.

14               Okay.  You see this is a memo from

15    D.R. Petterson to D.D. Johnston, right?

16         A.     It is, yes.

17         Q.     Now, D.D. Johnston was President of

18    the Baby Products Company, true?

19         A.     I think he was at that time, yes,

20    yes.

21         Q.     Petterson, medical director, right?

22         A.     He was, yes.

23               (Continuation of the day's

24    proceedings in Volume 2.)

25

Page 200

CERTIFICATION

         I, SILVIA P. WAGE, C.S.R., License Number
30X100182700, a Certified Court Reporter in and for
the State of New Jersey, do hereby certify the
foregoing to be prepared in full compliance with the
current Transcript Format for Judicial Proceedings
and is a true and accurate non-compressed transcript
to the best of my knowledge and ability.


SILVIA P. WAGE                    JULY 22, 2019
CERTIFIED COURT REPORTER          DATE
MIDDLESEX COUNTY COURTHOUSE

[& - 1966]                                                          Page 1

## &

**&**   3:3,15,18,20,21
5:21 7:8,12 9:22
9:24,25 10:1,11,11
11:4 12:15,16,22
13:2,7,9,11,11
14:13,14,18 15:11
15:13 16:5 17:8
17:21 18:7,15
19:22 20:2,5,11,18
20:19 21:4,13,23
22:5,10,25 25:2,9
25:11 26:24 29:16
30:1,12,22 31:6
32:2,5,10,12 33:5
33:11,14,22 34:3,7
35:18 38:19 39:12
39:15,19,20,24
40:3,7,10,13,18,20
41:14,17,23 42:14
42:24 43:3,11,18
45:1,15,20,22 46:7
46:10 47:15,16
48:7,19 49:5 50:9
50:19 51:11 53:25
55:19 56:7,13
58:21 60:19,20
61:1,2,12,18,20
62:15,25 63:2,6,18
67:4 70:21 71:4
73:1 74:15,19
85:20 90:24 92:2
93:11 96:17 99:13
100:3 102:10
103:7,9,17,19,23
104:9 105:14
109:3,10 114:2,7
120:20 121:10,11
121:17 124:13
127:10 129:13
134:11,21 136:22

137:6 138:1,10
139:21 140:3,5
141:1,6,22 142:5
145:6 146:5 149:6
150:12 151:23
153:2,18 154:15
155:9,13,25
157:24 158:6,10
159:19 162:8
163:8,19 164:4
167:25 168:21
170:21 171:19
172:1 174:13,19
175:9 177:18
178:13 179:12
180:19 181:7,12
182:8,13 183:17
183:19 184:25
185:24 186:2,4
194:25 195:6,7,11
198:2,17,23

## 0

**00000**   19:12
170:12,19
**00001**   50:3
**000628263**   186:4
**07039**   2:23
**07102**   3:20
**07701**   3:4
**08542**   3:16
**08903**   2:3
**0932-17as**   1:9

## 1

**1**   1:6 2:5,6 12:9
26:23 27:14 49:6
91:13 101:5
122:12,14 126:9
126:15,18 127:19
128:2,5,6,6 130:7
130:19,23 131:5

**131:10** 132:16,16
155:21 175:20
176:19,20
**1,037**   64:16
**10**   21:21 22:17
27:2,9 28:18 29:5
30:5 50:6 115:21
118:3,25 131:1
150:24 151:6
**10,000**   27:13 29:3
**100**   3:19
**10022**   3:7
**101**   166:11 171:24
172:4
**1037**   64:16 65:12
66:7
**107**   4:7
**108**   46:14 47:2,21
47:22 48:18
**10:50**   86:25
**11**   72:13 130:17
**111**   4:15
**115**   192:8
**118**   4:17
**11:12**   86:25
**11:38**   113:15
**11:40**   113:15
**11th**   3:6
**12**   4:3 93:1,16
115:13
**1201**   3:9
**121**   4:7
**127**   3:3
**12:26**   157:10
**13**   24:7 82:3 199:3
199:4
**139**   4:17
**14**   83:5,8 131:4
**148**   4:18
**15**   35:9 86:15

**15,000**   21:21 22:18
27:2,10 28:18
29:5 30:5
**16**   54:10 57:3 82:3
**161**   4:21
**17**   3:15 53:19
54:10 56:12 57:3
57:3 64:14 103:5
120:17 139:18
**178**   4:21
**17th**   111:16
**18**   15:15 24:2
46:17 47:2,24
53:19
**1800s**   15:14
**1809-17as**   1:2
**1890s**   103:20,22
**1894**   15:15
**19**   79:14
**190**   4:6
**1930s**   32:13
**1940s**   129:20
**1941**   16:19
**1949**   170:12,20
**1954**   52:13
**1955**   51:4,8,11
52:4 55:19
**1958**   126:21 127:1
131:22 132:2
136:23
**1959**   119:20,21
120:1,17 124:9
133:15,19 134:24
**1960**   136:8,12
137:1
**1960s**   16:4 33:6
**1964**   18:8
**1966**   103:5 104:13
107:20 109:5
110:7 124:16

**[1967 - 3rd]**

**1967**   16:13 17:25
18:18,24
**1968**   32:21
**197**   4:15
**1970s**   17:9,15
96:17
**1971**   195:25
196:19
**1972**   170:10
171:21
**1976**   23:2 110:6,7
110:16 113:1,5,25
124:24 199:3,4,5,5
**1978**   147:19 148:7
148:12
**1979**   19:7,8
**1980**   18:25 19:3,9
**1984**   190:17
**1985**   189:17
**1989**   19:23
**199**   4:6,8,8,9,9,10
4:10,11,11,12,12
4:13,13,14,14,18
4:20
**1995**   154:17,22,25
**1996**   70:20,24 71:1
72:9 83:21 84:19
87:8 94:12
**1:28**   157:11
**1:30**   156:24 157:6

**2**

**2**   1:6 2:5 110:8
122:11,14 126:7,7
126:17,18 127:14
127:17,22 128:5
130:6,7,17,23
131:6,9 199:24
**2,000**   137:13,14
**20**   84:18 101:5
**200**   2:6

**2000**   13:2,4 138:14
140:4 145:13
179:12 182:20
183:17
**2000s**   101:23
163:21,23,24
**2003**   18:18 19:15
58:1,10,11
**2005**   91:20
**2007**   159:18 162:2
**201**   3:16
**2012**   20:1,7
**2016**   79:11,17,22
81:1,9,11,14,17
83:3 84:19 87:19
88:6 89:13 94:12
183:20
**2017**   24:8,10 34:18
35:8,9,9 37:14
49:19 64:13,14
69:14 81:10 85:13
87:23 166:19
**2018**   40:2,7 79:13
115:13 117:3
118:21 158:4
**2018-10-23**   23:22
23:24
**2019**   2:4 9:21
43:18 200:12
**2064**   4:6 189:25
190:11
**211**   5:21
**218**   192:15
**22**   2:4 9:21 47:3
47:24 51:11 72:9
110:7,16 200:12
**22nd**   51:8
**23**   126:21,25
138:14
**2304**   4:6

**2343**   131:24
**2344**   126:23
**2345**   4:7 121:1,5
**2346**   133:17
**2349**   135:1
**2350**   136:9
**2360**   4:7 104:18
107:8,11
**2364**   4:8
**2367**   4:8
**2368**   4:9
**2374**   4:9
**2381**   4:10
**2382**   4:10
**2385**   4:11
**2390**   4:11
**2391**   4:12
**2393**   4:12
**24**   66:5
**2403**   4:13
**2412**   4:13
**2413**   4:14
**2434**   4:14
**25**   35:4,15 73:22
**2594**   4:15 111:3,6
**2614**   4:15 195:25
196:6,23 197:1
**2729**   151:1
**2736**   155:5
**2738**   4:16 71:24
72:5,7
**28**   88:6
**2836**   4:16 89:7,8
90:16
**29**   71:1
**290**   2:22

**3**

**3**   127:17 132:17
155:21 175:20
176:19,20

**30**   142:14 195:25
196:10
**300**   13:17
**30s**   16:14
**30th**   196:2
**30x100182700**
200:4
**31**   159:25 161:7
**311**   92:17
**312**   92:17,18,25
93:14
**3127**   171:9 178:20
**3162**   4:17 118:7,16
**3173**   4:17 138:22
139:14 145:14
**31st**   133:15,19
134:24 135:6
**32**   134:5
**33**   46:3
**3378**   4:18
**3400**   3:9
**3624**   4:18 148:18
148:21 150:23
**3695-14**   4:19
82:22,25
**3695-15**   4:19 59:6
59:12
**3695-22**   4:20
**3695-23**   4:21
159:16 161:3
**3695-24**   165:21
**3695-25**   185:9
**3695-27**   4:21
178:23
**3695-8**   4:20 51:16
51:24
**3rd**   171:10,12,21
197:15

[4 - advice]                                                                    Page 3

**4**

**4**  58:1,2,4 70:25
79:22 126:4 129:9
130:6,11 147:19
148:7 159:25
**4/11/2018**  46:14
**40**  138:17
**403**  105:5
**40s**  16:14,25 17:18
17:20
**41**  192:11
**43**  129:9
**45**  16:19
**48**  129:9
**4th**  148:12

**5**

**5**  129:9 130:16
**5.2**  75:25 76:1
**50**  17:15 172:4,11
**51**  4:20
**512**  5:21
**558**  5:21
**56**  2:2
**564**  192:15
**58**  136:24
**59**  4:19 135:6

**6**

**6**  24:4,5 115:21
118:3,24 142:14
**6-10**  115:18
**6.7**  162:2
**60**  35:12
**602**  8:14
**6040-17as**  1:19
**60s**  18:11 23:8
**66**  34:23 124:22
151:25
**67**  16:7 17:21
18:11 35:3

**68**  18:24

**7**

**7**  130:16
**701**  5:15 6:2,12
8:14
**7024**  156:10
175:14,22 176:17
**7044**  170:4
**7049-16as**  1:14
**70s**  23:8,8,14 98:5
117:7 193:16
**71**  114:25 115:1
196:10
**718**  2:23
**72**  4:16 171:10,12
178:13,18
**75270**  3:10
**76**  98:6 111:16
192:22 194:4
**78**  147:23 148:5

**8**

**8**  65:16 66:3,5
67:17 92:19,25
93:16 136:19
**8-17**  64:13
**8/15**  34:18 35:9
**8/15/17**  46:3
**8/15/2017**  92:17
**800**  3:6
**81**  19:4
**82**  4:19
**84**  192:1
**85**  192:1
**8th**  136:8,12

**9**

**90**  4:16 161:16
193:8
**90s**  193:4
**94**  150:24 151:6,18
193:8,9

**96**  127:16
**97**  127:16
**983-1234**  2:23
**990,000**  27:17 28:7
29:2 63:10
**9932**  200:11
**9:24**  2:5
**9:32**  9:10
**9th**  131:22 132:3

**a**

**a.m.**  2:5 9:10
86:25
**a1**  131:14
**a2**  131:14
**abandoned**  108:13
**ability**  200:9
**able**  7:23 79:15
197:14
**abroad**  74:13
**absence**  50:14
**absolutely**  116:25
119:5 134:11
**academy**  31:20
**accept**  119:8 162:7
**acceptable**  198:16
198:18
**acceptance**  52:14
**accepted**  74:7
**accepts**  82:20
**accessory**  128:12
128:19 129:7
132:11,19 135:22
**accidental**  191:8
**accommodate**
10:22
**accurate**  153:10
200:8
**acicular**  132:5,5
134:1,2
**acknowledgment**
80:9 81:24

**actinolite**  76:7
83:13 95:12 150:9
152:15 153:21
**active**  162:8,10
**actively**  162:15
**actual**  57:8 60:10
60:17 186:21,22
**add**  109:10 129:9
135:25 188:15
**addition**  52:9
107:23
**additional**  5:12
70:6
**address**  17:20
105:7
**adjustment**  97:18
**administered**
11:11
**administration**
26:17 74:18
**admissibility**  7:13
**admission**  81:5,17
82:20,21
**admit**  6:10 90:7
**admits**  177:19
**admitted**  51:23
59:11 72:2 90:14
107:9 111:5
117:12 118:6
121:4 139:12
148:20 160:25
178:22 190:10
196:25
**adults**  38:13
194:20
**adverse**  104:25
**advertisements**
61:21
**advertising**  62:19
**advice**  145:18,18

**advised** 8:11 191:9
**advising** 124:5
**advisors** 166:25
**advisory** 166:18
166:24
**affairs** 98:25
104:14
**affiliate** 88:13
**affirmed** 112:15
**afternoon** 157:17
**age** 38:8 56:14,17
**agencies** 74:6
**agency** 185:23
**agent** 121:12
**aggregates** 132:4
**ago** 24:21 48:2
94:9 163:20 194:6
**agree** 36:4 37:18
39:14 41:4 43:16
45:5 47:4,6 49:3
63:22 73:11 75:5
131:18 162:21
178:5
**agreed** 112:14
**agreement** 41:21
**agrees** 43:18 46:8
46:10 198:2,17
**ahead** 42:6,8 47:9
59:4 64:12,19
66:8,24 110:6
123:8 139:6
165:18 174:4
199:9
**air** 105:4
**al** 1:7,12,17,22
98:8
**alison** 158:16,20
159:8
**allied** 197:17
**allow** 6:2 8:18
42:4 47:9 84:25

106:8 117:13,24
143:3
**allowed** 7:6 8:13
44:13,16
**allowing** 81:17
**alright** 12:21
13:15,24 18:21
24:4 38:19 49:5
50:8,19 61:25
62:14 63:13 71:22
83:9 86:14 96:10
96:10 97:22,23
102:8 104:17
120:11,16 127:5
132:1 161:6
166:13 169:23
179:10 180:23
182:18 190:21
193:12 195:24
**alternate** 88:8,17
192:20
**alternative** 17:15
59:16 172:10
**altitudes** 95:23
**america** 1:7,12,17
1:22
**american** 31:11
107:21 109:1
121:12 124:19
148:25
**amosite** 150:7
152:14 153:20
**amount** 44:11,13
110:1 169:16
192:2
**amounts** 72:25
**amphibole** 63:19
63:23 67:8,9,11,14
68:25 76:8,23
77:11,13 82:9
83:14 84:6 85:22

85:22,25 89:24
91:14,21 92:2,4,6
94:13,15,24 95:7,8
95:9,12 129:18
132:9,10,19,22
150:7 152:13
173:2,4,8,10,13,15
173:21 174:6,6
177:10
**amphiboles** 63:23
66:23 67:19 72:16
76:3,6 77:4,7
83:11 87:8,24
181:8
**ana** 2:12
**analog** 179:20
**analysis** 195:5
**analysts** 158:21
159:10
**analytical** 100:25
149:24 197:17
**ancient** 116:7
117:20
**animal** 197:18
**answer** 20:25
24:10,22 25:4,18
25:22,23 26:5,8
27:12 28:20 29:4
31:5 35:22 36:1,3
47:4,19,24 48:14
48:17,22 57:12
64:3 67:21 68:6
69:22,25 78:14
87:17 92:10,12
93:12 94:7,21
96:8 137:23 140:9
141:18,21 143:7
143:17 144:12,16
169:3 175:24
178:1,2 194:10
198:7,8

**answered** 29:7
138:11 147:11
149:6 183:10
**answering** 130:3
176:8
**answers** 7:8,9
138:2 143:20
145:5,16 146:14
147:1
**anthophyllite** 76:7
83:13 95:9 150:8
152:14 153:21
**anxious** 123:24
**anybody** 17:19
38:14 141:14
**anymore** 30:9
**anytime** 67:19
95:17 197:19
**anyway** 184:3
**apatite** 132:11
135:22 136:5
**apologize** 11:13
59:19 118:15
**appear** 76:11
83:16 132:13
175:9,11,12
**appearances** 10:2
**appeared** 107:20
**appears** 126:10
174:6 175:14,15
175:16
**appellate** 1:2 5:20
6:6
**appendix** 131:13
**applied** 99:20
148:10,12
**appraised** 23:4
**appreciate** 144:9
**apprised** 23:6
**approach** 9:17

**appropriate**
197:18
**approval** 88:8,17
**approved** 17:17
18:10 41:22
**approximately**
13:2 18:18 192:11
**april** 199:3,4
**area** 8:9 197:19
**areas** 6:15 55:17
**argue** 68:19
101:21
**argued** 106:6
**argument** 5:7,12
5:13 37:9,9 41:7
68:17 69:17 81:16
117:19 163:3
194:8
**argumentative**
177:22
**arguments** 5:8
**arthur** 111:18
**article** 106:18
107:19 108:6,9
115:9 116:3,9
117:6 118:13,20
166:15
**asbestiform** 67:15
73:7 149:11,11
155:16 170:18
174:16,20,25
175:3,8,15,16
176:19
**asbestos** 20:13
21:20 32:3,9,13,19
33:3,7,12,15,20,23
34:1 38:23,25
39:4 42:16,25
43:5,12,19,22 44:4
44:7,9,12,16,19,22
45:3,5,10,12,21,22

45:25 46:8 47:15
47:17 48:4,8,12,20
49:7 50:1,14
63:20 73:6 74:23
74:25,25 75:2,7
76:16,17 77:16,17
83:19 85:22 86:3
89:24 91:14,21
95:20 96:4 97:9
100:17 112:3,6,13
112:22 113:11
114:2,4,8,12,21
115:4,7 116:24
119:4,14 139:25
140:6 144:21
145:2,2 147:4,10
149:10,23 150:3,5
150:12,16,20
152:3,11 153:19
154:13 174:14,16
175:1,18 177:4
178:14,17 181:8
184:9 193:18,22
197:11,21,23,25
198:3,15,18,23
**ashton** 71:8 72:10
73:11 74:20 75:1
81:19 96:21 97:23
**aside** 133:13 189:8
**asked** 24:5 31:24
46:17 47:3,14
48:3,18 52:6
65:12 69:13,15,23
70:3 77:25 93:5
94:5,23 96:7
112:3 139:22
144:14 149:5
167:3 179:6
195:10
**asking** 30:8,9 31:4
45:11 68:2 124:21

141:10,12 143:22
177:23 197:20
**asks** 137:22
**aspect** 155:20
156:2
**asphyxiated** 105:3
**asphyxiation**
105:1,24
**aspiration** 107:15
108:7
**aspiring** 109:14
**asserting** 61:11
**assistance** 145:17
**assistant** 100:24
**associated** 32:13
128:12 149:19
**association** 31:11
71:12,16 80:13
108:12 148:25
**assume** 48:15
**assuming** 183:24
**asterisk** 149:25
**atmosphere** 37:20
**attached** 52:12
72:13 107:18
116:6
**attend** 197:14
**attended** 74:15,17
**attorney** 29:21
142:12,16
**attorneys** 3:10,20
23:12 24:18
**august** 24:7 35:9
64:14 136:24
197:15
**authentic** 52:14
**authentication**
61:12,23
**author** 195:10,12
**authored** 88:11

**avenue** 2:22 3:3,6
**avoided** 180:6
191:9
**avoiding** 168:6
**aware** 26:11 32:2
32:12 33:3,6 63:7
103:1 106:22
109:4 113:21
178:16 194:14

| b |
| --- |

**b** 4:4 142:14
**babies** 42:19,22
102:11 106:7
108:13 112:5
113:6 164:8 166:7
182:10 185:2
**baby** 15:12,14,23
16:5 18:10 19:16
20:9 34:2,11,12,12
36:16 37:24 38:5
38:12,13,15,22,24
39:5,6,8,10,12
40:3 42:11,15
43:5,12,19 44:5,21
44:22 45:5,9
46:11 49:8,12
52:10 53:9,13,21
54:14 55:2,10,16
55:24 56:8 58:17
58:22 62:23 86:10
90:2 92:3 94:7
96:3 98:21 99:23
100:21,25 103:8
103:24 104:2,4
107:14,21,22
108:3 109:5,11
110:19 112:23
113:22 114:5,22
115:8 116:24
119:4,14 124:5,11
124:19 127:10,20

139:24 140:1,6
151:14 152:1
158:5,11,19 159:1
159:7,19 160:13
160:16 161:16,24
162:8 166:4,10,17
166:18,23 167:24
168:8,11,11,22,24
177:16 184:10,23
185:1,15,18,18
191:10,10,16
192:2 193:1,6
194:15 198:2
199:18
**baby's** 34:15 37:5
37:5
**babycenter.com**
39:16,21 40:5
161:20 162:4
163:18 164:10,24
165:10
**babycenter.com.**
42:1 157:20
161:22 164:12
**babysitters** 53:23
54:18
**back** 10:17 17:18
19:11 23:14 32:3
37:14 42:11 61:14
63:13 69:14 72:9
79:21 86:19 92:15
113:16 129:19,20
144:7,8 156:24
157:7,19 164:22
165:24 170:11,20
174:18 175:6
177:8 184:22
189:1,10,13 194:4
199:6,8
**background**
144:15

**bad** 38:20,25
50:10,15 95:19
110:10 129:14
173:2 177:12,13
178:9 179:7
184:21 193:18
**badges** 156:25
**badly** 173:1
**balcizone** 121:12
**ball** 55:16
**bandage** 15:19
**bank** 3:4
**barden** 1:4 3:11
9:22
**bardens** 10:7
57:20
**barring** 83:2
**based** 6:3,9 7:4
42:2 66:22 72:23
81:18 90:4,6
113:7,9 117:12
140:22 183:11
194:19
**basic** 108:21
**basis** 89:18,23
90:10 91:9,20
142:4 149:20
**batch** 72:15 76:24
84:7
**bate** 188:18
**bates** 60:6,16,18
61:5,13 186:3,6,10
186:13,24 187:1,3
187:6,9,11,17,19
187:21,22 188:10
188:15,20,24
195:7
**bath** 55:8
**bathe** 53:13 56:8
56:18

**bathing** 52:9
55:21
**battel** 95:23,24
96:1
**battelle** 122:4
127:5 133:18
135:4,5 138:18
147:18 170:22
183:2,20
**bearing** 149:18
**bearings** 15:11
80:2 102:9 111:12
122:5
**beauty** 58:17
**bed** 58:23
**beg** 47:22
**began** 5:7
**beginning** 92:23
**behalf** 10:10
**belief** 68:7 69:2
77:23
**believe** 7:15 8:10
8:14 17:10 23:16
27:1 33:17 40:7
49:21 52:23 74:17
91:25 98:14
112:16 116:10
138:23 140:23
142:7 171:20
184:7 192:1
198:14
**believed** 45:2
**beneficiation**
136:11
**benefit** 102:12
107:1 191:7
194:22 195:18
**benefitiate** 137:2
**benefits** 102:17,25
103:2 191:20,22
191:23

**berkeley** 197:7,10
198:22
**best** 22:8 140:4
200:9
**better** 127:23,25
**bible** 11:20
**big** 31:6 100:16
103:5 119:20
126:21 189:2
**bigger** 175:23
**bill** 71:7 72:10,12
73:11 74:20 75:1
75:19 81:19 96:21
97:23
**billions** 49:9
**bills** 13:17 14:10
**binder** 11:23 12:2
12:2,5 51:2 58:1,2
58:4 70:25,25
79:22 92:16 103:5
110:8,10 115:14
126:21 137:14,15
147:20,24 151:8,9
171:11
**binders** 23:9 24:11
24:23 25:2 26:19
26:19
**birchfield** 52:5
**birth** 38:6
**bit** 15:11 52:5
53:16 80:2 95:22
144:15,16 185:3
**black** 23:16
**block** 44:17
129:16
**blockage** 169:17
**blocking** 105:4,24
107:16 168:6
**blocks** 168:12
**blow** 193:19

[blurred - changed]

**blurred**  93:17,19
93:24
**board**  33:17
166:19,22,24
**boats**  16:17,22,22
16:23
**bob**  133:6
**body**  55:17 108:14
**bookmark**  42:12
**born**  52:19
**bottle**  37:1,3,4
49:7 50:5 55:4
169:11
**bottles**  114:24
194:15,16
**bottom**  34:16 35:4
37:5 55:13 113:5
115:18,18 132:15
166:9 196:14
**bought**  107:25
**break**  86:12,15,20
152:25,25 154:16
156:21,23
**breathe**  37:19
38:9,16,17,17
109:8
**breathing**  107:15
**brenntag**  1:7,12
1:17,22
**briefly**  17:14,20
64:19 120:4 132:2
**brightness**  55:13
**bring**  9:8 58:2,4
142:20 179:24
**brings**  123:11
**britain**  71:19
170:19
**british**  87:9
**broad**  150:18
**brochure**  53:10

**brochures**  53:9
**brother**  54:9
56:19 57:23
111:24
**brothers**  50:25
53:21 54:1,14,22
55:20,25 56:2,6,9
**brought**  96:21
105:14 114:7
**bruce**  101:9
110:17 111:13
**brunswick**  2:3
20:12
**building**  140:23
**bullet**  91:6
**bunch**  131:14
**bundles**  174:7,12
**business**  33:12
38:21,25 125:13
125:17
**buy**  45:9,13,16

**c**

**c**  2:12 3:1,17 83:3
102:2
**c.s.r.**  200:3
**calcium**  73:4
128:17
**calculation**  50:2
**california**  16:15
16:24 17:3 196:17
197:7
**call**  10:25 11:3
20:20 102:19
111:8,24 174:12
**called**  14:7 18:5,13
19:23 20:3 39:16
56:8 71:20 73:5
74:22 75:2 111:18
131:19 164:2,3
174:16 190:2
191:14 197:14

**cancer**  32:14,20
105:1,25 106:24
**cap**  109:13 169:2
**capacity**  14:20
15:2
**car**  6:5,8,9
**carbonate**  128:17
128:18 132:10,19
**carbonates**  128:14
129:4
**carcinogen**  45:23
46:8,11 47:5,6,17
48:4
**care**  55:2,24 166:9
191:16
**carolina**  171:24
172:13,22 179:5
**carry**  182:6
**carton**  168:11
**case**  5:18 6:21
7:14,19,20 27:25
36:9 57:8 60:19
68:8 70:19 81:12
86:16 89:15 95:23
105:18 138:5
141:10 144:2,5
147:1 157:2
177:20
**cases**  6:18 24:19
109:7 142:6 144:3
**cast**  97:6
**categories**  184:13
**categorize**  149:18
**category**  192:19
**cause**  32:19 45:25
47:17 129:14
169:17
**causes**  45:23,25
168:10
**caveat**  97:9

**ccr**  2:21
**cell**  9:13 87:3
157:14
**center**  3:19 40:3
42:11 158:5,11,19
159:1,7 160:16
161:16,24 162:8
166:4,17,18,23
167:24 197:8
**central**  100:19
**century**  32:4
**ceramic**  74:13
**certain**  89:21 91:7
109:25 110:2
184:13 186:18
**certainly**  23:11
24:14 31:8 42:14
53:25 128:22
137:1 162:10
166:21 174:1
193:7
**certification**
138:10 200:1
**certified**  140:16
140:17 200:4,13
**certify**  200:5
**cetera**  61:22 76:8
83:13 149:15,15
**chaffing**  102:19,21
102:24
**chair**  6:20,21 7:20
**chairman**  101:3
197:10
**chairperson**  101:7
101:8
**chalk**  128:15
**chalmers**  116:21
119:1
**change**  79:1 83:3
**changed**  79:17
112:23

[changeovers - compton]

**changeovers** 60:7
**character** 170:18
  175:18
**characteristics**
  136:15
**characters** 97:6
**charge** 193:5
**charging** 13:16
**charles** 1:8 3:11
  102:1 121:11,13
  121:23
**chart** 52:11,12
  53:21 54:14
**check** 13:13 153:7
  189:8
**chemically** 73:4
**chief** 111:9 121:25
  158:20 159:9
**child** 35:20 37:15
  38:5,15 55:24
**child's** 167:16
**childcare** 53:23
  54:18,23 55:3,24
  56:16,21
**children** 39:13
  48:12,21 49:1
  50:21 55:21 56:25
  57:1 107:21 108:7
  108:11 109:2,7,13
  168:1,23
**china** 19:17,19
**chisone** 16:10,11
  19:12 122:9
  123:10,20
**choked** 105:3
  109:7
**chris** 3:8 10:6,6
**christian** 111:19
**christopher** 3:2
**chronological** 51:3

**chrysotile** 50:3
  95:14,17,18 150:6
  152:12 153:20
  170:16
**chunks** 65:8 126:6
  126:8,16
**cincinnati** 111:17
**citing** 5:19
**claim** 114:21
**claimed** 114:11
  115:10 193:17
**clare** 98:2
**clarification** 72:22
**clarified** 69:6
**clark** 196:16 197:5
**classes** 52:8
**classic** 6:4
**clear** 7:13 40:17
  50:12 56:2 89:6
  106:15 143:21
**clearly** 6:13 57:2
  61:6
**cleavage** 76:12
  77:16 83:18
**clerk** 11:14
**click** 166:14
**client** 29:21
  142:12,16 155:23
**clients** 53:1
**clinics** 52:8
**closed** 19:3
**closer** 139:4
**closes** 169:15
**cloud** 192:19
  193:13,22
**clouds** 36:20
**coarse** 126:8,10,14
**cohen** 3:3
**colleague** 113:1
**colmer** 107:20

**color** 173:1,20
**columnar** 174:7
**come** 8:3,6,11,23
  12:4,19 17:18
  23:11 37:7 42:11
  61:14 62:20 63:13
  68:10 86:19 97:5
  156:24 157:6,19
  169:16 184:22
  188:11 189:1,10
  189:13
**comes** 122:10
  136:1 180:11
  187:20
**comet** 109:8
**coming** 8:5,8
  122:14,22,25
  123:5 130:23
  189:6 190:24
**comment** 75:20
  125:25 185:4,5
**commentary** 6:11
  6:13
**commented**
  108:25
**commenting**
  106:18
**comments** 27:5
  149:3
**commercial**
  149:24 176:24
**committee** 79:7,10
  101:3,6
**common** 6:15 76:8
  83:14
**commonly** 76:11
  83:17
**communication**
  71:7
**communications**
  71:6 158:17 159:6

**community**
  158:19,24 159:4,8
  159:12
**companies** 13:8
  20:16,22 145:6
**company** 7:24
  8:15 13:17,19,20
  13:20 14:7,9 18:5
  18:6,12 19:23
  20:3,15,16 23:2
  29:24 33:6,13,19
  38:3 41:15 50:10
  50:11,12 70:20
  74:11 98:22 100:2
  100:4 121:11,14
  122:1 123:10
  129:20 141:22
  146:22 158:18
  159:7 178:16
  190:22 192:22
  193:21 198:9
  199:18
**compare** 77:21
  152:25
**complaints** 172:25
**completed** 10:21
**completely** 116:9
**completeness**
  112:10
**completion** 73:18
**complex** 26:14
**compliance** 200:6
**component** 132:22
**compositions**
  149:21
**compound** 47:8
**compressed** 200:8
**comprise** 76:12
  83:17
**compton** 10:19

[conceded - correct]                                                                      Page 9

**conceded** 41:18
**concept** 184:22
**concern** 168:11
  191:5
**concerned** 65:24
  125:6 188:25
**concerning** 197:20
**conclusion** 108:10
**conclusions**
  172:25
**conduct** 197:16,18
**conducting** 52:8
**confident** 193:21
**confines** 8:14
**confirm** 64:20
**confirmed** 191:21
**conflict** 72:23
**confused** 7:3
  149:13
**consider** 176:13
  178:8
**considered** 24:18
**consist** 89:23
  91:13
**consistent** 5:16
  7:23 77:5,9 82:5
  84:1,18 134:12
**consists** 132:18
**constancy** 154:4
**constitute** 112:8
**consultant** 12:24
  13:5,5 141:21
**consumer** 3:21
  10:11 12:16 13:12
  20:20 76:20 84:3
  145:6 159:10
  161:23
**contain** 38:24
  42:16 76:11 83:17
  144:21 149:22,23

**contained** 38:23
  46:11 127:16
  140:6 197:25
**container** 50:6
  169:19,21
**containing** 33:15
  33:23
**contains** 132:16
**contaminant** 76:9
  77:1 83:14 84:9
**contaminants** 76:6
  83:12 126:11,12
  132:5,17 140:1
  144:18
**contamination**
  112:7 132:18
**content** 40:4,12,12
  41:21 158:3,3
  162:17,17,20
  164:24 197:21
  198:15
**context** 107:16
**continuation**
  199:23
**continue** 24:13
  64:9 87:4 113:18
  157:15 193:10
**continues** 198:13
**continuing** 124:2
  132:8 139:7
**contract** 61:7
**control** 40:23,24
  41:3,18 162:8
  163:9 164:15,23
**controls** 40:20
  123:19
**controversy** 73:21
  178:17
**conversation**
  125:2 142:21
  196:16 197:5

**cool** 102:18
**cooper** 196:16
  197:6,7,10,13,20
  198:13
**cooperate** 123:24
**cooperative**
  111:15
**coordinator**
  100:18
**copied** 27:23 28:1
  28:15,25 120:9
**copies** 27:24 28:4
  29:22
**copy** 28:3 94:3
  133:2,10 186:20
  186:23 196:1
**cornerstone** 104:2
  107:22 108:3
**cornstarch** 167:15
  167:17 168:1
  191:17 192:7
**corporate** 7:11
  11:4 12:15 20:11
  106:19 142:5,11
**correct** 9:15 12:16
  12:19,20,22,23,25
  13:3,21 14:11,18
  14:24 15:6,14,24
  16:2,10,15,25
  17:22 18:19,20,22
  19:1,18,24 20:9,14
  20:23 21:7,8,14,17
  21:25 22:7 30:16
  30:19 31:20 32:4
  32:14,21 33:7,15
  34:7,9,13,21 36:17
  38:23 40:21 41:19
  43:1,6,9,13,16,20
  43:22 44:5,7,9,14
  45:10,23 46:1,8,12
  47:25 48:8,13,16

48:21,23 49:1,2,10
49:14 50:6,22
54:22 55:21 58:23
62:16 63:21 64:24
65:5,6,8 67:5,6,23
68:7,9,24 69:2,21
69:22 70:1,9,9
71:4,8,13,20 72:20
74:23 75:3,13
77:8 78:1,6,20
84:20 85:22,22
86:5 87:8,20,25
88:12,19 91:1,4,11
91:15,21 92:3
93:11 94:8,10,16
95:15,20,24 96:3
96:11,15,19 97:16
97:25 98:9,22
99:17,24 100:11
101:4,10,18
103:17,24 104:3
104:15 105:21
108:1,7,18 110:19
110:22 111:10
114:9,25 117:10
120:18 121:14,23
122:20,23 125:8
125:11 127:11,20
128:9,13,20 130:8
130:24 131:2,10
132:6 133:19,23
134:8,13,22 135:9
135:15 137:8
140:10,12,14,15
140:19 146:6,16
146:23 147:8
148:13 149:7
150:3,14 151:23
153:22 155:10
156:10,17 159:2
161:25 166:22

169:13 172:2,22
172:23 173:5,14
174:8,14 175:15
177:7,10 178:15
179:20 183:3
184:4,6,10 185:19
187:11 188:12
190:24 191:22
194:15 195:1
198:4,24
**corrected** 111:20
**correctly** 25:5
115:3
**correspondence**
26:17 63:7 100:19
164:18,19
**cosmetic** 19:20
71:12 72:15 76:24
79:23 80:12 82:11
84:7 88:8,18
90:23 112:16
149:21 191:4
194:22 197:23
198:16,18,23
**cosmetics** 71:16
197:22
**cotton** 55:16
**council** 197:11
**counsel** 5:12 8:11
8:21 9:23 12:2,4
46:4 59:17 60:19
61:1,11 65:15,21
73:15 82:1 86:12
105:13 106:6
112:10 145:8,18
145:22,25 146:2
170:4 176:2 181:3
181:18 183:12
184:1,12 186:6,16
187:21,23 188:20
189:8 190:14

**counted** 49:15
**country** 90:9
**county** 1:1 2:2
63:24 92:5 138:3
200:14
**couple** 25:10
**course** 50:20
105:5 128:11
129:24 132:25
136:21 160:19
183:2
**court** 1:1 5:1,6,11
5:22 6:1,7 7:21
8:2,18,25 9:3,6,12
9:18 10:9,17 11:9
11:19,25 12:7
25:23 29:12 37:10
41:9 42:4,9 44:3
46:23,25 47:7
51:20,23 52:1
57:11 58:6 59:8
59:11,17,24 60:2
60:11 61:10,20
62:5,11 64:6
65:25 66:3,6,8,21
68:18 69:18 72:2
72:6 73:14 78:14
80:6 81:2,4,15,25
82:12,17,19,20
85:1,3,6 86:11,14
86:22 87:2,18
89:1,4,6,9,18 90:6
90:13 92:11,23
93:2 94:25 95:5
96:9 104:21,23
105:11,20,22
106:8,15 107:4,9
111:5 113:14,16
115:25 116:20
117:4,8,11,12,12
117:13,17,24

118:4,14,18 120:6
120:11 121:4
126:24 130:4
138:25 139:3,6,10
139:12 141:17,25
142:24 143:2,7,19
145:7,11 148:2,17
148:20 156:22
157:9,13 160:4,8
160:18,25 163:4
165:3,17,22 169:8
171:6 176:5,5,12
177:25 178:22
181:17 184:12,18
185:10 186:14,24
187:3,10,13,25
188:3,7,10,23
189:11 190:7,10
190:13,17 194:9
196:25 200:4,13
**court's** 118:5
161:1
**courthouse** 2:2
200:14
**courtroom** 137:24
**courts** 7:5 74:10
**cover** 33:17 36:11
75:19 190:13
**covered** 29:11
**cow** 104:6
**cpta** 75:19
**crazy** 41:1,5,8
**create** 194:19
**created** 187:4
**credibility** 81:18
**criteria** 149:1,12
**crm** 161:8,9,15
**crocidolite** 150:8
152:14 153:21
**cross** 8:4,12 62:6

**crowley's** 197:4
**crr** 2:21
**crystallographic**
73:5
**crystals** 174:8,12
177:10
**ctfa** 71:15 152:4
**ctpa** 71:20 72:13
75:11,13 76:22
77:2 78:24 79:23
80:14 81:20 83:3
84:5 87:8,19
94:12 101:2
**curative** 103:1,2
**cure** 102:16
**current** 72:13
78:23 79:3,4
101:20 165:11
200:7
**currently** 12:21
14:13 169:11
**customer** 161:12
161:24
**customers** 43:8
181:14
**cutoff** 56:14
**cyprus** 19:24
151:22

**d**

**d** 4:1
**d'angela** 1:14 3:11
9:24 57:22 59:1
**d.d.** 199:15,17
**d.h.** 111:9
**d.r.** 100:21 110:18
199:15
**dallas** 3:10
**dangerous** 124:7
168:13
**darlene** 1:9 3:11
9:23

data   21:10 26:4
  108:22 114:14
database   25:12
date   2:4 23:22
  75:17 126:24
  148:5,6 155:1
  200:13
dated   51:11 79:22
  104:13 110:16
  159:18 171:10,21
  186:2 195:25
dating   54:12 89:14
  170:20
daughter   53:18
david   1:8 9:24
  52:20 57:5 98:2
day   122:25
day's   199:23
dd   98:21
de   69:4
deal   160:20 189:3
deals   56:8
dear   148:23
deaths   108:15
decades   35:19
  182:23,24
december   19:2,7,8
  88:6 115:13
  118:21 134:24
  135:6 147:19
  148:7,12
decide   146:25
  173:19
decided   94:22
  172:21 191:6
decision   5:20
decisions   20:13,17
defect   6:24
defendant   10:10
  144:17

defendant's   140:4
defendants   1:7,13
  1:18,23 3:20
defense   12:4 170:4
  170:4
define   152:3,11
  155:18
defined   150:5
  152:12 153:19
defines   154:15
  175:7 176:18
defining   154:3
  175:1
definitely   189:11
definition   74:24
  150:2,11,21 154:5
  155:19,22,24
  156:4,5,7,9,12
  174:13,15,17
  175:10,21,22
  176:20
definitions   73:9
  153:1 174:19
  175:12,12
delivering   110:10
demonstrating
  96:14 182:4
demonstration
  182:6
denial   183:4
department   32:6,8
  32:16 33:10 133:7
depends   129:1
  154:2
depo   81:10
deposed   24:7
  85:13 90:4
deposition   7:12
  23:23 35:11 39:3
  64:17 92:16,16
  141:9 142:2,22

depositions   7:13
  57:7,14 64:13
  141:2,7,12,15
describe   139:22
  152:20 175:17
described   156:17
describes   175:19
description   4:5
  76:4 83:10 174:10
descriptor   64:1
design   6:19 7:20
  7:22
designate   142:14
designated   126:7
  126:9
designating
  142:10
designed   6:22
designers   6:19
desire   125:13
desk   179:16,18,24
detail   139:22
detect   44:1
detectable   149:23
  149:23
detected   43:23
  76:23 82:10 84:6
  116:24 119:3
  152:9 170:18
detecting   69:20
  78:1
detection   64:21
detects   87:24
determine   177:4
detry   107:19
develop   101:3
  108:23
developed   127:15
developing   115:2
dialogue   110:21
  163:11

diane   3:14 10:15
diaper   38:6,7
  56:19 166:9,13,14
  167:12,18
diapering   50:21
  50:24 55:21 166:9
diapers   38:7
different   10:23
  28:14 47:23 48:5
  56:22 62:18 95:14
  112:4 114:24,24
  123:4 128:25
  151:9,17 172:4,11
difficult   163:11,12
diffraction   64:21
  67:10 76:23 77:11
  82:10 84:6 85:16
  85:25 129:22,23
digital   158:16,17
  159:5
dimensions   76:21
  84:4
direct   4:3 12:10
  66:15
director   23:3
  98:24 99:19,23
  100:13,21,24
  101:12,14 104:14
  110:17,19 148:10
  148:11 162:4
  199:21
dis   15:19
disagree   36:18
  48:10 167:22
disapproved   41:23
discover   198:10
discuss   113:4
  126:4 197:19
discussed   112:14
  133:16 164:25

discusses 149:10
discussing 93:6
  108:6
discussion 5:9
  6:17 63:15 70:13
  79:19 85:18
  113:12 119:7
  143:5 154:18
  155:2 159:14
  165:25 189:20
  195:15,22
discussions 86:16
  157:2 178:17
disease 32:3
  102:16 103:2
  109:1 146:15
diseases 107:21
displeased 123:22
disposal 182:8
disproven 193:24
dispute 61:5
disputing 146:13
  195:13
disregard 64:7
dissatisfaction
  124:3
disseminated
  33:13
distinction 66:23
division 1:1 6:6
  33:25
division's 5:20
docket 1:2,2
doctor 47:14
  82:16 92:11 93:5
  96:9 111:9 113:21
  143:8 148:23
  190:1
doctor's 105:16
doctors 43:9 109:4
  109:6 124:4,10,19

181:14 182:15
document 27:25
  28:15,25 42:8
  50:17 51:4,11
  52:3 53:13 56:3,7
  59:20 60:1,15,20
  60:22 61:1,6 62:3
  80:15 82:19 87:11
  87:11 88:11 89:12
  89:17 90:1,6,13,20
  93:6 98:18 104:12
  110:13 116:7
  117:20 118:5
  119:19 149:12
  155:1 160:19
  170:5 177:9
  178:19 186:21
  187:6,12,18,23
  188:13 189:16
  190:2,22 195:6,13
  195:20,24 199:2,5
document's 90:5
documentation
  23:9 26:13 87:7
documents 21:17
  21:21,24 22:9,15
  22:17,20,23,24
  24:9,11,15 25:12
  26:3,7,23 27:13,17
  28:13,17 29:2,17
  29:20,23,25 30:12
  30:22 40:2 60:14
  60:23,25 63:10
  97:5,20 101:22
  104:10 152:22,24
  153:1,9,12 156:1
  170:3 177:19
  179:25 180:6
  183:16 184:13
  186:1,19 187:2,24
  188:4

doing 52:7 58:25
  106:14 127:6
  144:5 184:15
  190:23,24 195:5
dollars 123:11
dolomite 135:24
domain 39:19,24
  40:9,11,22 41:2,18
  41:19 157:25
  163:8
domestic 16:14,16
  16:20 17:16 18:17
  171:23
door 106:12
double 128:22,24
  153:7
doubt 28:4 32:6
douglas 1:4 3:10
  9:22
dozen 28:14
dozens 128:19,21
dr 5:1 7:15 9:19
  10:19,21 11:7,11
  12:3,5 23:3,10
  25:24 41:13 52:3
  63:18 74:14 75:11
  75:12 78:4,18
  83:2 86:23 87:6
  87:18 89:20 95:6
  100:11 110:11,13
  111:18 112:20,21
  112:22,25 113:1,5
  113:21 114:4
  115:6 116:14,14
  116:15,21 119:1
  119:13 120:12,16
  121:10,19 142:3,6
  142:20 144:13
  148:23 157:19
  170:22 171:2
  176:2,8,17 184:9

194:1,3,4 196:15
  196:16 197:4,5,7
  197:10,13,20
  198:13
draft 75:15,16,18
  75:19,22,24,24,24
  78:7,22,22 149:1
dressings 33:25
driving 96:25
  153:6
drs 107:19
drug 26:17 74:18
dry 102:19 103:2
dump 168:9
duplicates 27:21
  28:8,11,21,22 29:2
dust 36:20 37:7,19
  37:23 38:16 124:7
  149:18
dusting 194:22
dusty 36:16,18
dynamics 191:15

e

e 2:24 3:1,1 4:1,4
  162:2 179:19,23
  180:4,13
earlier 114:6,8,11
  157:21 158:21
  159:10 169:24
  182:20
earliest 23:23
early 15:22 16:4
  17:14 23:8,8
  52:13 96:17
  119:22 163:21,23
  163:24 193:16
easier 151:7
editor 117:6
educate 142:15
educating 164:8

**educational** 52:7
**effort** 156:14
  194:21
**efforts** 161:8,15
**eight** 28:1,2,5,14
  49:12 191:14
**either** 45:16 68:14
  70:8 108:22
  161:11
**electro** 152:5
**electromicroscopy**
  77:1 84:9
**electron** 86:1
  155:13
**eliminate** 76:19
  84:2 139:25
**elizabeth** 1:19
  3:12 10:1
**elm** 3:9
**elongated** 155:19
**embodiment** 25:8
**emphasize** 5:14
**employ** 13:22,25
**employed** 145:5
**employee** 7:21,25
  14:13 153:14
**employees** 141:6,6
  141:23 181:14
  182:15
**enclosed** 149:3
**ended** 172:13
**ends** 9:5 47:12
  62:12 67:2 82:14
  90:12 107:7 118:1
  139:11 143:4
  160:24
**engagement**
  101:18
**engine** 158:11,20
  159:1,8 162:5

**england** 31:14
  75:13
**english** 3:18
**enjoy** 86:20 157:5
**enjoyed** 52:14
**enters** 9:11 87:1
  157:12
**enthusiasm** 80:14
**entire** 160:19
**entirely** 144:24
**entitled** 79:23 97:8
  159:18
**entry** 182:18
**envelopes** 9:14
**environment**
  108:11
**epidemiological**
  197:16
**equal** 155:21
  156:2
**equipment** 64:25
**equivalent** 142:14
**era** 179:19,19,20
**erroneous** 193:17
**error** 6:7
**especially** 38:15
  48:12,21 49:1
  122:17 191:5,10
**esq** 2:18 3:2,5,8,14
  3:14,17,18
**essential** 58:17
**establish** 42:5
**established** 125:7
  125:9 132:22
**establishes** 72:17
**estimate** 49:16
**et** 1:7,12,17,22
  61:22 76:7 83:13
  149:15,15
**etheridge** 1:8,9
  3:11,11 9:24

52:19 57:4,5,15
**etheridges** 10:7
**ethridge** 52:20
**europe** 19:14 23:6
**evaluate** 181:11
**evaluated** 17:8,14
**evaluating** 193:1
**evaluation** 26:15
**everybody** 12:11
  41:15 157:17
**evidence** 5:15
  17:12 20:24 21:1
  21:9,11,12 27:11
  48:15 51:16,25
  59:6,13 61:5
  71:25 72:8 80:25
  82:23 88:25 89:25
  90:7,14,17 104:18
  107:10,12 111:3,7
  118:6,8 121:2,6
  126:23 131:23
  133:16 135:1
  136:8 138:22
  139:13,15 148:16
  148:22 151:1,5
  155:4,6 159:23
  161:1,4 170:5
  178:20,24 190:6
  190:12 196:23
  197:2
**evoking** 142:13
**exact** 43:14 47:3
  82:4 142:7 163:21
**exactly** 83:20
  175:7
**examination** 4:3
  8:4,12 12:10 62:6
  72:17 76:25 84:8
**examine** 180:18
**example** 6:5 33:3

**exceed** 90:8
**excel** 188:13
**excellent** 123:23
  197:13
**exception** 7:6
  117:3 122:11
**exceptions** 8:8
**excerpt** 160:2,9
**exchanged** 20:22
**exclude** 25:6
**executive** 99:17
  179:13,15
**exercise** 164:15
**exhale** 37:22
**exhibit** 4:6,6,7,7,8
  4:8,9,9,10,10,11
  4:11,12,12,13,13
  4:14,14,15,15,16
  4:16,17,17,18,18
  4:19,19,20,20,21
  4:21 12:5 51:2,16
  51:24 59:6,12
  71:24 72:7 82:22
  82:25 84:13 90:16
  104:18 107:11
  111:6 118:7 121:1
  121:5 126:23
  131:24 135:1
  138:22 139:14
  145:13,14 148:21
  150:23 151:1
  155:5 159:22
  161:3 170:4 171:9
  178:23 185:9
  189:25 190:11
  195:25 196:3,6,23
  197:1
**exhibits** 12:4
**existed** 30:24
**existence** 139:25

**exists** 191:19
**exits** 86:21 157:8
**expectation** 45:15
**expended** 194:21
**experience** 5:17
　7:24
**experiments**
　114:11
**expert** 6:16,25 8:6
　8:7 54:11 98:1
　111:22
**experts** 22:22
　26:16 167:17
**explain** 69:13
　91:17,24 145:1
　154:12 163:11,12
**explained** 70:10
　88:1 124:2 125:5
　125:12 144:15
**explanation** 84:16
　84:22,24 85:11,12
　85:14 87:13
**explore** 108:21
　163:14
**exposed** 17:19
**exposure** 48:8,12
　48:20 81:13,16
　112:16 149:2
**expression** 103:25
　104:7
**extensive** 52:9
　96:13 146:10
**extent** 31:1 67:17
**external** 162:22
　164:1,7 166:25
　167:6
**extremely** 36:16

**f**

**face** 14:14 110:1
　160:12 168:6,9,12

**faces** 106:7 109:14
**facilitate** 76:22
　84:5
**fact** 5:16 14:23
　15:16 21:11 48:17
　90:5 105:16
　129:22 156:12
　162:3,4,7 173:20
　178:13 193:4
**factors** 191:2
**failed** 85:23 86:2
**fails** 86:9
**fair** 13:13,14
**fairly** 119:22
**fairness** 101:22
**false** 140:9,12,14
　146:6
**familiar** 7:22 17:6
　64:22 95:24 110:4
**families** 53:24
　54:4
**family** 38:5 123:17
**far** 22:6 103:16
　105:9 129:20
　158:2
**fast** 6:5,8
**fat** 119:20
**father** 45:9
**fault** 120:3
**favorably** 127:14
**fda** 197:15
**february** 19:4,10
　51:8,11 120:17
　166:19
**federal** 142:14
**feel** 8:21 173:25
　174:2 177:15
　178:4
**feels** 177:14 179:8
**fellow** 149:6

**felt** 108:5 112:7
**fiber** 43:4,13
　45:10 76:3,21
　84:4 154:1,7,9,10
　154:15 155:19,25
　156:16 175:20
　176:19,20
**fibers** 49:9 50:6
　65:8 76:11,12
　83:17,18 153:19
　153:23 181:8
**fibrous** 72:18,18
　73:5,6 74:8,21,21
　74:22 75:2,8 76:9
　77:2,4,15 82:7
　83:15 84:10
　127:17 132:8
　149:14 150:6,7,14
　150:15,17,19
　152:12,13,21,21
　153:23,24,25
　154:1,5,5,7,10,10
　154:12 174:23
**fight** 81:9,9
**figures** 128:22,24
**file** 23:13 28:16
　60:10,18 62:4
　187:20 188:15
**filed** 138:2
**files** 109:9
**fill** 69:6
**filled** 67:23
**film** 52:10
**final** 114:20 137:4
　137:8,14
**finally** 150:5
**financial** 160:13
**find** 43:24 77:11
　92:4,6 110:11
　114:13 115:7,11
　115:14 128:5

130:6,16 131:17
　131:19 133:24,25
　134:9,17,19
　135:15 136:16,21
　142:20 149:3
　151:8 166:10
**finding** 58:9 115:4
　129:12 133:22
　134:7
**finds** 177:9
**fine** 15:21 61:14
　62:11 66:13 86:13
　126:6,12 134:1
　189:9
**fines** 126:16
**finish** 173:11
**finished** 10:18
　151:13
**firm** 60:5
**firms** 61:21 62:15
　62:19,20
**first** 23:2 24:6,7
　27:13 29:3 34:3
　34:18 39:3 46:3,7
　52:12 55:22 75:15
　75:16,21,24 78:22
　80:3 83:20 85:12
　92:16 99:7 100:6
　103:7 104:4 105:6
　109:10 111:20
　116:12 161:15
　171:11 173:11
　182:18 198:1,5
　199:5
**five** 24:12 27:23
　48:1 86:20 125:14
　150:7 168:16
**flagship** 103:24
**flaherty** 3:18
**flexible** 77:15

**float** 137:2

**floatation** 127:8,9
  127:15 133:22

**floated** 127:25
  131:11

**floating** 127:22

**floor** 3:6

**focus** 129:3

**focused** 129:8

**follow** 7:19 24:20
  71:10

**followed** 85:16,25

**following** 149:19

**followup** 48:25

**fontana** 16:11
  130:25

**food** 26:17 74:18

**force** 80:14 101:3

**forecast** 190:2,16
  190:23

**foregoing** 145:16
  200:6

**foreign** 108:14

**forgotten** 100:7

**form** 44:12,18,20
  44:24,24,25 57:9
  63:20 74:9 75:8,8
  76:9 77:14,14,17
  83:15 129:16,16
  140:7 150:6,15,18
  153:23,24,25
  154:13,13 165:11
  173:16

**format** 186:9,20
  200:7

**formation** 76:5
  83:11

**former** 141:6

**forms** 82:7 150:7
  152:13 174:23

**forth** 142:15 175:6

**fortunes** 123:12

**forward** 97:19
  102:9 180:17

**forwarding**
  107:19

**fought** 74:9

**found** 35:16 96:1,4
  96:5,7,12 114:12
  114:21 118:3
  119:14 123:21
  127:3 128:1 135:8
  154:20 155:7
  170:16 171:16
  189:22 193:18

**foundation** 42:5
  61:23 163:15
  177:22

**founder** 99:15

**four** 3:19 18:3
  24:12,23 27:22
  33:22 49:7 56:18
  131:1

**fourth** 55:9

**fragments** 76:12
  83:18

**fragrances** 71:16

**frame** 18:24 80:5
  89:15

**franchise** 104:2
  107:23 108:4

**fred** 70:16,18
  72:14 170:6,7,10

**free** 30:23 44:7,9

**freedom** 25:11
  89:23 91:14

**freely** 20:22

**friday** 5:7 10:20

**front** 103:6 118:21
  119:21

**full** 11:14 14:2,3,6
  26:14 60:25 131:9
  169:19,20 200:6

**fuller** 196:15

**fully** 18:9 163:12
  178:16

**function** 6:16

**furnished** 149:4

**further** 69:13 82:3
  144:17,18 149:13

**futile** 123:19

**future** 192:19

## g

**game** 181:16,22,25

**garde** 3:17

**gas** 32:23,25

**gateway** 3:19

**gavin** 98:24
  104:13

**gbu** 159:19

**general** 99:4,5,5,6
  99:11

**generally** 98:6
  178:5

**gentleman** 142:11

**geological** 63:25
  174:17 176:23

**geologist** 98:1
  152:18 154:12

**geologists** 175:23

**george** 1:14 3:12
  5:20 99:19 148:10

**germanasca**
  123:19

**getting** 21:4 27:21
  36:20 56:21 78:17
  109:25

**giant** 15:19

**girl** 54:9 56:12,20

**give** 6:14 9:14
  11:24 22:4 35:5

**46:5 62:21 70:6
  84:17,22 85:12
  87:12 93:23 120:6
  138:17 171:13
  175:23 191:18

**given** 21:6,13 26:8
  29:22 85:14
  147:21 148:5
  155:25 156:6
  187:17 188:21

**gives** 150:2,12

**giving** 15:16

**glasses** 96:25
  153:6

**global** 20:16 88:18
  89:23 90:10 91:9
  91:10,20 94:13,17
  94:18 158:20
  159:9

**go** 25:11 37:14
  42:6 46:2,2,14
  47:9 48:18 55:7
  55:12,14,14 56:18
  58:1 59:4 64:12
  66:8,24 68:3
  69:12 72:9 79:5
  80:7 91:6 97:18
  97:19 100:19,20
  110:8 113:14,16
  115:21 118:24
  120:2,12 121:7
  122:7 123:8
  130:13 134:5,24
  135:11 136:7,14
  138:8,8 139:6
  147:19,22,24
  148:1 153:9
  155:18 161:13
  164:9 165:18,24
  166:4,7,8,8,13
  167:12,14 171:11

[go - helped]                                                                      Page 16

174:4 177:8
180:17 185:9,12
186:9 187:5,23
188:3 189:18
191:1 196:8 199:9
199:11
**goes** 6:24 40:9,17
40:23,25 41:3
105:7,15 106:9
123:12 159:25
162:24 163:7,13
180:11,15
**going** 6:6,8 8:3,6
8:10,20,21 10:23
12:9 14:23 16:18
20:20,25 25:20
29:7,9 32:3 35:3
38:16 42:4 43:25
55:20,24 62:1,3
64:19,20 70:24
73:17 80:4 86:8
86:15 87:14 89:12
90:7 92:8,20
94:19 98:16,17,19
103:4 104:17
106:8 112:20
116:6,8,18 120:4
121:19 122:3
129:25 130:13
132:1 133:8
134:17 136:5
140:11 142:8
144:25 147:17
151:20 152:23,25
154:23 156:23
158:10 160:14,15
162:5 165:1,10,13
170:11 174:12
175:6 176:2,4
181:1,9 182:19
184:21 188:14

193:15 194:5
195:20 199:6,8,12
**good** 5:1,3 9:12,20
10:5,5,14,14,16
11:7,8,9 12:11
50:10,15 86:11
95:19 129:13
147:17 156:21
157:17 166:12
173:25 174:2
178:4
**gotschal** 3:15
**goudie** 98:8
**grabs** 168:11
**grade** 19:20 72:25
122:8,10,11,12,14
126:7,7,9,15,17,18
126:18 149:21
**grades** 90:23
149:22
**grandson** 99:15,16
**grantham** 17:5,7
17:10,13,17
**granules** 132:9
**great** 71:19 80:1
99:16 102:5 106:1
170:19 171:18
185:25 189:24
**greater** 124:6
155:20 156:2
**greek** 134:3
**greenstone** 3:8
**grew** 150:13
152:18
**grit** 132:3
**groth** 111:9,22
113:5
**ground** 34:6,9
126:6 150:14
152:18

**grounded** 126:9
**grounds** 66:18
69:23 78:2,5,19
87:24
**group** 39:23 40:19
116:23 119:3
150:7 152:13
167:6,8
**grouping** 149:19
**groups** 74:7,10
**grows** 53:10
**growth** 125:2,3
**guangxi** 19:17,19
**guess** 20:25 21:22
179:15,18
**guidance** 88:13
**guide** 72:14 75:13
75:20 79:23 81:20

**h**

**h** 4:4 11:17,18,18
102:2
**habits** 73:5
**hair** 77:16
**half** 24:5,6 28:14
**hallucinating** 37:7
**hand** 34:15 36:24
55:5 122:13,17
**hands** 36:19 37:4
**hanging** 193:20
**happen** 110:1
**happens** 34:20
36:2,3
**happy** 84:17,22
87:12 91:17,23
185:4
**harm** 191:7
**harmful** 64:1
167:16 168:2
**harmless** 44:17
63:25 64:5 67:14
74:9 77:13 129:16

**hazard** 33:7 74:8
76:13,20 83:19
84:2 106:21
108:24 198:24
**hazards** 197:12
**head** 8:16 71:11
97:23 193:5
**health** 20:12,21
21:4,12 74:6
76:13 102:17,25
106:25 110:25
149:19 191:5,6,20
191:22 194:21
195:18 196:17
197:6,8,9,12
**healthy** 32:24 33:4
**hear** 66:6 139:4
159:11
**heard** 22:21 30:15
58:24,25 62:23,24
62:25 63:5 64:20
70:18 71:15 86:17
95:22 104:7 157:3
**hearsay** 6:11 8:7
42:3 60:5,22
105:5,7,7 106:3,4
106:4,17,18 116:7
117:2,19 165:2,13
**heat** 34:1
**heeded** 105:16
**held** 5:22 6:7 7:21
69:5 197:5
**help** 50:22 55:21
56:6 58:9 96:23
97:6 102:8,21
119:22 141:1,5
143:1,12 146:3
183:11
**helped** 141:13
144:10 145:20

**helper** 53:22
**helpers** 54:17
**helpful** 83:6
**helping** 54:2 56:9
**helps** 79:8 102:18
**herford** 36:8
**hi** 10:14
**hiding** 54:7
**high** 19:20 72:25
  122:8,10 149:21
**higher** 194:19
**highlight** 153:25
**highlighted** 125:5
**hildick** 98:24
  104:14 196:13,14
**hired** 61:21 62:15
**historical** 103:18
**history** 23:4,7
  92:2
**hold** 34:25 51:20
  59:24 67:20 77:12
  82:17 85:1 94:1
  115:14 154:14
  160:4 169:8
  174:18
**holds** 123:18
**holes** 109:17,18,24
  110:2 169:13,15
  169:22
**home** 53:22 54:15
  56:7,10
**hon** 2:12
**honor** 5:4,15,25
  7:18 8:24 9:2,4
  10:4,13 11:2,8,22
  11:24 25:20,25
  29:6,9 37:8 41:6
  42:2 44:2 46:19
  47:10 51:15,17,22
  58:3,5 59:5,10,20
  60:4 61:15 64:2

64:10 65:19 66:20
  67:1 68:16 69:16
  71:23 72:5 73:13
  78:9 80:4,24
  81:12 82:6,9,24
  85:9 87:5,14
  88:24 89:2,11
  90:1,11,18 92:8
  94:19 96:6 104:18
  104:19 106:22
  107:5,8 110:9
  111:2 112:10
  115:23 116:2,11
  117:3,18 118:17
  120:9,13,25
  126:22 130:1,2
  131:24 135:2
  138:21,23 139:2,8
  141:16,20 142:2
  142:12 145:10
  147:25 148:15,18
  151:1 156:20
  157:16 159:22,24
  161:2 163:2 165:1
  165:9,12,16 169:6
  171:3 176:1,11
  177:21 178:20
  185:9 186:9
  187:16 190:5,8
  194:7 196:23
**hope** 197:14
**hopkins** 4:2 5:2
  7:15 9:19 11:5,7
  11:11,16 12:5,13
  25:24 41:13 52:3
  63:18 74:14 80:20
  83:2 86:23 87:6
  87:18 89:21 90:20
  95:6 110:11,13
  116:15 120:12,16
  142:3 157:19

176:3,8,17
**hopkins's** 12:3
**horizontally** 136:1
**hospitals** 15:24
  43:9
**hour** 13:16,18
**huge** 41:15
**hughes** 107:20
**huh** 23:17 31:16
  55:11 64:18 127:4
  150:1
**hulfish** 3:15
**human** 77:16
**hundred** 96:3,10
  103:10 136:1
**hundreds** 24:21
  49:13,22 50:5
**hygiene** 148:25
**hypothesize**
  194:18

**i**

**ian** 71:11
**idea** 180:4 189:5
**ideas** 62:21
**identical** 28:3
**identified** 111:13
**ignore** 162:16
  194:5
**ii** 17:4 99:6
**illness** 108:17
**immediately** 198:4
**impeach** 81:6
  117:22
**impeaching** 66:10
  66:11,13 81:18
**impeachment**
  65:24 66:15,20,22
  81:23 82:8,12
  117:25
**important** 21:5
  103:8,16 108:5

121:8 158:18
  159:4,6
**imported** 121:16
  170:19
**imprecise** 149:13
**improper** 116:9
**improving** 123:23
**inadmissible**
  116:10
**inaudible** 5:13
  46:20 65:23 89:13
  106:19 116:8,10
  160:11
**inbox** 179:22,23
  180:5,9,12,19,24
  181:2,9 182:2
  183:1 184:21
  199:1
**inches** 24:12,23
**include** 76:7 83:12
  129:6
**includes** 91:10
**including** 17:17
  72:25 86:16 90:3
  157:3
**incomplete** 160:9
**inconsistent** 66:10
  82:7 92:21
**incorporated**
  10:12
**incorrect** 97:16
**independent** 39:23
**indicated** 188:23
  197:22
**individual** 27:24
  33:16 91:24 104:8
  156:16 164:7
  174:8
**individuals** 9:16
  32:15 33:9 140:25

**indonesia** 88:14
  91:25
**indonesian** 89:14
**industrial** 86:8
  127:11 148:25
  197:8
**industries** 74:13
**ine** 186:7
**infant** 35:20
**information** 20:21
  21:5,13 26:8
  27:20,21 28:20
  61:8 62:16 70:7
  100:14 145:19
  162:6 164:13
  180:19,20 181:2,7
  188:25
**informed** 112:13
**inhalation** 32:19
  112:6 113:11
**inhale** 34:12 35:20
  35:23 37:15,21,21
  124:7
**inhaled** 167:17
  168:4
**inhales** 168:8
**initial** 37:14 64:3,7
**initiate** 108:21
**innova** 14:7
**innovant** 14:8
  80:22
**inquire** 111:18
**insight** 159:18
**instance** 6:6 13:10
  20:19 52:19
  186:21 188:16
**institute** 110:24
**institution** 116:22
  119:2
**intended** 140:12

**intentional** 183:23
**interchangeable**
  149:14
**interest** 112:10
  117:21 194:20
**interested** 116:17
**internally** 45:2
  153:19
**internet** 165:11
**interpret** 76:21
  84:4
**interrogatories**
  7:8,10 137:19,21
  138:2,11 143:21
  145:10,17 147:11
  182:19
**interrogatory**
  146:17 184:5
**interrupting** 25:21
  176:2
**interruption** 29:10
  85:5
**interview** 116:20
  118:25 119:9,12
  125:10
**interviewed** 121:8
**introduce** 12:12
  89:19
**introduction**
  133:1
**invariably** 63:25
**investment** 107:24
  108:4
**involved** 6:19 57:8
  62:20 76:5 83:10
  97:9 141:8
**involvement** 158:1
**involves** 7:20
**ironing** 33:17
**irresponsible**
  163:1

**irritation** 15:20
**issue** 8:3 72:13
  81:21 89:15,16
  104:20,24 105:2,5
  105:20 106:9,19
  109:17 178:14
  192:18,18 193:20
**issues** 7:23 23:8
  160:20 189:9
  195:6
**italian** 16:6,8
  18:12,22 19:12
  96:2,14 120:22
  121:16 123:14
  127:14,19 128:5
  130:7,7,17,17,19
  130:23,23 131:5,6
  131:8 132:16
  134:10,13 136:11
  146:8 170:13,24
  173:5,7,14,15
**italy** 16:9,18 19:10
  120:21

## j

**j** 3:8 11:18 107:19
**j&j** 10:15 59:20,25
  60:6 69:24 77:7
  77:10 90:1 97:8
  98:3,8,21 111:12
  123:25 125:12
  127:19,23 146:4
  158:16,21 159:9
  165:14 174:22
  175:7 176:18
  177:5 186:3,7
  187:3
**j&j's** 38:21
**j.s.c.** 2:12
**j4** 152:4
**j4-1** 101:3

**jack** 3:14 10:15
**january** 19:9 71:1
  72:9 150:24 151:6
**jbp** 112:13
**jersey** 1:1 2:3,23
  3:4,16,20 20:15
  140:22 200:5
**jj0006286** 187:13
**jjci** 20:20 21:6,14
  145:18,19
**job** 1:25 23:1
**john** 3:17,18 4:2
  11:4,16 12:13,13
  80:20 90:20 101:2
**johnson** 3:20,20
  3:21,21 7:8,9,12
  7:12 9:22,23,24,24
  9:25,25 10:1,1,11
  10:11,11,11 11:4,4
  12:15,15,16,16,22
  12:22 13:2,2,7,7,9
  13:9,11,11,11,12
  14:13,13,14,14,18
  14:18 15:11,11,13
  15:13 16:5 17:8,8
  17:21,21 18:7,7,15
  18:15 19:22,22
  20:2,3,5,5,11,11
  20:18,19,19,19
  21:4,4,13,13,23,23
  22:5,6,10,10,25,25
  25:2,2,9,9,11
  26:24,24 29:16,16
  30:1,11,12,22 31:6
  31:6 32:2,2,5,5,10
  32:10,12,12 33:5,5
  33:11,11,14,14,22
  33:22 34:3,3,7,7
  35:18,18 38:19,19
  39:12,12,15,15,19
  39:19,20,20,24,24

40:3,3,7,8,10,10
40:13,13,18,18,20
40:20 41:14,14,17
41:17,23,23 42:14
42:14,24,24 43:3,3
43:11,11,18,18
45:1,1,15,20,20,22
45:22 46:7,8,10,10
47:15,15,16,16
48:7,7,19,19 49:5
49:5 50:9,9,19,19
51:11,12 53:25,25
55:19,19 56:7,7,13
56:13 58:21,21
60:19,19,20,20
61:1,1,2,2,12,12
61:18,18,20,20
62:15,15,25,25
63:2,2,6,6,18,18
67:4 70:21,21
71:4,4 73:1 74:15
74:15,19,19 85:20
85:20 90:24,24
92:2 93:11,11
96:17,18 99:4,12
99:13,13,13 100:2
100:3 102:10,10
103:7,7,9,9,16,17
103:19,19,23,23
104:9,9 105:14,14
109:3,3,10,10
114:1,2,7,7 120:20
120:21 121:10,10
121:17,17 124:13
124:14 127:10,10
129:13,13 134:11
134:11,21,21
136:22,22 137:6,6
138:1,10,10
139:21,21 140:3,3
140:5 141:1,1,6,6

141:22,22 142:5,5
145:6,6 146:5
149:6,6 150:12,12
151:23,23 153:2,2
153:18,18 154:15
154:15 155:9,12
155:13,25,25
157:24,24 158:6,6
158:10,10 159:18
159:19 161:15
162:7,8 163:8,8,19
163:19 164:4,4
167:25,25 168:21
168:22 170:21,21
171:19,19 172:1,1
174:13,13,18
175:9 177:18,18
178:13,14 179:12
179:12 180:18
181:7,7,12,12
182:8,8,13,13
183:17,17,19,19
184:25,25 185:24
185:24 186:2,3,4,4
194:25,25 195:6,6
195:7,7,11,12
198:2,2,17,17,23
198:24
**johnson's**  15:23
16:5 19:16 20:8
25:12 30:1,22
37:24 38:15 39:4
43:5 45:15 46:11
49:7,12 58:17
59:16 67:4 73:1
90:2 92:2 94:7
96:2 107:14 109:9
112:23 113:2,22
114:2,22 115:4,8
116:24 119:4
138:2 139:24

140:1,6 146:5
155:9 161:8
174:19 175:10
180:19 184:23
185:15,17,18
192:2
**johnston**  98:21
199:15,17
**joined**  23:2
**journal**  31:11,14
107:21 109:1
114:21 124:19
**journals**  31:10
**jpb**  194:20
**judicial**  200:7
**july**  2:4 9:21
133:15,19 195:25
196:2,10 200:12
**jump**  64:19
**june**  103:5 107:20
**juror**  156:25
**jurors**  9:6,9,15
10:14
**jury**  9:11 10:18
11:8 28:10 30:22
41:14 54:8 64:7
86:15,21 87:1
117:8 156:23
157:8,12 164:23
176:13 182:8,13

**k**

**k**  11:17,18 102:2
**keep**  50:16 97:6
102:9 175:5,8
180:23 199:6,8,11
**keeps**  102:18
176:2
**kentucky**  14:24
**kept**  50:18
**kids**  50:24 105:3

**kin**  36:25
**kind**  5:23 8:11
67:14 86:18
100:18 122:25
135:12 157:4
180:18,23 193:19
**kits**  15:17,23
**knew**  100:9
134:11,21 137:6
**know**  5:11 17:2
20:1 21:23 22:6
24:8,16 26:12,22
27:2,3,7,16 29:4
29:18,19,25 30:3
30:11,16,17,23
41:21 44:15 49:8
50:8 52:18,19,22
53:5 56:17 57:6
59:1 63:4 69:10
70:16,17 74:14
75:17,23 77:10
78:23 79:2 85:20
86:6 89:14 93:9
93:20 96:1 99:9
100:5,7 101:20
102:4,23 111:21
114:6,23 121:20
123:14 130:22
136:25,25 137:15
137:18 141:21
144:25 146:7,10
147:2,14 149:10
158:2,14 161:9
164:3,6 167:2,4
171:1,5 173:4,6
174:10,22 177:18
177:20 180:9
183:18,21,23
184:3 186:12
188:21 189:5
195:9,10

**knowledge**  6:15
7:1,4,17,24 8:1,18
8:23 31:4 32:9,16
32:19 33:11 140:5
149:20 200:9
**known**  32:20
48:11,23 150:6
**knows**  39:12 41:15
45:20,22 47:15,17
48:7,19 60:20
63:2 177:24
**koch**  5:21
**konigsberg**  2:18
3:5
**krishinsky**  138:5
145:14

**l**

**l**  1:9,14,19
**label**  187:6
**laboratories**
144:20
**lack**  144:18
**lacks**  7:16
**lancet**  31:17
**langer**  111:18,19
111:21,22 112:14
112:21,21,22,25
113:21 115:6
116:14,15,21
119:1,8,13 125:7
184:9 194:1,3
**language**  81:20
**laptop**  165:24
**large**  15:19 33:6
49:10 55:17 74:12
107:23 108:4
109:25
**largely**  134:1
**latches**  7:21
**late**  23:8 129:20

**latest**  23:23 80:15
**law**  1:1 7:14
121:10,22
**lawsuit**  137:22
184:6
**lawsuits**  139:8
**lawyer**  22:3 37:9
41:7 183:25
**lawyers**  22:23,25
25:3 116:5 145:20
146:1,4 183:11
**lay**  5:15 6:3
**lead**  111:21
**leader**  101:18
**leadership**  159:18
**lear**  116:6,19
**learned**  114:12
115:3 122:9,11
**learning**  55:2
**leave**  157:6
**lee**  99:19 148:10
**left**  76:15
**legs**  37:5
**lest**  123:20
**letter**  75:19 83:21
117:6 148:10
178:12
**letterhead**  51:12
**letters**  180:1,7
**level**  48:8,10,11,20
48:23 112:7
198:14,18
**levels**  112:16
**levy**  2:18 3:5
**lewis**  158:16,20
159:9
**liability**  5:18 6:17
**liaison**  164:5
**library**  31:7,8
**license**  200:3

**lid**  109:11,12,16
109:21 169:1,12
169:14
**light**  67:13,24 68:1
68:11 85:16 86:1
**lightly**  55:16
**likewise**  127:14
**limine**  104:20,23
**limited**  14:8 71:13
**linda**  57:4
**line**  20:6 24:4,5
29:17 30:1,12,23
31:2 35:4,15 46:4
46:17 47:2,24
65:14,16 66:3,5
67:17 73:18 92:19
92:25 93:15,16
113:5 139:8
158:19,24 159:4,8
159:12 161:25
165:24 166:3
**lines**  52:7 112:11
**link**  39:18
**list**  50:15 96:24
149:4
**listed**  80:16
**listen**  92:12 95:5
**literally**  173:8
**literature**  194:13
194:13
**litigation**  21:19,20
21:25 26:25
140:18 141:2
143:12,15,16,18
143:25 144:1,4
**little**  15:10,11 52:4
53:16 55:7 80:2
95:22 98:20
109:17 125:4
144:15,16 151:4
160:12

**livingston**  2:23
**llp**  3:15
**located**  170:17
**logic**  126:9
**logo**  185:15
**london**  35:10
89:12
**long**  64:17 156:3
174:8,11 177:9
**longer**  20:5 142:13
**look**  25:12,16 28:6
28:12 36:11 42:1
49:18 53:20 62:10
65:9,11 67:10,16
68:22,22 75:10
76:1 77:18 79:6
79:11,13,16,16
83:4,5 84:12
88:23 94:3 104:12
118:21 119:11
120:4 126:20
128:2,4 129:21
130:14 132:2,25
134:6,16 150:24
151:7 167:11
168:5 169:2 172:4
174:5 186:9 187:5
187:23 190:9
192:6 199:2
**looked**  22:9,14,16
22:17 24:8,10,15
24:16,16 26:7,23
27:1,10,18 28:9,22
63:11 79:2 122:5
153:8,11,15
170:11 172:8,10
172:11
**looking**  6:11 16:21
26:16 33:25 51:3
78:4 90:9 106:20
115:5 118:12

152:24
**looks** 53:17,19
54:10 56:12 65:3
77:15,17 127:6
129:2 159:24
166:4
**lorena** 101:17
**lost** 78:17
**lot** 67:19 68:4,23
70:18 85:21,23
86:5,6,9 147:18
173:23 182:1
188:16 194:16
**lots** 67:18 183:2
**love** 97:16
**low** 198:14
**lubricant** 102:19
103:3
**lunch** 156:23
157:5,10
**lung** 32:20
**lungs** 35:21
167:16 168:3

**m**

**magnesium**
128:17
**mail** 2:24 179:19
179:23 180:4,13
**mails** 162:2
**maimon** 2:18 3:5
5:24 6:2 9:1,4
10:4,6 89:25
142:10
**maintained** 89:22
91:8 115:7 184:9
**maintains** 125:8
**major** 192:18,18
194:21
**making** 61:1
183:10

**management**
55:24 187:6
**manges** 3:15
**manner** 111:20
**manufacture**
139:24 140:5
**manufacturer**
7:22
**manufacturing**
32:24 123:2
**maple** 3:3
**march** 110:7,16
111:16 136:8,12
171:10,12,21
199:7
**mark** 97:17 98:17
98:20 116:18
135:15,17,18
**marked** 23:22
115:18 119:19
137:13,14 142:22
148:5 161:7
172:18 191:14
**market** 125:20,24
191:15 192:3,7
197:24 198:4
**marketed** 42:22
**marketing** 158:17
158:21 159:5,9
161:12,24 162:5
**marking** 118:15
148:17 165:19
**martin** 116:5
**mask** 32:24
**masks** 33:1
**massey** 121:9
123:25 125:12
**massive** 76:10
83:15
**matches** 82:10

**material** 33:4 52:8
67:15,15 92:7
151:13
**materials** 34:1
197:17,18
**maternity** 15:17
15:23
**math** 50:7
**matter** 9:21 124:3
**matters** 6:14
**matthew** 121:11
121:11,13,23
**mccarter** 3:18
**mccarthy** 99:22
**mcneill** 1:14 3:12
9:25 10:8 57:22
59:2
**md** 99:1,2,3
101:11 121:10
**mean** 8:21 29:20
36:2 49:25 54:2
60:11 64:1 103:13
134:4,16 136:5
144:5 145:2
176:24 180:1,5
189:4 193:12
**means** 43:22 44:1
44:9 60:16 107:15
108:17 122:24
132:6 134:2
150:15 161:9
176:23 186:20
**meant** 36:23,24
142:9
**mechanisms**
108:23
**medical** 23:3 31:6
31:11 32:6,7,8,16
32:17 33:10 98:25
100:21 101:12
102:5 104:14

110:17,19 111:23
166:18,23,25
191:23 199:21
**medically** 33:9
**medicinal** 102:12
102:13,23 108:13
**medicine** 31:14
**meet** 50:14 90:24
143:12 174:13,15
**meeting** 197:15
**meetings** 74:10,15
74:18 164:9,12
**meets** 8:8 74:24
117:21
**members** 10:17
80:13 86:14
156:22
**memo** 71:3,4
74:20 81:19
110:17 120:17
121:8 171:20
179:3 184:20
185:14,21 196:12
199:14
**memorandum**
153:14
**memorial** 95:23
170:23
**memos** 188:16,17
**mention** 178:10
**mentioned** 93:8
**merely** 123:22
**mesothelioma**
32:20 45:23 46:1
47:18 53:3 105:2
105:25
**message** 160:11
**messed** 187:9
**met** 23:2 140:20
140:24,25 144:10

**[method - name]**                                                                 Page 22

**method** 155:12 156:6 176:17,18
**methodologies** 115:2
**methodology** 85:15 156:8
**methods** 85:17 114:13 127:15 129:21 149:25
**microbial** 90:25
**microscope** 64:24 76:11 77:18,19 83:16 85:17 152:5
**microscopist** 154:3,12
**microscopy** 67:13 85:16 86:1,2 129:21 155:13
**mid** 1:2,9,14,19 18:11 23:14 101:23
**middle** 23:25 25:21
**middlesex** 1:1 2:2 138:3 200:14
**millennial** 158:7
**miller** 100:1
**milling** 126:14,15
**million** 21:24 22:16 27:4,8,14 28:17 29:23 50:6 162:2 192:8,15,15
**millions** 49:9 123:11 183:15
**mills** 122:8
**mind** 100:8 125:1 143:10
**mine** 16:9,11,12 17:2,5,5,7,7,17,22 18:4,6,13,25 19:3 19:9,19,20,23 34:8

34:8 93:23 107:24 108:1,5 120:7,21 122:8,10,12,23,24 123:1,6 126:5,6,8 126:12,14,16 128:14 129:1 130:22,25 136:11 151:22 170:16 172:6,9 179:4
**mined** 34:5,9 100:3
**mineral** 34:4,5 44:17 63:19 65:2 67:6,7,7,8 68:24 69:21 72:18,24 73:3 78:1,19 93:10,21 94:16 95:15 128:9,10 131:19 134:12 149:18 175:17
**mineralogical** 76:4 83:10 90:25 174:17
**mineralogically** 127:18
**minerals** 18:5,9,14 50:14 66:13 67:19 76:3 89:24 91:14 91:21 92:2,5 94:14 100:2 123:21 128:12,12 128:19,25 129:7 132:11,13,20 134:14 135:22 136:6 153:20 154:13 155:16 174:24
**miners** 123:20
**mines** 17:15 172:12

**minimum** 89:22 91:8
**mining** 100:4 125:13,16
**minor** 132:19
**minute** 24:21 65:20 86:15 105:11 144:4
**minutes** 48:2 94:9
**misleading** 61:17
**missing** 51:6
**mistake** 183:7,10
**mistaken** 115:11 116:17
**mistakenly** 113:10 114:11
**misunderstanding** 113:8,9
**modern** 123:18
**mom** 54:2
**mom's** 15:20
**moment** 5:24
**momentarily** 11:11
**mommies** 161:16
**moms** 158:7 164:8
**monday** 2:4
**money** 103:13 192:3
**month** 158:22 159:10
**months** 19:4 24:7 194:6
**morbidity** 108:15 108:17
**morning** 5:1,3 9:12,20 10:5,5,14 10:14,16 11:8,8,9 12:11 157:21 176:21 182:20 184:8

**moshe** 2:18 3:5 10:5
**mother** 45:8 52:8 53:17 57:23
**mother's** 53:22 54:17
**mothers** 191:9
**motion** 18:10 36:22
**mount** 2:22 114:7
**mouth** 168:13 169:19,21
**move** 10:23 29:12 42:8 48:6 54:8 62:8 64:3 87:15 92:9 96:6 102:9 130:1 176:10
**moved** 51:24 59:13 72:7 82:22 90:16 107:11 111:6 118:7 121:5 139:14 148:21 161:4 178:24 190:12 193:8 197:2,9
**moving** 97:19
**mulberry** 3:19
**multiple** 176:6
**musco** 138:11 140:17,20 141:14 142:6 143:13 144:11 146:3 182:21 184:1

**n**

**n** 3:1 4:1 11:17,18 11:18
**n.j.** 5:21
**name** 11:14,15 39:19,24 40:9,11 40:22 41:2,18,19 52:6 99:7 100:6

111:19 157:25
161:22 163:8
196:13
**named** 158:15
**names** 167:9
**nancy** 138:11
140:17,20 142:6
**nasal** 169:17
**nashed** 100:5,11
196:15
**national** 110:24
197:8,10
**native** 60:8,12,16
186:9,20 187:2,7,8
187:8,10 188:5,14
**natively** 60:9
**natra** 101:23
**natural** 132:18
**navarro** 5:20 6:20
7:19
**nazi** 16:17
**nazis** 16:21,23
**near** 103:6
**necessarily** 23:1
126:13 129:19
**necessary** 85:17
**need** 26:4 40:6
58:9 61:10,12,22
61:23 72:22 76:21
84:3 96:25 125:1
153:24 158:14
184:13 185:3
198:11
**needlelike** 132:6
134:2 174:2
**needles** 44:13,20
181:8
**needs** 55:8 155:22
**neither** 117:21
**never** 17:8 33:19
39:4 43:4,12,19

58:25 62:22 85:21
140:6,20 146:4
169:20 172:13,15
177:20 183:4
186:24
**new** 1:1 2:3,3,23
3:4,7,7,16,20
20:11,15 31:14,20
52:8 88:8,17
115:10 116:4,12
116:15 117:5
118:12,20 119:7,9
119:12 125:10
140:22 200:5
**newark** 3:20
**news** 110:10
129:13,14 147:17
**newspaper** 111:17
**nice** 177:16
**nicholson** 141:14
142:6,20 143:14
144:11,13
**nick** 121:9
**nickel** 111:18
**night** 96:22
**niosh** 110:22,24
111:25 113:5
124:25 148:13,24
149:4,5 150:12
153:14,15
**nj3446610** 1:25
**nolan** 3:14 10:15
10:16
**non** 43:23 44:1
64:4 72:18 73:6,7
78:10 127:25
136:3 149:11
200:8
**nonasbestos** 44:24
92:4,6

**nonexpert** 6:14
**nonresponse** 29:7
**nonresponsive**
87:15 94:20,22
130:1 171:4
**nope** 70:25
**normal** 198:12
**north** 1:7,12,17,22
121:11 171:24
172:13,22 179:4
**nose** 107:16 109:8
168:7,12
**note** 107:19 134:1
186:5
**notebook** 23:16
64:13 189:19
**notebooks** 157:6
**noted** 109:9
**notes** 142:21
**notice** 105:8,23
106:9
**number** 49:10
56:22 60:6 61:6
113:22 115:19
144:19 186:6,19
187:11 188:10,24
193:16 196:4
200:3
**numbering** 72:3
**numbers** 160:13
186:13 187:4,17
187:19,21 188:21
**numerous** 14:21
25:10 96:18
131:17
**nurses** 43:8 167:1
181:14 182:15

**o**

**o** 11:17,18,18
**oath** 11:12 29:1
137:23,24 142:2

147:8,14
**object** 25:21 29:7
29:10 59:23 60:4
60:22 62:3 78:10
80:5 82:8 85:4
87:15 89:12,17
92:21 94:20
129:25 165:2,13
171:4 176:2,4
**objection** 29:10
37:8 41:6,9 42:3
44:2 46:19 51:21
57:9 59:7,9 64:6
68:16,18 69:16
72:1 80:6 89:1
93:2 111:4 121:3
130:4 139:8
148:19 160:22
163:2,4 165:3,17
176:9 177:21,25
178:21 182:3,5,6,7
182:10,12 190:7,9
194:7 196:24
**objections** 37:11
41:10
**objective** 125:19
126:1
**observation** 6:15
**obtain** 108:22
**obviously** 20:8
99:8
**occasion** 26:2
**occasional** 52:11
**occasionally**
134:19
**occasions** 14:21
**occupational**
110:25 149:2
**occur** 44:23
**occurs** 44:24 73:4
76:9 82:6 83:14

132:4 174:7
**october** 40:1 158:4
**offer** 7:8,9,11,14
7:16 51:15 59:6
71:24 80:24 88:24
104:18 111:3
117:15 121:1
138:21 148:16
159:22 178:19
190:6 196:22
**offered** 82:20 89:7
90:21
**office** 23:14 24:23
26:20 188:24
**officer** 6:8 9:14
11:19 102:5
158:21 159:9
**offices** 114:7
**official** 50:10
**officials** 90:4
**oh** 37:1 59:5,21
67:25 75:16 130:9
141:11 173:24
192:11
**oil** 58:16 59:15
185:18
**oils** 124:6
**okay** 8:2,25 12:14
13:15 14:9,12
16:24 17:18 18:4
18:25 22:5,23
23:20,21,25 24:1
24:13 25:14 26:22
27:16 32:25 34:11
34:12 35:15 38:2
39:11 41:17 42:9
42:11 43:17 46:7
46:14,17,25 48:19
49:18,24 50:8
51:10,14,19 52:15
52:18 54:11,25

55:7 56:1,5 60:2
61:10 62:11,22
63:14 64:14 66:6
66:25 67:17 68:3
70:10,23 71:3
72:12 73:3,9 74:4
75:5,21 79:12,17
79:18 80:1 81:15
83:5,8,24 85:3
88:3,11,21 89:9
91:13 93:5,17
94:4,12 95:9
96:23 97:3,6,20,21
98:16 99:2 100:16
101:24,25 102:5,8
102:22 104:12,14
106:8 108:20
109:3,3 110:16
112:2 115:15
118:11,24 119:17
120:8,24 121:7
122:3 123:3
124:16 126:3,18
127:13 128:24
130:13 131:21
133:2,8,13,25
134:5,20,20
135:19 136:2,14
136:25 138:1,5,20
139:10 142:24
146:3 147:24
148:8,9,23 150:11
150:23 151:11,20
152:3 153:2,5,18
154:14 155:4,7
156:19,22 157:19
158:14 159:13,21
160:4,8,17 163:16
166:7,8 171:18
172:7 173:18
175:5,23 176:5

177:8 178:22
179:18 180:19,21
181:1,8,13,15,15
181:20 184:8,16
189:11,16,24
190:5,17,20
191:11,13 192:14
192:21 193:9
196:12,19,21
198:21 199:1,7,9
199:13,14
**old** 56:18,19 57:3
57:3,4 134:3
188:17,17
**older** 53:17 54:9
54:10 56:24 57:1
**once** 140:21
**ones** 27:22 135:23
**open** 106:12
**opening** 105:14
106:5,11 109:14
**opens** 169:12,14
**operation** 126:10
198:12
**opined** 198:23
**opining** 64:4
**opinion** 5:15 6:3
6:16,23,24,25,25
7:1 112:24 197:22
**opinions** 6:14 7:16
**opponent** 7:6
**opposed** 74:8 75:8
150:18 169:18
**optical** 76:25 84:8
129:21 152:5
**options** 172:5
**order** 10:22 23:22
76:19 84:2
**ordered** 2:17
**ore** 96:15 126:6,14
126:16 130:24

135:9 137:7 146:5
198:16
**ores** 93:10 127:7
**organization**
11:23 164:1
**organizations**
121:9
**organized** 180:24
**oriented** 74:6
**original** 188:15
**originally** 15:18
**ounce** 49:7
**ounces** 49:12
192:3,4,15,15
**outbox** 179:22,24
180:5,14,21
181:13 182:2,19
**outside** 8:22 23:5
40:19 90:9 144:20
165:14 185:1
**overall** 105:9,13
**overexposure**
191:8
**overlap** 18:21
**overlooked** 126:13
**overruled** 44:3
57:11 69:18 80:6
93:2 130:4 165:17
176:9 177:25
194:9
**oversee** 197:16
**owned** 18:13
19:22 39:19 100:3
151:22 157:24
**owner** 121:22
**owners** 122:8
**owns** 20:5,8 39:15
39:20 40:10,20
41:17 167:25

[p - perceived]                                                                                    Page 25

**p**

**p**  2:21 3:1,1,14
   11:17,18 200:3,12
**p.m.**  113:15
   157:10,11
**p1steno**  2:24
**pack**  168:5
**page**  4:2,5 23:21
   24:2 34:23,24
   35:3,4,12 36:12
   46:3,14,25 47:20
   47:21,23 48:18
   53:12 59:14 64:15
   65:12 71:7 72:13
   80:3 82:3,3 83:5,8
   92:17,18,18,25
   93:13,14 115:17
   115:19 118:3,22
   118:24 123:8
   126:4 130:6,9,9,11
   130:14,16 131:1,4
   133:1,14 134:5
   135:11 138:9
   149:10 151:21
   159:25,25 160:15
   160:15 161:7,8
   172:17,18 174:5
   191:1,14 199:10
**pages**  2:6
**paid**  12:19 13:5,11
**pamphlets**  164:13
   164:16
**panatier**  3:8,8 4:3
   8:24 10:6 11:2,22
   12:1,8,10 29:6,14
   34:25 35:2 37:12
   41:8,12 42:7,10
   46:5,6,22 47:2,10
   47:13 51:15 52:2
   57:13 58:3,7,8
   59:5,21 60:8,13,23

61:7,13 62:1,9,13
63:17 64:2,10,11
65:16,17,21 66:5,7
66:12,17 67:3
68:21 69:19 70:15
71:23 72:5 73:16
73:19,20,24 74:2,5
76:17,18 78:9,12
80:8,24 81:6,13
82:2,9,15,18,24
83:1 85:9,10
86:13 87:5,14
88:24 89:8,20
90:18,19 92:8,25
93:4 94:19,23
95:4 96:6 104:17
105:6,13,21 106:1
106:5,13,21,25
107:6,8 110:9
111:2 113:19,20
116:11 117:1,10
117:15,22 118:2
118:10,16,19
120:8,14,25
122:19 126:22,25
127:2 129:25
130:5 131:23,25
134:25 135:3
138:21 139:16,17
142:25 143:11,23
145:9,12,15
147:22,25 148:3
148:15,18 150:25
151:2 156:20
157:16,18 159:16
159:21 160:2,14
161:2,5 163:6
165:1,6,9,15,20,23
166:2 171:3,8
176:4,10,16
177:23 178:19,25

181:5,6,19,21
184:16,19 185:8
185:11 186:8,16
187:1,5,15,22
188:2,6,9,12 189:1
189:7,13,15 190:5
190:15,19 196:1,5
196:7,22 197:3
**paper**  112:25
   114:1 180:1,1,2,4
   180:7 194:3
**paragraph**  55:23
   73:25 74:3 125:4
**parallel**  155:20
   156:1
**parameters**  89:21
   91:7
**pardon**  47:22
**parent**  20:16 38:4
**parentheses**  98:17
**parenting**  158:19
   159:8
**parents**  50:20
**parse**  140:13
**part**  14:2,4,6 16:6
   23:1 27:7 28:17
   32:17 33:18 39:23
   40:13 54:6 75:14
   81:8 142:4 179:19
   179:19
**particle**  155:19
   156:1
**particles**  49:14,22
   50:4 102:20
   126:13 132:8
   134:1 167:16
   168:2 178:3
**particular**  16:12
   17:2,3 109:6
   136:6 141:9 144:5
   156:8 172:8 179:4

**particularly**  5:17
**parties**  60:24 61:8
**party**  7:5 164:5
   189:5 198:22
**pass**  9:15
**pastore**  1:9 3:11
**pat**  55:16
**patented**  33:14,16
   33:22
**patents**  33:22
**paterson**  2:2
**pathology**  111:9
**pays**  14:10
**peak**  53:8 107:13
   174:4
**pediatricians**
   162:22
**peer**  114:3,20
   194:12
**pen**  134:4
**pencil**  75:9
**pending**  85:7
**people**  6:18 7:4
   13:22,24 27:22,23
   28:1,5,15,16,24
   30:2 32:6,23 33:3
   33:24 40:12 45:21
   47:16 50:25 54:12
   55:23 57:8 58:7,1
   62:23 63:2,4,7
   75:14 96:22,24
   97:8 101:5 141:13
   146:21 169:9
   176:6 177:3,6
   179:24 180:21
   181:12 182:14
   183:25 184:23
   187:19 193:17
**people's**  28:3
**perceived**  191:19

**percent** 26:23 27:3
27:14 49:6 50:3
127:16,17 128:6
131:9,10 132:16
132:17 161:16
192:12
**perception** 6:4 7:2
**performed** 139:23
144:19
**perfume** 71:12
**perfumery** 80:13
**perimeter** 169:15
**period** 8:16 44:5
89:16
**permit** 5:23
**permitted** 5:16
**person** 22:8 25:8,9
80:16 105:12
111:13 121:13
124:14 137:22
138:10 141:25
143:13 147:3
193:5 195:19
198:22
**person's** 7:3
**personal** 7:3,16
8:1,5,17,23 123:12
**personally** 164:11
180:6
**persons** 121:8
**perspective**
176:23,24
**pertinent** 22:18
30:6
**petterson** 100:21
110:18,18 199:15
199:21
**pharmaceutical**
149:22
**phased** 18:11,12
18:23,24

**phenomenon**
108:22
**philipson** 71:11
**phone** 110:21
111:8,24 140:21
142:8 143:13
180:3,8
**phoned** 111:15
**phones** 9:13 87:3
157:14
**phonetic** 116:6
**phoning** 111:14
**photocopies**
188:17
**photograph** 54:7
**phraseology** 43:15
**physician** 98:8,11
98:20
**physicians** 166:25
**pick** 68:25 180:7
**picked** 86:3 129:3
**picking** 126:11
**picture** 55:1 56:11
56:15,19 57:2
116:5
**pictures** 116:18
**piece** 64:25 77:18
**pilot** 136:10
**place** 2:2 55:8
166:12 197:23
198:6
**placed** 67:20
108:14
**places** 161:25
**placing** 184:13
**placitella** 3:2,3
7:25 10:6 142:1
142:19
**plaintiff** 1:5,15
**plaintiff's** 4:6,6,7
4:7,8,8,9,9,10,10

4:11,11,12,12,13
4:13,14,14,15,15
4:16,16,17,17,18
4:18,19,19,20,20
4:21,21 51:24
59:12 71:24 72:7
82:22 90:16
107:11 111:6
118:7 121:1,5
139:14 148:21
155:5 161:3
178:23 190:11
197:1
**plaintiffs** 1:10,20
3:10 10:3,25 11:3
51:16 52:24 116:5
**plant** 136:10
**platy** 127:17 136:3
136:3
**play** 158:17 159:6
162:22 181:16,23
**pleasant** 2:22
111:14
**please** 9:12,18
10:2 11:10,15,21
11:25 12:12 24:1
34:17 37:10 51:1
51:18 65:12 68:20
70:23 78:14 86:19
87:2 92:12,15
95:5 103:4 115:12
139:19 143:21
149:3 156:24
157:5,13 163:5
191:13
**pleased** 197:19
**point** 15:22 60:18
61:16 87:6 91:7
100:19 101:13
106:1,20 107:25
159:17 161:6

162:11 164:21
179:12 186:22,23
186:23 188:13
192:25 198:11
**pointed** 106:11
**pointing** 143:20
**points** 60:9
**poisonous** 123:21
**polarized** 67:12,24
68:1,11 85:16,25
**police** 6:8
**policy** 20:12 42:25
45:2 50:10,12,12
67:5 87:7,19
**pooley** 70:16,18
72:14 75:11,12
78:4,18 170:6,7,10
170:22
**poop** 166:11
**portion** 117:13
**portions** 118:5
**position** 123:18
125:24 197:15
**positive** 67:11,18
68:4,23 72:15
77:22
**possibility** 35:23
35:25 36:7 112:6
113:11
**possible** 34:14,16
34:20 63:9,12
76:6 83:12 108:21
194:18 198:9
**post** 89:14
**poster** 152:23
**posting** 40:4
**potential** 129:7
191:7 197:12
**potty** 38:7
**poured** 106:7

**pouring** 109:14
**powder** 15:12,14
15:23 16:5 19:16
20:9 34:2,11,15
35:19 36:16 37:24
38:15,22,24 39:5,6
39:8,10,12 42:15
43:6,13,19 44:5,21
44:23 45:5,9
46:12 49:8,13
55:10,16 58:16,17
58:22 59:15,16
62:23 63:21 86:10
90:2 92:3 94:7
96:3 100:25 103:8
103:24 105:4
107:14,22 108:10
108:12,16 109:5,8
109:11 112:23
113:2,6,22 114:5
114:22 116:24
119:4,14 125:20
126:2 127:11,20
139:24 140:2,6
151:14 152:1
155:14 160:13
166:10 168:1,6,9
168:12,22,24
169:16 177:16
184:10,23 185:1
185:18 191:10
192:2 193:2,6
194:15 198:3
**powder's** 108:4
**powdered** 38:9,14
**powdering** 53:6
57:5
**powders** 38:5
113:3 115:5,8
167:15 190:2
191:4,6,10,18

194:19,22
**power** 60:8,17
159:17 161:6
186:22,23,23
188:13
**pr** 61:21 62:15
**premium** 123:1
**preparation**
142:17
**prepare** 61:21
141:1,5,13,23
143:1,13 144:10
**prepared** 142:4
145:17 200:6
**preparing** 80:15
**presence** 63:19
66:12 67:6 69:21
72:16 77:6 78:5
78:19 85:21 87:23
173:2
**present** 50:1 63:23
65:2 72:24 74:19
76:13 83:18 93:10
125:20 128:20
134:13,15 149:24
173:6,9 177:5
**presentation**
58:16
**presently** 124:4
143:24
**president** 98:2,21
100:1 199:17
**press** 158:6,9
185:23
**presumably** 22:3
**pretty** 92:5 129:10
136:1,4 168:19
**prevent** 109:11,13
**previous** 60:15
84:12

**previously** 8:4,13
**prickly** 173:23
174:2 177:14,15
177:17 178:3,6
**primarily** 72:24
126:8,14
**princeton** 3:16
**principle** 43:15,16
**print** 61:22 92:18
93:17,19 165:20
187:7,9 188:3
**printout** 60:17
**prior** 12:3 16:13
17:11,24 36:4
117:19
**priority** 2:22
**prismatic** 73:6
74:9 174:8,12
177:9
**privilege** 142:12
142:16 148:24
**privileged** 29:21
141:23 143:2
**probably** 28:22
30:5 31:21 36:10
93:8 97:11 128:22
130:14 137:13
142:20 152:24
156:21 166:10
179:20 189:18
196:10 199:9
**problem** 68:11
69:7 108:23 112:4
112:17 124:3
198:10
**procedure** 46:20
**procedures** 139:23
**proceed** 52:1 80:7
85:8 90:15 93:3
148:20 190:18

**proceedings**
199:24 200:7
**process** 88:7,15,16
127:9 137:3
**processes** 76:5
83:10 139:22
**produce** 60:13
61:8 125:19 126:1
186:22 188:14,16
188:18
**produced** 52:12
60:9,17,19,24 61:4
61:11 186:4,8,18
187:18 188:4
195:8
**produces** 126:14
**producing** 60:17
**product** 5:17,18
6:24 8:16 15:20
20:2,6 27:11
36:17 38:2 45:12
103:8,18,24 104:4
105:15,18 122:13
122:18 126:15
136:22 137:4,8
141:24 151:13
175:13 193:18
198:10
**production** 186:17
**products** 6:17,20
20:13 21:5 33:15
33:20,23 38:22
90:24 98:21 99:24
100:22,25 104:2
107:23 110:19
127:11,16,18
136:16 162:6,16
182:14 185:19
190:23 199:18
**profession** 32:24

**professionals**
191:5,16
**profitable**  194:20
**project**  172:4
**promote**  162:16
**pronounced**  102:3
**proper**  82:8
160:11
**properly**  114:13
**props**  182:1,3
**protocol**  81:8,11
151:16 177:3,6
**prove**  194:21
**provide**  26:4
27:10 191:6
195:18
**provided**  12:2
24:17 146:14
153:2
**provides**  28:19
**providing**  6:21
52:7,10
**public**  29:17 43:4
60:5,21 61:17,18
62:17,19 181:15
182:16 196:17
197:6,9
**publically**  184:4
**publication**  114:4
114:20
**published**  56:7
112:25 114:1,14
114:19 194:3,12
197:12
**pull**  62:2,4
**purchased**  17:22
17:24 18:6,8
163:18
**pure**  112:15
**purer**  126:15

**purity**  91:1 124:6
149:21
**purpose**  81:4
149:17 160:3
**purposes**  81:7,17
82:13 102:12
117:25 118:11
**pursuit**  194:18
**put**  29:16 30:1,12
30:18 31:2 34:15
36:19,24 37:4
42:15,18 50:9
60:15 62:15 77:12
98:17,19 99:2
106:6 145:20
154:23 165:10
175:6 176:17
181:1,4,9,9 184:21
188:17 199:1
**putting**  15:22
62:23 114:18
162:23 185:1
**puzzled**  195:2

**q**

**quackenboss**  52:6
**qualification**  88:7
88:17
**qualified**  33:9
**qualify**  66:21
**quality**  50:13
**quantities**  52:11
**quartz**  149:24
**question**  22:2
24:19,20 25:1,7,18
25:24 26:5 27:12
28:20 29:15 31:5
35:24 37:14 42:13
46:18 47:3,5,8,8
47:14 48:4,5,19,25
62:15 65:13 68:3
69:14 75:21 78:15

78:17 85:6 90:22
92:10,12,13 93:6
94:15 95:2,6
98:20 130:3
139:18,21 141:4
142:25 143:8
144:12,14 165:4
169:4,10 173:11
175:25 176:9
179:6 183:14
185:25 198:7
**questioned**  158:5
**questions**  22:21
26:9 31:25 45:24
137:21,22 144:14
149:4,5 183:11
**quicker**  130:15
151:4
**quite**  63:25 112:12
**quotations**  153:10
**quote**  44:12
116:17 186:19
188:4
**quoted**  116:15,16
**quotes**  75:10
108:9

**r**

**r**  3:1 98:2 133:4
**r&d**  99:23
**r.s.**  133:2 171:21
**ran**  18:2,4 19:9
172:6
**range**  186:3,10,25
187:2 189:18
**rare**  74:7 122:11
132:19
**rarely**  76:9 82:6
83:14
**rash**  166:13,14
167:18

**rashes**  167:12
**rate**  13:15
**ratio**  155:20 156:2
**raw**  151:13
**ray**  64:21 67:10
76:23 77:11 82:10
84:6 85:15,24
129:22,23
**reach**  55:9 158:7
**reaching**  161:16
**reactivate**  59:22
**reactive**  58:16
59:15,18
**read**  25:5 30:5
57:7,14,15 73:7,18
73:24 74:2 84:10
88:22 97:3,4
108:8 109:2
112:11,17 119:11
125:6 140:7,8
144:16,22,23
150:9 153:5 159:3
177:11 191:11
**reading**  145:7,13
**reads**  72:15 90:7
**ready**  65:22 86:19
113:18 133:14
156:24 157:6,15
**reality**  193:21
**realize**  59:20
**really**  8:11 35:24
61:17 71:6 102:11
141:3 149:9
**reason**  6:22 45:8
105:17 111:14
175:6 178:11
192:20
**reasonable**  45:19
**reasons**  70:11
173:19

**recall** 10:18 142:3
142:19 158:4,9,12
158:23 169:24
198:11
**recalled** 111:15
**receive** 25:2
164:14
**received** 133:11
134:21 164:16
170:21 196:14
**receiving** 180:20
**recess** 9:10 86:25
113:15 157:10
**reckon** 22:17
**recollect** 15:15
50:24 98:6 180:10
**recollection**
163:22
**recommend** 112:5
191:17
**recommendations**
89:15
**recommended**
149:2 184:25
185:20
**recommending**
109:4 124:10
**record** 5:10 26:14
63:16 70:14 79:20
85:19 86:22 93:9
93:21 94:6,10
95:1 113:13,14,17
143:6 154:19
155:3 157:9
159:15 166:1
184:14 186:3
187:17 189:21
195:16,23
**red** 3:4
**redact** 160:16

**redaction** 117:16
**reduce** 108:23
139:25 169:16
**redundant** 28:8
**refer** 77:3 99:11
146:11
**reference** 35:6
95:18 107:18
**referenced** 166:22
**referencing** 81:20
**referred** 103:23
104:1,5 111:22
**referring** 34:22
78:7 117:6
**refers** 103:7
**refresh** 125:1
**refute** 108:22
**regard** 8:9 20:13
86:16 117:5
142:16 157:2
**regarded** 97:24
**regarding** 196:15
**regardless** 112:6
**regards** 88:18
**region** 16:10,12
**regularly** 23:4
**regulators** 43:9
181:14 182:15
**reiterated** 116:23
119:3
**reject** 67:5,11 69:5
70:11,12 77:12
87:7
**rejected** 66:14
68:5,9 69:1,3,4,4
70:5 72:16 77:7
77:23 85:21 86:4
86:5,7 129:17
**rejection** 66:18
68:10 69:24 78:2
78:6,20 87:25

**relations** 60:5,22
61:17,19 62:17,20
**relationship**
161:12,24
**relative** 5:8 66:22
81:19
**relatively** 44:17
103:13
**relaunch** 158:18
159:7
**release** 158:6,10
185:23
**released** 183:17,19
**relevant** 24:18
27:4,7,17 89:16
160:11
**relied** 142:23
145:19
**rely** 146:21
**relying** 147:1
**remain** 11:10,12
**remember** 8:15
31:21 35:11 40:1
40:5 43:14 99:8
99:10 156:25
157:20 163:20
182:21 183:15
**remind** 40:6
**remove** 11:20
**removed** 108:11
126:11
**repeat** 143:9
**rephrase** 37:10
78:16 163:5
**replicates** 27:21
**reply** 149:3
**report** 114:1,4
127:5 136:20
**reported** 146:8
170:10

**reporter** 111:24
176:5 200:4,13
**reporting** 124:9
135:21,23
**reports** 96:18
170:23 193:16
**representation**
38:21 61:2
**representative**
7:12 11:4 12:15
142:5,11
**represented** 121:9
152:14
**representing** 61:4
146:15
**represents** 107:22
**reprinted** 52:13
**reputation** 103:17
**requires** 85:15
**research** 14:8
80:22 86:17 99:20
100:25 101:14
116:23 119:2
133:7 148:12
157:3 197:11
**resistant** 34:1
**respect** 77:2
**respirables** 191:8
**responded** 127:14
**responding** 109:7
**response** 64:8
66:22 90:22 94:25
117:13 176:14
**responsibility**
40:8,18 41:24
193:1
**responsible** 23:6
158:3 162:12
**responsive** 64:4
78:10

**rest** 84:1 160:1,20
**restricted** 6:18
**result** 67:11 131:5
**resulted** 108:16
**results** 20:18,21
  112:22 113:2
  114:16 126:20
  129:24 131:2
  134:7 135:9
**retard** 169:16
**retracted** 112:22
  114:15
**retraction** 114:17
**reuters** 116:3,12
**reverse** 125:20
  180:14
**reversible** 5:22
**review** 197:11,13
**reviewed** 21:16,20
  23:10 28:19 114:3
  114:20 166:18
  194:12
**reviewer** 149:1
**revision** 80:15
**right** 13:5,8 15:17
  16:6 17:25 18:5
  18:15 19:11 20:3
  20:6 21:3 22:3,10
  23:14 27:14 28:23
  30:16 31:7,12,15
  31:19 34:20 35:25
  36:9 37:16,25
  39:5,16,21 40:10
  40:14 41:15 42:21
  42:22 45:14,17
  48:18 49:1,3
  52:25 53:18,20
  54:2,2,19 55:5,10
  55:17 56:3,10,23
  58:13,14 63:3
  65:1,3,11 66:17

67:9 69:15 70:16
70:21 71:17 72:10
73:1,7 74:16,21,23
75:6 77:24 79:21
80:22 84:10 89:20
90:21 95:10 97:10
97:12 100:22
101:15 102:6,12
103:9,14 104:6,9
107:15 111:25
112:18 113:6,23
115:15,16,18
116:17,19 117:4
118:21 119:15,20
120:2,22 123:25
124:17 125:14,17
125:21 127:6,7,9
127:24 128:9
129:4,7,18,18
130:7,17,20
131:15 132:23
133:11 134:2,16
136:12,17,23
137:4,19,24 138:3
138:15,18 140:7
140:13 141:11
142:25 144:22
145:21 146:1,12
146:19 147:2,5
149:25 150:9,17
150:19,20 151:8
151:14,18 152:1,6
152:8,15 155:14
155:21,24 156:3
157:24 161:11,12
161:14,23 165:18
166:11,11,19,22
167:14 168:3,18
168:19 169:1
170:5,6,13 172:13
172:14,21,24

173:2 174:11
175:2,14,19
176:18 177:5,12
177:14,20 178:6
180:12,14,15,25
181:10 182:24
183:6,10,11,13,25
184:6 185:2 188:6
188:9,18 191:11
192:8,9,12,22
194:2,22 195:18
196:17 198:9,11
198:19 199:15,21
**risk** 112:8 191:19
**robert** 100:24
  133:4
**robust** 92:1 93:9
  93:21 94:6,10
**rock** 44:17 95:19
  95:19
**rocks** 50:10,10,15
  50:15
**rod** 44:24 75:8
  77:14,16 129:16
**roger** 100:1
**role** 8:15,18,22
  100:16 158:18
  159:6 162:22
  193:10
**rolle** 100:24 113:1
  114:4 194:4
**ronning** 1:19 3:12
  10:1
**ronnings** 10:7
  57:18
**room** 37:20,24
**rosalyn** 1:4 3:11
  9:22
**rose** 148:24
**roth** 3:3

**route** 195:21
**routine** 76:22 84:5
**rt** 74:11,16,17
**rule** 5:15 6:2,12
  7:13 142:13
**ruled** 8:4 138:24
  139:9
**ruling** 118:5 161:1
**run** 13:20 24:24
  34:15 39:22,23
  122:12,24 123:1
  126:5,6,8,14,16
  131:14 136:11
  161:23 164:1,7
**runs** 39:20 163:25
**russell** 133:3,4,5,6
  133:8 171:20,21
  184:20
**russell's** 133:1
**rutile** 132:10
  136:5

**s**

**s** 3:1 4:4 11:17,18
  102:2
**sacred** 104:6
**safe** 27:11 48:7,9
  48:11,20,23
  105:15
**safety** 8:16 20:12
  20:21 21:4,12
  22:20 23:7 102:5
  105:10,13 109:11
  109:12,13,21
  110:25 112:15,17
  191:2,4 192:19
  193:1,5,13
**sake** 81:16
**sample** 52:11
  136:22
**samples** 114:9,24
  114:24 136:6

[samples - show]                                                                    Page 31

170:11,16
**save** 97:19
**saw** 87:19 124:16
  124:18,21,24
  138:18 161:11
  170:3 176:21
  183:12
**saying** 27:9 28:18
  37:13 41:5 56:13
  56:17 61:3 63:1
  66:10 78:18,21
  84:19,21 113:25
  114:10,15,19
  116:15,16 162:14
  162:18 168:16
  173:18 175:8
  195:4,9
**says** 42:16,19
  54:13 55:15 58:13
  59:15 66:14 72:12
  74:20,21 75:1
  76:4 80:12 82:4,6
  83:9 84:15 90:23
  93:20 107:14
  111:13 113:5
  118:25 119:21
  120:1 121:8,24
  122:2,7 123:10
  126:1 132:3,15,21
  133:1,10 135:13
  136:7 145:4,5
  146:2 147:9,10,10
  148:23 150:19,21
  151:12 154:25
  161:14 166:16,17
  167:25 168:18,20
  170:15 174:5
  177:12 181:13
  189:17 191:15
  194:17 197:4
  199:4

**scenario** 28:6
**scenarios** 56:23
**schedule** 10:23
**scheltz** 101:2
**scheme** 123:23
**school** 196:16
  197:6,9
**science** 74:10
  97:23 100:13
  148:11
**sciences** 31:20
**scientific** 71:11
  79:9 101:18 114:3
  114:20 194:13
**scientist** 98:10,15
  98:19 133:6,9
**scientists** 48:9
**screen** 84:13 151:7
  154:24
**screening** 76:22
  84:5
**seat** 9:19
**seated** 9:13,23
  11:10,13,21 87:2
  157:13
**second** 35:1 41:11
  46:5 51:18 75:24
  82:17 105:9
  116:14 154:16
  171:13 174:5
  189:18 190:8
  191:16
**section** 75:25
  111:10 191:14
  192:7
**see** 24:22 28:13
  29:17 30:2,13,23
  31:24 51:10 52:3
  53:9,10,14,17 54:9
  55:8,9,14,15 58:15
  58:18 61:5 67:13

67:16 79:16 80:9
  81:22 84:1,13
  88:20 94:2 95:17
  96:23 98:18
  115:18 118:25
  119:5,6 127:13
  128:1,4 132:21
  133:25 135:5,12
  136:10 137:18
  138:6,9,12,13,25
  145:4 148:4,9
  151:6,12,21 153:2
  154:14,15 158:14
  158:16 159:17
  161:7,14,17,19
  166:3,4,7,9,14
  167:11,13,13,14
  167:18 170:15
  171:19 172:18,24
  175:7 180:24
  181:4 184:14
  185:14,17 190:1,3
  191:2,15 192:4,10
  194:17 196:3
  199:14
**seeking** 81:5 89:19
**seen** 20:24 21:1,9
  21:11 37:6 41:20
  50:11,17 52:16
  60:14 63:6,9
  103:25 117:9
  164:19,22 165:4,7
  180:6
**selected** 122:13,17
  144:17
**sell** 16:1,1 198:10
**selling** 15:13
  105:18 182:9
**sells** 74:12 168:22
**semple** 23:3,10
  101:9 110:17

111:13
**send** 27:25 170:22
  179:25
**sending** 180:21
**senior** 97:23
**sense** 123:20
**sent** 162:1 181:12
**sentence** 168:17
  177:1 185:5
**separate** 39:23
  43:17
**series** 40:2 96:22
  153:9 169:21
  185:18
**serpentine** 95:15
  95:16 150:6
  152:12
**serve** 53:22 54:17
  148:25
**served** 14:20
**serves** 108:14
**services** 71:11
**set** 18:10 133:13
  174:14 189:8
**seven** 35:13
  124:17 169:22
**shape** 76:21 84:4
  134:4
**shards** 132:9
**share** 192:3,8
**shed** 126:11
**sheet** 190:13
**sheets** 58:22 62:23
**shelf** 136:22
**shelley** 101:14
**shipments** 16:18
  170:20
**short** 177:1 179:3
**show** 34:22 56:11
  56:15 77:13 81:25
  116:18 151:3

155:5 181:17 193:15

**showed** 68:11 75:19 81:23 114:8 146:11

**shower** 19:16,17 20:1,2,6,6 43:6,6

**showing** 170:23 182:7,13 185:21

**shown** 48:9 72:19 76:6 83:11 117:14 129:15 167:20 177:19 193:17

**shows** 77:1 84:9

**shut** 165:23

**shuts** 169:12

**sibling** 38:4

**siblings** 50:21

**sick** 45:21 47:16

**sickness** 108:17

**sidebar** 5:5,6 8:23 9:5 46:23,24 47:12 60:2,3 62:12 66:1,2 67:2 73:15 81:2,3 82:14 89:3,10 90:12 104:21,22 107:7 115:24 116:1 118:1 138:25 139:1,11 141:16,19 143:4 160:5,7,21,24 186:14,15

**sides** 155:20 156:1

**signature** 200:11

**signed** 138:14 172:18 182:21

**significant** 144:19

**silicate** 73:4

**silvia** 2:21 200:3 200:12

**similar** 71:19

**similarly** 10:20

**simon** 3:8

**simple** 144:8 168:19

**simply** 25:16

**simulate** 177:16

**sinai** 114:8

**single** 43:4,13 85:21 136:16 187:18

**sinking** 16:17,22 16:23

**sir** 24:2 32:18 34:17,19 35:7,15 35:18 36:14 37:13 37:13 38:10 39:11 48:21 51:1,5 58:15 59:15 64:12 64:23 65:12 67:4 68:22,24 70:23 71:3 74:23 80:10 84:13,18 92:15 95:22 102:10,25 103:4 107:13 115:12 118:3,4 123:9 126:3 127:3 128:4 131:21 132:1 133:13,21 135:8 137:12,18 139:18 148:9 151:3 153:22 154:1,17 162:7 178:13 185:12,14 189:22 191:2,13

**sister** 53:5 54:10 57:15

**sisters** 50:25 53:22 54:1,15,22 55:20 55:25 56:2,6,9

**situation** 8:20 27:20

**six** 27:23 28:1,2,4 28:14 194:6

**size** 109:17 110:2

**skin** 36:19 102:18 102:19 103:2 173:22,25 174:3 177:14,15 178:4,7 179:1,8

**skip** 110:6 112:2 147:17

**slide** 102:20

**slightly** 48:5 126:15

**slipped** 100:8

**small** 135:12

**smell** 193:19

**smith** 98:24 104:14 196:13,14

**society** 122:8

**soft** 177:16

**software** 187:6

**sold** 15:18 19:17 19:23 20:2 21:6 33:19,19 39:6,9 103:10 192:4,16 198:5

**sole** 121:11

**somebody** 7:2 38:5 41:19

**somewhat** 6:23

**son** 121:10,22

**sons** 5:21

**soon** 53:24

**sorry** 5:21 11:12 19:6,8 26:6 34:24 34:25 35:3,5,16 57:10 59:8,21 65:19 67:7,25 72:4 73:13,16

78:11 82:18 85:2 92:10,17,23 93:13 93:17 103:21 118:14 120:9,16 145:9 148:12 154:21 160:6 161:10 173:12 181:3,22 199:13

**sorts** 184:25

**sound** 17:5 41:4,8 162:25

**sounds** 41:1 163:11

**source** 16:20 17:16 18:10 88:8 88:18 94:6 96:2 130:24 137:7 146:5 172:14,15

**sourced** 18:16 19:10,16

**sources** 92:7 144:17,20 171:24 172:2,5,10

**speaking** 37:11 41:10 103:14 116:4 176:6

**speaks** 195:13

**spearheaded** 74:11

**special** 52:11

**specific** 30:10 161:1 185:4

**specifically** 5:19 42:21 56:9 102:11 122:13,16 168:2

**specification** 50:13 69:25 77:2 77:10 78:3,24 79:3,4,8 85:24 88:19 90:2 94:13 94:17,18 151:22

153:13 175:13
**specified**  90:10
**specify**  179:9
    184:14
**speculate**  45:11
    86:8 140:11 145:1
**speculation**  45:19
    50:23 56:5
**speculative**  45:18
**speed**  23:11 96:23
**speeding**  6:9
**spell**  11:15
**spoke**  116:22
    119:1 125:10
    142:3 144:13
**spoken**  140:21
**spokesperson**
    106:19
**spread**  36:24 37:5
**spreads**  36:19
**spreadsheet**
    188:13
**sprinkle**  55:16
    58:22
**square**  55:8
**squeeze**  36:22
    37:2
**squeezing**  36:22
**staff**  166:18
**stamp**  60:16,18
    61:14 187:9,19
    188:15,18 195:7
    196:13
**stamped**  187:23
**stand**  11:6 30:18
    116:24 119:4
    178:2
**standard**  89:13,22
    91:8 149:2
**standards**  90:25

**standing**  11:5,12
**stands**  119:15
**starches**  124:6
**start**  12:9 53:24
    54:4 152:23
**started**  10:19
    15:13 53:5 57:5
    157:20
**starting**  24:4
    92:18
**state**  11:14 108:6
    179:4 200:5
**stated**  42:24 43:11
    44:19 89:21 119:9
**statement**  105:15
    106:11 117:20,23
**statements**  6:9 7:7
    117:20 146:22
    163:15 165:13
**states**  18:17 23:5
    26:18 63:24 71:17
    90:3 91:10 92:6
    146:20 172:5
**statistics**  191:18
**stefano**  121:10,20
**steinberg**  104:13
    108:5
**step**  9:8 67:9,12
    86:23 174:18
**stewardship**  99:24
**stick**  38:2
**stockholder**
    121:25
**stockholders**
    123:13
**stop**  102:21 124:7
    198:1
**stopped**  105:17
**stops**  159:25
**story**  26:14,15

**straight**  73:10
    97:15
**street**  2:2 3:9,15
    3:19
**strengthen**  125:23
**stricken**  94:25
    176:12
**strike**  19:1,9 64:3
    87:16 92:9 96:7
    130:1 176:10
**stringent**  77:3
**strongly**  108:10
**structured**  109:25
**struggle**  151:7
**students**  53:21
    54:14,16,21 55:23
    56:16,21
**studies**  113:2
    122:4,4 129:15
    135:5 138:18
    183:20 197:16,17
    197:18
**study**  127:8
    133:18 135:4
**studying**  53:23
    54:18,23 127:7
**stuff**  122:25
    130:19 147:18
**subject**  107:14
    117:16 118:4
    160:4,18 161:1
    171:23 197:13
**subjects**  62:18
**subscriptions**
    31:10
**subsequent**  72:17
    76:25 84:8
**subsidiary**  18:7,13
**suffices**  27:24
**suggesting**  194:24

**suggestion**  72:14
    197:5
**suite**  3:9,16
**sullivan**  3:14 5:14
    7:18 9:2 10:13,15
    25:20 29:9 30:16
    30:17,18,21 34:24
    37:8 41:6 42:2
    44:2 46:4,19
    47:11 51:17,21
    57:9 59:7,9,19,23
    59:25 60:4,21
    61:3,15 65:14,19
    65:23 66:9,16,19
    66:25 68:16 69:16
    72:1 73:13,17,23
    74:1,4 76:15 80:4
    81:1,11,22 82:5
    85:4 89:2,5,11
    90:11 92:20 94:21
    104:19,25 105:19
    105:23 106:3,23
    107:2,5 111:4
    112:9 115:23
    116:2 117:2,7,18
    121:3 122:15
    130:2 138:23
    139:2,5,7 141:16
    141:20 142:17
    148:19 159:24
    160:6,10,17,22
    163:2 165:12
    169:6 176:1
    177:21 178:21
    181:3,20 186:5,12
    187:16 188:20
    189:4 190:8 194:7
    196:3,24
**sullivan's**  106:11
**summary**  151:12

**summation** 160:12
**super** 5:21
**superior** 1:1
  125:20 126:1
  127:18
**support** 22:20
**supposed** 177:4
**supposedly** 123:1
**supreme** 6:7
**sure** 6:1 9:13 19:5
  28:21 32:10,15
  33:8 46:21 55:4
  58:7 73:19 87:3
  89:4 113:19
  115:25 121:20
  128:21 129:23
  139:5 141:5,17
  143:10 157:14
  159:5 160:1 170:1
  171:14 180:22
  187:20 190:20
  193:14 195:3
  196:9
**surgical** 33:25
**surprised** 112:12
**suspect** 111:21
**sustained** 41:9
  64:6 68:18 163:4
  165:3
**swap** 93:25
**sworn** 11:18 140:9
**synopsis** 122:7
**system** 164:7

**t**

**t** 4:4
**t.h.** 101:14
**tab** 34:17,18 51:4
  51:5 70:24 88:4,6
  115:13,16 120:2
  189:17 199:4

**table** 128:2 130:6
  130:16 136:18,19
**tables** 136:15
**tabs** 148:4
**tac** 149:18
**take** 15:19 35:10
  41:24 42:1 53:8
  62:5 83:5 86:15
  107:13 138:17
  154:16 156:23
  163:10 174:4
  176:6
**taken** 9:10 86:25
  113:15 137:24
  157:10 170:17
**talc** 16:4,6,15,21
  16:22,24 17:3,16
  18:10,12,16,17,22
  18:22 19:12,13,15
  19:20 20:13 21:19
  22:20 23:7,7,7
  26:15 34:4,5,13
  35:19,21,23,23
  37:15,20 38:9,22
  42:15 43:5 45:21
  47:15 50:13,13
  67:5,18 72:15
  74:12 76:5,24
  79:23 80:14 83:11
  84:7 86:8 88:9,18
  90:23 92:3,7 94:6
  97:9,24,25 100:3
  100:17 102:11,20
  107:15,24 108:5,7
  109:15 112:5,15
  120:22 121:16
  122:10 123:21,23
  124:5,11,20
  125:21,24 127:7
  127:14,17,17,19
  128:13,20 129:3,4

129:22 131:8,11
  132:4,4,9,13
  134:10,13,15
  135:24 136:11,15
  137:2 139:23
  140:5 144:17,20
  146:8 149:2,14
  151:14 155:14
  170:12,19,25
  171:23 172:2,5,6
  173:7,14,16 177:5
  178:14,17 182:9
  186:3 191:10
  192:6 194:19
  197:17,21 198:15
  198:18,23
**talco** 122:9
**talcs** 16:14 72:25
  149:21 197:21,23
  197:24
**talcum** 108:10,12
  108:16 113:6
  191:17
**talk** 15:10 27:4
  34:2 56:16,20,22
  91:18 95:18
  111:19 121:19
  122:3 149:9
  154:11 157:21
  159:4 174:23
  179:11 190:22
**talked** 27:6 40:14
  168:4 170:7
  183:16 184:8
**talking** 22:19 30:6
  37:23,24 40:4
  107:1 111:23
  166:24 167:3,4
  169:9,23 179:3
  194:1

**talks** 54:3,3 55:23
  150:15 168:5
**task** 80:14 101:2
**taught** 32:23
**team** 116:23 119:3
**technically** 149:13
**technique** 64:22
  115:3
**techniques** 65:10
**technological**
  190:2,15
**technologies**
  194:18
**teenager** 55:2
**teens** 56:20
**tell** 22:1,8 30:21
  31:2,23 65:3,7
  83:5 152:18 171:1
  187:20
**telling** 31:3 164:22
  167:7 187:10
**tells** 26:14 37:3,4
  65:1
**telofski** 101:17
**tem** 176:18 177:5
**ten** 28:14,24
  115:19 169:22
**tended** 180:3
**tendering** 12:4
**tens** 49:13,22 50:5
**term** 123:2
**terminology** 188:8
**terms** 41:20 46:20
  49:25 103:17
  106:17 149:11,14
**test** 20:21 69:5
  85:15,24 114:13
  126:20 155:12
  156:14 177:5,6
**tested** 67:18
  113:22 114:25

115:1 194:14,16
**testified** 15:1
32:18 77:6 107:3
117:5 142:2
**testify** 7:23 12:19
28:10 142:4
**testifying** 8:22
**testimony** 5:23 6:3
8:5,6,7,13,19
10:19,20,21 11:23
12:3 23:19 29:1
31:24 36:5 39:2
41:13 42:3 49:19
81:18 86:17 87:22
115:6 142:23
143:14 144:11
157:3
**testing** 7:22 20:18
67:21 96:13
133:21 139:23
144:18 146:11
151:13,16,17
155:13 176:17
**tests** 86:2,9 131:14
134:21 142:8
**texas** 3:10
**text** 40:8 162:12
162:23 163:13
**thank** 9:3,4 10:4,9
10:13 11:2,7,21
12:7 29:12 37:11
47:10,11 58:6
62:11 64:10 66:25
72:6 80:13 82:13
82:24 85:9 86:24
87:5,18 89:5
90:11,18 96:9
105:22 107:4,5,6
117:25 118:18
120:8,13,15
122:19 139:10,16

143:3 145:11
148:2 157:16
160:22 161:2
165:22 171:6,6
184:18 185:7,10
185:13
**theme** 56:24
**theoretically**
34:14,16,20
**therapeutic**
102:13
**thick** 24:12,24
76:12 83:17
**thin** 115:13 174:8
174:11 177:9
**thing** 55:13 77:12
82:4 84:15,19,21
142:7 164:21
179:10
**things** 151:17
162:20
**think** 5:7 7:2 18:8
21:20 26:20 49:15
58:1 62:2 66:19
70:10,25 88:4,14
98:14,18 102:3
115:10 133:2
140:21 163:24
167:17 179:22
181:25 182:2
183:7 199:19
**thinking** 88:14
**third** 3:6 60:24
61:8 124:4,10
147:20 164:5
189:5,19 191:1
198:22
**thought** 111:16
113:10 154:23
167:5,5

**thoughts** 197:20
**thousand** 26:7
**thousands** 21:16
24:11,15,21,22,25
26:3
**three** 18:3 19:3
27:22 38:8 86:9
108:15 124:18
129:2,3,8 156:2
169:9 172:18
187:15 199:10
**tim** 99:22
**time** 8:16 11:3
13:17 14:2,2,3,4,6
14:6,10 16:13,16
16:19 18:24 19:14
41:11 47:7 52:10
60:25 61:8 71:24
78:10 80:5,14
85:12 86:11 87:15
89:14,16 92:14
93:7 95:3 97:19
98:4 101:24
105:12 111:3
115:2 121:1
129:24 141:25
151:22 156:21
159:22 165:10
169:9 172:2,2
176:7,15 183:15
190:6 199:19
**times** 15:2,6 25:10
52:13 96:3,11
113:22 115:10
116:4,13,16,21
117:5 118:13,20
119:1,7,9,12
125:10 131:18
146:9 156:2
**tiny** 110:2

**tipped** 110:1
**tipping** 168:6
**tips** 168:12
**titanite** 132:10
135:23
**title** 88:7,16,20
101:19,20,23
**titles** 121:9
**tm7024** 152:4
155:10
**today** 9:20 14:16
22:19 43:18 85:12
109:22 116:25
119:5,15 144:5,6
156:12,14 164:23
169:24
**toiletries** 71:16
**toiletry** 71:12
80:12
**told** 7:4 21:21 29:5
30:22 43:3,8
116:21 119:1
123:22 158:21
159:10 182:13
**tolerance** 42:25
45:2
**tom** 111:19
**ton** 103:13
**tonnage** 74:12
**top** 55:8 126:4
143:10 169:12
185:15
**topic** 22:19 30:6
**total** 192:4
**totally** 28:7
**toxicologist** 23:5
32:22
**toxicology** 32:7,9
99:23 111:23
**trace** 72:25 111:23
128:6 131:7 134:9

135:14,15,16,17
**track**  97:6
**traditional**  108:12
**trained**  38:6,7
**training**  32:7,7,17
**transcript**  2:17
200:7,8
**transmission**  86:1
**treat**  102:16
167:13
**tremolite**  44:12,15
44:16,16,20,23,23
72:24 73:3,6 74:8
74:21,22,22,25
75:2,7 76:7,8,10
77:14 82:6 83:12
83:13,16 93:8,10
94:6,11,15,23 95:7
95:8 96:2,4,5,5,7
96:12,14,18 128:7
128:8,10 129:4,12
129:15 130:7,16
131:2,5,7,17,20
132:23 133:22,24
134:7,9,12 135:9
135:10,24 136:16
136:20 137:2,7,9,9
140:1,7 144:21
145:2,3 146:5,7,11
147:5,10 150:8
152:15 153:21
169:24 170:17,24
173:6,17 178:11
179:7 182:24
183:2 184:20
**tremolitic**  173:2,4
173:8,13,20 174:6
174:7 177:10
**trend**  125:20
**trial**  1:4 9:21
14:14 15:2,5

187:19
**tried**  40:16 81:9
**trillion**  50:4
**trillions**  49:8,13
49:17,22
**trimellitic**  74:12
**trip**  120:20
**true**  15:3 39:11
69:24 91:3 99:20
100:14,25 104:10
109:5 110:14,25
114:2 121:17
122:1 124:11,14
124:25 125:14,24
129:8 131:6
132:13 135:16
150:17 152:9
153:16 155:16
162:19 179:2
192:16 196:19
199:18 200:8
**trump**  160:12
**truth**  92:1
**try**  42:5 162:15
175:24 195:17
**trying**  81:9 144:7
146:25 158:6
187:25
**turn**  23:15,21 24:1
32:3 34:17 51:1
53:12 57:25 59:4
59:14 64:12 70:23
80:2 88:3 92:15
103:4 110:2,7
115:12,17 119:19
123:8 126:3 131:1
131:4,13,21
133:14 137:12
139:18 151:20
172:17 191:13
199:3,10

**turned**  9:13 21:24
26:24 51:5 55:13
87:3 88:5 157:14
**tv**  61:22
**twist**  169:5,12,14
**twisty**  110:3 169:1
**two**  14:2,3,5 20:22
33:8 38:8 39:3
56:19 60:14 71:6
73:4 112:11
114:23,24 124:18
127:15 152:22
153:12 173:19
183:25 188:19
194:15
**type**  95:14 135:12
190:21
**typical**  55:2
**typifies**  55:1

**u**

**u**  16:17 102:2
**uh**  23:17 31:16
55:11 64:18 127:4
150:1
**uk**  23:14 26:20
193:7
**ultimate**  149:17
**un**  69:4 70:5,12
**unacceptable**
76:24 82:11 84:7
**underneath**
166:17
**undersized**  6:21
**understand**  14:15
14:17 53:2 81:23
137:10 141:3
146:21 186:17
188:1
**understanding**
17:1 22:18 26:10
41:2 45:4 49:25

118:12
**understands**  34:3
49:6 55:20 102:10
**understood**  9:1
35:19 38:20 50:20
54:1 58:21 63:19
145:1
**unequivocally**
137:7
**unique**  123:18
**united**  18:17 23:5
26:18 63:24 90:3
91:10 92:5 172:5
**university**  196:17
197:6
**unknown**  108:15
**unnecessary**  112:8
**unpleasant**  173:22
**unquote**  186:19
188:4
**updated**  166:19
**upstairs**  86:19
156:24 157:7
**urban**  197:8
**urged**  108:10
**usage**  58:16 59:15
**use**  8:5 37:3 42:19
52:9 61:24 63:8
76:24 84:7 90:8
102:11 109:4
112:16 124:5,20
149:14 154:4
158:11,19,24
159:7 160:14,15
162:5,15 167:15
167:25 168:18,23
172:3,15,21
173:19 177:4,6
180:3 184:23,24
186:13 187:21
188:22 191:9,17

196:2 197:21
**uses**  59:16 82:11
  93:11 101:23
  185:1,19
**usurp**  6:16

**v**

**v**  1:6,11,16,21 5:20
**val**  16:10,11 19:12
  122:9 123:10,20
**valeant**  20:3
**validated**  68:10
**valley**  123:19
**value**  108:13
**vanderbilt**  74:11
  74:16,17
**varieties**  76:10
  83:15
**variety**  132:23
**various**  26:16
**vary**  155:22
**vehicle**  6:10
**verification**  147:7
**verified**  140:4
  144:20
**verify**  188:25
  189:2,8
**veritext.com**  2:24
**vermont**  17:22
  18:16,22 19:1,22
  96:15 100:3 108:1
  172:6,16 173:5,13
  173:16
**versa**  21:14
**version**  71:20
  79:11,14 175:4
  177:1
**versus**  9:22,24,25
  10:1
**vet**  162:17,19,21
  162:24 163:7,14
  164:14,14,17,17

172:2,3
**vetted**  166:21
**vice**  21:14
**view**  74:7 76:22
  84:5
**villa**  123:15,15,16
  123:17
**virtually**  103:15
**viscomi**  2:12
**visible**  157:1
**visit**  130:22
**visited**  27:5 122:9
**visual**  53:21 54:14
**volume**  1:6 2:5
  12:9 196:9 199:24
**volumes**  12:9
**volunteered**  68:15

**w**

**w**  100:5 102:2
**w.b.**  52:5
**w.h.**  104:13
**wage**  2:21 200:3
  200:12
**wait**  60:11 73:14
  73:14,14 105:11
  139:3,3,3 143:19
  143:19 144:4
  169:8,8 175:5
**waived**  142:12,15
**wajsczuk**  102:3
**want**  21:3 31:24
  56:1 62:7 81:25
  91:18 106:15
  115:17 121:20
  122:5 143:10
  149:9,16 153:7
  174:11 175:5
  178:6,11 180:17
  180:18 181:16,23
  187:8 189:2

**wanted**  5:12 49:24
  125:23 159:11
  179:10 195:17
**wants**  189:8
**war**  16:17 17:3,4
  32:23 99:6
**warning**  42:15,18
**warnings**  105:17
  106:6
**way**  6:22 7:7
  11:23 32:20 36:8
  41:14 67:21 73:22
  109:25 135:13
  151:25 168:8
  183:8
**ways**  60:14 188:19
**we've**  64:20 70:18
  71:15 126:18
  147:18 170:6
  187:18
**wealthy**  123:17
**wear**  156:25
**web**  39:18,18,19
**webber**  10:21
**website**  39:15,17
  40:17,21,23,25
  41:3,18,22,25 79:5
  157:23 161:22
  162:13,15,25
  167:24
**wednesday**  111:16
**week**  14:23 22:22
  27:6 133:16 170:4
**weight**  49:6
**weil**  3:15
**welcome**  10:17
**went**  19:11 23:9
  40:2 158:5,15
  182:20
**west**  2:22

**whatsoever**  17:12
  86:18 157:4
  182:11,17
**wide**  52:14 156:3
**widely**  33:12
**wife**  13:21 14:1,4
  14:5 121:25
**william**  1:19 3:12
  9:25
**window**  16:20
**windsor**  18:5,8,13
  100:2 151:25
**wishes**  80:13
**withdraw**  197:24
**withdrawn**  198:3
**withheld**  21:2,10
**witness**  4:2 5:3 6:4
  6:5 8:12 9:17
  10:24 11:1,5,16
  25:21,25 68:19
  78:11 81:7,19
  85:2 86:24 117:5
  118:9 120:6,13
  143:9,20
**witness's**  117:23
**witnesses**  5:16
  10:22 142:18
**woman**  111:16
**word**  56:2 59:17
  114:17 134:3
  145:22 154:4
  158:11 172:3
  175:9,14,16
  183:12 188:13
**words**  14:18 22:19
  90:8 114:18
  168:17
**work**  12:18,21
  22:5 72:23 108:21
  141:23 186:18

[worked - zoom]                                                    Page 38

**worked** 13:1 32:8
 32:23 140:18
 197:7
**working** 9:7 31:9
 149:1
**works** 167:13
 186:17
**world** 17:4 32:23
 90:3 91:3 92:7
 99:6 123:18
**worldwide** 16:2
 32:11 60:22
**worried** 123:20
**worry** 119:23
**worse** 167:18
**write** 91:22 98:19
**writes** 108:20,24
**writing** 75:12,15
 148:13 180:7
 195:5,19
**written** 40:12
 41:22,24 75:4
 100:9 108:8 109:1
 116:3 119:6,12
 122:21 124:12,15
 124:19 140:8
 144:23 153:14,25
 158:3 162:12,21
 166:17 173:3
 177:11 185:22,22
 194:23 195:14
**wrong** 130:9
 144:24 183:23
**wrote** 91:16,17,19
 91:20,23,24 96:22
 109:2 115:9 125:9
 140:3 147:4
 194:12 195:3,11

**x**

**x** 4:1,4 64:21
 67:10 76:23 77:11
 82:10 84:6 85:15
 85:24 129:22,23
**xrd** 64:21,24
 67:19 68:4,23,25
 69:20 77:7,23,25
 78:5 87:23 152:5

**y**

**yeah** 27:15 28:24
 32:1,22 33:18
 36:10 38:17 43:23
 45:7 48:1,10 49:4
 49:20 51:9,9
 53:19,19,19 54:5
 54:16 56:11 58:24
 58:25 65:16 68:8
 74:24 75:18 78:16
 82:2 83:8 93:18
 93:20,20,25 94:3,8
 94:8 96:16 97:1
 97:14,14 99:1,9
 101:11,16,25
 102:7 105:4 108:8
 109:2,19,20 110:5
 110:5,18,20
 113:10 115:25
 125:3 127:8 128:3
 128:17 131:8
 133:24,24 134:4
 134:19 135:7,10
 135:17,20 136:3
 137:11,17 138:16
 144:9,25 145:3
 147:3,23 150:24
 161:22 174:22
 178:8 180:2,4
 181:5,19,24 184:2
 184:11 188:2

191:24 192:10,10
 192:10 193:25
 194:24 195:21
 196:11 199:8,11
**year** 13:1 15:1,5,8
 24:5,6 56:18,19
 57:3,3 116:3
 123:11 144:13
 154:21 163:21
 170:20 182:20
 192:1
**years** 18:3 25:11
 39:3 73:22 84:18
 103:11 124:17
 125:14 138:17
 144:19 163:20
 164:20 190:24
**yeast** 167:18
**yellow** 125:5
 153:25
**yep** 31:16 115:15
 154:25 171:15,16
 171:17
**yielded** 127:16
**york** 3:7,7 31:20
 115:10 116:4,13
 116:16 117:5
 118:13,20 119:7,9
 119:12 125:10
**younger** 50:24

**z**

**z** 102:2
**zero** 42:25 43:13
 43:22 44:9 45:2
 198:18
**zircon** 132:10
**zoom** 52:4 53:16

Exhibit 87

**AMPHIBOLE ASBESTOS FOUND IN HISTORICAL JOHNSON'S BABY POWDER 1960 - 2000s**

| Year Manufactured (sample name) | TEM Amphibole Asbestos Structures Per Gram Of Talc | TEM Amphibole Asbestos Structures Per Ounce Of Talc (28.35 x # Asbestos Structures) | TEM AmphiboAsbestos Structures Assumed Per 10 Ounce Bottle Of Talc |
|---|---|---|---|
| 1960 (M68503-010) | 31,400 | 890,190 | 8,901,900 |
| 1962 (M68503-009) | 17,700 | 501,795 | 5,017,950 |
| 1963 (M68503-024) | nsd | na | na |
| 1965 (M68503-014) | 17,300 | 490,455 | 4,904,550 |
| 1967 (M68503-019) | 18,000 | 510,300 | 5,103,000 |
| 1967 (M69042-005) | nsd | na | na |
| 1967 (M69042-006) | nsd | na | |
| 1967 (M69042-007) | nsd | na | na |
| 1970 (M68503-005) | nsd | na | na |
| 1970 (M69042-009) | nsd | na | na |
| 1972 (M68503-021) | nsd | na | na |
| 1973 (M68503-023) | 8,760 | 248,346 | 2,483,460 |
| 1975 (M69042-001) | 22,400 | 635,040 | 6,350,400 |
| 1978 (M68233-001) | 7,240 | 205,254 | 2,052,540 |
| 1978 (M69042-002) | 22,130 | 627,385 | 6,273,850 |
| 1978 (M68503-001) | 34,800 | 986,580 | 9,865,800 |
| 1978 (M69042-002) | 66,800 | 1,893,780 | 18,937,800 |
| 1978 (M69042-008) | 18,100 | 513,135 | 5,131,350 |
| 1979 (M68503-059) | 17,100 | 484,785 | 4,847,850 |
| 1980 circa (M66514-001) | 24,700 | 700,245 | 7,002,450 |
| 1984 (M68503-001) | 18,700 | 530,145 | 5,301,450 |
| 1985 (M69042-010) | 12,500 | 354,375 | 3,543,750 |

nsd: No structures detected at TEM detection limit    na: Not applicable, fibrous talc calculations not possible

Data from MAS, LLC Supplemental Expert Report & Analysis of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos dated 3-11-18 and MDL Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos. Second Supplemental Report dated 2-1-2019

**AMPHIBOLE ASBESTOS FOUND IN HISTORICAL JOHNSON'S BABY POWDER 1960 - 2000s**

| Year Manufactured (sample name) | TEM Amphibole Asbestos Structures Per Gram Of Talc | TEM Amphibole Asbestos Structures Per Ounce Of Talc (28.35 x # Asbestos Structures) | TEM AmphiboAsbestos Structures Assumed Per 10 Ounce Bottle Of Talc |
|---|---|---|---|
| 1994 (M65228-001) | 445,000 | 12,615,750 | 126,157,500 |
| 1994 (M68503-016) | nsd | na | na |
| 1996 (M68503-017) | nsd | na | na |
| 2004 (M66507-001) | nsd | na | na |
| 2012 (M66515-001) | 8,740 | 24,7779 | 2,477,790 |
| 2012 (M66516-001) | 8,690 | 246,362 | 2,463,620 |
| 2012 (M66352-001) | nsd | na | na |

nsd = no structures detected at the TEM detection limit

nsd: No structures detected at TEM detection limit    na: Not applicable, fibrous talc calculations not possible

Data from MAS, LLC Supplemental Expert Report & Analysis of Johnson & Johnson Baby Powder and Valeant Shower to Shower Talc Products for Amphibole Asbestos dated 3-11-18 and MDL Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos. Second Supplemental Report dated 2-1-2019

**AMPHIBOLE ASBESTOS FOUND IN JOHNSON'S SHOWER TO SHOWER POWDER 1960 - 2000's***

| STS YEAR MANUFACTURED (STS Sample) | TEM Amphibole Asbestos Structures Per Gram Of Talc | TEM Amphibole Asbestos Structures Per Ounce Of Talc (28.35 x # Asbestos Structures | TEM Amphibole Asbestos Structures Assumed Per 10 Ounce Bottle Of Talc |
|---|---|---|---|
| 1966 (M68503-027) | nsd | na | na |
| 1968 (M68503-038) | nsd | na | na |
| 1969 (M68503-026) | 268,000 | 759,7800 | 75,978,000 |
| 1971 (M68503-029) | nsd | na | na |
| 1974 (M68503-028) | 17,500 | 496,125 | 4,961,250 |
| 1975 (M68503-046) | nsd | na | na |
| 1976 (M68503-042) | 23,600 | 669,060 | 6,690,600 |
| 1975 (02D STS) | nsd | na | na |
| 1978 (07D STS) | 82,000 | 2,324,700 | 23,247,000 |
| 1978 (15D STS) | 61,000 | 1,729,350 | 17,293,500 |
| 1978 (50D STS) | nsd | na | na |
| 1980 (10D STS) | nsd | na | na |
| 1980 (38D STS) | 53,000 | 1,502,550 | 15,025,500 |
| 1980 (53D STS) | nsd | na | na |
| 1980-81 (63D STS) | nsd | na | na |
| 1981 (52D STS) | 70,000 | 1,984,500 | 19,845,000 |
| 1981 (65D STS) | 95,000 | 2,693,250 | 26,932,500 |
| 1982 (37D STS) | 9,300 | 66,509 | 665,090 |
| 1982 (45D STS) | 9,000 | 255,150 | 2,551,500 |
| 1982 (51D STS) | nsd | na | na |
| 1982 (66D STS) | nsd | na | na |
| 1983 (21D STS) | nsd | na | na |
| 1986 (31F STS) | 22,000 | 623,040 | 6,230,400 |
| 1986 (31G STS) | 30,000 | 849,600 | 8,496,000 |

* 2012 J&J sold STS to Valeant    nsd = no structures detected at the TEM detection limit

Data from MAS, LLC MDL Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos. Second Supplemental report dated 2-1-2019

1 of 1

**TALC FIBERS FOUND IN HISTORICAL J&J COSMETIC TALCUM POWDERS**

**1960s**

| Sample # | Date of Manufacture | TEM Analysis F.T. | Talc Fibers per gram | Talc Fibers Per Ounce* | Assuming Talc Fibers Per 10 Ounce Bottle |
|---|---|---|---|---|---|
| M68503-010 | 1960 | Trace | 852,000 | 24,154,200 | 241,542,000 |
| M68503-009 | 1962 | Trace | 882,000 | 25,004,700 | 250,047,000 |
| M68503-024 | 1963 | Trace | 896,000 | 25,401,600 | 254,016,000 |
| M68503-004 | 1964 | Trace | 298,000 | 8,448,300 | 84,483,000 |
| M68503-014 | 1965 | Trace | 864,000 | 24,494,400 | 244,944,000 |
| M68503-027 | 1966 | Trace | 290,000 | 8,221,500 | 82,215,000 |
| M68503-011 | 1967 | nsd | na | na | na |
| M68503-019 | 1967 | Trace | 892,000 | 25,288,200 | 252,882,000 |
| M69042-003 | 1967 | Trace | 890,000 | 25,231,500 | 252,315,000 |
| M69042-005 | 1967 | Trace | 873,000 | 24,749,550 | 247,495,500 |
| M69042-006 | 1967 | nsd | na | na | na |
| M69042-007 | 1967 | nsd | na | na | na |
| M68503-038 | 1968 | Trace | 304,000 | 8,618,400 | 86,184,000 |
| M68503-026 | 1969 | Trace | 864,000 | 24,494,400 | 244,944,000 |

nsd: No structures detected at TEM detection limit     na: Not applicable, fibrous talc calculations not possible     *28.35 g/ounce

Data from MAS, LLC MDL Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos. Second Supplemental report dated 2-1-2019

1 of 4

**TALC FIBERS FOUND IN HISTORICAL J&J COSMETIC TALCUM POWDERS**

**1970s**

| Sample # | Date of Manufacture | TEM Analysis F.T. | Talc Fibers per gram | Talc Fibers Per Ounce* | Assuming Talc Fibers Per 10 Ounce Bottle |
|---|---|---|---|---|---|
| M68503-005 | 1970 | Trace | 877,000 | 24,862,950 | 248,629,500 |
| M69042-009 | 1970 | Trace | 637,000 | 18,058,950 | 180,589,500 |
| M68503-029 | 1971 | Trace | 1,020,000 | 28,917,000 | 289,170,000 |
| M68503-021 | 1972 | nsd | na | na | na |
| M68503-023 | 1973 | Trace | 876,000 | 24,834,600 | 248,346,000 |
| M68503-028 | 1974 | nsd | na | na | na |
| M69042-001 | 1975 | nsd | na | na | na |
| M68503-046 | 1975 | nsd | na | na | na |
| M68503-042 | 1976 | nsd | na | na | na |
| M68233-001 | 1978 | nsd | na | na | na |
| M68233-002 | 1978 | Trace | 735,000 | 20,837,250 | 208,372,500 |
| M68503-057 | 1977 | nsd | na | na | na |
| M68503-020 | 1978 | Trace | 868,000 | 24,607,800 | 246,078,000 |
| M69042-002 | 1978 | Trace | 890,000 | 25,231,500 | 252,315,000 |
| M69042-004 | 1978 | Trace | 603,000 | 17,095,050 | 170,950,500 |
| M69042-008 | 1978 | nsd | na | na | na |
| M68503-059 | 1979 | Trace | 855,000 | 24,239,250 | 242,392,500 |

nsd: No structures detected at TEM detection limit    na: Not applicable, fibrous talc calculations not possible    *28.35 g/ounce

Data from MAS, LLC MDL Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos. Second Supplemental report dated 2-1-2019

## TALC FIBERS FOUND IN HISTORICAL J&J COSMETIC TALCUM POWDERS

### 1980's

| Sample # | Date of Manufacture | TEM Analysis F.T. | Talc Fibers per gram | Talc Fibers Per Ounce* | Assuming Talc Fibers Per 10 Ounce Bottle |
|---|---|---|---|---|---|
| M68503-001 | 1984 | Trace | 624,000 | 17,690,400 | 176,904,000 |
| M69042-010 | 1985 | Trace | 624,000 | 17,690,400 | 176,904,000 |
| M69751-037 | 1989 | Trace | 548,000 | 15,535,800 | 155,358,000 |

### 1990's

| Sample # | Date of Manufacture | TEM Analysis F.T. | Talc Fibers per gram | Talc Fibers Per Ounce* | Assuming Talc Fibers Per 10 Ounce Bottle |
|---|---|---|---|---|---|
| M69757-005 | 1990 | Trace | 434,000 | 12,303,900 | 123,039,000 |
| M69757-007 | 1990 | Trace | 478,000 | 13,551,300 | 135,513,000 |
| M69751-039 | 1991 | Trace | 497,000 | 14,089,950 | 140,899,500 |
| M69751-040 | 1991 | Trace | 451,000 | 12,785,850 | 127,858,500 |
| M68503-016 | 1994 | Trace | 898,000 | 25,458,300 | 254,583,000 |
| M69757-004 | 1994 | Trace | 403,000 | 11,425,050 | 114,250,500 |
| M69751-036 | 1995 | Trace | 438,000 | 12,417,300 | 124,173,000 |
| M68503-017 | 1996 | Trace | 895,000 | 25,373,250 | 253,732,500 |
| M69757-006 | 1996 | Trace | 439,000 | 12,445,650 | 124,456,500 |
| M69751-002 | 1999 | nsd | na | na | na |

nsd: No structures detected at TEM detection limit    na: Not applicable, fibrous talc calculations not possible    *28.35 g/ounce

Data from MAS, LLC MDL Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos. Second Supplemental report dated 2-1-2019

3 of 4

**TALC FIBERS FOUND IN HISTORICAL J&J COSMETIC TALCUM POWDERS**

**Early 2000's**

| Sample # | Date of Manufacture | TEM Analysis F.T | Talc Fibers Per gram | Talc Fibers Per Ounce* | Assuming Talc Fibers Per 10 Ounce Bottle |
|---|---|---|---|---|---|
| M69751-001 | 2000 | Trace | 471,000 | 13,352,850 | 133,528,500 |
| M69751-006 | 2000 | Trace | 439,000 | 12,445,650 | 124,456,500 |
| M69751-007 | 2000 | Trace | 458,000 | 12,984,300 | 129,843,000 |
| M69571-038 | 2000 | Trace | 437,000 | 12,388,950 | 123,889,500 |
| M69751-004 | 2001 | Trace | 434,000 | 12,303,900 | 123,039,000 |
| M69751-008 | 2003 | nsd | na | na | na |

nsd: No structures detected at TEM detection limit    na: Not applicable, fibrous talc calculations not possible    *28.35 g/ounce

Data from MAS, LLC MDL Report: The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos. Second Supplemental report dated 2-1-2019