# Exhibit 99

Section #2

    IMERYS 427326

Smith                                              8/21/72

1- R-72    35°                    Smith

0- 72'6" - HW                     2. R-7L    85°

72.6 - 73.6 - Talc                0- 124 HW

73.6 - 80 - Chorlite              124' - 124.2"- Talc

80 - 177- Talc                    124'2" - 131 Cinder Chorlite

177- 179- Cinder Chorlite         131- 153 Talc

179. 180 Talc                     153- 154 Cinder

180 - 181- Cinder                 154- 167. Talc

181 - 241. Talc                   167- 176- Cinder       Hole
                                                         complete
241- 261 F.W.                     176- 178- Talc         8/18/72

Note:                             178- 181' Cinder

74' - 78' Quartz                  181- 250 Talc

                                  250- 252.6" Cinder
Hole Complete - 9/29/72
                                  252.6"- 268 Talc

                                  268- 297 F.W.


9/20/72                           Joy  3R72 (cont.)
3R72 Joy   N70°W
           50°                    159- 170 Talc
       Smith
                                  170- 173 Cinder
0- 52 H.W.
                                  173- 212 Talc
52- 60 Talc
                                  212- 240 Hand Talc Fine
60- 61 Cinder
                                  240- 378 F.W  9/29/72
61- 64 Talc

64- 80 Limey Talc

80- 87 Wheathered Shear
      Zone Talc

87- 102 Talcos Limestone          LOGGED BY
                                    WAD
102- 104 Talc

104- 119 Limestone

119- 123 Talcos Limestone

123- 127 Grading To Serpentinite

127- 139 Serpentinite

139- 159      "

Protected Document - Subject to Protective Order                    IMERYS 427327

POWER TRANSMISSION — MATERIAL HANDLING CONVEYORS
BOILER ROOM SUPPLIES — REFRACTORIES

8/31/72   4-R. 72   SMITH   75°

0 - 15   Over burden
15 - 25   Talc Low Grade
25 - 160   Ser P.
160 - 172   Cinder
172 - 173   Talc
173 - 179   Cinder
179 - 183   Talc
183 - 350   F.W.

SMITH   5R72   45°

0 — 216   Ser P.
216 - 220   Low Grade Talc
220 - 275   F.W.

Hole Complete. 9/16/72

7R 72   45°

0 —  97   H.W.
97 - 98   Limey Talc
98 - 99   Talc
99 - 115   F.W. Monutown
              Lot of Quartz

9/18/72   6R72   Due. W - 55°

0 — 93   H.W.
93 - 111   Talc
111 - 112   Cinder
112 - 134   Talc
134 - 147   Cinder
147 - 176   Talc
176 - 220   F.W.   9/29/72 Complete

9/21/72   6RB   90°   Due West

0 — 161   H.W.
161 - 176   Talc
176 - 179   Cinder
179 - 184   H. Grade Talc
184 - 234   F.W.   10/3/72
                        complete

Joy   8 R 72   N85°W   Angle 45°

0 — 48   H.W
48 - 89   Talc
89 - 104   Grey Talc
104 - 109   Soft Talc Spots
109 - 214   Talc   141 to 164 Lime Talc
                        164 to 167 Talc
                        167 to 169 Lime Talc
214 - 276 -   Ser P.   169 to 209 Talc
                        209 to 210 Qtz
                        210 to 214 Talc
276 - 280 -   Granular Talc
280 - 281 -   Ser P
281 - 286 -   Talc
286 - 312   Ser P. Blocky
312 - 326 -   Ser P.
326 - 335 -   Serpentite Talc Zone
                        Grading to Comb.
335 - 340   Limey Talc good seams
340 - 347   Good Mica. Talc Whet.
347 - 360   Biotite
360 - 369   F.W.   10/8/72 Complete

   IMERYS 427328

W.J.G.   31/7/73

[12-R-73]          341' END

60° to West

0-6    overburden

6-13   high grade (red stain)

13-14  chlorite

14-27  medium grade + some limey

27-86  schist cinder + quartz

86-100  high grade

100-149  low grade, limey

149-160  chlorite + limey

160-341  low grade turning to verde antique


[13-R-73]          431' END

60° to West

0-5    overburden

5-29   low grade, limey

29-33  chlorite

33-97  low grade, limey

97-100  high grade

100-187  low grade, limey

187-218  medium grade

218-219  chlorite

219-250  low grade to medium

250-261  low grade limey

261-326  high grade    lost 12' (ground)

326-337  chlorite

337-359  high grade    lost 17' (ground)

359-431  low grade    getting harder → verde antique

14-R-73    located 75' East of 8-R-72        457' END
70° to West

0-21    overburden
21-26   medium to high grade
26-299  schist (Cram Hill)
299-315 chlorite + some talc
315-340 very high grade
340-348 chlorite
348-352 quartz vein + chlorite
352-457 schist (Moretown)


15-R-73                                     88' END
0-21    overburden
21-25   low grade, limey
25-26   chlorite
26-49   low grade, limey
49-52   Med. to High Grade
52-54   chlorite
54-66   Low grade, limey
66-88   serpentinate

Protected Document - Subject to Protective Order                    IMERYS 427330

16-R-73    75° to West                              275' END

0-10? overburden

10-136    schist (Cram Hill)

136-136.5    chlorite

136.5-145    high grade

145-148    medium to low grade

148-157    low grade (limey)

157-195    medium to high grade

195-200    chlorite

200-218    high grade

218-241    medium grade (low color)

241-252    medium grade

252-265    medium with some limey spots

265-267    chlorite-biotite blackwall

267-275    schist (Moretown) Footwall

17-R-73    70° to West                              233' END

0-8' overburden

8-182' schist (Cram Hill)

182-195    chlorite with some talc high grade

195-205    high grade

205-223    medium grade

223-224    chlorite

224-233    medium grade    END, hole kinked 20° to 50° inclination

Protected Document - Subject to Protective Order                              IMERYS 427331

Location Corrections Argonaut

The following corrections are made from a recent resurvey of a traverse made several years ago by Tom Cooke. Most of the DDH locations have been shot from this traverse. Topog at the North end of Argonaut changes by roughly 10', and has been corrected on the permanent map.

| traverse point | Lat.N | Dep.E | Elev | DDH | Lat.N | Dep.E | elev |
|---|---|---|---|---|---|---|---|
| 120 | 16960.29 | 11133.34 | 1545.41 | 1-R-72 | 17523.6 | 11205.5 | 1570.7 |
| 121 | 17091.57 | 11102.26 | 1546.62 | 2-R-72 | '' | '' | '' |
| 122 | 17210.58 | 11065.15 | 1545.71 | 3-R-72 | 17368.3 | 11172.2 | 1564.5 |
| 123A | 17327.99 | 11157.43 | 1557.32 | 4-R-72 | 17190.8 | 10985.4 | 1526.3 |
| 124 | 17459.98 | 11114.13 | 1556.48 | 6-R-72 | 17931.9 | 11195.4 | 1579.5 |
| 124A | 17409.33 | 11107.24 | 1560.44 | 6-RB-72 | '' | '' | '' |
| 125 | 17568.82 | 11115.67 | 1552.47 | 7-R-72 | 18115.4 | 11221.0 | 1562.1 |
| 126 | 17684.51 | 11096.86 | 1551.82 | 8-R-72 | 17077.7 | 11134.1 | 1550.9 |
| 127 | 17825.32 | 11016.16 | 1532.44 | | | | |
| 128 | 17965.14 | 11067.83 | 1536.99 | 14-R-73 | 17075.4 | 11206.4 | 1563.7 |
| | | | | 15-R-73 | 17093.4 | 11197.6 | 1569.3 |
| | | | | 16-R-73 | 17405.2 | 11202.8 | 1573.7 |
| | | | | 17-R-73 | 17260.4 | 11212.8 | 1574.6 |
| | | | | 18-R-73 | 17507.6 | 11250.4 | 1576.6 |
| | | | | 19-R-73 | 17694.7 | 11279.8 | 1578.3 |

*only information which has changed is included. Latitude and Departure changes are minor. Elevation changes are more significant

IMERYS 427332



DDH LOCATIONS - ARGONAUT MINE
200 scale, W.J.G. 20 Sept. 73

Protected Document - Subject to Protective Order

IMERYS 427333

21 Sept 73

Subject: Status of Exploration Program 1973

Referral: schedule by A. Mihulka, 6 June 73

A. Diamond Drilling Holes
    a) unsurveyed holes - 18-R, 19-R, 17-R, 2-M, 5-M
    b) all holes logged
    c) all sections completed
    d) holes to be collected - 2-M (no talc), 5-M (no talc), 18-R & 19-R
        (talc sections removed and in core shed), 5-F (on road at
        Frostbite), 6-M still drilling.
    e) all splits completed

B. Geologic surface details mapped and plotted on 200 scale, on DDH cross-
    sections. 30 scale to follow pending completion of base map.

C. Argonaut excavation examined; no detailed map of Frostbite geology yet

D. Consult Engineering section

E. Consult Engineering section

F. Surface Maps:
    a) 200 scale map completed + geology (consult main report)
    b) 30 scale for Clifton not completed
    c) 30 scale for Argonaut completed, including underground
    d) 30 scale for Frostbite completed, including underground
    e) 30 scale for MacKenzie not necessary

G. All geologic section complete and reported

H. Reserves for Clifton - Frostbite still in preliminary.

    Reserves for bulk of cosmetic orebody at Argonaut completed in
    detailed and final copy.

Comment: While the Argonaut exploration project has produced more infor-
    mation than we anticipated, the Frostbite and Clifton project are
    behind in the critical stage of ore reserve calculation. The new
    geologic sections in the main 1973 report should allow calculation
    for Frostbite to improve the preliminary reserve computation.

W. J. Gregg

cc R. Miller
   A. Mihulka
   W. Dezaine
   J. Brammer

Protected Document - Subject to Protective Order

IMERYS 427334

PENN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

Hole No. 1-R-72 Started 8/21/72  Completed 25/8/72  Location 115226N 115335E

Bearing N 70 W  Lat. _____  Dep. 261  Elev. 158/159

Inclination 35°  Remarks _____

Logged by GREGG  Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|---|---|---|---|---|---|---|
| 0 | 6 | 0 | 0 | — | | overburden |
| 6 | 21 | 11' | | — | 87° to 80° | weathered zone (intermittent) in biotile |
| 21 | | | | | | sericite quartz schist. |
| 21 | 37 | 16' | | | 80°-78° | biotile-sericite-quartz schist to |
| | | | | | | phyllite containing minor (1-2") |
| | | | | | | zones locally enriched in garnet and chlorite |
| 37 | 39 | — | | | 75°-73° | small scale deformation in this zone |
| 39 | 71.5 | | | | | biotile-sericite-quartz schist to phyllite |
| 71.5 | 72 | | | | | biotile - chlorite schist |
| 72 | 73 | | | | | lt green talc schist (pure - non carbonate) |
| 73 | 74 | | | | | biotile-sericite-quartz schist |
| 74 | 78 | | | | | quartz vein with biotile & chlorite |
| 78 | 81 | | | | | chlorite schist w/ accessory talc |
| 81 | 92 | | | | 50° | lt green talc schist w/ accessory chlorite |
| 92 | 106 | | | | 55° | lt green talc schist w/ minor chlorite |
| -106- | | | | | | 7" vein of black mineral poss hematite |
| 106.3 | 107.8 | | | | 54° | lt green talc schist (low carb - good schistose) |
| 107.8 | 108.6 | | | | | 1' vein of black min (poss. hematite) |
| 108.6 | 114 | | | | | lt green talc schist (low carb - good schistos) |
| 114 | 114.1 | | | | | 1" vein of black min (poss hematite) |
| 113 | 116 | | | | | light green talc w/ minor carbonate and |
| 127 | 144.2 | | | | 60° | talc-carbonate schist w/ minor black min |
| 244 | | | | | | (some black is biotile) |



Protected Document - Subject to Protective Order

IMERYS 427336

N MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

o No. I-R-72 Started _____  Completed _____  Location _____

earing _____ Lat. _____  Dep. _____  Elev. _____

lination _____  Remarks _____

ogged by _____  Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 144.2 | 145.5 | | | | 75° | chlorite - talc schist w/biotite and carbonate |
| 145.5 | 155 | ✓ | | | 65-70° | low carbonate talc schist with some biotite (large particle size) |
| 155 | 164 | ✓ | | | | Very high carbonate talc schist |
| 164 | 176 | ✓ | | | | talc - carbonate schist |
| 176 | 179 | | | | 56° | biotite chlorite schist |
| 179 | 181 | | | | | dark grey talc-carb schist w/o slip (ground) |
| 181 | 183 | | | | | biotite - chlorite schist |
| 183 | 197.5 | 9 ft lost | | | | white talc - carbonate schist with some large carbonate runs |
| 197.5 | 199 | | | | | dark grey talc carb schist (hard) |
| 199 | 201 | | | | | white talc - carb schist |
| 201 | 205 | | | | | dark grey talc - carb schist (hard) |
| 205 | 207 | | | | | dark grey talc - carb schist (soft) |
| 207 | 221.5 | | | | | white talc carb schist, occasional zones of very soft talc (6-8") |
| 221.5 | 226.5 | | | | | hard zone of grey talc - carbonate schist |
| 226.5 | 236 | | | | | best zone of hole - white talc carbonate schist with excellent schistose & particle size |
| 236.0 | 236.2 | | | | | chlorite (3") |
| | 244 | | | | | talc - carbonate schist (slightly harder grit) |
| 244 | 261 | | | | 80° | footwall |

Protected Document - Subject to Protective Order

IMERYS 427337



Protected Document - Subject to Protective Order

IMERYS 427338

$\mathcal{B}.\mathcal{C}$

Protected Document - Subject to Protective Order                    IMERYS 427339

(A)

1-R and 2-R



NOTE:
interpretation
will not work
for contact

1-R-72

2-R-72

STRUCTURE SECTION A
1-R and 2-R-72
— — — indicates projection
———— indicates actual core angle
30 scale
W.J.G.  13/6/73

WIN: these are for structure not geology logs.  Bill

Protected Document - Subject to Protective Order                    IMERYS 427340



MEASURED
inclination of layering
to core AXIS

STRUCTURE SECTION B
1-R and 2-R-72

— — — indicates projection
———— indicates actual core angle
30 scale
W.J.G. 13/6/73

WIN: This is the best picture of the way it lies from the drill core data.
Bill.

Protected Document - Subject to Protective Order                    IMERYS 427341

STERN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG    2R

Hole No. 2-R-72 Started 11/8/72 Completed 18/8/72 Location _____

Bearing N70W ⊕ _____ Lat. _____ Dep. _____ Elev. 1581.59

Inclination 85° Remarks _____

Logged by GREGG _____ Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|------|
| 0 | 9 | | | | | overburden |
| 9 | 90 | | | | 30° | biotite-sericite-quartz schist |
| 90 | 94 | | | | 30° | quartz vein |
| 94 | 113 | | | | 40° | biotite-sericite-quartz schist |
| 113 | 119 | | | | 55° | biotite-sericite-qtz schist |
| 119 | 123 | | | | 62° | bio-ser-qtz schist |
| 123 | 125 | | | | 62° | mixture of chl-bio-talc schist |
| 125 | 130 | | | | 70 | bio-ser-qtz schist |
| 2 | 131 | | | | | bio-chl schist |
| 131 | 152.5 | | | | | white talc-carb schist (good slip) |
| 152.5 | 154 | | | | | bio-chl schist w/minor sulphd |
| 154 | 156 | | | | | pure white talc schist |
| 156 | 161 | | | | | grey-white talc carbonate schist |
| 161 | 162.5 | | | | | dark grey talc-biotite-chlorite sch |
| 162.5 | 167.5 | | | | | light grey talc carbonate schist |
| 167.5 | 182 | | | | | chlorite-biotite schist |
| 182 | 189 | | | | | light gray talc carbonate schist |
| | | | | | | (very fine granular carbonate portion |
| 189 | 191 | | | | | white, low carbonate talc schist |
| 191 | 232 | | | | | white to lt gry talc-carb schist |
| | | | | | | all very soft w/ good slip etc |
| 232 | 250 | | | | | poor color talc carb schist (ba |
| 250 | 252.5 | | | | | chlorite biotite schist |

Protected Document - Subject to Protective Order    IMERYS 427342

___ UN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

Hole No. 2-R-72 Started _____ Completed _____ Location _____

_aring _____ Lat. _____ Dep. _____ Elev. _____

_nclination _____ Remarks _____

_ogged by _____ Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|------|
| 252.5 | 257 | | | | | grey tal-carb schist (hard) |
| | | | | | | (Carbonate pieces are black |
| 257 | 266.5 | | | | | white talc-carb schist (soft) |
| 266.5 | 268.5 | | | | | bio-chl-talc schist |
| 268.5 | 297 | | | | | footwall |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Protected Document - Subject to Protective Order

IMERYS 427343



Protected Document - Subject to Protective Order

IMERYS 427344



ARGONAUT MINE

INTERSECTION OF

DDH 2R72 BY DRIFT

SCALE: 1" = 30' - LOOKING SOUTH -

OCTOBER 11, 1978   R.S.

ORIGINAL SECTION, GEOLOGY - W.T.G. 1972

WEST

EAST

Protected Document - Subject to Protective Order

IMERYS 427345

N. MAGNESIA TALC CO., INC. — DIAMOND DRILL HOLE LOG

**3R**

| Hole No. 3R-72 | Started 22/9/72 | Completed 29/9/72 | Location |
| Bearing (N70W) _____ | Lat. _____ | Dep. _____ | Elev. 1568.57 |
| Inclination 50° West | | Remarks _____ | |
| Logged by _____ | | Date _____ | |

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|---------|
| 0 | 10.5 | | | | | overburden |
| 10.5 | 19 | | | | | Moretown schist (weathered zone |
| 19 | 52.5 | | | | | garnet bearing qtz - bio-phlog schist |
| 52.5 | 53.0 | | | | | biotite-actinolite schist |
| 53.0 | 60.0 | | | | | talc-carbonate rock w/serpentine to gr |
| 60.0 | 80.0 | | | | | talc bearing carbonate-serpentine? - con |
| | | | | | | breaks on talc shears (not in serp.) |
| 80.0 | 89.0 | | | | | weathered carbonate-talc-serp shear z |
| 89.0 | 160 | | | | | grey to green serpentinite with |
| | | | | | | secondary talc & carb veinlets - less |
| | | | | | | tendency to break on talc shears. |
| | | | | | | shears gone by 109 feet interval |
| 160 | 170 | | | | | talc-carb schist - fairly gritty, poor |
| | | | | | | slip (probably high carb) |
| 170 | 174 | | | | | chlorite schist |
| 174 | 193.5 | | | | | talc-carbonate schist, light grey |
| 193.5 | 230 | | | | | talc-carb schist grey (carbonates are black |
| | | | | | | (removal of carb. by float may improve color) |
| 230 | 239 | | | | | talc-carb schist lt. grey to green (good grx |
| 239 | 242 | | | | | bio-chl schist |
| 242 | 404 | | | | | Moretown with garnet & chlorite (Plation |
| | | | | | | remi |
| | | | | | | some pyrite, many small B₂ folds in cor |

Protected Document - Subject to Protective Order

IMERYS 427346

3-R



Protected Document - Subject to Protective Order

IMERYS 427347



Protected Document - Subject to Protective Order

IMERYS 427348

**MAGNESIA TALC CO., INC.** — DIAMOND DRILL HOLE LOG

**4R**

Hole No. 4-R-72 Started 30|8|72 Completed 6|9|72 Location _____
Bearing N 75 W Lat. _____ Dep. _____ Elev. 1525.98
Inclination 75° Remarks _____
Logged by _____ Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|---|---|---|---|---|---|---|
| 0 | 15 | | | | | overburden |
| 15 | 31 | | | | | talc - muscovite - carbonate schist (very hard - greyish with biotite) |
| 31 | 38.5 | | | | | serpentine - carbonate rock |
| 38.5 | 49 | | | | | shear zone of talc + carbonate + serpentine |
| 49 | 56.2 | | | | | serpentinite |
| 56.2 | 56.7 | | | | | shear zone (fine grain talc - carb) |
| 56.7 | 64 | | | | | serpentinite |
| 64 | 64.6 | | | | | shear zone (talc - carbonate) |
| 64.6 | 65.2 | | | | | serpentinite |
| 65.2 | 66.0 | | | | | shear zone (talc - carbonate) |
| 66.0 | 127 | | | | | serpentinite |
| 127 | 128.8 | | | | | grey talc - carbonate |
| 128.8 | 131.5 | | | | | chlorite - magnetite - carbonate sch. |
| 131.5 | 133.5 | | | | | chlorite - talc - carbonate schist |
| 133.5 | 146 | -LOOK AT | | | | dark blue-grey "beeswax" talc-carb schis |
| 146.0 | 146.2 | | | | | chlorite - talc - carbonate schist |
| 146.2 | 159 | LOOK AT | | | | dark blue-grey "beeswax" talc-carb. schis |
| 159 | 178.8 | | | | | various proportions of chlorite-talc-carb sch with some biotite & muscovite |
| 178.8 | 182 | | | | | white zone of high lime talc schist to pure talc schist |
| 182 | 350 | end | | | | qtz-bio-schist with garnet & amphibole and occasional quartz veins less than 1 |

Protected Document - Subject to Protective Order

IMERYS 427349



Protected Document - Subject to Protective Order

IMERYS 427350

EASTERN MAGNESIA TALC CO., INC.    - DIAMOND DRILL HOLE LOG

Hole No. 5-R-72  Started 7/9/73  Completed 15/9/73  Location near pt .106
Bearing  N 75 W          Lat. ~~~~~~~~~~~~  Dep. 301'  Elev. 1465.46
Inclination      45°        Remarks
Logged by      GREGG                Date 4/6/93

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0 | 4 | | 0% | | | overburden |
| 4 | 8 | | | | | mixed rx - probable boulders |
| 8 | 210 | | | | | dark blue-grey serpentinite with |
| | | | | | | accessory magnetite + carbonate vein |
| | | | | | | outer margin on ftwl side contains shear zones |
| | | | | | | with asbestiform minerals |
| 210 | 214 | | | | | serp. grading to ~~race~~ high carbonate |
| | | | | | | talc - serp. rock. |
| 2 | 218 | | | | | medium grade talc - carbonate |
| | | | | | | schist |
| 218 | 222 | | | | | actinolite rich biotite - chlorite cinder |
| 222 | 301 E N D | | | | | qtz - pennite - biotite schist w accessory garnet |

cc: MINE - VAB - RNM

Protected Document - Subject to Protective Order

IMERYS 427351

DDH 5-R-7Z
30 scale
6/R3, W.J.G.

ACTINOLITE + CHLORITE

Protected Document - Subject to Protective Order

IMERYS 427352

**6R**

AGNESIA TALC CO., INC. — DIAMOND DRILL HOLE LOG

J.R.72 Started 19/9/73 Completed 26/9/73 Location _____

Bearing Due West   Lat. _____   Dep. _____   Elev. 1590.3

Inclination 55°   Remarks _____

Logged by _____   Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0 | 10 | | | | | overburden |
| 10 | 20 | | | | 45° | Moretown schist (no garnet) |
| 20 | 30 | | | | 55° | " " |
| 30 | 60 | | | | variable 45-60° | " " |
| 60 | 85 | | | | 55-65° | " " |
| 85 | 92 | | | | | biotite-chlorite schist + rare Moretown |
| 92 | 111 | | | | | fine grained talc-carb schist, slight |
| | | | | | | green-green color, slightly hard — poss. slip |
| | at 104.5 | | | | | > 3" of chlorite schist |
| | from 111 to 112 | | | | | biotite-chlorite schist |
| 116 | 136 | | | | | high grade talc-carb schist |
| 136 | 147 | | | | | biotite-talc-chlorite schist of varying |
| | | | | | | proportions |
| 147 | 149 | | | | | talc-chlorite schist |
| 149 | 161 | | | | | fine grained, hard talc-carb schist |
| | | | | | | poss. slip, particles fine & granular |
| 161 | 170 | | | | | lime rich talc — very hard |
| 170 | 173 | | | | | slightly impure, lighter talc portion |
| 173 | 175 | | | | | high grade talc (low carb.) |
| 175.0 | 175.3 | | | | | bio.-chl. schist |
| 175.3 | 220 | end | | | 70 to 80° | Moretown schist — garnet in |
| | | | | | | last few feet |

"Footage not marked on CORE!!"



ARGONAUT MINE - LUDLOW, VT.
VIEW LOOKING S81°W FROM DDH 6-R-72
SCALE: 1" = 30'
OCTOBER 30, 1978   R.S.

Protected Document - Subject to Protective Order

IMERYS 427354



Protected Document - Subject to Protective Order

IMERYS 427355



Protected Document - Subject to Protective Order

IMERYS 427356



ARGONAUT MINE - LUDLOW, V-
VIEW LOOKING S81°W FROM BDN G-R-
SCALE: 1" = 30'
OCTOBER 20, 1978    R.S.

Protected Document - Subject to Protective Order

IMERYS 427357

MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

6-B-R-7a Started 26/9/72  Completed 3/10/72  Location _____
_____ Vertical  Lat. _____  Dep. _____  Elev. 1590.3
Inclination Vertical  Remarks _____
Logged by _____  Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|---|---|---|---|---|---|---|
| 0 | 8' | | | | | overburden |
| 8' | 159 | Fold axis at 154' | | | 35°–40° | Moretown schist (intensely folded) |
| 159 | 160 | 1' | | | | biotite-chlorite schist |
| 160.5 | 161.2 | .7' | | | | talc-chlorite schist |
| 161.2 | 161.8 | .6' | | | | biotite-chlorite schist |
| 161.8 | 165 | 3' | | | 64° | Moretown schist |
| 165 | 165.5 | .5' | | | | biotite-chlorite schist |
| 165.5 | 184 | 172 19' | | | | talc carbonate schist (color good, moderate carbonate |
| 18 | 184.3 | .3' | | | | chlorite cinder |
| 184.3 | 202 | 18' | | | 60° | garnetiferous qtz-chl-bio schist |
| 202 | 204 | 2' | | | | bio-chl-talc mixture |
| 204 | 205 | 1' | | | | qtz-bio schist |
| 205 | 212 | 7' | | | | bio-chl cinder + qtz-bio schist |
| 212 | 224 | 12' | | | | qtz-chl-bio schist + garnet |
| | | | | | | intensely folded |

Protected Document - Subject to Protective Order

IMERYS 427358

**7R**

EASTERN MAGNESIA TALC CO., INC.   -   DIAMOND DRILL HOLE LOG

Hole No. 7-R-72 Started 3/10/73   Completed 9/10/73   Location _____
Bering N 80 W _____ Lat. 18114.4 N 11167.9 E   Dep. 115   Elev. 1572.1 ±
Inclination ____ 45° ____   Remarks _____
Logged by _____ W. J. Gregg _____   Date 4/6/73

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|------|
| 0 | 4 | | . | | | overburden |
| 4 | 95' | | | at 20' | ≥85° | qtz - sericite - biotite schist |
| | | | | at 35' | ≥75° | with occasional biotite phyllite |
| | | | | at 45' | ≥71° | zones and qtz veins. |
| | | | | at 60' | ≥60° | |
| | | | | at 85' | ≥55° | |
| 95' | 97 | | | | | biotite - garnet - pennite schist |
| 97.0 | 97.5 | | | | | fine-grained pure white talc-carb |
| | | | | | | onate schist w/ saccharose textur |
| 97.5 | 97.8 | | | | | biotite - chlorite cinder |
| 97.8 | 99.0 | | | | | qtz - sulfide vein with pyrite |
| | | | | | | and arsenopyrite |
| 99.0 | 115 | | | | | qtz - bio - chl schist with |
| | | | | | | garnet |

COS: MINE - VAB - BNM

Protected Document - Subject to Protective Order   IMERYS 427359

ARGONAUT MINE - LUDLOW, VT.
SECTION LOOKING N80°W THROUGH 7-R-72
SCALE: 1" = 30'
JUNE 6, 1972    W.J.G.
(ALTERNATIVE STRUCTURE 'B')

Nov 1, 1978  R.S

R.M.

WEST

1600'

1500'

1400'

EAST

Trench F-6

Outcrop

7-R-72
1562.1

T. 140's at DDH

Protected Document - Subject to Protective Order

IMERYS 427360

WEST

1600'

1500'

1400'

EAST

ARGONAUT MINE - LUDLOW, VT.
SECTION LOOKING N80°W THROUGH 7-R-72
SCALE: 1" = 30'
JUNE 6, 1972    W. J. G.
(ALTERNATIVE STRUCTURE 'B')
Nov. 1, 1978 R.S.

7-R-72
1562.1

Outcrop

Trench F-6

Protected Document - Subject to Protective Order

IMERYS 427361

POSSIBLE STRUCTURES BASED ON CORE + TRENCH DATA



A   7-R-72  EL 1572'

NO EVIDENCE ON SURFACE

F-6
EL 1550'

115'

?

B   7-R-72

F-6

C   7-R-72

OUTCROP

F-6

MOST PROBABLE, REFLECTS
STRUCTURE OF OTHER
SECTIONS SOUTH.

Protected Document - Subject to Protective Order

IMERYS 427362

**8R**

EASTERN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

Hole No. _8-R-72_ Started _3/10/72_    Completed _16/10/72_    Location _____
Bearing _N 85 W_    Lat. _17072.6N 11081.8E_ Depth _260'_ Elev. _1555.99_
Inclination _45°_    Remarks _____
Logged by _W. J. Gregg_    Date _4/6/73_

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0 | 16 | | 0% | | | overburden |
| 16 | 40 | | | | ≥ 50° | qty-bio schist and |
| | | | | | | biotite qty phyllite |
| 40 | 41 | | | | | biotite-chlorite-talc schist |
| 41 | 89 | | | | | micaceous talc-carbonate schist |
| | | | | | | with accessory magnetite and various graves |
| 89 | 102 | | | | | talcose under zone consisting of |
| | | | | | | grey talc-biotite schist with various |
| | | | | | | proportions of chlorite - dogtooth spar |
| | | | | | | crystals in fractures at 95' |
| 102 | 113 | | | | | micaceous talc-carbonate schist |
| 113 | 135 | | | | | grading zone into dark, fine grained |
| | | | | | | hard talc carbonate - probably with |
| | | | | | | relic serpentine granules. high magnetite |
| | | | | | | weak schistosity - high carbonate |
| 135 | 136 | | | | | micaceous talc - carb schist |
| 136 | 138 | | | | | dark micaceous talc-biotite schist |
| 138 | 141 | | | | | micaceous talc - carb schist |
| 141 | 160 | | | | | dark, fine gr. talc-bio-carb schist |
| 160 | 192 | | | | | medium grain size talc-carb with MITALC zones |
| 192 | 205 | | | | | weathered "rusty" high-carb talc schist |
| 205 | 212 | | | | | medium grained to coarse micaceous talc-carb |
| 212 | | | | | | serpentinite with carbonate veins |

COST: MINE - VAB - RNM

Protected Document - Subject to Protective Order                    IMERYS 427363

# ERN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

Hole No. 8R-7 Started _____  Completed _____  Location _____

Bearing _____ Lat. _____ Dep. _____ Elev. _____

Inclination _____  Remarks _____

Logged by _____  Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| | | | | | | and short talc-biotite zone |
| | | | | | | at 285 ft. (1.5' zone) |
| | | | | | | grades into talc-carb serp at ? |
| 335 | 347 | | | | | hard talc-carb zone with minor |
| | | | | | | serpentine granules and relics and |
| | | | | | | small micaceous talc veins |
| 347 | | | | | | 1" of chlorite blackwall |
| 347 | 369 | | | | ≥ 65° | garnetiferous qtz-bio schist with |
| | | | | | | severe; folding |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COST: MINE - VAB - RNM

Protected Document - Subject to Protective Order

IMERYS 427364



Protected Document - Subject to Protective Order

IMERYS 427365

ADIT ELEVATION 1460
PERIDOTITE CORE
MORETOWN SCHIST
200 FEET BELOW ADIT
100 FEET BELOW ADIT
ARGONAUT EXP ADIT
GRAM HILL PHYLLITE
8R72
1500
1400
1300
70-75° inclination of layering
DDH 15-R-73, 14-R-73 and 8-R-72
30 scale, 27 AUG 73 W.I.G.
DDH inclination changes based on data from 18-R-73.
NO ACID TESTS RUN ON 15-R, 14-R, 8-R

EASTERN MAGNESIA TALC CO., INC.  -  DIAMOND DRILL HOLE LOG

**9-R**

Hole No. 9-R-72  Started _____  Completed _____  Location _____

Bearing _N 70 W_  Lat. _____  Dep. _____  Elev. _____

Inclination _45°_  Remarks _____

Logged by _Win Dezaine_  Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|------|
| 0 | 38 | | | | | overburden |
| 38 | 93 | | | | | medium grade talc-carbonate |
| | | | | | | schist |
| 93 | 103 | | | | 38-103 | low grade (high carbonate) |
| 103 | 205 | | | | (103) | biotite-qtz physelite similar |
| | | | | | | to Cram Hill |
| 205 | 260 | | | | | medium grade talc-carbonate |
| | | | | | | schist |
| ? | 267 | | | | | biotite-chlorite under |
| 267 | 275 | END | | | | low grade, high carbonate |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COG: MINE - VAB - BNM

Protected Document - Subject to Protective Order

IMERYS 427367



ARGONAUT MINE – LUDLOW, VT.
SECTION THROUGH DDH 9-R-72
BEARING: N 70°W    INCLINATION: 45°
LENGTH: 275'    ORIGINAL: WJG 6/25/72
SCALE: 1" = 30'    REVISED: HTS 1/10/79

Protected Document - Subject to Protective Order

IMERYS 427368



ARGONAUT MINE
CROSS - SECTION THROUGH
DDH 9-R-72
BEARING: N 70° W
INCLINATION: 45°
LENGTH: 275'

SCALE: 1" = 30'
ORIGINAL: W.J.G. 6/25/72
REVISED: R.S. 12/21/78

N 70° W

S 70° E

Overburden

Medium

Low

1500'

1ˢᵀ Level

1400'

CRAM HILL

Low

Medium

1ˢᵀ Level

1445'
Sub-Level

Low
Low

Protected Document - Subject to Protective Order

IMERYS 427369



Protected Document - Subject to Protective Order

IMERYS 427370



9-R-72

True Thickness Calculations

W. J. G.  25/6/73

10 scale

Protected Document - Subject to Protective Order

IMERYS 427371



Protected Document - Subject to Protective Order

IMERYS 427372



Protected Document - Subject to Protective Order

IMERYS 427373

**EASTERN MAGNESIA TALC CO., INC.** - DIAMOND DRILL HOLE LOG

Hole No. 12-R-72 Started 3/6/73  Completed 5/6/73  Location near p c 8 111

Bearing 272 (N88W) Lat. _____  Dep. _____  Elev. _____

Inclination 60° to West  Remarks _____

Logged by Gregg  Date 5/6/73

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0 | 6 | | | | | overburden |
| 6 | 13 | | | | | high grade micaceous talc-carbonate schist with FeO weathered discoloration |
| 13 | 14 | | | | | chlorite-talc schist |
| 14 | 27 | | | | | medium grade, grey talc-carbonate schist to high carbonate talc schist |
| 27.0 | 27.5 | | | | | chlorite rich zone |
| 27.5 | 65 | | | | | qtz-bio-sericite schist - no garnet |
| 65 | 86 | lost 15' | | | | massive qtz vein with varying proportions of chlorite schist |
| 86 | 92 | lost 4' | | | | high grade micaceous talc-carb schist |
| 92 | 100 | | | | | medium grade (dark) talc-carbonate schist grading into high-carbonate low grade ore by 100' |
| 100 | 149 | | | | | hard, fine grained talc carbonate rock. non-schistose with frequent high carbonate zones and rare micaceous high grade slivers |
| 149 | 160 | | | | | chlorite-biotite schist + high carbonate |
| 160 | 341 END | | | | | pure carbonate rocks to granular talc-carbonate gradually approaching "Verd antique" by end of hole |

OGS: MINE - VAB - RNM

Protected Document - Subject to Protective Order                    IMERYS 427374



Protected Document - Subject to Protective Order

IMERYS 427375

12-R



R-73

DRIFT

low grade
plus serpentine grains

Re-Start 6/20/73 ———→

extremely low grade

biotite-chlorite

low grade

12 - R - 73
30 scale
13/6/73
W. J. G

dark green
serpentinite

Protected Document - Subject to Protective Order

IMERYS 427376

**13-R**

EASTERN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

Hole No. 13-R-73 Started 6/6/73 Completed 16/6/73 Location 65' at 060 from 113

Bearing (271) N89W Lat. _____ Dep. _____ Elev. 11013

Inclination 60° Remarks _____

Logged by W. J. GREGG Date 14/6/73, 15/6/73

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0 | 5 | | | | | overburden |
| 5 | 29 | | | | | Low Grade, hard granular talc-carb + serp |
| 29 | 33 | | | | | biotite-chlorite-talc schist |
| 33 | 97 | | | | | Low Grade, hard granular talc-carb + serp |
| 97 | 100 | | | | | High Grade Talc-Carbonate Schist |
| 100 | 187 | | | | | Low Grade granular talc carbonate |
| 187 | 218 | | | | | Med Grade, slightly foliated talc-carbonate |
| 218 | 219 | | | | | chlorite-talc schist |
| 219 | 250 | | | | | Low to Med Grade, some schistocity talc carb |
| 250 | 261 | | | | | Low Grade, high carbonate talc schist |
| | | | | | | grading into 261 |
| 261 | 305 | | | | | High Grade "micaceous" talc-carbonate sch |
| 305 | 306 | | | | | biotite-chlorite schist |
| 306 | 316 | lost 8' | | | | High Grade + some limey talc |
| 316 | 320 | lost 4' | | | | no recovery (probably High Grade) |
| 320 | 326 | | | | | High Grade "micaceous" talc-carbonate sch |
| 326 | 337 | | | | | chlorite-bio-talc schist |
| 337 | 347 | | | | | High Grade "micaceous" talc-carb schist + |
| 347 | 357 | lost 9' | | | | pulled 6" high grade talc |
| 357 | 359 | lost 1.8' | | | | pulled 2" high grade talc |
| 359 | 369 | lost 6' | | | | pulled low grade (limey) talc |
| | 431 | | | | | low grade, granular talc-carb |
| | | | | | | grading slowly into "verde antique" |

OOS: MINE - VAB - RNM

Protected Document - Subject to Protective Order                    IMERYS 427377

13-R-72    at 65' from pant *setting* 060°

**13-R**

60° to 271    GEOLOGY    WJG    14/6/73

| | | |
|---|---|---|
| 0 - 5 | | casing |
| 5 - 29 | | hard, granular talc-carb Rock + serp |
| 29 - 33 | | bio - chl -talc schist |
| 33 - 97 | | hard, fine grained talc-carb Rock + sulfides |
| 97 - 100 | | high grade talc-carbonate schist |
| 100 - 187 | | low grade, granular talc carbonate |
| 187 - 218 | | med grade, slightly foliated talc-carb |
| 218 - 219 | | chlorite talc schist |
| 219 - 250 | | Low to Med grade, moderate schistosity overall |
| 250 - 261 | | Low Grade, high carbonate grading to 261 |
| 261 - 305 | | HIGH Grade, micaceous talc-schist |
| 305 - 306 | | biotite-chlorite schist |
| 306 - 316 | lost 8' | HG + LT |
| 316 - 320 | lost 4' | |
| 320 - 326 | | High Grade, micaceous talc-carb schist |
| 326 - 337 | | chlorite, biotite, talc schist |
| 337 - 347 | | High Grade micaceous talc-carb schist |
| 347 - 357 | lost 9' | pulled 6" high grade |
| 357 - 359 | lost 1.5' | pulled 2" high grade |
| 359 - 369 | lost 6' | pulled low grade (limey) |
| 369 - 429 | | low grade, granular talc-carb. grading into verde antique |

Protected Document - Subject to Protective Order

IMERYS 427378



Peridotite Outcrop

Soapstone Hill

13 R 873
%60 k3

IMERYS 427379

Revised BR
Per OWN Howard
on 3/20/78

Protected Document - Subject to Protective Order

IMERYS 427380



Protected Document - Subject to Protective Order
IMERYS 427381



Protected Document - Subject to Protective Order

IMERYS 427382

13-R



offset
12'

Possible Structure

13-R-73
30 scale
13|6|73
W.J.G.

low to medium grade

300

21'

250

40° between
core & foliation

29'

28'    300    lost
lost

13'    lost
lost

8'

17'

429

Protected Document - Subject to Protective Order                    IMERYS 427383

Zaine

Protected Document - Subject to Protective Order

IMERYS 427384

12-R, 13-R



LOCATION OF DIAMOND DRILL HOLES
SOAP STONE HILL
N
50 scale
13/6/73
W.J.G.

13-R-72

12-R-72

112

114

115

116

117

Protected Document - Subject to Protective Order                    IMERYS 427385

**EASTERN MAGNESIA TALC CO., INC.    -    DIAMOND DRILL HOLE LOG**

14-R

Hole No. _14-R_ Started _____    Completed _____    Location _____

Bearing _(110 Magnetic) N89W_ Lat. _____    Dep. _457'_    Elev _____

Ination _70°_    Remarks _± 75' East of 8-R_

Logged by _GREGG 6/73_    Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|---------|
| 0 | 21 | | | | | Casing |
| 21 | 26 | | | | | talc-carbonate schist Mt.H grades |
| 26 | 299 | | | | | biotite quartz phyllite sim. to Cran Hill |
| 299 | 315 | | | | | biotite-chlorite schist + some talc |
| 315 | 340 | | | | | very high grade micaceous talc / some chlorite |
| 340 | 348 | | | | | mixed zone of chlorite + talc |
| 348 | 352 | | | | | 2' quartz vein with some talc + chlorite |
| 352 | 352.1 | | | | | biotite-chlorite schist |
| 3521 | 457 | END | | | | garnet rich qtz - bio-chl schist |
| | | | | | | similar to Moretown |

COST: MINE - VAB - RNM

Protected Document - Subject to Protective Order    IMERYS 427386



Protected Document - Subject to Protective Order

IMERYS 427387

8R
14R
15R

Protected Document - Subject to Protective Order

IMERYS 427388

EASTERN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

Hole No. _15-R-73_ Started _13 July 73_ Completed _13 July 73_ Location _Argonam_

Bearing _N 90 E (EAST)_ Lat. _____ Dep. _____ Elev. _____

Inclination _45° to EAST_ Remarks _____

Logged by _WJG_ Date _13 July 73_

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0 | 21 | | | | | overburden |
| 21 | 25 | | | | | high carbonate, granular low grade talc |
| 25 | 26 | | | | | biotite-chlorite cinder |
| 26 | 49 | | | | | high carbonate, granular low grade talc |
| 49 | 50 | | | | | slightly foliated medium grade talc |
| 50 | 52 | | | | | foliated talc-carbonate schist with some chlorite (H.G.) |
| 52 | 54 | | | | | chlorite-talc schist |
| 54 | 66 | | | | | high carbonate low grade talc with serpentine granules |
| 66 | 88 END | | | | | serpentinite with talc-bearing shear zones |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COS: MINE - VAB - RNM

Protected Document - Subject to Protective Order

IMERYS 427389



Protected Document - Subject to Protective Order

IMERYS 427390

16-R

EASTERN MAGNESIA TALC CO., INC.  -  DIAMOND DRILL HOLE LOG

Hole No. 16-R-73 Started 16 July 73 Completed 18 July 73 Location _____

Bearing __N 89 W__ Lat. _____ Dep. _____ Elev. _____

Inclination __75° to West__ Remarks _____

Logged by __W J G__ Date __18. July 73__

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|------|
| 0 | 14 | | | | | overburden |
| 14 | 136 | | | | | biotite-qtz phyllite with rare garnets / similar to Cram Hill |
| 136 | 136.5 | | | | | chlorite schist |
| 136.5 | 145 | | | | | high grade foliated talc |
| 145 | 148 | | | | | medium to low grade granular talc-carbonate schist |
| 148 | 157 | | | | | low grade limey to granular talc schist |
| 157 | 195 | | | | | medium to high grade talc schist |
| 195 | 200 | | | | | biotite-chlorite under + talc |
| 200 | 218 | | | | 70° to 80° | high grade - foliated talc schist |
| 218 | 241 | | | | | dark talc-carbonate schist (medium) |
| 241 | 252 | | | | | medium grade talc-carbonate schist |
| 252 | 265 | | | | | medium grade with some limey spots |
| 265 | 267 | | | | | chlorite schist |
| 267 | 275 END | | | | | biotite-qtz-garnet schist |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

COST  MINE - VAB - RNM

Protected Document - Subject to Protective Order

IMERYS 427391



Protected Document - Subject to Protective Order

IMERYS 427392

Protected Document - Subject to Protective Order

IMERYS 427393

EASTERN MAGNESIA TALC CO., INC.     -     DIAMOND DRILL HOLE LOG

Hole No. 17-R-73 Started 19 July 73 Completed 24 July 73 Location _____

Bearing originally N 86 W Lat. _____     Dep. _____     Elev. _____

Inclination originally 75°     Remarks final inclination 30° and offset 60-70' south

Logged by W. J. G.     Date 24 July 73

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0 | 8 | | | | | overburden |
| 8 | 182 | | | | | biotite-qtz phyllite (Cram Hill) |
| 182 | 195 | | | | | bio-chl. schist + chloritic high grade talc |
| 195 | 205 | | | | | high grade foliated talc schist |
| 205 | 223 | | | | | less foliated, higher carbonate medium grade talc schist |
| 223 | 224 | | | | | biotite-chlorite cinder |
| 224 | 233 | END | | | | medium grade, high carbonate talc schist |

NOTE: Acid test indicate extreme deflection of hole.
Hole stopped in ore because deflection (kink) at 200'
zone would not allow core overcore to pass.
Hole can not be used for correlation of data.

W. J. G.

0081 MINE - VAB - RNM

Protected Document - Subject to Protective Order     IMERYS 427394

**18-R**

EASTERN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

Hole No. _18-R-73_ Started _____ Completed _23 Aug 73_ Location _____

Bearing _N86W_ Lat. _____ Dep. _____ Elev. _____

Inclination _80° to West_ Remarks _____

Logged by _W.J.G._ Date _24 Aug 73_

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|---------|
| 0 | 13 | | | | | overburden |
| 13 | 184 | | | | | biotite - qtz phyllite (no garnets) |
| 184 | 185 | | | | | chlorite schist + some talc |
| 185 | 205 | | | | | medium grade talc with limey spots |
| 205 | 207 | | | | | chlorite cinder |
| 207 | 214 | | | | | medium grade talc - carbonate schist |
| 214 | 217 | | | | | magnesite vein |
| 217 | 260 | | | | | blue green peridotite core |
| 260 | 277 | | | | | high lime, low grade talc rock |
| 277 | 299 | | | | | medium grade talc - carbonate schist |
| 297 | 304 | | | | | "micaceous" high grade talc |
| 304 | 305 | | | | | biotite - chlorite schist |
| 305 | 437 | END | | | | qtz - biotite schist (garnetiferous) |

COST: MINE - VAB - RNM

Protected Document - Subject to Protective Order

IMERYS 427395



Protected Document - Subject to Protective Order

IMERYS 427396

Protected Document - Subject to Protective Order

IMERYS 427397

Protected Document - Subject to Protective Order

IMERYS 427398

**19-R**

EASTERN MAGNESIA TALC CO., INC. - DIAMOND DRILL HOLE LOG

Hole No. _19-R-73_ Started _____ Completed _28/Aug_ Location _____
Bearing _N89W_ Lat. _____ Dep. _____ Elev. _____
Inclination _80 to West_ Remarks _____
Logged by _WJG_ Date _28 Aug 73_

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|---|---|---|---|---|---|---|
| 0 | 6 | | | | | overburden |
| 6 | 207 | | | | | biotite-qtz phyllite (Cram Hill) |
| 207 | 208 | | | | | biotite - chlorite blackwall |
| 208 | 237 | | | | | medium grade talc schist |
| 237 | 248 | | | | | high grade foliated talc schist |
| 248 | 257 | | | | | dark grey talc carbonate schist (low color low grade) |
| 257 | 260 | | | | | "micaceous" high grade talc schist |
| 260 | 261 | | | | | chlorite cinder |
| 261 | 277 | | | | | "micaceous" high grade talc schist |
| 277 | 278 | | | | | chlorite cinder |
| 278 | 294 | | | | | medium grade talc - carb schist |
| 294 | 315 | | | | | low grade, limey talc carb schist |
| 315 | 318 | | | | | medium grade talc - carb schist |
| 318 | 324 | | | | | biotite-chlorite "blackwall" |
| 324 | 368 | | | | | qtz-biotite schist (Moretown) |

cc: MINE - VAB - RNM

Protected Document - Subject to Protective Order

IMERYS 427399



EAST

WEST

HW slice

Escapeway

1500'

1⁵ᵀ LEVEL

1⁵ᵀ LEVEL

INT. LEVEL       XC

1400'

2ᴺᴰ LEVEL

1300'

ARGONAUT MINE – LUDLOW, VT.
EAST–WEST SECTION THROUGH 17700 N
DDH 19-R-73
BEARING: N89°W    INCLINATION: 80°
ELEVATION: 1578.3'   LENGTH: 368'
SCALE: 1" = 30'    30 MARCH 1979   HTS

Protected Document - Subject to Protective Order

IMERYS 427400



EAST

WEST

ARGONAUT  MINE  – LUDLOW, VT.
EAST-WEST SECTION THROUGH  17700 N
DDH 19-R-73
BEARING: N89°W    INCLINATION:  80°
ELEVATION:  1578.3'    LENGTH:   368'
SCALE:  1" = 30'    30 MARCH 1979  HTS

Protected Document - Subject to Protective Order

IMERYS 427401



Protected Document - Subject to Protective Order

IMERYS 427402



Protected Document - Subject to Protective Order

IMERYS 427403



Protected Document - Subject to Protective Order

IMERYS 427404

19-R

Protected Document - Subject to Protective Order

IMERYS 427405



ARGONAUT   MINE   - LUDLOW, VT.
EAST-WEST SECTION THROUGH   17700 N
DDH  19-R-73
BEARING: N89°W   INCLINATION:  80°
ELEVATION: 1578.3'   LENGTH:   368'
SCALE: 1" = 30'   30 March 1973

Protected Document - Subject to Protective Order                    IMERYS 427406

PROSPECT   SOUTH  Ami
63' SE FROM
STAtiON A-13
Ehev. ±1475
HOViz
BRNG. ?

DDH - UA - 1 - 74

0 - 61    BLK

61 - 121    TALC MEDIUM

121 - 122    CIND

122 - 124    TALC

124 - 129    Cinder chhoutt

129 - 141    TALC

141 - 149    CINDER sot?

149 - 177    TALC M to 6000

177 - 220    Liney TALC.

## SEE NEXT PAGE

Protected Document - Subject to Protective Order

IMERYS 427407

EASTERN MAGNESIA TALC CO., INC.  -  DIAMOND DRILL HOLE LOG    VA-1-74

Hole No. VA-1-74 Started _____ Completed _____ Location Argonaut South

Bearing N69E Lat. _____ Dep. _____ Elev. _____

Inclination horizontal Remarks _____

Logged by _____ Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|---------|
| 0 | 38 | | | | | Cram Hill phyllite |
| 38 | 39 | | | | | talc schist |
| 39.0 | 39.3 | | | | | bio-chl cinder |
| 39.3 | 40 | | | | | quartz vein |
| 40 | 54 | | | | | Cram Hill phyllite |
| 54.0 | 54.5 | | | | | bio-chl schist |
| 54.5 | 54.9 | | | | | chlorite schist |
| 54.9 | 56.3 | | | | | bio-chl schist |
| 56.3 | 57.2 | | | | | Cram Hill phyllite |
| 57.2 | 60 | | | | | bio-chl schist |
| 60 | 60.9 | | | | | chlorite schist |
| 60.9 | 62 | | | | | low grade "limey" talc |
| 62 | 64 | | | | | medium grade talc-carb. |
| 64 | 118 | | | | | low to medium grade, poorly foliated, fine gr. blue-green talc carbonate - suitable for roofing |
| 118 | 119 | | | | | grey, moderately foliated talc garb. |
| 119 | 123 | | | | | high grade talc |
| 123 | 131 | | | | | medium grade talc |
| 131 | 132 | | | | | chlorite |
| 132 | 134 | | | | | medium grade talc |
| 134 | 140 | | | | | chlorite - magnetite cinder |
| 140 | 151 | | | | | high to medium grade talc |

cc: MINE - VAB - RNM

Protected Document - Subject to Protective Order                    IMERYS 427408

EASTERN MAGNESIA TALC CO., INC.  -  DIAMOND DRILL HOLE LOG

Hole No. _____ Started _____ Completed _____ Location _____

Bearing _____ Lat. _____ Dep. _____ Elev. _____

Inclination _____ Remarks _____

Logged by _____ Date _____

| From | To | Measured Length Core | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 151 | 153 | d | | | | dense chlorite cinder |
| 153 | 154 | | | | | sericite? |
| 154 | 155 | | | | | chlorite |
| 155 | 156 | | | | | high grade with minor chlorite |
| 156 | 165 | | | | | high grade micaceous talc |
| 165 | 171 | | | | | medium grade foliated talc |
| 171 | 181 | | | | | low to medium grade - suitable for roofing |
| 181 | 198 | | | | | low grade - dense, granular |
| 198 | 210 | | | | | overall medium grade, high grade in spots |
| 210 | 220 | | | | | low grade "limey" talc |
| 220 | 230 | END | | | | medium grade foliated talc |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

OGS: NINE - VAB - RNM

Protected Document - Subject to Protective Order

IMERYS 427409

# WINDSOR MINERALS, INC. – DIAMOND DRILL HOLE LOG

Hole No. _20 R78_ Started _8/11/78_ Completed _8/12/78_ Location _ARGONAUT – NORTH_

Bearing _DUE WEST_ Lat. _1831.5 N_ Dep. _11518.5 E_ Elev. _1566.3_

Inclination _42°_ Remarks _____

Logged by _R. Suydam_ Date _8/14/78_

| From | To | Measured Core Length | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0' | 14' | | | | | Overburden |
| 14' | 30' | 16' Talc Zone | | | | Talc Zone – mostly low-grade talc-carbonate |
| 30' | 52' | | | | | Light-colored schist, abundant biotite |
| 52' | 57' | 3' Talc Zone | | | | Chlorite schist 2', then 6" High-grade, then 2½' low-grade |
| 57'? | 154' | END | | | | Mostly light with some dark colored schists; @ 66½' there is a 2' length of Crum Hill – like schist – rusty colored, even pitted looking. |

Protected Document - Subject to Protective Order

IMERYS 427410



HOLE # 20 R 78
BEARING: DUE WEST
INCLINATION: 42°
LENGTH: 154'
COLLAR ELEVATION: 1546.3'

HOLE # 21 R 78
BEARING: DUE WEST
INCLINATION: 45°
LENGTH: 188'
COLLAR ELEVATION: ~ 1560'

ARGONAUT NORTH
EAST-WEST SECTION
SCALE: 1" = 60'
SEPT 5, 1978    R.S.

Protected Document - Subject to Protective Order

IMERYS 427411

# WINDSOR MINERALS, INC. – DIAMOND DRILL HOLE LOG

Hole No. _21R78_ Started _____ Completed _____ Location _ARGONAUT NORTH_

Bearing _DUE WEST_ Lat. _18313 N_ Dep. _11625 E_ Elev. _Approx. 1560'_

Inclination _45°_ Remarks _____

Logged by _R. Suydam_ Date _9/9/78_

| From | To | Measured Core Length | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|------|
| 0' | 24' | | | | | Overburden |
| 24' | 81' | | HANGING WALL ZONE | | | Very light garnetiferous quartz-feldspar-biotite schists, with scattered hornblende needles. Probable Moretown; Chlorite schists: 6" @ 26', 12" @ 58', 3" @ 63'; 8" Qtz. @ 72' |
| 81' | 82' | 1' | | | | Chlorite schist |
| 82' | 83' | 1' | | | | High-grade talc-carbonate |
| 83' | 91' | 8' | | | | Possible medium grade |
| 91' | 97' | 6' | | | | High grade |
| 97' | 99' | 2' | ORE ZONE - 41' | | | Medium-grade |
| 99' | 102' | 3' | | | | High grade |
| 102' | 103' | 1' | | | | Medium grade |
| 103' | 120' | 17' | | | | Possible medium grade, but very coarse magnesite crystals throughout, very hard over all |
| 120' | 121' | 1' | | | | High-grade |
| 121' | 122' | 1' | | | | Chlorite-Talc schist |
| 122' | 188' | END | FOOTWALL ZONE | | | Quartz-Feldspar-Biotite schists |

Protected Document - Subject to Protective Order

**WINDSOR MINERALS, INC. – DIAMOND DRILL HOLE LOG**

Hole No. _22R78_ Started _9/6/78_ Completed _9/12/78_ Location _ARGONAUT NORTH_

Bearing _DUE WEST_ ____ Lat. _18108 N_ ___ Dep. _11774E_ Elev. _1587.5'_

Ilination _61°_ _____ Remarks _____

Logged by _R. Suydam_ _____ Date _Sept. 10, 1978_

| From | To | Measured Core Length | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|-----|------|------|------|------|---------|
| 0' | 28' | | | | | Overburden |
| 28' | 103' | | HANGING WALL ZONE | | | Garnetiferous quartz-feldspar-biotite schists (Moretown); |
| | | | | | | Quartz seams: 12" @ 54', |
| | | | | | | 4" @ 56', 14" @ 68' |
| | | | | | | 2' Garnetiferous chlorite schist @ 45' |
| 103' | 105' | 2' | | | | Chlorite schist + chloritic talc |
| 105' | 105½' | ½' | | | | High-grade talc-carbonate |
| 105½' | 110½' | 5' | | | | Medium grade |
| 110½' | 116' | 5½' | | | | Low-grade |
| 116' | 117' | 1' | | | | Medium grade |
| 117' | 118' | 1' | ORE ZONE - 15' | | | Chlorite schist cinder |
| 118' | 120' | 2' | | | | High-grade |
| 120' | 123' | 3' | | | | Chlorite schist |
| 123' | 136' | 13' | | | | Quartz vein with minor |
| | | | | | | biotite and chlorite |
| 136' | 183' | | | | | Garnetiferous quartz-feldspar-biotite schist (Moretown) |
| 183' | 185' | 2' | | | | Quartz-Feldspar-Biotite schist with abundant amphibole (? hornblende) needles. |
| 185' | 190.5' | | | | | Garnetiferous quartz-feldspar- |

Protected Document - Subject to Protective Order

IMERYS 427413

WINDSOR MINERALS, INC. – DIAMOND DRILL HOLE LOG

Hole No. _22R78_ Started _____ Completed _____ Location _____
Bearing _____ Lat. _____ Dep. _____ Elev. _____
:clination _____ Remarks _____
Logged by_____ Date _____

| From | To | Measured Core Length | % Recov. | Wt. of Core | Angle of Strata to Hole | Geology |
|------|------|------|------|------|------|------|
| | | | | | | biotite schist (Moretown) |
| 190.5' | 192' | 1.5' | | | | High-grade talc-carbonate |
| 192' | 194' | 2' | | | | Biotite + minor chlorite schist |
| 194' | 196' | 2' | | | | Low-grade talc-carbonate |
| 196' | 197.5' | 1.5' | | | | Chlorite schist |
| 197.5' | 198.5' | 1' | | | | Medium-grade talc-carbonate |
| 198.5' | 206' | 7.5' | | | | High-grade |
| 206' | 207' | 1' | ORE ZONE: 41.5' | | | Possible medium-grade |
| 207' | 207.5' | 0.5' | | | | High-grade |
| 207.5' | 208' | 0.5' | | | | Low-grade |
| 208' | 209' | 1' | | | | High-grade |
| 209' | 213' | 4' | | | | Medium-grade |
| 213' | 232' | 19' | | | | Possible medium-grade: |
| | | | | | | coarse carbonate + large |
| | | | | | | platy talc; 5" magnesite |
| | | | | | | @ 217' |
| 232' | 232.5' | 0.5' | | | | Chlorite schist |
| 232.5' | 265' | END | | | | Light and dark quartz- |
| | | | | | | feldspar-biotite schists |

Protected Document - Subject to Protective Order



Protected Document - Subject to Protective Order

IMERYS 427415