# Exhibit 111

COLORADO SCHOOL OF MINES RESEARCH INSTITUTE

GOLDEN, COLORADO

GEOLOGY AND ORE RESERVES

Hammondsville Mine
Windsor Minerals, Inc.
Windsor, Vermont 05089

Johnson&Johnson

**Subject:** Geological Audit
Windsor Minerals
File #124

Dr. T. M. Shelley
to
Dr. R. A. Fuller DEC 7 70
to
Central Research File

*New Brunswick, N.J.*

December 4, 1970

Mr. R. J. Mortimer

Mr. R. N. Miller

Dr. R. L.Sundberg
to
File #124

The attached report completes our work on the nature
and magnitude of our ore body in Vermont from which
we manufacture Baby Powder talc.

W. Ashton

csc

JNJ 000245002

Prepared for

Johnson & Johnson
Research Center
Research and Development
New Brunswick, New Jersey 08901

Approved:

Herman Ponder
Director

Nick Saum
Project Engineer, Geologist

James M. Link
Manager, Mining Division

M. G. Pattengill
Project Engineer

Project No. 300533

November 13, 1970

JNJ 000245003

<u>TABLE OF CONTENTS</u>

                                                                    <u>Page</u>

Introduction. . . . . . . . . . . . . . . . . . . . . . .    1

Objective . . . . . . . . . . . . . . . . . . . . . . .    2

Scope . . . . . . . . . . . . . . . . . . . . . . . . .    3

Conclusions . . . . . . . . . . . . . . . . . . . . . .    4

Recommendations . . . . . . . . . . . . . . . . . . . .    5

Discussion. . . . . . . . . . . . . . . . . . . . . . .    7

        Location and Accessibility . . . . . . . . . . .    7
        Climate and Topography . . . . . . . . . . . . .    7
        Mine Development . . . . . . . . . . . . . . . .    7
        Geology. . . . . . . . . . . . . . . . . . . . .    8

            General Geology . . . . . . . . . . . . . . .    8
            Mine Geology. . . . . . . . . . . . . . . . .   10
            Thin Section and X-Ray Analysis of Selected Rocks 13

        Ore Reserves . . . . . . . . . . . . . . . . . .   23
        Ore Reserve Calculation. . . . . . . . . . . . .   25
        Ore Quality. . . . . . . . . . . . . . . . . . .   31
        Flotation Testing. . . . . . . . . . . . . . . .   51
        Drilling Recommendations . . . . . . . . . . . .   53

Selected References . . . . . . . . . . . . . . . . . .   58

Appendix. . . . . . . . . . . . . . . . . . . . . . . .  A-1

        Exhibit 1, Megascopic Description of Core Samples. .  A-2
        Exhibit 2, Petrographic Examinations . . . . . . . . A-25

<u>Tables</u>

Table 1, Petrographic Classification and Results of
         X-Ray Diffraction Analysis on Rock Samples . . .   20
      2, X-Ray Diffraction and Microscopic Data,
         Diamond Drill Hole 1-67-H. . . . . . . . .   33
      3, X-Ray Diffraction and Microscopic Data,
         Diamond Drill Hole 6-67-H. . . . . . . . .   34

ii

JNJ 000245004

Table of Contents – continued

Page

Table 4, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 21-67-H . . . . . . . . .    35
5, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 34-67-H . . . . . . . . .    36
6, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 35-67-H . . . . . . . . .    37
7, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 36-67-H . . . . . . . . .    38
8, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 37-67-H . . . . . . . . .    39
9, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 38-67-H . . . . . . . . .    40
10, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 39-67-H . . . . . . . . .    41
11, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 40-67-H . . . . . . . . .    42
12, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 41-67-H . . . . . . . . .    43
13, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 44-67-H . . . . . . . . .    44
14, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 45-67-H . . . . . . . . .    45
15, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 46-68-H . . . . . . . . .    46
16, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 49-68-H . . . . . . . . .    47
17, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 50-68-H . . . . . . . . .    48
18, X-Ray Diffraction and Microscopic Data,
Diamond Drill Hole 55-68-H . . . . . . . . .    49
19, Mineralogy and Color of Selected Vermont Core
Samples. . . . . . . . . . . . . . . . . .    52

Plates

Plate 1, Talc Thickness Contours (isopach map). . . . .14, 30
2, Specimen 6H-167 Showing a Fine-Grained Talc-
Chlorite Embayment in a Carbonate Particle .    17
3, Electron Microprobe Traverse Across Line
X-X' . . . . . . . . . . . . . . . . . . .    18

iii

JNJ 000245005

Table of Contents - continued

|  | | Page |
|---|---|---|
| Plate 4, | Triangular Areas of Influence. . . . . . . . | 27 |
| 5, | Polygonal Areas of Influence . . . . . . . . | 28 |
| 6, | Colors of Selected Cleaner Concentrates From Hammondsville Flotation Testing. . . . . . . | 54 |

### Figures

Figure 1, Electron Microprobe Traverse Across Line X-X'    A-38

### Photomicrographs

| 1A, | Specimen 2H-301 showing granulated quartz grains and lineated biotite. . . . . . . . . . . . . | A-28 |
|---|---|---|
| 1B, | Specimen 2H-301 showing a highly weathered garnet crystal with an irregular chlorite inclusion. . . . | A-28 |
| 2, | Specimen 6H-139 showing a foliated mixture of talc and chlorite, a chlorite seam, and variable-sized carbonate particles . . . . . . . . . . . . . . . | A-30 |
| 3, | Specimen 6H-141 showing irregular platy talc grains set in a fine-grained foliated matrix of talc and chlorite. . . . . . . . . . . . . . . . . . . | A-32 |
| 4, | Specimen 6H-150 showing elongated platy talc grains set in a fine-grained foliated mixture of talc and chlorite. . . . . . . . . . . . . . . . . . . | A-34 |
| 5, | Specimen 6H-167 showing a fine-grained talc-chlorite embayment in a carbonate particle. . . . . | A-37 |
| 6, | Specimen 6H-176 showing associations of talc, chlorite, and carbonate . . . . . . . . . . . . . | A-41 |
| 7, | Specimen 34H-507C showing platy talc grains in a foliated chlorite matrix. . . . . . . . . . . . . | A-43 |
| 8, | Specimen 35H-153 showing strained feldspar laths set in a highly-weathered fine-grained opaque groundmass. . . . . . . . . . . . . . . . . . . | A-46 |
| 9, | Specimen 35H-164 showing contact between quartz biotite schist and basalt . . . . . . . . . . . | A-49 |
| 10, | Specimen 35H-223A showing radiating tremolite-actinolite crystals . . . . . . . . . . . . . . . | A-51 |
| 11, | Specimen 35H-223B showing biotite and chlorite in a quartz matrix . . . . . . . . . . . . . . . . | A-54 |
| 12, | Specimen 35H-400 showing a large inclusion composed of fine-grained talc and/or chlorite cutting foliation of host rock. . . . . . . . . . . . . . | A-58 |

JNJ 000245006

Table of Contents - continued

Page

Photomicrographs - continued

13A, Specimen 37H-367 showing a platy talc grain set in
    a matrix of variable-sized carbonate grains . . . .    A-62
13B, Biaxial interference figure of platy talc grain
    shown in Photomicrograph 13A. . . . . . . . . . .    A-62
14,  Specimen 37H-451 showing ribbon-like platy talc
    seam. . . . . . . . . . . . . . . . . . . . . . .    A-68
15,  Specimen 37H-487 showing irregularly-shaped
    particles composed of fine-grained talc and/or
    chlorite set in the felty, subfoliated host rock
    matrix. . . . . . . . . . . . . . . . . . . . . .    A-75

~~Pocket~~ (adjacent file)
(separate)

1 - Surface, Hammondsville Mine, Vermont

2 - Hammondsville Mine, Vermont, Drill Hole Location Map

3 - Hammondsville Mine, Vermont, Talc Thickness Contours

4 - Hammondsville Mine, Proposed Diamond Drilling

5 - Hammondsville Mine, Section Location Map

6 - Cross Section D, looking northwest

7 - Cross Section F, looking northwest

8 - Cross Section H, looking northwest

9 - Cross Section J, looking northwest

10 - Cross Section L, looking northwest

11 - Cross Section N, looking northwest

12 - Cross Section XS-2, looking northeast

13 - Cross Section 3-67/52-68, looking northeast

14 - Cross Section 34-67/55-68, looking northeast

JNJ 000245007

## INTRODUCTION

The Colorado School of Mines Research Institute was engaged by Johnson and Johnson to conduct a complete study of the mining and milling of talc by their wholly-owned subsidiary, Windsor Minerals. This study was authorized by letter from Mr. William Ashton on 12 June 1970, in which he accepted our letter proposal of 9 June 1970.

This report deals entirely with the geology and ore reserves of the Hammondsville Mine which is a source of cosmetic grade talc for Windsor Minerals Company. A report on Mine Safety was issued on 12 August 1970, and a report on beneficiation of the Hammondsville ore will be issued in the near future. A report, "Beneficiation of Vermont Talc Concentrates," was issued on 18 September 1969 (Project Number 290527).

1

JNJ 000245008

## OBJECTIVE

The objective of this study was to estimate an ore reserve tonnage and quality at the Hammondsville Mine. In conjunction with this, it was necessary to study in detail the geology of the mine and the mineralogy of the ore material. This latter information will facilitate future mine development and planning.

2

JNJ 000245009

## SCOPE

The study included an examination and detailed geologic mapping of all accessible parts of the Hammondsville Mine. All available drill core was examined and the talcose zones were split. One half was sent to Golden for mineralogic and chemical assaying. The remainder was replaced in core boxes at Windsor.

Ore reserves were estimated and, based upon the assay results, the amount of recoverable platy talc was also estimated.

Flotation tests were conducted on several samples and mineralogic and color testing was done on the cleaner concentrates.

3

JNJ 000245010

## CONCLUSIONS

The reserves at the Hammondsville Mine below the 860 Level are approximately 3.75 million tons of Indicated ore containing about 967,000 tons of platy talc.  The mine life appears to be more than twenty years at the present production rate.

Ore quality varies greatly from area to area within the ore body.  This is due to the variability in carbonate content and the inverse relationship between the magnesite and talc contents of the ore.  On the other hand, magnesite and chlorite contents are directly related so that, in zones of high carbonate (most of which is magnesite) the color and talc content may be expected to deteriorate.  In particular, it appears that the color of the finished product may deteriorate down-dip from the present mine workings.  More drilling will be necessary to clarify this point.

4

JNJ 000245011

RECOMMENDATIONS

Some additional drilling is strongly recommended. This will be necessary to ascertain whether or not the color of the re- covered talc product actually does deteriorate down-dip from the present mine workings. At the same time, much of this recom- mended drilling will be invaluable for mine planning. Limited drilling is also necessary to improve the quality of ore reserve estimates.

A three-dimensional model showing the stopes in the south- east end of the mine, especially on and below the 860 Level should be constructed. This would be very helpful to the mine staff. Drifts and stopes could be made of some easily worked material, such as soft wood. The dimensions would not need to be precise. The main objective would be to show the relative positions of stopes. This would give a more clear picture as to what additional stoping could be accomplished. At present, Mr. Winston Dezaine, the Mine Superintendant, has a remarkably good mental picture of the deposit and appears to have done an excellent job of getting high recovery from most sections of the mine. Our impression is that stoping plans are made on the basis of visual estimates of ore quality, and an effort is made to lo- cate pillars so that they contain poorer quality material. The success of the method depends largely on Mr. Dezaine, and if he should be unavailable for any reason, the operation would prob- ably be severely handicapped.

5

JNJ 000245012

Recommendations - continued

It would be well worthwhile to increase the emphasis on mine surveying and transferral of the resultant information onto level or stope maps. Monthly updating of the mine maps will allow planning for more efficient and complete extraction of the ore. The burden of this regular updating should not be placed on the Mine Manager. It should be the regular responsibility of a competent mining engineer.

6

JNJ 000245013

## DISCUSSION

### Location and Accessibility

The mine is located on the east side of Vermont Highway No. 106, less than one-quarter of a mile north of Hammondsville, Vermont, and is easily accessible. The mill is approximately two miles to the southeast on the same road.

### Climate and Topography

The area has the typical, extreme, New England climate. The topography is fairly rugged. Topographic relief varies as much as 1,000 feet per mile in many places near the mine. The topography appears to have been caused principally by glaciation, resulting in fairly steep slopes on the margins of U-shaped valleys.

The area was mostly cleared and utilized as pasture about the turn of the century but has been allowed to revert to dense forests, over most of the slopes, since that time.

### Mine Development

The mine was originally opened in 1908 as an open pit. In recent years, underground workings have been developed from the wall of the pit. There are now two underground levels, the 860 Level and the 950 Level, which are designated by their elevations above sea level. A third level, at approximately 760 feet above sea level, is presently being developed by the sinking of an inclined shaft. The two existing levels are fairly extensive

7

JNJ 000245014

Discussion - continued

(both are over 1,000 feet in length) and are connected by many
stopes.  The upper level, the 960, has numerous stopes extending
upwards, some of which have holed through to the surface.

Geology

General Geology

The mine is located on the north flank of the Chester Dome,
a part of the Green Mountain Anticlinorium.  The talc deposit
is not unique, being only one of several hundred found in a
fairly linear array from Newfoundland to Alabama.  These deposits
are found primarily in early Paleozoic rocks which were meta-
morphosed to schists, gneisses, and marbles.  They were formerly
sands, shales, and carbonates which were deposited in near-shore
or shallow-water eugeosynclinal environments.  These sediments
were later overthrust from east to west to form the Vermontia
Geanticline which is an intensely folded north-trending belt of
Precambrian and early Paleozoic rocks.  The State Geologic Map
of Vermont indicates that the rocks adjacent to the mine area
are probably Devonian (roughly 250 million years old) whereas
Chidester (1951) states that they are probably Cambrian or
Ordovician in age (roughly 350 to 600 million years old).
Eardley (1962, p. 170) indicates that they are Silurian (between
the previous two ranges) in age.

8

JNJ 000245015

Discussion – continued

The rocks of the region are primarily metamorphosed sedimentary rocks. However, these schists, gneisses, and marbles are intruded in many places by igneous rocks (mostly acid, or granitic). Extrusive igneous or volcanic rocks are also present.

The Mount Ascutney stock, a few miles to the southeast of the mine, is a granitic intrusive body which has intruded and truncated the Standing Pond volcanics of the Devonian (Silurian?) Waits River Formation. These volcanics are reported to extend to within a mile or so of the mine and there have been a few basalt dikes noted in core from the mine area as well as within the mine workings proper.

It is the author's opinion that one or more of these igneous bodies was the source of silica, which was added to a magnesian carbonate, probably dolomite but possibly magnesite, to form talc. The generalized reaction is shown below:

$$\text{Dolomite} + \text{Silica} \rightarrow \text{Talc} + \text{CO}_2 \uparrow \text{(gas)} + \text{Soluble Calcium Salts}$$

$$\text{CaMg(CO}_3)_2 \quad \text{SiO}_2 \quad 3\text{MgO} \cdot 4\text{SiO}_2 \quad \text{CO}_2 \quad \text{Ca}^{++}$$

Intermediate and side reactions could have given rise to a number of products which are not shown here. Among them are brucite, chlorite, magnesite, and various clays and calcium complexes.

9

JNJ 000245016

Discussion – continued

### Mine Geology

The host rocks for the ore body are mostly quartz-biotite schists and/or gneisses.  These are at least a few hundred feet thick in the hanging wall of the mine.  In many places they become garnetiferous and contain a few thin quartz veins, mineralized with pyrite and pentlandite.  A few thin (six inches to three feet) basalt dikes are also present.

In most places along the walls of the talc body at Hammondsville, the host rock has been converted to a chloritic biotite schist.  This may be the result of alteration along a stratigraphic contact or it may represent a facies change in the pre-existing rocks.  This coarse-grained biotite or chlorite schist contact has been called blackwall by the miners.

The blackwall schist is used as a stratigraphic marker in mining to determine the location of the edge of the ore zone. It varies in thickness from a few inches to a few feet.  Where the talc pinches out between ore lenses on the 860 Level, a thin layer of the blackwall can be followed from one lens to the next.  This contact should be traceable for some distance from the mine, stratigraphically, and should aid in exploration.

The talc deposit at Hammondsville has a general tabular form with an average strike to the northwest and dip to the northeast at about 20 degrees.  The talc bodies within the mine have a general lensoid to tabular form.

10

JNJ 000245017

Discussion - continued

There are many local variations in strike and dip of both the hanging wall and, particularly, the footwall. As a result, the ore body varies radically in its strike direction and thickness. The lenticular and pod-like character of the deposit is therefore, probably not the result of tight, overturned folding but, more likely, is due to variations in thickness of the pre-talc carbonate body. Later, dynamic metamorphism would have streamlined the shape during movement.

The thicker parts of the ore body contain a core of chlorite and carbonate which is actually a chloritic marble. This has been called "serpentine" by the miners and "verde antique" by others (Chidester, 1951). The latter term, although somewhat a misnomer, is used in this report as it describes the physical appearance of the rock quite well. Technically, however, a verde antique should contain serpentine. There has been no serpentine detected by either petrographic or x-ray analyses in either the core or the rock samples from the mine. The material which makes up the core of the thicker parts of the ore body may be an intermediate alteration product from carbonate to talc or, it may be a product of retrograde metamorphism of dolomitic marble. In detail, it appears in irregular masses, crosscutting the schistosity (see the 860 and 950 Level maps), but in the broader sense it seems to occur at a definite horizon (see Cross-Section L).

11

JNJ 000245018

Discussion - continued

The very irregular nature of the footwall makes it diffi-
cult to follow in development drifts.  Consequently, it is
poorly exposed in most places, or not visible at all, so that
its exact position and attitude is not clear.  A postulated
pattern is shown diagrammatically on the 860 Level map.

Some layers and irregular blocks of chlorite-biotite schist
occur within the talc ore body and are called "cinders" by the
miners.  These create a problem in development work as they may
easily be mistaken for the true footwall of the deposit.  To
guard against development drifts being turned into the talc
body, short test holes are drilled into the footwall as drifting
progresses.  In most, and possibly all cases, where the develop-
ment drift has been turned away from the footwall because of
cinders, the fact has been recognized as stoping began, and mining
has been continued to the true footwall.  To a much lesser extent,
development drifts have been deviated from the true hanging
wall because of cinders.  Again, this has usually been corrected
fairly quickly.

In the southeastern part of the mine, the ore body has a
thick lenticular form, with a very irregular footwall.  It
reaches a maximum thickness of about 170 feet (including the
verde antique core) but pinches rapidly along strike (see Cross-
Section 4-67 to 9-66).  Down-dip, the lens seems to decrease
in thickness and increase in strike length so that its form be-

12

JNJ 000245019

Discussion - continued

comes more tabular with depth (Section 3-67 to 52-68) (see also
talc thickness contour map, Plate 1 and in pocket).

The lens then pinches out altogether about 2,000 feet
down-dip from its outcrop at an elevation of about 500 feet.  The
ore body appears to pinch out abruptly and completely along its
southeastern edge.  Extending the drifts there may develop a
little more ore.

The ore body pinches out in the central part of the mine
as seen on the 860 Level but this pinchout is apparently gone
400 feet down-dip, at an elevation of about 650 feet, where the
ore body appears to have a continuously mineable thickness along
a strike length of about 1400 feet.

Along its northwestern edge, the deposit tends to split
into talc layers which thin to the northwest.  These are sep-
arated by increasing thicknesses of waste.  Mining in this
direction will be limited by the thickness of the thickest talc
layer, rather than by the combined thickness of all the talc
layers.  This fact has been taken into account in both the
isopach map of the ore (Plate 1) and in the ore-reserve
estimate.

<u>Thin Section and X-Ray Analysis of Selected Rocks</u>

Thirty-eight core samples were submitted for thin-section
analysis.  All but a few of these were from within the ore zone.

13

JNJ 000245020

Plate 1 - Talc Thickness Contours (isopach map)



JNJ 000245021

Discussion - continued

These were studied to determine the various rock types and to examine the relationships between the mineral phases. Some attention was paid to possible origins of the talc in order to make suggestions for further exploration work. The descriptions of the individual rock specimens will be found in the Appendix, Exhibit 2.

It was evident during this phase of the investigation that optical differentiation between chlorite and talc, when in fine grains, is nearly impossible. The refractive index, in oil, of the two minerals is nearly identical. The high-magnesium chlorite which occurs within the Hammondsville ore body is color-less, or nearly so, in thin section and is therefore nearly indistinguishable from the platy talc. Larger grains of chlorite do exhibit weak pleochroism and may be distinguished by this property.

Several thin sections were made of the host rock and, for the most part, it was found to be a quartz-biotite schist exhibiting some gneissosity. In places, this rock becomes garnetif-erous. The garnets are almost without exception subhedral and appear to have been altered to clay. In many cases, the garnets have been embayed by chlorite, indicating probable retrograde metamorphism. The subhedral character of the garnets has been studied in Vermont by students at Harvard University and has been described in the literature. These are called "rolled"

15

JNJ 000245022

Discussion - continued

garnets with the implication that they were rolled and crushed during dynamic metamorphism of the country rock.  The crystal shape was assumed to have been destroyed during such treatment.

It appears from the petrographic work on the thin sections that the talc has resulted from metamorphism of a carbonate rock.  This would agree with the field evidence as interpreted by the author.  A particularly convincing piece of evidence was obtained in a thin section of material from Diamond Drill Hole No. 6-67 at a depth of 167 feet.  A photomicrograph of a portion of that thin section is shown as Plate 2.  It can be seen that the talc occurs  as an embayment in a carbonate grain. This indicates that the talc was formed at the expense of the carbonate (magnesite).  The thin skin or contact zone between the talc and the magnesite is chlorite.  This identification of the minerals was corroborated by electron-microprobe analysis. The results of a traverse across the embayment (line X-X' on the photomicrograph) are shown on Plate 3.

Because of the partially inconclusive nature of the optical studies, x-ray-diffraction analyses were made of the rocks from which the thin sections were cut.  This technique, in conjunction with the optical work, appears to have yielded a fairly accurate semi-quantitative estimate of the mineralogical constituents of each rock.  In addition, x-ray analyses make it possible to differentiate between the three carbonate phases

16

JNJ 000245023



Plate 2 – Specimen 6H-167 showing a fine-grained
talc-chlorite embayment in a carbonate
particle.

    (A)   Fine-grained talc-chlorite inter-
mixture.

    (B)   Magnesite, $MgCO_3$, particle.

    (C)   Chlorite seam.

    (D)   X-X' approximate electron micro-
probe traverse shown in Plate 3.

Scale                    Crossed polarizers

0.1 mm

17

JNJ 000245024



Plate 3 – Electron Microprobe Traverse Across Line X–X'

JNJ 000245025

Discussion - continued

of these rocks (magnesite, dolomite, and calcite) as well as
between chlorite and talc.

The following table (Table 1) summarizes the results
of the petrographic and x-ray examinations of the rocks submitted
for thin-section analysis.

The consensus of opinion in the available literature about
the genesis of the talc bodies in Vermont seems to be that they
formed as an alteration product from ultrabasic intrusive igneous
rocks (Chidester, et. al., 1951; Trauffer, 1964; Gillson, 1927).
Chidester (1951) however, seems to suggest that the talc at the
Hammondsville Mine might be the result of metamorphism of a
carbonate body.  This is the opinion of this writer.

A postulated paleo-environment which would result in the
formation of the Hammondsville ore body as we see it today may
have resembled in many ways that environment found presently
in the Gulf of Mexico.  This environment would have consisted
of a relatively low-lying land surface from which sands and muds
were derived, and a fairly shallow sea (a eugeosyncline--Eardley,
1962, p. 169) which would receive these sediments.  Carbonate
deposition was certainly taking place, possibly in the form
of reefs.  These may have been either discontinuous or eroded
so that the topography resembled in many ways the present-day
channeling seen in the carbonate reefs between Florida and the
Bahamas.  Filling of these channels with clastic sediments

JNJ 000245026

TABLE 1

PETROGRAPHIC CLASSIFICATION AND RESULTS OF
X-RAY DIFFRACTION ANALYSIS ON ROCK SAMPLES

| D.D. Hole | Interval | Rock Classification | Relative X-Ray Diffraction Peak Heights (Cm) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Talc | Trem/Act | Chlorite | Quartz | Calcite | Dolomite | Magnesite | Mica | Feldspar |
| 2-67-H | 301 | Garnetiferous quartz-biotite augen schist | | | | 1.0 | | 0.3 | | 1.3 | |
| 6-67-H | 139 | Schistose augen marble | 0.9 | | 0.7 | | | 0.3 | 0.2 | Tr. | |
| | 141 | Augen marble schist | 2.0 | | 0.5 | | | 0.1 | 0.4 | | |
| | 150 | Augen marble schist | 2.5 | | 0.5 | | | 3.2 | 0.5 | | |
| | 167 | Talc-chlorite augen schist | 4.5 | | 0.2 | | | Tr. | 0.6 | | |
| | 169 | Schistose augen marble | 2.6 | | 0.1 | | | 0.7 | 3.5 | | |
| | 176 | Talc-chlorite schist | 11.8 | | 0.4 | 0.5 | | | | 0.6 | |
| 34-67-H | 507-C | Chlorite schist | 0.7 | | 1.3 | 0.2 | | | | | |
| | 518 | Augen marble schist | 1.8 | | | | | 0.6 | | | |
| 35-67-H | 153 | Basalt | 0.2 | | | | | | | 0.3 | 0.8 |
| | 164 | Contact between basalt and quartz-biotite schist | | | | 0.5 | | | | 0.4 | 0.4 |
| | 223-A | Chlorite schist | | 0.4 | 0.2 | | | | | | |
| | 223-B | Garnetiferous biotite-chlorite-quartz schist | | | | 2.4 | 0.3 | | | 0.8 | |
| | 223-C | Chlorite-biotite-quartz schist | 0.2 | | Tr. | 1.1 | | | | 0.8 | |
| | 398 | Talc-chlorite schist | 3.6 | | 0.4 | | | 0.7 | | | |
| | 400 | Chlorite schist | 0.3 | | 1.7 | | | 0.3 | | | |
| 36-67-H | 437 | Augen marble schist | 1.0 | | 0.4 | | | 0.6 | 1.7 | | |
| | 438 | Schistose augen marble | 0.9 | | 0.7 | | | 0.1 | 0.1 | | |
| 37-67-H | 367 | Schistose marble | 0.9 | | Tr. | | | 0.1 | 1.7 | | |
| | 388 | Talc-chlorite augen schist | 0.9 | | 0.2 | | | 1.2 | Tr. | | |

continued

20

JNJ 000245027

Table 1 - continued

| D.D. Hole | Interval | Rock Classification | Relative X-Ray Diffraction Peak Heights (Cm) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Talc | Trem/Act | Chlorite | Quartz | Calcite | Dolomite | Magnesite | Mica | Feldspar |
| 37-67-H | 400 | Talc-chlorite augen schist | 0.6 | | 0.2 | | | 2.6 | 0.2 | | |
| | 440 | Marble schist | 3.3 | | 0.8 | | | 0.8 | 0.1 | | |
| | 450 | Augen marble schist[1] | 1.7 | | 0.6 | | | | 4.0 | | |
| | 451 | Augen marble schist[1] | 1.6 | | 0.5 | | | 2.3 | | | |
| | 452 | Augen marble schist[1] | 2.4 | | 0.6 | | | 0.7 | 0.2 | | |
| | 453 | Verde antique | 1.5 | | 1.5 | | | 0.3 | 0.7 | | |
| | 481 | Chlorite schist | 1.1 | | 2.6 | | | | | | |
| | 485 | Chloritic marble schist | 1.5 | | 1.2 | | | | | | |
| | 487 | Chlorite-talc marble schist[2] | 2.0 | | 0.7 | 0.6 | | | | | |
| | 490 | Chlorite-talc marble schist[3] | 4.0 | | 1.0 | | | | 0.3 | | |
| | 491 | Contact between chloritic marble schist and chlorite schistose marble | 0.9 | | 0.3 | | | 0.1 | | | |
| | 504 | Chlorite marble schist | 1.6 | | 0.7 | | | 0.9 | 0.3 | | |
| | 512 | Schistose marble | 1.7 | | 0.7 | | | 0.2 | Tr. | | |
| 38-67-H | 494 | Basalt | | | 0.4 | 0.3 | | 0.2 | | | Tr. |
| 39-67-H | 458 | Chlorite-talc schist | 2.3 | | 0.9 | 0.7 | | 0.2 | Tr. | | |
| | 532 | Chlorite-talc marble schist | 2.2 | | 0.9 | | | 0.3 | 0.2 | | |
| | 534 | Schistose augen marble | 1.3 | | 0.2 | | | 0.1 | 0.4 | | |
| | 544 | Schistose augen marble | 1.0 | | 0.4 | | | 0.1 | 0.9 | | |

1/ Could possibly be classified as verde antiques.
2/ Contains distinct talc seam perpendicular to schistosity.
3/ Contains distinct talc seam parallel to schistosity.
Tr. Trace detected.

21

JNJ 000245028

Discussion - continued

followed by metamorphism during the thrusting of great fault
blocks from east to west would result in isolated pods or bodies
of carbonate rocks surrounded by schists and gneisses.  Dynamic
and regional metamorphism would further modify this picture until
these isolated bodies of carbonate rock (probably marble) would
assume lenticular or tabular shapes within the schists and gneisses.

An extremely high percentage of early Paleozoic carbonates
are dolomites.  Nearly every talc deposit which has been examined
by the author has been the result of silicification of a dolomite,
usually of early Paleozoic or Precambrian age.  The chemical
change is fairly simple.  At low temperatures and fairly low
pressures, the magnesium present in the dolomite is combined with
silica, probably from an igneous source.  The carbonate is driven
off as carbon dioxide.  The abundance of chlorite within the
Hammondsville ore body may be explained as a product of retro-
grade metamorphism of the dolomitic marble from which the talc
was formed.

Evidence for the hypothesis offered above is rather abundant.
Mount Ascutney is suggested as a source for the silica, and, con-
sistent with the above theory, there is a very high remnant car-
bonate content within the ore body ( 25 to 50 percent).  The complete
absence of any igneous minerals (serpentine or relict ultrabasic
minerals) within the Hammondsville ore body (other than the
basalt dikes--which are later) is negative evidence against an

22

JNJ 000245029

Discussion – continued

igneous origin.

If the above hypothesis is correct, exploration could be tied closely to stratigraphy. Prospecting along the zone of contact between the hanging and footwall rocks (east and south-east of the mine) would be indicated. The geologic map of the state of Vermont indicates that the ore body is found on the nose of a small anticlinal structure abutting against the Mt. Ascutney stock to the southeast. It seems quite likely to the author that more talc deposits could be found along the stratigraphic contact on this structure.

Ore Reserves

The ore reserves remaining in the mine below the 860 Level are estimated to be 3,736,000 tons. This ore contains an estimated 967,000 tons of platy talc. These figures were arrived at by assuming a 60 percent mining extraction and a minimum mining thickness of nine feet. These latter two figures were furnished by the management at Windsor Minerals.

The ore is considered Indicated on the basis of the ore classification system adopted by the U.S. Geological Survey and the U.S. Bureau of Mines (Senate, 1947) which appears below.

> "'Measured ore' is ore for which tonnage is computed from dimensions revealed in out-crops, trenches, workings, and drill holes and for which the grade is computed from

23

JNJ 000245030

Discussion - continued

the results of detailed sampling. The sites
for inspection, sampling, and measurement are
so closely spaced and the geological char-
acter is so well defined that the size, shape,
and mineral content are well established. The
computed tonnage and grade are judged to be
accurate within limits which are stated, and
no such limit is judged to differ from the
computed tonnage or grade by more than 20
per cent.

"'Indicated ore' is ore for which tonnage and
grade are computed partly from specific
measurements, samples, or production data
and partly from projection for a reasonable
distance on geologic evidence. The sites
available for inspection, measurement, and
sampling are too widely or otherwise in-
appropriately spaced to outline the ore com-
pletely or to establish its grade throughout.

"'Inferred ore' is ore for which quantitative
estimates are based largely on broad know-
ledge of the geologic character of the de-
posit and for which there are few, if any,
samples or measurements. The estimates are
based on an assumed continuity or repetition
for which there is geologic evidence; this
evidence may include comparison with deposits
of similar type. Bodies that are completely
concealed may be included if there is spe-
cific geologic evidence of their presence.
Estimates of inferred ore should include a
statement of the special limits within
which the inferred ore may lie."

Ore reserves were calculated on the basis of 175 pounds per

cubic foot of rock in place. This factor is commonly used for

the California talc ore (Rassmussen, Charles Pfizer Co., Personal

Communication, 1970). It also is within 10 percent of a theo-

retical value (McKinstry, 1948) and an empirical value obtained

24

JNJ 000245031

Discussion - continued

from a large piece of Hammondsville ore.  The grades assigned
to the various drill holes were obtained by assaying the avail-
able core.  Those drill holes for which no core was available
were assigned the average value obtained for all of the core
which was assayed.  The estimate does not include any ore above
the 860 Level and would have to be increased by the amount of
recoverable ore still remaining above that level.

Ore Reserve Calculation

All ore-reserve estimates depend upon the analysis and
weighting of a body of sample data.  When samples are randomly
spaced throughout a large deposit the question of sample weight,
or volume of influence, becomes extremely significant.  When
properly weighted, irregularly spaced samples can provide a
very precise estimate of the true tonnage and grade of the de-
posit.

In the case of the Hammondsville ore body, the reserve esti-
mate is based upon data from 40 diamond-drill holes.  Several
methods of weighting drill-hole data were considered.  Two of
these, the polygonal and the triangular area-of-influence methods
were used independently and the results were within about 10 per-
cent of the final calculation utilizing a combination method.

The triangular area-of-influence method is probably the
simplest and most widely used method of weighting irregularly

25

JNJ 000245032

## Discussion – continued

spaced drill samples.  The area is divided into triangles with a
drill hole at each corner as shown in Plate 4.  The volume
is computed from the area of the triangle and the average thick-
ness of the ore in the three holes.  A weighted average of the
grade in the three holes is assigned to this volume.  Extreme
variations in thickness, or grade, or drill-hole spacing will
distort the results obtained through the use of this method.

The polygonal area-of-influence method is quite similar
to the triangular method.  The polygons are developed by drawing
bisectrices on each of the lines joining adjacent drill holes.
The intersections of the bisectrices become the corners of a
polygon with a drill hole at the center.  The volume is deter-
mined by using the area of the polygon and the thickness of the
ore intersection in the drill hole.  Grade of the material in
the drill hole is assigned to this volume.  As in the triangu-
lar area-of-influence method, the wide spacing of the drill
holes causes problems.  With polygons only, an inordinate area
of influence is assigned to some of the drill holes because of
the wide spacing, and the method was not used for this reason.
The areas of influence obtained through the use of this method
of weighting are shown in Plate 5.

Other methods of calculating reserves involve the use of
isopachs (contours of equal thickness) or cross-sectional areas

26

JNJ 000245033

Plate 4 – Triangular Areas of Influence



JNJ 000245034

Plate 5 - Polygonal Areas of Influence



JNJ 000245035

Discussion – continued

to determine the volume of a deposit. Usually, these methods assume a uniform grade throughout the entire deposit.

The method used in calculating ore reserves for this report combines two different techniques and is thought to be the most realistic method of calculating ore reserves for the Hammondsville Mine.

The method involves combining the isopach map of talc thicknesses (Plate 1 and in pocket) and the polygonal areas of influence of the various drill holes (Plate 5). The area for each polygon was combined with the thickness from the isopachs to obtain the volume; the ore grade within the appropriate polygons was assigned to the respective volumes. These values were then totaled to give the weighted ore reserve estimate.

The advantage of this technique is that the variation in grade is assigned to an appropriate volume based upon the polygonal area of influence of the drill holes and the more accurate volume is obtained from isopachs.

In preparing the isopach map no corrections were made for the dip of the ore body because it was generally shallow dip. Deviation of the drill holes seems almost a certainty. The majority of the core examined indicated that the vertical holes had deviated enough to intersect the schistosity of the ore and host rocks at a nearly perpendicular angle. This is frequently

29

JNJ 000245036



Plate 1 – Talc Thickness Contours (isopach map)

JNJ 000245037

Discussion - continued

a problem when drilling in schistose or gneissic rocks.

An examination of the isopach map, Plate 1 seems to indicate that the minimum-mining-thickness contour (nine feet) on the southeast side of the map is displaced almost 100 feet to the east. This contour was drawn on the basis of drilling information and was modified slightly on the basis of information available from the mine workings in that area. There is presently not sufficient evidence to move this contour to the west. The difference in reserve tonnage if this contour were moved would probably be less than 100,000 tons.

Ore Quality

In order to determine the quality of the ore reserves within the Hammondsville Mine, it was desirable to carefully sample the available diamond-drill core. One hundred and seven samples were sawed from the core from 17 different drill holes. These were submitted for chemical, mineralogical, and petrographic analysis. A selected few of these samples were submitted for more exhaustive analysis after flotation testing.

In addition, almost forty samples of core material were submitted for thin-section analysis to determine various information about the host rock, the ore, and the origin of the deposit. The results of these analyses have been discussed under

31

JNJ 000245038

Discussion – continued

Thin Section and X-Ray Analysis in the section on Geology.

The only chemical test performed on the core samples was a determination of the acid solubility. This was done by the standard Johnson and Johnson procedure in the laboratory at Golden. The results are shown in Tables 2 through 18.

X-Ray diffraction analyses were performed on ground samples of rock. All peak heights reported in the tables were measured in centimeters above background directly from x-ray diffract-ograms. The principal peaks of the various minerals are re-ported so that, in the case of talc, chlorite, and mica, the relative height above background (intensity) of these minerals are roughly comparable to relative abundance of the three min-erals. It should be pointed out that these numbers do not represent percentages of the various minerals.

The percentages of the various minerals, as determined optically, are reported in Tables 2 through 18 and represent the microscopic estimate of the amount of the mineral present on slides of the insoluble residues from chemical testing. The purpose for doing microscopic analyses on the insoluble resi-dues was to eliminate the problem of identifying the abundant carbonates (other than by x-ray means). The residues were al-most entirely silicates, mostly talc and chlorite. The differ-entiation between these two, as stated earlier, is very difficult

32

JNJ 000245039

TABLE 2

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole  1-67-H

| Interval (ft) | 39.0-41.0 | 47.0-54.0 | 57.3-59.3 |
|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | |
| Talc | 23.8 | 19.8 | 11.2 |
| Tremolite-Actinolite | -- | -- | 2.5 |
| Chlorite | 1.2 | 0.8 | 0.8 |
| Quartz | -- | -- | 0.7 |
| Calcite | -- | -- | -- |
| Dolomite | 3.4 | 4.6 | 0.4 |
| Magnesite | 4.5 | 4.5 | 0.2 |
| Mica | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | |
| % Platy Talc | 42 | 56 | 36 |
| % Foliated Talc | 35 | 30 | 50 |
| % Fibrous Talc | 20 | 10 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 |
| % Carbonate | 3 | 3 | 3 |
| % Dark Opaque | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- |
| % Quartz | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- |
| % Mica | -- | -- | -- |
| % Acid Soluble | 34.3 | 35.4 | 6.7 |

33

JNJ 000245040

TABLE 3

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 6-67-H

| Interval (ft) | 139.0-141.7 | 149.0-153.0 | 159.0-164.0 | 164.0-169.0 | 169.0-174.0 | 175.0-177.0 |
|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | |
| Talc | 6.8 | 10.8 | 13.4 | 15.7 | 17.1 | 7.6 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- |
| Chlorite | 2.1 | 1.2 | 0.6 | 0.6 | 1.4 | 0.7 |
| Quartz | 0.4 | -- | -- | -- | 2.5 | 2.1 |
| Calcite | -- | -- | -- | -- | -- | -- |
| Dolomite | 5.6 | 1.8 | 3.2 | 1.9 | 1.5 | 2.0 |
| Magnesite | 1.3 | 8.1 | 6.2 | 3.0 | 0.4 | -- |
| Mica | -- | -- | -- | -- | 2.9 | 0.7 |
| **Microscopic Examination of Insoluble Portion** | | | | | | |
| % Platy Talc | 36 | 40 | 34 | 36 | 47 | 44 |
| % Foliated Talc | 50 | 50 | 40 | 50 | 40 | 40 |
| % Fibrous Talc | 10 | 5 | 20 | 10 | 5 | 5 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 3 | 5 | 5 | 3 | 2 | 5 |
| % Dark Opaque | 1 | <1 | 1 | 1 | 1 | 1 |
| % Chlorite | -- | -- | -- | -- | -- | -- |
| % Quartz | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | 10 | 5 |
| % Acid Soluble | 28.4 | 38.5 | 41.7 | 36.1 | 18.2 | 18.6 |

34

JNJ 000245041

TABLE 4

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 21-67-H

| Interval (ft) | 765.1-770.4 |
|---|---|
| **X-Ray Diffraction Peak Heights** | |
| Talc | 0.3 |
| Tremolite-Actinolite | -- |
| Chlorite | 3.0 |
| Quartz | 4.8 |
| Calcite | -- |
| Dolomite | 0.6 |
| Magnesite | -- |
| Mica | 6.5 |
| **Microscopic Examination of Insoluble Portion** | |
| % Platy Talc | 2 |
| % Foliated Talc | <1 |
| % Fibrous Talc | <1 |
| % F.G.A. Talc | <1 |
| % Carbonate | 5 |
| % Dark Opaque | 3 |
| % Chlorite | -- |
| % Quartz | 10 |
| % Tremolite-Actinolite | -- |
| % Mica | 80 |
| % Acid Soluble | 9.3 |

35

JNJ 000245042

TABLE 6

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 35-67-H

| Interval (ft) | 382.5-387.5 | 387.5-392.5 | 392.5-397.5 | 397.5-402.5 | 402.5-404.5 | 404.5-410.5 |
|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | |
| Talc | 14.1 | 12.3 | 8.0 | 9.9 | 8.4 | 10.2 |
| Tremolite Actinolite | -- | -- | -- | -- | -- | -- |
| Chlorite | 1.2 | 2.9 | 3.6 | 4.2 | 1.5 | 3.1 |
| Quartz | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- |
| Dolomite | 1.5 | 1.7 | 1.5 | 1.2 | 1.7 | 2.1 |
| Magnesite | 4.6 | 3.4 | 6.1 | -- | 0.2 | 2.5 |
| Mica | -- | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | |
| % Platy Talc | 30 | 35 | 30 | 58 | 60 | 50 |
| % Foliated Talc | 52 | 39 | 47 | 30 | 30 | 36 |
| % Fibrous Talc | 10 | 15 | 20 | 10 | 10 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 7 | 10 | 3 | <1 | 1 | 3 |
| % Dark Opaque | 1 | 1 | <1 | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- | 2 | -- | -- |
| % Quartz | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 35.0 | 30.6 | 24.9 | 23.2 | 30.8 | 26.3 |

37

JNJ 000245043

TABLE 7

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 36-67-H

| Interval (ft) | 399.2-405.5 | 405.5-421.0 | 421.0-425.5 | 425.5-430.5 | 430.5-435.5 | 435.5-440.0 | 440.0-444.5 | 444.5-451.2 | 451.2-457.8 | 457.8-465.8 |
|---|---|---|---|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | | | | | |
| Talc | 18.2 | 12.6 | 14.7 | 12.7 | 11.7 | 12.0 | 4.7 | 4.0 | 11.2 | 8.3 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Chlorite | 1.5 | 1.0 | 0.7 | 0.8 | 0.7 | 1.3 | 0.8 | 1.0 | 4.0 | 0.7 |
| Quartz | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Dolomite | 3.8 | 0.5 | 2.6 | 2.5 | 3.5 | 2.3 | 0.9 | 0.6 | 0.5 | 0.2 |
| Magnesite | 1.6 | 4.2 | 5.1 | 9.2 | 3.2 | 2.8 | 2.3 | 0.9 | 0.9 | 3.5 |
| Mica | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | | | | | |
| % Platy Talc | 10 | 5 | 20 | 30 | 30 | 40 | 40 | 36 | 79 | 50 |
| % Foliated Talc | 82 | 86 | 70 | 60 | 60 | 50 | 55 | 60 | 15 | 40 |
| % Fibrous Talc | 5 | 5 | 8 | 8 | 10 | 7 | 2 | 3 | 5 | 8 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 1 | 1 | 1 | 1 | 1 | 3 | 3 | 1 | 1 | 1 |
| % Dark Opaque | 2 | 3 | 1 | 1 | 1 | <1 | <1 | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Quartz | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Tremolito-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 24.4 | 30.2 | 36.6 | 32.3 | 43.9 | 29.4 | 42.4 | 23.2 | 14.2 | 29.0 |

38

JNJ 000245044





TABLE 8

X-RAY DIFFRACTION AND MINERALOGIC DATA

Diamond Drill Hole 37-47-9

39

JNJ 000245045

TABLE 9

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 38-67-H

| Interval (ft) | 479.0-485.0 | 485.0-491.0 | 491.0-494.0 | 497.5-500.5 | 500.5-505.5 | 505.5-508.0 | 508.0-513.0 | 513.0-518.0 | 516.0-522.0 | 523.0-528.0 | 528.0-533.0 | 533.0-538.0 | 538.0-543.0 | 543.0-548.0 | 548.0-553.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | | | | | | | | | | |
| Talc | 8.1 | 14.9 | 10.1 | 6.0 | 7.2 | 9.5 | 9.1 | 10.9 | 8.9 | 13.6 | 7.3 | 12.1 | 18.6 | 18.4 | 18.9 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Chlorite | 0.5 | 1.5 | 1.1 | 0.4 | 0.7 | 2.0 | 2.1 | 2.7 | 2.0 | 2.3 | 1.6 | 2.2 | 0.8 | 0.4 | 0.8 |
| Quartz | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.2 | -- | -- |
| Dolomite | 4.3 | 2.2 | 1.0 | 0.6 | -- | 0.7 | 0.4 | 0.3 | 4.2 | 8.0 | 2.3 | 3.4 | 12.4 | 13.0 | 4.7 |
| Magnesite | 1.2 | 5.0 | 2.7 | 7.4 | 4.2 | 6.1 | 6.7 | 2.2 | 4.3 | 4.5 | 0.6 | -- | 0.5 | 4.6 | 1.3 |
| Mica | -- | -- | -- | -- | -- | -- | -- | -- | -- | 0.1 | -- | -- | 0.2 | 0.1 | 0.3 |
| **Microscopic Examination of Insoluble Portion** | | | | | | | | | | | | | | | |
| % Platy Talc | 40 | 20 | 40 | 36 | 18 | 30 | 20 | 10 | 20 | 30 | 43 | 63 | 54 | 59 | 62 |
| % Foliated Talc | 50 | 66 | 54 | 50 | 70 | 58 | 58 | 72 | 55 | 50 | 55 | 30 | 35 | 30 | 30 |
| % Fibrous Talc | 8 | 10 | 5 | 10 | 10 | 10 | 10 | 10 | 20 | 20 | 10 | 5 | 10 | 10 | 5 |
| % F.G.A. Talc | <1 | 2 | <1 | 3 | <1 | 1 | 10 | 5 | 3 | 2 | <1 | 1 | <1 | <1 | <1 |
| % Carbonate | 1 | 1 | <1 | 1 | 1 | 1 | 1 | 2 | 1 | 2 | 2 | 1 | <1 | <1 | 3 |
| % Dark Opaque | 1 | 1 | 1 | 1 | 1 | <1 | 1 | 1 | 1 | 1 | 1 | 1 | <1 | 1 | <1 |
| % Chlorite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Quartz | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | 1 | 1 | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Mica | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 31.3 | 30.3 | 27.7 | 30.4 | 26.9 | 31.2 | 32.1 | 23.2 | 36.5 | 40.9 | 36.0 | 30.7 | 50.8 | 51.1 | 40.9 |

40

JNJ 000245046

TABLE 10

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 39-67-H

| Interval (ft) | 454.0-459.0 | 459.0-469.0 | 469.0-479.0 | 479.0-484.0 | 484.0-489.0 | 489.0-495.0 | 495.0-500.0 | 500.0-505.0 | 505.0-510.0 | 510.0-515.0 | 515.0-520.0 | 520.0-525.0 | 525.0-530.0 | 530.0-535.0 | 535.0-540.0 | 540.0-545.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **X-Ray Diffraction Peak Heights** | | | | | | | | | | | | | | | | |
| Talc | 2.5 | 9.5 | 4.6 | 6.3 | 8.0 | 5.5 | 10.3 | 7.5 | 8.5 | 6.9 | 15.1 | 7.7 | 11.0 | 4.8 | 12.6 | 7.3 |
| Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Chlorite | 1.5 | 0.7 | 0.8 | 0.8 | 1.0 | 0.8 | 0.8 | 0.7 | 0.7 | 0.7 | 0.8 | 0.5 | 0.7 | 0.8 | 1.8 | 1.3 |
| Quartz | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Calcite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Dolomite | 2.0 | 7.4 | 1.7 | 2.1 | 2.5 | 0.6 | 1.5 | 1.7 | 2.7 | 2.3 | 1.3 | 2.1 | 3.3 | 1.4 | 6.5 | 4.5 |
| Magnesite | 1.2 | 3.5 | 4.0 | 7.0 | 4.0 | 6.6 | 1.4 | 7.4 | 3.4 | 3.2 | 5.3 | 3.0 | 4.8 | 1.4 | 6.5 | 7.3 |
| Mica | 1.7 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| **Microscopic Examination of Insoluble Portion** | | | | | | | | | | | | | | | | |
| % Platy Talc | 30 | 10 | 50 | 50 | 60 | 34 | 38 | 57 | 50 | 20 | 30 | 45 | 44 | 49 | 44 | 40 |
| % Foliated Talc | 45 | 80 | 40 | 35 | 33 | 50 | 50 | 30 | 38 | 63 | 64 | 45 | 50 | 35 | 50 | 47 |
| % Fibrous Talc | 10 | 10 | 5 | 10 | 5 | 10 | 10 | 10 | 10 | 12 | 5 | 10 | 5 | 10 | 5 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 | <1 | <1 | 1 | <1 | 2 | 3 | 1 | <1 | <1 | <1 | <1 | <1 |
| % Carbonate | 1 | <1 | 5 | 5 | 2 | 5 | 1 | 3 | <1 | 1 | <1 | <1 | 1 | 5 | 1 | 2 |
| % Dark Opaque | 2 | <1 | <1 | 2 | <1 | 1 | <1 | <1 | <1 | 1 | 1 | <1 | <1 | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Quartz | 2 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Mica | 10 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| % Acid Soluble | 55.0 | 49.8 | 45.7 | 29.7 | 37.2 | 33.4 | 41.1 | 36.0 | 41.7 | 38.8 | 32.2 | 42.2 | 38.3 | 30.6 | 36.8 | 45.8 |

41

JNJ 000245047

## TABLE 11

### X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 40-67-H

| Interval (ft) | 488.0–496.0 | 496.0–505.0 |
|---|---|---|
| **X-Ray Diffraction Peak Heights** | | |
| Talc | 16.8 | 10.5 |
| Tremolite-Actinolite | -- | -- |
| Chlorite | 2.2 | 3.8 |
| Quartz | -- | 0.9 |
| Calcite | -- | -- |
| Dolomite | 5.4 | 2.1 |
| Magnesite | 4.4 | 4.4 |
| Mica | -- | 0.7 |
| **Microscopic Examination of Insoluble Portion** | | |
| % Platy Talc | 45 | 40 |
| % Foliated Talc | 40 | 49 |
| % Fibrous Talc | 5 | 10 |
| % F.G.A. Talc | <1 | <1 |
| % Carbonate | <1 | 1 |
| % Dark Opaque | <1 | <1 |
| % Chlorite | -- | -- |
| % Quartz | -- | -- |
| % Tremolite-Actinolite | -- | -- |
| % Mica | -- | -- |
| % Acid Soluble | 33.8 | 33.5 |

42

JNJ 000245048

TABLE 12

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 41-67-H

| Interval (ft) | 594.0 599.0 | 599.0 604.0 | 604.0 608.5 |
|---|---|---|---|
| X-Ray Diffraction Peak Heights | | | |
| Talc | 13.1 | 18.2 | 18.7 |
| Tremolite-Actinolite | -- | -- | -- |
| Chlorite | 6.2 | 3.0 | 2.3 |
| Quartz | -- | -- | 0.1 |
| Calcite | -- | -- | -- |
| Dolomite | 1.9 | 6.5 | 1.2 |
| Magnesite | 4.2 | 3.8 | 2.5 |
| Mica | 0.2 | 0.2 | 0.4 |
| Microscopic Examination of Insoluble Portion | | | |
| % Platy Talc | 50 | 60 | 49 |
| % Foliated Talc | 44 | 34 | 36 |
| % Fibrous Talc | 5 | 5 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 |
| % Carbonate | 1 | 1 | 3 |
| % Dark Opaque | <1 | <1 | 1 |
| % Chlorite | -- | -- | -- |
| % Quartz | -- | -- | 1 |
| % Tremolite-Actinolite | -- | -- | -- |
| % Mica | -- | -- | -- |
| % Acid Soluble | 25.3 | 33.7 | 29.0 |

43

JNJ 000245049

TABLE 13

## X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 44-67-H

| Interval (ft) | 299.9-304.0 | 304.0-309.0 |
|---|---|---|
| **X-Ray Diffraction Peak Heights** | | |
| Talc | 0.2 | 0.6 |
| Tremolite-Actinolite | 0.5 | 0.4 |
| Chlorite | 1.3 | 2.3 |
| Quartz | 3.9 | 9.9 |
| Calcite | -- | -- |
| Dolomite | -- | -- |
| Magnesite | -- | -- |
| Mica | 6.0 | 11.2 |
| **Microscopic Examination of Insoluble Portion** | | |
| % Platy Talc | 24 | 20 |
| % Foliated Talc | 5 | 10 |
| % Fibrous Talc | 2 | 2 |
| % F.G.A. Talc | <1 | <1 |
| % Carbonate | 1 | 3 |
| % Dark Opaque | 3 | 2 |
| % Chlorite | 10 | 10 |
| % Quartz | 5 | 3 |
| % Tremolite-Actinolite | -- | -- |
| % Mica | 50 | 50 |
| % Acid Soluble | 8.16 | 7.91 |

44

JNJ 000245050

TABLE 14

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 45-67-H

| Interval (ft) | 903.0-905.0 |
|---|---|
| **X-Ray Diffraction Peak Heights** | |
| Talc | 2.4 |
| Tremolite-Actinolite | 0.4 |
| Chlorite | 0.7 |
| Quartz | 2.4 |
| Calcite | -- |
| Dolomite | 2.7 |
| Magnesite | -- |
| Mica | 1.5 |
| **Microscopic Examination of Insoluble Portion** | |
| % Platy Talc | 35 |
| % Foliated Talc | 26 |
| % Fibrous Talc | 5 |
| % F.G.A. Talc | <1 |
| % Carbonate | <1 |
| % Dark Opaque | 1 |
| % Chlorite | -- |
| % Quartz | 3 |
| % Tremolite-Actinolite | -- |
| % Mica | 30 |
| % Acid Soluble | 21.3 |

45

JNJ 000245051

TABLE 15

## X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 46-68-H

| Interval (ft) | 580.0-586.0 |
|---|---|
| X-Ray Diffraction Peak Heights | |
| Talc | 0.7 |
| Tremolite-Actinolite | -- |
| Chlorite | 1.0 |
| Quartz | 6.7 |
| Calcite | -- |
| Dolomite | 0.3 |
| Magnesite | -- |
| Mica | 7.4 |
| Microscopic Examination of Insoluble Portion | |
| % Platy Talc | 15 |
| % Foliated Talc | 7 |
| % Fibrous Talc | 3 |
| % P.G.A. Talc | <1 |
| % Carbonate | <1 |
| % Dark Opaque | <1 |
| % Chlorite | -- |
| % Quartz | 10 |
| % Tremolite-Actinolite | -- |
| % Mica | 65 |
| % Acid Soluble | 13.1 |

46

JNJ 000245052

TABLE 16

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 49-66-H

| Interval (ft) | 973.0-976.5 | 980.0-986.5 |
|---|---|---|
| X-Ray Diffraction Peak Heights | | |
| Talc | 2.2 | 0.6 |
| Tremolite-Actinolite | 0.6 | -- |
| Chlorite | 1.6 | 1.1 |
| Quartz | 5.0 | 6.7 |
| Calcite | 0.7 | -- |
| Dolomite | -- | 0.2 |
| Magnesite | -- | -- |
| Mica | 3.5 | 8.4 |
| Microscopic Examination of Insoluble Portion | | |
| % Platy Talc | 15 | 5 |
| % Foliated Galc | 12 | 2 |
| % Fibrous Talc | 1 | 1 |
| % F.G.A. Talc | <1 | <1 |
| % Carbonate | 2 | 1 |
| % Dark Opaque | <1 | 1 |
| % Chlorite | -- | -- |
| % Quartz | 10 | 10 |
| % Tremolite-Actinolite | -- | -- |
| % Mica | 60 | 80 |
| % Acid Soluble | 10.9 | 12.6 |

47

JNJ 000245053

TABLE 17

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 50-86-H

| | Interval (ft) | 889.0-893.0 |
|---|---|---|
| X-Ray Diffraction Peak Heights | | |
| | Talc | 0.5 |
| | Tremolite-Actinolite | -- |
| | Chlorite | 0.8 |
| | Quartz | 1.9 |
| | Calcite | -- |
| | Dolomite | 0.5 |
| | Magnesite | -- |
| | Mica | 2.0 |
| Microscopic Examination of Insoluble Portion | | |
| | % Platy Talc | 16 |
| | % Foliated Talc | 10 |
| | % Fibrous Talc | 3 |
| | % F.G.A. Talc | <1 |
| | % Carbonate | <1 |
| | % Dark Opaque | 1 |
| | % Chlorite | 10 |
| | % Quartz | 10 |
| | % Tremolite-Actinolite | -- |
| | % Mica | 50 |
| | % Acid Soluble | 16.5 |

48

JNJ 000245054

TABLE 18

X-RAY DIFFRACTION AND MICROSCOPIC DATA

Diamond Drill Hole 55-68-H

| Interval (ft) | 692.0-697.0 | 697.0-704.0 | 704.0-706.0 | 706.0-712.0 |
|---|---|---|---|---|
| X-Ray Diffraction Peak Heights | | | | |
| Talc | 6.7 | 15.1 | 15.0 | 14.1 |
| Tremolite-Actinolite | -- | -- | -- | -- |
| Chlorite | 0.9 | 3.6 | 2.1 | 1.2 |
| Quartz | 0.2 | -- | -- | -- |
| Calcite | -- | -- | -- | -- |
| Dolomite | 1.4 | 2.7 | 1.8 | 1.2 |
| Magnesite | 0.7 | 4.6 | 3.5 | 2.5 |
| Mica | -- | 0.2 | 0.2 | -- |
| Microscopic Examination of Insoluble Portion | | | | |
| % Platy Talc | 45 | 50 | 50 | 40 |
| % Foliated Talc | 43 | 42 | 32 | 39 |
| % Fibrous Talc | 10 | 5 | 10 | 10 |
| % F.G.A. Talc | <1 | <1 | <1 | <1 |
| % Carbonate | 2 | 1 | 1 | 5 |
| % Dark Opaque | <1 | 1 | <1 | 1 |
| % Chlorite | -- | -- | -- | -- |
| % Quartz | -- | -- | 1 | -- |
| % Tremolite-Actinolite | -- | -- | -- | -- |
| % Mica | -- | -- | -- | 5 |
| % Acid Soluble | 41.5 | 30.5 | 34.8 | 24.2 |

49

JNJ 000245055

Discussion - continued

and fine grains are impossible to differentiate optically.

To obtain percentages of the total sample for the various minerals identified optically, it is necessary to back-calculate from the percent of the rock which was soluble. This calculation was performed only for platy talc in this study as it is the only truly important constituent from the standpoint of ore reserves and quality.

The following table (Table 19) shows the results of the chemical, x-ray, and petrographic analyses.

50

JNJ 000245056

Discussion – continued

Flotation Testing

Seven samples were chosen at random from the available drill-core samples for flotation testing. The results of color testing on the cleaner concentrate from these samples (Table 19) indicated that the color quality may deteriorate down-dip in the ore body and were reported by letter to Mr. William Ashton on 21 September 1970. At that time five more samples were selected from diamond-drill holes No. 38-67 and No. 39-67 to check this possibility in an area in which mining will soon commence.

It can be seen that the color values obtained from the seven samples from these two holes are below the standard value of 85.5 which has been set for the ore from the Hammonds-ville Mine.

Four samples were selected from the verde antique or so-called "serpentine" core of the ore body. These samples were from Diamond-Drill Hole 37-67. The purpose for taking these four samples was to ascertain if this material could be mined and blended with other ore from Vermont and still yield an acceptable product. This would increase the ore reserves if such a procedure were possible.

It appears (Table 19) that the verde antique core of the ore body could be, to some extent, mined and blended with the other ore with little deleterious effect on the color of the finished

51

JNJ 000245057

TABLE 19

Mineralogy and Color of Selected Vermont Core Samples

| Drill Hole | 35-67 | 36-67 | 37-67 | 37-67* | 37-67* | 37-67* | 37-67* | 37-67* | 38-67 | 38-67 | 38-67 | 39-67 | 39-67 | 39-67 | 39-67 | 41-67 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Interval | 397.5-402.5 | 444.5-451.2 | 404-409 | 439.2-444 | 449-454 | 476-481 | 486-491 | 497-505 | 500.5-505.5 | 518-523 | 533-538 | 459-469 | 489-495 | 505-510 | 530-535 | 604-608.5 |
| Talc | 19.3 | 22.7 | 9.6 | 22.7 | 17.5 | 22.3 | 39.6 | 14.0 | 12.4 | 14.8 | 8.3 | 17.2 | 22.0 | 13.2 | 18.4 | 20.0 |
| Chlorite | 0.8 | 0.7 | 0.2 | 0.7 | 2.0 | 2.1 | 2.6 | 0.7 | 0.6 | 0.7 | 0.6 | 0.6 | 0.7 | 0.3 | 0.6 | 0.9 |
| Dolomite | 0.3 | tr | tr | 0.7 | 0.7 | -- | -- | 0.15 | 0.2 | 0.5 | 1.1 | 0.3 | 0.3 | -- | 0.4 | 0.2 |
| Magnesite | -- | -- | tr | 0.4 | 0.3 | -- | tr | 0.5 | 0.2 | 0.9 | -- | 0.3 | 0.4 | -- | 0.3 | tr |
| Mica | 0.2 | 0.3 | -- | -- | 0.3 | -- | 0.4 | -- | 0.3 | 0.2 | tr | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 |
| Color | 77.12 | 83.88 | 85.44 | 71.78 | 74.00 | 78.42 | 74.78 | 82.58 | 80.24 | 74.78 | 75.82 | 80.24 | 82.32 | 81.02 | 82.06 | 78.42 |
| % Cleaner concentrate | 24.9 | 46.2 | 33.5 | 39.3 | 36.3 | 14.8 | 34.0 | 32.7 | 42.7 | 35.8 | 46.2 | 37.0 | 39.7 | 35.1 | 41.3 | 34.9 |
| No. of cleaners | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Principal size range in mm | >0.1 | 0.05-0.1 | 0.05-0.1 | 0.05-0.1 | 0.05-0.1 | 0.01-0.1 | <0.1 | 0.05-0.1 | 0.01-0.05 | 0.01-0.05 | 0.01-0.05 | 0.05-0.1 | 0.05-0.1 | 0.05-0.1 | 0.05-0.1 | >0.05 |

Note:  Color (100% white)    Vermont           = 85.22
                             Italian talc      = 91.16
                             Calif. Pilot
                             Plant Composite   = 90.90

Samples marked with an asterisk (*) are taken from the verde antique core of the ore body and this rock is not normally mined. The reason for the color difference is probably the fairly high percentage of chlorite in the cleaner concentrate.

52

JNJ 000245058

Discussion - continued

product.  This would require that it be a minor part of the feed
to the flotation circuits.  There are obviously, however, some
zones within the verde antique core which would be very low in
whiteness and thus unusable as ore.  These are thought to be near
the margins of this material.  More sampling and testing would be
necessary to fully evaluate this possiblity.

The color values obtained from the various samples are
shown on the graph (Plate 6).  The location of the holes and
their position to the mine workings and ore body can be
seen on the isopach Map of Talc Thicknesses (in pocket).

Drilling Recommendations

Of primary importance in any development drilling program is
the acquisition of knowledge which will be useful for mining.
Subordinate to this is the need to obtain information about the
remainder of the ore body.  There appears to be no immediate need
for drilling out the entire deposit on closer centers unless the
long-range plans of the company would be affected by having a more
complete and accurate picture of the reserves and ore quality.
At the present time, the ore reserves are classified as Indicated
and it would take a great deal more drilling, probably three or
four times the existing amount, to raise the classification of
this reserve ore to the Measured category.  It is felt that the

53

JNJ 000245059

PLATE 6

COLORS OF SELECTED CLEANER CONCENTRATES
FROM HAMMONDSVILLE FLOTATION TESTING



COLOR VALUE

| HOLE NO. | DEPTH (ft.) |
|---|---|
| 35-67 | 397.5-402.5 |
| 36-67 | 444.5-451.2 |
| 37-67 | 404-409 |
| | 439.2-444 |
| | 449-454 |
| | 476-481 |
| | 486-491 |
| | 497-505 |
| 38-67 | 500.5-505.5 |
| | 518-523 |
| | 533-538 |
| 39-67 | 459-469 |
| | 489-495 |
| | 505-510 |
| | 530-535 |
| 41-67 | 604-608.5 |
| | V.T. STANDARD |
| | ITALIAN STANDARD |
| | PILOT PLANT COMPOSITE |

54

JNJ 000245060

Discussion – continued

existing drilling is adequate for a fair estimate of the ore
reserves.

As has been pointed out in the section on <u>Ore Quality</u>, there
is some concern that the color may deteriorate down-dip within
the ore body.  Drilling to obtain more information on this prob-
lem seems to be quite important.  There is no doubt that the
management at Windsor Minerals will be in a better position to
lay out these holes than the Research Institute but our ideas
are presented here for their evaluation.  Eight diamond drill
holes have been suggested on the 860 Level (see Proposed Diamond
Drilling 30-Scale overlay map in pocket).  These holes will not
only allow evaluation of the quality of the talc below the 860
Level but will be of great assistance in mine planning for the
next level down (770 Level ?).  In order to evaluate the quality
of the ore insofar as product color goes, these holes should be
diamond drilled.  The core in the ore zones should be sawed
lengthwise and half should be used for the color assay.  The use
of a core splitter is not recommended because of the nature of
the ore.  It tends to exfoliate in a splitter and for this reason,
a good split is impossible to obtain.  It may be desirable to
utilize the entire core for assay but this is often a mistake
as more information is desired at a later date and duplicate
holes might have to be drilled.

55

JNJ 000245061

Discussion – continued

The location of these holes is shown on both the overlay plan (Proposed Diamond Drilling) and on Cross-Sections J, L, and N. These holes can either be drilled vertically or at 90 degrees to the schistosity (the dip of the ore). The proposed depths are shown on the overlay but each hole should be drilled at least 20 feet into the quartz-biotite schist to be certain that the footwall, and not a cinder, has been penetrated.

In addition to the above drilling, some surface holes seem called for. This would not only be for clarification of the color question but for mine planning on the next level. On the basis of the apparent physical shape of the ore body (see the Map of Talc Thicknesses, Plate 1) several areas can be seen in which drill holes would furnish a maximum of information. Four of these are listed below:

1.  near the center of the triangle formed by holes 58-68, 6-66, and 57-68.

2.  halfway between holes 58-68 and 10-66. This would be to evaluate the width of the apparent pinchout as well as ore quality. The hole should be placed somewhat to the east of the pinchout zone if possible.

3.  approximately 200 feet west of hole 38-67. This should be about in the thickest part of the ore body and would be very important in evaluating ore quality.

4.  approximately 225 feet N 40° E of Hole 10-66. This hole would evaluate not only color but the shape and size of the thickest portion of the ore body.

56

JNJ 000245062

Discussion - continued

These holes, considered by us to be a bare minimum necessary for reasonable mine planning for the next five years or so, should give a maximum of information return for a rather limited amount of drilling. The philosophy behind the locating of these holes is readily applicable to the location of several more, if they seem necessary.

Any drill holes which are drilled to depths of more than 300 feet should be surveyed. It is not uncommon for drill holes in this type of rock to deviate from the vertical in less than 200 feet. The Tro-Pari method of surveying is probably the most practical; Eastman is probably better but more expensive.

It can be seen from Cross Section F that something of long-range interest takes place around Drill Hole 57-68. Not only does the thickness of the ore intercept increase but there is apparently some structural change in that area. The ore body may undergo a reversal of dip in this area or it may have been faulted somewhat. More drilling will be necessary in this area and to the north to answer these questions.

57

JNJ 000245063

## SELECTED REFERENCES

Bowen, N. L., and Tuttle, O.F., 1949, The system MgO--SiO$_2$--H$_2$O, Geol. Soc. America, Bull. vol. 60, pp. 439-460.

Chidester, A. H., Billings, M. P., and Cady, W. M., 1951, Talc investigations in Vermont, Preliminary report, U. S. Geological Survey, Circular 95.

Eardley, A. J., 1962, Structural geology of North America, Harper & Row, New York.

Gillson, J. L., 1927, Origin of Vermont talc deposits with a discussion on the formation of talc in general, Econ. Geology, vol. 22, no. 3, pp. 246-287.

Melting, A. C., 1970, Safety and accident prevention examination and recommendation--Windsor Mine, CSM Research Institute, Project No. 300533, 12 August.

Senate, U. S. Committee on Public Lands, 1947, Subcommittee Hearings, Investigation of National Resources, May 15-20, pp. 119-20.

Suliin, David B., 1969, Report on beneficiation of Vermont talc concentrates, CSM Research Institute, Project No. 290527, September 18.

Vermont Geological Survey, 1961, Centennial map of Vermont.

JNJ 000245064

APPENDIX

A-1

JNJ 000245065

EXHIBIT 1

## MEGASCOPIC DESCRIPTION OF CORE SAMPLES

DDH 1-67 H

| Interval (ft) | Description |
|---|---|
| 39–41 | Light green talcose marble. $CO_3$ pink, about 50%. Overlain by 3 in. quartz vein, overlain by 30 ft of quartz-biotite schist. Recovery about 100%. |
| 47–54 | Light greenish gray to cream talcose marble. $CO_3$ about 50%. Color of $CO_3$ cream colored to flesh colored in areas. $CO_3$ mostly in small blebs but some ½ in. knots are present. Over and underlain by "blackwall" chlorite-biotite schist plus quartz-biotite schist. Recovery 100%. |
| 57.3–59.3 | Dark green chloritic-talc schist. Overlain and underlain by "blackwall" and quartz-biotite schist. Recovery 100%. |

A-2

JNJ 000245066

Exhibit 1 – continued

DDH 38-67 H

| Interval (ft) | Description |
|---|---|
| 479-485 | Mottled dark greenish gray and white talc-carbonate schist. $CO_3$ about 25%. Some apple green talc. Overlain by a quartz-biotite-chlorite schist containing minor amounts of carbonate. Occasional fractures perpendicular to schistosity are filled with carbonate. Recovery 62%. |
| 485-491 | Mottled dark greenish gray and gray talc carbonate schist. $CO_3$ about 25%. Recovery 92%. |
| 491-494 | Dark grayish green mottled talc-carbonate schist. Some minor blebs and stringers of apple green talc. $CO_3$ about 25%. Sharp contact on bottom of talcose zone with green "basalt" containing minor little veinlets of carbonate. Color grades in "basalt" from light green within 2 in. of contact to dark green. Sample taken for thin section. No visible alteration of talc at contact. Recovery 100%. |
| 497.5-500.5 | Mottled dark grayish green and gray talc-carbonate. At hanging wall contact there is no visible alteration of the talc rock. The "basalt" is lighter in color at the contact. "Basalt" also has some flow structure roughly parallel to "basalt"-talc contact plane. Possibly a mudstone. Recovery 100%. |
| 500.5-505.5 | Mottled dark grayish green talc-carbonate. $CO_3$ in veins and blebs about 25 % of total rock. Recovery 100%. |
| 505.5-508 | Green and white mottled talc-carbonate. $CO_3$ about 50%. Talc present as both light apple green and dark green varieties. Recovery 32%. |
| 508-513 | Mottled dark green and gray talc-carbonate. $CO_3$ about 25%. Recovery 100%. |

A-3

JNJ 000245067

Exhibit 1 - continued

DDH 38-67 H (continued)

| Interval (ft) | Description |
|---|---|
| 518-518 | Mottled dark green and gray talc-carbonate. $CO_3$ about 25%. One vertical vein of $CO_3$ 8 in. long bounded by apple green talc. Recovery 100%. |
| 518-523 | Mottled dark green and gray talc-carbonate. $CO_3$ about 25%. Generally not distinct "eyes" or augen as in DDH 39. Recovery 100%. |
| 523-528 | Dark green and gray mottled talcose marble. $CO_3$ greater than 50% in swirls. Recovery 100%. |
| 528-533 | Dark green and gray mottled talc-carbonate. $CO_3$ about 20%. Recovery 100%. |
| 533-538 | Mottled dark green and gray talcose marble. Up to 6 in. zones of dirty spotted carbonate present. $CO_3$ about 50%. Note: Recovery 100% (from 532.4 ft to 552.4 ft = 20.9 ft! about 105% recovery) Labelling in box probably wrong. |
| 538-543 | Mottled gray and dark green talcose marble. $CO_3$ greater than 50% and contains some dark spots (dirty). Recovery 100%. |
| 543-548 | Spotted and mottled gray to greenish gray talcose (?) marble. $CO_3$ probably greater than 75%. $\frac{1}{4}$ in. spots of $CO_3$ in chloritic or talcose zones. Recovery 100%. |
| 548-553 | Gray to greenish gray talcose marble. $CO_3$ less than 50%. Rock has mottled and spotty appearance. Underlying rock grades from 6-8 in. of chlorite schist into an almost gneissic quartz-biotite (chlorite?) schist. 1 in. of apple green to white talc very close to the contact. This could indicate alteration of host rock. Recovery 100%. |

A-4

JNJ 000245068

Exhibit 1 - continued

<u>DDH 6-67 H</u>

| Interval (ft) | Description |
|---|---|
| 139-141.7 | Dark greenish gray talc-marble schist $CO_3$ about 50%. $CO_3$ is pink in color, probably dolomite. Crystals up to 3/8 in. in diameter, curved cleavages. Overlain and underlain by quartz-biotite schist. Recovery 82%. |
| 149-153 | Dark greenish gray talcose marble to calcareous talc schist. $CO_3$ 25-50% in blebs and veins ($2\frac{1}{2}$ in). Color cream to light flesh color. Recovery 58%. |
| 159-164 | Dark gray to light gray green talc schist containing about 25% carbonate. $CO_3$ is cream to flesh colored. Recovery about 100%. |
| 164-169 | Light to dark greenish gray schistose talc marble. $CO_3$ about 50% in flesh to cream colored blebs and stringers. Recovery 100%. |
| 169-174 | Chloritic talcose marble. $CO_3$ about 50%. $CO_3$ in flesh colored blebs ($\frac{1}{2}$ in.) and splotches. Recovery about 30%. Note: 173.5-175 = quartz-biotite schist 50% recovery. |
| 175-177 | 2 ft of light greenish gray talc-chlorite schist. Some rectangular spots of chlorite within the talc saved for thin section. Overlain by quartz-biotite schist (1 ft) and underlain by quartzose biotite-chlorite schist. Recovery 100%. |

A-5

JNJ 000245069

Exhibit 1 - continued

## DDH 21-67 H

| Interval (ft) | Description |
|---|---|
| 765.1-770.4 | Contorted dark green biotite-chlorite schist. Some small blebs (2 mm) of carbonate. No obvious talc present. Pretty uniform - no actinolitic rocks seen in this interval. Underlain by bull quartz and quartz-biotite schist to gneiss. Overlain by 40 ft of chlorite schist which contains pink garnets (~5 mm) in zones. Some thin (1-5 mm) calcite and quartz veins. Recovery 98%. |

A-6

JNJ 000245070

Exhibit 1 - continued

DDH 34-67 H

| Interval (ft) | Description |
|---|---|
| 507-512 | Black pyritic quartz-biotite schist overlying 3 in. of chlorite-talc schist, overlaying 5 ft of talcose marble. $CO_3$ flesh colored. $CO_3$ about 50%. Recovery about 100%. |
| 512-517 | Light to dark greenish gray talcose marble. $CO_3$ about 50%, flesh colored to cream colored. Recovery about 100%. |
| 517-522 | Light to dark greenish gray talcose marble. $CO_3$ about 50%, flesh to cream colored. Recovery about 100%. |
| 522-527 | Light to dark green talcose marble to calcareous-talc schist. $CO_3$ 25-50% in flesh to cream colored blebs and swirls. Recovery about 100%. |
| 527-532 | Light to dark greenish gray talc marble. $CO_3$ 30-50% in flesh to cream colored blebs and swirls. Crystals of $CO_3$ up to $\frac{1}{2}$ in. in diameter. Recovery 100%. |
| 532-537 | Light green talcose marble. $CO_3$ about 50% except for 8 in. of solid carbonate at 535 ft. $CO_3$ cream colored. Recovery 100%. |
| 537-542 | Light to dark greenish gray talcose marble. Base grades into deformed biotitic schist containing many small blebs (<1 mm) and veinlets (<1 mm) of calcite. This grades down into a garnetiferous, epidotic quartz-biotite schist. Hole bottom at 554 ft. Recovery 100% |

A-7

JNJ 000245071

Exhibit 1 - continued

DDH 35-67 H

| Interval (ft) | Description |
|---|---|
| 382.5-387.5 | Pinkish green to light greenish gray talcose marble. $CO_3$ over 50%. $CO_3$ is flesh to cream colored non-calcite. Talc mostly light apple green variety. Chlorite schist with minor biotite hanging wall (1 ft) overlain by pinkish, dark gray quartz-biotite schist containing some garnets. Recovery 100%. |
| 387.5-392.5 | Light greenish gray talcose marble. $CO_3$ is flesh to cream colored. Grades from apple green talc at top to darker (chloritic) at bottom. Contains 1 ft of dark green chlorite schist with blebs of white talc. Recovery 100%. |
| 392.5-397.5 | 2 ft light greenish gray talcose marble ($CO_3 > 50\%$) underlain by 3 ft of dark green chlorite schist containing (<10%) talc blebs and spots. Recovery 100%. |
| 397.5-402.5 | Dark green chlorite containing laths and cubes of talc (white) and $CO_3$ (<10%). Some of this section is the lighter talcose marble $CO_3 \rightarrow 30\%$. Recovery 100%. |
| 402.5-404.5 | Light gray talcose marble. $CO_3$ white to flesh colored. $CO_3 > 50\%$. Core badly ground up. Recovery 50%. |
| 404.5-410.5 | Light to dark grayish green talcose marble. $CO_3$ about 30%. Underlain by 1.5 ft of crenulated chlorite schist ("blackwall") which becomes biotitic and grades into a garnetiferous quartz-biotite schist. Recovery 100%. |

A-8

JNJ 000245072

Exhibit 1 - continued

<u>DDH 36-67 H</u>

| Interval (ft) | Description |
|---|---|
| 399.2-405.5 | Top part almost solid chloritic talc schist. Below this is a spotted to mottled talc marble. $CO_3$ augen have black specks or "nuclei" overlain by chlorite schist with some talc. Overlain by quartz-biotite schist. Recovery 86%. |
| 405.5-421 | Mottled dark grayish green and cream talcose marble. $CO_3$ about 50%. Recovery 43%. |
| 421.5-425.5 | Mottled dark greenish gray and cream talcose marble. $CO_3$ up to 50% average. One 2 in. band present - white rather than fleshy cream color. Recovery 100%. |
| 425.5-430.5 | Mottled light green, dark greenish gray and cream talcose marble. $CO_3$ about 30%. Some light apple green talc stringers. Recovery 100%. |
| 430.5-435.5 | Mottled dark greenish gray and cream talcose marble. $CO_3$ about 25%. Recovery 100%. |
| 435.5-440 | Mottled and banded dark greenish gray and cream talcose marble. $CO_3$ about 50%. Some "algal" structures at 437-438 ft. Recovery 100%. |
| 440-444.5 | Mottled dark greenish gray and cream talcose marble. $CO_3$ about 50%. Recovery 73%. |
| 444.5-451.2 | Mottled dark green and cream talc carbonate (marble) underlain by at least 2 ft of dark green pure talc-chlorite schist. $CO_3$ in upper zone less than 25%. Recovery 70%. |

A-9

JNJ 000245073

Exhibit 1 - continued

DDH 36-67 H (continued)

| Interval (ft) | Description |
|---|---|
| 451.2-457.8 | Dark and light-green banded talc-chlorite schist with about 2 ft of talcose chloritic marble in center of section. Bands of talc are the light apple green. Core mostly "washers" of schist. Recovery 70%. |
| 457.8-465.8 | Mottled dark greenish gray talcose marble. $CO_3$ about 50%. Underlain by 6 in. of pure chlorite schist (sharp contact) underlain gradually by bio-tite-chlorite schist (6 in.) underlain by calcar-eous quartz-biotite schist. 6 ft down is a 1 ft layer of quartzite with a few biotite stringers. Quartz-biotite schist below this. Hole bottom 477.6 ft. Recovery 100%. |

A-10

JNJ 000245074

Exhibit 1 - continued

<u>DDH 37-67 H</u>

| Interval (ft) | Description |
|---|---|
| 362.6-367.5 | Black quartz-biotite schist, 1 in. quartzite, 2 ft black quartz-biotite schist, 3 in. chlorite-biotite (?) schist, 1.5 ft very dark green chloritic talc, underlain by mottled and spotted dark greenish gray and cream talcose marble. $CO_3$ in this portion about 50%. Recovery 95+%. |
| 367.5-377 | Mottled to banded, light to dark green and grayish green, talcose marble, $CO_3$ about 30%. Some of the augen of carbonate have dark nuclei. Recovery 61%. |
| 377-386 | 2 ft of black talcose (?) or chloritic (?) biotite "cinder" overlain by a light greenish gray talc carbonate gneiss. $CO_3$ about 50%. Talc is present as the light apple green in many zones. Recovery 61%. |
| 386-389 | Mottled, spotty dark greenish gray and cream talc marble. $CO_3$ greater than 50%. Recovery 100%. |
| 389-394 | Banded and mottled dark gray to dark greenish gray chloritic talc marble. $CO_3$ about 25%. Chlorite abundant. Recovery 100%. |
| 394-399 | Mottled to banded, light to dark greenish gray talc marble with some round single crystal blebs of carbonate. $CO_3$ probably slightly less than 50%. Some light apple green talc present. Recovery 100%. |
| 399-404 | Spotted to mottled, light to dark greenish gray talc marble. Much light green talc. Carbonate probably slightly less than 50%. Some specks of biotite dispersed here and there in the core. Recovery 100%. |

A-11

JNJ 000245075

Exhibit 1 – continued

DDH 37-67 H (continued

| Interval (ft) | Description |
|---|---|
| 404–409 | Mottled dark greenish gray and cream talc marble. $CO_3$ about 35%. Recovery 100%. |
| 409–414 | Splotchy dark greenish gray talc marble. $CO_3$ occurs as blebs →1 in. and a couple of 2 in. zones of coarsely crystalline $CO_3$. A couple of thin zones of apple green talc. Recovery 100%. |
| 414–419 | Mottled dark greenish gray and gray talcose marble. $CO_3$ about 25%. Recovery 100%. |
| 419–424 | Gray to dark greenish gray talcose chloritic marble. $CO_3$ probably greater than 50%. Recovery 100%. |
| 424–429 | Mottled dark green and gray talcose chloritic marble. $CO_3$ probably about 50% in bands and swirls. Sort of a gray verde antique. Recovery 100%. |
| 429–434 | Dark green talcose chloritic marble. $CO_3$ probably 10% or less. Chlorite abundant. Recovery 100%. |
| 434–439.2 | Dark green to gray talcose, chloritic marble. Carbonate less than 25%. Recovery 100% |
| 439.2–491 | No sample – Verde antique marble with a few $\frac{1}{4}$ in. talc veins within 9 ft of the top and bottom of this zone. The green matrix appears to be mostly chlorite, bands and swirls of carbonate. Some minor talc. Looks a lot like the "talc zone" in DDH 38-67 H. Recovery 100%. |
| 439.2–444 | Mottled dark green and white talc-chlorite marble. Verde antique. Fairly hard. Recovery 100%. |

A-12

JNJ 000245076

Exhibit 1 – continued

DDH 37-67 H (continued)

| Interval (ft) | Description |
|---|---|
| 444-449 | Dark green and white talc-chlorite marble. $CO_3$ >50%. Fairly hard rock. Recovery 100%. |
| 449-454 | Dark green and mottled white talc-chlorite marble. Verde antique. $CO_3$ <50%. Some small "cut and fill" type structures at 451 ft. Recovery 100%. |
| 476-481 | Dark green talcose chlorite marble. Verde antique. Minor talc content. Carbonate in white streaks. Recovery 100%. |
| 481-486 | Dark green talcose chlorite marble. Verde antique. $CO_3$ in white bands and swirls about 25-30%. Recovery 100%. |
| 486-491 | Dark green talcose chlorite marble. Grades down fairly quickly into light to dark greenish gray talc marble. $CO_3$ in bands, swirls and spots. Some minor veinlets of talc. Recovery 100%. |
| 491-497 | Mottled and banded talcose marble. Grades from light grayish green at the bottom into dark green verde antique at the top. Talc content decreases upwards, chlorite and carbonate content increases. Carbonates found in bands and veins. Recovery 100%. |
| 497-505 | Mottled dark greenish gray talcose marble. $CO_3$ about 25%. Some structures which resemble snail fossils (see mark at 502). Recovery 67%. |
| 505-513 | Dark grayish green mottled talcose marble. $CO_3$ about 50%. Many structures which look like relict sedimentary features. Recovery 67%. |

A-13

JNJ 000245077

Exhibit 1 – continued

DDH 37-67 H (continued)

| Interval (ft) | Description |
|---|---|
| 513-518 | 2 in. dark green mudstone at 515.2 same as in DDH 38 at 494 ft. No alteration on it or around it. Core is dark grayish green and gray talcose marble. $CO_3$ about 50%. Recovery 100%. |
| 518-523 | Dark greenish gray talc schist. Carbonate probably up to 25%. Intersperses throughout the talc. Recovery 100%. |
| 528.2-523 | Dark green talc schist with some minor (<25%) carbonate blebs and mottling. Some $\frac{1}{2}$ in. veinlets of apple green talc. Underlain by 3 ft of impure, muddy, biotitic chlorite schist which grades into a quartz-biotite schist. Recovery 100%. |

A-14

JNJ 000245078

Exhibit 1 – continued

## DDH 39-67 H

| Interval (ft) | Description |
|---|---|
| 454–459 | Dark gray talcose chlorite schist and white carbonate sections up to 2 in.  Overlain by quartz-biotite schist which has bands of quartzite up to 2 in. thick present.  No immediately obvious difference between the hanging wall (this sample) and the footwall rocks. Recovery 20%. |
| 459–469 | White to greenish gray chloritic talc schist. Some carbonate augen. Recovery 45%. |
| 469–479 | White to greenish gray talc schist. Recovery 45%. |
| 479–484 | Gray to greenish gray calcareous talc schist.  Augen of carbonate up to 1 in. diameter.  $CO_3$ about 25%. Recovery 84%. |
| 484–489 | Gray to greenish gray talc schist.  Augen of carbonate up to 1 in. diameter.  $CO_3$ about 25%. Recovery 84%. |
| 489–495 | Gray to greenish talc-carbonate schist.  $CO_3$ up to 50%.  Augen of $CO_3$ up to 1 in. diameter. Recovery 84%. |
| 495–500 | Dark gray to greenish gray talc-carbonate schist.  $CO_3$ about 25-40% of rocks.  Some small nuclei (dark) in the white $CO_3$ augen which are up to 3/4 in. in diameter. Recovery 100%. |
| 500–505 | Dark gray to greenish gray talc-carbonate schist.  $CO_3$ →50% with augen up to 1 in. Recovery 100%. |
| 505–510 | Dark gray to greenish gray talc-carbonate schist.  Augen smaller and more plentiful.  $CO_3$ →50%. Some almost clear apple green translucent talc present. Recovery 100%. |

A–15

JNJ 000245079

Exhibit 1 - continued

DDH 39-67 H (continued)

| Interval (ft) | Description |
|---|---|
| 510-515 | Dark gray to greenish gray talc-carbonate schist. $CO_3$ →50%. Some translucent apple green talc present. Recovery 100%. |
| 515-520 | Dark bluish gray to greenish gray talc-carbonate schist. Mottled with small ($\frac{1}{2}$ in.) augen of carbonate some of which have black "nuclei". Recovery 100%. |
| 520-525 | Bluish gray to greenish gray talc-carbonate schist. $CO_3$ augen about 25-30% of rock. Contains a couple of 1 in. bands of apple green translucent talc. Recovery 100%. |
| 525-530 | Bluish gray to greenish gray talc-carbonate schist. Some $\frac{1}{2}$ in. augen of $CO_3$ contains black "nuclei". $CO_3$ about 30-40%. Recovery 100%. |
| 530-535 | Banded dark bluish to greenish gray and white to gray talc-carbonate schist. Almost gneissic. $CO_3$ about 50%. Recovery 100%. |
| 535-540 | Dark greenish gray talc-carbonate schist. Crystals of carbonate →$\frac{1}{2}$ in. $CO_3$ about 50% of rock. |
| 540-545 | Mottled greenish gray and white talc-carbonate schist. About 50% $CO_3$ in bands and blebs. Some of the $CO_3$ augen (→$\frac{1}{2}$ in.) have dark "nuclei". Recovery 100%. |
| 545-549 | Grades from banded and mottled white and greenish gray talc-carbonate into 6 in. of extremely soft talc-chlorite schist. This is underlain by vermicular chlorite schist. 2 in. of coarse grained quartzite at base of talc and chlorite. Beneath this is a quartz-biotite schist with distinct bands of quartz plus mixed zones quartz and biotite. Recovery 100%. |

A-16

JNJ 000245080

Exhibit 1 – continued

### DDH 40-67 H

| Interval (ft) | Description |
|---|---|
| 488-496 | Green to brownish green chlorite-talc schist. Carbonates →25%. Recovery 39%. |
| 496-505 | Green to brownish talc-chlorite schist.  Up to 25% carbonates. Recovery 30%. |

A-17

JNJ 000245081

Exhibit 1 - continued

## DDH 41-67 H

| Interval (ft) | Description |
| --- | --- |
| 594–599 | Grayish green talc schist. Minor carbonates. Recovery 100%. |
| 599–604 | Dark greenish brown chloritic talc schist. Carbonate →25%. Recovery 100%. |
| 604–608$\frac{1}{2}$ | Greenish gray chloritic talc schist. (Chlorite about equals talc in amount.) Abundant carbonate. (Up to 25%). Recovery 100%. |

A-18

JNJ 000245082

Exhibit 1 - continued

### DDH 44-67 H

| Interval<br>(ft) | Description |
| --- | --- |
| 299-304 | Black to dark greenish brown chloritic biotite schist. Non talcose.<br>Recovery 100%. |
| 304-309 | Dark brown to greenish brown chlorite schist. Some biotite. Some thin stringers of carbonate and quartzite. Non talcose.<br>Recovery 100%. |

A-19

JNJ 000245083

Exhibit 1 – continued

DDH 45-67 H

| Interval (ft) | Description |
|---|---|
| 903-905 | Dark brown quartz-biotite schist with some $\frac{1}{2}$ in. crystals of green actinolite.  4 in. of coarse grained quartzite.  Non talcose. Recovery 15%. |

A-20

JNJ 000245084

Exhibit 1 – continued

DDH 46-68 H

| Interval (ft) | Description |
|---|---|
| 580-586 | Dark brown chlorite schist. Two light colored $\frac{1}{4}$ in. zones. Not talcose. Some carbonates. Recovery 100%. |

A-21

JNJ 000245085

Exhibit 1 - continued

## DDH 49-68 H

| Interval (ft) | Description |
| --- | --- |
| 973-976 | Gray to black chlorite schist.  Coarse grained. Some greenish zones. Recovery 100%. |
| 980-986½ | Dark grayish brown biotitic chlorite schist.  One 2 in. quartzite stringer.  Non-talcose. Recovery 100%. |

A-22

JNJ 000245086

Exhibit 1 – continued

DDH 50-68 H

| Interval (ft) | Description |
|---|---|
| 889-893 | Dark gray to black chlorite schist.   Carbonates →25%.   Not talcose. Recovery 37%. |

A-23

JNJ 000245087

Exhibit 1 - continued

DDH 55-68 H

| Interval (ft) | Description |
|---|---|
| 692-697 | Green to brownish green chloritic talc schist. Carbonate ⁻25%. Recovery 71%. |
| 697-704 | Brownish green to grayish green chloritic (25%) talc (50%) schist.  About 25% carbonate. Recovery 71%. |
| 704-706 | Talcose gray to grayish brown chlorite schist. Carbonate up to 50% in zones. Recovery 71%. |
| 706-712 | Dark greenish gray talc marble schist.  $CO_3$ varies from about 50% near top to less than 10% near the base.  Much apple green talc near base.  Underlain by 1 ft of talc-chlorite-biotite schist underlain by quartz-biotite schist. Recovery 84%. |

A-24

JNJ 000245088

EXHIBIT 2

## PETROGRAPHIC EXAMINATIONS

Glossary:   The following definitions of terms used to describe rocks and thin sections are furnished for the convenience of the reader.

Foliation -- A laminated structure resulting from segregation of different minerals into parallel layers.

Schistosity -- Synonomous with foliation when used to describe the structure of schists.

Lineation -- Narrow streaks of minerals, or mineral fragments, strung through a rock as discontinuous but parallel lines.

Spar Type Carbonates -- A carbonate particle that has not been granulated, i.e., uncrushed (or possibly epigenetic) carbonate particle.

Granulated Carbonate -- Carbonate particles that are derived from the crushing of larger spar type carbonate particles.

Augen -- Large lenticular mineral grains or aggregates of minerals which in cross-section have the shape of an eye.

Retrogressive Metamorphism -- Includes the changes that take place when a rock, that was formed by relatively intense metamorphism, is altered within an environment of lower-grade metamorphism.

Gneiss -- A coarse-grained rock in which bands rich in granular minerals alternate with bands in which schistose minerals predominate.

Schist -- A medium- or coarse-grained metamorphic rock with subparallel orientation of micaceous minerals which dominate its composition.

Marble -- A metamorphic rock composed essentially of calcite and/or dolomite and/or magnesite.

A-25

JNJ 000245089

Exhibit 2 - continued

<u>Curved Trains of Minerals</u> -- This term is used to indicate a
situation in which finer-grained schistose components
are bent around a larger mineral grain or group of
larger mineral grains.

<u>Schistose Marble</u> -- A rock containing more than 50% carbonate
particles intermixed with seams of schistose material.

<u>Marble Schist</u> -- A rock containing less than 50% carbonate
particles intermixed with large areas or seams of
schistose material.

<u>Sample Descriptions</u>:  The specimens submitted for thin-
section analysis are described below.  Each rock is described
macroscopically, then the details of the petrographic analysis
follow.  The numbers applied to the samples (such as 2H-301)
indicate the drill-hole number from which the sample was taken
(i.e., drill hole 2-67H) and the depth within that hole at which
the sample was taken (i.e., 301 feet).  Eleven holes were drilled
in 1966 (1-66H through 11-66H) but the core was not retained.
In 1967, drilling commenced again with hole No. 1-67H.  All of
the sample numbers used herein refer to drilling during 1967
and 1968.

A-26

JNJ 000245090

Exhibit 2 - continued

Specimen 2H-301:

In hand specimen this is a grayish black rock exhibiting a schistose structure. The grayish black groundmass is fine grained and contains some light brownish gray particles, possibly garnet, ranging in size from 1.0 to 6.0 mm. The schistose structure appears in curved mineral trains around these larger particles giving the rock an augen schist appearance.

In thin section the rock consists of a moderate amount of lineated mica laths (possibly biotite) intermixed with a moderate amount of granulated quartz and a minor amount of granulated feldspar particles (Photomicrograph 1A). All minerals show some degree of straining. The light brownish gray phenocrysts noted in hand specimen appear as fine-grained, opaque, clay-like particles with chlorite inclusions progressing from the contact with the host rock inward (Photomicrograph 1B). It is possible these phenocrysts may be highly weathered garnet crystals that have undergone roll type abrasion during metamorphism. This rock may be classified as a garnetiferous quartz-biotite augen schist.

A-27

JNJ 000245091





1 A                                                    1 B.

Photomicrograph No. 1A.  Specimen 2H-301 showing granulated
    quartz grains and lineated biotite laths forming a schistose
    texture.

Photomicrograph No. 1B.  Specimen 2H-301 showing a highly
    weathered garnet? crystal with an irregular chlorite inclu-
    sion (portion outlined with dashed line).  The lower quarter
    of the photomicrograph is another portion of the host rock
    similar to photomicrograph No. 1A.

      Scale                                   Crossed polarizers
      ⌣
     0.1 mm

A-28

JNJ 000245092

Exhibit 2 - continued

Specimen 6H-139:

In hand specimen this is a medium light gray porphyritic rock containing many moderate yellowish brown carbonate particles that range in size from 1.0 mm to 2.5 cm. Grayish black schistose seams ranging from 1.0 to 4.0 mm wide are present in the rock as curved mineral trains around the larger carbonate particles. Some embayment of these dark schistose seams into the carbonate particles is apparent.

In thin section the rock consists of a major amount of carbonate particles ranging from granulated masses having grain sizes ranging from 0.1 to 1.0 mm to large particles measuring over 1 cm. These are the phenocrysts noted in hand specimen. There is a moderate amount of chlorite occurring as laminar seam fillings (Photomicrograph 2). These are probably the dark gray seams noted in hand specimen. A moderate amount of talc was noted that occurs mainly as fine-grained foliated masses intermixed with fine-grained chlorite. This probably makes up the bulk of the medium light gray host rock noted in hand specimen. Some platy talc grains were noted in the foliated fine-grained talc and chlorite intermixture. These plates were elongated and tended to subparallel the foliated texture. This rock may be classified as an schistose augen marble.

JNJ 000245093



Photomicrograph No. 2. Specimen 6H-139 showing a
  foliated mixture of talc and chlorite (A), a
  chlorite seam (B) and variable sized carbonate
  particles (C).

Scale

0.1 mm                          Crossed polarizers

A-30

JNJ 000245094

Exhibit 2 - continued

Specimen 6H-141:

In hand specimen this is a medium light gray rock exhibiting curved mineral trains of schistose material around grayish orange carbonate eyes ranging from 3.0 mm to 1.5 cm.  Thin grayish black seams were noted in the rock that parallel the foliation and are in contact with most of the phenocrysts.

In thin section the rock consists of variable sized carbonate particles, some ranging over 1.0 cm, set in a fine-grained foliated matrix of intermixed talc and chlorite.  These are probably the dark seams noted in hand specimen.  Most platy talc occurs as elongated particles subparalleling the schistosity of the fine-grained talc-chlorite mixture.  A few individual talc plates were noted that were surrounded by the curved mineral trains (Photomicrograph 3).  This rock may be classified as a marble augen schist.

A-31

JNJ 000245095



Photomicrograph No. 3.  Specimen 6H-141 showing irregular
platy talc grains (A) set in a fine grained foliated
matrix of talc and chlorite (B).  Note curved mineral
trains of the fine grained talc and chlorite inter-
mixture around the platy talc grains.

Scale                              Crossed polarizers

0.1 mm

A-32

JNJ 000245096

Exhibit 2 - continued

Specimen 6H-150:

In hand specimen this rock is characterized by a large, fine-grained, bluish gray to bluish white, dense zone surrounded by pinkish gray carbonate eyes about 6.0 mm in diameter. These augen are surrounded by many grayish black schistose curved mineral trains.

In thin section the rock consists of a major amount of fine-grained foliated talc that is probably intermixed with fine-grained chlorite. Some platy talc was noted that occurred as elongated particles and paralleled the foliation (Photomicrograph 4). The carbonate particles in the rock occurred as fine-grained aggregates and as relatively large crystals. Some fine-grained carbonate may be intermixed with the fine-grained talc and chlorite. Chlorite was also noted concentrated in schistose curved mineral trains throughout the rock. This rock may be classified as an augen marble schist.

A-33

JNJ 000245097



Photomicrograph No. 4.  Specimen 6H-150 showing elongated
   platy talc grains (darker areas) set in a fine grained
   foliated mixture of talc and chlorite.

Scale                              Crossed polarizers

0.1 mm

A-34

JNJ 000245098

Exhibit 2 - continued

Specimen 6H-167:

In hand specimen this is a greenish gray schistose rock
with a bluish white band ranging from 1.0 cm to 2.0 cm wide.
One large white carbonate grain was noted that measured 1.0 cm
by 0.5 cm.  The schistosity curved around this carbonate grain.

In thin section the majority of the rock was composed of a
fine-grained foliated material believed to be primarily talc
with intermixtures of chlorite.  Some platy talc was noted that
occurred as elongated particles subparallel to the foliation of
the fine-grained talc and chlorite.  Carbonate in this slide
was relatively minor, occurring primarily as large, isolated
grains.  Many embayments of the fine-grained, talcose, foliated
material into the carbonate particles were noted.  Chlorite also
occurred as isolated thin seams and appeared, optically, to be
concentrated at the contacts of the fine-grained talcose material
and the carbonate particles.  To confirm this point, an electron
microprobe traverse was made across an embayment of the fine-
grained talcose material into a carbonate particle (Photomicro-
graph 5).  The line X-X' on the photomicrograph is the approxi-
mate line of traverse.  Figure 1 shows the results of the line
scans for the elements Mg, Al, and Si.  As can be noted the
scan for Mg shows a slight drop in intensity across the talcose
seam area indicating a slightly lesser amount of Mg in the
talcose seam than in the carbonate particles.  The scan for Si

A-35

JNJ 000245099

Exhibit 2 - continued

shows a drastic increase across the talcose seam and the scan for
Al shows increases at the boundaries of the fine-grained talcose
seam and the carbonate particles.  In essence the above indicates:

1.  The carbonate particle is magnesite - $MgCO_3$.

2.  The bulk of the talc seam contains primarily Mg and
    Si indicating talc - $Mg_3(OH)_2(Si_2O_5)_2$.

3.  The contact areas between the fine-grained talcose
    embayment and the carbonate particle contain Mg,
    Al, and Si indicating a chlorite type -
    $Mg[4.9-5.3] Al(Si_{2.3-3.2}Al_{0.8-1.7})O_{10}(OH)_8$.

This rock may be classified as a talc-chlorite augen schist.
The concentration of chlorite at the talc-carbonate contact
indicates some degree of retrogressive metamorphism.

A-36

JNJ 000245100



Photomicrograph No. 5.  Specimen 6H-167 showing a fine
    grained talc-chlorite embayment in a carbonate
    particle.
    (A)    Fine grained talc-chlorite intermixture.
    (B)    Magnesite, $MgCo_3$, particle.
    (C)    Chlorite seam.
    (D)    X-X' approximate electron microprobe
           traverse shown in Figure 1.


        Scale                          Crossed polarizers

      0.1 mm


A-37

JNJ 000245101

Figure 1

Electron Microprobe Traverse Across Line X-X'

JNJ 000245102

Exhibit 2 - continued

Specimen 6H-169:

In hand specimen this is a medium dark gray foliated rock containing numerous yellowish gray carbonate eyes.  These eyes range in size from 1.0 mm to about 2.0 cm.  Dark grayish black thin schistose seams occur as curved mineral trains around the carbonate eyes.

In thin section the specimen consisted of major carbonate and moderate talc and chlorite.  About one-half of the carbonate occurred as large grains that were partially or wholly shattered along crystalline boundaries.  The other half occurred as granulated areas, some subparalleling the foliation of the host rock.  The host rock was a fine-grained foliated mixture of talc and chlorite with some recognizable thin chlorite seams.  Some platy-talc grains were noted that were elongated and tended to follow the schistosity of the fine-grained talc and chlorite mixture.  This rock may be classified as a schistose augen marble.

A-39

JNJ 000245103

Exhibit 2 - continued

Specimen 6H-176:

In hand specimen this is an olive gray rock containing some carbonate eyes ranging in size from 1.0 mm to 7.0 mm. The specimen contains some indistinct grayish black seams. The foliation is not as pronounced as in previous samples.

In thin section most of the specimen consists of platy-talc grains intergrown with about equal amounts of fine-grained talc and chlorite (Photomicrograph 6). A finer-grained talc and chlorite is somewhat foliated and a few isolated elongated platy-talc grains paralleling the foliation were noted. The larger platy-talc grains, as shown in Photomicrograph 6, invariably have many fibrous-talc, and possibly tremolite-actinolite inclusions. The carbonate occurred as isolated grains, some of which showed embayments of the finer-grained talc and chlorite. Some distinct, thin, chlorite seams were noted occurring as curved mineral trains throughout the specimen. This rock may be classified as a talc-chlorite schist.

A-40

JNJ 000245104



Photomicrograph No. 6.   Specimen 6H-176 showing associa-
tions of platy talc grains with fibrous inclusions (A),
finer grained intermixtures of talc and chlorite (B)
and a carbonate particle (C).

Scale                                Crossed polarizers

0.1 mm

A-41

JNJ 000245105

Exhibit 2 - continued

Specimen 34H-507C:

In hand specimen this is a grayish black very-fine-grained
rock showing a very-finely-divided foliation.  Some very thin
bluish white intermittent seams were noted that parallel the
foliation.

In thin section the specimen consisted almost wholly of
foliated chlorite particles.  Intermixed with this foliated
chlorite was a minor amount of platy talc that tended to sub-
parallel the foliated texture (Photomicrograph 7).  No carbonate
particles were observed.  A trace amount of small lath-like
biotite particles was noted intermixed with the chlorite.  This
rock may be classified as a chlorite schist.

A-42

JNJ 000245106



Photomicrograph No. 7.   Specimen 34H-507C showing platy
talc grains (A) in a foliated chlorite matrix (B).

Scale                                    Crossed polarizers

0.1 mm

A-43

JNJ 000245107

Exhibit 2 - continued

Specimen 34H-518:

In hand specimen this is a foliated rock containing carbonate augen ranging in size from 2.0 mm to 1.5 cm. Grayish olive and light bluish gray seams ranging from 0.1 mm to 5.0 mm wide occur as curved mineral trains around the carbonate eyes.

In thin section the specimen consists of fine-grained, foliated-talc and/or chlorite areas and other distinct thin foliated seams that appear to be primarily chloritic. A moderate amount of carbonate, occurring mostly as relatively fine-grained aggregates, tends to be lineated and subparallels the foliated rock texture. Very little embayment of the fine-grained talc and chlorite into the carbonate was noted. This rock may be classified as an augen marble schist.

A-44

JNJ 000245108

Exhibit 2 - continued

Specimen 35H-153:

In hand specimen this is an extremely fine-grained, grayish-black aphanitic rock. In reflected light some very tiny white crystals were noted.

In thin section the rock consisted of highly strained, subparallel feldspar laths set in an extremely fine-grained and highly-weathered groundmass (Photomicrograph 8). High magnification examination of this groundmass suggested it to be composed of a felty mat of extremely fine-grained feldspar laths possibly intermixed with quartz, clay, and a glassy phase. Some eroded talc or chlorite plates were noted as inclusions in the rock. These plates, in places, yielded undulatory extinction and possessed fibrous talc and/or tremolite-actinolite inclusions. Due to the high degree of straining and weathering no definite rock classification could be made, but, the rock has indications of being a highly altered basalt.

A-45

JNJ 000245109



Photomicrograph No. 8.    Specimen 35H-153 showing strained
feldspar laths set in a highly weathered fine grained
opaque groundmass.    The outlined area is a platy talc
or chlorite grain.

Scale                              Crossed polarizers
⌞⌟
0.1 mm

A-46

JNJ 000245110

Exhibit 2 - continued

Specimen 35H-164:

In hand specimen this is a rock showing a contact zone between an aphanitic grayish black rock similar to 35H-153 and a schistose grayish black rock. No distortion of the lamellae are apparent at the contact. There appears to be an altered zone in the aphanitic grayish black rock along the contact. This zone is in the form of a slightly lighter colored band about 4.0 mm wide.

In thin section the schistose rock appears similar to 2H-301 (Photomicrograph 1) except the biotite laths are not as well defined. The schistose rock consists mainly of lineated biotite laths intermixed with granulated quartz and lesser amount of feldspar. Some degree of straining was noted in almost all crystals. The dense aphanitic contact rock is very similar to the weathered basalt noted in 35H-153. Most of the contact zone is sharp but in a few places frayed ends of the biotite were noted extending into the basalt. In one area a xenolith of schist was noted in the basalt (Photomicrograph 9). A definite flow-structure lineation of feldspar laths around the xenolith is apparent, indicating the basalt was intruded into the schist. A higher concentration of fine-grained, opaque, weathered material was noted in the basalt in the vicinity of the contact. Some irregular chlorite blebs were also noted in the schist. These factors may indicate some degree of hydrothermal alteration.

A-47

JNJ 000245111

Exhibit 2 - continued

This rock may be classified as a contact between a basalt and a
quartz-biotite schist.

JNJ 000245112



Photomicrograph No. 9.  Specimen 35H-164 showing the
contact between the quartz biotite schist (A) and
the basalt (B).  (X) is a xenolith of the quartz
biotite schist in the basalt.

      Scale                      Crossed polarizers

     0.1 mm

A-49

JNJ 000245113

Exhibit 2 - continued

<u>Specimen 35H-223A</u>:

In hand specimen this is a grayish black rock possessing finely defined schistosity. There is a large quartz particle in the rock about 1.5 cm in diameter. Also in the rock is a milky white band about 0.5 mm wide directly underlain by a black, dense, fine-grained zone about 0.5 mm wide. Some very thin stringers of a bronze colored metallic were visible throughout the rock. These metallic stringers were parallel to the foliation in all cases.

In thin section the bulk of the rock consists of sub-parallel laths of chlorite and lesser amounts of biotite that are intermixed with areas of granulated quartz and lesser amounts of feldspar. There are some relatively large biotite grains that are not oriented with the foliated texture. The black, dense, aphanitic zone noted in the hand specimen is tremolite-actinolite (Photomicrograph 10). The milky white zone directly overlying the tremolite-actinolite zone is a granulated mixture of quartz and strained feldspar. The large particle noted was quartz. The thin metallic seams noted in the hand specimen were opaque and could not be positively identified in thin section. This rock may be classified as a chlorite schist with inclusions of tremolite-actinolite, quartz and granulated mixtures of quartz and feldspar.

A-50

JNJ 000245114



Photomicrograph No. 10.   Specimen 35H-223A showing
radiating tremolite-actinolite crystals.

Scale                         Crossed polarizers

0.1 mm

A-51

JNJ 000245115

Exhibit 2 - continued

Specimen 35H-223B:

In hand specimen this is a grayish black, fine-grained rock exhibiting very finely defined schistosity. A few very thin metallic seams are present that parallel the schistosity. A few subspherical, light brownish gray phenocrysts were noted. These may be altered garnets. A thin dark seam about 0.2 mm wide was noted transversing the rock. A slightly lighter colored zone about 5.0 mm wide was noted on either side of this seam. This zone contains many indistinctly defined weathered garnets.

In thin section the majority of this rock consisted of schistose biotite and chlorite laths intermixed with granulated quartz and lesser amounts of feldspar. Some larger blocky biotite grains were noted that did not follow the foliation of the rock (Photomicrograph 11). The dark seam noted in the hand specimen was a ribbon-like, first-order-grey seam exhibiting wavy extinction. It could not be definitely ascertained whether this seam was talc or highly strained quartz. The lighter colored 5.0 mm zones on either side of this seam consisted primarily of granulated quartz grains with a much lesser amount of biotite than is present in the host rock. Many euhedral to subhedral isotropic particles, presumably garnets, are concentrated in these zones. These garnets are speckled throughout with a dark opaque, very fine-grained material. In some garnets this

A-52

JNJ 000245116

Exhibit 2 - continued

concentration is quite heavy.   In general, less of this fine-grained
opaque material was noted in these garnets than in the garnets in
specimen 2H-301.   This rock may be classified as a garnetiferous
biotite-chlorite-quartz schist.

A-53

JNJ 000245117



Photomicrograph No. 11.  Specimen 35H-223B showing
oriented lath like biotite (A) and oriented ir-
regular lath like chlorite particles (B) set in
a fine grained quartz matrix (lighter areas).
large blocky crystals cutting schistocity are
biotite.

Scale                    Uncrossed polarizers
⌣
0.1 mm

A-54

JNJ 000245118

Exhibit 2 - continued

Specimen 35H-223C:

In hand specimen this is a grayish black, fine-grained rock exhibiting a finely-defined schistose texture.  There are some very thin, lighter colored seams throughout the rock that parallel the schistose structure.

In thin section the overall appearance of this rock was similar to 35H-223B.  There were some seams showing more chlorite and biotite than in 35H-223B.  In this rock there are some seams that are composed mostly of granulated quartz with very little chlorite.  These are probably the thin, lighter-colored seams noted in the hand specimen.  The bulk of the rock may be classi-fied as a chlorite-biotite-quartz schist.  In certain restricted areas it could be classified as a biotite-chlorite-quartz gneiss.

A-55

JNJ 000245119

Exhibit 2 - continued

Specimen 35H-398:

In hand specimen this is a dark, greenish-gray fine-grained rock exhibiting a definite schistose structure. There are several variable-sized grayish black seams in the rock that parallel the schistose structure. A few carbonate eyes were noted that ranged from 0.5 to 3.0 mm.

In thin section the rock consists primarily of very fine-grained foliated-talc and chlorite particles. A few isolated, elongated platy-talc grains were noted that were subparallel to the schistosity of the rock. Chlorite was also noted concentrated in seams and as curved mineral trains around the carbonate augen in the rock. These chlorite seams generally paralleled the host rock schistosity. The overall texture of the rock is similar to specimen 6H-150 (Photomicrograph 4), but had only a minor amount of isolated carbonate particles. This rock may be classified as a talc-chlorite schist.

A-56

JNJ 000245120

Exhibit 2 - continued

Specimen 35H-400:

In hand specimen this is a fine-grained, dense, grayish-black rock exhibiting a very-finely-defined schistose structure. A minor amount of small, elongated inclusions were noted that did not parallel the schistosity of the host rock.

In thin section the rock consists of a felty, sublineated mass of primarily chlorite crystals with lesser amounts of felty sublineated talc. There are some relatively large lath-like inclusions of fine-grained talc and/or chlorite (Photomicrograph 12). These laths do not parallel the lineation of the host rock. This rock may be classified as a chlorite schist.

A-57

JNJ 000245121



Photomicrograph No. 12.   Specimen 35H-400 showing a large
   inclusion composed of fine grained talc and/or chlorite
   cutting foliation of host rock.

Scale                              Crossed polarizers

0.1 mm

A-58

JNJ 000245122

Exhibit 2 – continued

Specimen 36H-437:

        In hand specimen this is predominantly a dark greenish gray
rock exhibiting some degree of curved mineral training of dark
greenish gray, dark gray and greenish gray schistose seams
around some large, rather indistinct, very-light-gray carbonate
eyes ranging from 1.0 mm to 1.0 cm.  A rather large, very-light-
gray zone cuts the rock.  This zone may be composed of granular
carbonate particles.

        In thin section a major amount of the slide was composed of
an intermixture of fine-grained schistose talc and chlorite.  A
minor amount of elongated platy-talc grains were noted intermixed
with the fine-grained schistose talc and chlorite.  They tend to
parallel the foliation.  A moderate to major amount of carbonate
was noted.  The carbonate occurred as large particles and as
finer-grained eyes that tend to folow the lineation of the host
rock.  Some thin chlorite seams were noted throughout the slide
that paralleled the lineation of the host rock and occurred as
curved minerals trains around the carbonate particles.  This rock
may be classified as an augen marble schist.

JNJ 000245123

Exhibit 2 – continued

Specimen 36H-438:

In hand specimen this is a dark gray to dark greenish gray
foliated rock containing some very large carbonate grains. These
carbonate grains range in size from fine, granulated material
concentrated in a seam about 8.0 mm wide to individual pheno-
crysts 2.5 to 3.0 cm in diameter. Some curved mineral training
of the schistose phase around the carbonate grains was noted.

In thin section this slide is very similar to 36H-437.
There was more foliated platy talc and more carbonate noted.
This rock may be classified as a schistose augen marble.

JNJ 000245124

Exhibit 2 - continued

Specimen 37H-367:

In hand specimen this is a dark greenish gray foliated rock containing a large percent of large, yellowish gray carbonate particles with relatively indistinct boundaries. Some of these particles range up to 2.0 cm in diameter.

In thin section, the rock consisted primarily of variable sized carbonate particles. A little platy talc was noted intermixed with some of the granulated carbonate zones (Photomicrograph 13A). Felty, subfoliated areas composed of fine-grained talc and/or chlorite were noted that tended to occur as curved mineral trains around the carbonate areas. Photomicrograph 13B shows an interference figure of the platy talc grain shown in Photomicrograph 13A. Talc is characterized by a 2V approaching 2°. The interference figure shows the biaxial figure of its maximum separation indicating a very low 2V. This rock may be classified as a schistose marble.

A-61

JNJ 000245125





13 A                                             13 B

Photomicrograph No. 13A.  Specimen 37H-367 showing a platy talc
  grain (outlined) set in a matrix of variable sized carbonate
  grains.

        Scale                              Crossed polarizers
      ┕━┙
      0.1 mm

Photomicrograph No. 13B.  Biaxial interference figure of platy
  talc grain shown in Photomicrograph 13A.

A-62

JNJ 000245126

Exhibit 2 - continued

Specimen 37H-388:

In hand specimen this is a foliated rock exhibiting curved
mineral trains of grayish black seams and zones of schistose
material around medium gray "eyes" and linear stringers of
material that may be talcose.

In thin section the rock consisted mostly of a felty mass
of fine-grained foliated talc and/or chlorite grains.  The chlorite
content appeared to be heavier in some areas and zones of the
slide.  A moderate to minor amount of carbonate was noted in the
slide.  Most carbonate occurred as granular masses that tended
to subparallel the lineation of the rock.  No recognizable,
wholly-chlorite seams were noted in the slide.  This rock may be
classified as a talc-chlorite augen schist.

A-63

JNJ 000245127

Exhibit 2 - continued

Specimen 37H-400:

In hand specimen the rock appears to be predominantly a
medium gray, foliated rock with stringers of greenish gray material
and some indistinct, light greenish gray, possibly talcose, blebs
ranging up to 1.0 cm.  Curved mineral training of the darker,
schistose, seams around the lighter colored blebs is evident.

In thin section this rock appears very similar to 37H-367.
As in 37H-367 some lineated platy talc was noted that paralleled
the lineation of the rock.  There are some relatively large, dark
opaque areas disseminated throughout the slide.  This rock may be
classified as a talc-chlorite augen schist.

A-64

JNJ 000245128

Exhibit 2 - continued

Specimen 37H-<u>440</u>:

In hand specimen this is predominantly a dark greenish black,
foliated rock with some rather large, lighter colored, greenish
gray seams up to 1.0 cm wide.  These seams appear to be pre-
dominantly carbonate.

In thin section the rock consists mostly of fine-grained
foliated talc and/or chlorite particles with a fairly large
percentage of intermixed, lineated platy-talc particles.  These
platy-talc grains tend to parallel the schistosity of the host
rock.  A moderate to minor amount of carbonate was noted.  The
carbonate occurred both as large particles showing much embayment
of the fine-grained host rock and as finer-grained granulated
eyes subparallel to the schistosity of the host rock.  This rock
may be classified as a marble schist showing a minor degree of
augen structure.

A-65

JNJ 000245129

Exhibit 2 - continued

Specimen 37H-450:

In hand specimen this is a foliated, predominantly greenish black rock that exhibits curved mineral training of grayish black seams around greenish gray eyes ranging from 1.0 mm to 9.0 mm.

In thin section the rock consists primarily of fine-grained talc and/or chlorite particles that exhibit a foliated texture. There are some linear platy-talc grains intermixed with, and following the foliated nature of the fine-grained host rock. Some seams of predominantly talc and some seams of predominantly chlorite were noted. A moderate amount of carbonate occurred as variable-sized eyes scattered throughout the slide. Curved mineral training of the host rock around these particles is evident. Many of the carbonate particles are fractured and eroded and many show embayments of the fine-grained talc and/or chlorite. Some platy-talc grains were noted as inclusions in the carbonate particles. The greenish-gray eyes noted in hand specimen must be the carbonate particles noted in this section. The greenish color may be due to some degree of serpentinization of the rock. This rock may be classified as an augen marble schist or, if truly serpentinized, as a verde antique.

A-66

JNJ 000245130

Exhibit 2 – continued

Specimen 37H-451:

In hand specimen this rock had a very similar appearance to 37H-450.

In thin section the rock had the same general appearance as 37H-450. There was one seam noted in the rock that was filled with a ribbon-like mass of platy talc. On either side of this platy-talc seam the schistose groundmass was much denser than in the rest of the host rock (Photomicrograph 14). It could not be ascertained optically whether this zone was higher in talc or chlorite than the surrounding host rock. This rock may be classified as an augen marble schist or, if truly serpentinized, possibly a verde antique.

A-67

JNJ 000245131



Photomicrograph No. 14.   Specimen 37H-451 showing
  ribbon-like platy talc seam (A) surrounded by
  dense zones of fine grained schistose talc and/or
  chlorite (B).

Scale                    Crossed polarizers

0.1 mm

A-68

JNJ 000245132

Exhibit 2 - continued

<u>Specimen 37H-452</u>:

In hand specimen this is predominantly a greenish black schistose rock in which there is some degree of curved mineral training around some greenish gray carbonate eyes ranging in size from 2.0 mm to 1.0 cm.  Some thin grayish black seams are present that parallel the foliation and tend to be concentrated at the contacts between the phenocrysts and the host rock.

In thin section the host rock consists of fine-grained foliated talc and/or chlorite particles.  Curved mineral training around larger carbonate particles is evident.  A few elongated platy-talc laths were noted that parallel the foliation of the finer particles.  The carbonate occurred as a moderate to minor amount of variable-sized particles.  Most larger grains showed much embayment of the finer-grained host rock.  Some granulated carbonate eyes were noted that tended to subparallel the lineation of the host rock.  Some thin chlorite seams were present.  These seams tended to be concentrated at the contacts of the carbonate particles and the host rock.  This rock may be classified as an augen marble schist.

A-69

JNJ 000245133

Exhibit 2 – continued

Specimen 37H-453:

In hand specimen this is predominantly a grayish black rock
in which schistosity is finely defined.  There are several variable
sized seams of light bluish gray material in the rock that tend
to parallel the schistosity.  These seams range from 0.1 mm to
6.0 mm in width.

The thin section of this rock was too thin and much plucking
out of grains was noted.  What was left consisted of variable-
sized carbonate particles intermixed with fine-grained lineated
talc and/or chlorite particles.  This rock, based upon the above
data, may be classified as a verde antique.

A-70

JNJ 000245134

Exhibit 2 - continued

Specimen 37H-481:

In hand specimen this is a dark grey to greenish black rock exhibiting a finely defined schistose structure.  There are some indistinct light greenish gray seams in the rock ranging up to 8.0 mm wide.  Some indistinct, light greenish gray carbonate particles are scattered throughout the rock.  These carbonate particles range in size from 1.0 mm to 3.0 mm.

In thin section the rock consists of a felty, subfoliated mass of fine grains that appear to be mainly chlorite.  Some zones that appear richer in talc were noted.  Some elongate platy-talc grains were noted that generally followed the foliation of the rock.  A minor amount of carbonate was noted both as isolated crystals and as granulated seams subparallel to the foliation of the host rock.  Very few instances were noted in which the groundmass tended to actually "mineral train" around the carbonate particles.  A minor amount of dark opaques were noted as interstitial fillings and as isolated grains.  This rock may be classified as a chlorite schist.

A-71

JNJ 000245135

Exhibit 2 – continued

<u>Specimen 37H-485</u>:

In hand specimen this is a predominantly grayish black to greenish black rock exhibiting a finely defined schistose structure. Numerous light greenish gray phenocrysts, ranging from 1.0 to 2.0 mm are noted dispersed throughout the rock.

In thin section the rock had the same general appearance as 37H-481 only showing a larger number of carbonate eyes. Curved mineral training of the fine-grained host rock around these eyes was not well defined. This rock may be classified as a chloritic marble schist.

JNJ 000245136

Exhibit 2 - continued

Specimen 37H-485:

In hand specimen this is a predominantly grayish black to greenish black rock exhibiting a finely defined schistose structure. Numerous light greenish gray phenocrysts, ranging from 1.0 to 2.0 mm are noted dispersed throughout the rock.

In thin section the rock had the same general appearance as 37H-481 only showing a larger number of carbonate eyes. Curved mineral training of the fine-grained host rock around these eyes was not well defined. This rock may be classified as a chloritic marble schist.

A-73

JNJ 000245137

Exhibit 2 - continued

Specimen 37H-487:

In thin section this rock has the same general appearance as
37H-485.  One distinct light greenish gray seam 3.0 to 8.0 mm
wide is present that appears to be perpendicular to the finely
defined schistose texture of the rock.

In thin section the rock consists of a felty, subfoliated
matrix of fine-grained talc and/or chlorite particles.  Included
in this felty groundmass are irregular inclusions composed of
fine-grained talc and/or chlorite and a moderate amount of
carbonate particles (Photomicrograph 15).  A very minor degree
of curved mineral training of the fine-grained host rock around
the carbonate particles and the fine-grained talc and/or chlorite
inclusions was noted.  This rock may be classified as a
chloritic talc marble schist cut by a vein which is predominantly
talcose.

JNJ 000245138



Photomicrograph No. 15.  Specimen 37H-487 showing
irregularly shaped particles composed of fine
grained talc and/or chlorite (B) set in the
felty, sub-foliated host rock matrix (A).


    Scale                Crossed polarizers

    0.1 mm


A-75

JNJ 000245139

Exhibit 2 - continued

Specimen 37H-490:

In hand specimen this rock is very similar to 37H-485 except it contains many more carbonate particles.  One light greenish gray seam about 3.0 mm wide cuts the rock parallel to the finely defined schistose texture.

In thin section this rock is very similar to 37H-487.  There are a few more inclusions composed of fine-grained talc and/or chlorite and a few more carbonate particles.  The 3.0 mm light greenish gray seam noted in the hand specimen analysis consists of an intermixture of fine-grained talc and chlorite (talc probably predominates) in a schistose texture.  This rock may be classified as a chlorite-talc marble schist cut by a vein that is predominantly talcose.

JNJ 000245140

Exhibit 2 - continued

Specimen 37H-491:

In hand specimen one-half of this rock is a dense grayish black rock containing some light greenish gray phenocrysts about 1.0 mm to 3.0 mm in diameter.  Some thin light greenish gray seams that give the rock an augen type appearance were noted. The other half of the rock consists of irregular large blebs of light greenish gray carbonate shot through with thin, dark grayish black seams.  These darker seams in the lighter portion of the rock are randomly oriented.

In thin section the darker portion of the rock appears very similar to 37H-490 but curved mineral training is much better defined.  The lighter area consists of variable-sized carbonate particles.  In this carbonate area, fine-grained gnarled seams of what appear to be predominantly chlorite with some talc occur between the carbonate grains.  Gnarled and twisted seams of chlorite occur at the contact between the carbonate and the darker foliated rock.  This rock may be classified as a contact zone between a chloritic marble schist and a chloritic schistose marble.

A-77

JNJ 000245141

Exhibit 2 – continued

Specimen 37H-504:

In hand specimen this is a grayish black foliated rock that has a greenish gray inclusion about 8.0 mm wide and a light greenish gray carbonate eye about 1.0 cm wide. Some smaller greenish gray particles are scattered throughout the slide. There are some concentrations of thin darker seams along the carbonate contacts.

The thin section of this specimen was unusable for identification. However, based upon the hand specimen analysis, this rock may be classified as a chloritic marble schist.

A-78

JNJ 000245142

Exhibit 2 - continued

Specimen 37H-512:

In thin section this is a foliated rock containing numerous
irregular carbonate eyes that range in size from 1.0 mm to 1.0 cm.
These carbonate eyes are surrounded by grayish black and greenish
black curved mineral trains that give the rock an augen type of
appearance.

In thin section the rock consists of granulated carbonate
particles shot through and surrounded by fine-grained, foliated
chlorite and/or talc.  The fine-grained material is in curved
mineral trains around the carbonate particles.  Some elongated
platy-talc grains were noted in the fine-grained portion of the
rock in which they parallel the foliation.  This rock may be
classified as a schistose marble.

A-79

JNJ 000245143

Exhibit 2 – continued

Specimen 38H-404:

In hand specimen this is an aphanitic, medium greenish gray, dense rock in which foliation could not be defined.

In thin section this rock has a similar appearance to the weathered basalt described in 35H-153. There was a lesser amount of dark opaque fine-grained material making the felty groundmass of tiny feldspar laths more obvious.

This rock may be classified as a basalt.

A-80

JNJ 000245144

Exhibit 2 - continued

Specimen 39H-458:

In hand specimen this is predominantly grayish black foliated rock. There are a few very thin lighter colored seams in the rock that occur parallel to the foliation.

In thin section the majority of the rock consists of a fine-grained foliated matrix of chlorite and/or talc. There are some stringers and lineated blebs of platy talc dispersed through-out the slide. A few thin, definitely chloritic seams were noted. A minor amount of carbonate was noted as isolated crystals containing inclusions of platy talc and fine-grained talc and/or chlorite. This rock may be classified as a chlorite-talc schist.

A-81

JNJ 000245145

Exhibit 2 - continued

Specimen 39H-532:

In hand specimen this rock contains greenish gray carbonate eyes surrounded by curved mineral trains of a grayish black foliated material.

In thin section this rock had the same general host rock appearance as 39H-458 but contained more curved mineral training around carbonate particles, lesser platy talc and more carbonate eyes. This rock may be classified as a chlorite-talc augen marble schist.

A-82

JNJ 000245146

Exhibit 2 - continued

<u>Specimen 39H-534</u>:

In hand specimen this rock is similar to 39H-532 except it contains more and larger eyes and stringers of greenish gray carbonate and lesser amounts of curved mineral trained grayish black schistose material.

In thin section this rock appears similar to 39H-532 but contains more carbonate and lesser areas of foliated fine-grained chlorite and/or talc. The carbonate ranges from extremely large grains showing embayment of the fine-grained chlorite and/or talc to granulated seams and eyes that parallel the foliation of the rock. This rock may be classified as a schistose augen marble.

A-83

JNJ 000245147

Exhibit 2 - continued

Specimen 39H-544:

In hand specimen this rock contains a large percentage of
greenish gray carbonate blebs and eyes ranging from 1.0 cm to
over 2.5 cm set in a minor amount of finely defined, schistose,
grayish black material.

In thin section this rock is very similar to 39H-534 except
there is much more carbonate material and much less fine-grained,
foliated, chlorite and/or talc.  This rock may be classified as
a schistose augen marble.

A-84

JNJ 000245148

# Exhibit 112

*Johnson&Johnson*

*New Brunswick, N.J.*
May 25, 1972

**Subject:** CHARACTERIZATION OF TREMOLITE-TALC FD-14
(DR. W. SMITH, FAIRLEIGH DICKINSON UNIVERSITY)


Dr. A. J. Goudie


Figures 1-9 are Scanning Electron Microscope photographs
(Appendix A has the experimental procedures used) of
Tremolite-Talc FD-14.  The photographs show the diversity
of particle shapes and sizes in this material.  Since
FD-14 contains, besides talc; tremolite and serpentine
(antigorite), figures 10 through 15 are photographs for
comparison of tremolite and serpentine (mainly, antigorite)
standards.

Figures 16 through 19 are general views of FD-14 taken on
an Electron Microscope by McCrone Associates (Appendix B
contains McCrone's experimental procedure, as well as,
their detailed results).  With Electron Microscopy, one
is also able to diffract the electron beam off of the
surface of a particle or particles under examination.
This method, called Selected Area Electron Diffraction
(SAED), results in a diffraction pattern which many times
is unique enough to identify the particle under examination.
For example, Figure 20 has been identified as antigorite
from its electron diffraction pattern (Figure 21).  The
particle or particles in Figure 22 may also be antigorite
from its electron diffraction pattern (Figure 23).  Figures
24 and 26 are identified from their respective diffraction
patterns (Figures 25 and 27) as tremolite.  From morphology
and SAED, FD-14 has been found to contain talc, antigorite
(serpentine), tremolite and chlorite.  No chrysotile has
been detected.

A rough mineralogical breakdown of FD-14 has been done
from the Electron Microscope results, however, one is not
looking at the total material as received but at the
separated fines below 5 μ. in size.  McCrone Associates
reports, based upon particle counting, the following
distribution in FD-14;

                    50% Fibrous Tremolite
                    10% Antigorite
                    35% Talc of which about 75% is platy
                        and 25% rolled or fibrous
                    2-5% Chlorite

JNJ 000238826

- 2 -

Another form of microscopy that has been used to charac-
terize FD-14, is Optical Microscopy.  Optical microscopic
examination of minerals, referred to as petrographic
analysis, results in the following percent mineral break-
down based upon number of particles.

> 50-60% Amphibole (Tremolite) occurring as
> broad lath shaped to long prismatic
> and acicular shaped crystals.

> 15-20% Platy talc

> 20-30% Fibrous talc and talc shards

> 1% Carbonate mineral

X-Ray Diffraction

Using the technique of x-ray diffractometry, the following
minerals were identified in the FD-14 sample at estimated
levels of concentration:

> Major:  tremolite, talc
> Minor:  serpentine (antigorite), anthophyllite
> Trace:  quartz

Quantitative analysis of the tremolite yielded a value of
57% $\pm$ 2% by weight (Appendix C).

Size Analysis of FD-14

Particle size analysis (Appendix D) has been carried out
on FD-14 using the Andreason Sedimentation Method resulting
in a medium particle size of 8.5 $\mu$.  Fiber diameter analy-
sis at 2,000X magnification (Appendix D) results in the
following distribution:

> 1 $\mu$.   20%
> 1-2 $\mu$.   36%
> 2-4 $\mu$.   32%
> 4-6 $\mu$.    8%
> 6-8 $\mu$.    2%
> 10 $\mu$.    2%

JNJ 000238827

- 3 -

Elemental Analysis

Emission Spectrographic Analysis of FD-14 (see
Appendix E) reveals the following semi-quantitative
elemental analysis:

            10%    Magnesium, Silicon
        0.1-1.0%   Aluminum, Calcium
       0.01-0.1%   Phosphorus,  Iron, Manganese

Quantitative analysis by Atomic Absorption Spectros-
copy for the following elements have been done.

            Manganese  -  0.17%
            Chromium   -  0.003%
            Nickel     -  None Found
            Cobalt     -  None Found

*F. Robert Rolle*

        F. Robert Rolle, Ph.D.

ab

cc:  Dr. G. Hildick-Smith
     Dr. G. H. Lord
     Dr. W. Nashed
          to
     Talc File
     Dr. T. H. Shelley
          to
     Dr. E. R. L. Gaughran
     Dr. W. E. Smith
     Central File

JNJ 000238828

# Exhibit 113

APPENDIX C


X—RAY DIFFRACTION

JNJ 000248023

Johnson&Johnson

*New Brunswick, N.J.*
May 25, 1972

**Subject:**   <u>X-RAY DIFFRACTION OF FD-14 TALC</u>

Dr. F. Robert Rolle

Quantitative analysis of the major constituents of the FD-14 sample was attempted. Petrographic analysis had indicated that talc was present in both platy and fibrous crystalline forms. Analysis of talc was attempted by several quantitative methods. However,

FD-14 containing 10% additional platy talc and
FD-14 containing 10% additional fibrous talc

yielded significantly different peak intensities at two talc x-ray diffraction peaks (9.3 Å and 3.1 Å). This indicated that, because of the sample preparation and difference in the multiplicity factors of the two crystalline forms, quantitative analysis of the total talc present was impossible by the x-ray diffraction technique.

Tremolite was reported to be present only in the fibrous form. Therefore, analysis was possible using the quantitative addition method. The FD-14 sample was ground to pass a 325-mesh sieve. A sample of fibrous tremolite was ground with an agate mortar and pestle, dispersed in ethanol, and passed through the 325-mesh sieve (40 μ. max. particle size). Examination of the tremolite by SEM indicated that it was still in the fibrous form. Because of the high concentration of tremolite present in FD-14, analysis was possible only by diluting the sample 1:10, using 325-mesh quartz as diluent. The quartz showed no x-ray diffraction peak in the region of the quantitative tremolite diffraction peak (10.5° 2θ, 8.4 Å d-spacing). Samples were prepared by adding 2, 3, and 5% tremolite to the 10% FD-14 sample. The samples were mixed until homogeneous in a Spex Mixer/Mill. Each standard addition sample was then analyzed by packing three times in an open brass specimen holder, packing from the back to reduce preferred orientation of the crystallites. The result was a smooth planar sample surface to be placed in the incident x-ray beam. Each packed sample was

JNJ 000248024

- 2 -

scanned three times through the region of the tremolite peak, obtaining the integrated peak intensity in terms of total x-ray counts.  The average background radiation at the tremolite peak was determined for each sample and subtracted  from the peak count.  A Siemens X-Ray Diffractometer, with Ni-filtered Cu Kα radiation and a scintillation detector, was employed.  The following instrumental parameters were set:

        1/2° 2θ/minute scanning speed
        40 KV, 24 ma x-ray tube setting
        1/2° entrance aperture
        0.2 mm. receiving slit

The integrated peak intensity for each standard sample was averaged and plotted against the percent tremolite addition.  Extrapolation to the base-line and correction for the dilution factor yielded the concentration of tremolite in the original FD-14 sample.

J. P. Schelz

ab

JNJ 000248025