# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Marilyn A. Nieves v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-07392-MAS-RLS* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on June 28, 2024, on behalf of the plaintiff(s), Marilyn A. Nieves.

Dated:  August 23, 2024

                                          Respectfully Submitted by,

                                          **MOTLEY RICE LLC**

                                          /s/ Carmen S. Scott
                                          Carmen S. Scott
                                          cscott@motleyrice.com
                                          28 Bridgeside Blvd.
                                          Mt. Pleasant, SC 29464
                                          (843) 216-9160
                                          (843) 216-9450 (Facsimile)

                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott