## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL No. 16-2738 (MAS) (RLS)** |
| ***THIS DOCUMENT RELATES TO ALL CASES*** | |

**APPENDICES TO
THE PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM OF
LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE
PLANTIFFS' EXPERTS' GENERAL CAUSATION OPINIONS**