# Appendix 1

# APPENDIX 1

## Case-Control Studies Available at the *Daubert* Hearings

The following case control Studies were published in the scientific literature as of the date of the *Daubert* hearings in July 2019.  The plot and table below appear in *The Plaintiffs' Steering Committee's Omnibus Memorandum of Law in Response and Opposition to Defendants' Johnson & Johnson's And Johnson & Johnson Consumer Inc.'s Motion to Exclude Plaintiffs' General Causation Opinions*, ECF No. 9914 (Corrected Version of ECF No. 9888) (May 31, 2019).

### Case-Control Forrest Plot (Page 39)

"…[A]lmost all case control studies, regardless of their study design, demonstrated a consistent increased risk between the use if Talcum Powder and Ovarian cancer:" PSC Mem. at 38-39.



| Study | RR | L. CI | U. CI |
|---|---|---|---|
| Cramer 1982 | 1.92 | 1.27 | 2.89 |
| Hartge 1983 | 2.50 | 0.70 | 10.00 |
| Whittemore 1988 | 1.45 | 0.81 | 2.60 |
| Harlow & Weiss 1989 | 1.10 | 0.70 | 2.10 |
| Booth 1989 | 1.30 | 0.80 | 1.90 |
| Harlow 1992 | 1.50 | 1.00 | 2.10 |
| Rosenblatt 1992 | 1.70 | 0.70 | 3.90 |
| Chen 1992 | 3.90 | 0.91 | 10.60 |
| Tzonou 1993 | 1.05 | 0.28 | 3.98 |
| Hartge & Stewart 1994 (5-9 yrs.) | 0.30 | 0.10 | 1.40 |
| Hartge & Stewart 1994 (10+ yrs.) | 0.50 | 0.20 | 1.50 |
| Purdie 1995 | 1.27 | 1.04 | 1.54 |
| Shushan 1996 | 1.97 | 1.06 | 3.66 |
| Chang & Risch 1997 | 1.42 | 1.08 | 1.86 |
| Cook 1997 | 1.60 | 1.10 | 2.30 |
| Green 1997 | 1.30 | 1.10 | 1.60 |
| Godard 1998 | 2.49 | 0.94 | 6.58 |
| Cramer 1999 | 1.60 | 1.18 | 2.15 |
| Wong 1999 | 1.00 | 0.80 | 1.30 |
| Ness 2000 | 1.50 | 1.10 | 2.00 |
| Mills 2004 | 1.37 | 1.02 | 1.85 |
| Pike 2004 | 1.60 | 1.18 | 2.18 |
| Jordan 2007 | 1.00 | 0.40 | 2.10 |
| Merritt 2008 | 1.17 | 1.01 | 1.36 |
| Moorman 2009 (Afr. Am.) | 1.19 | 0.68 | 2.09 |
| Moorman 2009 (Cauc.) | 1.04 | 0.82 | 1.33 |
| Wu 2009 | 1.53 | 1.13 | 2.09 |
| Rosenblatt 2011 | 1.27 | 0.97 | 1.66 |
| Kurta 2012 | 1.40 | 1.16 | 1.69 |
| Wu 2015 | 1.46 | 1.27 | 1.69 |
| Cramer 2016 | 1.33 | 1.16 | 1.52 |
| Schildkraut 2016 | 1.44 | 1.11 | 1.86 |

## Case-Control Study Table (Page 105)[i]

| Study | Relative Risk | Positive Association | CI consistent w/ 20% Increase | CI consistent w/ 25% Increase |
|---|---|---|---|---|
| Hartge (1983) | 2.50 | Yes* | Yes | Yes |
| Whittemore (1988) | 1.45 | Yes | Yes | Yes |
| Booth (1989) | 1.30 | Yes | Yes | Yes |
| Rosenblatt (1992) | 1.70 | Yes | Yes | Yes |
| Tzonou (1993) | 1.05 | Yes | Yes | Yes |
| Hartge & Stewart (1994) | 0.30 (5-9 yrs.) 0.50 (10+ yrs.) | No | Yes | Yes |
| Wong (1999) | 1.10 | Yes | Yes | Yes |
| Cramer (1982) | 1.92 | Yes* | Yes | Yes |
| Harlow & Weiss (1989) | 1.1 | Yes | Yes | Yes |
| Harlow (1992) | 1.50 | Yes* | Yes | Yes |
| Chen (1992) | 3.90 | Yes | Yes | Yes |
| Purdie (1995) | 1.27 | Yes* | Yes | Yes |
| Green (1997) | 1.30 | Yes* | Yes | Yes |
| Shushan (1996) | 1.97 | Yes* | Yes | Yes |
| Chang and Risch (1997) | 1.42 | Yes* | Yes | Yes |
| Cook (1997) | 1.60 | Yes | Yes | Yes |
| Godard (1998) | 2.49 | Yes | Yes | Yes |
| Cramer (1999) | 1.60 | Yes* | Yes | Yes |
| Ness (2000) | 1.50 | Yes* | Yes | Yes |
| Mills (2004) | 1.37 | Yes* | Yes | Yes |
| Pike (2004) | 1.60 | Yes* | Yes | Yes |
| Jordan (2007) | 1.00 | Yes | Yes | Yes |
| Moorman (2009) | AA 1.19 Caucasian 1.04 | Yes | Yes | Yes |
| Wu (2009) | 1.53 | Yes* | Yes | Yes |
| Rosenblatt (2011) | 1.27 | Yes | Yes | Yes |
| Kurta (2012) | 1.40 | Yes* | Yes | Yes |
| Wu (20015) | 1.46 | Yes* | Yes | Yes |
| Schildkraut (2016) | 1.44 | Yes* | Yes | Yes |

---

[i] All studies in this table were attached as Exhibits as follows to the PSC's Omnibus Opposition, ECF No. 9914:

Daniel W. Cramer, et al., *Ovarian Cancer and Talc: A Case-Control Study*, 50 Cancer 372 (1982), attached as **Exhibit 21**; Patricia Hartge, *et al.*, *Talc and Ovarian Cancer*, 250 JAMA 1844 (1983), attached as **Exhibit 22**; Alice S. Whittemore, *et al., Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer*, 128 Am. J. Epidemiology (1988), attached as **Exhibit 23**; Bernard L. Harlow & Noel S. Weiss, *A Case –Control Study of Borderline Ovarian Tumors: the Influence of Perineal Exposure to Talc,* 130 Am. J. Epidemiology 390 (1989), attached as **Exhibit 24**; *M .Booth, Risk Factors for Ovarian Cancer: a Case-Control Study*, 60 Brit. J. Cancer 592 (1989), attached as **Exhibit 25**; Bernard L. Harlow, *et al*, *Perineal Exposure to Talc and Ovarian Cancer Risk,* 80 Obstetrics & Gynecology 19 (1992), attached as **Exhibit 26**; Patricia Hartge & Patricia Stewart, *Occupation and Ovarian Cancer: A Case-Control Study in the Washington, DC, Metropolitan Area,* 1978-1981, J.  Occupational Med. 924 (1994), attached as **Exhibit 27**; Karin A. Rosenblatt, *et al. Mineral Fiber Exposure and the Development of Ovarian Cancer* 45 Gynecologic Oncology 20 (1992), attached as **Exhibit 28**; Yong Chen, *et al., Risk Factors for Epithelial Ovarian Cancer in Beijing, China*, 21 Int'l J. Epidemiology 23 (1992),  attached as **Exhibit 29**; Anastasia Tzonou, *et al., Hair Dyes, Analgesics,  Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer,*  55 Int'l J. Cancer 408 (1993), attached as **Exhibit 30**; David Purdie, *et al.,  Reproductive and Other Factors and Risk of Epithelia Ovarian Cancer: an Australian Case-Control Study*, 62 Int'l J. Cancer 678 (1995), attached as **Exhibit 31**; Asher Shushan, *et al., Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer*, 65 Fertility & Sterility 13 (1996), attached as **Exhibit 32**; Adele Green, *et al., Tubal Sterilization, Hysterectomy and Decreased Risk of  Ovarian Cancer,*71 Int'l J. Cancer 948 (1997), attached as **Exhibit 33**; Stella Chang & Harvey A. Risch, *Perineal Talc Exposure and Risk of Ovarian Carcinoma*, 79 Cancer 2396 (1997), attached as **Exhibit 34**; Linda S. Cook, *et al., Perineal Powder Exposure and the Risk of Ovarian Cancer*, 145 Am. J. Epidemiology 459 (1997),  attached as **Exhibit 35**; Beatrice Godard, *et al., Risk Factors for Familial and  Sporadic Ovarian Cancer Among French Canadians: a Case-Control Study*, 179 Am. J. Obstetrics & Gynecology 403 (1998), attached as **Exhibit 36**; Daniel W. Cramer, *et al., Genital Talc Exposure and Risk of Ovarian Cancer*, 81 Int'l J. Cancer 351 (1999), attached as **Exhibit 37**; Cheung Wong, *et al., Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: a Case-Control Study*, 93 Obstetrics & Gynecology 372 (1999), attached as **Exhibit 38**;

Roberta B. Ness, *Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer*, 11 Epidemiology 111 (2000), attached as **Exhibit 39**; Paul K Mills, *et al., Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California,*112 Int'l J. Cancer 458 (2004), attached as **Exhibit 40**; Malcolm C. Pike, *et al. Hormonal Factors and the Risk of Invasive Ovarian Cancer: a Population-Based Case-Control Study*, 82 Fertility & Sterility 186 (2004), attached as **Exhibit 41**; Susan J. Jordan, *et al., Risk Factors for Benign Serous and Mucinous Epithelial Ovarian Tumors*, 109 Obstetrics & Gynecology 647 (2007), attached as **Exhibit 42**; Melissa A. Merritt, *et al*., Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer, 122 Int'l J. Cancer 170 (2008), attached as **Exhibit 43**; Patricia G. Moorman, *et al., Ovarian Cancer Risk Factors in African-American and White Women,* 170 Am. J. Epidemiology 598 (2009), attached as **Exhibit 44**; Anna H. Wu, et al., *Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County*, 124 Int'l J. Cancer 1409 (2009), attached as **Exhibit 45**; Karin A. Rosenblatt, *et al.,* Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer, 22 Cancer Causes Control 737 (2011), attached as **Exhibit 46**; Michelle L. Kurta, *et al., Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a U.S.-Based Case-Control Study*, 21 Cancer Epidemiology Biomarkers Prev. 1282 (2012), attached as **Exhibit 47**; Anna H. Wu, et al., *African-Americans and Hispanics Remain at Lower Risk of Ovarian Cancer than Non-Hispanic Whites After Considering Non-Genetic Risk Factors and Oophorectomy Rates*, 24 Cancer Epidemiology Biomarkers Prev. 1094 (2015), attached as **Exhibit 48**; Daniel W. Cramer, *et al., The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States*, 27 Epidemiology 334 (2016), attached as **Exhibit 49**; Schildkraut (2016).