# Appendix 2

# APPENDIX 2

## Cohort Studies Available at the *Daubert* Hearings

The following Cohort Studies were published in the scientific literature as of the date of the *Daubert* hearings in July 2019. There were 5 published papers arising from 3 Cohorts, the Nurses' Health Study (NHS), The Women's Health Initiative (WHI) and the Sisters' Study (SIS). The plot and table below appear in *The Plaintiffs' Steering Committee's Omnibus Memorandum of Law in Response and Opposition to Defendants' Johnson & Johnson's And Johnson & Johnson Consumer Inc.'s Motion to Exclude Plaintiffs' General Causation Opinions*, ECF No. 9914 (Corrected Version of ECF No. 9888) (May 31, 2019).

### Cohort Studies Forest Plot (Page 37)

"As illustrated in the forest plot below, the results of 4 of the 5 published studies regarding the three cohorts showed a positive association and the confidence intervals of all 5 were consistent with the 20-25% increased risk seen in the case-control studies:" PSC Mem. at 36-37.

| Cohort | Study | RR | Lower CI | Upper CI |
|---|---|---|---|---|
| Nurse's Health Study | Gertig (2000) | 1.09 | 0.86 | 1.37 |
| Nurse's Health Study | Gates (2008)* | 1.24 | 0.83 | 1.83 |
| Nurse's Health Study | Gates (2010) | 1.06 | 0.89 | 1.28 |
| Women's Health Initiative | Houghton (2014) | 1.06 | 0.87 | 1.28 |
| Sister Study | Gonzalez (2016) | 0.73 | 0.44 | 1.2 |

* Nested Case-Control Study

## Cohort Studies Table (Page 106)[1]

| Study | Relative Risk | Positive Association | CI consistent w/ 20% Increase | CI consistent w/ 25% Increase |
|---|---|---|---|---|
| Gertig (2000) | 1.4 for Serous 1.09 for all EOC | Yes | Yes | Yes |
| Gates (2008) | 1.24 | Yes* | Yes | Yes |
| Gates (2010) | 1.06 | Yes | Yes | Yes |
| Houghton (2014) | 1.12 | Yes | Yes | Yes |
| Gonzalez (2016) | 0.73 | No | Yes | No |

---

[1] All studies in this table were attached as Exhibits as follows to the PSC's Omnibus Opposition, ECF No. 9914:

Dorota M. Gertig, *et al., Prospective Study of Talc Use and Ovarian Cancer*, 92 J. Nat'l Cancer Inst. 249 (2000), attached as **Exhibit 51**; Margaret A. Gates, *et al., Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer, 17 Cancer Epidemiology Biomarkers Prev. 2436* (2008), attached as **Exhibit 52**; Margaret A. Gates, *et al., Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype*, 171 Am. J. Epidemiology 45 (2010), attached as **Exhibit 53**; Serena C. Houghton, *et al., Perineal Powder Use and Risk of Ovarian Cancer*, 106 J. Nat'l Cancer Inst. (2014), attached as **Exhibit 54**; NL Gonzalez, *et al., Douching, Talc Use, and Risk of Ovarian Cancer*, 27 Epidemiology 797 (2016), attached as **Exhibit 55**.