# Appendix 3

# APPENDIX 3

## Meta-Analyses & Pooled Studies Available at the *Daubert* Hearings

The following meta-analyses and pooled studies were available in the scientific literature as of the date of the *Daubert* hearings in July 2019. One study, Taher (2019) had not yet been published. The plot and table below appear in *The Plaintiffs' Steering Committee's Omnibus Memorandum of Law in Response and Opposition to Defendants' Johnson & Johnson's And Johnson & Johnson Consumer Inc.'s Motion to Exclude Plaintiffs' General Causation Opinions*, ECF No. 9914 (Corrected Version of ECF No. 9888) (May 31, 2019).

### Meta-Analyses Forest Plot (Page 41)

"Eight meta-analyses of genital talc exposure and ovarian cancer calculated summary relative risks that were very consistent across the publications, ranging from 1.22 to 1.35, all but one had 95% confidence intervals, indicating that women who reported talc use were at statistically significant increased risk for ovarian cancer. Similarly, the pooled analysis of eight case-control studies reported an overall odds ratio of 1.24 (95% confidence interval (CI 1.15 – 1.33) . . . ." PSC Mem. at 40.

| Study | RR | Lower CI | Upper CI |
|---|---|---|---|
| Harlow & Cramer (1992) | 1.3 | 1.1 | 1.6 |
| Gross & Berg (1995) | 1.27 | 1.09 | 1.48 |
| Cramer (1999) | 1.36 | 1.24 | 1.49 |
| Huncharek (2003) | 1.33 | 1.16 | 1.45 |
| Langseth (2008) | 1.35 | 1.26 | 1.46 |
| Terry (2013) (Pooled) | 1.24 | 1.15 | 1.33 |
| Berge (2018) | 1.22 | 1.13 | 1.3 |
| Penninkilampi & Eslick (2018) | 1.42 | 1.25 | 1.61 |
| Taher (2018) | 1.28 | 1.2 | 1.37 |

**Meta-Analyses Table (Page 106)[1]**

| Study | Relative Risk | Positive Association | CI consistent w/ 20% Increase | CI consistent w/ 25% Increase |
|---|---|---|---|---|
| Harlow (1992) | 1.30 | Yes* | Yes | Yes |
| Gross (1995) | 1.29 | Yes* | Yes | Yes |
| Cramer (1999) | 1.40 | Yes* | Yes | Yes |
| Huncharek (2003) | 1.33 | Yes* | Yes | Yes |
| Langseth (2008) | 1.35 | Yes* | Yes | Yes |
| Terry (2013) | 1.24 (EOC) | Yes* | Yes | Yes |
| Berge (2018) | 1.22 | Yes* | Yes | Yes |
| Penninkilampi (2018) | 1.31 overall 1.25 cohorts serous invasive OC | Yes* | Yes | Yes |
| Taher (2018) (unpub.) | 1.28 | Yes* | Yes | Yes |

---

[1] All studies in this table (except Gross (1995)) were attached as Exhibits as follows to the PSC's Omnibus Opposition, ECF No. 9914:

Bernard L. Harlow, *et al, Perineal Exposure to Talc and Ovarian Cancer Risk,* 80 Obstetrics & Gynecology 19 (1992), attached as **Exhibit 26;** Daniel W. Cramer, et al., *Genital Talc Exposure and Risk of Ovarian Cancer*, 81 Int'l J. Cancer 351 (1999), attached as **Exhibit 37**; Michael Huncharek, *et al.,* Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: a Meta-Analysis of Nine Observational Studies, 16 Eur. J. Cancer Prev. 422 (2007), attached as **Exhibit 159**; Hilde Langseth, *et al., Perineal Use of Talc and Risk of Ovarian Cancer,* 62 J. Epidemiology Comm. Health 358 (2008), attached as **Exhibit 5**; Kathryn L. Terry, *et al., Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 85,25 Cases and 9,859 Controls,* 6 Cancer Prev. Research 811(2013), attached as **Exhibit 50**; Berge, et al., *Genital Use of Talc and Risk of Ovarian cancer: a Meta-Analysis*, 27 European J. Cancer Prev. 248 (2018), attached as **Exhibit 61**; Penninkilampi, et al., *Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta- Analysis*, 29 Epidemiology 41 (2018), attached as **Exhibit 62**; Taher, et al, *Systematic Review and Meta-Analysis of the Association Between perineal Use of talc and Risk of Ovarian Cancer*, Unpublished Manuscript (2018), attached as **Exhibit 63**.