**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738-MAS-RLS |
| This Document Relates To: *Bondurant v. Johnson & Johnson* No. 3:19-cv-14366-MAS-RLS *Gallardo v. Johnson & Johnson* No. 3:18-cv-10840-MAS-RLS *Judkins v. Johnson & Johnson* No. 3:19-cv-12430-MAS-RLS *Converse v. Johnson & Johnson* No. 3:18-cv-17586-MAS-RLS *Newsome v. Johnson & Johnson* No. 3:18-cv-17146-MAS-RLS *Rausa v. Johnson & Johnson* No. 3:20-cv-02947-MAS-RLS | |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned counsel will bring Defendants Johnson & Johnson and LLT Management, LLC ("Defendants")'s Motion for Summary Judgment before this

Court. Defendants will ask for entry of an order granting summary judgment in favor of Defendants and dismissing Plaintiffs' claims in their entirety, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Brief submitted herewith and the Declaration of Jessica Davidson, Esq., together with exhibits; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

| | |
|---|---|
| Dated: August 23, 2024 | Respectfully submitted,<br><br>/s/ *Susan M. Sharko*<br>Susan M. Sharko<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>600 Campus Drive<br>Florham Park, NJ 07932<br>(973) 549-7350<br>susan.sharko@faegredrinker.com<br><br>Allison M. Brown<br>Jessica Davidson<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>One Manhattan West<br>New York, New York 10001<br>(212)-735-3000<br>Allison.brown@skadden.com<br>Jessica.davidson@skadden.com |

*Attorneys for Defendants Johnson &
Johnson and LLT Management, LLC*