# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| This Document Relates To:<br><br>*Bondurant v. Johnson & Johnson*<br>No. 3:19-cv-14366-MAS-RLS<br><br>*Gallardo v. Johnson & Johnson*<br>No. 3:18-cv-10840-MAS-RLS<br><br>*Judkins v. Johnson & Johnson*<br>No. 3:19-cv-12430-MAS-RLS<br><br>*Converse v. Johnson & Johnson*<br>No. 3:18-cv-17586-MAS-RLS<br><br>*Newsome v. Johnson & Johnson*<br>No. 3:18-cv-17146-MAS-RLS<br><br>*Rausa v. Johnson & Johnson*<br>No. 3:20-cv-02947-MAS-RLS | |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for an order granting summary judgment in favor of Defendants and dismissing Plaintiffs'

claims in their entirety, with prejudice; and for good cause shown;

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is hereby **GRANTED**; and

2. Plaintiffs' claims are hereby dismissed in their entirety, with prejudice.

_____
Hon. Michael A. Shipp, U.S.D.J.