# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Ernesto Robles, Individually and as Surviving Spouse on Behalf of the Heirs of the Estate of Blanca E. Robles v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08577-MAS-RLS* | **Civil Action: 3:16-md-2738**<br><br>**MDL No. 2738** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 20, 2024, on behalf of the plaintiff(s), Ernesto Robles, Individually and as Surviving Spouse on Behalf of the Heirs of the Estate of Blanca E. Robles.

Dated:  August 25, 2024

                                            Respectfully Submitted by,

                                            **MOTLEY RICE LLC**

                                            /s/ Carmen S. Scott
                                            Carmen S. Scott
                                            cscott@motleyrice.com
                                            28 Bridgeside Blvd.
                                            Mt. Pleasant, SC 29464
                                            (843) 216-9160
                                            (843) 216-9450 (Facsimile)

                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott