## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Katrina S. Walker, Special Administrator of the Estate of Essie Lee Walker v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08627-MAS-RLS* | **Civil Action: 3:16-md-2738**<br><br>**MDL No. 2738** |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 21, 2024, on behalf of the plaintiff(s), Katrina S. Walker, Special Administrator of the Estate of Essie Lee Walker.

Dated:  August 25, 2024

Respectfully Submitted by,

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9160
(843) 216-9450 (Facsimile)

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                    **MOTLEY RICE LLC**

                                    /s/ Carmen S. Scott
                                    Carmen S. Scott