# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*James B. Kettering, Individually and as proposed Personal Representative on Behalf of the Heirs of the Estate of JoAnn Kettering v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08653-MAS-RLS* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2024, on behalf of the plaintiff(s), James B. Kettering, Individually and as proposed Personal Representative on Behalf of the Heirs of the Estate of JoAnn Kettering.

Dated:  August 27, 2024

                                                   Respectfully Submitted by,

                                                   **MOTLEY RICE LLC**

                                                 /s/ Carmen S. Scott
                                                 Carmen S. Scott
                                                 cscott@motleyrice.com
                                                 28 Bridgeside Blvd.
                                                 Mt. Pleasant, SC 29464
                                                 (843) 216-9160
                                                 (843) 216-9450 (Facsimile)

                                                 *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott