# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Allan Levine, Individually and as Administrator of the Estate of Eileen S. Levine v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08656-MAS-RLS* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2024, on behalf of the plaintiff(s), Allan Levine, Individually and as Administrator of the Estate of Eileen S. Levine.

Dated:  August 27, 2024

                                                        Respectfully Submitted by,

                                                        **MOTLEY RICE LLC**

                                                        /s/ Carmen S. Scott
                                                        Carmen S. Scott
                                                        cscott@motleyrice.com
                                                         28 Bridgeside Blvd.
                                                        Mt. Pleasant, SC 29464
                                                        (843) 216-9160
                                                        (843) 216-9450 (Facsimile)

                                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott