# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Roberta L. Gordon and Fred Gordon v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08636-MAS-RLS* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 21, 2024, on behalf of the plaintiff(s), Roberta L. Gordon and Fred Gordon.

Dated:  August 27, 2024

                                  Respectfully Submitted by,

                                  **MOTLEY RICE LLC**

                                /s/ Carmen S. Scott
                                Carmen S. Scott
                                cscott@motleyrice.com
                                28 Bridgeside Blvd.
                                Mt. Pleasant, SC 29464
                                (843) 216-9160
                                (843) 216-9450 (Facsimile)

                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott