# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Kaitlin E. Frost, Personal Representative of the Estate of Kathleen Ann Frost v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08647-MAS-RLS* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2024, on behalf of the plaintiff(s), Kaitlin E. Frost, Personal Representative of the Estate of Kathleen Ann Frost.

Dated:  August 27, 2024

                   Respectfully Submitted by,

                   **MOTLEY RICE LLC**

                   /s/ Carmen S. Scott
                   Carmen S. Scott
                   cscott@motleyrice.com
                   28 Bridgeside Blvd.
                   Mt. Pleasant, SC 29464
                   (843) 216-9160
                   (843) 216-9450 (Facsimile)

                   *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott