# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*Ann Lowrance v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08658-MAS-RLS* | **Civil Action: 3:16-md-2738**<br><br>**MDL No. 2738** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2024, on behalf of the plaintiff(s), Ann Lowrance.

Dated:  August 27, 2024

                                               Respectfully Submitted by,

                                               **MOTLEY RICE LLC**

                                               /s/ Carmen S. Scott
                                               Carmen S. Scott
                                               cscott@motleyrice.com
                                               28 Bridgeside Blvd.
                                               Mt. Pleasant, SC 29464
                                               (843) 216-9160
                                               (843) 216-9450 (Facsimile)

                                               *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

                                   **MOTLEY RICE LLC**

                                   /s/ Carmen S. Scott
                                   Carmen S. Scott