UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To All Cases* | MDL No. 2738 (MAS) (RLS) |

**CERTIFICATION OF SUSAN M. SHARKO IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' REQUEST FOR ORDER COMPELLING PRODUCTION OF EXPERT WITNESS INVOICES**

I, Susan M. Sharko, declare as follows:

1.  I am an attorney of the state of New Jersey and a partner with the law firm Faegre Drinker Biddle & Reath LLP, counsel for the Johnson & Johnson Defendants in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Response in Opposition to Plaintiffs' Request for Order Compelling Production of Expert Witness Invoices.

2.  Attached hereto as Exhibit A is a true and correct copy of relevant excerpts from the May 2, 2024 Supplemental Expert Report of W. Longo, Ph.D., served in the above-captioned matter.

3. Attached hereto as Exhibit B is a true and correct copy of relevant excerpts from the May 2, 2024 Deposition of William Longo, Ph.D., taken in the above-captioned matter.

4. Attached hereto as Exhibit C is a true and correct copy of relevant excerpts from the PSC's May 1, 2024 Responses and Objections to Longo Notice of Deposition in the above-captioned matter.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 27, 2024                            _____

                                                  Susan M. Sharko