# EXHIBIT B

Page 1

1         UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF NEW JERSEY
3
   _____
4
5              MDL No. 16-2738(FLW)(LHG)
6  IN RE:  JOHNSON & JOHNSON
   TALCUM POWDER PRODUCTS
7  MARKETING, SALES PRACTICES,
   AND PRODUCTS LIABILITY LITIGATION
8
   _____
9
10
11
12
13
14            The remote video deposition of WILLIAM LONGO,
15            Ph.D., taken via Zoom videoconference on
16            May 2, 2024, commencing at approximately
17            11:20 a.m., before Lois Anne Robinson,
18            Certified Realtime Reporter.
19
20
21
22
23
24

Page 2

```
 1           A P P E A R A N C E S
 2   COUNSEL FOR PLAINTIFFS:
 3     BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
       218 Commerce Street
 4     Montgomery, Alabama  36103
       BY:  Leigh O'Dell, Esquire
 5          Leigh.odell@beasleyallen.com
            Leanna Pittard, Esquire
 6          Leanna.pittard@beasleyallen.com
 7     ASHCRAFT & GEREL
       1825 K Street NW, Suite 700
 8     Washington, DC  20006
       BY:  Michelle A. Parfitt, Esquire
 9          Mparfitt@ashcraftlaw.com
10     COHEN, PLACITLA & ROTH
       127 Maple Avenue
11     Red Bank, New Jersey  07701
       BY:  Christopher Placitella, Esquire
12          Cplacitella@cprlaw.com
            Drew Renzi, Esquire
13          Drenzi@cprlaw.com
14     REILLY, McDEVITT & HENRICH, P.C.
       3 Executive Campus, Suite 310
15     Cherry Hill, New Jersey  08002
       BY:  Stephanie DiVita, Esq.
16          Sdivita@rmh-law.com
17   FOR THE DEFENDANT:
18     KING & SPALDING
       1185 Avenue of the Americas
19     34th Floor
       New York, New York  10036
20     BY:  John Ewald, Esquire
            Jewald@kslaw.com
21          Jake Keester, Esquire
            Jkeester@kslaw.com
22
     VIDEOGRAPHER:  Maria Lima
23
            Lois Anne Robinson, RPR, RDR, CRR
24          Court Reporter
```

Page 3

```
 1              I N D E X
 2   EXAMINATION                    PAGE
 3   By Mr. Ewald                     6
 4
 5            * * * * * *
 6   EXHIBITS                       PAGE
 7   Exhibit 1                       17
 8     Lizardite Standard
 9   Exhibit 2                       17
10     Antigorite Standard
11   Exhibit 3                       31
12     Shu-Chun Su - "The Dispersion Staining Technique and Its
13     Application to Measuring Refractive Indices of Non-Opaque
14     Materials, with Emphasis on Asbestos Analysis"
15   Exhibit 4                       31
16     Shu-Chun Su - "Rapidly and Accurately Determining Refractive
17     Indices of Asbestos Fibers by Using Dispersion Staining
18     Method"
19   Exhibit 5                       42
20     Notice of Deposition
21   Exhibit 6                       43
22     PSC Objections to Updated Notice of Deposition
23   Exhibit 7                       56
24     Curriculum vitae
```

Page 4

```
 1         I N D E X - (continued)
 2   Exhibit 8                       57
 3     Reliance list
 4   Exhibit 9                       57
 5     Fourth Supplemental MDL expert report - 4/29/24
 6   Exhibit 10                      58
 7     Supplemental expert report - 5/2/24
 8   Exhibit 11                      58
 9     MDL second supplemental expert report - 2/1/19
10   Exhibit 12                     145
11     2/4/20 - Longo - "The Heavy Liquid Separation Method for the
12     Analysis of Cosmetic Talc to Detect Amphibole and Chrysotile
13     Asbestos"
```

Page 5

```
 1   VIDEOGRAPHER:
 2       We are now on the record.
 3       My name is Maria Lima.  I'm a
 4   videographer for Golkow.
 5       Today's date is May 2nd, 2024, and the
 6   time is 11:20 a.m.  This remote video deposition
 7   is being held in the matter of Talcum Powder
 8   Litigation.
 9       The deponent is William E. Longo, Ph.D.
10       All parties to this deposition are
11   appearing remotely and have agreed to the witness
12   being sworn in remotely.  Due to the nature of
13   remote reporting, please pause briefly before
14   speaking to ensure all parties are heard
15   completely.
16       Counsel's appearances will be noted on
17   the stenographic record.
18       The court reporter will now swear in
19   the witness.
20
21       WILLIAM LONGO, Ph.D.,
22     the witness, after having first been
23   duly sworn to tell the truth, the whole truth,
24   and nothing but the truth, was examined and
```

2 (Pages 2 - 5)

Page 6

```
 1  testified as follows:
 2                EXAMINATION
 3  BY MR. EWALD:
 4  Q       Good morning, Dr. Longo.
 5  A       Good morning.
 6  Q       It's been a while.
 7  A       It has been a while.
 8  Q       Okay.  So let's get some of the
 9  logistics out of the way first.
10          Well, first question is where are you
11  today?
12  A       I am in -- I'm at the -- I'm at
13  Materials Analytical Services, LLC, and I'm
14  sitting in the second -- the small conference
15  room.
16  Q       And is there anyone in the room with
17  you?
18  A       Yes.
19  Q       Who?
20  A       Leigh O'Dell.
21  Q       Anybody else?
22  A       No.
23  Q       What --
24          At least on the screen I see a number
```

Page 7

```
 1  of different stacks of paper.  Can you generally
 2  describe for me what you have in front of you so
 3  I know what you have?
 4  A       Well, I have the supplement expert
 5  report, MDL Johnson's Baby Powder, et cetera,
 6  et cetera, May 2nd, 2024, which just, on page --
 7  page -- on page 5, an overview, this supplement
 8  report was done to correct typographical errors
 9  involving the container calculations.  And then I
10  point out where those corrections were made and
11  what was made.  They're very minor, but there
12  were some typos there on the number of
13  containers.  And that's the only thing I changed.
14  Q       Okay.
15  MS. O'DELL:
16          And, John, I will put that in the chat
17  so you'll have it.
18  MR. EWALD:
19          Yeah.  That'll be -- I was worried I
20  was missing it.  So, yes, that would be great to
21  put it in the chat.  Thank you.
22  A       I also have a report, PLM analysis,
23  chrysotile RIs and structure size for MAS's
24  RG-144 and SG-210 chrysotile standard in the
```

Page 8

```
 1  analysis of fibrous -- fibrous talc and other
 2  information, William E. Longo, Ph.D., CEO, MAS,
 3  LLC, September 2nd, 2022.
 4          I'm fairly certain that this has
 5  been -- this has been provided in the past.  And
 6  what we have here is, on table 2, is the RG-144
 7  Calidria spiked Johnson baby powder -- Johnson
 8  talcum powder samples where we did PLM analysis
 9  on the RG-144 spiked starting at table 2,
10  .1 percent all the way down to .0001 percent.
11  There's a typo there.
12  Q       Sorry.  So the record's clear, what's
13  the typo?
14  A       CSM, we also did a standard spike from
15  .1 percent to .0001 percent, which that should be
16  for the ISO.  So this was our standardization on
17  the number of structures of the Calidria going
18  all the way down, and then we have some other
19  information there that we've also provided.
20          I have --
21  Q       Sorry, Doctor.  Before we leave that
22  one, I just want to make sure I understand the
23  typo that you referred to on table 2, page 4, of
24  this report.  There's an extra zero on M65947?
```

Page 9

```
 1  A       It should be 0.001 percent, like the
 2  exact same number down there for the CSM.
 3  Q       Okay.
 4  A       That's one too many zeros there.
 5  Q       Right.
 6  A       And it's interesting.  I always find
 7  that in the deposition when I'm explaining what
 8  we have.
 9          This was a -- we sent these in.  I was
10  just able to locate them, the request in the --
11  it's the photographs for the lizard- --
12  lizardite, which -- in 1.550, and the antigorite
13  in 1.550 showing the difference that you get for
14  chrysotile for that.  That's a response to the...
15          I also, starting over here, I have
16  volume 69, second quarter, 2022, the published --
17  the published paper for Dr. Shu-Chun Su in the
18  journal called The Microscope, volume 69,
19  hyphen -- I mean 69-2, pages 51 through 69, 2022,
20  entitled "The Dispersion Staining Technique and
21  Its Application to Measuring Refractive Indices
22  of Non-opaque Materials, with Emphasis --
23  Emphasis on Asbestos Analysis."
24          And he gave a -- he had some
```

3 (Pages 6 - 9)

Page 178

1  They look at reports that you've generated where
2  you've either not found something or found
3  something.  They want to look at the process
4  blanks that we say that we do on every batch of
5  TEM samples.  They want to see, you know, how
6  we're determining and not contaminating samples.
7  You know, every quarter we do air samples in all
8  the areas where we handle asbestos; whether it's
9  working properly, whether they have the
10 appropriate airflow into them.  You know, it's
11 just whatever --
12        It's really not a set schedule of what
13 they're looking at.  Do we calibrate the
14 balances?  Did we do this?  Did we do that?
15 Fortunately, I don't have to deal with them too
16 much.
17 Q     So you said they look at reports.  That
18 includes litigation reports?
19 A     Excuse me?
20 Q     So they look at reports.  Does that
21 include litigation reports?
22 A     Um, well, we show them the analysis of
23 a litigation report, not the -- they don't read
24 the reports.  I would never do that.  But we've

Page 179

1  got to show them examples of the analysis we're
2  doing.
3        But most everything else is not -- you
4  know, everything else besides what we're doing
5  for the Blount -- the Blount and the TEM, it's
6  nonlitigation that we have these other
7  certifications for.
8  Q     Have you or anyone at MAS, to your
9  knowledge, asked A2LA about what it would take to
10 get certified for the PLM chrysotile method?
11 A     No.  Not that I'm aware.
12 Q     In --
13        Since MAS has obtained these A2LA
14 talc-related certifications, you have testified
15 on direct at various trials highlighting the
16 accreditations; correct?
17 A     Absolutely.  We're proud of it.  And I
18 think we're the only ones in the country still
19 that has that certification on both plaintiff's
20 and defense side.
21 Q     But yet you are preventing me and my
22 client from finding out anything that went into
23 obtaining those certifications.
24 MS. O'DELL:

Page 180

1        Object to the form.
2  A     I'm preventing you or your client to
3  get double the confidential business records that
4  people would love to have because it would save
5  them a lot of time and effort to get these
6  certifications.
7        You know, it's the same thing with
8  NVLAP.  I wouldn't give those up either until you
9  guys did a -- J&J did a FOIA on it.  And I wasn't
10 going to provide any information about our audit
11 with FDA.  So, you know, I look at that as all
12 confidential business records.
13 MR. EWALD:
14 Q     From --
15        For all of the -- for all of the PLM
16 chrysotile tests that are included in the fourth
17 supplemental MDL report dated April 29th, 2024,
18 how much money has MAS been paid by plaintiffs'
19 lawyers?
20 A     From when to when?
21 Q     For all of the testing of the M- --
22        Withdrawn.
23        From when to when is all of the tests
24 included in the fourth supplemental MDL report

Page 181

1  dated April 29th, 2024, that are the PLM
2  chrysotile tests?
3  A     I would consider that confidential.
4  Q     On what basis?
5  A     The basis is is that our -- we look at
6  it as confidential unless we can come to an
7  agreement, like the last time, that these
8  invoices were produced from both sides, you know,
9  your experts, our experts, and we can redact what
10 we did.
11        And I recall that the amount MAS
12 invoices for -- I think this is 2016, 2017, 2018
13 or so -- it's like 2.9 million, and RJ Lee was
14 like 5-point-something million, 5.6 million.
15        But, you know, I thought that was
16 pretty fair, that, okay, get the experts in.  We
17 have to produce, you know, who we'd done the work
18 for, and we were able to redact.  So this was,
19 you know, quid pro quo.  It seems like only --
20        So I always consider that confidential.
21 Q     Unless there's a quid pro quo.
22 A     No.  I still think it ought to be
23 confidential.  But certainly, you know, when the
24 judges get together and they come up with

Page 182

1  something that they deem is fair for both sides.
2  Q     So it's, in your nonlegal opinion, it
3  should be confidential about the amount of money
4  you have been paid by plaintiffs' lawyers to
5  conduct the studies that you are relying on in
6  your fourth supplemental MDL report for your
7  expert opinions in this case?
8  MS. O'DELL:
9         Object to the form.
10 A     I'm not an attorney.
11 MS. O'DELL:
12        Yeah.  Please don't give a legal
13 opinion.
14 MR. EWALD:
15 Q     I was very clear.  I asked not from a
16 legal perspective.
17 MS. O'DELL:
18        Well --
19 MR. EWALD:
20        Hold on.  Hold on.  You're the one --
21        Leigh, hold on.  Hold on.
22 MS. O'DELL:
23        I'm not --
24 MR. EWALD:

Page 183

1         There's not a question pending.
2  Leigh -- Leigh --
3  MS. O'DELL:
4         You do not have a question pending.
5  I'm objecting and saying he's provided that
6  there's been information provided about what he's
7  paid -- been paid in relation to his MDL work.  I
8  just want to make that clear.  And we provided
9  those invoices, and he testified to it earlier.
10        So to the degree you're asking
11 something else, you need to make it clear.  And I
12 just want to make sure the record is -- is clear
13 as well that we've provided what we feel is
14 appropriate under the MDL order.
15 MR. EWALD:
16        And I'm happy -- I don't always ask the
17 best questions, but I feel like my question was
18 pretty clear, which is how much money has Dr. --
19        Sorry.  Withdrawn.
20        How much money has AMA --
21        See, now you've got me all flustered,
22 Leigh.
23        How much money has MAS been paid by
24 plaintiffs' lawyers for the PLM chrysotile

Page 184

1  studies that are contained in Dr. Longo's fourth
2  supplemental MDL report dated April 29th, 2024,
3  and specifically outlined on tables 1, 2, 3, 4,
4  5, 6, and 7 at the back of the report?
5  MS. O'DELL:
6         Same objection.
7  MR. EWALD:
8  Q     But you understand what I'm asking for?
9  A     I understand.  And I would just be
10 speculating.  I have no idea on what the amounts
11 would be for all -- for the different plaintiffs
12 that we've done work for.  I'm just -- you know,
13 on the chrysotile.
14 Q     Okay.  I'm about to start something
15 new.  We can stop ten minutes early if you want.
16 MS. O'DELL:
17        Okay.  Let's do it.  Let's, you know,
18 let's go off the record and stop for the day, and
19 then we'll pick it up.
20 VIDEOGRAPHER:
21        Okay.  Should we go off record?
22 MR. EWALD:
23        Yes.
24 MS. O'DELL:

Page 185

1         Thank you, John.
2  VIDEOGRAPHER:
3         Going off record.  Time is 4:48.
4         (Deposition adjourned at 4:48 p.m.)

47 (Pages 182 - 185)