# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 <br><br> Civil Case No. 3:16-md-2738 |
| This document relates to: <br> MaDawna Brown v. Johnson & Johnson, et al.; <br> Ind. Case No.3:24-cv-08769-MAS-RLS | |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on August 27, 2024, as to Plaintiff MaDawna Brown.

Dated: August 27, 2024

Respectfully Submitted,

BARON & BUDD, P.C.

*/s/ Holly Werkema*
Holly Werkema
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel.: (214) 521-3605
Fax: (214) 279-9915
Email: hwerkema@baronbudd.com

*ATTORNEY FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                     */s/ Holly Werkema*
                                                     Holly Werkema