# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

### [Proposed]
### ORDER

AND NOW, this _____ day of _____, 2024, upong consideration of the Plaintiffs' Motion to Seal Exhibits 5, 7, 8, 9, 28, 29 and 30 to the Declaration of P. Leigh O'Dell, submitted in support of the PSC's Memorandum of Law in Response and Opposition to Defendants Johnson & Johnson and LLT Management, LLC's Motion to Exclude the Opinions of Dr. Daniel Clarke-Pearson (ECF No. 33126) it is hereby ORDERED that the motion is GRANTED; and

IT IS ORDERED that Exhibits 5, 7, 8, 9, 28, 29 and 30 to the Declaration of P. Leigh O'Dell (ECF No. 33126) shall be filed under seal in its entirety.

_____
Hon. Rukhsanah Singh, U.S.M.J.