UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO SEAL EXHIBITS FILED WITH THE OPPOSITION TO DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S MOTION TO EXCLUDE THE SPECIFIC CAUSATION OPINIONS OF DR. JUDITH WOLF**

Pursuant to Rule 5(d) of the Federal Rules of Civil Procedure and Local Civil Rules 5.3(c) and 7.1, Plaintiffs, by and through Plaintiffs' Steering Committee ("PSC"), hereby move to file Exhibits 5, 7, 8, 9, 27 and 28 to the Declaration of P. Leigh O'Dell, submitted in support of the PSC's Memorandum of Law in Response and Opposition to Defendants Johnson & Johnson and LLT Management, LLC's Motion to Exclude the Specific Causation Opinions of Dr. Judith Wolf (ECF No. 33122) under seal.

These documents reference personal medical histories, diagnoses, and treatment of Bellwether Plaintiffs or otherwise sensitive materials that are

confidential and not appropriate at this time for public access.. Therefore, the PSC moves the Court for leave to submit 5, 7, 8, 9, 27 and 28 to the Declaration of P. Leigh O'Dell under seal.

 A Proposed Order is simultaneously submitted with this Motion.

Dated:  August 28, 2024     Respectfully submitted,

                */s/ Michelle A. Parfitt*
                Michelle A. Parfitt
                ASHCRAFT & GEREL, LLP
                1825 K Street, NW, Suite 700
                Washington, DC 20006
                Tel: 202-335-2600
                mparfitt@ashcraftlaw.com

                */s/ P. Leigh O'Dell*
                P. Leigh O'Dell
                BEASLEY, ALLEN, CROW,
                METHVIN, PORTIS & MILES, P.C.
                218 Commerce St.
                Montgomery, AL 36104
                Tel: 334-269-2343
                leigh.odell@beasleyallen.com

                ***Plaintiffs' Co-Lead Counsel***

                */s/ Christopher M. Placitella*
                Christopher M. Placitella
                COHEN, PLACITELLA & ROTH, P.C.
                127 Maple Ave.
                Red Bank, NJ 07701
                Tel: 732-747-9003
                clpacitella@cprlaw.com

                ***Plaintiffs' Liaison Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Respectfully submitted,

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell