## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br> *Leah M. McLendon v. Johnson & Johnson, et al* <br><br> *Civil Action No.: 3:24-cv-08689-MAS-RLS* | **Civil Action: 3:16-md-2738** <br><br> **MDL No. 2738** |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2024, on behalf of the plaintiff(s), Leah M. McLendon.

Dated:  August 28, 2024

                                                Respectfully Submitted by,

                                                **MOTLEY RICE LLC**

                                                /s/ Carmen S. Scott
                                                Carmen S. Scott
                                                cscott@motleyrice.com
                                                28 Bridgeside Blvd.
                                                Mt. Pleasant, SC 29464
                                                (843) 216-9160
                                                (843) 216-9450 (Facsimile)

                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott