UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Tewelde Tensae, Individually as proposed Personal Representative on Behalf of the Heirs of the Estate of Nzihti A. Ogbazion v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08690-MAS-RLS* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 22, 2024, on behalf of the plaintiff(s), Tewelde Tensae, Individually as proposed Personal Representative on Behalf of the Heirs of the Estate of Nzihti A. Ogbazion.

Dated:  August 28, 2024

                                                         Respectfully Submitted by,

                                                         **MOTLEY RICE LLC**

                                                         /s/ Carmen S. Scott
                                                         Carmen S. Scott
                                                          cscott@motleyrice.com
                                                          28 Bridgeside Blvd.
                                                          Mt. Pleasant, SC 29464
                                                          (843) 216-9160
                                                          (843) 216-9450 (Facsimile)

                                                          *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott