# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO: ACTIONS IN THE ATTACHED EXHIBIT A** | MDL No. 2738 (MAS) (RLS)<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Sindhu S. Daniel hereby withdraws as counsel for Plaintiffs identified in the attached Exhibit A only. As of September 1, 2024, Ms. Daniel will no longer be affiliated with Grant & Eisenhofer P.A.

Kyle J. McGee of Grant & Eisenhofer P.A. will continue to represent the Plaintiffs and Sindhu S. Daniel will continue in her role on the Plaintiffs' Steering Committee.

Dated: August 29, 2024

**GRANT & EISENHOFER P.A.**

*/s/ Sindhu S. Daniel*
Sindhu S. Daniel
N.J. Bar No. 010711996
123 Justison Street, 7th Floor
Wilmington, DE 19808
sdaniel@gelaw.com
Ph: 302-622-7000

## EXHIBIT A

No. 2:20-cv-04967, Sandy Forrest v. Johnson & Johnson
No. 3:19-cv-12529, Jolinda M. Dickens obo Rose M. Dickens v. Johnson & Johnson
No. 3:20-cv-16303, Linda J. Nappa v. Johnson & Johnson
No. 3:20-cv-16304, Diana Dix v. Johnson & Johnson
No. 3:23-cv-18132, Patricea L. Blanke v. Johnson & Johnson
No. 3:23-cv-18181, Dawn Blinsky obo Shirley A. Stanec v. Johnson & Johnson
No. 3:23-cv-18217, Charlotte E. Coats v. Johnson & Johnson
No. 3:23-cv-18246, Taylor Frey v. Johnson & Johnson
No. 3:23-cv-18519, Eileen Gavula v. Johnson & Johnson
No. 3:23-cv-18531, Jacqueline Gravely v. Johnson & Johnson
No. 3:23-cv-18542, Erica A. Jackson v. Johnson & Johnson
No. 3:23-cv-18553, Nicholas Kuklane obo Marcia T. Kuklane v. Johnson & Johnson
No. 3:23-cv-18594, Andre Sealy obo Grace Irving v. Johnson & Johnson
No. 3:23-cv-18609, Margaret Love v. Johnson & Johnson
No. 3:23-cv-18621, Patricia Lyon v. Johnson & Johnson
No. 3:23-cv-18649, Mechelle Mayer v. Johnson & Johnson
No. 3:23-cv-18974, Daryl Mumford obo Cynthia L. Mumford
No. 3:23-cv-18988, Miranda Ragins v. Johnson & Johnson
No. 3:23-cv-19023, Sharon Savage v. Johnson & Johnson
No. 3:23-cv-19036, Tonia L. Sheffield v. Johnson & Johnson
No. 3:23-cv-19052, Nancy Taylor v. Johnson & Johnson
No. 3:23-cv-19072, Philip Vadeboncoeur obo Fran G. Levin
No. 3:23-cv-19085, Irena Walewska v. Johnson & Johnson
No. 3:23-cv-19269, Linda Walker v. Johnson & Johnson
No. 3:23-cv-19274, Williford v. Johnson & Johnson et al
No. 3:23-cv-19281, Jennifer C. Wolff v. Johnson & Johnson
No. 3:23-cv-19290, Shanice Garbutt v. Johnson & Johnson
No. 3:23-cv-19297, Coty Garner v. Johnson & Johnson
No. 3:23-cv-19308, Jeannie Griffin v. Johnson & Johnson
No. 3:23-cv-19317, Donna Kurtz v. Johnson & Johnson
No. 3:23-cv-19327, Krisine Martin obo Mindelle Naylor v. Johnson & Johnson
No. 3:23-cv-19334, Michele L. Starkey v. Johnson & Johnson
No. 3:23-cv-21139, Steven Benedict obo Judi Benedict v. Johnson & Johnson
No. 3:23-cv-22343, Tara Gibb v. Johnson & Johnson