# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Kathleen Faulk- 3:21-cv-19892* | MDL No. 2738 (MAS) (RLS) |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Kathleen Faulk, which occurred April 13, 2024.

Dated: August 30, 2024

Respectfully submitted,

/s/ Andrea L. Sapone
Andrea L. Sapone
Wright McCall, LLC
5707 W. Interstate 10
San Antonio, TX 78201
Telephone: 205-558-9000
asapone@wrightmcccall.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 30, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

Dated: August 30, 2024

                                                         /s/ Andrea L. Sapone
                                                         Andrea L. Sapone