# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738-MAS-RLS<br><br>Honorable Michael A. Shipp |
| THIS DOCUMENT RELATES TO:<br><br>PAMELA MONROE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER, INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>　　　　Defendants. | Case No. 3:18-cv-13674-MAS-RLS<br><br>**RESPONSE TO AUGUST 15, 2024 ORDER TO SHOW CAUSE (DKT. 33096)** |

Mark P. Robinson, Jr. of Robinson Calcagnie, Inc., submits the following Response to the Court's August 15, 2024 Order to Show Cause Why Cases on the Attached Exhibit A Should Not Be Dismissed With Prejudice (Dkt. 33096).

On August 14, 2024, the Court issued a Letter Order granting Robinson Calcagnie's Motion to Withdraw as counsel for Plaintiff (Dkt. 10). The Letter Order

1

set a deadline of September 30, 2024 for Plaintiff to have its new counsel enter their appearance or notify the Court if she intends to proceed *pro se*. Counsel for Defendants confirmed that this case will not be on a dismissal order that would be filed earlier in time than September 30, 2024.

| | |
|---|---|
| Dated: August 30, 2024 | ROBINSON CALCAGNIE, INC. |

By: /s/ *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288
mrobinson@robinsonfirm.com

**Counsel for Plaintiff**