# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **Case No. 3:16-md-02738-MAS-RLS** |
| **THIS DOCUMENT RELATES TO:** *Deanna Shelton v. Johnson & Johnson, et al.,* **Civil Action No.: 3:21-cv-18461** | |

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of the Plaintiff, Deanna Shelton.

Dated: September 2, 2024.

By: /s/ Paul M. Scott, Esq.
Paul Scott, Esq.
Georgia Bar No. 140960

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Brunswick, Georgia 31521-0220

Telephone: 912-264-8544
Facsimile:  912-264-9667
pscott@brbcsw.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2024, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated: September 2, 2024.

By: /s/ Paul M. Scott, Esq.
Paul Scott, Esq.
Georgia Bar No. 140960

BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Brunswick, Georgia 31521-0220

Telephone: 912-264-8544
Facsimile: 912-264-9667
pscott@brbcsw.com

*Attorneys for Plaintiff*