# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |
| JUDITH A. ARTINO, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON; <br> JOHNSON & JOHNSON HOLDCO (NA) INC.; <br> JANSSEN PHARMACEUTICALS, INC.; <br> LLT MANAGEMENT LLC F/K/A LTL MANAGEMENT LLC; AND <br> KENVUE, INC. <br><br> Defendants. | Civil Action No.: 3:24-cv-08834 <br><br> DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 29th day of August 2024 on behalf of JUDITH ARTINO.

Dated:  9/2/2024                                      Respectfully Submitted by,

                                                                        */s/ W. Cameron Stephenson*
                                                                        W. Cameron Stephenson
                                                                        Florida Bar No.: 0051599
                                                                        LEVIN, PAPANTONIO, PROCTOR,
                                                                        BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A.
                                                                        316 South Baylen Street, Suite 600
                                                                        Pensacola, FL 32502
                                                                        Telephone: (850) 435-7176

1

Facsimile: (850) 436-6063
Email: cstephenson@levinlaw.com
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September 2024, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ W. Cameron Stephenson*