# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>ROSE MARIE RATCHFORD AND JOE RATCHFORD,<br><br>                 Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON;<br>JOHNSON & JOHNSON HOLDCO (NA) INC.;<br>JANSSEN PHARMACEUTICALS, INC.;<br>LLT MANAGEMENT LLC F/K/A LTL MANAGEMENT LLC; AND<br>KENVUE, INC.<br>                 Defendants. | MDL No. 2738 (FLW) (LHG)<br><br>Civil Action No.: 3:24-cv-08837<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given that pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury demand has been filed on the 29th day of August 2024 on behalf of ROSE RATCHFORD AND JOE RATCHFORD.

Dated: 9/2/2024

Respectfully Submitted by,

  */s/ W. Cameron Stephenson*
W. Cameron Stephenson
Florida Bar No.: 0051599
LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR, MOUGEY, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502

1

               Telephone: (850) 435-7176
               Facsimile: (850) 436-6063
               Email: cstephenson@levinlaw.com
               ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of September 2024, a copy of the forgoing Notice of Filing of Short Form Complaint was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                                 */s/ W. Cameron Stephenson*