

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

*Via ECF*

September 3, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

**Re:** *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Magistrate Judge Singh:

Pursuant to the Case Management Order entered on February 13, 2024 (ECF No. 29032), outlining procedures for adjudication of cases where the Plaintiff fails to comply with the Court Orders on case specific fact discovery and the Plaintiff Profile Form ("PPF"), please see the attached list of non-compliant cases. Counsel for these Plaintiffs have received notice through MDL Centrality (if they are registered there as required by Court Orders) and e-mail (whether registered or not).

Enclosed are two separate lists of cases. The first attachment lists, for the first time, cases filed or transferred from April 17, 2024 through May 17, 2024 which are deficient in providing a PPF. The second attachment lists, for the second time, cases listed on the August 1, 2024 PPF Report (ECF 33055) that remain deficient in providing a PPF (cases filed or transferred from November 18, 2023 through April 16, 2024). Defendants will file an Order to Show Cause on October 1, 2024, should any of these November 18, 2023, through April 16, 2024 cases continue to fail to provide a PPF. Defendants will file an Order to Show Cause on November 1, 2024, should any of these April 17, 2024 through May 17, 2024 cases continue to fail to provide a PPF.

Thank you for your consideration of these matters.

        Respectfully,

        /s/ *Susan M. Sharko*
        Susan M. Sharko
        Sean C. Garrett
        **FAEGRE DRINKER BIDDLE & REATH LLP**

        *Attorneys for Defendants*
        *Johnson & Johnson and LLT*
        *Management, LLC*

SMS/scg

Encl: (2)

Cc: Leigh O'Dell, Esq. (*via e-mail*)
    Michelle Parfitt, Esq., *(via e-mail)*
    All counsel of record (via ECF)

**September 3, 2024**
**April 17, 2024-May 17, 2024 Cases Deficient in Serving a Plaintiff Profile Form**

This is the first month these cases have been listed to the Court. Failure to cure the deficiencies will result in the cases being the subject of an Order to Show Cause on November 1, 2024

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 1 | Zarifpour, Rabin | Ashcraft & Gerel | 3:24-cv-05161 |
| 2 | Hale, Claude | Ashcraft & Gerel | 3:24-cv-05312 |
| 3 | Araza, Margaret | Ashcraft & Gerel | 3:24-cv-05365 |
| 4 | Homa, Richard | Ashcraft & Gerel | 3:24-cv-05315 |
| 5 | Melnick, Walter | Ashcraft & Gerel | 3:24-cv-05322 |
| 6 | Morales, Cassaundra | Ashcraft & Gerel | 3:24-cv-05320 |
| 7 | Jones, Denise | Ashcraft & Gerel | 3:24-cv-05324 |
| 8 | Jain, Yukti | Ashcraft & Gerel | 3:24-cv-05397 |
| 9 | Marochek-Rodgers, Deborah Lynn | Ashcraft & Gerel | 3:24-cv-05393 |
| 10 | Stoll, Anne Elizabeth | Ashcraft & Gerel | 3:24-cv-05390 |
| 11 | Beckham, Ashlon | Ashcraft & Gerel | 3:24-cv-05459 |
| 12 | Kittredge, Mary | Ashcraft & Gerel | 3:24-cv-05461 |
| 13 | Taplin, Melinda | Ashcraft & Gerel | 3:24-cv-05540 |
| 14 | Valenti, Michelle | Ashcraft & Gerel | 3:24-cv-05464 |
| 15 | Howell, Billy | Ashcraft & Gerel | 3:24-cv-05866 |
| 16 | Perkins, David | Ashcraft & Gerel | 3:24-cv-05873 |
| 17 | Maldonado, Carolyne | Ashcraft & Gerel | 3:24-cv-05931 |
| 18 | Dawn, Holbrook, | Ashcraft & Gerel | 3:24-cv-06231 |
| 19 | Everts, Sacoya | Burns Charest LLP | 3:24-cv-05627 |
| 20 | Gionti, Donna | Burns Charest LLP | 3:24-cv-05626 |
| 21 | Muomoa, Francisca | Motley Rice, LLC | 3:24-cv-05801 |
| 22 | Santos, Robin Lee | Motley Rice, LLC | 3:24-cv-05935 |
| 23 | Hughes, Tiffany Nicole | Pro se | 3:24-cv-06122 |
| 24 | Murphy, Glynis | Rosen Injury Lawyers | 3:24-cv-05602 |
| 25 | Mason, Hilary | Saltz Mongeluzzi & Bendesky PC | 3:24-cv-05828 |

**September 3, 2024**
**Nov. 18, 2023-April 16, 2024 Cases Deficient in Serving a Plaintiff Profile Form**

This is the second month these cases have been listed to the Court. Failure to cure the deficiencies will result in the cases being the subject of an Order to Show Cause on October 1, 2024

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 1 | Arbuckle, Gayla Nell | Ashcraft & Gerel | 3:24-cv-02948 |
| 2 | Arnemann, Eleanore Marie | Ashcraft & Gerel | 3:23-cv-23233 |
| 3 | Blank, Honey | Ashcraft & Gerel | 3:24-cv-02800 |
| 4 | Brito, Rosario | Ashcraft & Gerel | 3:23-cv-23078 |
| 5 | Brown, Linda Elizabeth | Ashcraft & Gerel | 3:24-cv-02968 |
| 6 | Byssainthe, Stephanie | Ashcraft & Gerel | 3:24-cv-00414 |
| 7 | Canada, Rocky | Ashcraft & Gerel | 3:23-cv-22868 |
| 8 | Carey, Michelle | Ashcraft & Gerel | 3:24-cv-03210 |
| 9 | Cole, Joanna Joyce | Ashcraft & Gerel | 3:24-cv-01470 |
| 10 | Conley, Shirley Louise | Ashcraft & Gerel | 3:24-cv-01469 |
| 11 | Denny, Erin Carolyn | Ashcraft & Gerel | 3:24-cv-03987 |
| 12 | Dent, Marv | Ashcraft & Gerel | 3:24-cv-04486 |
| 13 | Domino, Marian | Ashcraft & Gerel | 3:24-cv-04005 |
| 14 | Dotson-Herron, Diane | Ashcraft & Gerel | 3:24-cv-00974 |
| 15 | Elson, Timothy | Ashcraft & Gerel | 3:24-cv-03233 |
| 16 | Fulgaro, Betty | Ashcraft & Gerel | 3:24-cv-00386 |
| 17 | Gullo, Ronald | Ashcraft & Gerel | 3:24-cv-03195 |
| 18 | Henze, Kathleen | Ashcraft & Gerel | 3:24-cv-02989 |
| 19 | Houk, Patricia | Ashcraft & Gerel | 3:24-cv-03010 |
| 20 | Kealaonaona Levi, Laurie Michiko | Ashcraft & Gerel | 3:24-cv-03854 |
| 21 | Leon, Veronica | Ashcraft & Gerel | 3:24-cv-00967 |
| 22 | Little, Beta | Ashcraft & Gerel | 3:23-cv-23252 |
| 23 | Lofton, David | Ashcraft & Gerel | 3:24-cv-01005 |
| 24 | Loos, Dianne Sue | Ashcraft & Gerel | 3:24-cv-02810 |
| 25 | Lukkasson, Charlene | Ashcraft & Gerel | 3:24-cv-01523 |
| 26 | Mabe, Barbara Sue | Ashcraft & Gerel | 3:24-cv-03150 |
| 27 | Mann, Deborah | Ashcraft & Gerel | 3:24-cv-00531 |
| 28 | Marvets, Peggy Ann | Ashcraft & Gerel | 3:23-cv-22895 |
| 29 | Matthews, Kathleen | Ashcraft & Gerel | 3:24-cv-01492 |
| 30 | Medina, Melody | Ashcraft & Gerel | 3:23-cv-22825 |
| 31 | Millican, Ronald | Ashcraft & Gerel | 3:24-cv-01001 |
| 32 | Munoz, Sylvia | Ashcraft & Gerel | 3:24-cv-04523 |
| 33 | Noyes, Druscilla Diane | Ashcraft & Gerel | 3:23-cv-22859 |
| 34 | Parey, Carol | Ashcraft & Gerel | 3:23-cv-23106 |
| 35 | Perkins, Tiffany Elaine | Ashcraft & Gerel | 3:23-cv-23259 |
| 36 | Phipps, Keith | Ashcraft & Gerel | 3:23-cv-22661 |
| 37 | Reyes, Almaria | Ashcraft & Gerel | 3:23-cv-22699 |
| 38 | Richardson, Sharmane | Ashcraft & Gerel | 3:24-cv-04522 |
| 39 | Sanders-Bey, Judith | Ashcraft & Gerel | 3:24-cv-01012 |
| 40 | Schrock, Robert | Ashcraft & Gerel | 3:23-cv-22873 |
| 41 | Shamburger, Rhonda | Ashcraft & Gerel | 3:24-cv-00876 |
| 42 | Sherman, Cheryl | Ashcraft & Gerel | 3:24-cv-01583 |
| 43 | Silas, Carolyn H | Ashcraft & Gerel | 3:23-cv-22723 |
| 44 | Smallwood, Eula | Ashcraft & Gerel | 3:24-cv-01482 |
| 45 | Smith, Landon | Ashcraft & Gerel | 3:24-cv-04484 |
| 46 | Sprague, Kevin | Ashcraft & Gerel | 3:24-cv-04487 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 47 | Studt, Amanda Kim | Ashcraft & Gerel | 3:23-cv-23230 |
| 48 | Taormina, Mariana | Ashcraft & Gerel | 3:24-cv-03360 |
| 49 | Tarbor, Daree | Ashcraft & Gerel | 3:24-cv-03115 |
| 50 | Weimer, Sherri | Ashcraft & Gerel | 3:23-cv-22891 |
| 51 | Wise, Paula | Ashcraft & Gerel | 3:24-cv-00987 |
| 52 | Loudin, Judy | Ben Martin Law Group, PLLC | 3:24-cv-04189 |
| 53 | Fowler, Judy | Burns Charest LLP | 3:24-cv-00455 |
| 54 | Helsper, Cheryl | Burns Charest LLP | 3:24-cv-00438 |
| 55 | Miller, Chantell | Burns Charest LLP | 3:24-cv-00432 |
| 56 | Weir, Lisa | Burns Charest LLP | 3:24-cv-00454 |
| 57 | Wolfe, Raichelle | Burns Charest LLP | 3:24-cv-00440 |
| 58 | Moultrie, Sharnay | Bursor & Fisher P.A. | 3:24-cv-04757 |
| 59 | Rivera, Varela, Melissa | Clayeo C. Arnold, APC | 3:24-cv-00010 |
| 60 | Fitch, Karla | Cohen Hirsch, LP | 3:24-cv-00376 |
| 61 | Greer-Bell, Katrina | Cohen Hirsch, LP | 3:23-cv-22837 |
| 62 | Healy, Elizabeth | Cohen Hirsch, LP | 3:24-cv-00389 |
| 63 | McLeod, Debra | Cohen Hirsch, LP | 3:24-cv-00391 |
| 64 | Rutledge, Janet | Cohen Hirsch, LP | 3:24-cv-00393 |
| 65 | Lopez, Diana J. | Dalton and Associates, PA | 3:24-cv-00431 |
| 66 | Sendgraff, Michelle | De La Rosa Law, P.A. | 3:23-cv-23060 |
| 67 | Jefferson, Judy Ann | Dennis F. O'Brien, P.A. | 3:24-cv-04061 |
| 68 | Brooks, Rhonda | Kirkendall Dwyer LLP | 3:24-cv-04932 |
| 69 | Gonzalez, Barbara | Kirkendall Dwyer LLP | 3:24-cv-05024 |
| 70 | Helton, Contrell | Kirkendall Dwyer LLP | 3:24-cv-05026 |
| 71 | Inabinet, Belinda | Kirkendall Dwyer LLP | 3:24-cv-05097 |
| 72 | Spangenberg, Kaylee | Kirkendall Dwyer LLP | 3:24-cv-05023 |
| 73 | Carbo, Betty W. | Law Offices of John M. Robin | 3:24-cv-00295 |
| 74 | Barfield, Melinda | Lober & Dobson, LLC | 3:24-cv-01711 |
| 75 | Harris, Amanda | Ludwig Law Firm, PLC | 3:24-cv-01299 |
| 76 | Barnes, Ronald L. | Motley Rice, LLC | 3:24-cv-00173 |
| 77 | Bivens, Brittney Marsa | Motley Rice, LLC | 3:24-cv-04401 |
| 78 | Burton, Shannon S. | Motley Rice, LLC | 3:24-cv-04402 |
| 79 | Feldman, Julie B | Motley Rice, LLC | 3:24-cv-00839 |
| 80 | Filer, Tracy | Motley Rice, LLC | 3:24-cv-01190 |
| 81 | Fontaine, Liette R. | Motley Rice, LLC | 3:23-cv-23257 |
| 82 | France, Kelly S. | Motley Rice, LLC | 3:24-cv-04405 |
| 83 | Hutzler, Bonnie | Motley Rice, LLC | 3:24-cv-01189 |
| 84 | Jones, Brenda C. | Motley Rice, LLC | 3:23-cv-22986 |
| 85 | Moore, Lisbeth L. | Motley Rice, LLC | 3:24-cv-04407 |
| 86 | Peck, Jane A. | Motley Rice, LLC | 3:24-cv-04408 |
| 87 | Rank, Roy | Motley Rice, LLC | 3:23-cv-23140 |
| 88 | Ricci, Melissa M. | Motley Rice, LLC | 3:23-cv-23145 |
| 89 | Ross, Casey | Motley Rice, LLC | 3:24-cv-00106 |
| 90 | Sangster, Susan L. | Motley Rice, LLC | 3:24-cv-04400 |
| 91 | Verbracken, Kristine C. | Motley Rice, LLC | 3:24-cv-00497 |
| 92 | Vick, Misty | Motley Rice, LLC | 3:24-cv-00624 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 93 | Youmans, Lee A | Motley Rice, LLC | 3:23-cv-23366 |
| 94 | York, Nichole | Robinson Calcagnie, Inc. | 3:24-cv-02788 |
| 95 | Hernandez, Joselina | Shaw Cowart, LLP | 3:24-cv-00044 |
| 96 | Terry, Keila | Simmons Hanly Conroy | 3:23-cv-23080 |
| 97 | Darrow, John | Smith McBroom, PLLC | 3:24-cv-00324 |
| 98 | Crittenden, Denise M | The Dilorenzo Law Firm, LLC | 3:24-cv-04078 |
| 99 | Tiggs, Sylvia | The Dilorenzo Law Firm, LLC | 3:24-cv-04079 |
| 100 | Aase, Kristi | Wagstaff Law Firm | 3:24-cv-02984 |
| 101 | Anderson, Nancy | Wagstaff Law Firm | 3:24-cv-03176 |
| 102 | Bland, Denessa | Wagstaff Law Firm | 3:24-cv-03807 |
| 103 | Borges, Laura | Wagstaff Law Firm | 3:24-cv-03128 |
| 104 | Brown, Laqvia | Wagstaff Law Firm | 3:24-cv-02460 |
| 105 | Caldwell, Charles | Wagstaff Law Firm | 3:24-cv-03114 |
| 106 | Campany, Terry | Wagstaff Law Firm | 3:24-cv-03130 |
| 107 | Chance, Marsha | Wagstaff Law Firm | 3:24-cv-02979 |
| 108 | Coble, George Drew | Wagstaff Law Firm | 3:24-cv-03088 |
| 109 | Crawford, Stephanie | Wagstaff Law Firm | 3:24-cv-02890 |
| 110 | Drakeford, Lee | Wagstaff Law Firm | 3:24-cv-03003 |
| 111 | Fields, Sherry Deanine | Wagstaff Law Firm | 3:24-cv-02523 |
| 112 | Furlow, Tametria | Wagstaff Law Firm | 3:24-cv-02911 |
| 113 | Garcia, Rocio | Wagstaff Law Firm | 3:24-cv-02856 |
| 114 | Gibson, Shelley | Wagstaff Law Firm | 3:24-cv-03102 |
| 115 | Gomez, Gloria | Wagstaff Law Firm | 3:24-cv-03055 |
| 116 | Gonzalez, Luisa | Wagstaff Law Firm | 3:24-cv-02975 |
| 117 | Hale, Donna | Wagstaff Law Firm | 3:24-cv-02593 |
| 118 | Hark, Lois | Wagstaff Law Firm | 3:24-cv-03060 |
| 119 | Harris, Sandra | Wagstaff Law Firm | 3:24-cv-02873 |
| 120 | Hunter, Kimberly | Wagstaff Law Firm | 3:24-cv-03014 |
| 121 | Jeffers, Ashauntee | Wagstaff Law Firm | 3:24-cv-03189 |
| 122 | Kelley, Peggy | Wagstaff Law Firm | 3:24-cv-02847 |
| 123 | Kodare, Rowena | Wagstaff Law Firm | 3:24-cv-02862 |
| 124 | Kramer, Crystal | Wagstaff Law Firm | 3:24-cv-02954 |
| 125 | Lail, Donald | Wagstaff Law Firm | 3:24-cv-03136 |
| 126 | Marchi, Kathryn | Wagstaff Law Firm | 3:24-cv-03013 |
| 127 | Matthews, Susan | Wagstaff Law Firm | 3:24-cv-02491 |
| 128 | Moore, Erika | Wagstaff Law Firm | 3:24-cv-02964 |
| 129 | Morfin, Sarah | Wagstaff Law Firm | 3:24-cv-02880 |
| 130 | Morgan, Barbara | Wagstaff Law Firm | 3:24-cv-02943 |
| 131 | Nielsen, Amy | Wagstaff Law Firm | 3:24-cv-02938 |
| 132 | Nixon, Mary | Wagstaff Law Firm | 3:24-cv-02571 |
| 133 | Parker, Michelle | Wagstaff Law Firm | 3:24-cv-02542 |
| 134 | Peppers, Dorann | Wagstaff Law Firm | 3:24-cv-03104 |
| 135 | Picchierri-Grodzinksi, Laura | Wagstaff Law Firm | 3:24-cv-03096 |
| 136 | Price, Susan | Wagstaff Law Firm | 3:24-cv-02903 |
| 137 | Reed, Sue | Wagstaff Law Firm | 3:24-cv-03043 |
| 138 | Scarberry, Estelle | Wagstaff Law Firm | 3:24-cv-03047 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 139 | Selin, Jennifer | Wagstaff Law Firm | 3:24-cv-02514 |
| 140 | Shumaker, Nicole | Wagstaff Law Firm | 3:24-cv-02839 |
| 141 | Simmons, Teresa | Wagstaff Law Firm | 3:24-cv-02584 |
| 142 | Simpson, Vicki | Wagstaff Law Firm | 3:24-cv-03039 |
| 143 | Smith, Adam | Wagstaff Law Firm | 3:24-cv-03149 |
| 144 | Tanner, Deanna | Wagstaff Law Firm | 3:24-cv-02957 |
| 145 | Thomas, Bernadette | Wagstaff Law Firm | 3:24-cv-02944 |
| 146 | Todd, Krystle | Wagstaff Law Firm | 3:24-cv-02986 |
| 147 | Wallin, Terry | Wagstaff Law Firm | 3:24-cv-03187 |
| 148 | Washington, Joyce | Wagstaff Law Firm | 3:24-cv-03153 |
| 149 | Welker, Abbie | Wagstaff Law Firm | 3:24-cv-02931 |
| 150 | Willard, Theresa | Wagstaff Law Firm | 3:24-cv-02532 |
| 151 | Williams, Roneear | Wagstaff Law Firm | 3:24-cv-02540 |
| 152 | Williamson, Cheryl | Wagstaff Law Firm | 3:24-cv-03078 |
| 153 | Woodall, April | Wagstaff Law Firm | 3:24-cv-03084 |
| 154 | Woodards, Shana | Wagstaff Law Firm | 3:24-cv-02885 |
| 155 | Zeno, Valencia | Wagstaff Law Firm | 3:24-cv-02926 |
| 156 | Smith, Antaeus | Williams Kherkher Hart Boundas, LLP | 3:24-cv-02126 |