

*faegredrinker.com*

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via ECF*

September 3, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

> Re: *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Magistrate Judge Singh:

The Johnson & Johnson Defendants submit the enclosed Order to Show Cause why cases listed on the attached **Exhibit A** should not be dismissed with prejudice for their failure to serve a Plaintiff Profile Form ("PPF") pursuant to the process set up in the Case Management Order dated February 13, 2024 (ECF 29032).

As Your Honor is aware, this Court originally ordered all Plaintiffs to submit Plaintiff Profile Forms on MDL-Centrality by dates certain in the Amended Plaintiff's Profile Form Order (ECF 27291).  Pursuant to that Order, the cases listed on the enclosed **Exhibit A** were required to submit PPFs by May 31, 2024.  However, these Plaintiffs failed to file their PPFs by that deadline and to date have not provided Defendants with a PPF.

Counsel for these Plaintiffs have received notice on MDL-Centrality (if registered) and via e-mail (whether registered or not) informing them that they had failed to serve a PPF. *Pro se* Plaintiffs were sent notice via regular mail and certified mail, return receipt requested.  The Plaintiffs were then listed in a filing on July 1, 2024 (ECF 32869) noting their failure to provide a PPF to Defendants and that their continued failure to do so would potentially result in dismissal of their matter.  These Plaintiffs were listed again on the August 1, 2024 filing (ECF 33055).

      The Plaintiffs listed in **Exhibit A** still have not complied with the Court Orders requiring service of a PPF. The Court's February 13, 2024, Order is clear- Plaintiffs who continue to fail to provide a PPF, after being listed in a PPF Report to the Court over a period of 60 days, shall be subject to an Order to Show Cause why their case should not be dismissed with prejudice. The proposed form of Order submitted herewith was previously approved by lead counsel for the Plaintiffs.

      The Court should not hesitate to order the noted Plaintiffs to show cause why their case should not be dismissed with prejudice. In the event a Plaintiff fails to show cause, and her case is dismissed with prejudice, Fed. R. Civ. P. 60(b) provides an avenue of relief should the circumstances surrounding the failure to provide a PPF justify reversal of the dismissal. There is simply no reason to permit Plaintiffs any additional time to serve PPFs in light of the safety net provided by Rule 60.

      Accordingly, Defendants respectfully request Your Honor enter the attached Order to Show Cause and dismiss any matter, with prejudice, which fails to show cause why their case should not be dismissed for their continued and blatant failure to serve a PPF.

      Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

*Attorneys for Defendants*
*Johnson & Johnson and*
*LLT Management, LLC*

SMS/scg

Encl: (1)

Cc: Leigh O'Dell, Esq. (via email)
    Michelle Parfitt, Esq. (via email)
    All counsel of record (via ECF)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>-----------------------------<br><br>*This relates to all cases in Exhibit A* | MDL No. 3:16-md-02738<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY CASES ON THE ATTACHED EXHIBIT A SHOULD NOT BE DISMISSED WITH PREJUDICE** |

**THIS MATTER**, having been brought before the Court by Defendants Johnson & Johnson and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause requiring Plaintiffs listed in the attached **Exhibit A** to show cause why their case should not be dismissed with prejudice; and for good cause shown;

IT IS on this _____ day of _____, 2024

**ORDERED** as follows:

1. Plaintiffs listed on the attached **Exhibit A** shall show cause, within twenty-one (21) days from the date of this Order, why their case should not be dismissed with prejudice for their failure to serve Defendants (via MDL Centrality) with a Plaintiff Profile Form (PPF); and

2. Defendants shall have seven (7) days to respond to any filing by Plaintiffs opposing dismissal of their case with prejudice; and

3. Plaintiffs who fail to show cause within twenty-one (21) days of this Order why their case should not be dismissed with prejudice shall have their case dismissed with prejudice immediately; and

4. After the expiration of thirty-five (35) days from the date of this Order, Defendants shall file an Order to dismiss with prejudice cases subject to this Order to Show Cause which the Court has not expressly found demonstrated good cause for their failure to file a PPF.

_____
Hon. Rukhsanah L. Singh
U.S. Magistrate Judge

# EXHIBIT A

**September 3, 2024, Cases Subject of Order to Show Cause**

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 1 | Studwell, Robert | Alex Davis Law Office | 3:23-cv-10854 |
| 2 | Hodge, Barbara | Alexander Law Group, PLC | 3:21-cv-10050 |
| 3 | Sims, Emma | Andrus Wagstaff, P.C. | 3:21-cv-14204 |
| 4 | Wube, Hanna | Andrus Wagstaff, P.C. | 3:21-cv-18286 |
| 5 | Aboukar, Sana | Andrus Wagstaff, P.C. | 3:21-cv-18356 |
| 6 | McKee, Nikkisha | Andrus Wagstaff, P.C. | 3:21-cv-18614 |
| 7 | Culver, Annie Bibbs | Andrus Wagstaff, P.C. | 3:21-cv-18634 |
| 8 | Gonzalez, Rosalinda | Andrus Wagstaff, P.C. | 3:21-cv-18636 |
| 9 | Brown, Brikiya | Andrus Wagstaff, P.C. | 3:21-cv-18752 |
| 10 | Linville, Tammy | Andrus Wagstaff, P.C. | 3:21-cv-18785 |
| 11 | Johnston, Carrie | Ashcraft & Gerel | 3:21-cv-10944 |
| 12 | Yost, Cory T. | Ashcraft & Gerel | 3:21-cv-15887 |
| 13 | Schlegal, Richard | Ashcraft & Gerel | 3:21-cv-18719 |
| 14 | Jackson, Sequeena | Ashcraft & Gerel | 3:21-cv-19247 |
| 15 | Amato, Sharon Ann | Ashcraft & Gerel | 3:23-cv-04945 |
| 16 | Brogna, Sharon Ruth | Ashcraft & Gerel | 3:23-cv-05274 |
| 17 | Blount, Sr., Ernest | Ashcraft & Gerel | 3:23-cv-06257 |
| 18 | Konrad, Lorry A. | Ashcraft & Gerel | 3:23-cv-08505 |
| 19 | Aucoin, Stephanie | Ashcraft & Gerel | 3:23-cv-10707 |
| 20 | Griffin, Monica Lynette | Ashcraft & Gerel | 3:23-cv-10727 |
| 21 | Wrixon, Terri | Ashcraft & Gerel | 3:23-cv-10789 |
| 22 | Carroll, Lisa A. | Ashcraft & Gerel | 3:23-cv-10835 |
| 23 | Ormsby, Mark | Ashcraft & Gerel | 3:23-cv-10888 |
| 24 | Brian, Victoria | Ashcraft & Gerel | 3:23-cv-10952 |
| 25 | Wyckoff, Shonda K. | Ashcraft & Gerel | 3:23-cv-10990 |
| 26 | Pearson, Jim | Ashcraft & Gerel | 3:23-cv-11039 |
| 27 | Taylor, Judith E. | Ashcraft & Gerel | 3:23-cv-11112 |
| 28 | Reynolds, Sharon | Ashcraft & Gerel | 3:23-cv-11276 |
| 29 | Schultz, Diana | Ashcraft & Gerel | 3:23-cv-11793 |
| 30 | Dorward, Claudine | Ashcraft & Gerel | 3:23-cv-12402 |
| 31 | Devlieg, Johanna | Ashcraft & Gerel | 3:23-cv-12423 |
| 32 | Hooper, David | Ashcraft & Gerel | 3:23-cv-12446 |
| 33 | Mcgovern, Jane E. | Ashcraft & Gerel | 3:23-cv-12536 |
| 34 | Nemec, Mary Elizabeth | Ashcraft & Gerel | 3:23-cv-12550 |
| 35 | Morrill, Janet Kilday | Ashcraft & Gerel | 3:23-cv-12590 |
| 36 | Johnson, Rochelle Y. | Ashcraft & Gerel | 3:23-cv-12603 |
| 37 | Bullard, Guadalupe Patricia | Ashcraft & Gerel | 3:23-cv-12748 |
| 38 | Hanson, Michael Gordon | Ashcraft & Gerel | 3:23-cv-12754 |
| 39 | Finley, Dennis | Ashcraft & Gerel | 3:23-cv-12782 |
| 40 | Murillo, Maria | Ashcraft & Gerel | 3:23-cv-12871 |
| 41 | Cassano, Paul Joseph | Ashcraft & Gerel | 3:23-cv-12893 |
| 42 | Schnug, Linda I. | Ashcraft & Gerel | 3:23-cv-12977 |
| 43 | Wilson, Jerral | Ashcraft & Gerel | 3:23-cv-13145 |
| 44 | Popoola, Richard | Ashcraft & Gerel | 3:23-cv-13156 |
| 45 | Stockton, Janie | Ashcraft & Gerel | 3:23-cv-13207 |
| 46 | Ambeau, Carol Dee | Ashcraft & Gerel | 3:23-cv-13378 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 47 | Liddeke, Kenneth | Ashcraft & Gerel | 3:23-cv-13391 |
| 48 | Luna, Johnny | Ashcraft & Gerel | 3:23-cv-13476 |
| 49 | Kistler, Erica | Ashcraft & Gerel | 3:23-cv-13492 |
| 50 | Lind, Susan | Ashcraft & Gerel, LLP | 3:23-cv-12924 |
| 51 | Monreal, Francisco J | Ashcraft & Gerel, LLP | 3:21-cv-06038 |
| 52 | Barnett, Stephanie | Ashcraft & Gerel, LLP | 3:21-cv-10822 |
| 53 | Perry, Frances M | Ashcraft & Gerel, LLP | 3:21-cv-10823 |
| 54 | Allen, Rosemary | Ashcraft & Gerel, LLP | 3:21-cv-10824 |
| 55 | Auguste, Guirtelle | Ashcraft & Gerel, LLP | 3:21-cv-10837 |
| 56 | Bowles, Alicia | Ashcraft & Gerel, LLP | 3:21-cv-10842 |
| 57 | Burgess, Diona | Ashcraft & Gerel, LLP | 3:21-cv-10845 |
| 58 | Boyd, Alisa | Ashcraft & Gerel, LLP | 3:21-cv-10882 |
| 59 | Caffery, Staysha J | Ashcraft & Gerel, LLP | 3:21-cv-10883 |
| 60 | Compton, Jo | Ashcraft & Gerel, LLP | 3:21-cv-10885 |
| 61 | Dean, Tava Famica | Ashcraft & Gerel, LLP | 3:21-cv-10888 |
| 62 | Dodd, Donna | Ashcraft & Gerel, LLP | 3:21-cv-10890 |
| 63 | Rivera, Miguel | Ashcraft & Gerel, LLP | 3:21-cv-10892 |
| 64 | Googe, Barbara | Ashcraft & Gerel, LLP | 3:21-cv-10893 |
| 65 | Grayson, Beverly | Ashcraft & Gerel, LLP | 3:21-cv-10895 |
| 66 | Chitwood, Marietta | Ashcraft & Gerel, LLP | 3:21-cv-10899 |
| 67 | Galvez, April | Ashcraft & Gerel, LLP | 3:21-cv-10901 |
| 68 | Manzanares-Velasquez, Jeanette | Ashcraft & Gerel, LLP | 3:21-cv-10902 |
| 69 | Mayer, Gina | Ashcraft & Gerel, LLP | 3:21-cv-10918 |
| 70 | Neeland, Kim | Ashcraft & Gerel, LLP | 3:21-cv-10922 |
| 71 | Phillips, Destini | Ashcraft & Gerel, LLP | 3:21-cv-10925 |
| 72 | Scarborough, Paula | Ashcraft & Gerel, LLP | 3:21-cv-10934 |
| 73 | Ferrel, Ramona | Ashcraft & Gerel, LLP | 3:21-cv-10952 |
| 74 | Griffin, Gladys | Ashcraft & Gerel, LLP | 3:21-cv-10963 |
| 75 | Hale, Kathy | Ashcraft & Gerel, LLP | 3:21-cv-10964 |
| 76 | Koon, Sue Ann | Ashcraft & Gerel, LLP | 3:21-cv-10967 |
| 77 | Murphy, Sharon | Ashcraft & Gerel, LLP | 3:21-cv-10972 |
| 78 | O'Brien, Cathy | Ashcraft & Gerel, LLP | 3:21-cv-10973 |
| 79 | Richard, Frances M. | Ashcraft & Gerel, LLP | 3:21-cv-10974 |
| 80 | Rieders, Summer | Ashcraft & Gerel, LLP | 3:21-cv-10975 |
| 81 | Rucker, Alyssa | Ashcraft & Gerel, LLP | 3:21-cv-10977 |
| 82 | Stamper, Virginia | Ashcraft & Gerel, LLP | 3:21-cv-10979 |
| 83 | Turner, Nakisha | Ashcraft & Gerel, LLP | 3:21-cv-10983 |
| 84 | Vosefski, Holly | Ashcraft & Gerel, LLP | 3:21-cv-10984 |
| 85 | Williams, Jeana | Ashcraft & Gerel, LLP | 3:21-cv-10988 |
| 86 | Williams, Melvinita | Ashcraft & Gerel, LLP | 3:21-cv-10989 |
| 87 | Woods, Kimberlin | Ashcraft & Gerel, LLP | 3:21-cv-10990 |
| 88 | Havens, Lisa | Ashcraft & Gerel, LLP | 3:21-cv-11000 |
| 89 | Dubose, Madeline | Ashcraft & Gerel, LLP | 3:21-cv-11508 |
| 90 | Miles, Amanda Lynn | Ashcraft & Gerel, LLP | 3:21-cv-15877 |
| 91 | Morgan, Breton | Ashcraft & Gerel, LLP | 3:21-cv-15883 |
| 92 | Harris, Margaret M. | Ashcraft & Gerel, LLP | 3:21-cv-15919 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 93 | Cannon, Renee C. | Ashcraft & Gerel, LLP | 3:21-cv-15937 |
| 94 | Melton, Amy | Ashcraft & Gerel, LLP | 3:21-cv-15939 |
| 95 | Price, Thomas L. | Ashcraft & Gerel, LLP | 3:21-cv-15943 |
| 96 | Bryant, Angela | Ashcraft & Gerel, LLP | 3:21-cv-16109 |
| 97 | Fredrickson, Melissa | Ashcraft & Gerel, LLP | 3:21-cv-16904 |
| 98 | Bailey, Nijema | Ashcraft & Gerel, LLP | 3:21-cv-17955 |
| 99 | Steinberg, Elenn Rose | Ashcraft & Gerel, LLP | 3:21-cv-18039 |
| 100 | Davis, Laquita | Ashcraft & Gerel, LLP | 3:21-cv-19239 |
| 101 | Harding, Bonnie | Ashcraft & Gerel, LLP | 3:23-cv-04895 |
| 102 | Alsene, Kathie | Ashcraft & Gerel, LLP | 3:23-cv-04926 |
| 103 | Self, Heather Lea | Ashcraft & Gerel, LLP | 3:23-cv-04956 |
| 104 | Richmiller, Heather | Ashcraft & Gerel, LLP | 3:23-cv-05012 |
| 105 | Gunn, Dolores Jean | Ashcraft & Gerel, LLP | 3:23-cv-05124 |
| 106 | Brown, Anne Margaret | Ashcraft & Gerel, LLP | 3:23-cv-05177 |
| 107 | Dowdy, Latisha | Ashcraft & Gerel, LLP | 3:23-cv-05190 |
| 108 | Giesing, Susan Diane | Ashcraft & Gerel, LLP | 3:23-cv-05219 |
| 109 | De Barros Rodrigues, Maria Stella | Ashcraft & Gerel, LLP | 3:23-cv-05239 |
| 110 | Flatau, Nancy Louise | Ashcraft & Gerel, LLP | 3:23-cv-05242 |
| 111 | Ballard, Thomas | Ashcraft & Gerel, LLP | 3:23-cv-05277 |
| 112 | Kiggins, Eddie Frank | Ashcraft & Gerel, LLP | 3:23-cv-06141 |
| 113 | LaCoursiere, Paulette Denise | Ashcraft & Gerel, LLP | 3:23-cv-06183 |
| 114 | Soulier, Luz Helena | Ashcraft & Gerel, LLP | 3:23-cv-06246 |
| 115 | McCants, Debra S. | Ashcraft & Gerel, LLP | 3:23-cv-06358 |
| 116 | Parseghian, Nver Geroge | Ashcraft & Gerel, LLP | 3:23-cv-06900 |
| 117 | Ashworth, Lori | Ashcraft & Gerel, LLP | 3:23-cv-06955 |
| 118 | Bonham, David | Ashcraft & Gerel, LLP | 3:23-cv-07060 |
| 119 | Bennink, Dawn | Ashcraft & Gerel, LLP | 3:23-cv-07102 |
| 120 | Mattia, Sarah | Ashcraft & Gerel, LLP | 3:23-cv-07149 |
| 121 | Bush, Brenda | Ashcraft & Gerel, LLP | 3:23-cv-08027 |
| 122 | Senn-Jones, Tashia | Ashcraft & Gerel, LLP | 3:23-cv-08093 |
| 123 | Palomarez, Mary | Ashcraft & Gerel, LLP | 3:23-cv-08137 |
| 124 | Odom, Martha | Ashcraft & Gerel, LLP | 3:23-cv-08292 |
| 125 | Graves, Lloyd E. | Ashcraft & Gerel, LLP | 3:23-cv-08358 |
| 126 | Zatuchney, Marlyn | Ashcraft & Gerel, LLP | 3:23-cv-08378 |
| 127 | Pfeil, Rhonda Jean | Ashcraft & Gerel, LLP | 3:23-cv-08424 |
| 128 | Lillge, Laura | Ashcraft & Gerel, LLP | 3:23-cv-08441 |
| 129 | Johnson-Young, Shirley A. | Ashcraft & Gerel, LLP | 3:23-cv-08544 |
| 130 | Kennedy, Judith | Ashcraft & Gerel, LLP | 3:23-cv-08699 |
| 131 | Moran, Candi Ann | Ashcraft & Gerel, LLP | 3:23-cv-08812 |
| 132 | Richard, Bob Newman | Ashcraft & Gerel, LLP | 3:23-cv-08844 |
| 133 | Rudisill, Evelyn | Ashcraft & Gerel, LLP | 3:23-cv-09226 |
| 134 | Gamez, Frances | Ashcraft & Gerel, LLP | 3:23-cv-09360 |
| 135 | Breu, Brenda | Ashcraft & Gerel, LLP | 3:23-cv-09401 |
| 136 | Fisk, Greg | Ashcraft & Gerel, LLP | 3:23-cv-09678 |
| 137 | Heslar, Ronald | Ashcraft & Gerel, LLP | 3:23-cv-09854 |
| 138 | Harmon, Joyce | Ashcraft & Gerel, LLP | 3:23-cv-09910 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 139 | Barr, Gerald F. | Ashcraft & Gerel, LLP | 3:23-cv-10007 |
| 140 | Dinsmore, Jamie | Ashcraft & Gerel, LLP | 3:23-cv-10895 |
| 141 | Silny, John | Ashcraft & Gerel, LLP | 3:23-cv-11016 |
| 142 | Robson, Mark | Ashcraft & Gerel, LLP | 3:23-cv-11292 |
| 143 | Mohror, Barbara | Ashcraft & Gerel, LLP | 3:23-cv-13246 |
| 144 | Abbott, Betsie Wells | Ashcraft & Gerel, LLP | 3:23-cv-13365 |
| 145 | Newton, Eleanor M. | Ashcraft & Gerel, LLP | 3:23-cv-13369 |
| 146 | Raymondo, Deborah | Ashcraft & Gerel, LLP | 3:23-cv-13432 |
| 147 | Wilson, Tequilla Jane | Ashcraft & Gerel, LLP | 3:23-cv-13462 |
| 148 | Bridges, Terrence | Ashcraft & Gerel, LLP | 3:23-cv-13508 |
| 149 | Perry, Paula | Ashcraft & Gerel, LLP | 3:23-cv-13529 |
| 150 | Gouge, Ronald | Ashcraft & Gerel, LLP | 3:23-cv-13604 |
| 151 | Sablan, Elizabeth | Ashcraft & Gerel, LLP | 3:23-cv-13639 |
| 152 | Segovia, Mario | Ashcraft & Gerel, LLP | 3:23-cv-13657 |
| 153 | Graves, Christine | Ashcraft & Gerel, LLP | 3:23-cv-13668 |
| 154 | Morton, Brenda | Ashcraft & Gerel, LLP | 3:23-cv-13753 |
| 155 | Macedo, Shannon | Ashcraft & Gerel, LLP | 3:23-cv-13768 |
| 156 | Lewis, Shari | Ashcraft & Gerel, LLP | 3:23-cv-13786 |
| 157 | Palmer, Bobbie | Ava Law Group, Inc. | 3:21-cv-16033 |
| 158 | Hines, Dolly A. | Ava Law Group, Inc. | 3:21-cv-17440 |
| 159 | Artis, Tammy | Ava Law Group, Inc. | 3:23-cv-13510 |
| 160 | Scearce, Carolyn | Bachus & Schanker LLC | 3:21-cv-15763 |
| 161 | Caferri, Debora | Bart Durham Injury Law // Frazer PLC | 3:21-cv-18985 |
| 162 | Kolodziej, Elaine | Breit Law PC | 3:21-cv-00223 |
| 163 | Kolodziej, Elaine | Breit Law PC | 3:21-cv-00497 |
| 164 | Slater, Carl L | Cellino Law LLP | 3:21-cv-00312 |
| 165 | Thomas, Maxine | Cellino Law LLP | 3:21-cv-00315 |
| 166 | Hunt, Michael D | Cellino Law LLP | 3:21-cv-14235 |
| 167 | Salter, Willodean | Champ Lyons III, PC | 3:21-cv-01708 |
| 168 | Byers, Amanda | Constant Legal Group LLP | 3:21-cv-09129 |
| 169 | Wareham, Rhonda | Constant Legal Group LLP | 3:21-cv-09135 |
| 170 | Moreland, Roberta | Cory, Watson, Crowder & Degaris, P.C. | 3:21-cv-19698 |
| 171 | Mercado, Luz | Cutter Law, P.C. | 3:22-cv-01046 |
| 172 | Smith, Lynnam | Davis, Bethune & Jones, L.L.C. | 3:21-cv-08516 |
| 173 | Landis, Kenneth | Davis, Bethune & Jones, L.L.C. | 3:21-cv-08812 |
| 174 | Grimes, Shari | Davis, Bethune & Jones, L.L.C. | 3:21-cv-09178 |
| 175 | Lopez, Devra | Davis, Bethune & Jones, L.L.C. | 3:21-cv-09182 |
| 176 | Daniels, Kathryn | Davis, Bethune & Jones, L.L.C. | 3:21-cv-13214 |
| 177 | Panaligan, Elaiza | Davis, Bethune & Jones, L.L.C. | 3:21-cv-13330 |
| 178 | Moore, Shasta Kearns | Davis, Bethune & Jones, L.L.C. | 3:21-cv-13331 |
| 179 | Ochoa, Maricella | Davis, Bethune & Jones, L.L.C. | 3:21-cv-16551 |
| 180 | Deshong, Daleda | Davis, Bethune & Jones, L.L.C. | 3:21-cv-16919 |
| 181 | Lam, Lan | Dennis Law Firm // Edward F. Luby, LLC | 3:21-cv-16685 |
| 182 | Williams, Elvie | DiCello Levitt Gutzler LLC | 3:21-cv-12477 |
| 183 | Doman (Overacre), Danielle | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13441 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 184 | Figures, Janice | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13441 |
| 185 | Roberts, Carrie | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13443 |
| 186 | Robinson, Patricia | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13443 |
| 187 | Salazar, Celia | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13443 |
| 188 | Soto, Maria | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13447 |
| 189 | Lansdale, Mary | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13450 |
| 190 | Martin, Sherry | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13450 |
| 191 | Bruhn, Browning | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13451 |
| 192 | Hillin, Kathy | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13454 |
| 193 | Howe, Maria | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13454 |
| 194 | Hunter, Lakesha | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13454 |
| 195 | Jamison, Donna | Donald L. Schlapprizzi P.C. // Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-13454 |
| 196 | Alter, Lauren | Driscoll Firm, P.C. | 3:23-cv-13093 |
| 197 | Hoover, Cheri | Driscoll Firm, P.C. | 3:23-cv-13586 |
| 198 | Bridges, Eunice | Driscoll Firm, P.C. | 3:23-cv-13634 |
| 199 | Gotel, Tory | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-09993 |
| 200 | Miles, Pinnie | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10078 |
| 201 | Steele, Dionne | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10161 |
| 202 | Tart, Tansha | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10289 |
| 203 | Jacks, Melissa | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10552 |
| 204 | Godwin, Tina | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10619 |
| 205 | Dreiling, Ramona | HAIR SHUNNARAH TRIAL ATTORNEYS LLC | 3:21-cv-10958 |
| 206 | McLoughlin, Shari | Heninger Garrison Davis, LLC | 3:21-cv-08532 |
| 207 | Banks, Jacob | Heninger Garrison Davis, LLC | 3:21-cv-12820 |
| 208 | Dobe, Denise | Heninger Garrison Davis, LLC | 3:21-cv-17816 |
| 209 | Kaiser, Brittney | Heninger Garrison Davis, LLC | 3:21-cv-17817 |
| 210 | Loder, Laura | Heninger Garrison Davis, LLC | 3:21-cv-17818 |
| 211 | Herro, Gaylyn | Heninger Garrison Davis, LLC | 3:21-cv-17819 |
| 212 | Powell, Ronald, Sr | Heninger Garrison Davis, LLC | 3:21-cv-17853 |
| 213 | McLaughlin, Timothy | Kanner & Whiteley, LLC | 3:21-cv-13710 |
| 214 | Reynolds, Angela | Kirtland & Packard, LLP | 3:21-cv-11396 |
| 215 | Liddle, LeeAnn | Kirtland & Packard, LLP | 3:21-cv-17451 |
| 216 | Cramer, Amanda | Kirtland & Packard, LLP | 3:21-cv-17608 |
| 217 | Xhaxho-Skezas, Aida | Kirtland & Packard, LLP | 3:21-cv-17619 |
| 218 | Martin, Jasmine S | Kline & Specter, P.C. | 3:21-cv-05697 |
| 219 | Walsingham, Charles | Law Offices of Donald G. Norris | 3:21-cv-11667 |
| 220 | Erickson, Janice | Law Offices of Donald G. Norris | 3:23-cv-04656 |
| 221 | Lipe, Sharon | Law Offices of Donald G. Norris | 3:23-cv-04667 |
| 222 | Rice, Lillian | Law Offices of Donald G. Norris | 3:23-cv-04671 |
| 223 | Rodriguez, Betty | Law Offices of Donald G. Norris | 3:23-cv-13117 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 224 | Daffin, Tammy | Lenze Kamerrer Moss, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15230 |
| 225 | Dias, Patricia | Lenze Kamerrer Moss, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15661 |
| 226 | Gordon, Rosa | Lenze Kamerrer Moss, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15753 |
| 227 | Howe, Maria | Lenze Lawyers, PLC | 3:21-cv-15437 |
| 228 | Mouat, Susie | Lenze Lawyers, PLC | 3:21-cv-15984 |
| 229 | Walker, Bettie | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14748 |
| 230 | Willett, Christy | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14780 |
| 231 | Martin, Claudia | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14785 |
| 232 | Secrest-Kent, Deborah | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14812 |
| 233 | Nelson, Debra | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14822 |
| 234 | Corkins, Deena | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14824 |
| 235 | Chenault, Delores | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14825 |
| 236 | Hunold, Denise | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14828 |
| 237 | Aparicio, Diana | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14833 |
| 238 | Ocampo, Diana | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14835 |
| 239 | Ramon, Elipihna | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14858 |
| 240 | Garcia, Erlinda | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14864 |
| 241 | Key, Esther | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14867 |
| 242 | Davis, Everlyn | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14870 |
| 243 | Dorcil, Faith | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14872 |
| 244 | Williams, Gliceria | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14880 |
| 245 | Kimble, Gloria | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14884 |
| 246 | Nelson, Hannah | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14886 |
| 247 | Ferriby, Helen | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14890 |
| 248 | Hutzler, Ivy | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14906 |
| 249 | McMillan, Jacqueline | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14909 |
| 250 | Reynolds, Jacqueline | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14910 |
| 251 | Speight, Jacqueline | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14911 |
| 252 | Deken, Janine | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14920 |
| 253 | James, Jannie | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14921 |
| 254 | Bruhn, Jean | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14922 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 255 | Geary, Jean | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14923 |
| 256 | Ellis, Jennifer | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14926 |
| 257 | Moore, Jill | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14933 |
| 258 | Mager, Joan | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14935 |
| 259 | Owen, Joan | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14936 |
| 260 | Williams, Judith | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14948 |
| 261 | Gonzalez, Kristi | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15057 |
| 262 | Hunt, Lacole | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15060 |
| 263 | Hobbs, Lesa | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15112 |
| 264 | Smosny, Brittany | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15176 |
| 265 | Elliott, Misty Rose | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15193 |
| 266 | Myers, Maria | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15439 |
| 267 | Richardson, Amanda | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15456 |
| 268 | Petrefski, Marisol | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15464 |
| 269 | Logan, Stephanie | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15485 |
| 270 | Burns, Carl | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15505 |
| 271 | Johnson, Tanjie | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15525 |
| 272 | Dugger, Katherine | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15561 |
| 273 | Dodd, Mary | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15582 |
| 274 | Buie, Katie | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15596 |
| 275 | Slack, Kaysha | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15600 |
| 276 | May, Michelle | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15610 |
| 277 | Stewart, Kellie | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15612 |
| 278 | Crowe, Nancy | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15617 |
| 279 | Williams, Kendra | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15621 |
| 280 | Masterson, Nina | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15623 |
| 281 | Moore, Pamula | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15658 |
| 282 | Taylor, Letitia | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15667 |
| 283 | Scarlett, Lillie | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15669 |
| 284 | Hord, Penny | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15674 |
| 285 | Sumpter, Lolita Earle | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15730 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 286 | Falcon, Regina Whitaker | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15741 |
| 287 | Love, Rita | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15742 |
| 288 | Oropeza, Martha E. | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15807 |
| 289 | Yingling, Melody Menefee | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15821 |
| 290 | Sanchez, Monica | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15826 |
| 291 | Hicks, Sandra | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15839 |
| 292 | Lopez-Rey, Selena | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15882 |
| 293 | Neuman, Sharri | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15888 |
| 294 | Talamantes, Patricia | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15891 |
| 295 | Strawhorn, Phyllis | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15908 |
| 296 | Young, Porschia | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15954 |
| 297 | Roberts, Rebecca | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15963 |
| 298 | Felkins, Tanya | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16016 |
| 299 | Coward, Teresa | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16019 |
| 300 | Gossard, Teresa | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16020 |
| 301 | Burns, Sandra Sue | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16030 |
| 302 | Culpepper, Tina | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16037 |
| 303 | Gilbert, Tomieka | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16038 |
| 304 | Thomaston, Sharon | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16041 |
| 305 | Herring, Tonya | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16052 |
| 306 | Callahan, Sheila | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16053 |
| 307 | Patterson, Shelley | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16058 |
| 308 | Jones, Tracy | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16060 |
| 309 | Nordick, Trudy | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16062 |
| 310 | Franklin, Veronica | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16065 |
| 311 | Lewis, Wendy | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16092 |
| 312 | Britten, Yvonne | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16096 |
| 313 | Walker-McGee, Stacy | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16148 |
| 314 | Pedersen, Susan | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16151 |
| 315 | Smith, Susette | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16152 |
| 316 | Riffe, Penny | Lenze Lawyers, PLC // Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-17823 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 317 | Fisher, Rebecca | Morelli Law Firm, PLLC | 3:21-cv-19838 |
| 318 | Wright, Elissa | Morelli Law Firm, PLLC | 3:21-cv-19513 |
| 319 | Fischer, Natasha Lewis | Morgan & Morgan | 3:23-cv-06893 |
| 320 | Cruz, Rhonda | Morgan & Morgan | 3:23-cv-10706 |
| 321 | Upchurch, Zachary | Morgan & Morgan | 3:23-cv-10793 |
| 322 | PYE, LORETTA | Morris Bart, LLC | 3:23-cv-04925 |
| 323 | Pye, Loretta | Morris Bart, LLC | 3:23-cv-04933 |
| 324 | Wright, Edward | Morris Bart, LLC | 3:23-cv-06360 |
| 325 | Whitt, Charles M | Motley Rice, LLC | 3:21-cv-18871 |
| 326 | Lane, George R | Nicole M Varisco, Esq | 3:21-cv-12094 |
| 327 | Taylor, Florence | Parafinczuk Wolf, P.A. | 3:21-cv-17829 |
| 328 | Yzquierdo, Irena | Parafinczuk Wolf, P.A. | 3:21-cv-17833 |
| 329 | Grant, Regina | Parafinczuk Wolf, P.A. | 3:21-cv-17838 |
| 330 | Lanham, Casey | Poulin, Willey, Anastopoulo, LLC | 3:22-cv-06379 |
| 331 | Watson, Herman | Pro se | 3:21-cv-15636 |
| 332 | Bruns, Barbara | Reich & Binstock, LLP | 3:21-cv-18759 |
| 333 | Shapiro, Margaret | Reich & Binstock, LLP | 3:21-cv-18774 |
| 334 | McDowell, Marsha | Reich & Binstock, LLP | 3:21-cv-18784 |
| 335 | Burt, Mildred | Reich & Binstock, LLP | 3:21-cv-18786 |
| 336 | Golden, Patricia | Reich & Binstock, LLP | 3:21-cv-18788 |
| 337 | Minsky, Paula | Reich & Binstock, LLP | 3:21-cv-18792 |
| 338 | Berwald, Shanon | Reich & Binstock, LLP | 3:21-cv-18798 |
| 339 | Duckett, Shelley | Reich & Binstock, LLP | 3:21-cv-18800 |
| 340 | Touchton, Vicky | Reich & Binstock, LLP | 3:21-cv-18801 |
| 341 | Porter, Phil | Reich & Binstock, LLP | 3:21-cv-18961 |
| 342 | Wilford, Janelle | Reich & Binstock, LLP | 3:21-cv-18963 |
| 343 | Humphrey, Keener | Reich & Binstock, LLP | 3:21-cv-18965 |
| 344 | McClure, Kenneth | Reich & Binstock, LLP | 3:21-cv-19192 |
| 345 | Brown, Lillian | Reich & Binstock, LLP | 3:21-cv-19194 |
| 346 | Green, Ischnora | Reich & Binstock, LLP | 3:21-cv-19196 |
| 347 | Brizuela, Lilia | Reich & Binstock, LLP | 3:21-cv-19199 |
| 348 | Alexander, Maria | Reich & Binstock, LLP | 3:21-cv-19200 |
| 349 | Thompson, Tanya | Reich & Binstock, LLP | 3:21-cv-19201 |
| 350 | Goldsmith, Ola | Reich & Binstock, LLP | 3:21-cv-19202 |
| 351 | Ettinger, Alan | Reich & Binstock, LLP | 3:21-cv-19204 |
| 352 | Hardin, Kassandra | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14509 |
| 353 | Owens, Shamonda | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-14511 |
| 354 | King, Matthew | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15088 |
| 355 | Ruiz, Lucia | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15751 |
| 356 | Mitchell, Rose | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-15764 |
| 357 | Perkinson, Tamar | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16176 |
| 358 | Thomas, Toni | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16187 |
| 359 | Andrews, Vanna | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16208 |
| 360 | Smith-Futrell, Vivian | Robinson, Calcagnie, Robinson, Shapiro, Davis, Inc. | 3:21-cv-16254 |
| 361 | Reyes, Maria | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-04898 |
| 362 | Brown, Courtney | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-05249 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 363 | Bolar, Nicole | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-05287 |
| 364 | Morton, Yoshiko | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-06091 |
| 365 | Wilson, Jayme | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-06258 |
| 366 | Delk, Marquera | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-07090 |
| 367 | Graham, Olivia | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-09960 |
| 368 | Cooper, Latricia | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11154 |
| 369 | Robinson, Joyce | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11274 |
| 370 | Sanders, Linda | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11361 |
| 371 | Hughes, Raynell | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11363 |
| 372 | Norris, Michael | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11364 |
| 373 | Jackson, Linda | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11369 |
| 374 | Jones, Maurice | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11374 |
| 375 | Lakey, Eric | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11379 |
| 376 | Dowden, Donald | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11381 |
| 377 | White, Tracey | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11382 |
| 378 | Leitz, Keith | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-11383 |
| 379 | Cargus, Roniqua | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12084 |
| 380 | Alexander, Dominique | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12108 |
| 381 | Willis, Dachelle | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12186 |
| 382 | Gonsalves, Meshe | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12202 |
| 383 | Whitcomb, Susan | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12333 |
| 384 | Watters, Khristina | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12430 |
| 385 | Wallace, Kimberly | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12460 |
| 386 | Cannon, Tiana | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12478 |
| 387 | Hoyte, Raquel | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12593 |
| 388 | Jackson, Linda | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12600 |
| 389 | Morton, Brenda | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12654 |
| 390 | Gaddie, Taunya | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12691 |
| 391 | Phelps, Richard | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12699 |
| 392 | Henton, Danielle | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12739 |
| 393 | Maddox, Cathy | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-12997 |
| 394 | Geathers, Merlietha | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13021 |
| 395 | Mendes, Debra | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13064 |
| 396 | Metoyer, Achtravian | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13075 |
| 397 | Golden, Ina | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13110 |
| 398 | Avalos, Richard | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13115 |
| 399 | Hanzy, Chiree Nell | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13131 |
| 400 | Gaiduk, Philip | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13158 |
| 401 | Killiam, Mary Anne | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13173 |
| 402 | Murillo, Gloria | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13198 |
| 403 | Mcdonald, Charlotte | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13209 |
| 404 | Rosario, Freddie | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13218 |
| 405 | Wallace, Tracey | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13229 |
| 406 | Fabian, Dana | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13330 |
| 407 | Dillard, Randolph | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13485 |
| 408 | Evans, William | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13498 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 409 | Mccall, Faye | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13538 |
| 410 | Tucker, Lorita | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13572 |
| 411 | Hunt, Dolores | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13575 |
| 412 | Lindo, Dian | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13605 |
| 413 | Hunt, Katrina | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13609 |
| 414 | Grady, Krystal | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13610 |
| 415 | Martarella, Joanne | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13615 |
| 416 | Borrego-Wilson, Sandra | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13626 |
| 417 | Wright, Candis | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13776 |
| 418 | Hutchins, Lueverdia | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13783 |
| 419 | Greene, Myesha | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13804 |
| 420 | Dustin, Gloria | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13858 |
| 421 | Grubbs, Isabella | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13865 |
| 422 | Guy, Sheila | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13869 |
| 423 | Leyuas, Ethel | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13871 |
| 424 | Hammock, Michelle | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13873 |
| 425 | Magee, Sandra | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13874 |
| 426 | Middleton, Kimila | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13875 |
| 427 | Clark, Steven | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13878 |
| 428 | Waker, Janet | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13906 |
| 429 | Tucker, Cynthia | Schneider, Wallace, Cottrell Konecky LLP | 3:23-cv-13917 |
| 430 | Bailey, Paula | Seeger Weiss LLP | 3:21-cv-19409 |
| 431 | Walker, Trena | Simmons Hanly Conroy | 3:21-cv-18679 |
| 432 | Bradley, Harriet | Simmons Hanly Conroy | 3:23-cv-08302 |
| 433 | Caskey, Barbara | Simmons Hanly Conroy | 3:23-cv-08583 |
| 434 | Dyment, Jo Ann | Singleton Schreiber, LLP | 3:23-cv-06739 |
| 435 | Richardson, Sheila | Slater, Slater, Schulman, LLP | 3:21-cv-07033 |
| 436 | Tyler, Charlene | Slater, Slater, Schulman, LLP | 3:21-cv-10049 |
| 437 | Ortiz, Mara | Slater, Slater, Schulman, LLP | 3:21-cv-13597 |
| 438 | Moore, Gertie | The Benton Law FIrm, PLLC | 3:21-cv-07204 |
| 439 | Smith, Ruby | The Benton Law FIrm, PLLC | 3:21-cv-13334 |
| 440 | Bernhardt, Betty Joann | The Carlson Law Firm | 3:23-cv-08530 |
| 441 | Colahan, Kelly | The Carlson Law Firm | 3:23-cv-10724 |
| 442 | Landefeld, Sandra | The Carlson Law Firm | 3:23-cv-12426 |
| 443 | Lipp, David | The Carlson Law Firm | 3:23-cv-12527 |
| 444 | Moncrief, Donna | The Carlson Law Firm | 3:23-cv-12636 |
| 445 | Roberts, Ramonia | The Carlson Law Firm | 3:23-cv-13165 |
| 446 | Sanderson, Sandra | The Cuffie Law Firm | 3:21-cv-17143 |
| 447 | Jackson, Elizabeth | The Cuffie Law Firm | 3:21-cv-20517 |
| 448 | Williams, David | The Diaz Law Firm, PLLC | 3:23-cv-04643 |
| 449 | Silvers, Shavon | The Dilorenzo Law Firm, LLC | 3:21-cv-19458 |
| 450 | Lee, Karen | The Dunken Law Firm | 3:21-cv-14699 |
| 451 | Zemo, Frances | The Dunken Law Firm | 3:21-cv-17379 |
| 452 | Kitchens, Carlton | The Ferraro Law Firm, P.A. | 3:21-cv-10452 |
| 453 | Smart, Kimberley | The Ferraro Law Firm, P.A. | 3:21-cv-12700 |
| 454 | Samuels, Terri | The Levensten Law Firm, P.C. | 3:23-cv-08507 |

| Row # | Case Name | Combined Plaintiff Firms | Current Cause # |
|---|---|---|---|
| 455 | Piper, Peggy | Wagstaff Law Firm | 3:21-cv-18376 |
| 456 | Blaylock, Michelle | Wagstaff Law Firm | 3:21-cv-18386 |
| 457 | Mack, Felicia | Wagstaff Law Firm | 3:21-cv-18574 |
| 458 | Romero, Clara | Wagstaff Law Firm | 3:21-cv-18579 |
| 459 | Marcell, Vikki Carlene | Wagstaff Law Firm | 3:21-cv-18585 |
| 460 | Williams, Suzanne | Wagstaff Law Firm | 3:21-cv-18635 |
| 461 | Uitenham, Tina | Wagstaff Law Firm | 3:21-cv-18761 |
| 462 | Elder, Linda | Wagstaff Law Firm | 3:21-cv-18977 |
| 463 | Stevenson, Kim Lee | Williams Kherkher Hart Boundas, LLP | 3:21-cv-17306 |
| 464 | Cunningham, Joe | Williams Kherkher Hart Boundas, LLP | 3:23-cv-05288 |