## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>NICOLE B. WOOLLEY, as Surviving Daughter of, SHEILA D. DEANER, Decedent<br><br>Case No. 3:24-cv-08827-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on August 29, 2024, on behalf of Plaintiff NICOLE B. WOOLLEY, as Surviving Daughter of, SHEILA D. DEANER, Decedent.

Dated:  September 3, 2024                     Respectfully Submitted by

/s/ Stephanie B. Sherman
Stephanie B. Sherman, Esq.
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Ste. 1750
Los Angeles, CA 90025
Tel 310-207-3233 | Fax 310-820-7444
ssherman@wisnerbaum.com

1

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system on September 3, 2024.

*/s/ Stephanie B. Sherman*