# EXHIBIT A

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF NEW JERSEY

3    IN RE:                    :    MDL NO.:

     JOHNSON & JOHNSON TALCUM  :    16-2738 (MAS)(RLS)

4    POWDER PRODUCTS           :

     MARKETING, SALES          :

5    PRACTICES, AND PRODUCTS   :

     LIABILITY LITIGATION      :

6

7                         -  -  -

8               Wednesday, July 10, 2024

9                         -  -  -

10           Remote videotaped deposition of PAUL

11   HESS, via Zoom video conference, conducted at

12   the location of the witness in Atlanta,

13   Georgia, taken on the above date, beginning at

14   approximately 9:06 a.m., before Jessica M.

15   Gericke, RPR, CCR-NJ, and Notary Public in and

16   for Delaware, New Jersey, and Pennsylvania.

17

18

19

20

21

22

23

24

25

Page 2

```
 1   APPEARANCES VIA ZOOM VIDEO CONFERENCE:
 2      BOVIS, KYLE, BURCH & MEDLIN, LLC
        BY:  ERIC LUDWIG, ESQUIRE
 3      200 Ashford Center North
        Suite 500
 4      Atlanta, GA  30338-2668
        678-338-3925
 5      eludwig@boviskyle.com
        (Present with Witness)
 6
        Counsel for Deponent and Materials
 7      Analytical Services
 8
        BEASLEY, ALLEN, CROW, METHVIN,
 9      PORTIS & MILES, P.C.
        BY:  P. LEIGH O'DELL, ESQUIRE
10      218 Commerce Street
        Montgomery, AL 36104
11      334-269-2343
        leigh.odell@beasleyallen.com
12      (Present with Witness)
13      Counsel for Plaintiff Steering Committee
14
        COHEN, PLACITELLA & ROTH
15      BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
             DREW M. RENZI, ESQUIRE
16      127 Maple Avenue
        Red Bank, NJ  07701
17      732-747-9003
        cplacitella@cprlaw.com
18
        Counsel for Plaintiff Steering Committee
19
20
21
22
23
24
25
```

```
                                                    Page 3
 1   APPEARANCES (continued):
 2      ASHCRAFT & GEREL, LLP
        BY:  MICHELLE A. PARFITT, ESQUIRE
 3      1824 K Street NW
        Washington, DC  20006
 4      202-669-0032
        mparfitt@ashercraftlaw.com
 5
        Counsel for Plaintiff Steering Committee
 6
 7      REILLY, McDEVITT & HENRICH, P.C.
        BY:  BRANDY L. HARRIS, ESQUIRE
 8      3 Executive Campus
        Suite 310
 9      Cherry Hill, NJ  08002
        856-317-7180
10      bharrs@rmh-law.com
11      Counsel for Personal Care Products Council
12
        KING SPALDING, LLP
13      BY:  MORTON D. DUBIN, II, ESQUIRE
             KEVIN HYNES, ESQUIRE
14           JAKE KEESTER, ESQUIRE
        1185 Avenue of the Americas
15      34th Floor
        New York, NY  10036
16      212-790-5343
        mdubin@kslaw.com
17
        Counsel for Defendant Johnson & Johnson
18
19      FAEGRE DRINKER BIDDLE & REATH LLP
        BY:  SUSAN M. SHARKO, ESQUIRE
20      600 Campus Drive
        Florham Park, NJ  07932
21      973-549-7000
        susan.sharko@faegredrinker.com
22
        Counsel for Defendant Johnson & Johnson
23
24                      - - -
25
```

Page 4

1    APPEARANCES (continued):

2    ALSO PRESENT:

3              SPECIAL MASTER JOEL SCHNEIDER

4              CAROLIN De La ROSA, VIDEOGRAPHER

5              SHU-CHUN SU, PH.D.

6                        - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                    I N D E X
2    WITNESS NAME                              PAGE
3       Paul Hess
4            By Mr. Dubin                      6
5
6                    - - -
7
8               E X H I B I T S
9    NO.          DESCRIPTION                  PAGE
10   1            Resume of Paul M. Hess       8
11   2            MAS Report, dated            20
                  February 24, 2020
12
     3            MAS Report, dated February   22
13                1, 2019
14   4            Hess Slide 2                 46
15   5            MAS Report, dated September  58
                  16, 2020
16
     6            MAS report, dated February   64
17                24, 2020
18   7            Declaration of William       69
                  Longo, Ph.D.
19
     8            Hess Slide 20                70
20
     9            Hess Slide 22                74
21
     10           Hess Slide 24                76
22
     11           Hess Slide 25                81
23
     12           J3 Resources Inc. Report,    83
24                dated July 13, 2018
25

Page 6

1    INDEX (continued):

2    13        MAS Report, dated April 13,    87
              2021

3

     14        MAS Report, dated February    91
4             28, 20

5    15        Hess Slide 34                  105

6    16        Su Tables                      108

7    17        Hess Slide 43                  110

8    18        Hess Slide                     127

9    19        Hess Slide                     134

10   20        Image, CX-00056                137

11   21        CX-00012                       143

12   22        Hess Slide 48                  143

13   23        Image, CX-00062                147

14   24        Image, CX-00019                164

15   25        Image, CX-00029                169

16   26        William E. Longo, Ph.D.,       176
              Deposition Transcript,

17            dated March 22, 2024

18   27        Hess Slide 95                  178

19                        - - -

20

21

22

23

24

25

```
                                                    Page 7

 1                          -  -  -

 2                    VIDEOGRAPHER:  We are now on

 3      the record.  My name is Carolin De La Rosa, a

 4      videographer for Golkow Litigation Services.

 5      Today's date is July 10, 2024, and the time is

 6      9:06 a.m.  This deposition is being held in

 7      the matter of Talcum Powder litigation MDL

 8      2738 versus Johnson & Johnson.  The deponent

 9      today is Paul Hess.

10                    All parties to this deposition

11      are appearing remotely and have agreed for the

12      witness to be sworn in remotely.  All parties

13      are noted on the stenographic record this

14      morning.

15                    Would the court reporter,

16      please, administer the oath to the witness.

17                          -  -  -

18                    PAUL HESS, after having been

19         first duly sworn, was examined and

20           testified as follows:

21      BY MR. DUBIN:

22         Q.    Hi, Mr. Hess.  Good morning.

23         A.    Good morning.

24         Q.    So we're going to make the first

25      exhibit to your deposition a resume that I
```

                                              Page 8

1    have received from you or at least I assume it

2    originated with you and we'll just call that

3    up and walk a little bit through your

4    employment background.

5                    MR. DUBIN:   Jake, can we call

6    that up, please?

7                    (Exhibit 1 marked for

8        identification.)

9    BY MR. DUBIN:

10       Q.    So it looks like you joined MAS in

11   December of 1995; is that correct?

12       A.    Yes, sir.

13       Q.    Okay.  Can you tell me very briefly

14   what this position was that you held before

15   that at Law Associates?

16       A.    PLM microscopist.

17       Q.    And what was -- what is or was Law

18   Associates?

19       A.    They were an engineering firm in

20   Atlanta, Georgia.

21       Q.    Okay.  Do you know why it has "law"

22   in the name?

23       A.    I have no idea.

24       Q.    Okay.  Does that have anything to do

25   with something legal or is it just -- was it

```
                                              Page 9
 1   somebody's name?  You have no idea?
 2        A.    No idea, sir.
 3        Q.    Okay.  And then it looks like you
 4   departed MAS in August of 2008 for a fairly
 5   short period and went to Long Brothers Oil &
 6   Gas; is that right?
 7        A.    That is correct.
 8        Q.    Okay.  And then you went back to MAS
 9   and you were there until February of 2023, as
10   a full-time employee, before leaving for a
11   brief period of a year where you were just a
12   consultant; is that right?
13        A.    That is correct.
14        Q.    Okay.  And then your current
15   employment status at MAS is what?
16        A.    Part-time.
17        Q.    Okay.  And looking through your
18   resume, it looks like you have a bachelor's of
19   science degree; is that correct?
20        A.    That is correct.
21        Q.    You don't have any further advanced
22   degrees, right, no master's and no Ph.D.?
23        A.    No, sir.
24        Q.    Okay.  I am sorry.  Sometimes it can
25   be confusing.
```

Page 10

1          It's correct you do not have a

2    master's or a doctorate; is that right?

3        A.    That is correct.

4        Q.    Thank you.  All right.  So we may go

5    through some of that in more depth later, but

6    what is -- what positions have you held over

7    time at MAS?

8        A.    PLM microscopist.

9        Q.    I have heard you referred to

10   sometimes as an analyst.

11          Is that the name of your

12   position, is PLM microscopist the name of your

13   position or what's the formal name of your

14   position?

15       A.    To the best of my knowledge, it's

16   PLM microscopist.

17       Q.    Okay.  That's fine.  And are you

18   represented by counsel today?

19       A.    I am.

20       Q.    Okay.  And is that your personal

21   counsel?  Was it provided to you by MAS?

22       A.    Provided by MAS.

23       Q.    Okay.  And it says here that you

24   have 34 years experience as a PLM

25   microscopist, analyzing an average of 10,000

                                    Page 11

1    samples per year.

2                    When you say that, are most of

3    the samples asbestos samples or is that a

4    variety of different types of PLM work?

5         A.    Most of those were standard asbestos

6    samples.

7         Q.    Okay.  And so is it correct to say

8    that your general job duties at MAS is just

9    PLM microscopy?

10        A.    That is correct.

11        Q.    Do you do any other type of

12   microscopy work at MAS?

13        A.    I had done some phase contrast.

14        Q.    No transmission electron microscopy;

15   is that right?

16        A.    No, sir.

17        Q.    Okay.  And do you know approximately

18   what percentage of your time at MAS is spent

19   performing work related to litigation?

20                    MR. LUDWIG:  Objection to form.

21   BY MR. DUBIN:

22        Q.    You can respond.

23        A.    Just the last few years.

24        Q.    Okay.  So let me make sure I

25   understand what you're saying.

Page 12

```
 1              You have only become involved
 2   in litigation work within the last few years;
 3   is that right?
 4        A.    That is correct.
 5        Q.    Okay.  And since becoming involved
 6   with litigation work, about what percentage of
 7   your time or your work at MAS relates to
 8   litigation -- is related to litigation?
 9                   MR. LUDWIG:  Objection to form.
10                   You can answer.
11                   THE WITNESS:  I would say the
12   majority of the time.
13   BY MR. DUBIN:
14        Q.    Can you explain to me when and how
15   you started to become involved with litigation
16   work?
17        A.    I do not recall the exact year, but
18   Dr. Longo asked me to start taking a look at
19   amphiboles in talc samples.
20        Q.    And so you started -- they asked you
21   to take a look by PLM for amphiboles in talc
22   samples; is that right?
23        A.    That is right.
24        Q.    Okay.  Did you have any discussion
25   at that time about whether you should also
```

Page 13

1    look for chrysotile?

2        A.     Not that I recall.

3        Q.     Okay.  Did you ask why you were only

4    being -- being asked to look for amphiboles at

5    that time?

6        A.     Not that I recall.

7        Q.     Okay.  When you typically perform a

8    PLM analysis, let's say, before you became

9    involved in this litigation work, when you

10   were examining a sample, would you typically

11   look for both chrysotile and for amphiboles?

12       A.     In the standard samples, that is

13   correct.

14       Q.     So you -- when you first became

15   involved with looking at, let's say, talcum

16   powder samples, why didn't you continue to

17   follow that protocol and look for both

18   amphibole and chrysotile?

19                   MR. LUDWIG:  Objection to form.

20                   THE WITNESS:  At that time it

21   was basically just for the amphiboles.  I was

22   not asked to look for the chrysotile.

23   BY MR. DUBIN:

24       Q.     Okay.  And at some point you were

25   asked to start looking for chrysotile in

Page 14

1    cosmetic talc samples; is that right?

2        A.    I was asked to see what I could find

3    other than the amphiboles.

4        Q.    Okay.  And do you recall when

5    approximately that was?

6        A.    I do not recall.

7        Q.    Prior to becoming involved with

8    litigation work in the last several years, had

9    you ever previously examined talc, whether

10   industrial or cosmetic, for the presence of

11   asbestos by PLM?

12       A.    Not that I recall.

13       Q.    Okay.  When was the first time you

14   recall being involved with the testing of talc

15   at MAS, irrespective of whether it was

16   cosmetic or industrial?

17              MS. O'DELL:  Would you repeat

18   the question, please?

19   BY MR. DUBIN:

20       Q.    Sure.  When was the first time you

21   recall becoming involved with the testing of

22   talc for asbestos at MAS, irrespective of

23   whether it was cosmetic talc or industrial

24   talc?

25       A.    As I recall, it was somewhere around

Page 15

1    2018.

2        Q.    Have you looked at both industrial

3    and cosmetic talc by PLM for the presence of

4    asbestos?

5        A.    I don't recall industrial.

6        Q.    Okay.  Do you recall when the first

7    time was that you used -- and we'll talk more

8    about what this means -- but a 1.550

9    refractive index oil to examine talc,

10   irrespective of whether it's cosmetic or

11   industrial talc?

12       A.    1.550 has always been the oil used

13   since doing standard things or standard

14   samples, I should say.

15       Q.    So over -- but do you recall when

16   the first time you used that oil to examine

17   talc was?

18       A.    I don't recall exactly.

19       Q.    Okay.  You indicated before -- we

20   talked about the fact that you had experience

21   as a PLM microscopist looking at many

22   different samples over your career.

23              Can you tell me what type or

24   types of asbestos-containing products you

25   recall examining by PLM over your history?

Page 16

1          A.    Ceiling tiles, joint compounds,
2    roofing, putties, floor tiles.  A whole
3    spectrum of different types of building
4    materials.
5          Q.    And so do you recall being able to
6    identify chrysotile by PLM in products such as
7    joint compounds and floor tiles?
8          A.    Yes, sir.
9          Q.    And do you know what type or types
10   of chrysotile asbestos -- well, let me ask you
11   a different question.
12               Do you recall any of the brand
13   names of the joint compounds that you looked
14   at?
15         A.    I don't recall any brand names being
16   given by the clients that sent the samples in.
17         Q.    Do you know whether any of those
18   joint compounds or floor tiles would have
19   contained Calidria asbestos?
20         A.    Not that I recall; however, I did at
21   one point come to the understanding that
22   Calidria had been used in some of the floor
23   tiles.
24         Q.    Okay.  And you were able to identify
25   chrysotile in those floor tiles using PLM?

Page 17

1       A.    Yes, sir.

2       Q.    All right.  We'll talk a little bit

3   more about that later.

4                 Are you the -- how many PLM

5   analysts have -- during the time you have been

6   there, have typically been employed by MAS?

7       A.    I do not know exactly how many.

8       Q.    Were there others besides you?

9       A.    There were.

10      Q.    Okay.  Let's say within the last

11  three years, how many other PLM analysts do

12  you recall working at MAS?

13      A.    One other besides myself.

14      Q.    And who was that?

15      A.    That was Christopher Dubois.

16                 MR. LUDWIG:  Mr. Dubin, can I

17  ask you a question?  Are you finished with the

18  resume?  Because it's still up on the screen.

19  I didn't know if you were --

20                 MR. DUBIN:  We can pull it down

21  for now; that's fine.

22  BY MR. DUBIN:

23      Q.    And was that individual trained in

24  PLM dispersion staining analysis?

25      A.    Yes, sir.

Page 18

1          Q.     Was there anything about his

2     training that would lead you to believe he

3     wasn't trained to look for chrysotile by PLM?

4                    MR. LUDWIG:   Objection to form;

5     calls for speculation.

6     BY MR. DUBIN:

7          Q.     To your knowledge.

8          A.     I do not recall.

9          Q.     Okay.  We'll come back to some

10    background later, but what did you do to

11    prepare for your deposition today?

12         A.     I had a few sessions with

13    Mr. Ludwig.

14         Q.     Anything else?  Did you speak to

15    anybody else in preparation for your

16    deposition?

17         A.     Ms. O'Dell.

18         Q.     Okay.  How about Dr. Longo?

19         A.     Dr. Longo has been very busy the

20    last couple of weeks or so and I have not had

21    an opportunity to sit down and talk with him.

22         Q.     Okay.  Did you review any materials

23    to prepare for your deposition?

24         A.     I did review the reports by Dr. Su

25    and Dr. Wylie.

Page 19

1      Q.    Okay.  Did you review any of your
2  own PLM analysis?
3      A.    I did not go back over and review
4  any of the PLM analysis.
5      Q.    How are you compensated at MAS?  Are
6  you a salaried employee?
7      A.    Currently, I am hourly.
8      Q.    Okay.  How about before you --
9  before you took the recent break and became a
10  consultant?  Were you salaried at that time?
11      A.    I was.
12      Q.    Do you -- in your current structure,
13  do you receive bonuses?
14      A.    No, sir.
15      Q.    How about before, when you were a
16  salaried employee?  Did you receive bonuses?
17      A.    A long time ago the company used to
18  have an annual bonus that they would give out,
19  but that has not been in place for many years.
20              MR. DUBIN:  Okay.  I'm going to
21  mark as the next exhibit -- and start to get
22  into a little bit of substance -- what I
23  understand to be the first report that MAS
24  issued claiming to find chrysotile by PLM, and
25  that will be exhibit 2, internal reference

Page 20

1    number is CX-6 for pulling it up.  It's a

2    report, dated February 24, 2020, related to

3    Zimmerman, the Zimmerman report.

4                    (Exhibit 2 marked for

5         identification.)

6    BY MR. DUBIN:

7         Q.     I don't know that you -- whether you

8    personally recall.

9                    Do you recall this being the

10   first time you looked at cosmetic talc from

11   Johnson & Johnson by PLM for the presence of

12   chrysotile?

13        A.     I don't recall.

14        Q.     Okay.  We'll look at that report

15   some, but before I do that, I want to look at

16   something else.

17                    Did you become aware at some

18   point that the FDA had reported a positive

19   finding for chrysotile by TEM in a bottle of

20   Johnson & Johnson?

21                    MR. LUDWIG:  Objection to form.

22                    Just for the record, Mr. Hess

23   is a fact witness that we produced because of

24   Court Order.  He is not here to opine on

25   expert issues or hearsay issues.

Page 21

1                 MR. DUBIN:  I don't know what

2    you're saying, but I am sure I disagree with

3    it.  So let's just see how it goes with

4    individual questions.  Because I am definitely

5    going to be asking him about his work.

6                 MR. LUDWIG:  You're asking

7    about FDA analysis and so I am going to object

8    to the form.

9                 MR. DUBIN:  Okay.  Well, you

10   can object if you like, but you can respond.

11   Thank you.

12   BY MR. DUBIN:

13       Q.    Did you become aware of that at some

14   point?

15       A.    I am aware of that.

16       Q.    Okay.  Do you recall how you became

17   aware of that?

18       A.    I don't recall exactly.

19       Q.    Do you recall ever reporting

20   chrysotile in any Johnson & Johnson talc

21   samples prior to that FDA finding?

22       A.    I do not.

23       Q.    Now, what -- what type of refracted

24   index oil would you use traditionally to look

25   for fibrous talc by PLM?

Page 22

1         A.    1.550.

2         Q.    Would there be any difference in

3    your prep method in the way that you would

4    have traditionally looked for fibrous talc

5    versus chrysotile asbestos in 1.550?

6         A.    It would be no different in method

7    of preparation.

8         Q.    It makes no difference to the method

9    of preparation?  Is that what you said?

10        A.    No.  I said there is no difference

11   in preparation between the two types of

12   analyses.

13        Q.    All right.  And so I want to ask you

14   about another report before we go forward, one

15   that was issued before Zimmerman; that will be

16   exhibit 3.  It's a February 1, 2019 report

17   entitled:  MAS Second Supplemental Report.

18   Let's pull that up for a second.

19                    (Exhibit 3 marked for

20        identification.)

21   BY MR. DUBIN:

22        Q.    This is a report that was issued by

23   MAS prior to the FDA finding.

24                    It's entitled:  An Analysis of

25   Johnson & Johnson Historical Product

Page 23

 1  Containers and Imerys' Historical Railroad Car

 2  Samples from the 1960s to the early 2000s, for

 3  Amphibole Asbestos, and if we --

 4            MS. O'DELL:  Morty, could you

 5  put the whole document on the screen so it can

 6  be seen?  I am only seeing the first part.

 7            MR. DUBIN:  I mean, I am going

 8  to move around the document.  We can try to

 9  adjust so you can see the full size.

10            Can you see it now?

11            MS. O'DELL:  Yes.  If you can

12  maybe make it a bit bigger?  Because I am

13  looking for the date on that because I can't

14  see it.

15            MR. DUBIN:  It's dated February

16  1, 2019.

17            MS. O'DELL:  Thank you.

18  BY MR. DUBIN:

19      Q.    And if we go to page 2, you can see

20  here that it relates to 72 J&J and

21  Imerys-supplied historical cosmetic talcum

22  powder containers, samples, and samples from

23  the 1960s, 1970s, 1980s, 1990s, and early

24  2000s.

25            Do you see that?  I can

Page 24

1   highlight it.

2                 MS. O'DELL:  If you can't see

3   it, Dr. -- excuse me.  If you can't see it,

4   Mr. Hess, please let us know.

5                 MR. DUBIN:  Jake, can you put

6   these things in chat, too?

7                 MR. PLACITELLA:  Well, I want

8   the opportunity to look at the document before

9   you start asking questions about it.

10                MR. LUDWIG:  I mean, the report

11  speaks for --

12                MR. DUBIN:  (Inaudible.)

13                MR. LUDWIG:  -- themselves --

14  indicating one question or -- so the whole

15  thing speaks for itself, Paul.  I guess his

16  only --

17                MR. DUBIN:  Okay.  This is a

18  long speaking objection, it's improper, and I

19  am going to -- I am trying to show him things

20  to be able to ask him a question about it.

21                We can put these things in

22  chat, but I am not pausing at every question

23  to wait for you to read a 100-page report.  So

24  that's just not happening.  We're going to --

25                MS. O'DELL:  Well, it will

Page 25

1    happen if the witness needs it, Morty, and

2    we'll go off the record if he needs --

3                    MR. DUBIN:  I haven't -- I

4    haven't asked a single question yet, other

5    than whether he sees it.  So we're not at --

6                    MS. O'DELL:  Morty, I am not

7    finished and you can let me finish.

8                    It's not fair to put a document

9    on the screen without giving him the

10   opportunity to see it.  Thank you for putting

11   it in the chat.  He can pull it down in the

12   chat and they will be printed if needed --

13                   MR. DUBIN:  (Inaudible.)

14                   MS. O'DELL:  -- examination.

15                   You could have sent the

16   documents in hard copy had you chosen.  You

17   didn't do that; that's fine.  We'll work

18   around that, but he needs the opportunity to

19   review the document.

20                   MR. DUBIN:  If you guys want to

21   go off record, he can read each time.  I am

22   not using my time to have him read a whole

23   report when I haven't been able to ask a

24   single question about it.

25                   So if you want to go off, off

Page 26

1    record, and have him read the whole report, I

2    am happy to let him do that, or I can direct

3    him to the portions that I am going to ask

4    about.  You choose.  Because we can be here

5    all night.  I don't care.  So you tell me.

6              MR. LUDWIG:  We're not going to

7    off the record, no.  It sounds like --

8              MR. DUBIN:  It is not going on

9    my time if he wants to read a 50-page document

10   that I haven't been able to ask a single

11   question about yet.  This is not happening.

12             So you want to go off the

13   record and have him read this report or you

14   want me to ask him questions and then the

15   witness can tell me if there is something he

16   needs to read.

17             Those are your two options.

18             MS. O'DELL:  You don't --

19             MR. PLACITELLA:  The third

20   option is -- the third option is we're going

21   to call the Special Master.  Because we have a

22   right to know what's in the document --

23             MR. DUBIN:  It's in the

24   document --

25             MR. PLACITELLA:  -- before you

Page 27

```
 1   ask the question.  So if that's how we're

 2   going to proceed, by picking pieces of a

 3   document that he hasn't seen for years and I

 4   have never seen before, then we've got to get

 5   the Judge on the phone now.

 6                  MR. DUBIN:  Okay.  We can do

 7   whatever you want.  You guys have been

 8   complaining about this without me asking a

 9   single question about the document.  The

10   witness hasn't said he needs to look at

11   anything else.  You're just being

12   obstructionists.  I am going to --

13                  MR. PLACITELLA:  Well, let's

14   get the Judge on the phone.

15                  MR. LUDWIG:  He has not

16   reviewed the MAS reports.  So --

17                  MR. DUBIN:  This is his work.

18   I am asking him about his work.

19                  MS. O'DELL:  This is the report

20   of Dr. Bill Longo and Mark Rigler.  This is --

21   so --

22                  MR. DUBIN:  With his PLM work.

23   I am not arguing about it anymore.  I am

24   asking the questions.  If you want to --

25                  MR. PLACITELLA:  Well, let's
```

Page 28

1  get the Judge on the phone --

2              MR. DUBIN:  -- get the Judge on

3  the line, we can get the Judge on the line.

4  Go ahead.  Go ahead.

5              MR. PLACITELLA:  Let's get the

6  judge on the phone.

7              MR. DUBIN:  Fine.

8              THE COURT REPORTER:  Would you

9  like to go off the record for a moment?

10              MR. DUBIN:  Sure.  We'll go off

11  the record.

12              VIDEOGRAPHER:  The time is

13  9:32 a.m.  We are off the record.

14              (Brief recess.)

15              (Conference with Special Master

16      Joel Schneider taken off the video

17      record.)

18              THE COURT:  Am I looking at the

19  infamous Paul Hess?

20              THE WITNESS:  You are, sir.

21              THE COURT:  Mr. Hess, I have

22  read so much about you.  I am delighted to

23  meet you in person.

24              MS. O'DELL:  Judge Schneider,

25  here is the issue that we're facing and I

Page 29

1    invite Mr. Placitella to add if I don't cover

2    something, but as you know, Mr. Hess is a fact

3    witness, he is not an expert, and he has done

4    work at MAS Lab for purposes of Dr. Longo

5    rendering his expert opinion.

6                    He is being shown reports by

7    Dr. Longo and Rigler.  He has not -- this

8    is -- he has no involvement in the preparation

9    of the reports.  His work is an underlying

10   analyst and we object to Mr. Hess being

11   examined on the full scope of Dr. Longo's

12   reports, which are not his work.

13                   And so we believe -- we just

14   got started a bit ago.  We think this is going

15   to be sort of the mode of the deposition and

16   we need direction from the Court as to how

17   this should be approached.

18                   MR. DUBIN:  Just so I can --

19                   MR. PLACITELLA:  Could I

20   supplement that?

21                   MS. O'DELL:  Please.

22                   MR. PLACITELLA:  So my concern,

23   your Honor, is as follows.  These are reports

24   from other cases.  The witness either has

25   never seen them before or hasn't seen them for

Page 30

1    many years.

2                    Questions are being asked about

3    these reports that we have not been supplied

4    in advance of the deposition.  Sticking them

5    in the chat now on a 30-page report from

6    another case doesn't give counsel even an

7    opportunity to determine whether the questions

8    are taken out of context, are fair or even

9    relevant.  So we're not even in a position to

10   phrase our objections appropriately.

11                   If they wanted to ask questions

12   about these reports, they should have been

13   sent long in advance of the deposition and we

14   could have had a debate about it then, not

15   now, when now they are going to claim every

16   time Mr. Hess has to stop and look at the

17   report, that somehow that counts -- it doesn't

18   count on their time for completing this

19   deposition.

20                   It's an unfair way to proceed.

21   It was never contemplated by the Court and I

22   am at a loss as to how to even address these

23   circumstances.  I mean, this is a tenuous

24   deposition at best and now we're taking it

25   into a whole different realm, which is

Page 31

1   completely unfair to counsel and the witness.

2                  MR. DUBIN:  If I could briefly

3   respond.  Your Honor, I haven't asked --

4                  THE COURT:  One second.

5                  MR. DUBIN:  Sure.

6                  THE COURT:  You represent the

7   defendants, I assume?

8                  MR. DUBIN:  Yeah.

9                  THE COURT:  Who are who?

10                 MR. DUBIN:  I am Morton Dubin.

11                 THE COURT:  With what firm?

12                 MR. DUBIN:  I am with King &

13  Spalding.

14                 THE COURT:  And Mr. Hess is

15  physically where?

16                 MR. DUBIN:  He is in Atlanta.

17                 THE COURT:  And is

18  Mr. Placitella and Ms. O'Dell, are they both

19  in their office or are they with Mr. Hess?

20                 MS. O'DELL:  I am with the

21  witness, Judge, in Atlanta.

22                 THE COURT:  Okay.

23                 MS. O'DELL:  Mr. Placitella is

24  in New Jersey.

25                 THE COURT:  Okay.  All right.

Page 32

1   Counsel, go ahead.  Now I know.
2                   MR. DUBIN:  So I haven't even
3   asked him a single question basically
4   substantively yet before they decided that
5   they needed to approach the Court.  All I had
6   done was put up one report and then I was
7   trying to orient him on what samples we were
8   talking about and then I was going to ask
9   him -- because he did the PLM work for that
10  report -- and I was going to ask him about the
11  conclusions and the work that he did.
12                  And I made the entire report
13  available for counsel and I even offered if
14  they wanted to go off record and have the
15  witness read the entire report if he felt it
16  was necessary, but I didn't even get to ask a
17  single question.
18                  Of course, they don't -- they
19  didn't even wait to see what the examination
20  was about other than, "Do you see here?  This
21  was about 72 samples of talc," and then they
22  objected and we got the deposition shut down.
23                  So I don't really know what
24  their complaint is.  I am making materials
25  available to him.  I am asking him about the

Page 33

```
 1    work that he personally did, not about
 2    anything else in the report, and so I don't
 3    see what the objection is.  It's a legitimate
 4    scope of inquiry.
 5                    THE COURT:  Can I ask a
 6    question?  In the case, is there a deposition
 7    protocol that requires the production
 8    beforehand of exhibits that are going to be
 9    shown to a witness?
10                    MS. O'DELL:  There is a
11    deposition protocol and, your Honor, I do
12    believe that we mainly follow that, just to be
13    clear, more for an expert witness.  There has
14    been a three-day disclosure rule; that's not
15    been followed in the instance of Mr. Hess
16    since his deposition is a little bit more
17    unique.
18                    And so, Judge, let me just also
19    make clear, you know, as you know, in the
20    first round in the multi-district litigation,
21    the expert report that was at issue was the
22    February 1, 2019 expert report involving
23    historical samples that tested for amphibole
24    asbestos; that's the report that was at issue
25    in the Daubert hearing.
```

Page 34

1                    Dr. Longo has had a two-day

2      deposition on that report.  Dr. Rigler was

3      examined.  Dr. Longo was examined before Judge

4      Wolfson at the Daubert hearing and the Court

5      issued a ruling allowing the analysis from

6      that report.

7                    What Mr. Dubin --

8                    MR. DUBIN:  If I can --

9                    MS. O'DELL:  -- Mr. Dubin put

10     up is the February 1, 2019 material, and as

11     you are so well aware, what's been at issue in

12     the proceedings since they have been restarted

13     in the MDL are new things and there are

14     reports that have been disclosed by Dr. Longo

15     that relate to the analysis of talc for

16     chrysotile involving PLM.

17                    And that is -- for those

18     reports that have been disclosed, to the

19     degree Mr. Hess was involved and worked on the

20     underlying analysis, we understand the Court

21     has allowed this deposition and that we'll go

22     forward, but for the defendants to try to go

23     back, replow 2019 round in a report that's not

24     involved is not fair.

25                    For them to inquire of things

Page 35

1   that he wasn't involved in, including the

2   actual text of the report, is not fair.  His

3   work was the bench work and the

4   photomicrographs and to go beyond that, we

5   believe, is objectionable and we ask the Court

6   to not allow it.

7                THE COURT:  Can I jump in here?

8   Because I am very familiar with the issues.

9   And the reason why leave was granted to the

10  defendants to take Mr. Hess' deposition was

11  based on the arguments that they made in their

12  briefs.

13               Ms. O'Dell is correct that the

14  subject matter of the deposition should only

15  be limited to what I call -- and I'm not quite

16  sure if the defendants used this word -- this

17  new method.  And if I remember right, even in

18  my decision I set forth -- there was, like, a

19  date range, if I remember right.  I don't have

20  it in front of me.  It started in 2020 and

21  maybe went to 2024.

22               And I specifically remember

23  there was an exhibit that may have been

24  duplicated in different versions that set

25  forth precisely the tests that were at issue

Page 36

1    regarding this new method; that's the first
2    thing.
3                 The second thing is, the
4    deposition was only limited to Mr. Hess'
5    personal involvement.  Because the defendants
6    were making the argument -- not in these
7    words, but, in essence, that it was Mr. Hess
8    that was making these ultimate decisions and
9    not Dr. Longo.
10                So the questions have to be
11   limited to only what Mr. Hess did, his tests,
12   his personal observations.  The deposition is
13   not to get Mr. Hess' opinion on what somebody
14   else did or what somebody else opines.
15                Mr. Hess is there to testify
16   about his firsthand personal knowledge about
17   these -- this new testing method; that -- that
18   is precisely why Mr. Hess' deposition was
19   permitted.  It was not permitted to go over
20   ground that was covered previously in the
21   case, the TEM tests, if I am --
22                MR. DUBIN:  Right.
23                THE COURT:  -- right or any of
24   the tests before this new method.
25                And if I remember right, I am

Page 37

1  obviously aware that Judge Wolfson had

2  stricken some of the tests in the original

3  Daubert opinion, and I think that the argument

4  is going to be that with this new method, it

5  was not subject to the old order and,

6  presumably, it will be the subject of a new

7  Daubert order.

8           But those parameters of why

9  Mr. Hess' deposition was permitted, those

10 should be the parameters of this deposition.

11 I hope that helps.

12          MR. DUBIN:  We don't disagree

13 with that at all.  The report I am asking him

14 about is the first time that he is using this

15 specific method to examine Johnson & Johnson,

16 as I will show when I go to the report.

17          In that report he begins to use

18 1.550 oil for the first time, which is the way

19 he is looking for chrysotile.  In that report

20 is the first time that he starts to do that

21 and look at Johnson & Johnson.

22          And so that was what I was

23 going to ask him about, is about his personal

24 work using that method at that time, which

25 leads then into the first reports for

Page 38

1   chrysotile.

2               And so this is all about that

3   topic.  I am not going into the TEM work.  I

4   am not going into the PLM work that he did for

5   amphibole.

6               I am just asking him about this

7   kind of analysis that is the subject of the

8   entire deposition and this report, but I

9   didn't even get to get a single question in

10  before we ended up having to call your Honor,

11  I suppose.

12              THE COURT:  Counsel, what you

13  were going to ask Mr. Hess about, is that one

14  of the tests that was on that list that

15  hopefully you know what I was referring?

16              MR. DUBIN:  Your Honor, I will

17  go ahead and just explain to everybody,

18  although I really feel like I should be able

19  to ask the witness these questions, but what

20  we're going to see is that at this point,

21  before -- so at some point the FDA finds by

22  TEM chrysotile in one bottle of Johnson &

23  Johnson and after that time MAS starts to

24  report chrysotile by PLM basically every time

25  they look at it.

Page 39

```
 1              What we're going to see is in
 2    this report they're -- it's before the FDA
 3    finding, they are using the exact same
 4    methodology to look at the talc, and they do
 5    not report chrysotile.
 6              THE COURT:  Counsel, what I'm
 7    just concerned about is, you can ask him about
 8    the tests using the new method.  You can't --
 9    the purpose of the deposition is not to say,
10    Why did this person not find chrysotile and
11    you found chrysotile?
12              Ask him about his tests and
13    what he did and how he did it.
14              MR. DUBIN:  He did the work on
15    both.  I am asking about his work.
16              MS. O'DELL:  Your Honor, we
17    would object.  This is the 2019 report.  It
18    was for amphiboles.  Much of that work was not
19    done at MAS, it was done by another lab, and
20    so we object as that was fully covered by the
21    last proceedings.
22              For the new material, as the
23    Court has said, for his work, if they want to
24    ask him about it and ask him what oil he used,
25    that's fair game, but to go back and somehow
```

Page 40

```
 1   lay this as a foundation from the prior report
 2   when some of that work was not his first is
 3   improper and we object to that.  I mean, the
 4   2019 report is off the table.
 5                   MR. DUBIN:  I am only asking --
 6                   MR. PLACITELLA:  I would just
 7   add to that, to be fair to everyone, you know,
 8   popping a report up that's X period of -- no
 9   one has looked at for four or five years, you
10   know, in this context and start asking
11   questions, it's just not proper.
12                   We have -- we can't -- we don't
13   know the context.  He has taken little lines.
14   He has highlighted one line or two lines in a
15   report and then says, Well, we put the report
16   in chat.  Go, have it.
17                   Well, that's not fair.  The
18   deposition today is supposed to be about the
19   report here at issue, nothing beyond that
20   report, and that's the -- I don't know what
21   else is coming; that's why we stopped it.
22                   Are they going to pull out some
23   other report from some other case?  I don't
24   know, but we've got to have some parameters of
25   what we're doing here.
```

Page 41

1              THE COURT:  Counsel, I am

2    persuaded by plaintiffs' argument.  Really,

3    this shouldn't be that difficult an issue.

4    The boundaries of this deposition were set

5    forth in the requests and my Order.

6              It's just about the tests that

7    he did, how he did it, his observations.  He

8    is not there to answer questions about why did

9    they get the result in a 2019 test and a

10   different result in a later test; that's not

11   why he is there.

12             He is there to talk from his

13   personal observation about the new test;

14   that's it.

15             MR. DUBIN:  But I just -- all I

16   am asking him about is his own work, doing it

17   the exact same way, why he came to a

18   conclusion -- different conclusion one time

19   versus the other, his own personal PLM work.

20             I am not asking him about

21   anybody else's work, asking him to offer

22   opinions about anybody else's work.  I am just

23   asking him about what he did.

24             THE COURT:  Counsel, if it's

25   not one of the tests on this exhibit list that

Page 42

1    I referred to -- I know I referred to it

2    during oral argument.  I don't recollect if I

3    referred to it in my decision.

4              If it's not one of those tests,

5    it's off limits.  That's not the purpose of

6    the deposition.

7              MR. DUBIN:  I am only asking

8    him about his PLM work in 1.550 and 1.560,

9    which is his chrysotile -- method for looking

10   for chrysotile, which is the subject of the

11   deposition.  I'm not asking anything about any

12   PLM work.

13             THE COURT:  Counsel, I don't

14   have that exhibit, that list in front of me,

15   but I have a feeling you know what I am

16   referring to, it would -- I believe it was an

17   exhibit to the two reports that the defendants

18   submitted.

19             And, you know, one of the

20   arguments for why the exception was denied was

21   because those experts prepared detailed

22   reports rebutting the plaintiffs' experts and

23   in those reports they attached as exhibits the

24   list of the samples that are at issue

25   regarding this new method.  That's it.  That's

Page 43

1   it.  Those are the tests at issue.

2               MR. DUBIN:  I understand that,

3   your Honor, and that's why as part of asking

4   about those conclusions, I need to understand

5   what changed between the two times he looked

6   at this with 1.550 oil to understand his

7   conclusions.

8               THE COURT:  Well, if you're

9   asking about that, my ruling would be that's

10  off limits; that's not the purpose of this

11  deposition, not to compare old tests to new

12  tests.

13              The purpose of this deposition

14  is to ask him about his personal observations

15  regarding the new test; that's what was in the

16  defendant's papers.  They didn't say anything

17  about asking him to compare old to new.

18              That's my ruling.  If the

19  defendants think the questioning is going out

20  of those boundaries, instruct the witness not

21  to answer.  We'll look at the transcript and

22  we'll make a ruling on a more fulsome record,

23  but I don't know what else I can say, Counsel.

24              It really should be a pretty

25  easy deposition.  You have the tests at issue.

Page 44

1   Mr. Hess is only going to testify about his
2   personal observations.  To me that's pretty --
3   the boundaries are pretty clear.  So I don't
4   know what else I can say.
5                   MR. DUBIN:  I understand, your
6   Honor.  Again, I believe I am trying to stay
7   within that by asking him about his personal
8   observations of this material in 1.550 and
9   1.560 oil, but I understand.  I will skip this
10  report.
11                  I would like to be able to ask
12  him about differences in his images.  Because
13  one of the big topics here is images.  If they
14  decide to try to shut it down later when I do
15  it, I guess we'll take it up then, but we'll
16  see.  I need to understand how -- what his
17  microscope setups are and whether he is
18  changing them and the like.
19                  THE COURT:  As long as it's
20  limited to the specific tests at issue that
21  are on that exhibit list.  The exhibits are
22  attached to your expert reports, Counsel.  So
23  you should have those at your fingertips.
24                  Those were the tests that were
25  in the motion that the argument was that new

Page 45

1    method was used and they found chrysotile

2    where they didn't previously find it; that's

3    the boundary of this deposition.  Okay.

4                    So I am in a mediation today,

5    but if you need me, send me an e-mail or a

6    text, and when I am available, I will get back

7    on the Zoom.  Thank you, Counsel.

8                    MS. O'DELL:  Thank you, your

9    Honor.

10                   MR. LUDWIG:  Thank you, Judge.

11                   MR. DUBIN:  So we'll keep that

12   as an exhibit, as a proffer for the record.

13                   (Break held off the record.)

14                   VIDEOGRAPHER:  The time is

15   10:17 a.m.  We are back on the record.

16   BY MR. DUBIN:

17       Q.    In terms of your background, when

18   did you start performing PLM dispersion

19   staining analysis?

20       A.    1989.

21       Q.    That was when you took the course at

22   McCrone?

23       A.    That is correct.

24       Q.    Can you tell me a little bit about

25   that course?  How long did it last?  What were

Page 46

1    you trained in?

2         A.    It lasted a week.

3         Q.    Okay.

4         A.    And we were trained to utilize the

5    dispersion staining method to identify the

6    various asbestos forms or minerals.

7                   MR. DUBIN:  And if we can call

8    up Hess slide 2.  I will make a copy of it

9    exhibit 4.

10                  (Exhibit 4 marked for

11       identification.)

12   BY MR. DUBIN:

13        Q.    And do you know what this is that

14   we're looking at here in the image?

15        A.    Well, it's stated on the matrix,

16   reference chrysotile.

17        Q.    And when you taught -- took the

18   course at McCrone, were you taught that

19   chrysotile should look magenta in parallel?

20        A.    We were.

21        Q.    And are you aware that McCrone has

22   studied different types of chrysotile,

23   including Calidria?

24                  MR. LUDWIG:  Objection to form.

25                  THE WITNESS:  I am not aware of

                                        Page 47

1    what Dr. McCrone or what McCrone had studied.

2                    MS. O'DELL:  (Inaudible.)

3                    MR. DUBIN:  That would be

4    exhibit 4.

5                    MS. O'DELL:  Would you, please,

6    download it in the chat?

7                    MR. DUBIN:  Sure.  Just, Jake,

8    whenever we do exhibits, let's just put them

9    in chat.

10   BY MR. DUBIN:

11       Q.    And so we'll walk through just so we

12   can understand the basic process of dispersion

13   staining.

14                    The first step after you have

15   put the slide -- prepared the slide and put it

16   on the microscope, the first step is for the

17   analyst to make a judgment about what color

18   they are seeing, right?

19       A.    Yes, sir.

20       Q.    Okay.  And then after you make a

21   judgment about what color you're seeing --

22                    MR. DUBIN:  Jake, there is some

23   weird stuff on the screen.  Can you take that

24   off screen, please, or just put the slide

25   back?

                                          Page 48

1                  MR. KEESTER:  Sorry, Morty.
2      It's hard to print a single slide while
3      we're -- I'm showing it.
4                  MR. DUBIN:  Okay.  Again, we'll
5      put them in chat so that you have them later,
6      but I don't want to take them off screen while
7      we're doing this.  It's a single slide.  You
8      can see it on the screen.
9      BY MR. DUBIN:
10         Q.    All right.  So --
11                  MS. O'DELL:  We can't see it.
12     Mr. Hess would, please, request a copy.
13     BY MR. DUBIN:
14         Q.    The next step after you have made a
15     judgment about what color you're looking at is
16     to figure out what wavelength of light that
17     is, right?
18         A.    That is correct.
19         Q.    And then you use some tables to
20     convert that into a refractive index?
21         A.    That is correct.  We used Dr. Su's
22     tables.
23         Q.    And then, ultimately, those numbers
24     can be used to derive a birefringence number,
25     correct?

Page 49

1      A.      Yes, sir.

2      Q.      Okay.  And can you define for me

3   what an alpha refractive index is?

4      A.      That would be your length slow --

5   length fast direction.

6      Q.      Okay.  How about a gamma refractive

7   index?  Do you know what a gamma refractive

8   index is?

9      A.      That would be your length slow

10  direction.  It's -- normally for chrysotile,

11  that would be parallel.

12     Q.      Okay.  Can your alpha refractive

13  index ever be higher than your gamma

14  refractive index?

15     A.      Only if a mineral is negative in

16  elongation.

17              THE COURT REPORTER:  Can you,

18  please, repeat the answer.

19              THE WITNESS:  Only if the

20  mineral is negative in elongation.

21  BY MR. DUBIN:

22     Q.      All right.  What does the refractive

23  index of a mineral measure?

24     A.      It measures, basically, the

25  difference in the light path as it passes

Page 50

1    through the oil and particle edge.  They

2    interface.

3         Q.    What properties of a mineral

4    determine its refractive index?

5         A.    Generally, the chemical, density.

6         Q.    Anything else?

7                   MR. LUDWIG:  Objection to form.

8                   THE WITNESS:  I don't recall

9    off the top of my head.

10   BY MR. DUBIN:

11        Q.    What is birefringence?

12        A.    Birefringence is the difference

13   between the mineral's highest refractive

14   indices and its lowest refractive indices.

15        Q.    Okay.  What do you mean by -- what

16   do you mean by highest refractive indices,

17   first?

18        A.    The highest refractive index for the

19   mineral.

20        Q.    And so if a mineral is displaying

21   more than one color, how do you determine what

22   the highest refractive index is?

23                   MR. LUDWIG:  Objection to form.

24                   THE WITNESS:  One would

25   normally look for the wavelength that would be

Page 51

```
 1   the highest of the mineral in the gamma
 2   direction and --
 3   BY MR. DUBIN:
 4        Q.    And -- sorry.  Go ahead.
 5        A.    And then apply that to the charts.
 6        Q.    Okay.  How do you -- and then how do
 7   you determine what the lowest refractive index
 8   is if a mineral is displaying more than one
 9   color?
10        A.    You put it into the alpha direction.
11   For chrysotile, that would be perpendicular.
12        Q.    Is it correct that the birefringence
13   is the quantitative expression of the maximum
14   difference in refractive index due to double
15   refraction?
16                    MR. LUDWIG:  Objection to form.
17                    THE WITNESS:  That is my
18   understanding.
19   BY MR. DUBIN:
20        Q.    And what do you understand maximum
21   difference in that context to mean?
22        A.    For any particular particle, it
23   would be what my examination leads me to
24   determine to be the refractive indices in most
25   gamma and alpha direction.
```

```
                                       Page 52
 1       Q.    But is it the difference between the
 2   highest and the lowest refractive indices?  Is
 3   that what maximum difference means?
 4       A.    Can you rephrase that just a little
 5   bit?
 6       Q.    Sure.  I mean, if you get -- if
 7   you're saying that alpha and gamma are defined
 8   by highest and lowest refractive indices, the
 9   maximum difference means the difference
10   between that highest and that lowest
11   refractive index, right?
12       A.    That would be the way I would see
13   it, yes.
14       Q.    Okay.  And do you know -- if we go
15   back to that slide that was marked as
16   exhibit 4.
17              MR. DUBIN:  It could also be
18   slide 10.  Whatever makes it easier for you,
19   Jake, to call it up.
20   BY MR. DUBIN:
21       Q.    Do you know what causes chrysotile
22   to appear magenta in parallel?
23       A.    It's the angle of the fraction as
24   the light passes up at the oil-particle
25   interface.
```

Page 53

1      Q.    And what creates the color magenta?
2   What creates -- what causes you to see the
3   color magenta specifically?
4                  MS. O'DELL:  I object to the
5   question to the degree it calls for an expert
6   opinion and it relates not to the testing
7   analysis that Mr. Hess has done on a specific
8   sample, which is the purpose of this
9   deposition.  Asking expert opinion is not the
10  purpose of this deposition.
11                 MR. LUDWIG:  The Court has
12  already ordered on that.  So this doesn't have
13  anything to do with the specific exam or the
14  scope on which the Court just advised the
15  parties to stay within.  I am objecting to the
16  form of the question.
17                 MR. DUBIN:  I will lay a
18  further foundation for it.
19  BY MR. DUBIN:
20     Q.    We are going to be talking about
21  your work identifying chrysotile in Johnson &
22  Johnson, but, typically, when MAS was
23  identifying chrysotile in Johnson & Johnson,
24  it was -- what was being called chrysotile was
25  yellow in parallel, right?

Page 54

1                    MR. LUDWIG:  Same objection.

2                    That is exactly what the Court

3    ruled upon.  So objection.

4                    MR. DUBIN:  No.  Those are the

5    reports at issue, which the Court said we

6    could ask about.

7                    MS. O'DELL:  And if you would

8    like to ask Mr. Hess about specific reports,

9    he is here and prepared to respond to your

10   questions, but asking for expert opinion is

11   beyond the scope of what Judge Schneider

12   established for this deposition and we'll

13   instruct the witness not to answer.

14                   MR. LUDWIG:  I instruct the

15   witness not to answer that question.

16   BY MR. DUBIN:

17        Q.    In your reports identifying

18   chrysotile in Johnson & Johnson, what color

19   are the particles that you're calling

20   chrysotile typically in parallel?

21                   MR. LUDWIG:  Objection to form.

22                   THE WITNESS:  The colors that I

23   utilize to determine the wavelength are at the

24   edge of the particle and not in the center.

25   BY MR. DUBIN:

```
                                          Page 55
 1      Q.    Okay.  What color are the particles?
 2                  MS. O'DELL:  Objection to the
 3   form.
 4                  What particle?  What --
 5   BY MR. DUBIN:
 6      Q.    The particle that you're calling
 7   chrysotile in the reports that you're talking
 8   about today?
 9                  MR. LUDWIG:  Is there a
10   specific report you want to show him?  This
11   right here, it looks like an exhibit created
12   by defense counsel.  So that's not -- he is
13   not here to opine about this exhibit that
14   looks like a PowerPoint by someone else.
15                  This is not a --
16                  MR. DUBIN:  This is enough
17   speaking objections.  You can make your
18   objections if you want to make your
19   objections.  If you want to instruct your
20   witness not to answer the question, then you
21   can do that, but no more speaking objections.
22   It's gone way too far.
23                  MR. LUDWIG:  Based on the scope
24   that the Judge had lined out, I am instructing
25   him not to answer that question.
```

Page 56

1              MR. DUBIN:  All right.  Let's

2    take this down.  We'll come back to it when we

3    show your reports.

4    BY MR. DUBIN:

5        Q.    What color -- what is the refractive

6    index of talc?

7        A.    It has wide -- a large

8    birefringence, but normally it will be

9    somewhere in the range of around 1.540 to

10   1.605, based on the experience of what I have

11   seen.

12       Q.    How about a talc plate, a flat talc

13   plate?  What is -- what is the refractive

14   index of a talc plate?

15             MS. O'DELL:  Object to the

16   form.

17             THE WITNESS:  I don't believe

18   the talc plate has any birefringence, but the

19   edges that I have seen have been blue in 1.55,

20   and have been yellowish in 1.605.

21   BY MR. DUBIN:

22       Q.    Did the CSDS colors associated with

23   talc itself in 1.550 oil include the color

24   red?

25             MS. O'DELL:  Would you repeat

Page 57

1    the question?  I missed the first part.

2    BY MR. DUBIN:

3         Q.    Do the central stop dispersion

4    staining colors of talc plates themselves in

5    1.550 oil include the color red?

6                   MS. O'DELL:  Object to the

7    form.

8                   MR. LUDWIG:  Same objection as

9    before.

10                   I instruct you not to answer.

11                   That's -- that calls for an

12   expert opinion.

13                   MR. DUBIN:  I am asking his

14   understanding and it relates to this work that

15   he is doing.

16   BY MR. DUBIN:

17        Q.    Did it -- does it include red?

18                   MS. O'DELL:  If you have a

19   specific particle you would like to ask him

20   about, that's within the scope of the order,

21   but to ask it in isolation is beyond the scope

22   and seeks an expert opinion.

23                   MR. DUBIN:  Fine --

24                   MR. LUDWIG:  Join.

25                   MR. DUBIN:  -- when you get to

Page 58

1    the specific color, the specific reports.

2    BY MR. DUBIN:

3        Q.    So let's look at one of your reports

4    just so we can understand, again, what color

5    talc should be.  So we're now going to be

6    looking at an image from your -- from the

7    September 16, 2020 report on Chinese talc

8    research samples where you were the PLM

9    analyst.

10                  MR. DUBIN:  So can we make that

11   image exhibit 5.

12                  (Exhibit 5 marked for

13        identification.)

14                  MS. O'DELL:  So, first, object

15   to a reference that those reports are his

16   report.  Those reports are reports from

17   Dr. Longo, first.

18                  Second, if you're going to ask

19   him a question about a report, it needs to be

20   put in the chat and the specific page that

21   you're referring to needs to be identified so

22   he can see it in context.

23                  MR. DUBIN:  And I am going to

24   identify the specific page that we're talking

25   about.  So let's put it in chat and then we

Page 59

1    can call it up, okay, and then we're going to

2    go to page 3 of this.

3                    MS. O'DELL:  And if you would

4    identify -- please, just if you'll go back to

5    page 1.  Because I am not seeing it in the

6    chat yet.

7                    MR. LUDWIG:  It's in the chat

8    here now.

9                    MR. DUBIN:  It is in the chat.

10                   MS. O'DELL:  Okay.

11                   MR. DUBIN:  296, actually, is

12   the image and we can rotate that so we can see

13   it better.

14                   MS. O'DELL:  And what's -- I'm

15   sorry, Morty.  I couldn't see it.  I was too

16   slow trying to see.  I see here.  Just a

17   moment.  Let me make sure that this is

18   actually a report at issue in the MDL.

19                   This is not one of the reports

20   that's been disclosed in the MDL and so we

21   would object to questioning based on that.

22                   MR. LUDWIG:  If it's not a

23   report disclosed in the MDL and it's not

24   subject to the Judge's scope, then I am

25   instructing the witness not to answer.  I

Page 60

```
 1    don't know if it's his report or not.  I trust
 2    Ms. O'Dell.
 3                   So you're instructed not to
 4    answer.
 5                   MR. DUBIN:  Okay.  We'll
 6    double-check what you're -- the list that went
 7    in, but I believe that the results in this are
 8    included in the reports, but we'll -- I'll
 9    hold off on this image until after a break so
10    that we don't have to spend time arguing it.
11    BY MR. DUBIN:
12        Q.   Let's look at another image first,
13    but before I get to more images, I want to
14    stop and ask you a little bit about your
15    microscopes, okay, and what microscopes you
16    were using and how you set them up.
17                   At some point initially were
18    you using an Olympus microscope for -- to look
19    at Johnson & Johnson for chrysotile?
20        A.    Olympus BH2.
21        Q.    And that -- so can you repeat the
22    model number for me?  BX?
23        A.    BH, bravo --
24        Q.    Okay.  BH2.  Okay.  And those
25    microscopes had tungsten lightbulbs?
```

Page 61

1       A.      Yes, sir.

2       Q.      And then at some point you switched

3    over to Leica microscopes; is that right?

4       A.      That is correct.

5       Q.      And what was the Leica model number?

6       A.      As I recall, it's the 2700P.

7       Q.      Do you recall approximately when you

8    changed over microscopes?

9       A.      It was during the early part of

10   2021, I believe.

11      Q.      And just so we understand basically

12   how it operated, how was illumination

13   controlled on the Olympus PLM?

14      A.      By individual controls on the side

15   and to bring up as much light as possible.

16      Q.      Okay.  So was it a dial?  Was it a

17   switch?  How did you adjust illumination?

18      A.      On the lamp itself, there was a

19   little dial on the side.

20      Q.      Okay.  And what -- did MAS have any

21   protocols for how illumination should be set

22   on the Olympus microscope when doing the

23   analysis?

24      A.      I would always set it myself to the

25   highest illumination.

Page 62

1      Q.    Okay.  As a PLM analyst, how do you

2   tell if an image is appropriately illuminated?

3      A.    Well, if the scope had capability,

4   we use Kohler illumination, but the best way

5   to get the most illumination out of any type

6   of scope is to have all the different parts

7   align and centered.

8      Q.    Okay.  And is it important for a PLM

9   analyst to be able to see all the particles in

10   the field of view clearly?

11      A.    Through the ocular, yes.

12      Q.    When you were doing your analysis on

13   the Olympus microscope and you were looking

14   for the colors of the particle, were you

15   typically doing that by assessing it through

16   the eyepiece of the microscope or by looking

17   at the -- or looking at a screen?

18      A.    Through the microscope.

19      Q.    And did the -- what is white

20   balancing?

21      A.    Basically, it takes the program that

22   you're using for the graphics and allows it to

23   adjust to the pure white light.

24      Q.    And did the Olympus come with any

25   filters, like a daylight filter or blue

Page 63

1   filter, to perform white balancing with?
2       A.    It had a -- we had a blue diffusion,
3   but there was nothing in -- to do white
4   balance, you have to have a white background.
5       Q.    So it came with a blue light or
6   daylight filter?
7       A.    I would just remove the diffuser.
8       Q.    I am sorry.  I don't understand.
9                Would -- did the microscope
10  come with or did you have a blue light or
11  daylight filter on the Olympus?
12      A.    I don't recall.
13      Q.    Do you know whether you used a blue
14  light or a daylight filter when performing
15  analysis for chrysotile in Johnson & Johnson
16  with the Olympus microscope?
17               MR. LUDWIG:  Objection to form.
18               Is there are a specific test
19  you're asking about?  It's my understanding
20  there was lots of tests.
21               So I am going to object to the
22  form.  Same scope issue.
23               MR. DUBIN:  It's the reports at
24  issue.  I'm asking about his microscope setup
25  for the reports at issue.

Page 64

1                    MR. LUDWIG:  Is there a

2     specific report you're asking about?

3                    MR. DUBIN:  There are a set of

4     reports that are done on an Olympus

5     microscope.  There are then a set of reports

6     that are done on the Leica microscope.

7                    I am asking about the ones he

8     did on Olympus.  If we want -- if we need to

9     call up an example, I am happy to do that.  So

10    we'll call up an example of that.

11                    We can go to the Zimmerman

12    report and that will be exhibit 6 and so let's

13    make that exhibit 6.  For internal reference

14    it's CX-6.  It's -- this is an image from the

15    February 24, 2020 analysis of Johnson &

16    Johnson.  We can put it in chat and call it

17    up.

18                    (Exhibit 6 marked for

19         identification.)

20    BY MR. DUBIN:

21        Q.    Okay.  And I want to look at an

22    image there.  We can go to, I guess, 39 of the

23    report.  I am just going to -- okay.  For

24    example, this was in 2020.

25                    So this would be on the Olympus

Page 65

1    microscope, correct?

2        A.    That is correct.

3        Q.    Okay.  So now we have an image.

4    We're talking about a specific report.

5                When you were doing these

6    analyses for Johnson & Johnson, were you using

7    a blue light or daylight filter?

8        A.    I don't recall if we ever had any

9    specific daylight or blue filters for the

10   Olympus.  The only thing blue was the

11   diffuser.

12               MS. O'DELL:  What is your other

13   report?

14               MR. DUBIN:  So this is -- this

15   was page 36, I think.

16   BY MR. DUBIN:

17       Q.    All right.  We'll come back to that

18   in a bit.

19               Do you know what the purpose is

20   of a blue light or a daylight filter?

21               MS. O'DELL:  Object to the

22   form.

23               MR. LUDWIG:  Object to the

24   form, yeah.  It calls for expert testimony.

25               I instruct you not to answer

Page 66

1    that question.

2                    MR. DUBIN:  You're instructing

3    him not to answer?  I am asking him about the

4    work he did, how he set up his microscope, and

5    what filters he was using and you're

6    instructing him not to answer that?

7                    MS. O'DELL:  That was not your

8    question.

9                    MR. DUBIN:  Well, I just asked

10   him about whether it had a blue light filter

11   and whether he was using it and I am asking

12   him now what his understanding of the purpose

13   of that type of filter is.  Are you

14   instructing him not to answer that question?

15                   MS. O'DELL:  He is here to --

16   he is here to testify to what he did, which

17   he -- the equipment he used, which he has been

18   responding to those questions.

19                   Understanding about certain

20   methodologies, giving his opinion about

21   certain methodologies is beyond the scope of

22   what Judge Schneider has ordered.

23                   MR. DUBIN:  Are you instructing

24   him not to answer --

25                   MR. LUDWIG:  The objection --

Page 67

1                    MR. DUBIN:   -- a simple

2       question about the purpose of a blue light

3       filter?  Are you instructing him not to

4       answer?

5                    MR. LUDWIG:  Yes.

6                    MR. DUBIN:  Okay.

7                    MR. LUDWIG:  I believe that is

8       outside the scope of what the Judge just

9       said --

10                   MR. DUBIN:  I really don't --

11      if you instruct him not to answer, I don't

12      need to hear a long speaking objection in

13      addition.

14                   MR. LUDWIG:  Sure.  Fair

15      enough.

16                   MS. O'DELL:  And just for the

17      record, Morty -- and I think it's just a page

18      number issue -- you identified what's on the

19      screen as page 36 of the report.  I am

20      assuming you mean 36 -- page 36 in the PDF?

21                   MR. KEESTER:  It's 39 in the

22      PDF.

23                   MR. DUBIN:  Thirty-nine.

24      Sorry.

25                   MS. O'DELL:  Okay.  Let me just

Page 68

1    get there.  Okay.  Thank you.

2    BY MR. DUBIN:

3       Q.    Do you know how looking at an image

4    to tell whether a blue light filter or

5    daylight filter is being used?

6       A.    I don't recall ever dealing with

7    them.

8       Q.    Okay.  How was focus adjusted on the

9    Olympus microscope?

10      A.    Focus would be adjusted using the

11   fine focus knob.

12      Q.    Okay.  I want to show you another

13   image and ask you if you can tell me whether a

14   blue light filter is being used or not.

15                 MR. DUBIN:  It will be

16   exhibit -- what number are we on?  We are now

17   on six?

18                 THE COURT REPORTER:  Seven.

19                 MR. DUBIN:  And that is --

20                 THE COURT REPORTER:  You're on

21   exhibit 7, I believe.

22                 MR. DUBIN:  Exhibit 7.  Okay.

23   That is CX-11A to call it up and if you could

24   just go to page 22 of it and put it in chat.

25                 MS. O'DELL:  Mr. Hess, just

Page 69

1    give us a moment to see what's going to be put

2    on the screen and what the report is.

3                    (Exhibit 7 marked for

4        identification.)

5    BY MR. DUBIN:

6        Q.    Page 22, can you tell me if a blue

7    light or daylight filter is being used on this

8    image?

9                    MR. LUDWIG:  Objection --

10   objection.  This, once again, calls for expert

11   opinion, which is outside the scope of the

12   purpose of this deposition as instructed by

13   the Judge.

14                   MR. DUBIN:  Are you instructing

15   him not to answer the question?

16                   MR. LUDWIG:  I am instructing

17   him not to answer the question.

18                   MS. O'DELL:  Yes.  This is not

19   a document that's been disclosed in the MDL.

20   It's a report for Dr. Longo.  It's analysis of

21   ceramic slip clay for something else that's

22   not related and we object to the use of this

23   exhibit.

24                   MR. DUBIN:  Okay.  Can we call

25   up -- we'll make the next exhibit in order

Page 70

1    Hess slide 20.

2                    THE COURT REPORTER:  This is

3    exhibit 8.

4                    MR. DUBIN:  That's exhibit 8.

5    Can we call that up, Jake?

6                    (Exhibit 8 marked for

7         identification.)

8    BY MR. DUBIN:

9        Q.    I am putting up the image that I

10   showed you before, as well as the image from

11   Zimmerman that I showed you before.  These are

12   both analyses that you performed.

13                   Can you tell me why the color

14   of the talc is different in the two images?

15                   MS. O'DELL:  We object to the

16   use of this document.  First, Vanderbilt is

17   not at issue in this case, it's not a report

18   that's at issue in this case.  We object to

19   the use of that image.

20                   To the degree you want to have

21   him -- ask him about the Zimmerman report.

22   You had it up.  He is welcome to answer

23   questions, but we object to the use of this

24   defense created exhibit.

25                   MR. LUDWIG:  And I am going to

Page 71

 1  join and I am going to instruct him not to

 2  answer.

 3               Once again, you're getting into

 4  expert opinion, which is outside the scope of

 5  what the Judge instructed this witness.

 6               MR. DUBIN:  Was your -- okay.

 7  So you're instructing him not to answer.  I am

 8  going to ask another question.  If you

 9  instruct him not to answer, then so be it.

10  BY MR. DUBIN:

11      Q.    But was the microscope set up

12  differently in these two analyses?  Can you

13  tell by looking at the images whether the

14  microscope was set up differently in the two

15  analyses?

16               MR. LUDWIG:  Same objection.

17               MS. O'DELL:  Please put the

18  exhibit in the chat.

19               MR. DUBIN:  Are you instructing

20  him not to answer?

21               MR. LUDWIG:  Yes.

22               MR. DUBIN:  And if -- can you

23  leave it back up, Jake?  What's going on?  I

24  am not done yet.  Can you put that back up,

25  Jake?  Thank you.

Page 72

1              And if I asked you about the
2    differences in illumination in these two
3    images, are you going to instruct your witness
4    not to answer that also?
5                        MR. LUDWIG:  Yes.
6                        MS. O'DELL:  And, again -- and,
7    Jake, I know you have a lot going on, but if
8    you would put that in the chat, please.
9    BY MR. DUBIN:
10       Q.    How are your images being taken on
11   the Olympus?  How are the images being taken?
12       A.    It was done using an AmScope camera
13   and an AmScope program.
14       Q.    Okay.  Were there any specific
15   settings that you had on the camera for
16   purposes of taking the images?
17       A.    I don't recall everything.
18       Q.    Are you familiar -- you're familiar
19   with ISO 22262-1?
20       A.    Familiar.
21       Q.    Do you know whether it says anything
22   about using blue or daylight filters?
23                        MS. O'DELL:  Object to the
24   form; calls for expert opinion; beyond the
25   scope of the work that Mr. Hess did in the

Page 73

1    MDL; and that's my objection.

2                    Counsel can decide whether to

3    instruct him not to answer.

4                    MR. LUDWIG:  I am instructing

5    you not to answer that.

6    BY MR. DUBIN:

7        Q.    Okay.  Let's talk about your Leica

8    microscope setup.

9                    First, how was illumination

10   adjusted on the Leica microscope?

11       A.    It had a lamp knob on the side,

12   which we could bring up full illumination.

13       Q.    Was it a dial or was it -- was it a

14   switch?  How did the illumination work?

15       A.    It was a dial.

16       Q.    And what -- if you turn that dial,

17   if you kept turning it, would it stop at some

18   point or could you continue to turn it and

19   turn it?

20       A.    I could continue to turn it.

21       Q.    Okay.  So how did you set the

22   brightness on the Leica?

23       A.    By observation through the

24   microscope itself to the brightest point

25   available.

Page 74

```
 1      Q.    So you -- did you always keep it at
 2   the brightest point available?
 3      A.    Yes, sir.
 4      Q.    Okay.  And did the Leica microscope
 5   come with any filters?
 6      A.    The only filter I'm aware of is the
 7   530 nanometer plate.
 8      Q.    Did it have a daylight filter
 9   switch?
10      A.    Not that I am aware of.
11              MR. DUBIN:  Let's make exhibit
12   9 Hess slide 22 and we can call that up.
13              (Exhibit 9 marked for
14       identification.)
15   BY MR. DUBIN:
16      Q.    Is this -- does this look familiar
17   to you as the Leica microscope that you were
18   using?
19      A.    It looks familiar.
20      Q.    Do you recall the switches that we
21   see here:  Daylight filter switch, neutral
22   density filter switch?
23      A.    Yes.
24      Q.    Okay.  Do you know whether your --
25   when you started using the Leica microscope,
```

Page 75

1  whether your daylight filter switch was in an

2  "on" or "off" position?

3      A.    I don't recall today.

4      Q.    All right.  Are you familiar with

5  what reference talc looks like from the USP

6  documents?

7              MR. LUDWIG:  Objection; calls

8  for expert opinion.  I am instructing him not

9  to answer.

10             MS. O'DELL:  Join.

11             MR. DUBIN:  Okay.  Well,

12 just -- we'll see.  You may instruct him not

13 to answer again, but I am going to ask it.

14             If we can put Hess slide 24 as

15 the next exhibit.

16             MS. O'DELL:  We have not gotten

17 the last exhibit in the chat yet.  So, please,

18 if we can just pause and take the time and put

19 that in the chat?  Thank you.

20             MR. KEESTER:  I'm sorry, Morty.

21 What slide are we doing?

22             MR. DUBIN:  Twenty-four.

23             MR. LUDWIG:  Is slide 24

24 exhibit 9 or is slide 24 exhibit 10?  I'm

25 sorry.

Page 76

1              MR. DUBIN:  Exhibit 10.

2              (Exhibit 10 marked for

3         identification.)

4    BY MR. DUBIN:

5         Q.    Do you know why your images taken on

6    the Olympus microscope of talc are more orange

7    than reference talc images?

8              MS. O'DELL:  I object to the

9    use of this exhibit.  It's unclear if it came

10   from a report that's at issue in this

11   deposition, it's unclear if it's -- if it's

12   Mr. Hess' work, and we object to its use.

13             MR. LUDWIG:  And I will join.

14   It outside the scope of the parameter of the

15   deposition.  I am instructing Mr. Hess not to

16   answer that question.

17             MR. DUBIN:  Okay.

18   BY MR. DUBIN:

19        Q.    Let's, again, go to your Zimmerman

20   report.  We have already marked that as an

21   exhibit.  We can call it back up, CX-6.  So we

22   have looked at this already.  Let's go back to

23   that image, starting at page 39.

24             So this is something that

25   you're calling chrysotile in parallel in

Page 77

1    1.550.

2                      What color is that?

3                      MS. O'DELL:  If you need to see

4    it and see it more closely, Mr. Hess, please

5    let us know that.

6                      And if there is -- if there is

7    a specific structure you're referring to that

8    you can direct Mr. Hess?

9                      MR. DUBIN:  Right.

10   BY MR. DUBIN:

11      Q.    The one with the micron bar under it

12   is the one that they are calling chrysotile.

13                     What color is it?

14                     MR. LUDWIG:  Can I have that

15   question reread, please?

16                     THE COURT REPORTER:  One

17   moment.

18                     "QUESTION:  So this is

19        something that you're calling chrysotile

20        in parallel in 1.550.

21                     "What color is that?"

22                     MR. LUDWIG:  I am going to

23   object once again.  It's calling for an expert

24   opinion.

25                     MR. DUBIN:  This is -- I am

Page 78

1    asking him about his reports that are at issue

2    in this case and asking him what color that he

3    is calling particles and that is exactly in

4    the scope of the deposition.

5                    So unless you're instructing

6    him not to answer that as well, my question

7    stands.

8                    MR. LUDWIG:  I instruct him not

9    to answer that question.

10                    MR. DUBIN:  Okay.  So now

11    you're instructing the witness not to answer

12    questions even about the specific reports that

13    he was -- that we were permitted to depose him

14    on.

15                    Is that my understanding?

16                    MS. O'DELL:  So would you

17    repeat your question, please?

18                    MR. DUBIN:  Oh, my goodness.

19    What color is the particle that you're calling

20    chrysotile here?

21                    MR. LUDWIG:  I am standing by

22    my objection.  I am instructing him not to

23    answer.

24                    It goes to -- you're asking him

25    to opine as to the color.  The color is on the

Page 79

1    screen and it is part of an expert report
2    prepared by MAS and you're taking it out of
3    context.
4                    So I am going to instruct you
5    not to answer.
6                    If you want to ask him how he
7    developed the color, that's what the Judge
8    said, but --
9                    MR. DUBIN:  (Inaudible.)
10                   MR. LUDWIG:  -- his personal
11   involvement.
12   BY MR. DUBIN:
13       Q.    You are the analyst who did this
14   work for the Zimmerman report and we can go
15   through your PLM -- the PLM sheets.
16                   You did this analysis, right?
17                   MR. LUDWIG:  Okay.  That's
18   fine.  Let's do that.
19   BY MR. DUBIN:
20       Q.    You did this analysis?  These are
21   your PLM images, correct, Mr. Hess?
22       A.    It is.
23       Q.    So I'm asking you what color did you
24   assess this particle as?
25       A.    Could you zoom in on the particle?

Page 80

1      Q.    We can zoom more in.

2      A.    The center part of it is a golden

3    yellow, but I cannot determine the edges,

4    which is where I need to look.

5      Q.    Okay.  Well, we'll go over this edge

6    effect, but you can agree that this is not --

7    this does not look like reference chrysotile,

8    correct?

9                   MS. O'DELL:  Object to the

10    form.

11                  MR. LUDWIG:  Same objection.

12                  THE WITNESS:  The center of the

13    particle is not what you would usually call.

14    BY MR. DUBIN:

15     Q.    And -- sorry.  And you see that

16    there are rounded structures in this image,

17    right?

18     A.    There are.

19     Q.    Those are talc?

20     A.    Some may be.

21     Q.    Are they the same color as the

22    particle that you're calling chrysotile?

23                  MS. O'DELL:  Object to the

24    form.

25                  THE WITNESS:  It is, but I --

Page 81

1    the other particle colors, without being able

2    to see the true edges of the particle in

3    question --

4    BY MR. DUBIN:

5        Q.    Okay.  We'll talk about edges --

6                MS. O'DELL:  Excuse me, Morty.

7    I don't believe you could hear.  He is not

8    finished with his answer.

9    BY MR. DUBIN:

10       Q.    Go ahead.

11       A.    -- I cannot comment.

12       Q.    We'll talk about edges later.

13               Have you seen any PLM work of

14   Johnson & Johnson done by any other experts?

15       A.    I don't recall.

16               MR. DUBIN:  Okay.  Let's put up

17   Hess slide 25 as exhibit 11.

18               (Exhibit 11 marked for

19       identification.)

20   BY MR. DUBIN:

21       Q.    We're looking at images of PLM --

22   and I will mark the entire report also from

23   Mr. Poye and from you -- both from on talcs.

24               Do you have any understanding

25   why the images look so different?

Page 82

1                    MR. LUDWIG:  Objection to form;

2       that goes into expert testimony and you made

3       your question -- this appears to be a defense

4       exhibit, I guess, comparing two different

5       samples.  It is not a specific report from

6       MAS.

7                    So I am instructing the witness

8       not to answer.  This calls for expert opinion,

9       outside the scope of his testimony.

10                   MS. O'DELL:  Join.

11                   MR. DUBIN:  So the whole -- so

12      that we have the whole report in the record,

13      let's mark CX-53 as exhibit 11.

14                   MS. O'DELL:  Please put the

15      slide in the chat screen, Jake.  Thank you.

16                   THE COURT REPORTER:  I just

17      want to confirm.  Exhibit 11 was slide 25.

18      Are we now marking the whole report?

19                   MR. DUBIN:  Yeah, we're going

20      to now mark the whole report as exhibit 11.

21                   MS. O'DELL:  And we have --

22      since the --

23                   MR. DUBIN:  I am just marking

24      it for the record.  I understand you have

25      objected to my asking him about it.

Page 83

1                    MS. O'DELL:  Understood, but is
2        the report going to be exhibit 12 and the
3        slide is going to be exhibit 11?
4                    MR. DUBIN:  I thought the
5        report was 11, but maybe I miscounted.
6                    MR. LUDWIG:  Exhibit 11 was the
7        slide and then exhibit 12 was going to be the
8        full report, if that's what you want to do.
9                    I'm sorry.  I am not trying to
10       step on your toes.  I am trying to be helpful
11       in this.
12                   MR. DUBIN:  If the slide was
13       not marked -- I thought that was exhibit 10,
14       but if it's not marked, that's fine.  I can
15       make it exhibit 12.
16                   THE COURT REPORTER:  This is
17       the court reporter.  We have slide 25 as
18       exhibit 11.  We have the report as exhibit 12.
19                   MR. DUBIN:  Okay.
20                   MS. O'DELL:  Thank you.
21                   (Exhibit 12 marked for
22          identification.)
23       BY MR. DUBIN:
24          Q.    All right.  You indicated that one
25       of the things that you reviewed in preparation

Page 84

1   for your deposition today was some material

2   from Dr. Su.

3                What did you review?

4       A.    I reviewed primarily the -- all the

5   images that he had put in the comments.  For

6   lack of a better way to put it, the slide

7   show.

8       Q.    Okay.  Have you reviewed his

9   affidavit entitled:  Review of Dr. Longo's PLM

10  Methods for the Identification of Chrysotile?

11      A.    I don't recall that one.

12      Q.    Okay.  What, if any, comments do you

13  have on the slides that you reviewed from

14  Dr. Su?

15      A.    Well --

16                MS. O'DELL:  Object to form.

17                MR. LUDWIG:  Object to the

18  form.

19                MS. O'DELL:  Calls for expert

20  opinion.  It's beyond the scope of this

21  deposition.

22                MR. DUBIN:  Are you instructing

23  him not to answer?

24                MR. LUDWIG:  I am instructing

25  him not to answer.

Page 85

1    BY MR. DUBIN:

2        Q.    You also indicated you reviewed some

3    materials from Dr. Wylie?

4                    MS. O'DELL:  Same.

5    BY MR. DUBIN:

6        Q.    What did you review?

7        A.    The report that -- I don't recall

8    the name of the report, but I believe it was

9    her most recent report.

10        Q.    Okay.  Do you have any comments on

11    the -- on her review of your work?

12                    MR. LUDWIG:  Same objection.

13                    I instruct him not to answer.

14    He is not here to provide criticisms of

15    Dr. Wylie.  The Court made it very clear, the

16    scope of the testimony.

17                    MS. O'DELL:  Join.

18                    MR. DUBIN:  These are all

19    related to his work that is the subject of

20    this deposition, but if you're instructing him

21    not to answer, then that will be an

22    instruction.  We'll take it up at some point.

23                    Because we're clearly going to

24    have to go back to the drawing board about the

25    way that these objections are being made, but

Page 86

1    if you're instructing him not to answer, but

2    my proffer is that they are all about the

3    reports at issue in this case.

4                MS. O'DELL:  Mr. Hess is here

5    today to answer questions regarding his

6    reports and he has answered your questions

7    about those.  He is not here to offer expert

8    opinion, criticism, thoughts, et cetera, about

9    defense or expert witnesses.

10               MR. DUBIN:  Okay.

11   BY MR. DUBIN:

12      Q.    In terms of illumination, I want to

13   look at another report just quickly, your

14   report and your analysis.  It will be exhibit

15   13.  It's CX-28 is the internal reference and

16   it's dated 4/13/2021.

17               MR. DUBIN:  If we could put it

18   in chat and then call it up.

19               MS. O'DELL:  Chris, you put a

20   comment in chat.  Did you have an objection?

21   We're not hearing you if you're making an

22   objection.

23               MR. PLACITELLA:  Well, my

24   objection is that it seems like it's

25   repeatedly -- documents are repeatedly being

Page 87

```
 1  put up in contravention of the Court's Order
 2  and we're here to try to get through this
 3  deposition and the purposes of trying to make
 4  a record.
 5              I mean, this is exactly what
 6  the Judge said not to do --
 7              MR. DUBIN:  Okay.
 8              MR. PLACITELLA:  -- and you
 9  keep doing it.
10              MR. DUBIN:  I completely
11  disagree with you and I am making my record.
12  He is being instructed not to answer, I need a
13  record of that, and thank you for your
14  comments, but we're moving on.
15              MR. PLACITELLA:  Okay.  No
16  problem.
17              MR. DUBIN:  Thanks.
18              (Exhibit 13 marked for
19      identification.)
20  BY MR. DUBIN:
21     Q.    So I just want to understand your
22  testimony.  If we go to PDF 2 here, this is
23  one of your -- sorry.  It will be the image.
24  So it's at 84.  And, again, I want to talk to
25  you a little bit about illumination.
```

Page 88

1              Is it your testimony that this

2    image was taken at maximum illumination?

3        A.    Yes, sir.

4        Q.    So the brightness level on the

5    Olympus does not go any higher than this?

6                MR. LUDWIG:  Objection; asked

7    and answered.

8                THE WITNESS:  Pardon?

9                MR. LUDWIG:  I said, objection;

10   asked and answered.

11   BY MR. DUBIN:

12       Q.    Is that correct?  Your testimony is

13   that the Olympus microscope you were using at

14   this time, it cannot take any brighter images

15   than this.

16               Is that your testimony?

17               MS. O'DELL:  Object to the

18   form.

19               THE WITNESS:  May I see the

20   lower part of the image?

21   BY MR. DUBIN:

22       Q.    I'm sorry?  You want to see the

23   lower part of the image?  Sure.

24       A.    Thank you.

25               That was not taken on the

Page 89

1  Olympus.

2       Q.     Okay.  So this is Leica?

3       A.     This is a Leica.

4       Q.     Okay.  So is it your testimony that

5  the Leica microscope cannot take any brighter

6  images than this?

7                    MS. O'DELL:  Object to the

8  form.

9                    MR. LUDWIG:  Object to the

10  form.

11                    THE WITNESS:  That is the

12  brightest I could get for that particular

13  mount.

14  BY MR. DUBIN:

15       Q.     Okay.  And, for example, if we just

16  look at page 85 of this, we can see the

17  perpendicular.

18                    Is it your testimony that this

19  type of image is taken at maximum brightness

20  on the Leica?

21                    MS. O'DELL:  Object to the

22  form.

23                    THE WITNESS:  It is.

24  BY MR. DUBIN:

25       Q.     Okay.  We'll come back to

Page 90

1    illumination in a bit, but let's first just

2    talk a little bit about the switch that was

3    made at some point to 1.560 oil.

4                    Do you know why that switch was

5    made in your analysis?

6                    MR. DUBIN:  You can take this

7    down, Jake.

8                    THE WITNESS:  The switch was

9    made at the suggestion -- I don't recall his

10   name, but he was in, talking with Dr. Longo;

11   and he was back, watching me do some work; and

12   he made the suggestion because of the intense

13   stretch of yellow on the color chart for 1.55,

14   that we do it with 1.560 to better define the

15   upper level of what we were finding in the

16   chrysotile.

17                    MR. LUDWIG:  I think the

18   question went to switching microscopes.

19                    MR. DUBIN:  No.  He understood

20   the question.  It was why the oil was

21   switched.

22                    MR. LUDWIG:  I'm sorry.

23   BY MR. DUBIN:

24       Q.    Okay.  And what is the expected

25   effect if you are switching from 1.550 to 1.60

Page 91

1   oil?

2       A.    We didn't switch to 1.60.

3       Q.    Sorry.  What did you say?

4       A.    That we didn't switch to 1.60.

5       Q.    You didn't switch to 1.560?  Maybe I

6   misspoke.

7             What is the expected effect of

8   switching to one, five -- 1.560 oil?

9             MR. LUDWIG:  I'm going to

10  object; that calls for an expert opinion.  I

11  am instructing the witness not to answer that

12  question.

13            MR. DUBIN:  Okay.  Well, I want

14  to call up -- let's just mark the Valadez

15  report as the next exhibit in order.  I guess

16  that's 14.

17            (Exhibit 14 marked for

18      identification.)

19            MR. LUDWIG:  Mr. Dubin, we have

20  been going for close to an hour and fifteen.

21  Do you want to just do this last one and then

22  take a break?

23            MR. DUBIN:  I'll call up --

24  I'll put up the report and I'll put it in chat

25  because we're going to talk about it for a

Page 92

1    bit.  Let's put that in chat and we can go to
2    page 32 of it.  Sorry.  Is it page 32?  It
3    should be the image.  Okay.
4                    Well, let's -- I will -- we can
5    just take the break now.  I will leave that in
6    chat so that if anybody needs it over the
7    break.
8                    What are we going to take?  Ten
9    minutes?
10                   MR. LUDWIG:  Ten minutes is
11   great.
12                   MR. DUBIN:  All right.  We can
13   do ten minutes.
14                   VIDEOGRAPHER:  The time is
15   11:19 a.m.  We are off the record.
16                   (Break held off the record.)
17                   VIDEOGRAPHER:  The time is
18   11:37 a.m.  We are back on the record.
19                   MR. DUBIN:  We are going to
20   start talking about the Valadez report and the
21   Valadez report -- if we can put it back up?
22   We can just go to the front cover first and
23   then we'll come back here to the image.  Okay.
24   BY MR. DUBIN:
25       Q.    So the -- this is what we referred

Page 93

1    to as the Valadez report from 2023.

2                    So we would be taking about a

3    Leica microscope, correct?

4        A.    That is correct.

5        Q.    And we're talking now about using

6    1.560 oil, right?

7        A.    Yes, sir.

8        Q.    Okay.  And so let's go to that image

9    first.

10                    MS. O'DELL:  For the record,

11    what page in the PDF?

12                    MR. DUBIN:  What page is that,

13    Jake?

14                    MR. KEESTER:  This is PDF page

15    33.

16                    MR. DUBIN:  It's particle CSM

17    001.

18    BY MR. DUBIN:

19        Q.    Now, I want to just quickly flip

20    back to the Zimmerman report we have already

21    looked at, the image, and if we can just look

22    at the image we had up before.

23                    Can you see that the image in

24    the Zimmerman report is more golden or orange

25    than the image in the Valadez report?  We can

Page 94

1    go back and forth between them if you need to.

2                    MR. DUBIN:   Can we flip back to

3    Valadez?

4    BY MR. DUBIN:

5        Q.    Do you see that the Zimmerman report

6    image is more golden or orange?

7        A.    I do.

8        Q.    Do you know why that is?

9        A.    From the BH2, which is the Zimmerman

10   report, we were on a tungsten lamp, and it was

11   to the respect that we were dealing with extra

12   yellows from the tungsten lamp.

13       Q.    So the tungsten lamp was changing

14   the color of the particle then?

15                   MS. O'DELL:  Object to the

16   form.

17                   MR. LUDWIG:   Object to form.

18   BY MR. DUBIN:

19       Q.    Is that correct?

20                   MS. O'DELL:  Object to the

21   form.

22                   THE WITNESS:  We felt it was

23   adding more yellow to the image of what we

24   were seeing and what we were documenting.

25   BY MR. DUBIN:

Page 95

1        Q.    Okay.  And it wasn't just adding

2   yellow.  If we go back to the Zimmerman report

3   image, it was adding sort of darker golden

4   colors or orange colors to the image, right?

5                    MS. O'DELL:  Object to form.

6                    MR. LUDWIG:  Objection.  This

7   calls for an expert opinion.

8                    I will instruct you not to

9   answer that one.

10                   MR. DUBIN:  You're instructing

11  him not to answer that question about the

12  comparison between these two images?

13                   MR. LUDWIG:  Correct.  You're

14  testifying and I am going to object to that

15  one.

16                   MR. DUBIN:  You're objecting

17  and you're instructing your witness not to

18  answer a question about the impact of lighting

19  on his images in the reports at issue in this

20  deposition and you're instructing him not to

21  answer.

22                   Is that my understanding?

23                   MR. LUDWIG:  Could you -- let

24  me hear the question again because I think

25  you -- what you said was different than what

Page 96

1  your question was.

2                 MR. DUBIN:  We can read the

3  question back.

4                 THE COURT REPORTER:  One

5  moment.

6                 "QUESTION:  And it wasn't just

7       adding yellow.  If we go back to the

8       Zimmerman image, it was adding sort of

9       darker golden colors or orange colors to

10      the image, right?"

11                 MS. O'DELL:  Object to the

12  form.

13                 MR. LUDWIG:  I am going to

14  stand by my objection.

15                 MR. DUBIN:  So you're not just

16  objecting.  You're instructing him not to

17  answer that question.  I need to understand

18  that.

19                 MR. LUDWIG:  Correct.

20                 MR. DUBIN:  So if I ask him any

21  questions trying to compare various images in

22  his reports, are you going to instruct him not

23  to answer that?

24                 MS. O'DELL:  You can proceed

25  with your deposition, Morty.  It's no way

Page 97

1   to -- to respond to that.  I mean --

2                   MR. DUBIN:  Okay.  I just --

3   we're obviously going to have to deal with

4   this after the end of the questioning today,

5   but we'll proceed.

6                   MS. O'DELL:  I am not finished.

7                   MR. DUBIN:  Okay.

8                   MS. O'DELL:  Stop interrupting,

9   please.  If you ask him questions about the

10  image and the work that he did, he is

11  available to answer your question.  He is not

12  here to offer expert opinion.  It has been

13  stated numerous times.

14                  MR. DUBIN:  I am asking him

15  directly about his images right now.  So --

16  and he is still being instructed not to

17  answer.

18  BY MR. DUBIN:

19      Q.    So, again, I am asking you a

20  question about this image.

21                  The tungsten lighting is not

22  just adding more yellow; it's adding golden

23  colors and more orange color to the images,

24  right?  Is that correct?

25                  MR. LUDWIG:  Object.

Page 98

1                    I instruct you not to answer.

2                    MR. DUBIN:  You're instructing

3    him not to answer that question.  Okay.

4    BY MR. DUBIN:

5        Q.    And if we -- if we look at the

6    Valadez image, the effect of changing the

7    refractive index oil should have been to make

8    the particles less yellow, right?  To move the

9    yellows towards the range of magenta, correct?

10       A.    It was done to make it easier to

11   determine the upper refractive indices.

12       Q.    But by -- if I have a particle that

13   is orange in parallel in 1.550 and I change my

14   oil to 1.560, it should appear more magenta,

15   right --

16                   MS. O'DELL:  Objection.

17   BY MR. DUBIN:

18       Q.    -- in the magenta range?

19                   MS. O'DELL:  Excuse me.

20   Objection.  Seeks expert opinion.

21                   MR. LUDWIG:  Join.

22                   I instruct the witness not to

23   answer.

24   BY MR. DUBIN:

25       Q.    What color is this particle that you

Page 99

1    identified as chrysotile?  What color is it?

2        A.    Please, focus in.

3        Q.    (Counsel complies.)

4                MS. O'DELL:  Again, this is

5    page 33 of the Valadez report and that's being

6    shown on the screen?

7                MR. DUBIN:  It may be page 32,

8    I think, but I don't know.  Is it 33 or 32,

9    Jake?

10                MR. KEESTER:  I have it as PDF

11    33.

12                MR. DUBIN:  Okay.  PDF 33.

13                THE WITNESS:  It has a mottled

14    appearance, some yellow, but I cannot

15    ascertain the edge off of the photograph.

16                MR. DUBIN:  Okay.

17                MS. O'DELL:  And, Morty, just

18    to correct the record, I believe that this is

19    page 32 of the Valadez --

20                MR. DUBIN:  I said 32.  It may

21    just be PDF 33.

22                MS. O'DELL:  I am looking at

23    the actual report.  The PDF report is 32 just

24    so it's clear when we go back what we're

25    looking at.

```
                                        Page 100
 1                MR. DUBIN:  Right.  And so it's
 2   also clear, it's CSM 001.
 3   BY MR. DUBIN:
 4       Q.    Do you see rounded structures here
 5   that you believe to be talc plates?
 6       A.    There are.
 7       Q.    And do you see that some of those
 8   rounded structures have some red coloration
 9   around the edges?
10                Do you see that?
11       A.    I cannot --
12       Q.    (Inaudible.)
13       A.    -- the edge color --
14                MS. O'DELL:  He was not
15   finished; so.
16   BY MR. DUBIN:
17       Q.    What was the answer?
18       A.    I cannot determine the edge colors
19   from the photograph as presented.
20       Q.    You don't see red edges on the talc
21   plates?
22                MR. LUDWIG:  Asked and
23   answered.
24                THE WITNESS:  I don't on the
25   photograph as presented.
```

                                        Page 101

1    BY MR. DUBIN:

2        Q.    Is red a central stop dispersion

3    color that is associated with talc itself in

4    1.550 or 1.560?

5        A.    I am not aware that it is.

6        Q.    Do you ever go through any process

7    to calibrate your dispersion staining colors?

8        A.    We do that.

9        Q.    And how do you do that?  How did you

10   do that?

11       A.    I didn't do them.  There was

12   somebody else in the lab that did them.

13       Q.    Do you know what the process was?

14       A.    Initially, it was through the

15   Cargille glass solids.

16       Q.    Cargille glass?

17       A.    Yes, and --

18       Q.    And --

19              MS. O'DELL:  Sorry.  He is not

20   finished.

21   BY MR. DUBIN:

22       Q.    Go ahead.

23       A.    And then recently was acquired a

24   refractive scope where you can check your

25   index difference.

Page 102

1    Q.    And Cargille -- those Cargille glass

2    standards have a single refractive index; is

3    that right?

4    A.    That is correct.

5    Q.    Meaning that they only have one true

6    central stop dispersion staining color; is

7    that correct?

8    A.    That is correct.

9    Q.    Okay.  Can you still see sometimes

10   edges on the Cargille glass that show a

11   different color, not their true central stop

12   dispersion staining color?  Can you sometimes

13   see edges on them of different colors?

14              MS. O'DELL:  Objection to the

15   form to the degree it's talking about a

16   process that he did not do himself.

17   BY MR. DUBIN:

18   Q.    Just only if you know personally?

19              MS. O'DELL:  And do not

20   speculate, please, Mr. Hess.  If you -- if

21   that's a process you were involved in for

22   purposes of your work in this case, you can

23   respond, but if it was not, well, that's

24   beyond the scope, and that's expert opinion.

25              THE WITNESS:  I did not do the

Page 103

1    calibrations --

2    BY MR. DUBIN:

3         Q.    Are you --

4         A.    -- just said.

5         Q.    Are you familiar with the fact that

6    you can -- that even with Cargille glass that

7    has a single refractive index, you can

8    sometimes see edge colors that don't

9    correspond to that refractive index?

10              MS. O'DELL:  Objection; seeks

11   expert opinion beyond the scope of the

12   deposition.  I will let Mr. Hess' counsel

13   instruct him.

14              MR. LUDWIG:  I am going to

15   instruct him not to answer that question.

16   BY MR. DUBIN:

17        Q.    Do you know what total reflection

18   means in the context of PLM dispersion

19   staining?

20              MS. O'DELL:  Same objection.

21              MR. LUDWIG:  Is the question

22   does he know what total dispersion -- repeat,

23   please?

24   BY MR. DUBIN:

25        Q.    Total reflection.

Page 104

1        A.    I am unfamiliar with the term.

2        Q.    If we scroll down so we can see the

3    bottom of this, you see that there is a

4    refractive index number, 1.564; that is the

5    refractive index number that you assigned to

6    this particle; is that correct?

7        A.    That is correct.

8        Q.    Do you know what color that

9    refractive index number corresponds to in

10    1.560 oil?

11        A.    Without the temperature information

12    handy and without the actual charts utilized,

13    it was more of a.

14        Q.    So are you done with your answer?

15        A.    I don't recall exactly off the top

16    of my head.

17        Q.    Well, let's go through the process

18    so we understand how you can take that

19    refractive index number and determine what

20    color you were calling this particle.

21                And so I am going to show you a

22    couple different slides.  We can just mark

23    them as separate exhibits.  We can just start

24    with slide 34.

25                THE COURT REPORTER:  For the

Page 105

1    record, I believe this is Exhibit 15.

2                  MR. DUBIN:  Thank you.

3                  (Exhibit 15 marked for

4         identification.)

5    BY MR. DUBIN:

6         Q.    Do you know the temperature in the

7    lab at MAS?

8         A.    We did have an immersion thermometer

9    at station.

10        Q.    And what is the temperature?

11        A.    It was 21 degrees.

12        Q.    And so if we wanted to figure out

13   what color you're calling the particle, we

14   could look at the Su tables or 1.560, and we

15   take your RI given, right, and then we can

16   match that up with a wavelength of light,

17   correct?

18        A.    Correct.

19                  MS. O'DELL:  I object to the

20   question.

21                  Where did this table -- what

22   reference did this table come from?

23                  MR. DUBIN:  You're familiar

24   with the Su tables.  We can mark them as an

25   exhibit if it's necessary.  I will mark the Su

Page 106

1    tables so we have them.  I will mark the Su

2    tables as Exhibit 35.  I guess it must be

3    CX-26.

4                    MR. LUDWIG:  My understanding,

5    this is a document prepared by defense

6    counsel.  This is not the Su tables.  This is

7    an excerpt, table, picture of Dr. Su, and some

8    other things; is that correct?

9                    MR. DUBIN:  An excerpt and

10   that's why in case you need it, I am marking

11   the entire document as the next exhibit.

12                   MR. LUDWIG:  Okay.  Well, now I

13   am objecting to testimony about this document

14   then.

15                   MR. DUBIN:  What is your

16   possible objection about my asking him about

17   the color of the particle in the report that

18   he is here to be deposed about?

19                   MR. LUDWIG:  I am objecting to

20   this exhibit 15, which is a defense exhibit --

21                   MR. DUBIN:  It's --

22                   MR. LUDWIG:  -- that's what I

23   am objecting to.

24                   MR. DUBIN:  Okay.  So,

25   Mr. Placitella, do you agree and say that you

Page 107

1    can never use a demonstrative created by

2    counsel as part of examining a witness?

3    Because I am curious about your view on that,

4    Mr. Placitella.  So no more creating exhibits

5    to ask -- or demonstratives to ask our

6    witnesses about, right, Mr. Placitella, or do

7    you disagree with --

8                    MR. LUDWIG:  (Inaudible) --

9                    MR. PLACITELLA:  You're now

10   asking me questions?

11                   MR. DUBIN:  I am asking you

12   that question.

13                   MR. PLACITELLA:  How about I

14   ask you a few?

15   BY MR. DUBIN:

16       Q.    All right.  I am going to continue

17   to ask you questions about this document.

18                   So going back to this, you can

19   find on the table --

20                   MS. O'DELL:  Morty, excuse me.

21   The reason I asked is so if this is a

22   defense-created exhibit, so we understand

23   what's being discussed and for the record,

24   first; and then, second, so Mr. Hess has an

25   understanding of what's being asked of him.

                                              Page 108

1                    I understand you're going to

2      put the Su tables that you're referring to in

3      the chat and so if you go ahead and do that

4      and I assume they are going to be marked as

5      exhibit 16; is that correct?

6                        MR. DUBIN:  I think that's the

7      correct number.  Exhibit 16 will be the Su

8      tables.

9                        MS. O'DELL:  And if you need to

10     see the Su tables, Mr. Hess, or anything else,

11     just request that, and we'll get it in front

12     of you.

13                       MR. DUBIN:  That's fine.

14                       (Exhibit 16 marked for

15         identification.)

16     BY MR. DUBIN:

17        Q.     Anyway, so you can look at the RI

18     that you gave, 1.564, and that will correspond

19     with a wavelength of light, correct?

20        A.     That is correct.

21        Q.     And we can see that the wavelength

22     of -- the color associated with that

23     wavelength of light is purple, right, 560

24     nanometers?

25        A.     In the color chart, that's what it

Page 109

1    shows.

2        Q.    So for purposes of your analysis

3    calling this chrysotile, you were treating

4    this particle as if it was purple, correct?

5                    MS. O'DELL:  Object to the

6    form.

7                    THE WITNESS:  I was treating

8    what I could see around the edges through my

9    scope.

10   BY MR. DUBIN:

11       Q.    And, in fact, if we -- if we look

12   back at what we looked at before, which was

13   reference chrysotile -- we can put that slide

14   back up.

15                   MR. DUBIN:  I don't remember

16   what number it was, but for calling it up,

17   Jake, we can use slide 40.

18   BY MR. DUBIN:

19       Q.    Reference chrysotile, the refractive

20   index number given for that particle by ISO is

21   1.556; that corresponds to magenta, correct?

22                   MS. O'DELL:  Object to the

23   form.

24                   We had an objection previously

25   to this exhibit because it calls for an expert

                                        Page 110

1    opinion and so --

2                    MR. DUBIN:  Are you instructing

3    him not to answer?

4                    MR. LUDWIG:  I am instructing

5    him not to answer for the reasons stated

6    before.

7                    MR. DUBIN:  Okay.  Let's go

8    to -- make the next exhibit slide 43.

9                    MR. KEESTER:  I'm sorry, Morty.

10   That was 43?

11                   MR. DUBIN:  Yeah, and that will

12   be exhibit 17.

13                   (Exhibit 17 marked for

14      identification.)

15   BY MR. DUBIN:

16      Q.    The number -- the wavelength of

17   light that you assigned to this particle on

18   the left that you're calling chrysotile in

19   Johnson & Johnson, you are saying that it is

20   even more purple than standard reference

21   chrysotile depicted on the right, correct?

22                   MS. O'DELL:  Objection.

23                   This is an incomplete depiction

24   of what's being examined.  It is including

25   images that are not Dr. -- Mr. Hess', excuse

```
                                    Page 111
```

1   me, and it is an inappropriate examination of

2   this witness, who is a fact witness, and seeks

3   expert opinion, and we to object to it.

4              MR. DUBIN:  First off, I don't

5   understand how you can say every time that he

6   is a fact witness and not an expert.  He is

7   here to be deposed about his polarized light

8   microscopy work.  There is no way to depose

9   someone about their polarized light microscopy

10  work without asking them questions that are

11  technical in nature.

12             And so if your objection is

13  that every time I ask him for something about

14  his conclusions, it's an expert opinion, then

15  you are essentially shutting down this

16  deposition.  It's --

17             MS. O'DELL:  That's not

18  correct.  We're asking -- we have not

19  instructed Mr. Hess to not respond to

20  questions that are technical.  We have

21  instructed him not to give expert opinion

22  because he is here as a fact witness as you

23  know and as the Special Master has ruled.

24             And this seeks a comparison

25  between the photomicrograph that Mr. Hess took

                                        Page 112

1    to an ISO record for chrysotile and that is

2    beyond the scope of this deposition.

3                   That's -- that is --

4                   MR. DUBIN:  Are you instructing

5    him not to answer?

6                   MS. O'DELL:  Let me finish.

7    I'm sorry.  Let me finish.  I stuttered there.

8                   Judge Schneider was very clear

9    that he is going to be asked about his work

10   and not a comparison of his work to others and

11   that is expert opinion and that's why we're

12   instructing him not to answer.

13                  MR. DUBIN:  Okay.  So you're

14   instructing him not to answer?

15                  MR. LUDWIG:  Correct.

16                  MR. DUBIN:  Okay.

17   BY MR. DUBIN:

18      Q.    I want to make sure and let me raise

19   the question.

20                  As a fact, factually, you

21   assigned a darker purple color to that

22   particle on the left than standard reference

23   chrysotile, correct?

24                  MS. O'DELL:  Objection; that is

25   the same objection, and I just also object to

Page 113

1  use of this color chart without reference to

2  the other charts from Dr. Su's tables that

3  take into consideration the temperature and

4  other aspects of the table.  It's an

5  incomplete hypothetical.  He --

6              MR. DUBIN:  I am sorry.  I

7  don't think you understand the -- I don't

8  think you understand how the analysis works.

9  Because we already did the temperature of the

10 lab when we figured out what nanometer of

11 light he was calling the particle.  So that is

12 not a valid objection scientifically.  Are you

13 instructing him not to answer?

14              MS. O'DELL:  I am going to let

15 Mr. Hess' counsel instruct him, but I have

16 made my objection.

17              MR. LUDWIG:  I am instructing

18 him not to answer.

19              MR. PLACITELLA:  I would just

20 like to -- can you hear me?  I would just like

21 to add the following objection and I am trying

22 to stay out of this.

23              If you're taking a tiny, little

24 piece of a big slide and then blowing -- and

25 then sticking it next to a different slide,

Page 114

 1    there is no guarantee that this accurately

 2    depicts what the actual slide looks like,

 3    especially on a Zoom presentation.  So that's

 4    my concern to put on the record.

 5                    MR. DUBIN:  Okay.  And my --

 6                    MR. PLACITELLA:  Now I'll go

 7    back to sleep.

 8                    MR. DUBIN:  My response to that

 9    is we're comparing the colors associated with

10    two different nanometers of light, which are

11    depicted accurately on the slide, and I

12    understand that you guys are instructing him

13    not to answer and okay.  So we'll have to deal

14    with that later.

15                    MR. PLACITELLA:  No, no, but my

16    objection was beyond that.  My objection was

17    how this was put together, who put the colors

18    on what piece of the photograph and, you know,

19    what someone is being asked to interpret over

20    Zoom; that's all.  Now I will go back to

21    sleep.

22                    MR. DUBIN:  Yeah.  Okay.

23    BY MR. DUBIN:

24        Q.    So let's go back to the Valadez

25    report.

Page 115

1                    Are you -- are you swearing

2       that particle as purple in --

3                         MS. O'DELL:  Object to --

4                         THE COURT REPORTER:  Please

5       repeat your question.

6       BY MR. DUBIN:

7           Q.    Are you swearing that that particle

8       is purple, the one depicted in 001?

9                         MR. LUDWIG:  Objection to form.

10                         THE WITNESS:  No.  The particle

11      itself interior-wise has yellow.  I utilized

12      what I could find through the scope around the

13      edges or at the edge.

14      BY MR. DUBIN:

15          Q.    So are you telling me that that

16      particle we're looking at is somehow entirely

17      surrounded with purple, but we just can't see

18      it?

19                         MS. O'DELL:  Objection to the

20      form; asked and answered.

21                         MR. LUDWIG:  Argumentative.

22      BY MR. DUBIN:

23          Q.    You can respond.

24          A.    Based on what I saw through the

25      microscope.

Page 116

1      Q.    How can we independently verify with
2   your report that that particle is purple
3   without actually being at your scope?
4                   MS. O'DELL:   Objection.
5                   MR. LUDWIG:   Objection; calls
6   for -- objection to form.
7   BY MR. DUBIN:
8      Q.    You can respond.
9      A.    So I do the documentation on the
10  pictures.
11     Q.    But you're telling me that the
12  pictures don't show the purple.
13                  So how can we independently --
14  how can we verify that that particle, in fact,
15  has purple?
16                  MS. O'DELL:   Objection;
17  misstates his testimony.
18                  MR. LUDWIG:   Join.
19                  THE WITNESS:   It's documented
20  as part of the report.   It's in the picture.
21  BY MR. DUBIN:
22     Q.    So you're saying that purple is in
23  the picture.
24                  So where is the purple?
25                  MS. O'DELL:   Objection;

Page 117

1   misstates his testimony.

2   BY MR. DUBIN:

3       Q.    You can respond.

4       A.    I make my determinations on what I

5   can see through the scope and it's represented

6   to the best that I can get it on the screen in

7   the picture.

8       Q.    Okay.  But can we verify that with

9   the picture?  Can we verify that in some way?

10      A.    Other than what's on the picture,

11  Counselor, I cannot speculate.

12              MR. LUDWIG:  Do you need it

13  blown up?

14              MR. DUBIN:  We can blow it up.

15              MR. PLACITELLA:  There it is.

16  BY MR. DUBIN:

17      Q.    Do you see purple or red on the talc

18  plates in this image?  To the extent you're

19  claiming you see it on that particle, do you

20  see it on all the rounded talc plates?

21      A.    On this image, I can just barely.

22      Q.    On the rounded talc plates, right?

23              MR. LUDWIG:  Listen to the

24  question.

25  BY MR. DUBIN:

Page 118

1        Q.    You can see those kind of edge
2   effects on the talc plates as well, right?
3               MS. O'DELL:  I am -- the screen
4   is about ten feet away from Mr. Hess.  I am
5   handing him the Valadez report on my computer
6   so he can see it more clearly.
7   BY MR. DUBIN:
8        Q.    Do you see those same kind of edge
9   effects on all -- on the talc plates?
10       A.    I can see parts, yes.
11       Q.    But talc plates aren't purple in
12   1.560 oil, right, and they are not red,
13   correct?
14               MS. O'DELL:  And if you need to
15   make it bigger or smaller, Mr. Hess, you can
16   just -- you can touch my screen.
17   BY MR. DUBIN:
18       Q.    You can focus on any of these
19   rounded talc plates and you'll see the same
20   edge effects, right?
21               MS. O'DELL:  Object to the
22   form.
23               THE WITNESS:  Similar.
24   BY MR. DUBIN:
25       Q.    So what refractive index number

Page 119

1    would you assign to any of the talc plates

2    that also have that edge effect?  What would

3    you -- what is the refractive index of the

4    talc plates?

5                    MS. O'DELL:  Object to the

6    form; expert opinion.

7                    MR. LUDWIG:  This is an expert

8    opinion.  I am going to instruct him not to

9    answer that one.

10   BY MR. DUBIN:

11       Q.    Mr. Hess, you're basing your calling

12   this particle chrysotile on edge effects that

13   are also present on the talc plates

14   themselves; isn't that right?

15                   MS. O'DELL:  Objection;

16   misstates his testimony.

17   BY MR. DUBIN:

18       Q.    You can respond.

19                   MS. O'DELL:  Objection;

20   misstates his testimony.

21                   MR. LUDWIG:  Join.

22                   MS. O'DELL:  Seeks expert

23   opinion.

24   BY MR. DUBIN:

25       Q.    You can respond.

Page 120

1        A.    At least my opinion of what I am

2    seeing not only on the dispersion staining,

3    but also on the appearance of the structure,

4    whether it shows fibrousity.

5        Q.    You are basing your refractive

6    index --

7                 MS. O'DELL:  Excuse me.  Were

8    you finished with your answer?

9                 THE WITNESS:  It's based on

10   what I see through the scope and my

11   examination of the particle.

12   BY MR. DUBIN:

13       Q.    You are basing your assessment of

14   the refractive index of this particle that

15   you're calling chrysotile based on edge

16   effects that are also present on the rounded

17   talc plates, correct?

18                 MS. O'DELL:  Objection;

19   misstates his testimony.

20   BY MR. DUBIN:

21       Q.    You can respond.

22       A.    I base it on what I see around the

23   particle itself.

24       Q.    And those -- again, my question is,

25   what you're claiming -- the effect that you're

Page 121

1    claiming to see around that particle you're

2    calling chrysotile is also present on the

3    round talc plates, correct?

4                    MS. O'DELL:  Objection.

5                    MR. LUDWIG:  Objection, asked

6    and answered.

7                    MS. O'DELL:  Misstates his

8    testimony.

9    BY MR. DUBIN:

10        Q.    You can respond.

11        A.    I am basing it on my determination

12   from what's around the particle.  I do not

13   take into account what's around the talc.

14        Q.    Okay.  So you don't consider whether

15   or not, because this effect is also on the

16   talc plates, whether it's an artifact of

17   your -- of your analysis?  You don't look at

18   the talc plates to see whether you see the

19   exact same effect on the talc plates?

20                    MS. O'DELL:  Objection;

21   misstates his testimony.  It's not what he

22   testified a moment ago.

23   BY MR. DUBIN:

24        Q.    Are these talc plates, are those

25   also purple, according to you, if you're

Page 122

1    looking at the edge effects?

2        A.    What I am seeing on there is more of

3    a red, but it's not in focus to the point that

4    I would be able to make a determination.

5        Q.    So would the refractive -- would the

6    refractive index value for those talc plates

7    correspond to red?

8                MS. O'DELL:  Objection.

9                He was just saying it wasn't in

10   focus and you can't make that determination

11   from a photomicrograph on a screen.

12   BY MR. DUBIN:

13       Q.    So are those talc plates -- does the

14   refractive index that you assigned to them

15   based on their edges, does that correspond to

16   red?

17               MS. O'DELL:  Same objection.

18   BY MR. DUBIN:

19       Q.    You can respond.

20       A.    I would not give it the same.

21               THE COURT REPORTER:  Please

22   repeat your answer.

23               MR. LUDWIG:  I think it was:  I

24   would not give it the same.

25               I think you were still talking?

Page 123

1              THE WITNESS:  No; that's it.  I
2    would not give it the same.
3    BY MR. DUBIN:
4       Q.     So what is the CSDS color of, let's
5    say, this large talc plate towards the bottom
6    left?  What is the CSDS color that you would
7    use to assign a refractive index to that
8    particle?
9              MS. O'DELL:  Which particle?
10             MR. PLACITELLA:  I will place
11   an objection before he answers and I know
12   you're doing the best you can, but at this
13   point, at least on the screen that I am
14   seeing, this image is pretty blurry, you know,
15   but you did -- you're doing the best you can.
16             MR. DUBIN:  This is the image
17   that we have from Dr. Longo.
18             MR. PLACITELLA:  Well, that's
19   not necessarily the image.  This is a blowup
20   on a Zoom, you know.
21             MR. DUBIN:  He also has the
22   actual report in front of him on a computer.
23   Now what?
24             MR. PLACITELLA:  Just --
25             MR. DUBIN:  Okay.

Page 124

1                    MR. PLACITELLA:  -- trying to

2    keep the record clean.

3                    MR. DUBIN:  Okay.

4    BY MR. DUBIN:

5        Q.    What CSDS color are you assigning to

6    the talc plates that we're looking at?

7                    MS. O'DELL:  Object to the

8    form; that seeks expert opinion.  He is not

9    a -- he did not analyze these particular talc

10   particles.  He didn't make findings in the

11   report.

12                    To ask him to do it on the fly,

13   in a Zoom is an expert opinion and beyond the

14   scope of what he did for the report and we

15   object on that basis.

16                    MR. DUBIN:  Are you instructing

17   him not to answer the question?

18                    MR. LUDWIG:  I was just going

19   to say, exactly, and I am instructing him not

20   to answer that question because he is not --

21   it's not the scope.  Him doing an analysis of

22   a talc particle on the fly is not what the

23   Judge -- is not the purpose of this

24   deposition.

25                    MR. DUBIN:  Okay.  You have

Page 125

 1  instructed him not to answer.  We'll just deal
 2  with it in court later.
 3                  Let's look at the second image,
 4  002.
 5                  MS. O'DELL:  Okay.  What image
 6  are you looking at and what page?
 7                  MR. DUBIN:  Okay.  So, Jake,
 8  can you give the page?  This is the image of
 9  CSM 002.
10                  MR. KEESTER:  So my PDF is page
11  38, but since your report seems to be one page
12  less, it will probably be page 37, but it is
13  CSM-002.
14                  MS. O'DELL:  Okay.
15  BY MR. DUBIN:
16      Q.    What color is that particle?
17      A.    Can you zoom in, please?
18      Q.    Sure.
19      A.    The particle itself, yellow with
20  some pale blue.
21      Q.    Okay.  And do you see that there is
22  a rounded talc plate?  If you move your eye
23  from the top of the two arrows over towards
24  the left, there is a rounded talc plate.
25                  Do you see that?

Page 126

1              MR. LUDWIG:  Objection.

2              Once again, you're asking him

3    to analyze what you claim to be a talc

4    particle on the fly; that calls for expert

5    testimony.  I am instructing him not to answer

6    that question.

7    BY MR. DUBIN:

8        Q.    You said you have done PLM

9    dispersion staining analysis for 30 years,

10   Mr. Hess?

11       A.    That is correct.

12       Q.    Are you not -- are you not able to

13   tell me -- to follow over on the image and

14   look at this talc plate with me?  Is that

15   beyond your experience and training?

16             MR. LUDWIG:  I am going to

17   object.

18             This is argumentative.  His

19   experience is under the microscope.  So I am

20   objecting to the form of the question.  It's

21   argumentative.

22   BY MR. DUBIN:

23       Q.    Is the particle you're calling

24   chrysotile here, is that essentially the same

25   color as the talc plates in the image?

Page 127

1                    MR. LUDWIG:  Objection, same

2    objection.  I am instructing him not to

3    answer.

4                    MR. DUBIN:  Okay.  Can't wait

5    to be heard on these.  All right.

6    BY MR. DUBIN:

7        Q.    Do you know what -- if we go down

8    and we look at the RI value, RI 1.565, do you

9    know what color that -- by reporting that

10   refractive index value for this particle, do

11   you know what color you were calling it?

12       A.    I don't recall.

13                   MR. DUBIN:  Let's go to the

14   slide, Jake, and we'll make that the next in

15   order, the slide for this particle; that will

16   be exhibit -- are we on 17 or 18?

17                   THE COURT REPORTER:  One moment

18   and I can verify.

19                   MR. DUBIN:  Sure.  I think it's

20   18.

21                   THE COURT REPORTER:  Yes, this

22   is Exhibit 18.

23                   MR. DUBIN:  Why don't we call

24   up that slide and we can put it in chat.

25                   (Exhibit 18 marked for

Page 128

1          identification.)

2     BY MR. DUBIN:

3          Q.    You -- for purposes of your

4     analysis, you're calling this particle

5     somewhere between a magenta and a purple for

6     purposes of your analysis, right?

7                    MS. O'DELL:  Just wait a

8     minute.

9                    What particle is this?

10                   MR. DUBIN:  This is the same

11    particle, CSM 002.

12    BY MR. DUBIN:

13         Q.    You're calling it somewhere between

14    a magenta and a purple for purposes of your

15    analysis?

16         A.    I am calling the edge that I saw.

17         Q.    You're calling the edge that you saw

18    purple and magenta?  Is that what you're

19    saying?

20         A.    That is correct.

21         Q.    The same type of purple or red

22    colors that are on the talc plates?

23                   MS. O'DELL:  Object to the

24    form.

25                   MR. LUDWIG:  Object to the

                                        Page 129

1    form.

2                    I instruct you not to answer.

3    BY MR. DUBIN:

4        Q.    Do you know -- as you adjust the

5    focus on a microscope up and down, do you know

6    whether you can -- if things are out of focus,

7    you can see a red edge on particles?  Are you

8    familiar with that?

9        A.    I have observed that.

10       Q.    And so one way that you can get

11   these types of edges around particles is if

12   they are just not -- if they are -- is your

13   focus, depending on your focus, right?

14                   MS. O'DELL:  Object to the

15   form.

16                   THE WITNESS:  Correct.

17   BY MR. DUBIN:

18       Q.    And without these edges, without

19   these sort of red colors at the edges, then

20   the CSDS color that you would have had to

21   assign to the particle would be -- would

22   correspond to yellow, right?

23                   MR. LUDWIG:  Objection to form.

24                   That's calling for an expert

25   analysis, which he is not here to present

Page 130

1   today.

2                   MR. DUBIN:   Are you instructing

3   your witness not to answer yet again?

4                   MR. LUDWIG:   I am instructing

5   him not to answer that one, yes.

6                   MR. DUBIN:   Okay.

7   BY MR. DUBIN:

8       Q.   How can you tell whether or not the

9   red that you're seeing on the edges is an

10  artifact of focus?

11      A.   By assuring that my particle is in

12  focus.

13      Q.   Mr. Placitella was complaining that

14  the image is blurry.

15                  Does it look completely in

16  focus to you?

17                  MS. O'DELL:   Object to the

18  form.

19                  MR. LUDWIG:   Join.

20                  THE WITNESS:   I base it on what

21  I see through the scope.

22  BY MR. DUBIN:

23      Q.   Do you know whether or not edge

24  effects like that can be created by total

25  refraction even for an in focus particle?   Do

Page 131

1   you know that?

2                 MS. O'DELL:  Objection to the

3   form; calls for expert opinion.

4                 Morty, this slide has not been

5   put in the chat and so we would request that

6   it be put in the chat.

7                 MR. DUBIN:  We're doing it.

8   Obviously, it takes a little time to do the

9   slides and it's not like you're not seeing the

10  whole document, but we'll put them in chat.

11                MS. O'DELL:  We thank you and

12  we need to see them.  It's important.

13                The second thing is, where did

14  this color bar, color chart come from on the

15  side and -- because it's unclear from what's

16  being --

17                MR. DUBIN:  These are slides

18  that have been presented to Dr. Longo before

19  for his testimony and that he has agreed to.

20  So these are -- this type of color bar was

21  used in the 104 hearings with Dr. Longo, in

22  addition to being used in his Eagles and Lonzo

23  depositions.

24                MS. O'DELL:  That's completely

25  immaterial.

Page 132

1                     MR. DUBIN:  You asked -- okay.

2    I have told you the answer.  I am asking him

3    about it.

4                     MR. KEESTER:  Sorry to jump in.

5    I can't share a slide while I have it open.

6    It's the way Microsoft applications work.  So

7    I am sharing them the moment I close out of

8    PowerPoint.

9                     MS. O'DELL:  Okay.  Thank you.

10                     MR. DUBIN:  Okay.  We can go

11    back to the Valadez report.  We can put that

12    one in chat.

13    BY MR. DUBIN:

14        Q.     And as I said, I believe there was a

15    question pending before the objection.

16                     Are you familiar with the fact

17    that the phenomena of total reflection can

18    create these kind of edge effects for

19    particles?

20                     MR. LUDWIG:  Can that be reread

21    back?  I'm sorry.  There was a break in the

22    question, maybe distorted by the Zoom.  I am

23    sorry.

24                     MR. DUBIN:  It's fine.  I

25    already asked him.  He didn't know what the

Page 133

1    phenomena was earlier.  So it's fine.  Don't

2    worry about it.  This next -- let's go to CSM

3    003.

4    BY MR. DUBIN:

5        Q.    What color is the particle?

6        A.    The particle appears to be yellow.

7        Q.    Do you know at -- by assigning RI

8    1.568, do you know what color you were calling

9    this particle?

10        A.    Not without the charts available.

11        Q.    All right.  You were -- do you know

12    you were calling this particle somewhere

13    between a magenta and purple?

14                MS. O'DELL:  Objection to form.

15                MR. LUDWIG:  Can you zoom in on

16    the particle, please?

17                MR. DUBIN:  Sure.

18    BY MR. DUBIN:

19        Q.    You're treating this particle for

20    purposes of your analysis as if it is magenta

21    and purple?

22                MS. O'DELL:  Objection to the

23    form.

24                He said he can't -- cannot

25    determine that without the charts and other

```
                                        Page 134
 1    materials used in --
 2                   MR. LUDWIG:  (Inaudible) it's
 3    clear to you.  I mean, we're dealing with a
 4    situation where it's ten, fifteen feet from
 5    you; so.
 6    BY MR. DUBIN:
 7        Q.    You're the analyst who did this
 8    work.
 9                   What color were you calling it?
10                   MS. O'DELL:  And just for the
11    record, what's the page of the Valadez report?
12                   MR. KEESTER:   Mine is page 43.
13    Yours is probably page 42.
14                   MS. O'DELL:  Thank you.
15                   MR. DUBIN:  And maybe it will
16    help.  We can make exhibit 19 slide 48 and put
17    that up.
18                   MR. LUDWIG:  Mr. Dubin, we have
19    been going for a little --
20                   MR. DUBIN:  We'll break after
21    this slide and we'll take lunch.
22                   MR. LUDWIG:  We'll take a lunch
23    break after this slide.
24                   (Exhibit 19 marked for
25        identification.)
```

Page 135

1  BY MR. DUBIN:

2       Q.    Do you know that the refractive

3  index that you have assigned to this particle

4  corresponds to the colors magenta and purple?

5  Are you aware of that?

6       A.    I do see --

7                 MR. PLACITELLA:  I have the

8  same objection I had before.  This is even

9  less clear than the last one.

10  BY MR. DUBIN:

11      Q.    Okay.  Are you aware that the

12  refractive index numbers you assigned to this

13  particle are -- correspond to magenta and

14  purple?

15                MS. O'DELL:  Object to the

16  form.

17                He has already testified he

18  would need the charts and other information.

19  BY MR. DUBIN:

20      Q.    Well, just -- do you know that?  Are

21  you aware that that's the color you said this

22  particle was?

23      A.    I am.

24      Q.    Okay.

25      A.    But not the particle.

Page 136

1     Q.    Not the particle, what you're

2  calling the edge effects, right, or the edges,

3  you're saying?

4     A.    That is correct.

5     Q.    Okay.  And we can go back to the

6  image in the Valadez, same image, and you can

7  see you have these edges, the same types of

8  edges on these -- on many of the rounded

9  structures that are talc plates, right?

10                MS. O'DELL:  Objection to the

11  form.

12                MR. LUDWIG:  Same objection.

13                I instruct him not to answer.

14  Once again, on-the-fly analysis of talc

15  plates.

16                MR. DUBIN:  You're instructing

17  him not to answer?

18                MR. LUDWIG:  Correct.

19  BY MR. DUBIN:

20     Q.    Okay.  And, again, I want to

21  understand your experience, your personal

22  experience with these types of edge effects,

23  and I just want to ask you about an image,

24  whether it's something that you have seen

25  before.

Page 137

1                    MR. DUBIN:  And we'll mark that

2    as exhibit 20.  It will be CX-56.

3                    (Exhibit 20 marked for

4        identification.)

5    BY MR. DUBIN:

6        Q.    So Cargille glass, Cargille glass

7    has a single refractive index, right?

8                    MS. O'DELL:  Objection to the

9    form.

10                   What's being shown on the

11   screen?

12                   MR. DUBIN:  These are images of

13   Cargille glass in dispersion staining.  I am

14   asking him about his experience and his

15   background, experience, and training.

16                   MS. O'DELL:  He is not here as

17   an expert witness and --

18                   MR. LUDWIG:  Right.  So --

19                   MS. O'DELL:  -- this is beyond

20   the scope.  Excuse me.  Counsel, go ahead.

21                   MR. LUDWIG:  I'm sorry.  So I

22   am instructing the witness not to answer.

23   Exactly.

24   BY MR. DUBIN:

25       Q.    And I am going to keep asking you

Page 138

1    some questions about this and if your attorney

2    wants to object and say for you not to answer

3    to each of them, that's fine.  We'll do that.

4                   Can you see -- are you familiar

5    with this phenomena that even if you look at a

6    particle with a single refractive index,

7    right, for example, blue here, you can see

8    sometimes these edge effects such as the red

9    or the purple that we're seeing in this image?

10                   Are you familiar with the fact

11   that that happens?

12                   MS. O'DELL:  Objection; beyond

13   the scope of the deposition; beyond the scope

14   of this witness' testimony; assumes facts not

15   in evidence.

16   BY MR. DUBIN:

17       Q.    Do you know how to determine --

18   sorry.

19                   MR. DUBIN:  Is there

20   instruction not to answer that?

21                   MR. LUDWIG:  There is

22   instruction not to answer that, yes.

23   BY MR. DUBIN:

24       Q.    Do you know how to determine in

25   these kind of circumstances what the true CSDS

Page 139

1   color is?  Do you know how to do that?

2                   MR. LUDWIG:  Same objection.

3                   MR. DUBIN:  Are you instructing

4   your witness not --

5                   MR. LUDWIG:  I am.

6                   MR. DUBIN:  -- to answer?

7                   MS. O'DELL:  Join.

8                   MR. DUBIN:  Okay.

9   BY MR. DUBIN:

10      Q.    Are you familiar with why you can

11  get these types of red edges around certain

12  particles that do not reflect the true central

13  stop dispersion staining color of the

14  particle?  Do you know anything about that?

15                  MR. LUDWIG:  Same objection;

16  same instruction.

17                  MR. DUBIN:  Okay.

18                  MS. O'DELL:  Join.

19  BY MR. DUBIN:

20      Q.    If you were to base your calculation

21  of the refractive index of this piece of

22  Cargille glass on the red edge here, you would

23  be getting the wrong result, correct?

24                  MR. LUDWIG:  Same objection;

25  same instruction.

```
                                            Page 140

 1                    MS. O'DELL:  Join.

 2     BY MR. DUBIN:

 3         Q.     However, you, when you're looking at

 4     the yellow particles in your analysis, you

 5     take these edge effects and you base your

 6     calculations on them, correct?

 7                    MR. LUDWIG:  Same objection;

 8     same instruction.

 9                    MS. O'DELL:  Misstates the

10     record and misleading and argumentative.

11                    MR. DUBIN:  All right.

12     BY MR. DUBIN:

13         Q.     Do you have experience working with

14     and analyzing Cargille glass?

15         A.     Not analyzing, but utilizing it --

16         Q.     Have you --

17         A.     -- I do recall.

18         Q.     Have you ever observed these types

19     of phenomena when looking at Cargille glass?

20         A.     I have not.

21         Q.     Okay.  What is a -- do you know how

22     to perform a Becke line analysis?

23                    MS. O'DELL:  Beyond the scope

24     of the reports in this case and seeks expert

25     opinion.
```

Page 141

1                    MR. DUBIN:  Are you --

2                    MR. LUDWIG:  Join.

3                    MR. DUBIN:  -- instructing him

4   not to answer?

5                    MR. LUDWIG:  Not to answer.

6   BY MR. DUBIN:

7       Q.    Do you know how to use a Becke line

8   analysis to determine in a situation such as

9   we're looking at here what the correct CSDS

10  color is?

11                   MR. LUDWIG:  Same objection;

12  same instruction.

13                   MS. O'DELL:  Join.

14  BY MR. DUBIN:

15      Q.    Have you performed any Becke line

16  analysis with respect to any of the particles

17  that you're claiming are chrysotile in Johnson

18  & Johnson?

19      A.    I have not.

20      Q.    Okay.

21                   MR. PLACITELLA:  Morty, you

22  look really hungry.

23                   MR. DUBIN:  All right.  We can

24  take lunch now.  How long do you guys want?

25  We can go off the record.

Page 142

1              VIDEOGRAPHER:  The time is

2    12:38 p.m.  We're off the record.

3              (Break held off the record.)

4              VIDEOGRAPHER:  The time is

5    1:28 p.m.  We are back on the record.

6    BY MR. DUBIN:

7       Q.    All right.  Well, we'll see.  If

8    there is an objection to this as well and this

9    topic, then we'll move on from it, but I need

10   to ask it to make sure.

11             So I put together a slide and I

12   put together some excerpts from the Valadez

13   report just so they are all in one spot for

14   the backup of this slide.

15             We'll mark the backup, which is

16   CX-12, as the next exhibit in order.  I guess

17   that's 20?

18             THE COURT REPORTER:  If you

19   would like me to check, give me one moment.

20             MR. DUBIN:  Sure.  Thanks.

21             MR. KEESTER:  I believe that's

22   21.

23             MR. DUBIN:  Twenty-one.

24             THE COURT REPORTER:  I will

25   take counsel's assertion it's 21 without

                                    Page 143

1   checking.

2                 MR. DUBIN:  Okay.  It's 21

3   then.  All right.  So we'll make that 21 and

4   can you just put it in chat, Jake?

5                 MR. KEESTER:  Already done.

6                 MR. DUBIN:  And then the slide

7   which will be 22 and that's slide 48.

8                 (Exhibits 21 and 22 marked for

9        identification.)

10  BY MR. DUBIN:

11     Q.    I tried to ask you this already,

12  Mr. Hess, but the same type of edge effects

13  that you're relying on to call particles

14  chrysotile in Johnson & Johnson are also

15  present on talc plates in your analysis; is

16  that true?

17                 MS. O'DELL:  Objection.  This

18  is beyond the scope of the deposition and

19  Mr. Hess' testimony.

20                 Further, the way that these

21  particles are depicted from who knows what is

22  misleading and not representative of what was

23  actually in the reports.

24                 MR. LUDWIG:  I will join and

25  instruct the witness not to answer.

Page 144

1   BY MR. DUBIN:

2       Q.    Okay.  But it is true, Mr. Hess,

3   that when you're calling particles chrysotile

4   in Johnson & Johnson, you're basing that not

5   on the color of the particle that you're

6   seeing, but on the color of the edge effects

7   that you're seeing, right?

8       A.    Focused at the edge, this -- the way

9   everything I do is set up initially with the

10  alignment and centering of all the objectives

11  and lenses with the scope, with the

12  illumination lamp full, field diaphragm open,

13  and I scan for a suspicious object.

14              When I focus in on what appears

15  to be suspicious, I first make sure that I can

16  see signs of fibrousity.  Then I go back to

17  dispersion staining and I will utilize what's

18  in Dr. Su's paper, looking at the edge, as

19  stated on page 3 and page 5, utilizing what's

20  on page 5, which specifically shows or

21  indicates to me looking at the edge --

22      Q.    Page 5 of what?

23      A.    -- specifically says:  At particle

24  edge.

25      Q.    Page 3 and page 5 of what?

Page 145

1           MS. O'DELL:  He is not

2    finished, Morty.

3    BY MR. DUBIN:

4        Q.    Sorry.

5        A.    And then I -- best I can or I will

6    do everything I can to make sure that what I

7    am seeing is best represented in the

8    photograph that I take and I am not seeing the

9    things on the screen, I use the scope.

10       Q.    So are you telling me that in order

11   to understand your work and the calls that

12   you're making, that I -- someone needs to be

13   actually looking through your microscope?

14               MR. LUDWIG:  Objection.

15               MS. O'DELL:  Objection.

16   BY MR. DUBIN:

17       Q.    You can respond.

18       A.    No, sir.  I am sure there is plenty

19   of the sample available where someone at your

20   client's place can do the same thing.

21       Q.    Well, just to understand what the

22   call is that you're making on a particular

23   particle, do I need to be looking through your

24   scope?

25       A.    It's documented in the photographs

Page 146

1    and the reports that are submitted.

2       Q.    So if we don't see something in the

3    photograph that you're claiming is there, then

4    it wasn't really there?

5                 MS. O'DELL:    Objection.

6                 MR. LUDWIG:    Objection.

7                 MS. O'DELL:    Argumentative.

8                 MR. LUDWIG:    Objection to form;

9    argumentative.

10   BY MR. DUBIN:

11      Q.    You can respond.

12      A.    It doesn't mean that it wasn't

13   there.  I use the scope, not the screen.

14      Q.    Okay.  You mentioned illumination.

15   So I just want to talk about that again for a

16   second.  We can go back to the Valadez report.

17   We can go to -- let's go to the first image,

18   the No. 1.  I think it's thirty- -- okay.

19                 Is it your testimony that the

20   Leica microscope that you're using can't take

21   images that are any brighter than this?

22      A.    I believe I have already answered

23   that question.

24      Q.    I'm asking about this specific

25   image.

Page 147

1                    Do you have an answer, sir?

2        A.    In reference to this image, as I

3    recall the previous image was something a

4    little different.  So I would have to say,

5    yes.

6        Q.    I'm sorry.  I don't understand.

7                    So to make sure the question is

8    clear, is it your testimony that the Leica

9    microscope cannot take any brighter image than

10   what we see here?

11                   MS. O'DELL:  Objection to the

12   form; asked and answered.

13                   THE WITNESS:  I cannot answer

14   as to the actual scope itself, but in my

15   experience with it, this is the brightest I

16   can get it.

17                   MR. DUBIN:  I just want to show

18   you -- we'll mark it as the next exhibit in

19   order.  I guess it's -- now we're on 23,

20   CX-62.

21                   (Exhibit 23 marked for

22       identification.)

23   BY MR. DUBIN:

24       Q.    Is your Leica microscope able to

25   take images that are as bright as what we're

                                        Page 148

1   seeing here in image 62?

2              MS. O'DELL:  Let me just --

3   what is being displayed on the screen?

4              MR. DUBIN:  I am just using it

5   for demonstrative purposes right now and I am

6   asking him a question about his microscope.

7   BY MR. DUBIN:

8      Q.   Is it able to take images that are

9   as bright as the one that we see on the

10  screen?

11             MS. O'DELL:  Object to the --

12  object to the question; calls for expert

13  testimony.  It's beyond the scope of what he

14  did for purposes of these reports.

15             MR. LUDWIG:  I want to add that

16  these images call for speculation.  I mean, he

17  is being asked to analyze an image on

18  PowerPoint on an unknown -- an unknown source.

19             I think this, once again, calls

20  for expert testimony to make that comparison.

21  So I am going to instruct him not to answer

22  the question.

23             MR. DUBIN:  I am asking him

24  about his microscope, his illumination

25  settings, what he sees under the microscope,

Page 149

1    and I'm asking him whether his microscope that

2    he knows and he works with is capable of

3    producing an image at this illumination level

4    and my question stands.

5    BY MR. DUBIN:

6        Q.    Can you answer that for me,

7    Mr. Hess?

8                    MR. LUDWIG:  And I am making

9    the same objection I made and I am

10    incorporating the same response and

11    instructing him not to answer.

12                    You're asking for a comparison.

13    BY MR. DUBIN:

14        Q.    Okay.  I will tell you what this is,

15    Mr. Hess.  This was an image that was taken by

16    Dr. Su on the same type of microscope that

17    you're using.

18                    Are you testifying that your

19    microscope cannot take images at this level of

20    illumination?

21                    MS. O'DELL:  Objection; calls

22    for expert testimony, it's beyond the scope of

23    this deposition, and he has testified already

24    to the level of illumination that he has used

25    in the photomicrographs for these reports.

Page 150

1               MR. LUDWIG:  Once again, I am

2   going to incorporate my previous objections

3   and instruct him not to answer.  Dr. Su --

4               MR. DUBIN:  If you're going to

5   instruct him not to -- if you're going to

6   instruct him not to answer, we don't have

7   to --

8               MR. LUDWIG:  I instruct him not

9   to answer then.

10              MR. DUBIN:  And that's fine.

11  Because we will be arguing about this at some

12  point.

13  BY MR. DUBIN:

14      Q.    But let me ask you again, Mr. Hess,

15  are you testifying under oath that the images

16  that you have for, for example, in the Valadez

17  report we have looked at are taken at as high

18  an illumination setting as the microscope

19  goes?  Are you testifying to that?

20              MS. O'DELL:  Asked and

21  answered.

22              THE WITNESS:  Yes.

23  BY MR. DUBIN:

24      Q.    What is the correct formula for

25  determining birefringence?

Page 151

1      A.     I keep a manual handy for

2  mathematics.

3      Q.     What manual?

4      A.     I have the McCrone manual and other

5  manuals within the laboratory covering what

6  McCrone covers in his coursebook.

7      Q.     Do you recall the name of the

8  manual?

9      A.     No, I do not recall.

10     Q.     Okay.  Do you recall anything about

11 it other than it's a manual?  When it's from?

12 Who the author is?  Anything?

13     A.     The author is McCrone.

14     Q.     Okay.  Do you recall what the

15 formula is, how you -- what numbers do you

16 use?  What -- how do you calculate?

17     A.     I don't recall.  That's why we keep

18 reference materials.

19     Q.     Are you the one who does the

20 birefringence calculations for these reports?

21     A.     No.

22     Q.     Who does them?

23     A.     I believe it's part of what

24 Dr. Longo puts together.

25     Q.     Okay.  What are the correct central

                                    Page 152

1    dispersion staining colors for chrysotile in

2    1.550 in parallel and perpendicular?

3         A.    In parallel, generally, if you can

4    get a single fiber, which is what I understand

5    that gives you the best, but, unfortunately,

6    in chrysotile, they are too small.  So they

7    deal with bundles.

8                   But, generally, you're looking

9    in the blue, magenta range; and in gamma,

10   based on the Canadian chrysotile, as I

11   understand it, and perpendicular, which is the

12   alpha, would be in the lighter blue range.

13        Q.    Okay.  And what is your

14   understanding of the CSDS colors associated

15   with Calidria in 1.550?

16        A.    I am not familiar with that

17   particular table.

18        Q.    Okay.  So you don't have a view of

19   what colors Calidria asbestos demonstrates in

20   parallel or perpendicular in 1.550?

21        A.    From my experience.

22        Q.    Okay.  So what is it?

23        A.    Well, it ranges between the

24   Calidria -- excuse me -- between the Canadian

25   chrysotile standard and a yellow gold color

Page 153

1    gamma.

2        Q.    Okay.  So you're saying in parallel

3    it's -- you're claiming that Calidria will be

4    between a yellow gold and a magenta.

5                   Is that what you're saying?

6        A.    That's been my experience.

7        Q.    Okay.  Are you aware of any

8    scientific references that say that Calidria

9    in 1.550 will be yellow gold in parallel?

10       A.    I am not aware of any.

11       Q.    Can -- in your experience can talc

12   be yellow gold in parallel?

13       A.    In my experience what I have seen

14   that ends up what I will call talc, that's

15   generally a very, very pale yellow at best to

16   white.

17       Q.    So talc should be pale yellow to

18   white.

19                   MR. DUBIN:  Can we go back to

20   the Zimmerman image -- go back to the

21   Zimmerman report for a second.

22   BY MR. DUBIN:

23       Q.    Looking again at the Zimmerman

24   image, we see some talc plates here.

25                   Why isn't your talc pale yellow

Page 154

1   to white in this image?

2                MR. LUDWIG:  (Inaudible.)

3                THE COURT REPORTER:  I couldn't

4   hear you, sir.  Please repeat.

5                MR. LUDWIG:  I said, Paul, if

6   you need it zoomed in, please feel free to ask

7   it.

8                THE WITNESS:  Well, one, my

9   previous comment was based on fibrous talc,

10  not talc flakes.

11  BY MR. DUBIN:

12       Q.    And anything else?

13       A.    No.

14       Q.    Okay.  The refractive index of

15  elongated talc or a talc fiber in parallel is

16  similar to the refractive index of the talc

17  plate, correct?

18                MS. O'DELL:  Calls for an

19  expert opinion; beyond the scope of this

20  deposition.  I --

21                MR. LUDWIG:  And I join and

22  instruct him not to answer.

23                MR. DUBIN:  I am asking him

24  about what he just testified about, the

25  explanation that he just testified about, and

Page 155

1  you're instructing him not to answer.

2              Is that -- is that actually

3  happening?  Because -- are you instructing him

4  not to answer that question?

5              MR. LUDWIG:  Yes.

6              MR. DUBIN:  Okay.

7  BY MR. DUBIN:

8      Q.    The reason these are yellow and

9  orange -- these are all orange and gold is

10  because you have got a tungsten light shining

11  on them, right?

12              MS. O'DELL:  Objection.

13              MR. PLACITELLA:  I object to

14  your testimony, Morty.

15  BY MR. DUBIN:

16      Q.    Is that correct?

17              MS. O'DELL:  Same objection;

18  misstates the evidence.

19              THE WITNESS:  That is correct.

20  BY MR. DUBIN:

21      Q.    So you're saying Calidria -- when

22  did you first -- what is your view that

23  Calidria asbestos in parallel can be yellow

24  gold based on?

25      A.    Experience examining the Calidria

Page 156

1  material.

2      Q.    First, who -- at some point were you

3  examining Johnson & Johnson using 1.550 oil,

4  but not reporting chrysotile?

5              MS. O'DELL:  I'm sorry.  I

6  missed the last part of that question.  Would

7  you mind repeating it?

8  BY MR. DUBIN:

9      Q.    At some point in time were you

10  analyzing Johnson & Johnson talc using 1.550,

11  but not reporting chrysotile?

12              MS. O'DELL:  Object to the

13  form.

14              THE WITNESS:  I don't recall.

15              MR. DUBIN:  Again, but for the

16  Court's ruling, I would be asking now, along

17  those lines -- and I will just accept the --

18  make the objections.  Because we're going to

19  have to bring this up.

20  BY MR. DUBIN:

21      Q.    You did a report -- you looked at

22  about 70-something samples of Johnson &

23  Johnson related talc using 1.550 oil and

24  reported chrysotile in none of the samples at

25  some point; isn't that right?

Page 157

1                    MS. O'DELL:  That is -- that is

2     direct --

3                    MR. DUBIN:  Okay.  I --

4                    MS. O'DELL:  -- in --

5                    MR. DUBIN:  -- that you're

6     going to object to it.  I just want the

7     question on the record because we're going

8     to -- I want to -- we're going to take this at

9     issue.

10                    So I understand.  You can

11     object per the Court and instruct him not to

12     answer.

13                    MR. LUDWIG:  I instruct him not

14     to answer.

15                    I do have a question for you,

16     Mr. Dubin.  Are you done with this image?

17     Because the --

18                    MR. DUBIN:  I will take it

19     down; that's fine.

20                    MR. LUDWIG:  I just don't know.

21     Because I see Paul straining to watch you;

22     that's why I asked.

23                    MR. DUBIN:  Uh-huh.

24     BY MR. DUBIN:

25        Q.    So at some point you decide to use

Page 158

1  Calidria as a reference.

2            Whose idea was that at MAS?

3       A.    As I recall, it was a collaborative

4  effort between Dr. Longo and myself.

5       Q.    But who first suggested using

6  Calidria as a reference?

7       A.    That I do not recall.

8       Q.    Okay.  When is the first time you

9  recall ever looking at Calidria by PLM

10 dispersion staining analysis?

11      A.    I don't recall when that was either.

12      Q.    But do you recall even generally?

13 Like, what -- was it within the last ten

14 years?  Five years?  Before that?

15      A.    Within the last five.

16      Q.    Did you ever participate in any

17 NVLAP proficiency testing related to Calidria?

18      A.    No.

19      Q.    So the whole reason why dispersion

20 staining can be used is because minerals have

21 defined refractive indices, right?

22            MR. LUDWIG:  That calls for

23 expert testimony, objection.

24            I instruct you not to answer.

25            MS. O'DELL:  Join.

Page 159

1    BY MR. DUBIN:

2        Q.    Why -- how is it that you can use

3    PLM to identify minerals by dispersion

4    staining?  What property is it that allows you

5    to do that?

6        A.    The refraction angle between

7    particle and oil creates a color that we can

8    use then to try to identify wavelength based

9    on temperature and the version of oil that's

10   been used.

11       Q.    No question, if I look at Calidria

12   in 1.550, I can see generally magenta in

13   parallel and blue in perpendicular, right?

14       A.    I have seen that in my experience.

15       Q.    Okay.  So how is it in your view

16   that somehow Calidria is also showing golden

17   yellow?  What physical -- what property of

18   physics changes it so that sometimes when

19   you're finding it, it's to you golden yellow

20   as opposed to magenta?

21                   MR. LUDWIG:  Objection, same

22   objection.

23                   I instruct you not to answer.

24                   Calls for expert testimony.

25                   MS. O'DELL:  Join.

Page 160

1   BY MR. DUBIN:

2       Q.    We saw in the Zimmerman image that

3   your talc could appear golden yellow, right?

4                 MS. O'DELL:   Object to the

5   form.

6                 It's not his talc.  It's

7   Johnson & Johnson talc.

8   BY MR. DUBIN:

9       Q.    Your images of talc can appear

10  golden yellow, right?

11      A.    Off the -- the Olympus BH2, yes.

12      Q.    So if both -- if in your view both

13  Calidria and talc can show golden yellow in

14  parallel, how are you distinguishing between

15  them?

16                 MS. O'DELL:   Objection to the

17  form.

18                 THE WITNESS:   By whether I am

19  actually looking at fibrous talc or talc

20  plates.

21  BY MR. DUBIN:

22      Q.    But your elongated talc -- now,

23  first of all, do you have any -- do you have

24  images -- what is your practice about imaging

25  when you do a review?  Do you always take

Page 161

1   images?

2       A.     If we find a structure of interest.

3       Q.     Do you do that both when you're

4   looking for fibrous talc and when you're

5   looking for chrysotile?  You take images?

6       A.     If I find something that I feel

7   comfortable calling fibrous talc, yes.

8       Q.     Do you have images -- we'll go back

9   and do that.

10                So my understanding is that

11  you're trying to say that even with the

12  tungsten light shining on the particles, talc

13  plates are going to be golden yellow, but what

14  you're calling fibrous talc is going to be

15  still bright yellow or pale yellow even --

16                MS. O'DELL:  Objection.

17  BY MR. DUBIN:

18      Q.     -- is that what you're saying?

19                MS. O'DELL:  I'm sorry.

20  Objection; misstates his testimony.

21  BY MR. DUBIN:

22      Q.     I mean, wouldn't the fibrous talc

23  also have the same color as the talc in

24  parallel?

25                MS. O'DELL:  Object to the

                                        Page 162

1    form.

2                        THE WITNESS:  Not in my

3    experience have I seen that.

4    BY MR. DUBIN:

5        Q.    Are you familiar with any published

6    reference values for the refractive indices of

7    talc in parallel, in talc -- elongated fiber

8    of talc in parallel?

9                        MS. O'DELL:  Objection; calls

10   for expert testimony; beyond the scope of the

11   work he has done in this -- in these reports.

12                       MR. LUDWIG:  I join and I

13   instruct him not to answer.

14                       MR. DUBIN:  Okay.  And just one

15   more time, for purposes of the record, all of

16   this is going to his knowledge, experience,

17   and training and how he has formulated the

18   opinions that he has stated in these reports

19   and I am being prevented from asking these

20   questions.  We're going to go to the Court

21   about it, but I am going to keep going for a

22   little while so that we make clear what you

23   are objecting to or not.

24                       MS. O'DELL:  There is a

25   difference between asking about the work he

Page 163

```
 1   has done for these particular reports and
 2   asking about methodology for things he hasn't
 3   done and goes into expert opinion and that's
 4   what we're basing our objections.  It's
 5   clearly within the scope of Judge Schneider's
 6   order.
 7                   MR. DUBIN:  Okay.  Well, we
 8   have done that.  We'll do this at the end.
 9   BY MR. DUBIN:
10       Q.    You were never told at McCrone when
11   you were doing your PLM training that somehow
12   Calidria could not be identified by the
13   standard colors associated with chrysotile;
14   right?  No one said that to you, correct?
15       A.    Nothing was mentioned about Calidria
16   during the course.
17       Q.    Do you know whether Calidria is
18   mentioned in ISO 22262?
19       A.    I am not aware of that.
20       Q.    Okay.  Have you reviewed -- as part
21   of familiarizing yourself with Calidria for
22   purposes of using it as a standard, did you
23   review any historical MAS analysis of Calidria
24   by dispersion staining?
25       A.    Would you, please, rephrase that?
```

Page 164

1      Q.    Sure.  Did you review -- as part of

2   using Calidria as a standard for your

3   analysis, did you review any MAS historical

4   analysis of Calidria and its dispersion

5   staining colors?

6      A.    I am not aware of anything like

7   that, no.

8                MR. DUBIN:  Okay.  Jake, I

9   don't have the number, but let's just call up

10   the historical MAS analysis as the next

11   exhibit.  It should be around 132 or 133 of

12   the outline and it will be exhibit 24.

13                (Exhibit 24 marked for

14        identification.)

15   BY MR. DUBIN:

16      Q.    Were you aware that MAS had recorded

17   previously their refractive indices associated

18   with Calidria asbestos?

19                MS. O'DELL:  I object to --

20   first, object to the use of this exhibit.

21   It's not been disclosed in the MDL, it's not

22   something that this witness should be asked

23   about, but I would -- I would encourage

24   counsel to instruct him not to answer.  This

25   is beyond the scope.

Page 165

1              MR. LUDWIG:  I was going to.

2    This is totally beyond the scope of what the

3    Judge said.  So I am objecting to the question

4    and I am instructing my client not to answer.

5    BY MR. DUBIN:

6         Q.    Okay.  So you don't know whether at

7    MAS, before they tried to claim that there was

8    chrysotile in Johnson & Johnson, they reported

9    that Calidria would look magenta in parallel

10   and blue in perpendicular.

11              You're not aware of that?

12              MS. O'DELL:  Objection to the

13   statements of counsel testifying, objection to

14   the representations about this document we

15   have never seen, and it is beyond the scope of

16   this deposition.

17              MR. DUBIN:  Okay.

18              MR. LUDWIG:  I join the

19   objection.

20   BY MR. DUBIN:

21        Q.    You were using Calidria as your

22   reference in the reports that we have been --

23   that you have produced claiming to find

24   chrysotile in Johnson & Johnson, correct?

25              MS. O'DELL:  Objection.

Page 166

1              MR. LUDWIG:  Objection;
2    argumentative.
3    BY MR. DUBIN:
4        Q.    Is that correct?
5              MS. O'DELL:  Restate your
6    question.
7    BY MR. DUBIN:
8        Q.    You were using Calidria asbestos as
9    the reference material for chrysotile with
10   respect to the reports that you have issued
11   claiming to find chrysotile in Johnson &
12   Johnson, correct?
13             MR. LUDWIG:  Objection to the
14   form.
15             MS. O'DELL:  Object to the
16   form.
17             THE WITNESS:  We had not used
18   the Calidria to -- the only way we have used
19   the Calidria is to create standards in order
20   to calibrate for levels of concentration.
21   BY MR. DUBIN:
22       Q.    I'm sorry.  You're using it only to
23   calibrate levels of concentration.
24             What do you mean by that?
25       A.    I mean by what might be visually

Page 167

1    apparent within a set of standards.

2         Q.    But you would agree that what you're

3    identifying as chrysotile in Johnson & Johnson

4    does not look like standard reference

5    chrysotile, correct?

6                   It does not have the magenta in

7    parallel and blue in perpendicular associated

8    with standard reference Chrysotile, correct?

9                   MS. O'DELL:   Objection;

10   misstates the record; calls for expert

11   opinion.

12                  MR. LUDWIG:   Join.  I instruct

13   the witness not to answer.

14                  MR. DUBIN:   So you're

15   instructing him not to answer about the colors

16   that he is seeing in the analysis that this

17   whole deposition is about?  Is that my -- is

18   that right?

19                  MS. O'DELL:   That's not

20   correct.

21                  MR. LUDWIG:   I am instructing

22   him not to answer the question as asked.

23   BY MR. DUBIN:

24        Q.    What -- are you reporting -- when

25   you're reporting chrysotile in Johnson &

Page 168

1    Johnson, are you reporting based on seeing the

2    actual particle being magenta in parallel?

3         A.    I am reporting based on the colors I

4    see at the edge.

5         Q.    Does the actual particle itself,

6    where you see the main color, is that ever

7    magenta itself?

8                   MS. O'DELL:  Would you repeat

9    the question, please?

10   BY MR. DUBIN:

11        Q.    In the main center of the particle,

12   not these edge effects, do you recall ever

13   reporting it as the main color being magenta

14   itself, not the edge?

15        A.    I have seen that, yes.

16        Q.    Can you identify any report or any

17   image where you have seen the interior of

18   the -- what you're calling chrysotile in

19   Johnson & Johnson being magenta, any image,

20   any report?

21        A.    I do not recall.

22        Q.    I want to ask you a little bit about

23   your reference images of Calidria in 1.560

24   and --

25                   MR. PLACITELLA:  Could you

Page 169

1    just, please, define your reference images,

2    please?  Thank you.

3                    MR. DUBIN:  The reference

4    images that he created on the PLM that are

5    part of Dr. Longo's reports.

6                    MR. PLACITELLA:  Thank you.

7                    MS. O'DELL:  Which reports?

8                    MR. DUBIN:  I am about to mark

9    it, but I got interrupted.  All right.  So --

10                   MR. PLACITELLA:  I wasn't

11   objecting.  I was just asking.

12                   MR. DUBIN:  So we'll mark

13   CX-00029 or CX-29 as the next exhibit.  I

14   guess we're at 25.

15                   (Exhibit 25 marked for

16        identification.)

17                   MR. DUBIN:  If we can turn that

18   a little bit?

19                   MS. O'DELL:  And what report

20   did this image come from?

21                   MR. DUBIN:  Let's show the

22   front of the report, too, if we have it.  It's

23   from the (inaudible).

24                   MR. KEESTER:  Morty, I don't

25   have the first page of this report.  I can go

Page 170

1    find it if need be.

2                    MR. DUBIN:  Okay.  Well, let's

3    make sure that we mark it as an exhibit so

4    they have the entire report.  The full report

5    will be 26.

6                    MS. O'DELL:  I want to make

7    sure that this report is at issue in the MDL.

8    Can you represent to me which report this

9    image came from?

10                   MR. DUBIN:  These are all of

11   the reference images that Dr. Longo provides

12   along with all of these reports as his

13   references for his chrysotile findings.  These

14   are all part of his analysis in -- it's all

15   part of the chrysotile analysis that is being

16   discussed in these -- in this deposition.

17                   MS. O'DELL:  With due respect,

18   Morty, that doesn't mean anything.  I mean,

19   the question is, is -- is this --

20                   MR. DUBIN:  Dr. Longo is

21   relying on these reference images for his

22   identification of chrysotile in the reports

23   that we are discussing today.

24                   MS. O'DELL:  And I am asking

25   you what report does this image come from?

                                              Page 171

1   That's what I am asking you.

2                   MR. DUBIN:  I will tell you the

3   name of the report, but it will be one of

4   Dr. Longo's reference image reports that he

5   supplies along with the chrysotile finding --

6   alleged chrysotile findings from Johnson &

7   Johnson.

8                   MS. O'DELL:  Well --

9                   MR. DUBIN:  (Inaudible.)

10                  MS. O'DELL:  -- comes from

11  without knowing if it's at issue in the MDL --

12                  MR. DUBIN:  It is at issue in

13  the MDL because they are his reference images

14  that he is using to compare reference

15  chrysotile to the reports that he has produced

16  in the MDL.  These are his reference images

17  that are incorporated in all of his materials.

18                  MS. O'DELL:  I don't --

19                  MR. DUBIN:  Okay.  We can take

20  a ten-minute break.  We'll get the whole

21  report and then if you want to still instruct

22  him not to answer, then we'll just add it to

23  the pile of things, but I really can't see how

24  any legitimate argument could be made that the

25  reference images that they are relying on for

Page 172

1  Calidria to say there is chrysotile in Johnson

2  & Johnson as part of this analysis are somehow

3  off limits, but if you're going to take that

4  position, you're going to take that position.

5              MS. O'DELL:  I'm not --

6              MR. DUBIN:  We'll take --

7              MS. O'DELL:  -- the position I

8  am taking is that you have an image on the

9  screen.  We have --

10             MR. DUBIN:  Okay.

11             MS. O'DELL:  -- no idea where

12  it came from --

13             MR. DUBIN:  (Inaudible.)

14             MS. O'DELL:  (Inaudible.)

15             THE COURT REPORTER:  I'm sorry.

16  This is the court reporter.  Everyone is

17  talking at once and I can't hear anything.

18  Apologies.

19             MS. O'DELL:  Jessica, I'm

20  sorry.  I mean, I am just trying to finish my

21  objection.

22             We have no idea where this

23  image came from.  I am just asking -- you're

24  saying it's a reference image from Dr. Longo.

25  I have no idea of the context and we --

```
                                          Page 173

 1                    MR. DUBIN:  (Inaudible.)

 2                    MS. O'DELL:  -- know that

 3      before the --

 4                    MR. DUBIN:  I am telling you

 5      what the context is now.  Because apparently

 6      he produces them as individual images.  He

 7      doesn't produce them as part of a report, but

 8      when he is requested to produce the reference

 9      images that he is relying on to use as a

10      reference for chrysotile in 1.560, he just

11      produces these images as the standards that he

12      is relying on.

13                    So it's part of the materials

14      that he relies on for these reports and his

15      conclusions about the chrysotile -- alleged

16      chrysotile in Johnson & Johnson.

17                    MR. PLACITELLA:  I hear you --

18      I hear you, Morty, but you're not deposing

19      Dr. Longo here.

20                    MR. DUBIN:  But these are

21      images taken by Mr. Hess.

22                    MS. O'DELL:  Well, and to my

23      knowledge -- and I can be corrected on this,

24      Morty, but this is not an image that's been

25      produced in the MDL in relation to Dr. Longo's
```

Page 174

1    testimony.

2                    MR. DUBIN:  I am sure he has

3    produced his reference images because he

4    always produces his reference images because

5    we always request his reference images.

6                    If you really are going to shut

7    me down from asking a question about the

8    reference images that were -- that are relied

9    on for the reports in this case, then you're

10   going -- you're going to do that.  You're

11   going to make the objection and we're going to

12   go and argue about it and I think it is highly

13   improper or you could let me ask him a

14   question about an image that directly relates

15   to his work and that he took.

16                    MS. O'DELL:  Well, we don't

17   have -- one, there is no evidence of that and

18   second is Mr. Hess is here to testify on the

19   reports that are produced in the MDL.  Other

20   things that Dr. Longo relies on are not at

21   issue here for his opinions.  So --

22                    MR. DUBIN:  These are the --

23   again, these are the images that Dr. Longo

24   uses with his reports and the whole purpose of

25   this is to ask the person who took the images

Page 175

1   about them.

2              I am not going to continue to

3   argue with you.  If you're going to instruct

4   the witness not to answer, go ahead and do it,

5   because I think that this deposition has gone

6   way off the rails and we're going to have to

7   go to the Judge about it.  So just do whatever

8   you're going to do.  I don't want to argue

9   with you anymore.

10             Are you claiming that you are

11  going to stop this person, Mr. Hess, from

12  talking about the reference images for the

13  alleged chrysotile in Johnson & Johnson?  If

14  so, instruct him, and let's just have that

15  done.

16             MS. O'DELL:  Judge Schneider

17  was very clear as to what was fair game in

18  this deposition and those are the reports

19  produced in the MDL that involve the new

20  method, to my knowledge.  And you can correct

21  me, but I don't think I am incorrect.

22             This is not a part of those

23  reports and it's not something that's an

24  appropriate scope of this deposition and we

25  would instruct the witness not to answer.

Page 176

```
 1                    MR. LUDWIG:  And I am going to
 2     join for the reasons stated and instruct the
 3     witness not to answer.
 4                    MR. DUBIN:  We're going to take
 5     a ten-minute break.  I'll be back.
 6                    VIDEOGRAPHER:  The time is
 7     2:12 p.m.  We are off the record.
 8                    (Break held off the record.)
 9                    VIDEOGRAPHER:  The time is
10     2:26 p.m.  We are back on the record.
11                    MR. DUBIN:  So for the record,
12     I am going to mark as 26 Dr. Longo's
13     deposition in a case called Kayme Clark and
14     Dusty Clark v. Johnson & Johnson, where he
15     identifies these reference images so that it's
16     in the record.  We'll put that in as 26.  We
17     don't have to do anything with it.  We're just
18     going to put it in the record.
19                    (Exhibit 26 marked for
20         identification.)
21     BY MR. DUBIN:
22         Q.    And then I am going to go back to
23     the image and I am going to ask you some
24     questions and if you're instructed not to
25     answer, you are instructed not to answer.
```

1                MR. DUBIN:  So can we pull back

2    up the Calidria reference image?  And I don't

3    think that was the page we were on; that was

4    one of them.

5    BY MR. DUBIN:

6        Q.    So is this an image that is -- are

7    these your PLM images of Calidria 1.560?

8        A.    Yes.

9        Q.    Okay.  And so all this blue stuff in

10   the background, that's Calidria?

11       A.    That is correct.

12       Q.    Okay.  And you're aware that

13   Calidria can have impurities in it, too?

14                MR. LUDWIG:  That's -- I am

15   going to object to the form and instruct him

16   not to answer; that's beyond the scope.

17                MR. DUBIN:  Okay.

18   BY MR. DUBIN:

19       Q.    Is this image taken at maximum

20   illumination?

21       A.    It was.

22       Q.    All right.  So images on that

23   microscope don't get any brighter than this?

24                MS. O'DELL:  Objection; asked

25   and answered.

Page 178

1                    MR. LUDWIG:  Join.

2                    MR. DUBIN:  All right.  Let's

3   make the next exhibit in order, which is 27,

4   we'll make it slide 61 -- sorry -- actually,

5   slide 95.

6                    (Exhibit 27 marked for

7        identification.)

8                    MS. O'DELL:  I'm sorry.  Is

9   this exhibit 27?

10                   MR. DUBIN:  Twenty-seven.

11                   MR. LUDWIG:  (Inaudible.)

12                   THE COURT REPORTER:  If you

13   just said something, Mr. Hess, I couldn't hear

14   you.

15                   MR. LUDWIG:  That was me

16   talking to myself.  I apologize, Jessica.  I

17   am simply saying that my exhibit list is

18   mis-numbered for some reason.

19   BY MR. DUBIN:

20       Q.    Are you claiming those two -- those

21   two images have the same dispersion staining

22   colors?

23                   MR. LUDWIG:  I am going to

24   object to the form of the question.

25                   MS. O'DELL:  I object to the

                                        Page 179

1    question.

2                    MR. LUDWIG:  Yeah.

3                    MS. O'DELL:  This is --

4                    MR. DUBIN:  Are you instructing

5    him not to answer?

6                    MS. O'DELL:  Yes.  This is

7    beyond the scope.

8    BY MR. DUBIN:

9       Q.    Have you ever received any criticism

10   from NVLAP about your PLM work?

11      A.    None that I am aware of.

12                   MR. DUBIN:  Okay.  At this

13   point, you know, I think we're going to have

14   to go to the Court.  I am going to shut the

15   deposition down for the day, but I am not

16   agreeing to end it.  I think that the

17   restrictions that have been placed on me by

18   counsels' objections and instructions not to

19   answer are improper and we're going to seek

20   relief with the Court.

21                   So I am suspending it for the

22   day because I think I am handcuffed, but I

23   understand you guys have different opinions.

24   So we'll just have to deal with it later.

25                   MS. O'DELL:  Our view is the

Page 180

1    objections as made have been proper and

2    absolutely consistent with Judge Schneider's

3    prior ruling and I will object to any further

4    deposition of Mr. Hess.

5                    MR. DUBIN:  Okay.  We'll have

6    to resolve that.  All right.  Thanks for

7    today.  Take care.

8                    VIDEOGRAPHER:  The time is

9    2:31 p.m.  We're off the record.

10                   (Witness was excused.)

11                   (Deposition concluded at

12        2:31 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 181

1                C E R T I F I C A T E

2            I HEREBY CERTIFY that prior to the

3   commencement of the examination, PAUL HESS,

4   was remotely sworn by me to testify to the

5   truth and that the proceedings, evidence, and

6   objections are contained fully and accurately

7   in the stenographic notes taken by me upon the

8   deposition taken on July 10, 2024, and this is

9   a true and correct transcript of same.

10

11

12            *Jessica M. Gericke*

13       _____

14       Jessica M. Gericke, RPR, CCR-NJ,

         and Notary Public

15

16

17            (The foregoing certification of this

18   transcript does not apply to any reproduction

19   of the same by any means, unless under the

20   direct control and/or supervision of the

21   certifying reporter.)

22

23

24

25

Page 182

1          I have read the foregoing transcript

2    of my deposition given on July 10, 2024, and

3    it is true, correct and complete, to the best

4    of my knowledge, recollection and belief,

5    except for the corrections noted hereon and/or

6    list of corrections, if any, attached on a

7    separate sheet herewith.

8

9                          _____

                           Paul Hess

10

11

12

13

14   Subscribed and sworn to

15   before me this ____ day

16   of _____, 20__

17

18

19   _____

20   Notary Public

21

22

23

24

25

Page 183

```
 1   ERRATA SHEET

 2

 3   PAGE LINE      CHANGES OR CORRECTION AND REASON

 4   _____

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19

20   I have inspected and read my deposition as
     captioned above and have listed all changes

21   and corrections above, along with my reasons
     therefor.

22

23   DATE: _____

24   Signature of Deponent: _____

25
```

**[& - 2000s]**                                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**  1:3 2:2,9,14 3:2,7,17,19,22 7:8 9:5 20:11 20:20 21:20 22:25 31:12 37:15,21 38:22 53:21,23 54:18 60:19 63:15 64:15 65:6 81:14 110:19 141:18 143:14 144:4 156:3,10 156:22 160:7 165:8,24 166:11 167:3 167:25 168:19 171:6 172:2 173:16 175:13 176:14 | **08002**  3:9 | **1.605.**  56:20 | **15**  6:5 105:1,3 106:20 |

**0**

**00012**  6:11
**00019**  6:14
**00029**  6:15
   169:13
**00056**  6:10
**00062**  6:13
**001**  93:17 100:2
   115:8
**002**  125:4,9,13
   128:11
**003**  133:3
**07701**  2:16
**07932**  3:20

**1**

**1**  5:10,13 8:7
   22:16 23:16
   33:22 34:10
   59:5 146:18
**1.540**  56:9
**1.55**  56:19
   90:13
**1.550**  15:8,12
   22:5 37:18 42:8
   43:6 44:8 56:23
   57:5 90:25
   98:13 101:4
   152:2,15,20
   153:9 156:3,10
   156:23 159:12
**1.550.**  22:1 77:1
   77:20
**1.556**  109:21
**1.560**  42:8 44:9
   90:3,14 91:5,8
   93:6 98:14
   101:4 104:10
   105:14 118:12
   168:23 173:10
   177:7
**1.564**  104:4
   108:18
**1.565**  127:8
**1.568**  133:8
**1.60**  90:25
**1.60.**  91:2,4
**1.605**  56:10

**10**  1:8 5:21 7:5
   52:18 75:24
   76:1,2 83:13
   181:8 182:2
**10,000**  10:25
**100**  24:23
**10036**  3:15
**104**  131:21
**105**  6:5
**108**  6:6
**10:17**  45:15
**11**  5:22 81:17
   81:18 82:13,17
   82:20 83:3,5,6
   83:18
**110**  6:7
**1185**  3:14
**11:19**  92:15
**11:37**  92:18
**11a**  68:23
**12**  5:23 83:2,7
   83:15,18,21
   142:16
**127**  2:16 6:8
**12:38**  142:2
**13**  5:24 6:2,2
   86:15 87:18
**132**  164:11
**133**  164:11
**134**  6:9
**137**  6:10
**14**  6:3 91:16,17
**143**  6:11,12
**147**  6:13

**15**  6:5 105:1,3
   106:20
**16**  5:15 6:6 58:7
   108:5,7,14
**16-2738**  1:3
**164**  6:14
**169**  6:15
**17**  6:7 110:12
   110:13 127:16
**176**  6:16
**178**  6:18
**18**  6:8 127:16
   127:20,22,25
**1824**  3:3
**19**  6:9 134:16
   134:24
**1960s**  23:2,23
**1970s**  23:23
**1980s**  23:23
**1989**  45:20
**1990s**  23:23
**1995**  8:11
**1:28**  142:5

**2**

**2**  5:11,14 19:25
   20:4 23:19 46:8
   87:22
**20**  5:11,19 6:4
   6:10 70:1 137:2
   137:3 142:17
   182:16
**200**  2:3
**20006**  3:3
**2000s**  23:2,24

**[2008 - 9:32]**

**2008**  9:4
**2018**  5:24 15:1
**2019**  5:13 22:16
  23:16 33:22
  34:10,23 39:17
  40:4 41:9
**202-669-0032**
  3:4
**2020**  5:11,15,17
  20:2 35:20 58:7
  64:15,24
**2021**  6:2 61:10
**2023**  9:9 93:1
**2024**  1:8 6:17
  7:5 35:21 181:8
  182:2
**21**  6:11 105:11
  142:22,25
  143:2,3,8
**212-790-5343**
  3:16
**218**  2:10
**22**  5:12,20 6:12
  6:17 68:24 69:6
  74:12 143:7,8
**22262**  163:18
**22262-1**  72:19
**23**  6:13 147:19
  147:21
**24**  5:11,17,21
  6:14 20:2 64:15
  75:14,23,24
  164:12,13
**25**  5:22 6:15
  81:17 82:17
  83:17 169:14

169:15
**26**  6:16 106:3
  170:5 176:12
  176:16,19
**27**  6:18 178:3,6
  178:9
**2700p**  61:6
**2738**  7:8
**28**  6:4 86:15
**29**  169:13
**296**  59:11
**2:12**  176:7
**2:26**  176:10
**2:31**  180:9,12

---
**3**
---

**3**  3:8 5:12 22:16
  22:19 59:2
  144:19,25
**30**  30:5 126:9
**30338-2668**  2:4
**310**  3:8
**31573**  181:12
**32**  92:2,2 99:7,8
  99:19,20,23
**33**  93:15 99:5,8
  99:11,12,21
**334-269-2343**
  2:11
**34**  6:5 10:24
  104:24
**34th**  3:15
**35**  106:2
**36**  65:15 67:19
  67:20,20

**36104**  2:10
**37**  125:12
**38**  125:11
**39**  64:22 67:21
  76:23

---
**4**
---

**4**  5:14 46:9,10
  47:4 52:16
**4/13/2021**  86:16
**40**  109:17
**42**  134:13
**43**  6:7 110:8,10
  134:12
**46**  5:14
**48**  6:12 134:16
  143:7

---
**5**
---

**5**  5:15 58:11,12
  144:19,20,22
  144:25
**50**  26:9
**500**  2:3
**53**  82:13
**530**  74:7
**56**  137:2
**560**  108:23
**58**  5:15

---
**6**
---

**6**  5:4,16 20:1
  64:12,13,14,18
  76:21
**600**  3:20
**61**  178:4

**62**  147:20 148:1
**64**  5:16
**678-338-3925**
  2:4
**69**  5:18

---
**7**
---

**7**  5:18 68:21,22
  69:3
**70**  5:19 156:22
**72**  23:20 32:21
**732-747-9003**
  2:17
**74**  5:20
**76**  5:21

---
**8**
---

**8**  5:10,19 70:3,4
  70:6
**81**  5:22
**83**  5:23
**84**  87:24
**85**  89:16
**856-317-7180**
  3:9
**87**  6:2

---
**9**
---

**9**  5:20 74:12,13
  75:24
**91**  6:3
**95**  6:18 178:5
**973-549-7000**
  3:21
**9:06**  1:14 7:6
**9:32**  28:13

**[a.m. - answer]**                                                                 Page 3

| a | | | |
|---|---|---|---|
| **a.m.** 1:14 7:6 | **addition** 67:13 | **allow** 35:6 | 141:16 143:15 |
| 28:13 45:15 | 131:22 | **allowed** 34:21 | 158:10 163:23 |
| 92:15,18 | **address** 30:22 | **allowing** 34:5 | 164:3,4,10 |
| **able** 16:5,24 | **adjust** 23:9 | **allows** 62:22 | 167:16 170:14 |
| 24:20 25:23 | 61:17 62:23 | 159:4 | 170:15 172:2 |
| 26:10 38:18 | 129:4 | **alpha** 49:3,12 | **analyst** 10:10 |
| 44:11 62:9 81:1 | **adjusted** 68:8 | 51:10,25 52:7 | 29:10 47:17 |
| 122:4 126:12 | 68:10 73:10 | 152:12 | 58:9 62:1,9 |
| 147:24 148:8 | **administer** | **americas** 3:14 | 79:13 134:7 |
| **above** 1:13 | 7:16 | **amphibole** | **analysts** 17:5 |
| 183:20,21 | **advance** 30:4 | 13:18 23:3 | 17:11 |
| **absolutely** | 30:13 | 33:23 38:5 | **analytical** 2:7 |
| 180:2 | **advanced** 9:21 | **amphiboles** | **analyze** 124:9 |
| **accept** 156:17 | **advised** 53:14 | 12:19,21 13:4 | 126:3 148:17 |
| **account** 121:13 | **affidavit** 84:9 | 13:11,21 14:3 | **analyzing** |
| **accurately** | **ago** 19:17 29:14 | 39:18 | 10:25 140:14 |
| 114:1,11 181:6 | 121:22 | **amscope** 72:12 | 140:15 156:10 |
| **acquired** | **agree** 80:6 | 72:13 | **angle** 52:23 |
| 101:23 | 106:25 167:2 | **analyses** 22:12 | 159:6 |
| **actual** 35:2 | **agreed** 7:11 | 65:6 70:12 | **annual** 19:18 |
| 99:23 104:12 | 131:19 | 71:12,15 | **answer** 12:10 |
| 114:2 123:22 | **agreeing** | **analysis** 13:8 | 41:8 43:21 |
| 147:14 168:2,5 | 179:16 | 17:24 19:2,4 | 49:18 54:13,15 |
| **actually** 59:11 | **ahead** 28:4,4 | 21:7 22:24 34:5 | 55:20,25 57:10 |
| 59:18 116:3 | 32:1 38:17 51:4 | 34:15,20 38:7 | 59:25 60:4 |
| 143:23 145:13 | 81:10 101:22 | 45:19 53:7 | 65:25 66:3,6,14 |
| 155:2 160:19 | 108:3 137:20 | 61:23 62:12 | 66:24 67:4,11 |
| 178:4 | 175:4 | 63:15 64:15 | 69:15,17 70:22 |
| **add** 29:1 40:7 | **al** 2:10 | 69:20 79:16,20 | 71:2,7,9,20 |
| 113:21 148:15 | **align** 62:7 | 86:14 90:5 | 72:4 73:3,5 |
| 171:22 | **alignment** | 109:2 113:8 | 75:9,13 76:16 |
| **adding** 94:23 | 144:10 | 121:17 124:21 | 78:6,9,11,23 |
| 95:1,3 96:7,8 | **alleged** 171:6 | 126:9 128:4,6 | 79:5 81:8 82:8 |
| 97:22,22 | 173:15 175:13 | 128:15 129:25 | 84:23,25 85:13 |
| | **allen** 2:8 | 133:20 136:14 | 85:21 86:1,5 |
| | | 140:4,22 141:8 | 87:12 91:11 |

[answer - assessing]                                                   Page 4

95:9,11,18,21
96:17,23 97:11
97:17 98:1,3,23
100:17 103:15
104:14 110:3,5
112:5,12,14
113:13,18
114:13 119:9
120:8 122:22
124:17,20
125:1 126:5
127:3 129:2
130:3,5 132:2
136:13,17
137:22 138:2
138:20,22
139:6 141:4,5
143:25 147:1
147:13 148:21
149:6,11 150:3
150:6,9 154:22
155:1,4 157:12
157:14 158:24
159:23 162:13
164:24 165:4
167:13,15,22
171:22 175:4
175:25 176:3
176:25,25
177:16 179:5
179:19
**answered** 86:6
88:7,10 100:23
115:20 121:6
146:22 147:12
150:21 177:25

**answers** 123:11
**anybody** 18:15
41:21,22 92:6
**anymore** 27:23
175:9
**anyway** 108:17
**apologies**
172:18
**apologize**
178:16
**apparent** 167:1
**apparently**
173:5
**appear** 52:22
98:14 160:3,9
**appearance**
99:14 120:3
**appearances**
2:1 3:1 4:1
**appearing** 7:11
**appears** 82:3
133:6 144:14
**applications**
132:6
**apply** 51:5
181:18
**approach** 32:5
**approached**
29:17
**appropriate**
175:24
**appropriately**
30:10 62:2
**approximately**
1:14 11:17 14:5
61:7

**april** 6:2
**argue** 174:12
175:3,8
**arguing** 27:23
60:10 150:11
**argument** 36:6
37:3 41:2 42:2
44:25 171:24
**argumentative**
115:21 126:18
126:21 140:10
146:7,9 166:2
**arguments**
35:11 42:20
**arrows** 125:23
**artifact** 121:16
130:10
**asbestos** 11:3,5
14:11,22 15:4
15:24 16:10,19
22:5 23:3 33:24
46:6 152:19
155:23 164:18
166:8
**ascertain** 99:15
**ashcraft** 3:2
**ashercraftlaw...**
3:4
**ashford** 2:3
**asked** 12:18,20
13:4,22,25 14:2
25:4 30:2 31:3
32:3 66:9 72:1
88:6,10 100:22
107:21,25
112:9 114:19

115:20 121:5
132:1,25
147:12 148:17
150:20 157:22
164:22 167:22
177:24
**asking** 21:5,6
24:9 27:8,18,24
32:25 37:13
38:6 39:15 40:5
40:10 41:16,20
41:21,23 42:7
42:11 43:3,9,17
44:7 53:9 54:10
57:13 63:19,24
64:2,7 66:3,11
78:1,2,24 79:23
82:25 97:14,19
106:16 107:10
107:11 111:10
111:18 126:2
132:2 137:14
137:25 146:24
148:6,23 149:1
149:12 154:23
156:16 162:19
162:25 163:2
169:11 170:24
171:1 172:23
174:7
**aspects** 113:4
**assertion**
142:25
**assess** 79:24
**assessing** 62:15

[assessment - beyond]                                                         Page 5

**assessment**
120:13
**assign** 119:1
123:7 129:21
**assigned** 104:5
110:17 112:21
122:14 135:3
135:12
**assigning** 124:5
133:7
**associated**
56:22 101:3
108:22 114:9
152:14 163:13
164:17 167:7
**associates** 8:15
8:18
**assume** 8:1
31:7 108:4
**assumes** 138:14
**assuming** 67:20
**assuring**
130:11
**atlanta** 1:12 2:4
8:20 31:16,21
**attached** 42:23
44:22 182:6
**attorney** 138:1
**august** 9:4
**author** 151:12
151:13
**available** 32:13
32:25 45:6
73:25 74:2
97:11 133:10
145:19

**avenue** 2:16
3:14
**average** 10:25
**aware** 20:17
21:13,15,17
34:11 37:1
46:21,25 74:6
74:10 101:5
135:5,11,21
153:7,10
163:19 164:6
164:16 165:11
177:12 179:11

**b**

**b** 5:8
**bachelor's** 9:18
**back** 9:8 18:9
19:3 34:23
39:25 45:6,15
47:25 52:15
56:2 59:4 65:17
71:23,24 76:21
76:22 85:24
89:25 90:11
92:18,21,23
93:20 94:1,2
95:2 96:3,7
99:24 107:18
109:12,14
114:7,20,24
132:11,21
136:5 142:5
144:16 146:16
153:19,20
161:8 176:5,10

176:22 177:1
**background**
8:4 18:10 45:17
63:4 137:15
177:10
**backup** 142:14
142:15
**balance** 63:4
**balancing**
62:20 63:1
**bank** 2:16
**bar** 77:11
131:14,20
**barely** 117:21
**base** 120:22
130:20 139:20
140:5
**based** 35:11
55:23 56:10
59:21 115:24
120:9,15
122:15 152:10
154:9 155:24
159:8 168:1,3
**basic** 47:12
**basically** 13:21
32:3 38:24
49:24 61:11
62:21
**basing** 119:11
120:5,13
121:11 144:4
163:4
**basis** 124:15
**beasley** 2:8

**beasleyallen....**
2:11
**becke** 140:22
141:7,15
**becoming** 12:5
14:7,21
**beginning** 1:13
**begins** 37:17
**belief** 182:4
**believe** 18:2
29:13 33:12
35:5 42:16 44:6
56:17 60:7
61:10 67:7
68:21 81:7 85:8
99:18 100:5
105:1 132:14
142:21 146:22
151:23
**bench** 35:3
**best** 10:15
30:24 62:4
117:6 123:12
123:15 145:5,7
152:5 153:15
182:3
**better** 59:13
84:6 90:14
**beyond** 35:4
40:19 54:11
57:21 66:21
72:24 84:20
102:24 103:11
112:2 114:16
124:13 126:15
137:19 138:12

[beyond - calling]                                                                                      Page 6

138:13 140:23
143:18 148:13
149:22 154:19
162:10 164:25
165:2,15
177:16 179:7
**bh** 60:23
**bh2** 60:20,24
94:9 160:11
**bharrs** 3:10
**biddle** 3:19
**big** 44:13
113:24
**bigger** 23:12
118:15
**bill** 27:20
**birefringence**
48:24 50:11,12
51:12 56:8,18
150:25 151:20
**bit** 8:3 17:2
19:22 23:12
29:14 33:16
45:24 52:5
60:14 65:18
87:25 90:1,2
92:1 168:22
169:18
**blow** 117:14
**blowing** 113:24
**blown** 117:13
**blowup** 123:19
**blue** 56:19
62:25 63:2,5,10
63:13 65:7,9,10
65:20 66:10

67:2 68:4,14
69:6 72:22
125:20 138:7
152:9,12
159:13 165:10
167:7 177:9
**blurry** 123:14
130:14
**board** 85:24
**bonus** 19:18
**bonuses** 19:13
19:16
**bottle** 20:19
38:22
**bottom** 104:3
123:5
**boundaries**
41:4 43:20 44:3
**boundary** 45:3
**bovis** 2:2
**boviskyle.com**
2:5
**brand** 16:12,15
**brandy** 3:7
**bravo** 60:23
**break** 19:9
45:13 60:9
91:22 92:5,7,16
132:21 134:20
134:23 142:3
171:20 176:5,8
**brief** 9:11 28:14
**briefly** 8:13
31:2
**briefs** 35:12

**bright** 147:25
148:9 161:15
**brighter** 88:14
89:5 146:21
147:9 177:23
**brightest** 73:24
74:2 89:12
147:15
**brightness**
73:22 88:4
89:19
**bring** 61:15
73:12 156:19
**brothers** 9:5
**building** 16:3
**bundles** 152:7
**burch** 2:2
**busy** 18:19
**bx** 60:22

| c |
|---|

**c** 181:1,1
**calculate**
151:16
**calculation**
139:20
**calculations**
140:6 151:20
**calibrate** 101:7
166:20,23
**calibrations**
103:1
**calidria** 16:19
16:22 46:23
152:15,19,24
153:3,8 155:21

155:23,25
158:1,6,9,17
159:11,16
160:13 163:12
163:15,17,21
163:23 164:2,4
164:18 165:9
165:21 166:8
166:18,19
168:23 172:1
177:2,7,10,13
**call** 8:2,5 26:21
35:15 38:10
46:7 52:19 59:1
64:9,10,16
68:23 69:24
70:5 74:12
76:21 80:13
86:18 91:14,23
127:23 143:13
145:22 148:16
153:14 164:9
**called** 53:24
176:13
**calling** 54:19
55:6 76:25
77:12,19,23
78:3,19 80:22
104:20 105:13
109:3,16
110:18 113:11
119:11 120:15
121:2 126:23
127:11 128:4
128:13,16,17
129:24 133:8

**[calling - circumstances]**                                      Page 7

| | | | |
|---|---|---|---|
| 133:12 134:9 | **carolin**  4:4 7:3 | **changing**  44:18 | 21:20 22:5 |
| 136:2 144:3 | **case**  30:6 33:6 | 94:13 98:6 | 34:16 37:19 |
| 161:7,14 | 36:21 40:23 | **chart**  90:13 | 38:1,22,24 39:5 |
| 168:18 | 70:17,18 78:2 | 108:25 113:1 | 39:10,11 42:9 |
| **calls**  18:5 53:5 | 86:3 102:22 | 131:14 | 42:10 45:1 |
| 57:11 65:24 | 106:10 140:24 | **charts**  51:5 | 46:16,19,22 |
| 69:10 72:24 | 174:9 176:13 | 104:12 113:2 | 49:10 51:11 |
| 75:7 82:8 84:19 | **cases**  29:24 | 133:10,25 | 52:21 53:21,23 |
| 91:10 95:7 | **causes**  52:21 | 135:18 | 53:24 54:18,20 |
| 109:25 116:5 | 53:2 | **chat**  24:6,22 | 55:7 60:19 |
| 126:4 131:3 | **ccr**  1:15 181:14 | 25:11,12 30:5 | 63:15 76:25 |
| 145:11 148:12 | **ceiling**  16:1 | 40:16 47:6,9 | 77:12,19 78:20 |
| 148:19 149:21 | **center**  2:3 | 48:5 58:20,25 | 80:7,22 84:10 |
| 154:18 158:22 | 54:24 80:2,12 | 59:6,7,9 64:16 | 90:16 99:1 |
| 159:24 162:9 | 168:11 | 68:24 71:18 | 109:3,13,19 |
| 167:10 | **centered**  62:7 | 72:8 75:17,19 | 110:18,21 |
| **camera**  72:12 | **centering** | 82:15 86:18,20 | 112:1,23 |
| 72:15 | 144:10 | 91:24 92:1,6 | 119:12 120:15 |
| **campus**  3:8,20 | **central**  57:3 | 108:3 127:24 | 121:2 126:24 |
| **canadian** | 101:2 102:6,11 | 131:5,6,10 | 141:17 143:14 |
| 152:10,24 | 139:12 151:25 | 132:12 143:4 | 144:3 152:1,6 |
| **capability**  62:3 | **ceramic**  69:21 | **check**  60:6 | 152:10,25 |
| **capable**  149:2 | **certain**  66:19 | 101:24 142:19 | 156:4,11,24 |
| **captioned** | 66:21 139:11 | **checking**  143:1 | 161:5 163:13 |
| 183:20 | **certification** | **chemical**  50:5 | 165:8,24 166:9 |
| **car**  23:1 | 181:17 | **cherry**  3:9 | 166:11 167:3,5 |
| **care**  3:11 26:5 | **certify**  181:2 | **chinese**  58:7 | 167:8,25 |
| 180:7 | **certifying** | **choose**  26:4 | 168:18 170:13 |
| **career**  15:22 | 181:21 | **chosen**  25:16 | 170:15,22 |
| **cargille**  101:15 | **cetera**  86:8 | **chris**  86:19 | 171:5,6,15 |
| 101:16 102:1,1 | **change**  98:13 | **christopher** | 172:1 173:10 |
| 102:10 103:6 | **changed**  43:5 | 2:15 17:15 | 173:15,16 |
| 137:6,6,13 | 61:8 | **chrysotile**  13:1 | 175:13 |
| 139:22 140:14 | **changes**  159:18 | 13:11,18,22,25 | **chun**  4:5 |
| 140:19 | 183:3,20 | 16:6,10,25 18:3 | **circumstances** |
| | | 19:24 20:12,19 | 30:23 138:25 |

**[claim - consistent]**                                                                Page 8

**claim** 30:15 126:3 165:7
**claiming** 19:24 117:19 120:25 121:1 141:17 146:3 153:3 165:23 166:11 175:10 178:20
**clark** 176:13,14
**clay** 69:21
**clean** 124:2
**clear** 33:13,19 44:3 85:15 99:24 100:2 112:8 134:3 135:9 147:8 162:22 175:17
**clearly** 62:10 85:23 118:6 163:5
**client** 165:4
**client's** 145:20
**clients** 16:16
**close** 91:20 132:7
**closely** 77:4
**cohen** 2:14
**collaborative** 158:3
**color** 47:17,21 48:15 50:21 51:9 53:1,3 54:18 55:1 56:5 56:23 57:5 58:1 58:4 70:13 77:2 77:13,21 78:2

78:19,25,25 79:7,23 80:21 90:13 94:14 97:23 98:25 99:1 100:13 101:3 102:6,11 102:12 104:8 104:20 105:13 106:17 108:22 108:25 112:21 113:1 123:4,6 124:5 125:16 126:25 127:9 127:11 129:20 131:14,14,20 133:5,8 134:9 135:21 139:1 139:13 141:10 144:5,6 152:25 159:7 161:23 168:6,13
**coloration** 100:8
**colors** 54:22 56:22 57:4 62:14 81:1 95:4 95:4 96:9,9 97:23 100:18 101:7 102:13 103:8 114:9,17 128:22 129:19 135:4 152:1,14 152:19 163:13 164:5 167:15 168:3 178:22

**come** 16:21 18:9 56:2 62:24 63:10 65:17 74:5 89:25 92:23 105:22 131:14 169:20 170:25
**comes** 171:10
**comfortable** 161:7
**coming** 40:21
**commencem...** 181:3
**comment** 81:11 86:20 154:9
**comments** 84:5 84:12 85:10 87:14
**commerce** 2:10
**committee** 2:13 2:18 3:5
**company** 19:17
**compare** 43:11 43:17 96:21 171:14
**comparing** 82:4 114:9
**comparison** 95:12 111:24 112:10 148:20 149:12
**compensated** 19:5
**complaining** 27:8 130:13

**complaint** 32:24
**complete** 182:3
**completely** 31:1 87:10 130:15 131:24
**completing** 30:18
**complies** 99:3
**compounds** 16:1,7,13,18
**computer** 118:5 123:22
**concentration** 166:20,23
**concern** 29:22 114:4
**concerned** 39:7
**concluded** 180:11
**conclusion** 41:18,18
**conclusions** 32:11 43:4,7 111:14 173:15
**conducted** 1:11
**conference** 1:11 2:1 28:15
**confirm** 82:17
**confusing** 9:25
**consider** 121:14
**consideration** 113:3
**consistent** 180:2

[consultant - cprlaw.com]                                                    Page 9

| | | | |
|---|---|---|---|
| **consultant** 9:12 | 51:12 61:4 65:1 | **corresponds** | **court** 1:1 7:15 |
| 19:10 | 65:2 79:21 80:8 | 104:9 109:21 | 20:24 28:8,18 |
| **contained** | 88:12 93:3,4 | 135:4 | 28:21 29:16 |
| 16:19 181:6 | 94:19 95:13 | **cosmetic** 14:1 | 30:21 31:4,6,9 |
| **containers** 23:1 | 96:19 97:24 | 14:10,16,23 | 31:11,14,17,22 |
| 23:22 | 98:9 99:18 | 15:3,10 20:10 | 31:25 32:5 33:5 |
| **containing** | 102:4,7,8 104:6 | 23:21 | 34:4,20 35:5,7 |
| 15:24 | 104:7 105:17 | **council** 3:11 | 36:23 38:12 |
| **contemplated** | 105:18 106:8 | **counsel** 2:6,13 | 39:6,23 41:1,24 |
| 30:21 | 108:5,7,19,20 | 2:18 3:5,11,17 | 42:13 43:8 |
| **context** 30:8 | 109:4,21 | 3:22 10:18,21 | 44:19 49:17 |
| 40:10,13 51:21 | 110:21 111:18 | 30:6 31:1 32:1 | 53:11,14 54:2,5 |
| 58:22 79:3 | 112:15,23 | 32:13 38:12 | 68:18,20 70:2 |
| 103:18 172:25 | 118:13 120:17 | 39:6 41:1,24 | 77:16 82:16 |
| 173:5 | 121:3 126:11 | 42:13 43:23 | 83:16,17 85:15 |
| **continue** 13:16 | 128:20 129:16 | 44:22 45:7 | 96:4 104:25 |
| 73:18,20 | 136:4,18 | 55:12 73:2 99:3 | 115:4 122:21 |
| 107:16 175:2 | 139:23 140:6 | 103:12 106:6 | 125:2 127:17 |
| **continued** 3:1 | 141:9 150:24 | 107:2 113:15 | 127:21 142:18 |
| 4:1 6:1 | 151:25 154:17 | 137:20 164:24 | 142:24 154:3 |
| **contrast** 11:13 | 155:16,19 | 165:13 | 157:11 162:20 |
| **contravention** | 163:14 165:24 | **counsel's** | 172:15,16 |
| 87:1 | 166:4,12 167:5 | 142:25 | 178:12 179:14 |
| **control** 181:20 | 167:8,20 | **counselor** | 179:20 |
| **controlled** | 175:20 177:11 | 117:11 | **court's** 87:1 |
| 61:13 | 181:9 182:3 | **counsels** 179:18 | 156:16 |
| **controls** 61:14 | **corrected** | **count** 30:18 | **cover** 29:1 |
| **convert** 48:20 | 173:23 | **counts** 30:17 | 92:22 |
| **copy** 25:16 46:8 | **correction** | **couple** 18:20 | **covered** 36:20 |
| 48:12 | 183:3 | 104:22 | 39:20 |
| **correct** 8:11 | **corrections** | **course** 32:18 | **covering** 151:5 |
| 9:7,13,19,20 | 182:5,6 183:21 | 45:21,25 46:18 | **covers** 151:6 |
| 10:1,3 11:7,10 | **correspond** | 163:16 | **cplacitella** 2:17 |
| 12:4 13:13 | 103:9 108:18 | **coursebook** | **cprlaw.com** |
| 35:13 45:23 | 122:7,15 | 151:6 | 2:17 |
| 48:18,21,25 | 129:22 135:13 | | |

[create - deposition]                                                           Page 10

**create** 132:18
166:19
**created** 55:11
70:24 107:1,22
130:24 169:4
**creates** 53:1,2
159:7
**creating** 107:4
**criticism** 86:8
179:9
**criticisms**
85:14
**crow** 2:8
**csds** 56:22
123:4,6 124:5
129:20 138:25
141:9 152:14
**csm** 93:16
100:2 125:9,13
128:11 133:2
**curious** 107:3
**current** 9:14
19:12
**currently** 19:7
**cx** 6:10,11,13
6:14,15 20:1
64:14 68:23
76:21 82:13
86:15 106:3
137:2 142:16
147:20 169:13
169:13

**d**

**d** 3:13 5:1

**darker** 95:3
96:9 112:21
**date** 1:13 7:5
23:13 35:19
183:23
**dated** 5:11,12
5:15,16,24 6:2
6:3,17 20:2
23:13 86:16
**daubert** 33:25
34:4 37:3,7
**day** 33:14 34:1
179:15,22
182:15
**daylight** 62:25
63:6,11,14 65:7
65:9,20 68:5
69:7 72:22 74:8
74:21 75:1
**dc** 3:3
**de** 4:4 7:3
**deal** 97:3
114:13 125:1
152:7 179:24
**dealing** 68:6
94:11 134:3
**debate** 30:14
**december** 8:11
**decide** 44:14
73:2 157:25
**decided** 32:4
**decision** 35:18
42:3
**decisions** 36:8
**declaration**
5:18

**defendant** 3:17
3:22
**defendant's**
43:16
**defendants**
31:7 34:22
35:10,16 36:5
42:17 43:19
**defense** 55:12
70:24 82:3 86:9
106:5,20
107:22
**define** 49:2
90:14 169:1
**defined** 52:7
158:21
**definitely** 21:4
**degree** 9:19
34:19 53:5
70:20 102:15
**degrees** 9:22
105:11
**delaware** 1:16
**delighted** 28:22
**demonstrates**
152:19
**demonstrative**
107:1 148:5
**demonstratives**
107:5
**denied** 42:20
**density** 50:5
74:22
**departed** 9:4
**depending**
129:13

**depicted** 110:21
114:11 115:8
143:21
**depiction**
110:23
**depicts** 114:2
**deponent** 2:6
7:8 183:24
**depose** 78:13
111:8
**deposed** 106:18
111:7
**deposing**
173:18
**deposition** 1:10
6:16 7:6,10,25
18:11,16,23
29:15 30:4,13
30:19,24 32:22
33:6,11,16 34:2
34:21 35:10,14
36:4,12,18 37:9
37:10 38:8 39:9
40:18 41:4 42:6
42:11 43:11,13
43:25 45:3 53:9
53:10 54:12
69:12 76:11,15
78:4 84:1,21
85:20 87:3
95:20 96:25
103:12 111:16
112:2 124:24
138:13 143:18
149:23 154:20
165:16 167:17

[deposition - dr]                                                      Page 11

170:16 175:5
175:18,24
176:13 179:15
180:4,11 181:8
182:2 183:20
**depositions**
131:23
**depth** 10:5
**derive** 48:24
**description** 5:9
**detailed** 42:21
**determination**
121:11 122:4
122:10
**determinations**
117:4
**determine** 30:7
50:4,21 51:7,24
54:23 80:3
98:11 100:18
104:19 133:25
138:17,24
141:8
**determining**
150:25
**developed** 79:7
**dial** 61:16,19
73:13,15,16
**diaphragm**
144:12
**difference** 22:2
22:8,10 49:25
50:12 51:14,21
52:1,3,9,9
101:25 162:25

**differences**
44:12 72:2
**different** 11:4
15:22 16:3,11
22:6 30:25
35:24 41:10,18
46:22 62:6
70:14 81:25
82:4 95:25
102:11,13
104:22 113:25
114:10 147:4
179:23
**differently**
71:12,14
**difficult** 41:3
**diffuser** 63:7
65:11
**diffusion** 63:2
**direct** 26:2 77:8
157:2 181:20
**direction** 29:16
49:5,10 51:2,10
51:25
**directly** 97:15
174:14
**disagree** 21:2
37:12 87:11
107:7
**disclosed** 34:14
34:18 59:20,23
69:19 164:21
**disclosure**
33:14
**discussed**
107:23 170:16

**discussing**
170:23
**discussion**
12:24
**dispersion**
17:24 45:18
46:5 47:12 57:3
101:2,7 102:6
102:12 103:18
103:22 120:2
126:9 137:13
139:13 144:17
152:1 158:10
158:19 159:3
163:24 164:4
178:21
**displayed** 148:3
**displaying**
50:20 51:8
**distinguishing**
160:14
**distorted**
132:22
**district** 1:1,2
33:20
**doctorate** 10:2
**document** 23:5
23:8 24:8 25:8
25:19 26:9,22
26:24 27:3,9
69:19 70:16
106:5,11,13
107:17 131:10
165:14
**documentation**
116:9

**documented**
116:19 145:25
**documenting**
94:24
**documents**
25:16 75:6
86:25
**doing** 15:13
40:25 41:16
48:7 57:15
61:22 62:12,15
65:5 75:21 87:9
123:12,15
124:21 131:7
163:11
**double** 51:14
60:6
**download** 47:6
**dr** 12:18 18:18
18:19,24,25
24:3 27:20 29:4
29:7,11 34:1,2
34:3,14 36:9
47:1 48:21
58:17 69:20
84:2,9,14 85:3
85:15 90:10
106:7 110:25
113:2 123:17
131:18,21
144:18 149:16
150:3 151:24
158:4 169:5
170:11,20
171:4 172:24
173:19,25

**[dr - dubois]**                                                                                 Page 12

| | | | |
|---|---|---|---|
| 174:20,23 | 63:23 64:3,20 | 107:11,15 | 142:6,20,23 |
| 176:12 | 65:14,16 66:2,9 | 108:6,13,16 | 143:2,6,10 |
| **drawing**  85:24 | 66:23 67:1,6,10 | 109:10,15,18 | 144:1 145:3,16 |
| **drew**  2:15 | 67:23 68:2,15 | 110:2,7,11,15 | 146:10 147:17 |
| **drinker**  3:19 | 68:19,22 69:5 | 111:4 112:4,13 | 147:23 148:4,7 |
| **drive**  3:20 | 69:14,24 70:4,8 | 112:16,17 | 148:23 149:5 |
| **dubin**  3:13 5:4 | 71:6,10,19,22 | 113:6 114:5,8 | 149:13 150:4 |
| 7:21 8:5,9 | 72:9 73:6 74:11 | 114:22,23 | 150:10,13,23 |
| 11:21 12:13 | 74:15 75:11,22 | 115:6,14,22 | 153:19,22 |
| 13:23 14:19 | 76:1,4,17,18 | 116:7,21 117:2 | 154:11,23 |
| 17:16,20,22 | 77:9,10,25 | 117:14,16,25 | 155:6,7,15,20 |
| 18:6 19:20 20:6 | 78:10,18 79:9 | 118:7,17,24 | 156:8,15,20 |
| 21:1,9,12 22:21 | 79:12,19 80:14 | 119:10,17,24 | 157:3,5,16,18 |
| 23:7,15,18 24:5 | 81:4,9,16,20 | 120:12,20 | 157:23,24 |
| 24:12,17 25:3 | 82:11,19,23 | 121:9,23 | 159:1 160:1,8 |
| 25:13,20 26:8 | 83:4,12,19,23 | 122:12,18 | 160:21 161:17 |
| 26:23 27:6,17 | 84:22 85:1,5,18 | 123:3,16,21,25 | 161:21 162:4 |
| 27:22 28:2,7,10 | 86:10,11,17 | 124:3,4,16,25 | 162:14 163:7,9 |
| 29:18 31:2,5,8 | 87:7,10,17,20 | 125:7,15 126:7 | 164:8,15 165:5 |
| 31:10,10,12,16 | 88:11,21 89:14 | 126:22 127:4,6 | 165:17,20 |
| 32:2 34:7,8,9 | 89:24 90:6,19 | 127:13,19,23 | 166:3,7,21 |
| 36:22 37:12 | 90:23 91:13,19 | 128:2,10,12 | 167:14,23 |
| 38:16 39:14 | 91:23 92:12,19 | 129:3,17 130:2 | 168:10 169:3,8 |
| 40:5 41:15 42:7 | 92:24 93:12,16 | 130:6,7,22 | 169:12,17,21 |
| 43:2 44:5 45:11 | 93:18 94:2,4,18 | 131:7,17 132:1 | 170:2,10,20 |
| 45:16 46:7,12 | 94:25 95:10,16 | 132:10,13,24 | 171:2,9,12,19 |
| 47:3,7,10,22 | 96:2,15,20 97:2 | 133:4,17,18 | 172:6,10,13 |
| 48:4,9,13 49:21 | 97:7,14,18 98:2 | 134:6,15,18,20 | 173:1,4,20 |
| 50:10 51:3,19 | 98:4,17,24 99:7 | 135:1,10,19 | 174:2,22 176:4 |
| 52:17,20 53:17 | 99:12,16,20 | 136:16,19 | 176:11,21 |
| 53:19 54:4,16 | 100:1,3,16 | 137:1,5,12,24 | 177:1,5,17,18 |
| 54:25 55:5,16 | 101:1,21 | 138:16,19,23 | 178:2,10,19 |
| 56:1,4,21 57:2 | 102:17 103:2 | 139:3,6,8,9,17 | 179:4,8,12 |
| 57:13,16,23,25 | 103:16,24 | 139:19 140:2 | 180:5 |
| 58:2,10,23 59:9 | 105:2,5,23 | 140:11,12 | **dubois**  17:15 |
| 59:11 60:5,11 | 106:9,15,21,24 | 141:1,3,6,14,23 | |

[due - exhibit]                                                                    Page 13

| | | | |
|---|---|---|---|
| **due** 51:14 | 102:10,13 | **ended** 38:10 | 104:15 124:19 |
| 170:17 | 109:8 115:13 | **ends** 153:14 | 137:23 |
| **duly** 7:19 | 122:15 129:11 | **engineering** | **exam** 53:13 |
| **duplicated** | 129:18,19 | 8:19 | **examination** |
| 35:24 | 130:9 136:2,7,8 | **entire** 32:12,15 | 25:14 32:19 |
| **dusty** 176:14 | 139:11 | 38:8 81:22 | 51:23 111:1 |
| **duties** 11:8 | **effect** 80:6 | 106:11 170:4 | 120:11 181:3 |
| **e** | 90:25 91:7 98:6 | **entirely** 115:16 | **examine** 15:9 |
| | 119:2 120:25 | **entitled** 22:17 | 15:16 37:15 |
| **e** 5:1,8 6:16 | 121:15,19 | 22:24 84:9 | **examined** 7:19 |
| 45:5 181:1,1 | **effects** 118:2,9 | **equipment** | 14:9 29:11 34:3 |
| **eagles** 131:22 | 118:20 119:12 | 66:17 | 34:3 110:24 |
| **earlier** 133:1 | 120:16 122:1 | **eric** 2:2 | **examining** |
| **early** 23:2,23 | 130:24 132:18 | **errata** 183:1 | 13:10 15:25 |
| 61:9 | 136:2,22 138:8 | **especially** | 107:2 155:25 |
| **easier** 52:18 | 140:5 143:12 | 114:3 | 156:3 |
| 98:10 | 144:6 168:12 | **esquire** 2:2,9 | **example** 64:9 |
| **easy** 43:25 | **effort** 158:4 | 2:15,15 3:2,7 | 64:10,24 89:15 |
| **edge** 50:1 54:24 | **either** 29:24 | 3:13,13,14,19 | 138:7 150:16 |
| 80:5 99:15 | 158:11 | **essence** 36:7 | **except** 182:5 |
| 100:13,18 | **electron** 11:14 | **essentially** | **exception** 42:20 |
| 103:8 115:13 | **elongated** | 111:15 126:24 | **excerpt** 106:7,9 |
| 118:1,8,20 | 154:15 160:22 | **established** | **excerpts** 142:12 |
| 119:2,12 | 162:7 | 54:12 | **excuse** 24:3 |
| 120:15 122:1 | **elongation** | **et** 86:8 | 81:6 98:19 |
| 128:16,17 | 49:16,20 | **everybody** | 107:20 110:25 |
| 129:7 130:23 | **else's** 41:21,22 | 38:17 | 120:7 137:20 |
| 132:18 136:2 | **eludwig** 2:5 | **evidence** | 152:24 |
| 136:22 138:8 | **employed** 17:6 | 138:15 155:18 | **excused** 180:10 |
| 139:22 140:5 | **employee** 9:10 | 174:17 181:5 | **executive** 3:8 |
| 143:12 144:6,8 | 19:6,16 | **exact** 12:17 | **exhibit** 7:25 8:7 |
| 144:18,21,24 | **employment** | 39:3 41:17 | 19:21,25 20:4 |
| 168:4,12,14 | 8:4 9:15 | 121:19 | 22:16,19 35:23 |
| **edges** 56:19 | **encourage** | **exactly** 15:18 | 41:25 42:14,17 |
| 80:3 81:2,5,12 | 164:23 | 17:7 21:18 54:2 | 44:21 45:12 |
| 100:9,20 | | 78:3 87:5 | 46:9,10 47:4 |

**[exhibit - figure]**                                                      Page 14

52:16 55:11,13
58:11,12 64:12
64:13,18 68:16
68:21,22 69:3
69:23,25 70:3,4
70:6,24 71:18
74:11,13 75:15
75:17,24,24
76:1,2,9,21
81:17,18 82:4
82:13,17,20
83:2,3,6,7,13
83:15,18,18,21
86:14 87:18
91:15,17 105:1
105:3,25 106:2
106:11,20,20
107:22 108:5,7
108:14 109:25
110:8,12,13
127:16,22,25
134:16,24
137:2,3 142:16
147:18,21
164:11,12,13
164:20 169:13
169:15 170:3
176:19 178:3,6
178:9,17
**exhibits** 33:8
42:23 44:21
47:8 104:23
107:4 143:8
**expected** 90:24
91:7

**experience**
10:24 15:20
56:10 126:15
126:19 136:21
136:22 137:14
137:15 140:13
147:15 152:21
153:6,11,13
155:25 159:14
162:3,16
**expert** 20:25
29:3,5 33:13,21
33:22 44:22
53:5,9 54:10
57:12,22 65:24
69:10 71:4
72:24 75:8
77:23 79:1 82:2
82:8 84:19 86:7
86:9 91:10 95:7
97:12 98:20
102:24 103:11
109:25 111:3,6
111:14,21
112:11 119:6,7
119:22 124:8
124:13 126:4
129:24 131:3
137:17 140:24
148:12,20
149:22 154:19
158:23 159:24
162:10 163:3
167:10
**experts** 42:21
42:22 81:14

**explain** 12:14
38:17
**explanation**
154:25
**expression**
51:13
**extent** 117:18
**extra** 94:11
**eye** 125:22
**eyepiece** 62:16

**f**

**f** 181:1
**facing** 28:25
**fact** 15:20
20:23 29:2
103:5 109:11
111:2,6,22
112:20 116:14
132:16 138:10
**facts** 138:14
**factually**
112:20
**faegre** 3:19
**faegredrinker...**
3:21
**fair** 25:8 30:8
34:24 35:2
39:25 40:7,17
67:14 175:17
**fairly** 9:4
**familiar** 35:8
72:18,18,20
74:16,19 75:4
103:5 105:23
129:8 132:16

138:4,10
139:10 152:16
162:5
**familiarizing**
163:21
**far** 55:22
**fast** 49:5
**fda** 20:18 21:7
21:21 22:23
38:21 39:2
**february** 5:11
5:12,16 6:3 9:9
20:2 22:16
23:15 33:22
34:10 64:15
**feel** 38:18 154:6
161:6
**feeling** 42:15
**feet** 118:4
134:4
**felt** 32:15 94:22
**fiber** 152:4
154:15 162:7
**fibrous** 21:25
22:4 154:9
160:19 161:4,7
161:14,22
**fibrousity**
120:4 144:16
**field** 62:10
144:12
**fifteen** 91:20
134:4
**figure** 48:16
105:12

**[figured - further]**                                                    Page 15

| | | | |
|---|---|---|---|
| **figured**  113:10 | **finished**  17:17 | 129:13,13 | 135:16 136:11 |
| **filter**  62:25 | 25:7 81:8 97:6 | 130:10,12,16 | 137:9 146:8 |
| 63:1,6,11,14 | 100:15 101:20 | 130:25 144:14 | 147:12 156:13 |
| 65:7,20 66:10 | 120:8 145:2 | **focused**  144:8 | 160:5,17 162:1 |
| 66:13 67:3 68:4 | **firm**  8:19 31:11 | **follow**  13:17 | 166:14,16 |
| 68:5,14 69:7 | **first**  7:19,24 | 33:12 126:13 | 177:15 178:24 |
| 74:6,8,21,22 | 13:14 14:13,20 | **followed**  33:15 | **formal**  10:13 |
| 75:1 | 15:6,16 19:23 | **following** | **forms**  46:6 |
| **filters**  62:25 | 20:10 23:6 | 113:21 | **formula**  150:24 |
| 65:9 66:5 72:22 | 33:20 36:1 | **follows**  7:20 | 151:15 |
| 74:5 | 37:14,18,20,25 | 29:23 | **formulated** |
| **find**  14:2 19:24 | 40:2 47:14,16 | **foregoing** | 162:17 |
| 39:10 45:2 | 50:17 57:1 | 181:17 182:1 | **forth**  35:18,25 |
| 107:19 115:12 | 58:14,17 60:12 | **form**  11:20 | 41:5 94:1 |
| 161:2,6 165:23 | 70:16 73:9 90:1 | 12:9 13:19 18:4 | **forward**  22:14 |
| 166:11 170:1 | 92:22 93:9 | 20:21 21:8 | 34:22 |
| **finding**  20:19 | 107:24 111:4 | 46:24 50:7,23 | **found**  39:11 |
| 21:21 22:23 | 144:15 146:17 | 51:16 53:16 | 45:1 |
| 39:3 90:15 | 155:22 156:2 | 54:21 55:3 | **foundation** |
| 159:19 171:5 | 158:5,8 160:23 | 56:16 57:7 | 40:1 53:18 |
| **findings**  124:10 | 164:20 169:25 | 63:17,22 65:22 | **four**  40:9 75:22 |
| 170:13 171:6 | **firsthand**  36:16 | 65:24 72:24 | **fraction**  52:23 |
| **finds**  38:21 | **five**  40:9 91:8 | 80:10,24 82:1 | **free**  154:6 |
| **fine**  10:17 | 158:14,15 | 84:16,18 88:18 | **front**  35:20 |
| 17:21 25:17 | **flakes**  154:10 | 89:8,10,22 | 42:14 92:22 |
| 28:7 57:23 | **flat**  56:12 | 94:16,17,21 | 108:11 123:22 |
| 68:11 79:18 | **flip**  93:19 94:2 | 95:5 96:12 | 169:22 |
| 83:14 108:13 | **floor**  3:15 16:2 | 102:15 109:6 | **full**  9:10 23:9 |
| 132:24 133:1 | 16:7,18,22,25 | 109:23 115:9 | 29:11 73:12 |
| 138:3 150:10 | **florham**  3:20 | 115:20 116:6 | 83:8 144:12 |
| 157:19 | **fly**  124:12,22 | 118:22 119:6 | 170:4 |
| **fingertips** | 126:4 136:14 | 124:8 126:20 | **fully**  39:20 |
| 44:23 | **focus**  68:8,10 | 128:24 129:1 | 181:6 |
| **finish**  25:7 | 68:11 99:2 | 129:15,23 | **fulsome**  43:22 |
| 112:6,7 172:20 | 118:18 122:3 | 130:18 131:3 | **further**  9:21 |
| | 122:10 129:5,6 | 133:14,23 | 53:18 143:20 |

**[further - h]** Page 16

| | | | |
|---|---|---|---|
| 180:3 | 139:22 140:14 | **going** 7:24 | 175:6,8,11 |
| **g** | 140:19 | 19:20 21:5,7 | 176:1,4,12,18 |
| **ga** 2:4 | **go** 10:4 19:3 | 23:7 24:19,24 | 176:22,23 |
| **game** 39:25 | 22:14 23:19 | 26:3,6,8,20 | 177:15 178:23 |
| 175:17 | 25:2,21,25 | 27:2,12 29:14 | 179:13,14,19 |
| **gamma** 49:6,7 | 26:12 28:4,4,9 | 30:15 32:8,10 | **gold** 152:25 |
| 49:13 51:1,25 | 28:10 32:1,14 | 33:8 37:4,23 | 153:4,9,12 |
| 52:7 152:9 | 34:21,22 35:4 | 38:3,4,13,20 | 155:9,24 |
| 153:1 | 36:19 37:16 | 39:1 40:22 | **golden** 80:2 |
| **gas** 9:6 | 38:17 39:25 | 43:19 44:1 | 93:24 94:6 95:3 |
| **general** 11:8 | 40:16 51:4 | 53:20 58:5,18 | 96:9 97:22 |
| **generally** 50:5 | 52:14 59:2,4 | 58:23 59:1 | 159:16,19 |
| 152:3,8 153:15 | 64:11,22 68:24 | 63:21 64:23 | 160:3,10,13 |
| 158:12 159:12 | 76:19,22 79:14 | 69:1 70:25 71:1 | 161:13 |
| **georgia** 1:13 | 80:5 81:10 | 71:8,23 72:3,7 | **golkow** 7:4 |
| 8:20 | 85:24 87:22 | 75:13 77:22 | **good** 7:22,23 |
| **gerel** 3:2 | 88:5 92:1,22 | 79:4 82:19 83:2 | **goodness** 78:18 |
| **gericke** 1:15 | 93:8 94:1 95:2 | 83:3,7 85:23 | **gotten** 75:16 |
| 181:14 | 96:7 99:24 | 91:9,20,25 92:8 | **granted** 35:9 |
| **getting** 71:3 | 101:6,22 | 92:19 95:14 | **graphics** 62:22 |
| 139:23 | 104:17 108:3 | 96:13,22 97:3 | **great** 92:11 |
| **give** 19:18 30:6 | 110:7 114:6,20 | 103:14 104:21 | **ground** 36:20 |
| 69:1 111:21 | 114:24 127:7 | 107:16,18 | **guarantee** |
| 122:20,24 | 127:13 132:10 | 108:1,4 112:9 | 114:1 |
| 123:2 125:8 | 133:2 136:5 | 113:14 119:8 | **guess** 24:15 |
| 142:19 | 137:20 141:25 | 124:18 126:16 | 44:15 64:22 |
| **given** 16:16 | 144:16 146:16 | 134:19 137:25 | 82:4 91:15 |
| 105:15 109:20 | 146:17,17 | 148:21 150:2,4 | 106:2 142:16 |
| 182:2 | 153:19,20 | 150:5 156:18 | 147:19 169:14 |
| **gives** 152:5 | 161:8 162:20 | 157:6,7,8 | **guys** 25:20 27:7 |
| **giving** 25:9 | 169:25 174:12 | 161:13,14 | 114:12 141:24 |
| 66:20 | 175:4,7 176:22 | 162:16,20,21 | 179:23 |
| **glass** 101:15,16 | 179:14 | 162:21 165:1 | **h** |
| 102:1,10 103:6 | **goes** 21:3 78:24 | 172:3,4 174:6 | **h** 5:8 |
| 137:6,6,13 | 82:2 150:19 | 174:10,10,11 | |
| | 163:3 | 174:11 175:2,3 | |

**[handcuffed - illumination]**                                      Page 17

| | | | |
|---|---|---|---|
| **handcuffed** 179:22 | **henrich** 3:7 | **higher** 49:13 88:5 | **identification** 8:8 20:5 22:20 |
| **handing** 118:5 | **hereon** 182:5 | **highest** 50:13 | 46:11 58:13 |
| **handy** 104:12 151:1 | **herewith** 182:7 | 50:16,18,22 | 64:19 69:4 70:7 |
| **happen** 25:1 | **hess** 1:11 5:3,10 5:14,19,20,21 | 51:1 52:2,8,10 61:25 | 74:14 76:3 81:19 83:22 |
| **happening** 24:24 26:11 155:3 | 5:22 6:5,7,8,9 6:12,18 7:9,18 | **highlight** 24:1 | 84:10 87:19 91:18 105:4 |
| **happens** 138:11 | 7:22 20:22 24:4 28:19,21 29:2 | **highlighted** 40:14 | 108:15 110:14 128:1 134:25 |
| **happy** 26:2 64:9 | 29:10 30:16 31:14,19 33:15 | **highly** 174:12 | 137:4 143:9 |
| **hard** 25:16 48:2 | 34:19 35:10 | **hill** 3:9 | 147:22 164:14 |
| **harris** 3:7 | 36:4,7,11,13,15 36:18 37:9 | **historical** 22:25 23:1,21 33:23 | 169:16 170:22 176:20 178:7 |
| **head** 50:9 104:16 | 38:13 44:1 46:8 48:12 53:7 54:8 | 163:23 164:3 164:10 | **identified** 58:21 67:18 99:1 |
| **hear** 67:12 81:7 95:24 113:20 | 68:25 70:1 72:25 74:12 | **history** 15:25 | 163:12 |
| 154:4 172:17 173:17,18 | 75:14 76:12,15 77:4,8 79:21 | **hold** 60:9 | **identifies** 176:15 |
| 178:13 | 81:17 86:4 | **honor** 29:23 31:3 33:11 | **identify** 16:6,24 46:5 58:24 59:4 |
| **heard** 10:9 127:5 | 102:20 103:12 107:24 108:10 | 38:10,16 39:16 43:3 44:6 45:9 | 159:3,8 168:16 |
| **hearing** 33:25 34:4 86:21 | 110:25 111:19 111:25 113:15 | **hope** 37:11 | **identifying** 53:21,23 54:17 |
| **hearings** 131:21 | 118:4,15 119:11 126:10 | **hopefully** 38:15 | 167:3 |
| **hearsay** 20:25 | 143:12,19 144:2 149:7,15 | **hour** 91:20 | **ii** 3:13 |
| **held** 7:6 8:14 10:6 45:13 | 150:14 173:21 174:18 175:11 | **hourly** 19:7 | **illuminated** 62:2 |
| 92:16 142:3 176:8 | 178:13 180:4 181:3 182:9 | **huh** 157:23 | **illumination** 61:12,17,21,25 |
| **help** 134:16 | **hi** 7:22 | **hungry** 141:22 | 62:4,5 72:2 |
| **helpful** 83:10 | **high** 150:17 | **hynes** 3:13 | 73:9,12,14 |
| **helps** 37:11 | | **hypothetical** 113:5 | 86:12 87:25 |
| | | | 88:2 90:1 |
| | | **i** | 144:12 146:14 |
| | | **idea** 8:23 9:1,2 158:2 172:11 172:22,25 | 148:24 149:3 |

**[illumination - instance]**                                      Page 18

| | | | |
|---|---|---|---|
| 149:20,24 | **images** 44:12 | **impurities** | 104:4,5,9,19 |
| 150:18 177:20 | 44:13 60:13 | 177:13 | 109:20 118:25 |
| **image** 6:10,13 | 70:14 71:13 | **inappropriate** | 119:3 120:6,14 |
| 6:14,15 46:14 | 72:3,10,11,16 | 111:1 | 122:6,14 123:7 |
| 58:6,11 59:12 | 76:5,7 79:21 | **inaudible** 24:12 | 127:10 135:3 |
| 60:9,12 62:2 | 81:21,25 84:5 | 25:13 47:2 79:9 | 135:12 137:7 |
| 64:14,22 65:3 | 88:14 89:6 | 100:12 107:8 | 138:6 139:21 |
| 68:3,13 69:8 | 95:12,19 96:21 | 134:2 154:2 | 154:14,16 |
| 70:9,10,19 | 97:15,23 | 169:23 171:9 | **indicated** 15:19 |
| 76:23 80:16 | 110:25 137:12 | 172:13,14 | 83:24 85:2 |
| 87:23 88:2,20 | 146:21 147:25 | 173:1 178:11 | **indicates** |
| 88:23 89:19 | 148:8,16 | **include** 56:23 | 144:21 |
| 92:3,23 93:8,21 | 149:19 150:15 | 57:5,17 | **indicating** |
| 93:22,23,25 | 160:9,24 161:1 | **included** 60:8 | 24:14 |
| 94:6,23 95:3,4 | 161:5,8 168:23 | **including** 35:1 | **indices** 50:14 |
| 96:8,10 97:10 | 169:1,4 170:11 | 46:23 110:24 | 50:14,16 51:24 |
| 97:20 98:6 | 170:21 171:13 | **incomplete** | 52:2,8 98:11 |
| 117:18,21 | 171:16,25 | 110:23 113:5 | 158:21 162:6 |
| 123:14,16,19 | 173:6,9,11,21 | **incorporate** | 164:17 |
| 125:3,5,8 | 174:3,4,5,8,23 | 150:2 | **individual** |
| 126:13,25 | 174:25 175:12 | **incorporated** | 17:23 21:4 |
| 130:14 136:6,6 | 176:15 177:7 | 171:17 | 61:14 173:6 |
| 136:23 138:9 | 177:22 178:21 | **incorporating** | **industrial** |
| 146:17,25 | **imaging** 160:24 | 149:10 | 14:10,16,23 |
| 147:2,3,9 148:1 | **imerys** 23:1,21 | **incorrect** | 15:2,5,11 |
| 148:17 149:3 | **immaterial** | 175:21 | **infamous** 28:19 |
| 149:15 153:20 | 131:25 | **independently** | **information** |
| 153:24 154:1 | **immersion** | 116:1,13 | 104:11 135:18 |
| 157:16 160:2 | 105:8 | **index** 6:1 15:9 | **initially** 60:17 |
| 168:17,19 | **impact** 95:18 | 21:24 48:20 | 101:14 144:9 |
| 169:20 170:9 | **important** 62:8 | 49:3,7,8,13,14 | **inquire** 34:25 |
| 170:25 171:4 | 131:12 | 49:23 50:4,18 | **inquiry** 33:4 |
| 172:8,23,24 | **improper** 24:18 | 50:22 51:7,14 | **inspected** |
| 173:24 174:14 | 40:3 174:13 | 52:11 56:6,14 | 183:20 |
| 176:23 177:2,6 | 179:19 | 98:7 101:25 | **instance** 33:15 |
| 177:19 | | 102:2 103:7,9 | |

[instruct - johnson]                                      Page 19

**instruct**  43:20
  54:13,14 55:19
  57:10 65:25
  67:11 71:1,9
  72:3 73:3 75:12
  78:8 79:4 85:13
  95:8 96:22 98:1
  98:22 103:13
  103:15 113:15
  119:8 129:2
  136:13 143:25
  148:21 150:3,5
  150:6,8 154:22
  157:11,13
  158:24 159:23
  162:13 164:24
  167:12 171:21
  175:3,14,25
  176:2 177:15
**instructed**  60:3
  69:12 71:5
  87:12 97:16
  111:19,21
  125:1 176:24
  176:25
**instructing**
  55:24 59:25
  66:2,6,14,23
  67:3 69:14,16
  71:7,19 73:4
  75:8 76:15 78:5
  78:11,22 82:7
  84:22,24 85:20
  86:1 91:11
  95:10,17,20
  96:16 98:2

110:2,4 112:4
  112:12,14
  113:13,17
  114:12 124:16
  124:19 126:5
  127:2 130:2,4
  136:16 137:22
  139:3 141:3
  149:11 155:1,3
  165:4 167:15
  167:21 179:4
**instruction**
  85:22 138:20
  138:22 139:16
  139:25 140:8
  141:12
**instructions**
  179:18
**intense**  90:12
**interest**  161:2
**interface**  50:2
  52:25
**interior**  115:11
  168:17
**internal**  19:25
  64:13 86:15
**interpret**
  114:19
**interrupted**
  169:9
**interrupting**
  97:8
**invite**  29:1
**involve**  175:19
**involved**  12:1,5
  12:15 13:9,15

14:7,14,21
  34:19,24 35:1
  102:21
**involvement**
  29:8 36:5 79:11
**involving**  33:22
  34:16
**irrespective**
  14:15,22 15:10
**iso**  72:19
  109:20 112:1
  163:18
**isolation**  57:21
**issue**  28:25
  33:21,24 34:11
  35:25 40:19
  41:3 42:24 43:1
  43:25 44:20
  54:5 59:18
  63:22,24,25
  67:18 70:17,18
  76:10 78:1 86:3
  95:19 157:9
  170:7 171:11
  171:12 174:21
**issued**  19:24
  22:15,22 34:5
  166:10
**issues**  20:25,25
  35:8

**j**

**j&j**  23:20
**j3**  5:23
**jake**  3:14 8:5
  24:5 47:7,22

52:19 70:5
  71:23,25 72:7
  82:15 90:7
  93:13 99:9
  109:17 125:7
  127:14 143:4
  164:8
**jersey**  1:2,16
  31:24
**jessica**  1:14
  172:19 178:16
  181:14
**job**  11:8
**joel**  4:3 28:16
**johnson**  1:3,3
  3:17,17,22,22
  7:8,8 20:11,11
  20:20,20 21:20
  21:20 22:25,25
  37:15,15,21,21
  38:22,23 53:21
  53:22,23,23
  54:18,18 60:19
  60:19 63:15,15
  64:15,16 65:6,6
  81:14,14
  110:19,19
  141:17,18
  143:14,14
  144:4,4 156:3,3
  156:10,10,22
  156:23 160:7,7
  165:8,8,24,24
  166:11,12
  167:3,3,25
  168:1,19,19

**[johnson - leigh]**                                                       Page 20

| | | | |
|---|---|---|---|
| 171:6,7 172:1,2 | **jump**  35:7 | 63:13 65:19 | **la**  4:4 7:3 |
| 173:16,16 | 132:4 | 68:3 72:7,21 | **lab**  29:4 39:19 |
| 175:13,13 | **k** | 74:24 76:5 77:5 | 101:12 105:7 |
| 176:14,14 | | 90:4 94:8 99:8 | 113:10 |
| **join**  57:24 71:1 | **k**  3:3 | 101:13 102:18 | **laboratory** |
| 75:10 76:13 | **kayme**  176:13 | 103:17,22 | 151:5 |
| 82:10 85:17 | **keep**  45:11 74:1 | 104:8 105:6 | **lack**  84:6 |
| 98:21 116:18 | 87:9 124:2 | 111:23 114:18 | **lamp**  61:18 |
| 119:21 130:19 | 137:25 151:1 | 123:11,14,20 | 73:11 94:10,12 |
| 139:7,18 140:1 | 151:17 162:21 | 127:7,9,11 | 94:13 144:12 |
| 141:2,13 | **keester**  3:14 | 129:4,5 130:23 | **large**  56:7 |
| 143:24 154:21 | 48:1 67:21 | 131:1 132:25 | 123:5 |
| 158:25 159:25 | 75:20 93:14 | 133:7,8,11 | **lasted**  46:2 |
| 162:12 165:18 | 99:10 110:9 | 135:2,20 | **law**  8:15,17,21 |
| 167:12 176:2 | 125:10 132:4 | 138:17,24 | **law.com**  3:10 |
| 178:1 | 134:12 142:21 | 139:1,14 | **lay**  40:1 53:17 |
| **joined**  8:10 | 143:5 169:24 | 140:21 141:7 | **lead**  18:2 |
| **joint**  16:1,7,13 | **kept**  73:17 | 157:20 163:17 | **leads**  37:25 |
| 16:18 | **kevin**  3:13 | 165:6 173:2 | 51:23 |
| **judge**  27:5,14 | **kind**  38:7 118:1 | 179:13 | **leave**  35:9 |
| 28:1,2,3,6,24 | 118:8 132:18 | **knowing** | 71:23 92:5 |
| 31:21 33:18 | 138:25 | 171:11 | **leaving**  9:10 |
| 34:3 37:1 45:10 | **king**  3:12 31:12 | **knowledge** | **left**  110:18 |
| 54:11 55:24 | **knob**  68:11 | 10:15 18:7 | 112:22 123:6 |
| 66:22 67:8 | 73:11 | 36:16 162:16 | 125:24 |
| 69:13 71:5 79:7 | **know**  8:21 | 173:23 175:20 | **legal**  8:25 |
| 87:6 112:8 | 11:17 16:9,17 | 182:4 | **legitimate**  33:3 |
| 124:23 163:5 | 17:7,19 20:7 | **knows**  143:21 | 171:24 |
| 165:3 175:7,16 | 21:1 24:4 26:22 | 149:2 | **leica**  61:3,5 |
| 180:2 | 29:2 32:1,23 | **kohler**  62:4 | 64:6 73:7,10,22 |
| **judge's**  59:24 | 33:19,19 38:15 | **kslaw.com**  3:16 | 74:4,17,25 89:2 |
| **judgment** | 40:7,10,13,20 | **kyle**  2:2 | 89:3,5,20 93:3 |
| 47:17,21 48:15 | 40:24 42:1,15 | **l** | 146:20 147:8 |
| **july**  1:8 5:24 | 42:19 43:23 | | 147:24 |
| 7:5 181:8 182:2 | 44:4 46:13 49:7 | **l**  3:7 | **leigh**  2:9 |
| | 52:14,21 60:1 | | |

**[leigh.odell - ludwig]**

Page 21

| | | | |
|---|---|---|---|
| **leigh.odell** 2:11 | 182:6 | 171:4 173:25 | 71:13 81:21 |
| **length** 49:4,5,9 | **listed** 183:20 | 176:12 | 99:22,25 |
| **lenses** 144:11 | **listen** 117:23 | **lonzo** 131:22 | 115:16 122:1 |
| **level** 88:4 90:15 | **litigation** 1:5 | **look** 12:18,21 | 124:6 125:6 |
| 149:3,19,24 | 7:4,7 11:19 | 13:1,4,11,17,22 | 140:3,19 141:9 |
| **levels** 166:20,23 | 12:2,6,8,8,15 | 18:3 20:14,15 | 144:18,21 |
| **liability** 1:5 | 13:9 14:8 33:20 | 21:24 24:8 | 145:13,23 |
| **light** 48:16 | **little** 8:3 17:2 | 27:10 30:16 | 152:8 153:23 |
| 49:25 52:24 | 19:22 33:16 | 37:21 38:25 | 158:9 160:19 |
| 61:15 62:23 | 40:13 45:24 | 39:4 43:21 | 161:4,5 |
| 63:5,10,14 65:7 | 52:4 60:14 | 46:19 50:25 | **looks** 8:10 9:3 |
| 65:20 66:10 | 61:19 87:25 | 58:3 60:12,18 | 9:18 55:11,14 |
| 67:2 68:4,14 | 90:2 113:23 | 64:21 74:16 | 74:19 75:5 |
| 69:7 105:16 | 131:8 134:19 | 80:4,7 81:25 | 114:2 |
| 108:19,23 | 147:4 162:22 | 86:13 89:16 | **loss** 30:22 |
| 110:17 111:7,9 | 168:22 169:18 | 93:21 98:5 | **lot** 72:7 |
| 113:11 114:10 | **llc** 2:2 | 105:14 108:17 | **lots** 63:20 |
| 155:10 161:12 | **llp** 3:2,12,19 | 109:11 121:17 | **lower** 88:20,23 |
| **lightbulbs** | **location** 1:12 | 125:3 126:14 | **lowest** 50:14 |
| 60:25 | **long** 9:5 19:17 | 127:8 130:15 | 51:7 52:2,8,10 |
| **lighter** 152:12 | 24:18 30:13 | 138:5 141:22 | **ludwig** 2:2 |
| **lighting** 95:18 | 44:19 45:25 | 159:11 165:9 | 11:20 12:9 |
| 97:21 | 67:12 141:24 | 167:4 | 13:19 17:16 |
| **limited** 35:15 | **longo** 5:18 6:16 | **looked** 15:2 | 18:4,13 20:21 |
| 36:4,11 44:20 | 12:18 18:18,19 | 16:13 20:10 | 21:6 24:10,13 |
| **limits** 42:5 | 27:20 29:4,7 | 22:4 40:9 43:5 | 26:6 27:15 |
| 43:10 172:3 | 34:1,3,14 36:9 | 76:22 93:21 | 45:10 46:24 |
| **line** 28:3,3 | 58:17 69:20 | 109:12 150:17 | 50:7,23 51:16 |
| 40:14 140:22 | 90:10 123:17 | 156:21 | 53:11 54:1,14 |
| 141:7,15 183:3 | 131:18,21 | **looking** 9:17 | 54:21 55:9,23 |
| **lined** 55:24 | 151:24 158:4 | 13:15,25 15:21 | 57:8,24 59:7,22 |
| **lines** 40:13,14 | 170:11,20 | 23:13 28:18 | 63:17 64:1 |
| 156:17 | 172:24 173:19 | 37:19 42:9 | 65:23 66:25 |
| **list** 38:14 41:25 | 174:20,23 | 46:14 48:15 | 67:5,7,14 69:9 |
| 42:14,24 44:21 | **longo's** 29:11 | 58:6 62:13,16 | 69:16 70:25 |
| 60:6 178:17 | 84:9 169:5 | 62:17 68:3 | 71:16,21 72:5 |

**[ludwig - mas]**                                                        Page 22

| | | | |
|---|---|---|---|
| 73:4 75:7,23 | 154:21 155:5 | **main** 168:6,11 | 104:22 105:24 |
| 76:13 77:14,22 | 157:13,20 | 168:13 | 105:25 106:1 |
| 78:8,21 79:10 | 158:22 159:21 | **majority** 12:12 | 137:1 142:15 |
| 79:17 80:11 | 162:12 165:1 | **make** 7:24 | 147:18 169:8 |
| 82:1 83:6 84:17 | 165:18 166:1 | 11:24 23:12 | 169:12 170:3 |
| 84:24 85:12 | 166:13 167:12 | 33:19 43:22 | 176:12 |
| 88:6,9 89:9 | 167:21 176:1 | 46:8 47:17,20 | **marked** 8:7 |
| 90:17,22 91:9 | 177:14 178:1 | 55:17,18 58:10 | 20:4 22:19 |
| 91:19 92:10 | 178:11,15,23 | 59:17 64:13 | 46:10 52:15 |
| 94:17 95:6,13 | 179:2 | 69:25 74:11 | 58:12 64:18 |
| 95:23 96:13,19 | **lunch** 134:21 | 83:15 87:3 98:7 | 69:3 70:6 74:13 |
| 97:25 98:21 | 134:22 141:24 | 98:10 110:8 | 76:2,20 81:18 |
| 100:22 103:14 | | 112:18 117:4 | 83:13,14,21 |
| 103:21 106:4 | **m** | 118:15 122:4 | 87:18 91:17 |
| 106:12,19,22 | **m** 1:14 2:15,15 | 122:10 124:10 | 105:3 108:4,14 |
| 107:8 110:4 | 3:19 5:10 | 127:14 134:16 | 110:13 127:25 |
| 112:15 113:17 | 181:14 | 142:10 143:3 | 134:24 137:3 |
| 115:9,21 116:5 | **made** 32:12 | 144:15 145:6 | 143:8 147:21 |
| 116:18 117:12 | 35:11 48:14 | 147:7 148:20 | 164:13 169:15 |
| 117:23 119:7 | 82:2 85:15,25 | 156:18 162:22 | 176:19 178:6 |
| 119:21 121:5 | 90:3,5,9,12 | 170:3,6 174:11 | **marketing** 1:4 |
| 122:23 124:18 | 113:16 149:9 | 178:3,4 | **marking** 82:18 |
| 126:1,16 127:1 | 171:24 180:1 | **makes** 22:8 | 82:23 106:10 |
| 128:25 129:23 | **magenta** 46:19 | 52:18 | **mas** 1:3 5:11,12 |
| 130:4,19 | 52:22 53:1,3 | **making** 32:24 | 5:15,16 6:2,3 |
| 132:20 133:15 | 98:9,14,18 | 36:6,8 86:21 | 8:10 9:4,8,15 |
| 134:2,18,22 | 109:21 128:5 | 87:11 145:12 | 10:7,21,22 11:8 |
| 136:12,18 | 128:14,18 | 145:22 149:8 | 11:12,18 12:7 |
| 137:18,21 | 133:13,20 | **manual** 151:1,3 | 14:15,22 17:6 |
| 138:21 139:2,5 | 135:4,13 152:9 | 151:4,8,11 | 17:12 19:5,23 |
| 139:15,24 | 153:4 159:12 | **manuals** 151:5 | 22:17,23 27:16 |
| 140:7 141:2,5 | 159:20 165:9 | **maple** 2:16 | 29:4 38:23 |
| 141:11 143:24 | 167:6 168:2,7 | **march** 6:17 | 39:19 53:22 |
| 145:14 146:6,8 | 168:13,19 | **mark** 19:21 | 61:20 79:2 82:6 |
| 148:15 149:8 | **mail** 45:5 | 27:20 81:22 | 105:7 158:2 |
| 150:1,8 154:2,5 | | 82:13,20 91:14 | 163:23 164:3 |

**[mas - morning]**                                                    Page 23

164:10,16
165:7
**master** 4:3
   26:21 28:15
   111:23
**master's** 9:22
   10:2
**match** 105:16
**material** 34:10
   39:22 44:8 84:1
   156:1 166:9
**materials** 2:6
   16:4 18:22
   32:24 85:3
   134:1 151:18
   171:17 173:13
**mathematics**
   151:2
**matrix** 46:15
**matter** 7:7
   35:14
**maximum**
   51:13,20 52:3,9
   88:2 89:19
   177:19
**mccrone** 45:22
   46:18,21 47:1,1
   151:4,6,13
   163:10
**mcdevitt** 3:7
**mdl** 1:3 7:7
   34:13 59:18,20
   59:23 69:19
   73:1 164:21
   170:7 171:11
   171:13,16

173:25 174:19
175:19
**mdubin** 3:16
**mean** 23:7
   24:10 30:23
   40:3 50:15,16
   51:21 52:6
   67:20 87:5 97:1
   134:3 146:12
   148:16 161:22
   166:24,25
   170:18,18
   172:20
**meaning** 102:5
**means** 15:8
   52:3,9 103:18
   181:19
**measure** 49:23
**measures** 49:24
**mediation** 45:4
**medlin** 2:2
**meet** 28:23
**mentioned**
   146:14 163:15
   163:18
**method** 22:3,6
   22:8 35:17 36:1
   36:17,24 37:4
   37:15,24 39:8
   42:9,25 45:1
   46:5 175:20
**methodologies**
   66:20,21
**methodology**
   39:4 163:2

**methods** 84:10
**methvin** 2:8
**michelle** 3:2
**micron** 77:11
**microscope**
   44:17 47:16
   60:18 61:22
   62:13,16,18
   63:9,16,24 64:5
   64:6 65:1 66:4
   68:9 71:11,14
   73:8,10,24 74:4
   74:17,25 76:6
   88:13 89:5 93:3
   115:25 126:19
   129:5 145:13
   146:20 147:9
   147:24 148:6
   148:24,25
   149:1,16,19
   150:18 177:23
**microscopes**
   60:15,15,25
   61:3,8 90:18
**microscopist**
   8:16 10:8,12,16
   10:25 15:21
**microscopy**
   11:9,12,14
   111:8,9
**microsoft** 132:6
**miles** 2:9
**mind** 156:7
**mine** 134:12
**mineral** 49:15
   49:20,23 50:3

50:19,20 51:1,8
**mineral's** 50:13
**minerals** 46:6
   158:20 159:3
**minute** 128:8
   171:20 176:5
**minutes** 92:9
   92:10,13
**mis** 178:18
**miscounted**
   83:5
**misleading**
   140:10 143:22
**missed** 57:1
   156:6
**misspoke** 91:6
**misstates**
   116:17 117:1
   119:16,20
   120:19 121:7
   121:21 140:9
   155:18 161:20
   167:10
**mode** 29:15
**model** 60:22
   61:5
**moment** 28:9
   59:17 69:1
   77:17 96:5
   121:22 127:17
   132:7 142:19
**montgomery**
   2:10
**morning** 7:14
   7:22,23

**[morton - o'dell]**                                                      Page 24

| | | | |
|---|---|---|---|
| **morton** 3:13 31:10 | **necessary** 32:16 105:25 | **nj** 1:15 2:16 3:9 3:20 181:14 | 31:23 33:10 34:9 35:13 |
| **morty** 23:4 25:1,6 48:1 59:15 67:17 75:20 81:6 96:25 99:17 107:20 110:9 131:4 141:21 145:2 155:14 169:24 170:18 173:18,24 | **need** 29:16 43:4 44:16 45:5 64:8 67:12 77:3 80:4 87:12 94:1 96:17 106:10 108:9 117:12 118:14 131:12 135:18 142:9 145:23 154:6 170:1 | **normally** 49:10 50:25 56:8 **north** 2:3 **notary** 1:15 181:14 182:20 **noted** 7:13 182:5 **notes** 181:7 **number** 20:1 48:24 60:22 61:5 67:18 | 39:16 45:8 47:2 47:5 48:11 53:4 54:7 55:2 56:15 56:25 57:6,18 58:14 59:3,10 59:14 60:2 65:12,21 66:7 66:15 67:16,25 68:25 69:18 70:15 71:17 |
| **motion** 44:25 **mottled** 99:13 **mount** 89:13 **move** 23:8 98:8 125:22 142:9 **moving** 87:14 **mparfitt** 3:4 **multi** 33:20 | **needed** 25:12 32:5 **needs** 25:1,2,18 26:16 27:10 58:19,21 92:6 145:12 **negative** 49:15 49:20 | 68:16 104:4,5,9 104:19 108:7 109:16,20 110:16 118:25 164:9 **numbered** 178:18 | 72:6,23 75:10 75:16 76:8 77:3 78:16 80:9,23 81:6 82:10,14 82:21 83:1,20 84:16,19 85:4 85:17 86:4,19 |
| **n** | **neutral** 74:21 **never** 27:4 29:25 30:21 107:1 163:10 165:15 | **numbers** 48:23 135:12 151:15 **numerous** 97:13 **nvlap** 158:17 179:10 | 88:17 89:7,21 93:10 94:15,20 95:5 96:11,24 97:6,8 98:16,19 99:4,17,22 |
| **n** 5:1 **name** 5:2 7:3 8:22 9:1 10:11 10:12,13 85:8 90:10 151:7 171:3 | **new** 1:2,16 3:15 31:24 34:13 35:17 36:1,17 36:24 37:4,6 39:8,22 41:13 | **nw** 3:3 **ny** 3:15 | 100:14 101:19 102:14,19 103:10,20 105:19 107:20 108:9 109:5,22 |
| **names** 16:13,15 **nanometer** 74:7 113:10 **nanometers** 108:24 114:10 **nature** 111:11 **necessarily** 123:19 | 42:25 43:11,15 43:17 44:25 175:19 **night** 26:5 **nine** 67:23 | **o'dell** 2:9 14:17 18:17 23:4,11 23:17 24:2,25 25:6,14 26:18 27:19 28:24 29:21 31:18,20 | 110:22 111:17 112:6,24 113:14 115:3 115:19 116:4 116:16,25 118:3,14,21 119:5,15,19,22 |

[o'dell - observations]                                                      Page 25

| | | | |
|---|---|---|---|
| 120:7,18 121:4 | 173:22 174:16 | **objected** 32:22 | 129:23 131:2 |
| 121:7,20 122:8 | 175:16 177:24 | 82:25 | 132:15 133:14 |
| 122:17 123:9 | 178:8,25 179:3 | **objecting** 53:15 | 133:22 135:8 |
| 124:7 125:5,14 | 179:6,25 | 95:16 96:16 | 136:10,12 |
| 128:7,23 | **oath** 7:16 | 106:13,19,23 | 137:8 138:12 |
| 129:14 130:17 | 150:15 | 126:20 162:23 | 139:2,15,24 |
| 131:2,11,24 | **object** 21:7,10 | 165:3 169:11 | 140:7 141:11 |
| 132:9 133:14 | 29:10 39:17,20 | **objection** 11:20 | 142:8 143:17 |
| 133:22 134:10 | 40:3 53:4 56:15 | 12:9 13:19 18:4 | 145:14,15 |
| 134:14 135:15 | 57:6 58:14 | 20:21 24:18 | 146:5,6,8 |
| 136:10 137:8 | 59:21 63:21 | 33:3 46:24 50:7 | 147:11 149:9 |
| 137:16,19 | 65:21,23 69:22 | 50:23 51:16 | 149:21 155:12 |
| 138:12 139:7 | 70:15,18,23 | 54:1,3,21 55:2 | 155:17 158:23 |
| 139:18 140:1,9 | 72:23 76:8,12 | 57:8 63:17 | 159:21,22 |
| 140:23 141:13 | 77:23 80:9,23 | 66:25 67:12 | 160:16 161:16 |
| 143:17 145:1 | 84:16,17 88:17 | 69:9,10 71:16 | 161:20 162:9 |
| 145:15 146:5,7 | 89:7,9,21 91:10 | 73:1 75:7 78:22 | 165:12,13,19 |
| 147:11 148:2 | 94:15,17,20 | 80:11 82:1 | 165:25 166:1 |
| 148:11 149:21 | 95:5,14 96:11 | 85:12 86:20,22 | 166:13 167:9 |
| 150:20 154:18 | 97:25 105:19 | 86:24 88:6,9 | 172:21 174:11 |
| 155:12,17 | 109:5,22 111:3 | 95:6 96:14 | 177:24 |
| 156:5,12 157:1 | 112:25 115:3 | 98:16,20 | **objectionable** |
| 157:4 158:25 | 118:21 119:5 | 102:14 103:10 | 35:5 |
| 159:25 160:4 | 124:7,15 | 103:20 106:16 | **objections** |
| 160:16 161:16 | 126:17 128:23 | 109:24 110:22 | 30:10 55:17,18 |
| 161:19,25 | 128:25 129:14 | 111:12 112:24 | 55:19,21 85:25 |
| 162:9,24 | 130:17 135:15 | 112:25 113:12 | 150:2 156:18 |
| 164:19 165:12 | 138:2 144:13 | 113:16,21 | 163:4 179:18 |
| 165:25 166:5 | 148:11,12 | 114:16,16 | 180:1 181:6 |
| 166:15 167:9 | 155:13 156:12 | 115:9,19 116:4 | **objectives** |
| 167:19 168:8 | 157:6,11 160:4 | 116:5,6,16,25 | 144:10 |
| 169:7,19 170:6 | 161:25 164:19 | 119:15,19 | **observation** |
| 170:17,24 | 164:20 166:15 | 120:18 121:4,5 | 41:13 73:23 |
| 171:8,10,18 | 177:15 178:24 | 121:20 122:8 | **observations** |
| 172:5,7,11,14 | 178:25 180:3 | 122:17 123:11 | 36:12 41:7 |
| 172:19 173:2 | | 126:1 127:1,2 | 43:14 44:2,8 |

| | | | |
|---|---|---|---|
| **observed** 129:9 | 52:14 55:1 59:1 | 151:10,14,25 | 69:11 71:4 |
| 140:18 | 59:10 60:5,15 | 152:13,18,22 | 72:24 75:8 |
| **obstructionists** | 60:24,24 61:16 | 153:2,7 154:14 | 77:24 82:8 |
| 27:12 | 61:20 62:1,8 | 155:6 157:3 | 84:20 86:8 |
| **obviously** 37:1 | 64:21,23 65:3 | 158:8 159:15 | 91:10 95:7 |
| 97:3 131:8 | 67:6,25 68:1,8 | 162:14 163:7 | 97:12 98:20 |
| **ocular** 62:11 | 68:12,22 69:24 | 163:20 164:8 | 102:24 103:11 |
| **offer** 41:21 | 71:6 72:14 73:7 | 165:6,17 170:2 | 110:1 111:3,14 |
| 86:7 97:12 | 73:21 74:4,24 | 171:19 172:10 | 111:21 112:11 |
| **offered** 32:13 | 75:11 76:17 | 177:9,12,17 | 119:6,8,23 |
| **office** 31:19 | 78:10 79:17 | 179:12 180:5 | 120:1 124:8,13 |
| **oh** 78:18 | 80:5 81:5,16 | **old** 37:5 43:11 | 131:3 140:25 |
| **oil** 9:5 15:9,12 | 83:19 84:8,12 | 43:17 | 154:19 163:3 |
| 15:16 21:24 | 85:10 86:10 | **olympus** 60:18 | 167:11 |
| 37:18 39:24 | 87:7,15 89:2,4 | 60:20 61:13,22 | **opinions** 41:22 |
| 43:6 44:9 50:1 | 89:15,25 90:24 | 62:13,24 63:11 | 162:18 174:21 |
| 52:24 56:23 | 91:13 92:3,23 | 63:16 64:4,8,25 | 179:23 |
| 57:5 90:3,20 | 93:8 95:1 97:2 | 65:10 68:9 | **opportunity** |
| 91:1,8 93:6 | 97:7 98:3 99:12 | 72:11 76:6 88:5 | 18:21 24:8 |
| 98:7,14 104:10 | 99:16 102:9 | 88:13 89:1 | 25:10,18 30:7 |
| 118:12 156:3 | 106:12,24 | 160:11 | **opposed** 159:20 |
| 156:23 159:7,9 | 110:7 112:13 | **once** 69:10 71:3 | **option** 26:20,20 |
| **okay** 8:13,21,24 | 112:16 114:5 | 77:23 126:2 | **options** 26:17 |
| 9:3,8,14,17,24 | 114:13,22 | 136:14 148:19 | **oral** 42:2 |
| 10:17,20,23 | 117:8 121:14 | 150:1 172:17 | **orange** 76:6 |
| 11:7,17,24 12:5 | 123:25 124:3 | **ones** 64:7 | 93:24 94:6 95:4 |
| 12:24 13:3,7,24 | 124:25 125:5,7 | **open** 132:5 | 96:9 97:23 |
| 14:4,13 15:6,19 | 125:14,21 | 144:12 | 98:13 155:9,9 |
| 16:24 17:10 | 127:4 130:6 | **operated** 61:12 | **order** 20:24 |
| 18:9,18,22 19:1 | 132:1,9,10 | **opine** 20:24 | 37:5,7 41:5 |
| 19:8,20 20:14 | 135:11,24 | 55:13 78:25 | 57:20 69:25 |
| 21:9,16 24:17 | 136:5,20 139:8 | **opines** 36:14 | 87:1 91:15 |
| 27:6 31:22,25 | 139:17 140:21 | **opinion** 29:5 | 127:15 142:16 |
| 45:3 46:3 47:20 | 141:20 143:2 | 36:13 37:3 53:6 | 145:10 147:19 |
| 48:4 49:2,6,12 | 144:2 146:14 | 53:9 54:10 | 163:6 166:19 |
| 50:15 51:6 | 146:18 149:14 | 57:12,22 66:20 | 178:3 |

**[ordered - period]**

Page 27

ordered 53:12
66:22
orient 32:7
original 37:2
originated 8:2
outline 164:12
outside 67:8
69:11 71:4
76:14 82:9
own 19:2 41:16
41:19

**p**

p 2:9
p.c. 2:9 3:7
p.m. 142:2,5
176:7,10 180:9
180:12
page 5:2,9
23:19 24:23
26:9 30:5 58:20
58:24 59:2,5
65:15 67:17,19
67:20 68:24
69:6 76:23
89:16 92:2,2
93:11,12,14
99:5,7,19 125:6
125:8,10,11,12
134:11,12,13
144:19,19,20
144:22,25,25
169:25 177:3
183:3
pale 125:20
153:15,17,25

161:15
paper 144:18
papers 43:16
parallel 46:19
49:11 52:22
53:25 54:20
76:25 77:20
98:13 152:2,3
152:20 153:2,9
153:12 154:15
155:23 159:13
160:14 161:24
162:7,8 165:9
167:7 168:2
parameter
76:14
parameters
37:8,10 40:24
pardon 88:8
parfitt 3:2
park 3:20
part 9:16 23:6
43:3 57:1 61:9
79:1 80:2 88:20
88:23 107:2
116:20 151:23
156:6 163:20
164:1 169:5
170:14,15
172:2 173:7,13
175:22
participate
158:16
particle 50:1
51:22 52:24
54:24 55:4,6

57:19 62:14
78:19 79:24,25
80:13,22 81:1,2
93:16 94:14
98:12,25 104:6
104:20 105:13
106:17 109:4
109:20 110:17
112:22 113:11
115:2,7,10,16
116:2,14
117:19 119:12
120:11,14,23
121:1,12 123:8
123:9 124:22
125:16,19
126:4,23
127:10,15
128:4,9,11
129:21 130:11
130:25 133:5,6
133:9,12,16,19
135:3,13,22,25
136:1 138:6
139:14 144:5
144:23 145:23
159:7 168:2,5
168:11
particles 54:19
55:1 62:9 78:3
98:8 124:10
129:7,11
132:19 139:12
140:4 141:16
143:13,21
144:3 161:12

particular
51:22 89:12
124:9 145:22
152:17 163:1
parties 7:10,12
53:15
parts 62:6
118:10
passes 49:25
52:24
path 49:25
paul 1:10 5:3
5:10 7:9,18
24:15 28:19
154:5 157:21
181:3 182:9
pause 75:18
pausing 24:22
pdf 67:20,22
87:22 93:11,14
99:10,12,21,23
125:10
pending 132:15
pennsylvania
1:16
percentage
11:18 12:6
perform 13:7
63:1 140:22
performed
70:12 141:15
performing
11:19 45:18
63:14
period 9:5,11
40:8

**[permitted - portions]**                                                                 Page 28

| permitted | photomicrogr... | plaintiff  2:13 | plenty  145:18 |
|---|---|---|---|
| 36:19,19 37:9 | 35:4 149:25 | 2:18 3:5 | plm  8:16 10:8 |
| 78:13 | phrase  30:10 | plaintiffs  41:2 | 10:12,16,24 |
| perpendicular | physical  159:17 | 42:22 | 11:4,9 12:21 |
| 51:11 89:17 | physically | plate  56:12,13 | 13:8 14:11 15:3 |
| 152:2,11,20 | 31:15 | 56:14,18 74:7 | 15:21,25 16:6 |
| 159:13 165:10 | physics  159:18 | 123:5 125:22 | 16:25 17:4,11 |
| 167:7 | picking  27:2 | 125:24 126:14 | 17:24 18:3 19:2 |
| person  28:23 | picture  106:7 | 154:17 | 19:4,24 20:11 |
| 39:10 174:25 | 116:20,23 | plates  57:4 | 21:25 27:22 |
| 175:11 | 117:7,9,10 | 100:5,21 | 32:9 34:16 38:4 |
| personal  3:11 | pictures  116:10 | 117:18,20,22 | 38:24 41:19 |
| 10:20 36:5,12 | 116:12 | 118:2,9,11,19 | 42:8,12 45:18 |
| 36:16 37:23 | piece  113:24 | 119:1,4,13 | 58:8 61:13 62:1 |
| 41:13,19 43:14 | 114:18 139:21 | 120:17 121:3 | 62:8 79:15,15 |
| 44:2,7 79:10 | pieces  27:2 | 121:16,18,19 | 79:21 81:13,21 |
| 136:21 | pile  171:23 | 121:24 122:6 | 84:9 103:18 |
| personally  20:8 | place  19:19 | 122:13 124:6 | 126:8 158:9 |
| 33:1 102:18 | 123:10 145:20 | 126:25 128:22 | 159:3 163:11 |
| persuaded  41:2 | placed  179:17 | 136:9,15 | 169:4 177:7 |
| ph.d.  4:5 5:18 | placitella  2:14 | 143:15 153:24 | 179:10 |
| 6:16 9:22 | 2:15 24:7 26:19 | 160:20 161:13 | point  13:24 |
| phase  11:13 | 26:25 27:13,25 | please  7:16 8:6 | 16:21 20:18 |
| phenomena | 28:5 29:1,19,22 | 14:18 24:4 | 21:14 38:20,21 |
| 132:17 133:1 | 31:18,23 40:6 | 29:21 47:5,24 | 60:17 61:2 |
| 138:5 140:19 | 86:23 87:8,15 | 48:12 49:18 | 73:18,24 74:2 |
| phone  27:5,14 | 106:25 107:4,6 | 59:4 71:17 72:8 | 85:22 90:3 |
| 28:1,6 | 107:9,13 | 75:17 77:4,15 | 122:3 123:13 |
| photograph | 113:19 114:6 | 78:17 82:14 | 150:12 156:2,9 |
| 99:15 100:19 | 114:15 117:15 | 97:9 99:2 | 156:25 157:25 |
| 100:25 114:18 | 123:10,18,24 | 102:20 103:23 | 179:13 |
| 145:8 146:3 | 124:1 130:13 | 115:4 122:21 | polarized  111:7 |
| photographs | 135:7 141:21 | 125:17 133:16 | 111:9 |
| 145:25 | 155:13 168:25 | 154:4,6 163:25 | popping  40:8 |
| photomicrogr... | 169:6,10 | 168:9 169:1,2 | portions  26:3 |
| 111:25 122:11 | 173:17 | | |

**[portis - put]**                                                    Page 29

| | | | |
|---|---|---|---|
| **portis** 2:9 | **presented** | **produced** 20:23 | **pull** 17:20 |
| **position** 8:14 | 100:19,25 | 165:23 171:15 | 22:18 25:11 |
| 10:12,13,14 | 131:18 | 173:25 174:3 | 40:22 177:1 |
| 30:9 75:2 172:4 | **presumably** | 174:19 175:19 | **pulling** 20:1 |
| 172:4,7 | 37:6 | **produces** 173:6 | **pure** 62:23 |
| **positions** 10:6 | **pretty** 43:24 | 173:11 174:4 | **purple** 108:23 |
| **positive** 20:18 | 44:2,3 123:14 | **producing** | 109:4 110:20 |
| **possible** 61:15 | **prevented** | 149:3 | 112:21 115:2,8 |
| 106:16 | 162:19 | **product** 22:25 | 115:17 116:2 |
| **powder** 1:4 7:7 | **previous** 147:3 | **production** | 116:12,15,22 |
| 13:16 23:22 | 150:2 154:9 | 33:7 | 116:24 117:17 |
| **powerpoint** | **previously** 14:9 | **products** 1:4,5 | 118:11 121:25 |
| 55:14 132:8 | 36:20 45:2 | 3:11 15:24 16:6 | 128:5,14,18,21 |
| 148:18 | 109:24 164:17 | **proffer** 45:12 | 133:13,21 |
| **poye** 81:23 | **primarily** 84:4 | 86:2 | 135:4,14 138:9 |
| **practice** 160:24 | **print** 48:2 | **proficiency** | **purpose** 39:9 |
| **practices** 1:5 | **printed** 25:12 | 158:17 | 42:5 43:10,13 |
| **precisely** 35:25 | **prior** 14:7 | **program** 62:21 | 53:8,10 65:19 |
| 36:18 | 21:21 22:23 | 72:13 | 66:12 67:2 |
| **prep** 22:3 | 40:1 180:3 | **proper** 40:11 | 69:12 124:23 |
| **preparation** | 181:2 | 180:1 | 174:24 |
| 18:15 22:7,9,11 | **probably** | **properties** 50:3 | **purposes** 29:4 |
| 29:8 83:25 | 125:12 134:13 | **property** 159:4 | 72:16 87:3 |
| **prepare** 18:11 | **problem** 87:16 | 159:17 | 102:22 109:2 |
| 18:23 | **proceed** 27:2 | **protocol** 13:17 | 128:3,6,14 |
| **prepared** 42:21 | 30:20 96:24 | 33:7,11 | 133:20 148:5 |
| 47:15 54:9 79:2 | 97:5 | **protocols** 61:21 | 148:14 162:15 |
| 106:5 | **proceedings** | **provide** 85:14 | 163:22 |
| **presence** 14:10 | 34:12 39:21 | **provided** 10:21 | **put** 23:5 24:5 |
| 15:3 20:11 | 181:5 | 10:22 | 24:21 25:8 32:6 |
| **present** 2:5,12 | **process** 47:12 | **provides** | 34:9 40:15 47:8 |
| 4:2 119:13 | 101:6,13 | 170:11 | 47:15,15,24 |
| 120:16 121:2 | 102:16,21 | **public** 1:15 | 48:5 51:10 |
| 129:25 143:15 | 104:17 | 181:14 182:20 | 58:20,25 64:16 |
| **presentation** | **produce** 173:7 | **published** | 68:24 69:1 |
| 114:3 | 173:8 | 162:5 | 71:17,24 72:8 |

**[put - record]**                                                    Page 30

| | | r | 21:18,19 50:8 |
|---|---|---|---|
| 75:14,18 81:16 | 97:11,20 98:3 | | 61:6,7 63:12 |
| 82:14 84:5,6 | 103:15,21 | **r**  181:1 | 65:8 68:6 72:17 |
| 86:17,19 87:1 | 105:20 107:12 | **railroad**  23:1 | 74:20 75:3 |
| 91:24,24 92:1 | 112:19 115:5 | **rails**  175:6 | 81:15 84:11 |
| 92:21 108:2 | 117:24 120:24 | **raise**  112:18 | 85:7 90:9 |
| 109:13 114:4 | 124:17,20 | **range**  35:19 | 104:15 127:12 |
| 114:17,17 | 126:6,20 | 56:9 98:9,18 | 140:17 147:3 |
| 127:24 131:5,6 | 132:15,22 | 152:9,12 | 151:7,9,10,14 |
| 131:10 132:11 | 146:23 147:7 | **ranges**  152:23 | 151:17 156:14 |
| 134:16 142:11 | 148:6,12,22 | **read**  24:23 | 158:3,7,9,11,12 |
| 142:12 143:4 | 149:4 155:4 | 25:21,22 26:1,9 | 168:12,21 |
| 176:16,18 | 156:6 157:7,15 | 26:13,16 28:22 | **receive**  19:13 |
| **puts**  151:24 | 159:11 165:3 | 32:15 96:2 | 19:16 |
| **putties**  16:2 | 166:6 167:22 | 182:1 183:20 | **received**  8:1 |
| **putting**  25:10 | 168:9 170:19 | **really**  32:23 | 179:9 |
| 70:9 | 174:7,14 | 38:18 41:2 | **recent**  19:9 |
| | 178:24 179:1 | 43:24 67:10 | 85:9 |
| **q** | **questioning** | 141:22 146:4 | **recently**  101:23 |
| | 43:19 59:21 | 171:23 174:6 | **recess**  28:14 |
| **quantitative** | 97:4 | **realm**  30:25 | **recollect**  42:2 |
| 51:13 | **questions**  21:4 | **reason**  35:9 | **recollection** |
| **question**  14:18 | 24:9 26:14 | 107:21 155:8 | 182:4 |
| 16:11 17:17 | 27:24 30:2,7,11 | 158:19 178:18 | **record**  7:3,13 |
| 24:14,20,22 | 36:10 38:19 | 183:3 | 20:22 25:2,21 |
| 25:4,24 26:11 | 40:11 41:8 | **reasons**  110:5 | 26:1,7,13 28:9 |
| 27:1,9 32:3,17 | 54:10 66:18 | 176:2 183:21 | 28:11,13,17 |
| 33:6 38:9 53:5 | 70:23 78:12 | **reath**  3:19 | 32:14 43:22 |
| 53:16 54:15 | 86:5,6 96:21 | **rebutting**  42:22 | 45:12,13,15 |
| 55:20,25 57:1 | 97:9 107:10,17 | **recall**  12:17 | 67:17 82:12,24 |
| 58:19 66:1,8,14 | 111:10,20 | 13:2,6 14:4,6 | 87:4,11,13 |
| 67:2 69:15,17 | 138:1 162:20 | 14:12,14,21,25 | 92:15,16,18 |
| 71:8 76:16 | 176:24 | 15:5,6,15,18,25 | 93:10 99:18 |
| 77:15,18 78:6,9 | **quickly**  86:13 | 16:5,12,15,20 | 105:1 107:23 |
| 78:17 81:3 82:3 | 93:19 | 17:12 18:8 20:8 | 112:1 114:4 |
| 90:18,20 91:12 | **quite**  35:15 | 20:9,13 21:16 | 124:2 134:11 |
| 95:11,18,24 | | | |
| 96:1,3,6,17 | | | |

**[record - report]**                                                                 Page 31

140:10 141:25
142:2,3,5 157:7
162:15 167:10
176:7,8,10,11
176:16,18
180:9
**recorded**
164:16
**red** 2:16 56:24
57:5,17 100:8
100:20 101:2
117:17 118:12
122:3,7,16
128:21 129:7
129:19 130:9
138:8 139:11
139:22
**reference** 19:25
46:16 58:15
64:13 75:5 76:7
80:7 86:15
105:22 109:13
109:19 110:20
112:22 113:1
147:2 151:18
158:1,6 162:6
165:22 166:9
167:4,8 168:23
169:1,3 170:11
170:21 171:4
171:13,14,16
171:25 172:24
173:8,10 174:3
174:4,5,8
175:12 176:15
177:2

**references**
153:8 170:13
**referred** 10:9
42:1,1,3 92:25
**referring** 38:15
42:16 58:21
77:7 108:2
**reflect** 139:12
**reflection**
103:17,25
132:17
**refracted** 21:23
**refraction**
51:15 130:25
159:6
**refractive** 15:9
48:20 49:3,6,7
49:12,14,22
50:4,13,14,16
50:18,22 51:7
51:14,24 52:2,8
52:11 56:5,13
98:7,11 101:24
102:2 103:7,9
104:4,5,9,19
109:19 118:25
119:3 120:5,14
122:5,6,14
123:7 127:10
135:2,12 137:7
138:6 139:21
154:14,16
158:21 162:6
164:17
**regarding** 36:1
42:25 43:15

86:5
**reilly** 3:7
**relate** 34:15
**related** 11:19
12:8 20:2 69:22
85:19 156:23
158:17
**relates** 12:7
23:20 53:6
57:14 174:14
**relation** 173:25
**relevant** 30:9
**relied** 174:8
**relief** 179:20
**relies** 173:14
174:20
**relying** 143:13
170:21 171:25
173:9,12
**remember**
35:17,19,22
36:25 109:15
**remote** 1:10
**remotely** 7:11
7:12 181:4
**remove** 63:7
**rendering** 29:5
**renzi** 2:15
**repeat** 14:17
49:18 56:25
60:21 78:17
103:22 115:5
122:22 154:4
168:8
**repeatedly**
86:25,25

**repeating** 156:7
**rephrase** 52:4
163:25
**replow** 34:23
**report** 5:11,12
5:15,16,23 6:2
6:3 19:23 20:2
20:3,14 22:14
22:16,17,22
24:10,23 25:23
26:1,13 27:19
30:5,17 32:6,10
32:12,15 33:2
33:21,22,24
34:2,6,23 35:2
37:13,16,17,19
38:8,24 39:2,5
39:17 40:1,4,8
40:15,15,19,20
40:23 44:10
55:10 58:7,16
58:19 59:18,23
60:1 64:2,12,23
65:4,13 67:19
69:2,20 70:17
70:21 76:10,20
79:1,14 81:22
82:5,12,18,20
83:2,5,8,18
85:7,8,9 86:13
86:14 91:15,24
92:20,21 93:1
93:20,24,25
94:5,10 95:2
99:5,23,23
106:17 114:25

**[report - right]**                                                                 Page 32

| | | | |
|---|---|---|---|
| 116:2,20 118:5 | 59:19 60:8 | **research** 58:8 | **ri** 105:15 |
| 123:22 124:11 | 63:23,25 64:4,5 | **resolve** 180:6 | 108:17 127:8,8 |
| 124:14 125:11 | 78:1,12 86:3,6 | **resources** 5:23 | 133:7 |
| 132:11 134:11 | 95:19 96:22 | **respect** 94:11 | **right** 9:6,12,22 |
| 142:13 146:16 | 140:24 143:23 | 141:16 166:10 | 10:2,4 11:15 |
| 150:17 153:21 | 146:1 148:14 | 170:17 | 12:3,22,23 14:1 |
| 156:21 168:16 | 149:25 151:20 | **respond** 11:22 | 17:2 22:13 |
| 168:20 169:19 | 162:11,18 | 21:10 31:3 54:9 | 26:22 31:25 |
| 169:22,25 | 163:1 165:22 | 97:1 102:23 | 35:17,19 36:22 |
| 170:4,4,7,8,25 | 166:10 169:5,7 | 111:19 115:23 | 36:23,25 47:18 |
| 171:3,21 173:7 | 170:12,22 | 116:8 117:3 | 48:10,17 49:22 |
| **reported** 20:18 | 171:4,15 | 119:18,25 | 52:11 53:25 |
| 156:24 165:8 | 173:14 174:9 | 120:21 121:10 | 55:11 56:1 61:3 |
| **reporter** 7:15 | 174:19,24 | 122:19 145:17 | 65:17 75:4 77:9 |
| 28:8 49:17 | 175:18,23 | 146:11 | 79:16 80:17 |
| 68:18,20 70:2 | **represent** 31:6 | **responding** | 83:24 92:12 |
| 77:16 82:16 | 170:8 | 66:18 | 93:6 95:4 96:10 |
| 83:16,17 96:4 | **representations** | **response** 114:8 | 97:15,24 98:8 |
| 104:25 115:4 | 165:14 | 149:10 | 98:15 100:1 |
| 122:21 127:17 | **representative** | **restarted** 34:12 | 102:3 105:15 |
| 127:21 142:18 | 143:22 | **restate** 166:5 | 107:6,16 |
| 142:24 154:3 | **represented** | **restrictions** | 108:23 110:21 |
| 172:15,16 | 10:18 117:5 | 179:17 | 117:22 118:2 |
| 178:12 181:21 | 145:7 | **result** 41:9,10 | 118:12,20 |
| **reporting** 21:19 | **reproduction** | 139:23 | 119:14 127:5 |
| 127:9 156:4,11 | 181:18 | **results** 60:7 | 128:6 129:13 |
| 167:24,25 | **request** 48:12 | **resume** 5:10 | 129:22 133:11 |
| 168:1,3,13 | 108:11 131:5 | 7:25 9:18 17:18 | 136:2,9 137:7 |
| **reports** 18:24 | 174:5 | **review** 18:22 | 137:18 138:7 |
| 27:16 29:6,9,12 | **requested** | 18:24 19:1,3 | 140:11 141:23 |
| 29:23 30:3,12 | 173:8 | 25:19 84:3,9 | 142:7 143:3 |
| 34:14,18 37:25 | **requests** 41:5 | 85:6,11 160:25 | 144:7 148:5 |
| 42:17,22,23 | **requires** 33:7 | 163:23 164:1,3 | 155:11 156:25 |
| 44:22 54:5,8,17 | **reread** 77:15 | **reviewed** 27:16 | 158:21 159:13 |
| 55:7 56:3 58:1 | 132:20 | 83:25 84:4,8,13 | 160:3,10 |
| 58:3,15,16,16 | | 85:2 163:20 | 163:14 167:18 |

**[right - seeing]**

169:9 177:22
178:2 180:6
**rigler**   27:20
29:7 34:2
**rls**   1:3
**rmh**   3:10
**roofing**   16:2
**rosa**   4:4 7:3
**rotate**   59:12
**roth**   2:14
**round**   33:20
34:23 121:3
**rounded**   80:16
100:4,8 117:20
117:22 118:19
120:16 125:22
125:24 136:8
**rpr**   1:15 181:14
**rule**   33:14
**ruled**   54:3
111:23
**ruling**   34:5
43:9,18,22
156:16 180:3

---

**s**

---

**s**   5:8
**salaried**   19:6
19:10,16
**sales**   1:4
**sample**   13:10
53:8 145:19
**samples**   11:1,3
11:3,6 12:19,22
13:12,16 14:1
15:14,22 16:16

21:21 23:2,22
23:22 32:7,21
33:23 42:24
58:8 82:5
156:22,24
**saw**   115:24
128:16,17
160:2
**saying**   11:25
21:2 52:7
110:19 116:22
122:9 128:19
136:3 153:2,5
155:21 161:18
172:24 178:17
**says**   10:23
40:15 72:21
144:23
**scan**   144:13
**schneider**   4:3
28:16,24 54:11
66:22 112:8
175:16
**schneider's**
163:5 180:2
**science**   9:19
**scientific**   153:8
**scientifically**
113:12
**scope**   29:11
33:4 53:14
54:11 55:23
57:20,21 59:24
62:3,6 63:22
66:21 67:8
69:11 71:4

72:25 76:14
78:4 82:9 84:20
85:16 101:24
102:24 103:11
109:9 112:2
115:12 116:3
117:5 120:10
124:14,21
130:21 137:20
138:13,13
140:23 143:18
144:11 145:9
145:24 146:13
147:14 148:13
149:22 154:19
162:10 163:5
164:25 165:2
165:15 175:24
177:16 179:7
**screen**   17:18
23:5 25:9 47:23
47:24 48:6,8
62:17 67:19
69:2 79:1 82:15
99:6 117:6
118:3,16
122:11 123:13
137:11 145:9
146:13 148:3
148:10 172:9
**scroll**   104:2
**second**   22:17
22:18 31:4 36:3
58:18 107:24
125:3 131:13
146:16 153:21

174:18
**see**   14:2 21:3
23:9,10,14,19
23:25 24:2,3
25:10 32:19,20
33:3 38:20 39:1
44:16 48:8,11
52:12 53:2
58:22 59:12,15
59:16,16 62:9
69:1 74:21
75:12 77:3,4
80:15 81:2
88:19,22 89:16
93:23 94:5
100:4,7,10,20
102:9,13 103:8
104:2,3 108:10
108:21 109:8
115:17 117:5
117:17,19,20
118:1,6,8,10,19
120:10,22
121:1,18,18
125:21,25
129:7 130:21
131:12 135:6
136:7 138:4,7
142:7 144:16
146:2 147:10
148:9 153:24
157:21 159:12
168:4,6 171:23
**seeing**   23:6
47:18,21 59:5
94:24 120:2

**[seeing - sorry]**                                                            Page 34

122:2 123:14
130:9 131:9
138:9 144:6,7
145:7,8 148:1
167:16 168:1
**seek** 179:19
**seeks** 57:22
98:20 103:10
111:2,24
119:22 124:8
140:24
**seems** 86:24
125:11
**seen** 23:6 27:3
27:4 29:25,25
56:11,19 81:13
136:24 153:13
159:14 162:3
165:15 168:15
168:17
**sees** 25:5
148:25
**send** 45:5
**sent** 16:16
25:15 30:13
**separate**
104:23 182:7
**september** 5:15
58:7
**services** 2:7 7:4
**sessions** 18:12
**set** 35:18,24
41:4 60:16
61:21,24 64:3,5
66:4 71:11,14
73:21 144:9

167:1
**setting** 150:18
**settings** 72:15
148:25
**setup** 63:24
73:8
**setups** 44:17
**seven** 68:18
178:10
**several** 14:8
**share** 132:5
**sharing** 132:7
**sharko** 3:19
**sheet** 182:7
183:1
**sheets** 79:15
**shining** 155:10
161:12
**short** 9:5
**show** 24:19
37:16 55:10
56:3 68:12 84:7
102:10 104:21
116:12 147:17
160:13 169:21
**showed** 70:10
70:11
**showing** 48:3
159:16
**shown** 29:6
33:9 99:6
137:10
**shows** 109:1
120:4 144:20
**shu** 4:5

**shut** 32:22
44:14 174:6
179:14
**shutting** 111:15
**side** 61:14,19
73:11 131:15
**signature**
181:12 183:24
**signs** 144:16
**similar** 118:23
154:16
**simple** 67:1
**simply** 178:17
**single** 25:4,24
26:10 27:9 32:3
32:17 38:9 48:2
48:7 102:2
103:7 137:7
138:6 152:4
**sir** 8:12 9:2,23
11:16 16:8 17:1
17:25 19:14
28:20 47:19
49:1 61:1 74:3
88:3 93:7
145:18 147:1
154:4
**sit** 18:21
**situation** 134:4
141:8
**six** 68:17
**size** 23:9
**skip** 44:9
**sleep** 114:7,21
**slide** 5:14,19,20
5:21,22 6:5,7,8

6:9,12,18 46:8
47:15,15,24
48:2,7 52:15,18
70:1 74:12
75:14,21,23,24
81:17 82:15,17
83:3,7,12,17
84:6 104:24
109:13,17
110:8 113:24
113:25 114:2
114:11 127:14
127:15,24
131:4 132:5
134:16,21,23
142:11,14
143:6,7 178:4,5
**slides** 84:13
104:22 131:9
131:17
**slip** 69:21
**slow** 49:4,9
59:16
**small** 152:6
**smaller** 118:15
**solids** 101:15
**somebody**
36:13,14
101:12
**somebody's** 9:1
**sorry** 9:24 48:1
51:4 59:15 63:8
67:24 75:20,25
80:15 83:9
87:23 88:22
90:22 91:3 92:2

**[sorry - supervision]**                                                                 Page 35

101:19 110:9
112:7 113:6
132:4,21,23
137:21 138:18
145:4 147:6
156:5 161:19
166:22 172:15
172:20 178:4,8
**sort**  29:15 95:3
96:8 129:19
**sounds**  26:7
**source**  148:18
**spalding**  3:12
31:13
**speak**  18:14
**speaking**  24:18
55:17,21 67:12
**speaks**  24:11,15
**special**  4:3
26:21 28:15
111:23
**specific**  37:15
44:20 53:7,13
54:8 55:10
57:19 58:1,1,20
58:24 63:18
64:2 65:4,9
72:14 77:7
78:12 82:5
146:24
**specifically**
35:22 53:3
144:20,23
**spectrum**  16:3
**speculate**
102:20 117:11

**speculation**
18:5 148:16
**spend**  60:10
**spent**  11:18
**spot**  142:13
**staining**  17:24
45:19 46:5
47:13 57:4
101:7 102:6,12
103:19 120:2
126:9 137:13
139:13 144:17
152:1 158:10
158:20 159:4
163:24 164:5
178:21
**stand**  96:14
**standard**  11:5
13:12 15:13,13
110:20 112:22
152:25 163:13
163:22 164:2
167:4,8
**standards**
102:2 166:19
167:1 173:11
**standing**  78:21
**stands**  78:7
149:4
**start**  12:18
13:25 19:21
24:9 40:10
45:18 92:20
104:23
**started**  12:15
12:20 29:14

35:20 74:25
**starting**  76:23
**starts**  37:20
38:23
**stated**  46:15
97:13 110:5
144:19 162:18
176:2
**statements**
165:13
**states**  1:1
**station**  105:9
**status**  9:15
**stay**  44:6 53:15
113:22
**steering**  2:13
2:18 3:5
**stenographic**
7:13 181:7
**step**  47:14,16
48:14 83:10
**sticking**  30:4
113:25
**stop**  30:16 57:3
60:14 73:17
97:8 101:2
102:6,11
139:13 175:11
**stopped**  40:21
**straining**
157:21
**street**  2:10 3:3
**stretch**  90:13
**stricken**  37:2
**structure**  19:12
77:7 120:3

161:2
**structures**
80:16 100:4,8
136:9
**studied**  46:22
47:1
**stuff**  47:23
177:9
**stuttered**  112:7
**su**  4:5 6:6 18:24
84:2,14 105:14
105:24,25
106:1,6,7 108:2
108:7,10
149:16 150:3
**su's**  48:21
113:2 144:18
**subject**  35:14
37:5,6 38:7
42:10 59:24
85:19
**submitted**
42:18 146:1
**subscribed**
182:14
**substance**
19:22
**substantively**
32:4
**suggested**
158:5
**suggestion**  90:9
90:12
**suite**  2:3 3:8
**supervision**
181:20

**[supplement - telling]**                                          Page 36

**supplement**
  29:20
**supplemental**
  22:17
**supplied**  23:21
  30:3
**supplies**  171:5
**suppose**  38:11
**supposed**  40:18
**sure**  11:24
  14:20 21:2
  28:10 31:5
  35:16 47:7 52:6
  59:17 67:14
  88:23 112:18
  125:18 127:19
  133:17 142:10
  142:20 144:15
  145:6,18 147:7
  164:1 170:3,7
  174:2
**surrounded**
  115:17
**susan**  3:19
**susan.sharko**
  3:21
**suspending**
  179:21
**suspicious**
  144:13,15
**swearing**  115:1
  115:7
**switch**  61:17
  73:14 74:9,21
  74:22 75:1 90:2
  90:4,8 91:2,4,5

**switched**  61:2
  90:21
**switches**  74:20
**switching**  90:18
  90:25 91:8
**sworn**  7:12,19
  181:4 182:14

**t**

**t**  5:8 181:1,1
**table**  40:4
  105:21,22
  106:7 107:19
  113:4 152:17
**tables**  6:6 48:19
  48:22 105:14
  105:24 106:1,2
  106:6 108:2,8
  108:10 113:2
**take**  12:21
  35:10 44:15
  47:23 48:6 56:2
  75:18 85:22
  88:14 89:5 90:6
  91:22 92:5,8
  104:18 105:15
  113:3 121:13
  134:21,22
  140:5 141:24
  142:25 145:8
  146:20 147:9
  147:25 148:8
  149:19 157:8
  157:18 160:25
  161:5 171:19
  172:3,4,6 176:4

  180:7
**taken**  1:13
  28:16 30:8
  40:13 72:10,11
  76:5 88:2,25
  89:19 149:15
  150:17 173:21
  177:19 181:7,8
**takes**  62:21
  131:8
**talc**  12:19,21
  14:1,9,14,22,23
  14:24 15:3,9,11
  15:17 20:10
  21:20,25 22:4
  32:21 34:15
  39:4 56:6,12,12
  56:14,18,23
  57:4 58:5,7
  70:14 75:5 76:6
  76:7 80:19
  100:5,20 101:3
  117:17,20,22
  118:2,9,11,19
  119:1,4,13
  120:17 121:3
  121:13,16,18
  121:19,24
  122:6,13 123:5
  124:6,9,22
  125:22,24
  126:3,14,25
  128:22 136:9
  136:14 143:15
  153:11,14,17
  153:24,25

  154:9,10,15,15
  154:16 156:10
  156:23 160:3,6
  160:7,9,13,19
  160:19,22
  161:4,7,12,14
  161:22,23
  162:7,7,8
**talcs**  81:23
**talcum**  1:3 7:7
  13:15 23:21
**talk**  15:7 17:2
  18:21 41:12
  73:7 81:5,12
  87:24 90:2
  91:25 146:15
**talked**  15:20
**talking**  32:8
  53:20 55:7
  58:24 65:4
  90:10 92:20
  93:5 102:15
  122:25 172:17
  175:12 178:16
**taught**  46:17,18
**technical**
  111:11,20
**tell**  8:13 15:23
  26:5,15 45:24
  62:2 68:4,13
  69:6 70:13
  71:13 126:13
  130:8 149:14
  171:2
**telling**  115:15
  116:11 145:10

**[telling - total]**

173:4

**tem** 20:19
36:21 38:3,22

**temperature**
104:11 105:6
105:10 113:3,9
159:9

**ten** 92:8,10,13
118:4 134:4
158:13 171:20
176:5

**tenuous** 30:23

**term** 104:1

**terms** 45:17
86:12

**test** 41:9,10,13
43:15 63:18

**tested** 33:23

**testified** 7:20
121:22 135:17
149:23 154:24
154:25

**testify** 36:15
44:1 66:16
174:18 181:4

**testifying** 95:14
149:18 150:15
150:19 165:13

**testimony**
65:24 82:2,9
85:16 87:22
88:1,12,16 89:4
89:18 106:13
116:17 117:1
119:16,20
120:19 121:8

121:21 126:5
131:19 138:14
143:19 146:19
147:8 148:13
148:20 149:22
155:14 158:23
159:24 161:20
162:10 174:1

**testing** 14:14,21
36:17 53:6
158:17

**tests** 35:25
36:11,21,24
37:2 38:14 39:8
39:12 41:6,25
42:4 43:1,11,12
43:25 44:20,24
63:20

**text** 35:2 45:6

**thank** 10:4
21:11 23:17
25:10 45:7,8,10
68:1 71:25
75:19 82:15
83:20 87:13
88:24 105:2
131:11 132:9
134:14 169:2,6

**thanks** 87:17
142:20 180:6

**therefor** 183:21

**thermometer**
105:8

**thing** 24:15
36:2,3 65:10
131:13 145:20

**things** 15:13
24:6,19,21
34:13,25 83:25
106:8 129:6
145:9 163:2
171:23 174:20

**think** 29:14
37:3 43:19
65:15 67:17
90:17 95:24
99:8 108:6
113:7,8 122:23
122:25 127:19
146:18 148:19
174:12 175:5
175:21 177:3
179:13,16,22

**third** 26:19,20

**thirty** 67:23
146:18

**thought** 83:4
83:13

**thoughts** 86:8

**three** 17:11
33:14

**tiles** 16:1,2,7,18
16:23,25

**time** 7:5 9:10
9:16 10:7 11:18
12:7,12,25 13:5
13:20 14:13,20
15:7,16 17:5
19:10,17 20:10
25:21,22 26:9
28:12 30:16,18
37:14,18,20,24

38:23,24 41:18
45:14 60:10
75:18 88:14
92:14,17 111:5
111:13 131:8
142:1,4 156:9
158:8 162:15
176:6,9 180:8

**times** 43:5
97:13

**tiny** 113:23

**today** 7:9 10:18
18:11 40:18
45:4 55:8 75:3
84:1 86:5 97:4
130:1 170:23
180:7

**today's** 7:5

**toes** 83:10

**together** 114:17
142:11,12
151:24

**told** 132:2
163:10

**took** 19:9 45:21
46:17 111:25
174:15,25

**top** 50:9 104:15
125:23

**topic** 38:3
142:9

**topics** 44:13

**total** 103:17,22
103:25 130:24
132:17

**[totally - using]**                                                     Page 38

| | | | |
|---|---|---|---|
| **totally** 165:2 | **tungsten** 60:25 | **u** | **unfair** 30:20 |
| **touch** 118:16 | 94:10,12,13 | | 31:1 |
| **towards** 98:9 | 97:21 155:10 | **uh** 157:23 | **unfamiliar** |
| 123:5 125:23 | 161:12 | **ultimate** 36:8 | 104:1 |
| **traditionally** | **turn** 73:16,18 | **ultimately** | **unfortunately** |
| 21:24 22:4 | 73:19,20 | 48:23 | 152:5 |
| **trained** 17:23 | 169:17 | **unclear** 76:9,11 | **unique** 33:17 |
| 18:3 46:1,4 | **turning** 73:17 | 131:15 | **united** 1:1 |
| **training** 18:2 | **twenty** 75:22 | **under** 77:11 | **unknown** |
| 126:15 137:15 | 142:23 178:10 | 126:19 148:25 | 148:18,18 |
| 162:17 163:11 | **two** 22:11 26:17 | 150:15 181:19 | **upper** 90:15 |
| **transcript** 6:16 | 34:1 40:14 | **underlying** | 98:11 |
| 43:21 181:9,18 | 42:17 43:5 | 29:9 34:20 | **use** 21:24 37:17 |
| 182:1 | 70:14 71:12,14 | **understand** | 48:19 62:4 |
| **transmission** | 72:2 82:4 95:12 | 11:25 19:23 | 69:22 70:16,19 |
| 11:14 | 114:10 125:23 | 34:20 43:2,4,6 | 70:23 76:9,12 |
| **treating** 109:3 | 178:20,21 | 44:5,9,16 47:12 | 107:1 109:17 |
| 109:7 133:19 | **type** 11:11 | 51:20 58:4 | 113:1 123:7 |
| **tried** 143:11 | 15:23 16:9 | 61:11 63:8 | 141:7 145:9 |
| 165:7 | 21:23 62:5 | 82:24 87:21 | 146:13 151:16 |
| **true** 81:2 102:5 | 66:13 89:19 | 96:17 104:18 | 157:25 159:2,8 |
| 102:11 138:25 | 128:21 131:20 | 107:22 108:1 | 164:20 173:9 |
| 139:12 143:16 | 143:12 149:16 | 111:5 113:7,8 | **used** 15:7,12,16 |
| 144:2 181:9 | **types** 11:4 | 114:12 136:21 | 16:22 19:17 |
| 182:3 | 15:24 16:3,9 | 145:11,21 | 35:16 39:24 |
| **trust** 60:1 | 22:11 46:22 | 147:6 152:4,11 | 45:1 48:21,24 |
| **truth** 181:5 | 129:11 136:7 | 157:10 179:23 | 63:13 66:17 |
| **try** 23:8 34:22 | 136:22 139:11 | **understanding** | 68:5,14 69:7 |
| 44:14 87:2 | 140:18 | 16:21 51:18 | 131:21,22 |
| 159:8 | **typically** 13:7 | 57:14 63:19 | 134:1 149:24 |
| **trying** 24:19 | 13:10 17:6 | 66:12,19 78:15 | 158:20 159:10 |
| 32:7 44:6 59:16 | 53:22 54:20 | 81:24 95:22 | 166:17,18 |
| 83:9,10 87:3 | 62:15 | 106:4 107:25 | **uses** 174:24 |
| 96:21 113:21 | | 152:14 161:10 | **using** 16:25 |
| 124:1 161:11 | | **understood** | 25:22 37:14,24 |
| 172:20 | | 83:1 90:19 | 39:3,8 60:16,18 |

**[using - witness]**                                                    Page 39

62:22 65:6 66:5
66:11 68:10
72:12,22 74:18
74:25 88:13
93:5 146:20
148:4 149:17
156:3,10,23
158:5 163:22
164:2 165:21
166:8,22
171:14
**usp** 75:5
**usually** 80:13
**utilize** 46:4
54:23 144:17
**utilized** 104:12
115:11
**utilizing** 140:15
144:19

**v**

**v** 176:14
**valadez** 91:14
92:20,21 93:1
93:25 94:3 98:6
99:5,19 114:24
118:5 132:11
134:11 136:6
142:12 146:16
150:16
**valid** 113:12
**value** 122:6
127:8,10
**values** 162:6
**vanderbilt**
70:16

**variety** 11:4
**various** 46:6
96:21
**verify** 116:1,14
117:8,9 127:18
**version** 159:9
**versions** 35:24
**versus** 7:8 22:5
41:19
**video** 1:11 2:1
28:16
**videographer**
4:4 7:2,4 28:12
45:14 92:14,17
142:1,4 176:6,9
180:8
**videotaped**
1:10
**view** 62:10
107:3 152:18
155:22 159:15
160:12 179:25
**visually** 166:25

**w**

**wait** 24:23
32:19 127:4
128:7
**walk** 8:3 47:11
**want** 20:15
22:13 24:7
25:20,25 26:12
26:14 27:7,24
39:23 48:6
55:10,18,19
60:13 64:8,21

68:12 70:20
79:6 82:17 83:8
86:12 87:21,24
88:22 91:13,21
93:19 112:18
136:20,23
141:24 146:15
147:17 148:15
157:6,8 168:22
170:6 171:21
175:8
**wanted** 30:11
32:14 105:12
**wants** 26:9
138:2
**washington** 3:3
**watch** 157:21
**watching** 90:11
**wavelength**
48:16 50:25
54:23 105:16
108:19,21,23
110:16 159:8
**way** 22:3 30:20
37:18 41:17
52:12 55:22
62:4 84:6 85:25
96:25 111:8
117:9 129:10
132:6 143:20
144:8 166:18
175:6
**we've** 27:4
40:24
**wednesday** 1:8

**week** 46:2
**weeks** 18:20
**weird** 47:23
**welcome** 70:22
**went** 9:5,8
35:21 60:6
90:18
**white** 62:19,23
63:1,3,4 153:16
153:18 154:1
**wide** 56:7
**william** 5:18
6:16
**wise** 115:11
**witness** 1:12
2:5,12 5:2 7:12
7:16 12:11
13:20 20:23
25:1 26:15
27:10 28:20
29:3,24 31:1,21
32:15 33:9,13
38:19 43:20
46:25 49:19
50:8,24 51:17
54:13,15,22
55:20 56:17
59:25 71:5 72:3
78:11 80:12,25
82:7 88:8,19
89:11,23 90:8
91:11 94:22
95:17 98:22
99:13 100:24
102:25 107:2
109:7 111:2,2,6

**[witness - zoomed]** Page 40

111:22 115:10
116:19 118:23
120:9 123:1
129:16 130:3
130:20 137:17
137:22 138:14
139:4 143:25
147:13 150:22
154:8 155:19
156:14 160:18
162:2 164:22
166:17 167:13
175:4,25 176:3
180:10
**witnesses** 86:9
107:6
**wolfson** 34:4
37:1
**word** 35:16
**words** 36:7
**work** 11:4,12
11:19 12:2,6,7
12:16 13:9 14:8
21:5 25:17
27:17,18,22
29:4,9,12 32:9
32:11 33:1 35:3
35:3 37:24 38:3
38:4 39:14,15
39:18,23 40:2
41:16,19,21,22
42:8,12 53:21
57:14 66:4
72:25 73:14
76:12 79:14
81:13 85:11,19

90:11 97:10
102:22 111:8
111:10 112:9
112:10 132:6
134:8 145:11
162:11,25
174:15 179:10
**worked** 34:19
**working** 17:12
140:13
**works** 113:8
149:2
**worry** 133:2
**wrong** 139:23
**wylie** 18:25
85:3,15

**x**

**x** 5:1,8 40:8

**y**

**yeah** 31:8 65:24
82:19 110:11
114:22 179:2
**year** 9:11 11:1
12:17
**years** 10:24
11:23 12:2 14:8
17:11 19:19
27:3 30:1 40:9
126:9 158:14
158:14
**yellow** 53:25
80:3 90:13
94:23 95:2 96:7
97:22 98:8
99:14 115:11

125:19 129:22
133:6 140:4
152:25 153:4,9
153:12,15,17
153:25 155:8
155:23 159:17
159:19 160:3
160:10,13
161:13,15,15
**yellowish** 56:20
**yellows** 94:12
98:9
**york** 3:15

**z**

**zimmerman**
20:3,3 22:15
64:11 70:11,21
76:19 79:14
93:20,24 94:5,9
95:2 96:8
153:20,21,23
160:2
**zoom** 1:11 2:1
45:7 79:25 80:1
114:3,20
123:20 124:13
125:17 132:22
133:15
**zoomed** 154:6

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.