# EXHIBIT B

```
                                                            Page 1

 1                  SUPERIOR COURT OF NEW JERSEY
                    LAW DIVISION - MIDDLESEX COUNTY
 2                  DOCKET NO. MID-L-003809-18AS
 3
 4
     KAYME A. CLARK and           )
 5   DUSTIN W. CLARK,             )     104 HEARING
                                  )
 6              Plaintiffs,       )     TRANSCRIPT OF
                                  )      PROCEEDINGS
 7         v.                     )
                                  )       (VOLUME I)
 8                                )
     JOHNSON & JOHNSON, et al.,   )
 9   et al.,                      )
                                  )
10              Defendants.       )
     ------------------------------
11
12              Place: Middlesex County Courthouse
                       56 Paterson Street
13                     New Brunswick, New Jersey  08903
14
                Date:  May 29, 2024
15                     9:02 a.m.
16
17   B E F O R E:
18        HONORABLE ANA C. VISCOMI, J.S.C.
19
20
21                ANDREA F. NOCKS, CCR, CRR
                  PRIORITY ONE
22                290 West Mount Pleasant Avenue
                  Livingston, New Jersey  07039
23                (718) 983-1234
                  E-mail:  p1steno@veritext.com
24
25
```

```
                                                              Page 2

 1    A P P E A R A N C E S:
 2     DEAN OMAR BRANHAM SHIRLEY LLP
       BY:   BENJAMIN BRALY, ESQ.
 3     302 North Market Street
       Suite 300
 4     Dallas, Texas 75202
       Attorneys for Plaintiffs
 5
 6
 7
 8     KING & SPALDING
       BY:   MORTON D. DUBIN II, ESQ.
 9           KEVIN HYNES, ESQ.
       1185 Avenue of the Americas
10     34th Floor
       New York, New York  10036
11     -AND-
       McCARTER & ENGLISH
12     BY:   JOHN C. GARDE, ESQ.
       Four Gateway Center
13     100 Mulberry Street
       Newark, New Jersey  07102
14     Attorneys for Defendant,
       Johnson & Johnson
15
16
       ALSO PRESENT:   DERELL WILSON, ESQ.
17                     EARLY, LUCARELLI,
                       SWEENEY & MEISENKOTHEN
18
19
20
21
22
23
24
25
```

```
                                                           Page 3
 1                              INDEX
 2
 3    WITNESS                         DIRECT    CROSS
 4
 5    WILLIAM EDWARD LONGO
 6
 7    EXAMINATION BY:
 8         MR. DUBIN                    9
 9         MR. BRALY                              174
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 43

1       A.      That's correct.
2       Q.      And, in fact, you said that as of
3  2019 you had never analyzed a sample of talc for the
4  presence of asbestos from start to finish using PLM,
5  correct?
6       A.      Correct.
7       Q.      And at least as of 2023, when we last
8  asked you, you said you had never taken any classes
9  in the type of PLM analysis we're going to be
10 talking about which is referred to as PLM dispersion
11 staining, not a single class, right?
12      A.      No, sir.
13      Q.      So, it's correct you didn't take a
14 class, right?
15      A.      Never taken a class in PLM analysis
16 to understand how to identify asbestos in
17 asbestos-added products.
18      Q.      You are a self-taught PLM
19 analysis -- analyst, right?
20      A.      Yes, sir.  I don't want to sound, you
21 know, braggadocios, but I have a Ph.D. in material
22 science and engineering where you know everything
23 about every type of microscope, et cetera, and
24 typically Ph.D. levels don't take basic PLM classes.
25 I know the science really well on PLM.  I could

```
                                                        Page 44
 1    analyze those samples but it would take me all day
 2    so I don't do it.
 3           Q.     Okay.  We'll talk more about that a
 4    little bit later but...
 5                  And if we look at the reports in
 6    which MAS has claimed to find chrysotile in
 7    Johnson & Johnson, you can see the names of the
 8    people who actually did the analysis, right?
 9           A.     Correct.
10           Q.     And you are never listed as the
11    analyst?
12           A.     Well, the only people that is listed
13    as the analyst is the person that goes from start to
14    finish.  When I sit down or there's a structure that
15    there's some debate on it and I sit down and look at
16    it and go through it, I don't put my name down for
17    one structure.  That's not fair.
18           Q.     Okay.  But, again, the analyst would
19    typically be somebody like a Paul Hess, right?
20           A.     Correct.
21           Q.     Okay.  But you, I think you just said
22    you feel comfortable answering questions today about
23    PLM dispersion analysis and how it's done at MAS,
24    right?
25           A.     Yes, sir.
```

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.