# EXHIBIT H

Page 1

1                UNITED STATES DISTRICT COURT

2                  DISTRICT OF NEW JERSEY

3

4                    MDL NO. 16-2738(MAS)(RLS)

5

6      IN RE JOHNSON & JOHNSON TALCUM      )

7      POWDER PRODUCTS MARKETING,          ) DEPOSITION OF:

8      SALES PRACTICES, AND PRODUCTS       ) SHU-CHUN SU

9      LIABILITY LITIGATION,               )

10                                         )

11     _____  )

12

13

14

15

16

17

18              TRANSCRIPT of the stenographic notes of

19     the proceedings in the above-entitled matter, as

20     taken by and before SANDRA A. ROBERTSON, a Certified

21     Court Reporter and Notary Public of the State of New

22     Jersey, held at THE HELDRICH HOTEL 10 Livingston

23     Avenue, New Brunswick, New Jersey, on July 11, 2024,

24     commencing at 9:13 a.m.

Page 2

1  A P P E A R A N C E S :
2
3  DEAN OMAR BRANHAM SHIRLEY, LLP
   BY:  BENJAMIN BRALY, ESQUIRE
4  302 N. Market Street
   Suite 300
5  Dallas, Texas 75202
   (214) 722-5990
6  bbraly@dobslegal.com
   Attorneys for the Plaintiff Kayme Clark
7
8
   COHEN PLACITELLA ROTH, PC
9  BY:  CHRISTOPHER M. PLACITELLA, ESQUIRE
   127 Maple Avenue
10 Red Bank, New Jersey 07701
   (888) 219-3599
11 cplacitella@cprlaw.com
   Attorneys for the Plaintiffs
12
13
   KING & SPALDING, LLP
14 BY:  KEVIN HYNES, ESQUIRE
      JOHN EWALD, ESQUIRE
15 1185 Avenue of the Americas
   34th Floor
16 New York, New York 10036
   (212) 556-2100
17 khynes@kslaw.com
   Attorneys for the Defendant Johnson & Johnson
18
19
   McCARTER & ENGLISH, LLP
20 BY:  JOHN C. GARDE, ESQUIRE
   Four Gateway Center
21 100 Mulberry Street
   Newark, New Jersey  07102-4056
22 (973) 622-4444
   jgarde@mccarter.com
23 Attorneys for the Defendant Johnson & Johnson
24

Page 3

1  R E M O T E
2  A P P E A R A N C E S :
3
4  BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, PC
   BY:  P. LEIGH O'DELL, ESQUIRE
5     MARGARET THOMPSON, ESQUIRE
   218 Commerce Street
6  Montgomery, Alabama 36104
   (334) 269-2343
7  leigh.odell@beasleyallen.com
   Co-lead Counsel for the Plaintiffs
8
9
   ASHCRAFT & GEREL
10 BY:  MICHELLE A. PARFITT, ESQUIRE
   8280 Willow Oaks Corporate Drive
11 Suite 600
   Fairfax, Virginia 22031
12 703) 931-5500
   mparfitt@ashcraft.com
13 Attorneys for the Plaintiffs
14
   REILLY MCDEVITT & HENRICH, PC
15 BY:  KEVIN KOTCH, ESQUIRE
   3 Executive Campus
16 Suite 310
   Cherry Hill, New Jersey 08002
17 (856) 317-7180
   kkotch@rmh-law.com
18 Attorneys for the Defendant Personal Care
   Products Council
19
20
21
22
23
24

Page 4

1               INDEX
2
3  WITNESS:                   PAGE:
4
5     SHU-CHUN SU, PhD
6     By MR. BRALY               7
7
8                *****
9     EXHIBITS:
10
11 1  Clark Third Amended Notice of Deposition      23
12 2  PSC 2nd Amended Deposition Notice of          23
13    Shu-Chun Su
14 3  Report dated May 21, 2024            23
15 4  Talc MisidentifiedAs Chrysotile, a Review of   24
16    MSS 71134 and 71376 Talc Analysis of Gold
17    Bond Medicated Powder dated January 30, 2022
18 5  2006 Accreditation Sheet Or Report For        26
19    Material Analytical Services
20 6  Series of Emails                  34
21 7  Pittsburgh Work Plan              40
22 8  Two Emails                      42
23 9  Summary of Invoices              53
24

Page 5

1                *****
2     EXHIBITS:
3  10 Collection of Correspondence between Su and
4     Dr. Wylie                    63
5  11 DRIMMC Asb RI Conversion Tables 34 pages
6     2022                       67
7  12 Cargille Asb RI Conversion Tables 34 pages   67
8     2022
9  13 The Dispersion Staining Technique and Its     68
10    Application to Measure Refractive Indices of
11    Nonopaque Materials With Emphasis on
12    Asbestos Analysis
13 14 1993 EPA R-93 600 Test Method          70
14 15 Collection of Containers Sent to Su          72
15 16 Optical Mineralogy Six Pages            76
16 17 Optical Mineralogy 12 Pages            79
17 18 Sample CDCS 1.550 with SG-210 Alpha        94
18 19 Sample CDCS 1.550 with SG-210 Gamma       97
19 20 Micrometer 3183377 at Focus 1.550 Talc      103
20    Particle
21 21 Micrometer 318337 CSDS 1.550 Talc Particle   104
22    Gamma
23 22 3183377 With SG210 chrysotile in 1.560 Alpha  109
24 23 3183377 With SG210 Chrysotile in 1.560 Gamma  110

2 (Pages 2 - 5)

Page 6

```
1            *****
2          EXHIBITS:
3  24 Particle 1 M2001 1.250 Gamma          117
4  25 Particle 2 M2001 1.250 Gamma          117
5  26 Particle 3 M2001 1.250 Gamma          117
6  27 Particle 1 M2001 1.550 CSDS Alpha     120
7  28 Particle 3 M2001 1.550 CSDS Alpha     122
8  30 Image 1.55 Glass CSDS 1.550           157
9  31 William Longo's Report dated October 9, 2023   171
10 32 Section 5 of Report dated October 9, 2023      171
11 33 PLM Analysis of Talc/Chrysotile Bundle        182
12    Intergrowths
13
14            *****
15
16
17
18
19
20
21
22
23
24
```

Page 7

```
1       YING SHI, Mandarin Interpreter,
2  after having been duly sworn to interpret when
3          requested.
4          SHU-CHUN SU,
5  after having been duly sworn, testified in English
6          as follows:
7          EXAMINATION
8  BY MR. BRALY:
9     Q.   Good morning, Dr. Su.          09:13:43
10    A.   Good morning.                  09:13:44
11    Q.   It's nice to meet you.         09:13:45
12    A.   Nice to meet you too.  Last time we  09:13:48
13 chatted was last May.                  09:13:50
14    Q.   Right.  You know, I've had a chance  09:13:53
15 to read your publications to kind of study your  09:13:55
16 career a little bit, and I know that you've done a  09:13:59
17 lot for the microscopy community and for the science  09:14:04
18 community.  I appreciate your spending the time to  09:14:06
19 be here with us.                       09:14:09
20    A.   Thank you.                     09:14:11
21    Q.   Have you ever given a deposition  09:14:11
22 before?                                09:14:13
23    A.   Never.                         09:14:13
24    Q.   I have a lot of ground to cover.  09:14:13
```

Page 8

```
1  This might take a while so feel free to ask for  09:14:18
2  breaks.                                09:14:21
3     A.   Okay.                          09:14:21
4     Q.   Given that English is not your first  09:14:21
5  language --                            09:14:26
6     A.   No.                            09:14:27
7     Q.   -- if there is anything challenging  09:14:28
8  about what I am asking, please don't hesitate to  09:14:30
9  utilize the interpreter.  If you don't understand  09:14:33
10 something, please ask me to --          09:14:36
11    A.   Thanks for understanding.       09:14:38
12    Q.   I can ask terrible questions.  Mr.  09:14:39
13 Hynes knows that.                      09:14:42
14         You -- how old are you today?   09:14:44
15    A.   I'm -- I will be 84 the end of the  09:14:47
16 year by November.                      09:14:55
17    Q.   You're joking?                 09:14:56
18    A.   I was born in 1940, November.   09:14:57
19    Q.   Wow.  You look great.          09:15:00
20    A.   Thank you.  Thank you.         09:15:03
21         MR. PLACITELLA:  84 I ask what you're  09:15:07
22 doing here.                            09:15:09
23    Q.   You what born in China, correct?  09:15:10
24    A.   Yes.                           09:15:12
```

Page 9

```
1     Q.   Where regionally in China?      09:15:12
2     A.   In the southwest.              09:15:15
3     Q.   Southwest?                     09:15:17
4     A.   Southwest.  The area called Chonqing.  09:15:18
5  It's a Sichuan province, used to be but later that  09:15:22
6  city was I think changed into the direct city under  09:15:26
7  central government which elevate status to like a  09:15:33
8  province like a state.                 09:15:38
9     Q.   Okay.  You went to college in China  09:15:40
10 originally, correct?                   09:15:46
11    A.   Yes.                           09:15:47
12    Q.   I saw a reference to postgraduate  09:15:48
13 work done at the University of Moscow.  Is that  09:15:54
14 the --                                 09:15:58
15    A.   No, no.  What I meant here, you see I  09:15:58
16 went to college in 1957, so at that time, China and  09:16:03
17 Russia still in honeymoon, but later they broke from  09:16:11
18 each other.  So at that time, the Peking University  09:16:15
19 which attended was consider the premium university  09:16:21
20 in China.  So the government says since the Moscow  09:16:25
21 University science program, they are six-year  09:16:32
22 instead of a four year, we should follow that.  09:16:38
23 Therefore, my undergrad program it take six years  09:16:43
24 although the degree is only a bachelor.  09:16:47
```

3 (Pages 6 - 9)

SHU-CHUN SU, PhD

Page 10

1    Q.    I understand.  I was asking because    09:16:50
2    the University of Idaho is in Moscow, Idaho.    09:16:54
3    A.    That's right.    09:17:00
4    Q.    So I didn't know if you had ever    09:17:03
5    attended school at Moscow Idaho, which is --    09:17:05
6    A.    I'm sorry.  I thought Moscow in    09:17:09
7    Russia.    09:17:13
8    Q.    Well, I was looking to clarify that.    09:17:13
9    A.    Okay.    09:17:17
10   Q.    I appreciate it.  All right.  When    09:17:17
11   did you -- when did you come to the United States    09:17:33
12   for the first time?    09:17:36
13   A.    1981.    09:17:38
14   Q.    1981?    09:17:40
15   A.    Summer.    09:17:41
16   Q.    This was after you earned your    09:17:42
17   master's in science in mineralogy at The Institute    09:17:45
18   of Geology Sand Geophysics at the Chinese Academy of    09:17:49
19   Sciences?    09:17:53
20   A.    Yes.    09:17:53
21   Q.    All right.  In 1981, did you -- is    09:17:54
22   that when you started working with Professor Donald    09:18:00
23   Bloss and Paul Ribbe?    09:18:04
24   A.    Yes.    09:18:05

Page 11

1    Q.    Okay.  That was at --    09:18:06
2    A.    Actually 1981, because it was the    09:18:07
3    sabbatical year of Donald Bloss, so actually he got    09:18:13
4    the chair professor in University of New Mexico in    09:18:19
5    Albuquerque.  So I joined him directly first in    09:18:24
6    Albuquerque during his sabbatical.  Then the next    09:18:30
7    year we move back to Virginia Tech.    09:18:35
8    Q.    Okay.  You completed your PhD program    09:18:38
9    in geology and mineralogy in 1985?    09:18:45
10   A.    Actually, it was in '84.  However, I    09:18:49
11   attended the '85 graduation, the commencement, yeah.    09:18:54
12   Q.    You did your postdoctoral research...    09:19:01
13   A.    After my PhD.    09:19:10
14   Q.    I understand.  Okay.  Tell me about    09:19:11
15   the -- do you have a lab in Delaware?  Am I    09:19:17
16   understanding this correctly?    09:19:21
17   A.    Now?    09:19:23
18   Q.    Yes.    09:19:23
19   A.    I have simple equipment, polarized    09:19:25
20   light microscope at home.  Okay.    09:19:30
21   Q.    Okay.    09:19:32
22   A.    But it's not a lab.  You can look at    09:19:33
23   the same slides or things like that.    09:19:38
24   Q.    Is that in Newark, Delaware or in --    09:19:40

Page 12

1    A.    Bear, Delaware.    09:19:43
2    (Reporter asks for clarification.)    09:19:43
3    THE WITNESS:  B-e-a-r, that's next to    09:19:45
4    Newark.    09:19:49
5    Q.    Okay.  I didn't know there was a    09:19:49
6    Newark, Delaware, so Bear is completely new to me.    09:19:51
7    A.    Yes.    09:19:58
8    Q.    Do you live in Delaware?    09:19:59
9    A.    Yes.    09:20:00
10   Q.    Okay.  This sounds like a trap    09:20:01
11   question or something.  It's not, I promise you.  I    09:20:09
12   am curious.    09:20:12
13   What is your immigration status?    09:20:12
14   A.    I'm an American citizen.    09:20:14
15   Q.    You are, okay.  When did you get    09:20:16
16   naturalized as an American citizen?    09:20:19
17   A.    I guess after work at Hercules.  I    09:20:21
18   start working for Hercules in 1987, but at that time    09:20:24
19   I was still -- I was at a green card.  However, my    09:20:30
20   job, I have to travel.  Hercules multination    09:20:36
21   company.  We have about six, 70 plus facilities in    09:20:42
22   Europe, so I had to travel to Europe.  The company    09:20:49
23   said we can do the visa for you.  However, it takes    09:20:54
24   time.  However, you already here for so many years,    09:21:01

Page 13

1    you're eligible to be naturalized.  Then it makes    09:21:07
2    your travel to work easier.  So then, I was    09:21:13
3    naturalized in 1995.  In, let me see, eight years    09:21:17
4    after I work for Hercules.    09:21:26
5    Q.    Do you -- you have a series of    09:21:31
6    publications going back.  I think the earliest one    09:21:51
7    that I have is an article that you wrote or coauthor    09:21:55
8    on with Professor Bloss and Mickey Gunter from 1983    09:22:02
9    called "Gladstone-Dale Constants; a New Approach."    09:22:09
10   A.    Mm-hmm, yes.    09:22:15
11   Q.    You're familiar with this article?    09:22:16
12   A.    Yeah.    09:22:17
13   Q.    I don't need to mark this article.    09:22:18
14   I'm just -- is this the first time that your name    09:22:21
15   appeared as an author in the peer-reviewed    09:22:24
16   literature?    09:22:26
17   A.    I think earlier than that, because I    09:22:27
18   listed only articles related to the polarized light    09:22:31
19   microscopy optical property of minerals.  However,    09:22:40
20   even when I was in China I published in    09:22:45
21   peer-reviewed articles.    09:22:49
22   Q.    Let me come back to you.  We need to    09:22:50
23   clarify something for her.    09:22:52
24   (Reporter asks for clarification.)    09:22:52

4 (Pages 10 - 13)

SHU-CHUN SU, PhD

Page 14

1          THE WITNESS:  Light microscopy.          09:22:57
2      Q.    We did a search for articles that you     09:23:02
3   had authored.  I think was the earliest one that we   09:23:08
4   pulled up.                    09:23:11
5          Did you publish articles in China        09:23:12
6   before coming to the United States?          09:23:15
7      A.    That's right.              09:23:16
8      Q.    Had you published anything related to   09:23:17
9   polarized light microscopy in China before coming to  09:23:20
10  the United States?                09:23:25
11     A.    Yes, I did.                09:23:25
12     Q.    You did.  Before I ask you about      09:23:27
13  that, when did you meet Mickey Gunter?        09:23:33
14     A.    1981, when I arrived at Albuquerque.   09:23:37
15  Because he was in Albuquerque as well with Doug     09:23:42
16  Bloss.  That's the first time we met.           09:23:50
17     Q.    In Albuquerque that was part of the    09:23:52
18  graduate program?                09:23:56
19     A.    Yes, my PhD program.           09:23:56
20     Q.    You and Mickey Gunter, I mean, to     09:24:00
21  this day you guys have a professional friendship.    09:24:07
22  You guys have been friends for a long time?       09:24:10
23     A.    Yeah.                  09:24:13
24     Q.    I have to ask you this:  Stories get   09:24:13

Page 15

1   told and everything.  I have heard that when you    09:24:20
2   guys were in your graduate program that you lived in  09:24:24
3   the same building as each other.           09:24:28
4      A.    That is not true.              09:24:30
5      A.    That is not true.  Okay.          09:24:30
6      A.    You see Mickey was married.        09:24:32
7      Q.    Yeah.                  09:24:34
8      A.    So we lived in different apartment,    09:24:35
9   okay.  And after he come back from Albuquerque, and   09:24:42
10  she [sic] and his wife, they rent a home, but I only  09:24:50
11  rented apartment in apartment complex.  So then we   09:24:56
12  have never been roommate.  I noticed something like  09:25:02
13  Dr. Longo said we were roommate.  No.  We were     09:25:06
14  office mate.  That is inaccurate.  And also school   09:25:10
15  mate.  Okay.                   09:25:14
16     Q.    Okay.  Well, we can correct that     09:25:15
17  rumor then.                   09:25:19
18     A.    Yeah.  Thanks.              09:25:21
19     Q.    You guys did work together.  You guys  09:25:22
20  did your school work together.  You were friends.    09:25:24
21     A.    That's right.              09:25:29
22     Q.    And you're still friends?         09:25:29
23     A.    Right.                  09:25:32
24     Q.    You are -- Dr. Longo has said this.   09:25:34

Page 16

1   You were there for his testimony -- quite        09:25:43
2   well-respected with the polarized light microscopy.  09:25:48
3   How did you get involved in that specific field?    09:25:51
4   What drew you to it?                09:25:54
5      A.    Polarized light microscopy?        09:25:56
6      Q.    Right.                  09:26:00
7      A.    My first job in China after I       09:26:01
8   graduate from the college, I got a job in northwest  09:26:03
9   China, which is a geological survey of Gansu       09:26:12
10  Province.  So the structure in China geology is you  09:26:16
11  have a ministry of geology, then have geological     09:26:20
12  survey in every province.  Now, at that time I was   09:26:24
13  working at central lab of the geological survey of   09:26:30
14  Gansu Province.  The mission of that lab I was in a  09:26:40
15  group called rock and mineral identification.  China  09:26:43
16  at that time, they are still doing the grunt       09:26:50
17  geological work, which is the geological mapping.    09:26:55
18          The Gansu is a very large province.   09:26:59
19  The field geologists, when they do the mapping, they  09:27:04
20  collect samples on a grid, like every kilometer or   09:27:09
21  every 500 meters.  So they put a grid, they collect  09:27:15
22  samples, rocks, minerals.  So they sent us samples   09:27:22
23  to our lab for us to identify.  The polarized light  09:27:27
24  microscope is the instrument.             09:27:34

Page 17

1          So the rock, we ground the rock.      09:27:37
2   There is a lot for to prepare the samples for us.    09:27:40
3   You grind the rock, cut in small piece, grind that   09:27:45
4   to 30 microns thick in uniform, and then cover with  09:27:49
5   cover glass with glue.  Then you put this on the    09:27:55
6   polarized light microscope.  Then you identify      09:27:59
7   whether it's quartz, it's feldspar, it's muscovite.  09:28:05
8   Anyway, those so-called rock-forming minerals.  Of   09:28:13
9   course, the ultra basic rock is not uncommon now,    09:28:18
10  which contains serpentine and chrysotile --        09:28:21
11          (Reporter asks for clarification.)    09:28:21
12          THE WITNESS:  It's a mineral name,    09:28:35
13  chrysotile, c-h-r-y-s-o-t-y-l-e.            09:28:35
14          MR. HYNES:  I-l-e.             09:28:42
15     A.    So, therefore, as I said, I start to   09:28:43
16  use the polarized light microscopy to identify      09:28:46
17  rock-forming minerals in 1964.  Actually, I've been  09:28:53
18  doing that in China for maybe more than ten years.   09:29:05
19  Yeah.                      09:29:09
20     Q.    What we are going to be discussing    09:29:13
21  today has to do with a process referred to as       09:29:16
22  central stop dispersion staining, which am I correct  09:29:20
23  that this methodology is something that you       09:29:27
24  developed?                    09:29:31

SHU-CHUN SU, PhD

Page 18

1    A.   No. Central stop dispersion staining 09:29:32
2  was invented by Russia mineralogist in 1930s. It 09:29:37
3  was I think introduced to China probably 1950s. 09:29:47
4  Okay. And also to the United States I think Dr. 09:29:54
5  McCrone was the pioneer to introduce that method. 09:29:59
6    Q.   We'll talk about it in more detail 09:30:06
7  later. 09:30:09
8    A.   Okay. 09:30:10
9    Q.   But the -- it's called central stop 09:30:10
10  because there is actually a block that blocks the 09:30:13
11  light that's in the central part of the aperture 09:30:17
12  that allows polarized light to travel around that 09:30:22
13  central block. 09:30:24
14    A.   Actually, I actually brought today an 09:30:25
15  objective central stop, the McCrone. 09:30:31
16    Q.   Great. 09:30:34
17    A.   Yes. There's a small metal disc that 09:30:36
18  the diameter are usually 2 to 3 millimeter in size, 09:30:44
19  a circle metal disc at a back focal plane of the 09:30:48
20  objective. Yeah. That is called central stop. 09:30:53
21    Q.   And the purpose of this is to prevent 09:30:56
22  light from passing directly through -- 09:30:59
23    A.   To block the batching wavelengths. 09:31:03
24    Q.   Okay. 09:31:07

Page 19

1    A.   Between the liquid and the solid. 09:31:08
2    Q.   Cool. We'll get more technical about 09:31:13
3  that later. 09:31:16
4    A.   Okay. 09:31:17
5    Q.   There's been something that's been 09:31:18
6  referred to as the "Su Method" of dispersion 09:31:35
7  staining for the identification of chrysotile, maybe 09:31:41
8  not for chrysotile but for asbestos in samples. 09:31:49
9  What is your understanding of what the "Su Method" 09:31:54
10  is and how does this distinguish from normal central 09:31:59
11  stop dispersion staining process? 09:32:05
12    MR. HYNES: Form. 09:32:11
13    You can answer. 09:32:11
14    A.   The Su Method, actually, that was 09:32:12
15  named by a professor I think in Amherst University, 09:32:15
16  a university in Massachusetts, Stoiber and Morse, 09:32:30
17  Professor Morse. Because he is a very famous, like, 09:32:32
18  mineralogist. When he wrote -- his textbook as been 09:32:38
19  widely used in the geology department. They called 09:32:46
20  it Pumpkin Book because the book is pumpkin color 09:32:51
21  Dr. Green is Green Book. Professor... 09:33:01
22    Q.   Morse? 09:33:04
23    A.   Morse book people call it Pumpkin 09:33:05
24  Book. 09:33:08

Page 20

1    Q.   So you have the Pumpkin Book and you 09:33:09
2  have the Green Book? 09:33:11
3    A.   That's right. 09:33:11
4    Q.   All right. 09:33:11
5    A.   After they come to the states to do 09:33:13
6  PhD with Doc Bloss, Professor... Pumpkin Book 09:33:15
7  author. 09:33:30
8    Q.   Morse? 09:33:30
9    A.   Morse, he was revising his book. It 09:33:32
10  happened the publisher sent his book for me to 09:33:39
11  review. Okay. And when I was reviewing his book, I 09:33:43
12  found there's a part of his textbook, how do you 09:33:53
13  calculate the refract [ph] index from the dispersion 09:34:00
14  staining color. It's very cumbersome. It's a lot 09:34:06
15  mathematics. Actually so I was actually friends 09:34:11
16  with Professor Morse, you know. I said this 09:34:18
17  shouldn't be that complicated. Okay. 09:34:26
18    Professor Morse used a calculation 09:34:32
19  and Dr. McCrone used a graphic solution. You plot 09:34:37
20  the dispersion curve of the liquid, and also you 09:34:43
21  plot its dispersion curve of whether it's chrysotile 09:34:50
22  or amosite, whatever. You plot this curve. You 09:34:55
23  find the intersection where it's so-called matching 09:35:01
24  wavelengths. Then you graphically solve the refract 09:35:04

Page 21

1  index for the 589 nanometer wavelengths because that 09:35:11
2  is the standard wavelengths used to describe 09:35:17
3  material refract index. 09:35:23
4    MR. PLACITELLA: Would it make sense 09:35:39
5  for the two of you to switch? 09:35:41
6    A.   Actually, now, that's why I develop 09:35:53
7  the so-called equation a simple equation to go from 09:36:00
8  the dispersion coefficient of the liquid which is 09:36:07
9  listed on the bottle of the liquid. 09:36:14
10    Q.   Right. 09:36:17
11    A.   And also the dispersion of the 09:36:19
12  mineral you have those data in a textbook, in a 09:36:21
13  mineralogy book. I used that to the parameter. I 09:36:26
14  found an analytical relationship between them and 09:36:31
15  the wavelength. So that would make the derivation 09:36:36
16  of refract index from the dispersion staining color 09:36:45
17  a lot easier -- 09:36:50
18    Q.   And then -- I'm sorry. 09:36:52
19    A.   Then Professor Morse, he revised that 09:36:54
20  chapter of his book and he used my material. He is 09:37:00
21  the first man call it Su Method. So Su Method is 09:37:08
22  not just for the asbestos identification; it is for 09:37:13
23  deriving the numerical value of refract index, from 09:37:18
24  the dispersion staining color. 09:37:23

SHU-CHUN SU, PhD

Page 22

1    Q.    Okay.  And the steps involved in this  09:37:27
2    involve the interaction between wavelength and  09:37:31
3    refractive index values based on the temperature of  09:37:36
4    what's being sampled at that time?  09:37:40
5    A.    Yeah.  The temperature, actually the  09:37:42
6    reason the temperature is considered because the  09:37:45
7    liquid is sensitive -- its refract index is  09:37:50
8    sensitive to the temperature.  Therefore, the effect  09:38:05
9    is on the fourth decimal place, about usually around  09:38:11
10    .0005.  So each fluctuates of 2 centigrade degree  09:38:17
11    will change one unit in the third decimal place.  09:38:24
12    Then it matters.  09:38:29
13    Q.    Okay.  Okay.  We will have plenty of  09:38:31
14    time to talk about that more.  09:38:42
15    A.    Okay.  09:38:44
16    Q.    I want to I suppose go through some  09:38:44
17    of the legals, legal part of this.  09:38:48
18         You are here because of -- that  09:38:54
19    didn't work the way I wanted it to.  You're here  09:39:00
20    because of a lawsuit filed here in New Jersey called  09:39:11
21    Kayme Clark and also because of the ongoing  09:39:19
22    litigation in what's referred to as the  09:39:23
23    multidistrict litigation related to the ovarian  09:39:25
24    cancer cases.  Do you understand that?  09:39:31

Page 23

1    A.    Yes.  09:39:33
2    Q.    Okay.  There are a couple of exhibits  09:39:34
3    that I'm going to start building out for this  09:39:37
4    deposition.  The first two exhibits; Exhibit 1, is  09:39:40
5    just the notice of deposition for the Kayme Clark  09:39:43
6    case.  09:39:49
7    (Exhibit 1 Clark Third Amended Notice of  09:39:51
8    Deposition marked for identification.)  09:39:53
9    Q.    Exhibit 2 is going to be the notice  09:39:53
10    of deposition for the MDL, both for today.  I don't  09:40:07
11    really have I don't think any questions about those  09:40:12
12    documents specifically.  09:40:15
13    (Exhibit 2 PSC 2nd Amended Deposition Notice  09:40:15
14    of Shu-Chun Su marked for identification.)  09:40:21
15    Q.    Exhibit 3 is the report that you  09:40:21
16    issued dated May 21st of 2024.  I believe that's the  09:40:23
17    document that's directly in front of you.  09:40:28
18    A.    Yep.  09:40:30
19    Q.    Great.  I'm sure you have gathered we  09:40:30
20    will be talking about this document.  09:40:33
21    A.    Okay.  09:40:34
22    (Exhibit 3 Report dated May 21, 2024 marked  09:40:34
23    for identification.)  09:40:38
24    Q.    Exhibit 4 is going to be a report  09:40:38

Page 24

1    that you authored in 2022 titled "Talc Misidentified  09:40:40
2    As Chrysotile, a Review of MSS 71134 and 71376 Talc  09:40:47
3    Analysis of Gold Bond Medicated Powder dated  09:40:57
4    January 30, 2022."  09:41:03
5    (Exhibit 4 Talc Misidentified As Chrysotile,  09:40:46
6    a Review of MSS 71134 and 71376 Talc Analysis of  09:40:48
7    Gold Bond Medicated Powder dated January 30, 2022  09:40:58
8    marked for identification.)  09:41:05
9         You're familiar with this --  09:41:05
10    A.    Yes.  09:41:06
11    Q.    -- publication too?  09:41:07
12    A.    Yes.  It's not publication.  It's  09:41:08
13    just a review.  09:41:10
14    Q.    Thank you.  That's correct.  I did  09:41:11
15    misspeak on that.  09:41:16
16         That publication I believe was the  09:41:16
17    first time that you had signed your name to any  09:41:19
18    report involving a litigation-type matter; is that  09:41:24
19    right?  09:41:24
20    A.    I think so.  But at that time I  09:41:31
21    didn't even understand the nature of the report  09:41:32
22    before me.  It's just a report about analysis of the  09:41:46
23    asbestos.  09:41:52
24    Q.    Right.  Before this report,  09:41:53

Page 25

1    Exhibit 4, which is from 2022, you did have prior  09:42:01
2    involvement with MAS and Dr. Longo's laboratory in  09:42:10
3    Georgia, right?  09:42:14
4    A.    Yes.  09:42:15
5    Q.    You served as an NVLAP or NVLAP  09:42:15
6    auditor, correct?  09:42:26
7    A.    Yes.  09:42:27
8    Q.    Did you know Dr. Longo personally  09:42:28
9    before this report?  09:42:33
10    A.    You see, I did the on-site assessment  09:42:37
11    of an MAS in 2015.  That's the first time I met Dr.  09:42:42
12    Longo.  Because after the assessment, I think we  09:42:56
13    talked briefly before I left.  That's only time we  09:42:56
14    talked before the -- before this, this review.  09:43:04
15    Q.    Before you saw him in the courthouse  09:43:09
16    in May?  09:43:11
17    A.    That's right.  09:43:12
18    Q.    Do you recall being at MAS before  09:43:13
19    2015?  09:43:23
20    A.    The name?  09:43:24
21    Q.    The lab, MAS.  09:43:25
22    A.    Yeah, yeah, yeah.  09:43:27
23    Q.    You didn't meet Dr. Longo until 2015?  09:43:28
24    A.    That's right, until I visit the lab.  09:43:32

7 (Pages 22 - 25)

SHU-CHUN SU, PhD

Page 26

1  But I heard about that lab, 'cause, as you know, the  09:43:35
2  NVLAP, I am one of the technical expert for NVLAP.  09:43:40
3  So we now probably pretty much the laboratory in the  09:43:45
4  United States, so MAS is one of them.  09:43:49
5  Q.  You may not -- you may just not  09:43:55
6  recall this.  We can mark this as Exhibit 5.  I am  09:43:58
7  going to do all my exhibits electronically.  We  09:44:01
8  don't need to sticker this.  I will provide the  09:44:04
9  documents electronically.  09:44:08
10  (Exhibit 5 2006 Accreditation Sheet Or  09:44:10
11  Report For Material Analytical Services marked for  09:46:14
12  identification.)  09:44:49
13  Q.  I just need to mark this.  I don't  09:44:49
14  have any detailed questions about this document  09:45:10
15  right now other than, were you aware or did you  09:45:13
16  just -- I mean, I know it's been a long time, but  09:45:24
17  did you just not recall being present at MAS as far  09:45:27
18  back as December of 2006?  09:45:32
19  A.  I forgot.  09:45:35
20  Q.  No problem.  I may ask you about that  09:45:36
21  later.  I may later.  09:45:45
22  MR. BRALY:  Exhibit 5 is a 2006  09:46:06
23  accreditation sheet or report for material  09:46:10
24  analytical services.  That's what it is.  09:46:16

Page 27

1  Q.  Dr. Su, just one additional question,  09:46:42
2  if your name appears as the assessor's name at  09:46:45
3  the -- in that document, does that mean that you  09:46:49
4  personally did the assessment of the lab?  09:46:51
5  A.  Yes, I did.  09:46:54
6  Q.  Okay.  You can set that aside.  We  09:46:55
7  may come back to that.  09:46:58
8  A.  Okay.  09:47:00
9  Q.  The report that is Exhibit 4, it says  09:47:01
10  at the very beginning of this -- you see it on the  09:47:12
11  screen here that Dr. Gunter had asked you to do --  09:47:15
12  conduct the analysis of the materials, correct?  09:47:21
13  A.  Mm-hmm, yes.  09:47:24
14  Q.  Did Dr. Gunter, was he the first  09:47:27
15  person to bring to your attention that Dr. Longo was  09:47:30
16  using polarized light dispersion staining to  09:47:35
17  identify chrysotile and talc samples?  09:47:40
18  A.  No.  Because at the lab when I do the  09:47:45
19  assessment, I will check the -- there are two  09:47:48
20  program, PLM and TM.  So the PLM is dispersion  09:47:53
21  staining.  09:48:00
22  Q.  Was Dr. Gunter -- did Dr. Gunter  09:48:01
23  bring to your attention that Dr. Longo was finding  09:48:06
24  chrysotile in cosmetic talc samples by PLM?  09:48:12

Page 28

1  A.  That document says that, but at that  09:48:21
2  time I was not aware of the litigation, you see.  09:48:26
3  Q.  Right.  That's kind of what I was  09:48:31
4  getting at.  Dr. Gunter was the person who brought  09:48:34
5  this issue to your attention, right?  09:48:37
6  A.  Correct.  09:48:40
7  Q.  You and Dr. Gunter -- there was a  09:48:40
8  criticism about this report, Exhibit 4, that you may  09:48:50
9  not have written Exhibit 4, this report.  You're  09:48:56
10  familiar with that criticism, correct?  09:49:01
11  A.  Which criticism?  09:49:03
12  Q.  The criticism that you did not  09:49:05
13  actually write this report.  You're aware of that  09:49:06
14  criticism?  09:49:10
15  A.  Yes.  09:49:10
16  Q.  And you and Dr. Gunter got together  09:49:11
17  and shot a short video where you said that, no, I  09:49:14
18  did, in fact, this is my report?  09:49:18
19  A.  Yeah.  09:49:20
20  Q.  Did Dr. Gunter write this report and  09:49:20
21  then ask you to review it for whether or not it was  09:49:27
22  in conformance with your opinions?  09:49:31
23  A.  No, not at all.  Not at all.  09:49:33
24  Q.  This report from 2022 is your  09:49:36

Page 29

1  authorship.  You typed this out?  09:49:40
2  A.  Yeah.  09:49:43
3  Q.  Okay.  09:49:43
4  A.  Yes.  09:49:45
5  Q.  For Exhibit 3 -- in Exhibit 3 is your  09:49:46
6  report in this case.  It's the one that you have in  09:49:56
7  front of you.  09:49:58
8  A.  Mm-hmm.  09:50:00
9  Q.  There is a PowerPoint section.  It's  09:50:00
10  Appendix C.  09:50:03
11  A.  Yes.  09:50:05
12  Q.  Who created that PowerPoint?  09:50:06
13  A.  Myself entirely.  09:50:08
14  Q.  Entirely?  09:50:10
15  A.  Yeah.  09:50:11
16  Q.  Okay.  09:50:11
17  A.  It takes lot of time and effort.  09:50:12
18  Q.  Oh, I know it does.  My dad is 83.  09:50:14
19  He can barely turn on a computer.  I'm impressed.  09:50:18
20  MR. PLACITELLA:  My dad is 98 and he  09:50:22
21  is very good in turning on a computer.  09:50:24
22  MR. BRALY:  You should take some tips  09:50:28
23  from him.  09:50:30
24  BY MR. BRALY:  09:50:32

8 (Pages 26 - 29)

SHU-CHUN SU, PhD

Page 30

1    Q.    Okay.  So the Exhibit C, the    09:50:33
2    PowerPoint that you developed that you put that    09:50:37
3    together yourself?    09:50:40
4    A.    Yes.    09:50:40
5    Q.    Okay.  Did Dr. Gunter have any input    09:50:43
6    or any involvement with the development of the    09:51:05
7    report that's in front of you now, which is    09:51:09
8    Exhibit 3?    09:51:12
9    A.    Not at all.  I did not talk with him    09:51:12
10   during this period.  I never told him, like, I'm    09:51:19
11   working on something.  Okay.    09:51:26
12   Q.    When you say during this period, do    09:51:28
13   you mean during the period that you created the    09:51:30
14   Exhibit 3 PowerPoint?    09:51:34
15   A.    Yes.    09:51:35
16   Q.    Yes, okay.  When was the last time    09:51:36
17   that you talked with Dr. Gunter?    09:51:39
18   A.    That should be maybe months or more    09:51:47
19   ago.  Yes, that would be the last time we talked.    09:51:55
20   Q.    Are you saying months ago?    09:52:02
21   A.    Months or more ago.    09:52:03
22   Q.    Months or more, okay.  You are    09:52:05
23   acquainted with Dr. Matt Sanchez and Dr. Bryan    09:52:08
24   Bandli?    09:52:19

Page 31

1    A.    Yes.    09:52:19
2    Q.    When did you first meet Dr. Sanchez    09:52:20
3    or Dr. Bandli?    09:52:24
4    A.    I believe it was in two thousand -- I    09:52:26
5    forget the year.  The first time we met, Sanchez, it    09:52:37
6    was last symposium of The Geological Society of    09:52:42
7    America annual meeting.  They have a special    09:52:50
8    symposium on Dr. Bloss, the contribution.  So I    09:53:00
9    remember of course Dr. Gunter was there and Matt    09:53:10
10   Sanchez was there.    09:53:18
11   Q.    Did Dr. Gunter introduce you to Matt    09:53:19
12   Sanchez?    09:53:23
13   A.    Yes.    09:53:23
14   Q.    Are you aware of the relationship    09:53:24
15   between Dr. Gunter and Matt Sanchez and Bryan    09:53:26
16   Bandli?    09:53:31
17   A.    That's right, I am fully aware.    09:53:35
18   Actually, I met Dr. Bryan in Chicago because McCrone    09:53:38
19   Research Institute host a course about spindle    09:53:47
20   stage.  So I was one of the instructors.  Dr. Gunter    09:54:03
21   also brought, brought Dr. Bryan.  I believe he was    09:54:08
22   doing his PhD with him at that period.  So he came    09:54:14
23   also to Chicago.  That's the first time I met Bryan.    09:54:19
24   Q.    And Dr. Bryan is Bryan Bandli?    09:54:24

Page 32

1    A.    Yeah.    09:54:29
2    Q.    Perfect.  The Bloss symposium where    09:54:30
3    Dr. Gunter introduced you to Matt Sanchez, when was    09:54:34
4    that?    09:54:37
5    A.    2012 or -- I don't remember exact    09:54:42
6    year.    09:54:49
7    Q.    When did you first come to know that    09:54:52
8    Matt Sanchez serves as an expert witness for Johnson    09:54:56
9    & Johnson in litigation-related matters?    09:55:03
10   A.    I think until this year I start get    09:55:07
11   involved.  I didn't know that before.    09:55:14
12   Q.    Okay.  Did you know if Matt Sanchez    09:55:17
13   was involved with expert consulting or testifying    09:55:20
14   work for anybody before this year, 2024?    09:55:25
15   A.    I wasn't aware.    09:55:29
16   Q.    When you met Bryan Bandli in Chicago,    09:55:32
17   did Dr. Gunter introduce you to him as well?    09:55:47
18   A.    Yes.    09:55:51
19   Q.    Okay.  When did that occur?  What    09:55:51
20   year?    09:55:57
21   A.    Let me see my... I should be able to    09:55:58
22   find out from -- because I listed that on a training    09:56:02
23   course I conducted.  Let me see my... 1986 -- no.    09:56:10
24   That's Virginia Tech.  That is not Chicago.  Let me    09:56:29

Page 33

1    see.    09:56:34
2    Q.    Can I make a suggestion?  At page --    09:57:31
3    it's the 14th overall page but page two of your    09:57:36
4    references, there is an entry here -- if you look at    09:57:39
5    the screen -- for 2004 where it's Dr. Gunter, Bryan    09:57:43
6    Bandli, Dr. Bloss talking about how to build a    09:57:48
7    spindle stage.  This looks just inferentially kind    09:57:52
8    of like what you're talking about, sort of.    09:57:58
9    A.    This paper resulted from that McCrone    09:58:05
10   course.    09:58:10
11   Q.    Perfect.  You first met Bryan Bandli    09:58:10
12   sometime --    09:58:14
13   A.    Before --    09:58:15
14   Q.    -- before 2004?    09:58:16
15   A.    Yeah.    09:58:20
16   Q.    Is that fair?    09:58:21
17        MR. HYNES:  For clarification go to    09:58:22
18   page four, it's the second entry on page four.    09:58:23
19        THE WITNESS:  Yeah, that was the    09:58:34
20   short course.    09:58:36
21   Q.    Okay.  2003?    09:58:37
22   A.    Yeah.    09:58:40
23   Q.    Okay.  Are you aware that Matt    09:58:41
24   Sanchez and Bryan Bandli had both been students of    09:58:46

9 (Pages 30 - 33)

SHU-CHUN SU, PhD

Page 34

1  Mickey Gunter?                      09:58:52
2      A.   Yes.                       09:58:53
3      Q.   Yes.  Had you maintained a working  09:58:53
4  relationship with either Matt Sanchez or Bryan  09:59:00
5  Bandli after meeting them, meaning did you  09:59:05
6  correspond with them or did you work collaboratively  09:59:09
7  on papers?                          09:59:13
8      A.   No.                        09:59:14
9      Q.   After -- so you provided to me, and  09:59:14
10 to Mr. Placitella, information including  09:59:47
11 correspondence between yourself and Matt Sanchez,  09:59:53
12 and between yourself and Ann Wylie?  09:59:57
13     A.   Yes.                        10:00:00
14     Q.   Yes?                        10:00:02
15     A.   What's on the screen right now is a  10:00:03
16 collection of seven pages.  I am going to go through  10:00:05
17 some of these.  They are in chronological order.  10:00:08
18          The first one is -- by the way, this  10:00:11
19 is Exhibit 6.                        10:00:14
20          (Exhibit 6 Series of Emails marked for  10:00:15
21 identification.)                     10:00:16
22     Q.   The first one is dated May 23, 2024,  10:00:16
23 at very early in the morning.  What were you doing  10:00:22
24 at 3:37 a.m.?                        10:00:24

Page 35

1      A.   I woke up probably early.  10:00:27
2          MR. HYNES:  Clarifying I think  10:00:31
3  timestamp on these emails is Chinese --  10:00:34
4          THE WITNESS:  I was in the States  10:00:39
5  last May.  No, no.  That's right.  The May 23rd, I  10:00:40
6  was in China.                       10:00:45
7      Q.   Okay.                       10:00:47
8      A.   Now I recall.  I came back on the  10:00:48
9  27th.                               10:00:52
10         MR. PLACITELLA:  You're not as crazy  10:00:53
11 as I am.                             10:00:55
12     Q.   Regardless, the question that you  10:00:57
13 were asking Dr. Sanchez was whether or not he could  10:01:02
14 send a gram or less of the two Calidria chrysotiles  10:01:06
15 to me at your office in Bear, Delaware.  Do you see  10:01:11
16 that?                               10:01:16
17     A.   Yes.                        10:01:16
18     Q.   [Reading] It would be great if they  10:01:16
19 can be delivered no later than 5/27.  10:01:20
20     A.   That's the date I came back from  10:01:23
21 China.                              10:01:26
22     Q.   All right.  And then you're aware  10:01:27
23 that Dr. Longo's first day of hearing in the Clark  10:01:32
24 case relative to his PLM procedure began on  10:01:40

Page 36

1  May 30th?                           10:01:44
2      A.   Yes.                        10:01:47
3      Q.   You were present for that?  10:01:48
4      A.   Yes.                        10:01:49
5      Q.   Right.  So prior to the hearing on  10:01:49
6  May 30th, you had not conducted any analysis on  10:01:55
7  Calidria or samples identify as Calidria yourself,  10:02:00
8  correct?                            10:02:05
9      A.   No.                         10:02:05
10     Q.   Do you know where Matt Sanchez  10:02:06
11 acquired this Calidria material that he had?  10:02:11
12     A.   I believe it was from Mickey Gunter,  10:02:17
13 Dr. Gunter.                         10:02:22
14     Q.   Did you ever review Dr. Gunter's PLM  10:02:24
15 analysis of Calidria?                10:02:28
16     A.   No.                         10:02:31
17     Q.   Are you aware that Dr. Gunter did an  10:02:33
18 analysis of Calidria?                10:02:36
19     A.   Yeah, I'm aware, but I want -- I am  10:02:39
20 not interested in other people's analysis.  I want  10:02:42
21 to see myself.  Okay.                10:02:45
22     Q.   Right.  Okay.  Are you aware that Dr.  10:02:48
23 Gunter testified that his analysis of Calidria  10:02:59
24 produced central stop dispersion staining colors  10:03:03

Page 37

1  similar to Dr. Longo's analysis of Calidria?  10:03:07
2          MR. HYNES:  Objection.  Assumes  10:03:12
3  facts, misstates testimony.          10:03:14
4      A.   I wasn't aware of any testimony in  10:03:14
5  May.                                10:03:17
6      Q.   The next message in Exhibit 6 is from  10:03:23
7  May 23rd -- I said these were chronological.  They  10:03:28
8  are -- is from May 23rd.  There is a response from  10:03:31
9  Matt Sanchez that is not included here.  It says,  10:03:35
10 quote, text hidden.  Do you see that?  10:03:39
11     A.   Okay.                       10:03:41
12     Q.   Do you know what Dr. Sanchez wrote  10:03:43
13 back to you?                         10:03:46
14     A.   Oh, yes.  He said I will, I will make  10:03:47
15 sure it arrived before May 27th.  So I said thank  10:03:50
16 you.  Okay.                         10:03:55
17     Q.   Okay.  The next correspondence that  10:03:56
18 was produced to me is from June 11, 2024, at 10:51  10:04:01
19 a.m.                                10:04:08
20     A.   Mm-hmm.                     10:04:08
21     Q.   This is from Dr. Sanchez to you  10:04:09
22 discussing a call that is happening that day.  10:04:13
23     A.   Yeah.                       10:04:17
24     Q.   Okay.  And Bryan in this context is  10:04:17

10 (Pages 34 - 37)

SHU-CHUN SU, PhD

Page 38

1   Bryan Bandli?                                10:04:21
2       A.   Yes.                               10:04:22
3       Q.   This occurred after Dr. Longo had  10:04:26
4   completed his testimony about his PLM analysis --   10:04:30
5       A.   Okay.                              10:04:30
6       Q.   -- in the court case with Judge    10:04:35
7   Viscomi?                                     10:04:38
8           MR. HYNES:  Wait for him to finish  10:04:42
9   the question.  Hang on.  Give him a second to make  10:04:43
10  sure the question is through and then respond.  Not  10:04:46
11  in the middle of the question.  It's okay.   10:04:48
12          THE WITNESS:  Okay.                  10:04:50
13          MR. BRALY:  People can do this for   10:04:51
14  years and get that wrong.  It's -- this is   10:04:52
15  conversational, but it's not a conversation, if that  10:04:56
16  makes sense.                                 10:05:00
17          MR. HYNES:  She can't take down two  10:05:01
18  people speaking at once.                     10:05:03
19  BY MR. BRALY:                                10:05:06
20      Q.   The next correspondence that we have  10:05:06
21  from Exhibit 6 is the same date, couple minutes  10:05:09
22  later where you just respond and say yeah, 12 is  10:05:12
23  fine, right?                                 10:05:16
24      A.   Correct.                           10:05:17

Page 39

1       Q.   Apparently at 12 you guys had a    10:05:19
2   meeting and then at 1:46 p.m. you said please see   10:05:23
3   the attachment.                             10:05:30
4       A.   Yes.                               10:05:30
5       Q.   What was attached is a file dated   10:05:30
6   June 7, 2024, called the Pittsburgh Work Plan.  Do  10:05:36
7   you see that?                               10:05:40
8       A.   Yes.                               10:05:40
9       Q.   Okay.  This is the next page.  It's  10:05:40
10  not something I need to ask you about.       10:05:49
11          Then the last email that I have is   10:05:53
12  from June 12, 12:47 p.m. that says [Reading] I have  10:05:56
13  the link now.  No resend is necessary.       10:06:01
14          Do you see that?                     10:06:05
15      A.   Yes.                               10:06:05
16      Q.   Is that the last correspondence that  10:06:05
17  you had in writing with either Matt Sanchez or Bryan  10:06:08
18  Bandli?                                      10:06:12
19      A.   I believe so.                       10:06:13
20      Q.   Okay.  The remainder of the         10:06:14
21  conversations or communications between you and Mr.  10:06:18
22  Sanchez and Mr. Bandli have been by phone or by  10:06:22
23  video, correct?                             10:06:26
24      A.   You see, I went to RJ Lee in        10:06:28

Page 40

1   Pittsburgh on the 14th of June, two days after this  10:06:34
2   meeting because we were discussing what I want to   10:06:40
3   do, what kind of sample I want analyzed.  So after  10:06:45
4   this written communication, I met him in Pittsburgh.  10:06:52
5   Okay.                                        10:07:00
6       Q.   My question was, all of the         10:07:01
7   conversations between you and Dr. Sanchez and Dr.   10:07:04
8   Bandli after June 12th have been either face-to-face  10:07:07
9   or by video conference or on the phone?      10:07:13
10      A.   Correct.                           10:07:16
11      Q.   Did somebody tell you not to        10:07:17
12  communicate in writing with Dr. Sanchez?     10:07:19
13      A.   No, no.  Because we see each other,  10:07:22
14  there is no need to communicate in writing.  Okay.  10:07:26
15      Q.   Hold on a second.  I am going to have  10:07:54
16  to do just a little bit of mechanical tinkering with  10:07:57
17  this.                                        10:08:00
18          MR. HYNES:  Good time for a quick    10:08:00
19  break?                                       10:08:02
20          MR. BRALY:  Yeah, let me ask a       10:08:03
21  question and we can do that.  I agree with you.   10:08:04
22  It's a PowerPoint.  I just have to export it as a   10:08:08
23  pdf.  This will be Exhibit 7.                10:08:12
24          (Exhibit 7 Pittsburgh Work Plan marked for  10:08:27

Page 41

1   identification.)                            10:08:27
2       Q.   This is the supposed Pittsburgh Work  10:08:27
3   Plan that you had attached to that email to Dr.   10:08:31
4   Sanchez and Dr. Bandli, correct?            10:08:35
5       A.   Correct.                           10:08:37
6       Q.   This work plan is a two-page document  10:08:37
7   that includes steps that you wanted to take -- what  10:08:43
8   does it include?  I shouldn't presume.  You tell me,  10:08:49
9   what were you doing here?                    10:08:53
10      A.   Yes.  Because RJ Lee Group, they have  10:08:56
11  a Leica DM 2700 P polarized light microscope which  10:09:12
12  Dr. Longo has.  So what I plan to do is to use the  10:09:22
13  same microscope to analyze the samples in question  10:09:29
14  to verify my MDL report.  Okay.  Because when I  10:09:39
15  wrote MDL report was based on the data of MS report.  10:09:45
16  But I'm confident my analysis of this report is  10:09:53
17  correct.  However, since I have a chance to use the  10:09:59
18  same instrument, I want to produce my own work to  10:10:05
19  prove my opinion in my MDL report.           10:10:13
20          MR. BRALY:  Would you like to take a  10:10:20
21  break?                                       10:10:21
22          MR. HYNES:  Yeah.  Why don't we take  10:10:21
23  five minutes.                               10:10:23
24          THE WITNESS:  Okay.                  10:10:24

11 (Pages 38 - 41)

SHU-CHUN SU, PhD

Page 42

1    (A break was taken.)    10:28:01
2    BY MR. BRALY:    10:28:24
3    Q.    Welcome back, Dr. Su.    10:28:24
4    A.    Thank you.    10:28:27
5    Q.    I've marked Exhibit 8. Exhibit 8 is    10:28:28
6    two emails. Show you the second one, the second    10:28:32
7    page.    10:28:37
8    (Exhibit 8 Two Emails marked for    10:28:37
9    identification.)    10:28:38
10    Q.    It should be on the monitor in front    10:28:38
11    of you. The first one is dated March 5, 2024, from    10:28:40
12    an individual named Michael Douglas, whose signature    10:28:45
13    file indicates that he is an attorney at King &    10:28:47
14    Spalding. Do you see that?    10:28:53
15    A.    Yes.    10:28:53
16    Q.    It is asking you if you are amenable    10:28:53
17    to retention in the Kayme and Dustin Clark case. Do    10:28:56
18    you see that?    10:29:00
19    A.    Yes, I see.    10:29:00
20    Q.    The second email is also from Mr.    10:29:01
21    Douglas, same -- oh, it's to a distribution list    10:29:03
22    called J&J talc expert as well, asking if you're    10:29:11
23    amenable to retention in the ovarian MDL group.    10:29:17
24    This one is dated Friday, April 5, 2024. Do you see    10:29:23

Page 43

1    that?    10:29:27
2    A.    I saw that.    10:29:27
3    Q.    Okay. Do you have any return email    10:29:28
4    from you back to Mr. Douglas accepting these offers?    10:29:31
5    A.    I remember I replied by yes.    10:29:37
6    Q.    Did you ever -- you are on a    10:29:43
7    retention agreement that pays you $800 an hour,    10:29:53
8    correct?    10:29:56
9    A.    Correct.    10:29:56
10    Q.    Before March 5th of 2024, which is    10:29:57
11    when this first document is dated, who initially    10:30:05
12    approached you on behalf of Johnson & Johnson asking    10:30:10
13    about your availability to be an expert witness for    10:30:15
14    them?    10:30:18
15    A.    Kevin, Mr. Kevin Hynes.    10:30:19
16    Q.    Mr. Hynes, the individual sitting    10:30:26
17    next to you now?    10:30:28
18    A.    Yes.    10:30:29
19    Q.    All right. Do you recall when Mr.    10:30:30
20    Hynes first made contact with you?    10:30:32
21    A.    In March or February. I don't    10:30:38
22    remember.    10:30:40
23    Q.    This year though?    10:30:40
24    A.    This year. Anyway, this year.    10:30:41

Page 44

1    Q.    Had you ever spoken to Mr. Hynes    10:30:44
2    before March or February of this year?    10:30:47
3    A.    No. We first met in Wilmington,    10:30:51
4    Delaware, Wilmington, Delaware. We did not speak    10:31:02
5    before that.    10:31:07
6    Q.    Well, how did you come to meet?    10:31:09
7    A.    I think I was introduced by attorney    10:31:13
8    Kurt Grieves.    10:31:21
9    Q.    I am not sure. Grieves?    10:31:23
10    A.    Grieves.    10:31:24
11    MR. HYNES: Greve, G-r-e-v-e.    10:31:25
12    MR. BRALY: Thank you.    10:31:28
13    BY MR. BRALY:    10:31:30
14    Q.    Is Attorney Greve, is he -- do you    10:31:30
15    know who he works for?    10:31:34
16    A.    I know. American International --    10:31:35
17    AII.    10:31:41
18    Q.    Okay. This may be -- this may be a    10:31:41
19    technical question so if you don't know the answer    10:31:49
20    to this, that's fine.    10:31:51
21    Do you know if he works for AII or if    10:31:53
22    he is a lawyer for AII?    10:31:56
23    A.    I believe he works.    10:31:59
24    Q.    Okay. Have you ever met an    10:32:02

Page 45

1    individual named Robert Faxon?    10:32:05
2    A.    I don't remember. I don't remember.    10:32:10
3    I am not very good in names.    10:32:22
4    Q.    He is a lawyer. Heavy southern    10:32:25
5    drawl, accent, bald.    10:32:32
6    A.    Let me see.    10:32:39
7    Q.    It's all right if you don't remember.    10:32:40
8    A.    Yeah.    10:32:42
9    Q.    If you don't remember, that's fine.    10:32:43
10    A.    Okay.    10:32:45
11    Q.    Do you know Mr. Greve through your    10:32:45
12    prior work from that report that we looked at    10:32:52
13    previously --    10:32:55
14    A.    For Golden Bond Baby Powder.    10:32:56
15    (Reporter asks for clarification.)    10:32:56
16    MR. BRALY: It's Gold Bond, but he is    10:33:05
17    saying it "golden."    10:33:08
18    BY MR. BRALY:    10:33:11
19    Q.    Do you know how you met Mr. Greve the    10:33:11
20    first time, how you were introduced to him?    10:33:14
21    A.    That was after I wrote a review for    10:33:17
22    Dr. Gunter. So and then I came to States in August    10:33:23
23    last year because my daughter -- with my daughter.    10:33:33
24    She lives in Washington, DC. So at that junction, I    10:33:40

SHU-CHUN SU, PhD

Page 46

1  think they -- Dr. Gunter knows I am coming to the    10:33:45
2  States. Then I met with Mr. Greve.    10:33:52
3    Q.    Okay. You know Dr. Gunter has served    10:33:57
4  as an expert witness for AII in asbestos-related    10:34:00
5  lawsuits. You're aware of this, right?    10:34:07
6    A.    I only aware he working with Mr.    10:34:10
7  Greve. At that time, I didn't even know AII name    10:34:14
8  so, okay.    10:34:19
9    Q.    All right. So Dr. Gunter initially    10:34:20
10  asked you to write this report in January of 2022    10:34:46
11  related to Gold Bond.    10:34:50
12    A.    You finished?    10:34:56
13    Q.    I was going to continue.    10:34:57
14    A.    Okay.    10:34:58
15    Q.    That's correct so far, right?    10:34:59
16    A.    Let me say this: He, actually he did    10:35:01
17  not ask me to write anything. He asked me to review    10:35:05
18  and I believe is such complicate matter, technical    10:35:11
19  matter I need to write down my opinion, but he did    10:35:19
20  not ask me to write any review paper.    10:35:23
21    Q.    Okay.    10:35:28
22    A.    Okay. That I did.    10:35:29
23    Q.    That January 2022 paper is when you    10:35:32
24  first theorized that the lighting Dr. Longo utilized    10:35:36

Page 47

1  may be at its full intensity?    10:35:42
2    A.    Yeah, that was my opinion.    10:35:45
3    Q.    Right. After that, you -- in August    10:35:46
4  of 2023, you and Dr. Gunter met again in Washington,    10:35:54
5  DC where you recorded the video, that very short    10:36:00
6  video where he confirmed that you had actually    10:36:04
7  written that report.    10:36:07
8    A.    Correct. That's on the 28th of    10:36:08
9  August. Okay.    10:36:10
10    Q.    That video was shot from multiple    10:36:12
11  different camera angles. Do you know who paid to    10:36:16
12  set up the videographer crew?    10:36:18
13    A.    Nobody told me that. That I did not    10:36:22
14  ask.    10:36:26
15    Q.    Up until August of 2023, had you been    10:36:27
16  paid any money by anybody for your work reviewing    10:36:31
17  Dr. Longo's PLM analysis?    10:36:37
18    A.    No.    10:36:42
19    Q.    After that, you were introduced to    10:36:43
20  Mr. Greve, who you believe to be employed with AII,    10:36:47
21  correct?    10:36:52
22    A.    That was later, but not at that time.    10:36:53
23  Okay.    10:36:57
24    Q.    Mr. Greve is the person who    10:36:58

Page 48

1  introduced you to Mr. Hynes?    10:37:02
2    A.    Yes.    10:37:04
3    Q.    Had you had any contact with anybody    10:37:05
4  representing Johnson & Johnson prior to meeting Mr.    10:37:09
5  Hynes?    10:37:13
6    A.    No.    10:37:14
7    Q.    Have you ever met Bruce Bishop?    10:37:15
8    A.    I didn't know this name. Yeah, I    10:37:19
9  never met this name.    10:37:22
10    Q.    Have you ever corresponded with Bruce    10:37:24
11  Bishop?    10:37:27
12    A.    No, never.    10:37:28
13    Q.    Other than Mr. Douglas, who we see in    10:37:38
14  Exhibit 8, and Mr. Hynes, have you corresponded with    10:37:42
15  any other attorneys for Johnson & Johnson?    10:37:45
16    MR. HYNES: Clarifying, do you mean    10:37:50
17  corresponding in writing?    10:37:52
18    MR. BRALY: I do.    10:37:53
19    A.    Let me think. I don't think so, but    10:37:55
20  I could hardly remember.    10:38:10
21    Q.    Other than Mr. Hynes, have you had    10:38:12
22  meetings or conversations with any other attorneys    10:38:14
23  representing Johnson & Johnson going back to    10:38:19
24  February or March of 2024?    10:38:23

Page 49

1    A.    No.    10:38:27
2    Q.    Have you ever spoken with Morty    10:38:34
3  Dubin?    10:38:37
4    A.    Yes, I did.    10:38:39
5    Q.    Tell me when you met Mr. Dubin and    10:38:39
6  when you guys first met.    10:38:43
7    A.    That was the, the May 29th or    10:38:49
8  May 30th, Dr. Longo's hearing. At first I met Morty    10:38:57
9  Dubin that day.    10:39:07
10    Q.    Okay. All right. Have you discussed    10:39:09
11  your potential testimony in the MDL or in Ms.    10:39:16
12  Clark's case with anybody other than Mr. Hynes?    10:39:21
13    A.    No.    10:39:32
14    Q.    Have you consulted with Mickey Gunter    10:39:32
15  about the nature of litigation or the types of    10:39:36
16  questions you may receive?    10:39:39
17    A.    No.    10:39:41
18    Q.    When you prepared for this    10:39:44
19  deposition, did you only meet with Mr. Hynes?    10:39:46
20    A.    Yes.    10:39:50
21    Q.    Did you review potential questions    10:39:55
22  that you might be asked?    10:39:57
23    MR. HYNES: I object on the grounds    10:39:58
24  of privilege to the extent that you're asking for    10:40:00

13 (Pages 46 - 49)

SHU-CHUN SU, PhD

Page 50

1 the content of communications with counsel during          10:40:03
2 the preparation for MDL and Clark cross-noticed          10:40:05
3 deposition.                                    10:40:15
4          MR. BRALY:  What privilege are you          10:40:16
5 referring to?                                10:40:17
6          MR. HYNES:  Work product privilege.          10:40:17
7          MR. BRALY:  That is not work product          10:40:19
8 privileges.                                  10:40:21
9          MR. HYNES:  With respect to the          10:40:22
10 content of communications in preparation for a          10:40:22
11 deposition session I believe it is.               10:40:25
12          MR. BRALY:  So I don't agree with          10:40:39
13 you.  Yelling at you about it won't do anything.          10:40:41
14 I'm going to modify my question, but not because I          10:40:45
15 agree with you so we may come back to this at a          10:40:48
16 later time.                                  10:40:52
17          MR. HYNES:  Sure.  Go ahead.          10:40:53
18 BY MR. BRALY:                               10:40:56
19      Q.    Don't tell me what, but did you          10:40:58
20 review potential questions that you may be asked at          10:41:00
21 this deposition?                              10:41:04
22      A.    Review with whom?                    10:41:05
23      Q.    Mr. Hynes.                         10:41:07
24      A.    We met yesterday just go over my MDL          10:41:10

Page 51

1 report.  That's it.                           10:41:17
2      Q.    No practice questions or anything          10:41:19
3 like that?                                   10:41:21
4      A.    No.                               10:41:21
5      Q.    Okay.  Did you review any deposition          10:41:23
6 transcripts of examinations that I've conducted or          10:41:26
7 Mr. Placitella had conducted or anything of that          10:41:31
8 nature?                                      10:41:37
9      A.    I don't remember.                    10:41:37
10      Q.    Okay.  Have you reviewed anybody          10:41:38
11 else's deposition or trial transcripts in          10:41:41
12 preparation for this case or either of these cases?          10:41:44
13      A.    Not for the preparation, but I did          10:41:49
14 see it, did read I think Dr. Longo's deposition          10:41:57
15 document, the transcript, before, but I don't think          10:42:04
16 it's related to my deposition.                 10:42:09
17      Q.    In this retention -- excuse me.  In          10:42:23
18 this retention letter of March 5, 2024, you're          10:42:29
19 provided with an anticipated trial date for this          10:42:33
20 case of July 22, 2024.  Do you see that?          10:42:36
21      A.    Yes, I see that.                    10:42:40
22      Q.    Now, that is not currently the trial          10:42:41
23 date for Ms. Clark's case, but in March that was          10:42:44
24 accurate.                                    10:42:47

Page 52

1          Are you aware that you have not been          10:42:49
2 designated as an expert witness in Ms. Clark's case?          10:42:51
3      A.    No.                               10:42:57
4      Q.    Okay.  Your -- so it's -- your first          10:42:58
5 contact with anybody representing Johnson & Johnson          10:43:11
6 relative to asbestos litigation was in February or          10:43:15
7 March of this year.                           10:43:19
8      A.    Correct.                           10:43:21
9      Q.    All right.  Do you know what Mr.          10:43:21
10 Hynes relationship with mister...               10:43:24
11          MR. HYNES:  Greve.                     10:43:31
12          MR. BRALY:  I will start the question          10:43:33
13 over again.                                  10:43:35
14      Q.    Do you know what Mr. Hynes's          10:43:35
15 relationship with Mr. Greve is going back prior to          10:43:37
16 you meeting Mr. Hynes?                         10:43:40
17      A.    They have to because Mr. Greve          10:43:43
18 introduce Mr. Hynes to me.  They must know each          10:43:49
19 other before that.                            10:43:53
20      Q.    I agree with that.                  10:43:54
21      A.    Okay.                             10:43:56
22      Q.    What I am driving at is, do you have          10:43:56
23 any understanding about what -- how they knew each          10:43:58
24 other or under what circumstances?               10:44:01

Page 53

1      A.    No, I don't.                        10:44:03
2      Q.    Very well.  Since your retention in          10:44:04
3 March, you have been under an agreement where they          10:44:11
4 will pay you $800 an hour for your time, correct?          10:44:17
5      A.    Correct.                           10:44:21
6      Q.    Did you consult with anybody in          10:44:21
7 coming up with that value for your time?          10:44:24
8      A.    I did.                             10:44:27
9      Q.    Who?                               10:44:27
10      A.    My daughter.  She's in finance.          10:44:28
11      Q.    Well, okay.  There were a series of          10:44:35
12 invoices provided, and instead of marking each of          10:44:41
13 them individually, we created a summary, which is          10:44:45
14 Exhibit 9.                                   10:44:48
15          (Exhibit 9 Summary of Invoices marked for          10:44:49
16 identification.)                              10:44:49
17      Q.    There is actually a copy of it in          10:44:49
18 front of you.                                10:44:51
19      A.    Yes.                              10:44:52
20      Q.    Does the summary, does it appear          10:44:53
21 accurate?                                    10:44:59
22          MR. HYNES:  I will note that he          10:45:00
23 hasn't had a chance to go back through each invoice          10:45:01
24 and compare.                                 10:45:03

SHU-CHUN SU, PhD

Page 54

1    But you can answer.    10:45:05
2    A.    It should be, because I recognize    10:45:07
3    that is the invoice I sent.    10:45:10
4    Q.    In total since March 6th of this    10:45:14
5    year, up to this date or the last invoice is    10:45:27
6    June 24th, you've billed 322.9 almost 323 total    10:45:32
7    hours?    10:45:40
8    A.    Yes, I did.    10:45:40
9    Q.    For these entries -- this entry of    10:45:41
10    May 30th of 2024, were you billing $800 an hour to    10:45:49
11    sit in the courtroom and watch Dr. Longo's    10:45:58
12    testimony?    10:46:02
13    A.    I believe I did.    10:46:02
14    Q.    Your report in this case was    10:46:05
15    completed or issued on May 21st. Here. It's    10:46:11
16    Exhibit 3. It's dated May 21st. Do you see that?    10:46:19
17    A.    Mm-hmm.    10:46:24
18    Q.    So leading up to May 21st, I can    10:46:25
19    understand the work that you were conducting to put    10:46:37
20    together your report. What is taking up your time    10:46:41
21    since May 30th for these entries of 12 hours, 12    10:46:46
22    hours, 12 hours? What does that involve? What have    10:46:51
23    you been doing?    10:46:56
24    A.    I believe I am still review the    10:47:01

Page 55

1    material at hands and also issues related to my MDL    10:47:05
2    report. Okay.    10:47:14
3    Q.    Okay. Your total billing since March    10:47:16
4    of this year through June 24th has been $258,240,    10:47:20
5    correct?    10:47:26
6    A.    Correct.    10:47:26
7    Q.    With the exception of March, every    10:47:27
8    single month you've billed in excess of $65,000?    10:47:34
9    A.    Correct.    10:47:39
10    Q.    All right. Oh, Mr. Douglas, Michael    10:47:40
11    Douglas, this person to whom this -- from whom this    10:48:01
12    email is from, exhibit -- I'm sorry -- in Exhibit 8,    10:48:06
13    have you ever spoken with him?    10:48:12
14    A.    Yes, I did.    10:48:16
15    Q.    Okay. About what?    10:48:17
16    A.    About -- I think the purchase of    10:48:20
17    polarized microscope, which is the seller is in    10:48:28
18    Connecticut, ask him to arrange transportation to    10:48:32
19    bring that microscope to New York City. Okay.    10:48:39
20    Q.    Purchase the polarized light    10:48:46
21    microscope for what purpose? Don't you already have    10:48:49
22    one of those?    10:48:53
23    A.    Well, the one I had was not very    10:48:53
24    good. I purchased an Olympus BH-2, which used to be    10:48:58

Page 56

1    the working horse for the asbestos lab. That's a    10:49:04
2    pretty decent microscope. I want one so that it's    10:49:07
3    better if I want to exam some samples at home.    10:49:14
4    Okay.    10:49:19
5    Q.    Did King & Spalding purchase that?    10:49:19
6    A.    No. I did.    10:49:22
7    Q.    You purchased it. What did that    10:49:23
8    microscope cost?    10:49:25
9    A.    I remember it's 1500.    10:49:26
10    Q.    1500 or 15,000?    10:49:30
11    A.    No. 1500 and I have my credit card    10:49:31
12    charge.    10:49:38
13    Q.    Sure. Did you participate with the    10:49:39
14    attorneys for Johnson & Johnson in preparing    10:49:46
15    questions to ask Bill Longo in his hearing?    10:49:49
16    A.    I don't think so because I came back    10:49:57
17    on the 27th from China. The hearing is 29th and I    10:50:01
18    don't think so.    10:50:11
19    Q.    Did you participate with lawyers from    10:50:11
20    Johnson & Johnson in preparing questions for Paul    10:50:14
21    Hess's deposition taken yesterday?    10:50:18
22    A.    I think we talk about that but not    10:50:29
23    necessarily like say the question to be asked.    10:50:32
24    Okay. But I did mention the problem in the MS    10:50:39

Page 57

1    report of the PLM analysis, the problem of the    10:50:46
2    analysis. Now, if the analysis was done by Paul    10:50:51
3    Hess, then it must be the problem about his    10:50:57
4    analytical skill, things like that. Yeah.    10:51:03
5    Q.    When you say problems, we are going    10:51:09
6    to talk about these eventually at some point we will    10:51:11
7    get to it. But that would include problems with the    10:51:15
8    lighting, problems with the field of view?    10:51:18
9    A.    Mm-hmm.    10:51:23
10    Q.    I'm sorry. You have to say yes or    10:51:24
11    no.    10:51:26
12    A.    Yes.    10:51:27
13    Q.    I'm sorry. Problems with the size    10:51:27
14    distribution?    10:51:31
15    A.    Yes.    10:51:33
16    Q.    I think those are the big ones. Am I    10:51:34
17    missing a big one?    10:51:40
18    A.    Or so the distorted dispersion    10:51:42
19    staining color.    10:51:46
20    Q.    The focus with the reflection effect?    10:51:47
21    A.    Yeah.    10:51:51
22    Q.    Right?    10:51:52
23    A.    Yeah.    10:51:53
24    Q.    Okay. Did you evaluate Mr. Hess's    10:51:53

15 (Pages 54 - 57)

SHU-CHUN SU, PhD

Page 58

1  responses to any of those criticisms in his        10:52:00
2  deposition yesterday?                              10:52:04
3      A.   No, but I was attending so I'm aware      10:52:06
4  of his answers, yeah.                              10:52:12
5      Q.   For example, when we get to talking       10:52:14
6  about the lighting associated with the analysis that  10:52:16
7  was performed, you're aware that these microscopes    10:52:20
8  have a lighting adjustment knob, correct?          10:52:24
9      A.   Correct.                                  10:52:28
10      Q.   And you're aware that lighting can be     10:52:28
11  digitally manipulated after the fact through digital  10:52:32
12  software, correct?                                 10:52:37
13          MR. HYNES:   Vague, overbroad.            10:52:43
14          He can answer.                            10:52:46
15      A.   Are you talking about the micrograph     10:52:48
16  or the time the field of view when he is conducting  10:52:52
17  the analysis?                                      10:52:59
18      Q.   Both very good questions.  Before I      10:52:59
19  get into the details on this, I'm asking generally.  10:53:02
20      A.   Okay.                                    10:53:06
21      Q.   You're aware that images can be          10:53:07
22  artificially brightened or dimmed using software   10:53:10
23  like PowerPoint or Photoshop or things of that     10:53:14
24  nature?                                           10:53:17

Page 59

1      A.   Yes, of course.                          10:53:17
2      Q.   Of course.  Did you evaluate Mr.          10:53:19
3  Hess's responses in the deposition where he        10:53:23
4  testified under oath that the PLM when he conducted  10:53:27
5  the analysis was at its full brightness?           10:53:33
6      A.   Was what?                                 10:53:36
7      Q.   Was at its full brightness.              10:53:38
8      A.   I was aware his testimony, but since     10:53:42
9  I used that microscope myself, so I believe what he  10:53:47
10  said was not true.                                 10:53:54
11      Q.   When is the first time you used,         10:53:56
12  quote, unquote, that microscope?                  10:54:00
13      A.   That was on the 15th of last month and  10:54:02
14  June 15th.                                        10:54:06
15      Q.   Okay.  So the first time you used the   10:54:07
16  what you believe to be the same microscope that Mr.  10:54:10
17  Hess used was after you had authored your report in  10:54:13
18  these cases?                                       10:54:16
19      A.   Correct.                                 10:54:19
20      Q.   In fairness to you, this next           10:54:38
21  question has no natural place anywhere in my       10:54:40
22  outline, so this is an out-of-left-field question.  10:54:45
23  I need to prepare you for that.                    10:54:48
24          What is the tensile strength of          10:54:50

Page 60

1  chrysotile?                                        10:54:54
2      A.   Could I look my report?                  10:54:56
3      Q.   Mm-hmm.                                   10:54:58
4      A.   The tensile strength of chrysotile       10:55:25
5  according to the literature is 1.1 to 4.4 gigabars.  10:55:29
6      Q.   What page are you looking at on          10:55:43
7  your --                                           10:55:45
8      A.   I am looking at page 40.                 10:55:46
9      Q.   40?  Is the page on the screen right     10:55:49
10  now the page that you're referencing?             10:56:19
11      A.   That is the talc.  The previous.        10:56:22
12      Q.   I'm sorry.                               10:56:25
13      A.   Yeah, yeah, I'm referring this page.    10:56:26
14      Q.   Okay.  I got you.  It's paginated 40    10:56:28
15  in Exhibit C.  It's page 60 in the pdf of Exhibit 3  10:56:32
16  just for the record.  Okay.                        10:56:38
17          Is there any way to measure the          10:56:42
18  tensile strength of chrysotile with a microscope?  10:56:45
19      A.   No.                                      10:56:50
20      Q.   Let me ask you now about your           10:57:03
21  interactions with Ann Wylie, all right?           10:57:17
22      A.   Yes.  Okay.                              10:57:22
23      Q.   I'm not going to ask you about that     10:57:24
24  right now.                                        10:57:27

Page 61

1      A.   Okay.                                    10:57:28
2      Q.   When did you first meet Dr. Wylie?       10:57:30
3      A.   On the I think 28th of May at the       10:57:36
4  hearing in New Brunswick.                          10:57:45
5      Q.   Do you know of Dr. Wylie prior to       10:57:50
6  meeting her in person?                            10:57:54
7      A.   Yes.                                      10:57:55
8      Q.   What did you know about Dr. Wylie        10:57:57
9  prior to meeting her?                             10:57:59
10      A.   First, I think she's a famous          10:58:01
11  professor at University of Maryland.  Also I had    10:58:07
12  another professor, Mr. Luke Chang.  Luke Chang was  10:58:13
13  Ann Wylie's college at the same geology department.  10:58:21
14  So I was friends with friends with Professor Luke   10:58:29
15  Chang.  And he talked about Ann Wylie, saying he is  10:58:34
16  working same field.  He is mineralogist, very       10:58:41
17  accomplished mineralogist.  Also when I was reading  10:58:46
18  literature, I think he publish a paper with Jennifer  10:58:51
19  Verkouteren NIST about amphibole so I was aware of  10:58:55
20  it, aware of her.                                 10:59:15
21      Q.   You had mentioned somebody who is        10:59:18
22  associated with NIST, which is NIST?              10:59:19
23      A.   Yeah.                                    10:59:23
24      Q.   Who was that?                            10:59:23

16 (Pages 58 - 61)

SHU-CHUN SU, PhD

Page 62

1    A.    That's Jennifer Verkouteren. She is    10:59:24
2 a researcher at NIST. Also a mineralogist. Okay.    10:59:28
3    Q.    Do you know anything about Ann    10:59:34
4 Wylie's affiliation with a trade organization known    10:59:42
5 as The National Stone and Sand Gravel Association?    10:59:46
6    A.    No, I don't.    10:59:51
7    Q.    Stone Sand and Gravel. I'm sorry.    10:59:52
8    A.    No.    10:59:56
9    Q.    You don't know anything about her    10:59:56
10 association or affiliation with that group?    10:59:58
11    A.    No. Okay.    10:59:59
12    Q.    Do you know anything about Ann    11:00:01
13 Wylie's affiliation with a talc mining concerning    11:00:04
14 referred to as Vanderbilt minerals?    11:00:07
15    A.    No.    11:00:10
16    Q.    Do you know anything at all about the    11:00:10
17 mineralogy of talc located in Upstate New York?    11:00:12
18    A.    No.    11:00:17
19    Q.    Do you know anything about Ann    11:00:18
20 Wylie's advocacy for reclassifying asbestos articles    11:00:23
21 as non-asbestiform or asbestiform?    11:00:29
22    MR. HYNES: Objection to form.    11:00:34
23 Argumentative.    11:00:36
24    You can answer.    11:00:36

Page 63

1    A.    No, I don't.    11:00:37
2    Q.    Do you know anything about Ann    11:00:38
3 Wylie's testimony to Congress relative to the 1992    11:00:40
4 OSHA regulations --    11:00:44
5    A.    Not at all.    11:00:46
6    MR. HYNES: Let him -- sorry. Let    11:00:48
7 him finish the question.    11:00:50
8    THE WITNESS: Okay.    11:00:52
9    (Exhibit 10 Collection of Correspondence    11:00:52
10 between Su and Dr. Wylie marked for identification.)    11:01:05
11    Q.    Exhibit 10 is an email -- it's two    11:01:05
12 pages. It's two emails from you to Dr. Wylie.    11:01:08
13    A.    Correct.    11:01:14
14    Q.    The first one here was sent June 1st    11:01:15
15 of this year 2024. And there is a series of seven    11:01:17
16 attachments.    11:01:23
17    A.    Mm-hmm. Yes.    11:01:25
18    Q.    It says [Reading] It was a great    11:01:26
19 pleasure to meet you in person. Here are the    11:01:28
20 matching wavelengths to refractive index or RI    11:01:31
21 conversion tables for Cargille and DRIMMC oils.    11:01:35
22    We will talk about those in a second.    11:01:40
23 Then you attach some of your recent papers, fair?    11:01:43
24 Yes?    11:01:51

Page 64

1    A.    Yes, yes.    11:01:52
2    Q.    You conclude here by saying [Reading]    11:01:53
3 I think the lawyers involved should benefit from a    11:01:55
4 one-day training session with the two of us to    11:01:58
5 ensure they understand the basic chrysotile and talc    11:02:01
6 analysis by polarized light microscopy needed in    11:02:06
7 litigation. Thanks, Shu-Chun.    11:02:11
8    A.    Yes.    11:02:15
9    Q.    I am going to ask a very pointed    11:02:16
10 question that sounds insulting. I mean it literally    11:02:19
11 but it sounds insulting. I am telling you that up    11:02:22
12 front.    11:02:25
13    A.    Okay.    11:02:25
14    Q.    What do you know about litigation?    11:02:25
15    MR. HYNES: Objection; vague.    11:02:29
16 Overbroad.    11:02:31
17    A.    I think the litigation is the dispute    11:02:33
18 whether there is asbestos mineral, like chrysotile,    11:02:38
19 in the baby powder product. I believe that issue I    11:02:43
20 have been providing my consulting about. That's my    11:02:50
21 understanding.    11:02:58
22    Q.    Do you know what experience Dr. Wylie    11:02:58
23 has relative to polarized light microscopy?    11:03:02
24    A.    I think I know she was teaching the    11:03:07

Page 65

1 course in University of Maryland.    11:03:11
2    Q.    Have you scheduled this one day    11:03:16
3 training or is this progressed in any way to where    11:03:20
4 you are preparing to conduct a training session for    11:03:23
5 attorneys to teach them information that you think    11:03:28
6 might be important to them?    11:03:32
7    A.    No, because Ann Wylie, she was not    11:03:34
8 responsive. Okay.    11:03:38
9    Q.    Not responsive in what sense?    11:03:42
10    A.    To my suggestion in this email.    11:03:44
11    Q.    Do you mean she told you no or do you    11:03:48
12 mean that she just hasn't responded?    11:03:50
13    A.    She did not respond to that. He    11:03:54
14 [sic] only replies thank you for my paper. He [sic]    11:03:57
15 never mentioned whether she agree about this    11:04:01
16 training I mentioned.    11:04:07
17    Q.    Okay. The response here -- this is    11:04:08
18 the second page -- says [Reading] Thank you,    11:04:12
19 Shu-Chun. I appreciate these very much. Best    11:04:14
20 regards, Ann.    11:04:19
21    A.    Mm-hmm.    11:04:21
22    Q.    You have to say "yes" or "no."    11:04:22
23    A.    Yes.    11:04:24
24    Q.    I hate it too.    11:04:24

17 (Pages 62 - 65)

SHU-CHUN SU, PhD

Page 66

1    A.    I'm sorry. That's the first time I    11:04:26
2  do this deposition.    11:04:27
3    Q.    Of course. It's awful. I know what    11:04:28
4  you meant but.    11:04:32
5         Have you had anymore communications    11:04:37
6  of any kind with Dr. Wylie, spoken or in writing?    11:04:39
7    A.    No.    11:04:44
8    Q.    All right. So that was it. After    11:04:50
9  her email on June 1st of this year, you have not    11:04:57
10  spoken with Dr. Wylie at all?    11:05:00
11    A.    No, not at all.    11:05:03
12    Q.    Do you know she gave a deposition in    11:05:08
13  this case, in Kayme Clark's case and in the MDL?    11:05:10
14  Are you aware of that?    11:05:15
15    A.    I am aware of that.    11:05:16
16    Q.    Did you read it?    11:05:17
17    A.    No.    11:05:18
18    Q.    You attached to this two documents,    11:05:26
19  which you provided to me. I am going to have them    11:05:31
20  marked here.    11:05:33
21         The first one is going to be    11:06:08
22  Exhibit 11. This is a reference sheet. It's 34    11:06:10
23  pages long. But it's the selection of DRIMMC    11:06:16
24  immersion liquids for asbestos analysis. That's the    11:06:21

Page 67

1  Delaware Research Institute For Minerals.    11:06:26
2    A.    Material.    11:06:30
3    Q.    Do you know what it stands for?    11:06:30
4    A.    I think it's Delaware Research    11:06:31
5  Institute of Material -- Mineral and Material    11:06:35
6  Characterization. I find difficult to pronounce    11:06:46
7  that word after my stroke.    11:06:53
8    Q.    I'm sorry. I wasn't trying to put    11:06:55
9  you on the spot.    11:06:56
10    A.    Okay.    11:06:58
11      (Exhibit 11 DRIMMC Asb RI Conversion Tables    11:06:19
12  34 pages 2022 marked for identification.)    11:07:00
13    Q.    DRIMMC and Cargille are two of the    11:07:00
14  companies that manufacture what are referred to as    11:07:04
15  standards or standard oils used for the process of    11:07:07
16  polarized light microscopy, true?    11:07:12
17    A.    Yes.    11:07:14
18    Q.    What I was going to ask about --    11:07:15
19  before I do that, Exhibit 12 is the same -- similar    11:07:19
20  document, but it's the Cargille liquids.    11:07:24
21    A.    Yes.    11:07:28
22      (Exhibit 12 Cargille Asb RI Conversion    11:07:28
23  Tables 34 pages 2022 marked for identification.)    11:07:29
24    Q.    So for both Exhibits 11 and 12, the    11:07:29

Page 68

1  liquids that are listed as appropriate for    11:07:41
2  evaluating chrysotile in the gamma direction include    11:07:46
3  refractive index oils of 1.550 and 1.560?    11:07:52
4    A.    Correct.    11:08:00
5    Q.    Correct. I need to rename this real    11:08:00
6  quick.    11:08:17
7      (Exhibit 13 The Dispersion Staining    11:08:22
8  Technique and Its Application to Measure Refractive    11:08:28
9  Indices of Nonopaque Materials With Emphasis on    11:08:33
10  Asbestos Analysis marked for identification.)    11:08:37
11    Q.    Exhibit 13 is a 2022 peer-reviewed    11:08:22
12  paper that you authored called The Dispersion    11:08:25
13  Staining Technique and Its Application to Measure    11:08:31
14  Refractive Indices of Nonopaque Materials With    11:08:31
15  Emphasis on Asbestos Analysis, correct?    11:08:35
16    A.    Yes, that's my paper.    11:08:38
17    Q.    There is a quotation in this paper    11:08:40
18  that I know you're familiar with by this point.    11:08:43
19    A.    Yeah.    11:08:46
20    Q.    In the Section 3 that says "Select a    11:08:47
21  proper refractive index liquid to mount the    11:08:51
22  samples," there is a statement in here where you    11:08:55
23  state [Reading] The rule of thumb is to choose a    11:08:58
24  refractive index liquid as close as possible to the    11:09:02

Page 69

1  refractive indexes that will be measured. For    11:09:06
2  example, there are chrysotile minerals whose    11:09:11
3  refractive indexes are significantly higher than    11:09:14
4  those of the standard chrysotile from the NIST,    11:09:17
5  N-I-S-T, SRM 1866 set. In that case, 1.555 or 1.560    11:09:22
6  instead of 1.550 refractive index liquids should be    11:09:34
7  used to determine gamma.    11:09:41
8         Do you see that?    11:09:44
9    A.    Correct.    11:09:44
10    Q.    A couple of questions related to    11:09:44
11  this:    11:09:48
12         Chrysotile is a family of minerals    11:09:51
13  depending on where it comes from may have a    11:09:54
14  different refractive index than chrysotile from    11:09:58
15  another place in the world, correct?    11:10:01
16    A.    Correct.    11:10:03
17    Q.    Chrysotile taken from Canada, for    11:10:03
18  example, may have a different refractive index than    11:10:10
19  chrysotile taken from somewhere else, correct?    11:10:13
20    A.    Correct.    11:10:16
21    Q.    Chrysotiles refractive indices are    11:10:16
22  expressed as a range because they're known in nature    11:10:22
23  to occur in a range, correct?    11:10:24
24    A.    Correct.    11:10:27

18 (Pages 66 - 69)

SHU-CHUN SU, PhD

Page 70

1  Q.   In your opinion, what is the range of  11:10:35
2  refractive indexes for chrysotile in the gamma   11:10:40
3  direction?                              11:10:44
4  A.   Then I would have to refer to the EPA  11:10:48
5  documents 600 93 test method. I believe it was   11:10:53
6  Table 2.2, the listed range of the 6 asbestos   11:11:07
7  minerals refract index in that table. Yes, this is  11:11:17
8  the table.                              11:11:25
9  Q.   Yes. So this is Exhibit 14. This is   11:11:26
10  the 1992 [sic] EPA R-93 600 Test Method.   11:11:31
11     (Exhibit 14 1993 EPA R-93 600 Test Method  11:11:40
12  marked for identification.)              11:11:41
13  Q.   In your opinion, the ranges for   11:11:41
14  chrysotile in gamma, which is the -- under the   11:11:45
15  refractive indices column. It's the second Greek  11:11:51
16  letter.                                 11:11:56
17  A.   Yes.                              11:11:56
18  Q.   Range from 1.517 all the way up to   11:11:57
19  1.567.                                  11:12:03
20  A.   Yes.                              11:12:07
21  Q.   Okay. Is this your only reference   11:12:07
22  point?                                  11:12:15
23  A.   Yes.                              11:12:17
24  Q.   Okay. Have you ever seen chrysotile  11:12:19

Page 71

1  with a refractive index above 1.6 in gamma?   11:12:23
2  A.   Only the Calidria. It's gamma is   11:12:31
3  1.750 or 1.760 or 1.561. That's my measurement.  11:12:37
4  Q.   That's your measurement?            11:12:48
5  A.   That's right. Also the reference   11:12:50
6  value in the NVLAP proficient testing.   11:12:53
7  Q.   Yeah, you're testifying of Calidria  11:12:59
8  was conducted in June of this year, correct?   11:13:05
9  A.   Correct.                          11:13:08
10  Q.   Is that the first time you've ever   11:13:09
11  analyzed a sample of what you believe to be   11:13:11
12  Calidria?                               11:13:13
13  A.   Yes, that's the first time I   11:13:15
14  personally analyze it.                  11:13:18
15  Q.   The origin of the Calidria that you  11:13:20
16  analyzed, it was provided to you by Matt Sanchez,  11:13:24
17  correct?                                11:13:29
18  A.   Actually, it was Professor Gunter.  11:13:31
19  He sent his sample to Mr. Sanchez and Mr. Sanchez  11:13:38
20  brought that sample to Pittsburgh. I said I want to  11:13:45
21  analyze them. That's SB-210 grade.   11:13:51
22  Q.   That's SG?                         11:13:56
23  A.   SG-210, yeah.                      11:13:58
24  Q.   The samples that were sent to you --  11:14:01

Page 72

1  this will be Exhibit 15. This is a collection of 26  11:14:04
2  photos.                                 11:14:07
3     (Exhibit 15 Collection of Containers Sent to  11:14:08
4  Su marked for identification.)          11:14:08
5  Q.   The samples that were sent to you --  11:14:08
6  this is not the SG-210 -- but came to you in these  11:14:12
7  plastic containers of different colors, correct?  11:14:16
8  A.   Mm-hmm.                           11:14:20
9  Q.   I'm sorry. You have to go with "yes"  11:14:21
10  or "no."                                11:14:23
11  A.   These are the sample I analyzed in   11:14:24
12  Pittsburgh.                             11:14:29
13  Q.   These photographs were produced to us  11:14:32
14  in a folder that was labeled sent to Su, meaning  11:14:36
15  that these -- well, I'm inferring -- anybody can  11:14:45
16  title a folder anything they want. Just from the  11:14:49
17  title of it, I presume these were sent to you.   11:14:53
18  A.   Correct.                          11:14:57
19  Q.   Were they sent to you in these   11:14:57
20  containers?                             11:15:00
21  A.   Yes. I have it.                    11:15:01
22  Q.   Great. Were they sent to you already  11:15:03
23  mounted on slides?                      11:15:06
24  A.   These are the slides I analyzed in   11:15:08

Page 73

1  Pittsburgh after the completion of the work. I said  11:15:12
2  I want save those slides so please collect them,  11:15:19
3  pack them and send that to me.          11:15:27
4  Q.   I am glad that you saved them. But   11:15:29
5  my question was a little bit different.   11:15:31
6     These arrived to you as prepared   11:15:34
7  slides, correct?                        11:15:38
8  A.   Actually, we prepare -- I prepare   11:15:40
9  some of them in the lab before I analyze them.   11:15:44
10  Q.   So, for example, the photograph that  11:15:51
11  we are looking at right here, which is page six of  11:15:53
12  Exhibit 15, that's the photograph that we are   11:15:57
13  looking it. It says SG-210, 1.550.   11:15:59
14  A.   Correct.                          11:16:05
15  Q.   And this is how you received it,   11:16:05
16  correct? It was in this container when you received  11:16:07
17  it?                                     11:16:10
18  A.   Yes.                              11:16:11
19  Q.   The labeling indicates that this had  11:16:11
20  already been mounted in 1.550 oil, right?   11:16:14
21  A.   That was mounted on the day of my   11:16:20
22  analysis.                               11:16:27
23  Q.   Who did that?                      11:16:27
24  A.   I believe it's Monica at RJ Lee.   11:16:29

SHU-CHUN SU, PhD

Page 74

1    Q.    Is she a scientist or lab technician? 11:16:38
2    Who is she?                    11:16:40
3    A.    She is an analyst, she is        11:16:41
4    accomplished analyst.               11:16:43
5    Q.    What is purported to be SG-210 here  11:16:50
6    is something that was provided to your understanding  11:16:54
7    from Mickey Gunter to Matt Sanchez to you?    11:16:56
8    A.    Correct. Or so I heard Mickey     11:17:02
9    Gunter's SG-210 was provided by Dr. Longo.    11:17:07
10    Q.    Okay. So it's your belief that the  11:17:12
11    SG-210 was the same SG-210 that Dr. Longo previously  11:17:15
12    provided to Mickey Gunter?            11:17:20
13    A.    Yes, that's my understanding.     11:17:23
14    Q.    And you have not looked at Mickey  11:17:26
15    Gunter's analysis of this same material?     11:17:28
16    A.    No.                    11:17:31
17    Q.    Why not?                11:17:31
18    A.    You see, I don't think it's necessary  11:17:33
19    for me to look at that. I want look that myself.  11:17:36
20    Q.    The refractive index of in Gamma, the  11:17:50
21    highest refractive index that you identified for  11:17:55
22    Calidria -- repeat it again if you can.      11:17:59
23    A.    Yeah, the highest refract index, the  11:18:01
24    gamma refract index of the chrysotile I measured.  11:18:05

Page 75

1    Q.    Numerically --           11:18:11
2    A.    Numerically my results is 1.560 or  11:18:13
3    1.561.                     11:18:22
4    Q.    Is that something that you consider  11:18:30
5    to be at the higher range of what the refractive  11:18:33
6    index for chrysotile is in the gamma direction?  11:18:37
7    A.    Correct.                11:18:41
8    Q.    Do you have an opinion or have you  11:19:00
9    ever analyzed the refractive index of chrysotile  11:19:02
10    originating from Vermont?            11:19:07
11    A.    No.                   11:19:12
12    Q.    Let me do a little cleaning up here.  11:19:25
13    All right. I am going to go back to your Exhibit 3  11:19:31
14    for a moment.                 11:19:35
15        There is a list of references in    11:19:38
16    Exhibit 3. At page -- it's paginated as page 3.  11:19:41
17    It's page 15 of the pdf. There are two books  11:19:52
18    relevant to asbestos analysis listed here. One of  11:19:57
19    them is 1989 book Introduction to Optical Mineralogy  11:20:00
20    by William Nesse or Nesse. The other one is a book  11:20:05
21    1986 called Optical Mineralogy, 2nd Edition by David  11:20:09
22    Shelley. Do you see that?            11:20:14
23    A.    I saw that.               11:20:15
24    Q.    Your name is listed on both of these,  11:20:16

Page 76

1    but you were not a coauthor of either of these  11:20:18
2    books?                    11:20:21
3    A.    I indicated that was my review. The  11:20:22
4    publisher sent me two books for me to review.   11:20:27
5    Q.    Optical Mineralogy, 2nd Edition?   11:20:32
6    A.    Yes, yes.               11:20:35
7    Q.    This is my only copy. I am going to  11:20:36
8    hand this to you.               11:20:39
9    A.    Okay.                  11:20:43
10        MR. HYNES: Are you marking chapters  11:20:46
11    or sections?                  11:20:49
12        MR. BRALY: I will put it up on the  11:20:50
13    screen of what I am actually marking.       11:20:52
14    Q.    I am marking six pages from this    11:21:10
15    book. Optical Mineralogy by David Shelley as  11:21:13
16    Exhibit 16.                  11:21:16
17        (Exhibit 16 Optical Mineralogy Six Pages  11:21:17
18    marked for identification.)            11:21:17
19    Q.    What I wanted to ask you about is    11:21:17
20    where that blue tab is on the right-hand side of the  11:21:20
21    physical book, do you want to turn to that?    11:21:22
22    A.    Yeah, I saw that.            11:21:29
23    Q.    There is a section called Mineral   11:21:30
24    Descriptions. This is in Chapter 9.        11:21:32

Page 77

1    A.    Yes.                   11:21:36
2    Q.    We get to a section here for       11:21:37
3    olivines. There is a chart at page 154 that lists  11:21:44
4    forsterite, chrysotile and other minerals associated  11:21:53
5    with olivines where the gamma direction, the     11:21:57
6    refractive index for chrysotile is reflected as  11:22:02
7    ranging between 1.69 and 1.70. Do you see that?  11:22:06
8    A.    You mean which paragraph?        11:22:21
9    Q.    I am looking at the chart. Figure   11:22:23
10    9.1.                     11:22:27
11    A.    The chart, that is olivine, that is  11:22:28
12    not chrysotile.                 11:22:31
13    Q.    The section below it says chrysotile.  11:22:32
14    Do you see that?                11:22:37
15    A.    Which section?              11:22:38
16    Q.    Do you mind if I point it to you?   11:22:40
17    A.    Okay.                  11:22:42
18    Q.    I will come to you. I am trying to  11:22:43
19    figure out if I am looking at this correctly. Part  11:22:47
20    of this is just educating me. See it says     11:22:50
21    chrysotile right there. Follow the line up for  11:22:53
22    gamma and it intersects at 1.69 and runs to 1.70.  11:22:55
23    A.    No, that is not the chrysotile    11:23:02
24    refract index.                 11:23:05

20 (Pages 74 - 77)

SHU-CHUN SU, PhD

Page 78

1    Q.    Okay. What is it?                11:23:07
2    A.    It is olivine. Olivine number is    11:23:11
3  forsterite, the other end member is fayalite. These  11:23:20
4  are the two end members in mineralogy, like a      11:23:24
5  mineral series. Okay. That all about olivine.    11:23:29
6  It's a mineral.                          11:23:40
7    Q.    Could I grab that back from you?    11:23:50
8    A.    Yeah.                          11:23:54
9    Q.    So it is your testimony then that the  11:24:07
10  chrysotile referenced here is not the same    11:24:09
11  chrysotile as what would be in a family like    11:24:12
12  serpentine; is that right?              11:24:18
13    A.    Correct.                      11:24:19
14        MR. HYNES: Objection. Misstates    11:24:20
15  testimony.                          11:24:22
16    Q.    So the objection kind of through me  11:24:23
17  off. I want to make sure we are in agreement here.  11:24:27
18        What is -- when it's referencing    11:24:31
19  chrysotile, what is that a reference to in this    11:24:35
20  context?                          11:24:40
21    A.    I don't know. I don't know why he    11:24:41
22  put the chrysotile words in this graph. I have no  11:24:44
23  idea.                            11:24:52
24    Q.    Do you know what? I do. I am saying  11:24:55

Page 79

1  it wrong. I'm saying it wrong. Okay. I think I    11:24:59
2  can resolve this. I'm just now realizing -- keep in  11:25:07
3  mind I got this book yesterday -- it doesn't say    11:25:11
4  chrysotile. It says chrysolite.            11:25:14
5    A.    Okay. It's not chrysotile.          11:25:21
6    Q.    That actually explains what I was    11:25:25
7  getting at then. That helps me intensely. That is  11:25:27
8  chrysolite.                          11:25:33
9        This will be Exhibit 17. This is the  11:25:40
10  same book, just some additional pages.        11:26:23
11      (Exhibit 17 Optical Mineralogy 12 Pages  11:26:27
12  marked for identification.)                11:26:27
13    Q.    We looked at that section. I am      11:26:27
14  going to give you the book back. There is another  11:26:30
15  section that begins at page 229. Right here.    11:26:32
16    A.    Okay.                        11:26:41
17    Q.    This book that you referenced states  11:26:41
18  that there are three varieties of serpentines,    11:26:51
19  chrysotile this time exactly spelled chrysotile --  11:26:54
20  not chrysolite -- lizardite and antigorite?    11:26:57
21    A.    Correct.                      11:27:02
22    Q.    We are talking about the things that  11:27:03
23  are generally referred to when we are talking about  11:27:04
24  asbestos at least for chrysotile.            11:27:07

Page 80

1    A.    Okay.                        11:27:10
2    Q.    Right?                        11:27:10
3    A.    Yes.                          11:27:11
4    Q.    Yeah. For the properties for the    11:27:11
5  optical properties, it says that in gamma that these  11:27:15
6  minerals can range from 1.545 all the way to 1.584.  11:27:20
7  Do you see that?                      11:27:26
8    A.    Yes. I saw that.              11:27:26
9    Q.    And that the birefringences      11:27:28
10  associated with these falls between .004 to .017.  11:27:31
11  Do you see that?                      11:27:38
12    A.    Correct.                      11:27:38
13    Q.    And that there is an inverse      11:27:38
14  relationship between refractive index and      11:27:40
15  birefringence values?                  11:27:46
16    A.    Correct.                      11:27:50
17    Q.    Okay. You can hand that one back.    11:27:50
18        MR. BRALY: Kevin, what's your      11:28:10
19  pleasure here as far as -- oh, don't want that.    11:28:11
20        MR. HYNES: Do you want to go another  11:28:14
21  15, 20 and maybe break?                11:28:16
22        MR. BRALY: Sure. Sounds good. I    11:28:20
23  have an outline and I have already kind of screwed  11:28:46
24  it all up. I am going to try to pick up where I am  11:28:48

Page 81

1  and see if we can cover some more ground.        11:28:53
2  BY MR. BRALY:                          11:28:53
3    Q.    In your report, in the report that's  11:28:57
4  in front of you, Exhibit 3, you don't comment on --  11:28:59
5  or you don't critique the birefringence calculations  11:29:05
6  that Dr. Longo performed relative to the minerals    11:29:10
7  that he was examination, correct?            11:29:14
8    A.    Correct.                      11:29:16
9    Q.    Why not?                      11:29:17
10    A.    For me, birefringence is not an      11:29:19
11  issue. Gamma is. Once you get alpha and a gamma    11:29:25
12  correctly, you got birefringence. So actually we    11:29:30
13  don't think birefringence is a specific property you  11:29:36
14  have to measure independently. You measure the    11:29:45
15  gamma and the alpha that birefringence is      11:29:49
16  automatically. Therefore, you don't have to      11:29:54
17  calculate that, because it was defined as the gamma  11:29:59
18  minus alpha.                        11:30:04
19    Q.    Right, which is exactly how Dr. Longo  11:30:05
20  calculated birefringence, is by taking the gamma    11:30:07
21  value less the alpha value.                11:30:11
22        MR. HYNES: Objection.            11:30:14
23    A.    Yes.                          11:30:15
24        MR. HYNES: Misstates Dr. Longo's    11:30:16

21 (Pages 78 - 81)

SHU-CHUN SU, PhD

Page 82

1    methodology.                                11:30:19
2           MR. BRALY:  Not really.              11:30:20
3    BY MR. BRALY:                               11:30:20
4        Q.    You were present for Dr. Longo's  11:30:20
5    testimony as to how he calculated birefringence,  11:30:22
6    correct?                                    11:30:27
7        A.    Yes, I did.                       11:30:27
8        Q.    Did you agree with how he calculated  11:30:28
9    birefringence values?  Was it scientifically  11:30:30
10   accurate in your opinion?                   11:30:33
11          MR. HYNES:  Objection to form.       11:30:34
12   Vague.                                      11:30:36
13       A.    There are two aspects.  The formula  11:30:36
14   of birefringence, that's one issue, gamma minus  11:30:43
15   alpha.  Another issue is the gamma value, whether  11:30:49
16   the gamma value is chrysotile or talc.      11:30:56
17       Q.    Yeah.                             11:31:03
18       A.    You see?                          11:31:05
19       Q.    Understood.  Let me be as fair to  11:31:06
20   this as I can be.  I understand that you do not  11:31:09
21   agree with Dr. Longo's values in the gamma direction  11:31:13
22   for what he is identifying as chrysotile.  I  11:31:18
23   understand that you don't agree with that.  11:31:22
24          Presuming the values are correct, did  11:31:24

Page 83

1    he perform the calculation in a scientifically  11:31:28
2    reliable way for calculating birefringence?  11:31:33
3           MR. HYNES:  Same objection.  Vague,  11:31:36
4    overbroad.                                  11:31:39
5        A.    I don't think it's meaningless if you  11:31:40
6    don't have the correct gamma and alpha.  That's the  11:31:42
7    key.  Okay.                                 11:31:47
8        Q.    Okay.  Do you agree that subtracting  11:31:49
9    the maximum gamma less the maximum alpha and the  11:31:53
10   minimum gamma minus the minimum alpha will give you  11:31:59
11   a range of birefringence?                   11:32:02
12       A.    I disagree.                       11:32:05
13       Q.    You do.  Why?                     11:32:06
14       A.    The concept maximum gamma, minimum  11:32:08
15   alpha is a confused concept.  You see, when we talk  11:32:14
16   of maximum and a minimum, it's not about single  11:32:22
17   particle.  It's about a group, like chrysotile.  You  11:32:29
18   have location for Vermont, from Canada, from  11:32:34
19   Arizona, from California.  Okay.            11:32:41
20          Then if we talk alpha.  Again, it's a  11:32:44
21   group of mineral, not individual.  For any  11:32:50
22   individual mineral chrysotile, you have only one  11:32:55
23   value of birefringence.  You have only one gamma and  11:33:01
24   one alpha.  Here is the problem, because I believe  11:33:07

Page 84

1    and also the data showed they misinterpreted the  11:33:15
2    dispersion staining color.  They think a mineral  11:33:20
3    particle display a range of dispersion staining  11:33:25
4    color for its parallel direction with the gamma or  11:33:31
5    so for its perpendicular direction which is alpha.  11:33:35
6    They interpret that as a range of recur [ph] index.  11:33:40
7    This is totally wrong.                      11:33:46
8        Q.    I feel we are talking about two   11:33:49
9    different things.  One of them what I do understand  11:33:50
10   to be a criticism of yours about their findings,  11:33:54
11   multiple refractive indices within a singular  11:33:58
12   bundle, which is what I think you're talking about.  11:34:02
13       A.    Yes.                              11:34:05
14       Q.    I am asking about something a little  11:34:05
15   bit more discreet.                          11:34:08
16          Back to Exhibit 14 this is the EPA   11:34:10
17   493 we see a range of birefringence reported as  11:34:13
18   between .004 to .017 for chrysotile.        11:34:17
19       A.    Correct.                          11:34:23
20       Q.    And that's the same range of       11:34:23
21   birefringence --                           11:34:25
22       A.    In the book.                      11:34:27
23       Q.    -- in the book, right?            11:34:28
24       A.    Yes.                              11:34:29

Page 85

1        Q.    Okay.  So it is fair to say that the  11:34:30
2    birefringence values associated with chrysotile fall  11:34:34
3    between .004 and .017?                      11:34:40
4        A.    Correct.                          11:34:44
5        Q.    All right.  And birefringence by the  11:34:45
6    way is a unit list number.  It has -- it doesn't  11:34:47
7    have units?                                 11:34:50
8        A.    No.                               11:34:51
9        Q.    The birefringence associated with   11:34:55
10   talc is generally higher than this?         11:34:58
11       A.    Much higher.                      11:35:00
12       Q.    Give me a range of the birefringence  11:35:02
13   you associate with talc.  It may be here actually.  11:35:06
14       A.    I think the best literature is Dr.  11:35:12
15   Gunter's on 2022 paper.  He was the first who  11:35:17
16   measured 20 talc from different localities where he  11:35:25
17   can collect the sample.  So he listed a range for  11:35:32
18   each talc, you have alpha, now you have a gamma.  11:35:38
19   But the average alpha I believe is around 1.50 --  11:35:43
20   1.540.  The average of gamma in his paper is 1.85,  11:35:55
21   if I remember correctly.  So the difference between  11:36:01
22   gamma and alpha on the average for talc is somewhere  11:36:07
23   under .045.  That we talk about that the range of  11:36:15
24   the birefringence about chrysotile an EPA method.  11:36:23

22 (Pages 82 - 85)

SHU-CHUN SU, PhD

Page 86

1  But for each individual samples, they have    11:36:31
2  individual value of the birefringence.    11:36:36
3    Q.   I understand what you're saying.  If    11:36:40
4  your evaluating a singular fiber of chrysotile and    11:36:43
5  you're calculating the refractive index for that    11:36:47
6  fiber, you can get a singular measurement for gamma    11:36:50
7  and alpha and calculate a singular birefringence    11:36:53
8  value?    11:36:58
9    A.   That's correct.    11:36:59
10    Q.   For something like what's present    11:37:00
11  here in Exhibit 14 -- again, this is page 26 of    11:37:02
12  Exhibit 14.  This is EPA R-93.  When you're dealing    11:37:07
13  with a range of multiple fibers or multiple    11:37:14
14  measurements, you can get a range of birefringences?  11:37:19
15    A.   Correct.    11:37:24
16    Q.   Mathematically, when you have ranges  11:37:24
17  like this, you would calculate the range of    11:37:28
18  birefringence in this case like what we see on the  11:37:31
19  page here, by taking the maximum high end and the  11:37:36
20  maximum -- high end of gamma, subtracted by the high 11:37:40
21  end of alpha, and the low end of gamma subtracted by 11:37:44
22  the low end of alpha as they did in this example?  11:37:47
23    A.   Yes.    11:37:51
24    Q.   Okay.  The range for birefringence --  11:37:52

Page 87

1  by the way, you agree with that, right, when you're  11:37:59
2  dealing with ranges?    11:38:03
3    A.   Agree.    11:38:04
4    Q.   Yes.  Good.  When you're dealing with  11:38:04
5  birefringence for chrysotile, you will get numbers  11:38:07
6  that range from .004 up until around .017?    11:38:10
7    A.   Correct.    11:38:17
8    Q.   Understanding that any individual    11:38:17
9  fiber or bundle will have its own discrete    11:38:20
10  birefringence value?    11:38:23
11    A.   Between these two values.    11:38:24
12    Q.   Right.  I apologize.  I was probably  11:38:26
13  doing too many things at one time.  For talc, what  11:38:30
14  is the range of birefringence that you associated  11:38:34
15  with talc?    11:38:37
16    A.   I will referred to that table.  It's  11:38:40
17  somewhere I think between .04 to .05.    11:38:45
18    Q.   Okay.  So somewhere around four to  11:38:51
19  five times higher?    11:38:54
20    A.   Yeah, that's about 10 times higher  11:38:55
21  than the chrysotile.    11:38:58
22    Q.   I have a section that I want to cover  11:39:26
23  and I think it will be probably be time for lunch,  11:39:29
24  okay?    11:39:32

Page 88

1    A.   Yes.    11:39:32
2    Q.   Your opinion about Dr. Longo's    11:39:33
3  finding of chrysotile in Johnson & Johnson's talc is  11:39:41
4  that what he's reporting as chrysotile is not    11:39:45
5  chrysotile?    11:39:48
6    A.   No.    11:39:48
7    Q.   Okay.  I mean that is your opinion,  11:39:49
8  correct?    11:39:51
9    A.   That's right.    11:39:52
10    Q.   Yes.  Okay.  Are you aware or have  11:39:52
11  you been told that Dr. Longo is not the only    11:39:58
12  scientist who has found chrysotile in Johnson &    11:40:02
13  Johnson's powder?    11:40:05
14    A.   I was aware I think there is a -- now  11:40:08
15  which agency is that?  EPA or --    11:40:16
16    Q.   FDA.    11:40:20
17    A.   FDA.  Yeah.  I know it was sample    11:40:21
18  analyze by a lab in Maryland.  Okay.  I have been to  11:40:25
19  that lab.  I was aware they found asbestos in the  11:40:30
20  sample.    11:40:35
21    Q.   You're talking about the AMA?    11:40:36
22    A.   AMA.    11:40:38
23    Q.   Yeah.  Were you aware of this prior  11:40:39
24  to being retained by Johnson & Johnson as an expert?  11:40:43

Page 89

1    A.   I never look into that before my  11:40:49
2  involvement, but after I was retained as an expert  11:40:54
3  witness, I was reading literature, then I came up to  11:41:02
4  that AMA.  It's appendix for the FDA kind of report,  11:41:09
5  yeah.    11:41:17
6    Q.   Is this literature that was provided  11:41:20
7  to you by Mr. Hynes?    11:41:21
8    A.   No.  That's -- I was -- I was    11:41:23
9  review -- looking the literature related to this    11:41:29
10  topic.    11:41:32
11    Q.   I could be wrong about this, but I    11:41:34
12  don't know if the AMA results were ever published in  11:41:38
13  the peer-reviewed literature.  It may have been --  11:41:42
14    A.   It's on the internet.    11:41:44
15    Q.   So you were just doing basically a    11:41:45
16  Google search about --    11:41:47
17    A.   That's right.    11:41:49
18    Q.   Got you.  You came across the AMA    11:41:49
19  findings from a couple years ago?    11:41:52
20    A.   No.  This year.    11:41:56
21    Q.   No, no, no.  Their findings were from  11:41:58
22  a couple years ago?    11:42:01
23    A.   Yes.    11:42:02
24    Q.   I'm sorry.  That was confusing.    11:42:03

23 (Pages 86 - 89)

SHU-CHUN SU, PhD

Page 90

1  That's something that you discovered after you    11:42:05
2  became an expert -- or after you agreed to serve as  11:42:07
3  an expert witness?                                  11:42:12
4      A.    Correct.                                 11:42:13
5      Q.    That was part of your review that       11:42:13
6  accounted for some of that billing that we looked at  11:42:15
7  before?                                            11:42:17
8      A.    Yes.                                     11:42:18
9      Q.    Right.  Are you aware that McCrone,      11:42:18
10  as a hired lab for Johnson & Johnson, found        11:42:24
11  chrysotile in Johnson & Johnson's Baby Powder?     11:42:27
12      A.    That, I am not aware.                    11:42:32
13      Q.    Are you aware that the Colorado          11:42:34
14  School of Mines found chrysotile in Johnson &      11:42:37
15  Johnson's Baby Powder?                             11:42:41
16      A.    That literature I read.  I was aware.   11:42:41
17      Q.    Are you aware that NIOSH, the           11:42:46
18  National Institution of Occupational Safety and    11:42:49
19  Health, through a series of contractors found      11:42:52
20  chrysotile in Johnson & Johnson's Baby Powder?     11:42:55
21      A.    No, I don't.                            11:42:57
22      Q.    Are you aware that Art Langer found     11:42:58
23  chrysotile in Johnson & Johnson's Baby Powder?     11:43:00
24      A.    No.                                     11:43:03

Page 91

1      Q.    Are you aware that RJ Lee found         11:43:03
2  chrysotile in Johnson & Johnson's Baby Powder?     11:43:06
3      A.    No.                                     11:43:09
4      Q.    You didn't know that?                    11:43:09
5      A.    No.                                     11:43:10
6      Q.    They didn't tell you that?              11:43:10
7      A.    No.                                     11:43:11
8      Q.    Didn't bother to mention it to you      11:43:12
9  while you're looking at all these things?          11:43:14
10      A.    I did come across.  I did Google        11:43:16
11  search.  I did not come up with any document saying  11:43:20
12  RJ Lee has found the, like you said, the asbestos in  11:43:25
13  baby powder.  No, I don't.                        11:43:31
14      Q.    You understand that Bryan Bandli and    11:43:33
15  Matt Sanchez, they work for RJ Lee?               11:43:37
16      A.    I do.  They never told me.             11:43:40
17      Q.    Right.  Are you aware that Johnson &    11:43:42
18  Johnson's suppliers, including supplier generally   11:43:48
19  referred to as Imerys or Rio Tinto found chrysotile  11:43:52
20  in the supply for baby powder?                     11:43:56
21      A.    No, I am not aware.                     11:44:02
22          MR. BRALY:  Kevin, this is a good a      11:44:23
23  time as any.                                      11:44:25
24          MR. HYNES:  Should we break for lunch  11:44:26

Page 92

1  here?                                             11:44:28
2          MR. BRALY:  Yes.                          11:44:29
3          (A luncheon recess was taken.)           12:25:18
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 93

1          AFTERNOON SESSION                         12:25:18
2                      12:28:11
3  BY MR. BRALY:                                      12:28:11
4      Q.    Welcome back from lunch.                12:28:18
5      A.    Thanks.                                 12:28:21
6      Q.    I hope that was -- you had a nice       12:28:21
7  break.  And just keep in mind that you need to -- if  12:28:23
8  you want to take a break or something, just to      12:28:28
9  stretch --                                         12:28:32
10      A.    I will let you know.                    12:28:32
11      Q.    Please do.                              12:28:33
12      A.    So far, I'm okay.                       12:28:34
13      Q.    Great.  We had looked at what's --     12:28:36
14  should be on your screen right here about samples,  12:28:40
15  26 pages of samples that came from a folder that was  12:28:45
16  labeled "Sent to Su."  That includes all of these  12:28:49
17  similar-looking containers with different labels on  12:28:54
18  them.  For example, the second page of this says    12:28:58
19  .560 HD Valadez with and it gives a number M12001  12:29:02
20  CTL?                                              12:29:11
21          Were all of these containers provided  12:29:11
22  to you by Matt Sanchez?                           12:29:15
23      A.    Yes.  Again, these are the samples I   12:29:18
24  analyzed.                                         12:29:25

24 (Pages 90 - 93)

SHU-CHUN SU, PhD

Page 94

1    Q.    Yes. These are all part of the    12:29:25
2    samples that you analyzed in June with Matt Sanchez    12:29:28
3    and Bryan Bandli?    12:29:31
4    A.    Correct.    12:29:32
5    Q.    And then you've provided those    12:29:33
6    samples to us in the materials provided prior to    12:29:37
7    this deposition?    12:29:41
8    A.    Say again.    12:29:43
9    Q.    All of your images from the samples    12:29:44
10    were provided?    12:29:49
11    A.    Yes.    12:29:49
12    Q.    Yeah. So I was going to ask you    12:29:50
13    about some of these. Some of these samples involve    12:29:53
14    what is purported to be SG-210 mounted in 1.550 oil.    12:29:57
15    There is another one in 1.560.    12:30:06
16    A.    Correct.    12:30:10
17    Q.    So I have some of these images. I    12:30:10
18    wanted to mark those images as exhibits as we go    12:30:14
19    forward here. I am going to start with -- if I can    12:30:18
20    get this to work -- what is going to be Exhibit 18.    12:30:20
21    (Exhibit 18 Sample CDCS 1.550 with SG-210    12:30:24
22    Alpha marked for identification.)    12:30:37
23    Q.    Exhibit 18 is a single photo that's    12:30:25
24    marked as a number followed by CDCS 1.550 with    12:30:28

Page 95

1    SG-210 alpha.    12:30:36
2    A.    Correct.    12:30:39
3    Q.    So this is a photo of that SG-210 in    12:30:39
4    the alpha direction or the perpendicular direction    12:30:46
5    under polarized light, correct?    12:30:50
6    A.    Correct.    12:30:52
7    Q.    In 1.550 refractive index liquid?    12:30:53
8    A.    The number preceding that, 3183377,    12:30:58
9    indicates that is Valadez talc baby powder. That    12:31:03
10    baby powder was spiked with SG-210 I look at that    12:31:10
11    sample.    12:31:16
12    Q.    Are you sure about that?    12:31:19
13    A.    Yes, I'm sure.    12:31:20
14    Q.    Okay. So this is not an analysis of    12:31:34
15    just straight unadulterated SG-210. This is a    12:31:40
16    spiked sample of the Valadez baby powder?    12:31:45
17    A.    Correct.    12:31:48
18    Q.    Okay. This might be a dumb question,    12:31:49
19    but how do you know what we are looking at is the    12:31:56
20    SG-210?    12:31:58
21    A.    Because it was prepared with the    12:32:00
22    SG-210 first provided by Dr. Longo to Professor    12:32:04
23    Gunter, then from Gunter to Mr. Sanchez, then Mr.    12:32:11
24    Sanchez brought that sample.    12:32:17

Page 96

1    Q.    I guess what I am asking is, how do    12:32:20
2    you know that what you're looking at isn't asbestos    12:32:22
3    that was in the Johnson's Baby Powder absent the    12:32:26
4    spiking?    12:32:30
5    A.    Because the optical property    12:32:30
6    indicates the SG-210 shows a blue central stop    12:32:33
7    disbursing staining color along its gamma direction    12:32:44
8    but lighter than the blue in the gamma direction.    12:32:49
9    Q.    You said gamma twice.    12:32:54
10    A.    No, alpha versus gamma. Alpha is    12:32:57
11    slight lighter. Gamma is deeper blue.    12:33:01
12    Q.    Isn't that also true for just    12:33:04
13    chrysotile?    12:33:06
14    A.    No. The 1866, chrysotile, the    12:33:09
15    distinction between 1866 chrysotile versus the    12:33:20
16    Calidria SG-210 is the gamma direction. I have the    12:33:27
17    micrograph showing that it's magenta in color.    12:33:33
18    Q.    I don't think 1866 has ever been    12:33:39
19    reported to be present in Johnson's Baby Powder.    12:33:43
20    1866 is a Canadian chrysolite.    12:33:50
21    A.    No, but I said they are spiked    12:33:50
22    sample. They purposely put the 1866 to spike the    12:33:53
23    Valadez baby powder.    12:34:00
24    Q.    I suppose my question remains, is,    12:34:05

Page 97

1    how do you know that what you're looking at is one    12:34:10
2    of the spike fibers and not asbestos that was    12:34:13
3    present in the Valadez baby powder?    12:34:15
4    A.    Because I examine the Valadez sample,    12:34:19
5    pure nonspiked. I did not find any chrysotile    12:34:25
6    structure.    12:34:38
7    Q.    Do you -- so this image -- and this    12:34:39
8    is -- I will just do this:    12:34:47
9    Let me put up the next image here,    12:34:50
10    which is going to be Exhibit 19.    12:34:53
11    (Exhibit 19 Sample CDCS 1.550 with SG-210    12:34:57
12    Gamma marked for identification.)    12:34:58
13    Q.    This is the same sample in the gamma    12:34:58
14    direction, correct?    12:35:01
15    A.    Yes.    12:35:04
16    Q.    Okay. Again, in 1.550 refractive    12:35:06
17    index oil?    12:35:10
18    A.    Yes.    12:35:11
19    Q.    So when you're evaluating the color    12:35:12
20    of this sample, is it your opinion that this color    12:35:19
21    is uniform throughout this image?    12:35:27
22    A.    Uniform for what?    12:35:30
23    Q.    From the edge to the center.    12:35:35
24    A.    No.    12:35:37

25 (Pages 94 - 97)

SHU-CHUN SU, PhD

Page 98

1    Q.    Okay. When using color to identify a    12:35:38
2    central stop dispersion staining reference, where is    12:35:44
3    the appropriate location on a particle in the gamma    12:35:54
4    direction to identify the representative color?    12:35:59
5    A.    I am glad you bring this up. That I    12:36:03
6    want to explain. A structure of a mineral like here    12:36:06
7    is a chrysotile. It's a fibrous, fiber bundle.    12:36:16
8    It's consistent with the fiber oils.    12:36:25
9    Now, the interface between those    12:36:29
10    fibers will affect the dispersion staining color.    12:36:33
11    Therefore, I think we need to differentiate between    12:36:40
12    the true central stop dispersion staining color    12:36:47
13    which is representative the true refract index of    12:36:54
14    the structure versus those central stop    12:36:59
15    dispersion -- what I call distorted color. Those    12:37:05
16    color is not indicative of the gamma value of the    12:37:09
17    fiber. What I am saying is, even it display a range    12:37:15
18    of color, different color doesn't mean it is a range    12:37:26
19    of refract index. Same is true for 1866 photograph.    12:37:30
20    They show a range of the dispersion staining color,    12:37:38
21    which was interpreted by Dr. Longo as the variation    12:37:44
22    of refract index of the 1866, which is incorrect,    12:37:49
23    because 1866 has a constant value of 1.556 for the    12:37:56
24    gamma direction. Those color which does not    12:38:07

Page 99

1    correspond to 1.556, they are distorted due to the    12:38:14
2    interface condition between fibers. I have graphic    12:38:21
3    to explain the formation of the distorted color.    12:38:29
4    Q.    I believe it's one of your slides?    12:38:37
5    A.    Yeah.    12:38:39
6    Q.    I've seen it. It's not what I am    12:38:40
7    asking you about here. Let's look at Exhibit 19    12:38:43
8    here. I have tried to enlarge it a little bit.    12:38:46
9    The fiber, this item that you could    12:38:52
10    see in the horizontal direction here in the center    12:38:56
11    of this, if you look at it in the center, there is    12:39:00
12    some golden color, there is some reddish color. On    12:39:03
13    the edges it's kind of purplish.    12:39:06
14    When you're -- when you're evaluating    12:39:11
15    what color corresponds to the chart, where do you    12:39:16
16    select the color? On the edges? On the center of    12:39:23
17    the structure? What color do you use when there's    12:39:26
18    multiple colors in a sample like Exhibit 19?    12:39:30
19    A.    Yes. Now, in order to determine    12:39:35
20    which color to be used to derive the refract index    12:39:43
21    of this fiber, first you will have to determine    12:39:52
22    which is the true, I call it true central stop    12:39:57
23    dispersion staining color. The way to distinguish    12:40:02
24    them -- see, this is a McCrone dispersion staining    12:40:07

Page 100

1    objective. It has a three setting. One is central    12:40:12
2    stop. One is annular stop. Another is just --    12:40:18
3    there is no stop. So in this case when you are in    12:40:26
4    doubt which color is the right one to use, you    12:40:33
5    switch that to the no stop and you close the    12:40:39
6    aperture diaphragm to examine the Becke line.    12:40:46
7    Q.    I was going to talk about Becke lines    12:40:50
8    later. Becke line analysis is a different form of    12:40:54
9    analysis than phase contrast microscopy, correct?    12:40:58
10    MR. HYNES: Objection to the form.    12:41:02
11    A.    Not phase contrast. There are four    12:41:04
12    method measuring refract index in polarized light    12:41:08
13    microscope. The traditional, the foremost one is    12:41:15
14    Becke line. Later on, there is another method    12:41:21
15    called oblique elimination. However, oblique    12:41:26
16    elimination method is only used for screening    12:41:33
17    purpose to see my liquid is too high or too low    12:41:38
18    until you got the liquid closer to the object, the    12:41:46
19    structure you are measuring. Then you do the Becke    12:41:52
20    line. Becke line is the most accurate method.    12:41:58
21    Now, later for the asbestos industry,    12:42:03
22    since it's a commercial operation, it's not a    12:42:08
23    research, they can't afford to spend too much time    12:42:12
24    on a sample. So Becke line -- because Becke line    12:42:19

Page 101

1    you have to change the liquid. You put a liquid.    12:42:23
2    You find it's higher than the structure. Now you    12:42:28
3    prepare another sample, use a lower liquid until    12:42:34
4    they got the match. So it's cumbersome. It's    12:42:40
5    time-consuming. It's not for the commercial    12:42:45
6    operation.    12:42:48
7    Then the third method is the    12:42:49
8    dispersion staining.    12:42:54
9    Q.    Did you perform a Becke line analysis    12:42:57
10    of this particle?    12:43:00
11    A.    I did.    12:43:02
12    Q.    Is that part of your Becke line    12:43:02
13    folder?    12:43:05
14    A.    Not -- which folder --    12:43:06
15    Q.    I'm sorry. I shouldn't have thrown    12:43:10
16    that at you. Is that part of the materials that you    12:43:11
17    produced?    12:43:15
18    A.    Actually, I think in the folder of    12:43:15
19    the glass, I want use the glass, the Cargille glass    12:43:18
20    in 1.55 and 1.560. That folder, I want use the    12:43:26
21    glass to show what it distorted central stop    12:43:35
22    dispersion staining color versus the Becke line.    12:43:40
23    And how do you use Becke line to --    12:43:45
24    Q.    I see, I see that folder. I can talk    12:43:50

SHU-CHUN SU, PhD

Page 102

1  to you about it later.                        12:43:55
2          I am asking specifically with this    12:43:56
3  SG-210 fiber, did you specifically do a Becke line  12:43:58
4  analysis of this?                     12:44:02
5      A.    Yes, I did.                 12:44:04
6      Q.    Is that included in the photos that I  12:44:05
7  have? I don't know that I have seen that.    12:44:08
8      A.    I did not take the picture, because  12:44:10
9  it just flip to switch, then you observe. Which is  12:44:13
10  automatic kind of operation for me. See, I keep  12:44:27
11  switching between the central stop and Becke line.  12:44:31
12      Q.    Okay. So for this particular fiber,  12:44:37
13  which color is the color that is the right color in  12:44:45
14  comparison to the CDCS chart -- CSDS?        12:44:49
15      A.    That is the color corresponding to  12:44:56
16  the 1.560 refract index.                12:45:01
17      Q.    What color is that? We have, we have  12:45:06
18  a golden, we have a reddish, we have purple, we have  12:45:12
19  a little bit of blue in there. What color is the  12:45:15
20  color that you're then comparing to the CSDS chart?  12:45:19
21      A.    I believe reddish purple.        12:45:25
22      Q.    Okay. So for this fiber that's      12:45:29
23  Exhibit 19, you're identifying that as corresponding  12:45:33
24  with reddish purple?                   12:45:38

Page 103

1      A.    Correct.                    12:45:39
2      Q.    Okay. There is no -- there is no    12:45:40
3  scale bar for this photograph, correct?      12:45:59
4      A.    In this image, it doesn't, but I took  12:46:03
5  a series image with the scale bar. There is one  12:46:09
6  sample I prepare the sample on a micrometer. So   12:46:14
7  it's superimposed on the micrometer to show the  12:46:24
8  scale of the particle size, which in the photo  12:46:30
9  probably was named micrometer or something like  12:46:34
10  that.                             12:46:38
11      Q.    So there is -- I am going to show an  12:46:47
12  image here and ask you if this is the image that  12:47:07
13  corresponds with that one.                12:47:10
14      A.    Yes. See the background, this is a  12:47:12
15  sample prepared on the surface of the micrometer.  12:47:16
16      Q.    What I am asking is, is the image we  12:47:22
17  are looking at -- I am mark this next one as  12:47:25
18  Exhibit 20.                         12:47:27
19      (Exhibit 20 Micrometer 3183377 at Focus  12:47:27
20  1.550 Talc Particle marked for identification.)  12:47:28
21      Q.    Is this the same image as Exhibit 19?  12:47:28
22      A.    No.                      12:47:32
23      Q.    No?                      12:47:33
24      A.    But I am sure we will find an image  12:48:02

Page 104

1  of the micrometer image with the gamma value, gamma  12:48:05
2  dispersion staining color in central stop dispersion  12:48:13
3  mode.                             12:48:22
4      Q.    Okay. We will look at what we are   12:48:22
5  going to mark as Exhibit 21.             12:48:25
6      A.    Yes. This is the corresponding     12:48:28
7  central stop dispersion staining image.      12:48:31
8      (Exhibit 21 Micrometer 318337 CSDS 1.550  12:49:07
9  talc particle gamma marked for identification.)  12:49:14
10      Q.    Okay. Let me do this: Okay. So     12:48:36
11  this image that we are looking at, which is      12:49:02
12  Exhibit 21, is entitled "Micrometer 318337 CSDS  12:49:05
13  1.550 talc particle gamma" and this image is what  12:49:13
14  you were saying is the same image as Exhibit 19?  12:49:20
15      A.    No. This is -- wait a second. You  12:49:24
16  mean this? I think you show a Becke line image.  12:49:30
17  That is the same of this. Not the one without   12:49:38
18  micrometer. No. This is not.             12:49:43
19      Q.    Not this one?                12:49:46
20      MR. HYNES: Exhibit 20.              12:49:47
21      MR. BRALY: Exhibit 20 he already       12:49:51
22  told me wasn't.                      12:49:52
23      A.    This is not. Whenever there is no  12:49:53
24  micrometer in the file name, it is not a sample  12:49:59

Page 105

1  prepared on the micrometer.               12:50:04
2      MR. HYNES: Show Exhibit 20. 21 and  12:50:10
3  20 I think relate to one another.        12:50:13
4      MR. BRALY: They both come from the  12:50:16
5  micrometer folder.                   12:50:18
6  BY MR. BRALY:                        12:50:19
7      Q.    This is Exhibit 20. This is       12:50:19
8  Exhibit 21. Did you superimpose a micrometer over  12:50:23
9  Dr. Longo's findings?                 12:50:31
10      A.    No. This sample I prepared by     12:50:33
11  sprinkle the baby powder on the micrometer slide  12:50:40
12  instead a regular blank slide because I want the  12:50:49
13  micrometer image showing same time in the field of  12:50:55
14  view.                             12:51:01
15      Q.    The particle that we are looking at  12:51:01
16  in Exhibit 21, right here, that's golden. Looks  12:51:03
17  like there might be some greenish lineation and some  12:51:11
18  reddish on the outside, what is that?       12:51:16
19      A.    These are the distorted dispersion  12:51:20
20  staining color of the talc elongated talc particle.  12:51:25
21      Q.    So that's talc?              12:51:31
22      A.    This is talc.               12:51:32
23      Q.    Okay. And this is a sample that you  12:51:34
24  prepared?                          12:51:38

27 (Pages 102 - 105)

SHU-CHUN SU, PhD

Page 106

1    A.    Correct.    12:51:38
2    Q.    Okay.  Going back to what my question  12:51:39
3  had been, for Exhibit 19, you do not have a scale  12:51:43
4  bar for this photograph, correct?    12:51:49
5    A.    Because I am taking the same  12:51:51
6  objective, does that scale bar applicable to this.  12:51:57
7  When I -- if I process image, I will type the nature  12:52:04
8  of the sample and also I will put the scale bar on  12:52:13
9  the image.  But this is the raw data.    12:52:17
10    Q.    Okay.    12:52:23
11    A.    It's not been prosed.  I did not have  12:52:23
12  time to put the scale bar on that image.    12:52:28
13    Q.    Okay.  So if we look at Exhibit 21,  12:52:33
14  the particle on Exhibit 20 -- first of all, the  12:52:37
15  field of view for Exhibit 19 and Exhibit 21 is the  12:52:41
16  same field of view, correct?    12:52:44
17    A.    This are two different sample.  12:52:47
18    Q.    Not my question.  I understand they  12:52:50
19  are two different samples.    12:52:52
20    A.    The same field of view, same  12:52:53
21  objective.    12:52:56
22    Q.    Okay.  So if we were to superimpose  12:52:56
23  the micrometer from Exhibit 21 on to Exhibit 19,  12:52:59
24  that would be a fair thing to do?    12:53:06

Page 107

1    A.    Correct.    12:53:09
2    Q.    Exhibit 19 is an image of a  12:53:10
3  chrysotile fiber, correct?    12:53:14
4    A.    Correct.    12:53:16
5    Q.    Exhibit 19, this one.  Okay?    12:53:17
6  Exhibit 21 is an image of fibrous talc?    12:53:21
7    A.    Correct.    12:53:25
8    Q.    How close in size are these two  12:53:26
9  fibers?    12:53:34
10    A.    I think they are close.    12:53:36
11    Q.    They appear to be close, don't they?  12:53:38
12    A.    They are.    12:53:40
13    Q.    One of your criticisms of Dr. Longo's  12:53:44
14  work that chrysotile fibers in fact don't occur at  12:53:47
15  the same size.    12:53:51
16    A.    No.  If you look the one, the 19 --  12:53:55
17  can you put 19?    12:53:59
18    Q.    Yes, sir.    12:54:00
19    A.    You see, this structure is larger  12:54:04
20  than the talc particle.    12:54:09
21    Q.    Sure.  They are not exact matches.  12:54:13
22  But they are close in size, are they not?    12:54:16
23    A.    You see, if you -- I think the best  12:54:19
24  example is the USP study.  They have two particle  12:54:25

Page 108

1  distribution of the talc versus the chrysotile  12:54:33
2  spiked in the talc sample.  It's two population.  12:54:38
3  However, the peak of the talc, the particle size is  12:54:44
4  smaller than the chrysotile average size.  However,  12:54:53
5  the two curve is overlap, which means there are  12:55:00
6  chrysotile fiber similar or even smaller than this.  12:55:08
7  However, if you measure all the chrysotile in a  12:55:14
8  sample, you plot it, it's the particle size is  12:55:20
9  larger than the talc.    12:55:27
10    Also, I took some SEM image of the  12:55:31
11  spiked sample.  On the SEM, it's easier to find the  12:55:37
12  chrysotile compared on the optical microscope.  12:55:48
13    Q.    Is that the wet-sieved --    12:55:55
14    A.    That label the wet sieve, about 400  12:56:04
15  mesh sieve, yeah.    12:56:08
16    Q.    Now, all of what we are talking  12:56:11
17  about, this work here with Exhibits 19, 20, and 21,  12:56:13
18  Exhibit 18 as well, as well as the files that you're  12:56:17
19  talking about with the wet-sieved chrysotile, all of  12:56:21
20  this was done the month after you issued your expert  12:56:25
21  report in the MDL case and the chemical arts case?  12:56:31
22    A.    Correct.  The MDL report was issued  12:56:41
23  on May the 21st.  The work I did is between 15th to  12:56:44
24  17th of June, the next month.    12:56:53

Page 109

1    Q.    I want to continue kind of  12:57:53
2  identifying various things that you took pictures  12:57:55
3  of.    12:57:58
4    Exhibit 22 is an image what is  12:57:58
5  purported to be this SG-210 chrysotile in 1.560  12:58:03
6  refractive index liquid, correct?    12:58:09
7    A.    Correct.    12:58:13
8    (Exhibit 22 3183377 with SG210 chrysotile in  12:58:13
9  1.560 alpha marked for identification.)    12:58:14
10    Q.    Okay.  And again it is your position  12:58:14
11  or your understanding that what you you've taken a  12:58:21
12  photo of is the Valadez talc sample spiked with  12:58:25
13  SG-210?    12:58:29
14    A.    Correct.    12:58:31
15    Q.    What percentage by weight, if you  12:58:31
16  know, SG-210 was spiked into the sample?    12:58:35
17    A.    I believe it's 1 percent or  12:58:39
18  .1 percent, either it's 1 percent or .1 percent.  12:58:43
19    Q.    There is a big difference between  12:58:48
20  those two.    12:58:49
21    A.    That's right.    12:58:50
22    Q.    You don't know?    12:58:51
23    A.    I don't remember.  I believe it's  12:58:55
24  1 percent.    12:58:59

28 (Pages 106 - 109)

SHU-CHUN SU, PhD

Page 110

1    (Exhibit 23 3183377 With SG210 Chrysotile in  12:58:59
2  1.560 Gamma marked for identification.)         12:59:01
3    Q.    Exhibit 23 is that same sample but       12:59:01
4  this time 1.560 refractive index fluid, correct?  12:59:09
5    A.    Correct.                                   12:59:15
6    Q.    So here is where I am going to ask        12:59:16
7  questions about the PLM process that maybe I don't  12:59:19
8  understand fully.  Exhibit 19 is the SG-210 and   12:59:22
9  1.550 RI fluid?                                    12:59:36
10    A.    Yes.                                      12:59:39
11    Q.    Exhibit 23 is --                          12:59:40
12    A.    560.                                      12:59:42
13    Q.    I hate to be parental about this, but    12:59:50
14  you have to let me finish the question.           12:59:53
15    A.    Sorry.                                    12:59:55
16    Q.    Exhibit 19 and Exhibit 23, they are      13:00:00
17  not the same fiber, right?                        13:00:04
18    A.    No.                                       13:00:07
19    Q.    Right.  I thought so.  I just wanted     13:00:08
20  to make sure.  Okay.                              13:00:11
21        Now, for Exhibit 23 and the 1.560,        13:00:13
22  again, it appears to be predominantly blue, but   13:00:21
23  there is little blue in the middle and then this  13:00:26
24  blade of yellowish on the outside and this little  13:00:29

Page 111

1  starburst pattern here on the central left side.  13:00:32
2  And then on the edges on the left side, we have a  13:00:37
3  line of red and then some lighter blue and some    13:00:40
4  darker blue even get a little bit of greenish up   13:00:43
5  here in the west, northwest of the structure.      13:00:48
6        What color do you identify this fiber       13:00:53
7  with for purposes of reference to the CSDS chart?  13:00:57
8    A.    Okay.  This photograph actually the      13:01:02
9  fiber is the horizontal section.  Okay.  They are  13:01:08
10  not continuous to this part.  This fiber I am     13:01:16
11  looking at, it's not as I said.  It is not        13:01:22
12  continuous to this end.                           13:01:28
13    Q.    So because nobody is ever going to       13:01:31
14  know what you're pointing at on the written record,  13:01:33
15  you're saying the section to the right of the eye  13:01:39
16  starburst is the fiber you're evaluating?          13:01:42
17    A.    That's correct.  And the color is       13:01:45
18  this deep blue I confirm that by Becke line.       13:01:49
19    Q.    That deep blue color on the southern     13:01:56
20  edge of the fiber is the color that you would      13:02:00
21  identify with that fiber?                          13:02:02
22    A.    Correct.                                  13:02:04
23        MR. PLACITELLA:  Are you able to put       13:02:05
24  the cursor over that?                              13:02:06

Page 112

1        MR. BRALY:  It wouldn't show up on        13:02:09
2  the record.                                        13:02:10
3  BY MR. BRALY:                                      13:02:42
4    Q.    So as you go from south to north in      13:02:44
5  this middle, section, it goes from dark blue to    13:02:46
6  light blue, to the top you get this greenish reddish  13:02:53
7  menagerie?                                         13:02:57
8    A.    Yes.                                       13:02:59
9    Q.    Are you saying that you switched the     13:02:59
10  oculus to remove the central stop to evaluate the  13:03:04
11  Becke line?                                        13:03:08
12    A.    No.  The objective --                    13:03:09
13    Q.    The objective.  I'm sorry.              13:03:09
14        (Reporter asks for clarification.)        13:03:09
15        THE WITNESS:  The dispersion             13:03:16
16  staining, dispersion staining objective.           13:03:18
17    Q.    And by doing that, you could evaluate   13:03:35
18  the Becke line?                                    13:03:39
19    A.    Correct.                                  13:03:42
20    Q.    And in evaluating the Becke line, am    13:03:42
21  I correct that you bring the image slightly out of  13:03:48
22  focus to evaluate the border between the fiber and  13:03:52
23  the fluid?                                         13:03:56
24    A.    No.  The Becke line you need to focus   13:03:57

Page 113

1  on that.  You did not change the focus.  So when I  13:04:00
2  switch between the central stop dispersion staining  13:04:05
3  mode to the Becke line mode you don't change the   13:04:11
4  focus.                                             13:04:18
5    Q.    Isn't it a critique of using Becke       13:04:19
6  lines to evaluate refractive index that it is not as  13:04:22
7  suitable for smaller particles as it is for larger  13:04:26
8  particles?                                         13:04:30
9    A.    It depends.  When it's not suitable     13:04:31
10  is you cannot determine the movement of the Becke  13:04:38
11  line or to distinguish the Becke line -- see, the  13:04:44
12  Becke line, when the particle and the liquid, when  13:04:54
13  they are very close, then the Becke line dispersed.  13:05:00
14  So there is a Becke line inside the structure and  13:05:07
15  also there is a Becke line dispersed Becke line    13:05:14
16  outside the structure in the liquid.  That is how  13:05:17
17  you used to determine the match which Dr. Bloss book  13:05:26
18  has a famous chart, Becke line chart which people  13:05:36
19  used to determine a match or dis-match, mismatch.  13:05:41
20    Q.    Does this image capture the entire      13:06:03
21  field of view that was being observed through the  13:06:06
22  microscope?                                        13:06:09
23    A.    Correct.  Every image in our database   13:06:09
24  in the raw data we sent to you, they are the full  13:06:15

29 (Pages 110 - 113)

SHU-CHUN SU, PhD

Page 114

1  image. That's the only way to catch it.       13:06:19
2       Q.    You do understand that you can take a   13:06:24
3  digital image capture of what's being seen through a  13:06:27
4  microscope with less than the full field of view,   13:06:31
5  correct? You understand that's a possibility?    13:06:36
6       A.    There might be possibility. However,   13:06:42
7  the software come with this like a microscope. I   13:06:46
8  forgot the name of the software name. Star Wars   13:06:53
9  era. Anyway, it come with the system, the monitor,   13:06:59
10  the software image software and the microscope.   13:07:02
11  There is one complete system. So when you click the   13:07:08
12  capture image, it capture.       13:07:14
13       I don't know if they have a function,    13:07:17
14  for example, the cropped image or not. However,   13:07:23
15  when we do this analysis for each field of view we   13:07:29
16  examine, we just click the capture. So it capture   13:07:36
17  the whole image on the screen.       13:07:41
18       Q.    Okay. So one of the criticisms that   13:07:43
19  you raised -- and we are going to look at it    13:07:49
20  later -- had to do with the size of the field of   13:07:51
21  view for some of Dr. Longo's work?      13:07:53
22       A.    Yeah, correct.       13:07:56
23       Q.    Point in fact is, you don't know if   13:07:57
24  that image was capturing the entire field of view or   13:08:00

Page 115

1  if it was a cropped image from what was being    13:08:04
2  displayed on the monitor, correct?      13:08:07
3       A.    I don't know. However, in software   13:08:10
4  they used to capture the digital image, usually   13:08:13
5  there is no cropping. There is no cropping.    13:08:26
6       Q.    I appreciate what you're saying --   13:08:34
7       A.    Another important -- let me finish.   13:08:36
8       Q.    Sure.       13:08:38
9       A.    Another important too is the particle   13:08:39
10  size in the image, which is provided another    13:08:43
11  criteria to say is this a full field of view image   13:08:50
12  or as a cropped image or part of the image. Because   13:08:58
13  the particle size on the two images, they are not   13:09:05
14  the same.       13:09:11
15       Q.    So I appreciate what you're saying   13:09:13
16  about whatever default function for capturing images   13:09:19
17  are. You actually are unaware if you're able to   13:09:24
18  crop an image in the software provided with these   13:09:29
19  microscopes or not as you sit here today, right?   13:09:32
20       A.    No, I don't. I'm not.     13:09:36
21       Q.    You took photos of ten different    13:10:02
22  particles in a folder with the same number, 3183377,  13:10:05
23  but this one was called with M12001.     13:10:17
24       A.    Is that under screen?     13:10:24

Page 116

1       Q.    It's not. I will drag it over. It's   13:10:25
2  a folder. These are the folders that you provided.   13:10:31
3       A.    Okay.       13:10:39
4       Q.    Okay? It's a folder called 38 --   13:10:39
5  3183377 with M12001.1.550 and then another folder   13:10:51
6  1.560.       13:11:00
7       A.    Yes.       13:11:03
8       Q.    In the 1.550 you have ten different   13:11:03
9  particles in alpha and in gamma?      13:11:07
10       A.    Correct.       13:11:10
11       Q.    And the 1.560 folder you have five   13:11:10
12  different particles in alpha and in gamma?    13:11:14
13       A.    Correct.       13:11:21
14       Q.    What is the M12001? What is that?   13:11:21
15       A.    It is the Coalinga chrysotile from   13:11:25
16  the RTI. It's a California Calidria chrysotile.   13:11:33
17  M12001 indicate it is proficient testing code. So   13:11:45
18  the M represent a PLM. One indicate that the first   13:11:55
19  one in that year NVLAP issued two proficient testing   13:12:05
20  every year. One is in the first half of the year.   13:12:14
21  Two being the second half of the year. Then 2001,   13:12:20
22  which means that's the year of the test. So M12001   13:12:26
23  meant it is the first proficient testing conducted   13:12:35
24  by NVLAP in the year 2001. It is a first time or   13:12:42

Page 117

1  the last time NVLAP use a Calidria chrysotile for   13:12:51
2  the test.       13:12:59
3       Q.    So the folder with the M12001 is   13:12:59
4  another -- is it your testimony that that is another   13:13:06
5  batch of California chrysotile or Calidria?    13:13:09
6       A.    Correct.       13:13:14
7       Q.    Okay. And again, this was something   13:13:20
8  that you didn't analyze until after you had already   13:13:31
9  issued your expert report in this case?    13:13:34
10       A.    Correct.       13:13:37
11       MR. BRALY: I am going to mark as    13:13:53
12  Exhibit 24, 25 and 26. 24 is going to be titled   13:13:55
13  Particle 1, M2000 -- M -- yeah, M2001, 1.250 gamma.  13:14:00
14  Exhibit 25 is going to be Particle 2. And    13:14:19
15  Exhibit 26 is going to be Particle 3. There are 10   13:14:20
16  particles, but we are going to look at these as   13:14:24
17  representative.       13:14:26
18       (Exhibit 24 Particle 1 M2001 1.250 Gamma   13:14:12
19  marked for identification.)       13:14:27
20       (Exhibit 25 Particle 2 M2001 1.250 Gamma   13:14:19
21  marked for identification.)       13:14:28
22       (Exhibit 26 Particle 3 M2001 1.250 Gamma   13:14:21
23  marked for identification.)       13:14:34
24       Q.    Sir, in Exhibit 24, what are you   13:14:34

30 (Pages 114 - 117)

SHU-CHUN SU, PhD

Page 118

1  identifying here with that arrow?          13:14:48
2      A.   Yeah.  This is the Coalinga        13:14:51
3  chrysotile from California, Union Carbide's.  13:14:56
4      Q.   Is this entire sample Calidria?    13:15:01
5      A.   Yes.                               13:15:10
6      Q.   So there's no talc to your knowledge  13:15:12
7  in this sample?                             13:15:16
8      A.   Now I remember.  This is the Coalinga  13:15:22
9  chrysotile-spiked talc, Chinese talc.  It's not pure  13:15:29
10 Coalinga chrysotile.  It's a spiked sample.   13:15:39
11     Q.   I'm confused about this because you  13:15:58
12 have a whole other folder structure that you  13:16:01
13 produced called Chinese Talc Milled With 1866  13:16:04
14 Chrysotile and then you have another folder entirely  13:16:09
15 called Chinese Talc Milled with SG-210 Chrysotile.  13:16:12
16 That's not what this folder is.             13:16:17
17     A.   But this folder is not SG-210.  It is  13:16:21
18 the RTI, the Coalinga chrysotile.  It's two Calidria  13:16:25
19 chrysotile.                                 13:16:34
20     Q.   Yes, but what I am saying the folders  13:16:35
21 that you gave me were not identified as this being a  13:16:37
22 spiked sample.                              13:16:40
23     A.   That probably they did not indicate  13:16:42
24 in the file name.  However, that a two spiked  13:16:47

Page 119

1  sample.                                     13:16:52
2      MR. HYNES:  I will note for the         13:16:52
3  record that the folder from which this originated is  13:16:54
4  3183377 with M12001 1.550.  I think Dr. Su's  13:16:56
5  testimony previously is that 3183377 is the  13:17:09
6  designation for that Valadez Chinese source.  13:17:27
7      THE WITNESS:  Yeah, that file name      13:17:31
8  reflect it is NVLAP chrysotile-spiked Valadez talc  13:17:33
9  powder.  Let me make it clear.              13:17:47
10 BY MR. BRALY:                               13:17:53
11     Q.   Until you told me that, how was I to  13:17:53
12 know that 3183377 was a reference to the Valadez  13:17:57
13 talc sample that had been spiked?           13:18:03
14     A.   See, the number I believe -- you    13:18:07
15 should be able to find that in one of Dr. Longo's  13:18:12
16 report.  Yes, the numerical code.           13:18:18
17     Q.   Okay.                              13:18:24
18     A.   So when he sent that chrysotile,    13:18:25
19 Calidria chrysotile to Dr. Gunter, I believe it is  13:18:33
20 with that number.  That's why they continue -- yeah,  13:18:42
21 I saw something in a document they received a sample  13:18:47
22 with that number on.                        13:18:54
23     Q.   In what you produced to me I don't   13:18:55
24 know what 3183377 is.  There is no indication in  13:18:58

Page 120

1  this file name in any sense of what this is.  13:19:03
2      A.   It is a Valadez sample.            13:19:06
3      Q.   Okay.  Well, I know that now.  I    13:19:09
4  appreciate it.                              13:19:10
5      A.   Okay.                              13:19:13
6      Q.   What is Exhibit 24?  What are we    13:19:13
7  looking at here in the middle of the screen with  13:19:16
8  that arrow on it?                           13:19:18
9      A.   That is a chrysotile, gamma         13:19:22
10 direction.                                  13:19:26
11     Q.   Is that a fiber?                    13:19:36
12     A.   It is rather dark.  It is the fiber.  13:19:46
13 I think there is a same picture of this fiber in the  13:19:53
14 alpha direction.  I believe the alpha direction  13:20:01
15 should be clearer.  If you find a particle 1 alpha,  13:20:04
16 can you show that image?                    13:20:12
17     A.   I can.  I will need to mark it as a  13:20:15
18 new exhibit.  Give me a second.             13:20:18
19     A.   For each particle, we took a gamma   13:20:20
20 and alpha.                                  13:20:24
21     Q.   So this will be Exhibit 27, which is  13:20:28
22 particle 1 in the alpha direction.          13:20:31
23     (Exhibit 27 Particle 1 M2001 1.550 CSDS  13:20:34
24 Alpha marked for identification.)           13:20:38

Page 121

1      A.   Yeah.  That's very clear.  Can you  13:20:38
2  see the fiber?                              13:20:41
3      Q.   No.                                13:20:42
4      A.   Do you want me to find it out?      13:20:45
5      Q.   Sure.                              13:20:47
6      A.   That I remember.  In the alpha      13:20:50
7  direction, it's more clearer.  You see?  From here,  13:20:52
8  up here.                                    13:21:00
9      Q.   Okay.  It's like a blue streak that's  13:21:00
10 running just to the left of that bright light blue  13:21:05
11 blob?                                       13:21:10
12     A.   Correct.                           13:21:11
13     Q.   All right.  So oriented in the gamma  13:21:12
14 direction in Exhibit 24, you realize that the arrow  13:21:33
15 isn't pointing to the -- what you had previously  13:21:36
16 been indicating?                            13:21:40
17     A.   If you look very carefully, it's    13:21:42
18 pointed to the end of the fiber.            13:21:46
19     Q.   Okay.                              13:21:49
20     A.   Yeah.                              13:21:50
21     Q.   What color are you associating with  13:21:51
22 that fiber for purposes of this CSDS chart?  13:21:54
23     A.   Magenta.                           13:22:02
24     Q.   That's Exhibit 24.  Okay.          13:22:09

31 (Pages 118 - 121)

SHU-CHUN SU, PhD

Page 122

1    Exhibit 25 is particle 2 still in    13:22:33
2  1.550 refractive index oil?    13:22:39
3    A.    Correct.    13:22:44
4    Q.    From that same series of the 2001    13:22:44
5  NVLAP Coalinga chrysotile?    13:22:48
6    A.    Correct.    13:22:52
7    Q.    What color are you identifying with    13:22:52
8  what you identified here?    13:22:55
9    A.    Red purple.    13:22:57
10    Q.    Red purple, okay. Exhibit 26 is    13:23:06
11  particle 3 from that same grouping which is not on    13:23:16
12  your screen. There it is. Is the fiber that is    13:23:20
13  curved structure that kind of wraps around the    13:23:34
14  clamshell of the larger structure in the center of    13:23:39
15  that screen?    13:23:42
16    A.    It looks to. However, can you show    13:23:43
17  the alpha image of the same particle. Particle 3    13:23:47
18  alpha.    13:23:52
19    Q.    Give me a second to rename it.    13:23:54
20    (Exhibit 28 Particle 3 M2001 1.550 CSDS    13:24:08
21  Alpha marked for identification.)    13:24:08
22    Q.    Exhibit 28 will be particle 3 alpha.    13:24:09
23    A.    That's right. Usually the alpha    13:24:15
24  direction is the clearer. You can see a fibrous    13:24:18

Page 123

1  structure in the middle.    13:24:25
2    Q.    That's kind of -- for Exhibit 28 it    13:24:27
3  is running the left edge of that center mass    13:24:32
4  structure?    13:24:35
5    A.    Mm-hmm.    13:24:36
6    Q.    Is that right?    13:24:36
7    A.    Correct.    13:24:37
8    Q.    Okay. Going back to Exhibit 26, is    13:24:37
9  it again are we talking about this line that runs in    13:24:42
10  the outside of this larger mass structure?    13:24:49
11    A.    Yeah, that's the same structure.    13:24:51
12  However, we are looking at the horizontal one.    13:24:54
13    Q.    Very true, yes.    13:24:57
14    A.    Horizontal part.    13:24:59
15    Q.    What color do you identify with this    13:25:00
16  structure for purposes of the CSDS chart?    13:25:04
17    A.    Red purple.    13:25:08
18    Q.    Red purple. Let me kind of jump    13:25:11
19  around with you just a little bit and then we will    13:26:06
20  probably get to a point where we can take a break,    13:26:09
21  okay?    13:26:11
22    A.    Okay.    13:26:11
23    Q.    What type of illumination bulb were    13:26:12
24  you using when you took these images in June?    13:26:23

Page 124

1    A.    It is LED light source.    13:26:25
2    Q.    What color temperature was the white    13:26:30
3  light in that bulb?    13:26:33
4    A.    I did not measure that, but I switch    13:26:36
5  in the daylight filter, the building in the    13:26:39
6  microscope. That daylight filter is specifically    13:26:46
7  designed for that light source to make it the    13:26:51
8  daylight color temperature.    13:26:56
9    Q.    That's built in to the microscope you    13:26:58
10  were using?    13:27:00
11    A.    Yes.    13:27:02
12    Q.    Remind me. What were as the    13:27:02
13  microscope you were using?    13:27:04
14    A.    It's Leica DM2700 P, the model    13:27:06
15  number.    13:27:12
16    Q.    You said that's the same microscope    13:27:12
17  that Bill Longo's lab uses.    13:27:15
18    A.    Correct.    13:27:18
19    Q.    You have no concerns about using an    13:27:19
20  LED bulb even though you don't know the color    13:27:21
21  temperature of the light coming out of it?    13:27:25
22    A.    Because the daylight filter will    13:27:27
23  correct that.    13:27:31
24    Q.    Okay. And that's a standard feature    13:27:32

Page 125

1  on that microscope?    13:27:34
2    A.    That's right. That is the    13:27:34
3  top-of-line microscope.    13:27:37
4    Q.    Nice microscope. You do recognize    13:27:38
5  that there are different color temperatures of white    13:27:43
6  light, correct?    13:27:46
7    A.    Oh, yes. I do.    13:27:46
8    Q.    You can have a higher color    13:27:49
9  temperature which is going to be hued a little bit    13:27:51
10  more yellowish; you can have a colder-color    13:27:55
11  temperature which is going to be more bluish,    13:27:59
12  correct?    13:28:02
13    A.    Correct.    13:28:02
14    Q.    And it all falls in the range of    13:28:02
15  white light, correct?    13:28:06
16    A.    No. The white light is daylight.    13:28:07
17    Q.    Forgive me for that. Yes.    13:28:13
18  Incandescent bulbs, tungsten bulbs, LED illumination    13:28:19
19  sources, they can all have different temperature of    13:28:25
20  white, right?    13:28:26
21    A.    Different color temperature.    13:28:27
22    Q.    Microscopes have software and filters    13:28:31
23  built into them to correct for this, correct?    13:28:35
24    A.    As far as I know, Leica is the only    13:28:38

32 (Pages 122 - 125)

SHU-CHUN SU, PhD

Page 126

1  model I saw; for example, the Olympus BH-2 model,    13:28:43
2  which many asbestos lab used in the past.  Now,    13:28:53
3  later on, Olympus put out a more advanced model    13:28:59
4  which cost a lot more expensive than the BH-51, BH-4  13:29:04
5  series, BH-5 series, even have a BH-6 series.  Then  13:29:13
6  those Olympus are very well built.  It will have a    13:29:20
7  complete system, a custom design daylight filter    13:29:25
8  with the light source.  Same as the Leica.    13:29:34
9      Q.    If there is no daylight filter, say,    13:29:44
10  in an older Olympus microscope like you're talking    13:29:47
11  about, are there software adjustments to account for  13:29:51
12  white balancing images?    13:29:58
13      A.    Not I'm aware of, because BH-2    13:30:01
14  microscope does not come with a digital camera and    13:30:07
15  the image software.  But the Leica did -- does.    13:30:14
16      Q.    So I don't have instance recall of    13:30:19
17  every microscope that MAS has ever used.  Is the    13:30:24
18  Olympus BH-2 the one you were aware of them ever    13:30:28
19  using?    13:30:33
20      A.    I don't recall when I did the    13:30:34
21  on-site, but most likely in a year that was 2006    13:30:37
22  they are more likely to have the Olympus BH-2.  As I  13:30:45
23  said, Olympus BH-2 and the Nikon H4, these two    13:30:50
24  models are the working horse for asbestos lab.  They  13:31:01

Page 127

1  are using either Olympus or Nikon.    13:31:05
2      A few lab use a very cheap    13:31:09
3  microscope, Meiji, M-e-i-j-i.  That is a model, but  13:31:15
4  that microscope really is too poor builded [sic].    13:31:23
5      Q.    Okay.  To answer my question, you    13:31:28
6  don't know if MAS ever used the Olympus BH-2, but    13:31:30
7  you think if they did it would have been back in    13:31:34
8  2006?    13:31:37
9      A.    Correct.    13:31:39
10      Q.    Okay.  Since MAS began doing    13:31:39
11  polarized light microscopy with cosmetic talc, do    13:31:43
12  you know if they've used microscopes other than the  13:31:50
13  Leica?    13:31:52
14      A.    No, I don't.    13:31:53
15      Q.    You don't know?    13:31:55
16      A.    Okay.  But I know this Leica    13:31:56
17  microscope, I think they start using that two years  13:31:58
18  ago.  Because if you looked at report, prior to    13:32:05
19  that, the image looks so yellowish-brownish and the  13:32:11
20  color temperature is skewed to the warm, to the    13:32:18
21  yellow-red.  Now, suddenly the image become well    13:32:22
22  white balanced, then which means is the Leica    13:32:30
23  microscope.    13:32:37
24      Q.    Before we take our break, I want to    13:32:37

Page 128

1  ask you a couple questions about that.    13:32:39
2      This process of central stop    13:32:42
3  dispersion staining is a process, right?    13:32:49
4      A.    It is a technique for measuring refer  13:32:53
5  refract index.    13:32:58
6      Q.    Right.  It's a method.  It's a way of  13:33:00
7  doing something?    13:33:02
8      A.    Correct.    13:33:03
9      Q.    The method can be followed up to a    13:33:03
10  point to where it becomes the discretion of an    13:33:08
11  analyst in either how the image is prepared or how    13:33:13
12  they're interpreting it, correct?    13:33:18
13      MR. HYNES:  Form, vague, overbroad.    13:33:20
14      You can answer.    13:33:23
15      A.    I will say the key factor using    13:33:24
16  correctly use the dispersion staining technique to    13:33:34
17  measure refract index starting with the calibration  13:33:38
18  of the dispersion staining color, which I discussed  13:33:45
19  in detail in a paper couple years ago.  I have the  13:33:50
20  whole step-wise procedure, like SOP, plus all the    13:33:58
21  tools which means all the conversion tables to use.  13:34:04
22      Q.    Correct.  So if you follow those    13:34:10
23  steps and you get to a point where you're dealing    13:34:12
24  with the discretion of the analyst, right, you will  13:34:16

Page 129

1  get to a point where the analyst has to make an    13:34:20
2  interpretation of what they are seeing, correct?    13:34:22
3      MR. HYNES:  Overbroad.    13:34:25
4      A.    Yes.    13:34:29
5      Q.    Just like you made an interpretation  13:34:29
6  of the exhibits that we just looked at about the    13:34:31
7  colors associated with them, correct?    13:34:33
8      A.    Correct.    13:34:35
9      Q.    If you follow the steps up to the    13:34:37
10  point where you're making a subjective    13:34:40
11  interpretation of the colors that you're evaluating,  13:34:44
12  then it is reasonable that scientists may disagree    13:34:49
13  about the interpretation, correct?    13:34:53
14      MR. HYNES:  Incomplete hypothetical,    13:34:56
15  overbroad.    13:34:58
16      A.    No.    13:35:00
17      Q.    Reasonable scientists can't disagree  13:35:00
18  on those things?    13:35:03
19      A.    You have to check Becke line.  You    13:35:04
20  see, when you make that decision, you need to check  13:35:10
21  image with Becke line.  If you did that and your    13:35:17
22  system is well calibrated, then you will get the    13:35:23
23  correct results.  If you only look at the dispersion  13:35:29
24  staining image without checking with the Becke line,  13:35:37

33 (Pages 126 - 129)

SHU-CHUN SU, PhD

Page 130

1  you may not.                          13:35:43
2      Q.    Okay.  In this grouping of -- in your  13:35:44
3  authorship, in your peer-reviewed publications, is  13:35:55
4  there a paper you can think of that you've authored  13:35:59
5  that outlines the requirement to confirm your CSDS  13:36:03
6  image against the Becke line to ensure that you're  13:36:13
7  not reading a reflection or some other distortion?  13:36:18
8      A.    Beside my paper?               13:36:24
9      Q.    No.  I am asking which papers say  13:36:25
10 that.                                13:36:28
11     A.    My papers say that.           13:36:29
12     Q.    You have a lot of papers.     13:36:30
13     A.    Yes.                         13:36:32
14     Q.    I am wondering if you can be more  13:36:32
15 specific.                             13:36:34
16     A.    I think my 2022, 2023 paper.  There  13:36:36
17 are two papers about it.               13:36:43
18     Q.    So it is your opinion that if you  13:36:45
19 don't cross-reference your CSDS analysis with a  13:36:48
20 review of the Becke line, that you're not following  13:36:53
21 the procedure that's been referred to as the Su  13:36:57
22 Method?                               13:37:08
23     A.    I think if you are trained    13:37:08
24 microscopist in polarized light microscopy and you  13:37:16

Page 131

1  understand the principle behind refract index  13:37:21
2  determination using Becke line or the dispersion  13:37:28
3  staining, you should automatically know you need to  13:37:33
4  check with another method if you're in doubt.  It  13:37:40
5  should become automatically.  However, if an analyst  13:37:51
6  is not trained in this sense, he might not, that is  13:37:58
7  the purpose of my paper.  I thought you should.  13:38:04
8  However, if you don't, now here is my paper to help  13:38:11
9  you.                                  13:38:17
10     MR. BRALY:  Do you want to take a    13:38:20
11 break?                                13:38:21
12     MR. HYNES:  Sure.                   13:38:22
13     (A break was taken.)               13:47:03
14 BY MR. BRALY:                          13:49:29
15     Q.    I wanted to start just by asking you  13:49:29
16 about something that I was asking you right before  13:49:37
17 lunch, and that had to do with findings by other  13:49:40
18 laboratories, finding chrysotile in Johnson &  13:49:43
19 Johnson's products.  I specifically wanted to ask  13:49:47
20 you about McCrone.                     13:49:50
21     Do you believe that the analysts at  13:49:54
22 McCrone generally follow a sound methodology for  13:49:59
23 identifying asbestos in things like talc?  13:50:02
24     A.    I do.                        13:50:05

Page 132

1      Q.    To the extent that McCrone reported  13:50:09
2  finding chrysotile in Johnson & Johnson's Baby  13:50:12
3  Powder, by reputation alone, you would tend to  13:50:20
4  believe that they were accurate?       13:50:25
5      MR. HYNES:  Overbroad.  Calls for  13:50:27
6  speculation.                          13:50:29
7      A.    I'm not aware -- McCrone has passed  13:50:29
8  away quite a number of years ago, so since then, I  13:50:34
9  think I retired on 2006.  I have almost no  13:50:42
10 connection with McCrone.               13:50:52
11     But before my retirement, I        13:50:55
12 periodically go to Inter/Micro, the meeting in  13:51:02
13 Chicago.  But after I retired, I think I only go to  13:51:05
14 some Johnson & Johnson conference, GSA conference  13:51:09
15 and SDM conference.  I believe I stop going to  13:51:16
16 Chicago for the Inter/Micro, which is good meeting,  13:51:23
17 but I don't feel I have to go.          13:51:27
18     Q.    I guess what I am asking is, if  13:51:31
19 McCrone in the 1970s was finding detectible levels  13:51:33
20 of chrysotile in Johnson's Baby Powder, you would  13:51:38
21 have no reason to dispute McCrone's findings without  13:51:42
22 actually analyzing what it is that they looked at?  13:51:46
23     MR. HYNES:  Same objections.        13:51:49
24     Go ahead.                         13:51:50

Page 133

1      A.    In my view, of course I can neither  13:51:52
2  confirm or deny their results.  However, as a matter  13:51:58
3  of importance, I will look the sample myself.  13:52:06
4      Q.    I want to go through some of your  13:52:11
5  report criticisms.  And I think I want to go to -- I  13:52:32
6  want to start with just this section.  What I'm  13:52:41
7  looking at here is page 24 of the pdf of Exhibit 3.  13:52:45
8  It's page four of your PowerPoint presentation.  13:52:51
9      A.    Okay.                        13:52:55
10     Q.    I will wait for you.          13:52:56
11     A.    Yes.                         13:53:02
12     Q.    The image on the left, you use the  13:53:03
13 term "suppressed."  And on the right you use the  13:53:08
14 term "unsuppressed."  Do you see that?  13:53:12
15     A.    Yes.                         13:53:14
16     Q.    Let's go through the basics.  The  13:53:15
17 basics are, you were not present when this image was  13:53:19
18 captured on the microscope, correct?  13:53:22
19     A.    Correct.                     13:53:24
20     Q.    The analyst who was there said that  13:53:25
21 the light intensity was all the way up, correct?  13:53:29
22     A.    Correct.                     13:53:31
23     Q.    The image on the right was brightened  13:53:32
24 through software, correct?             13:53:38

34 (Pages 130 - 133)

SHU-CHUN SU, PhD

Page 134

```
 1      A.    Photoshop.                    13:53:40
 2      Q.    Through Photoshop, okay.  And it is a  13:53:40
 3   presumption of yours that because it could be  13:53:45
 4   brightened through software, that the original image  13:53:48
 5   lacked the full illumination intensity, correct?  13:53:55
 6      A.    That was my conclusion.        13:53:59
 7      Q.    But whether or not, in fact, the  13:54:01
 8   fully illumination intensity available for that  13:54:04
 9   microscope was being utilized is something that you  13:54:08
10   don't know?                            13:54:11
11      A.    No, I don't.  That's the reason I  13:54:11
12   went to RJ Lee in Pittsburgh.  I want to confirm my  13:54:15
13   opinion.  And the work I did confirm this  13:54:22
14   comparison.                            13:54:29
15      Q.    And that's something you did after  13:54:30
16   you issued the report in the MDL --    13:54:32
17      A.    Exactly, I want confirm through my  13:54:35
18   work.                                  13:54:38
19      Q.    I have to finish the question,  13:54:39
20   because it's the way all this works.   13:54:42
21      A.    Sorry.                        13:54:45
22      Q.    You confirmed that after you authored  13:54:45
23   this report, correct?                  13:54:48
24      A.    Correct.                      13:54:50
```

Page 135

```
 1      Q.    By the way, the report that you  13:54:51
 2   issued in the MDL and the report you issued in Kayme  13:54:53
 3   Clark's case, right?  There is only one report from  13:54:59
 4   May of this year?                      13:55:02
 5      A.    Yeah, that's only report I issued.  13:55:03
 6      Q.    Just making sure.  Wouldn't be the  13:55:06
 7   first time I got halfway through a deposition and  13:55:08
 8   realize I was talking about the wrong report.  13:55:10
 9            There is another example of this.  13:55:13
10   This is the next page, page 25 of the pdf.  It's  13:55:19
11   paginated five of your PowerPoint.     13:55:24
12      A.    Correct.                      13:55:28
13      Q.    This is a sample from what's referred  13:55:28
14   to as the Klayman sample, K-l-a-y-m-a-n?  13:55:30
15      A.    Yes.                          13:55:35
16      Q.    Same questions, you have no idea  13:55:35
17   about whether or not the images on the left what's  13:55:38
18   labeled as suppressed were were not at their full  13:55:43
19   intensity on the microscope when those images were  13:55:48
20   captured, correct?                     13:55:51
21      A.    I think there's two issues in this  13:55:52
22   statement.  I don't need to know the setting,  13:55:56
23   intensity setting, but for experienced analyst  13:56:04
24   simply by looking at the image you would know  13:56:13
```

Page 136

```
 1   whether illumination is correct or not.  Which is to  13:56:18
 2   say, when I look the original image in MAS report,  13:56:27
 3   like the first time the Gold Bond report Mickey sent  13:56:37
 4   to me in 2022 review, so my first reaction when I  13:56:45
 5   saw the image, I said, something wrong, because, you  13:56:53
 6   see, many particle in the background they did not  13:56:59
 7   show up.                               13:57:04
 8            If you are in fully illumination, the  13:57:07
 9   light intensity is proper.  I call it normal  13:57:11
10   illumination.  You should be able to see all the  13:57:17
11   particles, the majority of particles in the field of  13:57:23
12   view.                                  13:57:27
13            Now, when you see an image on the  13:57:29
14   left, you're immediate reaction is the intensity of  13:57:31
15   the light used, this in is insufficient or I call it  13:57:39
16   suppressed.                            13:57:48
17      Q.    Presume with me for a moment that the  13:57:53
18   intensity was as high as that particular model  13:57:59
19   microscope would allow it to go, assume that for me  13:58:02
20   for just a moment, okay?               13:58:07
21      A.    (No verbal response.)         13:58:08
22      Q.    If true, what else were they to do in  13:58:09
23   capturing this image?                  13:58:13
24      A.    You see, this Leica microscope are  13:58:15
```

Page 137

```
 1   like the Olympus BH-2.  Olympus BH-2 has a slider on  13:58:20
 2   the right side of the base of the microscope, as a  13:58:29
 3   minimum and as maximum.  Simply by pulling that, you  13:58:35
 4   know you are low intensity, high intensity or  13:58:41
 5   medium.                                13:58:48
 6            But the Leica microscope is not  13:58:48
 7   designed like this way.  It has a wheel, not a  13:58:52
 8   slider.  The wheel has no stop.  It turn 360  13:58:58
 9   degrees.  It did not have a mark on the side of  13:59:07
10   intensity dial.  So you simply by looking at the  13:59:12
11   wheel, you don't know which setting you are.  13:59:21
12            What I'm saying, you don't know which  13:59:26
13   intensity, whether it is a full or half or minimum,  13:59:29
14   you don't know.  The only way you know is looking at  13:59:35
15   the -- through the tube, observing the image.  In  13:59:40
16   the meantime, you use your left hand to turn the  13:59:50
17   wheel.  Now you know whenever you think the  13:59:52
18   illumination is proper, you're stopped.  14:00:00
19            So if you look at my Pittsburgh  14:00:07
20   folder, I think the first one for the Valadez baby  14:00:10
21   powder samples I took three images.  One is  14:00:17
22   suppressed.  Another is I consider as normal  14:00:23
23   illumination.  And the third is I adjust that until  14:00:29
24   I cannot increase the intensity anymore.  So I  14:00:35
```

35 (Pages 134 - 137)

SHU-CHUN SU, PhD

Page 138

1 labeled that image as a maximum intensity. So I    14:00:41
2 have three images; suppressed, normal, and maximum.    14:00:47
3         The way with that microscope you    14:00:54
4 cannot tell from the intensity adjustment, unlike    14:00:58
5 BH-2 which you can. You can only determine whether    14:01:04
6 the intensity is proper or under or over by looking    14:01:09
7 at image.    14:01:17
8    Q.    So I don't think you actually    14:01:19
9 answered my question, but there is a lot of good    14:01:28
10 information here.    14:01:31
11    A.    Okay.    14:01:32
12    Q.    I want to start with the point you    14:01:32
13 brought up about the illumination folder in the    14:01:36
14 materials that you provided. There are -- and I    14:01:40
15 haven't marked them. I haven't asked you about    14:01:44
16 them, but I have them here, photos of suppressed    14:01:45
17 normal and max. I have seen those.    14:01:49
18         Are those photos that were    14:01:53
19 manipulated digitally or are those images that you    14:01:55
20 took from the Leica microscope?    14:01:58
21    A.    Direct image from the microscope.    14:02:01
22    Q.    Okay. That's an example that you did    14:02:04
23 with the Leica microscope?    14:02:06
24    A.    Yes.    14:02:07

Page 139

1    Q.    Okay. And there is a video. I    14:02:08
2 presume the video is of you doing that.    14:02:11
3    A.    Yes.    14:02:14
4    Q.    That's something that you did with    14:02:14
5 Bryan Bandli and Matt Sanchez after your report in    14:02:17
6 this case?    14:02:20
7    A.    Yeah, with Matt. Bryan, he was in    14:02:21
8 Europe. He was attending IMARC meeting. But    14:02:24
9 he is online on Zoom.    14:02:29
10    Q.    The IMARC meeting, that's in Lyon,    14:02:32
11 France?    14:02:37
12    A.    Correct.    14:02:37
13    Q.    He got to go to France while you're    14:02:37
14 hanging out in Pittsburgh?    14:02:40
15    A.    Yes.    14:02:43
16    Q.    My question to you was, you're aware    14:02:44
17 that the analyst who did this imaging, Paul Hess,    14:02:53
18 said that the intensity was all the way up, all    14:02:56
19 right? I want you to presume that it was. What    14:03:00
20 else would he to do? You follow what I'm saying?    14:03:04
21    A.    Yeah.    14:03:08
22    Q.    You know, you keep saying that this    14:03:09
23 was suppressed, but having not been there or    14:03:11
24 experienced that, it strikes me as something that    14:03:17

Page 140

1 you simply don't know.    14:03:21
2         MR. HYNES: Object to form.    14:03:24
3    A.    As matter of fact, you see, I would    14:03:25
4 love to go to his lab, show him on the microscope,    14:03:28
5 okay, what is the fully illumination, what is    14:03:34
6 suppressed, what is the normal. The only way to    14:03:40
7 communicate with him is by using his microscope with    14:03:44
8 a sample on the stage. Because that is the best way    14:03:51
9 to explain that. If I could, I would love to go.    14:03:56
10 Actually, I wouldn't mind even give him some    14:04:02
11 training to do the work better. Okay.    14:04:08
12    Q.    Maybe a different time. I think    14:04:11
13 that ship has sailed now.    14:04:17
14         I wanted to ask. I am looking now at    14:04:29
15 page 32 of the pdf, which is page 12 of your    14:04:41
16 PowerPoint.    14:04:47
17    A.    Okay.    14:04:48
18    Q.    This is where we are talking about    14:04:50
19 the concept of total reflection.    14:04:51
20    A.    Yes.    14:04:55
21    Q.    Your testimony here is that analyzing    14:04:56
22 the edge of a particle for the color is not    14:05:05
23 appropriate unless you confirm it through the Becke    14:05:11
24 line?    14:05:16

Page 141

1    A.    Correct.    14:05:16
2    Q.    I just want to make sure. The Becke    14:05:17
3 line adjustment is to deal with this concept of    14:05:21
4 total reflection; is that right?    14:05:26
5    A.    It's the best way to recognize the    14:05:30
6 total reflection caused distortion to the central    14:05:36
7 stop dispersion staining color. Whether the color    14:05:43
8 has been distorted due to the edge or boundary    14:05:48
9 effect can be determined by Becke line.    14:05:55
10    Q.    I want to ask you some follow-up    14:06:00
11 questions on this:    14:06:02
12         The edge or boundary effect, it can    14:06:03
13 be -- it's a real thing, right? It's something that    14:06:10
14 happens without distortion, correct?    14:06:13
15         MR. HYNES: Vague, overbroad.    14:06:17
16    Q.    Let me ask a different question. I'm    14:06:20
17 sorry. Forget I asked that one.    14:06:22
18         When we looked at images that you    14:06:23
19 took just a moment ago, that series of images    14:06:25
20 between 18, Exhibit 18 and I think 24 and 25, there    14:06:28
21 were examples of fibers that had different colors    14:06:34
22 around the edges, correct.    14:06:40
23    A.    Correct.    14:06:42
24    Q.    Right. So and you had confirmed by    14:06:43

36 (Pages 138 - 141)

SHU-CHUN SU, PhD

Page 142

1  looking without the central stop at the Becke line    14:06:47
2  to confirm that this was not a result of this total    14:06:53
3  reflection phenomenon, correct?    14:06:56
4           MR. HYNES:  Objection, misstates    14:06:59
5  testimony.    14:07:01
6      A.   Could you say again?    14:07:01
7      Q.   Yes, I can.    14:07:02
8      A.   Okay.    14:07:03
9      Q.   When you identified an edge color or    14:07:03
10  a boundary distinction color, you confirmed that it    14:07:07
11  was not distortion by confirming through the Becke    14:07:13
12  lines that this was not part of this total    14:07:18
13  reflection distortion, correct?    14:07:21
14           MR. HYNES:  Form.    14:07:22
15      A.   Correct.    14:07:23
16      Q.   So it is completely valid that you    14:07:24
17  might have a fiber that has different colors in the    14:07:27
18  middle versus the edge, because of a legitimate edge    14:07:31
19  effect, correct?    14:07:36
20           MR. HYNES:  Vague, overbroad.    14:07:37
21      A.   I don't know whether the word    14:07:41
22  "legitimate" is appropriate because, for example, in    14:07:44
23  my graph, I show you if the boundary or the    14:07:52
24  interface between the liquid and the fiber, if that    14:07:59

Page 143

1  angle exceed or equal the critical angle which the    14:08:08
2  starting angle occur the total reflection if it    14:08:19
3  happen that angle meet that criteria, I think    14:08:26
4  another slide I calculate, for example, 83,    14:08:31
5  86 degrees, something like that.  Once that angle    14:08:34
6  reach the critical angle, then this wavelength will    14:08:40
7  be totally reflected.  It's not going to enter the    14:08:48
8  objective.  Therefore, the corresponding central    14:08:51
9  stop dispersion staining color is distorted.    14:08:58
10      Q.   I think all I'm trying to figure out    14:09:04
11  is can you have an edge effect, a boundary effect    14:09:06
12  like what we see on page 32 of Exhibit 3, that is    14:09:11
13  the result of distortion and can you also have a    14:09:17
14  boundary edge effect that is not the result of    14:09:21
15  distortion?    14:09:25
16      A.   Any so-called boundary effect will    14:09:28
17  always cause a distortion if the angle equal or    14:09:39
18  exceed the critical angle --    14:09:46
19      Q.   I'm sorry for interrupting you.  But    14:09:50
20  if it doesn't exceed that critical angle --    14:09:52
21      A.   It will not cause that.    14:09:54
22      Q.   But you will still have -- can you    14:09:56
23  still have a boundary edge effect that is not the    14:09:58
24  product of distortion?    14:10:01

Page 144

1      A.   Then there is no effect.  You see, if    14:10:09
2  it does not reach the critical angle, the    14:10:12
3  corresponding central stop dispersion staining color    14:10:20
4  will not be altered so there is no effect on the    14:10:26
5  color.    14:10:31
6      Q.   So I'm sorry.  I'm sorry if I'm the    14:10:32
7  one who is being dumb here.    14:10:37
8           MR. PLACITELLA:  Don't apologize.  It    14:10:47
9  happens a lot.    14:10:49
10           THE WITNESS:  I wish I can present    14:10:50
11  some graphics I create after this report --    14:10:52
12  BY MR. BRALY:    14:10:57
13      Q.   I'm sorry for interrupting.  Let me    14:10:57
14  go back to Exhibit 19.  This was one of the images    14:10:59
15  that you took, right?    14:11:03
16      A.   Correct.    14:11:05
17      Q.   And there are different colors in    14:11:06
18  this fiber?    14:11:08
19      A.   Correct.    14:11:09
20      Q.   There is goldish in the middle.    14:11:10
21  There is purple on the edges.  You can have    14:11:12
22  different colors around the edge that is not the    14:11:15
23  result of some kind of improper distortion?    14:11:18
24      A.   Correct.    14:11:22

Page 145

1      Q.   Okay.  But you believe -- going back    14:11:23
2  to Exhibit 3, page 32 -- that this image in the top    14:11:33
3  left, it is your opinion that this is the result of    14:11:39
4  some kind of reflective distortion?    14:11:43
5      A.   Yes.    14:11:46
6      Q.   And to correct for this, Mr. Hess or    14:11:48
7  whoever the analyst is should remove the central    14:11:54
8  stop and check the Becke line?    14:11:58
9      A.   Correct.    14:11:59
10      Q.   And what color Becke line should they    14:12:00
11  see?    14:12:03
12      A.   The Becke line, when you examine the    14:12:05
13  Becke line, first you look at the relief of the    14:12:09
14  particle.  If the liquid refract index is very close    14:12:16
15  to the particle, the relief is very, very low or    14:12:23
16  unnoticeable.  However, if the liquid is    14:12:32
17  significantly higher or lower than the object, than    14:12:36
18  the structure, the relief will be very clear.    14:12:42
19           So if, for example, this fiber, which    14:12:46
20  I think may be Paul Hess did, if he examined the    14:12:54
21  same particle in Becke line mode by switching off    14:13:00
22  the central stop, he should be able to see the    14:13:08
23  relief of the edge is very obvious.  However, the    14:13:15
24  center, it's merged with the liquid.  There is no    14:13:23

37 (Pages 142 - 145)

SHU-CHUN SU, PhD

Page 146

1　little or no relief.　14:13:29
2　　Q.　When I've seen Becke line images, I　14:13:31
3　have seen them as halos of reddish or greenish. Do　14:13:34
4　you know what I am talking about here?　14:13:40
5　　A.　I know.　14:13:41
6　　Q.　I would hope so. Because I don't and　14:13:42
7　you're Dr. Su.　14:13:49
8　　　Is there a color that is associated　14:13:51
9　like a halo when you view this kind of thing in a　14:13:55
10　Becke line mode and, if so, what should it be?　14:13:58
11　　MR. HYNES: Vague.　14:14:03
12　　A.　I think the best way to answer this　14:14:06
13　is if I could present a color bar for Becke line,　14:14:10
14　which nobody did until a couple months ago at the　14:14:19
15　DRIMMC institute. Dr. Bow Lee, he create the first　14:14:26
16　set of the Becke line color chart. McCrone did the　14:14:34
17　essentially stop dispersion standing chart. Eric　14:14:43
18　Chatfield did the ISO chart. None of them created a　14:14:48
19　Becke line chart.　14:14:55
20　　The first one I believe was done　14:14:59
21　couple months ago by Dr. Bow Lee. He asked me to　14:15:02
22　review that. I think that's a great job. Will help　14:15:08
23　people to use the Becke line.　14:15:11
24　　Q.　Sure.　14:15:13

Page 147

1　　A.　You see, if you have that chart, you　14:15:14
2　look at the color in the liquid and you look at the　14:15:16
3　color in the particle, you go to that chart, then　14:15:22
4　you get the matching wavelengths, like the ISO or　14:15:27
5　McCrone chart for central stop dispersion staining　14:15:31
6　color.　14:15:36
7　　Q.　So I think we are talking about two　14:15:41
8　different things here for a second. When you're　14:15:43
9　talking about using Becke lines in something like　14:15:46
10　this, it is simply to observe the relief between the　14:15:49
11　edge and the underlying immersion oil; is that　14:15:52
12　right?　14:15:52
13　　A.　Right.　14:15:59
14　　Q.　You're saying there is a second layer　14:15:59
15　of analysis that is essentially brand-new and not　14:16:01
16　yet finalized to evaluate the halo color associated　14:16:04
17　with the Becke line; is that right?　14:16:07
18　　MR. HYNES: Objection to form.　14:16:09
19　　A.　No. Let me clarify. What I said,　14:16:10
20　there are -- there is a method which is the laws　14:16:16
21　developed. However, it is chart with X, Y, X's and　14:16:23
22　also the line says in this area the particle is　14:16:29
23　higher by .5, .03, something like that. However, it　14:16:34
24　does not have color. It only describe term, purple,　14:16:44

Page 148

1　purplish, yellowish, orange-ish, something like　14:16:51
2　that. However, what Dr. Bow Lee did, he convert　14:16:55
3　that chart into the color bar.　14:17:02
4　　Q.　Like a visualization?　14:17:05
5　　A.　That's right. Before Dr. Bow Lee,　14:17:06
6　you will have to use Dr. Bloss chart. But it's not　14:17:10
7　the color chart what I am saying.　14:17:14
8　　Q.　It's a descriptive chart?　14:17:17
9　　A.　That's right. Actually that chart,　14:17:19
10　every time when I got to a NVLAP lab to do the　14:17:33
11　online assessment, I always give that chart to them.　14:17:38
12　Okay. And told them if you use Becke line to　14:17:45
13　determine the refract index, this the chart to use.　14:17:49
14　　Q.　Next slide I want to talk to you　14:18:03
15　about is this -- your slide 13 of the PowerPoint.　14:18:05
16　It's page 33 of Exhibit 3.　14:18:10
17　　You had talked about this before.　14:18:13
18　Dr. Longo had taken a PLM image and reported a　14:18:16
19　variety of different retractive indices within a　14:18:21
20　particular bundle. Your conclusion here is that　14:18:25
21　this is not possible.　14:18:29
22　　A.　No.　14:18:31
23　　Q.　My question is, why not? If you have　14:18:32
24　a bundle of individual fibers, why would it not be　14:18:38

Page 149

1　possible for different chrysotiles in that bundle to　14:18:44
2　have different refractive indexes?　14:18:48
3　　A.　Let me explain. I know the history　14:18:51
4　of this 1866 SRM developed by NIST. If you look at　14:18:55
5　the certificate, there are two names there.　14:19:03
6　Jennifer Verkouteren, she is the supervisor of that　14:19:08
7　lab. And a second name is John Phelps. John Phelps　14:19:15
8　was the one who measured the refract index of this　14:19:23
9　1866 chrysotile from Canada. The first thing they　14:19:31
10　do in order to establish an SRM, which stands for　14:19:39
11　Standard Reference Material, which is job done by　14:19:49
12　NIST. Their name is National Institute of Standards　14:19:56
13　and Technology. They have issued various standard　14:20:01
14　reference material.　14:20:07
15　　The chrysotile is one of the　14:20:09
16　asbestos. They have two sets, asbestos standards.　14:20:13
17　1866, which is common asbestos, including　14:20:17
18　chrysotile, amosite and crocidolite, plus　14:20:25
19　fiberglass.　14:20:31
20　　The second set is uncommon asbestos,　14:20:32
21　which are the tremolite, actinolite, anthophyllite.　14:20:38
22　Now, when they are developing this standard　14:20:46
23　reference material, John Phelps have close contact　14:20:52
24　with me. The reason is, they were using the most　14:21:02

SHU-CHUN SU, PhD

Page 150

1 accurate procedure to measure the refract index is   14:21:09
2 called a spindle stage, which is developed by Dr.   14:21:14
3 Bloss. Doc Bloss have just a book called The   14:21:21
4 Principle of Spindle Stage.   14:21:26
5   Q.   I think I have that book.   14:21:28
6   A.   You have that?   14:21:30
7   Q.   I think I do.   14:21:31
8   A.   That's right. That's the most neat   14:21:32
9 technique to measure refract index in a sense, you   14:21:38
10 mount the target mineral onto a tip of glass fiber,   14:21:45
11 you use fingernail polish. You glue the object   14:21:56
12 mineral onto that fiber. Now you mount that onto a,   14:22:01
13 they call Goniometer, which is used in X-ray   14:22:08
14 detraction to sample mounting. The reason is, that   14:22:18
15 device can rotate in XY access, which means you can   14:22:24
16 orient fiber to any direction you want, because when   14:22:33
17 you use the Becke line method, as I said in the   14:22:41
18 past, you have to change the oil. Then it would be   14:22:46
19 hard to keep on the same particle. You have to find   14:22:53
20 another particle to prepare in another oil to   14:23:00
21 measure that. But a spindle stage eliminate that   14:23:03
22 need. You look at a single fiber, the same sample.   14:23:08
23 You change the refract index of the oil by heating   14:23:15
24 or cooling that until you saw a match.   14:23:19

Page 151

1   Because, for example, the chrysotile   14:23:27
2 which had behaved like in the actual crystal so it   14:23:32
3 has two principal refract index, gamma and alpha.   14:23:37
4 All the rest, the other five, they are by actual.   14:23:45
5 There is three principal refract index. Chrysotile   14:23:50
6 has only two.   14:23:55
7   However, you need to orient the   14:23:57
8 direction, for example, gamma to be parallel to the   14:24:00
9 polarizer. Then you're measuring the true gamma.   14:24:06
10 You have to orient the fiber perpendicular to the   14:24:11
11 polarized light -- polarizer to measure the alpha.   14:24:15
12 The spindle stage make this job easier. However, it   14:24:22
13 is still very tedious, because in order to establish   14:24:30
14 this as standard reference material, you can only --   14:24:36
15 you do not only measure wine fiber to represent the   14:24:41
16 whole batch of the material. You have to measure   14:24:45
17 many of them, make sure it is stable, refract index,   14:24:49
18 then it will be qualified to be an SRM.   14:24:57
19   So what John Phelps did when he was   14:25:02
20 at NIST, it's very tedious job, because actually he   14:25:06
21 went to Virginia Tech. At that time I'm still   14:25:12
22 finishing my PhD to learn the spindle stage   14:25:17
23 technique. And after he returned to the NIST, what   14:25:26
24 he did the measurement we were in close contact.   14:25:31

Page 152

1 Whenever he run into any problem, he will call me.   14:25:38
2   Therefore, what I'm saying, this 1866   14:25:43
3 chrysotile has a constant, very stable refract   14:25:50
4 index. Gamma is 1.56. Gamma is 1.556. Alpha is   14:25:58
5 1.549. This has been confirmed by many measurements   14:26:07
6 of John Phelps. So in this bundle it's all 1866.   14:26:13
7 It's not a bundle put together with Canadian   14:26:24
8 chrysotile of Vermont or Italy. It is entirely from   14:26:32
9 Canada. Therefore, this fiber has only one refract   14:26:42
10 index. Otherwise, it would be not qualified to be a   14:26:51
11 standard reference material.   14:26:54
12   Q.   I understand the logic.   14:26:56
13   A.   Yeah.   14:26:58
14   Q.   Okay?   14:26:58
15   A.   The color, the reason it has a range   14:26:59
16 of color like this micrograph indicates is, they are   14:27:04
17 distorted dispersion staining color.   14:27:13
18   Q.   Okay. As an analyst when you're   14:27:17
19 looking at something like this that looks like a   14:27:26
20 fire work --   14:27:29
21   A.   Yes.   14:27:31
22   Q.   -- how do you know which color to   14:27:32
23 sample to reference against the CSDS chart?   14:27:36
24   A.   Becke line.   14:27:41

Page 153

1   Q.   How does the Becke line show you   14:27:46
2 that? That's what I'm still -- this is where I   14:27:49
3 don't know because I'm not a microscopy.   14:27:52
4   A.   This image is the chrysotile 1866   14:27:56
5 chrysotile in 1.55 oil. Now we are looking at   14:28:01
6 elongated direction, which is the gamma direction,   14:28:13
7 whose refract index is slowly above the 1.55 oil.   14:28:21
8 However if it's not at 25 degrees C, most likely   14:28:30
9 it's under that. The oils refract index probably is   14:28:39
10 higher, slightly higher than 1.55O. Maybe is.551,   14:28:46
11 something like that. Those correction has been   14:28:53
12 built in the conversion table I created.   14:28:58
13   Under the Becke line, it were in the   14:29:04
14 area of Dr. Bloss's chart in the area slightly above   14:29:09
15 a perfect match, which means the gamma directions   14:29:17
16 Becke line have a strong, slightly stronger orange,   14:29:26
17 red orange color than the light blue color in the   14:29:35
18 liquid.   14:29:40
19   You will find the Becke line image.   14:29:42
20 You look for that color pattern. Then you know here   14:29:47
21 is the true imagine between the liquid and the   14:29:55
22 fiber.   14:30:02
23   Q.   So I'm going to do this: You did   14:30:03
24 submit this week to me some photos of Becke line   14:30:09

39 (Pages 150 - 153)

SHU-CHUN SU, PhD

Page 154

1    imaging.                          14:30:14
2        A.    Yeah.  The Cargille glass.    14:30:15
3        Q.    Yes.  You say glass --       14:30:21
4        A.    Glass.               14:30:22
5        Q.    You're looking at glass?     14:30:23
6        A.    Yeah.               14:30:24
7        Q.    Okay.  So I marked one of these as   14:30:26
8    Exhibit 29.                        14:30:30
9            Cargille is a company.  They supplied  14:30:47
10   standards that you can use?           14:30:50
11       A.    Yeah.               14:30:53
12       Q.    So that's clear on the record.  So   14:30:53
13   what this photo that you submitted to me is, is   14:30:56
14   glass in 1.550 refractive index oil under the --   14:31:02
15   with the Becke line setting -- I keep calling it   14:31:10
16   oculus but it's not.  What's it called?   14:31:15
17       A.    The objective.           14:31:20
18       Q.    The objective, yeah.  So how does the  14:31:21
19   line, the line around the perimeter of this, one of  14:31:30
20   them is kind of brownish.  One of them is kind of   14:31:34
21   reddish brown.  The other one is kind of greenish.  14:31:41
22   Other one is kind of bluish.  How do these lines   14:31:44
23   tell you how close this object is to the surrounding  14:31:48
24   refractive index oil?                14:31:52

Page 155

1        A.    The Bloss chart, you use the Bloss   14:31:54
2    chart to determine --               14:31:59
3        Q.    Okay.                14:32:01
4        A.    -- whether it is a match, how close   14:32:03
5    the match or how far no match.         14:32:05
6        Q.    All right.            14:32:09
7        A.    If you refer to that chart, you will   14:32:10
8    immediately know the different, the Becke line.   14:32:15
9        Q.    Probably a Becke line, B-e-c-k-e?   14:32:24
10       A.    Yeah, B-e-c-k-e.         14:32:29
11       Q.    So you would have to, what, take a --  14:32:48
12   the analyst would have to determine what color this  14:32:53
13   is and then match it to the descriptive color in the  14:32:57
14   Bloss chart?                     14:33:02
15       A.    Correct.             14:33:02
16       Q.    To figure this out.  So there is a   14:33:03
17   subjectivity to the analyst saying that this is   14:33:05
18   brown versus dark reddish or orange-ish and then   14:33:10
19   comparing that to a descriptive phrase on the Bloss  14:33:17
20   chart?                          14:33:22
21           MR. HYNES:  Object to form.    14:33:22
22       A.    No.  Let me explain.  Actually, the   14:33:23
23   analyst should look the area shows the closest   14:33:27
24   match, then were the directive, the true reflect   14:33:35

Page 156

1    index of the object.                 14:33:45
2        Q.    When you say the closest match, in   14:33:46
3    this particular image, there are two particles in   14:33:48
4    this particular image.  And if we look at the   14:33:51
5    particle on the right in the top left section of the  14:33:57
6    particle on the right, it appears to be a blending  14:33:59
7    match there between the oil and the particle.  Am I  14:34:04
8    doing this right?                   14:34:06
9        A.    Yes.                14:34:07
10       Q.    Okay.  So then, do you take the line   14:34:08
11   most closely associated with that matching; is that  14:34:11
12   right?                          14:34:18
13       A.    Yes.                14:34:18
14       Q.    You would use the color kind of   14:34:18
15   brownish here and then compare that to the Bloss   14:34:21
16   chart and it will give you a refractive index value?  14:34:24
17       A.    It will tell you how close the   14:34:28
18   particle to the oil.  The oil is like a measure.  It  14:34:33
19   has the known value of 1.55.  This glass from   14:34:39
20   Cargille, actually was Corning glass, they use that  14:34:46
21   as the standards.  This glass is M7 set because   14:34:52
22   Cargille has issue three sets of the glass.  This is  14:34:57
23   the M7 set from the lot B, which has a refract index  14:35:01
24   of 1.55077 at 589 nanometer wavelengths, which is   14:35:12

Page 157

1    the standard wavelengths to describe the refract   14:35:23
2    index.                          14:35:27
3            So this area, you just point out, you   14:35:29
4    see here the particle looks like it merged into.   14:35:37
5    You cannot see the relief.  Then it indicates it's a  14:35:45
6    very, very close match between the glass and the   14:35:52
7    liquid.  Therefore, you should use this area to   14:35:59
8    measure as in the value of the glass refract index.  14:36:07
9        Q.    So when you figure that out, the area  14:36:14
10   that you should be using, is that when you're   14:36:17
11   supposed to switch back to the central stop and then  14:36:21
12   evaluate that same relative location?   14:36:25
13       A.    Yes.  You see, I have a corresponding  14:36:27
14   image of this two particle in central stop mode.   14:36:31
15   Can we switched to that micrograph?   14:36:36
16       Q.    You do.  Look at that.  I will mark   14:36:44
17   that as Exhibit 30.                 14:36:52
18       (Exhibit 30 Image 1.55 Glass CSDS 1.550   14:36:54
19   marked for identification.)          14:37:04
20       Q.    Again, for the right particle, the   14:37:04
21   two particles in the center of the screen, you're   14:37:08
22   saying that the correct place to evaluate the color  14:37:11
23   is in the top -- kind of the I call it the north,   14:37:15
24   northwest side of the right hand particle?   14:37:19

40 (Pages 154 - 157)

SHU-CHUN SU, PhD

Page 158

1      A.    Correct. Which you have confirmed    14:37:22
2  with the Becke line image.                14:37:25
3      Q.    All right.                14:37:27
4           MR. HYNES: I want to note for the    14:37:29
5  record if you could go back to Exhibit 30, please.    14:37:30
6  This looks a little bit different from the image    14:37:33
7  that was produced in advance of today's deposition.    14:37:35
8  May be the monitor. I'm not certain, but it    14:37:39
9  looks --                14:37:43
10           MR. BRALY: Kevin --                14:37:44
11           MR. HYNES: I can look on your    14:37:48
12  screen. I think it has to be the monitor.    14:37:49
13           MR. BRALY: Okay.    14:38:33
14  BY MR. BRALY:                14:38:34
15      Q.    All right. So you have to use Becke    14:38:34
16  lines something like this?    14:38:35
17      A.    That's right.    14:38:37
18      Q.    All right. Can I ask you about this    14:38:38
19  middle paragraph? On the right-hand column. The    14:38:42
20  last sentence that you provide here [Reading] If    14:38:46
21  such a theory is proved, it would shake the very    14:38:50
22  foundation of physics.    14:38:53
23      A.    Yes. The reason I said that is, the    14:38:56
24  refract index is intrinsic physical property of    14:39:04

Page 159

1  material. It was -- it is determined by the    14:39:10
2  elemental composition and the crystal structure. So    14:39:14
3  within this fiber bundle in the micron scale neither    14:39:20
4  the elemental composition or the crystal structure    14:39:29
5  change. Therefore, the resulting refract index    14:39:33
6  should not be changed, because it also verified by    14:39:38
7  NIST, by measuring a series chrysotile for their    14:39:46
8  standard reference material sample.    14:39:55
9      Q.    I need to...    14:39:59
10           MR. HYNES: Do you want to take a    14:40:22
11  break?                14:40:24
12           MR. BRALY: Sure.    14:40:24
13           (A break was taken.)    14:47:31
14  BY MR. BRALY:                14:47:34
15      Q.    I understand what you're saying about    14:47:43
16  the variability what we were talking about the    14:47:45
17  variability of RIs within a bundle. I'm curious if    14:47:47
18  you have ever -- you personally have ever tried to    14:47:53
19  distinguish refractive indices within a bundle if    14:47:56
20  this is just something that you wouldn't do?    14:48:01
21  this is just something that you wouldn't do?    14:48:04
22      A.    You have to, because every image, if    14:48:08
23  you look in the -- my Pittsburgh work, every    14:48:14
24  structure shows a range of dispersion staining    14:48:20

Page 160

1  color. As I said, if I'm going to publish a paper    14:48:25
2  about distorted dispersion staining color, I would    14:48:31
3  say the distorted dispersion color is everywhere.    14:48:37
4  It shows in every structure I examined.    14:48:42
5           So for every structure I examined, I    14:48:48
6  automatically switch between the central stop and    14:48:51
7  Becke line. Occasionally I even use the annular    14:48:55
8  stop, because that is three setting of the McCrone    14:49:02
9  dispersion staining objective. It make it very    14:49:06
10  convenient to switch between them without changing    14:49:12
11  the objective. Okay.    14:49:15
12      Q.    So I want to ask you about this, this    14:49:23
13  section about misinterpreting your table. Let me    14:49:30
14  get back on track.    14:49:54
15           You have a section of your report    14:49:56
16  that claims that Dr. Longo is misinterpreting your    14:49:58
17  table. Part of this I think is part and parcel of    14:50:02
18  the decision Dr. Longo made to switch from using    14:50:07
19  1.550 --                14:50:10
20      A.    To 560.                14:50:11
21           MR. HYNES: Let him finish the    14:50:14
22  question.                14:50:16
23      Q.    And the justification that Dr. Longo    14:50:17
24  gave for switching from 1.550 to 1560 was that    14:50:19

Page 161

1  statement I read earlier from your peer-reviewed    14:50:26
2  publication from 2020?    14:50:28
3      A.    '22.                14:50:31
4      Q.    Thank you. I appreciate it. That    14:50:34
5  statement once again was found in Exhibit 13 where    14:50:55
6  it says [Reading] There are chrysotile minerals    14:50:59
7  whose refractive indexes are significantly higher    14:51:01
8  than those of a standard chrysotile from the NIST    14:51:05
9  SRM 1866 set. In that case, 1.555 or 1.560 instead    14:51:08
10  of 1.550 should be used to determine gamma.    14:51:16
11           Do you see that?    14:51:20
12      A.    Yes, I do. That's my writing.    14:51:21
13      Q.    Right. That's what you published?    14:51:24
14      A.    Mm-hmm.    14:51:26
15      Q.    Right. So the relationship between    14:51:27
16  NIST SRM 1866 and 1.550 RI fluid is .006. That's    14:51:32
17  the difference?    14:51:44
18      A.    That's right, 005 to 006.    14:51:44
19      Q.    Right. 1866 SRM in your -- what    14:51:50
20  you've offered here is that refractive index of NIST    14:51:56
21  1866 is 1.556, right?    14:52:00
22      A.    Right.    14:52:04
23      Q.    Okay. So what you're saying is that    14:52:05
24  there are chrysotiles that will have higher    14:52:08

SHU-CHUN SU, PhD

Page 162

1  refractive indexes than that; is that right?    14:52:12
2      A.   Yes.                              14:52:15
3      Q.   Okay.  And using that same gap of    14:52:15
4  .006, it seems like in this writing you're    14:52:27
5  anticipating the potential existence of chrysotile    14:52:30
6  with refractive index values as high as 1.566.    14:52:33
7      A.   No.  That is not true.  Let me give    14:52:43
8  you the background I put that in my paper.  That is    14:52:45
9  because M12001, in year 2001 NAVLAP the first time    14:52:53
10  use the Calidria chrysotile as a test sample.    14:53:04
11  Because it is about, as I said -- as you said, it's    14:53:11
12  about five unit in the third decimal place higher    14:53:13
13  than 1.866.  So I believe quite a few lab failed the    14:53:21
14  test because they have never seen chrysotile like in    14:53:32
15  that kind of range of refract index.    14:53:39
16      Q.   You're saying "that kind of range."    14:53:42
17  What you're indicating is that in 2001 Calidria was    14:53:44
18  being identified with an RI around 1.561?    14:53:50
19      A.   60.                              14:53:54
20      Q.   60.  You said it was five units in    14:53:56
21  the third decimal place higher than --    14:54:02
22      A.   The 1866.                         14:54:02
23      Q.   The 1866 is 1.56.                  14:54:04
24      A.   As you said it's between my table    14:54:08

Page 163

1  here is for alpha is 006 higher.  For gamma is 004.    14:54:11
2  Yeah.  That is the range.                    14:54:21
3      Q.   That would be 1.560 for Calidria.    14:54:23
4  That was reflected in 2001?                   14:54:27
5      A.   Correct.                          14:54:31
6      Q.   21 years later, you published a paper    14:54:31
7  saying that you should use a higher RI oil for some    14:54:35
8  chrysotiles?                                14:54:40
9      A.   Correct.  Or so in that paper I said    14:54:41
10  for routine sample for the commercial lab, it's    14:54:48
11  okay, just keep using 1.55.  However, when you are    14:54:53
12  treating the tested sample, because if you fail that    14:54:59
13  test twice in a row, your accreditation status were    14:55:04
14  being terminated.  Therefore, when I go to the    14:55:14
15  asbestos lab, I always tell them when you are doing    14:55:19
16  the test sample, you better be more careful and to    14:55:24
17  use a 1.56 if it's chrysotile.  Then your chance to    14:55:31
18  fail the test will be much less.              14:55:41
19      Q.   Have you ever measured the refractive    14:55:43
20  index of chrysotile found naturally in a cosmetic    14:55:47
21  talc product?                               14:55:54
22      A.   No, because I never encounter that.    14:55:55
23      Q.   Other than Dr. Longo -- and I    14:56:01
24  understand what you're saying that it's not    14:56:03

Page 164

1  chrysotile at all, but other than Dr. Longo, have    14:56:05
2  you ever reviewed anybody determining the refractive    14:56:08
3  index of chrysotile found naturally in a cosmetic    14:56:13
4  talc product?                               14:56:16
5      A.   No, I never seen any literature or    14:56:17
6  report.                                     14:56:20
7      Q.   So I'm taking it that you're not the    14:56:28
8  expert who would dispute or establish that    14:56:33
9  chrysotile was or was not ever present in any    14:56:35
10  cosmetic talc products anywhere, right?  That's not    14:56:39
11  what you do?                                14:56:44
12      A.   No.                              14:56:44
13      Q.   Right.  But to the extent that    14:56:45
14  chrysotile has been identified in some cosmetic talc    14:56:52
15  products, you're unaware of what the refractive    14:56:58
16  index would be for something like that, an inclusion    14:57:02
17  like that?                                  14:57:09
18      MR. HYNES:  Form, vague, incomplete    14:57:09
19  hypothetical.                               14:57:11
20      A.   Because I never seen the report or so    14:57:14
21  I never seen the data, if they find chrysotile in a    14:57:17
22  talc powder, what is the refract index they report?    14:57:23
23  I have no idea.  Okay.                       14:57:29
24      Q.   Have you ever evaluated the    14:57:34

Page 165

1  refractive index of chrysotile from any deposit or    14:57:36
2  location from China?                         14:57:43
3      A.   No.                              14:57:44
4      Q.   You have evaluated chrysotile in    14:58:20
5  1.550 oil and 1.560 oil?                      14:58:23
6      A.   Correct.                          14:58:29
7      Q.   You did that as part of your    14:58:29
8  Pittsburgh project?                          14:58:33
9      A.   Yes.                              14:58:35
10      Q.   I understand you disagree with Dr.    14:58:36
11  Longo's interpretation maybe even the procedures    14:58:37
12  that he followed, but the decision to utilize a    14:58:40
13  different refractive index oil is not an error by    14:58:43
14  itself, is it?                              14:58:47
15      A.   No.                              14:58:49
16      Q.   Okay.  It's simply changes the    14:58:50
17  calibration of what you're looking at?        14:58:55
18      A.   It changed the color.             14:58:57
19      Q.   Right.  Then you would have to use a    14:58:59
20  different chart to reflect for that different color?    14:59:01
21      A.   Exactly.                         14:59:03
22      Q.   All right.  I don't understand the    14:59:04
23  kindergarten slide.  I understand the words on it --    14:59:30
24  by the way, I'm looking at page 39 of Exhibit 3.    14:59:33

42 (Pages 162 - 165)

SHU-CHUN SU, PhD

Page 166

1    It's paginated as page 19 of the PowerPoint.    14:59:37
2        A.    Should I explain?    14:59:42
3        Q.    I would love it if you would.    14:59:43
4        A.    Okay.  The reason I used this    14:59:45
5    knowledge is, if you go to previous slide, Dr. Long 14:59:50
6    said gamma value which is the parallel direction,    14:59:56
7    the range of the gamma is 1.540 to 1.580 which never 15:00:03
8    say that.  The reason he interpret is because my    15:00:12
9    table is going from 300 to a nanometer matching    15:00:20
10    wavelength to 1,000 at the full range of the    15:00:30
11    dispersion staining color.  Now, if you look at the    15:00:34
12    ISO chart, Dr. Eric put a dash line to say if it is    15:00:41
13    chrysotile, the gamma value is usually within this    15:00:52
14    narrow range.    15:00:57
15        Q.    The ISO chart is the chart on the    15:00:58
16    right-hand side here, right?    15:01:00
17        A.    What I'm saying here, that range cite 15:01:02
18    by Dr. Longo, 1.50 [ph] to 1.580 is the range the    15:01:06
19    color bar which is much wider that the possible    15:01:17
20    range of chrysotile.  So you cannot interpret it,    15:01:22
21    the chrysotiles central stop dispersion staining    15:01:29
22    color could range from 300 to 1,000.  Only in that    15:01:35
23    case then his statement, his interpretation is    15:01:41
24    correct.    15:01:48

Page 167

1            However, when I put my table,    15:01:49
2    conversion table, I have to cover the all -- not    15:01:54
3    only the possibility should be much wider than that. 15:02:00
4    Slide in kindergarten if you measure the children's 15:02:05
5    height, you use a -- they call the stadiometer.  The 15:02:10
6    stadiometer must accommodate a much taller height,    15:02:18
7    which doesn't mean the children could be 6 feet tall 15:02:24
8    but the tool you use that would cover that beyond    15:02:28
9    that, as such.    15:02:36
10            The ISO table, ISO color chart and my    15:02:39
11    conversion table is cover all the matching    15:02:45
12    wavelengths, not necessarily the matching    15:02:49
13    wavelengths for the chrysotile, is only portion of    15:02:53
14    that.    15:02:58
15        Q.    So I am trying to figure out if we    15:03:01
16    are really arguing about something worth arguing    15:03:06
17    about here.  What Dr. Longo reported was comparison  15:03:09
18    of chrysotile, what he labeled this column as is the 15:03:14
19    refractive index range in parallel.  What you're    15:03:19
20    saying is that your range does include those values  15:03:26
21    even if overinclusive?    15:03:30
22        MR. HYNES:  Misstates testimony.    15:03:33
23        A.    What I meant, my table, the lowest    15:03:34
24    refract index is 1.540.  The highest is 1.580.  It's 15:03:40

Page 168

1    not -- I'm not saying, if you look my paper, never,  15:03:52
2    ever in my paper I said the chrysotile gamma is    15:03:58
3    within that -- is the highest is 1.58.  The lowest    15:04:03
4    1.54.  It's not.  The chrysotile is only a portion    15:04:10
5    of that range.    15:04:16
6        Q.    Here is my question.  I shouldn't    15:04:18
7    start it this way.  These are all my questions.    15:04:22
8    This is my next question.    15:04:24
9        MR. PLACITELLA:  Your killing me    15:04:28
10    here.    15:04:30
11        MR. BRALY:  Thank you, Chris.    15:04:30
12    BY MR. BRALY:    15:04:32
13        Q.    Earlier you told me that the highest  15:04:32
14    refractive index value that you had ever seen for    15:04:35
15    chrysotile was somewhere in the ballpark of 1.56 in  15:04:39
16    the low end 1.56?    15:04:43
17        A.    The highest I saw is 1.560 to 1.561.  15:04:49
18        Q.    Okay.  You did publish, I mean, this  15:04:55
19    as a range that included a value up to 1.58.  My    15:05:01
20    question is, why did you publish that instead of    15:05:08
21    something like 1.565 or something that would still    15:05:10
22    encompass the upper end of what you think is    15:05:14
23    possible?    15:05:17
24        MR. HYNES:  Asked and answered.    15:05:17

Page 169

1        A.    That paper 2003, in American    15:05:20
2    Mineralogist is not a paper discuss the actual range 15:05:29
3    of the chrysotile refract index.  That table can be  15:05:36
4    used for measuring other type material.  You see?    15:05:41
5    It can be used not only for chrysotile, for asbestos 15:05:51
6    mineral.  It can be used, the material with similar  15:05:56
7    dispersion coefficient.  Therefore, that table has a 15:06:04
8    general purpose of use.  So it is not a paper saying  15:06:13
9    just for the asbestos analysis.  Okay.    15:06:23
10        Q.    What Dr. Longo also records here is    15:06:37
11    that Walter McCrone published a range for chrysotile 15:06:44
12    in parallel or gamma of 1.570 to 1.548.  Have you    15:06:48
13    analyzed that underlying data and do you have any    15:06:56
14    particular criticisms of that entry?    15:07:00
15        A.    No, because I know this is from a    15:07:03
16    paper of Doc McCrone.  He analyzed a series    15:07:07
17    chrysotile from different locations in the world.    15:07:16
18    One of the sample showed the gamma as 1.570.  He    15:07:25
19    reported that in his paper, but it's only at that    15:07:34
20    specific location.  It's not a general gamma value    15:07:42
21    for the rest of the chrysotile.    15:07:47
22        Q.    What was the general location from    15:07:53
23    which that finding came?    15:07:55
24        A.    You mean this high value?    15:07:59

43 (Pages 166 - 169)

SHU-CHUN SU, PhD

Page 170

1    Q.    Mm-hmm.                      15:08:01
2    A.    I don't remember.  And he has a table 15:08:03
3    in that indicate which sample is from where.  Okay.  15:08:04
4    But I don't remember exact location of that sample.  15:08:10
5    You see, when NIST, they try to issue a standard  15:08:23
6    reference material in concert with the AHERA law,  15:08:29
7    that's the time they fail the needs, we need to  15:08:39
8    issue a standard reference material for asbestos.  15:08:45
9    They screen many chrysotile from different  15:08:53
10   locations.  Finally, they decide the Canadian  15:08:59
11   chrysotile is most representative.  That's why they  15:09:04
12   use that as an SRN.                 15:09:10
13   Q.    One of the issues that Dr. Longo has  15:09:42
14   testified about and you've taken criticism with has  15:09:48
15   to do with the identification of Calidria at the  15:09:51
16   refractive index that he found versus what you found  15:09:57
17   in your Pittsburgh project last month.  15:10:02
18   A.    Correct.                      15:10:07
19   Q.    Fair?  Okay.  And your -- the  15:10:07
20   position that you've taken here is that what he's  15:10:15
21   identifying as asbestos is talc; is that right?  15:10:20
22   A.    That is my opinion.            15:10:25
23   Q.    And that's here for every one of the  15:10:28
24   reports that you've looked at that is referenced in  15:10:31

Page 171

1    your report?                       15:10:34
2    A.    Correct.                      15:10:35
3    Q.    That every time he identifies  15:10:36
4    chrysotile that's what he is identifying is talc?  15:10:38
5    A.    Yeah, that is my conclusion.  15:10:43
6    Q.    So, I want to ask you about how you  15:10:50
7    deal with a particular aspect of this.  I am going  15:10:54
8    to mark as Exhibit 31, a report dated October 9,  15:10:59
9    2023.                              15:11:04
10   (Exhibit 31 William Longo's Report dated  15:11:04
11   October 9, 2023 marked for identification.)  15:11:05
12   Q.    This report is 196 pages long.  So  15:11:05
13   what I am doing, is this report in total will be  15:11:08
14   Exhibit 31, but the section I am going to ask you  15:11:12
15   about is Section 5 of that report.  That will be  15:11:15
16   Exhibit 32.                        15:11:18
17   (Exhibit 32 Section 5 of Report dated  15:11:19
18   October 9, 2023 marked for identification.)  15:11:23
19   Q.    What Exhibit 32 is, is a mixture of  15:11:23
20   Calidria asbestos mounted in a sample of bentonite  15:11:31
21   clay, okay?  That is what Dr. Longo prepared.  15:11:38
22   So before I start asking about this,  15:11:43
23   I want to ask you a couple of questions.  Have you  15:11:46
24   ever known California chrysotile to include talc as  15:11:49

Page 172

1    a co-contaminant?                   15:11:54
2    A.    Not I'm aware of, because I never  15:11:58
3    investigated that.  Okay.           15:12:01
4    Q.    I asked Mickey Gunter the same  15:12:03
5    question about a year and a half ago.  He also said  15:12:07
6    no.  That's neither here nor there.  15:12:09
7    Are you aware of any co-contaminants  15:12:13
8    in California chrysotile deposits?  15:12:19
9    A.    I don't read any literature about  15:12:24
10   that, so I don't remember what kind of contaminate  15:12:28
11   it has.  If it's in the literature, maybe I have not  15:12:39
12   read that literature.              15:12:44
13   Q.    The SG-210 that you evaluated with  15:12:48
14   Matt Sanchez and Bryan Bandli was included in a  15:12:52
15   mixture of talc powder, correct?   15:12:58
16   A.    I think they are pure chrysotile.  15:13:02
17   Q.    Okay.  Did you also have a sample --  15:13:06
18   samples that were just straight chrysotile?  You may  15:13:10
19   have.  Did you?                     15:13:15
20   A.    You mean Pittsburgh work?  15:13:24
21   Q.    Yeah.                         15:13:29
22   MR. HYNES:  Take a look at them  15:13:31
23   titled Micrometer with SG-210 1.550 and 1.560.  15:13:38
24   MR. BRALY:  Yeah, I see it.  Okay.  15:13:46

Page 173

1    Q.    I take it you have never reviewed  15:14:01
2    this report before.  This report.  15:14:03
3    A.    Might have.  It looks to me the title 15:14:16
4    I seem to remember.  I look at that, but not  15:14:20
5    thoroughly.                        15:14:28
6    Q.    Okay.  In the section that I'm  15:14:28
7    looking at here, which I think is section 5, yeah,  15:14:35
8    section 5, in a sample that has no talc in it but  15:14:42
9    does have Calidria --              15:14:49
10   A.    Which sample this?             15:14:54
11   Q.    This is the sample of Calidria  15:14:56
12   mounted in bentonite clay.          15:15:00
13   MR. HYNES:  What is the M number?  15:15:03
14   MR. BRALY:  There isn't one.  15:15:04
15   A.    That is spiked.  The bentonite is  15:15:05
16   spiked with Calidria chrysotile.  Of course you want 15:15:09
17   to see that.                       15:15:13
18   Q.    Right.  What I'm saying is that this  15:15:14
19   is, without a doubt, chrysotile?   15:15:17
20   MR. HYNES:  Objection; assumes facts. 15:15:20
21   Q.    There is nothing else in there.  15:15:22
22   A.    If it's a spiked with chrysotile,  15:15:25
23   under the presence of chrysotile should be a fact  15:15:32
24   because the sample is like spiked or contaminated  15:15:38

44 (Pages 170 - 173)

SHU-CHUN SU, PhD

Page 174

1  with chrysotile.                    15:15:42
2      Q.    Right.  So what we are looking at    15:15:44
3  here on page six of Exhibit 32, that's chrysotile?  15:15:47
4      A.    Yes.                      15:15:55
5      Q.    Okay.  What color would you assign to  15:15:56
6  what's seen here on page six of Exhibit 32?    15:16:08
7      A.    Without looking at the Becke line, I   15:16:11
8  cannot simply look at a central stop dispersion   15:16:17
9  staining color image to make the determination.   15:16:25
10          MR. HYNES:  I will note that the     15:16:28
11  reproduction of this M71547-001CSM-002 chrysotile  15:16:29
12  looks like a faded-out copy version of an image   15:16:38
13  taken at Longo owes laboratory rather than digital  15:16:47
14  reproduction of same.                 15:16:51
15          MR. BRALY:  Thank you for your     15:16:56
16  opinion, Kevin.                    15:16:58
17          THE WITNESS:  One thing I could tell  15:17:03
18  from that image --                  15:17:05
19  BY MR. BRALY:                     15:17:06
20      Q.    This one?                 15:17:06
21      A.    The first one you show me, the      15:17:07
22  yellow.                        15:17:10
23      Q.    Yeah.  This one?             15:17:10
24      A.    Yes.  I'm very sure, you see the     15:17:14

Page 175

1  refract index down here it says RI 1.567 to 1.570.  15:17:20
2  That number doesn't match the color at all.     15:17:33
3      Q.    How do you know that if you haven't   15:17:37
4  looked at the Becke line?              15:17:39
5      A.    No.  What I'm saying, the refract     15:17:41
6  index, he showed here, if you go back to my table --  15:17:43
7  can you pull out my 1.550 table for chrysotile.   15:17:52
8      Q.    I can, but what I'm trying to get at   15:17:57
9  is, if you don't know what color you're comparing it  15:18:00
10  to, how do you know that?              15:18:03
11      A.    It doesn't match any color in this    15:18:05
12  image.                         15:18:08
13      Q.    Okay.                    15:18:08
14      A.    It doesn't match.  If you look at my   15:18:09
15  table.                         15:18:12
16      Q.    All right.  This is page 10, this    15:18:12
17  is -- can you not get a sense of the Becke line with  15:18:26
18  the polarizer out by looking at the border between  15:18:30
19  the fluid and the edge of the particle?       15:18:33
20      A.    This structure is in the 45 degree.   15:18:40
21  It's neither parallel or perpendicular.       15:18:44
22      Q.    Right.                   15:18:52
23      A.    Therefore, you cannot use this image.  15:18:53
24  Even use Becke line to determine if it's alpha or  15:18:57

Page 176

1  gamma.                         15:19:01
2      Q.    In order to evaluate a Becke line,    15:19:02
3  does it have to be oriented in the parallel or     15:19:06
4  perpendicular direction?               15:19:07
5      A.    Depending if you are assessing the    15:19:08
6  gamma, it's parallel.  If you're assessing alpha, it  15:19:12
7  should be perpendicular.               15:19:18
8      Q.    Even though this is on a 45-degree    15:19:19
9  angle which is appropriate for a photo, you can tell  15:19:24
10  the orientation of what this is by the relationship  15:19:29
11  of the other particles around it, right?       15:19:32
12      A.    Mm-hmm.                  15:19:34
13      Q.    That's correct, right?  You have to   15:19:35
14  say "yes."  You just have to articulate yes or no.  15:19:38
15  You're saying "mm-hmm."               15:19:43
16      A.    Your question again...           15:19:45
17      Q.    With a particle in the 45-degree    15:19:47
18  angle, you can determine the orientation of it by   15:19:49
19  the reference to other particles in the image,    15:19:53
20  correct?                       15:19:56
21      A.    To determine what?             15:19:57
22      Q.    For example, if we go back to this in  15:20:00
23  parallel, we can identify the structures that are   15:20:06
24  surrounding that fiber and then look at it in the 45  15:20:10

Page 177

1  and determine the orientation of it in parallel,   15:20:15
2  meaning the right edge, the area that's in the     15:20:22
3  northeast corner of this is the same as the east   15:20:28
4  side of the fiber in parallel?            15:20:31
5      A.    No, because if you look, the        15:20:34
6  polarizer is east/west.               15:20:40
7      Q.    Right.                   15:20:42
8      A.    Therefore, this section at a 45      15:20:43
9  degree, it is called gamma prime.  It's between    15:20:49
10  alpha and gamma.                   15:20:53
11      Q.    I think you're misunderstanding what  15:20:54
12  I'm asking you, and I don't know how to make it    15:20:58
13  clear.                         15:20:59
14          The tip of this in the northeastern   15:21:00
15  corner of what is page nine of Exhibit 32, the tip  15:21:04
16  on the northeastern side of that fiber is the same  15:21:11
17  location as the eastern tip of the fiber on page six  15:21:15
18  of the same exhibit?                 15:21:20
19      A.    Yes.  They are the same fiber.      15:21:21
20      Q.    All right.  So if we go to, say, page  15:21:23
21  10 we are looking at that fiber, can we look at    15:21:27
22  where the border between the oil and the fiber are  15:21:33
23  blended together closest to determine the same Becke  15:21:36
24  line effect that you had discussed previously?    15:21:40

SHU-CHUN SU, PhD

Page 178

1    A.    Yes or no.  When I say "yes," if the    15:21:44
2    Becke line image is focused, then you examine, you    15:21:51
3    compare the dispersed Becke line color against Dr.    15:21:59
4    Bloss's chart, you will know this structure has a    15:22:08
5    higher refract index than the liquid.    15:22:18
6    Q.    This was another image.  This is    15:22:27
7    M71547-001CSM3.  Do you this?    15:22:31
8    A.    I saw that.    15:22:37
9    Q.    Again, this is the Calidria sample in    15:22:38
10   bentonite clay.  Do you have any reason to dispute    15:22:42
11   that the particles shown in this image is Calidria?    15:22:46
12   A.    It is Calidria, yes.    15:22:50
13   Q.    Okay.  The same question then for the    15:22:54
14   next photo, which is at page 18 of Exhibit 32, which    15:23:02
15   is M71547-001CSM-004.  Same question, given the    15:23:08
16   preparation of the sample, is the particle shown    15:23:16
17   here Calidria?    15:23:19
18         MR. HYNES:  Same objection.    15:23:21
19   A.    It is Calidria chrysotile and it's    15:23:28
20   refract index looks, if it in general look like if    15:23:36
21   you put a Calidria in 1.550, it should look similar    15:23:42
22   to that.    15:23:48
23   Q.    Page 23 of Exhibit 32 is image    15:23:49
24   M71547-001CSM-005.  Given the preparation of this    15:23:57

Page 179

1    sample, this being Calidria with bentonite clay, is    15:24:04
2    there any doubt that the fiber in the middle of the    15:24:09
3    screen is Calidria?    15:24:13
4         MR. HYNES:  Assumes facts.  I will    15:24:15
5    have a recurring objection on this document.  Each    15:24:17
6    of the images shown have been these photographic --    15:24:19
7    or photocopied reproductions as opposed to digital    15:24:23
8    reproductions of these images, sort of washed out    15:24:26
9    and faded.    15:24:29
10        You can answer.    15:24:30
11        MR. BRALY:  That is a profound    15:24:34
12   speaking objection, but that's all right.    15:24:35
13   BY MR. BRALY:    15:24:38
14   Q.    Do you remember my question?    15:24:38
15   A.    Yes.    15:24:40
16   Q.    Okay.    15:24:44
17   A.    This is a chrysotile structure.    15:24:45
18   Q.    The next image is at page 28 of    15:24:55
19   Exhibit 32.  This is image identified as    15:24:59
20   M71547-001CSM006.  Given that this sample was a    15:25:05
21   mixture of Calidria and bentonite clay, do you have    15:25:12
22   any reason or do you believe that this image    15:25:17
23   indicated in the middle of this screen is Calidria?    15:25:21
24        MR. HYNES:  Again, same objections.    15:25:24

Page 180

1    A.    It is Calidria, which used to spike    15:25:27
2    the bentonite.    15:25:33
3    Q.    Yes.  This is page 33 of Exhibit 32.    15:25:34
4    Identified as M71547-001CSM-007.  It's exactly the    15:25:45
5    same question as I've been asking you.  Is this    15:25:52
6    particle in the middle of this screen Calidria?    15:25:55
7         MR. HYNES:  Same objections.    15:25:58
8    A.    It is.    15:25:59
9    Q.    Another section of questions I wanted    15:26:11
10   to cover with you before we finish for the day.  Do    15:26:14
11   you know what inner growth are?    15:26:21
12   A.    Yes.    15:26:23
13   Q.    What are they?    15:26:24
14   A.    Intergrowth is a structure with two    15:26:25
15   different type of related minerals.  There is    15:26:35
16   commonality between their composition and crystal    15:26:46
17   structure.  Okay.  So the intergrowth can only    15:26:54
18   happen between, like, an ISO morph series mineral    15:27:04
19   from one end member maybe to the middle or something    15:27:12
20   like that but not two different species.  What I    15:27:17
21   mean two different species I meant the composition    15:27:23
22   and the structure.  If they are drastically    15:27:28
23   different crystal structure, they will never    15:27:36
24   intergrowth together.    15:27:41

Page 181

1    Q.    Thank you.  Are you aware of the    15:27:44
2    existence of talc and anthophyllite inter-growing    15:27:48
3    together?    15:27:57
4    A.    The talc and anthophyllite, the    15:27:58
5    composition is similar.  Both are magnesium silicate    15:28:05
6    with hydroxyl molecule in the structure.  However,    15:28:14
7    their crystallographic structure is quite different.    15:28:25
8    Q.    Yes.  So first just for the sake of    15:28:27
9    the court reporter, you said magnesium silicate with    15:28:31
10   hydroxyl group, right?    15:28:33
11   A.    Yeah.    15:28:36
12   Q.    Okay.  Makes it clear as day, right?    15:28:36
13   But if you look at them under SAED, you will get    15:28:41
14   different crystal patterns for them?    15:28:45
15   A.    Yeah, right.    15:28:48
16   Q.    They also will have different    15:28:49
17   refractive indices, correct?    15:28:51
18   A.    They are different.    15:28:54
19   Q.    They are different?    15:28:55
20   Q.    Have you reviewed Dr. Longo's    15:29:00
21   analysis of intergrown species?    15:29:04
22   A.    Which one.    15:29:08
23   Q.    I will show you.    15:29:10
24   A.    The one I believe I read when the    15:29:12

46 (Pages 178 - 181)

SHU-CHUN SU, PhD

Page 182

1 report said one end is talc, one end is chrysotile. 15:29:18
2     Q.    That's what I want to ask you about. 15:29:22
3     A.    I said it is a misinterpretation of 15:29:24
4 the color. 15:29:28
5     Q.    All right. Let me ask -- go ahead. 15:29:29
6 It sounds like you're prepared to answer questions 15:29:33
7 about it. Go ahead. 15:29:37
8     A.    Because there is no clear boundary 15:29:37
9 interface between the so-called two structures. The 15:29:48
10 only thing you can see from that image is the color 15:29:54
11 change, but not in between there is no interface. 15:30:00
12     Q.    Can we take a look at some of these? 15:30:09
13 This is -- I want you to explain this, okay? 15:30:12
14     A.    Okay. 15:30:15
15     Q.    This is Exhibit 33. 15:30:16
16     A.    This is a report issued June 13th of 15:30:18
17 2022 entitled "PLM Analysis of Talc/Chrysotile 15:30:20
18 Bundle Intergrowths." 15:30:25
19     (Exhibit 33 PLM Analysis of Talc/Chrysotile 15:30:22
20 Bundle Intergrowths marked for identification.) 15:30:25
21     Q.    I am going to go straight to the 15:30:29
22 gamma, okay? 15:30:34
23         What we see here in the first image, 15:30:36
24 which is at page seven of Exhibit 33 and it's image 15:30:39

Page 183

1 M71171-001 ISO 004. You see a fiber structure that 15:30:44
2 has two distinctly different levels of brightness 15:30:55
3 associated with each end of it. What is this in 15:31:05
4 your opinion? 15:31:09
5     A.    It is distorted dispersion staining 15:31:10
6 color, not two type of mineral. 15:31:14
7     Q.    Okay. 15:31:20
8     A.    Because if you look at the crystal 15:31:21
9 structure between talc and chrysotile, they are 15:31:26
10 quite different. In that case, if this is an 15:31:31
11 intergrowth, they should have a very distinctive 15:31:40
12 boundary between the two species. They can never 15:31:44
13 gradually transition between these two different 15:31:52
14 crystal structures. So the difference show by this 15:31:57
15 particle is only the central stop dispersion 15:32:05
16 staining color which is no different from the other 15:32:11
17 image it shows edge, middle, a range of dispersion 15:32:16
18 staining color. So this is not an intergrowth at 15:32:23
19 all. 15:32:28
20     Q.    Let me scroll back here through some 15:32:28
21 of these earlier images of this same thing. In 15:32:30
22 exhibit -- page four of this exhibit, which is 15:32:34
23 Exhibit 33, we are looking at the polarizer out 15:32:37
24 photo. So it appears that there is a transition in 15:32:41

Page 184

1 this fiber in materiality. I'm curious what you 15:32:50
2 think this is. 15:32:55
3     A.    I can't see any transition. This 15:32:57
4 is -- I think this structure is a single structure. 15:33:01
5 It's not two structures with a boundary between 15:33:06
6 them. 15:33:11
7     Q.    Because there is no boundary, you 15:33:11
8 don't believe the talc and chrysotile can 15:33:13
9 intergrowth? 15:33:15
10     A.    That's right, because their crystal 15:33:16
11 structure is so much different. It cannot gradually 15:33:19
12 change from talc to chrysotile or from chrysotile to 15:33:25
13 talc. 15:33:31
14     Q.    In the next photo which is page five. 15:33:32
15 This is the crossed polars photo. What in your 15:33:36
16 opinion is accounting for the change in coloration 15:33:40
17 from one end to the other on this one? 15:33:43
18     A.    Thickness. 15:33:46
19     Q.    Thickness. 15:33:47
20     A.    You see, here is a crossed polarized 15:33:49
21 image. Then the color is the interference color 15:33:55
22 which is determined by two factors. One is the 15:34:07
23 difference between the gamma and the alpha or 15:34:12
24 between the largest versus the smallest refract 15:34:16

Page 185

1 index. The second factor is the thickness. Okay. 15:34:22
2     Q.    Okay. Jumping ahead -- I'm sorry. 15:34:29
3 For the next image here, which is page six of 15:34:33
4 Exhibit 33, on the elongation slide, is thickness 15:34:38
5 also the determinator for why the coloration is 15:34:45
6 different along the length of this fiber? 15:34:49
7     A.    Yes. 15:34:52
8     Q.    All right. 15:34:53
9     A.    This is a cross polarized image 15:34:55
10 superimposed to buy a four-wave compensator, they 15:34:59
11 call it a four-wave plate, whatever you call, it is 15:35:06
12 an accessory in the polarized light microscope. 15:35:11
13     Q.    Complicated pieces of equipment. 15:35:19
14         The next page is the page we looked 15:35:24
15 at previously. Does thickness of this structure in 15:35:26
16 your opinion account for the different coloration 15:35:30
17 here? 15:35:33
18     A.    No. 15:35:33
19     Q.    No. 15:35:34
20     A.    What account for the variation of 15:35:36
21 dispersion staining color here is the total 15:35:41
22 refraction caused by interface between liquid and 15:35:49
23 the particle and also between particle fiber and 15:35:55
24 fiber. 15:36:02

47 (Pages 182 - 185)

SHU-CHUN SU, PhD

Page 186

1    Q.    So here is where I'm struggling. The 15:36:02
2  prior three photos had the same representative     15:36:05
3  change in color in the prior three photos it was all 15:36:13
4  due to thickness. But when we get to this one, a    15:36:20
5  similar change of the same particle is now due to    15:36:23
6  distortion. Do you follow why that's confusing to   15:36:26
7  me?                    15:36:30
8        MR. HYNES: Objection to form.        15:36:31
9    A.    Yes. The reason that image is       15:36:31
10  crossed polarized image, this is a plain polarized   15:36:36
11  image and the optical chrysography they are showing  15:36:44
12  a different aspect of the refract index            15:36:50
13  relationship. Okay.              15:36:57
14    Q.    Same image in alpha on the next page, 15:36:59
15  which is page eight of Exhibit 33. What accounts    15:37:03
16  for the difference in color here?            15:37:07
17    A.    Distorted dispersion staining color  15:37:09
18  due to the total refraction.            15:37:15
19    Q.    Don't you find it a little bit       15:37:19
20  coincidental that the distortion happens to coincide 15:37:21
21  with the same locations on that fiber that you     15:37:24
22  previously said were due to the thickness of it?    15:37:26
23        MR. HYNES: Same objection.        15:37:29
24    A.    I don't see any problem with that.   15:37:31

Page 187

1    Q.    The next image in gamma is page 12 of 15:37:40
2  this exhibit. This is M71202-005CSM003. What's     15:37:45
3  identified as one end talc and the other end        15:37:55
4  chrysotile I'm presuming you're saying could not be 15:37:59
5  without a boundary.               15:38:03
6    A.    That is my opinion.            15:38:04
7    Q.    All right. What accounts for the     15:38:07
8  differences on the left side of this fiber versus    15:38:12
9  the differences on the right side of this fiber?    15:38:14
10    A.    Again, it's normal central stop     15:38:17
11  dispersion color or distorted central stop        15:38:24
12  dispersion staining color.            15:38:30
13    Q.    Okay. So if you took this same image 15:38:33
14  and did a Becke line analysis of it, you're thinking 15:38:36
15  you would get a singular refractive index for the   15:38:39
16  entire length of that fiber?            15:38:42
17    A.    If you use Becke line to examine this 15:38:44
18  structure, you will find it's like the Cargille    15:38:52
19  glass. You will find where it shows a match or     15:39:02
20  dis-match or there is no match at all. Okay.       15:39:08
21        MR. BRALY: Kevin, I probably have a   15:39:19
22  couple hours left of this, not of this specifically, 15:39:20
23  but do you think we should probably just stop for    15:39:24
24  the day because he has to get out at 4?           15:39:27

Page 188

1        MR. HYNES: Sure. Let's go off the    15:39:29
2  record.                    15:39:30
3        (Witness excused.)
4        (Deposition concluded at 3:39 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 189

1        CERTIFICATE
2    I, Sandra Robertson, a Notary Public and
3  Certified Court Reporter of the State of New Jersey,
4  do hereby certify that prior to the commencement of
5  the examination, the witness was duly sworn by me
6  via Zoom.
7    I DO FURTHER CERTIFY that the foregoing is a
8  true and accurate transcript of the testimony as
9  taken stenographically by and before me via Zoom at
10  the time, place and on the date hereinbefore set
11  forth, to the best of my ability.
12    I DO FURTHER CERTIFY that I am neither a
13  relative nor employee nor attorney nor counsel of
14  any of the parties to this action, and that I am
15  neither a relative nor employee of such attorney or
16  counsel, and that I am not financially interested in
17  the action.
18
19
20
21  Notary Number: 2108796
    CCR License Number: 30XI00209500
22  License Expiration: 6/30/26
23
24

48 (Pages 186 - 189)

**[& - 12]**                                                                          Page 1

| & | 1 |
|---|---|

**&**   1:6 2:13,17
2:19,23 3:4,9
3:14 32:9 42:13
43:12 48:4,15
48:23 52:5 56:5
56:14,20 88:3
88:12,24 90:10
90:11,14,20,23
91:2,17 131:18
132:2,14

**0**

**0005**   22:10
**002**   174:11
**004**   80:10 84:18
85:3 87:6 163:1
178:15 183:1
**005**   161:18
178:24
**006**   161:16,18
162:4 163:1
**007**   180:4
**017**   80:10 84:18
85:3 87:6
**03**   147:23
**04**   87:17
**045**   85:23
**05**   87:17
**07102-4056**
2:21
**07701**   2:10
**08002**   3:16

**1**   4:11 6:3,6
23:4,7 109:17
109:18,18,18
109:24 117:13
117:18 120:15
120:22,23
**1,000**   166:10,22
**1.1**   60:5
**1.250**   6:3,4,5
117:13,18,20
117:22
**1.50**   85:19
166:18
**1.517**   70:18
**1.54.**   168:4
**1.540**   166:7
**1.540.**   85:20
167:24
**1.545**   80:6
**1.548.**   169:12
**1.549.**   152:5
**1.55**   6:8 101:20
153:5,7 157:18
**1.55.**   156:19
163:11
**1.550**   5:17,18
5:19,21 6:6,7,8
68:3 69:6 73:20
94:14,21,24
95:7 97:11,16
103:20 104:8
104:13 110:9
116:8 120:23
122:2,20

154:14 157:18
160:19,24
161:10,16
165:5 172:23
175:7 178:21
**1.550.**   73:13
119:4
**1.55077**   156:24
**1.555**   69:5
161:9
**1.556**   98:23
99:1 161:21
**1.556.**   152:4
**1.55o.**   153:10
**1.56**   163:17
168:15,16
**1.56.**   152:4
162:23
**1.560**   5:23,24
68:3 69:5 75:2
102:16 109:5,9
110:2,4,21
116:11 161:9
163:3 165:5
168:17
**1.560.**   94:15
101:20 116:6
172:23
**1.561**   162:18
**1.561.**   71:3 75:3
168:17
**1.565**   168:21
**1.566.**   162:6
**1.567**   175:1
**1.567.**   70:19

**1.570**   169:12
**1.570.**   169:18
175:1
**1.58.**   168:3,19
**1.580**   166:7,18
**1.580.**   167:24
**1.584.**   80:6
**1.6**   71:1
**1.69**   77:7,22
**1.70.**   77:7,22
**1.750**   71:3
**1.760**   71:3
**1.85**   85:20
**1.866.**   162:13
**10**   1:22 5:3 63:9
63:11 87:20
117:15 175:16
177:21
**100**   2:21
**10036**   2:16
**103**   5:19
**104**   5:21
**109**   5:23
**10:51**   37:18
**11**   1:23 5:5
37:18 66:22
67:11,24
**110**   5:24
**117**   6:3,4,5
**1185**   2:15
**12**   5:7,16 38:22
39:1,12 54:21
54:21,22 67:19
67:22,24 79:11
140:15 187:1

[120 - 21st]                                                    Page 2

| | | **2** | |
|---|---|---|---|
| **120**  6:6 | 149:17 152:2,6 | | **2023**  6:9,10 |
| **122**  6:7 | 153:4 161:9,16 | **2**  4:12 6:4 18:18 | 47:4,15 130:16 |
| **127**  2:9 | 161:19,21 | 22:10 23:9,13 | 171:9,11,18 |
| **12:47**  39:12 | 162:22,23 | 55:24 117:14 | **2024**  1:23 4:14 |
| **12th**  40:8 | **19**  5:18 97:10 | 117:20 122:1 | 23:16,22 32:14 |
| **13**  5:9 68:7,11 | 97:11 99:7,18 | 126:1,13,18,22 | 34:22 37:18 |
| 148:15 161:5 | 102:23 103:21 | 126:23 127:6 | 39:6 42:11,24 |
| **13th**  182:16 | 104:14 106:3 | 137:1,1 138:5 | 43:10 48:24 |
| **14**  5:13 70:9,11 | 106:15,23 | **2.2**  70:6 | 51:18,20 54:10 |
| 84:16 86:11,12 | 107:2,5,16,17 | **20**  5:19 80:21 | 63:15 |
| **14th**  33:3 40:1 | 108:17 110:8 | 85:16 103:18 | **21**  4:14 5:21 |
| **15**  5:14 72:1,3 | 110:16 144:14 | 103:19 104:20 | 23:22 104:5,8 |
| 73:12 75:17 | 166:1 | 104:21 105:2,3 | 104:12 105:2,8 |
| 80:21 | **1930s**  18:2 | 105:7 106:14 | 105:16 106:13 |
| **15,000**  56:10 | **1940**  8:18 | 108:17 | 106:15,23 |
| **1500**  56:9,10,11 | **1950s**  18:3 | **2001**  116:21,24 | 107:6 108:17 |
| **154**  77:3 | **1957**  9:16 | 122:4 162:9,17 | 163:6 |
| **1560**  160:24 | **196**  171:12 | 163:4 | **210**  5:17,18 |
| **157**  6:8 | **1964**  17:17 | **2003**  33:21 | 71:21,23 72:6 |
| **15th**  59:13,14 | **1970s**  132:19 | 169:1 | 73:13 74:5,9,11 |
| 108:23 | **1981**  10:13,14 | **2004**  33:5,14 | 74:11 94:14,21 |
| **16**  5:15 76:16 | 10:21 11:2 | **2006**  4:18 26:10 | 95:1,3,10,15,20 |
| 76:17 | 14:14 | 26:18,22 | 95:22 96:6,16 |
| **16-2738**  1:4 | **1983**  13:8 | 126:21 127:8 | 97:11 102:3 |
| **17**  5:16 79:9,11 | **1985**  11:9 | 132:9 | 109:5,13,16 |
| **171**  6:9,10 | **1986**  32:23 | **2012**  32:5 | 110:8 118:15 |
| **17th**  108:24 | 75:21 | **2015**  25:11,19 | 118:17 172:13 |
| **18**  5:17 94:20 | **1987**  12:18 | 25:23 | 172:23 |
| 94:21,23 | **1989**  75:19 | **2020**  161:2 | **2108796**  189:21 |
| 108:18 141:20 | **1992**  63:3 70:10 | **2022**  4:17 5:6,8 | **212**  2:16 |
| 141:20 178:14 | **1993**  5:13 70:11 | 24:1,4,7 25:1 | **214**  2:5 |
| **182**  6:11 | **1995**  13:3 | 28:24 46:10,23 | **218**  3:5 |
| **1866**  69:5 96:14 | **1:46**  39:2 | 67:12,23 68:11 | **219-3599**  2:10 |
| 96:15,18,20,22 | **1st**  63:14 66:9 | 85:15 130:16 | **21st**  23:16 |
| 98:19,22,23 | | 136:4 182:17 | 54:15,16,18 |
| 118:13 149:4,9 | | | 108:23 |

**[22 - 65,000]**                                        Page 3

**22**  5:23 51:20
109:4,8 161:3
**22031**  3:11
**229**  79:15
**23**  4:11,12,14
5:24 34:22
110:1,3,11,16
110:21 178:23
**23rd**  35:5 37:7
37:8
**24**  4:15 6:3
117:12,12,18
117:24 120:6
121:14,24
133:7 141:20
**24th**  54:6 55:4
**25**  6:4 117:12
117:14,20
122:1 135:10
141:20 153:8
**258,240**  55:4
**26**  4:18 6:5 72:1
86:11 93:15
117:12,15,22
122:10 123:8
**269-2343**  3:6
**27**  6:6 120:21
120:23
**2700**  41:11
**27th**  35:9 37:15
56:17
**28**  6:7 122:20
122:22 123:2
179:18
**28th**  47:8 61:3

**29**  154:8
**29th**  49:7 56:17
**2nd**  4:12 23:13
75:21 76:5

**3**

**3**  3:15 4:14 6:5
6:7 18:18 23:15
23:22 29:5,5
30:8,14 54:16
60:15 68:20
75:13,16,16
81:4 117:15,22
122:11,17,20
122:22 133:7
143:12 145:2
148:16 165:24
**30**  4:17 6:8 17:4
24:4,7 157:17
157:18 158:5
**300**  2:4 166:9
166:22
**302**  2:4
**30th**  36:1,6
49:8 54:10,21
**30xi00209500**
189:21
**31**  6:9 171:8,10
171:14
**310**  3:16
**317-7180**  3:17
**318337**  5:21
104:8,12
**3183377**  5:19
5:23,24 95:8
103:19 109:8

110:1 115:22
116:5 119:4,5
119:12,24
**32**  6:10 140:15
143:12 145:2
171:16,17,19
174:3,6 177:15
178:14,23
179:19 180:3
**322.9**  54:6
**323**  54:6
**33**  6:11 148:16
180:3 182:15
182:19,24
183:23 185:4
186:15
**334**  3:6
**34**  4:20 5:5,7
66:22 67:12,23
**34th**  2:15
**360**  137:8
**36104**  3:6
**38**  116:4
**39**  165:24
**3:37**  34:24
**3:39**  188:4

**4**

**4**  4:15 23:24
24:5 25:1 27:9
28:8,9 126:4
187:24
**4.4**  60:5
**40**  4:21 60:8,9
60:14

**400**  108:14
**42**  4:22
**45**  175:20 176:8
176:17,24
177:8
**493**  84:17

**5**

**5**  4:18 6:10 26:6
26:10,22 42:11
42:24 51:18
126:5 147:23
171:15,17
173:7,8
**5/27**  35:19
**500**  16:21
**51**  126:4
**53**  4:23
**556-2100**  2:16
**560**  93:19
110:12 160:20
**589**  21:1 156:24
**5th**  43:10

**6**

**6**  4:20 34:19,20
37:6 38:21 70:6
126:5 167:7
**6/30/26**  189:22
**60**  60:15 162:19
162:20
**600**  3:11 5:13
70:5,10,11
**622-4444**  2:22
**63**  5:4
**65,000**  55:8

**[67 - ahera]**                                                                    Page 4

**67**   5:6,7
**68**   5:9
**6th**   54:4

**7**

**7**   4:6,21 39:6
   40:23,24
**70**   5:13 12:21
**703**   3:12
**71134**   4:16 24:2
   24:6
**71376**   4:16 24:2
   24:6
**72**   5:14
**722-5990**   2:5
**75202**   2:5
**76**   5:15
**79**   5:16

**8**

**8**   4:22 42:5,5,8
   48:14 55:12
**800**   43:7 53:4
   54:10
**8280**   3:10
**83**   29:18 143:4
**84**   8:15,21
   11:10
**85**   11:11
**856**   3:17
**86**   143:5
**888**   2:10

**9**

**9**   4:23 6:9,10
   53:14,15 76:24
   171:8,11,18

**9.1.**   77:10
**9143**   189:20
**93**   5:13 70:5,10
   70:11 86:12
**931-5500**   3:12
**94**   5:17
**97**   5:18
**973**   2:22
**98**   29:20
**9:13**   1:24

**a**

**a.m.**   1:24 34:24
   37:19
**ability**   189:11
**able**   32:21
   111:23 115:17
   119:15 136:10
   145:22
**above**   1:19 71:1
   153:7,14
**absent**   96:3
**academy**   10:18
**accent**   45:5
**accepting**   43:4
**access**   150:15
**accessory**
   185:12
**accommodate**
   167:6
**accomplished**
   61:17 74:4
**account**   126:11
   185:16,20
**accounted**   90:6

**accounting**
   184:16
**accounts**
   186:15 187:7
**accreditation**
   4:18 26:10,23
   163:13
**accurate**   51:24
   53:21 82:10
   100:20 132:4
   150:1 189:8
**acquainted**
   30:23
**acquired**   36:11
**actinolite**
   149:21
**action**   189:14
   189:17
**actual**   151:2,4
   169:2
**actually**   11:2,3
   11:10 17:17
   18:10,14,14
   19:14 20:15,15
   21:6 22:5 28:13
   31:18 46:16
   47:6 53:17
   71:18 73:8
   76:13 79:6
   81:12 85:13
   101:18 111:8
   115:17 132:22
   138:8 140:10
   148:9 151:20
   155:22 156:20

**additional**   27:1
   79:10
**adjust**   137:23
**adjustment**
   58:8 138:4
   141:3
**adjustments**
   126:11
**advance**   158:7
**advanced**   126:3
**advocacy**   62:20
**affect**   98:10
**affiliation**   62:4
   62:10,13
**afford**   100:23
**afternoon**   93:1
**agency**   88:15
**ago**   30:19,20,21
   89:19,22
   127:18 128:19
   132:8 141:19
   146:14,21
   172:5
**agree**   40:21
   50:12,15 52:20
   65:15 82:8,21
   82:23 83:8 87:1
   87:3
**agreed**   90:2
**agreement**   43:7
   53:3 78:17
**ahead**   50:17
   132:24 182:5,7
   185:2
**ahera**   170:6

[aii - application]                                                          Page 5

**aii** 44:17,21,22
46:4,7 47:20
**alabama** 3:6
**albuquerque**
11:5,6 14:14,15
14:17 15:9
**allen** 3:4
**allow** 136:19
**allows** 18:12
**alpha** 5:17,23
6:6,7 81:11,15
81:18,21 82:15
83:6,9,10,15,20
83:24 84:5
85:18,19,22
86:7,21,22
94:22 95:1,4
96:10,10 109:9
116:9,12
120:14,14,15
120:20,22,24
121:6 122:17
122:18,21,22
122:23 151:3
151:11 152:4
163:1 175:24
176:6 177:10
184:23 186:14
**altered** 144:4
**ama** 88:21,22
89:4,12,18
**amenable**
42:16,23
**amended** 4:11
4:12 23:7,13

**america** 31:7
**american** 12:14
12:16 44:16
169:1
**americas** 2:15
**amherst** 19:15
**amosite** 20:22
149:18
**amphibole**
61:19
**analysis** 4:16
5:12 6:11 24:3
24:6,22 27:12
36:6,15,18,20
36:23 37:1 38:4
41:16 47:17
57:1,2,2 58:6
58:17 59:5 64:6
66:24 68:10,15
73:22 74:15
75:18 95:14
100:8,9 101:9
102:4 114:15
130:19 147:15
169:9 181:21
182:17,19
187:14
**analyst** 74:3,4
128:11,24
129:1 131:5
133:20 135:23
139:17 145:7
152:18 155:12
155:17,23
**analysts** 131:21

**analytical** 4:19
21:14 26:11,24
57:4
**analyze** 41:13
71:14,21 73:9
88:18 117:8
**analyzed** 40:3
71:11,16 72:11
72:24 75:9
93:24 94:2
169:13,16
**analyzing**
132:22 140:21
**angle** 143:1,1,2
143:3,5,6,17,18
143:20 144:2
176:9,18
**angles** 47:11
**ann** 34:12
60:21 61:13,15
62:3,12,19 63:2
65:7,20
**annual** 31:7
**annular** 100:2
160:7
**answer** 19:13
44:19 54:1
58:14 62:24
127:5 128:14
146:12 179:10
182:6
**answered** 138:9
168:24
**answers** 58:4
**anthophyllite**
149:21 181:2,4

**anticipated**
51:19
**anticipating**
162:5
**antigorite**
79:20
**anybody** 32:14
47:16 48:3
49:12 51:10
52:5 53:6 72:15
164:2
**anymore** 66:5
137:24
**anyway** 17:8
43:24 114:9
**apartment** 15:8
15:11,11
**aperture** 18:11
100:6
**apologize** 87:12
144:8
**apparently**
39:1
**appear** 53:20
107:11
**appeared** 13:15
**appears** 27:2
110:22 156:6
183:24
**appendix** 29:10
89:4
**applicable**
106:6
**application**
5:10 68:8,13

[appreciate - avenue]                                                        Page 6

**appreciate** 7:18
  10:10 65:19
  115:6,15 120:4
  161:4
**approach** 13:9
**approached**
  43:12
**appropriate**
  68:1 98:3
  140:23 142:22
  176:9
**april** 42:24
**area** 9:4 147:22
  153:14,14
  155:23 157:3,7
  157:9 177:2
**arguing** 167:16
  167:16
**argumentative**
  62:23
**arizona** 83:19
**arrange** 55:18
**arrived** 14:14
  37:15 73:6
**arrow** 118:1
  120:8 121:14
**art** 90:22
**article** 13:7,11
  13:13
**articles** 13:18
  13:21 14:2,5
  62:20
**articulate**
  176:14
**artificially**
  58:22

**arts** 108:21
**asb** 5:5,7 67:11
  67:22
**asbestiform**
  62:21,21
**asbestos** 5:12
  19:8 21:22
  24:23 46:4 52:6
  56:1 62:20
  64:18 66:24
  68:10,15 70:6
  75:18 79:24
  88:19 91:12
  96:2 97:2
  100:21 126:2
  126:24 131:23
  149:16,16,17
  149:20 163:15
  169:5,9 170:8
  170:21 171:20
**ashcraft** 3:9
**ashcraft.com**
  3:12
**aside** 27:6
**asked** 27:11
  46:10,17 49:22
  50:20 56:23
  138:15 141:17
  146:21 168:24
  172:4
**asking** 8:8 10:1
  35:13 42:16,22
  43:12 49:24
  58:19 84:14
  96:1 99:7 102:2
  103:16 130:9

  131:15,16
  132:18 171:22
  177:12 180:5
**asks** 12:2 13:24
  17:11 45:15
  112:14
**aspect** 171:7
  186:12
**aspects** 82:13
**assessing** 176:5
  176:6
**assessment**
  25:10,12 27:4
  27:19 148:11
**assessor's** 27:2
**assign** 174:5
**associate** 85:13
**associated** 58:6
  61:22 77:4
  80:10 85:2,9
  87:14 129:7
  146:8 147:16
  156:11 183:3
**associating**
  121:21
**association**
  62:5,10
**assume** 136:19
**assumes** 37:2
  173:20 179:4
**attach** 63:23
**attached** 39:5
  41:3 66:18
**attachment**
  39:3

**attachments**
  63:16
**attended** 9:19
  10:5 11:11
**attending** 58:3
  139:8
**attention** 27:15
  27:23 28:5
**attorney** 42:13
  44:7,14 189:13
  189:15
**attorneys** 2:6
  2:11,17,23 3:13
  3:18 48:15,22
  56:14 65:5
**auditor** 25:6
**august** 45:22
  47:3,9,15
**author** 13:15
  20:7
**authored** 14:3
  24:1 59:17
  68:12 130:4
  134:22
**authorship**
  29:1 130:3
**automatic**
  102:10
**automatically**
  81:16 131:3,5
  160:6
**availability**
  43:13
**available** 134:8
**avenue** 1:23 2:9
  2:15

[average - believe]                                                    Page 7

**average**  85:19
  85:20,22 108:4
**aware**  26:15
  28:2,13 31:14
  31:17 32:15
  33:23 35:22
  36:17,19,22
  37:4 46:5,6
  52:1 58:3,7,10
  58:21 59:8
  61:19,20 66:14
  66:15 88:10,14
  88:19,23 90:9
  90:12,13,16,17
  90:22 91:1,17
  91:21 126:13
  126:18 132:7
  139:16 172:2,7
  181:1
**awful**  66:3

**b**

**b**  12:3 155:9,10
  156:23
**baby**  45:14
  64:19 90:11,15
  90:20,23 91:2
  91:13,20 95:9
  95:10,16 96:3
  96:19,23 97:3
  105:11 132:2
  132:20 137:20
**bachelor**  9:24
**back**  11:7 13:6
  13:22 15:9
  18:19 26:18

27:7 35:8,20
37:13 42:3 43:4
48:23 50:15
52:15 53:23
56:16 75:13
78:7 79:14
80:17 84:16
93:4 106:2
123:8 127:7
144:14 145:1
157:11 158:5
160:14 175:6
176:22 183:20
**background**
  103:14 136:6
  162:8
**balanced**
  127:22
**balancing**
  126:12
**bald**  45:5
**ballpark**
  168:15
**bandli**  30:24
  31:3,16,24
  32:16 33:6,11
  33:24 34:5 38:1
  39:18,22 40:8
  41:4 91:14 94:3
  139:5 172:14
**bank**  2:10
**bar**  103:3,5
  106:4,6,8,12
  146:13 148:3
  166:19

**barely**  29:19
**base**  137:2
**based**  22:3
  41:15
**basic**  17:9 64:5
**basically**  89:15
**basics**  133:16
  133:17
**batch**  117:5
  151:16
**batching**  18:23
**bbraly**  2:6
**bear**  12:1,6
  35:15
**beasley**  3:4
**beasleyallen....**
  3:7
**becke**  100:6,7,8
  100:14,19,20
  100:24,24
  101:9,12,22,23
  102:3,11
  104:16 111:18
  112:11,18,20
  112:24 113:3,5
  113:10,11,12
  113:13,14,15
  113:15,18
  129:19,21,24
  130:6,20 131:2
  140:23 141:2,9
  142:1,11 145:8
  145:10,12,13
  145:21 146:2
  146:10,13,16
  146:19,23

147:9,17
148:12 150:17
152:24 153:1
153:13,16,19
153:24 154:15
155:8,9 158:2
158:15 160:7
174:7 175:4,17
175:24 176:2
177:23 178:2,3
187:14,17
**began**  35:24
  127:10
**beginning**
  27:10
**begins**  79:15
**behalf**  43:12
**behaved**  151:2
**belief**  74:10
**believe**  23:16
  24:16 31:4,21
  36:12 39:19
  44:23 46:18
  47:20 50:11
  54:13,24 59:9
  59:16 64:19
  70:5 71:11
  73:24 83:24
  85:19 99:4
  102:21 109:17
  109:23 119:14
  119:19 120:14
  131:21 132:4
  132:15 145:1
  146:20 162:13
  179:22 181:24

**[believe - brought]**                                    Page 8

184:8

**benefit** 64:3

**benjamin** 2:3

**bentonite**
171:20 173:12
173:15 178:10
179:1,21 180:2

**best** 65:19
85:14 107:23
140:8 141:5
146:12 189:11

**better** 56:3
140:11 163:16

**beyond** 167:8

**bh** 55:24 126:1
126:4,4,5,5,13
126:18,22,23
127:6 137:1,1
138:5

**big** 57:16,17
109:19

**bill** 56:15
124:17

**billed** 54:6 55:8

**billing** 54:10
55:3 90:6

**birefringence**
80:15 81:5,10
81:12,13,15,20
82:5,9,14 83:2
83:11,23 84:17
84:21 85:2,5,9
85:12,24 86:2,7
86:18,24 87:5
87:10,14

**birefringences**
80:9 86:14

**bishop** 48:7,11

**bit** 7:16 40:16
73:5 84:15 99:8
102:19 111:4
123:19 125:9
158:6 186:19

**blade** 110:24

**blank** 105:12

**blended** 177:23

**blending** 156:6

**blob** 121:11

**block** 18:10,13
18:23

**blocks** 18:10

**bloss** 10:23
11:3 13:8 14:16
20:6 31:8 32:2
33:6 113:17
148:6 150:3,3
155:1,1,14,19
156:15

**bloss's** 153:14
178:4

**blue** 76:20 96:6
96:8,11 102:19
110:22,23
111:3,4,18,19
112:5,6 121:9
121:10 153:17

**bluish** 125:11
154:22

**bond** 4:17 24:3
24:7 45:14,16
46:11 136:3

**book** 19:20,20
19:21,23,24
20:1,2,6,9,10
20:11 21:13,20
75:19,20 76:15
76:21 79:3,10
79:14,17 84:22
84:23 113:17
150:3,5

**books** 75:17
76:2,4

**border** 112:22
175:18 177:22

**born** 8:18,23

**bother** 91:8

**bottle** 21:9

**boundary**
141:8,12
142:10,23
143:11,14,16
143:23 182:8
183:12 184:5,7
187:5

**bow** 146:15,21
148:2,5

**braly** 2:3 4:6
7:8 26:22 29:22
29:24 38:13,19
40:20 41:20
42:2 44:12,13
45:16,18 48:18
50:4,7,12,18
52:12 76:12
80:18,22 81:2
82:2,3 91:22
92:2 93:3

104:21 105:4,6
112:1,3 117:11
119:10 131:10
131:14 144:12
158:10,13,14
159:12,14
168:11,12
172:24 173:14
174:15,19
179:11,13
187:21

**brand** 147:15

**branham** 2:3

**break** 40:19
41:21 42:1
80:21 91:24
93:7,8 123:20
127:24 131:11
131:13 159:11
159:13

**breaks** 8:2

**briefly** 25:13

**bright** 121:10

**brightened**
58:22 133:23
134:4

**brightness** 59:5
59:7 183:2

**bring** 27:15,23
55:19 98:5
112:21

**broke** 9:17

**brought** 18:14
28:4 31:21,21
71:20 95:24
138:13

**brown** 154:21
155:18
**brownish**
127:19 154:20
156:15
**bruce** 48:7,10
**brunswick** 1:23
61:4
**bryan** 30:23
31:15,18,21,23
31:24,24 32:16
33:5,11,24 34:4
37:24 38:1
39:17 91:14
94:3 139:5,7
172:14
**build** 33:6
**builded** 127:4
**building** 15:3
23:3 124:5
**built** 124:9
125:23 126:6
153:12
**bulb** 123:23
124:3,20
**bulbs** 125:18,18
**bundle** 6:11
84:12 87:9 98:7
148:20,24
149:1 152:6,7
159:3,17,19
182:18,20
**buy** 185:10

**c**

**c** 2:1,20 3:2
17:13 29:10
30:1 60:15
153:8 155:9,10
**calculate** 20:13
81:17 86:7,17
143:4
**calculated**
81:20 82:5,8
**calculating**
83:2 86:5
**calculation**
20:18 83:1
**calculations**
81:5
**calibrated**
129:22
**calibration**
128:17 165:17
**calidria** 35:14
36:7,7,11,15,18
36:23 37:1 71:2
71:7,12,15
74:22 96:16
116:16 117:1,5
118:4,18
119:19 162:10
162:17 163:3
170:15 171:20
173:9,11,16
178:9,11,12,17
178:19,21
179:1,3,21,23
180:1,6

**california**
83:19 116:16
117:5 118:3
171:24 172:8
**call** 19:23 21:21
37:22 98:15
99:22 136:9,15
150:13 152:1
157:23 167:5
185:11,11
**called** 9:4 13:9
16:15 17:8 18:9
18:20 19:19
20:23 21:7
22:20 39:6
42:22 68:12
75:21 76:23
100:15 115:23
116:4 118:13
118:15 143:16
150:2,3 154:16
177:9 182:9
**calling** 154:15
**calls** 132:5
**camera** 47:11
126:14
**campus** 3:15
**canada** 69:17
83:18 149:9
152:9
**canadian** 96:20
152:7 170:10
**cancer** 22:24
**capture** 113:20
114:3,12,12,16
114:16 115:4

**captured**
133:18 135:20
**capturing**
114:24 115:16
136:23
**carbide's** 118:3
**card** 12:19
56:11
**care** 3:18
**career** 7:16
**careful** 163:16
**carefully**
121:17
**cargille** 5:7
63:21 67:13,20
67:22 101:19
154:2,9 156:20
156:22 187:18
**case** 23:6 29:6
35:24 38:6
42:17 49:12
51:12,20,23
52:2 54:14
66:13,13 69:5
86:18 100:3
108:21,21
117:9 135:3
139:6 161:9
166:23 183:10
**cases** 22:24
51:12 59:18
**catch** 114:1
**cause** 26:1
143:17,21
**caused** 141:6
185:22

[ccr - chrysotile]                                                        Page 10

| | | | |
|---|---|---|---|
| **ccr** 189:21 | **chair** 11:4 | 156:16 165:20 | **chrysography** |
| **cdcs** 5:17,18 | **challenging** 8:7 | 166:12,15,15 | 186:11 |
| 94:21,24 97:11 | **chance** 7:14 | 167:10 178:4 | **chrysolite** 79:4 |
| 102:14 | 41:17 53:23 | **chatfield** | 79:8,20 96:20 |
| **center** 2:20 | 163:17 | 146:18 | **chrysotile** 4:15 |
| 97:23 99:10,11 | **chang** 61:12,12 | **chatted** 7:13 | 5:23,24 6:11 |
| 99:16 122:14 | 61:15 | **cheap** 127:2 | 17:10,13 19:7,8 |
| 123:3 145:24 | **change** 22:11 | **check** 27:19 | 20:21 24:2,5 |
| 157:21 | 101:1 113:1,3 | 129:19,20 | 27:17,24 60:1,4 |
| **centigrade** | 150:18,23 | 131:4 145:8 | 60:18 64:5,18 |
| 22:10 | 159:5 182:11 | **checking** | 68:2 69:2,4,12 |
| **central** 9:7 | 184:12,16 | 129:24 | 69:14,17,19 |
| 16:13 17:22 | 186:3,5 | **chemical** | 70:2,14,24 |
| 18:1,9,11,13,15 | **changed** 9:6 | 108:21 | 74:24 75:6,9 |
| 18:20 19:10 | 159:6 165:18 | **cherry** 3:16 | 77:4,6,12,13,21 |
| 36:24 96:6 98:2 | **changes** 165:16 | **chicago** 31:18 | 77:23 78:10,11 |
| 98:12,14 99:22 | **changing** | 31:23 32:16,24 | 78:19,22 79:4,5 |
| 100:1 101:21 | 160:10 | 132:13,16 | 79:19,19,24 |
| 102:11 104:2,7 | **chapter** 21:20 | **children** 167:7 | 82:16,22 83:17 |
| 111:1 112:10 | 76:24 | **children's** | 83:22 84:18 |
| 113:2 128:2 | **chapters** 76:10 | 167:4 | 85:2,24 86:4 |
| 141:6 142:1 | **characterizati...** | **china** 8:23 9:1 | 87:5,21 88:3,4 |
| 143:8 144:3 | 67:6 | 9:9,16,20 13:20 | 88:5,12 90:11 |
| 145:7,22 147:5 | **charge** 56:12 | 14:5,9 16:7,9 | 90:14,20,23 |
| 157:11,14 | **chart** 77:3,9,11 | 16:10,15 17:18 | 91:2,19 96:13 |
| 160:6 166:21 | 99:15 102:14 | 18:3 35:6,21 | 96:14,15 97:5 |
| 174:8 183:15 | 102:20 111:7 | 56:17 165:2 | 98:7 107:3,14 |
| 187:10,11 | 113:18,18 | **chinese** 10:18 | 108:1,4,6,7,12 |
| **certain** 158:8 | 121:22 123:16 | 35:3 118:9,13 | 108:19 109:5,8 |
| **certificate** | 146:16,17,18 | 118:15 119:6 | 110:1 116:15 |
| 149:5 189:1 | 146:19 147:1,3 | **chonqing** 9:4 | 116:16 117:1,5 |
| **certified** 1:20 | 147:5,21 148:3 | **choose** 68:23 | 118:3,9,10,14 |
| 189:3 | 148:6,7,8,9,11 | **chris** 168:11 | 118:15,18,19 |
| **certify** 189:4,7 | 148:13 152:23 | **christopher** 2:9 | 119:8,18,19 |
| 189:12 | 153:14 155:1,2 | **chronological** | 120:9 122:5 |
| | 155:7,14,20 | 34:17 37:7 | 131:18 132:2 |

132:20 149:9
149:15,18
151:1,5 152:3,8
153:4,5 159:7
161:6,8 162:5
162:10,14
163:17,20
164:1,3,9,14,21
165:1,4 166:13
166:20 167:13
167:18 168:2,4
168:15 169:3,5
169:11,17,21
170:9,11 171:4
171:24 172:8
172:16,18
173:16,19,22
173:23 174:1,3
174:11 175:7
178:19 179:17
182:1,17,19
183:9 184:8,12
184:12 187:4
**chrysotiles**
  35:14 69:21
  149:1 161:24
  163:8 166:21
**chun**  1:8 4:5,13
  7:4 23:14 64:7
  65:19
**circle**  18:19
**circumstances**
  52:24
**cite**  166:17
**citizen**  12:14,16

**city**  9:6,6 55:19
**claims**  160:16
**clamshell**
  122:14
**clarification**
  12:2 13:24
  17:11 33:17
  45:15 112:14
**clarify**  10:8
  13:23 147:19
**clarifying**  35:2
  48:16
**clark**  2:6 4:11
  22:21 23:5,7
  35:23 42:17
  50:2
**clark's**  49:12
  51:23 52:2
  66:13 135:3
**clay**  171:21
  173:12 178:10
  179:1,21
**cleaning**  75:12
**clear**  119:9
  121:1 145:18
  154:12 177:13
  181:12 182:8
**clearer**  120:15
  121:7 122:24
**click**  114:11,16
**close**  68:24
  100:5 107:8,10
  107:11,22
  113:13 145:14
  149:23 151:24
  154:23 155:4

156:17 157:6
**closely**  156:11
**closer**  100:18
**closest**  155:23
  156:2 177:23
**coalinga**  116:15
  118:2,8,10,18
  122:5
**coauthor**  13:7
  76:1
**code**  116:17
  119:16
**coefficient**  21:8
  169:7
**cohen**  2:8
**coincide**  186:20
**coincidental**
  186:20
**colder**  125:10
**collaboratively**
  34:6
**collect**  16:20,21
  73:2 85:17
**collection**  5:3
  5:14 34:16 63:9
  72:1,3
**college**  9:9,16
  16:8 61:13
**color**  19:20
  20:14 21:16,24
  57:19 84:2,4
  96:7,17 97:19
  97:20 98:1,4,10
  98:12,15,16,18
  98:18,20,24
  99:3,12,12,15

99:16,17,20,23
100:4 101:22
102:13,13,13
102:15,17,19
102:20 104:2
105:20 111:6
111:17,19,20
121:21 122:7
123:15 124:2,8
124:20 125:5,8
125:10,21
127:20 128:18
140:22 141:7,7
142:9,10 143:9
144:3,5 145:10
146:8,13,16
147:2,3,6,16,24
148:3,7 152:15
152:16,17,22
153:17,17,20
155:12,13
156:14 157:22
160:1,2,3
165:18,20
166:11,19,22
167:10 174:5,9
175:2,9,11
178:3 182:4,10
183:6,16,18
184:21,21
185:21 186:3
186:16,17
187:11,12
**colorado**  90:13
**coloration**
  184:16 185:5

**[coloration - containers]**                                                    Page 12

185:16
**colors** 36:24
  72:7 99:18
  129:7,11
  141:21 142:17
  144:17,22
**column** 70:15
  158:19 167:18
**come** 10:11
  13:22 15:9 20:5
  27:7 32:7 44:6
  50:15 77:18
  91:10,11 105:4
  114:7,9 126:14
**comes** 69:13
**coming** 14:6,9
  46:1 53:7
  124:21
**commencem...**
  11:11 189:4
**commencing**
  1:24
**comment** 81:4
**commerce** 3:5
**commercial**
  100:22 101:5
  163:10
**common**
  149:17
**commonality**
  180:16
**communicate**
  40:12,14 140:7
**communication**
  40:4

**communicati...**
  39:21 50:1,10
  66:5
**community**
  7:17,18
**companies**
  67:14
**company** 12:21
  12:22 154:9
**compare** 53:24
  156:15 178:3
**compared**
  108:12
**comparing**
  102:20 155:19
  175:9
**comparison**
  102:14 134:14
  167:17
**compensator**
  185:10
**complete**
  114:11 126:7
**completed** 11:8
  38:4 54:15
**completely**
  12:6 142:16
**completion**
  73:1
**complex** 15:11
**complicate**
  46:18
**complicated**
  20:17 185:13
**composition**
  159:2,4 180:16

180:21 181:5
**computer**
  29:19,21
**concept** 83:14
  83:15 140:19
  141:3
**concerning**
  62:13
**concerns**
  124:19
**concert** 170:6
**conclude** 64:2
**concluded**
  188:4
**conclusion**
  134:6 148:20
  171:5
**condition** 99:2
**conduct** 27:12
  65:4
**conducted**
  32:23 36:6 51:6
  51:7 59:4 71:8
  116:23
**conducting**
  54:19 58:16
**conference**
  40:9 132:14,14
  132:15
**confident** 41:16
**confirm** 111:18
  130:5 133:2
  134:12,13,17
  140:23 142:2
**confirmed** 47:6
  134:22 141:24

142:10 152:5
  158:1
**confirming**
  142:11
**conformance**
  28:22
**confused** 83:15
  118:11
**confusing**
  89:24 186:6
**congress** 63:3
**connecticut**
  55:18
**connection**
  132:10
**consider** 9:19
  75:4 137:22
**considered**
  22:6
**consistent** 98:8
**constant** 98:23
  152:3
**constants** 13:9
**consult** 53:6
**consulted** 49:14
**consulting**
  32:13 64:20
**consuming**
  101:5
**contact** 43:20
  48:3 52:5
  149:23 151:24
**container** 73:16
**containers** 5:14
  72:3,7,20 93:17
  93:21

[contains - court]                                             Page 13

| | | | |
|---|---|---|---|
| **contains** 17:10 | **convert** 148:2 | 107:4,7 108:22 | **correspond** |
| **contaminant** | **cool** 19:2 | 109:6,7,14 | 34:6 99:1 |
| 172:1 | **cooling** 150:24 | 110:4,5 111:17 | **corresponded** |
| **contaminants** | **copy** 53:17 76:7 | 111:22 112:19 | 48:10,14 |
| 172:7 | 174:12 | 112:21 113:23 | **correspondence** |
| **contaminate** | **corner** 177:3 | 114:5,22 115:2 | 5:3 34:11 37:17 |
| 172:10 | 177:15 | 116:10,13 | 38:20 39:16 |
| **contaminated** | **corning** 156:20 | 117:6,10 | 63:9 |
| 173:24 | **corporate** 3:10 | 121:12 122:3,6 | **corresponding** |
| **content** 50:1,10 | **correct** 8:23 | 123:7 124:18 | 48:17 102:15 |
| **context** 37:24 | 9:10 15:16 | 124:23 125:6 | 102:23 104:6 |
| 78:20 | 17:22 24:14 | 125:12,13,15 | 143:8 144:3 |
| **continue** 46:13 | 25:6 27:12 28:6 | 125:23,23 | 157:13 |
| 109:1 119:20 | 28:10 36:8 | 127:9 128:8,12 | **corresponds** |
| **continuous** | 38:24 39:23 | 128:22 129:2,7 | 99:15 103:13 |
| 111:10,12 | 40:10 41:4,5,17 | 129:8,13,23 | **cosmetic** 27:24 |
| **contractors** | 43:8,9 46:15 | 133:18,19,21 | 127:11 163:20 |
| 90:19 | 47:8,21 52:8 | 133:22,24 | 164:3,10,14 |
| **contrast** 100:9 | 53:4,5 55:5,6,9 | 134:5,23,24 | **cost** 56:8 126:4 |
| 100:11 | 58:8,9,12 59:19 | 135:12,20 | **council** 3:18 |
| **contribution** | 63:13 68:4,5,15 | 136:1 139:12 | **counsel** 3:7 |
| 31:8 | 69:9,15,16,19 | 141:1,14,22,23 | 50:1 189:13,16 |
| **convenient** | 69:20,23,24 | 142:3,13,15,19 | **couple** 23:2 |
| 160:10 | 71:8,9,17 72:7 | 144:16,19,24 | 38:21 69:10 |
| **conversation** | 72:18 73:7,14 | 145:6,9 155:15 | 89:19,22 128:1 |
| 38:15 | 73:16 74:8 75:7 | 157:22 158:1 | 128:19 146:14 |
| **conversational** | 78:13 79:21 | 163:5,9 165:6 | 146:21 171:23 |
| 38:15 | 80:12,16 81:7,8 | 166:24 170:18 | 187:22 |
| **conversations** | 82:6,24 83:6 | 171:2 172:15 | **course** 17:9 |
| 39:21 40:7 | 84:19 85:4 86:9 | 176:13,20 | 31:9,19 32:23 |
| 48:22 | 86:15 87:7 88:8 | 181:17 | 33:10,20 59:1,2 |
| **conversion** 5:5 | 90:4 94:4,16 | **correction** | 65:1 66:3 133:1 |
| 5:7 63:21 67:11 | 95:2,5,6,17 | 153:11 | 173:16 |
| 67:22 128:21 | 97:14 100:9 | **correctly** 11:16 | **court** 1:1,21 |
| 153:12 167:2 | 103:1,3 106:1,4 | 77:19 81:12 | 38:6 181:9 |
| 167:11 | 106:16 107:1,3 | 85:21 128:16 | 189:3 |

[courthouse - depending]                                      Page 14

**courthouse**
25:15
**courtroom**
54:11
**cover** 7:24 17:4
17:5 81:1 87:22
167:2,8,11
180:10
**cplacitella** 2:11
**cprlaw.com**
2:11
**crazy** 35:10
**create** 144:11
146:15
**created** 29:12
30:13 53:13
146:18 153:12
**credit** 56:11
**crew** 47:12
**criteria** 115:11
143:3
**critical** 143:1,6
143:18,20
144:2
**criticism** 28:8
28:10,11,12,14
84:10 170:14
**criticisms** 58:1
107:13 114:18
133:5 169:14
**critique** 81:5
113:5
**crocidolite**
149:18
**crop** 115:18

**cropped** 114:14
115:1,12
**cropping** 115:5
115:5
**cross** 50:2
130:19 185:9
**crossed** 184:15
184:20 186:10
**crow** 3:4
**crystal** 151:2
159:2,4 180:16
180:23 181:14
183:8,14
184:10
**crystallograp...**
181:7
**csds** 5:21 6:6,7
6:8 102:14,20
104:8,12 111:7
120:23 121:22
122:20 123:16
130:5,19
152:23 157:18
**ctl** 93:20
**cumbersome**
20:14 101:4
**curious** 12:12
159:17 184:1
**currently** 51:22
**cursor** 111:24
**curve** 20:20,21
20:22 108:5
**curved** 122:13
**custom** 126:7
**cut** 17:3

**d**

**dad** 29:18,20
**dale** 13:9
**dallas** 2:5
**dark** 112:5
120:12 155:18
**darker** 111:4
**dash** 166:12
**data** 21:12
41:15 84:1
106:9 113:24
164:21 169:13
**database**
113:23
**date** 35:20
38:21 51:19,23
54:5 189:10
**dated** 4:14,17
6:9,10 23:16,22
24:3,7 34:22
39:5 42:11,24
43:11 54:16
171:8,10,17
**daughter** 45:23
45:23 53:10
**david** 75:21
76:15
**day** 14:21 35:23
37:22 49:9 64:4
65:2 73:21
180:10 181:12
187:24
**daylight** 124:5
124:6,8,22
125:16 126:7,9

**days** 40:1
**dc** 45:24 47:5
**deal** 141:3
171:7
**dealing** 86:12
87:2,4 128:23
**dean** 2:3
**december**
26:18
**decent** 56:2
**decide** 170:10
**decimal** 22:9,11
162:12,21
**decision** 129:20
160:18 165:12
**deep** 111:18,19
**deeper** 96:11
**default** 115:16
**defendant** 2:17
2:23 3:18
**defined** 81:17
**degree** 9:24
22:10 175:20
176:8,17 177:9
**degrees** 137:9
143:5 153:8
**delaware** 11:15
11:24 12:1,6,8
35:15 44:4,4
67:1,4
**delivered** 35:19
**deny** 133:2
**department**
19:19 61:13
**depending**
69:13 176:5

**[depends - discussed]**                                                        Page 15

**depends**  113:9
**deposit**  165:1
**deposition**  1:7
  4:11,12 7:21
  23:4,5,8,10,13
  49:19 50:3,11
  50:21 51:5,11
  51:14,16 56:21
  58:2 59:3 66:2
  66:12 94:7
  135:7 158:7
  188:4
**deposits**  172:8
**derivation**
  21:15
**derive**  99:20
**deriving**  21:23
**describe**  21:2
  147:24 157:1
**descriptions**
  76:24
**descriptive**
  148:8 155:13
  155:19
**design**  126:7
**designated**  52:2
**designation**
  119:6
**designed**  124:7
  137:7
**detail**  18:6
  128:19
**detailed**  26:14
**details**  58:19
**detectible**
  132:19

**determination**
  131:2 174:9
**determinator**
  185:5
**determine**  69:7
  99:19,21
  113:10,17,19
  138:5 148:13
  155:2,12
  161:10 175:24
  176:18,21
  177:1,23
**determined**
  141:9 159:1
  184:22
**determining**
  164:2
**detraction**
  150:14
**develop**  21:6
**developed**
  17:24 30:2
  147:21 149:4
  150:2
**developing**
  149:22
**development**
  30:6
**device**  150:15
**dial**  137:10
**diameter**  18:18
**diaphragm**
  100:6
**difference**
  85:21 109:19
  161:17 183:14

  184:23 186:16
**differences**
  187:8,9
**different**  15:8
  47:11 69:14,18
  72:7 73:5 84:9
  85:16 93:17
  98:18 100:8
  106:17,19
  115:21 116:8
  116:12 125:5
  125:19,21
  140:12 141:16
  141:21 142:17
  144:17,22
  147:8 148:19
  149:1,2 155:8
  158:6 165:13
  165:20,20
  169:17 170:9
  180:15,20,21
  180:23 181:7
  181:14,16,18
  181:19 183:2
  183:10,13,16
  184:11 185:6
  185:16 186:12
**differentiate**
  98:11
**difficult**  67:6
**digital**  58:11
  114:3 115:4
  126:14 174:13
  179:7
**digitally**  58:11
  138:19

**dimmed**  58:22
**direct**  9:6
  138:21
**direction**  68:2
  70:3 75:6 77:5
  82:21 84:4,5
  95:4,4 96:7,8
  96:16 97:14
  98:4,24 99:10
  120:10,14,14
  120:22 121:7
  121:14 122:24
  150:16 151:8
  153:6,6 166:6
  176:4
**directions**
  153:15
**directive**
  155:24
**directly**  11:5
  18:22 23:17
**dis**  113:19
  187:20
**disagree**  83:12
  129:12,17
  165:10
**disbursing**  96:7
**disc**  18:17,19
**discovered**  90:1
**discreet**  84:15
**discrete**  87:9
**discretion**
  128:10,24
**discuss**  169:2
**discussed**  49:10
  128:18 177:24

[discussing - drimmc]                                      Page 16

discussing
  17:20 37:22
  40:2
dispersed
  113:13,15
  178:3
dispersion  5:9
  17:22 18:1 19:6
  19:11 20:13,20
  20:21 21:8,11
  21:16,24 27:16
  27:20 36:24
  57:18 68:7,12
  84:2,3 98:2,10
  98:12,15,20
  99:23,24 101:8
  101:22 104:2,2
  104:7 105:19
  112:15,16
  113:2 128:3,16
  128:18 129:23
  131:2 141:7
  143:9 144:3
  146:17 147:5
  152:17 159:24
  160:2,3,9
  166:11,21
  169:7 174:8
  183:5,15,17
  185:21 186:17
  187:11,12
display  84:3
  98:17
displayed  115:2
dispute  64:17
  132:21 164:8

      178:10
distinction
  96:15 142:10
distinctive
  183:11
distinctly  183:2
distinguish
  19:10 99:23
  113:11 159:19
distorted  57:18
  98:15 99:1,3
  101:21 105:19
  141:8 143:9
  152:17 160:2,3
  183:5 186:17
  187:11
distortion
  130:7 141:6,14
  142:11,13
  143:13,15,17
  143:24 144:23
  145:4 186:6,20
distribution
  42:21 57:14
  108:1
district  1:1,2
dm  41:11
dm2700  124:14
dobslegal.com
  2:6
doc  20:6 150:3
  169:16
document
  23:17,20 26:14
  27:3 28:1 41:6
  43:11 51:15

  67:20 91:11
  119:21 179:5
documents
  23:12 26:9
  66:18 70:5
doing  8:22
  16:16 17:18
  31:22 34:23
  41:9 54:23
  87:13 89:15
  112:17 127:10
  128:7 139:2
  156:8 163:15
  171:13
donald  10:22
  11:3
doubt  100:4
  131:4 173:19
  179:2
doug  14:15
douglas  42:12
  42:21 43:4
  48:13 55:10,11
dr  5:4 7:9 15:13
  15:24 18:4
  19:21 20:19
  25:2,8,11,23
  27:1,11,14,15
  27:22,22,23
  28:4,7,16,20
  30:5,17,23,23
  31:2,3,8,9,11
  31:15,18,20,21
  31:24 32:3,17
  33:5,6 35:13,23
  36:13,14,17,22

  37:1,12,21 38:3
  40:7,7,12 41:3
  41:4,12 42:3
  45:22 46:1,3,9
  46:24 47:4,17
  49:8 51:14
  54:11 61:2,5,8
  63:10,12 64:22
  66:6,10 74:9,11
  81:6,19,24 82:4
  82:21 85:14
  88:2,11 95:22
  98:21 105:9
  107:13 113:17
  114:21 119:4
  119:15,19
  146:7,15,21
  148:2,5,6,18
  150:2 153:14
  160:16,18,23
  163:23 164:1
  165:10 166:5
  166:12,18
  167:17 169:10
  170:13 171:21
  178:3 181:20
drag  116:1
drastically
  180:22
drawl  45:5
drew  16:4
drimmc  5:5
  63:21 66:23
  67:11,13
  146:15

**drive**  3:10
**driving**  52:22
**dubin**  49:3,5,9
**due**  99:1 141:8
  186:4,5,18,22
**duly**  7:2,5
  189:5
**dumb**  95:18
  144:7
**dustin**  42:17

**e**

**e**  2:1,1 3:1,1,2,2
  12:3 17:13,14
  44:11,11 127:3
  155:9,9,10,10
**earlier**  13:17
  161:1 168:13
  183:21
**earliest**  13:6
  14:3
**early**  34:23
  35:1
**earned**  10:16
**easier**  13:2
  21:17 108:11
  151:12
**east**  177:3,6
**eastern**  177:17
**edge**  97:23
  111:20 123:3
  140:22 141:8
  141:12 142:9
  142:18,18
  143:11,14,23
  144:22 145:23

147:11 175:19
  177:2 183:17
**edges**  99:13,16
  111:2 141:22
  144:21
**edition**  75:21
  76:5
**educating**
  77:20
**effect**  22:8
  57:20 141:9,12
  142:19 143:11
  143:11,14,16
  143:23 144:1,4
  177:24
**effort**  29:17
**eight**  13:3
  186:15
**either**  34:4
  39:17 40:8
  51:12 76:1
  109:18 127:1
  128:11
**electronically**
  26:7,9
**elemental**
  159:2,4
**elevate**  9:7
**eligible**  13:1
**eliminate**
  150:21
**elimination**
  100:15,16
**elongated**
  105:20 153:6

**elongation**
  185:4
**else's**  51:11
**email**  39:11
  41:3 42:20 43:3
  55:12 63:11
  65:10 66:9
**emails**  4:20,22
  34:20 35:3 42:6
  42:8 63:12
**emphasis**  5:11
  68:9,15
**employed**
  47:20
**employee**
  189:13,15
**encompass**
  168:22
**encounter**
  163:22
**english**  2:19 7:5
  8:4
**enlarge**  99:8
**ensure**  64:5
  130:6
**enter**  143:7
**entire**  113:20
  114:24 118:4
  187:16
**entirely**  29:13
  29:14 118:14
  152:8
**entitled**  1:19
  104:12 182:17
**entries**  54:9,21

**entry**  33:4,18
  54:9 169:14
**epa**  5:13 70:4
  70:10,11 84:16
  85:24 86:12
  88:15
**equal**  143:1,17
**equation**  21:7,7
**equipment**
  11:19 185:13
**era**  114:9
**eric**  146:17
  166:12
**error**  165:13
**esquire**  2:3,9
  2:14,14,20 3:4
  3:5,10,15
**essentially**
  146:17 147:15
**establish**
  149:10 151:13
  164:8
**europe**  12:22
  12:22 139:8
**evaluate**  57:24
  59:2 112:10,17
  112:22 113:6
  147:16 157:12
  157:22 176:2
**evaluated**
  164:24 165:4
  172:13
**evaluating**  68:2
  86:4 97:19
  99:14 111:16
  112:20 129:11

| | | | |
|---|---|---|---|
| **eventually** 57:6 | **exhibit** 23:4,7,9 | 121:14,24 | **expiration** |
| **ewald** 2:14 | 23:13,15,22,24 | 122:1,10,20,22 | 189:22 |
| **exact** 32:5 | 24:5 25:1 26:6 | 123:2,8 133:7 | **explain** 98:6 |
| 107:21 170:4 | 26:10,22 27:9 | 141:20 143:12 | 99:3 140:9 |
| **exactly** 79:19 | 28:8,9 29:5,5 | 144:14 145:2 | 149:3 155:22 |
| 81:19 134:17 | 30:1,8,14 34:19 | 148:16 154:8 | 166:2 182:13 |
| 165:21 180:4 | 34:20 37:6 | 157:17,18 | **explains** 79:6 |
| **exam** 56:3 | 38:21 40:23,24 | 158:5 161:5 | **export** 40:22 |
| **examination** | 42:5,5,8 48:14 | 165:24 171:8 | **expressed** |
| 7:7 81:7 189:5 | 53:14,15 54:16 | 171:10,14,16 | 69:22 |
| **examinations** | 55:12,12 60:15 | 171:17,19 | **extent** 49:24 |
| 51:6 | 60:15 63:9,11 | 174:3,6 177:15 | 132:1 164:13 |
| **examine** 97:4 | 66:22 67:11,19 | 177:18 178:14 | **eye** 111:15 |
| 100:6 114:16 | 67:22 68:7,11 | 178:23 179:19 | **f** |
| 145:12 178:2 | 70:9,11 72:1,3 | 180:3 182:15 | **face** 40:8,8 |
| 187:17 | 73:12 75:13,16 | 182:19,24 | **facilities** 12:21 |
| **examined** | 76:16,17 79:9 | 183:22,22,23 | **fact** 28:18 |
| 145:20 160:4,5 | 79:11 81:4 | 185:4 186:15 | 58:11 107:14 |
| **example** 58:5 | 84:16 86:11,12 | 187:2 | 114:23 134:7 |
| 69:2,18 73:10 | 94:20,21,23 | **exhibits** 4:9 5:2 | 140:3 173:23 |
| 86:22 93:18 | 97:10,11 99:7 | 6:2 23:2,4 26:7 | **factor** 128:15 |
| 107:24 114:14 | 99:18 102:23 | 67:24 94:18 | 185:1 |
| 126:1 135:9 | 103:18,19,21 | 108:17 129:6 | **factors** 184:22 |
| 138:22 142:22 | 104:5,8,12,14 | **existence** 162:5 | **facts** 37:3 |
| 143:4 145:19 | 104:20,21 | 181:2 | 173:20 179:4 |
| 151:1,8 176:22 | 105:2,7,8,16 | **expensive** 126:4 | **faded** 174:12 |
| **examples** | 106:3,13,14,15 | **experience** | 179:9 |
| 141:21 | 106:15,23,23 | 64:22 | **fail** 163:12,18 |
| **exceed** 143:1,18 | 107:2,5,6 | **experienced** | 170:7 |
| 143:20 | 108:18 109:4,8 | 135:23 139:24 | **failed** 162:13 |
| **exception** 55:7 | 110:1,3,8,11,16 | **expert** 26:2 | **fair** 33:16 63:23 |
| **excess** 55:8 | 110:16,21 | 32:8,13 42:22 | 82:19 85:1 |
| **excuse** 51:17 | 117:12,14,15 | 43:13 46:4 52:2 | 106:24 170:19 |
| **excused** 188:3 | 117:18,20,22 | 88:24 89:2 90:2 | **fairfax** 3:11 |
| **executive** 3:15 | 117:24 120:6 | 90:3 108:20 | |
| | 120:18,21,23 | 117:9 164:8 | |

| | | | |
|---|---|---|---|
| **fairness** 59:20 | 142:24 144:18 | **files** 108:18 | **fire** 152:20 |
| **fall** 85:2 | 145:19 150:10 | **filter** 124:5,6 | **first** 8:4 10:12 |
| **falls** 80:10 | 150:12,16,22 | 124:22 126:7,9 | 11:5 13:14 |
| 125:14 | 151:10,15 | **filters** 125:22 | 14:16 16:7 |
| **familiar** 13:11 | 152:9 153:22 | **finalized** | 21:21 23:4 |
| 24:9 28:10 | 159:3 176:24 | 147:16 | 24:17 25:11 |
| 68:18 | 177:4,16,17,19 | **finally** 170:10 | 27:14 31:2,5,23 |
| **family** 69:12 | 177:21,22 | **finance** 53:10 | 32:7 33:11 |
| 78:11 | 179:2 183:1 | **financially** | 34:18,22 35:23 |
| **famous** 19:17 | 184:1 185:6,23 | 189:16 | 42:11 43:11,20 |
| 61:10 113:18 | 185:24 186:21 | **find** 20:23 | 44:3 45:20 |
| **far** 26:17 46:15 | 187:8,9,16 | 32:22 67:6 97:5 | 46:24 49:6,8 |
| 80:19 93:12 | **fiberglass** | 101:2 103:24 | 52:4 59:11,15 |
| 125:24 155:5 | 149:19 | 108:11 119:15 | 61:2,10 63:14 |
| **faxon** 45:1 | **fibers** 86:13 | 120:15 121:4 | 66:1,21 71:10 |
| **fayalite** 78:3 | 97:2 98:10 99:2 | 150:19 153:19 | 71:13 85:15 |
| **fda** 88:16,17 | 107:9,14 | 164:21 186:19 | 95:22 99:21 |
| 89:4 | 141:21 148:24 | 187:18,19 | 106:14 116:18 |
| **feature** 124:24 | **fibrous** 98:7 | **finding** 27:23 | 116:20,23,24 |
| **february** 43:21 | 107:6 122:24 | 88:3 131:18 | 135:7 136:3,4 |
| 44:2 48:24 52:6 | **field** 16:3,19 | 132:2,19 | 137:20 145:13 |
| **feel** 8:1 84:8 | 57:8 58:16 | 169:23 | 146:15,20 |
| 132:17 | 59:22 61:16 | **findings** 84:10 | 149:9 162:9 |
| **feet** 167:7 | 105:13 106:15 | 89:19,21 105:9 | 174:21 181:8 |
| **feldspar** 17:7 | 106:16,20 | 131:17 132:21 | 182:23 |
| **fiber** 86:4,6 | 113:21 114:4 | **fine** 38:23 | **five** 41:23 87:19 |
| 87:9 98:7,8,17 | 114:15,20,24 | 44:20 45:9 | 116:11 135:11 |
| 99:9,21 102:3 | 115:11 136:11 | **fingernail** | 151:4 162:12 |
| 102:12,22 | **figure** 77:9,19 | 150:11 | 162:20 184:14 |
| 107:3 108:6 | 143:10 155:16 | **finish** 38:8 63:7 | **flip** 102:9 |
| 110:17 111:6,9 | 157:9 167:15 | 110:14 115:7 | **floor** 2:15 |
| 111:10,16,20 | **file** 39:5 42:13 | 134:19 160:21 | **fluctuates** |
| 111:21 112:22 | 104:24 118:24 | 180:10 | 22:10 |
| 120:11,12,13 | 119:7 120:1 | **finished** 46:12 | **fluid** 110:4,9 |
| 121:2,18,22 | **filed** 22:20 | **finishing** | 112:23 161:16 |
| 122:12 142:17 | | 151:22 | 175:19 |

[focal - geology]                                                          Page 20

focal   18:19
focus   5:19
    57:20 103:19
    112:22,24
    113:1,4
focused   178:2
folder   72:14,16
    93:15 101:13
    101:14,18,20
    101:24 105:5
    115:22 116:2,4
    116:5,11 117:3
    118:12,14,16
    118:17 119:3
    137:20 138:13
folders   116:2
    118:20
follow   9:22
    77:21 128:22
    129:9 131:22
    139:20 141:10
    186:6
followed   94:24
    128:9 165:12
following
    130:20
follows   7:6
foregoing   189:7
foremost
    100:13
forget   31:5
    141:17
forgive   125:17
forgot   26:19
    114:8

form   19:12
    62:22 82:11
    100:8,10
    128:13 140:2
    142:14 147:18
    155:21 164:18
    186:8
formation   99:3
forming   17:8
    17:17
formula   82:13
forsterite   77:4
    78:3
forth   189:11
forward   94:19
found   20:12
    21:14 88:12,19
    90:10,14,19,22
    91:1,12,19
    161:5 163:20
    164:3 170:16
    170:16
foundation
    158:22
four   2:20 9:22
    33:18,18 87:18
    100:11 133:8
    183:22 185:10
    185:11
fourth   22:9
france   139:11
    139:13
free   8:1
friday   42:24
friends   14:22
    15:20,22 20:15

61:14,14
friendship
    14:21
front   23:17
    29:7 30:7 42:10
    53:18 64:12
    81:4
full   47:1 59:5,7
    113:24 114:4
    115:11 134:5
    135:18 137:13
    166:10
fully   31:17
    110:8 134:8
    136:8 140:5
function   114:13
    115:16
further   189:7
    189:12

                g

g   44:11
gamma   5:18,22
    5:24 6:3,4,5
    68:2 69:7 70:2
    70:14 71:1,2
    74:20,24 75:6
    77:5,22 80:5
    81:11,11,15,17
    81:20 82:14,15
    82:16,21 83:6,9
    83:10,14,23
    84:4 85:18,20
    85:22 86:6,20
    86:21 96:7,8,9
    96:10,11,16

97:12,13 98:3
98:16,24 104:1
104:1,9,13
110:2 116:9,12
117:13,18,20
117:22 120:9
120:19 121:13
151:3,8,9 152:4
152:4 153:6,15
161:10 163:1
166:6,7,13
168:2 169:12
169:18,20
176:1,6 177:9
177:10 182:22
184:23 187:1
gansu   16:9,14
    16:18
gap   162:3
garde   2:20
gateway   2:20
gathered   23:19
general   169:8
    169:20,22
    178:20
generally   58:19
    79:23 85:10
    91:18 131:22
geological   16:9
    16:11,13,17,17
    31:6
geologists   16:19
geology   10:18
    11:9 16:10,11
    19:19 61:13

**geophysics**
  10:18
**georgia**  25:3
**gerel**  3:9
**getting**  28:4
  79:7
**gigabars**  60:5
**give**  38:9 79:14
  83:10 85:12
  120:18 122:19
  140:10 148:11
  156:16 162:7
**given**  7:21 8:4
  178:15,24
  179:20
**gives**  93:19
**glad**  73:4 98:5
**gladstone**  13:9
**glass**  6:8 17:5
  101:19,19,19
  101:21 150:10
  154:2,3,4,5,14
  156:19,20,21
  156:22 157:6,8
  157:18 187:19
**glue**  17:5
  150:11
**go**  21:7 22:16
  33:17 34:16
  50:17,24 53:23
  72:9 75:13
  80:20 94:18
  112:4 132:12
  132:13,17,24
  133:4,5,16
  136:19 139:13

140:4,9 144:14
147:3 158:5
163:14 166:5
175:6 176:22
177:20 182:5,7
182:21 188:1
**goes**  112:5
**going**  13:6
  17:20 23:3,9,24
  26:7 34:16
  40:15 46:13
  48:23 50:14
  52:15 57:5
  60:23 64:9
  66:19,21 67:18
  75:13 76:7
  79:14 80:24
  94:12,19,20
  97:10 100:7
  103:11 104:5
  106:2 110:6
  111:13 114:19
  117:11,12,14
  117:15,16
  123:8 125:9,11
  132:15 143:7
  145:1 153:23
  160:1 166:9
  171:7,14
  182:21
**gold**  4:16 24:3,7
  45:16 46:11
  136:3
**golden**  45:14,17
  99:12 102:18
  105:16

**goldish**  144:20
**goniometer**
  150:13
**good**  7:9,10
  29:21 40:18
  45:3 55:24
  58:18 80:22
  87:4 91:22
  132:16 138:9
**google**  89:16
  91:10
**government**
  9:7,20
**grab**  78:7
**grade**  71:21
**gradually**
  183:13 184:11
**graduate**  14:18
  15:2 16:8
**graduation**
  11:11
**gram**  35:14
**graph**  78:22
  142:23
**graphic**  20:19
  99:2
**graphically**
  20:24
**graphics**
  144:11
**gravel**  62:5,7
**great**  8:19
  18:16 23:19
  35:18 63:18
  72:22 93:13
  146:22

**greek**  70:15
**green**  12:19
  19:21,21 20:2
**greenish**
  105:17 111:4
  112:6 146:3
  154:21
**greve**  44:11,14
  45:11,19 46:2,7
  47:20,24 52:11
  52:15,17
**grid**  16:20,21
**grieves**  44:8,9
  44:10
**grind**  17:3,3
**ground**  7:24
  17:1 81:1
**grounds**  49:23
**group**  16:15
  41:10 42:23
  62:10 83:17,21
  181:10
**grouping**
  122:11 130:2
**growing**  181:2
**growth**  180:11
**grunt**  16:16
**gsa**  132:14
**guess**  12:17
  96:1 132:18
**gunter**  13:8
  14:13,20 27:11
  27:14,22,22
  28:4,7,16,20
  30:5,17 31:9,11
  31:15,20 32:3

**[gunter - hynes]**                                                    Page 22

| | | | |
|---|---|---|---|
| 32:17 33:5 34:1 | **happens** 141:14 | **higher** 69:3 | **hotel** 1:22 |
| 36:12,13,17,23 | 144:9 186:20 | 75:5 85:10,11 | **hour** 43:7 53:4 |
| 45:22 46:1,3,9 | **hard** 150:19 | 87:19,20 101:2 | 54:10 |
| 47:4 49:14 | **hate** 65:24 | 125:8 145:17 | **hours** 54:7,21 |
| 71:18 74:7,12 | 110:13 | 147:23 153:10 | 54:22,22 |
| 95:23,23 | **hd** 93:19 | 153:10 161:7 | 187:22 |
| 119:19 172:4 | **health** 90:19 | 161:24 162:12 | **hued** 125:9 |
| **gunter's** 36:14 | **heard** 15:1 26:1 | 162:21 163:1,7 | **hydroxyl** 181:6 |
| 74:9,15 85:15 | 74:8 | 178:5 | 181:10 |
| **guys** 14:21,22 | **hearing** 35:23 | **highest** 74:21 | **hynes** 2:14 8:13 |
| 15:2,19,19 39:1 | 36:5 49:8 56:15 | 74:23 167:24 | 17:14 19:12 |
| 49:6 | 56:17 61:4 | 168:3,13,17 | 33:17 35:2 37:2 |
| | **heating** 150:23 | **hill** 3:16 | 38:8,17 40:18 |
| **h** | **heavy** 45:4 | **hired** 90:10 | 41:22 43:15,16 |
| **h** 17:13 | **height** 167:5,6 | **history** 149:3 | 43:20 44:1,11 |
| **h4** 126:23 | **held** 1:22 | **hmm** 13:10 | 48:1,5,14,16,21 |
| **half** 116:20,21 | **heldrich** 1:22 | 27:13 29:8 | 49:12,19,23 |
| 137:13 172:5 | **help** 131:8 | 37:20 54:17 | 50:6,9,17,23 |
| **halfway** 135:7 | 146:22 | 57:9 60:3 63:17 | 52:10,11,16,18 |
| **halo** 146:9 | **helps** 79:7 | 65:21 72:8 | 53:22 58:13 |
| 147:16 | **henrich** 3:14 | 123:5 161:14 | 62:22 63:6 |
| **halos** 146:3 | **hercules** 12:17 | 170:1 176:12 | 64:15 76:10 |
| **hand** 76:8,20 | 12:18,20 13:4 | 176:15 | 78:14 80:20 |
| 80:17 137:16 | **hereinbefore** | **hold** 40:15 | 81:22,24 82:11 |
| 157:24 158:19 | 189:10 | **home** 11:20 | 83:3 89:7 91:24 |
| 166:16 | **hesitate** 8:8 | 15:10 56:3 | 100:10 104:20 |
| **hands** 55:1 | **hess** 57:3 59:17 | **honeymoon** | 105:2 119:2 |
| **hang** 38:9 | 139:17 145:6 | 9:17 | 128:13 129:3 |
| **hanging** 139:14 | 145:20 | **hope** 93:6 146:6 | 129:14 131:12 |
| **happen** 143:3 | **hess's** 56:21 | **horizontal** | 132:5,23 140:2 |
| 180:18 | 57:24 59:3 | 99:10 111:9 | 141:15 142:4 |
| **happened** | **hidden** 37:10 | 123:12,14 | 142:14,20 |
| 20:10 | **high** 86:19,20 | **horse** 56:1 | 146:11 147:18 |
| **happening** | 86:20 100:17 | 126:24 | 155:21 158:4 |
| 37:22 | 136:18 137:4 | **host** 31:19 | 158:11 159:10 |
| | 162:6 169:24 | | 160:21 164:18 |

167:22 168:24
172:22 173:13
173:20 174:10
178:18 179:4
179:24 180:7
186:8,23 188:1
**hynes's**  52:14
**hypothetical**
129:14 164:19

**i**

**idaho**  10:2,2,5
**idea**  78:23
135:16 164:23
**identification**
16:15 19:7
21:22 23:8,14
23:23 24:8
26:12 34:21
41:1 42:9 53:16
63:10 67:12,23
68:10 70:12
72:4 76:18
79:12 94:22
97:12 103:20
104:9 109:9
110:2 117:19
117:21,23
120:24 122:21
157:19 170:15
171:11,18
182:20
**identified**  74:21
118:21 122:8
142:9 162:18
164:14 179:19

180:4 187:3
**identifies**  171:3
**identify**  16:23
17:6,16 27:17
36:7 98:1,4
111:6,21
123:15 176:23
**identifying**
82:22 102:23
109:2 118:1
122:7 131:23
170:21 171:4
**illumination**
123:23 125:18
134:5,8 136:1,8
136:10 137:18
137:23 138:13
140:5
**image**  6:8 97:7
97:9,21 103:4,5
103:12,12,16
103:21,24
104:1,7,11,13
104:14,16
105:13 106:7,9
106:12 107:2,6
108:10 109:4
112:21 113:20
113:23 114:1,3
114:10,12,14
114:17,24
115:1,4,10,11
115:12,12,18
120:16 122:17
126:15 127:19
127:21 128:11

129:21,24
130:6 133:12
133:17,23
134:4 135:24
136:2,5,13,23
137:15 138:1,7
138:21 145:2
148:18 153:4
153:19 156:3,4
157:14,18
158:2,6 159:22
174:9,12,18
175:12,23
176:19 178:2,6
178:11,23
179:18,19,22
182:10,23,24
183:17 184:21
185:3,9 186:9
186:10,11,14
187:1,13
**images**  58:21
94:9,17,18
115:13,16
123:24 126:12
135:17,19
137:21 138:2
138:19 141:18
141:19 144:14
146:2 179:6,8
183:21
**imagine**  153:21
**imaging**  139:17
154:1
**imarc**  139:8,10

**imerys**  91:19
**immediate**
136:14
**immediately**
155:8
**immersion**
66:24 147:11
**immigration**
12:13
**importance**
133:3
**important**  65:6
115:7,9
**impressed**
29:19
**improper**
144:23
**inaccurate**
15:14
**incandescent**
125:18
**include**  41:8
57:7 68:2
167:20 171:24
**included**  37:9
102:6 168:19
172:14
**includes**  41:7
93:16
**including**  34:10
91:18 149:17
**inclusion**
164:16
**incomplete**
129:14 164:18

[incorrect - intersects]                                              Page 24

| | | | |
|---|---|---|---|
| **incorrect** 98:22 | 186:12 187:15 | **information** | **interested** |
| **increase** 137:24 | **indexes** 69:1,3 | 34:10 65:5 | 36:20 189:16 |
| **independently** | 70:2 149:2 | 138:10 | **interface** 98:9 |
| 81:14 | 161:7 162:1 | **initially** 43:11 | 99:2 142:24 |
| **index** 4:1 20:13 | **indicate** 116:17 | 46:9 | 182:9,11 |
| 21:1,3,16,23 | 116:18 118:23 | **inner** 180:11 | 185:22 |
| 22:3,7 63:20 | 170:3 | **input** 30:5 | **interference** |
| 68:3,21,24 69:6 | **indicated** 76:3 | **inside** 113:14 | 184:21 |
| 69:14,18 70:7 | 179:23 | **instance** 126:16 | **intergrown** |
| 71:1 74:20,21 | **indicates** 42:13 | **institute** 10:17 | 181:21 |
| 74:23,24 75:6,9 | 73:19 95:9 96:6 | 31:19 67:1,5 | **intergrowth** |
| 77:6,24 80:14 | 152:16 157:5 | 146:15 149:12 | 180:14,17,24 |
| 84:6 86:5 95:7 | **indicating** | **institution** | 183:11,18 |
| 97:17 98:13,19 | 121:16 162:17 | 90:18 | 184:9 |
| 98:22 99:20 | **indication** | **instructors** | **intergrowths** |
| 100:12 102:16 | 119:24 | 31:20 | 6:12 182:18,20 |
| 109:6 110:4 | **indicative** | **instrument** | **international** |
| 113:6 122:2 | 98:16 | 16:24 41:18 | 44:16 |
| 128:5,17 131:1 | **indices** 5:10 | **insufficient** | **internet** 89:14 |
| 145:14 148:13 | 68:9,14 69:21 | 136:15 | **interpret** 7:2 |
| 149:8 150:1,9 | 70:15 84:11 | **insulting** 64:10 | 84:6 166:8,20 |
| 150:23 151:3,5 | 148:19 159:19 | 64:11 | **interpretation** |
| 151:17 152:4 | 181:17 | **intensely** 79:7 | 129:2,5,11,13 |
| 152:10 153:7,9 | **individual** | **intensity** 47:1 | 165:11 166:23 |
| 154:14,24 | 42:12 43:16 | 133:21 134:5,8 | **interpreted** |
| 156:1,16,23 | 45:1 83:21,22 | 135:19,23 | 98:21 |
| 157:2,8 158:24 | 86:1,2 87:8 | 136:9,14,18 | **interpreter** 7:1 |
| 159:5 161:20 | 148:24 | 137:4,4,10,13 | 8:9 |
| 162:6,15 | **individually** | 137:24 138:1,4 | **interpreting** |
| 163:20 164:3 | 53:13 | 138:6 139:18 | 128:12 |
| 164:16,22 | **industry** | **inter** 132:12,16 | **interrupting** |
| 165:1,13 | 100:21 | 181:2 | 143:19 144:13 |
| 167:19,24 | **inferentially** | **interaction** | **intersection** |
| 168:14 169:3 | 33:7 | 22:2 | 20:23 |
| 170:16 175:1,6 | **inferring** 72:15 | **interactions** | **intersects** 77:22 |
| 178:5,20 185:1 | | 60:21 | |

[intrinsic - know]                                                           Page 25

**intrinsic** 158:24
**introduce** 18:5
  31:11 32:17
  52:18
**introduced**
  18:3 32:3 44:7
  45:20 47:19
  48:1
**introduction**
  75:19
**invented** 18:2
**inverse** 80:13
**investigated**
  172:3
**invoice** 53:23
  54:3,5
**invoices** 4:23
  53:12,15
**involve** 22:2
  54:22 94:13
**involved** 16:3
  22:1 32:11,13
  64:3
**involvement**
  25:2 30:6 89:2
**involving** 24:18
**is.551** 153:10
**ish** 148:1
  155:18
**iso** 146:18
  147:4 166:12
  166:15 167:10
  167:10 180:18
  183:1
**issue** 28:5 64:19
  81:11 82:14,15

  156:22 170:5,8
**issued** 23:16
  54:15 108:20
  108:22 116:19
  117:9 134:16
  135:2,2,5
  149:13 182:16
**issues** 55:1
  135:21 170:13
**italy** 152:8
**item** 99:9

### j

**j** 127:3
**j&j** 42:22
**january** 4:17
  24:4,7 46:10,23
**jennifer** 61:18
  62:1 149:6
**jersey** 1:2,22,23
  2:10,21 3:16
  22:20 189:3
**jgarde** 2:22
**job** 12:20 16:7
  16:8 146:22
  149:11 151:12
  151:20
**john** 2:14,20
  149:7,7,23
  151:19 152:6
**johnson** 1:6,6
  2:17,17,23,23
  32:8,9 43:12,12
  48:4,4,15,15,23
  48:23 52:5,5
  56:14,14,20,20

  88:3,12,24,24
  90:10,10,11,14
  90:20,23 91:2
  91:17 131:18
  132:2,14,14
**johnson's** 88:3
  88:13 90:11,15
  90:20,23 91:2
  91:18 96:3,19
  131:19 132:2
  132:20
**joined** 11:5
**joking** 8:17
**judge** 38:6
**july** 1:23 51:20
**jump** 123:18
**jumping** 185:2
**junction** 45:24
**june** 37:18 39:6
  39:12 40:1,8
  54:6 55:4 59:14
  63:14 66:9 71:8
  94:2 108:24
  123:24 182:16
**justification**
  160:23

### k

**k** 135:14 155:9
  155:10
**kayme** 2:6
  22:21 23:5
  42:17 66:13
  135:2
**keep** 79:2 93:7
  102:10 139:22

  150:19 154:15
  163:11
**kevin** 2:14 3:15
  43:15,15 80:18
  91:22 158:10
  174:16 187:21
**key** 83:7 128:15
**khynes** 2:17
**killing** 168:9
**kilometer**
  16:20
**kind** 7:15 28:3
  33:7 40:3 66:6
  78:16 80:23
  89:4 99:13
  102:10 109:1
  122:13 123:2
  123:18 144:23
  145:4 146:9
  154:20,20,21
  154:22 156:14
  157:23 162:15
  162:16 172:10
**kindergarten**
  165:23 167:4
**king** 2:13 42:13
  56:5
**kkotch** 3:17
**klayman**
  135:14
**knew** 52:23
**knob** 58:8
**know** 7:14,16
  10:4 12:5 25:8
  26:1,16 29:18
  32:7,11,12

**[know - likely]** Page 26

| | | | |
|---|---|---|---|
| 36:10 37:12 | **knows** 8:13 | 122:14 123:10 | 136:24 137:6 |
| 44:15,16,19,21 | 46:1 | **largest** 184:24 | 138:20,23 |
| 45:11,19 46:3,7 | **kotch** 3:15 | **law** 170:6 | **leigh** 3:4 |
| 47:11 48:8 52:9 | **kslaw.com** 2:17 | **law.com** 3:17 | **leigh.odell** 3:7 |
| 52:14,18 61:5,8 | **kurt** 44:8 | **laws** 147:20 | **length** 185:6 |
| 62:3,9,12,16,19 | **l** | **lawsuit** 22:20 | 187:16 |
| 63:2 64:14,22 | | **lawsuits** 46:5 | **letter** 51:18 |
| 64:24 66:3,12 | **l** 17:13,14 | **lawyer** 44:22 | 70:16 |
| 67:3 68:18 | 135:14 | 45:4 | **levels** 132:19 |
| 78:21,21,24 | **lab** 11:15,22 | **lawyers** 56:19 | 183:2 |
| 88:17 89:12 | 16:13,14,23 | 64:3 | **liability** 1:9 |
| 91:4 93:10 | 25:21,24 26:1 | **layer** 147:14 | **license** 189:21 |
| 95:19 96:2 97:1 | 27:4,18 56:1 | **lead** 3:7 | 189:22 |
| 102:7 109:16 | 73:9 74:1 88:18 | **leading** 54:18 | **light** 11:20 |
| 109:22 111:14 | 88:19 90:10 | **learn** 151:22 | 13:18 14:1,9 |
| 114:13,23 | 124:17 126:2 | **led** 124:1,20 | 16:2,5,23 17:6 |
| 115:3 119:12 | 126:24 127:2 | 125:18 | 17:16 18:11,12 |
| 119:24 120:3 | 140:4 148:10 | **lee** 39:24 41:10 | 18:22 27:16 |
| 124:20 125:24 | 149:7 162:13 | 73:24 91:1,12 | 41:11 55:20 |
| 127:6,12,15,16 | 163:10,15 | 91:15 134:12 | 64:6,23 67:16 |
| 131:3 134:10 | **label** 108:14 | 146:15,21 | 95:5 100:12 |
| 135:22,24 | **labeled** 72:14 | 148:2,5 | 112:6 121:10 |
| 137:4,11,12,14 | 93:16 135:18 | **left** 25:13 59:22 | 124:1,3,7,21 |
| 137:14,17 | 138:1 167:18 | 111:1,2 121:10 | 125:6,15,16 |
| 139:22 140:1 | **labeling** 73:19 | 123:3 133:12 | 126:8 127:11 |
| 142:21 146:4,5 | **labels** 93:17 | 135:17 136:14 | 130:24 133:21 |
| 149:3 152:22 | **laboratories** | 137:16 145:3 | 136:9,15 |
| 153:3,20 155:8 | 131:18 | 156:5 187:8,22 | 151:11 153:17 |
| 169:15 175:3,9 | **laboratory** 25:2 | **legal** 22:17 | 185:12 |
| 175:10 177:12 | 26:3 174:13 | **legals** 22:17 | **lighter** 96:8,11 |
| 178:4 180:11 | **lacked** 134:5 | **legitimate** | 111:3 |
| **knowledge** | **langer** 90:22 | 142:18,22 | **lighting** 46:24 |
| 118:6 166:5 | **language** 8:5 | **leica** 41:11 | 57:8 58:6,8,10 |
| **known** 62:4 | **large** 16:18 | 124:14 125:24 | **likely** 126:21,22 |
| 69:22 156:19 | **larger** 107:19 | 126:8,15 | 153:8 |
| 171:24 | 108:9 113:7 | 127:13,16,22 | |

**[line - look]**                                                              Page 27

**line**  77:21 100:6
  100:8,14,20,20
  100:24,24
  101:9,12,22,23
  102:3,11
  104:16 111:3
  111:18 112:11
  112:18,20,24
  113:3,11,11,12
  113:13,14,15
  113:15,18
  123:9 125:3
  129:19,21,24
  130:6,20 131:2
  140:24 141:3,9
  142:1 145:8,10
  145:12,13,21
  146:2,10,13,16
  146:19,23
  147:17,22
  148:12 150:17
  152:24 153:1
  153:13,16,19
  153:24 154:15
  154:19,19
  155:8,9 156:10
  158:2 160:7
  166:12 174:7
  175:4,17,24
  176:2 177:24
  178:2,3 187:14
  187:17
**lineation**
  105:17
**lines**  100:7
  113:6 142:12

  147:9 154:22
  158:16
**link**  39:13
**liquid**  19:1
  20:20 21:8,9
  22:7 68:21,24
  95:7 100:17,18
  101:1,1,3 109:6
  113:12,16
  142:24 145:14
  145:16,24
  147:2 153:18
  153:21 157:7
  178:5 185:22
**liquids**  66:24
  67:20 68:1 69:6
**list**  42:21 75:15
  85:6
**listed**  13:18
  21:9 32:22 68:1
  70:6 75:18,24
  85:17
**lists**  77:3
**literally**  64:10
**literature**  13:16
  60:5 61:18
  85:14 89:3,6,9
  89:13 90:16
  164:5 172:9,11
  172:12
**litigation**  1:9
  22:22,23 24:18
  28:2 32:9 49:15
  52:6 64:7,14,17
**little**  7:16 40:16
  73:5 75:12

  84:14 99:8
  102:19 110:23
  110:24 111:4
  123:19 125:9
  146:1 158:6
  186:19
**live**  12:8
**lived**  15:2,8
**lives**  45:24
**livingston**  1:22
**lizardite**  79:20
**llp**  2:3,13,19
**localities**  85:16
**located**  62:17
**location**  83:18
  98:3 157:12
  165:2 169:20
  169:22 170:4
  177:17
**locations**
  169:17 170:10
  186:21
**logic**  152:12
**long**  14:22
  26:16 66:23
  171:12
**longo**  15:13,24
  25:8,12,23
  27:15,23 38:3
  41:12 46:24
  56:15 74:9,11
  81:6,19 88:11
  95:22 98:21
  148:18 160:16
  160:18,23
  163:23 164:1

  166:5,18
  167:17 169:10
  170:13 171:21
  174:13
**longo's**  6:9 25:2
  35:23 37:1
  47:17 49:8
  51:14 54:11
  81:24 82:4,21
  88:2 105:9
  107:13 114:21
  119:15 124:17
  165:11 171:10
  181:20
**look**  8:19 11:22
  33:4 60:2 74:19
  74:19 89:1
  95:10 99:7,11
  104:4 106:13
  107:16 114:19
  117:16 121:17
  129:23 133:3
  136:2 137:19
  145:13 147:2,2
  149:4 150:22
  153:20 155:23
  156:4 157:16
  158:11 159:23
  166:11 168:1
  172:22 173:4
  174:8 175:14
  176:24 177:5
  177:21 178:20
  178:21 181:13
  182:12 183:8

[looked - marked]                                                        Page 28

**looked**  45:12
  74:14 79:13
  90:6 93:13
  127:18 129:6
  132:22 141:18
  170:24 175:4
  185:14
**looking**  10:8
  60:6,8 73:11,13
  77:9,19 89:9
  91:9 93:17
  95:19 96:2 97:1
  103:17 104:11
  105:15 111:11
  120:7 123:12
  133:7 135:24
  137:10,14
  138:6 140:14
  142:1 152:19
  153:5 154:5
  165:17,24
  173:7 174:2,7
  175:18 177:21
  183:23
**looks**  33:7
  105:16 122:16
  127:19 152:19
  157:4 158:6,9
  173:3 174:12
  178:20
**lot**  7:17,24 17:2
  20:14 21:17
  29:17 126:4
  130:12 138:9
  144:9 156:23

**love**  140:4,9
  166:3
**low**  86:21,22
  100:17 137:4
  145:15 168:16
**lower**  101:3
  145:17
**lowest**  167:23
  168:3
**luke**  61:12,12
  61:14
**lunch**  87:23
  91:24 93:4
  131:17
**luncheon**  92:3
**lyon**  139:10

**m**

**m**  2:9 3:1
  116:18 117:13
  127:3 135:14
  173:13
**m12001**  93:19
  115:23 116:14
  116:17,22
  117:3 119:4
  162:9
**m12001.1.550**
  116:5
**m2000**  117:13
**m2001**  6:3,4,5
  6:6,7 117:13,18
  117:20,22
  120:23 122:20
**m7**  156:21,23

**m71171-001**
  183:1
**m71202-005...**
  187:2
**m71547-001...**
  174:11 178:15
  178:24 180:4
**m71547-001...**
  179:20
**m71547-001...**
  178:7
**made**  43:20
  129:5 160:18
**magenta**  96:17
  121:23
**magnesium**
  181:5,9
**maintained**
  34:3
**majority**
  136:11
**make**  21:4,15
  33:2 37:14 38:9
  78:17 110:20
  119:9 124:7
  129:1,20 141:2
  151:12,17
  160:9 174:9
  177:12
**makes**  13:1
  38:16 181:12
**making**  129:10
  135:6
**man**  21:21
**mandarin**  7:1

**manipulated**
  58:11 138:19
**manufacture**
  67:14
**maple**  2:9
**mapping**  16:17
  16:19
**march**  42:11
  43:10,21 44:2
  48:24 51:18,23
  52:7 53:3 54:4
  55:3,7
**margaret**  3:5
**mark**  13:13
  26:6,13 94:18
  103:17 104:5
  117:11 120:17
  137:9 157:16
  171:8
**marked**  23:8,14
  23:22 24:8
  26:11 34:20
  40:24 42:5,8
  53:15 63:10
  66:20 67:12,23
  68:10 70:12
  72:4 76:18
  79:12 94:22,24
  97:12 103:20
  104:9 109:9
  110:2 117:19
  117:21,23
  120:24 122:21
  138:15 154:7
  157:19 171:11
  171:18 182:20

**market** 2:4
**marketing** 1:7
**marking** 53:12
  76:10,13,14
**married** 15:6
**maryland**
  61:11 65:1
  88:18
**mas** 1:4 25:2,11
  25:18,21 26:4
  26:17 126:17
  127:6,10 136:2
**mass** 123:3,10
**massachusetts**
  19:16
**master's** 10:17
**match** 101:4
  113:17,19,19
  150:24 153:15
  155:4,5,5,13,24
  156:2,7 157:6
  175:2,11,14
  187:19,20,20
**matches** 107:21
**matching** 20:23
  63:20 147:4
  156:11 166:9
  167:11,12
**mate** 15:14,15
**material** 4:19
  21:3,20 26:11
  26:23 36:11
  55:1 67:2,5,5
  74:15 149:11
  149:14,23
  151:14,16

  152:11 159:1,8
  169:4,6 170:6,8
**materiality**
  184:1
**materials** 5:11
  27:12 68:9,14
  94:6 101:16
  138:14
**mathematically**
  86:16
**mathematics**
  20:15
**matt** 30:23 31:9
  31:11,15 32:3,8
  32:12 33:23
  34:4,11 36:10
  37:9 39:17
  71:16 74:7
  91:15 93:22
  94:2 139:5,7
  172:14
**matter** 1:19
  24:18 46:18,19
  133:2 140:3
**matters** 22:12
  32:9
**max** 138:17
**maximum** 83:9
  83:9,14,16
  86:19,20 137:3
  138:1,2
**mccarter** 2:19
**mccarter.com**
  2:22
**mccrone** 18:5
  18:15 20:19

  31:18 33:9 90:9
  99:24 131:20
  131:22 132:1,7
  132:10,19
  146:16 147:5
  160:8 169:11
  169:16
**mccrone's**
  132:21
**mcdevitt** 3:14
**mdl** 1:4 23:10
  41:14,15,19
  42:23 49:11
  50:2,24 55:1
  66:13 108:21
  108:22 134:16
  135:2
**mean** 14:20
  26:16 27:3
  30:13 48:16
  64:10 65:11,12
  77:8 88:7 98:18
  104:16 167:7
  168:18 169:24
  172:20 180:21
**meaning** 34:5
  72:14 177:2
**meaningless**
  83:5
**means** 108:5
  116:22 127:22
  128:21 150:15
  153:15
**meant** 9:15
  66:4 116:23
  167:23 180:21

**measure** 5:10
  60:17 68:8,13
  81:14,14 108:7
  124:4 128:17
  150:1,9,21
  151:11,15,16
  156:18 157:8
  167:4
**measured** 69:1
  74:24 85:16
  149:8 163:19
**measurement**
  71:3,4 86:6
  151:24
**measurements**
  86:14 152:5
**measuring**
  100:12,19
  128:4 151:9
  159:7 169:4
**mechanical**
  40:16
**medicated** 4:17
  24:3,7
**medium** 137:5
**meet** 7:11,12
  14:13 25:23
  31:2 44:6 49:19
  61:2 63:19
  143:3
**meeting** 31:7
  34:5 39:2 40:2
  48:4 52:16 61:6
  61:9 132:12,16
  139:8,10

**[meetings - misidentified]**                                                                 Page 30

meetings   48:22
meiji   127:3
member   78:3
   180:19
members   78:4
menagerie
   112:7
mention   56:24
   91:8
mentioned
   61:21 65:15,16
merged   145:24
   157:4
mesh   108:15
message   37:6
met   14:16
   25:11 31:5,18
   31:23 32:16
   33:11 40:4 44:3
   44:24 45:19
   46:2 47:4 48:7
   48:9 49:5,6,8
   50:24
metal   18:17,19
meters   16:21
method   5:13
   18:5 19:6,9,14
   21:21,21 70:5
   70:10,11 85:24
   100:12,14,16
   100:20 101:7
   128:6,9 130:22
   131:4 147:20
   150:17
methodology
   17:23 82:1

131:22
methvin   3:4
mexico   11:4
michael   42:12
   55:10
michelle   3:10
mickey   13:8
   14:13,20 15:6
   34:1 36:12
   49:14 74:7,8,12
   74:14 136:3
   172:4
micro   132:12
   132:16
micrograph
   58:15 96:17
   152:16 157:15
micrometer
   5:19,21 103:6,7
   103:9,15,19
   104:1,8,12,18
   104:24 105:1,5
   105:8,11,13
   106:23 172:23
micron   159:3
microns   17:4
microscope
   11:20 16:24
   17:6 41:11,13
   55:17,19,21
   56:2,8 59:9,12
   59:16 60:18
   100:13 108:12
   113:22 114:4,7
   114:10 124:6,9
   124:13,16

125:1,3,4
126:10,14,17
127:3,4,17,23
133:18 134:9
135:19 136:19
136:24 137:2,6
138:3,20,21,23
140:4,7 185:12
microscopes
   58:7 115:19
   125:22 127:12
microscopist
   130:24
microscopy
   7:17 13:19 14:1
   14:9 16:2,5
   17:16 64:6,23
   67:16 100:9
   127:11 130:24
   153:3
middle   38:11
   110:23 112:5
   120:7 123:1
   142:18 144:20
   158:19 179:2
   179:23 180:6
   180:19 183:17
miles   3:4
milled   118:13
   118:15
millimeter
   18:18
mind   77:16
   79:3 93:7
   140:10

mineral   16:15
   17:12 21:12
   64:18 67:5
   76:23 78:5,6
   83:21,22 84:2
   98:6 150:10,12
   169:6 180:18
   183:6
mineralogist
   18:2 19:18
   61:16,17 62:2
   169:2
mineralogy
   5:15,16 10:17
   11:9 21:13
   62:17 75:19,21
   76:5,15,17 78:4
   79:11
minerals   13:19
   16:22 17:8,17
   62:14 67:1 69:2
   69:12 70:7 77:4
   80:6 81:6 161:6
   180:15
mines   90:14
minimum
   83:10,10,14,16
   137:3,13
mining   62:13
ministry   16:11
minus   81:18
   82:14 83:10
minutes   38:21
   41:23
misidentified
   24:1,5

**[misidentifiedas - never]**                                                    Page 31

misidentifiedas
  4:15
misinterpreta...
  182:3
misinterpreted
  84:1
misinterpreting
  160:13,16
mismatch
  113:19
missing 57:17
mission 16:14
misspeak 24:15
misstates 37:3
  78:14 81:24
  142:4 167:22
mister 52:10
misunderstan...
  177:11
mixture 171:19
  172:15 179:21
mm 13:10
  27:13 29:8
  37:20 54:17
  57:9 60:3 63:17
  65:21 72:8
  123:5 161:14
  170:1 176:12
  176:15
mode 104:3
  113:3,3 145:21
  146:10 157:14
model 124:14
  126:1,1,3 127:3
  136:18

models 126:24
modify 50:14
molecule 181:6
moment 75:14
  136:17,20
  141:19
money 47:16
monica 73:24
monitor 42:10
  114:9 115:2
  158:8,12
montgomery
  3:6
month 55:8
  59:13 108:20
  108:24 170:17
months 30:18
  30:20,21,22
  146:14,21
morning 7:9,10
  34:23
morph 180:18
morse 19:16,17
  19:22,23 20:8,9
  20:16,18 21:19
morty 49:2,8
moscow 9:13
  9:20 10:2,5,6
mount 68:21
  150:10,12
mounted 72:23
  73:20,21 94:14
  171:20 173:12
mounting
  150:14

move 11:7
movement
  113:10
mparfitt 3:12
mss 4:16 24:2,6
mulberry 2:21
multidistrict
  22:23
multination
  12:20
multiple 47:10
  84:11 86:13,13
  99:18
muscovite 17:7

**n**

n 2:1,4 3:2 69:5
  135:14
name 13:14
  17:12 24:17
  25:20 27:2,2
  46:7 48:8,9
  75:24 104:24
  114:8,8 118:24
  119:7 120:1
  149:7,12
named 19:15
  42:12 45:1
  103:9
names 45:3
  149:5
nanometer
  21:1 156:24
  166:9
narrow 166:14

national 62:5
  90:18 149:12
natural 59:21
naturalized
  12:16 13:1,3
naturally
  163:20 164:3
nature 24:21
  49:15 51:8
  58:24 69:22
  106:7
navlap 162:9
neat 150:8
necessarily
  56:23 167:12
necessary
  39:13 74:18
need 13:13,22
  26:8,13 39:10
  40:14 46:19
  59:23 68:5 93:7
  98:11 112:24
  120:17 129:20
  131:3 135:22
  150:22 151:7
  159:9 170:7
needed 64:6
needs 170:7
neither 133:1
  159:3 172:6
  175:21 189:12
  189:15
nesse 75:20,20
never 7:23
  15:12 30:10
  48:9,12 65:15

89:1 91:16
162:14 163:22
164:5,20,21
166:7 168:1
172:2 173:1
180:23 183:12
**new** 1:2,21,23
1:23 2:10,16,16
2:21 3:16 11:4
12:6 13:9 22:20
55:19 61:4
62:17 120:18
147:15 189:3
**newark** 2:21
11:24 12:4,6
**nice** 7:11,12
93:6 125:4
**nikon** 126:23
127:1
**nine** 177:15
**niosh** 90:17
**nist** 61:19,22,22
62:2 69:4 149:4
149:12 151:20
151:23 159:7
161:8,16,20
170:5
**non** 62:21
**nonopaque**
5:11 68:9,14
**nonspiked** 97:5
**normal** 19:10
136:9 137:22
138:2,17 140:6
187:10

**north** 112:4
157:23
**northeast** 177:3
**northeastern**
177:14,16
**northwest** 16:8
111:5 157:24
**notary** 1:21
189:2,21
**note** 53:22
119:2 158:4
174:10
**notes** 1:18
**notice** 4:11,12
23:5,7,9,13
**noticed** 15:12
50:2
**november** 8:16
8:18
**number** 78:2
85:6 93:19
94:24 95:8
115:22 119:14
119:20,22
124:15 132:8
173:13 175:2
189:21,21
**numbers** 87:5
**numerical**
21:23 119:16
**numerically**
75:1,2
**nvlap** 25:5,5
26:2,2 71:6
116:19,24
117:1 119:8

122:5 148:10

**o**

**o** 3:1 17:13
**o'dell** 3:4
**oaks** 3:10
**oath** 59:4
**object** 49:23
100:18 140:2
145:17 150:11
154:23 155:21
156:1
**objection** 37:2
62:22 64:15
78:14,16 81:22
82:11 83:3
100:10 142:4
147:18 173:20
178:18 179:5
179:12 186:8
186:23
**objections**
132:23 179:24
180:7
**objective** 18:15
18:20 100:1
106:6,21
112:12,13,16
143:8 154:17
154:18 160:9
160:11
**oblique** 100:15
100:15
**observe** 102:9
147:10

**observed**
113:21
**observing**
137:15
**obvious** 145:23
**occasionally**
160:7
**occupational**
90:18
**occur** 32:19
69:23 107:14
143:2
**occurred** 38:3
**october** 6:9,10
171:8,11,18
**oculus** 112:10
154:16
**offered** 161:20
**offers** 43:4
**office** 15:14
35:15
**oh** 29:18 37:14
42:21 55:10
80:19 125:7
**oil** 73:20 94:14
97:17 122:2
147:11 150:18
150:20,23
153:5,7 154:14
154:24 156:7
156:18,18
163:7 165:5,5
165:13 177:22
**oils** 63:21 67:15
68:3 98:8 153:9

**[okay - outside]**

| | | | |
|---|---|---|---|
| **okay** 8:3 9:9 | 88:10,18 93:12 | 181:12 182:13 | **opposed** 179:7 |
| 10:9 11:1,8,14 | 95:14,18 97:16 | 182:14,22 | **optical** 5:15,16 |
| 11:20,21 12:5 | 98:1 102:12,22 | 183:7 185:1,2 | 13:19 75:19,21 |
| 12:10,15 15:5,9 | 103:2 104:4,10 | 186:13 187:13 | 76:5,15,17 |
| 15:15,16 18:4,8 | 104:10 105:23 | 187:20 | 79:11 80:5 96:5 |
| 18:24 19:4 | 106:2,10,13,22 | **old** 8:14 | 108:12 186:11 |
| 20:11,17 22:1 | 107:5 109:10 | **older** 126:10 | **orange** 148:1 |
| 22:13,13,15 | 110:20 111:8,9 | **olivine** 77:11 | 153:16,17 |
| 23:2,21 27:6,8 | 114:18 116:3,4 | 78:2,2,5 | 155:18 |
| 29:3,16 30:1,5 | 117:7 119:17 | **olivines** 77:3,5 | **order** 34:17 |
| 30:11,16,22 | 120:3,5 121:9 | **olympus** 55:24 | 99:19 149:10 |
| 32:12,19 33:21 | 121:19,24 | 126:1,3,6,10,18 | 151:13 176:2 |
| 33:23 35:7 | 122:10 123:8 | 126:22,23 | **organization** |
| 36:21,22 37:11 | 123:21,22 | 127:1,6 137:1,1 | 62:4 |
| 37:16,17,24 | 124:24 127:5 | **omar** 2:3 | **orient** 150:16 |
| 38:11,12 39:9 | 127:10,16 | **once** 38:18 | 151:7,10 |
| 39:20 40:5,14 | 130:2 133:9 | 81:11 143:5 | **orientation** |
| 41:14,24 43:3 | 134:2 136:20 | 161:5 | 176:10,18 |
| 44:18,24 45:10 | 138:11,22 | **ones** 57:16 | 177:1 |
| 46:3,8,14,21,22 | 139:1,8 140:5 | **ongoing** 22:21 | **oriented** 121:13 |
| 47:9,23 49:10 | 140:11,17 | **online** 139:9 | 176:3 |
| 51:5,10 52:4,21 | 142:8 145:1 | 148:11 | **origin** 71:15 |
| 53:11 55:2,3,15 | 148:12 152:14 | **operation** | **original** 134:4 |
| 55:19 56:4,24 | 152:18 154:7 | 100:22 101:6 | 136:2 |
| 57:24 58:20 | 155:3 156:10 | 102:10 | **originally** 9:10 |
| 59:15 60:14,16 | 158:13 160:11 | **opinion** 41:19 | **originated** |
| 60:22 61:1 62:2 | 161:23 162:3 | 46:19 47:2 70:1 | 119:3 |
| 62:11 63:8 | 163:11 164:23 | 70:13 75:8 | **originating** |
| 64:13 65:8,17 | 165:16 166:4 | 82:10 88:2,7 | 75:10 |
| 67:10 70:21,24 | 168:18 169:9 | 97:20 130:18 | **osha** 63:4 |
| 74:10 76:9 | 170:3,19 | 134:13 145:3 | **outline** 59:22 |
| 77:17 78:1,5 | 171:21 172:3 | 170:22 174:16 | 80:23 |
| 79:1,5,16 80:1 | 172:17,24 | 183:4 184:16 | **outlines** 130:5 |
| 80:17 83:7,8,19 | 173:6 174:5 | 185:16 187:6 | **outside** 105:18 |
| 85:1 86:24 | 175:13 178:13 | **opinions** 28:22 | 110:24 113:16 |
| 87:18,24 88:7 | 179:16 180:17 | | 123:10 |

**[ovarian - pdf]**                                                          Page 34

**ovarian**  22:23
  42:23
**overall**  33:3
**overbroad**
  58:13 64:16
  83:4 128:13
  129:3,15 132:5
  141:15 142:20
**overinclusive**
  167:21
**overlap**  108:5
**owes**  174:13
**own**  41:18 87:9

**p**

**p**  2:1,1 3:2,2,4
  41:11 124:14
**p.m.**  39:2,12
  188:4
**pack**  73:3
**page**  4:3 33:2,3
  33:3,18,18 39:9
  41:6 42:7 60:6
  60:8,9,10,13,15
  65:18 73:11
  75:16,16,17
  77:3 79:15
  86:11,19 93:18
  133:7,8 135:10
  135:10 140:15
  140:15 143:12
  145:2 148:16
  165:24 166:1
  174:3,6 175:16
  177:15,17,20
  178:14,23

  179:18 180:3
  182:24 183:22
  184:14 185:3
  185:14,14
  186:14,15
  187:1
**pages**  5:5,7,15
  5:16 34:16
  63:12 66:23
  67:12,23 76:14
  76:17 79:10,11
  93:15 171:12
**paginated**
  60:14 75:16
  135:11 166:1
**paid**  47:11,16
**paper**  33:9
  46:20,23 61:18
  65:14 68:12,16
  68:17 85:15,20
  128:19 130:4,8
  130:16 131:7,8
  160:1 162:8
  163:6,9 168:1,2
  169:1,2,8,16,19
**papers**  34:7
  63:23 130:9,11
  130:12,17
**paragraph**  77:8
  158:19
**parallel**  84:4
  151:8 166:6
  167:19 169:12
  175:21 176:3,6
  176:23 177:1,4

**parameter**
  21:13
**parcel**  160:17
**parental**
  110:13
**parfitt**  3:10
**part**  14:17
  18:11 20:12
  22:17 77:19
  90:5 94:1
  101:12,16
  111:10 115:12
  123:14 142:12
  160:17,17
  165:7
**participate**
  56:13,19
**particle**  5:20,21
  6:3,4,5,6,7
  83:17 84:3 98:3
  101:10 103:8
  103:20 104:9
  104:13 105:15
  105:20 106:14
  107:20,24
  108:3,8 113:12
  115:9,13
  117:13,14,15
  117:18,20,22
  120:15,19,22
  120:23 122:1
  122:11,17,17
  122:20,22
  136:6 140:22
  145:14,15,21
  147:3,22

  150:19,20
  156:5,6,7,18
  157:4,14,20,24
  175:19 176:17
  178:16 180:6
  183:15 185:23
  185:23 186:5
**particles**  113:7
  113:8 115:22
  116:9,12
  117:16 136:11
  136:11 156:3
  157:21 176:11
  176:19 178:11
**particular**
  102:12 136:18
  148:20 156:3,4
  169:14 171:7
**parties**  189:14
**passed**  132:7
**passing**  18:22
**past**  126:2
  150:18
**pattern**  111:1
  153:20
**patterns**  181:14
**paul**  10:23
  56:20 57:2
  139:17 145:20
**pay**  53:4
**pays**  43:7
**pc**  2:8 3:4,14
**pdf**  40:23 60:15
  75:17 133:7
  135:10 140:15

**[peak - polarized]**                                                        Page 35

**peak** 108:3
**peer** 13:15,21
    68:11 89:13
    130:3 161:1
**peking** 9:18
**people** 19:23
    38:13,18
    113:18 146:23
**people's** 36:20
**percent** 109:17
    109:18,18,18
    109:24
**percentage**
    109:15
**perfect** 32:2
    33:11 153:15
**perform** 83:1
    101:9
**performed** 58:7
    81:6
**perimeter**
    154:19
**period** 30:10,12
    30:13 31:22
**periodically**
    132:12
**perpendicular**
    84:5 95:4
    151:10 175:21
    176:4,7
**person** 27:15
    28:4 47:24
    55:11 61:6
    63:19
**personal** 3:18

**personally** 25:8
    27:4 71:14
    159:18
**ph** 20:13 84:6
    166:18
**phase** 100:9,11
**phd** 4:5 11:8,13
    14:19 20:6
    31:22 151:22
**phelps** 149:7,7
    149:23 151:19
    152:6
**phenomenon**
    142:3
**phone** 39:22
    40:9
**photo** 94:23
    95:3 103:8
    109:12 154:13
    176:9 178:14
    183:24 184:14
    184:15
**photocopied**
    179:7
**photograph**
    73:10,12 98:19
    103:3 106:4
    111:8
**photographic**
    179:6
**photographs**
    72:13
**photos** 72:2
    102:6 115:21
    138:16,18
    153:24 186:2,3

**photoshop**
    58:23 134:1,2
**phrase** 155:19
**physical** 76:21
    158:24
**physics** 158:22
**pick** 80:24
**picture** 102:8
    120:13
**pictures** 109:2
**piece** 17:3
**pieces** 185:13
**pioneer** 18:5
**pittsburgh** 4:21
    39:6 40:1,4,24
    41:2 71:20
    72:12 73:1
    134:12 137:19
    139:14 159:23
    165:8 170:17
    172:20
**place** 22:9,11
    59:21 69:15
    157:22 162:12
    162:21 189:10
**placitella** 2:8,9
    8:21 21:4 29:20
    34:10 35:10
    51:7 111:23
    144:8 168:9
**plain** 186:10
**plaintiff** 2:6
**plaintiffs** 2:11
    3:7,13
**plan** 4:21 39:6
    40:24 41:3,6,12

**plane** 18:19
**plastic** 72:7
**plate** 185:11
**please** 8:8,10
    39:2 73:2 93:11
    158:5
**pleasure** 63:19
    80:19
**plenty** 22:13
**plm** 6:11 27:20
    27:20,24 35:24
    36:14 38:4
    47:17 57:1 59:4
    110:7 116:18
    148:18 182:17
    182:19
**plot** 20:19,21
    20:22 108:8
**plus** 12:21
    128:20 149:18
**point** 57:6
    68:18 70:22
    77:16 114:23
    123:20 128:10
    128:23 129:1
    129:10 138:12
    157:3
**pointed** 64:9
    121:18
**pointing** 111:14
    121:15
**polarized** 11:19
    13:18 14:9 16:2
    16:5,23 17:6,16
    18:12 27:16
    41:11 55:17,20

**[polarized - product]**                                                      Page 36

64:6,23 67:16
95:5 100:12
127:11 130:24
151:11 184:20
185:9,12
186:10,10
**polarizer** 151:9
151:11 175:18
177:6 183:23
**polars** 184:15
**polish** 150:11
**poor** 127:4
**population**
108:2
**portion** 167:13
168:4
**portis** 3:4
**position** 109:10
170:20
**possibility**
114:5,6 167:3
**possible** 68:24
148:21 149:1
166:19 168:23
**postdoctoral**
11:12
**postgraduate**
9:12
**potential** 49:11
49:21 50:20
162:5
**powder** 1:7
4:17 24:3,7
45:14 64:19
88:13 90:11,15
90:20,23 91:2

91:13,20 95:9
95:10,16 96:3
96:19,23 97:3
105:11 119:9
132:3,20
137:21 164:22
172:15
**powerpoint**
29:9,12 30:2,14
40:22 58:23
133:8 135:11
140:16 148:15
166:1
**practice** 51:2
**practices** 1:8
**preceding** 95:8
**predominantly**
110:22
**premium** 9:19
**preparation**
50:2,10 51:12
51:13 178:16
178:24
**prepare** 17:2
59:23 73:8,8
101:3 103:6
150:20
**prepared** 49:18
73:6 95:21
103:15 105:1
105:10,24
128:11 171:21
182:6
**preparing**
56:14,20 65:4

**presence**
173:23
**present** 26:17
36:3 82:4 86:10
96:19 97:3
133:17 144:10
146:13 164:9
**presentation**
133:8
**presume** 41:8
72:17 136:17
139:2,19
**presuming**
82:24 187:4
**presumption**
134:3
**pretty** 26:3
56:2
**prevent** 18:21
**previous** 60:11
166:5
**previously**
45:13 74:11
119:5 121:15
177:24 185:15
186:22
**prime** 177:9
**principal** 151:3
151:5
**principle** 131:1
150:4
**prior** 25:1 36:5
45:12 48:4
52:15 61:5,9
88:23 94:6
127:18 186:2,3

189:4
**privilege** 49:24
50:4,6
**privileges** 50:8
**probably** 18:3
26:3 35:1 87:12
87:23 103:9
118:23 123:20
153:9 155:9
187:21,23
**problem** 26:20
56:24 57:1,3
83:24 152:1
186:24
**problems** 57:5
57:7,8,13
**procedure**
35:24 128:20
130:21 150:1
**procedures**
165:11
**proceedings**
1:19
**process** 17:21
19:11 67:15
106:7 110:7
128:2,3
**produce** 41:18
**produced** 36:24
37:18 72:13
101:17 118:13
119:23 158:7
**product** 50:6,7
64:19 143:24
163:21 164:4

**products** 1:7,8
3:18 131:19
164:10,15
**professional**
14:21
**professor** 10:22
11:4 13:8 19:15
19:17,21 20:6
20:16,18 21:19
61:11,12,14
71:18 95:22
**proficient** 71:6
116:17,19,23
**profound**
179:11
**program** 9:21
9:23 11:8 14:18
14:19 15:2
27:20
**progressed**
65:3
**project** 165:8
170:17
**promise** 12:11
**pronounce** 67:6
**proper** 68:21
136:9 137:18
138:6
**properties** 80:4
80:5
**property** 13:19
81:13 96:5
158:24
**prosed** 106:11
**prove** 41:19

**proved** 158:21
**provide** 26:8
158:20
**provided** 34:9
51:19 53:12
66:19 71:16
74:6,9,12 89:6
93:21 94:5,6,10
95:22 115:10
115:18 116:2
138:14
**providing**
64:20
**province** 9:5,8
16:10,12,14,18
**psc** 4:12 23:13
**public** 1:21
189:2
**publication**
24:11,12,16
161:2
**publications**
7:15 13:6 130:3
**publish** 14:5
61:18 160:1
168:18,20
**published**
13:20 14:8
89:12 161:13
163:6 169:11
**publisher** 20:10
76:4
**pull** 175:7
**pulled** 14:4
**pulling** 137:3

**pumpkin** 19:20
19:20,23 20:1,6
**purchase** 55:16
55:20 56:5
**purchased**
55:24 56:7
**pure** 97:5 118:9
172:16
**purple** 102:18
102:21,24
122:9,10
123:17,18
144:21 147:24
**purplish** 99:13
148:1
**purported** 74:5
94:14 109:5
**purpose** 18:21
55:21 100:17
131:7 169:8
**purposely**
96:22
**purposes** 111:7
121:22 123:16
**put** 16:21 17:5
30:2 54:19 67:8
76:12 78:22
96:22 97:9
101:1 106:8,12
107:17 111:23
126:3 152:7
162:8 166:12
167:1 178:21

**q**

**qualified**
151:18 152:10
**quartz** 17:7
**question** 12:11
27:1 35:12 38:9
38:10,11 40:6
40:21 41:13
44:19 50:14
52:12 56:23
59:21,22 63:7
64:10 73:5
95:18 96:24
106:2,18
110:14 127:5
134:19 138:9
139:16 141:16
148:23 160:22
168:6,8,20
172:5 176:16
178:13,15
179:14 180:5
**questions** 8:12
23:11 26:14
49:16,21 50:20
51:2 56:15,20
58:18 69:10
110:7 128:1
135:16 141:11
168:7 171:23
180:9 182:6
**quick** 40:18
68:6
**quite** 16:1
132:8 162:13

**[quite - refract]**                                                    Page 38

181:7 183:10
**quotation**
68:17
**quote** 37:10
59:12

**r**

**r** 2:1 3:1,2 5:13
12:3 17:13
44:11 70:10,11
86:12
**raised** 114:19
**range** 69:22,23
70:1,6,18 75:5
80:6 83:11 84:3
84:6,17,20
85:12,17,23
86:13,14,17,24
87:6,14 98:17
98:18,20
125:14 152:15
159:24 162:15
162:16 163:2
166:7,10,14,17
166:18,20,22
167:19,20
168:5,19 169:2
169:11 183:17
**ranges** 70:13
86:16 87:2
**ranging** 77:7
**rather** 120:12
174:13
**raw** 106:9
113:24

**ray** 150:13
**reach** 143:6
144:2
**reaction** 136:4
136:14
**read** 7:15 51:14
66:16 90:16
161:1 172:9,12
181:24
**reading** 35:18
39:12 61:17
63:18 64:2
65:18 68:23
89:3 130:7
158:20 161:6
**real** 68:5
141:13
**realize** 121:14
135:8
**realizing** 79:2
**really** 23:11
82:2 127:4
167:16
**reason** 22:6
132:21 134:11
149:24 150:14
152:15 158:23
166:4,8 178:10
179:22 186:9
**reasonable**
129:12,17
**recall** 25:18
26:6,17 35:8
43:19 126:16
126:20

**receive** 49:16
**received** 73:15
73:16 119:21
**recent** 63:23
**recess** 92:3
**reclassifying**
62:20
**recognize** 54:2
125:4 141:5
**record** 60:16
111:14 112:2
119:3 154:12
158:5 188:2
**recorded** 47:5
**records** 169:10
**recur** 84:6
**recurring**
179:5
**red** 2:10 111:3
122:9,10
123:17,18
127:21 153:17
**reddish** 99:12
102:18,21,24
105:18 112:6
146:3 154:21
155:18
**refer** 70:4
128:4 155:7
**reference** 9:12
66:22 70:21
71:5 78:19 98:2
111:7 119:12
130:19 149:11
149:14,23
151:14 152:11

152:23 159:8
170:6,8 176:19
**referenced**
78:10 79:17
170:24
**references** 33:4
75:15
**referencing**
60:10 78:18
**referred** 17:21
19:6 22:22
62:14 67:14
79:23 87:16
91:19 130:21
135:13
**referring** 50:5
60:13
**reflect** 119:8
155:24 165:20
**reflected** 77:6
143:7 163:4
**reflection** 57:20
130:7 140:19
141:4,6 142:3
142:13 143:2
**reflective** 145:4
**refract** 20:13
20:24 21:3,16
21:23 22:7 70:7
74:23,24 77:24
98:13,19,22
99:20 100:12
102:16 128:5
128:17 131:1
145:14 148:13
149:8 150:1,9

**[refract - respected]**                                                    Page 39

150:23 151:3,5
151:17 152:3,9
153:7,9 156:23
157:1,8 158:24
159:5 162:15
164:22 167:24
169:3 175:1,5
178:5,20
184:24 186:12
**refraction**
185:22 186:18
**refractive**   5:10
22:3 63:20 68:3
68:8,14,21,24
69:1,3,6,14,18
69:21 70:2,15
71:1 74:20,21
75:5,9 77:6
80:14 84:11
86:5 95:7 97:16
109:6 110:4
113:6 122:2
149:2 154:14
154:24 156:16
159:19 161:7
161:20 162:1,6
163:19 164:2
164:15 165:1
165:13 167:19
168:14 170:16
181:17 187:15
**regardless**
35:12
**regards**   65:20
**regionally**   9:1

**regular**   105:12
**regulations**
63:4
**reilly**   3:14
**relate**   105:3
**related**   13:18
14:8 22:23 32:9
46:4,11 51:16
55:1 69:10 89:9
180:15
**relationship**
21:14 31:14
34:4 52:10,15
80:14 161:15
176:10 186:13
**relative**   35:24
52:6 63:3 64:23
81:6 157:12
189:13,15
**relevant**   75:18
**reliable**   83:2
**relief**   145:13,15
145:18,23
146:1 147:10
157:5
**remainder**
39:20
**remains**   96:24
**remember**   31:9
32:5 43:5,22
45:2,2,7,9
48:20 51:9 56:9
85:21 109:23
118:8 121:6
170:2,4 172:10
173:4 179:14

**remind**   124:12
**remove**   112:10
145:7
**rename**   68:5
122:19
**rent**   15:10
**rented**   15:11
**repeat**   74:22
**replied**   43:5
**replies**   65:14
**report**   4:14,18
6:9,10 23:15,22
23:24 24:18,21
24:22,24 25:9
26:11,23 27:9
28:8,9,13,18,20
28:24 29:6 30:7
41:14,15,15,16
41:19 45:12
46:10 47:7 51:1
54:14,20 55:2
57:1 59:17 60:2
81:3,3 89:4
108:21,22
117:9 119:16
127:18 133:5
134:16,23
135:1,2,3,5,8
136:2,3 139:5
144:11 160:15
164:6,20,22
171:1,8,10,12
171:13,15,17
173:2,2 182:1
182:16

**reported**   84:17
96:19 132:1
148:18 167:17
169:19
**reporter**   1:21
12:2 13:24
17:11 45:15
112:14 181:9
189:3
**reporting**   88:4
**reports**   170:24
**represent**
116:18 151:15
**representative**
98:4,13 117:17
170:11 186:2
**representing**
48:4,23 52:5
**reproduction**
174:11,14
**reproductions**
179:7,8
**reputation**
132:3
**requested**   7:3
**requirement**
130:5
**research**   11:12
31:19 67:1,4
100:23
**researcher**   62:2
**resend**   39:13
**resolve**   79:2
**respect**   50:9
**respected**   16:2

**[respond - russia]**                                                           Page 40

| | | | |
|---|---|---|---|
| **respond** 38:10 | 25:14 28:21 | 60:9,21,24 66:8 | 176:11,13 |
| 38:22 65:13 | 36:14 45:21 | 71:5 73:11,20 | 177:2,7,20 |
| **responded** | 46:17,20 49:21 | 75:13 76:20 | 179:12 181:10 |
| 65:12 | 50:20,22 51:5 | 77:21 78:12 | 181:12,15 |
| **response** 37:8 | 54:24 76:3,4 | 79:15 80:2 | 182:5 184:10 |
| 65:17 136:21 | 89:9 90:5 | 81:19 84:23 | 185:8 187:7,9 |
| **responses** 58:1 | 130:20 136:4 | 85:5 87:1,12 | **rio** 91:19 |
| 59:3 | 146:22 | 88:9 89:17 90:9 | **ris** 159:17 |
| **responsive** 65:8 | **reviewed** 13:15 | 91:17 93:14 | **rj** 39:24 41:10 |
| 65:9 | 13:21 51:10 | 100:4 102:13 | 73:24 91:1,12 |
| **rest** 151:4 | 68:11 89:13 | 105:16 109:21 | 91:15 134:12 |
| 169:21 | 130:3 161:1 | 110:17,19 | **rls** 1:4 |
| **result** 142:2 | 164:2 173:1 | 111:15 115:19 | **rmh** 3:17 |
| 143:13,14 | 181:20 | 121:13 122:23 | **robert** 45:1 |
| 144:23 145:3 | **reviewing** | 123:6 125:2,20 | **robertson** 1:20 |
| **resulted** 33:9 | 20:11 47:16 | 128:3,6,24 | 189:2 |
| **resulting** 159:5 | **revised** 21:19 | 131:16 133:13 | **rock** 16:15 17:1 |
| **results** 75:2 | **revising** 20:9 | 133:23 135:3 | 17:1,3,8,9,17 |
| 89:12 129:23 | **ri** 5:5,7 63:20 | 137:2 139:19 | **rocks** 16:22 |
| 133:2 | 67:11,22 110:9 | 141:4,13,24 | **roommate** |
| **retained** 88:24 | 161:16 162:18 | 144:15 147:12 | 15:12,13 |
| 89:2 | 163:7 175:1 | 147:13,17 | **rotate** 150:15 |
| **retention** 42:17 | **ribbe** 10:23 | 148:5,9 150:8 | **roth** 2:8 |
| 42:23 43:7 | **right** 7:14 10:3 | 155:6 156:5,6,8 | **routine** 163:10 |
| 51:17,18 53:2 | 10:10,21 14:7 | 156:12 157:20 | **row** 163:13 |
| **retired** 132:9 | 15:21,23 16:6 | 157:24 158:3 | **rti** 116:16 |
| 132:13 | 20:3,4 21:10 | 158:15,17,18 | 118:18 |
| **retirement** | 24:19,24 25:3 | 158:19 161:13 | **rule** 68:23 |
| 132:11 | 25:17,24 26:15 | 161:15,18,19 | **rumor** 15:17 |
| **retractive** | 28:3,5 31:17 | 161:21,22 | **run** 152:1 |
| 148:19 | 34:15 35:5,22 | 162:1 164:10 | **running** 121:10 |
| **return** 43:3 | 36:5,22 38:23 | 164:13 165:19 | 123:3 |
| **returned** | 43:19 45:7 46:5 | 165:22 166:16 | **runs** 77:22 |
| 151:23 | 46:9,15 47:3 | 166:16 170:21 | 123:9 |
| **review** 4:15 | 49:10 52:9 | 173:18 174:2 | **russia** 9:17 10:7 |
| 20:11 24:2,6,13 | 55:10 57:22 | 175:16,22 | 18:2 |

| s | | | |
|---|---|---|---|
| **s**  2:1 3:2 17:13 69:5 | 173:8,10,11,24 178:9,16 179:1 179:20 | 168:17 178:8 | **sciences**  10:19 |
| **sabbatical**  11:3 11:6 | **sampled**  22:4 | **saying**  30:20 45:17 61:15 | **scientifically** 82:9 83:1 |
| **saed**  181:13 | **samples**  16:20 16:22,22 17:2 | 64:2 78:24 79:1 86:3 91:11 | **scientist**  74:1 88:12 |
| **safety**  90:18 | 19:8 27:17,24 | 98:17 104:14 | **scientists** 129:12,17 |
| **sailed**  140:13 | 36:7 41:13 56:3 | 111:15 112:9 | **screen**  27:11 |
| **sake**  181:8 | 68:22 71:24 | 115:6,15 | 33:5 34:15 60:9 |
| **sales**  1:8 | 72:5 86:1 93:14 | 118:20 137:12 | 76:13 93:14 |
| **sample**  5:17,18 | 93:15,23 94:2,6 | 139:20,22 | 114:17 115:24 |
| 40:3 71:11,19 | 94:9,13 106:19 | 147:14 148:7 | 120:7 122:12 |
| 71:20 72:11 | 137:21 172:18 | 152:2 155:17 | 122:15 157:21 |
| 85:17 88:17,20 | **sanchez**  30:23 | 157:22 159:15 | 158:12 170:9 |
| 94:21 95:11,16 | 31:2,5,10,12,15 | 161:23 162:16 | 179:3,23 180:6 |
| 95:24 96:22 | 32:3,8,12 33:24 | 163:7,24 | **screening** |
| 97:4,11,13,20 | 34:4,11 35:13 | 166:17 167:20 | 100:16 |
| 99:18 100:24 | 36:10 37:9,12 | 168:1 169:8 | **screwed**  80:23 |
| 101:3 103:6,6 | 37:21 39:17,22 | 173:18 175:5 | **scroll**  183:20 |
| 103:15 104:24 | 40:7,12 41:4 | 176:15 187:4 | **sdm**  132:15 |
| 105:10,23 | 71:16,19,19 | **says**  9:20 27:9 | **search**  14:2 |
| 106:8,17 108:2 | 74:7 91:15 | 28:1 37:9 39:12 | 89:16 91:11 |
| 108:8,11 | 93:22 94:2 | 63:18 65:18 | **second**  33:18 |
| 109:12,16 | 95:23,24 139:5 | 68:20 73:13 | 38:9 40:15 42:6 |
| 110:3 118:4,7 | 172:14 | 77:13,20 79:4 | 42:6,20 63:22 |
| 118:10,22 | **sand**  10:18 62:5 | 80:5 93:18 | 65:18 70:15 |
| 119:1,13,21 | 62:7 | 147:22 161:6 | 93:18 104:15 |
| 120:2 133:3 | **sandra**  1:20 | 175:1 | 116:21 120:18 |
| 135:13,14 | 189:2 | **sb**  71:21 | 122:19 147:8 |
| 140:8 150:14 | **save**  73:2 | **scale**  103:3,5,8 | 147:14 149:7 |
| 150:22 152:23 | **saved**  73:4 | 106:3,6,8,12 | 149:20 185:1 |
| 159:8 162:10 | **saw**  9:12 25:15 | 159:3 | **section**  6:10 |
| 163:10,12,16 | 43:2 75:23 | **scheduled**  65:2 | 29:9 68:20 |
| 169:18 170:3,4 | 76:22 80:8 | **school**  10:5 | 76:23 77:2,13 |
| 171:20 172:17 | 119:21 126:1 | 15:14,20 90:14 | 77:15 79:13,15 |
| | 136:5 150:24 | **science**  7:17 9:21 10:17 | 87:22 111:9,15 |

112:5 133:6
156:5 160:13
160:15 171:14
171:15,17
173:6,7,8 177:8
180:9
**sections** 76:11
**see** 9:15 13:3
15:6 25:10
27:10 28:2
32:21,23 33:1
35:15 36:21
37:10 39:2,7,14
39:24 40:13
42:14,18,19,24
45:6 48:13
51:14,20,21
54:16 69:8
74:18 75:22
77:7,14,20 80:7
80:11 81:1
82:18 83:15
84:17 86:18
99:10,24
100:17 101:24
101:24 102:10
103:14 107:19
107:23 113:11
119:14 121:2,7
122:24 129:20
133:14 136:6
136:10,13,24
140:3 143:12
144:1 145:11
145:22 147:1
157:4,5,13

161:11 169:4
170:5 172:24
173:17 174:24
182:10,23
183:1 184:3,20
186:24
**seeing** 129:2
**seem** 173:4
**seems** 162:4
**seen** 70:24 99:6
102:7 114:3
138:17 146:2,3
162:14 164:5
164:20,21
168:14 174:6
**select** 68:20
99:16
**selection** 66:23
**seller** 55:17
**sem** 108:10,11
**send** 35:14 73:3
**sense** 21:4
38:16 65:9
120:1 131:6
150:9 175:17
**sensitive** 22:7,8
**sent** 5:14 16:22
20:10 54:3
63:14 71:19,24
72:3,5,14,17,19
72:22 76:4
93:16 113:24
119:18 136:3
**sentence**
158:20

**series** 4:20 13:5
34:20 53:11
63:15 78:5
90:19 103:5
122:4 126:5,5,5
141:19 159:7
169:16 180:18
**serpentine**
17:10 78:12
**serpentines**
79:18
**serve** 90:2
**served** 25:5
46:3
**serves** 32:8
**services** 4:19
26:11,24
**session** 50:11
64:4 65:4 93:1
**set** 27:6 47:12
69:5 146:16
149:20 156:21
156:23 161:9
189:10
**sets** 149:16
156:22
**setting** 100:1
135:22,23
137:11 154:15
160:8
**seven** 34:16
63:15 182:24
**sg** 5:17,18
71:22,23 72:6
73:13 74:5,9,11
74:11 94:14,21

95:1,3,10,15,20
95:22 96:6,16
97:11 102:3
109:5,13,16
110:8 118:15
118:17 172:13
172:23
**sg210** 5:23,24
109:8 110:1
**shake** 158:21
**sheet** 4:18
26:10,23 66:22
**shelley** 75:22
76:15
**shi** 7:1
**ship** 140:13
**shirley** 2:3
**short** 28:17
33:20 47:5
**shot** 28:17
47:10
**show** 42:6
98:20 101:21
103:7,11
104:16 105:2
112:1 120:16
122:16 136:7
140:4 142:23
153:1 174:21
181:23 183:14
**showed** 84:1
169:18 175:6
**showing** 96:17
105:13 186:11
**shown** 178:11
178:16 179:6

**[shows - spiked]**                                        Page 43

**shows** 96:6
  155:23 159:24
  160:4 183:17
  187:19
**shu** 1:8 4:5,13
  7:4 23:14 64:7
  65:19
**sic** 15:10 65:14
  65:14 70:10
  127:4
**sichuan** 9:5
**side** 76:20
  111:1,2 137:2,9
  157:24 166:16
  177:4,16 187:8
  187:9
**sieve** 108:14,15
**sieved** 108:13
  108:19
**signature** 42:12
  189:20
**signed** 24:17
**significantly**
  69:3 145:17
  161:7
**silicate** 181:5,9
**similar** 37:1
  67:19 93:17
  108:6 169:6
  178:21 181:5
  186:5
**simple** 11:19
  21:7
**simply** 135:24
  137:3,10 140:1
  147:10 165:16

174:8
**single** 55:8
  83:16 94:23
  150:22 184:4
**singular** 84:11
  86:4,6,7 187:15
**sir** 107:18
  117:24
**sit** 54:11 115:19
**site** 25:10
  126:21
**sitting** 43:16
**six** 5:15 9:21,23
  12:21 73:11
  76:14,17 174:3
  174:6 177:17
  185:3
**size** 18:18 57:13
  103:8 107:8,15
  107:22 108:3,4
  108:8 114:20
  115:10,13
**skewed** 127:20
**skill** 57:4
**slide** 105:11,12
  143:4 148:14
  148:15 165:23
  166:5 167:4
  185:4
**slider** 137:1,8
**slides** 11:23
  72:23,24 73:2,7
  99:4
**slight** 96:11
**slightly** 112:21
  153:10,14,16

**slowly** 153:7
**small** 17:3
  18:17
**smaller** 108:4,6
  113:7
**smallest** 184:24
**society** 31:6
**software** 58:12
  58:22 114:7,8
  114:10,10
  115:3,18
  125:22 126:11
  126:15 133:24
  134:4
**solid** 19:1
**solution** 20:19
**solve** 20:24
**somebody**
  40:11 61:21
**sop** 128:20
**sorry** 10:6
  21:18 55:12
  57:10,13 60:12
  62:7 63:6 66:1
  67:8 72:9 89:24
  101:15 110:15
  112:13 134:21
  141:17 143:19
  144:6,6,13
  185:2
**sort** 33:8 179:8
**sound** 131:22
**sounds** 12:10
  64:10,11 80:22
  182:6

**source** 119:6
  124:1,7 126:8
**sources** 125:19
**south** 112:4
**southern** 45:4
  111:19
**southwest** 9:2,3
  9:4
**spalding** 2:13
  42:14 56:5
**speak** 44:4
**speaking** 38:18
  179:12
**special** 31:7
**species** 180:20
  180:21 181:21
  183:12
**specific** 16:3
  81:13 130:15
  169:20
**specifically**
  23:12 102:2,3
  124:6 131:19
  187:22
**speculation**
  132:6
**spelled** 79:19
**spend** 100:23
**spending** 7:18
**spike** 96:22
  97:2 180:1
**spiked** 95:10,16
  96:21 108:2,11
  109:12,16
  118:9,10,22,24
  119:8,13

[spiked - structure]                                                    Page 44

173:15,16,22
173:24
**spiking**  96:4
**spindle**  31:19
    33:7 150:2,4,21
    151:12,22
**spoken**  44:1
    49:2 55:13 66:6
    66:10
**spot**  67:9
**sprinkle**  105:11
**srm**  69:5 149:4
    149:10 151:18
    161:9,16,19
**srn**  170:12
**stable**  151:17
    152:3
**stadiometer**
    167:5,6
**stage**  31:20
    33:7 140:8
    150:2,4,21
    151:12,22
**staining**  5:9
    17:22 18:1 19:7
    19:11 20:14
    21:16,24 27:16
    27:21 36:24
    57:19 68:7,13
    84:2,3 96:7
    98:2,10,12,20
    99:23,24 101:8
    101:22 104:2,7
    105:20 112:16
    112:16 113:2
    128:3,16,18

129:24 131:3
141:7 143:9
144:3 147:5
152:17 159:24
160:2,9 166:11
166:21 174:9
183:5,16,18
185:21 186:17
187:12
**standard**  21:2
67:15 69:4
124:24 149:11
149:13,22
151:14 152:11
157:1 159:8
161:8 170:5,8
**standards**
67:15 149:12
149:16 154:10
156:21
**standing**
146:17
**stands**  67:3
149:10
**star**  114:8
**starburst**  111:1
111:16
**start**  12:18
17:15 23:3
32:10 52:12
94:19 127:17
131:15 133:6
138:12 168:7
171:22
**started**  10:22

**starting**  128:17
143:2
**state**  1:21 9:8
68:23 189:3
**statement**
68:22 135:22
161:1,5 166:23
**states**  1:1 10:11
14:6,10 18:4
20:5 26:4 35:4
45:22 46:2
79:17
**status**  9:7 12:13
163:13
**stenographic**
1:18
**stenographic...**
189:9
**step**  128:20
**steps**  22:1 41:7
128:23 129:9
**sticker**  26:8
**stoiber**  19:16
**stone**  62:5,7
**stop**  17:22 18:1
18:9,15,20
19:11 36:24
96:6 98:2,12,14
99:22 100:2,2,3
100:5 101:21
102:11 104:2,7
112:10 113:2
128:2 132:15
137:8 141:7
142:1 143:9
144:3 145:8,22

146:17 147:5
157:11,14
160:6,8 166:21
174:8 183:15
187:10,11,23
**stopped**  137:18
**stories**  14:24
**straight**  95:15
172:18 182:21
**streak**  121:9
**street**  2:4,21
3:5
**strength**  59:24
60:4,18
**stretch**  93:9
**strikes**  139:24
**stroke**  67:7
**strong**  153:16
**stronger**
153:16
**structure**  16:10
97:6 98:6,14
99:17 100:19
101:2 107:19
111:5 113:14
113:16 118:12
122:13,14
123:1,4,10,11
123:16 145:18
159:2,4,24
160:4,5 175:20
178:4 179:17
180:14,17,22
180:23 181:6,7
183:1,9 184:4,4
184:11 185:15

**[structure - talc]**

Page 45

187:18
**structures**
176:23 182:9
183:14 184:5
**struggling**
186:1
**students** 33:24
**study** 7:15
107:24
**su** 1:8 4:5,13
5:3,14 7:4,9
19:6,9,14 21:21
21:21 23:14
27:1 42:3 63:10
72:4,14 93:16
130:21 146:7
**su's** 119:4
**subjective**
129:10
**subjectivity**
155:17
**submit** 153:24
**submitted**
154:13
**subtracted**
86:20,21
**subtracting**
83:8
**suddenly**
127:21
**suggestion** 33:2
65:10
**suitable** 113:7,9
**suite** 2:4 3:11
3:16

**summary** 4:23
53:13,15,20
**summer** 10:15
**superimpose**
105:8 106:22
**superimposed**
103:7 185:10
**supervisor**
149:6
**supplied** 154:9
**supplier** 91:18
**suppliers** 91:18
**supply** 91:20
**suppose** 22:16
96:24
**supposed** 41:2
157:11
**suppressed**
133:13 135:18
136:16 137:22
138:2,16
139:23 140:6
**sure** 23:19
37:15 38:10
44:9 50:17
56:13 78:17
80:22 95:12,13
103:24 107:21
110:20 115:8
121:5 131:12
135:6 141:2
146:24 151:17
159:12 174:24
188:1
**surface** 103:15

**surrounding**
154:23 176:24
**survey** 16:9,12
16:13
**switch** 21:5
100:5 102:9
113:2 124:4
157:11 160:6
160:10,18
**switched** 112:9
157:15
**switching**
102:11 145:21
160:24
**sworn** 7:2,5
189:5
**symposium**
31:6,8 32:2
**system** 114:9
114:11 126:7
129:22

**t**

**t** 3:1 17:13 69:5
**tab** 76:20
**table** 70:6,7,8
87:16 153:12
160:13,17
162:24 166:9
167:1,2,10,11
167:23 169:3,7
170:2 175:6,7
175:15
**tables** 5:5,7
63:21 67:11,23
128:21

**take** 8:1 9:23
29:22 38:17
41:7,20,22 93:8
102:8 114:2
123:20 127:24
131:10 155:11
156:10 159:10
172:22 173:1
182:12
**taken** 1:20 42:1
56:21 69:17,19
92:3 109:11
131:13 148:18
159:13 170:14
170:20 174:13
189:9
**takes** 12:23
29:17
**talc** 4:15,16
5:19,21 6:11
24:1,2,5,6
27:17,24 42:22
60:11 62:13,17
64:5 82:16
85:10,13,16,18
85:22 87:13,15
88:3 95:9
103:20 104:9
104:13 105:20
105:20,21,22
107:6,20 108:1
108:2,3,9
109:12 118:6,9
118:9,13,15
119:8,13
127:11 131:23

**[talc - think]** Page 46

163:21 164:4
164:10,14,22
170:21 171:4
171:24 172:15
173:8 181:2,4
182:1,17,19
183:9 184:8,12
184:13 187:3
**talcum** 1:6
**talk** 18:6 20:16
22:14 30:9
56:22 57:6
63:22 83:15,20
85:23 100:7
101:24 148:14
**talked** 25:13,14
30:17,19 61:15
148:17
**talking** 23:20
33:6,8 58:5,15
79:22,23 84:8
84:12 88:21
108:16,19
123:9 126:10
135:8 140:18
146:4 147:7,9
159:16
**tall** 167:7
**taller** 167:6
**target** 150:10
**teach** 65:5
**teaching** 64:24
**tech** 11:7 32:24
151:21
**technical** 19:2
26:2 44:19

46:18
**technician** 74:1
**technique** 5:9
68:8,13 128:4
128:16 150:9
151:23
**technology**
149:13
**tedious** 151:13
151:20
**tell** 11:14 40:11
41:8 49:5 50:19
91:6 138:4
154:23 156:17
163:15 174:17
176:9
**telling** 64:11
**temperature**
22:3,5,6,8
124:2,8,21
125:9,11,19,21
127:20
**temperatures**
125:5
**ten** 17:18
115:21 116:8
**tend** 132:3
**tensile** 59:24
60:4,18
**term** 133:13,14
147:24
**terminated**
163:14
**terrible** 8:12
**test** 5:13 70:5
70:10,11

116:22 117:2
162:10,14
163:13,16,18
**tested** 163:12
**testified** 7:5
36:23 59:4
170:14
**testifying** 32:13
71:7
**testimony** 16:1
37:3,4 38:4
49:11 54:12
59:8 63:3 78:9
78:15 82:5
117:4 119:5
140:21 142:5
167:22 189:8
**testing** 71:6
116:17,19,23
**texas** 2:5
**text** 37:10
**textbook** 19:18
20:12 21:12
**thank** 7:20 8:20
8:20 24:14
37:15 42:4
44:12 65:14,18
161:4 168:11
174:15 181:1
**thanks** 8:11
15:18 64:7 93:5
**theorized** 46:24
**theory** 158:21
**thick** 17:4
**thickness**
184:18,19

185:1,4,15
186:4,22
**thing** 106:24
141:13 146:9
149:9 174:17
182:10 183:21
**things** 11:23
57:4 58:23
79:22 84:9
87:13 91:9
109:2 129:18
131:23 147:8
**think** 9:6 13:6
13:17 14:3 18:3
18:4 19:15
23:11 24:20
25:12 32:10
35:2 44:7 46:1
48:19,19 51:14
51:15 55:16
56:16,18,22
57:16 61:3,10
61:18 64:3,17
64:24 65:5 67:4
74:18 79:1
81:13 83:5 84:2
84:12 85:14
87:17,23 88:14
96:18 98:11
101:18 104:16
105:3 107:10
107:23 119:4
120:13 127:7
127:17 130:4
130:16,23
132:9,13 133:5

**[think - tungsten]**                                     Page 47

135:21 137:17
137:20 138:8
140:12 141:20
143:3,10
145:20 146:12
146:22 147:7
150:5,7 158:12
160:17 168:22
172:16 173:7
177:11 184:2,4
187:23
**thinking**   187:14
**third**   4:11
22:11 23:7
101:7 137:23
162:12,21
**thompson**   3:5
**thoroughly**
173:5
**thought**   10:6
110:19 131:7
**thousand**   31:4
**three**   79:18
100:1 137:21
138:2 151:5
156:22 160:8
186:2,3
**thrown**   101:15
**thumb**   68:23
**time**   7:12,18
9:16,18 10:12
12:18,24 13:14
14:16,22 16:12
16:16 22:4,14
24:17,20 25:11
25:13 26:16

28:2 29:17
30:16,19 31:5
31:23 40:18
45:20 46:7
47:22 50:16
53:4,7 54:20
58:16 59:11,15
66:1 71:10,13
79:19 87:13,23
91:23 100:23
101:5 105:13
106:12 110:4
116:24 117:1
135:7 136:3
140:12 148:10
151:21 162:9
170:7 171:3
189:10
**times**   87:19,20
**timestamp**   35:3
**tinkering**   40:16
**tinto**   91:19
**tip**   150:10
177:14,15,17
**tips**   29:22
**title**   72:16,17
173:3
**titled**   24:1
117:12 172:23
**tm**   27:20
**today**   8:14
17:21 18:14
23:10 115:19
**today's**   158:7
**together**   15:19
15:20 28:16

30:3 54:20
152:7 177:23
180:24 181:3
**told**   15:1 30:10
47:13 65:11
88:11 91:16
104:22 119:11
148:12 168:13
**took**   103:4
108:10 109:2
115:21 120:19
123:24 137:21
138:20 141:19
144:15 187:13
**tool**   167:8
**tools**   128:21
**top**   112:6 125:3
145:2 156:5
157:23
**topic**   89:10
**total**   54:4,6
55:3 140:19
141:4,6 142:2
142:12 143:2
171:13 185:21
186:18
**totally**   84:7
143:7
**track**   160:14
**trade**   62:4
**traditional**
100:13
**trained**   130:23
131:6
**training**   32:22
64:4 65:3,4,16

140:11
**transcript**   1:18
51:15 189:8
**transcripts**
51:6,11
**transition**
183:13,24
184:3
**transportation**
55:18
**trap**   12:10
**travel**   12:20,22
13:2 18:12
**treating**   163:12
**tremolite**
149:21
**trial**   51:11,19
51:22
**tried**   99:8
159:18,20
**true**   15:4,5
59:10 67:16
96:12 98:12,13
98:19 99:22,22
123:13 136:22
151:9 153:21
155:24 162:7
189:8
**try**   80:24 170:5
**trying**   67:8
77:18 143:10
167:15 175:8
**tube**   137:15
**tungsten**
125:18

**[turn - utilize]**                                                    Page 48

**turn** 29:19
  76:21 137:8,16
**turning** 29:21
**twice** 96:9
  163:13
**two** 4:22 21:5
  23:4 27:19 31:4
  33:3 35:14
  38:17 40:1 41:6
  42:6,8 63:11,12
  64:4 66:18
  67:13 75:17
  76:4 78:4 82:13
  84:8 87:11
  106:17,19
  107:8,24 108:2
  108:5 109:20
  115:13 116:19
  116:21 118:18
  118:24 126:23
  127:17 130:17
  135:21 147:7
  149:5,16 151:3
  151:6 156:3
  157:14,21
  180:14,20,21
  182:9 183:2,6
  183:12,13
  184:5,22
**type** 24:18
  106:7 123:23
  169:4 180:15
  183:6
**typed** 29:1
**types** 49:15

**u**

**ultra** 17:9
**unadulterated**
  95:15
**unaware**
  115:17 164:15
**uncommon**
  17:9 149:20
**under** 9:6 52:24
  53:3 59:4 70:14
  85:23 95:5
  115:24 138:6
  153:9,13
  154:14 173:23
  181:13
**undergrad** 9:23
**underlying**
  147:11 169:13
**understand** 8:9
  10:1 11:14
  22:24 24:21
  54:19 64:5
  82:20,23 84:9
  86:3 91:14
  106:18 110:8
  114:2,5 131:1
  152:12 159:15
  163:24 165:10
  165:22,23
**understanding**
  8:11 11:16 19:9
  52:23 64:21
  74:6,13 87:8
  109:11

**understood**
  82:19
**uniform** 17:4
  97:21,22
**union** 118:3
**unit** 22:11 85:6
  162:12
**united** 1:1
  10:11 14:6,10
  18:4 26:4
**units** 85:7
  162:20
**university** 9:13
  9:18,19,21 10:2
  11:4 19:15,16
  61:11 65:1
**unnoticeable**
  145:16
**unquote** 59:12
**unsuppressed**
  133:14
**upper** 168:22
**upstate** 62:17
**use** 17:16 41:12
  41:17 99:17
  100:4 101:3,19
  101:20,23
  117:1 127:2
  128:16,21
  133:12,13
  137:16 146:23
  148:6,12,13
  150:11,17
  154:10 155:1
  156:14,20
  157:7 158:15

  160:7 162:10
  163:7,17
  165:19 167:5,8
  169:8 170:12
  175:23,24
  187:17
**used** 9:5 19:19
  20:18,19 21:2
  21:13,20 55:24
  59:9,11,15,17
  67:15 69:7
  99:20 100:16
  113:17,19
  115:4 126:2,17
  127:6,12
  136:15 150:13
  161:10 166:4
  169:4,5,6 180:1
**uses** 124:17
**using** 27:16
  58:22 98:1
  113:5 123:24
  124:10,13,19
  126:19 127:1
  127:17 128:15
  131:2 140:7
  147:9 149:24
  157:10 160:18
  162:3 163:11
**usp** 107:24
**usually** 18:18
  22:9 115:4
  122:23 166:13
**utilize** 8:9
  165:12

**[utilized - west]**

**utilized** 46:24
134:9

**v**

**v** 44:11
**vague** 58:13
64:15 82:12
83:3 128:13
141:15 142:20
146:11 164:18
**valadez** 93:19
95:9,16 96:23
97:3,4 109:12
119:6,8,12
120:2 137:20
**valid** 142:16
**value** 21:23
53:7 71:6 81:21
81:21 82:15,16
83:23 86:2,8
87:10 98:16,23
104:1 156:16
156:19 157:8
166:6,13
168:14,19
169:20,24
**values** 22:3
80:15 82:9,21
82:24 85:2
87:11 162:6
167:20
**vanderbilt**
62:14
**variability**
159:16,17

**variation** 98:21
185:20
**varieties** 79:18
**variety** 148:19
**various** 109:2
149:13
**verbal** 136:21
**verified** 159:6
**verify** 41:14
**verkouteren**
61:19 62:1
149:6
**vermont** 75:10
83:18 152:8
**version** 174:12
**versus** 96:10,15
98:14 101:22
108:1 142:18
155:18 170:16
184:24 187:8
**video** 28:17
39:23 40:9 47:5
47:6,10 139:1,2
**videographer**
47:12
**view** 57:8 58:16
105:14 106:15
106:16,20
113:21 114:4
114:15,21,24
115:11 133:1
136:12 146:9
**virginia** 3:11
11:7 32:24
151:21

**visa** 12:23
**viscomi** 38:7
**visit** 25:24
**visualization**
148:4

**w**

**wait** 38:8
104:15 133:10
**walter** 169:11
**want** 22:16
36:19,20 40:2,3
41:18 56:2,3
71:20 72:16
73:2 74:19
76:21 78:17
80:19,20 87:22
93:8 98:6
101:19,20
105:12 109:1
121:4 127:24
131:10 133:4,5
133:6 134:12
134:17 138:12
139:19 141:2
141:10 148:14
150:16 158:4
159:10 160:12
171:6,23
173:16 182:2
182:13
**wanted** 22:19
41:7 76:19
94:18 110:19
131:15,19
140:14 180:9

**warm** 127:20
**wars** 114:8
**washed** 179:8
**washington**
45:24 47:4
**watch** 54:11
**wave** 185:10,11
**wavelength**
21:15 22:2
143:6 166:10
**wavelengths**
18:23 20:24
21:1,2 63:20
147:4 156:24
157:1 167:12
167:13
**way** 22:19
34:18 60:17
65:3 70:18 80:6
83:2 85:6 87:1
99:23 114:1
128:6 133:21
134:20 135:1
137:7,14 138:3
139:18 140:6,8
141:5 146:12
165:24 168:7
**week** 153:24
**weight** 109:15
**welcome** 42:3
93:4
**went** 9:9,16
39:24 134:12
151:21
**west** 111:5
177:6

**[wet - yelling]**

Page 50

| | | | |
|---|---|---|---|
| **wet** 108:13,14 | **work** 4:21 9:13 | **wrong** 38:14 | 74:23 76:22 |
| 108:19 | 12:17 13:2,4 | 79:1,1 84:7 | 78:8 80:4 82:17 |
| **wheel** 137:7,8 | 15:19,20 16:17 | 89:11 135:8 | 87:20 88:17,23 |
| 137:11,17 | 22:19 32:14 | 136:5 | 89:5 94:12 99:5 |
| **white** 124:2 | 34:6 39:6 40:24 | **wrote** 13:7 | 108:15 114:22 |
| 125:5,15,16,20 | 41:2,6,18 45:12 | 19:18 37:12 | 117:13 118:2 |
| 126:12 127:22 | 47:16 50:6,7 | 41:15 45:21 | 119:7,20 121:1 |
| **widely** 19:19 | 54:19 73:1 | **wylie** 5:4 34:12 | 121:20 123:11 |
| **wider** 166:19 | 91:15 94:20 | 60:21 61:2,5,8 | 135:5 139:7,21 |
| 167:3 | 107:14 108:17 | 61:15 63:10,12 | 152:13 154:2,6 |
| **wife** 15:10 | 108:23 114:21 | 64:22 65:7 66:6 | 154:11,18 |
| **william** 6:9 | 134:13,18 | 66:10 | 155:10 163:2 |
| 75:20 171:10 | 140:11 152:20 | **wylie's** 61:13 | 171:5 172:21 |
| **willow** 3:10 | 159:23 172:20 | 62:4,13,20 63:3 | 172:24 173:7 |
| **wilmington** | **working** 10:22 | | 174:23 181:11 |
| 44:3,4 | 12:18 16:13 | **x** | 181:15 |
| **wine** 151:15 | 30:11 34:3 46:6 | **x** 147:21 150:13 | **year** 8:16 9:21 |
| **wise** 128:20 | 56:1 61:16 | **x's** 147:21 | 9:22 11:3,7 |
| **wish** 144:10 | 126:24 | **xy** 150:15 | 31:5 32:6,10,14 |
| **witness** 4:3 | **works** 44:15,21 | **y** | 32:20 43:23,24 |
| 12:3 14:1 17:12 | 44:23 134:20 | | 43:24 44:2 |
| 32:8 33:19 35:4 | **world** 69:15 | **y** 17:13,13 | 45:23 52:7 54:5 |
| 38:12 41:24 | 169:17 | 135:14 147:21 | 55:4 63:15 66:9 |
| 43:13 46:4 52:2 | **worth** 167:16 | **yeah** 11:11 | 71:8 89:20 |
| 63:8 89:3 90:3 | **wow** 8:19 | 13:12 14:23 | 116:19,20,20 |
| 112:15 119:7 | **wraps** 122:13 | 15:7,18 17:19 | 116:21,22,24 |
| 144:10 174:17 | **write** 28:13,20 | 18:20 22:5 | 126:21 135:4 |
| 188:3 189:5 | 46:10,17,19,20 | 25:22,22,22 | 162:9 172:5 |
| **woke** 35:1 | **writing** 39:17 | 28:19 29:2,15 | **years** 9:23 |
| **wondering** | 40:12,14 48:17 | 32:1 33:15,19 | 12:24 13:3 |
| 130:14 | 66:6 161:12 | 33:22 36:19 | 17:18 38:14 |
| **word** 67:7 | 162:4 | 37:23 38:22 | 89:19,22 |
| 142:21 | **written** 28:9 | 40:20 41:22 | 127:17 128:19 |
| **words** 78:22 | 40:4 47:7 | 45:8 47:2 48:8 | 132:8 163:6 |
| 165:23 | 111:14 | 57:4,21,23 58:4 | **yelling** 50:13 |
| | | 60:13,13 61:23 | |
| | | 68:19 71:7,23 | |

**[yellow - zoom]**                                        Page 51

**yellow**   127:21
  174:22
**yellowish**
  110:24 125:10
  127:19 148:1
**yep**   23:18
**yesterday**
  50:24 56:21
  58:2 79:3
**ying**   7:1
**york**   2:16,16
  55:19 62:17

**z**

**zoom**   139:9
  189:6,9

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.