# EXHIBIT A

# Castro, Jasmine

| | |
|---|---|
| **From:** | Garrett, Sean C. <sean.garrett@faegredrinker.com> |
| **Sent:** | Wednesday, February 14, 2024 2:59 PM |
| **To:** | Castro, Jasmine |
| **Cc:** | Sherman, Stephanie; Berryman, Jennifer; Friedman, Eric M. |
| **Subject:** | Re: Talc MDL No. 2738 / Extension Request re PPF Deadlines |

Yes, the 26th is fine.

Thanks,

On Feb 14, 2024, at 5:48 PM, Castro, Jasmine <jcastro@wisnerbaum.com> wrote:

**This Message originated outside your organization.**

Sean,

Following up on my email regarding these clients. Please confirm we can extend the deadline to Monday 2/26 as the 25th lands on a Sunday.

**From:** Castro, Jasmine <jcastro@wisnerbaum.com>
**Sent:** Wednesday, February 14, 2024 11:12 AM
**To:** Garrett, Sean C. <sean.garrett@faegredrinker.com>
**Cc:** Sherman, Stephanie <ssherman@wisnerbaum.com>; Berryman, Jennifer <jberryman@wisnerbaum.com>; Friedman, Eric M. <eric.friedman@faegredrinker.com>
**Subject:** RE: Talc MDL No. 2738 / Extension Request re PPF Deadlines

Counsel,

2/25/24 lands on a Sunday can you please extend it to Monday 2/26/24?

**From:** Garrett, Sean C. <sean.garrett@faegredrinker.com>
**Sent:** Wednesday, February 14, 2024 9:24 AM
**To:** Castro, Jasmine <jcastro@wisnerbaum.com>
**Cc:** Sherman, Stephanie <ssherman@wisnerbaum.com>; Berryman, Jennifer <jberryman@wisnerbaum.com>; Friedman, Eric M. <eric.friedman@faegredrinker.com>
**Subject:** RE: Talc MDL No. 2738 / Extension Request re PPF Deadlines

Hi Jasmine,

I can agree to an extension on the below matters to 2/25/24 at this time.

Thank you,

**Sean C. Garrett**
Associate
sean.garrett@faegredrinker.com
Connect: vCard

+1 973 549 7094 direct

**Faegre Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Castro, Jasmine <jcastro@wisnerbaum.com>
**Sent:** Wednesday, February 14, 2024 12:13 PM
**To:** Garrett, Sean C. <sean.garrett@faegredrinker.com>; Friedman, Eric M. <eric.friedman@faegredrinker.com>
**Cc:** Sherman, Stephanie <ssherman@wisnerbaum.com>; Berryman, Jennifer <jberryman@wisnerbaum.com>
**Subject:** RE: Talc MDL No. 2738 / Extension Request re PPF Deadlines

**This Message originated outside your organization.**

Good morning Counsel,

Following up on my email request below.
Thank you.

**From:** Castro, Jasmine <jcastro@wisnerbaum.com>
**Sent:** Monday, February 12, 2024 1:52 PM
**To:** sean.garrett@faegredrinker.com; Friedman, Eric M. <eric.friedman@faegredrinker.com>
**Cc:** Sherman, Stephanie <ssherman@wisnerbaum.com>; Berryman, Jennifer <jberryman@wisnerbaum.com>
**Subject:** Talc MDL No. 2738 / Extension Request re PPF Deadlines
**Importance:** High

Good afternoon Counsel,

May we obtain a 30-day extension for the following clients:

1. Sherry Alexander (Case No. 3:19-cv-00477)
2. Margaret Wann (Case No. 3:19-cv-12021)
3. Kelly Lang (Case No. 3:19-cv-02269)
4. Barbara Walker (Case No. 3:19-cv-20113)
5. Stacey Carroll (Case No. 3:19-cv-18193)

The PPF deadline for these cases are currently due on **2/15/2024**? With a 30-day extension, the new deadline would be **3/15/2024**. The above-mentioned clients have either been unresponsive or where

2

we've recently became aware of the passing of our client/client representative and need the extra time to continue our efforts to timely meet the PPF deadline. Your courtesy is greatly appreciated.

Thank you.

**Jasmine Castro**
Paralegal

<image001.png>
 310-207-3233  | Office
<image001.png>
 310-820-6257  | Direct
<image002.png>
 wisnerbaum.com
<image003.png>
 11111 Santa Monica Blvd, Suite 1750
    Los Angeles, CA 90025

<image004.png>

<image005.png>

<image006.png>

<image007.png>

<image008.png>

<image009.png>

<image010.png>

CONFIDENTIALITY NOTICE -- This electronic mail message may contain confidential information belonging to the sender which is protected by the attorney-client and/or work product privilege. The information is intended only for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please purge the received information from your system and immediately notify the sender by telephone and by return e-mail. Thank you. IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.