# EXHIBIT B

**Castro, Jasmine**

| | |
|---|---|
| **From:** | MDL Centrality Administrator <noreply@mdlcentrality.com> |
| **Sent:** | Wednesday, September 4, 2024 10:40 AM |
| **To:** | Castro, Jasmine |
| **Subject:** | New Plaintiff Profile Form - Talc |
| | |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new filings in the Talcum Powder MDL. A new Plaintiff Profile Form has been filed for the plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Profile Form.

| Talcum Powder Litigation Profile Form Filing | | | | |
|---|---|---|---|---|
| **Plaintiff ID** | **Name** | **Jurisdiction** | **Law Firm** | **Date Filed** |
| 1. | 69231 | WHITTLE, YOULANDA | MDL | Wisner Baum | 9/4/2024 |

Thank you,

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 361-0741
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received it in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*