# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-02738-MAS-RLS<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |
| | Case No.: 3:23-CV-17718 |
| THIS DOCUMENT RELATES TO:<br><br>RUTH GIPSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WANDA HARRIS,<br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | RESPONSE TO AUGUST 15, 2024 ORDER TO SHOW CAUSE (DKT. 33096) |

C. Edward Amos, II of The Segal Law Firm, LC, counsel of record for Plaintiff Ruth Gipson (hereinafter, "Plaintiff"), submits the following Response to the Court's August 15, 2024 Order to Show Cause Why Cases on the Attached Exhibit A Should Not Be Dismissed With Prejudice (Dkt. 33096).

On September 7, 2023, a Short Form Complaint was directly filed on behalf of Plaintiff in MDL No. 2738. Pursuant to the September 1, 2023 Amended Plaintiff's Profile Form ("PPF") Order, a Plaintiff Profile Form, core records, and signed medical records authorizations were required to be served upon Defendants via MDL Centrality by a certain date. Counsel for Plaintiff made several attempts to contact Plaintiff to obtain the necessary information and documentation to comply with the Court's September 1, 2023, Amended PPF Order. Despite multiple letters via U.S. Regular Mail, U.S. Certified Mail, phone calls, and emails, Plaintiff has not responded to Counsel's communication attempts.

Given the lack of communication from Plaintiff, Counsel will be filing a motion to withdraw as counsel of record in the underlying case and respectfully requests that the Court not dismiss Plaintiff's Complaint with prejudice until after a decision is issued on the motion to withdraw.

Dated: September 5, 2024

*/s/C. Edward Amos*
Scott S. Segal, Esq. (WV Bar# 4717)
C. Edward Amos, II, Esq. (WV Bar# 12362)
The Segal Law Firm
810 Kanawha Blvd., East
Charleston, WV 25301
(304) 344-9100
(304) 344-9105 (fax)
Emails:  scott.segal@segal-law.com;
edward.amos@segal-law.com

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 3:16-MD-02738-MAS-RLS<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>Case No.: 3:23-CV-17718 |
| **THIS DOCUMENT RELATES TO:**<br><br>RUTH GIPSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WANDA HARRIS,<br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | **RESPONSE TO AUGUST 15, 2024 ORDER TO SHOW CAUSE (DKT. 33096)** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I filed the foregoing Response to August 15, 2024 Order to Show Cause with the court using CM/ECF which will send notification of such filing to CM/ECF participants.

/s/ *C. Edward Amos, II*
C. Edward Amos, II (WV Bar I.D. #12362)

3