# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738<br><br>3:16-md-02738-MAS-RLS<br><br>Hon. Michael A. Shipp |
| **This Document Relates to:**<br><br>JANICE WREGLESWORTH,<br><br>　　　　Plaintiff,<br>　v.<br><br>JOHNSON & JOHNSON, et al.<br><br>　　　　Defendants. | Case No.: 3:19-cv-21040 |

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Counsel of record for Plaintiff Janice Wreglesworth respectfully files their response to the Court's Order to Show Cause (Doc. No. 33096).

1. Plaintiff Janice Wreglesworth passed away on November 9, 2019.

2. No administrator over the Estate of Janice Wreglesworth has been appointed to the knowledge of the undersigned.

3. The heirs of Janice Wreglesworth do not wish to pursue this lawsuit.

4. The undersigned counsel of record cannot show cause why this case should not be dismissed.

Dated: September 5, 2024

By: /s/ Steven D. Davis
Steven D. Davis
TORHOERMAN LAW, LLC
210 S. Main Street
Edwardsville, IL 62025
618-656-4400 (Phone)
618-656-4401 (Fax)
SDavis@thlawyer.com
*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 5th day of September, 2024.

/s/ *Steven D. Davis*