# Keller | Postman

September 5, 2024

VIA ECF

Honorable Rukhsanah L. Singh
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Response to Order to Show Cause [33096] Re: MDL 2738

Dear Judge Singh:

Plaintiff submits this letter to Show Cause why the case listed below should not be dismissed with prejudice for the failure to serve a Plaintiff Profile Form (PPF).

- Lesney, Karen, Case No. 3:23-cv-18981

In Plaintiff's individual case, Plaintiff had a deadline of May 31, 2024 to file her PPF. Plaintiff filed her PPF on May 22, 2024, ahead of that deadline. *See* Ex. A (MDL Centrality PPF Filing Confirmation). Despite timely filing, Plaintiff appeared on an Order to Show Cause on August 15, 2024. *See* ECF 33096, at 25. On August 29, 2024, Plaintiff's counsel communicated with defense counsel about the timely filing. Defense counsel agreed to remove Plaintiff's case from the deficiency list and ensured that Plaintiff's case would not be included in the final dismissal order to be supplied to the Court. *See* Ex. B (8/29/24 Email from S. Garrett to K. Rangel). For the foregoing reasons, Plaintiff requests that this matter not be placed on a final dismissal order.

Thank you for your time and consideration.

Sincerely,

*/s/ Bridget Hamill*
Bridget Hamill
Keller Postman LLC