# EXHIBIT B

## RE: Talc MDL - Lesney, Karen

Garrett, Sean C. <sean.garrett@faegredrinker.com>

Thu 8/29/2024 11:02 AM

To:Karla Rangel <kr@kellerpostman.com>
Cc:Andrulyte, Emilija <emilija.andrulyte@faegredrinker.com>

 1 attachments (56 KB)
New Plaintiff Profile Form - Talc;

Karla,

Thank you for the information.  I will remove that case from my deficiency list, and I will ensure the case is not included in the final dismissal order to be supplied to the court.

Thanks

**Sean C. Garrett**
Associate

sean.garrett@faegredrinker.com

Connect: vCard

+1 973 549 7094 direct

**Faegre Drinker Biddle & Reath** LLP

600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Karla Rangel <kr@kellerpostman.com>
**Sent:** Thursday, August 29, 2024 12:00 PM
**To:** Garrett, Sean C. <sean.garrett@faegredrinker.com>
**Subject:** Talc MDL - Lesney, Karen

**This Message originated outside your organization.**

Sean,

Karen Lesney is listed on the Order to Show Cause from August 15, 2024, but her PPF was filed on May 22, 2024 before the May 31st deadline.  Please see attached proof of filing in the form of the automated message from the MDL Centrality administrator showing the date filed.

Thank you,
Karla

**Karla Rangel**

Attorney

# Keller | Postman

Email | Bio | Website