

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

**Faegre Drinker Biddle & Reath LLP**
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

September 5, 2024

Honorable Michael A. Shipp, U.S. District Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 5W
Trenton, NJ 08608

*Re:*   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Judge Shipp:

I write on behalf of Defendants with regard to the pending R. 702 motions.

We request a live hearing on our motion to exclude the opinions of plaintiffs' expert Dr. William Longo (ECF 33012) with cross examination and the ability for Defendants to bring up to two rebuttal witnesses at a total of two hours of testimony per witness, with the precise time for direct and cross exam of the rebuttal witnesses to be worked out via meet and confer.

We do not believe live testimony is necessary to adjudicate the other motions unless Your Honor would find that helpful.

If Your Honor would like oral argument on the other motions, we respectfully suggest that each side be given a total of  two hours to address all issues, with each side free to allot the appropriate time to its direct or responsive arguments, as well as rebuttal, as they see fit.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**
*Attorneys for Defendants*
*Johnson & Johnson and*
*LLT Management, LLC*

SMS/scg

cc:   Leigh O'Dell, Esq. (*via e-mail*)
       Michelle Parfitt, Esq. (*via e-mail*)