UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON (RLS) TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) |
| *This document relates to:* *Gladdys Denny- 3:23-cv-19932* | |

### PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

The below undersigned counsel of record for Plaintiff Gladdys Denny submits the following Response to the Court's August 15, 2024 Order to Show Cause Why Cases on the Attached Exhibit A Should Not Be Dismissed With Prejudice (Dkt. 33096).

On September 10, 2023, the undersigned filed suit directly into MDL No. 2738 on behalf of Plaintiff Gladdys Denny. Pursuant to the Court's Amended Plaintiff Profile Form Order dated September 1, 2023, a Plaintiff Profile Form, medical records and signed authorizations were to be served on Defendants by December 7, 2023.

However, Counsel here along with counsel for Defendants, filed a Stipulation of Dismissal with prejudice on August 22, 2024, therefore rendering Plaintiff's necessity to show cause mooted. Accordingly, Plaintiff asserts that there is no longer any reason to show cause as the case as already been dismissed.

Date:  September 5, 2024                     Respectfully submitted,

/s/ T. Roe Frazer II
T. Roe Frazer II; Bar No. 35785-PHV
FRAZER PLC
30 Burton Hills Boulevard, Suite 450
Nashville, TN 37215

Telephone: 615.647.6464
Facsimile:  615.307.4902
Email: roe@frazer.law

*Counsel for Plaintiff*