UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON (RLS) TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*William Keith Summers- 3:18-cv-08149* | MDL No. 2738 (MAS) |

### PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

The below undersigned counsel of record for Plaintiff William Keith Summers submits the following Response to the Court's August 15, 2024 Order to Show Cause Why Cases on the Attached Exhibit A Should Not Be Dismissed With Prejudice (Dkt. 33096).

On April 20, 2018, the undersigned filed suit directly into MDL No. 2738 on behalf of Plaintiff Julie Johnson-Summers. A Suggestion of Death was subsequently filed on July 29,2020 which substituted William Keith Summers for Julie Johnson-Summers following her death. Pursuant to the Court's Amended Plaintiff Profile Form Order dated September 1, 2023, a Plaintiff Profile Form, medical records and signed authorizations were to be served on Defendants by December 7, 2023. Our firm submitted a Motion to Withdraw on behalf of Plaintiff Summers on September 13, 2021. On May 2, 2024, we received an order from the court that granted our firm's Motion to Withdraw.

Given the unique circumstance cited herein, counsel for Defendants have agreed to remove Plaintiff from the list to be submitted for dismissal with prejudice and, therefore, the need for the same has been mooted. Plaintiff asserts this case will not be submitted for dismissal with prejudice and the Court should not do the same.

Date:   September 5, 2024		Respectfully submitted,

<div style="margin-left:3em;">

/s/ T. Roe Frazer II
T. Roe Frazer II; Bar No. 35785-PHV
FRAZER PLC
30 Burton Hills Boulevard, Suite 450
Nashville, TN 37215
Telephone: 615.647.6464
Facsimile:  615.307.4902
Email: roe@frazer.law

*Counsel for Plaintiff*

</div>