# Exhibit D

ANA C. VISCOMI J.S.C.
SUPERIOR COURT OF NEW JERSEY
56 PATERSON STREET
P.O. BOX 2633
NEW BRUNSWICK, NEW JERSEY 08903-2633

**FILED**

FEB - 1 2019

ANA C. VISCOMI, J.S.C.

---

| | |
|---|---|
| DOUGLAS and ROSALYN BARDEN<br><br>Plaintiff(s),<br><br>v.<br><br>BRENNTAG NORTH AMERICA et al.<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CIVIL DIVISION, MIDDLESEX<br>COUNTY VICINAGE<br>DOCKET NUMBER: MID L-1809-17AS<br><br>*Civil Action*<br><br>**ORDER TO CONSOLIDATE** |
| DAVID CHARLES ETHERIDGE and<br>DARLENE PASTORE ETHERIDGE<br><br>Plaintiff(s),<br><br>v.<br><br>BRENNTAG NORTH AMERICA et al.<br><br>Defendants. | DOCKET NUMBER: MID L-0932-17AS |
| D'ANGELA MCNEILL-GEORGE,<br><br>Plaintiff(s),<br><br>v.<br><br>BRENNTAG NORTH AMERICA et al. | DOCKET NUMBER: MID L-7049-16AS |
| WILLLIAM and ELIZABETH RONNING,<br><br>Plaintiff(s),<br><br>v.<br><br>BRENNTAG NORTH AMERICA et al. | DOCKET NUMBER MID L-6040-17AS |

**WHEREAS,** the above-captioned matters involve plaintiffs who have been diagnosed with peritoneal mesothelioma; and,

**WHEREAS,** these plaintiffs all allege that they utilized Johnson & Johnson Baby Powder and that such powder, was comprised of talc supplied, at times, by Imerys Talc America and/or its predecessors/successors, and/or Windsor Minerals; and,

**WHEREAS,** these plaintiffs, further allege that the source talc and the cosmetic talcum powder was contaminated with asbestos; and,

**WHEREAS,** these plaintiffs further allege that Johnson & Johnson Baby Powder, with talc supplied by Imerys Talc America and/or its predecessors/successors, and/or Windsor Minerals was a substantial contributing factor in the development of their mesothelioma; and

**WHEREAS,** Middlesex MCL Asbestos historically accommodates living mesothelioma plaintiffs on an expedited trial track; and,

**WHEREAS,** all of these matters have been listed as "trial ready" on multiple occasions; and,

**WHEREAS,** this court has historically *sua sponte* consolidated cases involving a common question of law or fact arising out of the same transactions or series of transactions in accordance with R. 4:38-1 and R. 4:38A;

**IT IS HEREBY ORDERED,** on this 1st day of February, 2019:

1. These matters are consolidated for the compensatory phase of trial pursuant to R. 4:38-1 and R. 4:38A.
2. A pre-trial conference is scheduled for March 8, 2019 at 10:00 a.m., in Courtroom 203.

_____
ANA C. VISCOMI, J.S.C.

TO: Christopher Placitella, Esq.
Moshe Maimon, Esq.
Leah Kagan, Esq.
John Garde, Esq.
John McMeekin, Esq.

cc: Agatha Dzikiewicz, Esq.
Special Master
Dolores Taylor, Team Leader