# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-02738-MAS-RLS<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

**THIS DOCUMENT RELATES TO:**

SUZANNA WILLIAMS
CIVIL CASE NO. 2019-CV-13438

RHONDA JAMES
CIVIL CASE NO. 2019-CV-14421

JANE MITCHELL
CIVIL CASE NO. 2019-CV-15425

CHRISTINA SENA-HERNANDEZ
CIVIL CASE NO. 2019-CV-16241

NATALIE RADBILL
CIVIL CASE NO. 2019-CV-16389

JANET MOINA
CIVIL CASE NO. 2019-CV-17586

PANILLA WALLACE
CIVIL CASE NO. 2019-CV-17589

DOROTHY WORLEY
CIVIL CASE NO. 2019-CV-17932

TAMMY SIMMONS
CIVIL CASE NO. 2019-CV-17939

AMELIA WHITEHEAD
CIVIL CASE NO. 2019-CV-21318

SYLVIA PEREZ
CIVIL CASE NO. 2019-CV-21337

EULA LAFRANCE
CIVIL CASE NO. 2019-CV-06853

1

MARIA MENDOZA
CIVIL CASE NO. 2019-CV-17533

TERESA VINES
CIVIL CASE NO. 2019-CV-17534

RUTHANN SOGUILON
CIVIL CASE NO. 2018-CV-03103

AUDREY ROBERTS
CIVIL CASE NO. 2018-CV-03105

## RESPONSE TO AUGUST 15, 2024 ORDER TO SHOW CAUSE (DKT. 33096)

Melanie Meneses Palmer of Kiesel Law LLP submits the following Response to the Court's August 15, 2024 Order to Show Cause Why Cases on the Attached Exhibit A Should Not Be Dismissed With Prejudice (Dkt. 33096) on behalf of the following Kiesel Law Plaintiffs:

| Row # | Case Name | Current Cause # |
|---|---|---|
| 808 | WILLIAMS, SUZANNA | 2019-CV-13438 |
| 809 | JAMES, RHONDA | 2019-CV-14421 |
| 810 | MITCHELL, JANE | 2019-CV-15425 |
| 811 | SENA-HERNANDEZ, CHRISTINA | 2019-CV-16241 |
| 812 | RADBILL, NATALIE | 2019-CV-16389 |
| 813 | MOINA, JANET | 2019-CV-17586 |
| 814 | WALLACE, PANILLA | 2019-CV-17589 |
| 815 | WORLEY, DOROTHY | 2019-CV-17932 |
| 816 | SIMMONS, TAMMY | 2019-CV-17939 |
| 817 | WHITEHEAD, AMELIA | 2019-CV-21318 |
| 818 | PEREZ, SYLVIA | 2019-CV-21337 |
| 819 | LAFRANCE, EULA | 2019-CV-06853 |
| 821 | MENDOZA, MARIA | 2019-CV-17533 |
| 822 | VINES, TERESA | 2019-CV-17534 |
| 944 | SOGUILON, RUTHANN[1] | 2018-CV-03103 |
| 945 | ROBERTS, AUDREY[2] | 2018-CV-03105 |

---

[1] Kiesel Law LLP is co-counsel on behalf of Ms. Soguilon along with Martinian & Associates and the Law Offices of Haytham Faraj.

[2] Kiesel Law LLP is co-counsel on behalf of Ms. Roberts along with Martinian & Associates and

2

## 1. UNRESOLVED DEFICIENCIES

On December 4, 2019, a Complaint was directly filed on behalf of each Kiesel Law LLP Plaintiff in MDL No. 2738. Pursuant to the September 1, 2023 Amended Plaintiff's Profile Form ("PPF") Order, a Plaintiff Profile Form, core records, and signed medical records authorizations were required to be served upon Defendants via MDL Centrality by a certain date. Counsel for Plaintiffs made several attempts to contact each Plaintiff to obtain the necessary information and documents to comply with the Court's September 1, 2023 Amended PPF Order. Unfortunately, Counsel lost contact with the Plaintiffs identified above during the two-year bankruptcy stay. Despite multiple contact attempts via U.S. Mail, phone, and email, Plaintiffs have not returned their completed PPFs with all core records to Counsel for filing nor have they responded to Counsel's many communication attempts. All of the correspondence asked Plaintiffs to contact Counsel immediately in order to cure the delinquencies and advised that Johnson & Johnson seeks to dismiss their cases. These Plaintiffs have been provided Counsel's contact information on multiple occasions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

the Law Offices of Haytham Faraj.

Accordingly, we respectfully request an additional sixty (60) days to cure any alleged PPF deficiencies for Plaintiffs' cases, or in the alternative, that the cases be dismissed **without** prejudice as there is no basis for imposing the most severe terminating sanction, a dismissal with prejudice, in this situation.[3]

DATED: September 5, 2024					Respectfully Submitted,

							KIESEL LAW LLP

							By:  /s/ Melanie Meneses Palmer
							Melanie Meneses Palmer (CA # 286752)
							8648 Wilshire Boulevard
							Beverly Hills, CA  90211
							Tel. (310) 854-4444
							Fax (310) 854-0812
							palmer@kiesel.law

							*Counsel for Plaintiff*

---

[3] A trial court has the discretionary power to impose sanctions for failure to comply with discovery requests. *Hirsch v. Gen. Motors Corp.*, 266 N.J. Super. 222, 628 A.2d 1108 (Law. Div. 1993). Although it is policy that discovery rules must be complied with it is also the rule that drastic sanction should be imposed sparingly. *Reizakis v. Loy,* 490 F.2d 1132, 1135 (4th Cir. 1974); *Dyotherm Corp. v. Turbo Machine Co.*, 392 F.2d 146, 148 (3rd Cir. 1968) (Trial courts often abuse discretion when failing to apply sanction less severe than dismissal.). The penalty that is imposed should be appropriate and fair to both parties. *Williams v. Am. Auto. Logistics*, 226 N.J. 117, 124, 140 A.3d 1262 (2016). Dismissal with prejudice is such a severe sanction to be used only in extreme circumstances, where there is a clear record of delay or contumacious conduct, and where lesser sanctions would not serve the best interests of justice. *National Hockey League v. Met. Hockey Club*, 427 U.S. 639, 643 (1976); *see also Boazman v. Economics Laboratory Inc.*, 573 F.2d 210, 212 (5th Cir. 1976). The normal rule is that the proper sanction "must be no more severe than is necessary to prevent prejudice to the movant." *Wilson v. Volkswagen of Am.*, 561 F.2d 494, 504-05 (4th Cir. 1977). The Third Circuit has agreed with the Supreme Court that because dismissal is a such a harsh sanction it is only "reserved for those cases where there is a clear record of delay or contumacious conduct by the plaintiff." *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863, 866 (3rd Cir. 1984).

## CERTIFICATE OF SERVICE

      I hereby certify that on September 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 5, 2024          Respectfully Submitted,

                              By:      */s/ Melanie Meneses Palmer*
                                    Melanie Meneses Palmer
                                    KIESEL LAW LLP
                                    8648 Wilshire Boulevard
                                    Beverly Hills, California  90211
                                    Tel. (310) 854-4444
                                    Fax (310) 854-0812
                                    E-mail: palmer@kiesel.law

                                    *Counsel for Plaintiff*