# THE CUFFIE LAW FIRM

*Serious Lawyers for Serious Injuries*

September 5, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

Re: In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation - MDL 2738

Dear Magistrate Judge Singh:

We write to notify the Court on behalf of The Cuffie Law Firm's Plaintiffs that six (6) of our Plaintiffs have been listed in Exhibits A to Defendants' June 3, 2024 and June 21, 2021 letters to the Court.

The PPP forms for these plaintiffs were filed with MDL Centrality and is in compliance with the Court's Order and, therefore, there is no deficiency. We have also been in contact with Defendants who have agreed to remove the Plaintiffs below from the deficiency list.

| Carla Wyatt | 3:20-cv-20718 |
| --- | --- |
| Aaron Kent | 3:18-cv-08104 |
| Joenathan Harris | 3:18-cv-14687 |
| Benjamin Edwards | 3:18-cv-16916 |
| Leonard Hymes | 3:18-cv-17080 |
| Allison Salter | 3:18-cv-17308 |

Very truly yours,

THE CUFFIE LAW FIRM

*/s/ Thomas F. Cuffie*
Thomas F. Cuffie, Atty.
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 5, 2024**, a copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice to all parties listed on the Court's electronic filing receipt may have access to this filing.

THE CUFFIE LAW FIRM

*/s/ Thomas F. Cuffie*
Thomas F. Cuffie, Atty.
*Attorney for Plaintiffs*