UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 3:16-md-02738-MAS-RLS |
| This Document Relates To:<br>Lydia Johnson 3:19-cv-18199 | JUDGE MICHAEL A. SHIPP<br>Magistrate Judge Rukhsanah L. Singh |

### RESPONSE TO AUGUST 15, 2024 ORDER TO SHOW CAUSE (DKT. 33096)

The below undersigned counsel of record for Plaintiff Lydia Johnson, submits the following Response to the Court's August 15, 2024 Order to Show Cause.

On July 10, 2024, upon submission of Plaintiff's completed Plaintiff Profile Form, resolving the deficiency status, Plaintiff's Counsel notified Defense Counsel of the submission of necessary documents. On July 10, 2024, Defense Counsel acknowledged receipt and notified Plaintiff's Counsel that Plaintiff would be removed from the deficiency list. See Exhibit 1.

Accordingly, the Order to Show Cause should be discharged as to Plaintiff and her case should not be dismissed.

Dated: September 9, 2024                                    Respectfully submitted,

/s/ *Rhett A. McSweeney*
Rhett A. McSweeney
McSweeney Langevin, LLC
2116 Second Avenue South
Minneapolis, MN 55404
Tel. (612) 746-4646
Fax (612) 454-2678
Email: ram@westrikeback.com
           filing@westrikeback.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this _9th_ day of _____September_____ 2024.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney