Exhibit 1

**Alexa Marsh**

| | |
|---|---|
| **From:** | Garrett, Sean C. <sean.garrett@faegredrinker.com> |
| **Sent:** | Wednesday, July 10, 2024 5:08 PM |
| **To:** | Alexa Marsh |
| **Cc:** | Andrulyte, Emilija |
| **Subject:** | RE: Talc MDL 2738: Notice of Failure to Submit Plaintiff Profile Form and Supporting Documents |

Thanks, Alexa. I will take this matter off my deficiency list.

Thanks

**Sean C. Garrett**
Associate
sean.garrett@faegredrinker.com
Connect: vCard

+1 973 549 7094 direct

**Faegre Drinker Biddle & Reath LLP**
600 Campus Dr.
Florham Park, New Jersey 07932, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Alexa Marsh <alexa@westrikeback.com>
**Sent:** Wednesday, July 10, 2024 5:32 PM
**To:** Garrett, Sean C. <sean.garrett@faegredrinker.com>
**Subject:** RE: Talc MDL 2738: Notice of Failure to Submit Plaintiff Profile Form and Supporting Documents

**This Message originated outside your organization.**

Hi Sean,

Lydia Johnson's PPF and corresponding documents were uploaded and served through MDL Centrality this afternoon. Please see the attached for submission information and document IDs.

Thank you,
Alexa

////////////////////////////////////////////////////////////////



1

**Alexa Marsh** / Associate Attorney
..................................................................
OFFICE 612.746.4646 ext. 1602
TOLL FREE 877.542.4646 ext. 1602
DIRECT DIAL 612.260.6088
FAX 612.454.2678
WEB www.WeStrikeBack.com
2116 2nd Avenue South / Minneapolis / MN / 55404

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication.

**From:** Talc <Talc@browngreer.com>
**Sent:** Friday, March 1, 2024 11:32 AM
**To:** Filing <filing@westrikeback.com>; Rachel Richardson <rachel@westrikeback.com>; Rhett McSweeney <RAM@westrikeback.com>
**Cc:** Talc <Talc@browngreer.com>
**Subject:** Talc MDL 2738: Notice of Failure to Submit Plaintiff Profile Form and Supporting Documents

**McSweeney Langevin LLC**
**VIA EMAIL & MDL Centrality**

*In re Johnson & Johnson Talcum Powder Marketing, Sales Practices and Products Liability* Litigation – MDL No. 2738

Counsel:

This is a message from the Defense in the Talc litigation.

Per the Amended Plaintiff's Profile Form Order, entered on September 1, 2023, (Doc. No. 27291) your client was required to provide defendants with a Plaintiff Profile Form, medical records of any health care provider regarding treatment for ovarian cancer or gynecological disease alleged in the Complaint, and medical record authorizations, by the date provided for in the Amended Plaintiff Profile Form Order which corresponds with this matter.

To date, our records indicate the plaintiff has failed to provide defendants with a Plaintiff Profile Form. If we do not receive the outstanding discovery within the automatic 60-day extension provided for in the Court's Order of February 13, 2024 (Doc. No. 29032) after this case has been listed in a filing to the court, this matter will be subject to an Order to Show Cause why it should not be dismissed with prejudice.

Thank you for your anticipated cooperation in this regard. Please contact me with any questions regarding the foregoing.

Respectfully,
Sean C. Garrett, Esq.

**FAEGRE DRINKER BIDDLE & REATH LLP**
*Attorneys for Defendants Johnson & Johnson and*
*Johnson & LLT Management, Inc., f/k/a LTL Management, Inc.*

MDL Centrality Administrator

**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (888) 361-0741
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*