# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS<br><br>MDL No. 16–2738 (MAS) (RLS) |

**DECLARATION OF MATTHEW BUSH IN SUPPORT DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S REPLY IN SUPPORT OF THEIR OBJECTIONS TO THE SPECIAL MASTER'S ORDER ON DEFENDANTS' MOTION TO COMPEL MR. HESS'S DEPOSITION TESTIMONY**

I, Matthew Bush, declare as follows:

I am an attorney of the state of New York and a partner with the law firm King & Spalding LLP, counsel for Defendants Johnson & Johnson LLT Management LLC (hereafter, "Defendants") in the above-captioned matter. The facts stated in this Declaration are true of my own personal knowledge. I submit this Declaration in Support of Defendants' Reply in Support of Their Objections to the Special Master's Order on Defendants' Motion to Compel Mr. Hess's Deposition Testimony or for Preclusive Sanctions.

1.      Attached hereto as **Exhibit 1** is a true and correct copy of an email attaching Defendants Objections sent to members of the PSC and Mr. Hess's personal attorney dated August 20, 2024 at 10:12pm.

2.      Defendants originally attempted to file their Objections under an entry type that the ECF system would not accept. Defendants also experienced slowness in the ECF system making it more difficult to troubleshoot the problem especially with the large number of exhibits to be filed.

Dated: September 9, 2024

*[signature: Matthew Bush]*

_____
MATTHEW L. BUSH