

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via E-Filing*

September 10, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

**Re:** ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738***

***Harper v. Johnson & Johnson, et al.***
**Civil Case No. 3:18-cv-03789**

***Watson v. Johnson & Johnson, et al.***
**Civil Case No. 3:18-cv-05827**

***Goodwin v. Johnson & Johnson, et al.***
**Civil Case No. 3:18-cv-15342**

***Taylor v. Johnson & Johnson, et al.***
**Civil Case No. 3:18-cv-16802**

***Henry v. Johnson & Johnson, et al.***
**Civil Case No. 3:19-cv-01018**

***Matsumoto v. Johnson & Johnson, et al.***
**Civil Case No. 3:19-cv-06315**

***Sanchez v. Johnson & Johnson, et al.***
**Civil Case No. 3:19-cv-08277**

Hon. Rukhsanah L. Singh, U.S.M.J.
September 10, 2024
Page 2

***Lawandales v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18555**

***Jackson v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18568**

***Harrelson v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18586**

***Garza v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18605**

***James v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18612**

***Decoursey v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18660**

***Edmonds v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18669**

***Morris v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18678**

***Zapata v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18687**

***Shipley v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18690**

***Fernandez v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18741**

***Toro v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18755**

***Broeckwr v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-18796**

***McDonald v. Johnson & Johnson, et al.***
**Civil Case No. 3:23-cv-19383**

Hon. Rukhsanah L. Singh, U.S.M.J.
September 10, 2024
Page 3

***Sanchez v. Johnson & Johnson, et al.***
**Civil Case No. 3:18-cv-00265**

***Sanders v. Johnson & Johnson, et al.***
**Civil Case No. 3:18-cv-01497**

***Lewis v. Johnson & Johnson, et al.***
**Civil Case No. 3:19-cv-09270**

***Spetrini v. Johnson & Johnson, et al.***
**Civil Case No. 3:19-cv-16997**

Dear Judge Singh:

The Johnson & Johnson Defendants write in reply to the Burns Charest firm opposition (ECF 33251) to the August 15, 2024 Order to Show Cause (ECF 33096) regarding the above referenced twenty-five deficient Plaintiffs. The Burns Charest firm has not shown good cause to be excused from the discovery obligations in these cases where the Plaintiff Profile Forms were due from seven to nine months ago. Defendants oppose the request that the Court provide Plaintiffs with a sixty (60) day extension or dismiss their cases without prejudice. The cases should be dismissed with prejudice.

There is no reason to believe that the long overdue discovery will be forthcoming if the Plaintiffs are provided with extra time. Plaintiffs' opposition certainly does not provide a basis for such a belief.

Likewise, the cases should not be dismissed without prejudice for all the reasons stated in Judge Shipp's opinions in the cases of *Smith* (Case No. 3:17-cv-11212, ECF 21); *Pringle* (Case No. 3:17-cv-06766, ECF 20); and *Demelia* (Case No. 3:17-cv-10971, ECF 23), dated August 16, 2024. This Court has consistently denied requests to dismiss without prejudice in similar situations involving failure to provide discovery, and there is no reason to treat these cases any differently.

Plaintiffs have been afforded more than enough time to cooperate with their counsel and comply with the Court's orders. And if their circumstances change, they can attempt to make a case for reinstatement under FRCP 60(b).

Accordingly, Defendants respectfully request Your Honor find that the above listed Plaintiffs have not demonstrated good cause in response to the Order to Show Cause entered by the Court on August 15, 2024 (ECF 33096) and dismiss these cases with prejudice.

Hon. Rukhsanah L. Singh, U.S.M.J.
September 10, 2024
Page 4

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

*Attorneys for Defendants Johnson & Johnson and LLT Management, LLC*

SMS/scg

Cc: Counsel of Record (via PACER)