

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via E-Filing*

September 11, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

Re:   In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738

*Trammell v. Johnson & Johnson, et al.*
**Civil Case No. 3:23-cv-19056**

*Foster v. Johnson & Johnson, et al.*
**Civil Case No. 3:23-cv-18971**

*Allen v. Johnson & Johnson, et al.*
**Civil Case No. 3:23-cv-18494**

*Lassiter v. Johnson & Johnson, et al.*
**Civil Case No. 3:23-cv-19502**

*Ming v. Johnson & Johnson, et al.*
**Civil Case No. 3:23-cv-19005**

*Parker v. Johnson & Johnson, et al.*
**Civil Case No. 3:23-cv-19018**

*Quesada v. Johnson & Johnson, et al.*
**Civil Case No. 3:23-cv-19034**

Hon. Rukhsanah L. Singh, U.S.M.J.
September 11, 2024
Page 2

Dear Judge Singh:

The Johnson & Johnson Defendants write in reply to oppositions to the August 15, 2024 Order to Show Cause (ECF 33096) filed by Keller Postman Plaintiffs *Trammell* (ECF 33244); *Lassiter* (ECF 33245); *Allen* (ECF 33246); *Foster* (ECF 33248); *Ming* (ECF 33249); *Parker* (ECF 33247); and *Quesada* (ECF 33250). Instead of addressing their failure to abide by Court Orders and provide PPFs, Plaintiffs' oppositions attempt to rehash their Motions to Dismiss Without Prejudice previously filed and opposed by these Defendants[1].

The cases should not be dismissed without prejudice for all the reasons stated in Judge Shipp's opinions in the cases of *Smith* (Case No. 3:17-cv-11212, ECF 21); *Pringle* (Case No. 3:17-cv-06766, ECF 20); and *Demelia* (Case No. 3:17-cv-10971, ECF 23), dated August 16, 2024. This Court has consistently denied requests to dismiss without prejudice in similar situations involving failure to provide discovery, and there is no reason to treat these cases any differently.

Accordingly, Defendants respectfully request Your Honor find these Plaintiffs have not demonstrated good cause in response to the Order to Show Cause entered by the Court on August 15, 2024 (ECF 33096) and dismiss these cases with prejudice.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

*Attorneys for Defendants Johnson & Johnson and LLT Management, LLC*

SMS/scg
Cc: Counsel of Record (via PACER)

---

[1] *See* Case No. 3:23-cv-19056, Doc. 8; Case No. 3:23-cv-18971, Doc. 9; Case No. 3:23-cv-18494, Doc. 9; Case No. 3:23-cv-19502, Doc. 9; Case No. 3:23-cv-19005, Doc. 8; Case No. 3:23-cv-19018, Doc. 8; and Case No. 3:23-cv-19034, Doc. 8.