# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>Sinith J. Chen,<br>Plaintiffs,<br><br>v.<br><br>Johnson & Johnson, et al.,<br>Defendants. | MDL No. 16-2738 (FLW) (LHG)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH<br><br>Case No.: 3:24-cv-09124<br><br>DIRECT FILED ACTION |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on 9/12, 20 24, on behalf of Plaintiff Sinith J. Chen.

/s/ Joe A. Vazquez
Joe Vazquez, Esq
The Barnes Firm, P.C.
420 Lexington Avenue, Suite 2140
New York, New York 10170
Telephone (800) 800-0000
Fax (800) 853-5153
Joe.Vazquez@thebarnesfirm.com
Attorney for Plaintiff

Dated: 9/12/2024

## CERTIFICATE OF SERVICE

      I hereby certify that on 9/12/2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                          /s/ Joe A. Vazquez

                                                          Joe Vazquez, Esq
                                                          The Barnes Firm, P.C.
                                                          420 Lexington Avenue, Suite 2140
                                                          New York, New York 10170
                                                          Telephone (800) 800-0000
                                                          Fax (800) 853-5153
                                                          Joe.Vazquez@thebarnesfirm.com
                                                          Attorney for Plaintiff