

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
+1 973 549 7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

September 13, 2024

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

I write in follow up to my letter of September 6 (ECF 33263) which was sent in response to the PSC's letter of September 5 (Dkt. No. 33260), in which the PSC purports to select not one, but two cases (Judkins and Rausa) to be consolidated for the first bellwether trial in this MDL.

I hesitate to file yet another motion given the workload before the Court in the run up to the December trial of this matter and therefore wanted to confirm whether the Court intends to entertain the PSC's proposal to select two cases for the first trial notwithstanding Judge Wolfson's prior ruling that this would be a single trial. If the Court is going to consider possibly departing from Judge Wolfson's decision, we will go ahead and file a brief on the topic by the end of next week.

DMS_US.366315717.1

Hon. Michael A. Shipp, U.S.D.J.  - 2 -  September 13, 2024
Hon. Rukhsanah L. Singh, U.S.M.J.

Thank you for your consideration of these matters.

Respectfully submitted,

*Susan Sharko*

Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

SMS/emf

cc: Leigh O'Dell and Michelle Parfitt (via email)
    All Counsel (via ECF)