

Montgomery
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Atlanta
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

September 13, 2024

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   **Re:** ***In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
     Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

  We write with regard to the page limitations for Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 33142). Plaintiffs request an additional 35 pages for a total of 75 pages for their responsive briefing. Defendants do not oppose this request.

       Respectfully submitted,

   *s/ P. Leigh O'Dell*   *s/ Michelle A. Parfitt*
   P. Leigh O'Dell    Michelle A. Parfitt

      Plaintiffs' Co-Lead Counsel

cc: Susan Sharko, Esq. (via email)
    All Counsel (via ECF)