


**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

September 13, 2024

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

  **Re:** *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
    **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

  We write with regard to the page limitations for Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 33142). Plaintiffs request an additional 35 pages for a total of 75 pages for their responsive briefing. Defendants do not oppose this request.

      Respectfully submitted,

  *s/ P. Leigh O'Dell*  *s/ Michelle A. Parfitt*
  P. Leigh O'Dell   Michelle A. Parfitt

     Plaintiffs' Co-Lead Counsel

Hon. Michael A. Shipp, U.S.D.J.<br>
Hon. Rukhsanah L. Singh, U.S.M.J.<br>
September 13, 2024<br>
Page 2 of 2

cc: Susan Sharko, Esq. (via email)
    All Counsel (via ECF)

**SO ORDERED** on this 13th day of September 2024,

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE