UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2738

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −297)**

On October 4, 2016, the Panel transferred 10 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 220 F.Supp.3d 1356 (J.P.M.L. 2016). Since that time, 2,538 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Michael A. Shipp.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Shipp.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of October 4, 2016, and, with the consent of that court, assigned to the Honorable Michael A. Shipp.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 17, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



**TRUE AND CERTIFIED COPY**
Jaweia Campbell
10:47 am, Sep 17 2024

IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION — MDL No. 2738

### SCHEDULE CTO−297 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 24−02136 | Clevenger v. Johnson and Johnson Consumer Incorporated et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 23−01213 | Waller v. Johnson & Johnson et al |
| **DISTRICT OF COLUMBIA** | | | |
| DC | 1 | 24−00893 | ELLIOT v. JOHNSON & JOHNSON et al |
| DC | 1 | 24−01830 | BREWER v. JOHNSON & JOHNSON et al |
| DC | 1 | 24−01835 | GARDNER v. JOHNSON & JOHNSON et al |
| DC | 1 | 24−01839 | BEELEY v. JOHNSON & JOHNSON et al |
| DC | 1 | 24−01847 | GEROW v. JOHNSON & JOHNSON et al |
| DC | 1 | 24−01849 | HAGGARD v. JOHNSON & JOHNSON et al |
| DC | 1 | 24−01850 | HICKERSON v. JOHNSON & JOHNSON et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 24−81062 | Bator v. Johnson & Johnson, Inc. et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 24−12014 | King v. Johnson & Johnson et al |