# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON  
TALCOM POWDER PRODUCTS  
MARKETING, SALES PRACTICES  
AND PRODUCT LIABILITY  
LITIGATION

Civil No. 3:16-2738 (MAS) (RLS)

**This Document Relates to:**  
**Michelle & Michael Paolercio**

**Case No: 3:24-7757**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS, PERSONAL CARE PRODUCTS COUNCIL AND IMERYS TALC AMERICA, INC. PURSUANT TO F.R.C.P. 41(A)(1)(a)(i)

Comes now, the Plaintiffs, Michelle Paolercio and Micheal Paolercio, by and through their undersigned attorney and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and files this Notice of Dismissal, hereby Dismissing without Prejudice from this lawsuit Defendants, Personal Care Products Council and Imerys Talc America, Inc.

DATED: This 17TH day of September, 2024

        Respectfully submitted

        LaBovick Law Group  
        5220 Hood Road, Suite 200  
        Palm Beach Gardens, FL 33418  
        (561) 625-8400  
        Fax- (561) 370-6411

By:   -----------------------------------  
        Jodi C. Page, Esq.  
        Florida Bar No: 174629  
        Jpage@LaBovick.com  
        Pdaddario@LaBovick.com  
        PiLit@LaBovick.com  
        Attorney for Plaintiffs