## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING,
SALES PRACTICES, AND PRODUCTS
LIABILITY LITIGATION                              3:16-md-02738-FLW-LHG

*This document relates to:*

*Jacqueline Gamble v. Johnson & Johnson, et al.*
Case No.: 3:24-cv-09228-MAS-RLS

_____/

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint with Jury Demand was filed on September 17, 2024 on behalf of the Plaintiff, Jacqueline Gamble.

Dated: September 17, 2024.

                                                Respectfully submitted,

                                                /s/ Joseph H. Saunders
                                                Joseph H. Saunders, Esquire
                                                SAUNDERS & WALKER, P.A.
                                                3491 Gandy Blvd. North, Ste. 200
                                                Pinellas Park, FL 33780-1637
                                                (727) 579-4500, FAX (727) 577-9797
                                                FBN 341746
                                                joe@saunderslawyers.com
                                                *Counsel for Plaintiffs*