# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>*Keith Balin, Individually and as Surviving Spouse on Behalf of the Heirs of the Estate of Matilda McCoy Balin v. Johnson & Johnson, et al*<br><br>*Civil Action No.: 3:24-cv-08901-MAS-RLS* | Civil Action: 3:16-md-2738<br><br>MDL No. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on August 30, 2024, on behalf of the plaintiff(s), Keith Balin, Individually and as Surviving Spouse on Behalf of the Heirs of the Estate of Matilda McCoy Balin.

Dated:  September 19, 2024

        Respectfully Submitted by,

        **MOTLEY RICE LLC**

        /s/ Carmen S. Scott
        Carmen S. Scott
        cscott@motleyrice.com
        28 Bridgeside Blvd.
        Mt. Pleasant, SC 29464
        (843) 216-9160
        (843) 216-9450 (Facsimile)

        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2024, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records.

**MOTLEY RICE LLC**

/s/ Carmen S. Scott
Carmen S. Scott