## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-md-2738-MAS-LHG <br><br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE LOIS H. GOODMAN |
| THIS DOCUMENT RELATES TO: <br><br> **SUSAN MELLO** <br> v. <br> JOHNSON & JOHNSON, et al. | Civil Case No. 3:24-cv-05840 |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the First Amended Short Form Complaint and Jury Demand was filed on September 20, 2024, on behalf of Cassandra M. Reis on behalf of the Estate of Susan Marie Mello.

/s/ Julie E. Lamkin
Julie E. Lamkin (MA Bar# 680482)
LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
jlamkin@jeffreysglassman.com

*Attorneys for Plaintiff*

Dated: September 20, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

/s/ *Julie E. Lamkin*
Julie E. Lamkin (MA Bar# 680482)
LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
jlamkin@jeffreysglassman.com

*Attorneys for Plaintiff*