# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Donna James,<br><br>Plaintiff,<br><br>v.<br><br>Johnson & Johnson, et al.,<br><br>Defendants. | **MDL No. 2738 (FLW) (LHG)**<br><br>**Chief Judge Michael A. Shipp**<br><br>**Magistrate Rukhsanah L. Sigh**<br><br>Case No.  3 : 2 4 - c v - 0 9 3 2 6 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 20, 2024, on behalf of Plaintiff.

Dated: September 20, 2024

Respectfully submitted,

/s/ *Tara K. King*
Tara K. King
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80226
Tel.: (303) 376-6360
Fax: (888) 875-2889