# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738<br><br>Motion Day: October 21, 2024<br><br>**NOTICE OF DEFENDANT JOHNSON & JOHNSON'S SECOND MOTION TO REMOVE BEASLEY ALLEN FROM THE PLAINTIFFS' STEERING COMMITTEE**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that on September 27, 2024, the undersigned counsel will bring Defendant Johnson & Johnson's Second Motion To Remove Beasley Allen From The Plaintiffs' Steering Committee before this Court. Defendant will ask for entry of an order removing Beasley Allen from the Plaintiffs' Steering Committee in this MDL. Defendant requests that oral argument be held in connection with this motion.

Dated: September 20, 2024

Respectfully submitted,

_(signature)_

Stephen D. Brody
D.C. Bar No. 459263
O'MELVENY & MYERS LLP

1

1625 Eye Street N.W.
Washington, DC 20006
Tel.: 202-383-5300
sbrody@omm.com

Susan M. Sharko
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Tel: 973-549-7000
susan.sharko@faegredrinker.com

*Attorneys for Defendant Johnson & Johnson*