**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

**[PROPOSED] ORDER**

Upon consideration of the arguments made by the parties in support of and in opposition to Defendant Johnson & Johnson's Second Motion to Remove To Remove Beasley Allen From The Plaintiffs' Steering Committee, it is hereby ORDERED on this ____ day of _____, 202__, that the Motion is GRANTED; and it is further

ORDERED that Beasley Allen and Mr. Birchfield be removed from the Plaintiffs' Steering Committee and role as Plaintiffs' Co-Lead Counsel in this MDL.

_____
Hon. Michael A. Shipp
United States District Judge