# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 2738 |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Defendant Johnson & Johnson's Second Motion To Remove Beasley Allen From The Plaintiffs' Steering Committee, and accompanying exhibits, and Proposed Order were served electronically via the Court's CM/ECF system on September 20, 2024. Copies of the foregoing documents are also being sent by email to Plaintiffs' Co-Lead Counsel.

By: _____
Stephen D. Brody