# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases | No. 3:16-md-02738-MAS-RLS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE THE PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' EXPERTS' GENERAL CAUSATION OPINIONS AND AFFIDAVIT OF DR. DAVID MUTCH** |

**THIS MATTER** having been brought before the Court by Defendants Johnson & Johnson and LLT Management, LLC ("Defendants") for an order that strikes the Plaintiff's Steering Committee's Supplemental Brief in Support of Its Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions and affidavit of Dr. David Mutch, or, in the alternative, permits Defendants to depose Dr. Mutch about his affidavit; and for good cause shown;

**IT IS** on this _____ day of _____, 2024 hereby

**ORDERED** as follows:

1. Defendants' Motion to Strike the Plaintiff's Steering Committee's Supplemental Brief in Support of Its Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions and Affidavit of Dr. David Mutch is hereby **GRANTED**; and

2. The Plaintiff's Steering Committee's Supplemental Brief in Support of Its Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions and the affidavit of Dr. David Mutch are hereby stricken.

## IN THE ALTERNATIVE:

3. Defendants are hereby permitted to depose Dr. Mutch on his affidavit submitted in connection with the Plaintiff's Steering Committee's Supplemental Brief in Support of Its Opposition to Defendants' Motion to Exclude Plaintiffs' Experts' General Causation Opinions.

_____
Hon. Michael A. Shipp, U.S.D.J.