

| | |
|---|---|
| **Susan M. Sharko**<br>Partner<br>susan.sharko@faegredrinker.com<br>973-549-7350 direct | Faegre Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, New Jersey  07932<br>+1 973 549 7000 main<br>+1 973 360 9831 fax |

*Via E-Filing*

September 20, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

**Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738***

Dear Judge Singh:

The Johnson & Johnson Defendants write to inform Your Honor that earlier today, by the attached Order, the Honorable Thomas W. Sumners, Jr., Chief Judge of the New Jersey Superior Court, Appellate Division, granted Defendants' Motion for Leave to File an Interlocutory Appeal of the Trial Court's July 19, 2024 Opinion and Order in connection with Defendants' Motion to Disqualify Beasley Allen.  Defendants will continue to update Your Honor of the status of the appeal.

Thank you for your consideration of these matters.

Respectfully,

*/s/ Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER BIDDLE & REATH LLP**

*Attorneys for Defendants*
*Johnson & Johnson and*
*LLT Management, LLC*

SMS/scg

Cc: Leigh O'Dell (via e-mail)
　　Michelle Parfitt (via e-mail)

Encl: (1)

ORDER ON MOTION
---------------

| | |
|---|---|
| IN RE TALC BASED POWDER PRODUCTS LITIGATION | SUPERIOR COURT OF NEW JERSEY APPELLATE DIVISION<br>DOCKET NO.: AM-000635-23T1<br>MOTION NO.: M-006702-23<br>BEFORE: PART F<br>JUDGE(S): THOMAS W. SUMNERS JR.<br>LISA PEREZ-FRISCIA |
| MOTION FILED: 08/08/2024 | BY: JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC |
| ANSWER(S) FILED: 08/19/2024 | BY: BEASLEY ALLEN LAW FIRM |

SUBMITTED TO COURT:   September 19, 2024

ORDER
-----

THIS MATTER HAVING BEEN DULY PRESENTED TO THE COURT, IT IS, ON THIS 20th day of September, 2024, HEREBY ORDERED AS FOLLOWS:

MOTION BY   APPELLANT

MOTION FOR LEAVE TO APPEAL    GRANTED

SUPPLEMENTAL:

The parties shall advise the Clerk's Office in writing within five days from the date of this order if they wish to rely on their motion briefs as their merits' briefs. Absent the consent of both parties to do so, the Clerk's Office will issue a scheduling order for the submission of merits briefs. These dates are peremptory.

FOR THE COURT:

*Thomas W. Sumners Jr.*

THOMAS W. SUMNERS JR., C.J.A.D.

ATL-L-2648-15   ATLANTIC
ORDER - REGULAR MOTION
KLK