Exhibit 28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> ***THIS DOCUMENT RELATES TO**: Newsome, et al. v. Johnson & Johnson, et al. 3:18-cv-17146* | **MDL NO. 16-2738 (MAS) (RLS)** |

## SECOND AMENDED RULE 26 EXPERT REPORT OF
## DANIEL L. CLARKE-PEARSON, MD

Date: May 28, 2024

_____

Daniel L. Clarke-Pearson, MD

I am a Professor in the Department of Obstetrics and Gynecology and the Division of Gynecologic Oncology at the University of North Carolina. I am certified by the American Board of Obstetrics and Gynecology as a specialist in obstetrics and gynecology as well as a subspecialist in gynecologic oncology.

## SUMMARY OF OPINIONS

I was asked to provide my opinion in response to the following questions:

(a)    Can the use of talcum powder in the genital area cause epithelial ovarian cancer (EOC)? and

(b)    If so, what is the biological mechanism for this occurrence?

It is my opinion, to a reasonable degree of medical and scientific certainty, that the use of talcum powder products, including Johnson's Baby Powder and Shower to Shower, applied to the perineum of women, can cause EOC. My opinion is based on research that I have conducted in the medical and scientific literature as well as my knowledge and experience as an obstetrician-gynecologist and as a subspecialist in gynecologic oncology for over 40 years.

The increased risk associated with the genital use of talcum powder has been consistently described over decades in numerous studies. The mechanism by which talcum powder causes cancer involves: 1) ascension of particles to the fallopian tubes and ovaries; and 2) initiation of a chronic inflammatory process that includes oxidative stress and specific genetic mutations.

My opinion that genital application of talcum powder is a significant risk factor for all users and can cause epithelial ovarian cancer in some women by an accepted mechanism is strongly supported by credible scientific research. When formulating my opinions regarding causality, I considered the extensive body of literature in its totality, weighing the data and information according to its importance using the concepts outlined by Bradford Hill. The Bradford Hill factors include strength of association, consistency, specificity, temporality, biologic gradient, biologic plausibility, coherence, experiment, and analogy.  These are discussed in detail later in this report.

## QUALIFICATIONS

The focus of my clinical practice, teaching and research for the past 40 years has been the care of women with gynecologic cancers (cancers of the ovary, fallopian tube, uterus, cervix, vagina, and vulva). In addition, I also provide care for complex gynecologic surgical problems (endometriosis, large ovarian tumors, leiomyomata).

I received a BA from Harvard College (major in biology). I spent a year as a laboratory technician developing a device to noninvasively detect deep venous thrombosis. I then attended medical school at Case Western Reserve University School of Medicine (Cleveland, OH). After graduating in 1975, I completed a four-year residency in Obstetrics and Gynecology at Duke University Medical Center (Durham, NC). I then completed a three-year fellowship in Gynecologic Oncology at Duke. From 1982-1985, I was an assistant professor on the Duke faculty (Division of Gynecologic Oncology). From 1985-1987, I was the Director of Gynecology and Gynecologic

2

Oncology at the University of Illinois (Chicago, IL). I returned to Duke in 1987 to serve as the Director of Gynecologic Oncology and Director of the Gynecologic Oncology Fellowship program. I was appointed a full professor with tenure and was awarded a Distinguished Professorship (James Ingram Professor of Gynecologic Oncology) in 1993.

From 2005 until 2019, I served as Chair of the Department of Obstetrics and Gynecology at the University of North Carolina (Chapel Hill, NC).  As the Robert A. Ross Distinguished Professor and Chair, I had administrative responsibilities for over 75 faculty, 28 residents in obstetrics and gynecology and 29 fellows receiving subspecialty training in eight subspecialties.  Throughout my career, I provided clinical care to women with gynecologic cancers including surgery, administration of chemotherapy, and conducting clinical trials.  Currently, I have a part-time position in the department and continue to educate medical students and residents in Obstetrics and Gynecology and Fellows in Gynecologic Oncology.

I have published over 250 peer-reviewed manuscripts in the medical literature. I have also written over 50 chapters for medical textbooks and edited three medical textbooks.  My research has focused on the treatment of gynecologic cancers, surgical techniques, and the prevention of venous thromboembolic (VTE) disease. I have conducted the practice defining clinical trials evaluating various methods to prevent VTE in gynecologic surgery.

I have served on the editorial boards of four peer-review journals (*Obstetrics and Gynecology, Journal of Gynecologic Techniques, Journal of Gynecologic Surgery* and *Gynecologic Oncology*). I served as a board examiner for the American Board of Obstetrics and Gynecology for eighteen years. I have been actively involved with relevant medical organizations including the American College of Obstetricians and Gynecologists (ACOG), the Society of Gynecologic Oncology (SGO), the American College of Surgeons (ACS) and the Gynecologic Oncology Group (GOG). I have led numerous postgraduate continuing education courses sponsored by ACOG. Most have focused on teaching obstetricians and gynecologists complex pelvic surgery and management (and prevention) of surgical complications. I have served on several ACOG committees (Technical Bulletins, Gynecologic Management and Grievance) and was the chair of the Gynecologic Management Committee that wrote Clinical Opinions distributed to ACOG members. I also served a three-year term on the ACOG Executive Board. As a gynecologic oncologist, I have been an active member of the SGO and have served on a number of SGO Committees and the Executive Board. In 2010, I was the SGO President. As a member of the American College of Surgeons, I have presented CME lectures at the ACS annual meeting and have served on the ACS Obstetrics and Gynecology Advisory Committee and the Commission on Cancer. The GOG is a cooperative group organization sponsored by the National Cancer Institute to conduct clinical trials investigating new treatments to improve the outcomes of women with gynecologic cancers. Many of the publications on my CV (Exhibit A) derive from participation in these clinical trials.

I am a past member of the SGO Ethics Committee, past President of the Council of University Chairs of Ob Gyn (CUCOG), and currently serve as the President-Elect of the Society of Pelvic Surgeons.

My updated *curriculum vitae* is attached as **Exhibit A.**

**METHODOLOGY AND MATERIALS REVIEWED**

Specifically, in preparing this report, I sought to obtain relevant information through several sources. I primarily relied on a PubMed search of "talc AND Ovarian Cancer", "Ovarian Cancer AND risk factors", "Talcum Powder AND Ovarian Cancer", "Talcum Powder AND Cancer", "Talc AND Cancer", "Asbestos AND Ovarian Cancer", "Asbestos AND Cancer". These searches provided peer-reviewed papers that included original research, case-controlled studies, cohort studies, meta-analysis studies, and review papers and systematic analysis. I also searched some of the references cited in these papers. Google searches were also performed. I also reviewed a number of textbooks searching for "ovarian cancer risk factors" and "talc/talcum powder". In addition to the literature derived from these searches, I received relevant materials at my request to clarify a particular topic or answer a question. I approached this research with the same scientific rigor that I would use in my own clinical, academic, and research practice.

I assessed the data and conclusions of these peer-reviewed articles considering the strengths and weaknesses of each particular study. The medical and scientific literature on these topics varies in the quality of the study design and, at times, in conclusions. I approached each article objectively and critically, assessing for factors such as design, power, reputation of author(s), quality of journal, and potential biases. The increased risk associated with the genital use of talcum powder is consistently described over decades.

When formulating my opinions regarding causality, I considered the extensive body of literature in its totality, weighing the data and information according to its importance using the concepts outlined by Bradford Hill. Overall, I believe that the opinions expressed in this report are strongly supported by credible scientific research. The complete list of the materials I considered is attached as **Exhibit B**.

**BACKGROUND AND OPINIONS**

   **a)  Overview of Ovarian Cancer**

Approximately 20,000 women in the US will be diagnosed with ovarian cancer annually. To date, there is no method to screen for ovarian cancer and symptoms associated with ovarian cancer are vague and not specific. Therefore, at the time of initial diagnosis, nearly 75% of women will have ovarian cancer spread throughout the abdominal cavity, lymph nodes and into the lung (pleural effusion). Current treatment includes initial surgery to attempt to remove the bulk of the cancer ("debulking surgery") followed by treatment with multi-agent chemotherapy. Unfortunately, the majority of women will ultimately die from this malignancy.

Ovarian cancer refers to a group of malignancies found in the ovary. These groups are determined based on the ovarian cells from which they arise – germ cell, stromal, and epithelial cancers. Epithelial ovarian cancers (EOC) involve the cells on the surface of the ovary and can originate in either the ovary or fallopian tube. These account for the vast majority of ovarian cancers (greater than 90%). EOC are further subdivided based on the microscopic characteristics of the cells. These subtypes include serous, endometrioid, clear cell, mucinous, undifferentiated, or mixed. Of these, serous is by far the most common at approximately 70% of EOCs.

### b) Pathogenesis of Ovarian Cancer

There are several theories as to the origin of ovarian cancer. One holds that "incessant ovulation" requires "repair" of the ovarian surface epithelium after each ovulation. The "repair" mechanism is prone to generate DNA errors (mutations) that result in malignant transformation. (Fathalla 1971). This theory is supported by observations that events that reduce ovulation are associated with a lower risk of a woman developing ovarian cancer. Pregnancy, breast feeding, and use of oral contraceptives all reduce the risk of ovarian cancer. (Havrilesky et al. 2013; La Vecchia 2017).

Before 2008, it was presumed two other cancers in women (fallopian tube and primary peritoneal) were distinct from ovarian cancer. However, Levanon recognized that many EOCs actually arise in the fallopian tube and metastasize to the ovary and peritoneal cavity. (Levanon, Crum, and Drapkin 2008). This observation is supported by molecular data (especially the frequent finding of P53 mutations in the fallopian tube and EOC metastases). (Fathalla et al. 2013; Kurman and Shih 2016; Dubeau and Drapkin 2013; Chien et al. 2015). Today, we believe that EOC, fallopian tube carcinoma and primary peritoneal carcinoma are the same entity and share similar risk factors and pathogenesis.

By definition, cancer results from gene mutations in normal cells that transform the normal cell into a cell that has lost its regulation of controlled growth. Mutations can occur through a number of processes. Some mutations may be inherited from either the patient's mother or father. BRCA1, BRCA2 and mismatch repair gene (Lynch Syndrome) mutations are such examples. In most instances, the mutations occur due to exposures such as virus (HPV virus causing cervical, anal, vulvar and oropharyngeal cancers), tobacco smoking (lung cancer) and exposure to x-rays (leukemia). Some exposures result in a chronic inflammatory response that induces mutations as the normal cell attempts to repair damage such as that caused by asbestos (pulmonary mesothelioma, ovarian cancer). These mutations can also occur spontaneously as cells (and individuals) age. (Bottazzi, Riboli, and Mantovani 2018).

### c) Inflammation and Cancer

There is a clear link between inflammation (resulting in oxidative stress) and cancer risk. This is true for many types of cancers, including stomach, colon, cervix, mesothelioma, pancreas, and liver, as well as ovary. (Balkwill and Mantovani 2001; Coussens and Werb 2002; Okada 2007; Reuter et al. 2010; Crusz and Balkwill 2015; Fernandes 2015). Inflammation causes cancer through promoting cell proliferation, oxidative stress, DNA damage and gene mutations. This process is associated with many steps in the genesis of cancers including initiation, progression, metastases and chemoresistance.

Both inflammatory cells and cancers produce cytokines and chemokines that contribute to cancer growth and spread. Cytokines, particularly TNF-alpha and IL-1 beta, generate reactive oxygen species (ROS) and reactive nitrogen species (RNS). These are potent mutagens and are comparable to the cell damage caused by ionizing radiation. (Yan et al. 2006). These ROS radicals cause DNA breaks and DNA adducts. The inflammation cascade has been shown to occur in the pathogenesis of EOC. (Shan and Liu 2009; Saed, Diamond, and Fletcher 2017; Khan et al. 2011; Saed et al. 2018; Trabert et al. 2014; Savant et al. 2018; Ding et al. (2021)). Fletcher and Saed exposed normal

5

ovarian cells and EOC cells to talcum powder and demonstrated significant cellular effects including oxidative stress, cell proliferation, decreased apoptosis, and enzymatic activity corresponding to single nucleotide polymorphisms (SNPs) associated with inflammation and ovarian cancer. (Harper et al. 2019). Recently, Harper and Saed also demonstrated that exposure to Johnson's Baby Powder causes p53 mutations, cell proliferation and malignant transformation in normal ovarian epithelial cells. (Harper et al. 2023).

Talcum powder is known to elicit an inflammatory response in animals and humans. (Eberl and George 1948; Radic et al. 1988; NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6) (NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies) 1993). Shukla demonstrated *in vitro* that crocidolite asbestos and non-fibrous (platy) talc caused expression of genes in ovarian epithelial cells producing inflammatory cytokines. (Shukla et al. 2009). Gates documented absence of some DNA repair mechanisms in patients who were genital talcum powder exposed when compared to controls in the New England Case Control Study. (Gates et al. 2008). In another series of *in vitro* experiments, Buz'Zard transformed normal ovarian epithelial cells to malignant cells by talc exposure. (Buz'Zard and Lau 2007). Akhtar et al. (2010, 2012) also demonstrated oxidative stress in cells exposed to talc particles. Yan and Kahn have demonstrated similar findings in their laboratories. (Yan et al. 2006; Khan et al. 2011). In 2020, Mandarino demonstrated that talc, especially in combination with estradiol, stimulated macrophages to produce increased reactive oxygen species and changes in gene expression that could promote a pro-tumorigenetic environment. (Mandarino et al. 2020). In 2021, Emi et al. conducted a follow-up study which found that the "pathway affected by talc included cell proliferation, immune responses, and signaling, immunosurveillance, apoptosis." (Emi et al. 2021). These studies provide evidence of chronic inflammation in animals and cells when exposed to talcum powder and support the findings of experiments with Johnson's Baby Powder. (Fletcher et al. 2019).

### d) EOC Risk Factors

Inherited mutations such as BRCA1 and BRCA 2 are the most significant risk factors for epithelial ovarian cancer. The lifetime risk of developing ovarian cancer is 39-46% in BRCA1 carriers and 11-27% in women with BRCA 2 mutation. (Ring et al. 2017). This is compared to 1.3% lifetime risk in non-carriers. Mutations in BRCA1 and BRCA2 make up 75% of all hereditary ovarian cancers, but only account for 10-15% of all EOC. (Lancaster 2015).

Women with hereditary risk are also affected by genetic modifiers, including nongenetic and environmental factors. (Levy-Lahad 2007). Environmental factors would include exposure to talcum powder and asbestos.

Additional risk factors, both nonmodifiable and modifiable, include increasing age, family history of ovarian or breast cancer, nulliparity, early menarche or late menopause, high fat diet, infertility, endometriosis, polycystic ovarian syndrome, hormone replacement therapy, IUD use, history of pelvic inflammatory disease, obesity, and genital use of talcum powder. (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018; IOM 2016; Lheureux 2019; Phung et al. 2022). Ovarian cancer is often multifactorial; risk factors can be cumulative and synergistic. (Vitonis 2011; Wu 2018).

Multiparity, breast feeding, oral contraceptive use, tubal ligation, salpingoophorectomy, and hysterectomy (without salpingoophorectomy) reduce the risk of developing EOC. (Hunn and Rodriguez 2012; Mallen, Townsend, and Tworoger 2018; Park et al. 2018; Folkins et al. 2018).

### e) Talcum Powder, Asbestos and other carcinogens

During my postgraduate (residency) training (1975-1979) in obstetrics and gynecology it was reported that talc had been identified deeply imbedded in ovarian cancer tissue samples (Henderson 1971) and raised questions about the association between talcum powder and asbestos. In subsequent studies, Henderson confirmed that these findings did not represent surface contamination. (Henderson et al. 1974; Henderson et al. 1979). It seemed plausible that asbestos (a known carcinogen) could be an EOC risk factor. However, we were taught that asbestos had been removed from talcum powder in the production process.

As a young gynecologic oncologist, it was reassuring to learn that asbestos was no longer contained in talcum powder because we knew that asbestos was a potent carcinogen. IARC monograph 100c (2012) clearly summarizes the evidence associating asbestos to mesothelioma and cancer of the lung, larynx, and ovary. Experimental models demonstrate sufficient evidence for the carcinogenicity of all forms of asbestos (chrysotile, crocidolite, amosite, tremolite, actinolite and anthophyllite) and that all forms, as well as talc containing asbestiform fibers, are carcinogenic to humans. Specifically addressing the increased risk of EOC in women exposed to asbestos in occupational settings, there are at least five cohort mortality studies (Acheson et al. 1982; Wignall and Fox 1982; Germani et al. 1999; Berry, Newhouse, and Wagner 2000; Magnani et al. 2008), two population-based cohort studies (Vasama-Neuvonen et al. 1999; Pukkala et al. 2009) and a case control study (Langseth and Kjaerheim 2004) showing a causal association between exposure to asbestos and ovarian cancer.

In the late 1970s concerns that talc could be associated with EOC were expressed by Woodruff and Longo. (Woodruff 1979). The hypothesis suggested that talc applied to the perineum (vulva) ascends to the vagina and then into the uterus and through the fallopian tubes to implant on the ovary and other peritoneal surfaces. This foreign body was known to create a potent inflammatory reaction when found in the lungs, pleural cavity and peritoneal cavity. In fact, as gynecologic surgeons, we were taught to wash the talcum powder off of our surgical gloves before opening the abdomen to prevent inflammatory reactions and adhesions.

In 1982, a case-control study was the first epidemiologic study alerting the medical community of the possible association of talc use and EOC. (Cramer et al. 1982). Cramer compared women who did and did not use talc in their perineal hygiene. Regular use of talc was found to be associated with an increased occurrence of EOC by 92% (OR of 1.92., 95% confidence interval: 1.27-2.89). Cramer wrote, "It is not clear whether this derives from the asbestos content of talc or from the uniqueness of the ovary which might make it susceptible to carcinogenesis from both talc and other particulates."

Talcum powder also contains other carcinogens including asbestos, talc containing asbestiform fibers (fibrous talc), heavy metals such as nickel, chromium and cobalt (possible 2b), and other

7

inflammatory agents, toxins, and carcinogens contained in the fragrance chemicals in talcum powder. (Expert Report of Longo and Rigler 2019; Exhibit 28, Deposition of John Hopkins, Ph.D., MDL No. 2378, 2018; Exhibit 47, Deposition of Julie Pier, MDL No. 2738, 2018; Expert Report of Michael Crowley, Ph.D., MDL No. 2738, 2018). In the analysis of historical samples of J&J talcum powder products performed by Drs. Longo and Rigler, asbestos was present in the majority of samples with fibrous talc (talc fibers) seen in virtually all bottles tested. (Longo and Rigler report). In October 2019, FDA found asbestos in a sample of Johnson's Baby Powder purchased online, resulting in Johnson & Johnson recalling one lot of the product – 33,000 bottles. (BMJ 2019).

Fibrous talc (synonymous with talc in an asbestiform habit, asbestiform talc, or talc fibers) and all forms of asbestos are recognized by IARC as carcinogenic to humans, including ovarian cancer. (IARC 2012). According to IARC, consumer products are the primary sources of talc for the general population (non-occupational). Inhalation and perineal application and migration of talcum powders are the primary routes of exposure. (IARC 2012). The carcinogenicity of asbestos and other mineral fibers involves inflammation, oxidative stress, DNA damage and mutation, inducement of cell proliferation and transformation, and resistance to apoptosis. (IARC 2012, Moller 2013, Mossman 2018, Egilman 2019).

### f) Epidemiology Studies

The association of talcum powder and EOC is based on several types of epidemiologic studies. Of course, a randomized controlled double-blinded trial would be more conclusive. However, a randomized trial would be unethical given the evidence that talcum powder causes EOC.

When looking at these epidemiologic studies in their totality, the data shows a consistent, statistically significant increased risk of developing EOC with perineal talcum powder use. Overall, the risk is increased 20-60% when compared with women who did not use talcum powder.

The original case control study published by Cramer et al. in 1982 evaluated the use of perineal talcum powder in 215 white women with EOC (29 cases were "borderline" or ovarian cancer of low malignant potential). These women with EOC were matched by age and residence to 215 women in the same community. Talc exposure from surgical gloves, diaphragm use, and perineal use was ascertained. Talc was used by 42.8% of women with EOC and only 28.4% of women who did not have EOC. Any perineal talc exposure showed a statistically significant relative risk of 1.92 (95% confidence limits 1.27-2.89), equivalent to a 92% increased chance of developing EOC. (Cramer et al. 1982).

Subsequently, there have been at least 24 other case-control studies looking at the association of talc and EOC. Overall, the case-control studies show a 30-40% increased risk of EOC associated with genital talcum powder use. These individual studies vary in size and quality, and I weighted them accordingly. Three recent case-control studies replicated previous studies showing an increased risk of EOC in women using perineal talcum powder. Wu evaluated 1701 Californian women with EOC and found talc significantly increased the risk of EOC by 40% in whites, 20% in Hispanics and 56% in African Americans. (Wu et al. 2015). Owing to the small number of

8

African American women in this study, the findings were not statistically significant.

Subsequently, the National Cancer Institute sponsored a multi-center study of African American women and found a 44% increase in EOC associated with talc use. A dose-response was also found for duration of use and number of lifetime applications (p<.05). (Schildkraut et al. 2016). Cramer performed a case control study (with additional pooled data) in 2016 that included nearly 4,000 women with EOC finding an elevated EOC risk of 33% (OR 1.33, 95% CI 1.16, 1.52). Risk increased with frequency and duration of use. (Cramer et al. 2016).

I also reviewed four cohort studies (Gertig, Gates, Houghton, Gonzalez). While not addressing talcum powder usage as the primary research question, these studies also reported the relationship between powder usage and ovarian cancer. The Gertig study showed a statistically significant increased risk of serous epithelial ovarian cancer with talcum powder users. However, I found these studies to have significant limitations due to defective trial design and reporting of their data.

Recently, O'Brien et al. published a pooled study of the data from four cohort studies. The authors concluded that there was not a statistically significant association between the genital use of powder and an increased risk of ovarian cancer. (O'Brien et al. 2020). However, closer examination of the data indicates a significant increased risk in women with an intact reproductive tract. Additional criticisms of the paper are outlined in Letters to the Editor (from Drs. Cramer, Harlow, Murray, and Rothman) and include the possibility of the study being underpowered, the discordance between the findings and conclusions of the authors, the lack of consistency among the cohort inquiries, and the failure to take into account the age and menopausal status of the subjects. (O'Brien et al. 2020; Gossett 2020; Letters to Editor JAMA 2020).

While case-control studies and cohort studies are compelling, in my opinion, meta-analysis studies are much stronger in that they include larger numbers of patients resulting in greater statistical power. I reviewed eight meta-analyses, one pooled study (Terry) and one cohort-only pooled study (O'Brien) reported between 1995 and 2022. All of these studies, with the exception of O'Brien, report a statistically significant increased risk of EOC in women who use talcum powder in the genital area.

Penninkilampi reported that there was a further increase in EOC in women who used talcum powder more frequently. In those who had greater than 3,600 lifetime applications the odds ratio increased to 1.42 (OR 1.42; 95% CI 1.25-1.61) when compared with women who used < 3,600 applications (OR 1.32; 95% CI 1.15-1.50). In this study, talcum powder use was associated with an increased incidence of endometrioid and serous EOC but not mucinous or clear cell types. (Penninkilampi and Eslick 2018). These results were similar to the meta-analysis conducted by Berge et al. (2018), summary relative risk 1.22 (95% CI: 1.13–1.30).

The Taher meta-analysis was commissioned by Health Canada and formed the epidemiological basis for its assessment of the risks of cosmetic talc (non-asbestos containing). Health Canada performed an extensive review of the subject that included a Bradford-Hill analysis and concluded: "With regards to perineal exposure, **analyses of the available human studies in the peer-reviewed literature indicate a consistent and statistically significant positive association between perineal exposure to talc and ovarian cancer**. The available data are indicative of a

9

causal effect. Given that there is potential for perineal exposure to talc from the use of certain self-care products (e.g., body powder, baby powder, diaper and rash creams, genital antiperspirants and deodorants, body wipes, bath bombs, bubble bath), a potential concern for human health has been identified." (Health Canada Assessment 2021).

In a recent meta-analysis by Davis, et al. (2021), data from five studies in the Ovarian Cancer in Women of African Ancestry Consortium were considered. Participants included 620 African-American ovarian cancer cases and 2,800 white cases, and 1,146 African-American controls and 6,735 white controls who answered questions on genital powder use prior to 2014. For all cases with frequency of use > once per week, there was an increased risk of 1.31 (95% CI 1.15-1.48), with an odds ratio of 1.31 (95% CI 1.13-1.52) for high-grade serous and 1.29 (95% CI 1.09-1.54) for all other histotypes. The authors concluded that "the associations between genital powder use and ovarian cancer risk were similar across race and did not materially vary by histotype."

In a study performed by the Ovarian Cancer Association Consortium, the data of 9 case-controlled studies were pooled to consider the effect of well-established ovarian cancer risk factors in women with endometriosis and without endometriosis. The pooled analysis included 8500 women with ovarian cancer and 13,592 controls. For women with endometriosis, an inflammatory process, the increased risk of ovarian cancer with genital talc use was 38% (OR 1.38, 95% CI 1.04-1.84); for women without endometriosis, the increased risk was 12% (OR 1.12, 95% CI 1.01-1.25). (Phung et al. 2022).

Woolen, et al. (2022) conducted a systematic review and meta-analysis of eleven studies, focusing on frequent use of genital talc which was defined as ≥ 2 times per week. "Frequent talcum powder use was associated with an elevated risk of ovarian cancer (adjusted pooled summary odds ratio 1.47 (95% CI 1.31, 1.65, P<0.0001)."

With new data from the Sister Study, O'Brien, et al. (2024) published a study showing "in models adjusted for exposure misclassification, genital talc use was positively associated with ovarian cancer (HR range, 1.17-3.34)." Women who used talc frequently had an increased risk of 1.81 (1.29 to 2.53), and women who used genital talc long-term (≥2 decades) had an increased risk of 2.01 (1.39 to 2.91). Genital use of talcum powder by women during their 20s resulted in an increased risk of 1.88 (1.37 to 2.57) and for those women who used in their 30s, 2.08 (1.50 to 2.89). For these data points, the study found an increased risk of ovarian cancer with and without correction for recall bias.

In summary, when evaluating all epidemiological studies, there is a consistent and statistically significant increased risk of developing EOC with perineal talcum powder use. Data from the case control, cohort, meta-analysis, and pooled studies are shown in the following forest plots prepared at the direction of Dr. Anne McTiernan:

Figure 2: Case-Control and Cohort Studies

| Case-Control Studies | Natl | Cases | Controls | Pop | DR | RR | CI L | CI U | ▼Decreased Risk▼   ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|---|---|
| Schildkraut (2016) | US | 584 | 745 | Pop. | Yes | 1.44 | 1.11 | 1.86 | |
| Cramer (2016) | US | 2041 | 2100 | Pop. | Yes | 1.33 | 1.16 | 1.52 | |
| Wu (2015) | US | 1791 | 2391 | Pop. | Yes | 1.46 | 1.27 | 1.69 | |
| Kurta (2012) | US | 902 | 1802 | Pop. | N/A | 1.4 | 1.16 | 1.69 | |
| Rosenblatt (2011) | US | 812 | 1313 | Pop. | No | 1.27 | 0.97 | 1.66 | |
| Wu (2009) | US | 609 | 688 | Pop. | Yes | 1.53 | 1.13 | 2.09 | |
| Moorman (2009) - Wh | US | 1114 | 1086 | Pop. | N/A | 1.04 | 0.82 | 1.33 | |
| Moorman (2009) - AA | US | 1114 | 1086 | Pop. | N/A | 1.19 | 0.68 | 2.09 | |
| Merritt (2008) | Aus | 1576 | 1509 | Pop. | Yes | 1.17 | 1.01 | 1.36 | |
| Mills (2004) | US | 256 | 1122 | Pop. | No | 1.37 | 1.02 | 1.85 | |
| Ness (2000) | US | 767 | 1367 | Pop. | Inepl | 1.5 | 1.1 | 2.0 | |
| Cramer (1999) | US | 563 | 523 | Pop. | Yes | 1.6 | 1.18 | 2.15 | |
| Wong (1999) | US | 499 | 755 | Hosp. | Inepl | 0.92 | 0.24 | 3.62 | |
| Godard (1998) | Can | 170 | 170 | Pop. | N/A | 2.49 | 0.94 | 6.58 | |
| Green (1997) | Aus | 824 | 855 | Pop. | Inepl | 1.3 | 1.1 | 1.6 | |
| Cook (1997) | US | 313 | 422 | Pop. | No | 1.5 | 1.1 | 2.0[1] | |
| Chang (1997) | Can | 450 | 564 | Pop. | No | 1.42 | 1.08 | 1.86 | |
| Shushan (1996) | Isr | 200 | 408 | Pop. | N/A | 2 | 1.06[2] | 3.66[2] | |
| Cramer (1995) | US | 450 | 454 | Pop. | N/A | 1.6 | 1.2 | 2.1 | |
| Purdie (1995) | Aus | 824 | 860 | Pop. | N/A | 1.27 | 1.04 | 1.54 | |
| Tzonou (1993) | Gre | 189 | 200 | Hosp. | N/A | 1.05 | 0.28 | 3.98 | |
| Rosenblatt (1992) | US | 77 | 46 | Hosp. | Yes | 1.7 | 0.7 | 3.9 | |
| Chen (1992) | Chn | 112 | 224 | Pop. | N/A | 3.9 | 0.9 | 10.6 | |
| Harlow (1992) | US | 235 | 239 | Pop. | Yes | 1.5 | 1.0 | 2.1 | |
| Booth (1989) - daily | UK | 235 | 451 | Hosp. | Yes | 1.3 | 0.8 | 1.9[1] | |
| Booth (1989) - wkly | UK | 235 | 451 | Hosp. | Yes | 2.0 | 1.3 | 3.4 | |
| Harlow (1989) | US | 116 | 158 | Pop. | N/A | 1.1 | 0.7 | 2.1 | |
| Whittemore (1988) | US | 188 | 539 | H&P | Yes | 1.45 | 0.81[1] | 2.60[1] | |
| Hartge (1983) | US | 135 | 171 | Hosp. | N/A | 2.5 | 0.7 | 10.0 | |
| Cramer (1982) | US | 215 | 215 | Pop. | Yes | 1.92 | 1.27 | 2.89 | |
| **Cohort Studies** | **Natl** | **Cases** | **Non** | **Flw Up** | **DR** | **RR** | **CI L** | **CI U** | |
| O'Brien (2024) | US | 292 | 40,536 | 13 | N/A | 1.4 | 1.04 | 1.89 | |
| Gonzalez (2016) | US | 154 | 41,500 | 6.6 | N/A | 0.73 | 0.44 | 1.2[1] | |
| Houghton (2014) | US | 429 | 61,147 | 12.4 | Inepl | 1.06 | 0.87 | 1.28 | |
| Gertig (2000) | US | 307 | 78,323 | N/A | Inepl | 1.09 | 0.86 | 1.37 | |
| Gates (2008) | US | 210 | 600 | N/A | Yes | 1.24 | 0.83 | 1.83 | |
| Gates (2010) | US | 797 | 78,323[2] | N/A | N/A | 1.06 | 0.89 | 1.26 | |

[1] Corrected data-point from study text (report figure: Cook 1997 CI Upper 1.21; Gonzalez CI Upper 1.0; Booth 1989 CI Upper 1.0; Whittemore CI p=0.06).
[2] Corrected data-point from defense expert report(s) (report figure: p=0.04).

# Meta-Analyses and Pooled Studies (All Ovarian)

| Meta-Analyses | Studies | Cases | DR | RR | CI L | CI U | ▼Decreased Risk▼   ▲Increased Risk▲ |
|---|---|---|---|---|---|---|---|
| Woolen (2022) | 11 | 6542 | Yes | 1.47 | 1.31 | 1.65 | |
| Taher (2018) | 27 | 17,149 | Yes | 1.28 | 1.2 | 1.37 | |
| Penninkilampi (2018) | 27 | 14,311 | Yes | 1.31 | 1.24 | 1.39 | |
| Berge (2018) | 27 | N/A[1] | Yes | 1.22 | 1.13 | 1.3 | |
| Langseth (2008) | 20 | N/A[1] | N/A | 1.35 | 1.26 | 1.46 | |
| Huncharek (2003) | 16 | 5260 | No[2] | 1.33 | 1.16 | 1.45 | |
| Cramer (1999) | 14 | 3834 | N/A | 1.4 | 1.2 | 1.5 | |
| Gross (1995) | 10[3] | 1509 | N/A | 1.29 | 1.02 | 1.63 | |
| Harlow (1992) | 6 | 1106 | N/A | 1.3 | 1.1 | 1.6 | |
| **Pooled Meta-Analyses** | **Studies** | **Cases** | **DR** | **RR** | **CI L** | **CI U** | |
| Terry (2013) | 8 | 8,525 | Yes | 1.24 | 1.15 | 1.33 | |
| O'Brien (2020) | 4 | 2168 | No | 1.08 | 0.99 | 1.17 | |
| ↳ Patent Reproductive Tract | 4 | 1384 | Yes | 1.13 | 1.01 | 1.26 | |
| Davis (2021) | 5 | AA:620 | No | 1.22 | 0.97 | 1.53 | |
| | | Wh:2800 | | 1.36 | 1.19 | 1.57 | |

### g) Migration and transport of talc particles to the ovaries and other pelvic organs

How is it possible for cosmetic talcum powder, applied to the perineum, to reach the fallopian tube and ovary and cause an inflammatory response that could result in malignant transformation?

As compared to males, the female reproductive tract is open and allows migration of potential pathogens into the peritoneal cavity. The female reproductive tract is in continuity between the peritoneal cavity and the external environment. For example, an ovum extruded from the ovary (an intraperitoneal organ) can progress down the fallopian tube to the uterine cavity, implant and result in a pregnancy that delivers vaginally. The converse is also obvious. It is clearly recognized that sperm (including sperm and sperm particles which would be non-motile) ascend from the vagina through the uterus and into the fallopian tube and into the peritoneal cavity. (Jones and Lopez 2006). Sexually transmitted bacterial infections (for example, gonorrhea and chlamydia) ascend from the vagina to the tube and ovary resulting in pelvic inflammatory disease and tubo-ovarian abscesses. While sperm and bacteria are "motile", non-motile substances have been demonstrated to ascend from the vagina to the peritoneal cavity. As far back as 1961, Egli demonstrated that carbon particles placed in the posterior vaginal fornix were observed in the fallopian tubes within less than one hour in two of three patients tested. (Egli and Newton 1961). Venter and Iturralde placed albumin microspheres labelled with 99mTc into the vagina. (Venter and Iturralde 1979). During pelvic surgery the following day, radioactive levels were found in the tubes and ovaries in nine of 14 cases. Sjösten conducted a trial that showed that powder on gloves used to perform a gynecologic exam resulted in powder detected in the peritoneal fluid, tubes and ovaries one day after the examination. (Sjösten, Ellis, and Edelstam 2004). Likewise, talc has been detected on the ovaries following surgical oophorectomy. (Henderson et al. 1971; Heller, Gordon, et al. 1996; Heller, Westhoff, et al. 1996). In a recent study using correlative light and scanning electron microscopy, morphologically demonstrated talc particles were found in multiple pelvic organ sites, including pelvic tissues and lymph nodes simultaneously. (McDonald 2019). Talc particles and fibers found in pelvic tissues have been shown to be similar to those found in cosmetic talcum powder products, further supporting migration and transport to pelvic organs. (Johnson 2020).

I reviewed the small body of literature suggesting that migration of particles does not occur and do not think these studies are compelling.

I believe that ascension of talcum powder and its constituents through the genital tract is the most important route of exposure. However, inhalation is another plausible mechanism. (IARC 2012; Steiling et al. 2018, Steffen et al. 2020; Health Canada 2021). With either route, at least some of the talcum powder components are likely to be absorbed into the lymphatic system and bloodstream, representing another mechanism for exposure to internal organs.

## CAUSATION ANALYSIS

In my opinion, genital application of talcum powder is a significant risk factor for all users and can cause epithelial ovarian cancer in some women by an accepted mechanism. As an academic and practicing physician, I made this determination in the context of Bradford Hill considerations as follow:

**Strength and consistency**: This opinion is supported by overwhelming epidemiologic evidence showing that the genital use of talcum powder statistically increases a woman's risk of developing EOC by approximately 30 percent (OR 1.31 Penninkilampi 2018; OR 1.28 Taher et al. 2019; OR 1.31 Davis et al. 2021). For frequent users of talcum powder, the risk is higher (e.g., Woolen et al. 2022; O'Brien et al. 2024). All previous meta-analyses reported similar increases in the risk of developing EOC with the use of talcum powder. In my view, especially when considering the severity and frequency of ovarian cancer and the preventable nature of talcum powder usage, this finding is critically important and consistently supported by numerous studies.

**Specificity**: Based on the epidemiologic studies cited in this report, there appears to be a specific ovarian cancer caused by talcum powder: epithelial ovarian cancer (EOC). Other reproductive cancers do not appear to have an association. This association satisfies this consideration, although I did not weigh this factor to be as important as strength and consistency.

**Temporality**: In many cancers where there are identified etiologic agents (smoking and lung cancer, HPV infection and cervical cancer) there is a latency period (time from exposure to the onset of the cancer) that can extend over decades. (Nadler and Zurbenko 2014). This concept applies to the latency period of talcum powder use before a woman develops ovarian cancer, thus fulfilling this consideration.

**Biologic Gradient/Dose-response**: Measuring the "dose" of talcum powder used by an individual woman is difficult to ascertain and has been dependent on recall by the woman. In general, studies have attempted to capture the application "frequency" (daily? Only used on perineal pads during menstrual cycle?) or duration of use (how many years?). In addition, biologic gradient or dose-response is not always linear (e.g., asbestos exposure and mesothelioma is generally thought to have a "threshold response"). A number of studies have demonstrated an association between "dose" and the occurrence of EOC (response). (Terry et al. 2013; Schildkraut et al. 2016; Daniel W. Cramer et al. 2016; Penninkilampi and Eslick 2018; Woolen et al. 2022). More recently, *in vitro* studies have demonstrated a dose dependent effect of talcum powder on molecular changes associated with carcinogenesis. (Fletcher et al. 2019; Mandarino et al. 2020).

**Plausibility**: This is obviously a critical factor when forming opinions on causation of a risk factor. Evidence shows that talcum powder ascends from the perineum through the vagina, cervix and uterus into the fallopian tubes and onto the ovary. Talcum powder is known to be an agent that causes inflammation. An inflammatory reaction caused by talcum powder on the tube and surface of the ovary results in genetic mutations and carcinogenesis. Talcum powder causes ovarian cancer through this mechanism. The "talcum powder agent" includes numerous constituents such as platy talc, asbestos, fibrous talc, heavy metals and/or chemicals contained in fragrances added to talcum powder, all of which cause an inflammatory reaction leading to carcinogenesis.

**Coherence**: Epidemiological data, *in vitro* and *in vivo* research are consistent in explaining the pathogenesis of EOC through the inflammatory mechanisms described above. (Saed, Diamond, and Fletcher 2017; Savant et al. 2018; Ding et al. 2021). Further, this is consistent with the causes of other cancers.

13

**Experiment**:  There are no randomized trials comparing outcomes of women who use or who do not use talcum powder in their perineal hygiene. Further, such a trial at this point in time would be unethical. How could we expose women to talcum powder when the existing evidence supports causation of EOC?  Laboratory research (*in vitro*) present evidence to support the biologic, genetic, epigenetic and neoplastic consequence to ovarian epithelium when exposed to talcum powder. (Buz'Zard and Lau 2007; Shukla et al. 2009; Akhtar et al. 2010; Akhtar et al. 2012; Fletcher et al. 2019; Mandarino et al. 2019; Emi et al. 2021; Harper et al. 2023).

**Analogy:** There are numerous reports in the medical literature of minerals similar to talc causing cancer. Probably the most significant example is asbestos and lung cancer (mesothelioma).

## CONCLUSION

It is my opinion, based on research that I have conducted in the medical and scientific literature as well as my knowledge and experience as an obstetrician-gynecologist and as a subspecialist in gynecologic oncology for over 40 years, that the use of talcum powder products including Johnson's Baby Powder and Shower to Shower, applied to the genital area of women, can cause EOC.  The mechanism by which talcum powder causes cancer involves: 1) ascension of particles to the fallopian tubes and ovaries and 2) initiation of an inflammatory process that includes oxidative stress and specific genetic mutations.  The additional studies that have been published and I have considered since my prior report reaffirm my opinion that the genital use of talcum powder can cause ovarian cancer.

These opinions are made to a reasonable degree of medical and scientific certainty.

I reserve the right to supplement or amend this report if new information becomes available. I reserve the right to review and remark on the reports and testimony of Defendants' experts. My prior testimony is attached as **Exhibit C**.

## Tamara Newsome:  Brief Medical History

███████████████

**Initial Presentation**:

3/17/2015: ███████████████████████████████████
█████████████████████████

The medical records indicated:

    Past Medical History: ███████████████████

    Past Surgical History: ███████████████████████

    OB/GYN  History: ████████████████████████
████████████████

    Social  History: ███████████ █ ████████████████
█████████

    Family History: ███████████████████████
███████████████

    Allergies: ██████████████████.

    Physical Exam: █████████████████████

    Gastrointestinal: ███████████████████████
████████

    Genitourinary: ████████████████████████
████████████

**Imaging and preoperative evaluation:**

3/17/2015: ████████████████████████████████████
█████████████████████████████

3/18/2015: ████████████████████

03/20/2015: ███████████████████████████████████
███████████████████████.



**Staging Procedure:**

03/23/2015:

Surgical findings:

**Pathology:**

**Postoperative Treatment Course:**

5/8/2015:

5/29/2015:

9/8/2015:



10/16/2015: ████████████████████████████
█████████████████████████████."

11/13/2015: ██████████████████

12/8/2015: ████████.

12/28/2015: ██████████████████████████
███

3/11/2016: █████████████████.

9/6/2016: ██████████

9/9/2016: █████████████████.

Follow up exams, █████████████████████████.

On this visit, █████████████████████████
██████

She continued to be followed ████████████████
███

## Tamara Newsome: Case-Specific Opinions

I reviewed the available medical records for Ms. Tamara Newsome, Plaintiff Profile Form, deposition testimony, and Dr. Godleski's pathologic findings in considering my opinion regarding causation in this case. My opinions are based on my education, training, and experience, as well as the General Causation facts and opinions contained in this report. After completing my review, it is my opinion that Ms. Newsome's regular use of talcum powder products on her body, including her genital area, is a substantial contributing cause of her ovarian cancer.

Ms. Tamara Newsome has ███████████████████





In formulating my opinion regarding causation of Ms. Newsome's ████████, I considered all the relevant factors that could contribute to the development of ████████, forming a differential diagnosis as follows:

1. Is the genital use of talcum powder associated with Ms. Newsome's type of cancer? Yes, she has an ████████████████ of the endometrioid subtype. This type of cancer has been associated with genital talcum powder use in multiple studies.

2. Was the duration and frequency of Ms. Newsome's talcum powder usage sufficient to cause ovarian cancer? Yes. Tamara Newsome used Johnson's Baby Powder with talc from 1975-2015 approximately once a day, every day, after showering. She used it in her underwear and under her breasts. She estimates using at least 2 large bottles per month. It was part of her daily hygiene routine. Ms. Newsome also used Shower to Shower occasionally when she could not find Johnson's Baby Powder. She estimates buying a total of four bottles of Shower to Shower during her lifetime. She does not recall purchasing Shower to Shower after her son was born in 1993. She applied it in the same way.

   After using talc-based Johnson's Baby Powder exclusively for thirty years, she began using Johnson's Baby Powder with cornstarch interchangeably with the talc-containing variety from 2004 to 2015. In my estimation, this pattern of usage would result in at least 10,000 applications of talc-containing powder over her lifetime.

3. Was there talc and/or asbestos found in her pathologic tissue, providing additional evidence of usage? Dr. Godleski, in his pathologic evaluation, ████████████████████████████ ████████████████████████████████████████████████████████.

4. Was there enough time between the onset of use and the diagnosis of ovarian cancer to account for the expected latency period associated with the development of ovarian cancer? Yes, she reports use beginning approximately 40 years prior to the diagnosis of her ████████ ████ – consistent with the latency period described with carcinogens causing cancer and talcum powder use causing ovarian cancer.

5. Were other risk factors or protective factors present and, if so, what was their contribution to the development of ovarian cancer?

   Risk Factors:
   - Inherited genetic mutations – ████████████████████████ ████████████████████████████████
   - Family history of ovarian or breast cancer – ████████████████████ ████████████████

- Nulliparity – ███████████████████████████ ██████ .
- Early menarche – ████████████████████████████ █████████ .
- Late menopause – ██████████████████████████ ███████ .
- High fat diet – █████████████████████ .
- Infertility – ████ .
- Endometriosis – ████████████████████████████ ██████████ .
- Polycystic ovarian syndrome – ████ .
- Hormone replacement therapy – █████ .
- IUD use – █████ .
- Pelvic Inflammatory Disease – █████ .
- Obesity – ████████████████████████ .

Protective Factors:
- Multiparity – █████ .
- Breastfeeding – ██████ .
- Oral contraceptive use – ████████████████████████████ ███████████ .
- Tubal ligation – █████ .
- Hysterectomy – ██████ .

In summary, after reviewing the available medical records, Plaintiff Profile Form, deposition testimony, and Dr. Godleski's expert report, it is my opinion that Ms. Newsome's use of Johnson's Baby Powder in the genital area for approximately 40 years is a substantial contributing cause of her ████████████ . My opinions are made to a reasonable degree of medical and scientific certainty. I reserve the right to update this report if new information becomes available. I reserve the right to review and remark on the reports and testimony of Defendants' experts.

19

Exhibit A

**Updated: March 2023**

**UNC SCHOOL OF MEDICINE**
**CURRICULUM VITAE**

## Personal Information

**Name**:           Daniel Lyle Clarke-Pearson, M.D.

**Address**:        105 Porter Place
                    Chapel Hill, NC 27514

                    861 Skin Camp Creek
                    Road
                    Todd, NC 28684

**Phone:**          (919) 215-9561

## Education and Training

| | | | |
|---|---|---|---|
| Fellow | Duke University Medical Center | 1979-1981 | Gynecology Oncology |
| Residency | Duke University Medical Center | 1975-1979 | Obstetrics and Gynecology |
| Medical Degree | Case Western Reserve University School of Medicine | 1971-1975 | Medicine |
| Bachelor of Arts | Harvard College | 1966-1970 | Biology |

## Professional Experience

| | | | |
|---|---|---|---|
| Professor | University if North Carolina, Chapel Hill | July 2019-present | Obstetrics and Gynecology Division of Gynecologic Oncology |
| Active Consulting Staff | The Outer Banks Hospital | Oct 2009 – 2012 | Medicine/Oncology Section |
| Chairman | University of North Carolina at Chapel Hill School of Medicine | September 2005 – July 2019 | Obstetrics and Gynecology |
| Robert A. Ross Distinguished Professor | University of North Carolina at Chapel Hill School of Medicine | September 2005 – July 2019 | Obstetrics and Gynecology |

| James M. Ingram Professor of Gynecologic Oncology | Duke University Medical Center | July 1993-2005 | Gynecologic Oncology |
|---|---|---|---|
| Division Director | Duke University Medical Center | July 1987-2005 | Gynecologic Oncology |
| Professor | Duke University Medical Center | July 1987-2005 | Obstetrics and Gynecology |
| Director of Gynecology and Gynecologic Oncology | University of Illinois at Chicago | January 1985-1987 | Obstetrics and Gynecology |
| Associate Professor | University of Illinois at Chicago | July1984-1987 | Obstetrics and Gynecology |
| Associate Professor | Duke University Medical Center | January1984 | Obstetrics and Gynecology |
| Co-Director, Trophoblastic Disease Center | Duke University Medical Center | July 1982-1984 | Obstetrics and Gynecology |
| Assistant Professor | Duke University Medical Center | July1980-1984 | Obstetrics and Gynecology |

## **Honors and Awards**

| 2022 | President-elect, Society of Pelvic Surgeons |
|---|---|
| 2022 | Distinguished Service Award, North Carolina Obstetrics and Gynecology Society |
| 2019 | UNC Lifetime Achievement Award for Medical Student Education |
| 2009-2010 | President, Society of Gynecologic Oncologists |
| 2001-2020 | America's Top Doctors for Women (176 Physicians): Women's Health |
| 2008 | CREOG National Faculty Award for Excellence in Resident Education |
| 2004 | Invited Panel Member, International Consensus Conference of the Prevention of Venous Thromboembolism, Windsor, England |
| 2002 | ACOG Roy Pitkin/Elsevier Award: One of top four papers published annually in Obstetrics and Gynecology |
| 2001-present | America's Top Doctors for Women: Women's Health |

| 1991 | Invited Panel Participant, Consensus Meeting on the Prevention of Thromboembolism - Windsor, England |
| 1985 | Clinical Research Prize Paper – ACOG District Meeting |
| 1981-1984 | Junior Faculty Clinical Fellowship – American Cancer Society |
| 1982 | Donald F. Richardson Memorial Prize Paper -Best research paper presented by a Junior Fellow at a District ACOG Meeting |
| 1981 | Clinical Research Paper, Second Place ACOG Annual Clinical Meeting |
| 1981 | Junior Fellow First Prize Paper – ACOG District IV |
| 1980 | American Cancer Society Clinical Fellow |
| 1979 | Junior Fellow First Prize Paper – ACOG District IV |

## BIBLIOGRAPHY

<u>Books and Chapters</u>

1.   **Clarke-Pearson DL**. Barber E. Prevention of Deep Vein Thrombosis and Pulmonary Embolism. ACOG Practice Bulletin, American College of Obstetricians and Gynecologists (Bulletin #232), Washington DC, 2021.

2.   Tucker K, **Clarke-Pearson DL**. Complications of Disease and Therapy. In Clinical Gynecologic Oncology, Nineth Edition.  (DiSaia PJ, Creasman WT, eds). Mosby/Elsevier, 2021

3.   Doll K, **Clarke-Pearson DL**. Complications of Disease and Therapy. In Clinical Gynecologic Oncology, Eighth Edition.  (DiSaia PJ, Creasman WT, eds). Mosby/Elsevier, 2016.

4.   Havrilesky LJ, Lopez-Acevedo M, **Clarke-Pearson DL**. Palliative Surgery for Ovarian Cancer. In Surgery for Ovarian Cancer. (Bristow RE, Karlan BY, Chi DS, eds) CRC Press, Boca Raton, 2016.

5.   **Clarke-Pearson DL**, Snook M L.. Preoperative Evaluation and Postoperative Management. In Clinical Gynecology (Bieber EJ, Horowitz I, Sanfillippo J., Shafi MJ, eds) Cambridge University Press. 2014

6.   Abaid LN, **Clarke-Pearson DL**. Evaluation and Management of the Adenxal Mass in Gynecological Cancer Management: Identification Diagnosis and Treatment. (**Clarke-Pearson DL**, Soper J. eds) Wiley-Blackwell, London, 2010.

7.   **Clarke-Pearson DL**, Soper JT: Gynecological Cancer Management: Identification Diagnosis and Treatment.  Wiley-Blackwell, London, 2010.

8.   Ragazzo J L, **Clarke-Pearson DL**. Cervical Neoplasia in Gynecological Cancer Management. Identification Diagnosis and Treatment. (**Clarke-Pearson DL**, Soper J. eds) Wiley-Blackwell, London, 2010.

9.   Mendivil A, **Clarke-Pearson DL**. Unusual Neoplasms of the Uterus in Gynecological Cancer Management: Identification Diagnosis and Treatment. (**Clarke-Pearson DL**, Soper J. eds) Wiley-Blackwell, London, 2010.

10.  **Clarke-Pearson DL**, Picklesimer A. Management of DVT/PE in Pregnancy. In The 5-Minute OB/GYN Clinical Consult (Ed. Paula J. Hilliard). Lippincott Williams and Wilkins, 2008.

11.  **Clarke-Pearson DL**, Abaid L. Emergency Management of DVT/PE. In The 5-Minute OB/GYN Clinical Consult (Ed. Paula J. Hilliard). Lippincott Williams and Wilkins, 2008.

12.  **Clarke-Pearson DL**. Complications of Disease and Therapy. In Clinical Gynecologic Oncology, Seventh Edition. (DiSaia PJ, Creasman WT, eds). Mosby/Elsevier, 2007.

13.  **Clarke-Pearson DL**. Abaid L. Prevention of Deep Vein Thrombosis and Pulmonary Embolism. ACOG Practice Bulletin American College of Obstetricians and Gynecologists, Washington DC, 2007.

14.  **Clarke-Pearson DLL**. Surgical Complications. In Précis, An update in Obstetrics and Gynecology, 3rd Edition, American College of Obstetricians and Gynecologists, Washington DC, 2007.

15.  **Clarke-Pearson DLL**, Lee P, Spillman M, Lutman C. Preoperative Evaluation and Postoperative Management. In: Novak's Gynecology, 13th Edition (Berek J, Adashi E, Hillard P, eds.) Williams and Wilkins, Baltimore, 2006.

16.  **Clarke-Pearson DLL**, Spillman M, Lutman C, Lee P. Preoperative Evaluation and Postoperative Management. In Clinical Gynecology (Bieber EJ, Horowitz I, Sanfillippo J. eds) Churchill Livingstone, 2005.

17.  **Clarke-Pearson DL** L, Havrilesky L. Intestinal Surgery in Surgery for Ovarian Cancer: Principles and Practice (Bristow RE, Karlan BY, eds) Taylor and Francis, 2005.

18.  Alvarez A, **Clarke-Pearson DLL**: Gynecologic Cancers. In Geriatric Medicine, Fourth Edition (Ed Cassel, et al.) Springer-Verlag New York, NY, 2001.

19.  **Clarke-Pearson DLL**, Olt G, Rodriguez G, Boente MP: Preoperative Evaluation and Preparation for Gynecologic Surgery. In: Textbook of Gynecology, Second Edition (Copeland L, Jarrell J, eds). W. B. Saunders, Philadelphia, 2000.

20.  Nichols D, **Clarke-Pearson DLL**: Gynecologic, Obstetric and Related Surgery: Second Edition. Mosby, St. Louis, 2000.

21.  Carney M, **Clarke-Pearson DL**. Endometrial Cancer. In: Gynecology for The Primary Care Physician, Stoval T, Ling F, eds.). Current Medicine, Inc. Philadelphia, 1999.

22.  **Clarke-Pearson DLL**. Venous Thromboembolic Complications. In: Management of Perioperative Complications in Gynecology, (V. Baker, G. Deppe, eds). WB Saunders, Philadelphia, 1997.

23.  **Clarke-Pearson DLL**, Olt GJ, Rodriguez GC, Boente MP. Preoperative Evaluation and postoperative Management. In: Novak's Gynecology, 12th Edition (Berek J, Adashi E, Hillard P, eds.) Williams and Wilkins, Baltimore, 1996.

24.  Evans AC, **Clarke-Pearson DLL**: Gynecologic Cancers. In: Geriatric Medicine, Third Edition (Ed Cassel, et. al.) Springer-Verlag, New York, 1996.

25.  **Clarke-Pearson DLL**, Hurteau JA, Elbendary AA, Carney M: Chemotherapy of Gynecologic Malignancies in Telinde's Operative Gynecology (eighth edition), (Thompson JD and Rock JA eds.) Lippincott-Raven, Philadelphia, 1996.

26.  **Clarke-Pearson DL**: Salpingectomy-Oophorectomy. In: Atlas of General Surgery (Sabiston DC, ed.). WB Saunders, Philadelphia, 1994.

27.  **Clarke-Pearson DL**: Abdominal Hysterectomy. In: Atlas of General Surgery (Sabiston DC, ed.).

WB Saunders Co., Philadelphia, 1994.

28.    **Clarke-Pearson DLL**: Obstetrics and Gynecology. In: Prevention of Venous Thromboembolism (Bergqvist D, Comerota AJ, Nicolaides AN, Scurr JH, eds.). Med-Orion Publishing, London, 1994.

29.    **Clarke-Pearson DLL**: Venous thrombolic disease in pregnancy. In: Current Therapy in Obstetrics and Gynecology (Zuspan FP, Quilligan EJ, eds.). WB Saunders Co., Philadelphia, 1994.

30.    **Clarke-Pearson DLL**, Kohler MF, Hurteau JA, Elbendary A: Surgery for advanced ovarian cancer. In: Clinical Obstetrics and Gynecology (Soper, JT, Ed.) JP Lippincott, 1994.

31.    **Clarke-Pearson DLL**, Soper JT, Berchuck A, Rodriguez GC: Residents Handbook in Gynecologic Oncology, Duke University, 1988, 1994.

32.    **Clarke-Pearson DLL**: Prevention of Venous Thromboembolism in Gynecologic Surgery Patients. In: Current Opinion in Obstetrics and Gynecology (Herbst AL, ed) Current Science, Philadelphia, 1993.

33.    **Clarke-Pearson DLL**, Rodriguez GC, Boente M: Palliative Surgery for Epithelial Ovarian Cancer. In: Ovarian Cancer (Rubin SC, Sutton GP, Eds). McGraw-Hill, Inc., New York, pp. 351-373, 1993.

34.    **Clarke-Pearson DLL**, Rodriguez GC: Hematologic Complications. In: Complications in Gynecologic Surgery: Prevention, recognition and management (Orr J, Shingleton H, eds). JB Lippincott Co., Philadelphia, 1993, pp. 83-104.

35.    **Clarke-Pearson DLL**, Soper JT: Vaginal Reconstruction with Gracilis Myocutaneous Flaps. In: Reconstructive Urology Vol 2 (G Webster, R Kirby, L King, B Goldwasser) Boston Blackwell Scientific Publications, 1993.

36.    Bast RC, Xu FJ, Haas M, Daly L, Bast BS, McKenzie S, Soper JT, Berchuck A, **Clarke-Pearson DLL**, Boyer C: Will multiple serum markers increase the sensitivity of CA 125 for the early detection of epithelial ovarian cancer? In: Ovarian Cancer, Chapman and Hall Medical, London. 1993.

37.    **Clarke-Pearson DLL**, Olt G, Rodriguez G, Boente M: Preoperative and Postoperative Management. In: Operative Gynecology (D Gershenson, S Curry, Eds) Saunders, Inc., 1993.

38.    **Clarke-Pearson DLL**, Olt G, Rodriguez G, Boente M: Preoperative evaluation and preparation. In: Textbook of Gynecology.  (L Copeland, A DeCherney,  Eds). Saunders, Inc., 1993.

39.    Beckmann CRB, Ling F, Barzansky BM, Sharf BF, **Clarke-Pearson DLL**: History and Physical Examination. In: Clinical Manual of Gynecology (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

40.    **Clarke-Pearson DLL**: Vaginal Dysplasia and Carcinoma. In: Clinical Manual of Gynecology (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

41.    **Clarke-Pearson DLL**: Vulvar Dysplasia and Carcinoma. In: Clinical Manual of Gynecology (Second Edition), (TG Stovall, RL Summit, CRB Beckman, FW Ling, Eds). McGraw-Hill, Inc., New York, 1992.

42.    **Clarke-Pearson DLL**, Soisson AP, Wall L: Radical Hysterectomy. In: Gynecologic Oncology, Treatment Rationale and Techniques. (B Greer and J Berek, Eds) Elsevier Science Publishing Co, Inc, New York, 1991.

43.    **Clarke-Pearson DLL**, Soper JT, Berchuck A, Hunter VG: Ovarian Cancer. In: Comprehensive

Textbook of Oncology (Second Edition), (AR Moossa, Ed), Williams and Wilkins, Baltimore, 1991.

44.   **Clarke-Pearson DLL**: Ovarian Cancer. In: Principles of Medical Therapy in Pregnancy (Second Edition), (N Gleicher, Ed), Plenum Publishing Co, New York, 1990.

45.   Bast RC Jr, Boyer CM, Olt GJ, Berchuck A, Soper JT, **Clarke-Pearson DL**, Xu FJ, Ramakrishnan S: Identification of Markers for Early Detection of Epithelial Ovarian Cancer. In: Ovarian Cancer: Biological and Therapeutic Challenges. (Sharp F, Mason WP, and Leake RE, Eds). Chapman and Hall Medical, London, p. 265, 1990.

46.   **Clarke-Pearson DLL**, Dawood MY: Green's Gynecology: Essentials of Clinical Practice, Fourth Edition.  Little, Brown and Company, Boston, 1990.

47.   Soper JT, Hughes CL, **Clarke-Pearson DLL**: Gynecologic Surgery. In: Fundamentals of Surgery (RD Leichty and JT Soper, Eds) CV Mosby Co, St. Louis, 1989, p. 500.

48.   **Clarke-Pearson DLL**, Creasman WT: Ovarian Cancer. In: Comprehensive Textbook of Oncology. (AR Mossa, MC Robson, and SC Schmipff, Eds) Williams and Wilkins, pp. 845-854, 1986.

49.   **Clarke-Pearson DLL**: Deep Venous Thrombosis in Gynecologic Oncology. In: Gynecology and Obstetrics. (JW Sciarra, Ed) Harper and Row Publ, Inc, Philadelphia, Ch. 56, pp. 1-17, 1986.

50.   **Clarke-Pearson DLL**: Handbook for Residents: Gynecologic Oncology. University of Illinois Press (95 Pages), 1986.

51.   **Clarke-Pearson DLL**: Postoperative Thromboembolic Disease in Gynecology: Natural History, Risk Factors, and Prophylaxis. In: Strategies in Gynecologic Surgery. (HJ Buchsbaum and LA Walton, Eds) Springer-Verlag, New York, pp. 145-161, 1986.

52.   Smith EB, **Clarke-Pearson DLL**, Creasman WT: Screening for Cervical Cancer. In: Screening and Monitoring Cancer. (BA Stoll, Ed) John Wiley and Sons, Chichester, pp. 153-166, 1985.

53.   Soper JT, **Clarke-Pearson DLL**: Gynecology. In: Synopsis of Surgery. (RD Leichty, JT Soper, Eds) CV Mosby Co, St. Louis, Ch. 45, pp. 665-685, 1985.

54.   **Clarke-Pearson DLL**: Prevention of Thromboembolic Phenomena. In: Gynecology and Obstetrics. (JW Sciarra, Ed) Harper and Row Pub, Inc, Philadelphia, Vol. 1, Ch. 95, pp. 1-11, 1985.

55.   **Clarke-Pearson DLL**: Carcinoma of the Ovary. In: Principles of Medical Therapy in Pregnancy. (N Gleicher, Ed) Plenum Publishing Co, New York, Ch. 166, pp. 1106-1112, 1985.

56.   Creasman WT, **Clarke-Pearson DLL**: Pelvic Exenteration. In: Progress in Obstetrics and Gynecology. (J Studd, Ed) Churchill-Livingston, London, Vol. 4, pp. 243-253, 1984.

57.   Creasman WT, **Clarke-Pearson DLL**: Immunological Therapy Monitoring in Ovarian Cancer. In: Cancer Campaign. Gustav Fischer-Verlag, Stuttgart, New York, Vol. 7, 1984.

58.   Creasman WT, **Clarke-Pearson DLL**: Ovarian Cancer: Postoperative Therapy. In: Contemporary Issues in Clinical Oncology: Gynecologic Oncology. (AA Forastiere, Ed) Churchill-Livingston, Inc, New York, pp. 139-154, 1984.

59.   Hammond CB, **Clarke-Pearson DLL**, Soper JT: Management of Patients with Gestational Trophoblastic Neoplasia: Experience of the Southeastern Regional Center. In: Human Trophoblast Neoplasms. (RA Pattillo and RO Hussa, Eds) Plenum Publishing Corp, New York, pp. 369-381, 1984.

60.   Creasman WT, **Clarke-Pearson DLL**: Immunotherapy of Ovarian Cancer. In: Clinics in Obstetrics and Gynecology. (PJ DiSaia, Ed) WB Saunders Co, London, pp. 297-306, 1983.

61.   Creasman WT, **Clarke-Pearson DLL**: Ovarian Carcinoma. In: Current Therapy of Obstetrics and Gynecology. (EJ Quilligan, Ed) WB Saunders Co, Philadelphia, pp. 198-200, 1983.

**Original Research**

1.   Alli M Straubhar[1], Qin Zhou[1], Alexia Iasonos[1], Daniel L. Clarke-Pearson[2], William A Cliby[3], Mitchel S Hoffman[4], Dennis S Chi[1] Current surgical practices amongst Gynecologic Oncologists in the United States.  ( Submitted) 2022

2.   Hoffman M, Chi DS, **Clarke-Pearson DLL**, Cliby W, Creasman W, Underwood, PB. Surgical Training in Gynecologic Oncology:  Past, Present, Future.  Gynecol Oncol. 2020; 158:188

3.   Barber EL, Polan RM, Strohl AE, Siedhoff M, **Clarke-Pearson DLL**.  Cystoscopy at the Time of Hysterectomy for Benign Indications and Delayed Lower Genitourinary Tract Injury   Obstet Gynecol 2019; 133: 1-9.

4.   Chalas E. **Clarke-Pearson DLL**, Berek JS., Occult Gynecologic Cancer in Women Undergoing Hysterectomy or Myomectomy for Benign Indications. Obstet Gynecol. 2018 Aug;132(2):519.

5.   Parker WH, Berek JS, Pritts EA, Olive D, Chalas E, **Clarke-Pearson DL**. Regarding "incidence of Occult Uterine Malignancy Following Vaginal Hysterectomy with Morcellation. J Minim Invasive Gynecol. 2018 Jan;25(1):187-188.

6.   Pritts EA, Olive DL, **Clarke-Pearson DLL**.  Abdominal versus Minimally Invasive Hysterectomy. JAMA 2016.  316:2677

7.   Barber EL, **Clarke-Pearson DLL**. : Prevention of Venous Thromboembolism in Gynecologic Oncology Surgery.  Gynecol Oncol. 2017. 144: 420-427

8.   Siedhoff M, Doll K M, **Clarke-Pearson DLL**, MD, Rutstein SE, Laparoscopic hysterectomy with morcellation versus abdominal hysterectomy for presumed fibroids: an updated decision analysis following the 2014 FDA Safety Communications. Am J Obstet Gynecol.  2017; 216: 259.

9.   Barber EL, Gehrig P, **Clarke-Pearson DLL**. Venous Thromboembolism in Minimally Invasive Compared With Open Hysterectomy for Endometrial Cancer.  Obstet Gynecol. 2016; 128:121-6.

10.  Barber EL, **Clarke-Pearson DLL**. The Limited Utility of Currently Available Venous Thromboembolism Risk Assessment Tools in Gynecologic Oncology Patients. Am J Obstet Gyncol; 2016; 215: 445.

11.  Giovinazzo H, Kumar P, Sheikh A, Brooks KM, Ivanovic M, Walsh M, Caron WP, Kowalsky RJ, Song G, Whitlow A, **Clarke-Pearson DLL**, Brewster WR, Van Le L, Zamboni BA, Bae-Jump V, Gehrig PA, Zamboni WC. Technetium Tc 99m sulfur colloid phenotypic probe for the pharmacokinetics and pharmacodynamics of PEGylated liposomal doxorubicin in women with ovarian cancer. Cancer Chemother Pharmacol. 2016 Mar;77(3):565-73. doi: 10.1007/s00280-015-2945-y. Epub 2016 Jan 28.
     a.    PMID: 26822231

12.  Tarek Toubia, MD, Janelle K. Moulder, MD, Lauren D. Schiff, MD, **Daniel Clarke-Pearson, MD**, Siobhan M. O'Connor, MD and Matthew T. Siedhoff, MD, MSCR. Peritoneal Washings after Power Morcellation in Laparoscopic Myomectomy: A Pilot Study. J Min Invasive Gynecology.

2016. (accepted)

13.    Parker WH, Kaunitz AM, Pritts EA, Olive DL, Chalas E, **Clarke-Pearson DLL**, Berek JS. US Food and Drug Administration's Guidance Regarding Morcellation of Leiomyomas: Well-Intentioned, But is it Harmful for Women? Obstet Gynecol 2016; 127: 18-23.

14.    Rutstein SB. Siedhoff MT, Geller EJ, Doll KM, Wu JM, **Clarke-Pearson DLL**. Wheeler SB. Cost-effectiveness of laparoscopic hysterectomy with morcellation compared to abdominal hysterectomy for presumed fibroids. The Journal of Minimally Invasive Gynecology. 2016; 223-33.

15.    Siedhoff MT, Wheeler SB, Rutstein SE, Geller EJ, Doll KM, Wu JM, **Clarke-Pearson DLL**. Laparoscopic hysterectomy with morcellation vs abdominal hysterectomy for presumed fibroid tumors in premenopausal women: a decision analysis. Am J Obstet Gynecol. 2015 May; 212(5):591

16.    Siedhoff MT, Ruitstein SE, Wheeler SB, Geller EJ, Doll KM, Wu JM, **Clarke-Pearson DLL**. Cost-Effectiveness of Laparoscopic Hysterectomy wht Morcellation Compared to Abdominal Hysterectomy for Presumed Benign Leiomyomata.  J Minim Invasive Gynecol.  2015; 22: S78.

17.    Stine JE, **Clarke-Pearson DLL**, Gehrig PA. Uterine morcellation at the time of hysterectomy: Techniques, risks and recommendations. Obstetrics and Gynecology Survey 2014; 69: 415-25.

18.    Doll KM, Kalinowski A, Snavely AC, Irwin DE, Bensen JT, Bae-Jump V, Kim KH , Van Le L, **Clarke-Pearson DLL**, Gehrig PA. Obesity is associated with worse quality of life in women with gynecologic malignancies: An opportunity to improve patient-centered outcomes. Cancer, 2015: 121:395-402. PMID 25250951

19.    Stine JE, Doll KM, Moore DT, Van Le L, Ko E, Soper JT, **Clarke-Pearson DL**, Bae-Jump V, Gehrig PA, Kim KH.The Prevalence and Impact of Invasive Procedures in Women with Gynecologic Malignancies Referred to Hospice Care. Jour of Palliative Care and Med. Accepted April 15 2014.

20.    Caron WP, Lay JC, Fong AM, La-Beck NM, Kumar P, Newman SE, Zhou H, Monaco JH,  **Clarke-Pearson DLL**, Brewster WR, Van Le L, Bae-Jump VL, Gehrig PA, Zamboni WC. Translational Studies of Phenotypic Probes for the Mononuclear Phagocyte System and Liposomal Pharmacology J Pharmacol Exp Ther jpet.113.208801; published ahead of print September 16, 2013.

21.    **Clarke-Pearson DLL**, Geller EJ. Complications of hysterectomy. Obstet Gynecol. 2013 Mar;121(3):654-73

22.    **Clarke-Pearson DLL**, Abaid LN. Prevention of venous thromboembolic events after gynecologic surgery. Obstet Gynecol. 2012 Jan;119(1):155-67.

23.    **Clarke-Pearson DLL**. Thromboprophylaxis for gynecologic surgery: why are we stuck in 1975? Obstet Gynecol. 2011 Nov;118(5):973-5.

24.    Higginson DS, Morris DE, Jones EL, **Clarke-Pearson DLL**, Varia MA. Stereotactic body radiotherapy (SBRT): Technological innovation and application in gynecologic oncology. Gynecol Oncol. 2011; 120: 404-12.

25.    Attitudes regarding the use of hematopoietic colony-stimulating factors and maintenance of relative dose intensity among gynecologic oncologists. Alvarez Secord A, Bae-Jump V, Havrilesky LJ, Calingaert B, **Clarke-Pearson DLL**, Soper JT, Gehrig PA.Int J Gynecol Cancer. 2009 Apr;19(3):447-54.

26.    Nicolaides A, Goldhaber SZ, Maxwell GL, Labropoulos N, **Clarke-Pearson DLL**, Tyllis TH,

Griffin MB.  Cost benefit of intermittent pneumatic compression for venous thromboembolism prophylaxis in general surgery. Int Angiol. 2008 Dec;27(6):500-6.

27.    Carlson JW, Kauderer J, Walker JL, Gold MA, O'Malley D, Tuller E, **Clarke-Pearson DLL**; Gynecologic Oncology Group. A randomized phase III trial of VH fibrin sealant to reduce lymphedema after inguinal lymph node dissection: a Gynecologic Oncology Group study.Gynecol Oncol. 2008;110(1):76-82.

28.    Lyman GH, Khorana AA, Falanga A, **Clarke-Pearson DL**, Flowers C, Jahanzeb M, Kakkar A, Kuderer N M, Levine MN, Liebman H, Mendelson D, Raskob G, Somerfield MR, Thodiyil P, Trent D, Francis CW. American Society of Clinical Oncology Guideline: Recommendations for Venous Thromboembolism Prophylaxis and Treatment in Patients with Cancer.    J Clin Oncol. 2007; 25: 5490-5505.

29.    Alvarez A, Laura J Havrilesky, Bae-Jump V, Chin JR, Calingaert B, Bland AE, Rutledge TL, Berchuck A, **Clarke-Pearson DLL**, Gehrig PA. The role of multi-modality adjuvant chemotherapy and radiation in women with advanced stage endometrial cancer Gynecol Oncol 2007; 107: 285- 91

30.    Martino MA, Williamson E, Rajaram L, Lancaster JM, Hoffman MS, Maxwell GL, Clarke- Pearson DL. Defining practice patterns in Gynecologic Oncology to prevent pulmonary embolism and deep venous thrombosis. Gynecol Oncol, 2007;106: 439-445.

31.    Secord AA, Havrilesky LJ, CarneyME, Soper JT, **Clarke-Pearson DLL**, Rodriguez GC, Berchuck A.  Weekly low-dose paclitaxel and carboplatin in the treatment of advanced or recurrent cervical and endometrial cancer.  Int J Clin Oncol. 2007; 12: 31-36.

32.    Havrilesky LJ, Cragun JM, Calingaert B, Secord AA, Valea FA, **Clarke-Pearson DLL**, Berchuck A, Soper JT. The prognostic significance of positive peritoneal cytology and adenxal/serosal metastasis in stage IIIA endometrial cancer.  Gynecol Oncol 2007; 104: 401-405.

33.    Havrilesky L, Secord A, Bae-Jump V, Ayeni T, Calingaert B, **Clarke-Pearson DLL**, Berchuck A, Gehrig PA. Outcomes in surgical stage I uterine papillary serous carcinoma. Gynecol Oncol, 2007; 105: 677-82.

34.    Soper JT, **Clarke-Pearson DLL**. Comparison of Gracilis and Rectus Abdominis Myocutaneous Flap Neovaginal Reconstruction Performed During Radical Pelvic Surgery: Flap-Specific Morbidity. Int J Gynecol Oncol, 2007 17: 298-303.

35.    Rose P, Shamshad A, Watkins E, Thigpen JT, Deppe G, **Clarke-Pearson DLL**, Insalaco S. Long-Term Follow-Up of a Randomized Trial Comparing Concurrent Single Agent Cisplatin or Cisplatin-Based Combination Chemotherapy or Hydroxyurea During Pelvic Irradiation for Locally Advanced Cervical Cancer: A Gynecologic Oncology Group Study. J Clin Oncol ,2007; 25: 2804-10

36.    Spriggs DR, Brady M, Vaccarello L, **Clarke-Pearson DL**, Burger RA, Mannel R, Boggess JF, Lee RB, Hanly M. A Phase III Randomized Trial of IV Cisplatin plus Paclitaxel as a 24- or 96- hour Infusion in Patients with selected Stage III or Stage IV Epithelial Ovarian Cancer: A Gynecologic Oncology Group Study. J Clin Oncol, 2007; 25: 4466-72.

37.    Soper JT, Spillman MA, Sampson JH, Kirkpatrick JP, Wolf JK, **Clarke-Pearson DLL** High-risk Gestational Trophoblastic Neoplasia with Brain Metastases: Individualized Multidisciplinary Therapy in the Management of Four Patients. Gynecol Oncol 2007; 104: 691-694.

38.    Jones E, Alvarez Secord A, Prosnitz LR, Samulski TV, Oleson JR, Berchuck A, **Clarke-Pearson DLL**, Soper J, Dewhirst MW, Vujaskovic Z. Intra-peritoneal cisplatin and whole abdomen hyperthermia for relapsed ovarian carcinoma. Int J Hyperthermia 2006; 22: 161-172.

39.    Maxwell GL, **Clarke-Pearson DLL**. Pulmonary embolism after major abdominal surgery in gynecologic oncology.  Obstet Gynecol 2006; 108: 209

40.    Lutman CV, Havrilesky LJ, Cragun JM, Secord A, Calingaert B, Berchuck A, **Clarke-Pearson DLL**, Soper JT. Pelvic lymph node count is an important prognostic variable for FIGO Stage I and II endometrial carcinoma with high risk histology.  Gynecol Oncol 2006; 102:92-97.

41.    Soper JT, Secord AA, Havrilesky LJ, Berchuck A, **Clarke-Pearson DLL**. Rectus abdominis myocutaneous and myoperitoneal flaps for neovaginal reconstruction after radical pelvic surgery: comparison of flap-related morbidity. Gynecol Oncol. 2005; 97: 596-601.

42.    42.  Cragun JM, Havrilesky LJ, Calingaert B, Synan I, Secord AA, Soper JT, **Clarke-Pearson DL**, Berchuck A. Retrospective analysis of selective lymphadenectomy in apparent early-stage endometrial cancer.  J Clin Oncol   2005; 23: 3668-75.

43.    Soper JT, Havrilesky LJ, Secord AA, Berchuck A, **Clarke-Pearson DLL**. Rectus abdominis myocutaneous flaps for neovaginal reconstruction after radical pelvic surgery. Int J Gynecol Cancer. 2005; 15: 542-8.

44.    Havrilesky LJ, Cragun JM, Calingaert B, Synan I, Secord AA, Soper JT **Clarke-Pearson DL**, Berchuck A. Resection of lymph node metastases influences survival in stage IIIC endometrial cancer.  Gynecol Oncol. 2005; 99: 689-95.

45.    Walker JL, Armstrong D, Huang H, Fowler J, Webster K, Burger R, **Clarke-Pearson DL**. Intraperitoneal Catheter Outcomes in a Phase III Trial of Intravenous vs. Intraperitoneal Chemotherapy in Optimal Stage III Ovarian and Primary Peritoneal Cancer. A Gynecologic Oncology Group Study.  Gynecol Oncol  2005; 100: 27-32.

46.    Greer B, Bundy BN, Ozols RF, Fowler JM, **Clarke-Pearson DL**, Burger RA, Mannel R, DeGeest K, Hartenbach EM, Baergen RN, Copeland LJ. Implications of second-look laparotomy in the context of optimally resected Stage II ovarian Cancer: A non-randomized comparison using an explanatory analysis: a Gynecologic Oncology Group Study.   J Clin Oncol. 2005; 99:71-9.

47.    Secord AA, Jones EL, Hahn CA, Petros WP, Yu D, Havrilesky LJ, Soper JT, Berchuck A, Spasojevic I, **Clarke-Pearson DL**, Prosnitz LR, Dewhirst MW. Phase I/II trial of intravenous Doxil and whole abdomen hyperthermia in patients with refractory ovarian cancer. Int J Hyperthermia 2005; 21: 333-47

48.    Dainty L, Maxwell GL, **Clarke-Pearson DL**, Myers ER. Cost-effectiveness of combination thromboembolism prophylaxis in gynecologic oncology surgery. Gynecol Oncol 2004; 93: 366- 73.

49.    Rose PG, Nerenstone S, Brady MF, **Clarke-Pearson DL**, Olt G, Rubin SC, Moore DH. Secondary Surgical Cytoreduction for Advanced Stage Ovarian Carcinoma with Suboptimal Residual Disease. N Engl J Med.  2004; 351: 2489-97.

50.    Soper JT, Reisinger SA, Asbury R, Jones E, **Clarke-Pearson DL**. Feasibility Study of Concurrent Weekly Cisplatin and Whole Abdominopelvic Irradiation Followed by Doxorubicin/Cisplatin Chemotherapy for Locally Advanced Endometrial Carcinoma: a Gynecologic Oncology Group Study. Gynecol Oncol 2004; 95: 95-100.

51.    Rader JS, **Clarke-Pearson DL**, Moore M, Carson L, Holloway R, Kao MS, Wiznitzer I, Douglass EC. A phase II study to determine the efficacy and tolerability of intravenous ZD9331 in heavily pretreated patients with ovarian cancer. Gynecol Oncol. 2003; 91: 318-25.

52.    Jones EL, Samulski TV, Dewhirst MW, Secord AA, Berchuck A, **Clarke-Pearson DL**, Havrilesky LJ, Soper J, Prosnitz LR. A Pilot Phase II Trial of Concurrent Radiotherapy, Chemotherapy, and Hyperthermia for Locally Advanced Cervical Carcinoma. Cancer. 2003; 98:277-282.

53.     Havrilesky LJ, Peterson BL, Dryden DK, Soper JT, **Clarke-Pearson DL**, Berchuck A. Predictors of clinical Outcomes in the Laparoscopic Management of Adnexal Masses. Obstet Gynecol. 2003; 102: 243-51

54.     Havrilesky LJ, Wong TZ, Secord AA, Berchuck A, **Clarke-Pearson DL**, Jones EL. The role of PET scanning in the detection of recurrent cervical cancer.  Gynecol Oncol 2003; 90:186-190

55.     Roth TM, Secord AA, Havrilesky LJ, Jones E, **Clarke-Pearson DL** . High Dose Rate Intraoperative Radiotherapy for Recurrent Cervical Cancer and Nodal Disease. Gynecol Oncol. 2003;  91: 258-260.

56.     Havrilesky LJ, Alvarez AA, Sayer RA, Lancaster JM, Berchuck A, **Clarke-Pearson DL**, Rodriguez GC, Carney ME: Weekly low-dose carboplatin and paclitaxel in the treatment of recurrent ovarian and peritoneal cancer. Gynecol Oncol 2003; 88: 51-57.

57.     Ozols RF, Bundy BN, Greer BE, Fowler JM, **Clarke-Pearson DL**, Burger RA, Mannel R, DeGeest K, Hartenbach EM, Baergen R. Phase III Trial of Carboplatin and Paclitaxel Compared with Cisplatin and Paclitaxel in Patients with Optimally Resected Stage III Ovarian Cancer: a Gynecologic Oncology Group Study. J Clin Oncol 2003; 21: 3194-3200.

58.     Varia MA, Stehman FB, Bundy BN, Benda JA, **Clarke-Pearson DL**, Alvarez RD, Long HJ. Intraperitoneal Radioactive Phosphorous (32P) versus observation following negative Second- Look Laparotomy for Stage III Ovarian Carcinoma: A Randomized Trial of the Gynecologic Oncology Group.  J Clin Oncol 2003; 21: 2849-2855

59.     Bloss JD, Brady M, Rocereto T, Partridge EE, **Clarke-Pearson DL**. Extraovarian Peritoneal Serous Papillary Carcinoma: A Phase II Trial of Cisplatin and Cyclophosphamide with Comparison to a cohort with Papillary Serous Ovarian Carcinoma-A Gynecologic Oncology Group Study.  Gynecol Oncol  2003; 89:148-54

60.     **Clarke-Pearson DL**, Maxwell GL, Synan I, Dodge R, McClelland C. Risk factors which predispose patients to thromboembolism despite prophylaxis with external pneumatic compression. Obstet Gynecol 2003; 101:157-163.

61.     Bookman MA, Darcy KM, **Clarke-Pearson DL**, Boothby R, Horwitz I.  Evaluation of monoclonal Humanoized Anti-HER2 Antibody (Trastuzumab, Herceptin) in Patients with recurrent or refractory Ovarian or Primary Peritoneal Carcinoma with Overexpression of HER2: A Phase II Trial of the Gynecologic Oncology Group.  J Clin Oncol 2003; 21:283-290.

62.     Gore M, Oza A, Rustin G, Malefetano J, Calvert H, **Clarke-Pearson DL**, Carmichael J, Ross G, Beckman R, Fields S. A Randomized Trial of Oral versus Intravenous Topotecan in Patients with relapsed epithelial Ovarian Cancer.  Euro J Cancer. 2002; 38:57-63.

63.     Maxwell GL, Synan I, Hayes R, **Clarke-Pearson DL**. Preference and Compliance in Thromboembolism Prophylaxis for Gynecologic Oncology Patients. Obstet Gynecol. 2002, 100: 451

64.     Markman M, Bundy B, Alberts D, Fowler J, **Clarke-Pearson DL**, Carson LF, Walder S, Sickel J. Phase III trial of standard dose intravenous cisplatin plus paclitaxel versus moderately high-dose carboplatin followed by intravenous paclitaxel and intraperitoneal cisplatin in small volume stage III ovarian cancer: an intergroup study of the Gynecologic Oncology Group, Southwestern Oncology Group, and Eastern Cooperative Oncology Group. J Clin Oncol; 2001; 19: 1001-1007

65.     Maxwell GL, Synan I, Dodge R, Carroll B, **Clarke-Pearson DL**. Prevention of Venous Thrombosis in Postoperative Gynecologic Oncology Patients: A Prospective Randomized Trial Comparing Pneumatic Calf Compression and Low Molecular Weight Heparin (dalteparin) Obstet Gynecol

2001; 98: 989-995

66.    **Clarke-Pearson DL**, Van Le L, Whitney CW, Hanjani P, Kristensen G, Malfetano JH, Beckman RA, Ross GA, Lane SR, DeWitte MH, Fields SZ. Oral Topotecan as Single-Agent Second-Line Chemotherapy in Patients with Advanced Ovarian Cancer.  J Clin Oncol  2001; 19:3976-3975

67.    Rader J, **Clarke-Pearson, DL** Moore M, et al. Phase II Trial of ZD9331 as third-line therapy for patients with ovarian carcinoma. Ann Oncol 2000; 11 (4): 83

68.    Cirisano FD Jr., Robboy SJ, Dodge RK, Bentley RC, Krigman HR, Synan IS, Soper JT, **Clarke-Pearson DL**. The outcome of stage I-II clinically and surgically staged papillary serous and clear cell endometrial cancers when compared with endometrioid carcinoma. Gynecol Oncol 77:55-65, 2000.

69.    Maxwell GL, Myers ER, **Clarke-Pearson DL**. Cost-effectiveness of deep venous thrombosis prophylaxis in gynecologic oncology surgery.  Obstetrics & Gynecol 95:206-14,2000.

70.    Rose PG, Bundy BN, Watkins EB, Thigpen JT, Deppe G, Maiman MA, **Clarke-Pearson DL**, Insalaco S. Concurrent cisplatin-based radiotherapy and chemotherapy for locally advanced cervical cancer.  N Engl J Med 340:1144-53, 1999.

71.    Ashih H. Gustilo-Ashby T, Myers ER, Andrews J, **Clarke-Pearson DL,**, BerryD, Berchuck A. Cost-effectiveness of treatment of early stage endometrial cancer. Gynecol Oncol 74:208-16, 1999.

72.    Cirisano FE Jr. Robboy SJ, Dodge RK, Bentley RC, Krigman HR, Synan IS, Soper JT, Clarke-Pearson DL. Epidemiologic and surgicopathologic findings of papillary serous and clear cell endometrial cancers when compared to endometrioid carcinoma. Gynecol Oncol 74:385-94, 1999.

73.    Whitney CW, Sause W, Bundy BN, Malfetano JH, Hannigan EV, Fowler WC, **Clarke-Pearson DL**, Liao SY: A randomized comparison of fluorouracil plus cisplatin versus hydroxyurea as an adjunct to radiation therapy in stages IIB-IVA carcinoma of the cervix with negative para-aortic lymph nodes: A Gynecologic Oncology Group and Southwest Oncology Group Study. J Clin Oncol 17:1339-48, 1999.

74.    Boente MP, Berchuck A, Whitaker RS, Kalen A, Xu FJ, **Clarke-Pearson DL**, Bell RM, Bast RC: Suppression of Diacylglycerol Levels by Antibodies Reactive with c-erbB-2 (HER-2/neu) Gene Product p185c-erbB-2 in Breast and Ovarian Cancer Cell Lines. Gynecol Oncol 70:49-55, 1998.

75.    Woolas RP, Jacobs IJ, XU F, Berchuck A, Soper JT, **Clarke-Pearson DL**, Spence-Jones S, Oram D, Hudson CN, Shepherd JH, Bast RC, Jr.: Multiple tumor marker measurements to differentiate stage I ovarian cancer from the benign ovarian cyst. Gyn Techniques Vol (3) 3:123-126, 1997.

76.    Clifford SL, Kaminetsky CP, Cirisano FD, Dodge R, Soper JT, **Clarke-Pearson DL**, Berchuck A: Racial disparity in overexpression of the p53 tumor suppressor gene in stage I endometrial cancer. Am J Obstet Gynecol 176:S229-32, 1997.

77.    Roberts JA, Jenison EL, **Clarke-Pearson DL**, Longleben A: A randomized, multicenter, double-blind, placebo-controlled, dose finding study of ORG 2766 in the prevention or delay of cisplatin-induced neuropathies in women with ovarian cancer. Gynecol Oncol 67:172-177, 1997

78.    Hoskins WJ, McGuire WP, Brady MF, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M. Combination paclitaxel (Taxol) - cisplatin vs cyclophosphamide -cisplatin as primary therapy in patients with suboptimally debulked advanced ovarian cancer. Supplement: Int J Gynecol Cancer 7:9-13, 1997.

79.    McGuire WP, Hoskins WJ, Brady MF, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M. Comparison of combination therapy with paclitaxel and cisplatin versus

cyclophosphamide and cisplatin in patients with suboptimal stage III and stage IV ovarian cancer: A Gynecologic Oncology Group Study. Semin Oncol 24 (1 Suppl 2):S2-13-S2-16, 1997.

80.    Omura GA, Blessing JA, Vaccarello L, Berman ML, **Clarke-Pearson DL**, Mutch D, Anderson B: Randomized trial of cisplatin versus cisplatin plus mitolactol (Dibromodulcitol) versus cisplatin plus ifosfamide in advanced squamous carcinoma of the cervix: A Gynecologic Oncology Group Study.   J Clin Oncol 15:165-171, 1997.

81.    Alberts DS, Liu PY, Hannigan EV, O'Toole R, Williams SD, Young JA, Franklin EW, **Clarke-Pearson DL**, Malviya VK, Dubeshter B, Hoskins WJ, Adelson MD, Alvarez RD, O'Sullivan J, Garcia DJ, Sparks DB, Quade J, Rothenberg ML: Phase III study of intraperitoneal Cisplatin-intravenous Cyclophosphamide versus intravenous Cisplatin-intravenous cyclophosphamide in patients with optimal disease stage III ovarian cancer: A SWOG-GOG-EGOG Intergroup Study. Int J Gynecol Cancer 6 (1):28-29, 1996.

82.    Rodrigeuz GC, Soper JT, Ho M, Dodge R, Berchuck A, **Clarke-Pearson DL**: A comparison of interrupted versus continuous Smead-Jones abdominal closure. J Gynecol Tech 2:19-23, 1996.

83.    McGuire WP, Hoskins WJ, Brady M, Kucera PR, Partridge EE, Look KY, **Clarke-Pearson DL**, Davidson M: A phase III randomized study of Cyclophosphamide and Cisplatin versus Paclitaxel and Cisplatin in patients with suboptimal stage III and IV epithelial ovarian cancer. N Engl J Med 334:1-6, 1996.

84.    Alberts DS, Liu PY, Hannigan EV, O=Toole R, William SD, Young JA, Franklin EW, **Clarke-Pearson DL**, Malviya VK, DuBeshter B, Adelson MD, Hoskins WJ: Intraperitoneal Cisplatin plus intravenous Cyclophosphamide versus intravenous Cisplatin plus intravenous Cyclophosphamide in stage III ovarian cancer. N Engl J Med 335:1950-55, 1996.

85.    Kohler MF, Carney P, Dodge R, Soper JT, **Clarke-Pearson DL**, Marks JR, Berchuck A: p53 overexpression in advanced-stage endometrial adenocarcinoma. Am J Obstet Gynecol 175:1246-52, 1996.

86.    Stehman FB, Bundy BN, Harrison B, **Clarke-Pearson DL**: Sites of failure and times to failure in carcinoma of the vulva treated conservatively: A Gynecologic Oncology Group study. Am J Obstet Gynecol 174 (4):1128-33, 1996.

87.    Look KY, Brunetto VL, **Clarke-Pearson DL**, Averette HE, Major FJ, Alvarez RD, Homesley HD, Zaino RJ: An analysis of cell type in patients with surgically staged stage IB carcinoma of the cervix: A Gynecologic Oncology Group Study. Gynecol Oncol 63(3):304-311, 1996.

88.    Olt G, Soper J, Ramakrishnan S, Xu F, Berchuck A, **Clarke-Pearson DL**, Dodge R, Bast RC Jr: Preoperative evaluation of macrophage colony stimulating factor levels (M-CSF) in patients with endometrial cancer.  Am J Obstet Gynecol 174:1316-19, 1996.

89.    Massad LS, Bitterman P, **Clarke-Pearson DL**: Case Report: Metastatic clear cell eccrine hidradenocarcinoma of the vulva: Survival after primary surgical resection. Gynecol Oncol 61:287-290, 1996.

90.    Cliby WA, **Clarke-Pearson DL**, Dodge R, Kohler ME, Rodriguez GC, Olt GJ, Soper JT, Berchuck A, Soisson AP: Acute morbidity and mortality associated with selective pelvic and para- aortic lymphadenectomy in the surgical staging of endometrial adenocarcinoma. J Gynecol Tech 1:19-25, 1995.

91.    Hurteau JA, Rodriguez GC, Kay HH, Bentley RC, **Clarke-Pearson DL**:Villoglandular adenocarcinoma of the cervix: A case report. Obstet Gynecol 85:906-908, 1995.

92.    Moore DH, Valea F, Walton LA, Soper JT, **Clarke-Pearson DL**, Fowler WC, Jr.: A phase I study

of intraperitoneal-alpha2b interferon and intravenous cisplatin plus cyclophosphamide chemotherapy in patients with untreated stage III epithelial ovarian cancer: A Gynecologic Oncology Group pilot study.  Gynecol Oncol 59:267-272, 1995.

93.    Hurteau JA, Rodriguez G, Berchuck A, Soper JT, Cliby W, Soisson AP, **Clarke-Pearson, DL**: Closed retroperitoneal suction drainage compared to no drainage in patients having undergone selective lymphadenectomy: Risks and benefits.  J Gynecol Tech (1) 4:195-199,1995.

94.    Weber TM, Sostman HD, Spritzer CE, Ballard RL, Meyer GA, **Clarke-Pearson DL**, Soper JT: Cervical carcinoma: Determination of recurrent tumor extent versus radiation changes with MR imaging.  Radiology 194:135-139, 1995

95.    Soper JT, Rodriguez G, Berchuck A, **Clarke-Pearson DL**: Long and short gracilis myocutaneous flaps for vulvovaginal reconstruction after radical pelvic surgery: Comparison of flap-specific complications.  Gynecol Oncol 56:271, 1995.

96.    LoCoco S, Covens A, Carney M, Franssen E, Dodge R, Rosen B, Osborne B, Kerr I, Buckman R, Soper J, Ridriguez G, DePetrillo A, **Clarke-Pearson DL**, Berchuck A: Does aggressive therapy improve survival in suboptimal stage IIIC/IV ovarian cancer? A Canadian-American comparative study.  Gynecol Oncol 59:194-9, 1995.

97.    Liu JR, Conaway M, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Berchuck A: Poor prognosis of black women with endometrial cancer is not due to delayed treatment. Obstet Gynecol 86:486-90, 1995.

98.    Evans AC, **Clarke-Pearson DL**, Rodriguez GC, Berchuck A, Hammond CB: Gestational Trophoblastic Disease metastatic to the central nervous system. Gyn Oncol 59:226-230, 1995.

99.    Hussein AM, Petros WP, Ross M, Vredenburgh JJ, Affronti ML, Jones RB, Shpall EJ, Rubin P, Elkordky M, Gilbert C, Gupton C, Egorin MJ, Soper J, Berchuck A, **Clarke-Pearson DL**, Berry DA, Peters WA: A phase I/II study of high-dose cyclophosphamide, cisplatin, and thiotepa followed by autologous bone marrow and granulocyte colony-stimulating factor-primed peripheral blood progenitor cells in patients with advanced malignancies. Cancer Chemotherapy and Pharmacology 37:561-568, 1995.

100.    Woolas RP, Conaway MR, Xu FJ, Jacobs IJ, Yu YJ, Daly L, Davies AP, O'Briant K, Berchuck A, Soper JT, **Clarke-Pearson DL**, Rodriguez G, Oram DH, Bast RC Jr: Combinations of multiple serum markers are superior to individual assays for discriminating malignant from benign pelvic masses.  Gynecol Oncol 59:111-6, 1995.

101.    Berchuck A, Anspach C, Evans AC, Soper JT, Rodriguez GC, Dodge R, Robboy S, **Clarke-Pearson DL**: Post-surgical surveillance of patients with FIGO stage I/II endometrial adenocarcinoma. Gyn Onc 59:20-24, 1995.

102.    Soper JT, Evans AC, Rodriguez G, Berchuck A, **Clarke-Pearson DL**, Hammond CB: Etoposide-platin combination therapy for chemorefractory gestational trophoblastic disease. Gynecol Oncol 56:421-424, 1995.

103.    Rodriguez GC, Hughes CL, Soper JT, Berchuck A, **Clarke-Pearson DL**, Hammond CB: Serum progesterone for the exclusion of early pregnancy in women at risk for recurrent gestational trophoblastic neoplasia.  Obstet Gynecol 84:794-7, 1994.

104.    Xu FJ, Yu YH, Daley L, Anselmino L, Hass GM, Berchuck A, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Hollis MS, Boyer C, Bast RC Jr.: OVX1 as a marker for early stage endometrial carcinoma.  Cancer 73(7):1855-1858, 1994.

105.    Soisson AP, Olt G, Soper JT, Berchuck A, Rodriguez GC, **Clarke-Pearson DL**: Prevention of

superficial wound separation with subcutaneous retention sutures. Gynecol Oncol 51:330-4, 1994.

106.    Lukes A, Kohler MF, Pieper CF, Kerns BJ, Bentley R, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Bast RC Jr., Berchuck A: Multivariate analysis of DNA ploidy, p53, and HER-2/neu as prognostic factors in endometrial cancer. Cancer 79:2380-85, 1994.

107.    Soper JT, **Clarke-Pearson DL**, Berchuck A, Rodriguez G, Hammond CB: 5-Day Methotrexate for Women with Metastatic Gestational Trophoblastic Disease. Gynecol Oncol 54:76-79, 1994.

108.    Ben-Haim S, Kahn D, Weiner GJ, Madsen MT, Waxman AD, Williams CM, **Clarke-Pearson DL**, Coleman ER, Maguire RT: The safety and pharmacokinetics in adult subjects of an intravenously administered 99mTc-labeled 17 amino acid peptide (CYT-379). Nucl Med Biol 21(2):131-142, 1994.

109.    Rodriguez GC, **Clarke-Pearson DL**, Soper JT, Berchuck A, Synan I, Dodge RK: The negative prognostic implications of thrombocytosis in women with Stage IB cervical cancer. Obstet Gynecol 83:445-448, 1994.

110.    Myers ER, **Clarke-Pearson DL**, Olt GJ, Soper JT, Berchuck A: Preoperative coagulation testing b.    on a gynecologic oncology service.  Obstet Gynecol 83:438-444, 1994.

111.    Berchuck A, Kohler MF, Hopkins MP, Humphrey PA, Robboy SJ, Rodriguez GC, Soper JT, **Clarke-Pearson DL**, Bast RC: Overexpression of p53 is not a feature of benign and early-stage borderline epithelial ovarian tumors. Gynecol Oncol 52:232-236, 1994.

112.    Soper JT, Evans AC, **Clarke-Pearson DL**, Berchuck A, Rodriguez G, Hammond CB: Alternating weekly chemotherapy with etoposide-methotrexate-dactinomycin/cyclophosphamide-vincristine for high-risk gestational trophoblastic disease. Obstet Gynecol 83(1):113-117, 1994.

113.    Woolas R, Xu FJ, Daly L, Soper JT, Berchuck A, Rodriguez G, **Clarke-Pearson DL**, Boyer CM, Bast RC Jr: Screening strategies for ovarian cancer. Diag Oncol 3:287-293, 1993.

114.    Woolas RP, Xu FJ, Jacobs IJ, Yu YH, Daly L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Oram DH, Bast RC Jr: Elevation of multiple serum markers in patients with Stage I ovarian cancer.  J Nat Can Inst 85:1748-1751, 1993.

115.    Kohler MF, Nishii H, Humphrey PA, Sasaki H, Boyd JA, Marks J, Bast RC, **Clarke-Pearson DL**, Berchuck A.: Mutation of the p53 tumor supressor gene is not a feature of endometrial hyperplasias. Am J Obstet Gynecol 169:690-4, 1993.

116.    Leopold KA, Oleson JR, **Clarke-Pearson DL**, Soper JT, Berchuck A, Samulski T, Page RL, Bliven J, Dewhirst M: Intraperitoneal cisplatin and regional hyperthermia for ovarian carcinoma. Int J Radiat Oncol Biol Phys 27:1245, 1993.

117.    Kohler MF, Marks JR, Wiseman RW, Jacobs IJ, Davidoff AM, **Clarke-Pearson DL**, Soper JT, Bast RC Jr, Berchuck A: Spectrum of mutation and frequency of allelic deletion of the p53 gene in ovarian cancer.  J Natl Cancer Inst 85:1513-1519, 1993.

118.    Xu FJ, Yu Y, Daley C, DeSombre K, Hass M, Anselmino L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Boyer C, Layfield LJ, Bast RC: The OVX1 radioimmunoassay complements CA125 for predicting the presence of residual ovarian carcinoma at second look surgical surveillance procedures.  J Clin Oncol, 11:1506-1510, 1993.

119.    **Clarke-Pearson DL**, Synan IS, Dodge R, Soper JT, Berchuck A, Coleman RE: A randomized trial of low-dose heparin and intermittent pneumatic calf compression for the prevention of deep venous thrombosis after gynecologic oncology surgery. Am J Obstet Gynecol 168:1146-54, 1993.

120. Asbury RF, Blessing JA, Look KY, **Clarke-Pearson DL**, Homesley HD: A Gynecologic Oncology Group phase II study of AMONAFIDE in epithelial ovarian cancer. Am J Clin Oncol 16(6):529-531, 1993.

121. Boente MP, Berchuck A, Whitaker RS, Kalen A, Xu FJ, **Clarke-Pearson DL**, Bell RM, Bast RC Jr.: Antibodies against immunochemically distinct epitopes on the extracellular domain of HER-2/neu c-cerbB-2 inhibit growth of breast and ovarian cancer cell lines. Int J Cancer 53:401-408, 1993.

122. Kohler MF, Berchuck A, Davidoff AM, Humphrey PA, Iglehart JD, Soper JT, **Clarke-Pearson DL**, Bast RC Jr., Marks JR: Overexpression and mutation of p53 in endometrial cancer. Cancer Res 52:1622-27, 1992.

123. Soisson AP, Soper JT, Berchuck A, **Clarke-Pearson DL**: Radical hysterectomy in obese women. Obstet Gynecol 80:940, 1992.

124. Boente MP, Berchuck A, Rodriguez GC, Davidoff A, Whitaker R, Xu FJ, Marks J, **Clarke-Pearson DL**, Bast RC Jr: The effect of interferon gamma on epidermal growth factor receptor expression in normal and malignant ovarian epithelial cells. Amer J Obstet Gynecol 167:1877-1882, 1992.

125. Soper JT, Johnson P, Johnson V, Berchuck A, **Clarke-Pearson DL**: Comprehensive restaging laparotomy in women with apparent early ovarian carcinoma. Obstet Gynecol 80(6):949-952, 1992.

126. Olt G, Berchuck A, Soisson AP, Boyer C, Bast RC, **Clarke-Pearson DL**: Fibronectin is an immunosuppressive substance associated with epithelial ovarian cancer. Cancer 70:2137-42, 1992.

127. Rodriguez GC, Soper JT, Berchuck A, Oleson J, Dodge R, Montana G, **Clarke-Pearson DL**: Improved palliation of cerebral metastases in epithelial ovarian cancer using a combined modality approach including radiation therapy, chemotherapy, and surgery. J Clin Oncol 10:1553-1560, 1992.

128. Soper JT, Berchuck A, Dodge R, **Clarke-Pearson DL**: Adjuvant therapy with intraperitoneal chromic phosphate (32P) in women with early ovarian carcinoma after comprehensive surgical staging. Obstet Gynecol 79:993-7, 1992.

129. Montana GS, Anscher MS, Mansbach CM, Daly N, Delannes M, **Clarke-Pearson DL**, Gaydica EF: Topical application of WR-2721 to prevent radiation proctosigmoiditis. A phase I/II trial. Cancer 69:2826-2830, 1992

130. Berchuck A, Boente MP, Soper JT, Kerns BJ, Kinney RJ, **Clarke-Pearson DL**, Bacus SS, Bast RC Jr: Ploidy analysis of epithelial ovarian cancers using image cytometry. Gynecol Oncol 44:61- 65, 1992.

131. Berchuck A, Rodriguez G, Olt GJ, Boente MP, Whitaker R, Arrick B, **Clarke-Pearson DL**, Bast RC Jr: Regulation of growth of normal ovarian epithelial cells and ovarian cancer cell lines by transforming growth factor-beta. Am J Obstet Gynecol 166(2):676-84, 1992.

132. O'Briant K, Chrysson N, Hunter V, Tyson F, Tanner M, Daly L, George SL, Berchuck A, Soper J, Fowler W, **Clarke-Pearson DL**, Bast RC: Ha-ras polymorphisms in epithelial ovarian cancer. Gynecol Oncol 45:299, 1992.

133. Slayton RE, Blessing JA, **Clarke-Pearson DL**: A phase II clinical trial of Diaziquone (AZQ) In the treatment of patients with recurrent mixed mesodermal sarcomas of the uterus. A Gynecologic Oncology Group Study. (Brief Report) Investigational New Drugs 9:93-94, 1991.

134. Massad LS, Hunter VJ, Szpak CA, **Clarke-Pearson DL**, Creasman WT: Epithelial ovariantumors

of low malignant potential. Obstet Gynecol 78(6):1027-1032, 1991.

135.   Livengood CH, Soper JT, **Clarke-Pearson DL**, Addison WA: Necrotizing fasciitis in irradiated tissues of diabetic patients. J Reprod Med 36:455-458, 1991.

136.   Stellar MA, Soper JT, Szpak CA, Lanman JT, **Clarke-Pearson DL**: The importance of determining karyotype in premenarchal females with gonadal dysgerminoma: Two case reports. Int J Gynecol Cancer 1:141, 1991.

137.   Berchuck A, Rodriguez GC, Kamel A, Dodge RK, Soper JT, **Clarke-Pearson DL**, Bast RC Jr: Epidermal growth factor receptor expression in normal ovarian epithelium and ovarian cancer. I. Correlation of receptor expression with prognostic factors in patients with ovarian cancer. Am J Obstet Gynecol 164:669-674, 1991.

138.   Berchuck A, Rodriguez GC, Kinney RB, Soper JT, **Clarke-Pearson DL**, Bast RC Jr: Overexpression of HER-2/neu in endometrial cancer is associated with advanced stage disease. Am J Obstet Gynecol 164:15-21, 1991.

139.   Soper JT, Berchuck A, **Clarke-Pearson DL**: Adjuvant intraperitoneal chromic phosphate therapy for women with apparent early ovarian carcinoma who have not undergone comprehensive surgical staging. Cancer 68:725-729, 1991.

140.   Soper JT, Couchman G, Berchuck A, **Clarke-Pearson DL**. The role of partial sigmoid colectomy for debulking epithelial ovarian carcinoma. Gynecol Oncol 41:239-44, 1991.

141.   Marks JR, Davidoff AM, Kerns BJ, Pence J, Dodge RK, Humphrey PA, **Clarke-Pearson DL**, Iglehart JD, Bast RC Jr, Berchuck A: Overexpression and mutation of p53 in epithelial ovarian cancer. Cancer Res 51:2979-84, 1991.

142.   Rodriguez GC, Berchuck A, Whitaker RS, Schlossman D, **Clarke-Pearson DL**, Bast RC Jr: Epidermal growth factor receptor expression in normal ovarian epithelium and ovarian cancer. II. Relationship between receptor expression and response to epidermal growth factor. Am J Obstet Gynecol 164:745-50, 1991.

143.   Kohler MF, Soper JT, Tucker JA, **Clarke-Pearson DL**: Isolated incisional metastases after intraperitoneal radioactive chromic phosphate therapy for ovarian carcinoma. Cancer 68:1380-83, 1991.

144.   Xu FJ, Ramakrishnan S, Daly L, Soper JT, Berchuck A, **Clarke-Pearson DL**, Bast RC Jr: Increased serum levels of macrophage colony stimulating factor in ovarian cancer. Am J Obstet Gynecol 165:1356-1362, 1991.

145.   Cliby W, Soisson AP, Berchuck A, **Clarke-Pearson DL**: Stage I small cell carcinoma of the vulva treated with vulvectomy, lymphadenectomy, and adjuvant chemotherapy. Cancer 67:2415- 2417, 1991.

146.   Berchuck A, Kamel A, Whitaker R, Kerns B, Olt G, Kinney R, Soper JT, Dodge R, **Clarke-Pearson DL**, Marks P, McKenzie S, Yin S, Bast RC Jr: Overexpression of HER-2/neu is associated with poor survival in advanced epithelial ovarian cancer. Cancer Res 50:4087-91, 1990.

147.   Shpall EJ, **Clarke-Pearson DL**, Soper JT, Berchuck A, Jones RB, Bast RC Jr., Ross M, Lidor Y, Vanacek K, Tyler T, Peters WP: High-dose alkylating agent chemotherapy with autologous bone marrow support in patients with stage III/IV epithelial ovarian cancer. Gynecol Oncol 38:386-391, 1990.

148.   Berchuck A, Rodriguez G, Kamel A, Soper JT, **Clarke-Pearson DLL**, Bast RC Jr: Expression of epidermal growth factor receptor and HER-2/neu in normal and neoplastic cervix, vulva, and

vagina.  Obstet Gynecol 76:381-387, 1990.

149.    Kohler MF, Berchuck A, Baker ME, Szpak CA, Soper JT, **Clarke-Pearson DL**: Computed tomography guided fine-needle aspiration of retroperitoneal lymph nodes in gynecologic oncology. Obstet Gynecol 76:612-616, 1990.

150.    Hunter VJ, Daly L, Helms M, Soper JT, Berchuck A, **Clarke-Pearson DL**, Bast RC Jr: The prognostic significance of CA-125 half-life in patients with ovarian cancer who have received primary chemotherapy after surgical cytoreduction. Am J Obstet Gynecol 163:1164-1167, 1990.

151.    Soper JT, Berchuck A, Olt GJ, Soisson AP, **Clarke-Pearson DL**, Bast JC Jr.: Preoperative evaluation of serum CA-125, TAG-72, and CA-15-3 in patients with endometrial carcinoma.  Am J Obstet Gynecol 163:1204-1209, 1990.

152.    Soisson AP, Geszler J, Soper JT, Berchuck A, **Clarke-Pearson DL**: A comparisonof
c.    symptomatology, physical examination, and vaginal cytology in detection of recurrent cervical carcinoma after radical hysterectomy.  Obstet Gynecol 76:106, 1990.

153.    Berchuck A, Olt GJ, Soisson AP, Kamel A, Soper JT, Boyer CM, **Clarke-Pearson DL**, Leslie DS, Bast RC Jr: Heterogeneity of antigen expression in advanced epithelial ovarian cancer. Am J Obstet Gynecol 162:883-888, 1990.

154.    **Clarke-Pearson DL**, DeLong E, Synan IS, Soper JT, Creasman WT, Coleman RE: A controlled trial of two low-dose heparin regimens for the prevention of postoperative deep vein thrombosis. Obstet Gynecol 75:684-689, 1990.

155.    Mutch DG, Soper JT, Babcock CJ, Christensen CW, **Clarke-Pearson DL**, Hammond CB: Recurrent gestational trophoblastic disease: Experience of the Southeastern Trophoblastic Disease Center.  Cancer 66:978, 1990.

156.    Olt GJ, Greenberg C, Synan IS, Coleman RE, **Clarke-Pearson DL**: Preoperative assessment of fragment D-Dimer as a predictor of postoperative venous thrombosis. Am J Obstet Gynecol 162:772-775, 1990.

157.    Soisson AP, Soper JT, **Clarke-Pearson DL**, Berchuck A, Montana GS, Creasman WT: Adjuvant radiotherapy following radical hysterectomy for patients with stage IB and IIA cervical cancer. Gynecol Oncol 37:390, 1990.

158.    Bentel GC, Oleson JR, **Clarke-Pearson DL**, Soper JT, Montana GS: Transperineal templates for brachytherapy treatment of pelvic malignancies: A comparison of standard and customized templates.  Biol Phys 19:751, 1990.

159.    Bentel GC, Oleson JR, **Clarke-Pearson DL**, Soper JT, Montana GS: Transperineal templates for brachytherapy treatment of pelvic malignancies: A comparison of standard and customized templates.  Biol Phys 19:751, 1990.

160.    King ME, DiGiovanni LM, Yong FF, **Clarke-Pearson DL**: Immature teratoma of the ovary, Grade 3, with karyotype analysis. Int J Gynecol Pathol 9:178-184, 1990.

161.    Fu SF, **Clarke-Pearson DL**: Complications of intraperitoneal port-a-cath for treatment of ovarian carcinoma.  Taiwan Med J 32:521-526, 1989.

162.    Soper JT, Larson D, Hunter VJ, Berchuck A, **Clarke-Pearson DL**. Short gracilis myocutaneous flaps for vulvovaginal reconstruction after radical pelvic surgery. Obstet Gynecol 74:823-827, 1989.

163.    Berchuck A, Soisson AP, Olt GJ, Soper JT, **Clarke-Pearson DL**, Bast RC Jr, McCarty KS Jr: Epidermal growth factor receptor expression in normal and malignant endometrium. Am J Obstet

Gynecol 161:1247-1252, 1989.

164.    Soisson AP, Berchuck A, Lessey BA, Soper JT, **Clarke-Pearson DL**, McCarty KS Jr, Bast RC Jr:
        Immunohistochemical expression of Tag-72 in normal and malignant endometrium: Correlation of
        antigen expression with estrogen receptor and progesterone receptor levels. Am J Obstet Gynecol
        161:1258-1263, 1989.

165.    Berchuck A, Soisson AP, Soper JT, **Clarke-Pearson DL**, Bast RC Jr, McCarty KS Jr: Reactivity of
        epidermal growth factor receptor monoclonal antibodies with human uterine tissues. Arch Pathol
        Lab Med 113:1155-1158, 1989.

166.    Soper JT, Berchuck A, Creasman WT, **Clarke-Pearson DL**: Pelvic exenteration:Factors associated
        with major surgical morbidity. Gynecol Oncol 35:93-98, 1989.

167.    Berchuck A, Soisson AP, **Clarke-Pearson DL**, Soper JT, Boyer CM, Kinney RT, McCarty KS,
        Bast RC: Immunohistochemical expression of CA 125 in endometrial adenocarcinoma: Correlation
        of antigen expression with metastatic potential. Cancer Res 49:2091-2095, 1989.

168.    **Clarke-Pearson DL**, DeLong ER, Chin N, Rice R, Creasman WT: Intestinal obstruction in patients
        with ovarian cancer: variables associated with surgical complications and survival. Arch Surg
        123:42-45, 1988.

169.    Soper JT, Blaszcyk TM, Oke TZ, **Clarke-Pearson DL**, Creasman WT: Percutaneous nephrostomy
        in gynecologic oncology patients.  Am J Obstet Gynecol 158:1126-1131,1988.

170.    DeLong ER, DeLong DM, **Clarke-Pearson DL**: Comparing the areas under two or more correlated
        receiver operating characteristic curves: A nonparametric approach. Biometrics 44:837- 845, 1988.

171.    Soper JT, Mutch DG, Chin N, **Clarke-Pearson DL**, Hammond CB: Renal metastases of gestational
        trophoblastic disease: A report of eight cases.  Obstet Gynecol 72:797-798,1988.

172.    **Clarke-Pearson DL**, Soper JT, Creasman WT: Absorbable synthetic mesh (910-polyglactin) for
        creation of a pelvic "lid" following pelvic exenteration. Am J Obstet Gynecol 158:158-160, 1988.

173.    Soper JT, **Clarke-Pearson DL**, Creasman WT: Absorbable synthetic mesh (910-polyglactin)
        intestinal sling to reduce radiation-induced small bowel injury in patients with pelvic malignancies.
        Gynecol Oncol 29:283-289, 1988.

174.    Soper JT, **Clarke-Pearson DL**, Hammond CB: Metastatic gestational trophoblasticdisease:
        Prognostic factors in previously untreated patients.  Obstet Gynecol 71:338-343,1988.

175.    **Clarke-Pearson DL**, DeLong ER, Chin N, Rice R, Creasman WT: Intestinal obstruction in patients
        with ovarian cancer: Variables associated with surgical complications and survival. Arch Surg
        123:42-45, 1988.

176.    Bandy LC, **Clarke-Pearson DL**, Soper JT, Mutch DG, MacMillan J, Creasman WT: Long-term
        effects on bladder function following radical hysterectomy with and without postoperative
        radiation.  Gynecol 26:160, 1987.

177.    Soper JT, Wilkinson RH, Bandy LC, **Clarke-Pearson DL**, Creasman WT: Intraperitoneal chromic
        phosphate P32 as salvage therapy for persistent carcinoma of the ovary after surgical restaging.  Am
        J Obstet Gynecol 156:1153, 1987.

178.    **Clarke-Pearson DL**, DeLong ER, Synan IS, Coleman RE, Creasman WT: Variables associated
        with postoperative deep venous thrombosis: A prospective study of 411 gynecology patients and
        creation of a prognostic model. Obstet Gynecol 69:146-150, 1987.

179.  **Clarke-Pearson DL**, Chin N, DeLong ER, Rice R, Creasman WT: Surgical management of intestinal obstruction in ovarian cancer: I. Clinical features, postoperative complication, and survival.  Gynecol Oncol 26:11-18, 1987.

180.  Creasman WT, Soper JT, **Clarke-Pearson DL**: Radical hysterectomy as therapy for early carcinoma of the cervix. Am J Obstet Gynecol 155:964-969, 1986.

181.  **Clarke-Pearson DL**, Bandy L, Dudzinski M, Heaston D, Creasman WT: Computed tomography in evaluation of patients with ovarian carcinoma in complete clinical remission: correlation with surgical pathologic findings.  JAMA 255:627-630, 1986.

182.  Mutch DG, Soper JT, Baker ME, Bandy L, Cox EB, **Clarke-Pearson DL**, Hammond CB: The role of computerized axial tomography of the chest in staging patients with nonmetastatic gestational trophoblastic disease. Obstet Gynecol 68:348-352, 1986.

183.  Creasman WT, Henderson D, **Clarke-Pearson DL**, Hinshaw WM: Estrogen replacement therapy in the patient treated for endometrial cancer. Obstet Gynecol 67:326-330, 1986.

184.  Puleo J, **Clarke-Pearson DL**, Smith E, Barnard D, CreasmanW: Superior vena cava syndrome associated with gynecologic malignancy. Gynec Onc 23:59-64, 1986.

185.  Creasman WT, Soper JT, McCarty KS Jr, McCarty KS Sr, Hinshaw WM, **Clarke-Pearson DL**: Influence of cytoplasmic steroid receptor content on prognosis of early stage endometrial carcinoma.  Am J Obstet Gynecol 151:7, 922-932, 1985.

186.  Soper JT, Creasman WT, **Clarke-Pearson DL**, Sullivan DC, Vergadoro F, Johnston WW: Intraperitoneal chromic phosphate P32 suspension therapy of malignant peritoneal cytology in endometrial carcinoma. Am J Obstet Gynecol 153:191-196, 1985.

187.  Creasman WT, Fetter BF, **Clarke-Pearson DL**, Kaufman L, Parker RT: Management of Stage IA carcinoma of the cervix. Am J Obstet Gynecol 153:164-171, 1985.

188.  Barter JF, Smith EB, Szpak CA, Hinshaw WM, **Clarke-Pearson DL**, Creasman WT: Leiomyosarcoma of the uterus: Clinicopathologic study of 21 cases. Gynecol Oncol 21:220-227, 1985.

189.  **Clarke-Pearson DL**, Coleman RE, Siegel R, Synan IS, Petry N: Indium 111 platelet imaging for the detection of deep venous thrombosis and pulmonary embolism in patients without symptoms after surgery.  Surg 98:98-103, 1985.

190.  Bandy L, **Clarke-Pearson DL**, Hammond CB: Pseudoobstruction of the coloncomplicating choriocarcinoma.  Gynecol Oncol 20:402-407, 1985.

191.  **Clarke-Pearson DL**, Creasman WT: A clinical evaluation of absorbable polydioxanone ligating clips in abdominal and pelvic operations. Surg Gynecol Obstet 161:250-252, 1985.

192.  Bandy L, **Clarke-Pearson DL**, Silverman PM, Creasman WT: Computed tomography in evaluation of extra pelvic lymphadenopathy in carcinoma of the cervix. Obstet Gynecol 65:73-76, 1985.

193.  Fortier KJ, **Clarke-Pearson DL**, Creasman WT, Johnston WW: Fine Needle Aspiration in Gynecology: Evaluation of extra pelvic lesions in patients with gynecologic malignancy. Obstet Gynecol 65:76-72, 1985.

194.  Zern RA, **Clarke-Pearson DL**: Pneumatosis intestinalis associated with enteral feeding by catheter jejunostomy.  Obstet Gynecol 65:81S-83, 1985.

195.  Soper JT, McCarty KS Jr, Creasman WT, **Clarke-Pearson DL**, McCarty KS Sr: Induction of

cytoplasmic progesterone receptor in human endometrial carcinoma transplanted into nude mice. Am J Obstet Gynecol 150:437, 1984.

196.    Smith EB, **Clarke-Pearson DL**, Creasman WT: A VP-16-213 and cisplatin containing regimen for treatment of refractory ovarian germ cell malignancies. Am J Obstet Gynecol 150:927-931, 1984.

197.    **Clarke-Pearson DL**, DeLong ER, Synan IS, Creasman WT: Complications of low-dose heparin prophylaxis in gynecologic oncology surgery.  Obstet Gynecol 64:689-694,1984.

198.    Bandy L, **Clarke-Pearson DL**, Hammond CB: Malignant potential of gestational trophoblastic disease at the extreme ages of reproductive life.  Obstet Gynecol 64:395-399,1984.

199.    Soper JT, McCarty KS Jr, Hinshaw WM, Creasman WT, McCarty KS Sr, **Clarke-Pearson DL**: Cytoplasmic estrogen and progesterone receptor content of uterine sarcomas. Am J Obstet Gynecol 150:342-348, 1984.

200.    **Clarke-Pearson DL**, Coleman RE, Petry N, Synan IS, Creasman WT: Postoperative pelvic vein thrombosis and pulmonary embolism detected by indium 111-labeled platelet imaging: A case report.  Am J Obstet Gynecol 149:796-798, 1984.

201.    Gore M, Miller KE, Soong S, **Clarke-Pearson DL**, Pizzo SV: Vascular plasminogen activator levels and thromboembolic disease in patients with gynecologic malignancies. Am J Obstet Gynecol 149:830-834, 1984.

202.    **Clarke-Pearson DL**, Synan IS, Coleman RE, Hinshaw WM, Creasman WT: The natural history of venous thromboemboli in gynecologic oncology: A prospective study of 382 patients. Am J Obstet Gynecol 148:1051, 1984.

203.    Creasman WT, Hinshaw WM, **Clarke-Pearson DL**: Cryosurgery in the management of cervical intraepithelial neoplasia. Obstet Gynecol 63:145-149, 1984.

204.    **Clarke-Pearson DL**, Synan IS, Hinshaw WM, Coleman RE, Creasman WT: Prevention of postoperative venous thromboembolism by external pneumatic calf compression in patients with gynecologic malignancy. Obstet Gynecol 63:92-98, 1984.

205.    **Clarke-Pearson DL**, Creasman WT, Coleman RE, Synan IS, Hinshaw WM: Perioperative external pneumatic calf compression as thromboembolism prophylaxis in gynecology: Report of a randomized controlled trial. Gynecol Oncol 18:226-232, 1984.

206.    Bandy L, **Clarke-Pearson DL**, Creasman WT: Vitamin B12 deficiency following therapy in gynecologic oncology.  Gynecol Oncol 17:370-374, 1984.

207.    **Clarke-Pearson DL**, Synan IS, Creasman WT: Anticoagulation therapy for venous thromboembolism in patients with gynecologic malignancy. Am J Obstet Gynecol 147:369-375, 1983.

208.    **Clarke-Pearson DL**, Coleman RE, Synan IS, Hinshaw W, Creasman WT: Venous thromboembolism prophylaxis in gynecologic oncology: A prospective, controlled trial of low-dose heparin.  Am J Obstet Gynecol 145:606-613, 1983.

209.    **Clarke-Pearson DL**, Jelovsek FR, Creasman WT: Thromboembolism complicating surgery for cervical and uterine malignancy: Incidence, risk factors and prophylaxis. Obstet Gynecol 61:87- 94, 1983.

210.    **Clarke-Pearson DL**, Coleman RE, Ralston M, Creasman WT: Indium-labeled platelet imaging of postoperative pelvic vein thrombi. Obstet Gynecol 62:109-116, 1983

211.  **Clarke-Pearson DL**, Synan IS, Creasman WT: Significant venous thromboembolism caused by pelvic lymphocysts: Diagnosis and management. Gynecol Oncol 13:136, 1982.

212.  Creasman WT, **Clarke-Pearson DL**, Weed JC, Jr: Results of outpatient therapyof cervical intraepithelial neoplasia. Gynecol Oncol 12:306-316, 1981.

213.  **Clarke-Pearson DL**, Creasman WT: Diagnosis of deep venous thrombosis in obstetrics and gynecology by impedance phlebography.  Obstet Gynecol 58:52, 1981.

214.  **Clarke-Pearson DL**, Jelovsek FR: Alterations of occlusive cuff impedance plethysmography results in the obstetric patient. Surg 89:594, 1981.

215.  **Clarke-Pearson DL**: Low-dose heparin in prevention of deep venous thrombosis. Am J Obstet Gynecol 138:471, 1980.

216.  Wheeler HB, **Pearson DL**, O'Connell D, Mullick SC: Impedance phlebography:Technique, interpretation, and results. Arch Surg 104:164, 1972.

217.  Wheeler HB, Mullick SC, Anderson JM, **Pearson DL**: Diagnosis of occult deep vein thrombosis by a noninvasive bedside technique. Surg 70:20, 1971.

**Other peer reviewed publications**

1.  Parker WH, Berek JS, Pritts EA, Olive D, Chalas E, **Clarke-Pearson DL**. Regarding "Incidence of Occult Uterine Malignancy Following Vaginal Hysterectomy with Morcellation".  J Minim Invasive Gynecol.  2018; 25: 187-188

2.  Parker W, Berek JS, Pritts E, Olive D Kaunitz AM, Chalas E, **Clarke-Pearson D,** et al.  An Open Letter to the Food and Drug Administration Regarding the Use of Morcellation Procedures in Women Having Surery for Presumed Uterine Myomas.  J Minim Invasive Gynecol. 2016; 23: 303-08.

3.  Parker WH, Kaunitz AM, Pritts EA, Olive DL, Chalas E, **Clarke-Pearson DL**, Berek JS. (for the Leiomyoma Morcellation Study Group). U.S. Food and Drug Administration's Guidance Regarding Morcellation of Leiomyoma: Well- Intentioned, but is it Harmful for Women? Obstet Gynecol. 2015.

4.  **Clarke-Pearson DL**, Barber EL. Venous thromboembolism in gynecologic surgery: Are we any closer to determining an optimal prophylaxis regimen? (Editorial) Gynecol Oncol. 2015; 138:495- 6

5.  Rossi E, **Clarke-Pearson DL**. Screening for Ovarian Cancer in Midlife Women. The Female Patient. 2011; 36: 37-40.

6.  **Clarke-Pearson DL**. Clinical practice. Screening for ovarian cancer. N Engl J Med. 2009; 361(2):170-7

7.  Alvarez A, **Clarke-Pearson DL**. Platinum-Resistant and Refractory Ovarian Cancer: Second-Line Treatment Options.  Am J Cancer 2003; 2: 1-13.

8.  Soper JT, Evans AC, Conaway MR, **Clarke-Pearson DL**, Berchuck A, Hammond CB:Evaluation of prognostic factors and staging in gestational trophoblastic tumor. Gest Tropho Tumor 84(6):969-973, 1994.

9.  Woolas R, Xu FJ, Jacobs IJ, Yu YH, Daly L, Berchuck A, Soper JT, **Clarke-Pearson DL**, Oram DH, Bast RC Jr: Screeing strategies for ovarian cancer. Diag Oncol 3:287-293, 1993.

10. Nicholaides AN, Areelus J, Belcaro G, Bergqvist D, Borris LC, Buller HR, Caprini JA, Christopoulos D, **Clarke-Pearson D**, et al: Prevention of venous thromboembolism: European consensus statement.  Int Angiology II:151-159, 1992.

11. **Clarke-Pearson DL**, Hume RF: Venous thromboembolic disease in Obstetrics and Gynecology: Prevention, diagnosis and treatment. Curr Probl Obstet Gynecol Fertil 12:38-63,1989.

12. **Clarke-Pearson DL**, Olt G: Thromboembolism in patients with gynecologic tumors: Risk factors, natural history and prophylaxis.  Oncol 3:39-44, 1989.

13. Beckmann CRB, **Clarke-Pearson DL**, Evenhouse R: A reusable plastic training model for teaching Papanicolaou smear technique. Am J Obstet Gynecol 157:259-260, 1987.

14. Creasman WT, **Clarke-Pearson DL**, Ashe CA, Weed JC Jr: The abnormal pap smear: What to do next.  Cancer 48:515, 1981.

**ACOG Committee Opinions published during tenure as ACOG Gynecologic Management Committee Chair:**

1. Performance enhancing anabolic steroid abuse in women. Committee Opinion No. 484. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;117:1016–18.

2. Understanding and using the U.S. Medical Eligibility Criteria for Contraceptive Use, 2010. Committee Opinion No. 505. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:754–60.

3. Expedited partner therapy in the management of gonorrhea and chlamydia by obstetrician–gynecologists. Committee Opinion No. 506. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:761–6.

4. Management of vulvar intraepithelial neoplasia. Committee Opinion No. 509. American College of Obstetricians and Gynecologists. ObstetGynecol 2011;118:1192–4.

5. Vaginal placement of synthetic mesh for pelvic organ prolapse. Committee Opinion No. 513. American College of Obstetricians and Gynecologists. Obstet Gynecol 2011;118:1459–64.

6. Compounded bioidentical menopausal hormone therapy. Committee Opinion No. 532. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:411–5.

7. Well-woman visit. Committee Opinion No. 534. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:421–4.

8. Reprocessed single-use devices. Committee Opinion No. 537. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012:120:974–6.

9. Risk of venous thromboembolism among users of drospirenone-containing oral contraceptive pills. Committee Opinion No. 540. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012;120:1239–42.

10. Over-the-counter access to oral contraceptives. Committee Opinion No. 544. American College of Obstetricians and Gynecologists. Obstet Gynecol 2012:120;1527-31.

11. Postmenopausal estrogen therapy: route of administration and risk of venous thromboembolism. Committee Opinion No. 556. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:887–90.

12.     Management of acute abnormal uterine bleeding in nonpregnant reproductive-aged women. Committee Opinion No. 557. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:891–6.

13.     Integrating immunizations into practice. Committee Opinion No. 558. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:897–903.

**Developed during tenure as Committee Chair:**

1.     Female age-related fertility decline. Committee Opinion No. 589. American College of Obstetricians and Gynecologists. Obstet Gynecol 2014;123:719–21.

2.     Hormone therapy and heart disease. Committee Opinion No. 565. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;121:1407–10.

3.     Professional liability and gynecology-only practice. Committee Opinion No. 567. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:186.

4.     Solutions for surgical preparation of the vagina. Committee Opinion No. 571. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:718–20.

5.     Understanding and using the U.S. Selected Practice Recommendations for Contraceptive Use, 2013. Committee Opinion No. 577. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:1132–3.

6.     Von Willebrand disease in women. Committee Opinion No. 580. American College of Obstetricians and Gynecologists. Obstet Gyne-col 2013;122:1368–73.

7.     Addressing health risks of noncoital sexual activity. Committee Opinion No. 582. American College of Obstetricians and Gynecologists. Obstet Gynecol 2013;122:1378–83.

**Editorials and Letters**

1.     **Clarke-Pearson DL**, Geller EJ. Complications of Hysterectomy. Obstet Gynecol 2013;  121:1-21.

2.     **Clarke-Pearson DL**. Thromboprophylaxis in Gynecologic Surgery: Why are we Stuck in 1975? Obstet Gynecol 2011; 118: 973.

3.     Martino M, Rajaram L, Maxwell GL, **Clarke-Pearson DL**. Combination Prophylaxis for Thromboembolism Prevention among Gynecologic Oncology Patients Perioperatively. (Letter) Gynecol Oncol 2008; 109: 426-27.

4.     **Clarke-Pearson DL**: Prevention of venous thrombosis following gynecologic Surgery. J Gynecol Tech 1(1):11-17, 1995.

5.     **Clarke-Pearson DL**: Crafting the operative note: techniques critical to success (editorial). J Gynecol Tech 1(3):119-120, 1995.

6.     **Clarke-Pearson, DL**: Reassessment of ovarian cancer: What are our goals? Gynecol Oncol 52:151-153, 1994.

7.     Soper JT, **Clarke-Pearson DL**, Berchuck A: The clinical significance of blood transfusion at the time of radical hysterectomy. (Letter). Obstet Gynecol 77:165, 1991.

8.    **Clarke-Pearson DL**: The importance of calf vein thrombosis. N Eng J Med 302:752, 1980.

**Published Abstracts**

1.    Barber EL, **Clarke-Pearson DL**. Risk of venous thromboembolism in minimally invasive versus open hysterectomy for endometrial cancer. SGO Annual Meeting 2016.

2.    Barber EL, Gehrig PA, **Clarke-Pearson DL**.  A risk assessment score for postoperativeVTE among patients undergoing minimally invasive surgery for gynecologic cancer. SGO Annual Meeting 2016.

3.    Barber EL, **Clarke-Pearson DL**. Validity of currently available venous thromboembolism risk scores among gynecologic oncology patients.

4.    Look K, Brunetto VL, **Clarke-Pearson DL**, Averette H, Major FJ, Alvarez RD, Homesley HD, Zaino R: An analysis of cell type in patients with surgically stages stage IB carcinoma of the cervix: A Gynecologic Oncology Group (GOG) Study. Abstract. Gynecol Oncol 60:117, 1996.

5.    Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson DL**, Anderson B: A randomized trial of Cisplatin versus Cisplatin + Mitolactol versus Cisplatin + Ifosfamide in advanced squamous carcinoma of the cervix by the Gynecologic Oncology Group (GOG). Abstract. Gynecol Oncol 60:120, 1996.

6.    Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson DL**, Anderson B: A randomized trial of Cisplatin versus Cisplatin + Mitolactol versus Cisplatin + Ifosfamide in advanced squamous carcinoma of the cervix by the Gynecologic Oncology Group (GOG). Abstract. ASCO, 1995.

7.    Alberts DS, Liu PY, Hannigan EV, O'Toole R, Williams SD, Vogel S, Franklin FW, **Clarke-Pearson** DL, Malviya VK, Dubeshter B, Hoskins W, Adelson M, Alvarez RD, O=Sullivan J, Garcia DJ, Sparks D, Rothenberg ML: Phase III study of intraperitoneal (IP) Cisplatin CDDP)/Intravenous (IV) Cyclophosphamide (CPA) vs. IV CDDP/IV CPA in patients (Pts) with optimal disease stage III ovarian cancer: A SWOG-GOG Intergroup Study. Abstract. ASCO, 1995.

8.    Stehman FB, Bundy BN, Ball H, **Clarke-Pearson DL**: Sites of failure and times to failure in carcinoma of the vulva treated conservatively: A Gynecologic Oncology Group Study. Abstract. AGOS 1995.

9.    Omura GA, Blessing J, Vaccarello L, Berman M, Mutch D, **Clarke-Pearson D**, Anderson B: A randomized trial of cisplatin versus cisplatin + mitolactol (CM) versus cisplatin + ifosfamide (CIFX) in advanced squamous carcinoma of the cervix (SCC) by the Gynecologic Oncology Group (GOG). Presented at the 1995 American Society of Clinical Oncology Annual Meeting.

10.   **Clarke-Pearson DL**, Berchuck A, Kohler M, Rodriguez GC: Retroperitoneal drains/morbidity of nodes.  Society of Gynecologic Oncologists, 1993.

11.   Hoskins WJ, McGuire WP, Brady MS, Copeland L, Homesley HD, **Clarke-Pearson DL**: Serum CA-125 for prediction of progression in advanced epithelial ovarian carcinoma (AOC). The Gynecologic Oncology Group (GOG). Proc ASOC (Abstract #707) 11:223, March 1992.

12.   McGuire WP, Hoskins WJ, Brady MF, Homesley HD, **Clarke-Pearson DL**: A Phase III trial of dose intensive (DI) cisplatin (CDDP) and Cytoxan (CTX) in advanced ovarian cancer (AOC). Proc ASCO, March 1992.

13.   Hoskins WJ, McGuire WP, Brady MS, Homesley HD, **Clarke-Pearson DL**: Serum CA-125 for prediction in advanced epithelial ovarian cancer (AOC). The Gynecologic Oncology Group (GOG).

Third Meeting of the International Gynecologic Cancer Society, September 22-26, 1991, Cairns, Australia.

14.    McGuire WP, Hoskins WJ, Brady MS, Homesley HD, **Clarke-Pearson DL**: A Phase II trial of dose intense (DI) versus standard dose (SD) Cisplatin (CDDP) and Cytoxan (CTX) in advanced ovarian cancer (AOC). The Gynecologic Oncology Group (GOG). Third Meeting of the International Gynecologic Cancer Society, September 22-26, 1991, Cairns, Australia.

15.    Shpall E, **Clarke-Pearson DL**, Soper JT, Berchuck A, Jones R, Bast R, Lider Y, Vanacek K, Tyler T, Peters W: High dose alkylating agent chemotherapy with autologous bone marrow support in patients with Stage III/IV epithelial ovarian cancer. Society of Gynecologic Oncologists, 1990.

16.    Soisson AP, Soper JT, Berchuck A, Creasman WT, **Clarke-Pearson DL**: The role of radiation therapy following radical hysterectomy for carcinoma of the cervix. Society of Gynecologic Oncologists, 1989.

17.    Berchuck A, Soisson AP, Soper JT, **Clarke-Pearson DL**, McCarty KS Jr, Bast RC Jr:Cellular expression of CA-125 and metastatic potential of endometrial adenocarcinoma. Society of Gynecologic Oncologists, 1989.

18.    Soisson AP, Berchuck A, Soper JT, **Clarke-Pearson DL**, Flowers J, Kinney R, McCarty KSJR, Bast RC Jr: TAG-72 expression in benign and malignant endometrium. American College of Obstetricians and Gynecologists, Armed Forces District Meeting, 1988.

19.    Christensen C, McCarty KS Jr, Flowers J, Soper JT, McCarty KS Sr, **Clarke-Pearson DL**: Progesterone receptor in ovarian carcinoma: Comparison of biochemical and immunohistochemical techniques. American College of Obstetricians and Gynecologists, Annual Clinical Meeting, 1988.

20.    Genkins SM, Sotsman HD, Spritzer CE, Herfkens RJ, Carroll BA, Kadir S, **Clarke-Pearson DL**, Coleman RE: Diagnosis of deep venous thrombosis: Comparison of venography with four noninvasive techniques. The Radiological Society of North America, 1988.

21.    Mutch DG, Soper JT, Babcock CJ, Christensen CW, **Clarke-Pearson DL**, Hammond CB: Recurrent gestational neoplasia: Experience of the Southeastern Trophoblastic Disease Center. Abstract, Gynecol Oncol 29:133, 1988.

22.    Christensen C, McCarty KS Jr, Flowers J, Soper JT, McCarty KS Sr, **Clarke-Pearson DL**: Analysis of estrogen receptor in ovarian carcinoma using biochemical and monoclonal antibody assays. Presented at American College of Obstetricians and Gynecologists District IV Meeting. Atlanta, Georgia, October 1987.

23.    **Clarke-Pearson DL**, Creasman WT: Prevention of postoperative deep venous thrombosis by two intense low-dose heparin regimens: A controlled trial. Abstract, Society of Pelvic Surgeons, 1986.

24.    **Clarke-Pearson DL**, DeLong ER, Synan IS, Coleman RE, Creasman WT: Variablesassociated with postoperative deep venous thrombosis. Abstract, Society of Gynecologic Investigation, p. 119, 1986.

25.    Siegel RS, Kessler CM, **Clarke-Pearson DL**, Barth S, Fortune W, Reba R, Coleman RE: Application of Indium-111-labeled donor platelets to detection of deep venous thrombosis. Clin Res 32:323A, 1984.

26.    Creasman WT, Henderson D, **Clarke-Pearson DL**: Use of estrogens after treatmentfor adenocarcinoma of the endometrium.  Gynecol Oncol 17:2, p. 255, 1984.

27.    Siegel RS, **Clarke-Pearson DL**, Barth S, Fortune W, Lewis RJ, Reba R, Coleman RE: Application of Indium-111-labeled donor platelets to detection of deep venous thrombosis and monitoring clot

resolution on streptokinase therapy.  Blood, Suppl 62:310,1983.

28.     Siegel RS, **Clarke-Pearson DL**, Coleman RE: Indium-111-labeled platelets in the detection of deep venous thrombosis and pulmonary embolism. Blood 50:223, 1982.

29.     Postoperative thromboembolism prophylaxis in gynecologic oncology: A prospective, controlled trial of low-dose heparin and external pneumatic calf compression. Gynecol Oncol, 1982.

**Un-refereed Publications**

1. **Clarke-Pearson DL**. Prevention and Management of Venous Thromboembolism (15 minute Video) for the Globathon to End Women's Cancer. September 2014.

2. **Clarke-Pearson DL**, Brincat C, Tang J. Prevention and Management of Venous Thromboembolism in Gynecologic Surgery. ACOG Update. Vol 37, No 2. August, 2011.

3. **Clarke-Pearson DL**. Preventing Venous Thromboembolism: Evidence-based Perioperative tactics.  OBG Management.  2006,  18: 56-66.

4. **Clarke-Pearson DL**: Prevention of venous thrombosis following gynecologic surgery in menopausal patients. Menopausal Medicine Vol 4 (4):6-9, 1996.

5. Rodriguez GC, **Clarke-Pearson DL**: What is the appropriate preoperative and prenatal screen for hemostatic disorders? Obstet Gynecol Forum, November 1991.

6. **Clarke-Pearson DL**, Hume RF: Venous thromboembolic disease in obstetrics and gynecology: Prevention, diagnosis and treatment. Curr Problems in Obstet Gynecol, 1989.

7. Hunter VJ, Christensen C, **Clarke-Pearson DL**: Evaluation and management of the abnormal Papanicolaou smear. North Carolina Family Physician, 1989.

8. **Clarke-Pearson DL**, Krumholz AB: When the pap smear is equivocal. Patient Care 23:43-47, 1989.

9. **Clarke-Pearson D**, DiSaia P, Mastroianni L, Richart R, Weingold AB: Advances in managing endometrial carcinoma.  Patient Care 22:102-116, 1988.

10. Creasman WT, Smith EB, **Clarke-Pearson DL**: Current concepts of gestational trophoblastic disease.  Female Patient, 1984.

11. Creasman WT, **Clarke-Pearson DL**: Abnormal cervical cytology: Spotting it, treating it. Contemporary Obstet Gynecol 21:53-76, 1983.

12. Hammond CB, **Clarke-Pearson DL**, Soper JT: Management of patients with gestational trophoblastic neoplasia: Experience of the Southeastern Regional Center. In: The Proceedings of the World Congress on Gestational Trophoblastic Neoplasia, Nigeria, 1982.

13. **Clarke-Pearson DL**: Application of impedance phlebography in obstetrics. Symposium on Noninvasive Diagnostic Techniques in Vascular Disease. San Diego, California, 1979.

14. **Clarke-Pearson DL**: The O.S.R. as an influence to health education. The Scalpel, Journal of Alpha Delta Alpha Medical Honor Society, 1975.

**Teaching Record**

2022    Society of Pelvic Surgeons Annual Meeting:  Panel Moderator-  "Where are the limits to cancer excision and reconstruction?"

2020    George Washington University Medical Oncology Board Review Course (Faculty)  "Cervix, vulva vagina cancer and gestational trophobalastic disease"  (by zoom)

2019    Presidential Speaker, South Atlantic Association of ObGyn Annual meeting, Sea Island Georgia

George Washington University Medical Oncology Board Review Course (Faculty) "Cervix, vulva vagina cancer and gestational trophobalastic disease"

2018    Visiting Professor,  University of West Virginia, Morganton, WVa
Antonio Palladino Lectureship

George Washington University Medical Oncology Board Review Course (Faculty)  "Cervix, vulva vagina cancer and gestational trophobalastic disease"

2016    Plenary Session, Society of Pelvic Surgeons, St Louis, Mo.  "Venous Thromboembolism:

Minimally Invasive Compared with Open Hysterectomy for Endometrial Cancer"
Key Note Speaker.  ACOG Armed Forces District Meeting, Orlando, FL

Visiting Professor and Research Day Judge, Cleveland Clinic Department of Obstetrics and Gynecology and Women's Research Institute, Cleveland, Ohio

Visiting Professor, Department of Obstetrics and Gynecology, Carilion Roanoke Memorial Hospital, Roanoke, Va.

George Washington University
Medical Oncology Board Review Course (Faculty)  "Cervix, vulva vagina cancer and gestational trophobalastic disease"

2015    Visiting Professor
University of Michigan

George Washington University
Medical Oncology Board Review Course (Faculty)

2014    Visiting Professor
Massachusetts General Hospital, ObGyn Department Grand Rounds Boston, MA
Invited speaker: ACOG District II Annual Meeting, New York City "Uterine Morcellation:  A Decision Analysis"

George Washington University Medical Oncology Board Review Course (Faculty) "Cervix, vulva vagina cancer and gestational trophobalastic disease"

2013    Visiting Professor and Resident Research Day Judge
Department of Obstetrics and Gynecology, University of Nebraska Omaha, NE
Visiting Professor, Emory University Department of Obstetrics and Gynecology Atlanta, GA

Key Note Speaker: Inaugural Ireland Ovarian Cancer Forum "Surgery for Ovarian Cancer"
Dublin, Ireland

Panel Moderator, American College of Surgeons Annual Clinical Congress "General Surgery in the Pregnant Patient"  Washington, DC

George Washington University
Medical Oncology Board Review Course (Faculty)

2012    Clifford Wheless Lectureship, Johns Hopkins University, Department of Obstetrics and Gynecology, Baltimore, MD

Panel Moderator, American College of Surgeons Annual Clinical Congress "Multidiciplinary approach

to Vaginal Fistula"  Chicago, IL

Resident Research Day Judge and Visiting Professor
Department of Obstetrics and Gynecology, Greenville Hospital System, Greenville, SC

Visiting Professor: University Teaching Hospital, Department of Obstetrics and Gynecology, Lusaka,
Zambia

       Cervical Cancer management
       Current Treatment of Vulvar Carcinoma

Visiting Professor: Center for Infectious Disease Research in Zambia (CIDRZ), Lusaka, Zambia

       Human Papilloma Vaccine for the Prevention of Cervical Cancer

Visiting Professor:  Inova Fairfax Hospital Women's Center,  Fairfax VA

Visiting Professor: Emory University School of Medicine, Department of Obstetrics and Gynecology.
Atlanta, GA

George Washington University
Medical Oncology Board Review Course (Faculty)

2011     Sloane Symposium:  Current Issues and Controversies in Obstetrics and Gynecology Columbia
University, College of Physicians and Surgeons, Department of Obstetrics and Gynecology
Vandewiele Lecturer: "Prevention of Venous Thromboembolism in Gynecologic Surgery"
Guest Lecturer and Judge: Resident Research Day, Columbia University "What to say in your
Operative Note"

University of Kentucky: Residents' Research Day Speaker
Virginia Commonwealth University School of Medicine.  Department of Obstetrics and Gynecology
Annual Ware-Dunn Symposium Keynote speaker

George Washington University
Medical Oncology Board Review Course (Faculty)

**2010**   New England Obstetrical and Gynecological Society, Sturbridge, MA
Invited Speaker

ACOG Annual Clinical Meeting, San Francisco, CA
Luncheon Seminar Leader

George Washington University Medical Oncology Review Course
Washington, DC
Invited Faculty

MD Anderson Cancer Center Medical Oncology Review Course
Houston, TX
Invited Faculty

The Society of Gynecologic Oncology of Canada
Royal College of Physicians and Surgeons of Canada
Annual Meeting
Invited Lecturer:   Thromboprophylaxis in Minimially Invasive Surgery

Visiting Professor
University of South Florida, Tampa, FL
**2009**   Resident Research Day

ACOG District IV Meeting, Asheville, NC
"Prevention of Venous Thromboembolism"
"Stump the Professors: Panel"

American College of Surgeons' Annual Meeting, Chicago, IL
"Complicated Hysterectomy"

Visiting Professor:  Hartford Hospital, Hartford CT

Visiting Professor:  University of Connecticut, Farmington, CT

Visiting Professor: Memorial Sloan Kettering Cancer Center

Southern Obstetric and Gynecologic Seminar, Asheville, NC
"Prevention of VTE following Gynecologic Surgery"
"The Operative Note: What to say?"

Woman's Hospital 7th Annual Founders Commerative Lectureship, Woman's Hospital,
Baton Rouge, LA

**2008**   Visiting Professor, Department of Obstetrics and Gynecology, Yale University

Course Director,  ACOG CME Course "Complex Pelvic Surgery", Phoenix, AZ

Invited Speaker: First Annual Gynecologic Cancer Symposium, Washington, DC April 18, 2008

Visiting Professor, University of Wisconsin Resident's Research Day, Ben M. Peckman Memorial Lecturer, Madison, WI

ACOG representative to Symposium on Surveillance for Venous Thrombosis, American Society of Hematology, Washington DC

**2007**    Visiting Professor, Department of Obstetrics and Gynecology, University of Miami

Faculty, University of Utah CME Course "Obstetrics and Gynecology: Update and Current Controversies"  Park City Utah

Visiting Professor, Department of Obstetrics and Gynecology St. Louis University, St. Louis MO

Invited Lecturer: Marvin Camel Memorial Lecture, Washington University, Department of Obstetrics and Gynecology, St Louis, MO

Presidential Panel Speaker: Society of Pelvic Surgeons Annual Meeting, Cleveland, OH "What Can We do to prevent Venous Thromboembolism?"

**2006**    Course Director: ACOG Annual Clinical Meeting: "Complex Gynecologic Surgery, Washington DC

Invited Speaker,  ACOG District IV Annual Meeting, Palm Beach, FL

**2005**    Course Director: ACOG Annual Clinical Meeting: "Complex Gynecologic Surgery, San Francisco

Course Director: ACOG Free-standing CME Course "Complex Gynecologic Surgery, Preventing Complications"  Dana Point, CA

**2004**    Society of Surgical Oncology: Symposium on Prevention of Venous Thromboembolism in the Surgical Oncology Patient

Postgraduate Course Faculty: ACOG Cancun, Mexico "Advanced Gynecologic Surgery"

American College of Obstetricians and Gynecologists, Annual Clinical Meeting, Philadelphia, PA
Faculty, 120 Course:  Special Topics for the Advanced Gynecologic Surgeon
Faculty, Luncheon Seminar: "Prevention of Postoperative Venous Thromboembolism"
Speaker:  "Late-breaking News in Gynecologic Oncology"

Visiting Professor, University of Kansas School of Medicine, Truman Medical Center

Faculty: ACOG Indiana Section Meeting, Indianapolis
"Surgery in the Obese Patient",  "Surgical Instruments"

**2003**    Faculty, The 3rd Annual Cancer Conference, Aultman Cancer Center, Canton Ohio "Prevention and Management of Perioperative Venous Thromboembolism in the Gynecologic Cancer Patient"

Visiting Professor, Department of Obstetrics and Gynecology, University of Massachusetts, Worcester, MA

**2002**  Visiting Professor
Bowman Gray School of Medicine

Residents' Day Research Judge
Winston Salem, NC

American College of Surgeons' Annual Clinical Congress
Panel Discussant: "Surgical Problems: Unexpected adenxal mass, tuboovarian abscess"
Video Presentation: "Intraoperative Radiation Therapy for the treatment of Recurrent
Cervical Carcinoma"
Discussant: Video Presentation "Laparoscopic Infrarenal paraarotic lymphadenectomy"

**2001**  ACOG Annual Meeting
Postgraduate Seminar
Gynecologic Surgery in the Elderly

George Washington University
Medical Oncology Board Review Course (Faculty)

**2000**  Keynote Speaker
Knoxville Obstetrical and Gynecological Society

ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

Visiting Professor
East Carolina University School of Medicine

Visiting Professor
Pennsylvania State University School of Medicine (Hershey)

George Washington University
Medical Oncology Board Review Course (Faculty)

**1999**  ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

George Washington University School of Medicine

Medical Oncology Board Review Course (Faculty)

Visiting Professor
University of Virginia Health Sciences Center

ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

**1998**  ACOG Annual Meeting (Course Director)
Postgraduate Course
Gynecologic Surgery for the Advanced Pelvic Surgeon

George Washington University School of Medicine
Medical Oncology Board Review Course (Faculty)

Visiting Professor
Temple University School of Medicine

Keynote Speaker
Maryland Obstetrical and Gynecological Society

Visiting Professor
University of Louisville
"Prevention of Postoperative Venous Thromboembolism"
"Management of Patients with Thrombophilias"

**1997**     Visiting Professor
University of Utah, Salt Lake City

ACOG Annual Meeting (Course Director)
Postgraduate Course
Advanced Surgery for the Gynecologist

Visiting Professor
Cleveland Clinic Foundation
Department of Obstetrics and Gynecology
Cleveland, Ohio

George Washington University School of Medicine
Medical Oncology Board Review Course (Faculty)

Keynote Speaker
Chicago Gynecological Society

Visiting Professor
University of Louisville School of Medicine

Visiting Professor
Washington University School of Medicine

Visiting Professor
Johns Hopkins University School of Medicine

ACOG Annual Clinical Meeting
Faculty, 120 Course: Special Topics for the Advanced Gynecologic Surgeon
Faculty, Seminar: "Gynecologic Surgery in the Elderly"
Faculty, Luncheon Seminar: "Prevention of Postoperative Venous Thromboembolism"

American College of Surgeons' Annual Clinical Congress
Panel Discussant: "Management of Gynecologic Problems Encountered by the General
Surgeon at the time of Surgery. "Surgical Management of Ovarian Cancer Discovered at the time
of Laparotomy"

**1996**     Visiting Professor
Dartmouth Medical School

Director ACOG Postgraduate Course
Annual Clinical Meeting

Special Problems for the Advanced Gynecologic Surgeon

Visiting Professor
University of Tennessee School of Medicine
Chattanooga, Tennessee

Visiting Professor
University of South Florida School of Medicine
Tampa, Florida

Visiting Professor
Washington University School of Medicine
St. Louis, Missouri

John L. McKelvey Lecturer
New Treatments for Ovarian Cancer
University of Minnesota
Minneapolis, Minnesota

Faculty - Taubman Ovarian Cancer Symposium
St. Joseph's Hospital
Tulsa, Oklahoma

ACOG Postgraduate Course (Course Director)
San Juan, Puerto Rico
Advanced Pelvic Surgery

**1994** ACOG Clinical Meeting CME Course
Orlando, FL
"Gynecologic Cancer"

Guest Speaker
Seattle Gynecological Society Assembly

**1993** Visiting Professor - Department of OB/GYN
University of Massachusetts
Worcester, Massachusetts

ACOG Clinical Meeting - CME Course
Washington, DC
"Gynecologic Surgery"

PostGraduate Course in Obstetrics and Gynecology
Kaiser-Permanente - Maui, Hawaii
"Screening for Ovarian Cancer"
"Management of CIN with LEEP"
"Difficult Vaginal Hysterectomy"
"Incisions and Wound Closures"

Duke/US Surgical Course
"Laparoscopic Assisted Difficult Hysterectomy"

Visiting Professor - Mt. Sinai Hospital
Baltimore, MD
"Prevention of Thromboembolism"
"Management of Ovarian Cancer"

**1992**   Visiting Professor - Department of OB/GYN
University of Massachusetts
Worcester, Massachusetts

**1991**   Visiting Professor
George Washington University School of Medicine

Course Director - ACOG Course (120 series)
Annual Clinical Meeting
New Orleans, Louisiana
"Gynecologic Oncology for the Practicing Gynecologist"

Course Director - ACOG Course
Vancouver, British Columbia, Canada
"Gynecologic Surgery"

Visiting Professor
Florida Hospital Cancer Center
Orlando, Florida

Paper Presentation
Poster Presentation
Society of Gynecologic Oncologists
Orlando, Florida

Visiting Professor
Ohio State University School of Medicine
Columbus, Ohio

Medical Oncology Board Review Course
George Washington University
Washington, DC
"Cervical, Vulvar and Vaginal Cancer"
"Gestational Trophoblastic Disease"

**1990**   Society of Gynecologic Oncologists
Breakfast Seminar
"Diagnosis and Prevention of Postoperative Venous Thrombosis"

Course Director - ACOG Course (120 Series)
Annual Clinical Meeting
San Francisco, California
"Update in Clinical Gynecologic Oncology"

Seminar, ACOG Clinical Meeting
"Prevention of Postoperative Venous Thrombosis"

**1989**   Tumor Conference, Moore Regional Hospital
Pinehurst, North Carolina

Course Director - ACOG Course (120 Series) Annual Clinical Meeting, Atlanta, Georgia
"Update in Clinical Gynecologic Oncology"

Seminar, ACOG Clinical Meeting
"Management of Early Ovarian Cancer"

Luncheon Conference, ACOG Annual Meeting
"Reproductive Outcome Following Cancer Treatment"

Medical Oncology Board Review Course, George Washington University, Washington, DC
"Cervical Cancer"

**1988**    Matt Weiss Symposium
St. Louis, Missouri

ACOG Annual Clinical Meeting
Poster Session Presentation
Review of Clinical Research Paper
Review of Surgical Film
Clinical Seminar Presentation

ACOG Course
Juneau, Alaska
"Gynecologic Surgery"

**1987**    Update in Obstetrics and Gynecology
Williamsburg, Virginia

North Carolina Obstetrical and Gynecological
Society Meeting, Southern Pines, North Carolina

Visiting Professor, University of Minnesota School of Medicine, Minneapolis, Minnesota

ACOG Annual Clinical Meeting
Clinical Paper Presentation
Clinical Seminar Presentation

Southern Obstetrics and Gynecology Seminar
Asheville, North Carolina

Satellite Teleconference
Chicago, Illinois
"Selected aspects of the care of the menopausal woman"

Chicago Medical Schools' Review Course
Chicago, Illinois
"Endometrial Carcinoma"

## Grants

| Active Grants: | | | | | |
|---|---|---|---|---|---|
| None at this time | | | | | |
| | | | | | |
| **Completed Grants:** | | | | | |
| | | | | | |
| | | | | | |

| Project Period | Agency | Title | Amount | Role | % of Effort |
|---|---|---|---|---|---|
| 9/27/05-3/10/10 | NIH/NICHD | Women's Reproductive Health Research (WRHR) Career Development Center at UNC - HDD050113-02 | $370,367 Annual Direct Costs | Principal Investigator | |
| 3/1/00-3/31/02 | Pharmacia Upjohn Pharmaceuticals | Randomized Comparison of Low Molecular Weight Heparin vs. Oral Anticoagulant Therapy for Long Term Anticoagulation in cancer patients – 98-Frag-069 | $ 73,000 | Principal Investigator | |
| 1/1/99-6/15/00 | Zeneca Pharmaceuticals, Inc | Phase II/III Trial of IV ZD9331 in patients with recurrent refractory ovarian cancer | $ 18,320 | Principal Investigator | |
| 6/1/98-6/1/00 | Pharmacia Upjohn Pharmaceuticals | Prospective Randomized Trial Comparing Pneumatic Compression stockings To Low Molecular Weight Heparin (dalteparin) in the prevention of postoperativevenous Thrombosis | $ 100,760 | Principal Investigator | |
| 06/01/95 - 05/31/2000 | National Cancer Institute | Hyperthermia and Perfusion Effects in Cancer Therapy | $10,930,969 | Investigator | 2% |
| 03/15/98-03/14/00 | Novartis Pharmaceuticals | PSC 833 with taxol and carboplatin vs. carboplatin alone in patients with stage III ovarian cancer | $ 102,240 | Principal Investigator | |
| 8/1/97-7/31/99 | NIH | Hyperthermia and Perfusion Effects in Cancer Therapy | $ 1,832,501 | Co-Investigator | |
| 5/28/97-12/31/98 | Smithkline Beecham Pharmaceuticals | Oral Topotecan Single Agent for 5 days in patients with ovarian cancer | $ 81, 600 | Principal Investigator | |
| 01/01/93-12/31/98 | National Cancer Institute | Comprehensive Cancer Center Core Support Grant | $ 4,442,597 | Program Director | 10% |
| 06/01/94 - | National Cancer | Autologous Bone | $641,613 | Investigator | 10% |

| | | | | | |
|---|---|---|---|---|---|
| 03/31/97 | Institute | Marrow Transplantation in Breast and Ovarian Cancer: Project IB | | | |
| 03/15/96-05/30/96 | Ethicon, Inc | An Open, Controlled, Rand, Multicenter, Evaluation of Dyed Monocryl (Poliglecaprone 25) Synthetic Absorbable Suture as Compared to Surgical Gut (Chromic) Absorbable Suture | $ 4,000 | Principal Investigator | |
| 1987-1996 | American Cancer Society | Clinical Oncology Fellowship | $ 20,000 (Direct) | Principal Investigator | 5% |
| 10/01/92-09/30/94 | Centocor, Inc. | CA125 Post-Market Evaluation | $ 8,750 | Principal Investigator | 5% |
| 12/15/93-09/21/94 | Smith-Kline Beecham Pharmaceutical | Phase III Topotecan versus Taxol in Women with Advanced Ovarian Carcinoma | $ 37,500 | Principal Investigator | 5% |
| 12/15/93-08/14/94 | Smith-Kline Beecham Pharmaceutical | II Topotecan, Given as Five Daily Doses Every 21 Days in Ovarian Cancer | $ 37,500 | Principal Investigator | 10% |
| 07/01/89 -03/31/94 | Gynecologic Oncology Group | Gynecologic Oncology Group, Duke University Medical Center | $ Contingent on number of patients | Co-Principal Investigator | 30% |
| 01/01/91 –09/01/93 | Organon, Inc. | ORG 2766 as a Neuroprotector from Cisplatin Chemotherapy for Ovarian Cancer | $97, 575 | Principal Investigator | 10% |
| 02/01/91 -01/31/92 | Organon, Inc. | Decapeptyl Treatment of Advanced Ovarian Cancer (Phase II Trial) | $100,098 | Principal Investigator | 10% |
| 11/01/90-10/31/91 | Cytogen, Inc. | 111In-CYT-103 Oncoprobe Evaluation of Ovarian Cancer | $ 124,000 | Principal Investigator | 10% |
| 07/01/86-06/30/91 | National Institutes of Health | Avoidable Mortality from Cancers in Black Populations | $ 4,647,291 | Co-Investigator | 10% |
| 06/01/87 -05/31/89 | Public Health Service | Improved Instrumentation for the Diagnosis of Venous Thrombosis | $162,804 (Direct) | Co-Principal Investigator | 10% |
| 05/01/88 - | National Cancer | Gynecologic | $97,073 | Co-Principal | 10% |

| 04/30/89 | Institute | Oncology Group, Duke University Medical Center | (Direct) | Investigator | |
|----------|-----------|------------------------------------------------|----------|--------------|--|
| 01/01/88 - 12/30/88 | Centocor, Inc. | Evaluation of the Safety and Preliminary Diagnostic Accuracy of IV Administered Indium-111-labeled OC-125 Monoclonal Antibody in Patients with Carcinoma of the Ovary | $ 20,000 (Direct) | Co-Principal Investigator | 5% |
| 01/01/88 - 12/30/88 | Centocor, Inc. | Evaluation of the Safety and Preliminary Diagnostic Accuracy of IV Administered Indium-111-labeled OV-TL3 Monoclonal Antibody in Patients with Carcinoma of the Ovary | $ 40,000 (Direct) | Co-Principal Investigator | 5% |
| 05/01/85- 04/30/87 | National Cancer Insitute | Illinois Cancer Council - Gynecologic Oncology Group | $ 21,000 (Direct) | Co-Principal Investigator | 10% |
| 07/01/81- 06/30/84 | American Cancer Society | Junior Faculty Clinical Fellowship | $ 35,000 | Principal Investigator | 30% |
| 01/01/83- 12/31/83 | Trent Foundation | In-vitro chemotherapy sensitivity testing of ovarian carcinoma | $ 1,000 | Principal Investigator | 5% |

## **PROFESSIONAL SERVICE**

**To discipline:**

### A. **National/International**

**2023**          President Elect, Society of Pelvic Surgeons

2021- 2022          Chair, NRG Oncology Data Monitoring Committee  (Gynecologic  Oncology Group)

2019-2023          Vice President,  Society of Pelvic Surgeons
                   Editorial board member:  Journal of Gynecologic Surgery

2018-2020          Chair,  Council of University Chairs of Obstetrics and Gynecology

**2014**       Chair, External Site Visit Committee, Department of Obstetrics and Gynecology, Penn State
2014      University College of Medicine, Department of Obstetrics and Gynecology Member,
2014      CUCOG Executive Board

**2011**       Member, American College of Surgeons Advisory Committee (ObGyn)
2011      Member, CUCOG Executive Committee
2011      Chair, ACOG Committee on Gynecologic Practice
2011      Chair, SGO Nominating Committee

**2010-2013**   Immediate Past President, SGO
2010-2013   Member, ACOG Executive Board (Representing the Society of Gynecologic Oncology)
2011-2013   Chair, Committee on Gynecologic Practice, ACOG
2007 -2010   Member, Education/Research Committee, Society of Pelvic Surgeons
1988- 2005   Board Examiner: Obstetrics and Gynecology , ABOG
2010-2011   Vice-Chair, Committee on Gynecologic Practice, ACOG
2010      President, Society of Gynecologic Oncologists
2009-2010   Editorial Board, Precis, Gynecology, ACOG
          Program Chair, Society of Pelvic Surgeons

**2008**
2008-2010   Committee on Gynecologic Practice, ACOG
2008      President Elect II, Society of Gynecologic Oncologists
2008      Chair, Membership Committee. Society of Pelvic Surgeons
2007-2008   Vice President, Society of Gynecologic Oncologists

**2007**
2007      Editorial Board:  Precis, Oncology, ACOG
2007      SGO Executive Council, Society of Gynecologic Oncologists
2007      Chair, Task Force to select Editor and Chief, *Gynecologic Oncology,* Society of
          Gynecologic Oncologists
2007      Co-Chair, Strategic Planning Committee, Society of Gynecologic Oncologists
2007      Member, By-laws Committee, Society of Gynecologic Oncologists

**2005**
2005      NC Breast and Cervical Cancer Control Program's (BCCCP) Medical Advisory
          Committee, North Carolina Department of Environment, Health, and Natural Resources
2005-2019   Member, Clinical Cancer Committee, Moses Cone Health System
2005-2019   Director, Gynecologic Oncology Program, Moses Cone Health System
2005-2019   Member, Cancer Center Executive Committee, Moses Cone Health System
1998-2005   Member, Executive Committee Cancer Center Clinical Service Unit, Duke University
1998-2005   Co-Medical Director, Surgical Oncology Clinic, Duke University
1992-2005   Member, Operating Room Committee, Duke University
1991-2005   Principal Investigator, Duke University, Gynecologic Oncology Group
1987-2005   Director of Gynecologic Oncology Fellowship Program (Duke Univ), ABOG
1987-2005   Director, Gynecologic Oncology Program, Duke Comprehensive Cancer Center, Duke
          University
1987-2005   Member, Steering Committee Strategic Planning Task Force, Duke Comprehensive
          Cancer Center, Duke University
1987-2005   Member, Executive Committee, Duke Comprehensive Cancer Center, Duke University

**2003**
2003      Nominating Committee, Society of Gynecologic Oncologists
2003      President and Program Chairman,  Mid Atlantic Gynecologic Oncology Society

**2002**
| | |
|---|---|
| 2002 | President-Elect, Mid Atlantic Gynecologic Oncology Society |
| 2002 | Member, Membership Committee, Society of Pelvic Surgeons |
| 2002 | Member, Oncology Strategic Planning Council, Duke University |

**2001**
| | |
|---|---|
| 2001 | Editorial Board:  Precis, Oncology, ACOG |
| 2001 | Board Examiner: Gynecologic Oncology, ABOG |

**2000**
| | |
|---|---|
| 2000 | Member, Nominating Committee (AGOS Foundation) |
| 2000 | Program Chairman (Annual Meeting), Mid Atlantic Gynecologic Oncology Society |
| 1994-2000 | Member, Education Committee, Society of Gynecologic Oncologists |

**1999**
| | |
|---|---|
| 1996-1999 | Member, Fellowship Committee, AGOS |

**1998**
| | |
|---|---|
| 1994-1998 | Council Member, Society of Gynecologic Oncologists |
| 1990-1998 | Ovarian Cancer Committee, Gynecologic Oncology Group |

**1997**
| | |
|---|---|
| 1993-1997 | Editorial Board Member, Duke Cancer Report, Duke University |
| 1993-1997 | Committee on Gynecologic Practice, ACOG |
| 1993-1997 | Chairman, Committee on Gynecologic Oncology Practice, ACOG |
| 1993-1997 | ACOG Liaison Representative to the Society of Gynecologic Oncologists |
| 1994-1997 | Member, Committee on Clinical Practice, Society of Gynecologic Oncologists |

**1995**
| | |
|---|---|
| 1994-1995 | Chairman, 1995 Program Committee, Society of Gynecologic Oncologists |

**1994**
| | |
|---|---|
| 1993-1994 | Ad hoc Council Member, Society of Gynecologic Oncologists |
| 1993-1994 | Ad hoc Committee on Clinical Practice Policy Development Society of Gynecologic Oncologists |
| 1994 | Society of Pelvic Surgeons |

**1993**
| | |
|---|---|
| 1991-1993 | Chairman, Gynecology Committee, North Carolina OB/GYN Society |
| 1991-1993 | Member, Professional Activities Committee, North Carolina OB/GYN Society |
| 1993 | Medical Director, Duke North Hospital, 5900 Unit, Duke University |
| 1993 | Fellow, American Gynecological and Obstetrical Society |
| 1993 | Member, Ad hoc Committee to Define Criteria for Tenure in Clinical Medicine , Duke University |
| 1993 | Department of Surgery Chairman Search Committee, Duke University |

**1992**
| | |
|---|---|
| 1990-1992 | Member, Task Force on Cervical Cancer, Chairman, Subcommittee on Impact of Appropriate Follow-up Care, North Carolina Department of Environment, Health, and Natural Resources |

**1991**
| | |
|---|---|
| 1987-1991 | Co-Principal Investigator, Duke University Grant, Gynecologic Oncology Group |
| 1987-1991 | Committee on Technical Bulletins, ACOG |
| 1991 | Board Examiner: Gynecologic Oncology, ABOG |
| 1991 | Member, Director of Surgical Pathology Search Committee, Duke University |

**1990**
  1990 Member, Department of Pathology Chairman Search Committee, Duke University
 1982-1990 Gynecologic Management Committee, Gynecologic Oncology Group

**1989**
  1989 Fellow, American College of Surgeons

**1988**
  1988 Mid-Atlantic Gynecologic Oncology Society
  1988 Southern Obstetrical and Gynecological Seminar
  1988 International Gynecologic Cancer Society
  1988 Mid-Atlantic Gynecologic Oncology Society
  1988 Southern Obstetrical and Gynecological Seminar

**1987**
 1985-1987 Chicago Medical Society
 1985-1987 Illinois Cancer Council
 1985-1987 Illinois State Medical Society
 1985-1987 Chicago Association of Gynecologic Oncologists
  1987 North Carolina Medical Society
  1987 North Carolina Obstetrical and Gynecological Society
  1987 American Society of Clinical Oncologists

**1986**
  1986 Chicago Gynecological Society

**1985**
 1982-1985 Co-Principal Investigator, Duke University Grant, Gynecologic Oncology Group
  1985 Central Association of Obstetricians and Gynecologists
  1985 Central Association of Obstetricians and Gynecologists
  1985 American Medical Association

**1982**
  1982 Gynecologic Oncology Group
  1982 Society of Gynecologic Oncologists
  1982 Fellow, American College of Obstetricians and Gynecologists

**1979**
  1979 Piedmont Obstetrical and Gynecological Society
  1979 Bayard Carter Society of Obstetricians and Gynecologists
  1979 Junior Fellow Section Chairman, ACOG

**1978**
  1978 Junior Fellow Section Co-Chairman, ACOG

**1977**
  1977 Junior Fellow Section Program Chairman, ACOG


**B. Within UNC-Chapel Hill**

2018-2021  Member, School of Medicine Promotions and Tenure Committee
2013-2019 Member, UNC Hospitals Committee of Perioperative Leaders
2011-2019 Member, Physicians and Associates Executive Committee
      Member, P&A Finance and Compensation Committee
      Member, P&A Committee on Payer Relations

2009-   Member, Strategic Planning Committee: Hillsboro Hospital

2009-2019  Member, Strategic Planning Committee UNC HCS

2008-2019  Member, Dean's Advisory Committee on Part-Time Tenure Track Positions 2008-present  Member Geographic Strategic Planning Committee

2008- 2019 Member UNC Strategic Planning Committee: Outpatient Surgery 2008-present  Member UNC Strategic Planning Committee: Oncology

2007-2019  Member, Sheps Center Advisory Board

2007-2019  Member, Center for Women's Health Research Advisory Board

2007-2009 Team Leader (Attending Physicians' Experience) UNC Hospital Commitment to Caring 2006-present  Medical Director, NC Women's Hospital Ambulatory Services

2005-2019 Dean's Advisory Committee

2005-2019  UNC Hospital Executive Committee

2005-2019 Physician and Chief, North Carolina Women's Hospital

2005-2019  Member, Physician and Associates Board/Faculty Physicians

2005-present  Member, UNC Lineberger Cancer Center

2006, 2007 Chair, Data Safety Monitoring Board: An International Multi-Center Phase III Study of Chemoradiotherapy versus chemoratiotherapy plusvhyperthermia for locally advanced cervical

### **Editorial Board Member**

| | |
|---|---|
| 1994-2004 | Postgraduate Obstetrics and Gynecology |
| 2003 | Précis, Oncology, Second Edition |
| 1995-2001 | Associate Editor, Journal of Gynecologic Techniques |
| 1994-2000 | Gynecologic Oncology |
| 2012-2015 | Obstetrics and Gynecology |
| 2020-present | Journal of Gynecologic Surgery |

### **Journal Reviewer**

Obstetrics and Gynecology

New England Journal of Medicine

American Journal of Obstetrics and Gynecology Journal of the American Medical Association (JAMA)

Annals of Internal Medicine

Pharmacotherapy

Fertility and Sterility

Gynecologic Oncology Cancer

International Journal of Gynecology and Obstetrics Journal of Pelvic Surgery

Journal of Gynecologic Surgery

# Exhibit B

Daniel Clarke-Pearson, M.D.
Materials Considered

1. "A Survey of the Long-Term Effects of Talc and Kaolin Pleurodesis." *British Journal of Diseases of the Chest* 73 (1979): 285–88.
2. Acencio, Milena M. P., Evaldo Marchi, Lisete R. Teixeira, Bruna Rocha Silva, Juliana Sanchez Silva, Carlos Sergio Rocha Silva, Vanessa Adelia Alvarenga, Leila Antonangelo, Francisco Suso Vargas, and Vera Luiza Capelozzi. "Talc Particles and Pleural Mesothelium Interface Modulate Apoptosis and Inflammation." *Pathology* 46, no. S2 (2014): S76.
3. Acheson, E D, M J Gardner, E C Pippard, and L P Grime. "Mortality of Two Groups of Women Who Manufactured Gas Masks from Chrysotile and Crocidolite Asbestos: A 40-Year Follow-Up." *British Journal of Industrial Medicine* 39, no. 4 (November 1982): 344–48.
4. ACOG. "Talc Use and Ovarian Cancer." Statements, September 11, 2017.
5. Akhtar, Mohd Javed, Maqusood Ahamed, M.A. Majeed Khan, Salman A. Alrokayan, Iqbal Ahmad, and Sudhir Kumar. "Cytotoxicity and Apoptosis Induction by Nanoscale Talc Particles from Two Different Geographical Regions in Human Lung Epithelial Cells." *Environmental Toxicology* 29 (2014): 394–406. https://doi.org/10.1002/tox.21766.
6. Akhtar, Mohd Javed, Sudhir Kumar, Ramesh Chandra Murthy, Mohd Ashquin, Mohd Imran Khan, Govil Patil, and Iqbal Ahmad. "The Primary Role of Iron-Mediated Lipid Peroxidation in the Differential Cytotoxicity Caused by Two Varieties of Talc Nanoparticles on A549 Cells and Lipid Peroxidation Inhibitory Effect Exerted by Ascorbic Acid." *Toxicology in Vitro: An International Journal Published in Association with BIBRA* 24, no. 4 (June 2010): 1139–47.
7. American Cancer Society. "Talcum Powder and Cancer." American Cancer Society, November 13, 2017.
8. Antoniou, A., et al. "Average Risks of Breast and Ovarian Cancer Associated with BRCA1 or BRCA2 Mutations Detected in Case Series Unselected for Family History: A Combined Analysis of 22 Studies." *American Journal of Human Genetics* 72, no. 5 (May 2003): 1117–30.
9. Amrhein, V., et al., "Retire statistical significance." *Nature*. 567 (2019): 305-307.
10. Arellano-Orden, Elena, Auxiliadora Romero-Falcon, Jose Martin Juan, Manuel Ocana Jurado, Francisco Rodriguez-Panadero, and Ana Montes-Worboys. "Small Particle-Size Talc Is Associated with Poor Outcome and Increased Inflammation in Thoracoscopic Pleurodesis." *Respiration* 86 (2013): 201–9. https://doi.org/10.1159/000342042.
11. "ATSDR - Toxicological Profile: Asbestos." Accessed August 16, 2018.
12. "ATSDR - Toxicological Profile: Silica." Accessed August 16, 2018.
13. Baldwin, Lauren A., Bin Huang, Rachel W. Miller, Thomas Tucker, Scott T. Goodrich, Iwona Podzielinski, Christopher P. DeSimone, Fred R. Ueland, John R. van Nagell, and Leigh G. Seamon. "Ten-Year Relative Survival for Epithelial Ovarian Cancer:" Obstetrics & Gynecology 120, no. 3 (September 2012): 612–18.
14. Balkwill, Fran, and Alberto Mantovani. "Inflammation and Cancer: Back to Virchow?" The Lancet 357, no. 9255 (February 2001): 539–45. https://doi.org/10.1016/S0140-6736(00)04046-0.
15. Barnhart, K., et al. "Baseline Dimensions of the Human Vagina." Human Reproduction Vol. 21, no. 6 (2006): 1618-22.
16. Bartrip, P. W. J. "History of Asbestos Related Disease." *Postgraduate Medical Journal* 80, no. 940 (February 1, 2004): 72–76. https://doi.org/10.1136/pmj.2003.012526.
17. Beck, B. D., H. A. Feldman, J. D. Brain, T. J. Smith, M. Hallock, and B. Gerson. "The

Daniel Clarke-Pearson, M.D.
Materials Considered

Pulmonary Toxicity of Talc and Granite Dust as Estimated from an in Vivo Hamster Bioassay." *Toxicology and Applied Pharmacology* 87, no. 2 (February 1987): 222–34.

18. Begg, Melissa D., and Dana March. "Cause and Association: Missing the Forest for the Trees." *American Journal of Public Health* 108, no. 5 (May 2018): 620.

19. Belotte, Jimmy, Nicole M. Fletcher, Awoniyi O. Awonuga, Mitchell Alexis, Husam M. Abu-Soud, Ghassan M. Saed, Michael P. Diamond, and Mohammed G. Saed. "The Role of Oxidative Stress in the Development of Cisplatin Resistance in Epithelial Ovarian Cancer." *Reproductive Sciences* 21, no. 4 (2014): 503–8. https://doi.org/10.1177/1933719113503403.

20. Belotte, Jimmy, Nicole M. Fletcher, Mohammed G. Saed, Mohammed S. Abusamaan, Gregory Dyson, Michael P. Diamond, and Ghassan M. Saed. "A Single Nucleotide Polymorphism in Catalase Is Strongly Associated with Ovarian Cancer Survival." *PloS One* 10, no. 8 (2015).

21. Berge, Wera, Kenneth Mundt, Hung Luu, and Paolo Boffetta. "Genital Use of Talc and Risk of Ovarian Cancer: A Meta-Analysis." *European Journal of Cancer Prevention*, January 2017, 1.

22. Berry, G., M. L. Newhouse, and J. C. Wagner. "Mortality from All Cancers of Asbestos Factory Workers in East London 1933-80." *Occupational and Environmental Medicine* 57, no. 11 (November 2000): 782–85.

23. Bertolotti, Marinella, Daniela Ferrante, Dario Mirabelli, Mario Botta, Marinella Nonnato, Annalisa Todesco, Benedetto Terracini, and Corrado Magnani. "[Mortality in the cohort of the asbestos cement workers in the Eternit plant in Casale Monferrato (Italy)]." *Epidemiologia E Prevenzione* 32, no. 4–5 (October 2008): 218–28.

24. Blank, M M, N Wentzensen, M A Murphy, A Hollenbeck, and Y Park. "Dietary Fat Intake and Risk of Ovarian Cancer in the NIH-AARP Diet and Health Study." *British Journal of Cancer* 106, no. 3 (January 31, 2012): 596–602.

25. Blount, A M. "Amphibole Content of Cosmetic and Pharmaceutical Talcs." *Environmental Health Perspectives* 94 (August 1991): 225–30.

26. Bluemel, G., F. Piza, and Zischka-Konorsa W. "[Experimental animal research on the tissue reaction to starch and talc powder after their intraperitoneal use.]." *Wiener klinische Wochenschrift* 74 (January 1962): 12–13.

27. Blumenkrantz, M. J., N. Gallagher, R. A. Bashore, and H. Tenckhoff. "Retrograde Menstruation in Women Undergoing Chronic Peritoneal Dialysis." *Obstetrics and Gynecology* 57, no. 5 (May 1981): 667–70.

28. Boorman, G. A., and J. C. Seely. "The Lack of an Ovarian Effect of Lifetime Talc Exposure in F344/N Rats and B6C3F1 Mice." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 242–43. https://doi.org/10.1006/rtph.1995.1035.

29. Booth, M., V. Beral, and P. Smith. "Risk Factors for Ovarian Cancer: A Case-Control Study." *British Journal of Cancer* 60, no. 4 (October 1989): 592–98.

30. Bottazzi, Barbara, Elio Riboli, and Alberto Mantovani. "Aging, Inflammation and Cancer." *Seminars in Immunology*, November 5, 2018.https://doi.org/10.1016/j.smim.2018.10.011.

31. Bulbulyan, M. A., S. A. Ilychova, S. H. Zahm, S. V. Astashevsky, and D. G. Zaridze. "Cancer Mortality among Women in the Russian Printing Industry." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 166–71.

32. Bunderson-Schelvan, Melisa, Jean C. Pfau, Robert Crouch, and Andrij Holian. "Nonpulmonary Outcomes of Asbestos Exposure." *Journal of Toxicology and Environmental Health. Part B, Critical Reviews* 14, no. 1–4 (2011): 122–52. https://doi.org/10.1080/10937404.2011.556048.

2

Daniel Clarke-Pearson, M.D.
Materials Considered

33. Buz'Zard, Amber R., and Benjamin H. S. Lau. "Pycnogenol Reduces Talc-Induced Neoplastic Transformation in Human Ovarian Cell Cultures." *Phytotherapy Research: PTR* 21, no. 6 (June 2007): 579–86. https://doi.org/10.1002/ptr.2117.

34. Caldwell, Carlyle G., White Thomas Aubrey, William L. George, and James J. Eberl. Medical dusting powder. United States US2626257A, filed May 21, 1952, and issued January 20, 1953.

35. Camargo, M. Constanza, Leslie T. Stayner, Kurt Straif, Margarita Reina, Umaima Al-Alem, Paul A. Demers, and Philip J. Landrigan. "Occupational Exposure to Asbestos and Ovarian Cancer: A Meta-Analysis." *Environmental Health Perspectives* 119, no. 9 (September 2011): 1211–17.

36. Capital Breast Care Center, Georgetown University. "Ovarian Cancer." Capital Breast Care Center, April 14, 2016. https://capitalbreastcare.georgetown.edu/health/ovarian.

37. Capital Breast Care Center, Georgetown University. "Ovarian Cancer." Capital Breast Care Center, July 3, 2018. https://capitalbreastcare.georgetown.edu/health/ovarian.

38. Carr, C.J. "Talc: Consumer Uses and Health Perspectives" 21 (1995): 211–15.

39. Chang, S., and H. A. Risch. "Perineal Talc Exposure and Risk of Ovarian Carcinoma." *Cancer* 79, no. 12 (June 15, 1997): 2396–2401.

40. Chang, Che-Jui, Yu-Kang Tu, Pau-Chung Chen, and Hsiao-Yu Yang. "Occupational Exposure to Talc Increases the Risk of Lung Cancer: A Meta-Analysis of Occupational Cohort Studies." Canadian Respiratory Journal, 2017.

41. Chen, F., K. Gaitskell, M. J. Garcia, A. Albukhari, J. Tsaltas, and A. A. Ahmed. "Serous Tubal Intraepithelial Carcinomas Associated with High-Grade Serous Ovarian Carcinomas: A Systematic Review." BJOG: An International Journal of Obstetrics and Gynaecology 124, no. 6 (May 2017): 872–78.

42. Chen, L-M, et al. "Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum: Epidemiology and Risk Factors - UpToDate," 2018.

43. Chen, L-M, et al. "Overview of Epithelial Carcinoma of the Ovary, Fallopian Tube, and Peritoneum - UpToDate," 2018.

44. Chen, Y., P. C. Wu, J. H. Lang, W. J. Ge, P. Hartge, and L. A. Brinton. "Risk Factors for Epithelial Ovarian Cancer in Beijing, China." *International Journal of Epidemiology* 21, no. 1 (February 1992): 23–29.

45. Chien, Jeremy, Hugues Sicotte, Jian-Bing Fan, Sean Humphray, Julie M. Cunningham, Kimberly R. Kalli, Ann L. Oberg, et al. "TP53 Mutations, Tetraploidy and Homologous Recombination Repair Defects in Early Stage High-Grade Serous Ovarian Cancer." *Nucleic Acids Research* 43, no. 14 (August 18, 2015): 6945–58.

46. Cibula, D., M. Widschwendter, O. Májek, and L. Dusek. "Tubal Ligation and the Risk of Ovarian Cancer: Review and Meta-Analysis." *Human Reproduction Update* 17, no. 1 (January 1, 2011): 55–67.

47. Cibula, David, Martin Widschwendter, Michael Zikan, and Ladislav Dusek. "Underlying Mechanisms of Ovarian Cancer Risk Reduction after Tubal Ligation." *Acta Obstetricia Et Gynecologica Scandinavica* 90, no. 6 (June 2011): 559–63.

48. CIMBA, Georgia Chenevix-Trench, Roger L Milne, Antonis C Antoniou, Fergus J Couch, Douglas F Easton, and David E Goldgar. "An International Initiative to Identify Genetic Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: The Consortium of Investigators of Modifiers of BRCA1 and BRCA2 (CIMBA)." *Breast Cancer Research* 9, no. 2 (December 2007). https://doi.org/10.1186/bcr1670.

49. Cohen, Samuel M., and Lora L. Arnold. "Chemical Carcinogenesis." *Toxicological Sciences* 120, no. suppl_1 (March 1, 2011): S76–92. https://doi.org/10.1093/toxsci/kfq365.

3

Daniel Clarke-Pearson, M.D.
Materials Considered

50. Colditz, Graham A. "Cancer Prevention." *UpToDate*, 2018.
51. Collaborative Group on Epidemiological Studies of Ovarian Cancer, V. Beral, R. Doll, C. Hermon, R. Peto, and G. Reeves. "Ovarian Cancer and Oral Contraceptives: Collaborative Reanalysis of Data from 45 Epidemiological Studies Including 23,257 Women with Ovarian Cancer and 87,303 Controls." *Lancet* 371, no. 9609 (January 26, 2008): 303–14.
52. Collaborative Group On Epidemiological Studies Of Ovarian Cancer, V. Beral, K. Gaitskell, C. Hermon, K. Moser, G. Reeves, and R. Peto. "Menopausal Hormone Use and Ovarian Cancer Risk: Individual Participant Meta-Analysis of 52 Epidemiological Studies." *Lancet (London, England)* 385, no. 9980 (May 9, 2015): 1835–42.
53. Committee on Practice Bulletins–Gynecology, Committee on Genetics, Society of Gynecologic Oncology. "Practice Bulletin No 182: Hereditary Breast and Ovarian Cancer Syndrome." *Obstetrics and Gynecology* 130, no. 3 (2017): e110–26.
54. Committee on the State of the Science in Ovarian Cancer Research, Board on Health Care Services, Institute of Medicine, and National Academies of Sciences, Engineering, and Medicine. *Ovarian Cancers: Evolving Paradigms in Research and Care*. Washington (DC): National Academies Press (US), 2016. http://www.ncbi.nlm.nih.gov/books/NBK367618/
55. Cook, Linda S., Mary L. Kamb, and Noel S. Weiss. "Perineal Powder Exposure and the Risk of Ovarian Cancer." *American Journal of Epidemiology* 145, no. 5 (March 1, 1997): 459–65.
56. Cook, LS. "Erratum in 'Perineal Powder Exposure and the Risk of Ovarian Cancer'." *American Journal of Epidemiology* 148, no. 410 (1997).
57. Coussens, Lisa M., and Zena Werb. "Inflammation and Cancer." *Nature* 420, no. 6917 (December 19, 2002): 860–67. https://doi.org/10.1038/nature01322.
58. Cramer, Daniel W. and Allison F. Vitonis. "Signatures of Reproductive Events on Blood Counts and Biomarkers of Inflammation: Implications for Chronic Disease Risk." *PLoS ONE* 12(2) (2017).
59. Cramer, D. W. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." *Obstetrics and Gynecology* 94, no. 1 (July 1999): 160–61.
60. Cramer, D. W., R. F. Liberman, L. Titus-Ernstoff, W. R. Welch, E. R. Greenberg, J. A. Baron, and B. L. Harlow. "Genital Talc Exposure and Risk of Ovarian Cancer." *International Journal of Cancer* 81, no. 3 (May 5, 1999): 351–56.
61. Cramer, D. W., W. R. Welch, R. E. Scully, and C. A. Wojciechowski. "Ovarian Cancer and Talc: A Case-Control Study." *Cancer* 50, no. 2 (July 15, 1982): 372–76.
62. Cramer, Daniel W., Linda Titus-Ernstoff, John R. McKolanis, William R. Welch, Allison F. Vitonis, Ross S. Berkowitz, and Olivera J. Finn. "Conditions Associated with Antibodies Against the Tumor-Associated Antigen MUC1 and Their Relationship to Risk for Ovarian Cancer." *Cancer Epidemiology Biomarkers & Prevention* 14, no. 5 (May 1, 2005): 1125–31.
63. Cramer, Daniel W., Allison F. Vitonis, Kathryn L. Terry, William R. Welch, and Linda J. Titus. "The Association Between Talc Use and Ovarian Cancer: A Retrospective Case-Control Study in Two US States." *Epidemiology (Cambridge, Mass.)* 27, no. 3 (May 2016): 334–46.
64. Cramer, Daniel W., William R. Welch, Ross S. Berkowitz, and John J. Godleski. "Presence of Talc in Pelvic Lymph Nodes of a Woman with Ovarian Cancer and Long-Term Genital Exposure to Cosmetic Talc." *Obstetrics and Gynecology* 110, no. 2 Pt 2 (August 2007): 498–501.
65. Crum, Christopher P, Jonathan Bijron, and Brooke E. Howitt. "Pathogenesis of Ovarian, Fallopian Tubal, and Peritoneal Serous Carcinomas." *UpToDate*, 2018.
66. Crusz, Shanthini M., and Frances R Balkwill. "Inflammation and Cancer: Advances and New Agents." Nature Reviews Clinical Oncology 12 (October 2015): 584–96.

Daniel Clarke-Pearson, M.D.
Materials Considered

67. Curtis D. Klaassen, and John Doull. Casarett and Doull's Toxicology : The Basic Science of Poisons. 8th Edition. McGraw-Hill Education, 2013.

68. "Deposition & Exhibits of John Hopkins, PhD, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., August 16, 2018.

69. "Deposition & Exhibits of Julie Pier, MDL No. 2738." In re: Talcum Power Prod. Liab. Litig., September 12, 2018.

70. Ding, Yuan C., Lesley McGuffog, Sue Healey, Eitan Friedman, Yael Laitman, Shani- Paluch-Shimon, Bella Kaufman, et al. "A Nonsynonymous Polymorphism in IRS1 Modifies Risk of Developing Breast and Ovarian Cancers in BRCA1 and Ovarian Cancer in BRCA2 Mutation Carriers." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1362–70.

71. DiSaia, PJ, WT Creasman, RS Mannell, S McMeekin, and D Mutch. *Clinical Gynecologic Oncology / [Edited by] Philip J. DiSaia, William T. Creasman, Robert S. Mannell, Scott McMeekin, David G. Mutch.* 9th ed. Philadelphia, PA: Elsevier, 2018.

72. Dixon, Suzanne C., Christina M. Nagle, Nicolas Wentzensen, Britton Trabert, Alicia Beeghly-Fadiel, Joellen M. Schildkraut, Kirsten B. Moysich, et al. "Use of Common Analgesic Medications and Ovarian Cancer Survival: Results from a Pooled Analysis in the Ovarian Cancer Association Consortium." *British Journal of Cancer* 116, no. 9 (April 25, 2017): 1223–28.

73. Dodson, R. F., M. O'Sullivan, C. J. Corn, and S. P. Hammar. "Quantitative Comparison of Asbestos and Talc Bodies in an Individual with Mixed Exposure." *American Journal of Industrial Medicine* 27, no. 2 (February 1995): 207–15.

74. D.R. Petterson. "JNJ 000251888," April 26, 1973.

75. Dubeau, L., and R. Drapkin. "Coming into Focus: The Nonovarian Origins of Ovarian Cancer." *Annals of Oncology: Official Journal of the European Society for Medical Oncology* 24 Suppl 8 (November 2013): viii28–35.

76. Dydek, Thomas. "Educational Report of Thomas Dydek, Ph.D., DABT, PE, Regarding the Cancer Causing Constituents of Defendants' Talcum Powder Products, In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation MDL No. 2738," April 9, 2018.

77. Eberl, J. J., and W. L. George. "Comparative Evaluation of the Effects of Talcum and a New Absorbable Substitute on Surgical Gloves." *American Journal of Surgery* 75, no. 3 (March 1948): 493–97.

78. Egilman, David, Joan E. Steffan, Triet Tran, Kate Clancy, Mark Rigler and William Longo. "Health Effects of Censored Elongated Mineral Particles: A Critical Review." *STP* 1618 (2019), 192-239.

79. Egilman D, Madigan D, Yimam M, Tran T. "Evidence that cosmetic talc is a cause of ovarian cancer." Gynecol Pelvic Med 2020.

80. Egli, G. E., and M. Newton. "The Transport of Carbon Particles in the Human Female Reproductive Tract." *Fertility and Sterility* 12 (April 1961): 151–55.

81. Eng, Kevin H., J. Brian Szender, John Lewis Etter, Jasmine Kaur, Samantha Poblete, Ruea-Yea Huang, Qianqian Zhu, et al. "Paternal Lineage Early Onset Hereditary Ovarian Cancers: A Familial Ovarian Cancer Registry Study." *PLoS Genetics* 14, no. 2 (February 2018): e1007194.

82. "Expert Report of Michael Crowley, Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

83. "Expert Report of Anne McTiernan, M.D., Ph.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 16, 2018.

5

Daniel Clarke-Pearson, M.D.
Materials Considered

84. "Expert Report of Rebecca Smith-Bindman, M.D., In Re: Talcum Powder Prod. Liab. Litig., MDL No. 2738," November 12, 2018.

85. "Expert Report of Patricia G. Moorman Entitled Scientific Review of the Epidemiologic Evidence on Talc Use and Ovarian Cancer," dated November 16, 2018.

86. Fasching, Peter A., Simon Gayther, Leigh Pearce, Joellen M. Schildkraut, Ellen Goode, Falk Thiel, Georgia Chenevix-Trench, et al. "Role of Genetic Polymorphisms and Ovarian Cancer Susceptibility." *Molecular Oncology* 3, no. 2 (April 2009): 171–81.

87. Fathalla, M. F. "Incessant Ovulation and Ovarian Cancer - a Hypothesis Re-Visited." *Facts, Views & Vision in ObGyn* 5, no. 4 (2013): 292–97.

88. Fathalla, M. F. "Incessant Ovulation--a Factor in Ovarian Neoplasia?" *Lancet* 2, no. 7716 (July 17, 1971): 163.

89. FDA. "Ltr to Samuel S. Epstein, M.D., RE: Docket Numbers 94P-0420 and FDA-2008-P-0309-0001/CP," April 1, 2017.

90. Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 14 (2015).

91. "Federal Register Vol. 81, No.243, December 19, 2016 FDA Ban on Surgical Gloves." Accessed August 16, 2018.

92. Ferguson, Lynnette R. "Chronic Inflammation and Mutagenesis." *Mutation Research* 690, no. 1–2 (August 7, 2010): 3–11. https://doi.org/10.1016/j.mrfmmm.2010.03.007.

93. Fernandes, José Veríssimo, Ricardo Ney Oliveira Cobucci, Carlos André Nunes Jatobá, Thales. "The Role of the Mediators of Inflammation in Cancer Development." Pathol. Oncol. Res. (2015) 21:527–534.

94. Ferrer, Jaume, Juan F. Montes, Maria A. Villarino, Richard W. Light, and José García-Valero. "Influence of Particle Size on Extrapleural Talc Dissemination after Talc Slurry Pleurodesis." *Chest* 122, no. 3 (September 2002): 1018–27.

95. Ferrante, Daniela, Marinella Bertolotti, Annalisa Todesco, Dario Mirabelli, Benedetto Terracini, and Corrado Magnani. "Cancer Mortality and Incidence of Mesothelioma in a Cohort of Wives of Asbestos Workers in Casale Monferrato, Italy." *Environmental Health Perspectives* 115, no. 10 (October 2007): 1401–5. https://doi.org/10.1289/ehp.10195.

96. Fiume, Monice M., Ivan Boyer, Wilma F. Bergfeld, Donald V. Belsito, Ronald A. Hill, Curtis D. Klaassen, Daniel C. Liebler, et al. "Safety Assessment of Talc as Used in Cosmetics." *International Journal of Toxicology* 34, no. 1 suppl (July 1, 2015): 66S-129S.

97. Fletcher, Nicole M., Jimmy Belotte, Mohammed G. Saed, Ira Memaj, Michael P. Diamond, Robert T. Morris, and Ghassan M. Saed. "Specific Point Mutations in Key Redox Enzymes Are Associated with Chemoresistance in Epithelial Ovarian Cancer." *Free Radical Biology and Medicine* 102 (2017): 122–32. https://doi.org/10.1016/j.freeradbiomed.2016.11.028.

98. Fletcher, Nicole M., Zhongliang Jiang, Rouba Ali-Fehmi, Nancy K. Levin, Jimmy Belotte, Michael A. Tainsky, Michael P. Diamond, Husam M. Abu-Soud, and Ghassan M. Saed. "Myeloperoxidase and Free Iron Levels: Potential Biomarkers for Early Detection and Prognosis of Ovarian Cancer." *Cancer Biomarkers* 10 (2012 2011): 267–75. https://doi.org/10.3233/CBM-2012-0255.

99. Fletcher, Nicole, Memaj, Ira, and Saed, Ghassan. "Talcum Powder Enhances Oxidative Stress in Ovarian Cancer Cells." *Reproductive Sciences*, February 28, 2018.

100. Fletcher, NM, and GM Saed. "Talcum Powder Enhances Cancer Antigen 125 Levels in Ovarian Cancer Cells." *Presented at the 65th Meeting of the Society for Reproductive Investigation, San Diego, California*, 2018.

Daniel Clarke-Pearson, M.D.
Materials Considered

101. Fletcher, NM, Amy K Harper, Ira Memaj, Rong Fan, Robert T. Morris and GM Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." *Reproductive Sciences* 1-10 (2019).

102. Folkins, Ann K., Elke A. Jarboe, Jonathan L. Hecht, Michael G. Muto, and Christopher P. Crum. "Chapter 24 - Assessing Pelvic Epithelial Cancer Risk and Intercepting Early Malignancy." In *Diagnostic Gynecologic and Obstetric Pathology (Third Edition)*, 844–64. Philadelphia: Content Repository Only!, 2018. https://doi.org/10.1016/B978-0-323-44732-4.00024-8.

103. Ford, D., D.F. Easton, M. Stratton, S. Narod, D. Goldgar, P. Devilee, D.T. Bishop, et al. "Genetic Heterogeneity and Penetrance Analysis of the BRCA1 and BRCA2 Genes in Breast Cancer Families." *The American Journal of Human Genetics* 62, no. 3 (March 1998): 676–89.

104. Freedman, Ralph S, Michael Deavers, Jinsong Liu, and Ena Wang. "Peritoneal Inflammation – A Microenvironment for Epithelial Ovarian Cancer (EOC)." *Journal of Translational Medicine* 2, no. 23 (2004). https://doi.org/10.1186/1479-5876-2-23.

105. Friebel, Tara M., Susan M. Domchek, and Timothy R. Rebbeck. "Modifiers of Cancer Risk in BRCA1 and BRCA2 Mutation Carriers: Systematic Review and Meta-Analysis." *Journal of the National Cancer Institute* 106, no. 6 (June 2014): dju091. https://doi.org/10.1093/jnci/dju091.

106. Frost, G. "The Latency Period of Mesothelioma among a Cohort of British Asbestos Workers (1978-2005)." *British Journal of Cancer* 109, no. 7 (October 1, 2013): 1965–73.

107. Galea, Sandro, and Roger D. Vaughan. "Moving Beyond the Cause Constraint: A Public Health of Consequence, May 2018." *American Journal of Public Health* 108, no. 5 (May 2018): 602–3.

108. Gates, Margaret A., Bernard A. Rosner, Jonathan L. Hecht, and Shelley S. Tworoger. "Risk Factors for Epithelial Ovarian Cancer by Histologic Subtype." *American Journal of Epidemiology* 171, no. 1 (January 1, 2010): 45–53. https://doi.org/10.1093/aje/kwp314.

109. Gates, Margaret A., Shelley S. Tworoger, Kathryn L. Terry, Linda Titus-Ernstoff, Bernard Rosner, Immaculata De Vivo, Daniel W. Cramer, and Susan E. Hankinson. "Talc Use, Variants of the GSTM1, GSTT1, and NAT2 Genes, and Risk of Epithelial Ovarian Cancer." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 17, no. 9 (September 2008): 2436–44. https://doi.org/10.1158/1055-9965.EPI-08-0399.

110. Genofre, Eduardo H., Francisco S. Vargas, Milena M. P. Acencio, Leila Antonangelo, Lisete R. Teixeira, and Evaldo Marchi. "Talc Pleurodesis: Evidence of Systemic Inflammatory Response to Small Size Talc Particles." *Respiratory Medicine* 103, no. 1 (January 2009): 91–97.

111. Germani, D., S. Belli, C. Bruno, M. Grignoli, M. Nesti, R. Pirastu, and P. Comba. "Cohort Mortality Study of Women Compensated for Asbestosis in Italy." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 129–34.

112. Gertig, D. M., D. J. Hunter, D. W. Cramer, G. A. Colditz, F. E. Speizer, W. C. Willett, and S. E. Hankinson. "Prospective Study of Talc Use and Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 3 (February 2, 2000): 249–52.

113. Ghio, Andrew J., Joleen M. Soukup, Lisa A. Dailey, Judy H. Richards, Jennifer L. Turi, Elizabeth N. Pavlisko, and Victor L. Roggli. "Disruption of Iron Homeostasis in Mesothelial Cells after Talc Pleurodesis." *American Journal of Respiratory Cell and Molecular Biology* 46, no. 1 (January 1, 2012): 80–86. https://doi.org/10.1165/rcmb.2011-0168OC.

114. Godard, B., W. D. Foulkes, D. Provencher, J. S. Brunet, P. N. Tonin, A. M. Mes-Masson, S. A. Narod, and P. Ghadirian. "Risk Factors for Familial and Sporadic Ovarian Cancer among French Canadians: A Case-Control Study." *American Journal of Obstetrics and Gynecology* 179, no. 2 (August 1998): 403–10.

7

Daniel Clarke-Pearson, M.D.
Materials Considered

115. Gondal, Mohammed A., Mohamed A. Dastageer, Akhtar A. Naqvi, Anvar A. Isab, and Yasin W. Maganda. "Detection of Toxic Metals (Lead and Chromium) in Talcum Powder Using Laser Induced Breakdown Spectroscopy." *Applied Optics* 51, no. 30 (October 20, 2012): 7395–7401.

116. Gonzalez, Nicole L., Katie M. O'Brien, Aimee A. D'Aloisio, Dale P. Sandler, and Clarice R. Weinberg. "Douching, Talc Use, and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 27, no. 6 (2016): 797–802. https://doi.org/10.1097/EDE.0000000000000528.

117. Goodman, Marc T, Galina Lurie, Pamela J Thompson, Katharine E McDuffie, and Michael E Carney. "Association of Two Common Single-Nucleotide Polymorphisms in the CYP19A1 Locus and Ovarian Cancer Risk." *Endocrine-Related Cancer* 15, no. 4 (December 2008): 1055–60.

118. Gordon, Ronald E., Sean Fitzgerald, and James Millette. "Asbestos in Commercial Cosmetic Talcum Powder as a Cause of Mesothelioma in Women." *International Journal of Occupational and Environmental Health* 20, no. 4 (October 2014): 318–32.

119. Graham, J. D. P., and M. E. Jenkins. "Value of Modified Starch as a Substitute for Talc." *Lancet (London, England)* 1, no. 6708 (March 22, 1952): 590–91.

120. Graham, J., and R. Graham. "Ovarian Cancer and Asbestos." *Environmental Research* 1, no. 2 (October 1967): 115–28.

121. Green, A., D. Purdie, C. Bain, V. Siskind, P. Russell, M. Quinn, and B. Ward. "Tubal Sterilisation, Hysterectomy and Decreased Risk of Ovarian Cancer. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 71, no. 6 (June 11, 1997): 948–51.

122. Grivennikov, Sergei I., Florian R. Greten, and Michael Karin. "Immunity, Inflammation, and Cancer." *Cell* 140, no. 6 (March 19, 2010): 883–99. https://doi.org/10.1016/j.cell.2010.01.025.

123. Gross, A. J., and P. H. Berg. "A Meta-Analytical Approach Examining the Potential Relationship between Talc Exposure and Ovarian Cancer." *Journal of Exposure Analysis and Environmental Epidemiology* 5, no. 2 (June 1995): 181–95.

124. Halme, J., M. G. Hammond, J. F. Hulka, S. G. Raj, and L. M. Talbert. "Retrograde Menstruation in Healthy Women and in Patients with Endometriosis." *Obstetrics and Gynecology* 64, no. 2 (August 1984): 151–54.

125. Hamilton, T. C., H. Fox, C. H. Buckley, W. J. Henderson, and K. Griffiths. "Effects of Talc on the Rat Ovary." *British Journal of Experimental Pathology* 65, no. 1 (February 1984): 101–6.

126. Hankinson, S. E., D. J. Hunter, G. A. Colditz, W. C. Willett, M. J. Stampfer, B. Rosner, C. H. Hennekens, and F. E. Speizer. "Tubal Ligation, Hysterectomy, and Risk of Ovarian Cancer. A Prospective Study." *JAMA* 270, no. 23 (December 15, 1993): 2813–18.

127. Harlow, B. L., and P.A. Hartge. "A Review of Perineal Talc Exposure and Risk of Ovarian Cancer." *Regulatory Toxicology and Pharmacology:* RTP 21, no. 2 (April 1995): 254-60.

128. Harlow, B. L., D. W. Cramer, D. A. Bell, and W. R. Welch. "Perineal Exposure to Talc and Ovarian Cancer Risk." *Obstetrics and Gynecology* 80, no. 1 (July 1992): 19–26.

129. Harlow, B. L., and D. W. Cramer. "Self-Reported Use of Antidepressants or Benzodiazepine Tranquilizers and Risk of Epithelial Ovarian Cancer: Evidence from Two Combined Case-Control Studies (Massachusetts, United States)." *Cancer Causes & Control: CCC* 6, no. 2 (March 1995): 130–34.

130. Hartge, P., R. Hoover, L. P. Lesher, and L. McGowan. "Talc and Ovarian Cancer." *JAMA: The Journal of the American Medical Association* 250, no. 14 (October 14, 1983): 1844.

131. Hasselbalch, Hans Carl. "Chronic Inflammation as a Promotor of Mutagenesis in Essential Thrombocythemia, Polycythemia Vera and Myelofibrosis. A Human Inflammation Model for Cancer Development?' *Leukemia Research* 37, no. 2 (February 2013): 214-20.

8

Daniel Clarke-Pearson, M.D.
Materials Considered

132. Heller, D. S., R. E. Gordon, and N. Katz. "Correlation of Asbestos Fiber Burdens in Fallopian Tubes and Ovarian Tissue." *American Journal of Obstetrics and Gynecology* 181, no. 2 (August 1999): 346–47.

133. Heller, D. S., R. E. Gordon, C. Westhoff, and S. Gerber. "Asbestos Exposure and Ovarian Fiber Burden." *American Journal of Industrial Medicine* 29, no. 5 (May 1996): 435–39.

134. Heller, D. S., C. Westhoff, R. E. Gordon, and N. Katz. "The Relationship between Perineal Cosmetic Talc Usage and Ovarian Talc Particle Burden." *American Journal of Obstetrics and Gynecology* 174, no. 5 (May 1996): 1507–10.

135. Henderson, W. J., T. C. Hamilton, and K. Griffiths. "Talc in Normal and Malignant Ovarian Tissue." *Lancet* 1, no. 8114 (March 3, 1979): 499.

136. Henderson, W. J., C. A. Joslin, A. C. Turnbull, and K. Griffiths. "Talc and Carcinoma of the Ovary and Cervix." *The Journal of Obstetrics and Gynaecology of the British Commonwealth* 78, no. 3 (March 1971): 266–72.

137. Henderson, W. J., T. C. Hamilton, M. S. Baylis, C. G. Pierrepoint, and K. Griffiths. "The Demonstration of the Migration of Talc from the Vagina and Posterior Uterus to the Ovary in the Rat." *Environmental Research* 40, no. 2 (August 1986): 247–50.

138. Hernán, Miguel A. "The C-Word: Scientific Euphemisms Do Not Improve Causal Inference From Observational Data." *American Journal of Public Health* 108, no. 5 (May 2018): 616–19.

139. Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

140. Hillegass, Jedd M., Arti Shukla, Maximilian B. MacPherson, Jeffrey P. Bond, Chad Steele, and Brooke T. Mossman. "Utilization of Gene Profiling and Proteomics to Determine Mineral Pathogenicity in a Human Mesothelial Cell Line (LP9/TERT-1)." *Journal of Toxicology and Environmental Health. Part A* 73, no. 5 (January 2010): 423–36.

141. Hollinger, M. A. "Pulmonary Toxicity of Inhaled and Intravenous Talc." *Toxicology Letters* 52, no. 2 (July 1990): 121–27; discussion 117-119.

142. Houghton, Serena C., Katherine W. Reeves, Susan E. Hankinson, Lori Crawford, Dorothy Lane, Jean Wactawski-Wende, Cynthia A. Thomson, Judith K. Ockene, and Susan R. Sturgeon. "Perineal Powder Use and Risk of Ovarian Cancer." *Journal of the National Cancer Institute* 106, no. 9 (September 2014). https://doi.org/10.1093/jnci/dju208.

143. Huncharek, Michael, J. F. Geschwind, and Bruce Kupelnick. "Perineal Application of Cosmetic Talc and Risk of Invasive Epithelial Ovarian Cancer: A Meta-Analysis of 11,933 Subjects from Sixteen Observational Studies." *Anticancer Research* 23, no. 2C (April 2003): 1955–60.

144. Huncharek, Michael, Joshua Muscat, Adedayo Onitilo, and Bruce Kupelnick. "Use of Cosmetic Talc on Contraceptive Diaphragms and Risk of Ovarian Cancer: A Meta-Analysis of Nine Observational Studies." *European Journal of Cancer Prevention: The Official Journal of the European Cancer Prevention Organisation (ECP)* 16, no. 5 (October 2007): 422–29.

145. Hunn, Jessica, and Gustavo C. Rodriguez. "Ovarian Cancer: Etiology, Risk Factors, and Epidemiology." *Clinical Obstetrics and Gynecology* 55, no. 1 (March 2012): 3–23.

146. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk to Humans: Man-Made Mineral Fibers and Radon, Volume 43." IARC, Lyon France, 1988.

147. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Cobalt in Hard Metals and Cobalt Sulfate, Gallium Arsenide, Indium Phosphide and Vanadium Pentoxide." *World Health Organization* 86 (2006). https://monographs.iarc.fr/iarc-monographs-on-the-evaluation-of-carcinogenic-risks-to-humans-35/.

9

Daniel Clarke-Pearson, M.D.
Materials Considered

148. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Inorganic and Organic Lead Compounds." *World Health Organization* 87 (2006).

149. "IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans – IARC: Some Traditional Herbal Medicines, Some Mycotoxins, Naphathalene and Styrene" 82 (2002).

150. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 100C," 2012.

151. IARC Working Group on the Evaluation of Carcinogenic Risks to Humans. "Carbon Black, Titanium Dioxide, and Talc." *IARC Monographs on the Evaluation of Carcinogenic Risks to Humans / World Health Organization, International Agency for Research on Cancer* 93 (2010): 1–413.

152. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans: Silica and Some Silicates." IARC, 1987.

153. IARC. "IARC Monographs on the Evaluation of the Carcinogenic Risks to Humans. Overall Evaluations of Carcinogenicity: An Updating of IARC Monographs Volumes 1-42. Supplement 7," 1987. https://monographs.iarc.fr/wpcontent/uploads/2018/06/Suppl7.pdf.

151. IMERYS209971

152. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11.

153. Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. *Ovarian Cancers: Evolving Paradigms in Research and Care.* The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.

154. Institute of Medicine (US) Committee on Asbestos: Selected Health Effects. *Asbestos: Selected Cancers*. The National Academies Collection: Reports Funded by National Institutes of Health. Washington (DC): National Academies Press (US), 2006.

155. Iturralde, M., and P. F. Venter. "Hysterosalpingo-Radionuclide Scintigraphy (HERS)." Seminars in Nuclear Medicine 11, no. 4 (October 1981): 301–14.

156. Jaurand, M. C. "Mechanisms of Fiber-Induced Genotoxicity." Environmental Health Perspectives 105 Suppl 5 (September 1997): 1073–84.

157. Jaurand. "Particulate-State Carcinogenesis: A Survey of Recent Studies on the Mechanisms of Action of Fibres." *IARC Scientific Publications*, no. 90 (1989): 54–73

158. Jaurand, MC. "Mechanisms of Fibre Genotoxicity." In *Mechanisms in Fibre Carcinogensis*. New York: Plenum Press, 1991.

159. Jia, D, Y Nagaoka, S Orsulic, and M Katsumata. "Inflammation Is a Key Contributor to Ovarian Cancer Cell Seeding." *Scientific Reports* 8, no. 12394 (August 17, 2018).

160. Jervis, Sarah, Honglin Song, Andrew Lee, Ed Dicks, Jonathan Tyrer, Patricia Harrington, Douglas F. Easton, Ian J. Jacobs, Paul P. D. Pharoah, and Antonis C. Antoniou. "Ovarian Cancer Familial Relative Risks by Tumour Subtypes and by Known Ovarian Cancer Genetic Susceptibility Variants." *Journal of Medical Genetics* 51, no. 2 (February 2014): 108–13.

161. Jiang, Zhongliang, Nicole M. Fletcher, Rouba Ali-Fehmi, Michael P. Diamond, Husam M. Abu-Soud, Adnan R. Munkarah, and Ghassan M. Saed. "Modulation of Redox Signaling Promotes Apoptosis in Epithelial Ovarian Cancer Cells." *Gynecologic Oncology* 122, no. 2 (August 2011): 418–23. https://doi.org/10.1016/j.ygyno.2011.04.051.

162. Johnson & Johnson. "A Message about Talc." A message about talc, May 2, 2016.

163. Jones, Richard E. *Human Reproductive Biology, Second Edition*. 2 edition. San Diego: Academic Press, 1997.

164. Jurinski, Joseph B., and J. Donald Rimstidt. "Biodurability of Talc." *American Mineralogist* 86,

10

Daniel Clarke-Pearson, M.D.
Materials Considered

no. 4 (April 2001): 392–99. https://doi.org/10.2138/am-2001-0402.

165. Kane, AB, P Boffetta, R Saracci, and JD Wilbourn. "Mechanisms of Fibre Carcinogenesis." IARC, 1996.

166. Kang, N., D. Griffin, and H. Ellis. "The Pathological Effects of Glove and Condom Dusting Powders." *Journal of Applied Toxicology: JAT* 12, no. 6 (December 1992): 443–49.

167. Karageorgi, Stalo, Margaret A. Gates, Susan E. Hankinson, and Immaculata De Vivo. "Perineal Use of Talcum Powder and Endometrial Cancer Risk." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 19, no. 5 (May 2010): 1269–75.

168. Kasper, C. S., and P. J. Chandler. "Possible Morbidity in Women from Talc on Condoms." *JAMA: The Journal of the American Medical Association* 273, no. 11 (March 15, 1995): 846–47.

169. Kauff, Noah D., Nandita Mitra, Mark E. Robson, Karen E. Hurley, Shaokun Chuai, Deborah Goldfrank, Eve Wadsworth, et al. "Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation-Negative Hereditary Breast Cancer Families." *Journal of the National Cancer Institute* 97, no. 18 (September 21, 2005): 1382–84. https://doi.org/10.1093/jnci/dji281.

170. Keal, E. E. "Asbestosis and Abdominal Neoplasms." *Lancet* 2, no. 7162 (December 3, 1960): 1211–16.

171. Keskin, Nadi, Yasemin Aktan Teksen, Esra Gürlek Ongun, Yusuf Ozay, and Halil Saygili. "Does Long-Term Talc Exposure Have a Carcinogenic Effect on the Female Genital System of Rats? An Experimental Pilot Study." *Archives of Gynecology and Obstetrics* 280, no. 6 (December 2009): 925–31. https://doi.org/10.1007/s00404-009-1030-3.

172. Khan, Mohd Imran, Amogh A. Sahasrabuddhe, Govil Patil, Mohd Javed Akhtar, Mohd Ashquin, and Iqbal Ahmad. "Nano-Talc Stabilizes TNF-Alpha m-RNA in Human Macrophages." *Biomedical Nanotechnology* 7, no. 1 (2011): 112–13.

173. Kiraly, Orsolya, Guanyu Gong, Werner Olipitz, Sureshkumar Muthupalani, and Bevin P. Engelward. "Inflammation-Induced Cell Proliferation Potentiates DNA Damage-Induced Mutations In Vivo." *PLoS Genetics*, February 3, 2015.

174. Kissler, Stefan, Ernst Siebzehnruebl, Joachim Kohl, Anja Mueller, Nadja Hamscho, Regine Gaetje, Andre Ahr, Achim Rody, and Manfred Kaufmann. "Uterine Contractility and Directed Sperm Transport Assessed by Hysterosalpingoscintigraphy (HSSG) and Intrauterine Pressure (IUP) Measurement." *Acta Obstetricia Et Gynecologica Scandinavica* 83, no. 4 (April 2004): 369–74.

175. Kunz, Beil. "The Uterine Peristaltic Pump: Normal and Impeded Sperm Transport within the Female Genital Tract." *Adv Exp Med Biol* 424 (1997): 267–77.

176. Kurman, Robert J., and Ie-Ming Shih. "The Origin and Pathogenesis of Epithelial Ovarian Cancer: A Proposed Unifying Theory." *The American Journal of Surgical Pathology* 34, no. 3 (March 2010): 433–43. https://doi.org/10.1097/PAS.0b013e3181cf3d79.

177. Kurta, Michelle L., Kirsten B. Moysich, Joel L. Weissfeld, Ada O. Youk, Clareann H. Bunker, Robert P. Edwards, Francesmary Modugno, Roberta B. Ness, and Brenda Diergaarde. "Use of Fertility Drugs and Risk of Ovarian Cancer: Results from a US-Based Case-Control Study." *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 21, no. 8 (August 2012): 1282–92. https://doi.org/10.1158/1055-9965.EPI-12-0426.

178. Lancaster, Johnathan M., C. Bethan Powell, Lee-may Chen, and Debra L. Richardson. "Society of Gynecologic Oncology Statement on Risk Assessment for Inherited Gynecologic Cancer Predispositions." *Gynecologic Oncology* 136, no. 1 (January 2015): 3–7.

Daniel Clarke-Pearson, M.D.
Materials Considered

179. Landen, Charles N., Michael J. Birrer, and Anil K. Sood. "Early Events in the Pathogenesis of Epithelial Ovarian Cancer." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 26, no. 6 (February 20, 2008): 995–1005.

180. Langseth, H., S. E. Hankinson, J. Siemiatycki, and E. Weiderpass. "Perineal Use of Talc and Risk of Ovarian Cancer." *Journal of Epidemiology and Community Health* 62, no. 4 (April 2008): 358–60. https://doi.org/10.1136/jech.2006.047894.

181. Langseth, H., B. V. Johansen, J. M. Nesland, and K. Kjaerheim. "Asbestos Fibers in Ovarian Tissue from Norwegian Pulp and Paper Workers." *International Journal of Gynecological Cancer: Official Journal of the International Gynecological Cancer Society* 17, no. 1 (February 2007): 44–49. https://doi.org/10.1111/j.1525-1438.2006.00768.x.

182. Langseth, Hilde, and Kristina Kjaerheim. "Ovarian Cancer and Occupational Exposure among Pulp and Paper Employees in Norway." *Scandinavian Journal of Work, Environment & Health* 30, no. 5 (October 2004): 356–61.

183. Lanphear, B. P., and C. R. Buncher. "Latent Period for Malignant Mesothelioma of Occupational Origin." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 34, no. 7 (July 1992): 718–21.

184. Lee, Jennifer S., Esther M. John, Valerie McGuire, Anna Felberg, Kimberly L. Ostrow, Richard A. DiCioccio, Frederick P. Li, Alexander Miron, Dee W. West, and Alice S. Whittemore. "Breast and Ovarian Cancer in Relatives of Cancer Patients, with and without BRCA Mutations." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 15, no. 2 (February 2006): 359–63. https://doi.org/10.1158/1055-9965.EPI-05-0687.

185. Levanon, Keren, Christopher Crum, and Ronny Drapkin. 2008. "New Insights Into the Pathogenesis of Serous Ovarian Cancer and Its Clinical Impact." *Journal of Clinical Oncology* 26 (32): 5284–93. https://doi.org/10.1200/JCO.2008.18.1107.

186. Levy-Lahad, E., and E. Friedman. "Cancer Risks among BRCA1 and BRCA2 Mutation Carriers." *British Journal of Cancer* 96, no. 1 (January 15, 2007): 11–15.

187. Lin, Hui-Wen, Ying-Yueh Tu, Shiyng Yu Lin, Wei-Ju Su, Wei Li Lin, Wei Zer Lin, Shen-Chi Wu, and Yuen-Liang Lai. "Risk of Ovarian Cancer in Women with Pelvic Inflammatory Disease: A Population-Based Study." The Lancet. Oncology 12, no. 9 (September 2011): 900–904.

188. Liou, Geou-Yarh, and Peter Storz. "Reactive Oxygen Species in Cancer." Free Radical Research 44, no. 5 (May 2010): 476–96. https://doi.org/10.3109/10715761003667554.

189. Liu, D. T., and A. Hitchcock. "Endometriosis: Its Association with Retrograde Menstruation, Dysmenorrhoea and Tubal Pathology." *British Journal of Obstetrics and Gynaecology* 93, no. 8 (August 1986): 859–62.

190. Lo-Ciganic, Wei-Hsuan, Janice C. Zgibor, Clearann H. Bunker, Kirsten B. Moysich, Robert P. Edwards, and Roberta B. Ness. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drugs, or Acetaminophen and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 23, no. 2 (March 2012): 311–19.

191. Lockey, J. E. "Nonasbestos Fibrous Minerals." *Clinics in Chest Medicine* 2, no. 2 (May 1981): 203–18.

192. Longo, D. L., and R. C. Young. "Cosmetic Talc and Ovarian Cancer." *Lancet* 2, no. 8138 (August 18, 1979): 349–51.

193. Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Baby Powder & Shower to Shower Products from the 1960's to the Early 1990's for Amphibole Asbestos," November 14, 2018.

Daniel Clarke-Pearson, M.D.
Materials Considered

194. Lu, Haitian. "Inflammation, a Key Event in Cancer Development," 2006, 221–33.

195. Madsen, Cecilie, Louise Baandrup, Christian Dehlendorff, and Susanne K. Kjaer. "Tubal Ligation and Salpingectomy and the Risk of Epithelial Ovarian Cancer and Borderline Ovarian Tumors: A Nationwide Case-Control Study." *Acta Obstetricia Et Gynecologica Scandinavica* 94, no. 1 (January 2015): 86–94.

196. Magnani, C., D. Ferrante, F. Barone-Adesi, M. Bertolotti, A. Todesco, D. Mirabelli, and B. Terracini. "Cancer Risk after Cessation of Asbestos Exposure: A Cohort Study of Italian Asbestos Cement Workers." *Occupational and Environmental Medicine* 65, no. 3 (March 2008): 164–70.

197. Maharaj-Gentry, Aleksandra, Michelle Griffin and Usha Menon. *Cancer Prevention and Screening: Concepts, Principles and Controversies*. In Rosalind A. Eeles, Christine D. Berg, and Jeffery S. Tobias (Eds.). 1st ed. Chapter 23. Accessed August 21, 2018.

198. Mallen, Adrianne R., Mary K. Townsend, and Shelley S. Tworoger. "Risk Factors for Ovarian Carcinoma." *Hematology/Oncology Clinics of North America*, September 2018.

199. Marie Mc Cullough. "Condom Makers Stop Using Talc." *Asbury Park Press*. January 16, 1996.

200. Mattenklott, M. "Asbestos in Talc Powders and in Soapstone - The Present State." *Staub, Reinhaltung Der Luft* 67 (July 1, 2007): 287–92.

201. McCullough, Marie. "Women's Health Concerns Prompt Condom Makers to Stop Using Talc." *Jersey Journal*. April 17, 1996, City Edition edition.

202. McLaughlin-Drubin, Margaret E., and Karl Munger. "Viruses Associated with Human Cancer." *Biochimica et Biophysica Acta* 1782, no. 3 (March 2008): 127–50.

203. McLemore, Miaskowski, Chen Aouizerat, and Dodd. "Epidemiological and Genetic Factors Associated With Ovarian Cancer." *Cancer Nursing* 32, no. 4 (2009): 281–88.

204. Melaiu, Ombretta, Federica Gemignani, and Stefano Landi. "The Genetic Susceptibility in the Development of Malignant Pleural Mesothelioma." *Journal of Thoracic Disease* 10, no. Suppl 2 (January 2018): S246–52.

205. Meng, Qingsong, Weixue Sun, John Jiang, Nicole M. Fletcher, Michael P. Diamond, and Ghassan M. Saed. "Identification of Common Mechanisms between Endometriosis and Ovarian Cancer." *Journal of Assisted Reproduction and Genetics* 28 (2011): 917–23.

206. Merritt, Melissa A., Adèle C. Green, Christina M. Nagle, Penelope M. Webb, Australian Cancer Study (Ovarian Cancer), and Australian Ovarian Cancer Study Group. "Talcum Powder, Chronic Pelvic Inflammation and NSAIDs in Relation to Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 122, no. 1 (January 1, 2008): 170–76.

207. Miller, Diane M, and Jessica N. McAlpine. "Opportunistic Salpingectomy for Ovarian, Fallopian Tubal, and Peritoneal Carcinoma Risk Reduction." *UpToDate*, 2018.

208. Mills, Paul K., Deborah G. Riordan, Rosemary D. Cress, and Heather A. Young. "Perineal Talc Exposure and Epithelial Ovarian Cancer Risk in the Central Valley of California." *International Journal of Cancer. Journal International Du Cancer* 112, no. 3 (November 10, 2004): 458–64.

209. Milne, Roger L., and Antonis C. Antoniou. "Modifiers of Breast and Ovarian Cancer Risks for BRCA1 and BRCA2 Mutation Carriers." *Endocrine-Related Cancer* 23, no. 10 (2016): T69-84.

210. Moller, Danielsen, and Roursgaard Jantzen. "Oxidatively Damaged DNA in Animals Exposed to Particles." *Critical Reviews in Toxicology* 43, no. 2 (2013): 96–118.

211. Moon, Min Chaul, Jung Duck Park, Byung Soon Choi, So Young Park, Dong Won Kim, Yong Hyun Chung, Naomi Hisanaga, and Il Je Yu. "Risk Assessment of Baby Powder Exposure through Inhalation." *Toxicological Research* 27, no. 3 (September 2011): 137–41.

13

212. Moorman, Patricia G., Rachel T. Palmieri, Lucy Akushevich, Andrew Berchuck, and Joellen M. Schildkraut. "Ovarian Cancer Risk Factors in African-American and White Women." *American Journal of Epidemiology* 170, no. 5 (September 1, 2009): 598–606.

213. Mostafa, S. A., C. B. Bargeron, R. W. Flower, N. B. Rosenshein, T. H. Parmley, and J. D. Woodruff. "Foreign Body Granulomas in Normal Ovaries." *Obstetrics and Gynecology* 66, no. 5 (November 1985): 701–2.

214. Murphy, Megan A., Britton Trabert, Hannah P. Yang, Yikyung Park, Louise A. Brinton, Patricia Hartge, Mark E. Sherman, Albert Hollenbeck, and Nicolas Wentzensen. "Non-Steroidal Anti-Inflammatory Drug Use and Ovarian Cancer Risk: Findings from the NIH-AARP Diet and Health Study and Systematic Review." *Cancer Causes & Control: CCC* 23, no. 11 (November 2012): 1839–52.

215. Muscat, J. E., and M. S. Huncharek. "Causation and Disease: Biomedical Science in Toxic Tort Litigation." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 31, no. 12 (December 1989): 997–1002.

216. Nadler, Diana L., and Igor G. Zurbenko. "Estimating Cancer Latency Times Using a Weibull Model," 2014, 8.

217. Narod, Steven A. "Talc and Ovarian Cancer." *Gynecologic Oncology* 141, no. 3 (2016): 410–12.

218. National Cancer Institute, Surveillance, Epidemiology, and End Results Program. "Cancer Stat Facts: Ovarian Cancer," 2018.

219. National Center for Health Research. "Does Talcum Powder Cause Ovarian Cancer?" *The Voice: For Prevention, Treatment, and Policy*, Spring/Summer 2018, 32 edition.

220. National Center for Health Research. "Talcum Powder and Ovarian Cancer." *National Center for Health Research* (blog), April 13, 2018. http://www.center4research.org/talcum-powder-ovarian-cancer/.

221. Nelson, Heather H., and Karl T. Kelsey. "The Molecular Epidemiology of Asbestos and Tobacco in Lung Cancer." *Oncogene* 21, no. 48 (October 21, 2002): 7284–88.

222. Ness, R. B., and C. Cottreau. "Possible Role of Ovarian Epithelial Inflammation in Ovarian Cancer." *Journal of the National Cancer Institute* 91, no. 17 (September 1, 1999): 1459–67.

223. Ness, R. B., J. A. Grisso, C. Cottreau, J. Klapper, R. Vergona, J. E. Wheeler, M. Morgan, and J. J. Schlesselman. "Factors Related to Inflammation of the Ovarian Epithelium and Risk of Ovarian Cancer." *Epidemiology (Cambridge, Mass.)* 11, no. 2 (March 2000): 111–17.

224. Newhouse, M L, Berry, G., and J. C. Wagner. "Mortality of Factory Workers in East London 1933-80." *British Journal of Industrial Medicine* 42, no. 1 (January 1985): 4–11.

225. Newhouse, M. L., G. Berry, J. C. Wagner, and M. E. Turok. "A Study of the Mortality of Female Asbestos Workers." *British Journal of Industrial Medicine* 29, no. 2 (April 1972): 134–41.

226. NIOSH. "CDC – Occupational Cancer – Carcinogen List – NIOSH Safety and Health Topic," April 24, 2017. https://www.cdc.gov/niosh/topics/cancer/npotocca.html.

227. NIOSH. "DHHS (NIOSH) Publication No. 86-102," September 1981.

228. NIOSH. "Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6.," July 1972.

229. NIOSH 2011 Current Intelligence Bulletin No. 62, 2011. N

230. NIOSHTIC-2 Publications Search - 00106056 - Fiber Exposure during Use of Baby Powders, Report No. IWS-36-6. Accessed August 16, 2018. https://www.cdc.gov/niosh/nioshtic-2/00106056.html.

231. NIOSHTIC-2 Publications Search - 00106056 – Fiber.

232. Norquist, Barbara M., Maria I. Harrell, Mark F. Brady, Tom Walsh, Ming K. Lee, Suleyman Gulsuner, Sarah S. Bernards, et al. "Inherited Mutations in Women With Ovarian Carcinoma." *JAMA Oncology* 2, no. 4 (April 2016): 482–90.

233. NTP. "NTP Technical Report on the Toxicology and Carcinogenesis Studies of Benzophenone (CAS No. 119-61-9) In F344/N Rats and B6C3F1 Mice," February 2006.

234. "NTP Toxicology and Carcinogenesis Studies of Talc (CAS No. 14807-96-6)(NonAsbestiform) in F344/N.Rats and B6C3Fl Mice (Inhalation Studies)," 1993.

235. Nutrition, Center for Food Safety and Applied. "Potential Contaminants - FDA's Testing of Cosmetics for Arsenic, Cadmium, Chromium, Cobalt, Lead, Mercury, and Nickel Content." WebContent. Accessed August 16, 2018.

236. Okada, Futoshi. "Beyond Foreign-Body-Induced Carcinogenesis: Impact of Reactive Oxygen Species Derived from Inflammatory Cells in Tumorigenic Conversion and Tumor Progression." *International Journal of Cancer* 121, no. 11 (December 1, 2007): 2364–72.

237. "OSHA Factsheet: Asbestos," 2014. https://www.osha.gov/SLTC/asbestos/.

238. Paoletti, L., S. Caiazza, G. Donelli, and F. Pocchiari. "Evaluation by Electron Microscopy Techniques of Asbestos Contamination in Industrial, Cosmetic, and Pharmaceutical Talcs." *Regulatory Toxicology and Pharmacology: RTP* 4, no. 3 (September 1984): 222–35.

239. Parmley, T. H., and J. D. Woodruff. "The Ovarian Mesothelioma." *American Journal of Obstetrics and Gynecology* 120, no. 2 (September 15, 1974): 234–41.

240. *Pathology of Asbestos-Associated Diseases*. Accessed October 14, 2014.

241. Pearce, Celeste Leigh, Claire Templeman, Mary Anne Rossing, Alice Lee, Aimee M Near, Penelope M Webb, Christina M Nagle, et al. "Association between Endometriosis and Risk of Histological Subtypes of Ovarian Cancer: A Pooled Analysis of Case–Control Studies." *The Lancet Oncology* 13, no. 4 (April 2012): 385–94.

242. Pejovic, Tanja, and Farr Nezhat. "Missing Link: Inflammation and Ovarian Cancer." *The Lancet. Oncology* 12, no. 9 (September 2011): 833–34. https://doi.org/10.1016/S1470-2045(11)70203-0.

243. Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49.

244. Peres, Lauren C., et al. "Analgesic Medication Use and Risk of Epithelial Ovarian Cancer in African American Women." *British Journal of Cancer* no. 114 (2016): 819-25.

245. Peshkin, B., and et al. "Genetic Counseling and Testing for Hereditary Breast and Ovarian Cancer - UpToDate," 2018..

246. Peshkin. "Overview of Hereditary Breast and Ovarian Cancer Syndromes - UpToDate," 2018.

247. Peshkin. "Prevalence of BRCA1 and BRCA2 Mutations and Associated Cancer Risks - UpToDate," 2018.

248. Phillips, J. C., P. J. Young, K. Hardy, and S. D. Gangolli. "Studies on the Absorption and Disposition of 3H-Labelled Talc in the Rat, Mouse, Guinea-Pig and Rabbit." *Food and Cosmetics Toxicology* 16, no. 2 (April 1978): 161–63.

249. Pike, Malcom C., et al. "Hormonal Factors and the Risk of Invasive Ovarian Cancer: a Population-Based Case-Control Study." *Fertility and Sterility* vol. 82, No. 1 (2004): 186-195.

250. Pira, E., C. Pelucchi, L. Buffoni, A. Palmas, M. Turbiglio, E. Negri, P. G. Piolatto, and C. La Vecchia. "Cancer Mortality in a Cohort of Asbestos Textile Workers." *British Journal of Cancer* 92, no. 3 (February 14, 2005): 580–86. https://doi.org/10.1038/sj.bjc.6602240.

251. Pira, Enrico, Canzio Romano, Francesco S. Violante, Andrea Farioli, Giovanna Spatari, Carlo La Vecchia, and Paolo Boffetta. "Updated Mortality Study of a Cohort of Asbestos Textile Workers." *Cancer Medicine* 5, no. 9 (2016): 2623–28. https://doi.org/10.1002/cam4.824.

Daniel Clarke-Pearson, M.D.
Materials Considered

252. Porro, F. W., and N. M. Levine. "Pathology of Talc Pneumoconiosis with Report of an Autopsy." *Northern New York Medical Journal* 3 (April 1946): 23–25.

253. *Product: *2017 TLVs and BEIs: ACGIH*. Accessed August 16, 2018.

254. *Product: Asbestos: TLV(R) Chemical Substances 7th Edition Documentation: ACGIH*. Accessed August 16, 2018.

255. Psooy, Karen and Jason P. Archambault. "Vaginal Entrapment of Bathwater: A Source of Extra-Urethral Incontinence." *Can Urol Assoc J* Vol. 4, no. 5 (2010): E123-26.

256. Pukkala, Eero, Jan Ivar Martinsen, Elsebeth Lynge, Holmfridur Kolbrun Gunnarsdottir, Pär Sparén, Laufey Tryggvadottir, Elisabete Weiderpass, and Kristina Kjaerheim. "Occupation and Cancer - Follow-up of 15 Million People in Five Nordic Countries." *Acta Oncologica (Stockholm, Sweden)* 48, no. 5 (2009): 646–790. https://doi.org/10.1080/02841860902913546.

257. Purdie, D., A. Green, C. Bain, V. Siskind, B. Ward, N. Hacker, M. Quinn, G. Wright, P. Russell, and B. Susil. "Reproductive and Other Factors and Risk of Epithelial Ovarian Cancer: An Australian Case-Control Study. Survey of Women's Health Study Group." *International Journal of Cancer. Journal International Du Cancer* 62, no. 6 (September 15, 1995): 678–84.

258. Purdie, David M., Christopher J. Bain, Victor Siskind, Penelope M. Webb, and Adèle C. Green. "Ovulation and Risk of Epithelial Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 104, no. 2 (March 20, 2003): 228–32. https://doi.org/10.1002/ijc.10927.

259. Radic, I, I Vucak, J Milosevic, A Marusic, S Vukicevic, and M Marusic. "Immunosuppression Induced by Talc Granulomatosis in the Rat." *Clinical and Experimental Immunology* 73, no. 2 (August 1988): 316–21.

260. Ramus, Susan J., Antonis C. Antoniou, Karoline B. Kuchenbaecker, Penny Soucy, Jonathan Beesley, Xiaoqing Chen, Lesley McGuffog, et al. "Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers." *Human Mutation* 33, no. 4 (April 2012): 690–702.

261. Rasmussen, C. B., et al. "Pelvic Inflammatory Disease and the Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies." *Am J Epidemiol.* 185, no. 1 (2017): 8-20.

262. Rebbeck, Timothy R., Nandita Mitra, Fei Wan, Olga M. Sinilnikova, Sue Healey, Lesley McGuffog, Sylvie Mazoyer, et al. "Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer." *JAMA* 313, no. 13 (April 7, 2015): 1347–61.

263. "Reference Manual on Scientific Evidence" Third Edition (2011).

264. REHMAN, GHANA, IFTIKHAR HUSSAIN BUKHARI, MUHAMMAD RIAZ, NASIR RASOOL, UZMA SATTAR, and HAFIZA SUMAIRA MANZOOR. "DETERMINATION OF TOXIC HEAVY METALS IN DIFFERENT BRANDS OF TALCUM POWDER." *International Journal of Applied and Natural Sciences (IJANS)* 2, no. 2 (May 2013): 8.

265. Reid, A., J. Heyworth, N. de Klerk, and A. W. Musk. "The Mortality of Women Exposed Environmentally and Domestically to Blue Asbestos at Wittenoom, Western Australia." *Occupational and Environmental Medicine* 65, no. 11 (November 2008): 743–49.

266. Reid, A., N. H. de Klerk, C. Magnani, D. Ferrante, G. Berry, A. W. Musk, and E. Merler. "Mesothelioma Risk after 40 Years since First Exposure to Asbestos: A Pooled Analysis." *Thorax* 69, no. 9 (September 2014): 843–50. https://doi.org/10.1136/thoraxjnl-2013-204161.

267. Reid, Alison, Nick de Klerk, and Arthur W. (Bill) Musk. "Does Exposure to Asbestos Cause Ovarian Cancer? A Systematic Literature Review and Meta-Analysis." *Cancer Epidemiology Biomarkers & Prevention* 20, no. 7 (July 1, 2011): 1287–95.

16

Daniel Clarke-Pearson, M.D.
Materials Considered

268. Reid, Alison, Amanda Segal, Jane S. Heyworth, Nicholas H. de Klerk, and Arthur W. Musk. "Gynecologic and Breast Cancers in Women after Exposure to Blue Asbestos at Wittenoom." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 18, no. 1 (January 2009): 140–47. https://doi.org/10.1158/1055-9965.EPI-08-0746.

269. Reid, Brett M., Jennifer B. Permuth, and Thomas A. Sellers. "Epidemiology of Ovarian Cancer: A Review." *Cancer Biology & Medicine* 14, no. 1 (February 2017): 9–32.

270. Reuter, Simone, Subash C. Gupta, Madan M. Chaturvedi, and Bharat B. Aggarwal. "Oxidative Stress, Inflammation, and Cancer: How Are They Linked?" *Free Radical Biology and Medicine* 49, no. 11 (December 1, 2010): 1603–16.

271. "Revised Draft NIOSH CURRENT INTELLIGENCE BULLETIN Asbestos Fibers and Other Elongated Mineral Particles: State of the Science and Roadmap for Research," January 2009.

272. Rice, Megan S., Susan E. Hankinson, and Shelley S. Tworoger. "Tubal Ligation, Hysterectomy, Unilateral Oophorectomy, and Risk of Ovarian Cancer in the Nurses' Health Studies." *Fertility and Sterility* 102, no. 1 (July 2014): 192-198.e3.

273. Ring, Kari L., Christine Garcia, Martha H. Thomas, and Susan C. Modesitt. "Current and Future Role of Genetic Screening in Gynecologic Malignancies." *American Journal of Obstetrics and Gynecology* 217, no. 5 (2017): 512–21. https://doi.org/10.1016/j.ajog.2017.04.011.

274. Riska, A., J. I. Martinsen, K. Kjaerheim, E. Lynge, P. Sparen, L. Tryggvadottir, E. Weiderpass, and E. Pukkala. "Occupation and Risk of Primary Fallopian Tube Carcinoma in Nordic Countries." *International Journal of Cancer* 131, no. 1 (July 1, 2012): 186–92.

275. Rohl, A. N. "Asbestos in Talc." *Environmental Health Perspectives* 9 (December 1974): 129–32.

276. Rohl, A. N., A. M. Langer, I. J. Selikoff, A. Tordini, R. Klimentidis, D. R. Bowes, and D. L. Skinner. "Consumer Talcums and Powders: Mineral and Chemical Characterization." *Journal of Toxicology and Environmental Health* 2, no. 2 (November 1976): 255–84.

277. Roodhouse Gloyne, S. "Two Cases of Squamous Carcinoma of the Lung Occurring in Asbestosis." *Tubercle* 17, no. 1 (October 1, 1935): 5-IN2. https://doi.org/10.1016/S0041-3879(35)80795-2.

278. Rosenblatt, K. A., M. Szklo, and N. B. Rosenshein. "Mineral Fiber Exposure and the Development of Ovarian Cancer." *Gynecologic Oncology* 45, no. 1 (April 1992): 20–25.

279. Rosenblatt, Karin A., Noel S. Weiss, Kara L. Cushing-Haugen, Kristine G. Wicklund, and Mary Anne Rossing. "Genital Powder Exposure and the Risk of Epithelial Ovarian Cancer." *Cancer Causes & Control: CCC* 22, no. 5 (May 2011): 737–42.

280. Rösler, J. A., H. J. Woitowitz, H. J. Lange, R. H. Woitowitz, K. Ulm, and K. Rödelsperger. "Mortality Rates in a Female Cohort Following Asbestos Exposure in Germany." *Journal of Occupational Medicine.: Official Publication of the Industrial Medical Association* 36, no. 8 (August 1994): 889–93.

281. Ross, M. "Geology, Asbestos, and Health." *Environmental Health Perspectives* 9 (December 1974): 123–24.

282. Rothman, Kenneth J., Sander Greenland, and Timothy L. Lash. *Modern Epidemiology*. Lippincott Williams & Wilkins, 2008.

283. Rothman, Kenneth J. "Six Persistent Research Misconceptions." *J Gen Intern Med* 29, no. 7 (2014):1060-4.

284. Saed, Ghassan M., Rouba Ali-Fehmi, Zhong L. Jiang, Nicole M. Fletcher, Michael P. Diamond, Husam M. Abu-Soud, and Adnan R. Munkarah. "Myeloperoxidase Serves as a Redox Switch That

Regulates Apoptosis in Epithelial Ovarian Cancer." *Gynecologic Oncology* 116, no. 2 (February 2010): 276–81. https://doi.org/10.1016/j.ygyno.2009.11.004.

285. Saed, Ghassan M., Michael P. Diamond, and Nicole M. Fletcher. "Updates of the Role of Oxidative Stress in the Pathogenesis of Ovarian Cancer." *Gynecologic Oncology* 145, no. 3 (June 2017): 595–602. https://doi.org/10.1016/j.ygyno.2017.02.033.

286. Saed, Ghassan M., Nicole M. Fletcher, Michael P. Diamond, Robert T. Morris, Nardhy Gomez-Lopez, and Ira Memaj. "Novel Expression of CD11b in Epithelial Ovarian Cancer: Potential Therapeutic Target." *Gynecologic Oncology* 148, no. 3 (2018): 567–75.

287. Saed, Ghassan M., Robert T. Morris, and Nicole M. Fletcher. *New Insights into the Pathogenesis of Ovarian Cancer: Oxidative Stress*, 2018.

288. Schildkraut, Joellen M., Sarah E. Abbott, Anthony J. Alberg, Elisa V. Bandera, Jill S. Barnholtz-Sloan, Melissa L. Bondy, Michele L. Cote, et al. "Association between Body Powder Use and Ovarian Cancer: The African American Cancer Epidemiology Study (AACES)." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (2016): 1411–17. https://doi.org/10.1158/1055-9965.EPI-15-1281.

289. Seeler, Albert O. "Toxic Hazards: Talc Pneumoconiosis." *New England Journal of Medicine* 261, no. 21 (November 19, 1959): 1084–85. https://doi.org/10.1056/NEJM195911192612115.

290. SEER Cancer Statistics Review, 1975-2015, National Cancer Institute, Bethesda, MD, Based on November 2017 SEER Data Submission, Posted to the SEER Web Site, April 2018.

291. Selikoff, I. J., J. Churg, and E. C. Hammond. "Asbestos Exposure and Neoplasia." *JAMA* 188 (April 6, 1964): 22–26.

292. Shan, Weiwei, and Jinsong Liu. "Inflammation: A Hidden Path to Breaking the Spell of Ovarian Cancer." *Cell Cycle* 8, no. 19 (2009): 3107–11. https://doi.org/10.4161/cc.8.19.9590.

293. Shukla, Arti, Maximilian B. MacPherson, Jedd Hillegass, Maria E. Ramos-Nino, Vlada Alexeeva, Pamela M. Vacek, Jeffrey P. Bond, Harvey I. Pass, Chad Steele, and Brooke T. Mossman. "Alterations in Gene Expression in Human Mesothelial Cells Correlate with Mineral Pathogenicity." *American Journal of Respiratory Cell and Molecular Biology* 41, no. 1 (July 2009): 114–23. https://doi.org/10.1165/rcmb.2008-0146OC.

294. Shushan, A., O. Paltiel, J. Iscovich, U. Elchalal, T. Peretz, and J. G. Schenker. "Human Menopausal Gonadotropin and the Risk of Epithelial Ovarian Cancer." *Fertility and Sterility* 65, no. 1 (January 1996): 13–18.

295. Sjösten, A. C. E., H. Ellis, and G. a. B. Edelstam. "Retrograde Migration of Glove Powder in the Human Female Genital Tract." *Human Reproduction* 19, no. 4 (April 1, 2004): 991–95.

296. Stanton, M. F., M. Layard, A. Tegeris, E. Miller, M. May, E. Morgan, and A. Smith. "Relation of Particle Dimension to Carcinogenicity in Amphibole Asbestoses and Other Fibrous Minerals." *Journal of the National Cancer Institute* 67, no. 5 (November 1981): 965–75.

297. Steiling, W., M. Bascompta, P. Carthew, G. Catalano, N. Corea, A. D'Haese, P. Jackson, et al. "Principle Considerations for the Risk Assessment of Sprayed Consumer Products." *Toxicology Letters* 227, no. 1 (May 16, 2014): 41–49.

298. Stewart, Louise M., C. D'Arcy J. Holman, Patrick Aboagye-Sarfo, Judith C. Finn, David B. Preen, and Roger Hart. "In Vitro Fertilization, Endometriosis, Nulliparity and Ovarian Cancer Risk." *Gynecologic Oncology* 128, no. 2 (February 2013): 260–64.

299. Stewart, Louise M., Katrina Spilsbury, Susan Jordan, Colin Stewart, C. D'Arcy J. Holman, Aime Powell, Joanne Reekie, and Paul Cohen. "Risk of High-Grade Serous Ovarian Cancer Associated

Daniel Clarke-Pearson, M.D.
Materials Considered

with Pelvic Inflammatory Disease, Parity and Breast Cancer." *Cancer Epidemiology* 55 (August 2018): 110–16.

300. Straif, Kurt. "Update of the Scientific Evidence on Asbestos and Cancer." presented at the International Conference on Environmental and Occupational Determinants of Cancer: Interventions for Primary Prevention, Asturias (Avilés, Gijón), Spain, March 17, 2011.

301. Taher, M. K., et al. "Critical Review of the Association Between Perineal Use of Talc Powder and Risk of Ovarian Cancer." Reproductive Toxicology 90 (2019): 88-101.

302. "Talc." IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans 42 (1987): 185–224.

303. Tarchi, M., D. Orsi, P. Comba, M. De Santis, R. Pirastu, G. Battista, and M. Valiani. "Cohort Mortality Study of Rock Salt Workers in Italy." *American Journal of Industrial Medicine* 25, no. 2 (February 1994): 251–56.

304. Taskin, Salih, et al. "Malignant Peritoneal Mesothelioma Presented as Peritoneal Adenocarcinoma or Primary Ovarian Cancer: Case Series and Review of the Clinical and Immunohistochemical Features." *Int J Clin Exp Pathol* 5, no. 5 (2012): 472-78.

305. Terry, Kathryn L., Stalo Karageorgi, Yurii B. Shvetsov, Melissa A. Merritt, Galina Lurie, Pamela J. Thompson, Michael E. Carney, et al. "Genital Powder Use and Risk of Ovarian Cancer: A Pooled Analysis of 8,525 Cases and 9,859 Controls." *Cancer Prevention Research (Philadelphia, Pa.)* 6, no. 8 (August 2013): 811–21. https://doi.org/10.1158/1940-6207.CAPR-13-0037.

306. Thomas, Charles A., and Major G. Seelig. Powder lubricated surgeon's rubber glove. United States US2621333A, filed June 27, 1947, and issued December 16, 1952.

307. Torre, Lindsey A., Britton Trabert, Carol E. DeSantis, Kimberly D. Miller, Goli Samimi, Carolyn D. Runowicz, Mia M. Gaudet, Ahmedin Jemal, and Rebecca L. Siegel. "Ovarian Cancer Statistics, 2018." *CA: A Cancer Journal for Clinicians* 68, no. 4 (July 2018): 284–96.

308. Trabert, Britton, Elizabeth M. Poole, Emily White, Kala Visvanathan, Hans-Olov Adami, Garnet L. Anderson, Theodore M. Brasky, et al. "Analgesic Use and Ovarian Cancer Risk: An Analysis in the Ovarian Cancer Cohort Consortium." *Journal of the National Cancer Institute* 111, no. 2 (2019).

309. Trabert, Britton. "Body Powder and Ovarian Cancer Risk – What Is the Role of Recall Bias?" *Cancer Epidemiology, Biomarkers & Prevention : A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 25, no. 10 (October 2016): 1369–70.

310. Trabert, Britton, Ligia Pinto, Patricia Hartge, Troy Kemp, Amanda Black, Mark E. Sherman, Louise A. Brinton, et al. "Pre-Diagnostic Serum Levels of Inflammation Markers and Risk of Ovarian Cancer in the Prostate, Lung, Colorectal and Ovarian Cancer (PLCO) Screening Trial." *Gynecologic Oncology* 135, no. 2 (November 2014): 297–304.

311. Tsilidis, K K, N E Allen, T J Key, L Dossus, A Lukanova, K Bakken, E Lund, et al. "Oral Contraceptive Use and Reproductive Factors and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *British Journal of Cancer* 105, no. 9 (October 25, 2011): 1436–42.

312. Tsilidis, Konstantinos K., Naomi E. Allen, Timothy J. Key, Laure Dossus, Rudolf Kaaks, Kjersti Bakken, Eiliv Lund, et al. "Menopausal Hormone Therapy and Risk of Ovarian Cancer in the European Prospective Investigation into Cancer and Nutrition." *Cancer Causes & Control: CCC* 22, no. 8 (August 2011): 1075–84.

313. Tworoger, Shelley S., Kathleen M. Fairfield, Graham A. Colditz, Bernard A. Rosner, and Susan

Daniel Clarke-Pearson, M.D.
Materials Considered

E. Hankinson. "Association of Oral Contraceptive Use, Other Contraceptive Methods, and Infertility with Ovarian Cancer Risk." *American Journal of Epidemiology* 166, no. 8 (October 15, 2007): 894–901.

314. Tzonou, A., A. Polychronopoulou, C. C. Hsieh, A. Rebelakos, A. Karakatsani, and D. Trichopoulos. "Hair Dyes, Analgesics, Tranquilizers and Perineal Talc Application as Risk Factors for Ovarian Cancer." *International Journal of Cancer. Journal International Du Cancer* 55, no. 3 (September 30, 1993): 408–10.

315. US EPA National Center for Environmental Assessment, Immediate Office, and Reeder Sams. "IRIS Toxicological Review of Inorganic Arsenic (Cancer) (2010 External Review Draft)." Reports & Assessments, 1995. https://cfpub.epa.gov/ncea/iris_drafts/recordisplay.cfm?deid=219111.

316. US EPA, ORD. "4-Methylphenol CASRN 106-44-5 | IRIS | US EPA, ORD," 1990.

317. Vallyathan, N. V., and J. E. Craighead. "Pulmonary Pathology in Workers Exposed to Nonasbestiform Talc." *Human Pathology* 12, no. 1 (January 1981): 28–35.

318. Van Gosen, B. S., H.A. Lowers, S.J. Sutley, and C.A. Gent. "Using the Geologic Setting of Talc Deposits as an Indicator of Amphibole Asbestos Content." *Environmental Geology* 45, no. 7 (2004): 20. https://doi.org/10.1007/s00254-003-0955-2.

319. Vanderhyden, Barbara C, Tanya J Shaw, and Jean-François Ethier. "Animal Models of Ovarian Cancer." *Reproductive Biology and Endocrinology : RB&E* 1 (October 7, 2003): 67.

320. Vasama-Neuvonen, K., E. Pukkala, H. Paakkulainen, P. Mutanen, E. Weiderpass, P. Boffetta, N. Shen, T. Kauppinen, H. Vainio, and T. Partanen. "Ovarian Cancer and Occupational Exposures in Finland." *American Journal of Industrial Medicine* 36, no. 1 (July 1999): 83–89.

321. Venkatesan, Priya. "Possible X Chromosome-Linked Transmission of Ovarian Cancer." *The Lancet. Oncology* 19, no. 4 (April 2018): e185. https://doi.org/10.1016/S1470-2045(18)30183-9.

322. Venter, P. F., and M. Iturralde. "Migration of a Particulate Radioactive Tracer from the Vagina to the Peritoneal Cavity and Ovaries." *South African Medical Journal = Suid-Afrikaanse Tydskrif Vir Geneeskunde* 55, no. 23 (June 2, 1979): 917–19.

323. Verdoodt, Freija, Christian Dehlendorff, Søren Friis, and Susanne K. Kjaer. "Non-Aspirin NSAID Use and Ovarian Cancer Mortality." *Gynecologic Oncology* 150, no. 2 (2018): 331–37.

324. Vicus, Danielle, Amy Finch, Barry Rosen, Isabel Fan, Linda Bradley, Ilana Cass, Ping Sun, et al. "Risk Factors for Carcinoma of the Fallopian Tube in Women with and without a Germline BRCA Mutation." *Gynecologic Oncology* 118, no. 2 (August 1, 2010): 155–59.

325. Vineis, Paolo, Phyllis Illari, and Federica Russo. "Causality in Cancer Research: A Journey through Models in Molecular Epidemiology and Their Philosophical Interpretation." *Emerging Themes in Epidemiology* 14, no. 7 (2017).

326. Virta, RL. "The Phase Relationship of Talc and Amphiboles in a Fibrous Talc Sample." IH; Report of Investigations, 1985. https://www.cdc.gov/niosh/nioshtic-2/10004328.html.

327. Vitonis, Allison F., Linda Titus-Ernstoff, and Daniel W. Cramer. "Assessing Ovarian Cancer Risk When Considering Elective Oophorectomy at the Time of Hysterectomy." *Obstetrics and Gynecology* 117, no. 5 (May 2011): 1042–50.

328. Vosnakis, Kelly, Elizabeth Perry, Karen Madsen, and Lisa Bradley. "Background Versus Risk-Based Screening Levels - An Examination Of Arsenic Background Soil Concentrations In Seven States." *Proceedings of the Annual International Conference on Soils, Sediments, Water and Energy* 14, no. 1 (January 26, 2010).

329. Wang, Xiaorong, Sihao Lin, Ignatius Yu, Hong Qiu, Yajia Lan, and Eiji Yano. "Cause-Specific Mortality in a Chinese Chrysotile Textile Worker Cohort." *Cancer Science* 104, no. 2 (February 2013): 245–49. https://doi.org/10.1111/cas.12060.

Daniel Clarke-Pearson, M.D.
Materials Considered

330. Wang, Chunpeng, Zhenzhen Liang, Xin Liu, Qian Zhang, and Shuang Li. "The Association between Endometriosis, Tubal Ligation, Hysterectomy and Epithelial Ovarian Cancer: Meta-Analyses." *International Journal of Environmental Research and Public Health* 13, no. 11 (November 14, 2016): 1138.

331. Wehner, A.P. "Biological Effects of Cosmetic Talc." *Fd Chem. Toxic* 32, no. 12 (1994): 1173-84.

332. Wehner, A. P., A. S. Hall, R. E. Weller, E. A. Lepel, and R. E. Schirmer. "Do Particles Translocate from the Vagina to the Oviducts and Beyond?" *Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association* 23, no. 3 (March 1985): 367–72.

333. Wehner, A. P., R. E. Weller, and E. A. Lepel. "On Talc Translocation from the Vagina to the Oviducts and Beyond." Food and Chemical Toxicology: An International Journal Published for the British Industrial Biological Research Association 24, no. 4 (April 1986): 329–38.

334. Weiss, W. "Cigarette Smoking and Lung Cancer Trends. A Light at the End of the Tunnel?" Chest 111, no. 5 (May 1997): 1414–16.

335. Wentzensen, Nicolas, Elizabeth M. Poole, Britton Trabert, Emily White, Alan A. Arslan, Alpa V. Patel, V. Wendy Setiawan, et al. "Ovarian Cancer Risk Factors by Histologic Subtype: An Analysis From the Ovarian Cancer Cohort Consortium." *Journal of Clinical Oncology: Official Journal of the American Society of Clinical Oncology* 34, no. 24 (20 2016): 2888–98.

336. Werner, I. "Presence of Asbestos in Talc Samples." *Atemschutzinform* 21, no. 5 (1982).

337. Whiteman, David C., Michael F. G. Murphy, Linda S. Cook, Daniel W. Cramer, Patricia Hartge, Polly A. Marchbanks, Philip C. Nasca, Roberta B. Ness, David M. Purdie, and Harvey A. Risch. "Multiple Births and Risk of Epithelial Ovarian Cancer." *Journal of the National Cancer Institute* 92, no. 14 (July 19, 2000): 1172–77.

338. Whittemore, A. S., R. Harris, and J. Itnyre. "Characteristics Relating to Ovarian Cancer Risk: Collaborative Analysis of 12 US Case-Control Studies. IV. The Pathogenesis of Epithelial Ovarian Cancer. Collaborative Ovarian Cancer Group." *American Journal of Epidemiology* 136, no. 10 (November 15, 1992): 1212–20.

339. Whittemore, A. S., M. L. Wu, R. S. Paffenbarger, D. L. Sarles, J. B. Kampert, S. Grosser, D. L. Jung, S. Ballon, and M. Hendrickson. "Personal and Environmental Characteristics Related to Epithelial Ovarian Cancer. II. Exposures to Talcum Powder, Tobacco, Alcohol, and Coffee." *American Journal of Epidemiology* 128, no. 6 (December 1988): 1228–40.

340. Whysner, J., and M. Mohan. "Perineal Application of Talc and Cornstarch Powders: Evaluation of Ovarian Cancer Risk." *American Journal of Obstetrics and Gynecology* 182, no. 3 (March 2000): 720–24.

341. Wignall, B.K., and A.J. Fox. "Mortality of Female Gas Mask Assemblers." *British Journal of Industrial Medicine* 39, no. 1 (1982): 34–38.

342. Wild, P. "Lung Cancer Risk and Talc Not Containing Asbestiform Fibres: A Review of the Epidemiological Evidence." *Occupational and Environmental Medicine* 63, no. 1 (January 2006): 4–9. https://doi.org/10.1136/oem.2005.020750.

343. Wolff, Henrik, Tapio Vehmas, Panu Oksa, Jorma Rantanen, and Harri Vainio. "Asbestos, Asbestosis, and Cancer, the Helsinki Criteria for Diagnosis and Attribution 2014: Recommendations." *Scandinavian Journal of Work, Environment & Health* 41, no. 1 (January 2015): 5–15.

344. Wong, C., R. E. Hempling, M. S. Piver, N. Natarajan, and C. J. Mettlin. "Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer: A Case-Control Study." Obstetrics and Gynecology 93, no. 3 (March 1999): 372–76.

345. Woodruff, J. D. "The Pathogenesis of Ovarian Neoplasia." The Johns Hopkins Medical Journal 144, no. 4 (April 1979): 117–20.

346. Wright, H. R., J. C. Wheeler, J. A. Woods, J. Hesford, P. Taylor, and R. F. Edlich. "Potential Toxicity of Retrograde Uterine Passage of Particulate Matter." *Journal of Long-Term Effects of Medical Implants* 6, no. 3–4 (1996): 199–206.

347. Wright, Jason D. "What is New in Ovarian Cancer?" *Obstet Gynecol* 132 (2018): 1498-99.

348. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, and Malcolm C. Pike. "African Americans and Hispanics Remain at Lower Risk of Ovarian Cancer Than Non-Hispanic Whites after Considering Nongenetic Risk Factors and Oophorectomy Rates." *Cancer Epidemiology, Biomarkers & Prevention: A Publication of the American Association for Cancer Research, Cosponsored by the American Society of Preventive Oncology* 24, no. 7 (July 2015): 1094–1100.

349. Wu, Anna H., Celeste L. Pearce, Chiu-Chen Tseng, Claire Templeman, and Malcolm C. Pike. "Markers of Inflammation and Risk of Ovarian Cancer in Los Angeles County." *International Journal of Cancer. Journal International Du Cancer* 124, no. 6 (March 15, 2009): 1409–15.

350. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

351. "You Can Steer Clients to Condoms Free from Potentially Harmful Talc: Condom Companies Agree to Produce without the Dry Lubricant." *Contraceptive Technology Update* 16, no. 11 (November 1995): 133–44.

352. Zazenski, R., W. H. Ashton, D. Briggs, M. Chudkowski, J. W. Kelse, L. MacEachern, E. F. McCarthy, M. A. Nordhauser, M. T. Roddy, and N. M. Teetsel. "Talc: Occurrence, Characterization, and Consumer Applications." *Regulatory Toxicology and Pharmacology: RTP* 21, no. 2 (April 1995): 218–29.

353. Zervomanoklakis, I, H.W. Ott, D Hadziomerovic, V. Mattle, B.E. Seeber, I. Virgolini, D. Heute, S. Kissler, G. Leyendecker, and L. Wildt. "Physiology of Upward Transport in the Human Female Genital Tract." *Annals of New York Acadamy of Sciences* 1101, no. 1 (2007): 1–20.

354. Zhao, Weixing, Justin B. Steinfeld, Fengshan Liang, Xiaoyong Chen, David G. Maranon, Chu Jian Ma, Youngho Kwon, et al. "BRCA1-BARD1 Promotes RAD51-Mediated Homologous DNA Pairing." *Nature* 550, no. 7676 (19 2017): 360–65.

355. American Board of Obstetrics and Gynecology, Inc. (ABOG), "Guide to Learning in Gynecologic Oncology." Revised 4/2018.

356. AMA Analytical Services, Inc. - Certificate of Analysis - Job Name: Task 3 - Analysis of Official Samples; Job Number: CLIN 1 - Task 3 (Oct. 11, 2019).

357. Analysis report MAS Project #14-1683 dated April 28, 2017 prepared by William Longo, Mark Rigler of the Materials Analytical Services (MAS) laboratory.

358. Analysis of Johnson & Johnson Baby Powder & Valiant Shower to Shower Talc Products for Amphibole (Tremolite) Asbestos, Expert Report, William Longo and Mark Rigler of the Materials Analytical Services (MAS), August 2, 2017.

359. Bureau Veritas Letter re: Johnson's Baby Powder Finished Goods Lot #22318RB (Protocol INV-106924-002) Bureau Veritas Reference: A1910246 (Preliminary Update/Results)

360. Campion, Alan, Kenneth J. Smith, Alexey V. Fedulov, David Gregory, Yuwei Fan and John J. Godleski. "Identification of Foreign Particles in Human Tissue using Raman Microscopy." Anal Chem (2018).

361. Cralley, L. J., M. M. Key, D. H. Groth, W. S. Lainhart, and R. M. Ligo. "Fibrous and Mineral Content of Cosmetic Talcum Products." American Industrial Hygiene Association Journal 29, no. 4 (August 1968): 350–54.

Daniel Clarke-Pearson, M.D.
Materials Considered

362. Daubert Order and Opinion, MDL No. 2738.
363. Deposition of Alice M. Blount, Ph.D., April 13, 2018. Gail Lucille Ingham, et al., v. Johnson & Johnson, et al. Case No. 1522-CC10417
364. FDA Executive Summary "Preliminary Recommendations on Testing Methods for Asbestos in Talc and Consumer Products Containing Talc"
365. FDA News Release - Baby powder manufacturer voluntarily recalls products for asbestos.
366. Fletcher, N.M., Amy K. Harper, Ira Memaj, Rong Fan, Robert T. Morris, and Ghassan M. Saed. "Molecular Basis Supporting the Association of Talcum Powder Use with Increased Risk of Ovarian Cancer." Reproductive Sciences 1-10 (2019).
367. Fortner, et al. (2019) Ovarian cancer risk factors by tumor aggressiveness: an analysis from the Ovarian Cancer Cohort Consortium.
368. Gabriel, et al. (2019) Douching, talc use and risk for ovarian cancer and conditions realted to genital tract inflammation.
369. Gossett, del Carmen. Use of powder in the genital area and ovarian cancer risk: examining the evidence; JAMA, 2020;323(1):29-31.
370. Harlow, B. L., and N. S. Weiss. 1989. "A Case-Control Study of Borderline Ovarian Tumors: The Influence of Perineal Exposure to Talc." *American Journal of Epidemiology* 130 (2): 390–94.
371. Harper, Amy K, and Ghassan Saed. "Talc Induces a pro-Oxidant State in Normal and Ovarian Cancer Cells through Genetic Point Mutations in Key Redox Enzymes," Accepted for Presentation at SGO Meeting." In Press 2019.
372. Harper and Saed, SGO poster presentation annual meeting 2018 (Exhibit PSC_Saed 3).
373. Harrington, et al. (2019) New Guidelines for Statisical Reporting in the Journal, The New England Journal of Medicine.
374. Health Canada Poster.
375. Health Canada, "Draft Screening Assessment", Chemical Abstracts Service Registry Number 14807-96-6 (December 2018).
376. IARC Monographs on the Identification of Carcinogenic Hazards to Humans "Report of the Advisory Group to Recommend Priorities for the IARC Monographs during 2020-2024".
377. Institute of Medicine (IOM) Committee on the State of Science in Ovarian Cancer Research. Ovarian Cancers: Evolving Paradigms in Research and Care. The National Academies of Sciences, Engineering and Medicine. Washington (DC): National Academies Press (US), 2016.
378. Johnson & Johnson Consumer Inc. to Voluntarily Recall a Single Lot of Johnson's Baby Powder in the United States.
379. La Vecchia. (2017) Ovarian Cancer: Epidemiology and Risk Factors. European Journal of Cancer Prevention 2017, 26:55–62.
380. Lheureux, Gourley, Vergote, Oza. Epithelial Ovarian Cancer. *Lancet* 2019; 393: 1240–53.
381. Lloyd, Jillian, Naomi S. Crouch, Catherine L. Minto, Lih-Mei Liao, Sarah M. Creighton. "Female Genital Appearance: 'Normality' Unfolds." BJOG: an International Journal of Obstetrics and Gynaecology 112 (May 2005): 643-46.
382. Longo, William E. and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2000's for Amphibole Asbestos", Supplemental Report, January 15, 2019.

Daniel Clarke-Pearson, M.D.
Materials Considered

383. Longo, William E., and Mark W. Rigler. "The Analysis of Johnson & Johnson's Historical Product Containers and Imerys' Historical Railroad Car Samples from the 1960's to the Early 2,000's for Amphibole Asbestos," 2nd Supplemental Report dated February 1, 2019.

384. Mandarino et al. The effect of talc particles on phagocytes in co-culture with ovarian cancer cells, Environmental Research, 2020;180:108676.

385. MAS Project 14-1852, Below the Waist Application of Johnson & Johnson Baby Powder, William Longo, Mark Rigler, and William Egeland of Materials Analytical Services (MAS), September 2017.

386. McDonald et al. Five case studies with correlative light and scanning electron microscopy, Am J Clin Pathol, 2019;XX:1-18.

387. McDonald, et al. (2019) Correlative polarizing light and scanning electron microscopy for the assessment of talc in pelvic region lymph nodes.

388. McDonald, et al. (2019) Magnesium/silicon atomic weight percent ratio standards for the tissue identification of talc by scanning electron microscopy and energy dispersive X-ray analysis.

389. McDonald, et al. (2019) Migration of talc from the perineum to multiple pelvic organ sites.

390. Mossman, Brooke T. "Mechanistic in vitro studies: What They Have Told Us About Carcinogenic Properties of Elongated Mineral Particles (EMPs)." Toxicology and Applied Pharmacology 361 (2018): 62-67.

391. Mossman, Brooke T., et al. "New Insights into Understanding the Mechanisms, Pathogenesis, and Management of Malignant Mesotheliomas." The American Journal of Pathology 182, no. 4 (April 2013): 1065-77.

392. NCI - Ovarian, Fallopian Tube, and Primary Peritneal Cancer Prevention (PDQ) - Health Professional Version.

393. O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer-supplementary online content.

394. O'Brien et al. Association of powder use in the genital area with risk of ovarian cancer; JAMA, 2020;323(1):49-59.

395. O'Brien et al. Genital powder use and risk of ovarian cancer: a pooled analysis - ASPO Abstracts.

396. O'Brien et al. Perineal talc use, douching, and the risk of uterine cancer. Epidemiology 2019;30: 845-852.

397. O'Brien and colleagues. Genital Powder Use and Ovarian Cancer Letters to the Editor. JAMA May 26, 2020. Vol. 323, Number 20; 2095-2097.

398. RJ Lee Letter and Report re: Analysis of Submitted talc samples RJ Lee Group Project Number TLH910472.

399. RJ Lee Letter and Report re:  Incidence Report, RJ Lee Group Project Number TLH910472.

400. RJ Lee Letter and Report re: INV-106924-003, RJ Lee Group Project Number TLH910477.

401. Rothman. Six Persistent Research Misconceptions.

402. Savant, S., Shruthi Sriramkumar and Heather M. O'Hagan. "The Role of Inflammation and Inflammatory Mediators in the Development, Progression, Metastasis, and Chemoresistance of Epithelial Ovarian Cancer."

403. Smith-Bindman R, Poder L, Johnson E, Miglioretti DL. Risk of Malignant Ovarian Cancer Based on Ultrasonography Findings in a Large Unselected Population. JAMA Intern Med. 2019 Jan 01; 179(1):71-77.

404. Steffen et al. Serous Ovarian Cancer caused by exposure to asbestos and fibrous talc in cosmetic talc powders - a case series, JOEM, 2020; 62(2):e65-e77.

405. Steiling, W., J. F. Almeida, H. Assaf Vandecasteele, S. Gilpin, T. Kawamoto, L. O'Keeffe, G.

Daniel Clarke-Pearson, M.D.
Materials Considered

Pappa, K. Rettinger, H. Rothe, and A. M. Bowden. "Principles for the Safety Evaluation of Cosmetic Powders." *Toxicology Letters*, August 17, 2018.

406. Taher, et al, Systematic Review and Meta-Analysis of the Association Between Perineal Use of Talc and Risk of Ovarian Cancer (2019).

407. TEM Analysis of Historical 1978 Johnson's Baby Powder Sample of Amphibole Asbestos, Expert Report, William Longo and Mark Rigler of Materials Analytical Services (MAS) laboratory, February 16, 2018.

408. Testimony of Annie Awanais Yessian, M.D., Eva Echeverria, et al. v. Johnson & Johnson, et al. Case No. BC628228, July 13, 2017.

409. Testimony of Warer K. Huh, M.D., Gail Lucille Ingham, et al., v. Johnson & Johnson, et al., Cause No. 1522-CC10417-01, July 5, 2018.

410. Trabert, Britton, et al. "Aspirin, Nonaspirin Nonsteroidal Anti-Inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium." JNCI: Jour Natl Cancer Inst no. 106, no. 2 (May 31, 2018).

411. Vitonis et al. (2011) Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. *Obstet Gynecol* 2011;117:1042–50.

412. Wright, Jason D. "What is New in Ovarian Cancer?" Obstet Gynecol 132 (2018): 1498-99.

413. Wu, Song, Wei Zhu, Patricia Thompson, and Yusuf A. Hannun. "Evaluating Intrinsic and Non-Intrinsic Cancer Risk Factors." *Nature Communications* 9, no. 1 (August 28, 2018): 3490.

414. Bird, Tess, et al. (2021) A Review of the Talc Industry's Influence on Federal Regulation and Scientific Standards for Asbestos in Talc. Journal of Environmental and Occupational Health Policy 0(0) 1–18.

415. Cramer, Daniel, et al. Factors Affecting the Association of Oral Contraceptives and Ovarian Cancer. *N Engl J Med.* 1982;307:1047-51.

416. Dyer, Owen. Johnson & Johnson Recalls its Baby Powder after FDA Finds Asbestos in Sample. BMJ 2019;367I6118.

417. Emi, T. Transcriptomic and Epigenomic Effects of Insoluble Particles on J774 Macrophages. *Epigenetics* 2021; Vol. 16, No. 10, 1053-1070.

418. Exponent. Toxic Talc? Anatomy of a Talc Defense powerpoint presentation presented by John DeSesso. January 18, 2018.

419. The Facts on Talcum Powder Safety. www.factsabouttalc.com

420. Fitzgerald Analysis of Johnson & Johnson Baby Powder 1 and 2. Scientific Analytical Institute laboratory.

421. Gurowitz, Margaret. The Birth of Our Baby Products. Chapter 21. April 30, 2007.

422. Health Canada Screening Assessment Talc (P1.00000272.0001. April 2021.

423. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Man: Volume 2," 1973. Some Inorganic and Organometallic Compounds.

424. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Man: Volume 14," 1977. Asbestos.

425. IARC. "IARC Monographs on the Evaluation of Carcinogenic Risks to Humans: Volume 101," 2013. Some Chemicals Present in Industrial and Consumer Products, Food and Drinking-Water.

426. Manichaikul, Ani, et al. Identification of Novel Epithelial Ovarian Cancer Loci in Women of African Ancestry. *Int J Cancer.* 2020 June 01; 146(11): 2987–2998.

427. MVA Scientific Consultants Laboratory. Investigation of Italian Talc Samples for Asbestos. August 1, 2017.

428. USEPA Prioritized Chronic-Dose Response Values. 2014

Daniel Clarke-Pearson, M.D.
Materials Considered

429. Yachida, Nozomi, et al. How Does Endometriosis Lead to Ovarian Cancer? The Molecular Mechanism of Endometriosis-Associated Ovarian Cancer Development. *Cancers* 2021, 13, 1439.

430. Williams, Kristina, et al. "Prognostic Significance and Predictors of the Neutrophil-to-Lymphocyte Ration in Ovarian Cancer." Gynecol Oncol. 2014 March ; 132(3): 542–550.

431. Ingham SL, Warwick J, Buchan I, et al. Ovarian cancer among 8,005 women from a breast cancer family history clinic: no increased risk of invasive ovarian cancer in families testing negative for BRCA1 and BRCA2. J Med Genet 2013; 50:368.

432. King MC, Walsh T. Testing Ashkenazi Jewish Women for Mutations Predisposing to Breast Cancer in Genes Other Than BRCA1 and BRCA2-Reply. JAMA Oncol 2018; 4:1012.

433. National Comprehensive Cancer Network. NCCN Clinical Practice Guidelines in Oncology. Breast cancer screening and diagnosis. Version 1.2020. http://www.nccn.org/professionals/physician_gls/f_guidelines.asp (Accessed on November 11, 2020).

434. Nelson HD, Pappas M, Cantor A, et al. Risk Assessment, Genetic Counseling, and Genetic Testing for BRCA-Related Cancer in Women: Updated Evidence Report and Systematic Review for the US Preventive Services Task Force. JAMA 2019; 322:666.

435. Peshkin and Isaacs, Genetic testing and management of individuals at risk of hereditary breast and ovarian cancer syndromes, UpToDate April 2021.

436. Struewing JP, Hartge P, Wacholder S, et al. The risk of cancer associated with specific mutations of BRCA1 and BRCA2 among Ashkenazi Jews. N Engl J Med 1997; 336:1401.

437. US Preventive Services Task Force, Owens DK, Davidson KW, et al. Risk Assessment, Genetic Counseling, and Genetic Testing for BRCA-Related Cancer: US Preventive Services Task Force Recommendation Statement. JAMA 2019; 322:652.

438. Walsh T, Mandell JB, Norquist BM, et al. Genetic Predisposition to Breast Cancer Due to Mutations Other Than BRCA1 and BRCA2 Founder Alleles Among Ashkenazi Jewish Women. JAMA Oncol 2017; 3:1647.

439. Goodman, J., et al. A Critical Review of Talc and Ovarian Cancer. J Toxicol Environ Health, Part B 2020; 23(5):185-213.

440. Childers, CP et al. National Estimates of Genetic Testing in Women with a History of Breast or Ovarian Cancer. Journal of Clinical Oncology, 2017 Dec. 1; 35 (34)3800-3806.

441. Compton, SA et al. Ring shaped RAD51 Paralog Protein Complexes Bind Holliday Junctions and Replication Forks as Visualized by Electron Microscopy. The Journal of Biological Chemistry 2010; 285:13349.

442. Curia, Maria Cristina et al. MUTYH: Not just polyposis. World Journal of Clinical Oncology vol. 11,7 (2020): 428-449.

443. Davis, Colette et al. Genital powder use and risk of epithelial ovarian cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021.

444. Dominguez-Valentin, M et al. Cancer risks by gene, age, and gender in 6350 carriers of pathogenic mismatch repair variants: findings from the Prospective Lynch Syndrome Database. Genetics in Med 2020; 22:15.

445. Ewald, Ingrid et al.  Genomic rearrangements in BRCA1 and BRCA2: A literature review. Genetics and Molecular Biology, 32, 3, (2009) 437-446.

446. Fanale D, Fiorino A, Incorvaia L, et al. Prevalence and Spectrum of Germline BRCA1 and BRCA2 Variants of Uncertain Significance in Breast/Ovarian Cancer: Mysterious Signals from the Genome. Front Oncol. 2021;11:682445.

447. Federici, Giulia, Variants of uncertain significance in the era of high-throughput genome sequencing: a lesson from breast and ovary cancers. Journal of Experimental & Clinical Cancer

Daniel Clarke-Pearson, M.D.
Materials Considered

Research 2020; 39:46.

448. Frank, TS et al. Clinical characteristics of individuals with germline mutations in BRCA1 and BRCA2. J Clin Oncol 2002; 20:1480.

449. Frey MK, Kim SH, Bassett RY, Martineau J, Dalton E, Chern JY, Blank SV. Rescreening for genetic mutations using multi-gene panel testing in patients who previously underwent non-informative genetic screening. Gynecol Oncol. 2015 Nov;139(2):211-5.

450. Garcia-de-Teresa et al. Chromosome Instability in Fanconi Anemi: Brom Breaks to Phenotypic Consequences. GENES 2020; 11:1528.

451. Gene-Disease Validity Classification Summary, MUTYH - familial ovarian cancer, Clinical Genome Resource. URL [08.22.2021]

452. George, Sophia et al. Proliferation in the Normal FTE Is a Hallmark of the Follicular Phase, Not BRCA Mutation Status. Clinical Cancer Research 2012.

453. Greaves, M. How many mutations does it take? The Darwin Cancer Blog, BMJ 10/26/2015

454. Hall JM, Lee MK, Morrow J, Newman B, Anderson LA, Huey B, King M-C. Linkage of early-onset familial breast cancer to chromosome 17q21. Science 1990; 250:1684-1689.

455. Han E, Yoo J, Chae H, Lee S, Kim DH, Kim KJ, Kim Y, Kim M. Detection of BRCA1/2 large genomic rearrangement including BRCA1 promoter-region deletions using next-generation sequencing. Clin Chim Acta. 2020 Jun;505:49-54.

456. Heather, JM and Chain, B. The sequence of sequencers: The history of sequencing DNA. Genomics 2016; 107:1.

457. Hodan et al. Prevalence of Lynch Syndrome in women with mismatch repair-deficient ovarian cancer. Cancer Med 2021; 10:1012.

458. Hutchcraft, Megan L et al. MUTYH as an Emerging Predictive Biomarker in Ovarian Cancer. Diagnostics (Basel, Switzerland) vol. 11,1 84. 6 Jan. 2021.

459. Jackson, Sarah et al. Characteristics of Individuals With Breast Cancer Rearrangements in BRCA 1 and BRCA2. Cancer 2014 May 15; 120(10): 1557-1564.

460. Knudson,AG. Mutation and cancer: a statistical study of retinoblastoma. PNAS USA 1971;98:820.

461. Konstantinopoulos PA, Norquist B, Lacchetti C, Armstrong D, Grisham RN, Goodfellow PJ, Kohn EC, Levine DA, Liu JF, Lu KH, Sparacio D, Annunziata CM. Germline and Somatic Tumor Testing in Epithelial Ovarian Cancer: ASCO Guideline. J Clin Oncol. 2020 Apr 10;38(11):1222-1245.

462. Kuchenbaecker KB, et al. Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA 2017 Jun 20;317(23):2402-2416.

463. Lee, Kristy et al. Clinical Validity Assessment of Genes Frequently Tested on Hereditary Breast and Ovarian Cancer Susceptibility Sequencing Panels. Genet Med. 2019 July ; 21(7): 1497–1506.

464. Lewis, Ricki "What's a "Variant of Uncertain Significance?" A VUS?" https://dnascience.plos.org/2018/05/03/whats-a-variant-of-uncertain-significance-a-vus/

465. Lincoln, S. A Systematic Comparison of Traditional and Multigene Panel Testing for Hereditary Breast and Ovarian Cancer Genes in More Than 1000 Patients. J Mol Diagn 2015, 17: 533-544

466. Lu, KH and Daniels, MC, Endometrial and Ovarian Cancer in Women with Lynch Syndrome: Update on Screening and Prevention. Fam Cancer 2013; 12:273.

467. Martincorena, et al. Universal Patterns of Selection in Cancer and Somatic Tissues. Cell 2017;171:1029 .

468. Morjaria, S. Driver mutations in Oncogenesis. International J of Molecular and Immunooncology 2020; 6:100

469. Nielsen, F., van Overeem Hansen, T. & Sorensen, C. Hereditary breast and ovarian cancer: new

Daniel Clarke-Pearson, M.D.
Materials Considered

genes in confined pathways. Nat Rev Cancer 16, 599–612 (2016).

470. Piombino et al. Secondary Prevention in Hereditary Breast and/or Ovarian Cancer Syndromes Other than BRCA. J Oncol 2020:6384190.

471. Plon, SE et al. Sequence variant classification and reporting: recommendations for improving the interpretation of cancer susceptibility genetic tests results. Hum Mutat 2008;29:1282.

472. Richards, Sue et al. Standards and guidelines for the interpretation of sequence variants: a joint consensus recommendation of the American College of Medical Genetics and Genomics and the Association for Molecular Pathology. Genetics in medicine : official journal of the American College of Medical Genetics vol. 17,5 (2015): 405-24.

473. Schorge, John O et al. SGO White Paper on ovarian cancer: etiology, screening and surveillance. Gynecologic oncology. 2010; vol. 119,1: 7-17.

474. Terdiman, Jonathan P. MYH-associated disease: attenuated adenomatous polyposis of the colon is only part of the story." Gastroenterology vol. 137,6 (2009): 1883-6.

475. Verma M, Kulshrestha S, Puri A. Genome Sequencing. Methods Mol Biol. 2017;1525:3-33.

476. Vogt, Stefanie et al. Expanded extracolonic tumor spectrum in MUTYH-associated polyposis. Gastroenterology vol. 137,6 (2009): 1976-85.e1-10.

477. Wallace, AJ. New challenges for BRCA testing: a view from the diagnostic laboratory. Eur J Hum Genet 2016; 24:S10.

478. Wentzensen, Nicolas, O'Brien, Katie M. Talc, body powder, and ovarian cancer: A summary of the epidemiologic evidence. Gynecologic Oncology 2021,ISSN0090-8258

479. Wilson, M K et al. Fifth Ovarian Cancer Consensus Conference of the Gynecologic Cancer InterGroup: recurrent disease. Annals of oncology : official journal of the European Society for Medical Oncology 2017; vol. 28,4: 727-732.

480. Win, Aung Ko et al. Risk of extracolonic cancers for people with biallelic and monoallelic mutations in MUTYH. Int J Cancer. 2016 October 1; 139(7): 1557–1563.

481. Wooster, R et al. Identification of breast cancer susceptibility gene BRCA2. Nature 1994;378:789.

482. Wright, Maya A et al. Douching or Perineal Talc Use and Prevalent Fibroids in Young African American Women. Journal of women's health 5 Mar. 2021

483. Yang, X et al. Ovarian and Breast Cancer Risks Associated with Pathogenic Variants in RAD51C and RAD51D. JCNI 2020; 112.

484. Peres, Lauren, et al. Racial Differences in Population Attributable Risk for Epithelial Ovarian Cancer in the OCWAA Consortium. JCNI 2021; 113(6): djaa188.

485. Alvi, Q et al. Demographic, Lifestyle and Reproductive Factors Associated with Ovarian Cancer Among Married Women in Pakistan. Journal of Namibian Studies. 35 (2023): 2029-2041.

486. Ambarak, Mariam Farag. Discovering of Asbestos Fibers and Corn Starch in Talc Material for Baby Powder Samples from Different Markets in Benghazi City. Ad J Chem B 2023. 5(3): 261-270.

487. Amerian Cancer Society. "Talcum Powder and Cancer." Statement, December 6, 2022.

488. APHA. "Eliminating Exposure to Asbestos." Statement, November 5, 2019.

489. Borm, Paul J.A. Talc Inhalation in Rats and Humans. JOEM February 2023. 65(2): 152-159.

490. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Cancer Epidemiol Biomarkers Prev. 2022 February; 31(2): 443-452.

491. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Supplemental 1 Tables. 2022.

492. Brieger, K et al. High Pre-Diagnosis Inflammation-Related Risk Score Associated with Decreased Ovarian Cancer Survival. Supplemental 2 Table. 2022.

493. Ciocan, C et al. Mortality in the Cohort of Talc Miners and Millers from Val Chisone, Northern Italy: 74 Years of Follow Up. Environmental Research 203 (2022): 111865.

Daniel Clarke-Pearson, M.D.
Materials Considered

494. Cramer, Daniel. The Association of Talc Use and Ovarian Cancer: Biased or Causal Letter to the Editor. Gynecologic Oncology Reports 41 (2022).

495. Davis, C et al. Genital Powder Use and Risk of Epithelial Ovarian Cancer in the Ovarian Cancer in Women of African Ancestry Consortium. Cancer Epidemiol Biomarkers Prev. 2021; 30: 1660-8.

496. Ding, D et al. Insights into the Role of Oxidative Stress in Ovarian Cancer. Oxidative Medicine and Cellular Longevity Vol. 2021. https://doi.org/10.1155/2021/8388258.

497. Federal Register. Asbestos; Reporting and Recordkeeping Requirements Under the Toxic Substances Control Act (TSCA). A Final Rule by the EPA on July 25, 2023.

498. Ferrante, D et al. Italian Pool of Asbestos Workers Cohorts: Mortality Trends of Asbestos-Related Neoplasms after Long Time since First Exposure. Occup Environ Med 2017; 74: 887-898.

499. Goodman, J et al. A Critical Review of Talc and Ovarian Cancer. Journal of Toxicology and Environmental Health, Part B 2020; 23:5, 183-213.

500. Gossett, D and del Carmen, M. Use of Powder in the Genital Area and Ovarian Cancer Risk Letter to the Editor. JAMA January 7, 2020. Volume 323, Number 1.

501. Henley, S et al. Geographic Co-Occurrence of Mesothelioma and Ovarian Cancer Incidence. J Womens Health January 2020; 29(1): 111-118.

502. Huang, T et al. Estimated Number of Lifetime Ovulatory Years and Its Determinants in Relation to Levels of Circulating Inflammatory Biomarkers. Am J Epidemiol 2020; 189(7): 660-670.

503. Hurwitz, L et al. Modification of the Association Between Frequent Aspirin Use and Ovarian Cancer Risk: A Meta-Analysis Using Individual-Level Data From Two Ovarian Cancer Consortia. J Clin Oncol 2022.

504. Leung, L et al. Occupational Environment and Ovarian Cancer Risk. Occup Environ Med 2023; 0:1-9.

505. Lynch, H et al. Systematic Review of the Association Between Talc and Female Reproductive Tract Cancers. Frontiers in Toxicology August 7, 2023.

506. Lynch, H et al. Systematic Review of the Association Between Talc and Female Reproductive Tract Cancers. Frontiers in Toxicology. Supplemental Online Content.

507. Micha J et al. Talc Powder and Ovarian Cancer: What is the Evidence? Arch Gynecol Obstet 2022; 306: 931-933.

508. National Cancer Institute. Asbestos – Cancer-Causing Substances. March 29, 2022.

509. National Cancer Institute. Ovarian, Fallopian Tube, and Primary Peritoneal Cancers Prevention (PDQ) Health Professional Version. October 16, 2023.

510. Nowak, D et al. Asbestos Exposure and Ovarian Cancer - a Gynecological Occupational Disease. Background, Mandatory Notification, Practical Approach. Geburtshilfe Frauenheilkd 2021 May; 81(5): 555-561.

511. O'Brien, K et al. Douching and Genital Talc Use: Patterns of Use and Reliability of Self-Reported Exposure Manuscript.

512. Johnson & Johnson's Baby Powder: A Comprehensive Review (in Response to Health Canada). March 17, 2020.

513. Pal, T et al. BRCA1 and BRCA2 Mutations Account for a Large Proportion of Ovarian Carcinoma Cases. Cancer December 15, 2005; 104(12): 2807-16.

514. Permuth-Wey, J et al. Epidemiology of Ovarian Cancer: An Update. *Advances in Diagnosis and Management of Ovarian Cancer.* 2014.

515. Phung, M et al. Effects of Risk Factors for Ovarian Cancer in Women With and Without Endometriosis. Fertil and Steril 2022.

516. Phung, M et al. Effects of Risk Factors for Ovarian Cancer in Women With and Without

Daniel Clarke-Pearson, M.D.
Materials Considered

Endometriosis. Supplemental Content Online.

517. Santosh, S et al. "Oxidative Stress in the Pathogenesis of Ovarian Cancer." Handbook of Oxidative Stress in Cancer: Therapeutic Aspects. 2022. https://doi.org/10.1007/978-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-0_226

518. Schildkraut, J. Invited Commentary: Relationship Between Ovulation and Markers of Systemic Inflammation Versus Markers of Localized Inflammation. Am J Epidemiol. 2020; 189(7): 671-673.

519. Slomovitz, B et al. Asbestos and Ovarian Cancer: Examining the Historical Evidence. Int J Gynecol Cancer 2021; 31: 122-128.

520. Tanha, Kiarash et al. Investigation on Factors Associated with Ovarian Cancer: An Umbrella Review of Systematic Review and Meta-Analyses. Journal of Ovarian Research 2021; 14: 153.

521. Tran, T and Egilman, D. Response to Micha et al. (2022) Talc Powder and Ovarian Cancer: What is the Evidence? Archives of Gynecology and Obstetrics December 2022.

522. Vidican, P et al. Frequency of Asbestos Exposure and Histological Subtype of Ovarian Carcinoma. Int J Environ Res Public Health 2022; 19 (5383).

523. Walsh, T et al. Mutations in 12 Genes for Inherited Ovarian, Fallopian Tube and Peritoneal Carcinoma Identified by Massively Parallel Sequencing. PNAS November 1, 2011. 108 (44).

524. Wentzensen, N and O'Brien, K. Talc, Body Powder, and Ovarian Cancer: A summary of the Epidemiologic Evidence. Gynecologic Oncology July 2021. https://doi.org/10.1016/j.ygyno.2021.07.032

525. Woolen S, Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer: A Systematic Review and Meta-Analysis. J Gen Intern Med 2022.

526. Woolen S, Lazar, A and Smith-Bindman, R. Association Between the Frequent Use of Perineal Talcum Powder Products and Ovarian Cancer. Supplemental Content Online.

527. Yin, YS and Liu, HY. The Asbestos Contamination of Body Powder and Its Effect on Ovarian Health. February 4, 2022. https://doi.org/10.21203/rs.3.rs-1237040/v1.

528. American Cancer Society. Cancer Facts and Figures 2023.

529. Harper AK, Wang X, Fan R, Kirsch Mangu T, Fletcher NM, Morris RT, et al. Talcum Powder Induces Malignant Transformation in Normal Human Primary Ovarian Epithelial Cells. Minerva Obstet Gynecol 2023;75:150-7.

530. Kim S., et al. Asbestos Exposure and Ovarian Cancer: A Meta Analysis. Safety and Health at Work 2023.

531. Turati F., et al. Occupational Asbestos Exposure and Ovarian Cancer: Updated Systematic Review. Occupational Medicine 2023.

532. O'Brien KM et al. Intimate Care Products and Incidence of Hormone-Related Cancers: A Quantitative Bias Analysis. J Clin Oncol 00:1-15 (2024).

533. Sanchez-Prieto M et al. Etiopathogenesis of Ovarian Cancer. An Inflamm-aging Entity? Gyn Onc Reports 42 (2022) 101018.

534. Harris H et al. Epidemiologic Methods to Advance Our Understanding of Ovarian Cancer Risk. J Clin Oncol 00:1-3 (2024).

535. Hagelund N. Study Finds Association Between Genital Talc Use and Increased Risk of Ovarian Cancer. Am Soc of Clin Onc, ASCO Perspective, May 15, 2024. https://society.asco.org/about-asco/press-center/news-releases/study-finds-association-between-genital-talc-use-and-increased

Daniel Clarke-Pearson, M.D.
Materials Considered

## Company Documents

1. IMERYS 088907
2. IMERYS 210136
3. IMERYS048311
4. IMERYS051370
5. IMERYS053387
6. IMERYS088907
7. IMERYS090653
8. IMERYS094601
9. IMERYS098115
10. IMERYS105215
11. IMERYS137677/P-594
12. IMERYS210136
13. IMERYS210729
14. IMERYS219720
15. IMERYS230366
16. IMERYS241866
17. IMERYS245144/P-659
18. IMERYS248877
19. IMERYS255101
20. IMERYS255224
21. IMERYS255384
22. IMERYS255394
23. IMERYS255395
24. IMERYS279884
25. IMERYS279968
26. IMERYS281335
27. IMERYS281776
28. IMERYS284935
29. IMERYS304036
30. IMERYS304036
31. IMERYS324700
32. IMERYS342524
33. IMERYS406170
34. IMERYS422289
35. IMERYS467511
36. IMERYS-A_0011817
37. IMERYS-A_0015663
38. IMERYS-A_0024548
39. J&J S2s and BP Product Analysis (1972)
40. JANSSEN-000001/P-22
41. JANSSEN-000056/P-23
42. JNJ 000251888
43. JNJ000000704/P-396
44. JNJ000011150
45. JNJ000016645

31

Daniel Clarke-Pearson, M.D.
Materials Considered

46. JNJ000019415
47. JNJ000026987
48. JNJ000030027
49. JNJ000062359
50. JNJ000062436
51. JNJ000063951
52. JNJ000064544
53. JNJ000064762
54. JNJ000065264
55. JNJ000065601
56. JNJ000087166
57. JNJ000087710
58. JNJ000087716
59. JNJ000089413
60. JNJ000231422
61. JNJ000232996
62. JNJ000236810
63. JNJ000237076
64. JNJ000238021
65. JNJ000245002
66. JNJ000245678
67. JNJ000245762
68. JNJ000246467
69. JNJ000247375
70. JNJ000251888
71. JNJ000260570
72. JNJ000260697
73. JNJ000260709
74. JNJ000261010
75. JNJ000264743
76. JNJ000265171
77. JNJ000265536
78. JNJ000277941
79. JNJ000279507
80. JNJ000314315
81. JNJ000314406
82. JNJ000347962
83. JNJ000348778
84. JNJ000381995
85. JNJ000404860
86. JNJ000460665
87. JNJ000521616
88. JNJ000526750
89. JNJ000025132
90. JNJ000046293
91. JNJ000260700
92. JNJAZ55_000000577

Daniel Clarke-Pearson, M.D.
Materials Considered

93. JNJAZ55_000000905
94. JNJAZ55_000004563
95. JNJAZ55_000006341
96. JNJAZ55_000008177
97. JNJL61_000014431
98. JNJMX68_000003728
99. JNJMX68_000012858
100. JNJMX68_000013019
101. JNJMX68_000013945
102. JNJMX68_000017827
103. JNJNL61_000079334
104. LUZ013094/P-26
105. P-321
106. P-47
107. PCPC_MDL00062175
108. PCPC0075758
109. RJLEE-001497
110. WCD 002478 - Exhibit 32 Waldstreicher

111. Pltf_MISC_00000272 (JANSSEN-000001-19) 1962.
112. RA00461
113. RA00462
114. RA00469-70
115. RA00471-72
116. RA00473
117. RA00474
118. RA00475
119. RA00476
120. RA00477-78
121. JNJTALC001465273

## Other Materials

3rd Supplemental MDL Report of William Longo, PhD – Analysis of Non-Historical J&J's Talcum Powder Consumer Product Containers and J&J Chinese Historical Talc Retain Samples, dated November 17, 2023.

William E. Longo, PhD – MDL Johnson's Baby Powder Application and Exposure Container Calculations for Six Ovarian Cancer Victims Bellwether Cases, dated November 17, 2023.

Amended Expert Report of Shawn Levy, PhD, dated November 15, 2023.

**Case-Specific Depositions**

Deposition of Tamara Newsome, dated 12/09/2020
Deposition of Dr. Albert Steren, dated 02/17/2021
Deposition of Dr. Ravin Garg, dated 02/04/2021
Deposition of Daniel Francois, Jr., dated 05/13/2021
Deposition of Tae'lor Francois, dated 05/14/2021
Deposition of Daniel L. Clarke-Pearson, M.D., dated 08/26/2021
Deposition of Daniel L. Clarke-Pearson, M.D., dated 8/27/2021

**Plaintiff Profile Form**

Plaintiff Profile Form
First Amended Plaintiff Profile Form
Second Amended Plaintiff Profile Form
Third Amended Plaintiff Profile Form

**Medical Records (Defense)**

Adventist HealthCare NewsomeT-AdventistHealthcareMR-00001-00004
Adventist HealthCare NewsomeT-WOMCMR-00006-00088
Adventist HealthCare NewsomeT-WOMCMR-00089-00092
Adventist HealthCare NewsomeT-WOMCRad-00001
Adventist HealthCare NewsomeT-WOMCRad-00002-00003
Adventist HealthCare NewsomeT-WOMCRad-00004-00007
Adventist HealthCare NewsomeT-WOMCRad-00008
Adventist HealthCare NewsomeT-WOMCRad-00009
Adventist HealthCare Wash Adventist Hosp NewsomeT-WAHMRPharm-00001-00005
Adventist HealthCare Wash Adventist Hosp NewsomeT-WAHMRPharm-00006-00020
Adventist HealthCare Washington Adventist Hosp NewsomeT-WAHMR-00001-00005
Adventist HealthCare Washington Adventist Hosp NewsomeT-WAHMR-00006-00080
Adventist HealthCare Washington Adventist Hosp NewsomeT-WAHMR-00081-00095
Adventist HealthCare Washington Adventist HospNewsomeT-WAHMR-00001-00075
Adventist HealthCare Washington Adventist Hosp NewsomeT-WAHRad-00001-00004
Annapolis Oncology Ctr NewsomeT-AOCMR-00001-00280
Anne Arundel Med Ctr NewsomeT-AAMC-00001-00008
Anne Arundel Med Ctr NewsomeT-AAMC-00009-00010
Anne Arundel Med Ctr NewsomeT-AAMCMR-00001-00005
Anne Arundel Med Ctr NewsomeT-AAMCMR-00006-00493
Anne Arundel Med Ctr NewsomeT-AAMCRad-00001-00005
Anne Arundel Med Ctr NewsomeT-AAMCRad-00006-00012
Anne Arundel Med Ctr NewsomeT-AAMCRad-00013-00018
Anne Arundel Med Ctr NewsomeT-AAMCRad-00019-00020
Anne Arundel Med Ctr Oncology & Hematology NewsomeT-AAMCOH-00001-00006

Anne Arundel Med Ctr Oncology & Hematology NewsomeT-AAMCOH-00007-00327
Capital Women's Care NewsomeT-CWCMR-00001-00103
Community Radiology Assoc NewsomeT-CRAMR- 00001-00011
Holy Cross Hosp NewsomeT-HCHMR-00001-405
Holy Cross Hospital NewsomeT-HolyCrossH-00001-00011
Holy Cross Hospital NewsomeT-HolyCrossHospPath- 00001
Physicians Inpatient Care Specialists LLC NewSomeT-PICSLLCPB-00001-00004
Quest Diagnostics NewsomeT-QDB-00004-00058
Quest Diagnostics NewsomeT-QDB-00059-00146
Quest Diagnostic Nichols Institute NewsomeT-QDNISJC- 00001-00004
Radiology Holy Cross Hosp NewsomeT-HCHRad-00001-00014
Target Corporation NewsomeT-TPCO-00001-00006
Women's Health Spec. of Montgomery Co. NewsomeT-WHSMCLMR- 00020-00024
Women's Health Spec. of Montgomery Co. NewsomeT-WHSMCLMR- 00025-00098
Women's Health Spec. of Montgomery Co. NewsomeT-WHSMR-00001-00006
Women's Health Spec. of Montgomery Co. NewsomeT-WHSMR- 00007-00020
Women's Health Spec of Montgomery Co. NewsomeT-WHSMCLPB- 00001-00019

## Medical Records (Plaintiff)

Anne Arundel Med Ctr NEWSOMET_AAMC_C_MDR000001-410
Anne Arundel Med Ctr Oncology & Hematology NEWSOMET_GARG_C_MDR000003-101
Blasingame, Burch, Garrard & Ashley, PC NEWSOMET REC 00001-00010
Capital Women's Care NEWSOMET_CAPI_MDR000001-000023
Capital Women's Care NEWSOMET CAPI C MDR 00001-00100
Holy Cross Hospital NewsomeT-HCHMR-00406-00422
Holy Cross Hospital NEWSOMET__HCH__MDR000001-000043
Holy Cross Hospital NewsomeT-HolyCrossHospPath-00008-00113
Maryland Oncology Hematology NEWSOMET_MOHA_MDR000001-2
Garg, Ravin NEWSOMET GARG C MDR 00001-00101
Garg, Ravin NEWSOMET GARG MDR 00001-00076
Garg, Ravin NEWSOMET_GARG_C_MDR000001-000002
Maryland Oncology Hematology - Annapolis NEWSOMET_MOHA_C_MDR000001-000003
Maryland Oncology Hematology - Annapolis NEWSOMET MOHA MDR 00001-00002
Muttath, Sureshkumar, M.D. NEWSOMET_MUTTATH_MDR000001-000080
Muttath, Sureshkumar, M.D. NEWSOMET_MUTTATH_C_MDR000001-000081
Muttath, Sureshkumar, M.D. NewsomeT-SMMLMR- 00001-00010
Muttath, Sureshkumar, M.D. NewsomeT-SMMLMR-00011-00027
Myriad Genetics NewsomeT-MyrdGeneIncMR-00001-00018
Newsome, Tamara NEWSOMET_REC000001-000010
Steren, Albert NEWSOMET_PWHS_MDR000001-000003
Community Radiology Associates NEWSOMET_CRA_MDR000001-23
Maryland Oncology Hematology - Annapolis - NEWSOMET_MOHA_C_MDR000004-79
Maryland Oncology Hematology - Annapolis (NEWSOMET_MOHA_MDR000003-29)
Steren, Albert (NEWSOMET_PWHS_MDR000004-60)

Sureshkumar Muttath, MD - NEWSOMET_MUTTATH_MDR000081-106

## **Other Documents**

Expert Report of John Godleski, M.D., dated June 24, 2021.

Report of William E. Longo, Analysis of Tamara Newsome's JBP containers, dated November 17, 2023.

Exhibit C

**Daniel Clarke-Pearson, MD**
**Medical Legal Testimony in last 5 years**


Date: January 7, 2019
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

March 27, 2020
Khan v. Karl Storz, Howard Jones, Noh Goodman, Valley Health System
SUPERIOR COURT OF NEW JERSEY
2 LAW DIVISION - ESSEX COUNTY

March 9, 2021
Case:  Ruscitto v. Jones

Date: September 13, 2021 and September 14, 2021
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Date: January 17, 2024 and March 8, 2024
Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability
Litigation MDL No. 2738

Hourly Rate: $900/hour