# Exhibit 29

**431**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
MDL-NO. 16-2738 (FLW)(LHG)

_____

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS            ORAL DEPOSITION OF:
MARKETING, SALES PRACTICES,            DANIEL L.
                                  CLARKE-PEARSON, MD
AND PRODUCTS LIABILITY
                                        VOLUME 2
LITIGATION
_____

\*   \*   \*   \*

FRIDAY, AUGUST 27, 2021

\*   \*   \*   \*

MASTROIANNI & FORMAROLI, INC.
Certified Court Reporting & Videoconferencing
515 South White Horse Pike
Audubon, New Jersey 08106
856-546-1100

**432**

Transcript of proceedings in the above matter taken stenographically by Theresa Mastroianni Kugler, Certified Court Reporter, license number 30X100085700, Notary Public of the State of New Jersey and the Commonwealth of Pennsylvania at The Notary Hotel, 21 N. Juniper Street, Mezzanine 1, Philadelphia, Pennsylvania, commencing at 9:06 AM.

**433**

1  A P P E A R A N C E S:
2
3      BEASLEY ALLEN LAW FIRM
       BY:  MARGARET THOMPSON, MD, ESQUIRE
4      218 COMMERCE STREET
       P.O. BOX 4160
5      MONTGOMERY, ALABAMA  36104
       512-695-1708
6      margaret.thompson@beasleyallen.com
       ATTORNEYS FOR THE PLAINTIFFS
7
8
       ASHCRAFT & GEREL, LLP
9      BY:  MICHELLE A. PARFITT, ESQUIRE
       SUITE 700
10     1825 K STREET NW
       WASHINGTON DC, 20006
11     202-783-6400
       FAX 202-416-6392
12     mparfitt@ashcraftlaw.com
       ATTORNEYS FOR THE PLAINTIFFS
13
14
       ONDER LAW, LLC
15     BY:  CYNTHIA L. GARBER, ESQUIRE
       12 CORPORATE PLAZA
16     SUITE 275
       NEWPORT BEACH, CALIFORNIA  92660
17     OFFICE - 949-688-1799
       DIRECT - 949-688-1796
18     FAX - 949-209-5884
       garber@onderlaw.com
19     ATTORNEYS FOR THE PLAINTIFFS,
       CONVERSE AND GALLARDO
20
21
       BLASINGAME, BURCH, GARRARD, ASHLEY, PC
22     BY:  LEANNA B. PITTARD, ESQUIRE
       2100 SOUTHBRIDGE PARKWAY
23     SUITE 650
       BIRMINGHAM, ALABAMA  35209
24     205-414-7009
       lpittard@bbga.com
25     ATTORNEYS FOR THE PLAINTIFF,

**434**

1
       SKADDEN ARPS
2      BY:  ALLISON M. BROWN, ESQUIRE
         - and -
3      BY:  KATE MULLALEY, ESQUIRE
       ONE MANHATTAN WEST
4      NEW YORK, NEW YORK  10001-8602
       212-735-3000
5      212-735-2000/1
       allison.brown@skadden.com
6      ATTORNEYS FOR THE DEFENDANT,
       JOHNSON & JOHNSON
7
8
       FAEGRE, DRINKER, BIDDLE & REATH, LLP
9      BY:  ERIC M. FRIEDMAN, ESQUIRE
       300 NORTH MERIDIAN STREET
10     SUITE 2500
       INDIANAPOLIS, INDIANA  46204
11     317-237-1187
       FAX - 317-237-1000
12     eric.friedman@faegredrinker.com
       ATTORNEYS FOR THE DEFENDANT,
13     JOHNSON & JOHNSON

435

                    WITNESS INDEX

    EXAMINATION OF DR. DANIEL L. CLARKE-PEARSON, MD

      By MS. BROWN           Page  439, 697

      By Ms. Thompson         Page  684, 704

437

Exhibit 39, Expert Report of Daniel L.
Clarke-Pearson, MD for Pasqualina Rausa
    Page 636

Exhibit 40, Plaintiff Profile Form for Pasqualina Rausa
    Page 653

Exhibit 41, medical record Bates stamped PRAUSAPL-126
    Page 664

Exhibit 42, medical record Bates stamped SVMCRMR-9
    Page 668

436

        E X H I B I T S

EXHIBITS ATTACHED TO THE END OF THIS TRANSCRIPT

Exhibit 30, letter from Dr. Daniel L. Clarke-Pearson to Dr. Warner Huh and David Cohn and Pierre Desy
    Page 439

Exhibit D-31, poster entitled Talcum powder induces a malignant transformation in normal ovarian epithelial cells, by lead author Dr. Ghassan Saed
    Page 491

Exhibit 32, Dr. Saed poster
    Page 507

Exhibit 33, case-specific report on Ms. Newsome by Dr. Clarke-Pearson
    Page 529

Exhibit 34, Health Canada assessment referenced in correspondence with SGO
    Page 533

Exhibit 35, Dr. Godleski's report
    Page 580

Exhibit 36, article by Dr. Megan Hutchcraft from updated reliance list
    Page 591

Exhibit 37 article entitled Obesity and Risk of Ovarian Cancer Subtypes: Evidence from the Ovarian Cancer Association Consortium
    Page 602

Exhibit 38, report from John J. Godleski, MD dated June 21, 2021
    Page 630

438

           R E Q U E S T S

        REQUEST.....................Page  485

467

1  being prevented, it just can't keep up with things.
2      Q.   And do we know with talc one way or the
3  other which way it is?  Like the body can't repair or
4  can't repair fast enough or what the story is?
5           MS. THOMPSON:  Objection.
6           THE WITNESS:  We don't know.
7  BY MS. BROWN:
8      Q.   Because the truth is, we have mutated
9  genes all the time that our body is able to kill off
10 and deal with, right?
11     A.   We have mutations, I'm not sure they're
12 mutated genes.
13     Q.   Okay.  Our cells, as a normal part of
14 just being alive, mutate and our body is able to
15 force those cells to die so that they don't harm us,
16 right?
17          MS. THOMPSON:  Object to form.
18          THE WITNESS:  Yes.  And one of the
19 pieces of data that we do know is that talcum powder
20 reduces apoptosis, which is what forces cells to die.
21 The cells that are abnormal, that are mutated.  So
22 talcum powder has been demonstrated to decrease
23 apoptosis.
24 BY MS. BROWN:
25     Q.   And what study is that?

468

1      A.   This would be the Fletcher study.
2      Q.   Okay.  We'll talk about that.
3           Have you reviewed the literature that
4  talc induces apoptosis of malignant cells and not
5  normal cells?
6           MS. THOMPSON:  Objection.
7           THE WITNESS:  Apoptosis of cells that
8  are damaged that could go on to become malignant,
9  yes.
10 BY MS. BROWN:
11     Q.   So there is actually data that shows
12 the talc doing a good thing when it comes to
13 malignant cells, right?  The talc is actually pausing
14 apoptosis of the malignant cells, right?
15          MS. THOMPSON:  Objection.
16          THE WITNESS:  No, if that's your you're
17 understanding, that's not what I'm saying.
18 BY MS. BROWN:
19     Q.   Okay.
20          Have you seen that literature where
21 talc is inducing apoptosis of only malignant cells?
22     A.   I've not seen that literature.
23          MS. THOMPSON:  Objection.
24 BY MS. BROWN:
25     Q.   So getting back to what we were talking

469

1  about in Ms. Converse's case, is it possible for you,
2  when you did your analysis of Ms. Converse's case, to
3  know when the malignant transformations due to her
4  family history of breast cancer began?
5           MS. THOMPSON:  Objection.
6           THE WITNESS:  The malignant
7  transformation with regard to that specific --
8  BY MS. BROWN:
9      Q.   Risk factor.
10     A.   -- risk factor, that specific cause,
11 that one mutation that she may have hypothetically.
12 We don't -- there is no demonstrated mutation in this
13 patient's case.  We're talking family history.  But
14 if there was a mutation, that's one mutation that she
15 already has.  She inherited that mutation.  It didn't
16 happen later, it happened when she was --
17     Q.   Born --
18     A.   Even before she was born, so...
19     Q.   Okay.  So if you think about ovarian
20 cancer sort of as this continuum where a woman needs
21 to develop 5 to 10 mutations to present with ovarian
22 cancer, what you're saying is some causes of ovarian
23 cancer, like a family history, a genetic mutation,
24 could cause a woman to essentially be born already
25 some way along that continuum because she's born with

470

1  the mutation, correct?
2      A.   She would have one of those mutations,
3  yes.
4      Q.   Is there a mutation that you believe a
5  woman could be born with that already gets her to the
6  5 to 10?
7           Meaning, does science know of a
8  mutation which a woman is born with that can already
9  ensure that she's going to get ovarian cancer?
10          MS. THOMPSON:  Objection.
11          THE WITNESS:  No, I'm not aware of any
12 of that.
13 BY MS. BROWN:
14     Q.   We were talking hypothetically about
15 Ms. Converse, but you would agree -- let's talk
16 concrete, though, about her now.
17          You would agree talc is a cause,
18 correct?
19     A.   Yes.
20     Q.   You would agree family history of
21 breast cancer is a cause?
22     A.   I think it's a possible cause.
23     Q.   And you would agree other -- another
24 factor or another factors were a cause of her clear
25 cell cancer?

591

1    MS. THOMPSON: Objection.
2    THE WITNESS: No, I can't give an
3 opinion about the exact percentage, if you will, or
4 assign an exact weight to each one of the those.
5 BY MS. BROWN:
6    Q.    You noted in your Newsome report that
7 Ms. Newsome was diagnosed with a variant of
8 undetermined significance, the MUTYH gene, correct?
9    A.    That's correct.
10    Q.    And you indicate in your report that
11 that is not a clinically significant finding, right?
12    A.    Yes.
13    Q.    What do you mean by that?
14    A.    There is no evidence in the literature
15 that I was able to identify, nor is there any
16 evidence in the National Cancer Center data base,
17 ClinVar, that that particular VUS has been reported
18 to be associated with any cancers, including ovarian
19 cancer.
20    Q.    I want to show you what we'll mark as
21 Exhibit 36 to your deposition, which is an article
22 from your updated reliance list by Dr. Hutchcraft, et
23 al.
24        (Exhibit 36, article by Dr. Megan
25 Hutchcraft from updated reliance list, is marked for

592

1 identification)
2 BY MS. BROWN:
3    Q.    Doctor, we've handed you what we've
4 marked as Exhibit 36 to your deposition, an article
5 by Dr. Megan Hutchcraft and others titled MUTYH as an
6 Emerging Predictive Biomarker in Ovarian Cancer.
7        Do you see that?
8    A.    Yes.
9    Q.    And do you recall listing this article
10 as one of your supplemental reliance materials?
11    A.    Yes, I did. It was one of the articles
12 I reviewed in preparation.
13    Q.    Let's take a look at the abstract of
14 this article.
15        It begins by saying that approximately
16 18 percent of ovarian cancers have an underlying
17 genetic predisposition and many of the genetic
18 alterations have become intervention and therapy
19 targets.
20        Do you agree with that?
21    A.    I agree that you're reading it
22 correctly, yes.
23    Q.    But do you agree generally that
24 somewhere between 15 and 20 percent of ovarian
25 cancers have a known genetic predisposition?

593

1    A.    Yes, between BRCA and Lynch syndrome.
2    Q.    Okay. And they go on to say that:
3 Although mutations in the MUTYH gene are best known
4 for MUTYH-associated polyposis and colorectal cancer,
5 it plays a role in the development of ovarian cancer.
6        Do you see that?
7    A.    That's what I see.
8    Q.    They go on to say that in the review
9 they discuss the function of the gene, the
10 epidemiology and the mechanism for carcinogenesis,
11 right?
12    A.    Yes.
13    Q.    And they examine the emerging role in
14 the development of ovarian cancer and how this
15 mutation may confer risk of ovarian cancer by the
16 failure of its well-known base excision repair
17 mechanisms or by failure to induce cell death, right?
18    A.    Yes.
19    Q.    And they say that a germline mutation
20 of this MUTYH gene confers a 14 percent risk of
21 ovarian cancer by age 70, right?
22    A.    Yes.
23    Q.    And do you agree with this article that
24 the MUTYH gene has been associated with an increased
25 risk of ovarian cancer?

594

1    MS. THOMPSON: Objection.
2    THE WITNESS: I do, but it has nothing
3 to do with this particular case.
4 BY MS. BROWN:
5    Q.    And why is that?
6    A.    Because this patient doesn't have a
7 gene mutation, she has a single nucleotide variant,
8 which is not a mutation.
9    Q.    So explain to me the difference.
10        Does she have germline testing that did
11 not show a germline mutation of this MUTYH?
12    A.    It shows a variant, it does not show a
13 mutation.
14    Q.    So explain to me how you know the
15 difference --
16    A.    The variant --
17    Q.    -- based on her testing.
18    A.    So a gene mutation is more than just
19 one nucleotide change in all cases. And so there are
20 specific variants. And if you look at this ClinVar
21 or if you look at her genetic report, there is a
22 specific description with a series of numbers
23 describing where along the gene this variant is
24 found.
25    Q.    Okay.

655

1 testimony about the tubal ligation in 1988 was not
2 accurate based on your independent review of the
3 medical records, correct?
4 　　　　MS. THOMPSON: Objection.
5 　　　　THE WITNESS: I relied on the medical
6 record for that in that case. I didn't have any
7 medical records with regard to her talc use, so I had
8 to rely on what she said in deposition.
9 BY MS. BROWN:
10 　Q.　Is it your approach, in evaluating
11 evidence from a Plaintiff Profile Form, a deposition,
12 medical records, to favor information that's
13 contained in medical records over information
14 contained in deposition testimony or a Plaintiff
15 Profile Form?
16 　　　　MS. THOMPSON: Objection.
17 　　　　THE WITNESS: I think I try to use
18 both. Medical records, I think, are pretty accurate.
19 They're documented more contemporaneously.
20 BY MS. BROWN:
21 　Q.　And if you look at page 3 of the
22 Plaintiff Profile Form under medical history,
23 Ms. Rausa was asked if she ever had a tubal ligation
24 and she said yes, right?
25 　A.　Yes. Um-hum.

656

1 　Q.　And then she was asked for the date of
2 that and here, too, she said that that was 1988,
3 correct?
4 　A.　Yes, I see that.
5 　Q.　And did you, similarly, make a
6 determination that Ms. Rausa's recollection of when
7 she had a tubal ligation was inaccurate?
8 　　　　MS. THOMPSON: Objection.
9 　　　　THE WITNESS: No, I didn't say it was
10 inaccurate, I just chose to use the medical record
11 documentation in my report.
12 BY MS. BROWN:
13 　Q.　Okay. The difference between 2010 and
14 1988, of course, is 22 years, right?
15 　A.　Yes.
16 　Q.　Do you believe there is some
17 uncertainty in your mind as to the timing of
18 Ms. Rausa's tubal ligation?
19 　　　　MS. THOMPSON: Objection.
20 　　　　THE WITNESS: Yes, there is uncertainty
21 in my mind. I'd love to see the operative note from
22 when she actually had the tubal ligation.
23 BY MS. BROWN:
24 　Q.　Yeah, that's kind of the problem,
25 right, with these cases that involve a cancer that

657

1 takes a long time to develop, right? Because you
2 would agree that one of the things that's critical in
3 evaluating the complete picture is having an
4 understanding of what was going on with these women's
5 medical histories for as far back in time as
6 possible, right?
7 　　　　MS. THOMPSON: Objection.
8 　　　　THE WITNESS: Yes.
9 BY MS. BROWN:
10 　Q.　And one of the sort of just imperfect
11 facts of life when it comes to medical records
12 retention is that we often don't have the ability to
13 access, review and analyze medical records that go
14 back farther than 10 or 15 years, right?
15 　A.　That's correct.
16 　Q.　And you would agree that that's sort of
17 a limitation to the ability of somebody to evaluate
18 the cause of someone's cancer that we know takes a
19 really, really long time to develop, right?
20 　　　　MS. THOMPSON: Objection.
21 　　　　THE WITNESS: It could limit it, yes.
22 BY MS. BROWN:
23 　Q.　And as it relates to Ms. Rausa, the
24 inability to review the medical records following the
25 birth of her second son in 1988 is a limitation, in

658

1 your mind, in terms of confirming the date of her
2 tubal ligation.
3 　　　　Is that fair.
4 　　　　MS. THOMPSON: Objection.
5 　　　　THE WITNESS: I'm not quite sure I
6 understand the question. If I can paraphrase, I
7 don't think we have established the exact date of her
8 tubal ligation.
9 BY MS. BROWN:
10 　Q.　Sitting here today at your deposition
11 in the Rausa case, do you have an opinion as to the
12 date Ms. Rausa underwent her tubal ligation?
13 　　　　MS. THOMPSON: Objection.
14 　　　　THE WITNESS: I don't.
15 BY MS. BROWN:
16 　Q.　Okay. And does it matter to your
17 opinion that Ms. Rausa's ovarian cancer was caused by
18 talc, does it matter to you at all whether she had
19 her tubes tied in 1988 or whether she underwent a
20 tubal ligation in 2010?
21 　　　　MS. THOMPSON: Objection.
22 　　　　THE WITNESS: I think that the 1998 --
23 I'm sorry, 1988 tubal would have reduced her risk
24 some. But she still had 20 years of exposure to talc
25 from 1968 which she testified up until allegedly she

667

1 **ovarian cancer?**
2     MS. THOMPSON: Objection.
3     THE WITNESS: Absolutely not polycystic
4 ovarian disease. This is a the radiologist offering
5 an opinion without full -- well, he offered an
6 opinion. It's a 62 year old women, 62 year old women
7 don't have polycystic disease. Women who have
8 ovarian cancer diagnosed a month later with cystic
9 ovaries that are malignant, it's not polycystic
10 ovarian disease. The radiologist misinterpreted it,
11 overreached his diagnostic -- what we would expect to
12 see on a report. He simply could have said there are
13 cysts.
14 BY MS. BROWN:
15     **Q.    Got it.**
16     **And so there are a number of records,**
17 **as you know, from around this time period noting**
18 **polycystic ovaries, right?**
19     A.    Right.
20     **Q.    And as I understand your opinion, all**
21 **of those medical records are likely misreading what**
22 **ultimately is diagnosed as her cancer, is that right?**
23     A.    I would have to look at each one of
24 those records.
25     **Q.    Well, let's just look at one more and**

668

1 **tell me how you considered this.**
2     MS. BROWN: We'll mark as 42 a medical
3 record that has the Bates number SVMCRMR-9.
4     (Exhibit 42, medical record Bates
5 stamped SVMCRMR-9, is marked for identification)
6     THE WITNESS: Thank you.
7 BY MS. BROWN:
8     **Q.    And so this is another St. Louis --**
9 **sorry -- St. Vincent Medical Center medical record**
10 **and it's reporting postmenopausal bleeding in**
11 **Ms. Rausa, correct, under history and symptoms?**
12     A.    Yes.
13     MS. THOMPSON: Objection. This is the
14 same ultrasound study.
15     MS. BROWN: Well, he's going to testify
16 about that.
17     MS. THOMPSON: Okay. I thought you
18 didn't realize you were giving us two copies of the
19 same thing.
20     Okay. You said another report, so I
21 was just...
22 BY MS. BROWN:
23     **Q.    And under ovarian findings, you see the**
24 **handwritten notes here of probable polycystic**
25 **ovaries, right?**

669

1     A.    Enlarged polycystic ovaries, no solid
2 mass observed, ovaries better seen during
3 transabdominal imaging. Interesting.
4     Yes, that's what it says.
5     **Q.    What's interesting about the**
6 **transabdominal part of this report?**
7     A.    I would have expected that the
8 transvaginal ultrasound would have been given a more
9 clear, accurate, architectural description of the
10 ovaries.
11     **Q.    Because your counsel jumped in with her**
12 **view that this is a report of the transvaginal report**
13 **that we were just looking at.**
14     **Is this a transabdominal ultrasound?**
15     MS. THOMPSON: That's not what I said.
16     MS. BROWN: Shhh.
17     THE WITNESS: Okay. They've circled
18 both transabdominal and transvaginal.
19 BY MS. BROWN:
20     **Q.    Right.**
21     A.    And then there is this notation by
22 somebody, and I'm not sure this is a physician, it's
23 a sonographer, so it's a non-physician sonographer
24 that's writing his or her report, which is then
25 given, I presume, to the radiologist who then

670

1 dictated or created this report.
2     **Q.    Got it.**
3     A.    So, I'm sorry, what is your question?
4     **Q.    So my question is, in terms of this**
5 **individual's ovarian findings of probable polycystic**
6 **ovaries, are you of the same view that this is**
7 **actually just a misinterpretation of what is**
8 **ultimately diagnosed as her ovarian cancer?**
9     A.    Yes.
10     **Q.    And did I hear you say in terms of your**
11 **professional opinion that it would be unusual, if not**
12 **impossible, for a woman of her age to have had**
13 **polycystic ovarian syndrome?**
14     MS. THOMPSON: Objection.
15     THE WITNESS: Yes.
16 BY MS. BROWN:
17     **Q.    And why is that?**
18     A.    Because it's a disease, a condition of
19 premenopausal women and Ms. Rausa was 62 years old
20 and clearly menopausal. We don't see polycystic
21 ovarian disease --
22     **Q.    Got it. Go ahead.**
23     A.    Another thing, you might note on the
24 handwritten report by the sonographer makes a
25 notation of small amount of free fluid in the pelvis,

687

1   A.   No.
2   Q.   You were asked about whether you
3  believe a medical record is more credible or the
4  patient testimony is more credible.  Would that
5  depend on what the event is that the woman may be
6  describing?
7         MS. BROWN:  Objection to the form.
8         THE WITNESS:  Certainly.  I think the
9  source -- I'm sorry.
10        MS. BROWN:  Objection to the form.
11        THE WITNESS:  I think the source, if
12 there is more than one source, then we have to
13 evaluate that.  But as we just talked about, talcum
14 powder is not noted at all in the medical records in
15 these three cases, nor have I seen it in my clinical
16 experience in other medical records.  So with regard
17 to talcum powder use, I have to rely on the patient
18 and her family in their depositions to establish that
19 they used talcum powder.
20 BY MS. THOMPSON:
21   Q.   And does talcum powder use tend to be
22 habitual, at least in Ms. Rausa's case, she used it
23 after every shower, versus remembering a date of a
24 procedure or a medical event --
25   A.   Well, I think it's easy --

688

1         MS. BROWN:  Object to form.
2         THE WITNESS:  -- just like if somebody
3  is brushing their teeth in particular, you sort of do
4  things on a routine basis.  And so if I brush my
5  teeth every morning, some of these women report that
6  they used talcum powder on a routine, daily basis, as
7  this particular case is, after showering.  So it's
8  just part of their routine, personal care.
9  BY MS. THOMPSON:
10   Q.   Have there ever been any
11 epidemiological studies, to your knowledge,
12 associating Nystatin use with ovarian cancer?
13   A.   None.
14   Q.   Have there ever been any
15 epidemiological studies associating soap with ovarian
16 cancer?
17   A.   I'm not aware of any.
18   Q.   In the epidemiological studies that
19 look at talcum powder use, that's a self-reporting
20 question, right?
21   A.   Yes.  Just like a deposition, the
22 patient reports.
23   Q.   Right.  That's what I was getting at.
24        I'll ask a few questions about
25 Ms. Newsome.

689

1         In Ms. Newsome's deposition, you can
2  pull it out or I can read it, that she reported that
3  the five years leading up to her diagnosis, her
4  weight fluctuated between 158 and 162, 63.  I believe
5  that would be a BMI of about 29.
6         Is that consistent with what you
7  calculated her BMI at the time of diagnosis?
8         MS. BROWN:  Objection.  Form.
9         And do you mind, Margaret, just reading
10 the page and lines for the record?
11        MS. THOMPSON:  Sure.  And in the five
12 years leading up to your diagnosis, about what was
13 your weight?
14        Answer:  It fluctuated between about
15 158 and 162, 163.
16        MS. BROWN:  What's the page/line?
17        MS. THOMPSON:  Page 198, 13 through 15.
18        MS. BROWN:  Okay.
19        THE WITNESS:  I'm sorry.  The
20 question --
21 BY MS. THOMPSON:
22   Q.   That would calculate to about 29, less
23 than 30, is that consistent with the weight that was
24 reported in the medical record at the time of
25 diagnosis?

690

1         MS. BROWN:  Form.
2         THE WITNESS:  Yes, specifically her
3  BMI -- sorry.  My notes have gotten a little bit
4  shuffled here.
5         Her BMI was 28.5.  So what did you say,
6  29?
7  BY MS. THOMPSON:
8    Q.   Approximately.
9    A.   Okay.
10   Q.   And I asked if they were consistent.
11   A.   That's consistent with here -- what she
12 reported as her weight for the prior five years.
13   Q.   And 28.6 or 29 would not be considered
14 obese, right?
15   A.   It's not considered obese.
16   Q.   Did Ms. Newsome have a bialletic
17 mutation in MUTYH?
18   A.   No.
19   Q.   Is there any evidence that the VUS that
20 Ms. Newsome had is pathogenic?
21   A.   There is no evidence that I'm aware of
22 in the medical literature, and especially with the
23 ClinVar gathering of data from many sources, there is
24 no reported cases of ovarian cancer associated with
25 that.  It's not really a mutation, it's a variance.

703

BY MS. BROWN:
Q. Yep.
A. And talc.
Q. I'm sorry. What's the association between smoking and talc?
A. That it increases the risk of mucinous tumors in patients exposed to talc. So maybe I've misspoken. I thought we were talking specifically about only talc.
Q. Okay. I'm just getting a little confused.
A. Me too.
Q. Smoking is associated with mucinous tumors, correct?
A. Yes.
Q. And as I understood your testimony to Ms. Thompson, you do believe that talcum powder is associated with mucinous ovarian cancer, correct?
A. That's what I -- I don't think Ms. Thompson asked me that question about mucinous or did you. We were talking about stromal and germ cell.
MS. THOMPSON: And -- and --
MS. BROWN: No testifying.
BY MS. BROWN:
Q. Let me just is ask you, because maybe

704

it's late in the day, we're getting confused.
I understood your testimony to be that talcum powder does not cause mucinous epithelial ovarian cancer.
Is that true?
A. I think that's my belief, yes.
MS. BROWN: Okay. I have no further questions. Thank you very much.
MS. THOMPSON: I'm sorry. I forgot to ask my questions about Ms. Converse.
Will you give me permission --
MS. BROWN: Go right ahead.
MS. THOMPSON: They were on a different page and I missed them.
(EXAMINATION OF DR. CLARKE-PEARSON BY MS. THOMPSON:)
Q. I do have a few questions about Ms. Converse that I had not covered before.
Ms. Brown suggested that Dr. Schwartz concluded that talcum powder was not a cause of Ms. Converse's ovarian cancer.
Is that an accurate statement?
A. That's not how I understand his deposition.
Q. Did he even know that she used talcum powder?

705

A. Not at -- not while he was taking care of her.
Q. Ms. Brown also suggested that Dr. Schwartz determined that Ms. Converse had an undetected genetic mutation that caused ovarian cancer.
Is that an accurate statement?
A. Would you repeat that again in terms of --
Q. Did Dr. Schwartz determine that Ms. Converse had an undetected genetic mutation?
A. No, he said he suspected that she may, but he didn't determine that she had a mutation. And nobody else has determined she had a mutation.
Q. Ms. Brown suggested that Dr. Schwartz believed that the clear cell carcinoma arose from endometriosis.
Is that accurate?
A. My understanding --
MS. BROWN: Form.
THE WITNESS: -- that this is an opinion he came to in the middle of the operation with regard to frozen section that came back saying endometrioid, which is not correct. And that's not a fault of the pathologist, it's the best they can do

706

under the circumstances. But the final pathology report came out clear cell. But there is no evidence that this patient had endometriosis.
BY MS. THOMPSON:
Q. And what is the basis for the opinion that she does not have endometriosis, did not have endometriosis?
A. There is no evidence of endometriosis at the time of surgery when Dr. Schwartz had full exposure to look at all the pelvic tissues. Endometriosis is not a single implant on an ovary that causes cancer. It's implants on pelvic surfaces, what we call peritoneum, whether it's the bladder, rectum, colon, others areas in the pelvis, and does land on the ovaries too, but not just in one spot.
So there was no evidence from what he saw outside of her ovary that looked like endometriosis. And the pathologist who looked at the ovary called it a clear cell carcinoma, did not see any endometriosis. So further, she had no past history of any signs or symptoms that would suggest endometriosis.
Q. Ms. Brown suggested that Ms. Converse's treating doctors advised her daughter to have