# Exhibit 34

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:  JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

                                MDL No. 16-2738 (FLW)(LHG)

THIS DOCUMENT RELATES TO:
ANNA GALLARDO,              )
                            )
                            )
   Plaintiffs,              )Case No. 3:18-cv-10840
v.                          )
                            )
JOHNSON & JOHNSON, et al.,  )
                            )
   Defendants.              )


TUESDAY, JANUARY 12, 2021

        Remote Oral Deposition of ANNA GALLARDO, taken pursuant to notice and conducted at the location of the witness in the State of Missouri, commencing at 8:30 a.m. Central Time, on the above date, before Jennifer A. Dunn, Registered Professional Reporter, Certified Court Reporter.


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Anna Gallardo

```
                                                      Page 2
 1                   A P P E A R A N C E S
 2
 3    COUNSEL ON BEHALF OF PLAINTIFF:
 4       ONDER LAW FIRM
         BY:   CYNTHIA GARBER, ESQUIRE
 5       110 E. Lockwood Avenue
         St. Louis, Missouri  63119
 6       Tel:  314.408.6136
         garber@onderlaw.com
 7
 8    COUNSEL ON BEHALF OF DEFENDANT:
 9       SHOOK HARDY & BACON, LLP
         BY:   LORI MCGRODER, ESQUIRE
10       2555 Grand Boulevard
         Kansas City, Missouri  64108
11       Tel:  816.474.6550
         lmcgroder@shb.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   type of surgical procedures?
 2        A    No.
 3        Q    Have you ever been diagnosed with any autoimmune
 4   condition?
 5        A    No.
 6        Q    Like rheumatoid arthritis?
 7        A    No, I'm sorry.
 8        Q    Okay.  Have you ever been diagnosed with
 9   Peutz-Jeghers syndrome?
10        A    I'm not sure what that is, I don't think so.
11        Q    Okay.  Have you ever been involved in any other
12   lawsuits, other than this one?
13        A    No.
14        Q    I have to ask, have you ever been charged with a
15   felony?
16        A    No.
17        Q    I didn't think so.
18             How did you hear about an alleged connection
19   between ovarian cancer and Johnson's Baby Powder?
20        A    It was a verdict that was publicized the early
21   part of 2016.
22        Q    And where did you hear about a publicized verdict
23   in 2016?
24        A    On the television, news.
25        Q    What TV news was it?
```

Anna Gallardo

Page 89

1    A    It could have been a number of them.  I watch
2    different channels.  I watch, you know, FOX, it could have
3    been on NBC, CBS, I don't remember.
4    Q    And what was the nature of the information
5    provided in that program?
6    A    That the jury concluded that Johnson & Johnson
7    Baby Powder caused the woman's ovarian cancer.
8    Q    Did it talk about a verdict?
9    A    The verdict, that -- that -- she was -- won the
10   case.
11   Q    Did it talk about how much money she was awarded?
12   A    I'm sure they did, but I don't recall the amount.
13   Q    Was that the first time that you had ever heard of
14   allegations that -- that ovarian cancer could be caused by
15   Johnson's Baby Powder?
16   A    Yes, that was the first time.
17   Q    At any point prior to that had you ever seen
18   lawyer advertising on TV about talc lawsuits?
19   A    No, this was the first time that I was aware of
20   it.
21   Q    And how are you sure it was the first time you
22   were aware of it?
23   A    I just remember that it entered my mind that this
24   could be a possibility link of my ovarian cancer.
25   Q    Did you tell anyone that you had seen that news

Anna Gallardo

Page 117

1    effects?

2                MS. MCGRODER:  Object to the form.

3                THE WITNESS:  That's exactly right, yes.

4    BY MS. GARBER:

5        Q    In other words, the risks were not worth it to

6    you?

7        A    Not at all.

8                MS. MCGRODER:  Object to form.  Leading.

9    BY MS. GARBER:

10       Q    I want to speak to you about Johnson's Baby Powder

11   for a bit.

12            Why did you specifically buy Johnson & Johnson's

13   Baby Powder as opposed to other brands?

14       A    I trusted Johnson & Johnson.  I would look at

15   their ads, they would talk about it being effective and

16   safe.  Again, I liked the smell of it for, you know, for

17   hygiene.  And I thought it was a good brand.

18            I never really ever did generic branding, I

19   always, you know, used the label.  The label was important

20   to me and the company that I trusted.

21       Q    Counsel asked you about the bottle of Johnson's

22   Baby Powder.  Did you ever read the print on the back of the

23   bottle?

24       A    Yes, I would occasionally look at the print on the

25   back of the bottle, yes.

Anna Gallardo

Page 118

1    Q    And while you were using the product and looking
2  at the print on the back of the bottle, did you ever see a
3  warning with regard to the risk of use associated with
4  ovarian cancer?
5              MS. MCGRODER:  Object to form.
6              THE WITNESS:  Yes, I would look at the -- I
7  would look at the label.  I never ever saw any type of
8  warning for ovarian cancer.
9          Had I seen it, I would have stopped it
10 immediately.
11 BY MS. GARBER:
12   Q    Thank you.  You were asked about your treatment
13 for ovarian cancer and you underwent chemo for about six
14 months; is that correct?
15   A    Four months.  It was six rounds, every three
16 weeks.
17   Q    Sorry, I misspoke.  I miswrote, actually, in my
18 notes.
19          So you underwent six rounds of chemotherapy; is
20 that right?
21   A    Yes.
22   Q    I want to talk to you a bit about your diagnosis.
23          Do you recall how you learned that you had ovarian
24 cancer?
25   A    Yes.