Exhibit 35

1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
2
                              Case No.
3                             3:19-CV-12430-FLW-LHG
      ****************************
4
      IN RE:  JOHNSON & JOHNSON
5     TALCUM POWER PRODUCTS
      MARKETING, SALES PRACTICES,   MDL No.
6     AND PRODUCTS LIABILITY         16-2738(FLW)(LHG)
      LITIGATION
7
      ****************************
8
      This Document Relates To:
9
      CARTER JUDKINS
10              Plaintiff,
           v.
11    JOHNSON & JOHNSON, ET AL,
                Defendants.
12    ****************************
13              Remote via Zoom Deposition of ANNE
14    CARTER JUDKINS, held at the location of the
15    deponent in Athens, Georgia, commencing at
16    10:06 a.m., on the 1st of December, 2020,
17    before Maureen O'Connor Pollard, Registered
18    Diplomate Reporter, Realtime Systems
19    Administrator, Certified Shorthand Reporter.
20                         - - -
21
              GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23
24

Page 2

```
1   APPEARANCES:  ALL PARTIES APPEARED REMOTELY
2
3   FOR THE PLAINTIFF:
4     LEANNA B. PITTARD, ESQ.
5     SARA SCHRAMM, ESQ.
6     BLASINGAME BURCH GARRARD ASHLEY PC
7     440 College Avenue
8     Athens, Georgia 30601
9     706-717-6065
10    lpittard@bbga.com
11    sschramm@bbga.com
12
13  FOR THE DEFENDANTS:
14    ANGELA M. SEATON, ESQ.
15    SHOOK, HARDY & BACON, LLP
16    2555 Grand Boulevard
17    Kansas City, Missouri 64108
18    816-474-6550
19    aseaton@shb.com
20
21
22
23
24
```

Page 3

```
1               INDEX
2   EXAMINATION                 PAGE
3   ANNE CARTER JUDKINS
4   BY MS. SEATON                 6
5   BY MS. PITTARD             173
6   BY MS. SEATON             247
7
8
9          E X H I B I T S
10  NO.      DESCRIPTION         PAGE
11  Defendant 1    Materials to be
              produced by plaintiff...    16
12
13  Defendant 2    Defendants Johnson &
              Johnson and Johnson &
              Johnson Consumer
14            Inc.'s Notice of Video
              Conference Oral
15            Deposition of Carter
              Judkins and Subpoena
16            Duces Tecum............    19
17  Defendant 3    5/10/19 Short Form
              Complaint and Jury
18            Demand.................    29
19  Defendant 4    7/8/20 Plaintiff
              Profile Form............    30
20
21  Defendant 5    Verification page for
              7/8/20 Plaintiff
22            Profile Form............    31
23  Defendant 6    10/19/20 Amended Short
              Form Complaint and
24            Jury Demand.............    44
```

Page 4

```
1
2   Defendant 7    11/20/20 Second
              Amended Short Form
3             Complaint and Jury
              Demand.                   52
4   Defendant 8    11/20/20 Verification,
              Declaration - 2nd
5             Amended Plaintiff
              Profile Form............    55
6
7   Defendant 9    Second Amended
              Plaintiff Profile Form.    57
8   Defendant 10   9/14/15 medical record
              from Monadnock Health
9             Partners, Bates
              JUDKINSC_MCH_C_MDR
10            000007 and 8.........    113
11  Defendant 11   10/9/15 medical record
              from Monadnock Health
12            Partners, Bates
              JUDKINSC_MCH_C_MDR
13            000005 and 6.........    118
14  Defendant 12   2/27/16 Medical record
              from
15            Dartmouth-Hitchcock
              Lebanon, Bates
16            JUDKINSC_DHMC_C_MDR
              000002 through 13......    121
17
18  Defendant 13   6/21/15 medical record
              from Monadnock Health
19            Partners, Bates
              JUDKINS_MFC_C_MDR
20            000031.................    125
21  Defendant 14   1/14/14 medical record
              from Monadnock Health
22            Partners, Bates
              JUDKINSC_MCH_C_MDR
23            000046 and 47..........    128
24
```

Page 5

```
1
2   Defendant 15   8/27/14 medical record
              from Monadnock Health
              Partners, Bates
3             JUDKINSC_MCH_C_MDR
              000029.................    130
4
5   Defendant 16   12/30/16 medical
              record, Bates
              DHMC_C_MDR000044........    251
6
7   Plaintiff 1    Photograph.............    182
8   Plaintiff 2    Photograph.............    184
9   Plaintiff 3    Photograph.............    193
10  Plaintiff 4    Photograph.............    193
11  Plaintiff 5    Photograph.............    195
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Anne Carter Judkins

---

Page 218

¹ the Shower to Shower bottle is that instead
² of that square shape it had an oval shape.
³ And that's really all I remember.  I don't
⁴ remember enough other than that.
⁵      Q.    Do you ever remember seeing a
⁶ warning on the Shower to Shower bottle that
⁷ it could cause ovarian cancer?
⁸      A.    Definitely not.  I would not
⁹ have used it had it said so.
¹⁰      Q.    During the period of time that
¹¹ you used Shower to Shower, did you use it --
¹² did you have the same routine that you did --
¹³ that you just testified to about the baby
¹⁴ powder?
¹⁵      A.    Yes.
¹⁶      Q.    Okay.  And you put it on in the
¹⁷ same -- I guess the same frequency as often
¹⁸ as you did Shower to Shower?
¹⁹      A.    Yes.
²⁰      Q.    I'm sorry, the baby powder.
²¹      A.    Sorry.  Every time I got out of
²² the shower I would do the same thing with
²³ Shower to Shower powder as I did with the
²⁴ baby powder.

---

Page 219

¹      Q.    Do you ever remember your
² husband or any other partner using baby
³ powder or Shower to Shower?
⁴      A.    I don't.
⁵      Q.    Okay.  Did you use Shower to
⁶ Shower or Johnson's Baby Powder during your
⁷ menstrual cycle?
⁸      A.    Knowing me, probably.
⁹      Q.    Do you ever recall putting it
¹⁰ directly onto tampons or sanitary napkins?
¹¹      A.    I would never have done that.
¹²      Q.    Did you put baby powder or
¹³ Shower to Shower on your bedsheets?
¹⁴      A.    No.
¹⁵      Q.    Do you recall seeing any
¹⁶ advertising by Johnson & Johnson about the
¹⁷ talcum powder products that you used?
¹⁸      A.    Do I remember seeing ads about
¹⁹ Johnson's Baby Powder?
²⁰      Q.    Yes.
²¹      A.    From the far recesses of my
²² mind, yeah, I think they used to have
²³ adorable ads with babies, babies getting
²⁴ their diapers changed, babies on their back

---

Page 220

¹ with their legs and arms in the air cooing
² and saying something about -- I think they
³ used the word "safe," but we're going way
⁴ back so I may be mistaken.  But yes, seeing
⁵ kind of the sweet, endearing ads on TV about
⁶ Johnson & Johnson Baby Powder.
⁷      Q.    Did -- I'm sorry, go ahead.
⁸      A.    And there was a cute little
⁹ baby in it.  That's all.
¹⁰      Q.    Did those advertisements, in
¹¹ fact, make you think that the product was
¹² safe to use?
¹³      A.    Totally.  Absolutely.  Like I
¹⁴ said earlier, if it's safe for a baby,
¹⁵ wouldn't it be safe for any human?
¹⁶      Q.    If there had been a warning on
¹⁷ the Johnson & Johnson's Baby Powder bottle
¹⁸ that said "this product can cause ovarian
¹⁹ cancer, don't use it on your genital area,"
²⁰ would you have applied it to your genital
²¹ area?
²²      A.    Definitely not.
²³      Q.    And same question about Shower
²⁴ to Shower.  If the Shower to Shower bottle

---

Page 221

¹ had had a warning that said "this product may
² cause ovarian cancer, do not use it on your
³ genital area," would you have applied it to
⁴ your genital area?
⁵      A.    Absolutely not.
⁶      Q.    I want to talk a little bit
⁷ more about your cancer diagnosis and
⁸ treatment.  Do you want to take a break or
⁹ are you okay to keep going?
¹⁰      A.    I'm good.  Just go.
¹¹

