Exhibit 37

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL No. 16-2738(FLW)(LHG) |
| THIS DOCUMENT RELATES TO: | § § | |
| TAMARA NEWSOME and DANIEL FRANCOIS, | § § § | Case No. 3:18-cv-17146-FLW-LHG |
| Plaintiff, | § § | |
| vs. | § § | |
| JOHNSON & JOHNSON, et al., | § § | |
| Defendants. | § | |

- - -

WEDNESDAY, DECEMBER 9, 2020

- - -

This is the Remote Videotaped Deposition of TAMARA NEWSOME, commencing at 10:01 a.m., on the above date, before Kelly J. Lawton, Registered Professional Reporter, Licensed Court Reporter, and Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 2

```
 1   APPEARANCES VIA REMOTE COUNSEL/ZOOM TECHNOLOGY:
 2   BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.
     BY:  LEANNA B. PITTARD, ESQUIRE
 3      Lpittard@bbga.com
        SARA SCHRAMM, ESQUIRE
 4      Sschramm@bbga.com
        440 College Avenue, Suite 320
 5      Athens Georgia 30601
        (706) 707-3497
 6      Representing Plaintiff
 7
     SHOOK, HARDY & BACON, LLP
 8   BY:  LORI C. McGRODER, ESQUIRE
     2555 Grand Boulevard
 9   Kansas City, Missouri 64108
     (816) 474-6550
10   lmcgroder@shb.com
     Representing Defendant Johnson & Johnson
11
12   Also Present:
13   Melissa James, Videographer
     Connie Lee, Notary
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                E X H I B I T S
 2            (Attached to Transcript)
 3   NEWSOME DEPOSITION EXHIBITS              PAGE
 4   Defense 8   July 6, 2011 Capital Women's Care   140
             Medical Record - Bates Numbered
 5           NEWSOMET_CAPI_C_MDR000008 through
             NEWSOMET_CAPI_C_MDR0000010
 6
     Defense 9   November 7, 2013 Capital Women's   141
 7           Care Medical Record - Bates
             Numbered NEWSOMET_CAPI_C_MDR000011
 8           through NEWSOMET_CAPI_C_MDR000014
 9   Plaintiff 1   Photograph                      193
10   Plaintiff 2   Photograph                      193
11   Plaintiff 3   Photograph                      195
12   Plaintiff 4   Photograph                      196
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1               ---
 2             I N D E X
 3               ---
 4   Testimony of:  TAMARA NEWSOME
 5     DIRECT EXAMINATION BY MS. McGRODER..........   6
 6     CROSS-EXAMINATION BY MS. PITTARD............ 187
 7     REDIRECT EXAMINATION BY MS. McGRODER........ 232
 8
 9
10             E X H I B I T S
11          (Attached to Transcript)
12   NEWSOME DEPOSITION EXHIBITS              PAGE
13   Defense 1    Plaintiff Profile Form         15
14   Defense 2    July 8, 2020 Signed Declaration   16
15   Defense 3    Defendants Johnson & Johnson and   31
              Johnson & Johnson Consumer Inc.'s
16            Notice of Video Conference Oral
              Deposition of Tamara Newsome and
17            Subpoena Duces Tecum
18   Defense 4    Tamara Newsome's Handwritten Notes   36
19   Defense 5    Photographs - Johnson & Johnson's   38
              Baby Power Bottles - Bates Numbered
20            NEWSOMET_REC000011 through
              NEWSOMET_REC000017
21
     Defense 6    16 Photographs - Johnson & Johnson   49
22            Baby Powder
     Defense 7    Myriad Genetics - Genetic Test    120
23            Results Summary Information - Bates
              Numbered NEWSOMET_REC000001 through
24            NEWSOMET_REC000010
25
```

Page 5

```
 1               ---
 2        THE VIDEOGRAPHER:  We are now on the record.
 3   My name is Melissa James.  I'm a videographer for
 4   Golkow Litigation Services.
 5        Today's date is December 9th, 2020, and the
 6   time is 10:01 a.m.
 7        This remote video deposition is being held in
 8   the matter of In Regards:  Johnson & Johnson,
 9   Talcum Powder Products Marketing, Sales
10   Practices, and Products Liability Litigation, MDL
11   Number 16-2738, Tamara Newsome, et al, versus
12   Johnson & Johnson, et al, Number 3:18-cv-17146,
13   for the Court and the United States District
14   Court for the District of New Jersey.
15        The deponent is Tamara Newsome.
16        All parties to this deposition are appearing
17   remotely and have agreed to the witness being
18   sworn in remotely.
19        Due to the nature of remote reporting, please
20   pause briefly before speaking to ensure all
21   parties are heard completely.
22        Will counsel please identify themselves.
23        MS. McGRODER:  This is Lori McGroder on
24   behalf of Johnson & Johnson.
25        MS. PITTARD:  Leanna Pittard on behalf of
```

## Page 218

1  for a just a minute while she logs back on.
2     THE VIDEOGRAPHER: Okay. Stand by.
3     We are going off the record at 4:09 p.m.
4     (Recess from 4:09 until 4:18 p.m.)
5     THE VIDEOGRAPHER: We are on the record,
6  4:18 p.m.
7  BY MS. PITTARD:
8     Q. Ms. Newsome, we were talking about Johnson &
9  Johnson television commercials right before we went
10 off the record.
11    Can you describe to us what you remember
12 about those commercials?
13    A. So Johnson & Johnson's baby powder, you use
14 on your baby. The impression that I got, that it was
15 safe, it was pure or sterile because it was used on
16 babies.
17    Q. Okay. I'm sorry, I just can't hear what you
18 said. Did you say that it was pure and sterile?
19    A. That the impression that I got is that it was
20 pure, sterile because you could use it on babies and
21 so it was safe.
22    Q. Okay. Okay.
23    A. -- on my babies.
24    Q. You said you used it on your babies?
25    A. Yes, I did.

## Page 219

1     Q. And did your mother use it on you as a baby?
2     A. I believe so. Because when I talked to my
3  mother, she said, "I used it, too."
4     Q. Okay. We talked earlier about your use of
5  several different Johnson & Johnson products. We
6  talked about your use of Johnson's baby powder with
7  talc, we talked about your use of Johnson's baby
8  powder with cornstarch, and we talked about your use
9  of Shower to Shower.
10    Related exclusively to your use of talcum
11 powder, the Johnson's talcum powder, how long did you
12 use Johnson's baby powder with talcum powder in it
13 exclusively before you began using cornstarch?
14    MS. McGRODER: Object to form.
15    A. So probably from the time of my menses at age
16 14, and then I started to wean myself off of talcum
17 powder leaning more towards cornstarch baby powder
18 probably around 2004.
19    Q. But while you were using that cornstarch, did
20 you continue to use the talcum powder?
21    A. I went between both.
22    Q. Okay. During that time period, did you,
23 yourself, pay for the talcum powder?
24    MS. McGRODER: Object to form.
25    I'm just confused about what time period

## Page 220

1  you're talking about, Leanna. Sorry.
2     MS. PITTARD: Okay.
3  BY MS. PITTARD:
4     Q. During the time of your youth from the time
5  of your menses around age 14 through the point in
6  time when you stopped using the talcum powder, did
7  you, yourself, ever purchase it?
8     A. Oh, yes. Yes, ma'am.
9     Q. Okay. And I'm sure during that time period
10 the price probably changed.
11    Can you give us an idea of what a bottle of
12 talcum powder cost between, you know, 1975 and the
13 point in time you stopped using it?
14    MS. McGRODER: Object to form.
15    A. From 1975, maybe a dollar or less than a
16 dollar, to -- depending on which size I bought, to
17 2014, '15, three, four dollars.
18    Q. Okay. All right. During that entire period
19 of time from 1975 and through sometime in 2015, did
20 you ever see a warning on the Johnson & Johnson baby
21 powder bottle that indicated that talc can cause
22 ovarian cancer?
23    MS. McGRODER: Objection to form.
24    A. No, I did not.
25    Q. If there had been a warning that said, "This

## Page 221

1  product may cause ovarian cancer; don't use it on
2  your genital area," would you have used the talc in
3  your genital area?
4     MS. McGRODER: Object to form.
5     A. I wouldn't have used it at all.
6     Q. Would you have used it on your breasts?
7     MS. McGRODER: Object to form.
8     A. If it said it caused any kind of cancer, I
9  probably would not have used it at all.
10    Q. Who saw you use the baby product with talc in
11 it?
12    A. My mother, my husband, probably my son --
13 especially when he was younger, and my daughter.
14    Q. Okay. Ms. McGroder showed you a copy of your
15 genetic testing that, I believe, if I recall
16 correctly, was dated in December of 2015.
17    Do you recall when you got the results of
18 those tests?
19    A. So the genetic test was in December, probably
20 mid-December, and I probably got a call early to
21 mid-January --
22    Q. Okay.
23    A. -- stating that the genetic tests were
24 negative and didn't show no predisposition to any of
25 the cancers that it tested for, including ovarian