# Exhibit 38

# baby powder...a family affair

## for Women

JOHNSON'S Baby Powder spends more advertising dollars against women 18-49 than all competition combined. And, continues to do so...

### On Television

Reaching 90% of all households telling women about 'baby soft' JOHNSON'S Baby Powder to keep them feeling fresh and clean after bath or shower.





## for Your Local Market

JOHNSON'S Baby Powder provides localized sampling and advertising campaigns...

### Sampling

JOHNSON'S Baby Powder samples over 90% of all new mothers through Gift Pax distribution in hospitals.



### Radio

Through radio advertising JOHNSON'S Baby Powder delivers additional selling impact in local markets.



ng than ALL COMPETITORS COMBINED
ore, more often!  Now it's up to you...

JNJ 000877320_0007