Exhibit 39

## JOHNSON & JOHNSON BABY POWDER
## QUESTIONS AND ANSWERS

– LIST OF NEW/CHANGED QUESTIONS –
OCTOBER, 1985

**New Questions:**

II.   Talc – Inhalation

      Qs: 7, 8  (page 12)

III. Talc – Translocation

      Qs: 2, 3, 4, 5  (pages 15 – 17)

IV.  Talc – Misuse

      Qs: 7, 8  (page 23)

IX.  Baby Cornstarch

      Q: 3  (page 36)

X.   Test Market – Baby Powder with Cornstarch

      Qs: 1 – 8 (New Section, pages 39 – 41)

**Changed Questions:**

II.   Talc – Inhalation

      Q: 4  (page 10)

III. Talc – Translocation

      Qs: 1, 6, 9  (pages 15, 17, 18)

IV.  Talc – Misuse

      Q: 6  (page 23)

VI.  Baby Powder Manufacturing

      Q: 3  (page 28)

JNJ 000011777

## JOHNSON & JOHNSON BABY POWDER

### QUESTIONS AND ANSWERS

CONFIDENTIAL

October, 1985

JNJ 000011778

The attached Question and Answer document has been developed for limited internal distribution in response to the need for clarification of issues relating to baby powder and talc. Specifically, its sole purpose at this time is to provide designated company spokespersons with answers to questions which could be raised by the press. It is <u>not</u> meant for distribution to anyone other than the individuals who will act as company spokespersons as necessary. Those recommended as spokespersons are:

> James Murray, Assistant Director, Corporate Public Relations
> James Utaski, President, Johnson & Johnson Baby Products Co.
> Tom Gardner, Vice President, General Manager
> Jim Dettre, Director of Communications

The 82 answers in the document were written in anticipation of potential questions. Many questions and answers were intentionally developed as versions of others already in the document in an effort to anticipate all angles of questioning and to prepare the spokespersons with responses which

1) Stand on their own as reflective of the corporate position.

2) Reflect and reinforce the approved communications objectives developed during a media training session. These communications objectives are:

JNJ 000011779

a) Johnson & Johnson Baby Powder, used properly, is safe. Extensive, scientifically documented evidence supports this claim as does the Food and Drug Administration (FDA).

b) No one knows more about safe, high quality baby care than the Johnson & Johnson Baby Products Company. To ensure continued confidence in our baby powder, we will conduct research as needed to reconfirm the safety of the product.

The Q & A document will be revised and updated as events or new research findings impact on the scope of potential questions or on existing responses.

October, 1985

JNJ 000011780

## JOHNSON'S BABY POWDER

## Questions and Answers

|      |                                                        | Page |
|------|--------------------------------------------------------|------|
| I.   | Talc – Cancer                                          | 1    |
| II.  | Talc – Inhalation                                      | 9    |
| III. | Talc – Translocation                                   | 14   |
| IV.  | Talc – Misuse                                          | 20   |
| V.   | Baby Powder – Benefits and Uses                        | 25   |
| VI.  | Baby Powder – Manufacturing                            | 28   |
| VII. | Baby Powder – General                                  | 32   |
| VIII.| Medicated Talcs                                        | 34   |
| IX.  | Baby Cornstarch                                        | 36   |
| X.   | Test Market – Baby Powder with Cornstarch              | 39   |
| XI.  | Johnson & Johnson Policy and General Questions         | 43   |
| XII. | Index of Questions                                     | 49   |

October, 1985

JNJ 000011781

I.   TALC – CANCER

October, 1985

JNJ 000011782

1.  Q: Does talc cause cancer?

    A: Extensive research in both animals and humans has not
       shown talc to be carcinogenic nor to have any potential
       for causing cancer.

2.  Q: Dr. Daniel Cramer in the journal <u>Cancer</u> has linked the
       use of talcum powder to ovarian cancer.  Could you
       comment?

    A: Thorough research and testing by the FDA, the medical
       community and Johnson & Johnson does not support Cramer's
       hypothesis of such a link.  The most recent study in this
       area contradicts Dr. Cramer's findings.  In an
       October 14, 1983 JAMA letter to the editor, a team of
       doctors (McGowan et al) from the National Institutes of
       Health (NIH) and George Washington University in
       Washington, D.C. conducted research that supports
       existing studies that show no overall association between
       talc use and risk of ovarian cancer.  Dr. Cramer's study
       is an epidemiological one, which merely examined factors
       which might be associated with the disease.  The author
       of the study has himself acknowledged that the evidence
       is rather tenuous.  It does not show a cause and effect
       relationship.  As a retrospective study, it relied on
       individuals' memories to recall events and habits that
       took place over a 20-year period.

                                                  October, 1985

JNJ 000011783

3.　Q: We know that asbestos causes cancer, do we not?

　　A: We are not experts on asbestos, but there is strong
　　　 evidence that very heavy exposure to asbestos fibers can
　　　 cause cancer, especially in those people that smoke.


4.　Q: Haven't they found traces of asbestos in talcum powders?

　　A: Not in JOHNSON'S Baby Powder.  Since the 1940's, when the
　　　 testing technology first became available, Johnson &
　　　 Johnson has regularly tested its talc to insure no
　　　 asbestos contamination.  Years ago, before quality
　　　 controls were in place, some talcum powders could have
　　　 contained asbestiform particles.  Since 1976, however,
　　　 the FDA has been conducting tests on a regular basis and
　　　 has declared all talc-based baby powders to be free of
　　　 such particles.  Johnson & Johnson's quality control
　　　 techniques ensure that JOHNSON'S Baby Powder is made from
　　　 the purest, safest talc.


5.　Q: If your own studies should link talc to ovarian cancer,
　　　 will you pull Baby Powder off the market?

　　A: If our tests confirmed a cause and effect relationship,
　　　 naturally we would remove it.  The consumer and the
　　　 safety of our products are our primary concerns.


October, 1985

JNJ 000011784

6.  Q: **Why didn't you find this link in your own testing?**

    A: This link is a hypothesis and is contradicted by the fact that independent scientists, the FDA as well as Johnson & Johnson have tested the chemical properties of our talc and found no evidence of carcinogenicity.

7.  Q: **When did you first become aware of the carcinogenic properties of your product?**

    A: Research shows there are none.  Our product, JOHNSON's Baby Powder has been thoroughly tested.  Our research, as well as that of the government and the medical community, confirms its safety.

8.  Q: **In 1976, scientists found asbestos in 10 of 19 baby powders tested.  How is that possible?**

    A: Prior to 1976, when strict quality control was initiated, some talcum powders contained asbestiform particles, not JOHNSON's Baby Powder, however.  The FDA has since been conducting tests on a regular basis and has declared talc available, Johnson & Johnson has regularly tested its talc to insure that it is not contaminated with asbestos. Johnson & Johnson's talc is a pure, fine grade talc, safe for proper use among infants and adults.

October, 1985

JNJ 000011785

9. **Q: What is the relationship between talc and ovarian cancer?**

   A: There is no scientific evidence which shows that talc causes any form of cancer.  In fact, the weight of extensive scientific evidence shows that talc is safe. As recently as October 14, 1983 in a letter to the editor of JAMA, evidence questioning such a link came to light. In that letter, a team of doctors (McGowan et al) from the National Institutes of Health (NIH) and George Washington University in Washington, D.C. state that their research reveals "no overall association between talc use and risk of ovarian cancer."  Time and again research undertaken by the medical community, the government and by Johnson & Johnson confirms the safety of talc.

10. **Q: Don't you test for those sorts of things?**

    A: Yes, we do.  Johnson & Johnson is deeply concerned with the safety of its products and is continously testing them for safety.  Extensive research to date reaffirms our confidence in the safety of baby powder.

11. **Q: Are you presently conducting tests for this?**

    A: Yes, Johnson & Johnson sells only talc that is thoroughly tested for safety.  We are committed to on-going testing.

October, 1985

JNJ 000011786

12. **Q: What kinds of tests does Johnson & Johnson conduct?**

A: First, to ensure the talc is free from other elements or impurities, it is cleansed and tested at the mining site, The testing for purity and safety has been ongoing since the 1940's and includes a specific microscopic examination. This process is repeated during packaging at the factory. The result is the purest, finest grade talc used in JOHNSON 's Baby Powder.

Moreover, over the years, Johnson & Johnson has joined independent researchers, and the government in extensive research which has not shown talc to be a carcinogen.

13. **Q: Dr. Cramer's study indicates that women who use talc have three times the risk of contracting ovarian cancer than those who do not use it. As a manufacturer, how do you respond to this?**

A: Thorough research and testing by the FDA, the medical community and Johnson & Johnson has not shown talc to be carcinogenic. The most recent study in this area contradicts Dr. Cramer's findings. In an October 14, 1983 JAMA letter to the editor, a team of doctors (McGowan et al) from the National Institutes of Health (NIH) and George Washington University in Washington, D.C. conducted research that supports existing studies showing no overall association between talc use and risk

October, 1985

JNJ 000011787

of ovarian cancer.  Dr. Cramer's study is an epidemio-
logical one, which merely examined factors which <u>might</u> be
associated with the disease.  The author of the study
himself acknowledged that the evidence is rather tenuous.
It does not show a cause and effect relationship.  As a
retrospective study, it depended on individuals' memories
to recall events and habits that took place over a 20-
year period.

14.  Q: Talc is closely related to asbestos.  Isn't it likely
        that the two react in the same way?
     A: Talc and asbestos are two chemically distinct minerals
        which can be found close together in geologic formations.
        J&J talc source was selected because it is rich in talc
        and free of asbestos.  We own the talc mine which gives
        us complete control ever the quality of talc used in our
        products.  Since 1976 the FDA has been conducting tests
        on a regular basis and declared talc safe.  Furthermore,
        medical testing shows that talc and asbestos act very
        differently in human tissues, and has not shown talc to
        be carcinogenic.

October, 1985

JNJ 000011788

15. Q: What other studies have been done to determine the
      validity of this link between talc and cancer?

   A: There are no studies confirming such a link. On the
      contrary, the FDA and many other independent scientists
      have confirmed that there is no evidence linking pure
      talc to cancer. JOHNSON'S Baby Powder does not contain
      asbestos, and we ourselves conduct exhaustive quality
      testing to assure its purity and safety.

                                        October, 1985

JNJ 000011789

## II.  TALC — INHALATION

October, 1985

JNJ 000011790

1. Q: How about the allegations that talc can cause granulomas in the lungs?

   A: These allegations result from rare reports of unusually large exposures not found in normal use of baby powder.

2. Q: What exactly are granulomas?

   A: Talc granulomas are nodules of fibrous or scar tissue.

3. Q: Have studies been done linking disease to the miners of talc?

   A: Studies indicate that talc dust exposure to millers of cosmetic grade talc is not injurious to health, whereas miners of industrial talcs may contract lung scarring because of the mixed dusts they are exposed to.

4. Q: Describe the kind of testing Johnson & Johnson has done on the safety of Baby Powder?

   A: First, to ensure the talc is free from other elements or impurities, it is cleansed and tested at the mining site. The testing for purity and safety has been ongoing since the 1940's and includes electron microscopic examination. This process is repeated during packaging at the factory. The result is the finest grade talc used to give JOHNSON's Baby Powder its purest protection quality.

October, 1985

JNJ 000011791

Moreover, Johnson & Johnson, as well as the medical community and the government have been conducting research on talc for over 40 years to reaffirm its safety under various animal, laboratory and human conditions. A study involving the inhalation of exaggerated levels of cosmetic talc during the life of hamsters showed no exposure-related problems. A subsequent inhalation study with hamsters found no translocation of talc to the liver, kidneys, ovaries or other parts of the body. A recent study (Battelle, Pacific Northwest Laboratories, 1984) shows that even massive doses of talc placed in the vaginas of monkeys did not migrate to the ovaries. Johnson & Johnson is committed to ongoing research for its talc products.

5.  Q: **Isn't it dangerous to inhale talc?**
    A: Our research has shown that exposure to talc during normal cosmetic use is safe; however inhaling large quantities of any dust or dust-like particles could cause a medical problem.

6.  Q: **What is "normal" use?**
    A: By normal use we mean, for instance, powdering after diapering, a shower or bath.

October, 1985

JNJ 000011792

7.   Q: **Why don't you put labels on your product to warn parents about "abnormal" use of talc?**

    A: Several years ago the FDA was asked to impose such labeling. At the time we agreed with their decision that warning labels were neither necessary or effective. Today, however, studies show that consumers are more apt to read package labeling.  Given this environment, J&J has decided to modify our package label, and are in the process of developing more detailed instructional and cautionary information.


8.   Q: **You're now test marketing J&J Baby Powder with cornstarch.  Why does that product package have a warning label and not Baby Powder with talc, which is more dangerous?**

    Our research has shown that normal use of cosmetic talc is safe.  As you said, J&J Baby Powder with cornstarch is in the test market stage, and does offer instructional and cautionary labeling.  We are in the process of developing this kind of labeling for J&J Baby Powder.


October, 1985

JNJ 000011793

9.  Q: **Don't talc particles stay in your lungs?**

    A: The air we normally breathe contains alot of dust and our
       lungs are able to clear themselves very effectively.  It
       takes very heavy exposures to overburden this normal
       clearing ability.  Normal cosmetic use is hundreds of
       times less than exposure to animals that have not
       produced any talc-related effects.


10. Q: **How long does it take to clear your lungs of talc?**

    A: Research *in animals* has shown that even with huge exposures, most
       talc is removed within 8 days, with the remainder being
       cleared within 3 months.


11. Q: **Could talc cause emphysema?**

    A: Emphysema, a degenerative disease of the lungs caused by
       breakdown of the normal air sacks, has not been
       associated with talc under normal cosmetic use
       conditions.


October, 1985

JNJ 000011794

III.   TALC - TRANSLOCATION

October, 1985

JNJ 000011795

1.  Q: Can talc migrate from the external environment into the body?

    A: Numerous scientific studies have supported what we have always known as the inherent, biological implausibility of translocation of talc to the liver, kidneys, ovaries, and other parts of the body.

    Studies on hamsters found that after massive inhalation of talc, there was no translocation of talc to the liver, kidneys, ovaries or other parts of the body.  Studies in rabbits show that talc, placed in the vagina, does not migrate to the ovaries.

    And further evidence was provided by a 1984 study (performed by Battelle, Pacific Northwest Laboratories) using monkeys, which shows that talc, placed in the vagina, does not translocate to the oviducts or ovaries.

2.  Q: If there is no evidence for translocation of talc, why has it become an issue?

    A: Some scientists theorize that talc is able to translocate to parts of the body.  The fact is, however, that the weight of scientific evidence falls heavily against this hypothesis.

                                            October, 1985

JNJ 000011796

3.   Q: **What studies have been done to disprove translocation of talc?**

   A: Numerous scientific studies show that talc does not translocate to the ovaries, liver, kidneys, or other parts of the body.

   Studies on hamsters found that after massive inhalation of talc, no translocation occurred.  Studies in rabbits show that talc, placed in the vagina, does not migrate to the ovaries.

   And further evidence was provided in a 1984 study (performed by Battelle, Pacific Northwest Laboratories) using monkeys, which shows that talc, when placed in the vagina, does not translocate to the oviducts or ovaries.

4.   Q: **But haven't there been studies proving translocation of talc?**

   A: We are not aware of any studies that proved such a theory.  Numerous scientific studies show that talc does not translocate.  Most recently, in fact, a study (performed by Battelle, Pacific Northwest Laboratories, 1984) shows that talc, when placed in the vagina, does not translocate to the oviducts or ovaries.

October, 1985

JNJ 000011797

5.    Q: **What about the study by Egli & Newton that proved translocation of talc to the ovaries?**

      A: The 1961 Egli & Newton study, which used carbon black particles, did not prove translocation of talc to the ovaries.  Moreover, a study by Battelle, Pacific Northwest Laboratories (1984) followed closely the procedures used in the 1961 study, and found that talc does not translocate to the ovaries -- despite a number of controls added to make translocation easier.

      In this study, neutron-activated talc -- as well as the carbon black particles used in the 1961 study -- were deposited in the vaginas of monkeys.  Neutron-activated talc is easier to monitor, and reduces the problem of contamination from the environment.  Carbon is one of the most common air pollutants, and this could easily account for the carbon particles found in the 1961 study.

6.    Q: **Explain the process by which talc moves from the outside of the body to the ovaries.**

      A: This is a hypothesis only, and it is hard to imagine that the body's natural protective mechanisms would permit it.  Moreover, the weight of scientific evidence falls heavily against this hypothesis.  In fact, a recent study (Battelle, Pacific Northwest Laboratories, 1984) shows that even massive doses of talc placed in the vaginas of monkeys does not migrate to the ovaries.

                                                October, 1985

JNJ 000011798

7.  Q: **Does talc cause pelvic inflammatory disease?**

    A: Talc like any other foreign matter, will be irritating if introduced in unusual quantities into body cavities or tissues. There is no scientific evidence that talc can migrate to those cavities and tissues from normal everyday use of talcum baby powder.

8.  Q: **What is "normal" use?**

    A: By normal use we mean, for instance, powdering after diapering, a shower or bath.

9.  Q: **Describe the kind of testing Johnson & Johnson has done on the safety of baby powder?**

    A: First, to insure the talc is safe and free from other elements or impurities, it is cleansed and tested at the mining site. The testing process is repeated during packaging at the factory. The result is the purest, finest grade talc used in J&J Baby Powder.

    Johnson & Johnson, as well as the medical community and the government have been testing talc for over 40 years to reaffirm its safety in various animal, laboratory and human tests. A study involving the inhalation of exaggerated levels of cosmetic talc during the life of

October, 1985

JNJ 000011799

hamsters showed exposure-related problems. A subsequent inhalation study with hamsters found no translocation of talc to the liver, kidneys, ovaries or other parts of the body.

A recent study (Battelle, Pacific Northwest Laboratories, 1984) shows that even massive doses of talc placed in the vaginas of monkeys does not migrate to the ovaries.

A survey of 150 people who had talc placed around a lung to stabilize it against recurrent lung collapse showed this talc did not cause any increased cancer even with this severe direct exposure which had taken place 14-42 years previously.

October, 1985

JNJ 000011800

Case 3:16-cd-02738-MAS-RLS Document 20638295-89 08-Filed/09/23/24566 Page926 Page1D:
Page 153250330

# IV.  TALC – MISUSE

October, 1985

JNJ 000011801

1. **Q: In Nassau County, in the first six months of 1980, there were 40 cases of babies who ingested or inhaled various baby powders.  How serious is this?**

   A: By any standard this is serious and unfortunate, but these cases represent the misuse of various baby powders which, fortunately, did not have any long-term effects. Large amounts of any small particle entering the nose or mouth can overwhelm the normal defenses and form a physical barrier to breathing.  Parents must remember these products are not toys, and must exercise care around infants.  In this time period there were more than 4,200 cases of accidental ingestions of various household products.  This underscores the need for proper parental supervision of infants and children.

2. **Q: How many suffocation deaths have there been?**

   A: We are not aware of any such deaths over the past 20 years.  The deaths recorded in the scientific literature prior to then occurred when the entire contents of a container were accidentally emptied into a baby's mouth, causing actual physical obstruction.

3. **Q: Aren''t medicated powders even more dangerous?**

   A: This would depend upon the nature and potential toxicity of the medicating ingredient.

                                        October, 1985

JNJ 000011802

4.  Q: Why haven't you changed the shape of your bottle, since
       it looks like a nurser and babies are prone to suck on
       it?

    A: We have looked into incidents of misuse carefully and
       have concluded that the shape of the bottle is not the
       cause of accidents, since babies will tend to put almost
       anything in their mouths.  The problem is in misuse --
       parents who give the bottle to infants or leave it within
       the grasp of infants.  We do not feel that changing the
       shape of our bottle will eliminate the rare incidents of
       mishandling or of parental negligence.  Reports of
       inhalation due to misuse, though very unfortunate, are
       rare.  With reasonable parental care, inhalation
       accidents can be prevented.


5.  Q: Why are there no safety caps on J&J Baby Powder?

    A: To try to prevent misuse, which is really the issue here,
       we provide extensive information along with our product
       on its proper usage.  The best way to prevent acute,
       i.e., one-time massive, inhalation by dumping in a baby's
       mouth is to keep the product out of the reach of babies,
       as indicated in our proper use information --
       advertising, booklets, and packaging.




                                                    October, 1985

JNJ 000011803

6.  Q: If accidents are occuring, why aren't you warning parents
        about accidents in your labeling?

    A: Several years ago the FDA was asked to impose such
        labeling. At the time we agreed with their decision that
        warning labels were neither necessary or effective.
        Today, however, studies show that consumers are more apt
        to read package labeling. Given this environment, J&J
        has decided to modify our package label, and are in the
        process of developing more detailed instructional and
        cautionary information. We have recently introduced J&J
        Baby Powder with cornstarch in test markets in
        California, and the product package has this kind of
        detailed labeling.


7.  Q: You're now test marketing J&J Baby Powder with
        cornstarch. Why does that product package have a warning
        label and not Baby Powder with talc?

    A: As you said, J&J Baby Powder with cornstarch is in the
        test market stage, and does offer instructional and
        cautionary labeling. We are in the process of developing
        this kind of labeling for J&J Baby Powder.


8.  Q: Why do you have to caution consumers about these
        products? Are they unsafe?

    A: Of course these products are safe. As a responsible


                                            October, 1985

JNJ 000011804

company, we feel that any time we can provide consumers
with valuable information about the proper use of our
products, we should do so. In the current environment
where consumers are more apt than ever before to read
package labeling, we could provide yet another
value-added service to consumers.

October, 1985

JNJ 000011805

**V. BABY POWDER – BENEFITS AND USES**

October, 1985

JNJ 000011806

1.  Q: Baby Powder is no longer being used in hospitals.  Why not?

    A: This is not true of all hospitals.  Given the frequency of diaper changing in a hospital -- to help keep the skin dry and prevent diaper rash -- there is less dependence on a drying agent like talc or corn starch.

    B: Baby Powder is used in hospitals for general bed care. Nursery use of talc is limited and probably always has been limited because the frequency of diaper changing helps keep the skin dry and prevents diaper rash.  There is, therefore, less dependence on a drying agent like talc or corn starch.

2.  Q: There's no medical benefit to baby powder, is there?

    A: Talc is not presented as having a medical benefit, it is not a drug.  Baby powder is a dry lubricant for use after a shower, exercise or a diaper change.  The flat platelike talc particles slide easily over one another to provide lubricity.  J&J Baby Powder is moisture repellent and has been proven effective in reducing friction and providing cool, dry comfort for nearly 100 years.  For infants, the use of baby powder can encourage parental touching and caressing which fulfills documented psychological needs for "touching and bonding."

October, 1985

JNJ 000011807

3. Q: **Does baby powder prevent diaper rash?**

   A: Talc is a dry lubricant and a moisture repellent to be used after a diaper change. Its lubricity has been proven effective in reducing friction and its moisture repellent action helps protect skin from the irritation of wet diapers.

4. Q: **The Lancet**, a leading British medical journal says: **"There is no reason to believe that normal exposure to talc in the past led to cancer."** What constitutes "normal" exposure?

   A: Normal exposure is the reasonable, everyday use of baby powder. This means application after a shower, exercise or after a diaper change.

October, 1985

JNJ 000011808

# VI.  BABY POWDER – MANUFACTURING

October, 1985

JNJ 000011809

1. **Q: Where does talc come from?**

   A: It is a mineral, occurring naturally in the earth.  Talc is from deposits around the world.  Johnson & Johnson's own talc mine is located in Vermont.


2. **Q: How is it mined?**

   A: Johnson & Johnson mines only the highest grade talc.  It is ground, then "washed" and purged of impurities.  It is then transported to the manufacturing plant in specially sanitized containers.  Before packaging, again it is tested for impurities.  Johnson & Johnson uses the utmost care and responsibility in bringing the highest possible quality baby powder to market.


3. **Q: Describe the kind of testing Johnson & Johnson has done on the safety of baby powder?**

   A: J&J Baby Powder consists of pure talc.  To insure the talc is safe and free from other elements or impurities, it is washed and tested at the mining site.  The testing for purity and safety has been ongoing since the 1940's and includes a specific microscopic examination.  The testing process is repeated during packaging at the factory.  The result is the purest, finest grade talc used in J&J Baby Powder.


October, 1985

JNJ 000011810

Moreover, Johnson & Johnson, as well as the medical community and the government have been testing talc for over 40 years to reaffirm its safety under various animal, laboratory and human conditions. A study involving the inhalation of exaggerated levels of cosmetic talc during the life of hamsters showed no exposure related problems. A subsequent inhalation study with hamsters found no translocation of cosmetic talc to the liver, kidneys, ovaries or other parts of the body.

A recent study (Battelle, Pacific Northwest Laboratories, 1984) shows that even massive doses of talc placed in the vaginas of monkeys does not migrate to the ovaries.

A survey of 150 people who had talc placed around a lung to stabilize it against recurrent lung collapse showed this talc did not cause any increased cancer even with this severe direct exposure which had taken place 14-42 years previously.

4. Q: **Mineral talc and asbestos are often found in the same mines. What safety controls do you have to maintain purity of product?**

A: Johnson & Johnson is one of the few consumer product companies in the U.S. that owns its own talc mine. This allows us to have complete control over the quality of

October, 1985

JNJ 000011811

talc used in our product.  The mine was chosen because of
the absence of asbestos deposits and the veins from which
our talc is mined are specially and carefully selected.
This selected high purity talc ore undergoes an extensive
cleansing process to remove impurities and scientific
analysis and microscopic examination to confirm the
absence of asbestos.  The process selects the platy form
of talc for superior lubricity.  The selection process is
especially effective in eliminating non-platy shapes.
The talc is shipped to our plant in specially sanitized
containers to maintain this purity.  Before packaging, it
is once more scientifically tested to insure this purity.

October, 1985

JNJ 000011812

# VII.  BABY POWDER – GENERAL

October, 1985

JNJ 000011813

1.   Q: If your wife asked how safe baby powder is for your own baby, what would you tell her?

     A: I would tell her that J&J Baby Powder is safe and I would assure her that nearly 100 years of use and extensive scientific evidence supports this. Johnson & Johnson is recognized around the world as an extraordinarily responsible company, concerned first with the safety of our products and the health of the consumer.

2.   Q: What's in J&J Baby Powder?

     A: J&J Baby Powder contains pure, high grade talc, a naturally occurring mineral, and a very small amount of perfume (the most recognized smell in the world!)

3.   Q: Is there any difference between mineral talc and cosmetic dusting powder?

     A: Mineral talc is the naturally occuring element; cosmetic dusting powder is a particularly platy grade of mineral talc carefully processed with fragrances added.

4.   Q: Is baby powder safe?

     A: J&J Baby Powder, nearly 100 years on the market, can be used properly with confidence by consumers. Thorough testing, undertaken by the scientific community, the Food and Drug Administration and by Johnson & Johnson has continuously reaffirmed the safety of baby powder.

October, 1985

JNJ 000011814

VIII.   MEDICATED TALCS

October, 1985

JNJ 000011815

1.  Q: Isn't it better to use medicated talc?

    A: If the skin is irritated and requires a medicine to help
       in its treatment, a physician should be consulted,
       particularly if there is persistent or recurring
       irritation of the skin.

2.  Q: Are there toxic elements in medicated talcs?

    A: Medicated talcs contain drugs to treat minor skin
       irritations.  As with all drugs, safety and effectiveness
       depend on following the directions for its intended use.
       All talcs, including medicated ones, are for external
       skin applications only.

October, 1985

JNJ 000011816

IX.   BABY CORNSTARCH

October, 1985

JNJ 000011817

1.   Q: **Why did you introduce a cornstarch powder?**

     A: While talc provides a moisture repellent barrier on the
        skin, Cornstarch absorbs moisture to make skin feel dry.
        It was found that some consumers preferred it, and we
        wanted to provide them with a superior cosmetic grade
        cornstarch.


2.   Q: **Isn't it because it is safer?**

     A: Not at all.  First, the safety of talcum powder has been
        continuously re-affirmed by Johnson & Johnson, the
        medical community and by the government.  And, we are
        always conducting research to ensure its safety.  For
        some consumers who prefer the absorbency effect of
        cornstarch, we have J&J Baby Cornstarch.  For the
        consumer who prefers more softness and lubricity, there
        is J&J Baby Powder.


3.   Q: **What's in J&J Baby Cornstarch?**

     A: J&J Baby Cornstarch consists of pure cornstarch (99%),
        tricalcium phosphate, and fragrance.  It is the highest
        quality cornstarch available.




                                                    October, 1985

JNJ 000011818

4.  Q: What is tricalcium phosphate?  What is it used for?

    A: It's a very safe food grade material.  It is added in small amounts to cornstarch to enable it to flow easily out of the container.

5.  Q: When did you introduce your cornstarch product?

    A: 1980.

6.  Q: Surgeons who used to dust their gloves with talc now use cornstarch.  Do they know something we don't?

    A: Cornstarch is a biodegradable substance which is better for use in surgical procedures where some of the powder on the surgeon's gloves could be left in the body cavity or tissues.

October, 1985

JNJ 000011819

X.  **TEST MARKET — BABY POWDER WITH CORNSTARCH**

October, 1985

JNJ 000011820

1.  **Q: What is J&J Baby Powder with cornstarch?**

    A: J&J Baby Powder with cornstarch is a baby powder for
    consumers who prefer the absorbency of cornstarch.  For
    the consumer who prefers more softness and lubricity,
    there is J&J Baby Powder with talc.  J&J Baby Powder with
    cornstarch is the highest quality cornstarch available.
    It consists of pure cornstarch (99%), tricalcium
    phosphate, and fragrance.

    J&J Baby Powder with cornstarch is currently in the test
    market stage.  It is being test marketed in Los Angeles,
    San Francisco and Las Vegas.  Our intent at this point is
    to take it national some time in 1986.

2.  **Q: What is tricalcium phosphate?  What is it used for?**

    A: It's a very safe food grade material.  It is added in
    small amounts to cornstarch to enable it to flow easily
    out of the container.

3.  **Q: Why is baby powder cornstarch offered only in a few parts
    of the country?**

    A: J&J Baby Powder with cornstarch is currently in the test
    market stage.  It is being test marketed in Los Angeles,
    San Francisco and Las Vegas.  Our intent at this point is
    to take it national some time in 1986.

                                                    October, 1985

JNJ 000011821

4.  **Q: Why is J&J changing its flagship product to contain cornstarch?**

A: We are not changing our flagship product.  J&J Baby Powder has been on the market nearly 100 years and it remains the baby powder preferred by consumers.  We are expanding the product line to offer consumers a choice. For some consumers who prefer the absorbency of cornstarch, there will be J&J Baby Powder with cornstarch.  For the consumer who prefers more softness and lubricity, there is J&J Baby Powder with talc.

5.  **Q: What's the purpose of changing the name but not the product?**

A: It is a marketing decision.  Our cornstarch product has proven it is worthy of the name of J&J Baby Powder.

6.  **Q: Are you putting cornstarch in J&J Baby Powder because you think talc is not safe?**

A: The safety of talcum powder continuously has been re-affirmed by Johnson & Johnson, the medical community, and by the government.  Consumers who prefer more softness and lubricity will be able to continue to use J&J Baby Powder with talc.  For those who prefer the absorbency of cornstarch, there will be J&J Baby Powder with cornstarch.

October, 1985

JNJ 000011822

7.  Q: When are you going to discontinue using talc in J&J Baby
       Powder?

    A: We are not changing J&J Baby Powder.  We are expanding
       the product line to offer consumers a choice.  For some
       consumers who prefer the absorbency of cornstarch, there
       will be J&J Baby Powder with cornstarch.  For those who
       prefer more softness and lubricity, there is J&J Baby
       Powder with talc.


8.  Q: Why is there a warning label on J&J Baby Powder with
       cornstarch and not on J&J Baby Powder?

    A: J&J Baby Powder with cornstarch is in a test market.  We
       are in the process of including similar labelling on J&J
       Baby Powder.

October, 1985

JNJ 000011823

XI.   JOHNSON & JOHNSON POLICIES AND GENERAL QUESTIONS

October, 1985

JNJ 000011824

1. **Q: Why are so many products being tested for safety today?**

   A: As scientific techniques are becoming more and more advanced, researchers are able to conduct even more rigorous studies on chemicals and products and reaffirm their safety. J&J Baby Powder has been on the market for more than 90 years. It has been examined again and again, and all the evidence continues to say that it's a safe product for normal cosmetic use.

2. **Q: How has the Tylenol incident affected Johnson & Johnson Baby Products?**

   A: The whole country now understands that Tylenol was subject to criminal tampering. It has reaffirmed my faith that Johnson & Johnson will only market the safest product possible and will always keep consumers' interests above all others.

3. **Q: If your own studies link talc to ovarian cancer, will you pull your talc products off the market?**

   A: If such tests prove a cause and effect relationship, yes we would remove our talc products. Johnson & Johnson would never place baby powder users at unacceptable risk. The safety of the consumer is our primary concern.

October, 1985

JNJ 000011825

4.  Q: **You've had a lot of problems at Johnson & Johnson. How many other products are under investigation?**

    A: Talc is not under investigation, except to the extent that it like many products, is continually tested for safety.  Johnson & Johnson's primary responsibilities are to the consumer and as such we sell only the highest quality baby care products.  We also investigate our medical products thoroughly, including post-marketing surveillance after they have FDA approval.

5.  Q: **Will Johnson & Johnson pull its baby powder from the market if these allegations that baby powder causes ovarian cancer are true?**

    A: If removal from the market were required to protect the public, yes.  The consumer has been and will continue to be our concern, and our actions will reflect this philosophy in all decisions.  At Johnson & Johnson, the effectiveness and safety of Baby Powder have been proven for nearly 100 years.  As recently as October 14, 1983 in a letter to the editor of <u>JAMA</u>, a team of doctors (McGowan et al) from the National Institutes of Health (NIH) and George Washington University in Washington, D.C. state that their research reveals "no overall association between talc use and ovarian cancer."  We at Johnson & Johnson, along with the scientific community

                                                October, 1985

JNJ 000011826

and the government, have vast knowledge and understanding of talc. This extensive research shows that Baby Powder, properly used, is safe.

6. **Q: How are you people handling the crisis?**

   A: There is no crisis involving baby powder. The tremendous body of evidence attesting to the safety of talc remains valid. We would just like to inform consumers that J&J Baby Powder, a product nearly 100 years old, is safe and that we are always conducting research to affirm this. We have always placed the consumer's safety above all else and will continue to do so.

7. **Q: When were you first aware of the problems with baby powder?**

   A: In examining all the research undertaken on baby powder we are not aware of problems with it. Extensive research indicates that baby powder, used properly, is safe. We do see an opportunity to clear up some public misunderstanding about our product and its use so it's a pleasure to talk to you about Johnson's Baby Powder.

October, 1985

JNJ 000011827

8.    Q: In light of all this controversy, when will you be
         pulling Baby Powder off the market?

      A: The safety and effectiveness of Baby Powder have been
         proven for nearly 100 years.  At Johnson & Johnson,
         concern for the consumer's safety and health is our
         priority.  As always, we will continue to act
         accordingly, reflecting this philosophy in all decisions.

9.    Q: What other products does Johnson & Johnson Baby Products
         Division manufacture?

      A: Johnson & Johnson has a long history as a leading
         supplier of quality baby care products.  Besides Baby
         Powder and Cornstarch, we also have Baby Cream, Baby Oil,
         Baby Lotion and Baby Shampoo.  We also sell J&J wash
         cloths, cotton swabs, gift sets, baby bath, soap, Sundown
         sun screen, Affinity Shampoo and Johnson & Johnson Child
         Development Toys.

10.   Q: Do you anticipate problems with those products in the
         future?

      A: We have no reason to believe there are problems with any
         of our products.  All are thoroughly tested for safety
         before they are introduced, and on a continuing basis
         thereafter.  Johnson & Johnson is deeply committed to
         continuing to provide its customers with the highest
         quality and safest baby products.

                                             October, 1985

JNJ 000011828

11. **Q: Are you conducting any tests right now to reassure your Baby Powder users?**

A: To reaffirm the existing and extensive evidence supporting the safety of Baby Powder, Johnson & Johnson conducts tests on an ongoing basis. For instance, since the 1940's, we have been testing our talc to ensure that it is free from other elements or impurities. After a thorough cleansing process at the mine site, Johnson & Johnson talc undergoes a specific microscopic examination. This process is repeated during packaging at the factory. The result is the purest, finest grade talc used in J&J Baby Powder.

October, 1985

JNJ 000011829

# XII.   INDEX

October, 1985

JNJ 000011830

# INDEX OF QUESTIONS

Page

**I.  TALC — CANCER**

1. Does talc cause cancer?........................... 2

2. Dr. Daniel Cramer in the journal Cancer has linked the use of talcum powder to ovarian cancer.  Could you comment?....................................... 2

3. We know that asbestos causes cancer, do we not?..... 3

4. Haven't they found traces of asbestos in talcum powders?.......................................... 3

5. If your own studies should link talc to ovarian cancer, will you pull Baby Powder off the market?... 3

6. Why didn't you find this link in your own testing?.......................................... 4

7. When did you first become aware of the carcinogenic properties of your product?............ 4

8. In 1976, scientists found asbestos in 10 of 19 baby powders tested.  How is that possible?........ 4

9. What is the relationship between talc and ovarian cancer?................................... 5

10. Don't you test for those sorts of things?.......... 5

11. Are you presently conducting tests for this?....... 5

12. What kinds of tests does Johnson & Johnson conduct?........................................ 6

13. Dr. Cramer's study indicates that women who use talc have three times the risk of contracting ovarian cancer than those who do not use it.  As a manufacturer, how do you respond to this?........ 6

14. Talc is closely related to asbestos.  Isn't it likely that the two react in the same way?......... 7

15. What other studies have been done to determine the validity of this link between talc and cancer?......................................... 8

October, 1985

JNJ 000011831

                                                                    Page

II.  **TALC — INHALATION**

     1. How about the allegations that talc can cause
        granulomas in the lungs............................ 10

     2. What exactly are granulomas?....................... 10

     3. Have studies been done linking disease to the
        miners of talc?.................................... 10

     4. Describe the kind of testing Johnson & Johnson
        has done on the safety of Baby Powder?............. 10

     5. Isn't it dangerous to inhale talc?................. 11

     6. What is "normal" use?............................... 11

     7. Why don't you put labels on your product to warn
        parents about "abnormal" use of talc?.............. 12

     8. You're now test marketing J&J Baby Powder
        with cornstarch.  Why does that product package have
        a warning label and not Baby Powder with talc,
        which is more dangerous?........................... 12

     9. Don't talc particles stay in your lungs?........... 13

    10. How long does it take to clear your lungs of talc... 13

    11. Could talc cause emphysema?........................ 13


III. **TALC — TRANSLOCATION**

     1. Can talc migrate from the external environment
        into the body?.................................... 15

     2. If there is no evidence for translocation of talc,
        why has it become an issue?....................... 15

     3. What studies have been done to disprove
        translocation of talc?............................ 16

     4. But haven't there been studies proving
        translocation of talc?............................ 16

     5. What about the study by Egli & Newton that proved
        translocation of talc to the ovaries?............. 17

     6. Explain the process by which talc moves from the
        outside of the body to the ovaries................ 17

October, 1985

JNJ 000011832

Page

III. (con't)

7. Does talc cause pelvic inflammatory disease?........ 18

8. What is "normal" use?............................. 18

9. Describe the kind of testing Johnson & Johnson
has done on the safety of Baby Powder?............. 18

IV. TALC - MISUSE

1. In Nassau County, in the first six months of 1980
there were 40 cases of babies who ingested or
inhaled various baby powders. How serious is
this?......................................... 21

2. How many suffocation deaths have there been?........ 21

3. Aren't medicated powders even more dangerous?....... 21

4. Why haven't you changed the shape of your bottle,
since it looks like a nurser and babies are prone
to suck on it?.................................. 22

5. Why are there no safety caps on J&J Baby Powder?.... 22

6. If accidents are occurring, why aren't you warning
parents about accidents in your labeling?........... 23

7. You're now test marketing J&J Baby Powder with
cornstarch. Why does that product package have
a warning label and not Baby Powder with talc?...... 23

8. Why do you have to caution consumers about these
products? Are they unsafe?........................ 23

V. BABY POWDER - BENEFITS AND USES

1. Baby Powder is no longer being used in hospitals
any more. Why not?............................... 26

2. There's no medical benefit to Baby Powder, is
there?......................................... 26

3. Does baby powder prevent diaper rash?.............. 27

4. The Lancet, a leading British medical journal,
says: "There is no reason to believe that normal
exposure to talc in the past led to cancer."
What constitutes "normal" exposure?................ 27

October, 1985

JNJ 000011833

Page

**VI. BABY POWDER — MANUFACTURING**

1. Where does talc come from?.......................... 29

2. How is it mined?.................................... 29

3. Describe the kind of testing Johnson & Johnson
   has done on the safety of Baby Powder?.............. 29

4. Mineral talc and asbestos are often found in the
   same mines. What safety controls do you have to
   maintain purity of product?........................ 30

**VII. BABY POWDER — GENERAL**

1. If your wife asked how safe Baby Powder is for
   your own baby, what would you tell her?............ 33

2. What's in J&J Baby Powder?........................ 33

3. Is there any difference between mineral talc and
   cosmetic dusting powder?........................... 33

4. Is Baby Powder safe?.............................. 33

**VIII. MEDICATED TALCS**

1. Isn't it better to use medicated talc?............. 35

2. Are there toxic elements in medicated talcs?........ 35

**IX. BABY CORNSTARCH**

1. Why did you introduce a cornstarch powder?......... 37

2. Isn't it because it is safer?..................... 37

3. What's in J&J Baby Cornstarch?.................... 37

4. What is tricalcium phosphate? What is it used
   for?.............................................. 38

5. When did you introduce your cornstarch product?..... 38

6. Surgeons who used to dust their gloves with talc
   now use cornstarch. Do they know something we
   don't?............................................ 38

October, 1985

JNJ 000011834

**X.   TEST MARKET -- BABY POWDER WITH CORNSTARCH**

1. What is J&J Baby Powder with cornstarch?........... 40

2. What is tricalcium phosphate?  What is it used
   for?.............................................. 40

3. Why is baby powder cornstarch offered only in a
   few parts of the country?......................... 40

4. Why is J&J changing its flagship product to
   contain cornstarch?............................... 41

5. What's the purpose of changing the name but
   not the product?.................................. 41

6. Are you putting cornstarch in J&J Baby Powder
   because you think talc is not safe?............... 41

7. When are you going to discontinue using talc
   in J&J Baby Powder?............................... 42

8. Why is there a warning label on J&J Baby Powder
   with cornstarch and not on J&J Baby Powder?....... 42

**XI.  JOHNSON & JOHNSON POLICIES AND GENERAL QUESTIONS**

1. Why are so many products being tested for safety
   today?............................................ 44

2. How has the Tylenol incident affected Johnson &
   Johnson Baby Products?............................ 44

3. If your own studies link talc to ovarian cancer,
   will you pull your talc products off the
   market?........................................... 44

4. You've had a lot of problems at Johnson & Johnson.
   How many other products are under investigation?.... 45

5. Will Johnson & Johnson pull its Baby Powder from
   the market if these allegations that Baby Powder
   causes ovarian cancer are true?................... 45

6. How are you people handling the crisis?............ 46

7. When were you first aware of the problems
   with Baby Powder?................................. 46

8. In light of all this controversy, when will you
   be pulling Baby Powder off the market?............. 47

October, 1985

JNJ 000011835

Page

XI. (con't)

9. What other products does Johnson & Johnson Baby
   Products Division manufacture?..................... 47

10. Do you anticipate problems with those products in
    the future?....................................... 47

11. Are you conducting any tests right now to reassure
    your Baby Powder users?........................... 48

October, 1985

D/00/02

JNJ 000011836