# Exhibit 47



**ATLANTA**
Corporate Headquarters
3945 Lakefield Court
Suwanee, GA 30024
(770) 866-3200   FAX (770) 866-3259

## MAS Project M71722

## Talcum Powder Analysis

## Tamara Newsome- Johnson's Baby Powder Containers



Prepared for: Blasingame, Burch, Garrard & Ashley Law Firm

Prepared By: William E. Longo, Ph.D., CEO

Materials Analytical Services, LLC

**11/17/2023**

# TABLE OF CONTENTS

**PROJECT SUMMARY** ...................................................................................................................3

**OVERVIEW** ................................................................................................................................3

**MATERIALS & METHODS**.............................................................................................................4

**RESULTS** ...................................................................................................................................6

**DISCUSSION/CONCLUSION**........................................................................................................10

**PROJECT SUMMARY**

This report provides the results for the analysis of two Johnson's Baby Powder (JBP) talcum powder containers submitted to MAS by Adriana Aguayo on behalf of the Blasingame, Burch, Garrard & Ashley Law Firm. The JBP talcum powder containers were sent to MAS on 9/28/23. Both samples were received and logged in on 9/29/23, where they were then placed in a secure laminar flow hood and assigned the following MAS laboratory tracking numbers M71722-001 and -002.

Table 1 provides a sample description summary of the two JBP talcum powders that were received and analyzed for asbestos.

**Table 1**
**JBP Sample Container Descriptions**

| MAS Sample No. | Product | Container size (oz) | Container Code | Condition of Container | Source of Sample |
|---|---|---|---|---|---|
| M71722-001 | 2004 Johnson's baby powder | 9 | 2874RB | Opened | Submitted by Adriana Aguayo |
| M71722-002 | 2014 Johnson's baby powder | 1.5 | 30617RA | Opened | Submitted by Adriana Aguayo |

**OVERVIEW**

This report provides the analytical results for the testing of two JBP talcum powder containers that MAS analyzed as requested by the Blasingame, Burch, Garrard & Ashley Law Firm.

The talcum powder in the two JBP talcum powder sample containers were analyzed for both chrysotile and amphibole asbestos using PLM and ATEM.

For the chrysotile analysis, both samples were first prepared by the Colorado School of Mines (CSM) sample preparation method (with HLS), and then analyzed by PLM using a refractive index fluid 1.560.

For the detection of amphibole asbestos, each sample was analyzed using ATEM methods. Each ATEM sample preparation was analyzed using the standard TEM methods.

**Overview of Results**

**The CSM Sample Preparation (with HLS) & Analyzed by the ISO 22262-1 Method**

Both of the JBP talcum powder samples reported positive for chrysotile. The amount of chrysotile found in the samples had an average estimated volume weight concentration of 0.0010-0.002% (recovery weight corrected). The average amount of chrysotile bundles was 120,000 bundles per gram of talc (recovery weight corrected).

**The ISONY 22262-1 (with HLS) Method for Amphibole Asbestos**
The analysis showed that both JBP talcum powder samples were non-detect for amphibole asbestos.

**ISO 22262-1&2 ATEM HLS Method for Amphibole Asbestos**
The analysis showed that both JBP talcum powder samples were non-detect for amphibole asbestos.

## MATERIALS & METHODS

**JBP Sample Containers**
After the two JBP talcum powder sample containers were logged in at MAS, each sample container was transferred to the cosmetic talc archive room where it was photographed in its received condition.  The MAS chain-of-custody documents can be found in Section 2 of this report, and photographs of each sample container can be found in Section 6 of this report.

**Muffle Furnace**
For this procedure, approximately 1 gram from each talcum powder sample were removed from its container (Sartorius Research Balance) and placed in separate glass scintillation vials.  Each scintillation vial was then placed in a Fisher Scientific Iso-temp muffle furnace Model #620 at 480ºC for a minimum of 12 hours to remove any organic material.  Typically, the muffle furnace sample is run overnight.

**CSM Sample Preparation Method (with HLS) and ISO PLM Analysis (Chrysotile Asbestos)**
**CSM Sample Preparation**
Approximately 200 milligrams from each muffled talcum powder sample were transferred into a separate 15 ml centrifuge tube (VWR 10026-076).  Through the use of DI water, approximately 5 ml of adjusted HL (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density of 2.85 g/cc), was diluted to a density of 2.65 g/cc, as determined by a VWR Hydrometer, Model Number 34620-1109.

The newly diluted HL was added to each VWR centrifugation tube containing the talcum powder samples and then shaken vigorously for 10 to 20 seconds. Each centrifugation tube was then placed in an Ohaus Frontier 5000 series centrifuge set at 2000 RPM for 72 hours at 15 degrees Celsius without breaking.  After removing the tubes from the centrifuge, the talc/heavy liquid (light fraction) was pipetted off the top of each centrifuge tube, then mixed with DI water and separately filtered onto a new 0.45um 47mm PC filter and allowed to dry under a drying lamp for 20 to 30 minutes. This washing step was repeated two more times.

After drying, both final MCEs (light fractions) were provided to the PLM analyst.  Each 47 mm MCE filter was weighed before HLS recovery process, and then again after the filtration and drying of the heavy fraction. [1,2]

## PLM – New York ELAP Method (with HLS Sample Preparation) for Amphibole Asbestos

Approximately 200 milligrams from the two muffled talcum powder samples were transferred separately into a 15 ml centrifuge tube (VWR 10026-076).  Through the use of DI water, approximately 5 ml of adjusted HL (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density of 2.85 g/cc), was diluted to a new density of 2.78 g/cc, as determined by a VWR Hydrometer, Model Number 34620-1109.

The newly diluted HL was added to two VWR centrifugation tubes containing each of the talcum powder samples and then shaken vigorously for 10 to 20 seconds. The two VWR centrifugation tubes were then placed in an Ohaus Frontier 5000 series centrifuge set at 2000 RPM for 24 hours at 15 degrees Celsius without breaking.  After removing each tube from the centrifuge, the talc/heavy liquid (light fraction) was pipetted off the top of both centrifuge tubes. Each pellet along with the DI water was then filtered separately onto a new 0.45um 47mm PC filter and allowed to dry under a drying lamp for 20 to 30 minutes. This washing step was repeated two more times for the sample.

After drying, the final MCE filter/talc samples (heavy fraction or pellet) were provided to the PLM analyst.  Each 47 mm MCE filter was weighed before HLS recovery process, then after the filtration and drying of the heavy fraction.

## ISO 22262-1 PLM Analysis of the Samples Prepared by the CSM & New York ELAP Method
## Chrysotile Asbestos

Approximately 100 milligrams from the two muffled talcum powder samples (heavy fraction) were analyzed by the ISO 22262-1 PLM method.  To determine the actual amount of talcum powder analyzed by this method, each sample was prepared as follows: two new glass slides that are used to analyze the talcum powder sample by PLM for this project were separately weighed and recorded (Sartorius Research Balance).  Next, three talcum powder sample mounts were placed on the two glass slides (one talcum powder mount on one slide and two talcum powder mounts on the second slide). While the sample mount was transferred onto the glass slides, each of the glass slides were reweighed and recorded. Afterwards, a drop of 1.560 (CSM-chrysotile) and 1.605 (NYELAP-amphibole asbestos) refractive index fluid was placed on each sample mount and stirred with the point of a scalpel blade. The three sample mounts were then covered with an 18 x 18 mm glass cover slip.

---

[1] Colorado School of Mines Research Institute February 26, 1973 Report Re: Mineralogical Examination of Five Talc Samples to W.H. Ashton from W.P. Reid and W.T. Caneer.

[2] Colorado School of Mines Research institute April 2, 1973 Report re: Mineralogical Examination of four Samples for Tremolite and Chrysotile from W.P. Reid to W.H. Ashton.

Each sample was then examined under elongation PLM conditions, cross polars with the 530 nm analyzer plate inserted. 30 total fields per field of view (a single PLM field of view has an area of $(0.785 \text{ mm}^2)$ are examined (10 fields of view for each of the three mounts) for a total area examined of $23.55 \text{ mm}^2$.

Positive identification of chrysotile asbestos bundles was done by morphology, refractive indices, elongation, extinction angle, birefringence and pleochroism as described by the ISO 22262-1 PLM method. The ISO PLM analysis protocol was used to show how the analysis is done. However, the range of acceptable RI's for the NIST 1866b chrysotile were not used. The reason for this will be discussed later in this report.

If chrysotile is present, the PLM analyst will count the number of positively identified chrysotile structures in each field of view based on the above criteria and record that number on the MAS PLM data sheet. In addition, up to three or four representative chrysotile bundles are photographed in both the parallel and perpendicular direction under dispersion staining, elongation, cross polars and with polarizers out. The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

**Amphibole Asbestos**
As described above, amphibole asbestos was also analyzed by the ISO 22262-1 PLM method. In addition to the determination of whether regulated amphibole asbestos structures are present in each sample, the samples were also examined for possible amphibole cleavage fragments in 1.605 RI fluid. The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

**ATEM Sample Preparation: Amphibole Asbestos ISO 22262-2 (with HLS Sample Preparation)**
The HLS sample preparation for the ATEM analysis was done by the ISO 22262-2 methodology. Approximately 25 to 30 milligrams (Sartorius Research Balance) from the two muffled furnace talcum powder samples were placed into a separately labeled 15 ml centrifuge tube (VWR 10026-076).

Approximately 5 ml of heavy liquid (Lithium heteropolytungstates solution, GeoLiquids, Inc., Cat. No. LST010 (stated density 2.85 g/cc) was added into the two centrifuge tubes containing each of the talcum powder samples, that was then prepared and shaken vigorously by hand for 10 to 20 seconds. Both centrifuge tubes were placed in an Eppendorf micro-centrifuge (Model No. 2412D) set at 2000 RPM for 24 hours at 15 degrees Celsius. After removing the tubes from the centrifuge, the talc/heavy liquid (light fraction) was pipetted off the top of each centrifuge tube. Deionized water was added to both centrifuge tubes to bring the volume to approximately 15 ml. Each of the 15 ml centrifuge tubes were then capped and inverted by hand 2 times to distribute the collected material in the bottom of the tube tip. Next, each of the 15 ml mixtures were immediately and continuously filtered through a separate 47 mm Polycarbonate filter (PC) with a 0.22µm pore size.

After each mixture was filtered, the excess heavy liquid was washed through the filter with the addition of approximately 100 ml of deionized water. The prepared PC filter was placed in a new disposable plastic 47 mm petri dish and allowed to dry at ambient room temperature in a HEPA hood for a minimum of 2 hours. The processed PC filter sample was directly prepared onto 100 μm TEM size grids (2 for analysis and 1 for archive) using the standard TEM filter preparation protocol for PC filters.[3, 4, 5, 6, 7]

## ATEM Amphibole Asbestos Analysis:  ISO 22262-1 & 2

For the ATEM analysis, 100 grid openings were analyzed between two grids (50 openings per grid). JEOL 1200EX ATEMs equipped with either a Noran or an Advanced Analysis Technologies (light element) energy dispersive x-ray analyzer (EDXA) were employed for this analysis.  Each sample was analyzed at a screen magnification of 20,000X.  Verification of regulated amphibole asbestos structures is done in the ATEM by the following three steps:

### Morphology (Step 1)

The determination of the fibrous morphology for any potential regulated amphibole asbestos structures in the TEM sample was done by the standard ATEM methodology.[3,5] Morphology is identified when the fibers and bundles of potential asbestos structures have substantially parallel sides with an aspect ratio of 5:1 or greater, and at least 0.5 μm in length.

### Regulated Amphibole Asbestos Verification (Steps 2 & 3)

Potential fibrous amphibole asbestos structures that fit the above morphology criteria are analyzed in the ATEM by EDXA for the fiber/bundle chemistry (Step 2) and selected area electron diffraction (SAED), for the appropriate crystalline lattice measurements for amphibole asbestos (Step 3) as described in the ISO 22262-1 & 2 methods.  The detection limit for this method, as specified by the ISO 22262-1 method, is the finding of either 1 fiber or 1 bundle in the analysis.

### Process Laboratory Blank

The process laboratory blank (M71722-000) was run concurrently with the two JBP talcum powder sample preparations by the ATEM HLS method (amphibole asbestos).  The process blank PC filter was prepared in the same exact manner as the ATEM talcum powder samples (with heavy liquid, filtration on PC filters, etc.) but without any talcum powder. For the ATEM analysis, 100 grid openings (two grids, 50 grid openings each) were analyzed for the process blank.

---

[3] D5755-09 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust by Transmission Electron Microscopy for Asbestos Structure Loading.

[4] D5756-02 "Standard Test Method for Microvacuum Sampling and Indirect Analysis of Dust Loading by Transmission Electron Microscopy for Asbestos Mass Surface.

[5] ISO 10312 1992-02-01, "Ambient Air Determination of Asbestos Fibers-Direct-Transfer Transmission Electron Microscopy Method.

[6] ISO 13794 1999 07-12, "Ambient Air-Determination of Asbestos Fibers-Indirect-Transfer Transmission Electron Microscopy Method.

[7] U.S. Environmental Protection Agency (USEPA) 1987. Asbestos Hazard Emergency Response Act, 40 CFR Part 763, Appendix A to Subpart E, USEPA, Washington D.C.

## RESULTS

**JBP Container Inspections**

When inspected upon their received condition, the two JBP talcum powder sample containers were opened from their received original packaging and sampled. Images of the containers can be found in section 6 of the notebook.

**CSM Sample Prep. (HLS)/ISO 22262-1 PLM Analysis Chrysotile Asbestos)**

The amount of chrysotile found in the two JBP talcum powder samples had an average estimated volume weight concentration of 0.0010-0.002% (recovery weight corrected). The average amount of chrysotile bundles was 120,000 bundles per gram of talc (recovery weight corrected).

The average birefringence (BIR) of the chrysotile bundles was calculated from the refractive index measurements and found to have a BIR classification of 0.005 which is classified as a Low birefringence (<0.01). The CSM/ISO-PLM data sheets can be found in Sections 3-4 of this report.

**The ISONY 22262-1 (with HLS) Method for Amphibole Asbestos**

The analysis showed that the two JBP talcum powder samples were non-detect for amphibole asbestos. The ISONY-PLM data sheets can be found in Sections 3-4 of this report.

**ISO 22262-1&2 ATEM HLS Method for Amphibole Asbestos**

The ISO 22262-2 ATEM heavy liquid separation method showed both JBP talcum powder samples were non-detect for amphibole asbestos. The ATEM data sheets can be found in Sections 3-4 of this report.  The summary of the ATEM results are shown in Table 2.

**ATEM Process Blanks**

The analyzed ATEM process blank sample showed no asbestos structures, cleavage fragments or fibrous/platy talc detected.  The ATEM data sheets can be found in Section 5 of this report.  The summary of the overall analytical results is shown in Table 2.

**Table 2**
**Overall Summary of the Avon**
**Asbestos Sample Analysis Results**

| MAS Sample # | ATEM Amphibole Asbestos | PLM Amphibole Asbestos % | CSM-PLM with HLS Chrys % | CSM Weight Recovery Light Fraction | CSM Chrys % Weight Corrected** |
|---|---|---|---|---|---|
| M71722-001 | <45,900 | NSD* | 0.003-0.006 | 32.9% | 0.001-0.002 |
| M71722-002 | <51,600 | NSD* | 0.004-0.006 | 32.4% | 0.001-0.002 |

*No Structure Detected **Weight Corrected

The refractive index and calculated birefringence values are shown in Table 3.

**Table 3**
**Overall Summary of the Calculated Chrysotile**
**BIR CSM-PLM Data**
**(RI Fluid 1.560)**

| MAS Sample # | Range of Chrysotile RI Values CSM-PLM | Birefringence Calculations |
|---|---|---|
| M71722-001 | 1.568-1.562 | 0.006-0.004 |
|  | 1.564-1.560 | **avg. = 0.005** |
| M71722-002 | 1.567-1.562 | 0.005-0.003 |
|  | 1.563-1.560 | **avg. = 0.004** |
|  | **α        range        γ** **1.562-1.560  1.568-1.563** | **Avg. = 0.005** |

## Estimation of the Number of Chrysotile Bundles Detected for CSM PLM Methods

Using the number of chrysotile bundles counted during the PLM analysis, and the amount of talcum powder analyzed in a specified area on the cover slip mount per the two glass slides, the amount of chrysotile bundles per gram of talcum powder sample can be calculated.

Total chrysotile bundles in the sample is calculated as shown in the following equation:

$$(A1 \div A2) \times (CB) \div W = TCB/W$$

**Where:**
**A1:**    The total area (972 mm$^2$) that the talcum powder occupies on the two glass slides.
**A2:**    The area (23.55 mm$^2$) in thirty fields of view that the talcum powder occupies on the two glass slides.
**CB:**    Number of chrysotile bundles detected in a positive sample by PLM analysis.
*W:*    Weight of total talcum powder placed on the two glass slides.
**TCB/W:** Total number of chrysotile bundles per weight (grams) of talcum powder.

The results of CSM sample preparation analysis calculations are shown in Table 4.

**Table 4**
**Summary of Estimated Chrysotile Bundles per gram Calculations**
**For the CSM PLM Results**

| MAS Sample # | Wt. of sample grams | No. of Chrys Bundles counted | CSM/ISO Chrysotile Bundles/g | CSM/ISO* Chrysotile Bundles/g |
|---|---|---|---|---|
| M71722-001 | 0.0012 | 8 | 275,000 | **90,000*** |
| M71722-002 | 0.0009 | 10 | 459,000 | **149,000*** |
| | | | **Avg.= 367,000** | **Avg. = 120,000*** |

Weight corrected*

The average of the amount of chrysotile bundles for the CSM sample preparation method for the two JBP talcum powder samples was approximately 120,000 bundles per gram of talc.


**DISCUSSION/CONCLUSION**

**Colorado School of Mines (w HLS) Sample Preparation of Cosmetic Talc**

This section reviews the development of the double density cosmetic talc sample preparation, by the Colorado School of Mines Institute, on behalf of J&J for the concentration of chrysotile and amphibole asbestos.

The sample preparation part of the MAS chrysotile analysis is based on the work done by the CSMP in the early 1970's for the detection specifically for possible chrysotile and amphibole asbestos in J&J sourced Vermont talcum powder, from the Frostbite mine using, double heavy liquid separation (<2.9 g/cc & >2.9 g/cc).

An overview of this method development by CSM is as follows:

**In a January 17, 1973 Windsor Minerals document** sent by R.N. Miller to Mr. Bill Ashton of J&J, subject: "Core samples, diamond drill holes, **Frostbite mine**" informing Bill Ashton that Windsor Minerals was sending 1/8 split of our retain samples from the cosmetic ore sampling done in these holes. The memo goes on to say, "This is the material which was sent to Colorado identified as CN

core which we conducted our pilot production runs which yielded Grade 66 material."
(JNJ000682638)[8]
Cosmetic Talc Core Samples mailed to Colorado School of Mines:

Hole Numbers
1. 30-71-S      4. 32-71-S
2. 30-B-71-S    5. 34-71-S
3. 30-C-71-S

**February 26, 1973 Colorado School of Mines (CSM) document for, Project no. C10704, reported their analysis W.H. Ashton,** where these same five Frostbite core samples were prepared with heavy liquid separation (HLS) with two different densities (<2.9 & >2.9) and with acid leaching. (JNJNL61_000008084 thru JNJNL61_000008089).  The "as received samples" and were first analyzed using x-ray diffraction and microscopic studies without HLS.

The results stated that "Relative to possible asbestos type minerals, samples **30-71-S and 30-B-71-S contained slight traces of tremolite-actinolite minerals. Sample 32-71-S is suspected to contain a very minor amount of serpentine which maybe chrysotile".**

**As further outlined in the 2/26/1973 Report,** the next phase of study was that the 5 Frostbite talc ore samples were first fractionated using heavy liquid separation (HLS) and then with acid dissolution, then analyzed by XRD. The report describes the HLS method as follows:  Each of the ground talc ore was separated into fractions by centrifugation in heavy liquids: specific gravity <2.90 and specific gravity >2.90.  After the x-ray diffraction of the >2.90 specific gravity fractions, the sample was leached with 1:1 HCL to remove magnesite.  The insoluble residue was then examined for amphiboles with a petrographic microscope.  In both Phase 1 and Phase 2, possible serpentine was detected in Frostbite ground talc ore sample 32-71-S.

The last phase of this analysis, CSM attempted to verify the presence of serpentine in sample 32-71-S <2.65 fraction by step scan x-ray diffraction over the critical diffraction peaks of serpentine which is in the 7Å and 14Å region, **"the initial result suggested that serpentine, not chlorite, was present."**

Microscopic examination of the <2.65 fraction identified a "very minor (1%) amounts of possible serpentine fibers" that was facilitated by staining with 1% iodine in glycerin.

**The report recommended that further work be done on this sample (32-71-S).**  It has been suggested in the past by defense attorneys that this statement meant that more work was needed on the heavy liquid separation sample preparation method.  That suggestion is not true.

---

[8] January 17, 1973 Windsor Minerals document sent by R.N. Miller to Mr. Bill Ashton of J&J, subject: "Core samples, diamond drill holes, Frostbite mine".

**April 2, 1973 Colorado School of Mines (CSM) document for Project no. <u>C10704</u>, reported their
analysis to W.H. Ashton,** where the primary objective of the studies was to determine the
presence or absence of tremolite and chrysotile in talc bearing head samples labeled 1 through 4.

For the HLS sample preparation and analysis, by CSM, the four head talc ore samples were first
ground into two size ranges of minus 200 plus 325 and minus 325. The samples were then
prepared with CSM's double heavy liquid separation method and acid dissolution, analyzed by XRD
and or optical microscopy.  For optical microscopy of tremolite analysis, RI fluid 1.600 was used for
their PLM analysis of the tremolite asbestos.   MAS has been criticized in the past for using 1.605 RI
fluid because it was not high enough as suggested by J&J's experts, even though the CSM used
1.600 used a lower RI fluid.

**Results:**

> <u>Chrysotile (HLS <2.65 g/cc)</u>
1) **Minus 200 plus 325 mesh:**  Chrysotile abundance was estimated as <0.0001% in sample 3
and <0.0006% for sample 4.

2) **Plus 325 mesh:**  Chrysotile abundance was estimated as <0.0007% in samples 2, 3 and
<0.0006% for sample 4.

> <u>Tremolite (HLS >2.90 g/cc)</u>
1) Minus 200 plus 325 mesh:  possible tremolite was found in sample 2 is estimated at
<0.002%

2) **Minus 325 mesh:**  No tremolite was detected in any of the four samples.

These four samples were labeled "head" samples which defined as average grade feed that goes
into the mill before the flotation process.  There was no identification of the source of the talc
samples in the April 2, 1973 Colorado School of Mines Report.  However, it is most likely these
head samples were collected in the same area that sample 32-71-S was collected from the
Frostbite mine.  The reason for this is that in the Colorado School of Mines 2/26/1973 report to Dr.
Ashton, the very last sentence in the report states "that further work be done on this sample 32-
71-S".

It would seem logical that the next set of talc samples analyzed was fulfilling that further work
statement about Frostbite sample 32-71-S.  Also, there were only 36 days between the CSM
February and April reports, and all three of these reports have the same CSM Project no. <u>C10704</u>.

**December 27, 1973:** Colorado School of Mines Research Institute prepared the following report for Johnson & Johnson, "A Procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers."  Project C10704. (JNJ 000268037 to 045).[9]

This CSM report provides the methodology using double density heavy liquid separation for chrysotile and amphibole asbestos.  It reports a detection limit of 10 ppm (0.00001%) and verification of asbestos types, after separation, was done by optical microscopy.
This method also stated the following: "Electron Microscopy examination employing selected area electron diffraction and/or x-ray emission spectrography may be required in order to specifically identify small fibrous particulates".  The Colorado School of Mines recognized that TEM would be needed to identify for small particles.

Nowhere in this report was there even a suggestion by the Colorado School of Mines that their double density heavy liquid method, for sample preparation, for both chrysotile and amphibole asbestos, was anything but a sound scientific method.

In fact, this sample preparation was approved and signed off by the following individuals from the Colorado School of Mines Research Institute:  Herman Ponder, Director, James M. Link, Director Mining Division, and Jerry Krause, Senior Scientist Mining Division.

In the Introduction Section, the second paragraph states the following;

> *"As the impurity level becomes very low (<<1%), it is necessary to examine increasing amounts of sample in order to detect the impurity.* ***As a result of the requirement to detect the proverbial "needle in a haystack,"*** *we have evolved a procedure which preconcentrates the impurities prior to examination. The net effect is that a large initial sample is fractioned in order to reject the majority from further examination."*

This was the same reason that MAS decided to use heavy liquid separation in late 2016 for cosmetic talc analysis as described above by the Colorado School of Mines.

**Johns-Manville**

Another indication of how confident the Colorado School of Mines was in their double density separation method, they informed Johns-Manville that the thought this heavy liquid separation method they developed, was good enough to be considered for a patent (JNJMX68_000007044 to 000007046).

---

[9] December 27, 1973, Colorado School of Mines protocol entitled "A procedure to Examine Talc for the Presence of Chrysotile and Tremolite-Actinolite Fibers" Herman Ponder Director, Jerry Krause Senior Scientist and James Link Director Mining Division.

In an October 29, 1973 letter from V.E Wolkodoff of Johns-Manville to Mr. Caneer, Colorado School of Mines, in response to a phone call from Mr. Caneer, Mr. Wolkodoff writes the following:

*"Specifically, we were interested in your advanced technology used to separate felted masses of asbestos by heavy liquid separation preparatory to staining of chrysotile by iodine as worked out by Morton and Baker of Johns-Manville".*

Mr. Wolkodoff further writes, "*I understand your position completely on specific techniques being worked for other companies which are proprietary and, as you had indicated, will probably be patented.*"
This letter confirms CSM was both developing this sample preparation method for J&J, and thought it was such an advancement in talc sample preparation technology for PLM analysis, they were considering to protect it with a patent.[10]

With that said, there no indication or documents that J&J's CSM double density talcum powder sample preparation method was ever patented, or shared with the FDA when they struggled with their own development of a concentration method, or over a period of 50 to 60 years, there is no evidence that J&J ever had their main outside QA labs (McCrone or the R.J. Lee Group) use the much superior CSM sample preparation method, when they were analyzing J&J's talcum powder by XRD, PLM and or TEM for asbestos.  The lack of use of the CSM sample preparation method by these two outside labs, explains why hundreds, if not thousands of J&J's talc sample analysis for asbestos analysis were found to be non-detects by the McCrone and RJ Lee labs.

I believe the reason that the CSM talc sample concentration preparation method for chrysotile and amphibole asbestos, was never used by J&J, can be summed up by the following statements by Dr. Robert Rolle of J&J in two documents. The first document is a May 22, 1973 Report entitled "Proposed Specs for Analyzing Talc for Asbestos". On the third page concerning Dr. Pooley's preconcentration method for tremolite, Dr. Rolle states, "This technique has not been written up yet, but evidently when applied to Vermont talc, 0.5% of the tremolite-type is found." Dr. Nashed of J&J received this report on May 23, 1973 (JNJAZ56_000001892 to 1989)[11]

> *"The limitation of this method is that it may be too sensitive."*

The second document is a February 18th, 1975 memo to Dr. Rolle where he states, "I have also enclosed our test method for the proposed Xray technique which was drawn up by Boots Ltd in conjunction with Dr. Pooley" (JNJNL61_0000062953)[12]

---

[10] October 29, 1973 letter from V.E Wolkodoff of Johns-Manville to Mr. Caneer, Colorado School of Mines.
[11] May 22, 1973 Report where the Subject, entitled "Proposed Specs for Analyzing Talc For Asbestos".
[12] February 18th, 1975 memo to Dr. Rolle.

*"We deliberately have not included a concentration technique as we felt it would not be in worldwide company interest to do this."*

## Other Asbestos Concentration Methods for Cosmetic Talc Yardley LTD. Method

A J&J produced document (JNJ00026450 to 4509 **redacted**) that also has a Bate stamp number DX8011.0010 to .0010 **un-redacted**) entitled "A Method for the Separation of Impurities from Talc", is a double density separation sample preparation method that is very similar to the CSM double density sample preparation method.[13]  The primary differences involves the density for the heavy liquid that was used.  Where the CSM method uses 2.65 g/cc for the chrysotile and >2.90 g/cc for the amphibole asbestos, the Yardley method uses 2.69 g/cc for chrysotile and 2.83 g/cc for amphibole asbestos.  Also, the Yardley method uses a centrifuge speed of 3,000 rpm for 5 minutes, the CSM method uses a centrifuge speed of 800 rpm for two intervals of 30 minutes.  The 1991 published Blount HLS sample preparation method for amphibole asbestos, uses 2.81 g/cc and a centrifuge speed of 7,000 rpm for 10 minutes.

Each of these heavy liquid separation methods are using slightly different HL density liquids and different centrifuge speeds and times.  The main point of this is that scientists are using different HL densities and centrifugation times that work best for them.  There is no right or wrong, the only thing important is that heavy liquid separation of asbestos from talcum powder is a well-researched method developed by J&J almost 50 years ago, published by Dr. Blount in 1990/91, and is also an International Standards Organization protocol (ISO 22262-1 &2) method.

### Physical Prosperities of Tremolite & Anthophyllite

In the December 27, 1973 Colorado School of Mines Research report, it is interesting that tremolite was detected in the minus 200 plus 325 samples, but not in the minus 325.  These findings are consistent with the Pang et al. publication in 1987.[14] For this study, they spiked talc with tremolite (1 and 0.1%) and ground these samples for two size ranges; 1) 50% was minus 325 and 2) 100% minus 325.

The results showed that for the TEM analysis (100 grid openings) the 1% spiked tremolite sample, at 50% minus 325, the number of tremolite fibers detected was 1,592, and for the 100% minus 325, the number of tremolite fibers was reduced to 91 structures or 5% detected.

---

[13] A Method for the Separation of Impurities from Talc
[14] Thomas W.S. Pang, et al., "Determination of tremolite Asbestos in Talc Powder Samples" Ann. Occup. Hyg., Vol. 31, No. 2, pp 219-225, 1987.

For the 0.1 wt. percent, for the TEM analysis (100 grid openings) the 0.1 % tremolite spiked sample at 50% minus 325, the number of tremolite fibers detected was 88 and for the 100% minus 325, the number of tremolite fibers was reduced to 0 structures detected.

What is important about this study, is first that the tremolite used was characterized by the authors as tremolite asbestos/asbestiform due to the aspect ratio. Second, the asbestos fibers/talc spiked samples were ground so that there were two different particle size populations for two sample sets, 1st set, 50% of the sample would pass through a 325 mesh per inch sieve (45 μm opening), 2nd set, 100% of the sample would pass through the 325 mesh.

The Pang publication showed that when the talc was ground to the point that the size of the talc particles was small enough that 100% of the powder went through a 325 mesh it either greatly reduced (1.0% spiked sample) or eliminated (0.1%) is consistent with what Colorado School of Mines reported to J&J in their April 2, 1973 Protocol.

The reason for the tremolite asbestos being ground up is due the physical properties of tremolite asbestos, as well as anthophyllite asbestos, where both tremolite and anthophyllite have both low tensile strengths causing (brittle), and not flexible like chrysotile, and to a lesser degree, amosite and crocidolite.[15]   Since tremolite asbestos is brittle, the grinding to a minus 325 mesh size, by both the CSM and the Pang research, simply broke the tremolite fibers/bundles into non-fibrous particles.

The CSM results also showed that chrysotile was not affected when ground to a minus 325 mesh size because chrysotile has high tensile strength, good flexibility and is the reason that most all asbestos-containing cloth is woven out of chrysotile and not ever from tremolite or anthophyllite asbestos.  However, the size and width of the chrysotile bundles may be affected in the milling operation and that would account for the 5 to 20 μm in length to 2 to 4 μm in width range that we see in the cosmetic talcs, as well as the UCC SG-210 chrysotile.

Additionally, this data suggests that that due to cosmetic talc being milled to either a minus 200, and in some cases, a minus 325, is lowering the tremolite and or anthophyllite concentrations in the talcum powder, unless the concentration is so high in the talc ore, that a significant amount of the amphibole asbestos survives the milling process as demonstrated with this analysis.

The CSM results also showed that chrysotile was not affected when ground to a minus 325 mesh size because chrysotile has high tensile strength, good flexibility and is the reason that most all asbestos-containing cloth is woven out of chrysotile and not ever from tremolite or anthophyllite asbestos.

---

[15] M.A. Vos, Asbestos in Ontario, Industrial Mineral Report, Ontario Department of Mines and Northern Affairs, Ontario, Canada 1971.

This discussion goes to the whole issue of the general geological definition of "asbestiform" that appears in many of the standard TEM protocols, including the ASTM D5755-09 dust method that I was the primary author of the ASTM D5755-09 protocol. [16] This general definition is as follows:

*"asbestiform-a special type of fibrous habit in which the fibers are separable into thinner fibers and ultimately into fibrils. This habit accounts for greater flexibility and higher tensile strength than other habits of the same mineral."*

This is only a general definition that a geologist might be interested in when evaluating a potential asbestos mine, since the more fibrous the asbestos deposit, the more economical value the mine would have.[13] The economic value which depends on the grading of the asbestos where the most important factors are fiber or fiber length, tensile strength, flexibility, and spinnability among others, as shown in the Table 5.

**Table 5**
**Physical Properties of Asbestos**
**M.A. Vos, Asbestos in Ontario**

| Asbestos Type | Tensile strength (PSI) | Flexibility | Spinnability |
|---|---|---|---|
| Chrysotile | 80,000-100,000 | High | Very Good |
| Amosite | 16,000 - 90,000 | Good | Good |
| Crocidolite | 100,000-300,000 | Good | Good |
| Tremolite solid solution series | <1,000 - 8,000 | Poor | Poor |
| Anthophyllite | 4,000 or less | Poor | Poor |

As the above table shows, the physical properties of tremolite, and anthophyllite asbestos have low tensile strength, both poor flexibility and spinnability, as compared to the other three asbestos types found in asbestos added products, and yet are regulated asbestos.

In a recent publication by Germine & Puffer entitled "Anthophyllite Asbestos from Staten Island, New York: Longitudinal Fiber Splitting", concluded that the low quality characteristics of anthophyllite asbestos from the Staten Island mine, are consistent with the anthophyllite asbestos of the Finland mine.[17] These characteristics include low aspect ratios, longitudinal splitting rather than crystal growth and "rather brittle such that they could not be woven in the manner of high quality chrysotile." Besides another research group verifying that anthophyllite asbestos is brittle causing low tensile strength, not flexible or separated into single fibrils, would not meet the disputed general geological asbestiform definition for commercial asbestos added products, but

---

[16] ASTM D5755-09 Dust Method
[17] Mark Germine and John H. Puffer, "Anthophyllite asbestos from Staten Island, New York: Longitudinal fiber Splitting", Archives of Environmental & Occupational Health, (2021) https://doi.org/10.1080/19338244.2021.1873095

they also state in the last sentence of their paper "anthophyllite and amosite fibers are not asbestiform like chrysotile fibers but are never less potentially dangerous."

If this asbestiform definition was meant to be more than a general geological one, then the various analytical methods, using this definition, would have incorporated into the analytical methods, how to measure the tensile strength or flexibility of the microscopic asbestos fibers and bundles. Of course, the methods do not provide a means to measure flexibility and tensile strength since that type of measurement is impossible to accomplish by either PLM or TEM. Also, none of these analytical methods define what high tensile strength is, or how many measurements constitute a population.

### MAS's PLM Analysis of Chrysotile in Cosmetic Talc

The PLM analysis performed by MAS, showed that the two JBP talcum powder sample containers that were analyzed by the CSM sample preparation method with HLS were positive for chrysotile asbestos.

MAS's PLM analysis was able to both detect and determine the amount of chrysotile bundles in the sample with HLS because MAS uses PLM microscopes that have higher resolution and analytical sensitivity capabilities, than your standard PLM microscope which is more suited for analyzing asbestos added products (AAP).

AAP (chrysotile) samples as compared to cosmetic talc samples, have a much higher population of very large size chrysotile bundles and orders of magnitude higher concentration levels of chrysotile in these types of products.

The PLM analysis of AAP samples does not challenge the resolution of the typical PLM microscope optics, or burden the microscopist with very long sample analysis times.  For example, in most PLM labs, including MAS's, the typical time required for an experienced PLM microscopist to analyze asbestos added products (AAP), where the majority of the AAP samples contain approximately 10 to 25 % asbestos, will only take about 15 and 20 minutes to complete the analysis.

With a cosmetic talc sample on the other hand, a typical PLM analysis at MAS, for either chrysotile or amphiboles asbestos, would routinely take 2 to 4 hours for a positive sample and a minimum of 20 minutes to hour for a negative sample, if there are no pigments in the sample.  In order to both detect and analyze the small size of the chrysotile bundles (10 to 20 μm in length), that are typically found in cosmetic grade talcum powder, through the use of dispersion staining, the PLM microscope must have "flat" objective lenses, and a HD video camera attached to the PLM microscope that is interfaced to a high definition monitor.

The MAS PLM microscopes are state-of-the-art Leica DM2700P PLM microscopes, where all of the objective lens, including the 10X central stop dispersion lens are the flat type, also known as infinity lens, LED light source, and are coupled with state-of-the-art HD digital camera and 37" HD monitor. To detect these size chrysotile bundles, it is highly recommended that this type of PLM microscope setup should be used for the PLM analysis of cosmetic talc samples.

It is also my opinion that the PLM analyst must first analyze prepared talcum powder standards, containing UCC SG-210 or RG-144 Calidria chrysotile, to become familiar with both the size of chrysotile structures found in cosmetic talc, as well as the difference in the refractive indices for the chrysotile as compared chrysotile added products.   If the UCC SG-210 chrysotile product is not available to your laboratory, a chrysotile standard one can be made with the NIST 1866b chrysotile standard.  This is done by using a liquid nitrogen ball mill, with approximately 1 gram of the NIST standard, the ball mill will need to be run for approximately 25 minutes depending on the make and model of the ball mill. This process may require a trial and error process to get a size range of 5 to 20 microns in length and approximately 2 to 4 microns in width. The resulting chrysotile powder will need to be sieved to a minus 200 sieve size.  The resulting chrysotile -200 size range powder can be analyzed by standard PLM using a RI fluid of 1.560 or 1.550 if you so choose.

Both the RG-144 and RG-210 Calidria chrysotile and the chrysotile found in the talcum powder samples typically shows central stop dispersion colors (CSDS) from blues ($\alpha$) to golden yellows ($\gamma$) in 1.550 liquid, and blue to a dark gold in 1.560 liquid.   MAS has been reporting this range of CSDS colors for the chrysotile detected in the cosmetic talc samples for almost two years using 1.550 RI liquid.  During that time, defendant experts, retained by a number of cosmetic talc manufacturers, and have repeatedly testified that MAS' CSDS findings are not appropriate for chrysotile. Therefore, in their opinions, MAS was and has been misidentifying fibrous/platy talc edge or cellulose as chrysotile.

For this set of samples, MAS used higher RI fluid (1.560) as discussed by Dr. Gunter, Alan Segrave (defense experts) in their expert reports, and Dr. Su's photo-shop expert report.  These experts where they stated that to verify that MAS is identifying chrysotile, MAS needs to use a higher RI fluid then 1.550.  For the PLM analysis of the two JBP talcum powder samples, instead of using 1.550 RI fluid, MAS used 1.560 RI fluid to further verify the chrysotile findings in the cosmetic talc. The results showed that the primary difference between the two RI liquids is that the measured refractive indices for the 1.560 RI Fluid were closer together for the alpha and gamma directions, which caused the BIR calculations to be all in LOW range with an overall average of **0.005** (See Table 3), versus 0.007 to 0.013 range typically seen using 1.550 RI fluid.

Additionally, Dr. Gunter, while working as a defense expert for Gold Bond defense counsel, analyzed samples of RG-144 and SG-210 Calidria chrysotile, that MAS provided to him, and he confirmed in a recent deposition that "Calidria chrysotile can produce a range of CDSC colors from bluish to golden-yellow in 1.550 liquid. [18] Dr. Gunter's Calidria chrysotile results are consistent with our laboratory's findings, which validates our PLM chrysotile findings in the cosmetic talc samples. Dr. Gunter's testimony about his Calidria CSDS results is in direct contradiction to his original criticism of the "yellow-gold" dispersion color, as well as Dr. Sanchez and Mr. Seagrave's past testimony on this issue.

It is my opinion, that when these defense experts were testifying that our Laboratory was misidentifying fibrous talc or talc plates on edge for chrysotile based on the CSDS "yellow color", as it turns out, the opposite was true, they were the ones misidentifying chrysotile as fibrous talc or talc plates on edge.

### ISO-PLM Chrysotile Refractive Index Ranges

As shown in Table 3, the range of measured refractive indexes for the detected chrysotile bundles in the two JBP talcum powder samples were 1.568-1.563 (parallel) and 1.562 to 1.560 (perpendicular) for the average CSM method.

Shown in Table 6 are the range of RI's for the 8 chrysotile bundles that were recorded as examples of the chrysotile detected in the two JBP talcum powder samples that were prepared by the CSM method (with HLS).

**Table 6**
**Chrysotile**
**Range of Parallel and Perpendicular RI's**
**RI Fluid 1.560**

| Chrysotile Bundle No. | CSM PLM (with HLS) Parallel RI | CSM PLM (with HLS) Perpendicular RI | BIR Calculations γ - α |
|---|---|---|---|
| M71722-001 | | | |
| 1 | 1.564 | 1.560 | 0.004 |
| 2 | 1.568 | 1.560 | 0.008 |
| 3 | 1.566 | 1.562 | 0.004 |
| 4 | 1.566 | 1.561 | 0.005 |
| | Avg. 1.566 | Avg. 1.561 | Avg. 0.005 |
| | | | |
| M71722-002 | | | |
| 1 | 1.564 | 1.560 | 0.004 |

---

[18] Deposition of Dr. Mickey Gunter, Woods, Jesse & Sarah vs. Kolmar Laboratories Inc. et al. Supreme Court in the State of New York, County of Monroe, #E202000384

| | | | |
|---|---|---|---|
| 2 | 1.566 | 1.561 | 0.005 |
| 3 | 1.567 | 1.562 | 0.005 |
| 4 | 1.563 | 1.562 | 0.001 |
| | Avg. 1.565 | Avg. 1.561 | Avg. 0.004 |

**Birefringence Measurements**

The key optical property to differentiate fibrous talc from chrysotile asbestos, when using the PLM method, is determining the difference in the birefringence (BIR) value between these two elongated minerals. Most PLM analysts will just use the PLM cross-polar condition to visually estimate the magnitude of the BIR (Low, Moderate or High) by the amount of brightness and change in wavelength colors that are observed.

This visual estimate of the amount of birefringence is typically done under cross-polar conditions and is a subjective interpretation by the PLM analyst, therefore, can lead to errors. A more accurate determination of BIR is to calculate the numerical BIR value by simply subtracting the measured perpendicular RI from the measured parallel RI (n ‖ - n _|_).

The subtracted BIR results give the analyst a numerical birefringence (BIR) value that is either classified as **Low (<0.01)**, **Moderate (0.01 to 0.05)** and **High (>0.05)**.

Fibrous talc and/or talc plates on edge will have a calculated BIR value that is typically at the high end of Moderate (0.045) to greater than 0.05 which is in the High BIR range. Chrysotile on the other hand, will have BIR values that range from the upper end of the Low range to the lower end of the Moderate range. The average calculated range BIRs, for the detected chrysotile bundles from the two JBP talcum powder sample for CSM PLM method was 0.001-0.008 **(Avg. 0.004-0.005)** which falls in the LOW end of BIR classifications when done by calculation.

The BIR difference between fibrous talc and chrysotile, as demonstrated by MAS, is also verified by the EPA in their 600/R-93/116 PLM methodology document as shown in Table 2-2, page 21. Table 2-2, "Optical Properties of Asbestos Fibers", provides four sets of refractive indexes measured from chrysotile bundles that have an overall average BIR of 0.011. This is in good agreement with the overall **MAS BIR of 0.005** for the chrysotile bundles detected in the two JBP talcum powder samples for CSM sample preparation method.

In that same table, EPA published a range chrysotile BIR's of 0.004 to 0.017 (Low to moderate) with an average of 0.011. This BIR range reported by EPA, was from the Maximum and Minimum values obtained from references 2, 11, 12, and 18 located in Section 2.2. The method that EPA used for the BIR was to subtract the highest alpha from the highest gamma, then subtract the lowest alpha from the lowest gamma. The EPA referenced BIR method, is the same way that MAS determined the BIR for the chrysotile bundles found in the talcum powder sample.

The EPA R93 protocol also provides RI and BIR data for both fibrous talc and Flat cellulose Ribbons that can be found in their Table 2.5. For the RIs of fibrous talc example, EPA reports refractive

index 1.600-1.540 with a measured BIR of 0.06, and for cellulose ribbons, the reported EPA RI's are
1.580-1.530 with a measured BIR of 0.05 as shown in Table 7.

**Table 7**
**EPA-R93: Optical Properties of Selected Fibers**
**Fibrous Talc & Cellulose Ribbons**

| Fiber Type | RI Parallel/Perpendicular | BIR Calculations |
|---|---|---|
| Fibrous Talc | 1.600-1.540 | 0.060 "High" |
| Cellulose | 1.580-1.530 | 0.050 high end of Moderate |

In summary, this data demonstrates that the reported chrysotile bundles in the two JBP talcum
powder container samples analyzed by MAS have both the appropriate range of refractive indexes
and BIR demonstrating that chrysotile asbestos was correctly identified in the container sample.

**Potential Asbestos Exposure to JBP:**
**M71722-001:**
The average chrysotile bundle results for PLM analysis shows that one gram of 9 oz. (255g) JBP
talcum powder contained an average of 90,000 chrysotile bundles per gram. This sample was a
non-detect for both the PLM and TEM analysis.

Multiplying 90,000 chrysotile bundles by 225 grams would equal approximately 20,000,000
chrysotile bundles, in this one (9 oz.) JBP container.

**M71722-002:**
The average chrysotile bundle results for PLM analysis shows that one gram of 1.5 oz. (42g) JBP
talcum powder contained an average of 149,000 chrysotile bundles per gram. This sample was a
non-detect for both the PLM and TEM analysis.

Multiplying 149,000 chrysotile bundles by 42 grams would equal approximately 6,000,000
chrysotile bundles, in this one (9 oz.) JBP container.

Based on these results, it would be my opinion that the application of the talcum powder found in
JBP talcum powder containers will cause significant exposure, over background, to chrysotile
asbestos to individuals who used JBP brand talcum powder products for their intended purpose.

All of the opinions that I have stated in this report are held within a reasonable degree of scientific
certainty and I reserve the right to supplement this report if any new information becomes
available.

Sincerely,

_____
William E. Longo, Ph.D.
CEO

# Section 2

## Materials Analytical Services, LLC.
## CHAIN-OF-CUSTODY

**CLIENT:** Blasingame, Burch, Garrard & Ashley

**CONTACT:** Connie Adams

**PHONE:** (706) 354-4000

**CLIENT JOB NAME:** Newsome, Tamara - Johnson and Johnson

**CLIENT JOB#:** 14-3082

**CLIENT DOC(S):**

**FAX NUMBER:**

**MAS JOB:** M71722

**LOGIN DATE:** 9/29/2023

**SUBMITTED BY:**

**TRANSPORT:** FedEx

**RECEIVED BY:** Kathy Molyneaux

**CONDITION:** OK

**MAS LOCATION:** _Bev 123_        **DATE/BY:** _CT 9/29/2023_

**PREP BY** _CT/CT_        **DATE:** _10/5 - 10/18/2023_

**ANALYSIS BY:** _KP / PH_        **DATE:** _10/23 - 10/26/2023_

**QC BY:** _N/A_        **DATE:**

**FINAL DISPOSITION BY**

**LOCATION:** _Legal Title Storage_

**DATE:**

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|-------|-----------|--------|---------------|
| 001 | 1 | | Talc | | | | |
| LOCATION | Johnson & Johnson 255g | | | | | | |
| 002 | 2 | | Talc | | | | |
| LOCATION | Johnson & Johnson 42g | | | | | | |

**COMMENT** _PLM - CSM/ISO·NY_

Materials Analytical Services, LLC.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

M71722

1/13/14 Revision 0

Page 1 of 1

**Materials Analytical Services, LLC.**
**CHAIN-OF-CUSTODY**

**CLIENT:** Blasingame, Burch, Garrard & Ashley

**CONTACT:** Connie Adams

**PHONE:** (706) 354-4000

**CLIENT JOB NAME:** Newsome, Tamara - Johnson and Johnson

**CLIENT JOB#:** 14-3082

**CLIENT DOC(S):**

**FAX NUMBER:**

**MAS JOB:** M71722

**LOGIN DATE:** 9/29/2023

**SUBMITTED BY:**

**TRANSPORT:** FedEx

**RECEIVED BY:** Kathy Molyneaux

**CONDITION:** OK

**MAS LOCATION:** Rm 123                    **DATE/BY:** CT 9/29/2023

**PREP BY** KT/CT            **DATE:** 10/5 - 10/18/2023

**ANALYSIS BY:** JGC - MMT    **DATE:** 10-10-23 - 10-25-23

**QC BY:** N/A              **DATE:**

**FINAL DISPOSITION BY**

**LOCATION:** Legal Talc Storage

**DATE:**

| MAS # | CLIENT ID | VOLUME | TYPE MATERIAL | MAS # | CLIENT ID | VOLUME | TYPE MATERIAL |
|-------|-----------|--------|---------------|-------|-----------|--------|---------------|
| 001 | 1 | | Talc | | | | |
| LOCATION | Johnson & Johnson 255g | | | | | | |
| 002 | 2 | | Talc | | | | |
| LOCATION | Johnson & Johnson 42g | | | | | | |

**COMMENT** TEM

Materials Analytical Services, LLC.
3945 Lakefield Court
Suwanee, Georgia  30024
(770) 866-3200

1/13/14 Revision 0

M71722

Page 1 of 1

# CHAIN OF CUSTODY FORM FOR PATHOLOGY MATERIALS
## TALCUM POWDER

Patient Name: <u>Tamara Newsome</u>          Date: <u>August 20, 2021</u>
Law Firm: <u>Blasingame, Burch, Garrard & Ashley</u>          Surgery Date: _____

**ENTRY NO. 1:** Pick Up Location / Releasing Party Information

Facility Name: <u>Blasingame, Burch, Garrard & Ashley</u>
Address: <u>440 College Avenue, Suite 320</u>
Address: <u>Athens, GA 30601</u>
Contact Name: <u>Connie Adams</u>          Department: _____
Contact Phone #: <u>706-354-4000</u>          Contact Email: _____

Item Description (include manner of preservation, size of specimen, slide number and any other identifying mark(s).
(1) _1 Large Bottle of partially used Johnson & Johnson    (2) 1 Small Bottle of partially used Johnson & Johnson
      Baby Powder                                                                  Baby Powder

(3) 1 Large Bottle of partially used Johnson & Johnson    (4) 1 Small Bottle of partially used Johnson & Johnson
      Cornstarch Baby Powder                                              Cornstarch Baby Powder

**Person RELEASING Shipment:** *Connie Adams* / Connie Adams _____ (sign/print)

Date: <u>8/20/2021</u>          Time: <u>4pm</u>

Witness: *Abbey Campbell* / Abbey Campbell _____ (sign/print)

Date: <u>8/20/2021</u>          Time: <u>4 pm</u>

---

### FOR STEELGATE USE ONLY

**ENTRY NO. 1:** Recipient Location/Receipt information

**Facility Name:** Steelgate Inc., 2307 58th Avenue East, Bradenton, FL 34203

Item Description (include manner of preservation, size of specimen, slide number and any other identifying mark(s).
                        *Specimen arrived Dry*                          *Specimen arrived Dry*
(1) (2) Talcum Powder                              (2) (2) Cornstarch Powder

(3) _____          (4) _____

**Note any changes of condition:**
Condition of specimen: ambient (✓), frozen (__), unfrozen (__), refrigerated (__)
Condition of Container: undamaged (✓), damaged (__), describe: _____

**Person RECEIVING Shipment:** *Donna G* / Donna Garvey _____ (sign/print)

Date: <u>08/23/2021</u>          Time: <u>11:59 AM</u>

Witness: _____ / Mike Hartmann _____ (sign/print)

Date: <u>8/23/2021</u>          Time: <u>12:00 pm</u>

Page **1** of 3                    Talc Chain-of-Custody Document ver. 5

# CHAIN OF CUSTODY FORM FOR PATHOLOGY MATERIALS
## TALCUM POWDER

Patient Name: <u>Tamara Newsome</u>     Date: <u>August 20, 2021</u>
Law Firm: <u>Blasingame, Burch, Garrard & Ashley</u>     Surgery Date: _____

**ENTRY NO. 2:** Pick Up Location / Releasing Party Information

Facility Name:  Steelgate Inc., 2307 58th Avenue East, Bradenton, FL 34203

Item Description (include manner of preservation, size of specimen, slide number and any other identifying mark(s).
(1) *Specimen Sent Dry*
<u>(2) Talcum Powder; 000201340 1,</u> (2) _____
000201340 2
(3) _____     (4) _____

**Person RELEASING Shipment:** *Adriana Aguayo  Adriana Aguayo* (sign/print)

Date: <u>09/28/2023</u>     Time: <u>4:06pm</u>

Witness: ____ *Mike Hartman* _____ (sign/print)

Date: <u>09/28/2023</u>     Time: <u>4:00pm</u>

---

**ENTRY NO. 2:**  Recipient Location/Receipt information

Facility Name: Materials Analytical Services
Address: <u>3945 Lakefield Ct.</u>
Address: <u>Suwanee, GA 30024</u>
Contact Name: <u>Tamara Newsome</u>     Department _____
Contact Phone #: <u>770-266-3200</u>  Contact Email: _____

Item Description (include manner of preservation, size of specimen, slide number and any other identifying mark(s).

(1) _____     (2) _____

(3) _____     (4) _____

**Note any changes of condition:**
Condition of specimen: ambient (__), frozen (__), unfrozen (__), refrigerated (__)
Condition of Container: undamaged (✗), damaged (__), describe: _____

**Person RECEIVING Shipment:** *Kathleen Molyneux   Kathleen Molyneux* (sign/print)

Date: <u>9/29/23</u>     Time: <u>9:22 AM</u>

Witness: _____ (sign/print)

Date: _____     Time: _____

Talc Chain-of-Custody Document ver. 5

# CHAIN OF CUSTODY FORM FOR PATHOLOGY MATERIALS
## TALCUM POWDER

Patient Name: <u>Tamara Newsome</u>                    Date: <u>August 20, 2021</u>
Law Firm: <u>Blasingame, Burch, Garrard & Ashley</u>    Surgery Date: _____

## ENTRY NO. 3: Pick Up Location / Releasing Party Information

Facility Name:

Item Description (include manner of preservation, size of specimen, slide number and any other identifying mark(s).

(1)_____    (2) _____

(3) _____    (4) _____

Person **RELEASING** Shipment: _____ (sign/print)

Date: _____    Time: _____

Witness: _____ (sign/print)

Date: _____    Time: _____

## ENTRY NO.3: Recipient Location/Receipt information
Facility Name:
Address: _____
Address: _____
Contact Name: _____ Department_____
Contact Phone #: _____Contact Email: _____

Item Description (include manner of preservation, size of specimen, slide number and any other identifying mark(s).

(1)_____    (2) _____

(3) _____    (4) _____

## Note any changes of condition:
Condition of specimen:  ambient (__), frozen (__), unfrozen (__), refrigerated (__)

Condition of Container:  undamaged (__), damaged (__), describe: _____

Person **RECEIVING** Shipment: _____ (sign/print)

Date: _____    Time: _____

Witness: _____ (sign/print)

Date: _____    Time: _____

Page **3** of **3**                    **Talc Chain-of-Custody Document ver. 5**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# Section 3

# PLM Analysis

**MATERIALS ANALYTICAL SERVICES, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**    M71722 - 001CSM        **Analyst** Paul Hess        **Date**  10/26/2023

**ClientName**  Blasingame, Burch, Garrard & Ashley        **ClientSpl** 1

**Location**    Johnson & Johnson 255g

**Type_Mat**    Talc

**Gross**    debris on filter        **% of Sample**   100
**Visual**        **Temp (±1°C)**   21

**OPTICAL DATA FOR ASBESTOS IDENTIFICATION**

| | | | |
|---|---|---|---|
| **Morphology** | wavy | | |
| **Pleochroism** | none | | |
| **Refract Index** | ** | | |
| **α / γ  (nm)** | 610 | 520 | |
| **Sign^** | positive | | |
| **Extinction** | parallel | | |
| **Birefringence** | low | | |
| **Melt** | no | | |
| **Fiber Name** | Chrysotile | | |

**ASBESTOS MINERALS**        **EST. VOL. %**

Chrysotile............................        0.003 to 0.006
Amosite................................
Crocidolite............................
Tremolite/Actinolite..............
Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

Talc        X
Particulate        X

**Comments**   Chrysotile asbestos observed. ** Refractive indices parallel  range 1.564(560nm) to
1.568(520nm). Refractive indices perpendicular range 1.560(610nm) to 1.562(590nm).
No  fibrous Talc observed.  X=Materials Detected. Eight Chrysotile structures, inclusive
of those documented by photograph, counted in 30 fields of view. Equates to 0.3
structure per square millimeter.



M71722-001CSM-001 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.564

25 µm



M71722-001CSM-001 Chrysotile
Perpendicular Dispersion
R.I. 1.560

25 µm

M71722-001CSM-001 Chrysotile
Elongation @ 630X

2.5 µm

M71722-001CSM-001 Chrysotile
Crossed Polars @ 630X

2.5 μm

M71722-001CSM-001 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



M71722-001CSM-002 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.568

25 µm



M71722-001CSM-002 Chrysotile
Perpendicular Dispersion
R.I. 1.560

25 µm



M71722-001CSM-002 Chrysotile
Elongation @ 630X

2.5 µm

M71722-001CSM-002 Chrysotile
Crossed Polars @ 630X

2.5 µm

M71722-001CSM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm

M71722-001CSM-003 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.566

25 µm

M71722-001CSM-003 Chrysotile
Perpendicular Dispersion
R.I. 1.562

25 μm



M71722-001CSM-003 Chrysotile
Elongation @ 630X

2.5 µm



M71722-001CSM-003 Chrysotile
Crossed Polars @ 630X

2.5 µm



M71722-001CSM-003 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



M71722-001CSM-004 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.566

25 µm



M71722-001CSM-004 Chrysotile
Perpendicular Dispersion
R.I. 1.561

25 µm

M71722-001CSM-004 Chrysotile
Elongation @ 630X

2.5 µm



M71722-001CSM-004 Chrysotile
Crossed Polars @ 630X

2.5 µm

M71722-001CSM-004 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 μm

**MATERIALS ANALYTICAL SERVICES, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**  M71722 - 001ISONY     **Analyst** Kuntal Parikh     **Date** 10/23/2023

**ClientName**  Blasingame, Burch, Garrard & Ashley     **ClientSpl** 1

**Location**  Johnson & Johnson 255g

**Type_Mat**  Talc

**Gross Visual**  White powder on Filter     **% of Sample** 100     **Temp (±1°C)** 22

**OPTICAL DATA FOR ASBESTOS IDENTIFICATION**

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **α / γ (nm)** | / | / | / |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

**ASBESTOS MINERALS**          **EST. VOL. %**
                           NO ASBESTOS OBSERVED

Chrysotile...............................  _____

Amosite...................................  _____

Crocidolite.............................  _____

Tremolite/Actinolite..............  _____

Anthophyllite.........................  _____

**OTHER FIBROUS COMPONENTS**

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Talc | X |
| Particulates | X |
| | |
| | |
| | |

**Comments**  X = Materials detected. Analyzed for regulated Amphiboles. No regulated amphiboles observed.

# TEM Analysis

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71722-001 | | Grid Box # | 8904 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/20/2023 - 10/24/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | 0.02460 | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A1-A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NGD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |

### TEM Bulk Talc Structure Count Sheet

| | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M71722-001 | | Grid Box # | 8904 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 10/20/2023 - 10/24/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | 0.02460 | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A2-A1 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |
| NSD | H1 | | | | | | | |
| NSD | H2 | | | | | | | |
| NSD | H3 | | | | | | | |
| NSD | H4 | | | | | | | |
| NSD | H8 | | | | | | | |
| NSD | H9 | | | | | | | |
| NSD | H10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71722-001 | | Grid Box # | 8904 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G. O. Area |
| Date of Analysis | 10/20/2023 - 10/24/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | 0.02460 | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | |
|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation |
| 0.02460 | 0.02460 g |
| Percent of Orig. Post Separation | 100 (%) |
| Wt. Of Sample Analyzed | 0.00002177 g |
| Filter size | 1294 mm² |
| Number of Structures Counted | 0 Str. |
| **Structures per Gram of Sample** | **<45,900** Str./g |

| | | |
|---|---|---|
| Detection Limit | 4.59E+04 | Str./g |
| Analytical Sensitivity | 4.59E+04 | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71722-001 | | Grid Box # | 8904 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | G.O. Area |
| Date of Analysis | 10/20/2023 - 10/24/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | 0.02460 | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 20% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | A1-A3 | | | | | No fibrous talc observed | |
| | A1-A3 | | | | | Platy talc observed | |
| | | | | | | common through out | |

# Section 4

# PLM Analysis

**MATERIALS ANALYTICAL SERVICES, LLC**
**PLM ANALYSIS**

**Proj#-Spl#**    M71722 - 002CSM        **Analyst** Paul Hess        **Date**  10/26/2023

**ClientName**  Blasingame, Burch, Garrard & Ashley        **ClientSpl** 2

**Location**    Johnson & Johnson 42g

**Type_Mat**    Talc

**Gross**    debris on filter        **% of Sample**    100
**Visual**                            **Temp (±1°C)**    21

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | wavy | | |
| **Pleochroism** | none | | |
| **Refract Index** | ** | | |
| **α / γ  (nm)** | 620 | 530 | |
| **Sign^** | positive | | |
| **Extinction** | parallel | | |
| **Birefringence** | low | | |
| **Melt** | no | | |
| **Fiber Name** | Chrysotile | | |

**ASBESTOS MINERALS**                    **EST. VOL. %**

Chrysotile.............................    0.004 to 0.006
Amosite................................
Crocidolite............................
Tremolite/Actinolite..............
Anthophyllite.......................

**OTHER FIBROUS COMPONENTS**

**NON FIBROUS COMPONENTS**

| | |
|---|---|
| Talc | X |
| Particulate | X |

**Comments**    Chrysotile asbestos observed. ** Refractive indices parallel  range 1.563(570nm) to 1.567(530nm). Refractive indices perpendicular range 1.560(620nm) to 1.562(590nm). No  fibrous Talc observed.  X=Materials Detected. 10 Chrysotile structures, inclusive of those documented by photograph, counted in 30 fields of view. Equates to 0.4 structure per square millimeter.

M71722-002CSM-001 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.564

25 µm

M71722-002CSM-001 Chrysotile
Perpendicular Dispersion
R.I. 1.560

25 µm



M71722-002CSM-001 Chrysotile
Elongation @ 630X

2.5 µm



M71722-002CSM-001 Chrysotile
Crossed Polars @ 630X

2.5 µm



M71722-002CSM-001 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm

M71722-002CSM-002 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.566

25 µm

M71722-002CSM-002 Chrysotile
Perpendicular Dispersion
R.I. 1.561

25 µm

M71722-002CSM-002 Chrysotile
Elongation @ 630X

2.5 µm



M71722-002CSM-002 Chrysotile
Crossed Polars @ 630X

2.5 µm



M71722-002CSM-002 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



M71722-002CSM-003 Chrysotile on Talc flake
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.567

25 µm



M71722-002CSM-003 Chrysotile on Talc flake
Perpendicular Dispersion
R.I. 1.562

25 µm



M71722-002CSM-003 Chrysotile on Talc flake
Elongation @ 630X

2.5 µm

M71722-002CSM-003 Chrysotile on Talc flake
Crossed Polars @ 630X

2.5 µm



M71722-002CSM-003 Chrysotile on Talc flake
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm



M71722-002CSM-004 Chrysotile
Parallel Dispersion 1.560 R.I. @ 100X
R.I. 1.563

25 μm



M71722-002CSM-004 Chrysotile
Perpendicular Dispersion
R.I. 1.562

25 μm



M71722-002CSM-004 Chrysotile
Elongation @ 630X

2.5 μm



M71722-002CSM-004 Chrysotile
Crossed Polars @ 630X

2.5 µm



M71722-002CSM-004 Chrysotile
Polarizer out
Aperture Diaphram 95% closed
1.560 R.I. @ 630X

2.5 µm

## MATERIALS ANALYTICAL SERVICES, LLC
## PLM ANALYSIS

**Proj#-Spl#**   M71722 - 002ISONY        **Analyst** Kuntal Parikh        **Date** 10/23/2023

**ClientName** Blasingame, Burch, Garrard & Ashley        **ClientSpl** 2

**Location**   Johnson & Johnson 42g

**Type_Mat**   Talc

**Gross Visual**   White powder on filter

**% of Sample**   100

**Temp (±1°C)**   22

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| **Morphology** | | | |
| **Pleochroism** | | | |
| **Refract Index** | | | |
| **α / γ (nm)** | / | / | / |
| **Sign^** | | | |
| **Extinction** | | | |
| **Birefringence** | | | |
| **Melt** | | | |
| **Fiber Name** | | | |

### ASBESTOS MINERALS            EST. VOL. %
NO ASBESTOS OBSERVED

Chrysotile...............................

Amosite...................................

Crocidolite.............................

Tremolite/Actinolite..............

Anthophyllite.........................

### OTHER FIBROUS COMPONENTS

### NON FIBROUS COMPONENTS

| | |
|---|---|
| Talc | X |
| Particulates | X |

**Comments**   X = Materials detected. Analyzed for regulated Amphiboles. No regulated amphiboles observed.

# TEM Analysis

## TEM Bulk Talc Structure Count Sheet

| Project/Sample No. | M71722-002 | | Grid Box # | 8904 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | M Motamedi | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/20/2023 - 10/25/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | 0.02190 | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E3-B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NGD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71722-002 | | Grid Box # | 8904 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|
| Analyst: | M Motamedi | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/20/2023 - 10/25/2023 | | G. O. in microns = | | 107 | 107 | 11449 |
| Initial Weight(g) | 0.02190 | | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | **G.O.s Counted** | | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | E4-C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | F9 | | | | | | | |
| NSD | F10 | | | | | | | |
| NSD | G1 | | | | | | | |
| NSD | G2 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G4 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |
| NSD | G9 | | | | | | | |
| NSD | G10 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71722-002 | | Grid Box # | 8904 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | M Motamedi | | | Length | Width | G. O. Area |
| Date of Analysis | 10/20/2023 - 10/25/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | 0.02190 | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | **Average** | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | **G.O.s Counted** | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|

| | Sample Wt. Post HL Separation | | |
|---|---|---|---|
| Org. Sample Wt. | | | |
| 0.02190 | 0.02190 | g | |
| Percent of Orig. Post Separation | 100 | (%) | |
| Wt. Of Sample Analyzed | 0.00001938 | g | |
| Filter size | 1294 | mm² | |
| Number of Structures Counted | 0 | Str. | |
| **Structures per Gram of Sample** | <51,600 | Str./g | |

| Detection Limit | 5.16E+04 | Str./g |
|---|---|---|
| Analytical Sensitivity | 5.16E+04 | Str./g |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71722-002 | | Grid Box # | 8904 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | M Motamedi | | | Length | Width | G.O. Area |
| Date of Analysis | 10/20/2023 - 10/25/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | 0.02190 | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 25% | G.O.s Counted | 100 |
| 2 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | E3-A1 | | | | | No fibrous talc observed | |
| | E3-A1 | | | | | Platy talc observed | |
| | | | | | | common through out | |

# Section 5

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71722-000 | | Grid Box # | 8902 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/18/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | N/A | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | A5-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | D1 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | F2 | | | | | | | |
| NSD | F3 | | | | | | | |
| NSD | F4 | | | | | | | |
| NSD | F5 | | | | | | | |
| NSD | F6 | | | | | | | |
| NSD | F7 | | | | | | | |
| NSD | F8 | | | | | | | |
| NSD | G3 | | | | | | | |
| NSD | G5 | | | | | | | |
| NSD | G6 | | | | | | | |
| NSD | G7 | | | | | | | |
| NSD | G8 | | | | | | | |

| TEM Bulk Talc Structure Count Sheet | | | | | | |
|---|---|---|---|---|---|---|
| Project/ Sample No. | M71722-000 | | Grid Box # | 8902 | No. of Grids Counted | 2 |
| Analyst: | Jayme Callan | | | | Length | Width | G. O. Area |
| Date of Analysis | 10/18/2023 | | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | N/A | | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | Yes | Average | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | G.O.s Counted | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| NSD | B5-A1 | | | | | | | |
| NSD | A2 | | | | | | | |
| NSD | A3 | | | | | | | |
| NSD | A4 | | | | | | | |
| NSD | A5 | | | | | | | |
| NSD | A6 | | | | | | | |
| NSD | A7 | | | | | | | |
| NSD | A8 | | | | | | | |
| NSD | A9 | | | | | | | |
| NSD | A10 | | | | | | | |
| NSD | B1 | | | | | | | |
| NSD | B2 | | | | | | | |
| NSD | B3 | | | | | | | |
| NSD | B4 | | | | | | | |
| NSD | B5 | | | | | | | |
| NSD | B6 | | | | | | | |
| NSD | B7 | | | | | | | |
| NSD | B8 | | | | | | | |
| NSD | B9 | | | | | | | |
| NSD | B10 | | | | | | | |
| NSD | C1 | | | | | | | |
| NSD | C2 | | | | | | | |
| NSD | C3 | | | | | | | |
| NSD | C4 | | | | | | | |
| NSD | C5 | | | | | | | |
| NSD | C6 | | | | | | | |
| NSD | C7 | | | | | | | |
| NSD | C8 | | | | | | | |
| NSD | C9 | | | | | | | |
| NSD | C10 | | | | | | | |
| NSD | D2 | | | | | | | |
| NSD | D3 | | | | | | | |
| NSD | D4 | | | | | | | |
| NSD | D5 | | | | | | | |
| NSD | D6 | | | | | | | |
| NSD | D7 | | | | | | | |
| NSD | D8 | | | | | | | |
| NSD | D9 | | | | | | | |
| NSD | D10 | | | | | | | |
| NSD | E1 | | | | | | | |
| NSD | E2 | | | | | | | |
| NSD | E3 | | | | | | | |
| NSD | E4 | | | | | | | |
| NSD | E5 | | | | | | | |
| NSD | E6 | | | | | | | |
| NSD | E7 | | | | | | | |
| NSD | E8 | | | | | | | |
| NSD | E9 | | | | | | | |
| NSD | E10 | | | | | | | |
| NSD | F1 | | | | | | | |

## TEM Bulk Talc Structure Count Sheet

| Project/ Sample No. | M71722-000 | | Grid Box # | | 8902 | No. of Grids Counted | | 2 |
|---|---|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | | Length | Width | | G. O. Area |
| Date of Analysis | 10/18/2023 | | G. O. in microns = | | 107 | 107 | | 11449 |
| Initial Weight(g) | N/A | | | | 107 | 107 | | 11449 |
| Analysis Type | Post Separation Talc Analysis | | Grid Acceptance | | Yes | Average | | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | | 1% | G.O.s Counted | | 100 |
| 3 | Screen Magnification | 20 KX | Area Examined mm² | | | | | 1.145 |

| Str. # | Grid Opening | Structure | Asbestos Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | |
|---|---|
| Org. Sample Wt. | Sample Wt. Post HL Separation |
| N/A | N/A | g |

| | | |
|---|---|---|
| Percent of Orig. Post Separation | N/A | (%) |

| | | |
|---|---|---|
| Wt. Of Sample Analyzed | N/A | g |
| Filter size | 1294 | mm² |
| Number of Structures Counted | 0 | Str. |
| **Structures per Gram of Sample** | N/A | Str./g |

| | | |
|---|---|---|
| **Detection Limit** | N/A | Str./g |
| **Analytical Sensitivity** | N/A | Str./g |

**TEM Bulk Talc Structure Count Sheet**

| Project/ Sample No. | M71722-000 | | Grid Box # | 8902 | No. of Grids Counted | 2 |
|---|---|---|---|---|---|---|
| Analyst: | Jayme Callan | | | Length | Width | **G.O. Area** |
| Date of Analysis | 10/18/2023 | G. O. in microns = | 107 | 107 | 11449 |
| Initial Weight(g) | N/A | | 107 | 107 | 11449 |
| Analysis Type | Post Separation Talc Analysis | Grid Acceptance | Yes | **Average** | 11449 |
| Scope No. | Accelerating Voltage | 100 KV | Loading% | 1% | **G.O.s Counted** | 100 |
| 3 | Screen Magnification | 20 KX | **Area Examined mm²** | | | 1.145 |

| Str. # | Grid Opening | Str./Asb. Type | Length | Width | Ratio | SAED | EDS |
|---|---|---|---|---|---|---|---|
| NSD | A5-A1 | | | | | No fibrous talc observed | |
| | | | | | | | |

# Section 6












2874RB

**JOHNSON'S® BABY POWDER KEEPS
BABY'S SKIN FEELING SOFT AND SMOOTH**

Your skin and your baby's skin are susceptible to irritating friction. Friction is caused by clothes rubbing against skin and folds of skin rubbing against each other. JOHNSON'S Baby Powder is made of millions of tiny slippery plates that glide over each other eliminating friction. Skin is left feeling cool and comfortable. JOHNSON'S Baby Powder is unsurpassed in softness and in hypoallergenic, dermatologist and allergy tested. And only JOHNSON'S has that special clean, fresh scent.

**JOHNSON'S® THE NUMBER ONE CHOICE OF HOSPITALS.** For baby, use after every bath and diaper change, to make your baby's skin soft and smooth. JOHNSON'S Baby Powder's natural softness helps prevent chafing. For you, use every day to help feel soft, fresh, and comfortable.

**DIRECTIONS:** Shake powder into your hand and smooth onto skin. Store in a cool dry place.

**WARNING:** For external use only. Keep out of reach of children. Close tightly after use. Do not use on broken skin. Avoid contact with eyes. Keep powder away from child's face to avoid inhalation, which can cause breathing problems.

**INGREDIENTS:** TALC, FRAGRANCE.
Do not use if quality seal is broken.

Dist. By:

## Johnson & Johnson  [BP]

CONSUMER PRODUCTS COMPANY
Division of
Johnson & Johnson Consumer Companies, Inc.
Skillman, NJ 08558-9418
©J&J CCI 2004

Questions? Call 1-866-JNJ-BABY or for more information visit our website at www.johnsonsbaby.com

8137-0030021

720282



M71722-001

2874RB



**JOHNSON'S® BABY POWDER KEEPS
BABY'S SKIN FEELING SOFT AND SMOOTH**
Your skin and your baby's skin are susceptible to irritating
friction. Friction is caused by clothes rubbing against skin
and folds of skin rubbing against each other. JOHNSON'S
Baby Powder is made of millions of tiny slippery plates
that glide over each other eliminating friction. Skin is left
feeling cool and comfortable. JOHNSON'S Baby Powder
is unsurpassed in softness and is hypoallergenic,
dermatologist and allergy tested. And only JOHNSON'S
has that special clean, fresh scent.

**JOHNSON'S®, THE NUMBER ONE CHOICE OF HOSPITALS.**
For baby, use after every bath and diaper change, to make
your baby's skin soft and smooth. JOHNSON'S Baby
Powder's natural softness helps prevent chafing. For you,
use every day to help feel soft, fresh, and comfortable.

**DIRECTIONS:** Shake powder into your hand and
smooth onto skin. Store in a cool dry place.



JOHNSON'S ... KEEPS
BABY'S SKIN FEELING SOFT AND SMOOTH

Your skin and your baby's skin are susceptible to irritating friction. Friction is caused by clothes rubbing against skin and folds of skin rubbing against each other. JOHNSON'S Baby Powder is made of millions of tiny slippery plates that glide over each other eliminating friction. Skin is left feeling cool and comfortable. JOHNSON'S Baby Powder is unsurpassed in softness and is hypoallergenic, dermatologist and allergy tested. And only JOHNSON'S has that special clean, fresh scent.

JOHNSON'S®, THE NUMBER ONE CHOICE OF HOSPITALS. For baby, use after every bath and diaper change, to make your baby's skin soft and smooth. JOHNSON'S Baby Powder's natural softness helps prevent chafing. For you, use every day to help feel soft, fresh, and comfortable.

**DIRECTIONS:** Shake powder into your hand and smooth onto skin. Store in a cool dry place.

**WARNING:** For external use only. Keep out of reach of children. Close tightly after use. Do not use on broken skin. Avoid contact with eyes. Keep powder away from child's face to avoid inhalation, which can cause breathing problems.

**INGREDIENTS:** TALC, FRAGRANCE.

Do not use if quality seal is broken.

Dist. By:

*Johnson & Johnson*   BP

CONSUMER PRODUCTS COMPANY
Division of
Johnson & Johnson Consumer Companies, Inc.
Skillman, NJ 08558-9418
© J&J CCI 2004

8137-003021

720282

Questions? Call: 1-866-JNJ-BABY or for more information visit our website at www.johnsonsbaby.com



















J0617RA



**We love babies.**
JOHNSON'S® Baby Powder leaves
skin feeling delicately soft and dry
while providing soothing relief.
**SAFETY TIP:** Keep out of
reach of children.
**WARNING:** Keep powder
away from child's face to
avoid inhalation, which can
cause breathing problems.
Avoid contact with eyes. For
external use only. Close
tightly after use.
Ingredients: Talc, Fragrance



M7172⁰-002

2



We love babies.
JOHNSON'S® Baby Powder leaves
skin feeling delicately soft and dry
while providing soothing relief.
**SAFETY TIP:** Keep out of
reach of children.
**WARNING:** Keep powder
away from child's face to
avoid inhalation, which can
cause breathing problems.
Avoid contact with eyes. For
external use only. Close
tightly after use.
Ingredients: Talc, Fragrance

3 81371 18127 8

Distributed in the US by:
JOHNSON & JOHNSON
CONSUMER PRODUCTS COMPANY
Division of Johnson & Johnson Consumer
Companies, Inc. Skillman, NJ 08558-9418
Talc Made in China
Questions? 866-JNJ-BABY. Outside US, dial
collect 215-273-8755  www.johnsonsbaby.com

30027477

M7172·-002

2





