# Exhibit 48

# The Cosmetic, Toiletry and Fragrance Association, Inc.

1110 VERMONT AVENUE, N.W., WASHINGTON, D.C. 20005 • 202/331-1770 • TELEX 89-2673

**James H. Merritt**
*President*
**E. Edward Kavanaugh**
*Executive Vice President*
**Norman F. Estrin, Ph.D.**
*Senior Vice President—Science*
**Stephen Hull McNamara**
*Senior Vice President—General Counsel*
**Margaret W. Smith**
*Vice President—*
*Membership/Meeting Management*

## MINUTES

### MEETING TO ADDRESS THE ISSUE OF TALC AND OVARIAN CANCER

A meeting of interested parties was held at CTFA offices on October 27, 1982, to discuss a recently published study which associates ovarian tumors with talc usage. A list of attendees is attached.

I.   **OPENING & INTRODUCTIONS**

   The attendees were asked to introduce themselves and identify their company to familiarize all attendees with the participants.

II.  **HISTORY & UPDATE**

   The group discussed the publication of a paper by Cramer et al. on their epidemiology study of ovarian tumor cancer patients in the Boston metropolitan area. The patients were compared with a control group of patients who had had abdominal surgery but whose diagnosis was different than ovarian tumor. The patients were asked a number of questions concerning personal habits, occupational history, etc. The paper focused on that portion of the survey which dealt with the patients' use of talc. The study concluded that there was a correlation between the application of talc dusting powder to the perineum or on sanitary napkins and the incidence of ovarian tumors. At CTFA's request, the Cramer paper was reviewed by a consultant. The consultant expressed concern about bias being introduced into the study due to the method used and problems encountered in collecting and analyzing the data of the control group. The participants discussed approaches to address the implications of the Cramer hypotheses.

III. **DEVELOPMENT OF ACTION PLAN**

   A.  Additional Epidemiology Work - A member company reported that an epidemiology study with the necessary controls to evaluate ovarian tumor and talc usage is being developed by academic investigators in Europe. The progress of the study will be followed as closely as possible.

Protected Document--Subject to Protective Order

45

JNJ 000001403

Minutes - Talc Meeting (10/27/82)
12/1/82
Page Two

    B.   Possible New Studies - The participants discussed the various issues to be addressed by a research project to test the hypotheses presented by Cramer. One approach would be to evaluate the hypothesis that talc applied to the perineal area can migrate to the ovary via the female reproductive system. A draft protocol of a study using a non-human primate was discussed, and specific questions to be addressed to conduct such a study were identified.

        Other approaches would be studies to determine if ovarian tumors can be induced in animal models using insoluble minerals including talc or if retrospective or prospective evaluation of human ovarian tumor incidence can be correlated with the presence of talc. Published papers have indicated that substances which contain high concentrations of fibers can produce mesotheliomas in the peritoneal cavity if direct injections are made at very high doses. At moderate and low concentrations of fibers, mesotheliomas were not produced. None of these data indicate that talc per se can produce tumors in any of the animal models.

        The attendees agreed to consider these and other possible studies to be discussed at the next meeting.

IV.   IMPLEMENTATION OF ACTION PLAN

    A.   Establish Task Force and Select Chairman - The company representatives present voted to organize as an interested-party task force to conduct studies using the non-human primate to evaluate the migration of talc through the female reproductive system. After some discussion, it was agreed that the selection of a chairman would be delayed until the next meeting to allow better definition of the participants in the task force and to determine the position of the representative companies concerning the chairmanship.

    B.   Detailed Discussion of Protocol - The draft protocol was reviewed and modifications already proposed were discussed. Several technical items were raised which the task force felt should be addressed within each company before further discussion at the next meeting.

    C.   Funding - The projected cost of the study with five treatment groups of five females each is currently estimated at $200,000 - $250,000. Price increases over the previously mentioned amount are due to the additional treatment groups that have been added to evaluate a dose response phenomenon and to include a positive control to validate

Protected Document--Subject to Protective Order

JNJ 000001404

Minutes - Talc Mtg (10/27/82)
12/1/82
Page Three

the system. A second contributing factor to the cost is the requirement of full protective clothing for all personnel working on the study due to the high radiation level in the room.

CTFA staff was asked to prepare a suggested funding plan based on market shares of dusting talc use. The plan should address a means of contribution from both suppliers and users of talc.

V.  FUTURE MEETINGS AND ADJOURNMENT

The next meeting was tentatively set for November 11, 1982, pending availability of meeting facilities at CTFA.

There being no further business, the meeting was adjourned.

Submitted by:

*[signature]*

H. Joseph Sekerke, Ph.D., Toxicology Research Coordinator

HJS:pgo
12/1/82

Protected Document--Subject to Protective Order

JNJ 000001405