# Exhibit 51

— OUTDATED —

June 9, 1992
PRST 92-7

## CTFA RESPONSE STATEMENT
(To be used to respond to inquiries.)

### Safety of Talc (Ovarian)

The U.S. Food and Drug Administration considers talc to be safe and effective for consumer use.

Scientific evidence in animals and humans shows conclusively that there is NO association between talc and cancer of ANY kind.

There have been a number of screening tests for carcinogenicity using talc. None showed any effect. The most thorough of these studies was one sponsored by the U.S. Food and Drug Administration (FDA). In addition, no long-term studies in animals with a wide variety of exposures have produced any tumors. Finally, human studies on talc and cancer in industrial settings have shown that industrial exposure to talc, even at levels thousands of times higher than lifetime consumer exposure, presents no significant risk.

In a 1977 editorial review by The Lancet, it was concluded that there was no reason to believe that normal human exposure to cosmetic talc has led to cancer at any site.

In 1984, a report suggested that there could be an association between talc and ovarian cancer when women used talc on sanitary napkins.

A team of doctors from the National Cancer Institute and George Washington University reviewed that report and concluded that there was "no overall association between talc use and risk of ovarian cancer."

Additionally, in 1985, Battelle Pacific Northwest Labs did a study for CTFA that showed that talcum powder could NOT contribute to the occurrence of ovarian tumors. The Battelle study determined that "no measurable quantities of talc... translocated through the cervix to the uterine cavity or beyond." The results of this study were peer reviewed and published in 1986.

- More -

PROTECTED DOCUMENT — Subject to Protective Order

Case ID: 190509334
Control No.: 24072736
PCPC_MDL00031784

Safety of Talc (Ovarian)

### REFERENCES

1. HILDICK-SMITH, G.Y. (1976). The biology of talc. <u>Brit. J. Ind. Med.</u>, 33, 217-229.

2. LORD, G.H. (1978). The biological effects of talc in the experimental animal: A literature review. <u>Food Cosmet. Toxicol.</u>, 16, 51-57.

3. ROE, F.J.C. Controversy: Cosmetic talc and ovarian cancer. <u>The Lancet.</u>, Oct. 6, 1979, p. 744.

4. HAMILTON, T.C. <u>et al.</u>, (1984). Effects of talc on the rat ovary. <u>Brit. J. Exp. Path.</u> 65, 101-106.

5. LITTON BIONETICS INC. (1973). Mutagenic evaluation of compound FDA 71043. Report no. FDABF-GRAS-302.

6. Cosmetic talc powder. <u>The Lancet</u>., June 25, 1977, pp. 1348-1349.

7. SMITH, W.E., <u>et al.</u> (1980). Dimension of fibers in relation to biological activity. IARC Sci. Publications. 1, 30.

###

PROTECTED DOCUMENT — Subject to Protective Order

Case ID: 190509334
Control No.: 24072736
PCPC_MDL00031785