# Exhibit 53



# C·T·F·A
*Representing the personal care products industry*

92-SE-328

92-SAC-24

E. Edward Kavanaugh
President

## MEMORANDUM

**TO:** Scientific Advisory Committee

**FROM:** G.N. McEwen, Jr., Ph.D., J.D.
Vice President - Science

**DATE:** July 17, 1992

**SUBJ:** TALC SAFETY INTERESTED PARTY

The conclusions in two recent studies question the safety of cosmetic grade talc. A draft report of one study, involving daily, lifetime inhalation of massive amounts of talc in rats and mice, concludes there is clear evidence that talc is a carcinogen for female rats, and some evidence that it is a carcinogen for male rats. There was no evidence of carcinogenicity in male or female mice. The other study concludes that there is an association between talc use in the perineal area and ovarian cancer in women. CTFA will provide copies of these reports upon request.

Although CTFA is convinced that these studies do not suggest any hazard from normal use or foreseeable misuse of personal-care products or cosmetics containing talc, such reports may have wide implications for classification and characterization of talc by various regulatory agencies, including OSHA, FDA, and California's Office of Environmental Health Hazard Assessment, responsible for listing substances for Proposition 65.

CTFA has instituted an Interested Party Task Force to address these studies. The Task Force is developing a strategy to defend the continued safe use of talc, and is open to those companies willing to provide financial support for this activity. For further information on how to join the Task Force, please contact Dr. Stephen Gettings, Director, Toxicology, CTFA.

GNM/pcl
cc: Scientific Advisory
    Executive Committee


EXHIBIT 125

*The Cosmetic, Toiletry, and Fragrance Association*
*1101 17th Street, N.W. • Suite 300 • Washington, D.C. 20036 • (202) 331-1770 • Fax (202) 331-1969*

Protected Document--Subject to Protective Order

1 of 1

JNJ 000021035

Pltf_JNJ_00000609