# Exhibit 54



# C T F A

THE COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION

**DRAFT MINUTES**

**TALC INTERESTED PARTY TASK FORCE**

E. EDWARD KAVANAUGH
P R E S I D E N T

CTFA
Main Conference Room
1101 17th Street, N.W., Suite 300
Washington, DC  20036

November 30, 1993

A meeting of the Talc Interested Party Task Force was held at CTFA on Tuesday, November 30, 1993 beginning at 10:00 a.m.  Those in attendance were:

    Mr. Ed Davenport - **WHITTAKER, CLARK & DANIELS**
    Mr. William Ashton - **JOHNSON & JOHNSON**
    Mr. John Kelse - **R.T. VANDERBILT CO., INC.**
    Mr. Richard Zazenski - **LUZENAC AMERICA**
    Mr. Mike Chudkowski - **JOHNSON & JOHNSON**
    Mr. Doug Baker - **LUZENAC AMERICA** (Guest)
    Dr. Martin Roddy - **NOXELL**
    Dr. Laureen MacEachern - **COLGATE-PALMOLIVE**
    Ms. Mary Ann Nordhauser - **AMERICAN WESTMIN**
    Mr. Donald Jones - **JOHNSON & JOHNSON** (Guest)
    Dr. Stephen Gettings - **CTFA (Liaison)**

I.  **OPENING REMARKS**

    1.  SGettings opened the meeting and asked members of the Task Force (and guests) to introduce themselves.

    2.  The minutes of the September 16, 1993 meeting of the Task Force were approved with no changes.

II. **BACKGROUND ON ISRTP/FDA TALC SYMPOSIUM PRESENTERS**

    1.  It was confirmed that SGettings (CTFA) will represent industry as a speaker.  BSemple (P&G) and KDriscoll (P&G) will also represent industry as panel discussants.

1101 17TH ST., N.W., SUITE 300   WASHINGTON, D.C. 20036-4702
202.331.1770    FAX 202.331.1969
SECURING THE INDUSTRY'S FUTURE SINCE 1894

Protected Document--Subject to Protective Order                              JNJ 000016508

**DRAFT**

Action
(Gettings)

2. MChudkowski reported that J&J had conducted literature searches on publications by the majority of the symposium presenters. None of the speakers appear to have taken a particularly strong position against talc. SGettings was asked to obtain background on JFleiss, PHortge and EWynden (all of whom will speak on the ovarian cancer issue) and Clanglois (the Consumers Union of U.S. Representative).

III. **REVIEW OF DRAFT PRESENTATION MATERIALS (93-TA-28)**

1. SGettings provided clarification on the distinction between materials being prepared as the basis of the industry *presentation* at the Symposium, and as the basis of the *manuscript* which will be published in *Regulatory Toxicology and Pharmacology* a part of the Symposium proceedings (the latter is merely a more comprehensive/ substantiated version of the latter).

Action
(Gettings)

2. The Task Force spent considerable time reviewing the two drafts (93-TA-28). RZazenski & MANordhauser were complimented on their efforts in assembling the information. It was noted that not all Task Force members had responded to requests for written comments prior to the meeting. It was agreed that SGettings would consolidate the drafts prepared by RZazenski and MANordhauser and incorporate the comments made by the Task Force. It was further agreed that JKelse would supply draft language summarizing the epidemiology of talc and the putative link with ovarian cancer. It was also agreed that the Task Force should be adequately prepared to address questions on the ovarian talc translocation issue, and that the Task Force should contract with Wehner and arrange for his attendance at the symposium as a consultant. SGettings was directed to make the arrangements.

(Chudkowski)

3. MChudkowski reported that AWehner has completed a review manuscript on the safety of talc. A copy will be made available to CTFA to assist in completion of the presentation materials.

IV. **CONSULTANTS**

1. It was noted that only one member of the Task Force had responded to the request for an outline of anticipated questions (93-TA-22). It was further noted that, other than identification of Wehner no other consultants have been suggested by the Task Force as being necessary to represent the industry.

Protected Document--Subject to Protective Order                                    JNJ 000016509

**DRAFT**

Action
(Task Force)

2. A copy of a manuscript prepared by AGross on the meta-analysis of talc/ovarian cancer epidemiology studies was distributed to the Task Force (93-TA-30). The mansucript is based upon the critique prepared for the Task Force as part of the BEC Report. The Task Force agreed to provide comments on the manuscript by December 17th, 1993. Gross will be encouraged to submit the manuscript for publication in early 1994. The Task Force was undecided as to whether the manuscript should be distributed to participate at the Talc Symposium (to be decided at the next Task Force meeting).

**V.    PRESS RESPONSE STATEMENT**

1. This issue will be addressed at the next meeting of the Task Force.

**VI.   OLD/NEW BUSINESS**

1. It was reported that CTPA are investigating changing their specifications on asbestos contamination. No retails are available.

**VII.  ADJOURNMENT**

1. The Task Force agreed to meet at CTFA on January 11, 1994 to discuss the revised presentation materials. The Task Force will also meet on January 28, 1994 (ie., immediately prior to the Symposium on January 31, 1994). The Task Force strongly encouraged all members to attend with their consultants.

2. There being no further business, the meeting was adjourned.

Respectfully submitted,

_____
Stephen D. Gettings, Ph.D., D.A.B.T.
CTFA

Protected Document--Subject to Protective Order                                JNJ 000016510