# Exhibit 55

THE COSMETIC, TOILETRY, AND FRAGRANCE ASSOCIATION

**November 17, 1994**
**PRST94-21**



E. EDWARD KAVANAUGH
PRESIDENT

## CTFA RESPONSE STATEMENT

### TALC

A scientific workshop on "TALC: CONSUMER USES AND HEALTH PERSPECTIVES" co-sponsored by the International Society of Regulatory Toxicology and Pharmacology (ISRTP) and the FDA was held at the National Institutes of Health in January, 1994.

The workshop focused on the latest toxicologic and epidemiologic studies conducted on talc and discussed how study findings relate to the use of this material in consumer products. Over 20 leading experts in epidemiology, safety assessment, toxicology, and clinical medicine participated as speakers or as panel members.

A number of epidemiology studies conducted to investigate a possible association between talc use in consumer products and ovarian tumors were reviewed. The workshop concluded that, when taken together, the results of these studies are insufficient to demonstrate any real association.

In addition, participants at the FDA workshop agreed that there is no basis to conclude that talc is capable of migrating to the ovaries in the first place, and this has recently been confirmed by studies conducted by the National Toxicology Program (NTP). *No scientific study has ever demonstrated that talc causes ovarian cancer.*

In summary, the weight of scientific evidence and the conclusions of the FDA workshop support the safety of talc and all types of talc-containing consumer products.

respstmt\talcnov.94

1101 17TH ST., N.W., SUITE 300    WASHINGTON, D.C. 20036-4702
202.331.1770    FAX 202 331 1965
SECURING THE INDUSTRY'S FUTURE SINCE 1894

PROTECTED DOCUMENT — Subject to Protective Order    PCPC_MDL00030246