# Exhibit 58



Protected Document – Subject to Protective Order

LUZ001298



Protected Document – Subject to Protective Order

LUZ001299



Protected Document – Subject to Protective Order
LUZ001300



Protected Document – Subject to Protective Order

LUZ001301



Protected Document – Subject to Protective Order

LUZ001302



Protected Document – Subject to Protective Order                                    LUZ001303