Exhibit 59



Protected Document – Subject to Protective Order

Plaintiff's Exhibit No.

**P-13**

–1

LUZ022044

Pltf_LUZ_00008793



Protected Document – Subject to Protective Order

LUZ022045

Pltf_LUZ_00008793



Protected Document – Subject to Protective Order

LUZ022046

Pltf_LUZ_00008793



Protected Document – Subject to Protective Order

LUZ022047

**Pltf_LUZ_00008793**

**NTP Talc Review Summary**

- Review Group 1 voted 6-1 *to List* Talc
  - Cited ovarian studies and NTP Rodent study
- Review Group 2 voted 7-1 *to List* Talc
  - Cited ovarian studies and NTP Rodent study
- BSC Subcommittee Voted 7-3 *Not to List* Talc
  - Influenced by industry comments and criticisms of NTP Report on Talc
- NTP Exe. Committee Defers Vote on Talc
  - Remands issue back to NTP reviewers

5

–5

Protected Document – Subject to Protective Order                                        LUZ022048

**Pltf_LUZ_00008793**



Protected Document – Subject to Protective Order

–6

LUZ022049

Pltf_LUZ_00008793



Protected Document – Subject to Protective Order

LUZ022050

Pltf_LUZ_00008793