# Exhibit 60

| | |
|---|---|
| **From:** | Sterchele, Paul [CPCUS] |
| **Sent:** | Wednesday, October 19, 2005 11:46 AM |
| **To:** | Mann, Steven [CPCUS] |
| **Subject:** | FW: NTP Withdraws Talc Nomination |

Kudos Steve! The last thing John H. and I discussed before he left last week was the talc issue, and he seemed a bit concerned regarding how it would play out. I'd be interested in getting your perspective at lunch on what factors prompted this favorable decision.

Congratulations!
Paul


-----Original Message-----
From:   Heremans, Annie [CPCUS]
Sent:   Tuesday, October 18, 2005 10:00 PM
To:     Rouleau, Gaetan [CPCUS]; Mann, Steven [CPCUS]; Casalvieri, Joan [CPCUS]; HENGSBERGER, CORINNA [CONDE]; Predale, Robert A. [CPCUS]; Ries, Gerd [CONDE]; RIETZEL, MATHIAS [CONDE]; Wille, Kathleen K. [CPCUS]; Head, Michael [CPCUS]; Devine, Danielle J [CPCUS]; Matheson, J. Neal [CPCUS]; Nettesheim, Susan [CPCUS]; Paterson, Clayton H. [JJCUS]; Sinicio, Telma [CPCUS]

Cc:     Sterchele, Paul [CPCUS]; McGowan, Claude [CPCUS]; Chase, David J. (Dr.) [CPCUS]; Wong, Jeremy [CPCUS]; Kirkup, Ruby [CPCUS]

Subject:        RE: NTP Withdraws Talc Nomination

That is good work indeed and not the only achievement this group has made around topics of this nature this year. It all speaks to teaming up the best knowledge we have in the company efficiently

Thanks! annie

        -----Original Message-----
        From:   Rouleau, Gaetan [CPCUS]
        Sent:   Tuesday, October 18, 2005 9:53 PM
        To:     Mann, Steven [CPCUS]; Casalvieri, Joan [CPCUS]; HENGSBERGER, CORINNA [CONDE]; Predale, Robert A. [CPCUS]; Ries, Gerd [CONDE]; RIETZEL, MATHIAS [CONDE]; Wille, Kathleen K. [CPCUS]; Head, Michael [CPCUS]; Devine, Danielle J [CPCUS]; Matheson, J. Neal [CPCUS]; Nettesheim, Susan [CPCUS]; Paterson, Clayton H. [JJCUS]; Sinicio, Telma [CPCUS]; Heremans, Annie [CPCUS]

        Cc:     Sterchele, Paul [CPCUS]; McGowan, Claude [CPCUS]; Chase, David J. (Dr.) [CPCUS]; Wong, Jeremy [CPCUS]
        Subject:        RE: NTP Withdraws Talc Nomination

        Steve and Joan,

        Great job, this is a major accomplishment for J&J.

        Gaetan

                -----Original Message-----

```
From:    Mann, Steven  [CPCUS]
Sent:    Tuesday, October 18, 2005 3:02 PM
To:      Bianchini, Robert [CPCUS]; Caldwell, Daniel [JJCUS]; Casalvieri, Joan
[CPCUS]; Grossman, Iris [CPCUS]; HENGSBERGER, CORINNA [CONDE]; Lange, Rainer [CONFR]; Pai,
Vivian [JJCUS]; Perrodin, Francoise [CONFR]; Porracchia, Jean-Francois [CPCUS]; Predale,
Robert A. [CPCUS]; Randolph Haviland; Ries, Gerd [CONDE]; RIETZEL, MATHIAS [CONDE]; Rouleau,
Gaetan [CPCUS]; Weytjens, Dirk [JanBe]; Wille, Kathleen K. [CPCUS]; Wilson, Mike [NEUUS];
Ferguson, John [CPCUS]; Head, Michael [CPCUS]; Hopkins, John; Moeller, Lisa [CPCUS]; Monseau,
Marc [JJCUS]; Musco, Nancy [CPCUS]; O'Shaughnessy, John [JJCUS]; Telofski, Lorena [CPCUS];
Wehner, Al; Devine, Danielle J [CPCUS]; Matheson, J. Neal [CPCUS]; Nettesheim, Susan [CPCUS];
Paterson, Clayton H. [JJCUS]; Sinicio, Telma [CPCUS]
```

Cc:    Sterchele, Paul  [CPCUS]; McGowan, Claude [CPCUS]; Chase, David J. (Dr.) [CPCUS]; Wong, Jeremy [CPCUS]

Subject:    NTP Withdraws Talc Nomination
Importance:    High

To All,
I apologize if some of you get this message twice as I am sending it to several distribution lists and some of you maybe be on more than one of my lists.

Great news.  NTP has withdrawn talc from consideration for listing on the 12th Report on Carcinogens.  They also have not listed it for consideration on the 13th RoC, as they did for some other materials.  Talc was the only material withdrawn.

This is a direct result of our efforts in coordination with Luzenac and CTFA.  We did it!
http://ntp-server.niehs.nih.gov/files/12thRoCFR.pdf
Regards,
Steve

Steven W. Mann, Ph.D., D.A.B.T.
Director, Toxicology
Johnson & Johnson Consumer & Personal Products Worldwide
199 Grandview Road
Skillman, NJ  08558-9418
Tel: (908) 874-1232;  Fax: (908) 904-3738

P1.00000159.0002

JNJ 000369270