# Exhibit 69

Jack N. Frost, Jr. (025312005)
Stephen R. Long (028811980)
**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
Tel. 973-549-7000
Attorneys for Defendant,
Johnson & Johnson

**FILED**

**JUN 21 2018**

ANA C. VISCOMI, J.S.C.

| | |
|---|---|
| D'ANGELA M. MCNEILL-GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>BRENNTAG NORTH AMERICA, INC., et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO: MID-L-7049-16 AS<br><br>CIVIL ACTION – ASBESTOS LITIGATION<br><br>~~PROPOSED~~ ORDER FOR SUMMARY JUDGMENT *granting in part, denying in part* |

**THIS MATTER,** having come before the Court by Drinker Biddle & Reath LLP, attorneys for Defendant Johnson & Johnson for an Order for Summary Judgment in favor of Defendant and dismissing Plaintiff's Complaint with Prejudice, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown

**IT IS ON THIS** 21ST day of June, 2018;

1. **ORDERED** that Defendant's Motion for Summary Judgment in favor of Defendant Johnson & Johnson and dismissing Plaintiff's Complaint and all cross-claims and counterclaims with Prejudice is Granted ~~in its entirety, including that~~: *as to the common law counts of the complaint; Denied as to the PLA count; Denied without prejudice as to punitive damages*

2. Counts 1 through 8 of Plaintiff's Complaint, as they relate to Plaintiff's use of Johnson's Baby Powder®, are hereby dismissed in their entirety; and

3. Count 9 (Products Liability Act Claim) of Plaintiff's Complaint, as it relates to Plaintiff's use of Johnson's Baby Powder®, is hereby dismissed in its entirety; and *Denied*

90495210.1

    4.    A copy of this Order shall be served on all counsel within ___7___ days of the date hereof.

                                                                           _____
                                                                           Hon. Ana C. Viscomi, J.S.C.

Motion was:

__✓__ Opposed

_____ Unopposed

On __6.21.18__ the court's statement of reasons have been set forth on the record.

90495210.1

Jack N. Frost, Jr. (025312005)
Stephen R. Long (028811980)
**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
Tel. 973-549-7000
Attorneys for Defendant
Johnson & Johnson Consumer Inc.

**FILED**

**JUN 21 2018**

ANA C. VISCOMI, J.S.C.

| | |
|---|---|
| D'ANGELA M. MCNEILL-GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>BRENNTAG NORTH AMERICA, INC., et al.,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO: MID-L-7049-16 AS<br><br>CIVIL ACTION – ASBESTOS LITIGATION<br><br>~~PROPOSED~~ ORDER FOR SUMMARY JUDGMENT<br><br>*granting in part, denying in part* |

**THIS MATTER,** having come before the Court by Drinker Biddle & Reath LLP, attorneys for Defendant Johnson & Johnson Consumer Inc. for an Order for Summary Judgment in favor of Defendant and dismissing Plaintiff's Complaint with Prejudice, and the Court having considered the submissions of the parties and having heard oral argument, and for good cause shown

**IT IS ON THIS** 21st **day of** June, 2018;

1. **ORDERED** that Defendant's Motion for Summary Judgment in favor of Defendant Johnson & Johnson Consumer Inc. and dismissing Plaintiffs' Complaint and all cross-claims and counterclaims with Prejudice is Granted ~~in its entirety, including that:~~ *as to the common law counts of the complaint; Denied as to the PLA count; Denied without prejudice as to punitive damages*

2. Counts 1 through 8 of Plaintiffs' Complaint, as they relate to Plaintiff's use of Johnson's Baby Powder®, are hereby dismissed in their entirety; and

3. Count 9 (Products Liability Act Claim) of Plaintiffs' Complaint, as it relates to Plaintiff's use of Johnson's Baby Powder®, is ~~hereby~~ *Denied* dismissed in its entirety; and

90437253.1
Document8
Include Draft Include Date Include Time

4. A copy of this Order shall be served on all counsel within __7__ days of the date hereof.

_____
Hon. Ana C. Viscomi, J.S.C.

Motion was:

__✓__ Opposed

_____ Unopposed

On __6.21.18__,
court's statement of reasons
have been set forth on the rec...