# Exhibit 70

<u>Douglas and Roslyn Barden v. Johnson & Johnson, et al.</u>

## JURY VERDICT SHEET

NOTE: At least eight (8) jurors must agree on the answer to each question, but the same eight (8) jurors do not have to agree on each answer.   Your votes for each question must be 8-2, 9-1 or 10-0. Please answer each question separately and be sure to follow the instructions below each question. Questions <u>must</u> be answered in the order they are presented.

1.   Have Plaintiffs Douglas and Roslyn Barden proven by a clear and convincing evidence that either of the following Defendants' acts or omissions resulting in the injury, loss, or harm suffered by Douglas Barden were either (1) malicious or (2) that the Defendant acted in wanton and willful disregard of the Plaintiff's rights?

Johnson & Johnson ___✓___Yes _____No   Vote: 10-0

Johnson & Johnson Consumer, Inc. ___✓___Yes _____No   Vote: 10-0

For any Defendant or Defendants as to which you answered "**Yes**," proceed to question 2.

If you answered "**No**" as to all Defendants, do not proceed further and tell the court aide that you have reached a verdict.

If you answered "**No**" as to one Defendant, do not proceed further as to *that* Defendant. Do proceed to question 2 for the Defendant as to which you answered "**Yes**".

2.   What amount of money in punitive damages do you award to punish the Defendant or Defendants for their particular conduct and to deter that party from future misconduct?

Johnson & Johnson   $ 93,750,000   Vote: 8-2

Johnson & Johnson Consumer, Inc.   $ 93,750,000   Vote: 8-2

Please tell the court aide you have reached a verdict.

Foreperson signature: _[signature]_   Date: 2/6/20

**David and Darlene Etheridge v. Johnson & Johnson, et al.**

## JURY VERDICT SHEET

NOTE: At least eight (8) jurors must agree on the answer to each question, but the same eight (8) jurors do not have to agree on each answer. Your votes for each question must be 8-2, 9-1 or 10-0. Please answer each question separately and be sure to follow the instructions below each question. Questions <u>must</u> be answered in the order they are presented.

1. Have Plaintiffs David and Darlene Etheridge proven by a clear and convincing evidence that either of the following Defendants' acts or omissions resulting in the injury, loss, or harm suffered by David Etheridge were either (1) malicious or (2) that the Defendant acted in wanton and willful disregard of the Plaintiff's rights?

   Johnson & Johnson                    ✓ Yes    ___ No    Vote: 10-0

   Johnson & Johnson Consumer, Inc.    ✓ Yes    ___ No    Vote: 10-0

For any Defendant or Defendants as to which you answered "**Yes**," proceed to question 2.

If you answered "**No**" as to all Defendants, do not proceed further and tell the court aide that you have reached a verdict.

If you answered "**No**" as to one Defendant, do not proceed further as to *that* Defendant. Do proceed to question 2 for the Defendant as to which you answered "**Yes**".

2. What amount of money in punitive damages do you award to punish the Defendant or Defendants for their particular conduct and to deter that party from future misconduct?

   Johnson & Johnson                    $ 93,750,000      Vote: 8-2

   Johnson & Johnson Consumer, Inc.    $ 93,750,000      Vote: 8-2

Please tell the court aide you have reached a verdict.

Foreperson signature: /s/ Keith McF_____    Date: 2/10/20

**D'Angella McNeill v. Johnson & Johnson, et al.**

# JURY VERDICT SHEET

NOTE: At least eight (8) jurors must agree on the answer to each question, but the same eight (8) jurors do not have to agree on each answer. Your votes for each question must be 8-2, 9-1 or 10-0. Please answer each question separately and be sure to follow the instructions below each question. Questions <u>must</u> be answered in the order they are presented.

1. Has Plaintiff D'Angella McNeill proven by a clear and convincing evidence that either of the following Defendants' acts or omissions resulting in the injury, loss, or harm suffered by D'Angella McNeill were either (1) malicious or (2) that the Defendant acted in wanton and willful disregard of the Plaintiff's rights?

   Johnson & Johnson            ✓ Yes   ___ No   Vote: 10-0

   Johnson & Johnson Consumer, Inc. ✓ Yes   ___ No   Vote: 10-0

For any Defendant or Defendants as to which you answered "**Yes**," proceed to question 2.

If you answered "**No**" as to all Defendants, do not proceed further and tell the court aide that you have reached a verdict.

If you answered "**No**" as to one Defendant, do not proceed further as to *that* Defendant. Do proceed to question 2 for the Defendants as to which you answered "**Yes**".

2. What amount of money in punitive damages do you award to punish the Defendant or Defendants for their particular conduct and to deter that party from future misconduct?

   Johnson & Johnson            $ 93,750,000   Vote: 8-2

   Johnson & Johnson Consumer, Inc. $ 93,750,000   Vote: 8-2

Please tell the court aide you have reached a verdict.

Foreperson signature: _____   Date: 2/6/20

Case 3:16-md-02738-MAS-RLS    Document 33295-70    Filed 09/23/24    Page 5 of 5
                                PageID: 261007

**William and Elizabeth Ronning v. Johnson & Johnson, et al.**

## JURY VERDICT SHEET

NOTE: At least eight (8) jurors must agree on the answer to each question, but the same eight (8) jurors do not have to agree on each answer. Your votes for each question must be 8-2, 9-1 or 10-0. Please answer each question separately and be sure to follow the instructions below each question. Questions <u>must</u> be answered in the order they are presented.

1. Have Plaintiffs William and Elizabeth Ronning proven by a clear and convincing evidence that either of the following Defendants' acts or omissions resulting in the injury, loss, or harm suffered by the William Ronning were either (1) malicious or (2) that the Defendant acted in wanton and willful disregard of the Plaintiff's rights?

   Johnson & Johnson            √ Yes    ___ No    Vote: 10-0

   Johnson & Johnson Consumer, Inc.  √ Yes    ___ No    Vote: 10-0

For any Defendant or Defendants as to which you answered "**Yes**," proceed to question 2.

If you answered "**No**" as to all Defendants, do not proceed further and tell the court aide that you have reached a verdict.

If you answered "**No**" as to one Defendant, do not proceed further as to *that* Defendant. Do proceed to question 2 for the Defendant as to which you answered "**Yes**".

2. What amount of money in punitive damages do you award to punish the Defendant or Defendants for their particular conduct and to deter that party from future misconduct?

   Johnson & Johnson            $ 93,750,000            Vote: 8-2

   Johnson & Johnson Consumer, Inc.  $ 93,750,000       Vote: 8-2

Please tell the court aide you have reached a verdict.

Foreperson signature: _[signature]_    Date: 2/6/20