# Exhibit 72

NOV 16 '94 12:05 FR J-J CORP PR 908 TO 98741206 P.01/02
NOV 15 '94 04:45PM J&J CPI TOILETRIES



# CANCER PREVENTION COALITION

RCL NOV 14 1994

TS9725

520 NORTH MICHIGAN AVENUE • SUITE 410   CHICAGO, IL 60611 • 312-467-0600 • FAX 312-467-0599

**BOARD OF DIRECTORS**
Ira Arlook
Judith Brady
Irwin Bross, Ph.D.
Samuel Epstein, M.D.
  Chairman
Jay Feldman
Jack Geiger, M.D.
Gillian Goodman
William Lijinsky, Ph.D.
Thomas Mancuso, M.D.
Peter Orris, M.D.
Ernest Sternglass, Ph.D.

**STAFF**
Keith Ashdown
  Communications
Jill Coshen
  Research
Jon Krolovec
  Director

November 10, 1994

Ralph Larson
C.E.O.
Johnson & Johnson, Inc.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Dear Mr. Larson,

A wide range of scientific studies dating back to the 1960s shows conclusively that the frequent use of talcum powder in the genital area poses a serious risk of ovarian cancer.

Dr. Bernard Harlow, a leading ovarian cancer researcher from Harvard Medical School, published a comprehensive study in 1992 of the link between talc and ovarian cancer. The study found a **threefold increase of ovarian cancer in women who used talc in the genital area as a daily habit.** Dr. Harlow warns:

> "...given the poor prognosis for ovarian cancer, any potentially harmful exposures should be avoided, particularly those with limited benefits. For this reason, we discourage the use of talc in genital hygiene, particularly as a daily habit."

Furthermore, the U.S. National Toxicology Program has recently confirmed that talc is carcinogenic.

This year alone, 14,000 women will die from ovarian cancer, giving it the fourth highest women's cancer death rate. Ovarian cancer is very difficult to detect and has a low survival rate. Researchers can attribute only 3% of all ovarian cancer cases to family history of the disease.

*Cancer prevention through reduction of carcinogens in air, water, food, consumer products, and the workplace.*

**Plaintiff's Exhibit No. P-18**

NOV 15 '94 16:52                               201 874 1123         PAGE.02

Protected Document--Subject to Protective Order

JNJ 000016645

1 of 2

Pltf_JNJ_00002275

Women have the unarguable right to know of this information. The Cancer Prevention Coalition urges you to immediately withdraw your talc products from the market and substitute them with a safer alternative, such as cornstarch. At the very minimum, we urge Johnson & Johnson to label its talcum powder products with information about the ovarian cancer risk they pose.

Over the next several months, the Cancer Prevention Coalition will be implementing a consumer labeling initiative to inform shoppers of the presence of avoidable carcinogens in cosmetics and other consumer products and enable them to shop for alternatives. We would greatly welcome your joining us in this effort on behalf of your customers.

If you have any questions, you can reach the Cancer Prevention Coalition at the above address and phone number. Thank you for your cooperation.

Sincerely,

Samuel S. Epstein, M.D.
Chair

NOV 15 '94 16:52

201 874 1123     PAGE.03

\*\* TOTAL PAGE.02 \*\*

Protected Document--Subject to Protective Order

JNJ 000016646

2 of 2

Pltf_JNJ_00002275