# Exhibit 78

```
 1                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
 2

 3    IN RE:  JOHNSON & JOHNSON    |MDL No. 16-2738 (FLW)(LHG)
      TALCUM POWDER PRODUCTS       |
 4    MARKETING, SALES PRACTICES,  |
      AND PRODUCTS LIABILITY       |
 5    LITIGATION                   |
      -----------------------------|
 6    This Document Relates to:    |
                                   |Case No. 3:19-cv-14366-FLW-LHG
 7    LYNDA BONDURANT and STEVEN   |
      BONDURANT,                   |
 8                                 |
          Plaintiffs,              |
 9    v.                           |
                                   |
10    JOHNSON & JOHNSON, et al.,   |
                                   |
11        Defendants.              |
      -----------------------------|
12                        - - -
13               Thursday, March 18, 2021
14                        - - -
15          This is the Remote Deposition of JAMIE
16    BIANCA MILLER, commencing at 1:15 p.m. Eastern Time,
17    on the above date, before Susan D. Wasilewski,
18    Registered Professional Reporter, Certified Realtime
19    Reporter, Certified Manager of Reporting Services,
20    Certified Realtime Captioner, and Florida
21    Professional Reporter.
22                        - - -
23              GOLKOW LITIGATION SERVICES
24         877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

```
 1   APPEARANCES VIA REMOTE COUNSEL/ZOOM TECHNOLOGY:

 2

 3      ALLAN BERGER & ASSOCIATES, PL

 4      BY:  ANDREW GEIGER, ESQUIRE

 5           ageiger@bergerlawnola.com

 6      4173 Canal Street

 7      New Orleans, Louisiana 70119

 8      Phone:  (504) 618-1596

 9      Representing the Plaintiffs

10

11

12      SHOOK HARDY & BACON LLP

13      BY:  EMILY WEISSENBERGER, ESQUIRE

14           eweissenberger@shb.com

15      555 Mission Street, Suite 2300

16      San Francisco, CA 94105

17      Phone:  (415) 544-1900

18      Representing Defendant Johnson & Johnson

19

20

21

22

23

24

25
```

```
 1      Q.   I understand that your mother prepared three
 2   different fact sheets in this case.  Have you ever
 3   looked at the different documents prepared in this
 4   case?
 5      A.   I have not.  I was unaware that Mom had
 6   followed through or taken any legal action until
 7   about two or three weeks before she passed away.
 8      Q.   Okay.  And how did you learn that she was
 9   part of this lawsuit?
10      A.   Once my mom had hospice come in and she
11   started being heavily medicated, she asked me to
12   help her call one of the lawyers, I believe it was
13   the family lawyer, and she told me then, because she
14   needed -- her short-term memory at that time was not
15   dependable.
16      Q.   Okay.  Do you have an -- do you have an
17   understanding of when she prepared these plaintiff
18   profile forms in this case?
19      A.   If you're asking me when my -- if I know
20   when my mom may have started wanting to pursue this
21   or --
22      Q.   No.  Let me -- let me go back.  So we fill
23   out these plaintiff -- they call them Plaintiff
24   Profile Forms.
25           Do you need to take a moment?
```

Jamie Bianca Miller

```
 1      A.   No, ma'am.  Someone is knocking at my door,
 2   but there is somebody else here to answer it.
 3      Q.   Okay.
 4      A.   It's just a delivery.  I apologize.
 5      Q.   No, that's fine.
 6      A.   Okay.  We're good.
 7      Q.   So we prepare these Plaintiff Profile Forms
 8   in this litigation, and it's some basic questions
 9   that your mother would have likely gone over and
10   provided answers to counsel.
11           And based on your prior response, it sounds
12   like you have never looked at these different
13   documents?
14      A.   I have not.
15      Q.   Okay.  And you haven't discussed any of that
16   with your mother before she passed; is that right?
17      A.   I think that I told her I saw a commercial
18   and asked her about it maybe.  Maybe we had a
19   conversation right after her diagnosis.  However, I
20   was surprised to find out that Mom had taken legal
21   action and tried to pursue it.  She didn't tell me
22   anything.
23      Q.   Okay.  And had she told any of your other
24   siblings?
25      A.   I don't believe so.
```