# Exhibit 79

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)

_____

IN RE:   JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS          ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,          DANIEL L.

                                     CLARKE-PEARSON, MD

AND PRODUCTS LIABILITY

                                     VOLUME 1

LITIGATION

_____

\*   \*   \*   \*

THURSDAY, AUGUST 26, 2021

\*   \*   \*   \*

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

515 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

Daniel L. Clarke-Pearson, MD                                                                August 26, 2021

### Page 2

Transcript of proceedings in the above matter taken stenographically by Theresa Mastroianni Kugler, Certified Court Reporter, license number 30X100085700, Notary Public of the State of New Jersey and the Commonwealth of Pennsylvania at The Notary Hotel, 21 N. Juniper Street, Mezzanine 1, Philadelphia, Pennsylvania, commencing at 10:05 AM.

### Page 3

A P P E A R A N C E S:

BEASLEY ALLEN LAW FIRM
BY:  MARGARET THOMPSON, MD, ESQUIRE
218 COMMERCE STREET
P.O. BOX 4160
MONTGOMERY, ALABAMA  36104
512-695-1708
margaret.thompson@beasleyallen.com
ATTORNEYS FOR THE PLAINTIFFS

ASHCRAFT & GEREL, LLP
BY:  MICHELLE A. PARFITT, ESQUIRE
SUITE 700
1825 K STREET NW
WASHINGTON DC, 20006
202-783-6400
FAX 202-416-6392
mparfitt@ashcraftlaw.com
ATTORNEYS FOR THE PLAINTIFFS

ONDER LAW, LLC
BY:  CYNTHIA L. GARBER, ESQUIRE
12 CORPORATE PLAZA
SUITE 275
NEWPORT BEACH, CALIFORNIA  92660
OFFICE - 949-688-1799
DIRECT - 949-688-1796
FAX - 949-209-5884
garber@onderlaw.com
ATTORNEYS FOR THE PLAINTIFFS,
CONVERSE AND GALLARDO

BLASINGAME, BURCH, GARRARD, ASHLEY, PC
BY:  LEANNA B. PITTARD, ESQUIRE
2100 SOUTHBRIDGE PARKWAY
SUITE 650
BIRMINGHAM, ALABAMA  35209
205-414-7009
lpittard@bbga.com
ATTORNEYS FOR THE PLAINTIFF,

### Page 4

SKADDEN ARPS
BY:  ALLISON M. BROWN, ESQUIRE
 - and -
BY:  KATE MULLALEY, ESQUIRE
ONE MANHATTAN WEST
NEW YORK, NEW YORK  10001-8602
212-735-3000
212-735-2000/1
allison.brown@skadden.com
ATTORNEYS FOR THE DEFENDANT,
JOHNSON & JOHNSON

FAEGRE, DRINKER, BIDDLE & REATH, LLP
BY:  ERIC M. FRIEDMAN, ESQUIRE
300 NORTH MERIDIAN STREET
SUITE 2500
INDIANAPOLIS, INDIANA  46204
317-237-1187
FAX - 317-237-1000
eric.friedman@faegredrinker.com
ATTORNEYS FOR THE DEFENDANT,
JOHNSON & JOHNSON

### Page 5

W I T N E S S   I N D E X

EXAMINATION OF DR. CLARKE-PEARSON, MD

   By MS. BROWN            Page  10

Daniel L. Clarke-Pearson, MD                                August 26, 2021

Page 6

E X H I B I T S

EXHIBITS ATTACHED TO THE END OF THIS TRANSCRIPT

Exhibit 1, notice of deposition of Dr. Daniel L. Clarke-Pearson
        Page 10

Exhibit 1A, amended notice of deposition of Dr. Daniel L. Clarke-Pearson
        Page 10

Exhibit 2, original Dropbox production of documents responsive to deposition
        Page 11

Exhibit 3, supplement of Dropbox documents
        Page 11

Exhibit 4, binder of Dr. Daniel L. Clarke-Pearson
        Page 12

Exhibit 5, collection of notes and some miscellaneous additional information separate from binder
        Page 16

Exhibit D-6, collection of the invoices
        Page 23

Exhibit 7, MDL report from November 16th, 2018
        Page 44

Exhibit 8, the amended report dated July 2nd, 2021
        Page 44

Exhibit 9, a red line amended report
        Page 44

Page 7

Exhibit D-10, CV of Dr. Daniel L. Clarke-Pearson dated June 22, 2021
        Page 45

Exhibit 11, email correspondence
        Page 65

Exhibit 12, email correspondence with SGO
        Page 65

Exhibit 13, slide presentation
        Page 155

Exhibit 14, Exhibit B to the amended report
        Page 171

Exhibit 15, red line report
        Page 171

Exhibit 16, most recently updated reliance list
        Page 180

Exhibit 17, red line to the previous updated reliance list
        Page 180

Exhibit 18, letter from Dr. Jerrold L. Abraham dated August 25, 1997
        Page 189

Exhibit 19, US Public Health Service document from 1948
        Page 191

Exhibit 20, IMERYS document dated May 23, 2002
        Page 193

Page 8

Exhibit 21, email from Ed McCarthy dated October 21, 2012
        Page 196

Exhibit 22, article by Dr. Wong, et al, entitled: Perineal Talc Exposure and Subsequent Epithelial Ovarian Cancer:  A Case-Control Study
        Page 199

Exhibit 23, publication by David Egilman, et al titled:  A Review of the Talc Industry's Influence on Federal Regulation and Scientific Standards For Asbestos in Talc
        Page 204

Exhibit 24, Dr. Clarke-Pearson's oral deposition dated Monday, February 4, 2019
        Page 206

Exhibit 25, Expert Report of Daniel L. Clarke-Pearson, MD on Hilary Converse
        Page 264

Exhibit 26, medical record for Hilary Converse
        Page 339

Exhibit 27, NCI PDQ
        Page 342

Exhibit 28, ProHealth Physicians of Hamden medical record
        Page 349

Page 9

R E Q U E S T S

REQUEST.....................Page  20

REQUEST.....................Page  26

REQUEST.....................Page  27

REQUEST.....................Page  43

REQUEST.....................Page  56

REQUEST.....................Page  63

REQUEST.....................Page  67

REQUEST.....................Page  67

REQUEST.....................Page  70

REQUEST.....................Page  104

REQUEST.....................Page  251

REQUEST.....................Page  264

M A R K E D

Marked by Ms. Parfitt at Page 233



Daniel L. Clarke-Pearson, MD                                        August 26, 2021

Page 338



22      BY MS. BROWN:
23      [redacted]

11              MS. BROWN:  Could we take a look at tab
12      37, please?
13              (Exhibit 26, medical record for Hilary
14      Converse, is marked for identification)
15      BY MS. BROWN:
16      Q.      [redacted]

schedules@mfreporting.com      Mastroianni & Formaroli, Inc.      856-546-1100
Professionals Serving Professionals



Daniel L. Clarke-Pearson, MD  August 26, 2021



Pages 366 to 369