# Exhibit 80

Fine & Gillette • 60 WASHINGTON AVE, HAMDEN CT 06518-3273

**CONVERSE, HILARY (id #2593823, dob:          )**
06/30/2020  10:03                                                           (FAX)                    P.094/140

**CONFIDENTIAL** - Do not copy without appropriate authorization                                    Page 1
Print Date/time: November 16, 2007  Printed by: Jennifer Pyle, RN



## Yale-New Haven Hospital - Gynecological Oncology
800 Howard Ave  New Haven, CT 06511
Phone: 203-785-4176  Fax: 203-785-5886

Re: **HILARY T CONVERSE**
Female
MRUN: 0316239

**09/05/2007 - Pathology Report: LEFT TUBE AND OVARY/UTER Case #: S07-31005**
**Provider: Peter Schwartz, MD**
**Location of Care: Yale-New Haven Hospital - Gynecological Oncology**

LEFT TUBE AND OVARY/UTER Case #: S07-31005

1,2, 3, 4, 5, 8 AND 9) UTERUS, RIGHT AND LEFT OVARIES AND FALLOPIAN TUBES,
OMENTUM, RIGHT AND LEFT PELVIC LYMPH NODES, RIGHT AND LEFT PARA-AORTIC LYMPH
NODES; TOTAL ABDOMINAL HYSTERECTOMY, BILATERAL SALPINGO-OOPHORECTOMY,
OMENTECTOMY, AND LYMPH NODES DISSECTION:

TUMOR SIZE: 12.5 CM
OVARIAN SURFACE:
    - NEGATIVE FOR CARCINOMA
CONTRALATERAL OVARY:
    - NO OVARIAN SURFACE OR PROPER INVOLVEMENT
RIGHT FALLOPIAN TUBE:
    - UNREMARKABLE
LEFT FALLOPIAN TUBE:
    - UNREMARKABLE
ENDOMETRIUM:
    - ATROPHIC
MYOMETRIUM
    - LEIOMYOMA
CERVIX:
    - UNREMARKABLE
UTERINE SEROSA:
    - NEGATIVE FOR CARCINOMA
OMENTUM:
    - UNREMARKABLE
LYMPH NODES, DISSECTION:
        - RIGHT PELVIC: SEVEN LYMPH NODES, NEGATIVE FOR TUMOR (0/7)
RIGHT PERI-AORTIC: THREE LYMPH NODES, NEGATIVE FOR TUMOR       0/3)
LEFT PELVIC: TEN LYMPH NODES, NEGATIVE FOR TUMOR (0/10)

    LEFT PERI-AORTIC: FOUR LYMPH NODES, NEGATIVE FOR TUMOR (0/4)

STAGE: pT1a, N0 MX

6) RIGHT PERICOLIC PERITONEUM, BIOPSY:

    - BENIGN FIBROADIPOSE TISSUE
    - NEGATIVE FOR CARCINOMA

7) RIGHT DIAPHRAGM, BIOPSY:

    - BENIGN FIBROADIPOSE TISSUE
    - NEGATIVE FOR CARCINOMA

10) LEFT PERICOLIC PERITONEUM, BIOPSY:

    - BENIGN FIBROADIPOSE TISSUE
    - NO CARCINOMA IDENTIFIED

Fine & Gillette • 60 WASHINGTON AVE, HAMDEN CT 06518-3273

**CONVERSE, HILARY (id #2593823, ▮▮▮▮▮▮▮▮▮▮)**
06/30/2020   10:04                                                                  (FAX)                    P.095/140

CONFIDENTIAL - Do not copy without appropriate authorization          Page 1
Print Date/time: November 15, 2007  Printed by: Jennifer Pyle, RN

### Yale-New Haven Hospital - Gynecological Oncology
800 Howard Ave  New Haven, CT 06511
Phone: 203-785-4176  Fax: 203-785-5886

**Re: HILARY T CONVERSE**
Female ▮▮▮▮▮▮▮
MRUN: 0316239

**09/06/2007 - Pathology Report: PELVIC WASH/RIGHT PERICOCase #: N07-5280**
**Provider: Peter Schwartz, MD**
**Location of Care: Yale-New Haven Hospital - Gynecological Oncology**

PELVIC WASH/RIGHT PERICOCase #: N07-5280

1. PELVIC WASH:

    -NEGATIVE FOR MALIGNANT CELLS.
    -REACTIVE MESOTHELIAL CELLS.

2. RIGHT PERICOLIC WASH.

    -NEGATIVE FOR MALIGNANT CELLS.
    -REACTIVE MESOTHELIAL CELLS.

3. LEFT PERICOLIC WASH.

    -NEGATIVE FOR MALIGNANT CELLS.
    -REACTIVE MESOTHELIAL CELLS.

GROSS DESCRIPTION

1. PELVIC WASH:  REC'D 70CC'S BLOODY FLUID

2. RIGHT PERICOLIC WASH:  REC'D 90CC'S BLOODY FLUID

3. LEFT PERICOLIC WASH:  REC'D 100CC'S BLOODY FLUID

Signed by Pathologist: Diane P. Kowalski, M.D.

**Signed before import by Peter Schwartz, MD**
**Filed automatically on 09/10/2007 at 10:09 AM**