# Exhibit 81

Judith Wolf, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

-----------------------------
                              )
IN RE JOHNSON & JOHNSON       )
TALCUM POWDER PRODUCTS        )   MDL NO.
MARKETING, SALES PRACTICES,   )   16-2738(FLW)(LHG)
AND PRODUCTS LIABILITY        )
LITIGATION                    )
                              )
-----------------------------
 IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
               STATE OF MISSOURI

VALERIE SWANN,                )
                             )
        Plaintiff,           )
                             )   Cause No.
v.                           )   1422-CC09326-03
                             )
JOHNSON & JOHNSON, et al.,   )
                             )
        Defendants.          )
_____

— — —
Tuesday, September 14, 2021
— — —

        Oral Deposition of JUDITH WOLF, M.D.,
VOLUME 2, held at the Fairmont Hotel, 101 Red
River Street, Austin, Texas, commencing at
8:53 a.m. CDT, on the above date, before
Michael E. Miller, Fellow of the Academy of
Professional Reporters, Certified Court
Reporter, Registered Diplomate Reporter,
Certified Realtime Reporter and Notary
Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.DEPS | fax 917.591.5672
deps@golkow.com

Judith Wolf, M.D.

---

Page 430

1   A P P E A R A N C E S:
2   BEASLEY ALLEN PC
    BY:  MARGARET M. THOMPSON, M.D., ESQUIRE
3     margaret.thompson@beasleyallen.com
    218 Commerce Street
4   Montgomery, Alabama 36104
    (334) 269-2343
5   Counsel for Plaintiffs
6
7   ONDERLAW LLC
    BY:  CYNTHIA L. GARBER, ESQUIRE
8     garber@onderlaw.com
    12 Corporate Plaza Drive
9   Suite 275
    Newport Beach, California 92660
10  (949)688-1799
    Counsel for Plaintiffs
11
12  BLASINGAME BURCH GARRARD & ASHLEY PC
    BY:  SARA SCHRAMM, ESQUIRE
13    sschramm@bbga.com
    440 College Avenue
14  Suite 320
    Athens, Georgia 30601
15  (706)354-4000
    Counsel for Plaintiffs
16
17  TUCKER ELLIS LLP
    BY:  MICHAEL C. ZELLERS, ESQUIRE
18    michael.zellers@tuckerellis.com
    515 South Flower Street
19  42nd Floor
    Los Angeles, California 90071
20  (213) 430-3400
    Counsel for Johnson & Johnson Defendants
21
22
23
24
25

---

Page 431

1     A P P E A R A N C E S:
2   FAEGRE DRINKER BIDDLE & REATH LLP
    BY:  ERIC M. FRIEDMAN, ESQUIRE
3     eric.friedman@faegredrinker.com
    (via Zoom)
4   300 North Meridian Street
    Suite 2500
5   Indianapolis, Indiana 46204
    (317)237-0300
6   Counsel for Johnson & Johnson Defendants
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 432

1             INDEX
2         JUDITH WOLF, M.D.
3        September 14, 2021
4
5   A P P E A R A N C E S          430
6   PROCEEDINGS                    436
7
8   EXAMINATION OF JUDITH WOLF, M.D.:
9     BY MR. ZELLERS           436
10    BY DR. THOMPSON          691
11    BY MR. ZELLERS           709
12    BY DR. THOMPSON          722
13
14  CERTIFICATE                728
15  ERRATA                     730
16  ACKNOWLEDGMENT OF DEPONENT        731
17  LAWYER'S NOTES             732
18
19
20
21     LITIGATION SUPPORT INDEX       PAGE
22  Instruction Not To Answer         590
23  Instruction Not To Answer         591
24
25

---

Page 433

1         DEPOSITION EXHIBITS
2   NUMBER                    MARKED
3   Wolf-40     Medical Record(s),         444
4   LBONDURANT_PL_00215 -
5   LBONDURANT_PL_00019
6   Wolf-41     Medical Record(s),         445
7   LBONDURANT_MDAMR_01215 -
8   LBONDURANT_MDAMR_01216
9   Wolf-42     NCI Definition of Gorlin      452
10  Syndrome
11  Wolf-43     The Association Between Talc    480
12  Use and Ovarian Cancer, by
13  Cramer et al
14  Wolf-44     Genital Powder Use and Risk of   482
15  Ovarian Cancer... by Terry
16  et al
17  Wolf-45     Perineal Talc Use and Ovarian    490
18  Cancer... by Penninkilampi
19  et al
20  Wolf-46     Excerpt from Wolf MDL      496
21  Deposition
22  Wolf-47     Talc, Body Powder and Ovarian    497
23  Cancer... by Wentzensen et al
24
25

---

2 (Pages 430 to 433)

Judith Wolf, M.D.

Page 434

DEPOSITION EXHIBITS

1
2    Wolf-48      6/18/21 Godleski Expert Report    595
3             re: Judkins
4    Wolf-49      Medical Record(s),              615
5             SWANNV_MBMC_0034
6    Wolf-50      Excerpt from Lydia Huston       618
7             Deposition
8    Wolf-51      4/18/19 Godleski Expert Report  634
9             re: Swann
10   Wolf-52      Genital Powder Use and Risk     640
11            for Ovarian Cancer... by Davis
12            et al
13   Wolf-53      Excerpt from Lydia Huston       655
14            Deposition
15   Wolf-54      Medical Record(s),              661
16            SWANNV_ELBENDARYA_0035 -
17            SWANNV_ELBENDARYA_0036
18   Wolf-55      Douching, Talc Use, and Risk    667
19            of Ovarian Cancer, by Gonzalez
20            et al
21   Wolf-56      Curriculum Vitae                688
22
23
24
25

Page 435

PREVIOUSLY MARKED EXHIBITS

1
2        NUMBER                               PAGE
3    Wolf-6      ..........................    436
4    Wolf-8      ..........................    575
5    Wolf-9      ..........................    610
6    Wolf-20     ..........................    691
7    Wolf-37     ..........................    470
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 436

```
1              ------------
2          P R O C E E D I N G S
3    September 14, 2021, 8:53 a.m. CDT
4              ------------
5          JUDITH WOLF, M.D.,
6    having been previously duly sworn,
7         testified as follows:
8              ------------
9           EXAMINATION
10             ------------
11   BY MR. ZELLERS:
12       Q.   Good morning, Dr. Wolf.
13       A.   Good morning.
14       Q.   I'd like to ask you some
15   questions about Lynda Bondurant and the case
16   that's been filed on her behalf.
17       A.   Okay.
18       Q.   You have prepared a
19   case-specific report regarding Ms. Bondurant;
20   is that right?
21       A.   Yes.
22       Q.   We marked that yesterday as
23   Deposition Exhibit 6, and you have that in
24   front of you; is that right?
25       A.   Yes.
```

Page 437

```
1        Q.    That report contains your
2    case-specific opinions with regard to
3    Ms. Bondurant; is that right?
4        A.    Yes.
5        Q.    The first 21 pages of
6    Exhibit 6, your report, is the same as the
7    general amended report that we discussed
8    yesterday, correct?
9        A.    Yes.
10       Q.    Ms. Bondurant had clear-cell
11   carcinoma; is that right?
12       A.    Clear-cell carcinoma of the
13   ovary, yes.
14       Q.    And it's your opinion, as
15   stated on pages 22 to 24 of your report,
16   Exhibit 6, that talcum powder is a
17   substantial contributing cause of
18   Ms. Bondurant's clear-cell cancer of the
19   ovary; is that right?
20       A.    Yes.
21       Q.    You did not identify any other
22   contributing causes of Ms. Bondurant's
23   clear-cell ovarian cancer; is that right?
24       A.    I'm just relooking just to make
25   sure that -- she did have a family history --
```

3 (Pages 434 to 437)

Judith Wolf, M.D.

1  although her genetic testing was negative,
2  she did have a family history of cancer that
3  was significant.
4      Q.    Any other contributing causes
5  for Ms. Bondurant's clear-cell ovarian
6  cancer?
7      A.    She gave a history of
8  endometriosis, but we don't have any
9  pathology or an operative report from her
10  hysterectomy when she had had that prior to
11  know whether that was pathologically
12  confirmed, which is -- endometriosis is
13  confirmed at the time of surgery.
14      Q.    If, in fact, she did have
15  endometriosis, that would be a contributing
16  cause as well, correct?
17      A.    It would be a risk factor.
18      Q.    Any other contributing causes
19  or -- and let me stop there.
20         We talked yesterday, and I
21  believe you agreed, that there is a
22  difference between a risk factor and cause;
23  is that right?
24      A.    Yes.
25      Q.    You believe that in her case,

1      A.    No.  There are 300 -- 300,000
2  women every year in the U.S. who have
3  surgeries for ovarian masses, and 20,000 or
4  21,000 of them are ovarian cancer.  Having a
5  benign mass on your ovary is not a risk
6  factor for ovarian cancer.
7      Q.    And in your view, it's not --
8  well, let me withdraw that.
9         You agree that -- strike that.
10         Do you agree that a
11  first-degree relative with ovarian or breast
12  cancer increases a woman's risk for ovarian
13  cancer?
14      A.    So a first-degree relative with
15  ovarian cancer or a first-degree relative
16  with premenopausal breast cancer does, and so
17  she had -- her aunt would not be a
18  first-degree relative.  Her mother -- I don't
19  know that we know what age her mother was
20  diagnosed with breast cancer.  I don't have
21  that right in front of me.  I'd have to look
22  through the records again.
23         But those two things, that she
24  has two family members with breast and
25  ovarian cancer, I think is a risk factor,

1  that talcum powder is a substantial
2  contributing cause, correct?
3      A.    Yes.  Yes.
4      Q.    She does have other risk
5  factors which may be contributing causes.
6         Is that a fair summary of your
7  testimony?
8      A.    Well, she had -- her other risk
9  factor that I know for sure that she has was
10  the family history.
11      Q.    And that's the maternal aunt
12  with ovarian cancer; is that right?
13      A.    Yes.
14      Q.    And also a mother that had
15  breast cancer?
16      A.    I'm just trying to find her
17  family history in my report.
18      Q.    Page 24, I believe.
19      A.    Yes.  Maternal aunt with
20  ovarian cancer and mother with breast cancer.
21      Q.    Ms. Bondurant's mother also had
22  an ovarian nonmalignant tumor; is that right?
23      A.    That's no relationship to
24  ovarian cancer.
25      Q.    That is not a risk factor?

1  even though her genetic testing is negative.
2      Q.    This family history increases
3  her lifetime risk of ovarian cancer up to two
4  times; is that right?
5      A.    Yes.
6      Q.    Even though Ms. Bondurant
7  tested negative for BRCA, she still was at
8  two times increased risk for ovarian cancer,
9  given her family history of a first-degree
10  relative with breast cancer and maternal aunt
11  with ovarian cancer, correct?
12         DR. THOMPSON:  Object to form.
13      A.    So given that she has this
14  family history, I think she's still at
15  increased risk.
16  BY MR. ZELLERS:
17      Q.    Her family history would be a
18  significant contributing cause; is that your
19  opinion?
20      A.    It's a risk factor.
21      Q.    All right.  It's a risk factor,
22  and it could be a significant contributing
23  cause, fair?
24      A.    Well, ovarian cancer is a
25  multifactorial disease, and if she had a

Judith Wolf, M.D.

Page 442

1    genetic predisposition, if we knew that she
2    had one, that would still just be one of the
3    factors that could lead to ovarian cancer,
4    but in and of itself doesn't necessarily
5    cause ovarian cancer.
6         Q.    It may or may not in a given
7    woman's case, correct?
8         DR. THOMPSON:  Object to form.
9         A.    It may or may not what?
10   BY MR. ZELLERS:
11        Q.    Cause ovarian cancer or be a
12   substantial contributing cause.
13        A.    It could be a contributing
14   cause.
15        Q.    All right.  Ms. Bondurant's
16   family also has a significant history of
17   other cancer in her family, correct?
18        A.    Yes.
19        Q.    She has a -- or had a brother
20   with non-Hodgkin's lymphoma?
21        A.    Yes.
22        Q.    A maternal grandmother with
23   lymphoma?
24        A.    Yes.
25        Q.    An aunt with lung cancer?

Page 443

1         A.    Yes.
2         Q.    Uncle with throat cancer?
3         A.    Yes.
4         Q.    Maternal great aunt with breast
5    cancer?
6         A.    I don't remember the maternal
7    great aunt.  I don't have that right here,
8    but...
9         Q.    All right.  That would be a
10   significant history, correct, if that's, in
11   fact, true?
12        DR. THOMPSON:  Object to form.
13        A.    It would be a history.
14   BY MR. ZELLERS:
15        Q.    First cousin with pancreatic
16   cancer?
17        DR. THOMPSON:  Object to form.
18        A.    Yeah, I --
19   BY MR. ZELLERS:
20        Q.    Let me show you --
21        A.    Let me see that part, because I
22   don't have that whole part of her history in
23   front of me.
24        Q.    That's okay.  I'll refresh your
25   recollection here.

Page 444

1         A.    Okay.
2         Q.    We'll mark a portion of the
3    medical records, and specifically a progress
4    note with Dr. Shank from November 13, 2018,
5    pages 12 to 19 of the records that were
6    produced, as Exhibit 40.
7         (Whereupon, Deposition Exhibit
8    Wolf-40, Medical Record(s),
9    LBONDURANT_PL_00012 -
10   LBONDURANT_PL_00019, was marked for
11   identification.)
12   BY MR. ZELLERS:
13        Q.    And so if you go...
14        A.    I'm looking at her family
15   history.
16        Q.    Okay.
17        (Document review.)
18        A.    This one says maternal --
19   mother with ovarian nonmalignant tumor.
20   Brother alive, nonsmall cell lung cancer and
21   lymphoma.  Maternal aunt deceased with
22   ovarian cancer.  Maternal grandmother
23   lymphoma, denies history of breast cancer,
24   endometrial cancer and colon cancer.
25        ///

Page 445

1    BY MR. ZELLERS:
2         Q.    Doctor, let me mark a second
3    record, which I think will contain the other
4    portion of the history that is pertinent.
5         Exhibit 41, these are the
6    MD Anderson Cancer Center records or excerpts
7    from them, pages 1215 to 1216.
8         (Whereupon, Deposition Exhibit
9    Wolf-41, Medical Record(s),
10   LBONDURANT_MDAMR_01215 -
11   LBONDURANT_MDAMR_01216, was marked for
12   identification.)
13        A.    So there's a maternal great
14   aunt with cervical cancer, maternal uncle
15   with throat cancer, brother with lymphoma,
16   maternal aunt with ovarian cancer; maternal
17   grandmother, non-Hodgkin's lymphoma; maternal
18   uncle, pancreatic cancer; a lung cancer in an
19   aunt and an uncle, and another uncle.
20        That's all I see.  I don't see
21   any pancreatic cancer.
22   BY MR. ZELLERS:
23        Q.    Well, if you look on page 1216,
24   the second page, problem, pancreatic
25   cancer --

5 (Pages 442 to 445)

Judith Wolf, M.D.

Page 446

1          A.    Oh, maternal uncle, yeah.
2     Maternal uncle.
3          You said something about a
4     great aunt who had ovarian cancer?
5          Q.    Breast cancer.
6          A.    Lung cancer, lung cancer.
7          I'm not seeing that.
8          Q.    Look on the first page, if you
9     will.
10         A.    Breast cancer, maternal aunt.
11    Oh, her great aunt.  Okay.  Daughter, cervix,
12    precancer of the cervix.  Okay.
13         Q.    You'd agree that this is a
14    significant history of other cancers in her
15    family, correct?
16         A.    The other cancers don't have
17    anything to do with ovarian cancer other than
18    the maternal great aunt with breast cancer.
19         Q.    So it's your testimony that
20    none of these other cancers are relevant in
21    terms of any increased risk for ovarian
22    cancer?
23         A.    So pancreatic cancer can be for
24    BRCA2 mutations, but she did not have one of
25    those.  Lung cancer would not be.  Throat

Page 447

1     cancer would not be.  Non-Hodgkin's lymphoma
2     would not be.
3          Q.    Do you agree that her family
4     history of numerous sporadic cancers suggests
5     some type of genetic predisposition?
6          DR. THOMPSON:  Object to form.
7          A.    No.  The first thing that comes
8     to my mind is that with all the lung cancers
9     and the throat cancer, that maybe there's
10    some smoking in the family, in particular
11    knowing that she was a smoker.
12    BY MR. ZELLERS:
13         Q.    Well, that would not impact the
14    breast cancer, would it?
15         A.    I didn't mention the breast
16    cancer.  I said the lung cancer and the
17    throat cancer.
18         Q.    That would not impact the
19    pancreatic cancer, correct?
20         A.    That's not what I said.
21         Q.    I'm asking you a question,
22    Doctor.
23         A.    And the question?
24         Q.    Is smoking a risk factor for
25    pancreatic cancer?

Page 448

1          A.    Not as far as I'm aware.
2          Q.    All right.
3          DR. THOMPSON:  And you did not
4     ask a question.  You said that --
5          MR. ZELLERS:  Ms. Thompson,
6     please.  You can object to form, but
7     we don't need to argue.
8          DR. THOMPSON:  Okay.  But you
9     didn't ask a question, so I'm --
10    Dr. Wolf was right.
11    BY MR. ZELLERS:
12         Q.    Ms. Bondurant's genetic testing
13    identified a pathologic variant of the SDHA
14    gene and a variant of uncertain significance,
15    VUS, in the PTCH1 gene, correct?
16         A.    You know what?  Can I see her
17    report again?  I thought I had it in here,
18    but I don't see it.
19         Q.    I think you have it in your
20    report, page 23.
21         A.    Oh, I do.  Yes.
22         Q.    You agree that she did have a
23    genetic mutation, correct?
24         A.    Not one that is related to
25    ovarian cancer.  The SDHA gene is not one

Page 449

1     that increases the risk of ovarian cancer,
2     and a variant of uncertain significance
3     doesn't mean anything.
4          MR. ZELLERS:  Move to strike as
5     nonresponsive.
6     BY MR. ZELLERS:
7          Q.    Is it --
8          DR. THOMPSON:  Move to -- that
9     it was responsive.
10         MR. ZELLERS:  Okay.
11    Ms. Thompson, you can object as to
12    form --
13         DR. THOMPSON:  Okay.
14         MR. ZELLERS:  -- but you don't
15    have to be making commentary as we go
16    along.
17         DR. THOMPSON:  Well, I can't
18    object to the form of the question
19    when it wasn't a question, and I'm --
20    you made a motion to strike, and I'm
21    saying it was responsive.  And I think
22    I am allowed to do that.
23         MR. ZELLERS:  Well, hopefully
24    it won't continue, but --
25         DR. THOMPSON:  Well, we'll see

6 (Pages 446 to 449)

Judith Wolf, M.D.

Page 450

1  what the questioning is like.
2  BY MR. ZELLERS:
3      Q.  She did have a genetic
4  mutation; that was my question.
5          DR. THOMPSON:  Object to form.
6      A.  In a gene that is not related
7  to ovarian cancer.
8  BY MR. ZELLERS:
9      Q.  Is that a yes?
10         DR. THOMPSON:  Object to form.
11     A.  In a gene that is not related
12 to ovarian cancer, yes, she had mutation, but
13 it's not related to ovarian cancer.
14 BY MR. ZELLERS:
15     Q.  VUS is a mutation where the
16 association with disease is unclear, correct?
17         DR. THOMPSON:  Object to form.
18     A.  It's a variant, yes, a change
19 in the gene that has unclear significance.
20 BY MR. ZELLERS:
21     Q.  VUS mutations are tracked to
22 see how many women with cancer have them; is
23 that right?
24         DR. THOMPSON:  Object to form.
25     A.  VUSs are tracked to see if

Page 451

1  any -- at any point in the future, there's
2  any relationship to increased risk for
3  cancers.
4  BY MR. ZELLERS:
5      Q.  If the same VUS is seen in more
6  woman, then science may identify a new gene
7  that increases the risk of ovarian cancer,
8  correct?  That's the reason it's being
9  tracked.
10         DR. THOMPSON:  Object to form.
11     A.  I didn't understand what you
12 said.  It didn't make sense to me.  Can you
13 repeat it again, please?
14 BY MR. ZELLERS:
15     Q.  Sure.
16         VUSs are tracked, and if the
17 same VUS is seen in more women, then science
18 may identify a new gene that increases the
19 risk of ovarian cancer, correct?  That's why
20 it's being tracked?
21         DR. THOMPSON:  Object to form.
22     A.  They're not being tracked just
23 to look for ovarian cancer.  They're being
24 tracked to see if there's any increased risk
25 in men or women of any cancers.

Page 452

1  BY MR. ZELLERS:
2      Q.  Ovarian cancer would be
3  included in the cancers that are being
4  tracked, correct?
5      A.  Yes.
6      Q.  All right.  Are you familiar
7  with Gorlin syndrome?
8      A.  Not offhand.
9          MR. ZELLERS:  Please mark as
10 Deposition Exhibit 42 a statement from
11 NIH, National Cancer Institute, on
12 Gorlin syndrome.
13         (Whereupon, Deposition Exhibit
14 Wolf-42, NCI Definition of Gorlin
15 Syndrome, was marked for
16 identification.)
17 BY MR. ZELLERS:
18     Q.  Have you had a chance to review
19 Exhibit --
20     A.  Yeah.  Now that I see it
21 spelled out, I remember vaguely in medical
22 school a long time ago learning about Gorlin
23 syndrome, but...
24     Q.  National Cancer Institute says:
25 Gorlin syndrome is caused by a mutation or

Page 453

1  change in the PTCH1 gene.
2      Is that right?
3      A.  Yes.
4      Q.  And that's what Ms. Bondurant's
5  genetic testing showed, a mutation VUS in the
6  PTCH1 gene, correct?
7          DR. THOMPSON:  Object to form.
8      A.  She had a variant of uncertain
9  significance in the PTCH gene 1.  And in
10 Gorlin syndrome, it is not associated with
11 ovarian cancer -- reading this from the
12 National Cancer Institute that you showed
13 me -- it's associated --
14 BY MR. ZELLERS:
15     Q.  Where does it say that it's not
16 associated with ovarian cancer?
17     A.  It says it's associated with
18 basal cell skin cancers, medulloblastomas,
19 which are brain cancers, and other types of
20 cancers.  It can cause benign, noncancerous,
21 tumors in the jaw, heart or ovaries.
22     Q.  It says:  And other types of
23 cancer.  It doesn't say and other types of
24 cancer that may be benign.
25         DR. THOMPSON:  Object to form.

7 (Pages 450 to 453)

Judith Wolf, M.D.

Page 454

1      A.    But it says specifically benign
2    tumors of the ovary.
3    BY MR. ZELLERS:
4      Q.    Okay.  You -- other than what
5    I've just shown you -- don't know about or at
6    least don't recall learning about Gorlin
7    syndrome, correct?
8         DR. THOMPSON:  Object to form.
9      A.    What you showed me was -- is
10   from the National Cancer Institute, which
11   describes what Gorlin syndrome is, and it
12   specifically says it can cause benign cancers
13   of the ovary, but a very high risk of
14   developing basal cell skin cancers during
15   adolescence or early adulthood.
16        Neither Ms. Bondurant nor any
17   of her family members have any history of
18   that, or medulloblastoma or any type of brain
19   cancer.
20        And this does not list any of
21   the cancers that are in her family as
22   increased risk with Gorlin syndrome.
23   BY MR. ZELLERS:
24     Q.    It says in the second and third
25   sentence:  They are also at risk of

Page 455

1    developing medulloblastoma-type of brain
2    cancer and other types of cancer, correct?
3      A.    And the next sentence says:  It
4    can also cause benign, noncancer tumors in
5    the jaws, heart or ovaries.  And the next
6    sentence says:  Other signs and symptoms
7    include a large head, unusual facial
8    features, small pits on the skin or the hands
9    or the feet.
10        There's no -- in her records,
11   there's no indication that she has any of
12   those physical findings that would suggest
13   Gorlin syndrome.
14     Q.    Gorlin syndrome is a rare
15   inherited disorder; is that right?
16     A.    Yes.
17     Q.    That affects many organs and
18   tissues in the body, correct?
19     A.    And it's also called basal cell
20   nevoid syndrome because people get basal cell
21   cancers at a young age.
22        MR. ZELLERS:  Move to strike as
23        nonresponsive.
24   BY MR. ZELLERS:
25     Q.    Does it affect many organs and

Page 456

1    tissues in the body?
2      A.    Yes.
3      Q.    Inherited means genetic
4    information passes from parent to child; is
5    that right?
6      A.    Yes.
7      Q.    Ms. Bondurant's mother had a
8    benign -- had a benign ovarian tumor; is that
9    right?
10     A.    She did.
11     Q.    And a benign ovarian tumor
12   would be consistent with Gorlin syndrome, as
13   you've pointed out, correct?
14        DR. THOMPSON:  Object to form.
15     A.    It's something that can happen
16   in Gorlin syndrome, but I would expect that
17   either her mother or someone in her family,
18   if this was Gorlin syndrome, had basal cell
19   skin cancers.
20        And, again, this says nothing
21   about it causing ovarian cancer.  And why in
22   the world would it say it causes benign
23   ovarian tumors, because that doesn't kill
24   people and ovarian cancer does, if ovarian
25   cancer was one of the cancers that was

Page 457

1    significantly associated with Gorlin
2    syndrome?
3         Additionally, she doesn't have
4    a mutation that's known to have any clinical
5    significance in this gene, the PTCH1 gene.
6         MR. ZELLERS:  Doctor, move to
7         strike as nonresponsive.
8    BY MR. ZELLERS:
9      Q.    Here's my question --
10        DR. THOMPSON:  Responsive.
11   BY MR. ZELLERS:
12     Q.    My question is:  A benign tumor
13   would be consistent with Gorlin syndrome; is
14   that true?
15        DR. THOMPSON:  Object to form.
16     A.    Multiple benign tumors are
17   consistent with Gorlin syndrome.
18   BY MR. ZELLERS:
19     Q.    Thank you.
20        Even if the PTCH1 genes are not
21   directly related to ovarian cancer, do you
22   agree that her family history and PTCH1
23   mutation raises the question that
24   Ms. Bondurant had an inherited mutation?
25        DR. THOMPSON:  Object to form.

8 (Pages 454 to 457)

Judith Wolf, M.D.

Page 458

1     A.   No, I do not agree with that.
2  BY MR. ZELLERS:
3     Q.   I want you to assume that a
4  patient comes to you with a genetic mutation,
5  maternal aunt with ovarian cancer, mother
6  with breast cancer, and she's worried about
7  getting ovarian cancer.  She's 58, healthy,
8  done having children, and still has her
9  uterus and ovaries.
10          How would you counsel that
11  patient?
12          DR. THOMPSON:  Object to form,
13     incomplete --
14     A.   You said that she has a --
15          DR. THOMPSON:  Hang on.  Object
16     to form, incomplete hypothetical.
17     A.   You said that she has a genetic
18  mutation.  What is her genetic mutation?
19  BY MR. ZELLERS:
20     Q.   The genetic mutation would be a
21  VUS.
22          DR. THOMPSON:  Object to form.
23     A.   A VUS of what?
24  BY MR. ZELLERS:
25     Q.   Doctor, we don't -- I mean --

Page 459

1     A.   Well, you wouldn't know that
2  somebody has a VUS unless you knew what that
3  VUS was -- what gene it was associated with.
4     Q.   All right.  A VUS in the PTCH1
5  gene.
6     A.   And the question is:  What
7  would I --
8     Q.   What would you advise the
9  patient?  How would you counsel that patient?
10     A.   That that VUS in the PTCH1
11  gene, there's no evidence that increases her
12  risk for ovarian cancer.
13     Q.   So how would you counsel the
14  patient?  Would you tell her she has no risk
15  for ovarian cancer?
16          DR. THOMPSON:  Object to form,
17     asked and answered.
18     A.   Every woman who has ovaries has
19  a risk for ovarian cancer.
20  BY MR. ZELLERS:
21     Q.   Okay.  So is that all the
22  counsel you would do?
23     A.   With her -- tell me what you --
24  her family history is again?
25     Q.   So she has a genetic mutation,

Page 460

1  maternal aunt with ovarian cancer, mother
2  with breast cancer, and she's worried about
3  getting ovarian cancer.  She's 58, healthy,
4  done having children, still has her uterus
5  and ovaries.
6          How would you counsel that
7  patient?
8          DR. THOMPSON:  Object to form,
9     incomplete hypothetical.
10     A.   That her family history of
11  breast and ovarian cancer may increase her
12  risk for ovarian cancer.  That the VUS and
13  the PTCH1 gene, which I assume is the same as
14  what you said before, that's the one we're
15  talking about, has no impact on her risk of
16  ovarian cancer.  That's what I would tell
17  her.
18          I wouldn't recommend that she
19  have any additional testing done or any
20  surgical intervention.
21  BY MR. ZELLERS:
22     Q.   Would you recommend a
23  prophylactic hysterectomy and a bilateral
24  salpingo-oophorectomy?
25          DR. THOMPSON:  Objection, asked

Page 461

1  and answered.
2     A.   I already answered that I would
3  not recommend any surgery.
4  BY MR. ZELLERS:
5     Q.   She is at increased risk of
6  ovarian cancer.  You'd agree with that,
7  right?
8     A.   With her family's history.  It
9  has nothing to do with the VUS and the PTCH1
10  gene.
11     Q.   What about a woman with no
12  family history of cancer, no gene mutations,
13  no risk factors except for talc?
14     A.   She's also at increased risk
15  for ovarian cancer.
16     Q.   And how would you counsel that
17  woman?
18     A.   I would counsel her to stop
19  using talc.
20     Q.   Anything else?
21     A.   No.
22     Q.   Ms. Bondurant had a history of
23  endometriosis; is that right?
24     A.   She gave a clinical history.
25  We don't have -- I don't have any pathologic

9 (Pages 458 to 461)

Judith Wolf, M.D.

Page 462

1    confirmation of that or surgical
2    confirmation.
3        Q.    As we talked yesterday,
4    endometriosis is a risk factor for ovarian
5    cancer; is that right?
6        A.    Endometriosis is a risk factor
7    for ovarian cancer.
8        Q.    You did not include
9    endometriosis as a potential risk factor for
10   Ms. Bondurant because we do not have
11   pathology or an operative report from her
12   hysterectomy to confirm this.
13           That's on page 24 of your
14   report.  Is that right?
15           DR. THOMPSON:  Object to form.
16       A.    That's not what I -- it says.
17   I said did she have other risk factors, and I
18   listed endometriosis --
19   BY MR. ZELLERS:
20       Q.    The quote I have on page 24 of
21   your report is you did not include
22   endometriosis as a potential risk factor
23   because, quote:  We do not have pathology or
24   an operative report from her hysterectomy to
25   confirm this.

Page 463

1           Did I miss --
2           DR. THOMPSON:  Object to form.
3    Can you show us the quote?
4        A.    Can you show -- because that's
5    not what it says on my report here.
6    BY MR. ZELLERS:
7        Q.    So I'm looking at page 24,
8    number 7.
9        A.    Yes.
10       Q.    This is Exhibit 6.
11   Endometriosis.  We do not have pathology or
12   an operative report from her hysterectomy to
13   confirm this.
14           Are those your words?
15       A.    Those are my words.  What you
16   said before was that I said I discounted this
17   or I did not consider this because we don't
18   have that.
19       Q.    All right.  So you would
20   include endometriosis as a potential risk
21   factor, fair?
22       A.    So I'm saying that -- I'm
23   saying exactly what she says there.  She
24   gives a history.  I don't have a confirmation
25   of it.  So I don't know whether to include

Page 464

1    that or not include that.
2        Q.    Well, you're aware that
3    Ms. Bondurant herself, before she passed,
4    reported that she was diagnosed with
5    endometriosis by Dr. Gardner in 1980,
6    correct?
7        A.    Yes.
8        Q.    She also reported to her
9    gynecologic oncologist, Dr. Shank, that she
10   had a history of endometriosis; is that
11   right?
12       A.    Yes.
13       Q.    Wouldn't Ms. Bondurant have
14   been a reliable source of information as to
15   whether she had been diagnosed with
16   endometriosis?
17           DR. THOMPSON:  Object to form.
18       A.    The only way to diagnose
19   endometriosis is via surgery, and I'm not
20   aware that she had any surgery in 1980 that
21   would have confirmed that.
22   BY MR. ZELLERS:
23       Q.    So the only legitimate way or
24   viable way to diagnose endometriosis is when
25   a woman has surgery?

Page 465

1        A.    In order to diagnose
2    endometriosis, the standard way to diagnose
3    it is to do surgery to look to see if you
4    find it.  In most women that's done via
5    laparoscopy.  Some women have a laparotomy, a
6    bigger incision in the abdomen.
7           There are symptoms of
8    endometriosis, but you can't confirm it
9    without surgery.
10       Q.    So you, as a treating
11   physician, if you had a patient who told you
12   that she had been diagnosed with
13   endometriosis, you would not rely on that and
14   you would not believe that patient unless she
15   showed you or proved it to you in some way
16   with medical records?
17           DR. THOMPSON:  Object to form.
18       A.    I would ask her how was it
19   diagnosed, and if she didn't have a surgical
20   diagnosis, I would assume it was presumed
21   endometriosis without any confirmation.
22   BY MR. ZELLERS:
23       Q.    All right.  Well, neither
24   Dr. Gardner nor Dr. Shank say presumed
25   endometriosis, do they?

10 (Pages 462 to 465)

Judith Wolf, M.D.

Page 466

1         DR. THOMPSON: Object to form.
2     A.   That's neither here nor there
3  to me. You asked me what I would do.
4  BY MR. ZELLERS:
5     Q.   All right. So you would not
6  believe a patient unless they had a surgical
7  record that they had endometriosis?
8         DR. THOMPSON: Object to form.
9     A.   I would not confirm the
10 diagnosis of endometriosis without -- without
11 surgical intervention to prove it. I'm not
12 saying the patient is lying.
13        I'm saying that the patient --
14 someone may have told her she had
15 endometriosis, but without surgical
16 confirmation, you can't make the diagnosis.
17 BY MR. ZELLERS:
18    Q.   So if a patient,
19 hypothetically, came to you and said that
20 they had endometriosis --
21    A.   I would ask them how was it
22 diagnosed.
23    Q.   All right. And if they said I
24 had surgical confirmation, you would accept
25 that?

Page 467

1     A.   Yes.
2     Q.   And if they didn't say they had
3  surgical confirmation, you would reject it
4  and consider them not to be truthful, or at
5  least not to have had a history of
6  endometriosis?
7         DR. THOMPSON: Object to form.
8     A.   You are putting words in my
9  mouth. What I said was that I would consider
10 it presumed endometriosis without
11 confirmation.
12 BY MR. ZELLERS:
13    Q.   Would it have been wrong for
14 Dr. Shank to have accepted her history of
15 endometriosis --
16        DR. THOMPSON: Object to form.
17 BY MR. ZELLERS:
18    Q.   -- without surgical
19 confirmation?
20        DR. THOMPSON: Object to form.
21    A.   Dr. Shank is free to do
22 whatever he wants in his medical records,
23 and -- and I can't remember if Dr. Shank was
24 her gynecologic oncologist at the time of her
25 diagnosis, but at the time of her diagnosis,

Page 468

1  the most important thing was figuring out
2  what was going on and taking care of her
3  ovarian cancer.
4         And what he or she -- again, I
5  don't know if it's a man or a woman -- put in
6  their chart, I'm not in charge of that.
7  BY MR. ZELLERS:
8     Q.   Same question with Dr. Gardner.
9  It would be --
10    A.   Same answer.
11    Q.   -- wrong -- okay.
12        You do rely on your patients to
13 give you their medical history when they come
14 to see you, correct?
15    A.   Yes.
16    Q.   And do you generally believe
17 women when they give you their medical
18 history?
19    A.   I said it's not that I wouldn't
20 believe someone who told me they had
21 endometriosis. I would not consider it
22 confirmed unless I had a diagnosis that
23 confirmed it.
24    Q.   And so you would not consider
25 it in a differential diagnosis unless you had

Page 469

1  proof, surgical confirmation of
2  endometriosis?
3         DR. THOMPSON: Object to form.
4  BY MR. ZELLERS:
5     Q.   Is that your testimony?
6     A.   No. A differential diagnosis
7  is when somebody has symptoms or findings,
8  clinical findings or symptoms, and you say
9  what could be causing this? Well, it could
10 be this or this or this. And if one of those
11 things is endometriosis, the way I would
12 confirm that or rule it out would be surgery.
13 And that is the standard of care.
14    Q.   Do you agree that
15 endometriosis, if, in fact, Ms. Bondurant had
16 endometriosis, would double a woman's risk of
17 clear-cell ovarian cancer?
18        DR. THOMPSON: Object to form.
19    A.   It increases her risk of
20 ovarian cancer for sure --
21 BY MR. ZELLERS:
22    Q.   Would it --
23    A.   -- endometriosis.
24    Q.   Would it double her risk?
25    A.   The risk is about twice, yes,

11 (Pages 466 to 469)

Judith Wolf, M.D.

Page 470

1    twice the general population.
2        Q.    We looked yesterday at
3    Deposition Exhibit 37.  You probably don't
4    have it.  I'll hand you -- this is 37.
5        MR. ZELLERS:  And,
6        Ms. Thompson, I gave it to you
7        yesterday.  Can you let the witness
8        just take a look at it just so we
9        don't have to dig out the whole stack?
10       DR. THOMPSON:  Yes, of course.
11       THE WITNESS:  Thank you.
12   BY MR. ZELLERS:
13       Q.    So this is an article, Risk of
14   Gynecologic Cancer According to the Type of
15   Endometriosis, and we looked at this
16   yesterday.
17       A.    Yes.
18       Q.    First named author is
19   Saavalainen.
20       A.    You practiced that last night.
21       Q.    This study assessed the risk of
22   gynecological cancer according to the type of
23   endometriosis in women with surgically
24   verified endometriosis; is that right?
25       A.    Yes.

Page 471

1        Q.    And then if you look on page 1,
2    under Results -- and I think we may have
3    looked at this yesterday in terms of
4    endometriosis, but specifically under
5    Results, these authors found that
6    endometriosis was associated with increased
7    risk of clear-cell of 5.17; is that right?
8        A.    Yes.
9        Q.    The risk of ovarian cancer was
10   highest among women with ovarian
11   endometriosis, and especially for clear-cell,
12   with a hazard ratio or relative risk of 10.1.
13       A.    So that's for women who have
14   their endometriosis on the ovaries.  Yes.
15   Endometriosis, in general, is the 5.
16       Q.    And if, in fact, a woman had
17   endometriosis on the ovaries, then she would
18   be at a 1000% increased risk of clear-cell
19   ovarian cancer; is that right?
20       DR. THOMPSON:  Object to form.
21       A.    No, that's not what that means.
22   BY MR. ZELLERS:
23       Q.    What does that mean?  What
24   would the increased risk be?
25       A.    So if someone has endometriosis

Page 472

1    on her ovary, her risk of ovarian cancer is
2    not 1,000 times --
3        Q.    Well --
4        A.    -- higher than someone who
5    doesn't have endometriosis.
6        Q.    The relative risk, at least
7    according to this paper, would be 10.1, with
8    a confidence interval of 5.50 to 16.9,
9    correct?
10       A.    That's what the confidence
11   interval is, but if what you're saying is
12   true, and there are a million women in the
13   U.S. who had known proven endometriosis, even
14   if we just took all of them, that would mean
15   that their chance of ovarian cancer was 1,000
16   times higher or 500 times higher than the
17   general population?  That's just not true.
18   That's just not true.
19       We'd have way more clear-cell
20   endometrial cancers -- clear-cell ovarian
21   cancers than there are in the U.S.
22   Clear-cell ovarian cancer counts for about 5%
23   of epithelial ovarian cancers, so that would
24   be about a thousand women a year.
25       If a million people had

Page 473

1    endometriosis and their risk of getting
2    clear-cell cancer was 500 or 1,000 times
3    greater than somebody who doesn't have it, we
4    would have way more clear-cell cancers than
5    we do.
6        Q.    And when you speak of this,
7    you're speaking of women who have been
8    diagnosed with ovarian endometriosis,
9    correct?
10       A.    Well, I -- no, I'm speaking
11   that in the United States, approximately
12   a million to 2 million women have
13   endometriosis.
14       Q.    All right.  So you're not
15   speaking of ovarian endometriosis, which was
16   my question and my reference to the 1,000%
17   increased risk of clear-cell ovarian cancer.
18       A.    What percentage of women have
19   ovarian endometriosis?  Let's see.  That's
20   probably in this study.
21       (Document review.)
22       A.    I don't see that in this study.
23   Endometriosis...
24   BY MR. ZELLERS:
25       Q.    All right.  Well, if we look at

12 (Pages 470 to 473)

Judith Wolf, M.D.

Page 474

1  just the --
2      A.   No.  Stop.  One second.
3          So there were 49,000 women in
4  the study and 23,000 had ovarian cancer --
5  ovarian endometriosis, so can we round that
6  to half.
7          And so that would be if
8  somewhere between 500,000 and a million women
9  had ovarian endometriosis, then their chances
10  of getting clear-cell ovarian cancer was
11  1,000 times higher than the general
12  population, and we would see a lot more
13  clear-cell ovarian cancer than we do.
14      Q.   You're not disputing the
15  results.  You may be disputing my question
16  and my interpretation of the results, but
17  you're not disputing that, at least according
18  to this article, Deposition Exhibit 37, that
19  regardless of the type of endometriosis, this
20  study found an increased risk of clear-cell
21  ovarian cancer of 5.17, correct?
22      A.   I'm not disputing that result.
23      Q.   And similarly, the authors
24  found an increased risk -- if it was ovarian
25  endometriosis, there was an increased risk of

Page 475

1  clear-cell ovarian cancer of 10.1, correct?
2      DR. THOMPSON:  Whoa.  You're
3  talking about the risk ratio reported?
4      MR. ZELLERS:  Yes, I'm talking
5  about what the authors found.
6      DR. THOMPSON:  All right.
7      MR. ZELLERS:  The risk --
8      DR. THOMPSON:  Well, you
9  weren't really saying what the authors
10  found.
11      MR. ZELLERS:  I think that was
12  in my question, but if not, that's
13  what I meant.
14      A.   The incidence ratio, yes, was 5
15  for all endometriosis -- types of
16  endometriosis and 10 for ovarian
17  endometriosis.
18  BY MR. ZELLERS:
19      Q.   In terms of an increased risk
20  for clear-cell ovarian cancer, correct?
21      A.   That's correct.
22      Q.   You know from reviewing the
23  literature that endometriosis is associated
24  with a high relative risk, especially or
25  specifically with clear-cell ovarian cancer,

Page 476

1  correct?
2      A.   So endometriosis overall
3  increases the risk of ovarian cancer about
4  twice.  The types of cancer that happen that
5  arise in association with or in an area of
6  endometriosis more commonly are clear-cell or
7  endometrioid type.
8      Q.   Did you review, in connection
9  with your opinion here, Dr. McTiernan's
10  testimony in the Forrest trial?
11      A.   The Forrest trial?
12      Q.   Yes.
13      A.   Not that I recall.
14      Q.   You do respect Dr. McTiernan as
15  an epidemiologist, correct?
16      A.   Yes.
17      Q.   And you included, I think we
18  discussed yesterday, the Forrest plots in
19  your report?
20      A.   The plots, yeah.
21      Q.   Are you aware that
22  Dr. McTiernan testified that the literature
23  is consistent with a relative risk of 3 for
24  endometriosis and clear-cell ovarian cancer?
25      A.   What -- I'm not aware of that,

Page 477

1  and I'd like to ask:  What is the Forrest
2  trial?  Is that a paper that I should see?
3      Q.   No.  I'm sorry.  That's a trial
4  much like the Kleiner trial that you
5  testified in.
6      A.   Oh, okay.
7      Q.   Forrest is the name.
8      A.   In my head it was a clinical
9  medical trial.
10      Q.   Understood.
11          You're just unaware of what her
12  testimony was?
13      A.   I'm unaware of her testimony,
14  that's correct.
15      Q.   Does it sound right that the
16  literature is consistent with a relative risk
17  of 3 for endometriosis and clear-cell ovarian
18  cancer?
19      A.   It's somewhere 2 or more.
20      Q.   Okay.  Page 23 of your report
21  says that clear-cell is a histologic subtype
22  associated with genital talcum powder use in
23  multiple studies.
24          Do you see that?
25      A.   Yes.

13 (Pages 474 to 477)

Judith Wolf, M.D.

Page 478

1     Q.    What studies support your
2   opinion that clear-cell carcinoma is
3   associated with genital talc use?
4     A.    So in some of the studies,
5   subtypes were separated out and some were
6   not, and, again, clear-cell is not common.
7         In the -- in the Schildkraut
8   study, they lumped clear-cell with
9   endometrioid and other subtypes, and it was
10  increased risk.
11        In the Terry study, which
12  looked at eight studies, there were enough
13  that they were able to show a statistical
14  significant increased risk of, I think, 1.24.
15    Q.    Okay.  Terry is the only study
16  that you reviewed or that you're aware of
17  that shows a statistically significant
18  increased risk for clear-cell ovarian cancer,
19  correct?
20        DR. THOMPSON:  Object to form.
21    A.    As I just said, most of the
22  studies don't have enough or did not separate
23  out clear-cell separately to show a
24  statistical significant increase.
25        The Schildkraut study, when

Page 479

1   they looked at the nonserous together, which
2   I believe were endometrioid, clear-cell or
3   undifferentiated, there was a statistical
4   significance.
5         And the Terry study, which took
6   eight studies and looked at them together,
7   there were close to 200 clear-cells, and
8   there was a statistical significance.
9   BY MR. ZELLERS:
10    Q.    If we're looking at clear-cell
11  ovarian cancer, the only study that shows a
12  statistically significant increased risk for
13  ovarian cancer is the Terry study, correct?
14        DR. THOMPSON:  Object to form.
15    A.    Because there were too few
16  cases in most of the studies, that -- yes.
17  BY MR. ZELLERS:
18    Q.    Are you aware that the Terry
19  study is based on clear-cell data from the
20  New England Consortium?
21    A.    The OCAC Consortium, is that
22  what you're calling the New England
23  Consortium?
24    Q.    Yes.
25    A.    Yes.

Page 480

1     Q.    Have you explored the
2   discrepancy in the clear-cell data that's
3   reported in Terry's paper versus the same
4   data on clear-cell that's reported in the
5   Cramer 2016 study?
6         DR. THOMPSON:  Object to form.
7     A.    No.
8         Can I see those papers?
9   BY MR. ZELLERS:
10    Q.    I have Cramer 2016.  Let's mark
11  that as Exhibit 43.
12        (Whereupon, Deposition Exhibit
13        Wolf-43, The Association Between Talc
14        Use and Ovarian Cancer, by Cramer
15        et al, was marked for identification.)
16        (Comments off the stenographic
17        record.)
18    A.    And the Terry study?  Can I
19  have the Terry study?
20  BY MR. ZELLERS:
21    Q.    I don't believe I have a copy
22  of Terry.
23        THE WITNESS:  Do any of you
24        have the Terry study?
25        ///

Page 481

1   BY MR. ZELLERS:
2     Q.    Let me see if I've got it.
3         So I did not bring a copy of
4   Terry.
5     A.    I need to see them side by side
6   so I can answer questions, comparing them.
7     Q.    Let me ask you some questions,
8   and then if you can't answer the questions
9   because you --
10    A.    I want to see them side by
11  side, so --
12    Q.    Doctor, I'm going to ask you
13  questions.  If you can't answer the question
14  because you don't have the Terry study in
15  front of you, you can tell me you can't
16  answer the question.
17    A.    Okay.
18        DR. THOMPSON:  We'll pull it up
19  on the computer.  Just hold on a
20  minute.
21        THE WITNESS:  Thank you.  Okay.
22        MR. ZELLERS:  All right.
23  BY MR. ZELLERS:
24    Q.    So you now have Terry 2013
25  available to you electronically; is that

14 (Pages 478 to 481)

Judith Wolf, M.D.

Page 482

1  right?
2      A.   Yes.
3          MR. ZELLERS:  And we will
4  supplement the record and we'll mark
5  Terry as Exhibit 44.
6          (Whereupon, Deposition Exhibit
7      Wolf-44, Genital Powder Use and Risk
8      of Ovarian Cancer... by Terry et al,
9      was marked for identification.)
10         MR. ZELLERS:  It's the Terry
11 2013 study.
12 BY MR. ZELLERS:
13     Q.   Are you able to tell the number
14 of cases of clear-cell cancers, ovarian
15 cancers that Terry is reporting?
16     A.   187.
17     Q.   Are you able to tell the number
18 of clear-cell ovarian cancers reported in the
19 Cramer 2016 study?
20     A.   I'm looking for that.
21         (Document review.)
22     A.   I'm assuming it's in one of the
23 tables, and I keep fumbling through them.
24 I'm sorry.  Just give me one minute.  Okay.
25     114.

Page 483

1  BY MR. ZELLERS:
2      Q.   And you're looking where?
3      A.   Table 4.
4      Q.   Do you have any understanding
5  of why Terry would be reporting 187 cases of
6  clear-cell ovarian cancer and Cramer is
7  reporting 114 if they obtained the data, the
8  clear-cell ovarian cancer data, from the same
9  source?
10         DR. THOMPSON:  Object to form.
11     A.   I'm looking for the total
12 number of patients in each study to see if
13 they had -- I see that they both were looking
14 at the OCAC, the consortium, and I'm looking
15 for the total number of patients, because the
16 Terry study, their study population was a
17 total of -- I mean, that could be one reason,
18 that they included or excluded different
19 patients.  And so even if they were starting
20 with the same group, the ones that they
21 looked at in the end -- oh, this pooled study
22 of 8 case-controlled studies included 8,525
23 ovarian cancer cases.
24 BY MR. ZELLERS:
25     Q.   What are you looking at, Terry?

Page 484

1      A.   Terry, the results, on
2  page 815.
3          I don't see a number in the
4  results for Cramer.  I'll try to add all of
5  the patients.  2,000, 3,000 -- there were
6  about 4,000, 4500, so there were less
7  patients in the Cramer study.
8      Q.   I want to ask you a couple of
9  hypothetical questions.  We did that
10 yesterday.
11         I want you to assume that both
12 Cramer 2016 and Terry 2013 are looking at the
13 same dataset with respect to clear-cell
14 ovarian cancer cases.  And I want you to
15 assume that Terry is misreporting the number
16 of cases of clear-cell, but that Dr. Cramer
17 got it right.
18         Cramer, at least in his
19 publication, 2016, finds no association
20 between talc use and clear-cell; is that
21 right?
22         And I'm looking at page 341.
23         DR. THOMPSON:  Object to form.
24     A.   Are we talking about a
25 hypothetical situation?

Page 485

1  BY MR. ZELLERS:
2      Q.   No.  Let me withdraw my
3  hypothetical --
4      A.   Okay.
5      Q.   -- and let me now ask you the
6  question in terms of Cramer 2016 with the
7  clear-cell ovarian cancer cases that were
8  available that he analyzed, he found no
9  association between talc use and clear-cell
10 ovarian cancer, correct?
11         DR. THOMPSON:  Object to form.
12 BY MR. ZELLERS:
13     Q.   And that's page 341 under
14 Discussion on the right-hand side.
15     A.   Well, can we look at it in the
16 results instead of the discussion?
17     Q.   Before we go to results, Cramer
18 states:  There was general agreement on risk
19 by histologic type of epithelial ovarian
20 cancer except that OCAC, O-C-A-C, found an
21 association with clear-cell cancer, and we
22 did not.
23         Did I read that correctly?
24     A.   That's a sentence in his
25 discussion.  You read it correctly.

Judith Wolf, M.D.

Page 486

1          Q.    All right.  So hypothetically,
2   if there was an error in the Terry study and
3   that both Terry and Cramer were looking at
4   the same dataset and had the same number of
5   ovarian cancer cases, you would not have any
6   epidemiology to rely on to support your
7   opinion that talcum powder use causes
8   clear-cell ovarian cancer, correct?
9          DR. THOMPSON:  Object to form.
10  BY MR. ZELLERS:
11         Q.    And that's a hypothetical.
12         DR. THOMPSON:  Object to form.
13         A.    That's not the case, though.
14  BY MR. ZELLERS:
15         Q.    Well, you don't know that
16  that's not the case.
17         DR. THOMPSON:  Object to form.
18         A.    I don't have any evidence to
19  support that that's the case.
20         If you have some evidence to
21  support that's the case, can you show it to
22  me?
23  BY MR. ZELLERS:
24         Q.    Well, we know that both Terry
25  and Cramer obtained their data --

Page 487

1          (Interruption by the
2   stenographer.)
3   BY MR. ZELLERS:
4          Q.    They obtained their data from
5   the same dataset; is that right?
6          A.    Well, that's what I'm trying to
7   figure out.  In the methods, it's not clear
8   to me that they did.
9          Q.    And, Doctor, that's fair, and
10  we've probably gone as far as we can go.
11         On the data Cramer had, he did
12  not find an association between clear-cell
13  ovarian cancer and talc use, correct?
14         DR. THOMPSON:  Object to form.
15         A.    Cramer's paper did not show a
16  statistical significant difference.  Terry's
17  did.
18  BY MR. ZELLERS:
19         Q.    And Cramer actually states that
20  OCAC found an association with clear-cell
21  cancer and he did not.  Those are the words
22  he uses, correct?
23         A.    Those are the words he uses.
24  That does not prove to me that there's
25  something wrong with the OCAC study; does not

Page 488

1   insinuate that there's something wrong with
2   the OCAC study.
3          Q.    The Terry study is the only
4   study that you are relying upon from an
5   epidemiologic standpoint that shows a
6   statistically significant association between
7   clear-cell ovarian cancer and talcum powder
8   use, correct?
9          DR. THOMPSON:  Object to form.
10         A.    The Terry study is the study
11  that has the most cases of clear-cell ovarian
12  cancer and found a statistically significant
13  difference.  They combined eight studies to
14  find that.
15         And the Schildkraut study found
16  an increased association -- excuse me,
17  significant association of nonserous cancers,
18  which included clear-cell and endometrioid.
19  BY MR. ZELLERS:
20         Q.    But was not limited to
21  clear-cell ovarian cancers, correct?
22         A.    There were not enough cases, as
23  is the case with most studies.
24         Q.    I think we're in agreement that
25  of the studies that you've looked at, Terry

Page 489

1   is the only one, if we're looking just at the
2   clear-cell ovarian cancer subtype, which
3   shows a statistically significant association
4   between talcum powder use and ovarian cancer,
5   correct?
6          DR. THOMPSON:  Object to form.
7          A.    I will say I think we're in
8   agreement that most of the studies do not
9   have enough clear-cells to show an
10  association.  That would be considered
11  underpowered.  There's not enough cases.
12         The Terry study had the largest
13  number of cases of clear-cell and it did show
14  a statistical significance.
15  BY MR. ZELLERS:
16         Q.    You know that Penninkilampi is
17  a more recent meta-analysis than the Terry
18  study, correct?
19         A.    That's correct.
20         Q.    Penninkilampi shows no
21  association between clear-cell ovarian cancer
22  and talc use.
23         A.    Can I see Penninkilampi's
24  study?
25         Q.    Sure.

16  (Pages 486 to 489)

Judith Wolf, M.D.

Page 490

1       MR. ZELLERS:  We'll mark
2   Penninkilampi 2018 as Exhibit 45.
3       (Whereupon, Deposition Exhibit
4   Wolf-45, Perineal Talc Use and Ovarian
5   Cancer... by Penninkilampi et al, was
6   marked for identification.)
7   BY MR. ZELLERS:
8       Q.    So, Doctor, take as much time
9   as you need to, to look at this, but I'm
10  looking at the Abstract, and I'm looking at
11  the very last couple of lines under Results,
12  before Conclusion.
13      A.    Well, I'm looking at Table 2,
14  which separates out the types of ovarian
15  cancer and said that there were three studies
16  that looked at clear-cell, but it doesn't
17  give me the number of clear-cell cases.
18          So I don't know how many
19  clear-cell cases they actually were able to
20  find in this study.
21      Q.    If you look at the Abstract
22  under Results, the very last line,
23  Penninkilampi and the authors state:  We
24  found an increased risk of serous and
25  endometrioid, but not mucinous or clear-cell

Page 491

1   subtypes.
2          Is that correct?
3      A.    That's what this sentence in
4   the Results of the Abstract says; however, I
5   cannot find in this paper how many
6   clear-cells they actually had to look at to
7   know if there were enough to find statistical
8   significance or not.
9          They only mentioned that they
10  were in three studies, but I don't see
11  anywhere in the paper, in the results, how
12  many clear-cell cases there were in these
13  three studies.
14      Q.    What methodology are you using
15  to value Terry differently than Penninkilampi
16  with respect to finding an association
17  between clear-cell ovarian cancer and talcum
18  powder use?
19          DR. THOMPSON:  Object to form.
20      A.    The difference is I know how
21  many clear-cell cases there were in the Terry
22  study.  I can't tell that from the
23  Penninkilampi study.  Unless we looked at the
24  three studies that he found clear-cell
25  separated out, and we could add those up and

Page 492

1   figure out how many there were.
2   BY MR. ZELLERS:
3      Q.    Would that be important to do
4   to substantiate or validate your opinions in
5   this case?
6      A.    It would be additional
7   information.
8      Q.    At least as of today, that's
9   not something that you have done, correct?
10     A.    It's not.
11     Q.    You did not include a separate
12  Bradford Hill analysis for clear-cell
13  carcinoma in your report; is that right?
14     A.    I did not.
15     Q.    And you've not done a Bradford
16  Hill analysis on the epidemiology of
17  clear-cell ovarian cancer exposure to talcum
18  powder, correct?
19     A.    I have not separately, no.
20     Q.    Are you aware that the O'Brien,
21  the Berge, the Taher, the Wong, the Mills,
22  the Rosenblatt, and the Cramer 1999 and
23  Cramer 2016 studies find no association with
24  clear-cell ovarian cancer and talcum powder
25  use?

Page 493

1          DR. THOMPSON:  Object to form.
2      A.    They all had small numbers of
3   clear-cell ovarian cancers, and I would not
4   expect them to find an association with such
5   small numbers.
6   BY MR. ZELLERS:
7      Q.    Are you aware that these are
8   the only talc epidemiology studies that break
9   out data by clear-cell subtype?
10         DR. THOMPSON:  Object to form.
11     A.    I know that only some of them
12  did.
13  BY MR. ZELLERS:
14     Q.    And you attribute it to low
15  numbers, but you do agree that in none of
16  these studies was an association with
17  clear-cell ovarian cancer found, correct?
18         DR. THOMPSON:  Object to form.
19     A.    When the numbers are low, it's
20  hard to find an association because you can't
21  make a determination with small numbers.
22  BY MR. ZELLERS:
23     Q.    Except for O'Brien and Taher,
24  all of these studies were published before
25  your January 2019 deposition, your MDL

17 (Pages 490 to 493)

Judith Wolf, M.D.

Page 494

1    deposition; is that right?
2         A.    Yes.
3               You're talking about the ones
4    you just listed?
5         Q.    Yes.
6         A.    Yes.
7         Q.    You testified at your
8    January 7th, 2019 deposition that the other
9    subtypes are usually so small that there's
10   probably enough to know statistical
11   significance, such as clear-cell or mucinous.
12   And I think that was a typo or that you
13   misspoke.
14              I'm assuming that what you
15   meant to say -- and I'm happy to show you the
16   testimony.
17              With that background, I'm going
18   to ask you a new question.
19              Do you agree that the other
20   subtypes, such as clear-cell or mucinous
21   ovarian cancer, are usually so small that
22   there's probably not enough to know
23   statistical significance?
24              DR. THOMPSON:  Object to form.
25         A.    The numbers of cases of those

Page 495

1    small types, and I think that's what I've
2    been saying all morning.
3    BY MR. ZELLERS:
4         Q.    Yes, I believe that you have,
5    and I believe that there was an error or that
6    you misspoke in your original deposition, and
7    I think we've now clarified it.
8               Because you do agree that
9    because, in your view of the small number of
10   cases, that there are not studies that show a
11   statistically significant association for
12   clear-cell and for mucinous, other than the
13   Terry study that we've talked about as it
14   relates to clear-cell ovarian cancer,
15   correct?
16              DR. THOMPSON:  Object to form,
17   misstates her testimony.
18         A.    So are you -- can you read me
19   what my deposition said?  Because I'm very
20   confused by that question.
21   BY MR. ZELLERS:
22         Q.    I don't think we have to take
23   the time to clear it up, but I will do it
24   just so that we're sure we understand your
25   testimony.

Page 496

1               MR. ZELLERS:  I'm marking as
2    Exhibit 46 one page of your MDL
3    testimony, page 241, from January of
4    2019.
5               (Whereupon, Deposition Exhibit
6               Wolf-46, Excerpt from Wolf MDL
7               Deposition, was marked for
8               identification.)
9    BY MR. ZELLERS:
10         Q.    So you see you were asked the
11   question:  Is it your opinion, Doctor, that
12   talcum powder use peritoneally increases a
13   woman's risk of all different histologic
14   types of ovarian cancer?
15              And I'm going down partway
16   through your answer, starting at line 15:
17   And the other subtypes are usually so small
18   that there's probably enough to know
19   statistical significance, such as clear-cell
20   or mucinous.
21              And I believe what you meant to
22   say is that:  And the other subtypes are
23   usually so small that there's probably not
24   enough to know statistical significance, such
25   as clear-cell or mucinous.

Page 497

1               Is that correct?
2         A.    So I'm going to say either
3    that's what I meant to say or this is another
4    mistake, because there's a mistake earlier in
5    that answer.  It says stromal cells or dermal
6    cells, and I would never say dermal cells.
7    It was germ cells.  So either the reporter
8    got it wrong or I misspoke.
9         Q.    Yes.  Either way, we now have
10   it corrected.  Thank you.
11         A.    Thank you.
12         Q.    Are you familiar with the
13   Wentzensen 2021 article that's another
14   O'Brien article with a coauthor?
15         A.    Is that a recent one, just came
16   out in the last month or so?
17         Q.    Yes.
18         A.    Yes.
19         Q.    Let me show that to you.
20              MR. ZELLERS:  We'll mark that
21   article as Deposition Exhibit 47.
22              (Whereupon, Deposition Exhibit
23              Wolf-47, Talc, Body Powder and Ovarian
24              Cancer... by Wentzensen et al, was
25              marked for identification.)

18 (Pages 494 to 497)

Judith Wolf, M.D.

Page 498

1    BY MR. ZELLERS:
2        Q.    And you're familiar with this
3    article that came out recently, 2021,
4    correct?
5        A.    Yes.
6        Q.    The authors discuss the
7    epidemiology regarding the different
8    histologic subtypes of ovarian cancer,
9    correct?
10       A.    As that result -- as that
11   confers with the previous O'Brien study, the
12   ones that they looked at in the previous
13   O'Brien study, yes.
14       Q.    If you go to page 7, left-hand
15   column.
16       A.    Okay.
17       Q.    It starts:  Overall, these
18   results consistently demonstrate that there
19   is a positive association between talc use
20   and serous ovarian cancers and possibly also
21   endometrioid tumors.
22            Is that right?
23       A.    That's what the sentence says,
24   yes.
25       Q.    Then they continue:  The

Page 499

1    relationship between talc use and the rarer
2    mucinous or clear-cell tumor histotypes is
3    more ambiguous, although it is not clear
4    whether this is due to true etiologic
5    differences or because their rarity makes
6    them difficult to study.
7            Is that what the authors state?
8        A.    That's what the authors state,
9    which -- the rarity is what I've been talking
10   about all morning long.
11       Q.    You agree with that statement
12   by these authors, correct?
13            DR. THOMPSON:  Object to form.
14       A.    I agree that the rarity is
15   probably -- is a likely reason why we can't
16   see if there's any difference with the
17   different subtypes that are rare.
18   BY MR. ZELLERS:
19       Q.    It's also possible that it's
20   due to true etiologic differences, correct?
21   That's a possibility?
22            DR. THOMPSON:  Object to form.
23       A.    It's hard to answer that
24   question when we don't have enough cases in
25   most of the studies to know if there's an

Page 500

1    association.
2    BY MR. ZELLERS:
3        Q.    So in your view, we would need
4    more cases; and if we had more cases --
5        A.    Then we could --
6        Q.    -- that would either give us
7    evidence of an association or not of an
8    association.
9            DR. THOMPSON:  Object to form.
10       A.    Well, in the study with the
11   most cases, there is an association.
12   BY MR. ZELLERS:
13       Q.    Can you answer my question?
14            DR. THOMPSON:  Actually, I
15       don't think there was a question, but
16       you can ask it again.
17   BY MR. ZELLERS:
18       Q.    If we had more cases, then that
19   would help us to understand whether there's a
20   true etiologic difference or that there is an
21   association, correct?
22            DR. THOMPSON:  Object to form.
23       A.    In this study that does have
24   more cases, there is an association.
25            ///

Page 501

1    BY MR. ZELLERS:
2        Q.    Well, I understand that.  At
3    least these authors, the O'Brien authors,
4    based upon their review and their study, say
5    it's not clear -- well, they say that there
6    is not a demonstrated association with
7    mucinous or clear-cell tumor histotypes and
8    that it's not clear whether this is due to
9    true etiologic differences or because their
10   rarity makes them more difficult to study.
11            That's what these authors
12   concluded in their recent study, correct?
13            DR. THOMPSON:  Object to form.
14       A.    The authors state the
15   relationship between talc use and rarer
16   mucinous and clear-cell subtypes is more
17   ambiguous.  Yes, that's what it says.
18   BY MR. ZELLERS:
19       Q.    All right.  Do you agree that
20   within the last five years, we have a better
21   understanding of how different the five main
22   histologic subtypes of epithelial ovarian
23   cancer are?
24            DR. THOMPSON:  Object to form.
25       A.    We have a better idea -- the

19 (Pages 498 to 501)

Judith Wolf, M.D.

Page 502

1    first part of the question was?
2    BY MR. ZELLERS:
3        Q.    Sure.
4            Over the last five years, we
5    now -- you know, medical professionals,
6    science professionals, have a better
7    understanding that the five main histologic
8    subtypes of epithelial ovarian cancer are
9    different, correct?
10           DR. THOMPSON:  Object to form.
11       A.    We have a better understanding
12   of molecular changes that are associated with
13   different subtypes of epithelial ovarian
14   cancer, and five -- I'm assuming the five
15   main subtypes that you're referring to would
16   be low-grade serous, high-grade serous,
17   endometrioid, clear-cell and mucinous?  Is
18   that what you're referring to?
19   BY MR. ZELLERS:
20       Q.    Yes.
21       A.    Okay.  I believe we understand
22   more of the molecular pathways, the molecular
23   abnormalities in the different subtypes.
24       Q.    For example, the genetic
25   mutations that are associated with high-grade

Page 503

1    serous carcinoma are different than the
2    genetic mutations that are associated with,
3    for example, clear-cell ovarian cancer,
4    correct?
5            DR. THOMPSON:  Object to form.
6        A.    The most common genetic
7    mutations are different in the different
8    subtypes, but if you look at an individual
9    patient, the genetic mutations in every
10   serous -- every high-grade serous are
11   different.
12           That statement refers to --
13   could refer to the common genetic mutations
14   that are found in the different subtypes.
15   BY MR. ZELLERS:
16       Q.    With that qualification and
17   explanation, you agree with my question,
18   correct?
19           DR. THOMPSON:  Object to form.
20       A.    No.  I think that your question
21   was broad and my answer was specific.
22   BY MR. ZELLERS:
23       Q.    All right.  Let me ask it
24   again, then.
25           Genetic mutations that are

Page 504

1    associated with high-grade serous carcinoma
2    are different than the genetic mutations that
3    are associated, for example, with clear-cell
4    ovarian cancer, correct?
5            DR. THOMPSON:  Object to form.
6        A.    The common genetic mutations,
7    the most common genetic mutations that are
8    found in serous cancers versus mucinous
9    versus clear-cell, high-grade or low-grade
10   serous, are different.
11   BY MR. ZELLERS:
12       Q.    All right.  You're familiar
13   with the concept generally that science has
14   now discovered different genes become mutated
15   in different histologic subtypes, correct?
16           DR. THOMPSON:  Object to form.
17       A.    Again, the common genes that
18   are mutated in high-grade serous are
19   different than the genes that are commonly
20   mutated in low-grade serous and the other
21   subtypes.
22   BY MR. ZELLERS:
23       Q.    And that helps doctors be able
24   to better treat some of the different
25   histologic subtypes, correct?

Page 505

1        A.    Unfortunately, in ovarian
2    cancer, it hasn't yet made a difference in
3    how we treat patients.
4        Q.    So you treat all of the
5    different subtypes of ovarian cancer the
6    same; is that your testimony?
7            MS. GARBER:  Object to the
8        form.
9        A.    No.  No, the -- for mucinous
10   tumors, we treat them more like GI tumors.
11   For low-grade serous, we sometimes use
12   different treatments.  But for the common
13   high-grade lesions, serous, endometrioid,
14   clear-cell, we treat them the same.
15   BY MR. ZELLERS:
16       Q.    Environmental carcinogens, like
17   smoking or asbestos, they do not induce all
18   of these different genetic mutations; is that
19   right?  I mean, they, by and large, induce
20   one type of genetic mutation, correct?
21           DR. THOMPSON:  Object to form.
22       A.    Are you saying that smoking
23   only induces one type of genetic mutation?
24   BY MR. ZELLERS:
25       Q.    I'm asking you if that is

20 (Pages 502 to 505)

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 22 of 120
PageID: 261612


Judith Wolf, M.D.

Page 506

1    something you are knowledgeable about or not.
2         DR. THOMPSON:  Object to form.
3         A.    I'm going to say I'm not
4    entirely knowledgeable about all the genetic
5    mutations that smoking can cause, but I'm not
6    aware that there's a single one.
7    BY MR. ZELLERS:
8         Q.    Do you agree that talc does not
9    cause mucinous ovarian cancer?
10        DR. THOMPSON:  Object to form.
11        MS. GARBER:  Object to the
12   form.
13        A.    Mucinous ovarian cancer is one
14   of those rare cancers that I don't know that
15   there's enough in any one study to show a
16   statistical significant difference or not.
17        Again, not that many studies
18   separate out the subtypes, so I don't know
19   that there's enough information.  There's
20   certainly not enough information to say it
21   does not cause mucinous cancer.
22   BY MR. ZELLERS:
23        Q.    When you reviewed
24   Dr. Clarke-Pearson's deposition in
25   preparation for your deposition, did you see

Page 507

1    that he testified that talc does not cause
2    mucinous ovarian cancer?
3         DR. THOMPSON:  Object to form.
4         MS. GARBER:  Object to the
5    form, misstates his testimony.
6         A.    I don't recall what his
7    testimony said about mucinous cancers.
8    BY MR. ZELLERS:
9         Q.    I'm going to quote this and you
10   can -- I'm going to ask a question at the end
11   whether you agree or disagree.
12        MR. ZELLERS:  Counsel, you can
13   object if you need to.
14   BY MR. ZELLERS:
15        Q.    I'm reading from
16   Dr. Clarke-Pearson's deposition, page 699,
17   line 15.
18        QUESTION:  So if I understand
19   you, talcum powder causes all epithelial
20   ovarian cancers except mucinous; is that
21   right?
22        ANSWER:  Yes, that's correct.
23        Do you agree with that answer?
24        DR. THOMPSON:  Object to form.
25   That's not the complete testimony.

Page 508

1         MS. GARBER:  Join.
2         A.    So I'm going to state what I
3    stated before:  I don't know that there's
4    enough cases of mucinous separated out, and I
5    would -- to say that.
6         DR. THOMPSON:  Let us know when
7    it's a good time for a break in the
8    next new minutes.
9         MR. ZELLERS:  You guys can take
10   a break right now, if you'd like.
11        THE WITNESS:  Can I say, are we
12   almost done with this case or do you
13   have quite a bit more with this first
14   case?
15        MR. ZELLERS:  I have quite a
16   bit more on this first case.
17        THE WITNESS:  Okay.
18        MR. ZELLERS:  Off the record.
19        (Recess taken, 10:13 a.m. to
20   10:24 a.m. CDT)
21   BY MR. ZELLERS:
22        Q.    Dr. Wolf, do you agree that
23   Bradford Hill does not apply to specific
24   causation?
25        DR. THOMPSON:  Object to form.

Page 509

1         A.    Bradford Hill looks at
2    causation.  Are you asking does it -- what do
3    you mean, specific causation?
4    BY MR. ZELLERS:
5         Q.    So specific causation would be
6    whether, in an individual case, talcum powder
7    caused ovarian cancer.  So let me ask this.
8         Do you agree that the Bradford
9    Hill criteria cannot be applied to determine
10   whether talc caused an individual woman's
11   ovarian cancer?
12        DR. THOMPSON:  Object to form.
13        A.    So when I'm looking at cause of
14   an individual woman's cancer, such as
15   Ms. Bondurant, I look at all of the risk
16   factors and all of the protective factors,
17   everything in the patient's history and
18   pathology, whatever I have to review.
19        I don't believe I call that a
20   Bradford Hill.  I would call that a
21   differential diagnosis, review of the
22   evidence, evidence -- whatever evidence there
23   is.
24        But I'm going to say on a
25   day-to-day basis, when I take care of

21 (Pages 506 to 509)

Golkow Litigation Services - 1.877.370.DEPS

Judith Wolf, M.D.

Page 510

1    patients, I don't consider each individual
2    patient a Bradford Hill. It's a similar
3    process, but that's not what I would call it.
4    BY MR. ZELLERS:
5        Q.    In Ms. Bondurant's case, what
6    was your methodology for determining that
7    talcum powder was a substantial contributing
8    cause of her clear-cell ovarian cancer?
9        A.    So reviewing everything that I
10   had to review from her, which was medical
11   records, the PPF -- I think it's called a
12   PPF -- her daughter's deposition, all the
13   things that I had to review, and knowing what
14   the risk factors for ovarian cancer are and
15   protective factors are, evaluating those in
16   her case.
17       Q.    Have you reviewed any published
18   medical literature that provides you with a
19   methodology to determine the specific cause
20   of an individual woman's ovarian cancer?
21           DR. THOMPSON:  Object to form.
22       A.    So just the tenets of
23   evidence-based medicine, which I think are
24   reviewed -- I looked at before my deposition,
25   reviewing to -- my old deposition, and up to

Page 511

1    date, just to get a definition of what I do
2    every day.  I don't generally look that up
3    because it's just something that sort of
4    comes natural after 30 years.
5    BY MR. ZELLERS:
6        Q.    You conducted a differential
7    diagnosis based on a series of questions; is
8    that right?
9        A.    Yes.
10       Q.    And you're the one that came up
11   with those questions, correct?
12       A.    Yes.
13       Q.    Do you agree that a
14   differential diagnosis is a list of possible
15   diseases that could be causing a patient's
16   symptoms?
17           DR. THOMPSON:  Object to form.
18       A.    That could be one way of
19   looking at a differential diagnosis, or a
20   list of different risk factors that could be
21   causing a patient's illness.
22   BY MR. ZELLERS:
23       Q.    To perform a differential
24   diagnosis, you have to consider competing
25   diagnoses; is that right?

Page 512

1           DR. THOMPSON:  Object to form.
2        A.    All the possibilities, yes.
3    BY MR. ZELLERS:
4        Q.    Isn't the critical component of
5    a differential diagnosis the search for a
6    diagnosis?
7           DR. THOMPSON:  Object to form.
8        A.    So the goal in trying to find a
9    diagnosis is, yes, to find out what the
10   diagnosis is, and the goal of finding out a
11   cause would be to see what the risk factors
12   are, to see what's the most likely cause or
13   causes.
14           In a disease like ovarian
15   cancer, it's multifactorial, so there may be
16   multiple risk factors.
17   BY MR. ZELLERS:
18       Q.    The signs and symptoms of
19   ovarian cancer include abdominal distension,
20   bloating, pelvic pressure, generalized
21   wasting of extremities; is that right?
22       A.    So abdominal bloating, pelvic
23   pain/pressure, early satiety, low back pain,
24   fatigue, changes in bowel or bladder
25   function.  I wouldn't list wasting of the

Page 513

1    extremities as a common symptom for women
2    with ovarian cancer.
3        Q.    Those signs and symptoms, and
4    in your differential, the competing diagnoses
5    would be bowel obstruction, fibroids,
6    cirrhosis and ovarian cancer; is that right
7    here?
8           DR. THOMPSON:  Object to form.
9        A.    The challenge with the symptoms
10   of ovarian cancer is they are quite vague, so
11   it could be as simple as IBS and as
12   complicated as colon cancer, a bladder
13   infection.  Multiple things can cause the
14   same symptoms.  That's why it's a challenge
15   to find ovarian cancer because the symptoms
16   are so nonspecific.
17   BY MR. ZELLERS:
18       Q.    There's no issue with the
19   diagnosis in Ms. Bondurant's case, though?
20   You agree that she was correctly diagnosed
21   with clear-cell ovarian cancer; is that
22   right?
23       A.    Yes.
24       Q.    When you practiced as a
25   clinician, you wouldn't use a differential

22 (Pages 510 to 513)

Judith Wolf, M.D.

Page 514

1    diagnosis to identify the cause of any
2    woman's ovarian cancer; is that right?
3            DR. THOMPSON: Object to form.
4            MS. GARBER: Object to the
5    form.
6        A.    I would use a differential -- I
7    don't know what else to call it other than a
8    differential diagnosis.
9    BY MR. ZELLERS:
10       Q.    As I understand your
11   methodology for determining that talc was the
12   specific cause of Ms. Bondurant's ovarian
13   cancer, what you did is you looked at her
14   other potential risk factors and her talc
15   use; is that right?
16           DR. THOMPSON: Object to form.
17       A.    I looked at all the medical
18   records that I had available for her, which
19   included her medical history, her risk
20   factors. I looked at the deposition of her
21   daughter, the PPF, everything that I had
22   available to review to assess.
23   BY MR. ZELLERS:
24       Q.    You did not need, in this case
25   or in any of the cases, a report from

Page 515

1    Dr. Godleski either finding or not finding
2    particles, correct?
3            DR. THOMPSON: Object to form.
4        A.    In Ms. Bondurant's case, I have
5    not yet seen a report of -- from
6    Dr. Godleski, but as I stated in my report,
7    if there are particles or fibers in her
8    tissue, it would support causation, but I
9    don't think it's a requirement.
10   BY MR. ZELLERS:
11       Q.    The absence of a finding of
12   talc fibers or particles by Dr. Godleski in
13   this or in any case does not negate or change
14   an opinion that you formed as to causation
15   between talc use and a particular woman's
16   ovarian cancer?
17       A.    If the rest of the history of
18   talc usage supported talc, it would not,
19   because Dr. Godleski gets a few blocks from a
20   small amount of the tissue that's removed and
21   never has access to all of the tissue.
22           So the fact that the few blocks
23   that he sees and can analyze doesn't show
24   talc particles or fibers doesn't mean there
25   aren't any there.

Page 516

1        Q.    All right. You testified to
2    the jury in the Kleiner case that ovarian
3    cancer is multifactorial, correct?
4        A.    Yes.
5        Q.    And you've testified to that in
6    this deposition; is that right?
7        A.    Yes.
8        Q.    In Kleiner, you told the jury
9    that a cell is like a Jenga game. You pull
10   out a block -- you pull a block out until the
11   tower falls.
12           So talc could be an
13   environmental factor that can pull a block
14   out. BRCA could be a factor that pulls out
15   another block, until the whole thing falls
16   down.
17           Is that the analogy?
18       A.    Yeah, I was trying to come up
19   with something that -- visual that people
20   could understand the concept of a
21   multifactorial disease.
22       Q.    You agree that science doesn't
23   really know what causes ovarian cancer, with
24   the exceptions that we talked about
25   yesterday? The genetic mutations that I

Page 517

1    believe we agreed were 10 to 15% of the cases
2    of ovarian cancer, talc, which at least
3    Dr. Cramer ascribes 10% of the cases.
4            But other than that, we really
5    don't know what causes ovarian cancer; is
6    that right?
7            DR. THOMPSON: Object to form.
8        A.    So ovarian cancer, like all
9    cancers, is caused by a series of genetic
10   mutations. In some cases in ovarian cancer,
11   we know what those mutations are because it's
12   something that the patient inherited. In
13   many cases, we don't know where those
14   mutations came from.
15           And Dr. Cramer's paper actually
16   said that 10% of ovarian cancers could be
17   prevented if talc use was eliminated, not
18   that it caused 10% of ovarian cancer cases.
19           So we definitely know that
20   ovarian cancer is caused by a series of
21   genetic mutations. In some cases, we know
22   what caused them; and in some cases, we
23   don't.
24   BY MR. ZELLERS:
25       Q.    If there's a substantial number

23 (Pages 514 to 517)

Judith Wolf, M.D.

Page 518

1    of cases where we don't know the cause of a
2    woman's ovarian cancer -- and let me back up.
3         We agreed, I think, yesterday
4    that a woman can have -- you know, be tested
5    positive for BRCA, but BRCA may not cause her
6    ovarian cancer, correct?
7         A.   Yes.  A mutation of BRCA.
8         Q.   A mutation in BRCA.
9         A woman may use talc or be
10   exposed to talc, but it's possible that talc
11   does not cause her ovarian cancer, correct?
12        A.   It's possible that she uses
13   talc and does not get ovarian cancer.
14        Q.   So given that, how, in any
15   individual woman, can you ever determine the
16   actual cause of her ovarian cancer?
17        DR. THOMPSON:  Object to form.
18        A.   Given what?
19   BY MR. ZELLERS:
20        Q.   Well, a woman can have a risk
21   factor for ovarian cancer and get ovarian
22   cancer from something totally different,
23   correct?
24        DR. THOMPSON:  Object to form.
25        A.   Well, I think -- I thought what

Page 519

1    we were talking about is that a woman can
2    have a risk factor for ovarian cancer and not
3    get ovarian cancer, but if she has that risk
4    factor and she gets ovarian cancer, I would
5    generally attribute that risk factor as part
6    of the reason that she got -- a cause of her
7    cancer.
8    BY MR. ZELLERS:
9         Q.   But we don't know that's true
10   in any individual woman's case; is that
11   right?
12        DR. THOMPSON:  Object to form.
13   BY MR. ZELLERS:
14        Q.   I mean, a woman may have -- and
15   this may go back to the --
16        DR. THOMPSON:  Did you want her
17        to answer that question or not?
18        Well, you went immediately into
19        another question before she answered
20        your first one.  But if you don't want
21        her to answer, that's fine.
22   BY MR. ZELLERS:
23        Q.   Is there a question that you
24   feel is pending you need to answer, Doctor?
25   I don't want to stop you --

Page 520

1         DR. THOMPSON:  I don't care if
2    she answers it, but generally you wait
3    for an answer before you ask another
4    question.  I'm just saying.
5         MR. ZELLERS:  Okay.  Is it okay
6    if we continue?  I mean, the witness
7    and I, I think, are doing okay.
8         DR. THOMPSON:  You don't need
9    my permission to continue.
10        MR. ZELLERS:  Okay.
11   BY MR. ZELLERS:
12        Q.   So, Doctor, I guess let's go
13   back and try to start over here.
14        We talked yesterday that a
15   woman -- a hypothetical woman may have five
16   different risk factors for ovarian cancer and
17   that we don't know specifically which of
18   those risk factors, or if any of those risk
19   factors, actually caused her ovarian cancer.
20        Is that -- that hypothetical
21   is -- can be accurate, correct?
22        DR. THOMPSON:  Object to form.
23        MS. GARBER:  Object to the
24        form.
25        A.   So are you asking me about a

Page 521

1    hypothetical?  I'm not sure what your
2    question is.
3    BY MR. ZELLERS:
4         Q.   Yeah.  Let's talk about a
5    hypothetical here.
6         A.   Yes.
7         Q.   So we have a woman who has
8    hormone replacement therapy, who has age, who
9    has obesity.
10        What are a couple of other risk
11   factors for ovarian cancer that we'll put in
12   our hypothetical?
13        A.   Well, we can give her
14   endometriosis and make her infertile.  How
15   about that?
16        Q.   Hormone replacement therapy,
17   age, obesity, endometriosis?
18        A.   Infertility.
19        Q.   Infertility.
20        If this hypothetical woman with
21   these risk factors develops ovarian cancer,
22   it's impossible to say what the cause of her
23   ovarian cancer is, correct?
24        DR. THOMPSON:  Object to form.
25        A.   I would say that each of those

24 (Pages 518 to 521)

Judith Wolf, M.D.

Page 522

1    things can be a cause of her ovarian cancer.
2    BY MR. ZELLERS:
3        Q.    They can be.  It's possible.
4    But we can't say to a probability which, if
5    any, of those things caused her ovarian
6    cancer, correct?
7            DR. THOMPSON:  Object to form.
8            MS. GARBER:  Object to the
9        form.
10       A.    It would be my assumption that
11   it was all of those things were a cause of
12   her ovarian cancer.
13   BY MR. ZELLERS:
14       Q.    So your methodology and the way
15   you approach these cases is that if a woman
16   has a risk factor for ovarian cancer, you
17   assume that those risk factors actually are
18   contributing causes; is that right?
19       A.    I assume that they may be a
20   contributing cause.
21       Q.    And that's your methodology
22   with respect to talc use?  If a woman has a
23   history of talcum powder use, just as you
24   assume that family history, hormone
25   replacement therapy, age, obesity would be

Page 523

1    contributing causes to her ovarian cancer, if
2    she has talc use, you believe that's a
3    contributing cause as well, fair?
4            DR. THOMPSON:  Object to form.
5        A.    If, in reviewing the whole
6    thing, she -- there was adequate evidence
7    that she had talc use, I would consider that
8    a cause of her cancer.
9    BY MR. ZELLERS:
10       Q.    If she has a family history, if
11   she has hormone replacement therapy, if she
12   has age, if she has obesity that rise to the
13   level of risk factors, you would also say
14   those are contributing causes to her ovarian
15   cancer, correct?
16           DR. THOMPSON:  Object to form.
17       A.    Again, ovarian cancer is
18   multifactorial, so all of those things could
19   be a cause of her cancer.
20   BY MR. ZELLERS:
21       Q.    In your report, you state:  Not
22   everyone who has an inherited BRCA mutation
23   gets ovarian cancer and not everyone who gets
24   ovarian cancer has an inherited BRCA
25   mutation.

Page 524

1            You agree with that, right?
2        A.    Yes.
3        Q.    Let's take BRCA as an example.
4    We know the science on the percentage by
5    which a woman's risk of ovarian cancer is
6    increased if she's BRCA positive, correct?
7        A.    Yes.
8            DR. THOMPSON:  Object to form.
9    BY MR. ZELLERS:
10       Q.    In your report, page 4, you
11   state that if you're BRCA1 -- if a patient is
12   BRCA1, you have a 39 to 40% lifetime risk of
13   developing ovarian cancer, correct?
14       A.    Yes.
15       Q.    If you have BRCA2, you have an
16   11 to 27% increased lifetime risk of ovarian
17   cancer; is that right?
18       A.    Yes.
19           DR. THOMPSON:  Object to form,
20   just by leaving out the gene mutation
21   when you say BRCA1 and BRCA2.
22           MR. ZELLERS:  I'm trying to
23   read from the doctor's report.
24   BY MR. ZELLERS:
25       Q.    Am I reading this inaccurately,

Page 525

1    Doctor?
2            DR. THOMPSON:  Yes.
3        A.    Yes.  It says BRCA1 gene
4    mutation.
5    BY MR. ZELLERS:
6        Q.    So you would like me to amend
7    my statement.
8            If you're a BRCA1 gene
9    mutation, you have a 39 to 46% lifetime risk
10   of developing ovarian cancer, correct?
11       A.    If a woman has, not -- you
12   aren't that mutation.  If you have the
13   mutation.
14       Q.    All right.  And if a woman has
15   a BRCA2 gene mutation, she would have an 11
16   to 27% increased lifetime risk of ovarian
17   cancer; is that right?
18       A.    She would have an 11 to 27%
19   lifetime risk of developing ovarian cancer,
20   not increased lifetime risk, but a lifetime
21   risk.
22       Q.    So if we have a woman who is
23   BRCA-positive, she's at a 40% lifetime risk
24   of ovarian cancer, and you consider BRCA to
25   be a cause of her ovarian cancer; is that

25 (Pages 522 to 525)

Judith Wolf, M.D.

Page 526

1  right?
2      A.    Yes.  If she has ovarian
3  cancer, yes.
4      Q.    Is it your opinion that any
5  individual woman who is BRCA-positive and who
6  gets ovarian cancer, that you don't think the
7  BRCA mutation alone could have caused her
8  ovarian cancer?
9          DR. THOMPSON:  Object to form.
10  BY MR. ZELLERS:
11      Q.    Is that your testimony and
12  opinion?
13          DR. THOMPSON:  Object to form.
14      A.    The inherited gene mutation in
15  one allele of the BRCA gene alone does not
16  cause cancer.
17  BY MR. ZELLERS:
18      Q.    There has to be something else
19  to cause the cancer, ovarian cancer, in this
20  case, in your opinion; is that right?
21          DR. THOMPSON:  Object to form.
22      A.    Yes, that is correct.
23  BY MR. ZELLERS:
24      Q.    If we go back to your analogy
25  that you used in the Kleiner trial, BRCA gene

Page 528

1  There needs to be something more?
2      A.    Yes.
3          DR. THOMPSON:  Object to form.
4      A.    That is true.
5  BY MR. ZELLERS:
6      Q.    Talc -- are you of the view
7  that talc increases a woman's risk of ovarian
8  cancer by 20 to 30%?
9      A.    20 to 40%.
10      Q.    And you consider talcum powder
11  use to be a cause of ovarian cancer, correct?
12      A.    Yes.
13      Q.    Similar to BRCA, it's your
14  opinion that talc alone is not sufficient to
15  cause an individual woman's ovarian cancer,
16  correct?
17      A.    Any risk factor alone that
18  causes only one hit to the cell would not
19  cause ovarian cancer.  My concern about talc
20  is that continued use, long-term use could
21  cause more than one injury to the cell.
22          The BRCA mutation doesn't
23  change over a woman's lifetime; it's that one
24  mutation.  But if you have a continuing
25  injury, then you could have more than one.

Page 527

1  mutation is just one of the Jenga pieces,
2  fair?
3      A.    Yeah, one hit, one injury to
4  the cell.
5      Q.    And we talked yesterday that
6  you believe, and I think we looked at
7  Dr. Clarke-Pearson, that it takes at least 10
8  to 15 injuries or mutations to the cell?
9      A.    The literature supports 5 to
10  10.
11      Q.    Does that mean that if a woman
12  is -- strike that.
13          Does that mean that if a woman
14  does have a BRCA gene mutation, that that
15  increase in risk is not high enough to say
16  that BRCA alone caused the woman's ovarian
17  cancer?
18          DR. THOMPSON:  Object to form.
19      A.    I do not understand that
20  question.
21  BY MR. ZELLERS:
22      Q.    So whether it's a BRCA1 gene
23  mutation or a BRCA2 gene mutation, that in
24  and of itself, in your opinion, does not
25  cause a woman's cancer, ovarian cancer.

Page 529

1      Q.    Generally, is it your opinion
2  that in order for ovarian cancer to be
3  caused, it takes more than talcum powder use?
4          DR. THOMPSON:  Object to form.
5      A.    It takes more than one gene
6  mutation for a normal cell to become a
7  cancerous cell.  My opinion is that talc use
8  could cause one, it could cause two, it could
9  cause more injuries to the cell, and that's
10  going to vary from patient to patient based
11  on her underlying physiology and any other
12  risk factors that she may or may not have.
13  BY MR. ZELLERS:
14      Q.    So in your opinion, in some
15  cases, talc use alone may not be sufficient
16  to cause an individual woman's ovarian
17  cancer; it may require other things, other
18  risk factors?
19      A.    That is not what I said.
20          MS. GARBER:  That's not what
21  she said at all.
22          MR. ZELLERS:  Ms. Garber,
23  please.  You can object to form --
24          MS. GARBER:  Okay.  Object to
25  form.

26 (Pages 526 to 529)

Judith Wolf, M.D.

Page 530

1          MR. ZELLERS: -- but don't be
2     making comments and shouting out.
3     Okay.
4          MS. GARBER:  Just a total
5     misrepresentation of what she said.  I
6     just blurted it out.  I apologize.
7          DR. THOMPSON:  But you weren't
8     loud, comparatively speaking.
9     BY MR. ZELLERS:
10    Q.    BRCA.
11    A.    BRCA.
12    Q.    Gene mutation.
13    A.    Yes.
14    Q.    And we know that it increases
15    or causes results in a lifetime risk --
16    increased risk of -- depending upon the
17    mutation, of between 11% and 46%, correct?
18    A.    So what that means is that if
19    you have a BRCA1 mutation, by the time you're
20    at age 70, there's around a 40% chance you
21    could have ovarian cancer.
22         If you have a BRCA2 mutation,
23    by the time you get to age 70, there's an 11
24    to 27%.
25         I just picked the middle number

Page 531

1     because I couldn't do the math fast enough in
2     my head.
3     Q.    And, in your opinion, if a
4     woman uses talcum powder for a sufficient
5     amount of time, that woman has an increased
6     risk of ovarian cancer of somewhere between
7     20 and 40%, correct?
8     A.    Yes.
9     Q.    In an individual woman's case,
10    talcum powder use may alone be sufficient to
11    cause ovarian cancer, depending upon the
12    number of genetic mutations that are caused,
13    or the talcum powder use may require
14    additional risk factors in order to cause the
15    ovarian cancer.
16         Is that fair?
17    A.    So the talcum powder use could
18    cause more than one genetic hit to the cell.
19    And each individual woman's background could
20    be different, and what -- her body's reaction
21    to the talcum powder -- so the talcum powder
22    alone can be a cause, and there may be some
23    other risk factor that she has or some other
24    cause.
25    Q.    The talcum powder use would

Page 532

1     need to cause either 5 to 10 hits to the cell
2     or 10 to 15, depending upon how many genetic
3     hits are required to the cells to cause
4     ovarian cancer.
5          Is that your opinion?
6          DR. THOMPSON:  Object to form.
7     A.    Whatever causes the cancer,
8     there has to be 5 to 10 injuries to the cell
9     that result in genetic changes in the cell
10    that can cause -- that cause cancer.
11    BY MR. ZELLERS:
12    Q.    Those hits or injuries to the
13    cell could come from talcum powder use, they
14    could come from BRCA gene mutations, they
15    could come from hormone replacement therapy,
16    family history, age, obesity, correct?
17    A.    So we know that BRCA mutations
18    is one of -- would be one of those hits,
19    right?  Family history could indicate that
20    there's some genetic underlying hit.
21    Endometriosis, like talc, from inflammatory
22    changes could cause a hit or multiple hits.
23    Q.    In Ms. Bondurant's case, is it
24    possible to identify how many other causes of
25    her ovarian cancer were at play other than,

Page 533

1     in your opinion, her talc use?
2          DR. THOMPSON:  Object to form.
3     BY MR. ZELLERS:
4     Q.    And if you don't understand
5     that question, I'll try to do better.
6     A.    Can you try to do better?
7     Q.    Sure.  I will try.
8     A.    You knew when the words were
9     coming out of your mouth, right?
10    Q.    I can't promise.
11         Are there likely other causes
12    of Ms. Bondurant's clear-cell ovarian cancer,
13    in addition to talcum powder use, in your
14    opinion?
15    A.    So in my review of her risk
16    factors and her protective factors, she did
17    have a family history that could increase her
18    risk, so that could also be a cause of her
19    cancer.
20    Q.    Anything else?
21    A.    I think the endometriosis
22    question is still not clear to me because we
23    don't have pathologic confirmation of
24    endometriosis.
25    Q.    Anything else?

27 (Pages 530 to 533)

Judith Wolf, M.D.

Page 534

1     A.   I don't think there's anything
2   else in her history that I identified.
3             Smoking would be mucinous
4   cancer, and she did not have mucinous cancer.
5     Q.   In Ms. Bondurant's case and in
6   any case, we have the possibility of factors
7   that are, as of now, unknown, correct?
8   That's true for any --
9     A.   All cancers, yeah.
10    Q.   Okay.  I asked you this
11  yesterday and I don't think we ever reached
12  an agreement, but new question.
13            In Ms. Bondurant's case, are
14  you able to ascribe a percentage that talc
15  caused her ovarian cancer as compared to a
16  percentage that family history caused her
17  ovarian cancer as compared to a percentage
18  that endometriosis caused her ovarian cancer?
19            DR. THOMPSON:  Object to form.
20    A.   I don't know how I would
21  ever -- I don't know how to answer that
22  question because I don't think of it as a
23  percentage.
24            Are you -- so I guess I'm still
25  not understanding your question.

Page 535

1   BY MR. ZELLERS:
2     Q.   I'm asking -- my job today is
3   to ask you your opinions.
4     A.   Yes.
5     Q.   So do I understand correctly
6   that, in your opinion, you cannot ascribe a
7   percentage cause of talc to Ms. Bondurant's
8   ovarian cancer or a percentage cause of
9   family history to her ovarian cancer or a
10  percentage cause that endometriosis caused
11  her ovarian cancer?
12    A.   Are you asking me to rank what
13  I think the causes are?
14    Q.   Well, here's what I'm asking
15  you to do.  In Ms. Bondurant's case, she has
16  ovarian cancer.
17    A.   Yes.
18    Q.   Did talc contribute 20% to her
19  ovarian cancer?  Did it contribute 60% to her
20  ovarian cancer?  Similarly, did family
21  history contribute 20% to her ovarian cancer
22  or 40 or 60%?  Did endometriosis contribute
23  20 or 30 or 40%?
24            Are you able to give an opinion
25  among the different risk factors as to what

Page 536

1   their proportionate cause was of
2   Ms. Bondurant's ovarian cancer?
3             DR. THOMPSON:  Object to form.
4     A.   That is not something that
5   makes any clinical sense to me, so I'm not
6   sure what you're asking.  And I would never
7   say, well, it's a 20% chance that this caused
8   it and a 20% that that caused it and a 20%
9   chance that that caused it.  That sounds like
10  that's what you're asking me.
11  BY MR. ZELLERS:
12    Q.   Well, let me try to do a little
13  better.  And if you can't -- I just want to
14  know if that's an opinion that you either
15  have or may have.
16            Can you attribute or break down
17  among the different risk factors for ovarian
18  cancer, and in Ms. Bondurant's case, we've
19  got talc use, we've got family history and
20  possibly endometriosis.
21            And your opinion is that talc
22  use is a cause, family history may be a
23  cause, and endometriosis, if it was verified,
24  may be a cause, fair?
25    A.   Yes.

Page 537

1     Q.   And I think you told me earlier
2   that your assumption, when you looked at
3   these cases, is:  If there is an identifiable
4   risk factor, that it has some role in causing
5   the ovarian cancer, correct?
6     A.   Yes.
7     Q.   So among, in Ms. Bondurant's
8   case -- in Ms. Bondurant's case, among the
9   risk factors, are you able to say that you
10  think talc was 50% responsible for her
11  ovarian cancer and family history was 30%
12  responsible and endometriosis is 20%
13  responsible, or is that not something that
14  you think, you know, as an expert, that you
15  can ascribe percentages of the risk factors
16  to the cause of her cancer?
17            DR. THOMPSON:  Object to form.
18    A.   In an individual patient, I
19  would not assess percentage of cause from
20  different individual risk factors.
21  BY MR. ZELLERS:
22    Q.   Go back to the -- is it the
23  Wentzensen article?  That's the 2021 article
24  that we marked a bit ago that was written
25  with O'Brien as a coauthor.

28 (Pages 534 to 537)

Judith Wolf, M.D.

Page 538

1          MS. GARBER: 47.
2          MR. ZELLERS: What's that?
3          MS. GARBER: 47.
4          MR. ZELLERS: Thank you.
5          THE WITNESS: 47? How did I
6    get so out of order.
7    BY MR. ZELLERS:
8          Q.    It shouldn't be too far down
9    the stack.
10         A.    There it is. It got to the
11   bottom somehow.
12               There we go. Got it.
13         Q.    Go to page 9.
14         A.    So this is in her conclusions,
15   or his conclusions?
16         Q.    Right.
17         A.    I guess he's a man.
18         Q.    We'll assume Nicholas, yes.
19         A.    We'll assume Nicholas.
20         Q.    The authors state, in that
21   first paragraph on the left-hand side, which
22   is part of the conclusion: Independent of
23   the underlying cause, the association between
24   powder use and ovarian cancer risk is weak.
25   The low relative risk translate --

Page 539

1          A.    Wait. Wait. I'm looking at
2    the conclusion. I thought you said the first
3    paragraph in the conclusion.
4          Q.    I'm sorry. I'm on page 9, so,
5    no, it is the first paragraph on page 9 --
6          A.    Okay.
7          Q.    -- which is a part of the
8    conclusion.
9          A.    Okay. I gotcha now.
10         Q.    All right. So first sentence:
11   Independent of the underlying cause, the
12   association between powder use and ovarian
13   cancer risk is weak.
14               Do you agree with that?
15         A.    No.
16         Q.    The authors go on to state:
17   The low relative risk translates to a very
18   low absolute risk increase, given the rarity
19   of ovarian cancer.
20               Do you believe that's true?
21         A.    I believe that's their
22   conclusion. That's what they say.
23         Q.    Do you agree or disagree or
24   don't have an opinion on that statement?
25         A.    I have a slightly different

Page 540

1    opinion.
2          Q.    What is your opinion?
3          A.    That in something that has no
4    clear medical benefit, that if it increases
5    the risk of a cancer, it should not be used.
6    And I would not call the association weak.
7    It's a rare disease and a 10%, 20%, 30%
8    increased risk is too much.
9          Q.    Do you agree that there is a
10   very low absolute risk increase, given the
11   rarity of ovarian cancer?
12         A.    I think I already answered that
13   question, and I do not agree with that
14   statement.
15         Q.    Further down, the authors say:
16   Given the inability...
17               Do you see where I'm at?
18         A.    Yes.
19         Q.    Given the inability to
20   attribute a clear causal factor to the
21   observed associations, the lack of a good
22   experimental model, the lack of a specific
23   biomarker for powder-related carcinogenesis,
24   and the inability to rule out confounding by
25   indication, it is difficult to conclude that

Page 541

1    the observed associations are causal.
2               Do you agree with that?
3          A.    There are some things in that
4    statement that I disagree with and there are
5    some that I agree with.
6               I do think there is evidence to
7    support a causal factor. I do agree there's
8    not a good experimental model. I talked
9    about that several times yesterday. I do
10   agree that there's a lack of a specific
11   biomarker.
12              I'm not sure what it means by
13   inability to rule out confounding by
14   indication, so I don't have an answer for --
15   an opinion about that.
16         Q.    Okay.
17         A.    And I disagree with it's
18   difficult to conclude the observed
19   associations are causal.
20         Q.    These authors in the paper we
21   just looked at discuss the inability, given
22   the body of epidemiology, to rule out the
23   possibility that an unknown confounder is
24   driving the relative risk we're seeing in
25   some of the case-controlled studies.

29 (Pages 538 to 541)

Judith Wolf, M.D.

Page 542

1    Did you consider that in
2  forming your specific causation opinion
3  regarding Ms. Bondurant?
4         DR. THOMPSON:  Object to form.
5     A.   So I'm going to step back and
6  say in reviewing all the epidemiologic
7  literature as a whole, if they were not so
8  consistent where 91% of them show a positive
9  association, that would be more concerning to
10  me, but that's not true.
11        In Ms. Bondurant specifically,
12  all of the known risks or protective factors
13  I evaluated, and we talked about the ones
14  that she had and those that she did not have,
15  and so I guess what's the question about
16  Ms. Bondurant specifically?
17  BY MR. ZELLERS:
18     Q.   Whether or not you considered
19  the possibility and the inability to rule out
20  unknown confounders, you know, potential risk
21  factors or confounders that have not been
22  identified.
23        DR. THOMPSON:  Object to form.
24     A.   Well, I would never think about
25  a confounder necessarily in a patient.

Page 543

1  Unknown risk factors, that's -- that could be
2  a possibility.
3        The risk factor -- we talked
4  about this yesterday.  The risk factors for
5  ovarian cancer have been pretty stable for a
6  long time, for the last 30 or 40 years.
7  Obesity has become more clear recently only
8  because obesity is so much more common and we
9  can study it better.
10     Q.   Is it your testimony that risk
11  factors for ovarian cancer -- strike that.
12        Is it your testimony that new
13  risk factors for ovarian cancer have not been
14  identified in the last 20 to 30 years?
15        DR. THOMPSON:  Object to form.
16     A.   My testimony is that most of
17  the risk factors for ovarian cancer have been
18  known about or suspected and refined somewhat
19  over the last 30 or 40 years.
20        We knew in the '80s that family
21  history was a risk factor.  It wasn't until
22  we had the human genome project and were able
23  to identify what those family risk factors
24  might be, an inherited genetic mutation.
25        We talked yesterday about

Page 544

1  chlamydia.  We've known for a while that
2  chronic PID can increase the risk of ovarian
3  cancer.  But as we've learned more about it,
4  we've learned that specifically chlamydial
5  PID infections, which are the most common
6  cause of PID, increase the risk of ovarian
7  cancer.
8  BY MR. ZELLERS:
9     Q.   You said a moment ago or talked
10  about the epidemiologic studies and said 91%
11  were -- showed a positive association.  Let
12  me just clarify.
13        Some of those that show a
14  positive association are statistically
15  significant and some are not, fair?
16     A.   Some of them the confidence
17  interval crosses 1 and some of them -- more
18  than half of them it does not.
19     Q.   In terms of a confounder -- I'm
20  not sure we're on the same page, but let me
21  use an example.
22        So if you're studying an
23  association between coffee and pancreatic
24  cancer, you need to consider whether
25  cigarette smoking is more common in coffee

Page 545

1  drinkers than in the rest of the population,
2  right, if that's what you were studying?
3     A.   To look for other potential
4  risk factors, yes.
5     Q.   Right.  So --
6     A.   Yes.
7     Q.   So in my -- well, it's not
8  really a hypothetical.  I guess it's an
9  analogy.
10        There may be an association
11  between coffee and pancreatic cancer, but one
12  of the things a scientist or medical
13  professional would want to look at is whether
14  there's a confounder, there's something about
15  that coffee group that makes them more
16  susceptible to pancreatic cancer, such as
17  cigarette smoking.  Fair?
18     A.   Fair.
19     Q.   So in that example, cigarette
20  smoking could be a confounder, because if
21  more coffee drinkers are smokers than
22  non-coffee drinkers, the association may be
23  between smoking and pancreatic cancer and
24  not, you know, between coffee drinking and
25  pancreatic cancer.

30 (Pages 542 to 545)

Judith Wolf, M.D.

Page 546

1          DR. THOMPSON:  Object to form.
2    BY MR. ZELLERS:
3          Q.    It may be the smoking that's
4    driving that association.
5          DR. THOMPSON:  Object to form.
6          A.    Or it could be both.  So you
7    would want to assess that in doing a
8    univariant analysis, looking at each
9    individual factor on its own, and a
10    multivariant analysis where you look at the
11    contraindication of all of them to see is one
12    of them still statistically significant in
13    that case.
14    BY MR. ZELLERS:
15          Q.    In our case, your opinion is
16    you don't believe that there is an unknown
17    confounder with talcum powder use as it
18    relates to an association with ovarian
19    cancer?
20          A.    I don't believe anything has
21    been identified since the first publication
22    in the '80s that there's something else
23    that's associated with this that's causing
24    ovarian cancer.
25          And what I mean is talcum

Page 547

1    powder use has not been found to be
2    associated with a confounder in the 40 years
3    since -- nearly 40 years since it's been
4    found to be associated with ovarian cancer.
5          Q.    All right.  It's possible, but
6    in your opinion unlikely, that Ms. Bondurant
7    could have gotten her ovarian cancer because
8    of a cause that science has yet to discover.
9          Is that a good summary of your
10    opinion --
11          DR. THOMPSON:  Object to form.
12    BY MR. ZELLERS:
13          Q.    -- on that point?
14          A.    No.  On the point of
15    confounding, my point is that as long as
16    we've known of the association between
17    genital powder use and ovarian cancer, there
18    have not been found any confounders that
19    would be the cause versus the genital talcum
20    powder use.
21          Q.    And I'm going to step beyond
22    that.
23          A.    Okay.
24          Q.    We've acknowledged and we've
25    discussed that there may be unknown causes of

Page 548

1    ovarian cancer, correct?
2          A.    Yes.
3          Q.    And you acknowledge in any
4    woman's case it's possible that their ovarian
5    cancer is caused by an unknown or
6    undiscovered cause, but you believe in
7    Ms. Bondurant's case the likely cause is her
8    talcum powder use?
9          DR. THOMPSON:  Object to form.
10          A.    That a cause of her cancer is
11    talcum powder use.
12    BY MR. ZELLERS:
13          Q.    The route of talcum powder
14    exposure in Ms. Bondurant's case was through
15    migration, correct?
16          A.    Yes.
17          Q.    You believe that her ovarian
18    cancer was caused from talcum powder
19    traveling to her ovary -- well, strike that.
20          We talked yesterday about
21    inhalation with Ms. Gallardo.  Same question
22    with Ms. Bondurant.
23          Do you believe that her ovarian
24    cancer was caused from talcum powder
25    traveling to her ovaries through inhalation?

Page 549

1          A.    I -- my assessment is that it's
2    from her genital talcum powder use and
3    migration.  Inhalation could be a part of
4    that.
5          Q.    You've not attempted or made
6    any determination of how much talc
7    Ms. Bondurant was exposed to over the period
8    of time she used talcum powder; is that
9    right?
10          DR. THOMPSON:  Object to form.
11          A.    So because what I have on her
12    talcum powder use, it says from infancy to
13    2015, baby powder, and Shower To Shower
14    from '70 to '80.  There's no correlation
15    between infant use of powder and cancer, as
16    far as I'm aware.  And so assuming that she
17    went through menarche around the time of 12,
18    which would be a little older than average,
19    but we'll say 12, and she used it three to
20    five times a week until 2015, but I know she
21    had her tubes tied in 1987 -- I'm doing a lot
22    of math here -- I think it was something like
23    16 years, 15 years of use, and I multiplied
24    that by four if she used it three to five
25    times a week, and it was something like 5600

31 (Pages 546 to 549)

Judith Wolf, M.D.

Page 550

1    times that she used it, to try to get an
2    assessment of how much she used.
3    BY MR. ZELLERS:
4        Q.    And in your view, that amount
5    of usage would be a sufficient amount of
6    talcum powder to, in your opinion, be a cause
7    of her ovarian cancer, correct?
8        A.    Certainly that's supported in
9    the epidemiologic literature where they
10    looked at --
11        Q.    We talked yesterday --
12        A.    -- women with that much use.
13        (Simultaneous discussion
14        interrupted by the stenographer.)
15        A.    Where they assessed that -- the
16    amount of use. I don't remember my exact
17    words, but that seems about right.
18    BY MR. ZELLERS:
19        Q.    I believe I understand your
20    opinion to be that in a given case, there may
21    be an insufficient amount of talcum powder
22    use for you to conclude that the talcum
23    powder use is a cause of ovarian cancer, but
24    here there's sufficient use; is that right?
25        A.    So it's not just amount of use.

Page 551

1    It's -- it's is the tract open. If somebody
2    got their tubes tied at 21 and started using
3    talcum powder daily at 28, that would be hard
4    for me to make an assessment of use.
5        If somebody used talcum powder
6    once in their entire life, that would be a
7    challenge.
8        Q.    And I think we talked yesterday
9    that you've looked at some cases and have
10    determined there's not enough evidence that
11    talcum powder caused ovarian cancer, and
12    those would be examples of cases, you know,
13    hypothetical examples --
14        A.    Hypothetical.
15        Q.    -- yes, in which you would not
16    think there was sufficient use for talcum
17    powder to be a cause, correct?
18        A.    That's correct.
19        Q.    So while you, you know, don't
20    have a precise estimate of the amount of
21    talcum powder exposure that Ms. Bondurant
22    had, in your view, she had sufficient
23    exposure?
24        A.    Yes.
25        Q.    Does it matter to you, when you

Page 552

1    come up with or develop a case-specific
2    opinion, whether a woman alleges that she put
3    the talcum powder on their underwear or if
4    they put it on pads or if they actually put
5    it on their body? Does any of that matter
6    to you in terms of case-specific opinions?
7        DR. THOMPSON: Object to form.
8        A.    You mean put it on their
9    genital area as -- directly on their body?
10    BY MR. ZELLERS:
11        Q.    Yes, as opposed to putting it
12    on pads or putting it in their underwear.
13        A.    Not specifically.
14        Q.    All of those, if there was
15    sufficient duration, would be the types of
16    use that you believe could cause or result in
17    the migration of the talcum powder to the
18    fallopian tubes and the ovaries; is that
19    right?
20        A.    So all of those ways -- and I
21    don't -- I wouldn't say it's duration
22    specifically, because some of it is also the
23    individual patient's reactions to the talc,
24    the body's reaction to it. Duration is part
25    of that.

Page 553

1        Q.    So in your opinion, the science
2    equally supports the ability of talc applied
3    externally to the underwear to travel to the
4    ovaries as it does talc applied to the
5    perineum to travel to the ovaries, fair?
6        A.    So some of the studies looked
7    at those specific questions and others did
8    not. It's my opinion that generally all of
9    those would have the same access.
10        Q.    We talked yesterday about the
11    potential for bias of a woman who's making a
12    claim, you know, in a case that talcum powder
13    use caused ovarian cancer.
14        I believe your methodology and
15    the way you approach these cases is to assume
16    that any of the women who used talcum powder,
17    to believe their use; is that right?
18        DR. THOMPSON: Object to form.
19        A.    Yes, generally. If they're
20    deposed, it's under oath, I would assume
21    they're telling the truth.
22    BY MR. ZELLERS:
23        Q.    You do not consider that there
24    may be a bias because a particular patient or
25    plaintiff has brought a lawsuit? I mean,

Judith Wolf, M.D.

Page 554

1  you -- you don't consider that, correct?
2      A.   I would assume that if they
3  were under oath, that their bias would be
4  negated.  I wouldn't lie about something
5  under oath to try to get what I wanted.
6      Q.   In your report you describe the
7  inflammatory properties of talc when
8  introduced into the peritoneal cavity.
9  That's your report, page 5.
10     A.   Uh-huh.
11     Q.   And that J&J submitted a patent
12 for nonirritating starch-based dusting powder
13 due to the severe postoperative complications
14 and strong inflammatory reaction.
15         Did I reference that correctly
16 from page 5 of your report?
17     A.   I'm looking at page 5.
18     Q.   Sure.
19     A.   In 1998, Janssen, a subsidiary
20 of Johnson & Johnson, changed -- oh, that's
21 the diaphragm part.
22         In 1953, Johnson & Johnson
23 submitted a patent application for a
24 nonirritating starch-based dusting powder due
25 to severe postoperative complications and

Page 555

1  strong inflammatory reactions frequently
2  caused by talc.
3          Yes.
4      Q.   Do you think that the strong
5  inflammatory reaction took place in
6  Ms. Bondurant for decades with no symptoms?
7      A.   Chronic inflammation can have
8  no symptoms.  It's a local cellular reaction
9  that causes cancer, not a systemic reaction.
10     Q.   Is that generally how chronic
11 inflammation operates in the human body?
12     A.   Depends on what the chronic
13 inflammation is causing.  And it can -- when
14 we think about cancer specifically and
15 inflammation as a cause, generally cancer is
16 not a painful process.  It's a change at the
17 cellular level that changes the cells there,
18 does not cause a systemic inflammatory
19 reaction.  It's happening right there at the
20 cell.
21     Q.   In your view, can chronic
22 inflammation cause pain at times?
23     A.   Chronic inflammation for some
24 diseases causes pain, such as rheumatoid
25 arthritis.

Page 556

1      Q.   Pelvic inflammatory disease
2  would be painful; is that right?
3      A.   Well, acute pelvic inflammatory
4  disease is painful.  Chronic inflammatory
5  disease may or may not be painful.
6      Q.   Talc and the way talc operates,
7  in your view, it induces chronic
8  inflammation, correct?
9      A.   Yes.
10     Q.   In your view, that's a
11 completely silent-type activity, correct?
12 And by silent, I mean it doesn't cause pain;
13 it is -- it's not something that a patient
14 would be aware of?
15     A.   Generally not.
16     Q.   And that's why ovarian cancer
17 is diagnosed so late; is that right?
18         DR. THOMPSON:  Object to form.
19     A.   No, those two things are
20 separate.  Ovarian cancer is diagnosed late
21 because the symptoms of ovarian cancer are
22 subtle and they're symptoms that are common
23 among other things.  It has nothing to do
24 with inflammation.
25         ///

Page 557

1  BY MR. ZELLERS:
2      Q.   Well, if the inflammation was
3  of a type that caused pain or discomfort to a
4  patient, then that might result in her
5  ovarian cancer being diagnosed earlier,
6  correct?
7          MS. GARBER:  Object to the
8  form.
9      A.   That's a lot of hypotheticals,
10 but possibly.
11 BY MR. ZELLERS:
12     Q.   Right.  I mean, one of the
13 factors, at least in your view, as to why
14 ovarian cancer is diagnosed late is because
15 if there is a chronic inflammatory process
16 that's ongoing that's causing and/or
17 contributing to the ovarian cancer, it's not
18 causing pain, correct?
19         DR. THOMPSON:  Object to form.
20 BY MR. ZELLERS:
21     Q.   It's not causing discomfort to
22 the patient?
23     A.   So the beginning of that
24 question, I thought you were asking why do I
25 think ovarian cancer is found late.  And I

33 (Pages 554 to 557)

Judith Wolf, M.D.

Page 558

1  think ovarian cancer is found late because
2  the symptoms are nonspecific and they happen
3  in women who have -- more commonly have those
4  symptoms from a different diagnosis, and
5  cancer generally does not cause pain.
6        Do I think that the chronic
7  inflammatory response that talc and
8  endometriosis and incessant ovulation and a
9  lot of other things can cause -- that can
10  cause ovarian cancer can cause pain? No.
11  Those two things I think about separately.
12        Q.   Surgical gloves and talc on
13  surgical gloves can cause a strong
14  inflammatory reaction; is that right?
15        MS. GARBER: Object to the
16  form.
17        A.   An acute inflammatory reaction.
18        MR. ZELLERS: Ms. Garber, did
19  you say something?
20        MS. GARBER: I said object to
21  the form.
22        MR. ZELLERS: Okay. And, I'm
23  sorry, could you read the witness'
24  answer to me again? Sorry.
25        ------------

Page 559

1        (The following portion of the
2  record was read.)
3        ANSWER: An acute inflammatory
4  reaction.
5        (End of readback.)
6        ------------
7  BY MR. ZELLERS:
8        Q.   So does an acute inflammatory
9  reaction generally cause pain?
10        A.   It can.
11        Q.   And I guess similarly a chronic
12  inflammation may or may not cause pain,
13  correct?
14        A.   Depending on the site and the
15  level of the inflammation, whether it's
16  systemic or cellular.
17        Q.   Does science understand or can
18  science explain why some chronic inflammation
19  is painful and other chronic inflammation is
20  not?
21        A.   Some of it is because of the
22  substances that cause the -- the substances
23  released by the cells, in this case, the
24  ovarian cells themselves or any inflammatory
25  cells, macrophages around the ovarian cells,

Page 560

1  the substances that they secrete that cause
2  the oxidative stress. If they're localized
3  or if they are systemic, things like
4  interleukins and growth factors and other
5  cytokines that cells release.
6        Q.   We discussed yesterday that
7  it's your opinion that the talcum powder
8  causes, in this case, Ms. Bondurant's ovarian
9  cancer, correct?
10        A.   So we didn't talk about
11  Ms. Bondurant yesterday.
12        Q.   I understand, and so let me
13  ask -- or try to ask a better question. I'm
14  trying to generalize this.
15        You're not saying in
16  Ms. Bondurant's case that her ovarian cancer
17  was caused by asbestos or by heavy metals. I
18  mean, those are not opinions -- specific
19  opinions that you have, correct?
20        DR. THOMPSON: Object to form.
21        A.   So my opinion is it's her
22  talcum powder use, which has been shown to
23  have platy talc, fibrous talc, asbestos,
24  heavy metals, caused her cancer.
25        ///

Page 561

1  BY MR. ZELLERS:
2        Q.   It's a combination of talc,
3  whatever is in the talc --
4        A.   It's whatever is in the talc.
5        DR. THOMPSON: Object to form.
6  BY MR. ZELLERS:
7        Q.   -- that you believe, in
8  Ms. Bondurant's case and in all of the cases
9  that you have reviewed, caused or is a cause
10  of ovarian cancer, correct?
11        DR. THOMPSON: Object to form.
12        A.   So it's the talc use, which can
13  have any or all of those substances in it,
14  that causes it.
15  BY MR. ZELLERS:
16        Q.   The talc may or may not have
17  trace amounts of asbestos. It may have, you
18  know, the amounts of heavy metals that are
19  contained in the talc. But it's the talc
20  itself that causes or is a cause of ovarian
21  cancer, in your view, correct?
22        DR. THOMPSON: Object to form.
23        MS. GARBER: Object to the
24  form.
25        A.   It's the talc itself. And in

34 (Pages 558 to 561)

Judith Wolf, M.D.

Page 562

1   some cases, like Ms. Gallardo that we talked
2   about yesterday, we found that there was
3   evidence of talc fibers and asbestos fibers
4   in her cancer.
5   BY MR. ZELLERS:
6       Q.    Well, do we know if those were
7   asbestos fibers -- and let me withdraw, lay a
8   little foundation here.
9           We established yesterday you're
10  not a geologist, correct?
11      A.   I'm not.
12      Q.   You're not an expert in
13  asbestos, correct?
14          DR. THOMPSON: Object to form.
15      A.   I would say I'm an expert in
16  the health effects, in gynecologic health of
17  women and asbestos.
18  BY MR. ZELLERS:
19      Q.   Are you aware that tremolite
20  fibers, which I believe Dr. Godleski found,
21  or particles -- we'd have to go back and look
22  at the report to see -- can either be
23  asbestiform or nonasbestiform?
24          DR. THOMPSON: Object to form.
25      A.   So tremolite fibers are

Page 563

1   considered asbestos. That's in the IARC
2   2012.
3   BY MR. ZELLERS:
4       Q.   So in your view, all tremolite
5   is asbestos; that there are no nonasbestos
6   forms of tremolite?
7           MS. GARBER: Object to the
8       form.
9       A.   As far as I'm aware, tremolite
10  is considered asbestos.
11  BY MR. ZELLERS:
12      Q.   All right. So you're making an
13  assumption that anytime you hear or see the
14  word "tremolite," that it's asbestos,
15  correct?
16      A.   I'd have to look at
17  Dr. Godleski's report about the particles or
18  fibers, but if I saw tremolite fibers, I
19  would consider that asbestos.
20      Q.   My question again is: In terms
21  of the types of asbestos and whether there's
22  minerals that can be both asbestos and
23  nonasbestos but called the same name, you
24  would defer to a geologist on that, correct?
25          DR. THOMPSON: Object to form.

Page 564

1       A.   I would defer to IARC 2012 that
2   defined tremolite as asbestos.
3   BY MR. ZELLERS:
4       Q.   In terms of whether a
5   particular mineral is or is not asbestos,
6   would you defer to a geologist?
7           DR. THOMPSON: Object to form.
8           MS. GARBER: Object to the
9       form.
10  BY MR. ZELLERS:
11      Q.   Or a mineralogist?
12          DR. THOMPSON: Object to form.
13      A.   I mean, I'm deferring to IARC
14  for what is asbestos, and they list the types
15  of asbestos and tremolite is one of those.
16  BY MR. ZELLERS:
17      Q.   So you would not defer to a
18  geologist or to a mineralogist as to whether
19  a particular mineral is asbestos or not?
20          DR. THOMPSON: Object to form,
21      asked and answered.
22      A.   As to whether or not tremolite
23  is asbestos? I have no reason to think that
24  IARC 2012 is wrong when they say that
25  tremolite is asbestos.

Page 565

1   BY MR. ZELLERS:
2       Q.   To get where I think I need to
3   get, you are not going to come in and talk to
4   the jury specifically about the
5   carcinogenicity of asbestos or the
6   carcinogenicity of heavy metals.
7           What you're going to talk to
8   the jury and give opinions on is the
9   carcinogenicity of talcum powder, which may
10  or may not have trace amounts of asbestos,
11  which, you know, does have trace amounts of
12  heavy metals -- you're going to talk about
13  the carcinogenicity of the talc with whatever
14  is in the talc; is that fair?
15          MS. GARBER: Object to the
16      form.
17          DR. THOMPSON: Object to form.
18      A.   So the -- in explaining the
19  carcinogenicity of the talc, I would talk
20  about all of the things in the talc that can
21  be carcinogenic or are carcinogenic, and the
22  ways that those things can cause cancer.
23  BY MR. ZELLERS:
24      Q.   Did you do any investigation in
25  Ms. Bondurant's case as to whether or not she

35 (Pages 562 to 565)

Judith Wolf, M.D.

Page 566

1    had been exposed to asbestos over the course
2    of her lifetime?
3        A.    So I believe all that I had in
4    Ms. Bondurant's case is her daughter's
5    deposition to know what her life was like,
6    and I don't remember -- recall the details of
7    that, but I'm -- it's whatever is in there.
8    I didn't know how else could I find out was
9    she -- did she work in asbestos.  I don't
10   believe that she did or have any reason to
11   think that she was exposed to asbestos.
12       Q.    Do you have an opinion as to
13   whether or not asbestos exposure can cause
14   clear-cell ovarian cancer?
15       A.    So asbestos is carcinogenic,
16   again, referring back to IARC '12, and can
17   cause ovarian cancer.
18           I don't know that -- and I'd
19   have to look at the details again.  I don't
20   know that they looked specifically at the
21   cell types in that.  I know that they ruled
22   out mesothelioma as the cancer in some of the
23   cases and were able to say that it was
24   epithelial ovarian cancer, but I don't
25   remember the details about the subtypes.

Page 567

1        Q.    Is it your opinion that
2    Ms. Bondurant's clear-cell ovarian cancer was
3    caused by heavy metals?
4            DR. THOMPSON:  Object to form.
5        A.    It's my opinion that her
6    ovarian cancer was caused by her talc use.
7    BY MR. ZELLERS:
8        Q.    You're not offering an opinion
9    as it relates to Ms. Bondurant -- well, let
10   me strike that.
11           You have no evidence one way or
12   the other as to if there was asbestos
13   contamination in any of the bottles of talcum
14   powder used -- that Ms. Bondurant used; is
15   that right?
16           DR. THOMPSON:  Object to form.
17       A.    I'm not aware that there was
18   any of the bottles that she used that were
19   available for analysis.  What I know of from
20   Dr. Rigler's report is that in the Johnson &
21   Johnson baby powders that he analyzed, his
22   lab analyzed, two-thirds of them had evidence
23   of asbestos, and I think 54 out of 55 had
24   talc fibers.
25           So if the bottles that she used

Page 568

1    were similar to most of the bottles that he
2    tested from the '60s to 2000s, I would assume
3    that one or both of those was in at least
4    some of them.
5    BY MR. ZELLERS:
6        Q.    As far as you know, we have no
7    samples of any of the bottles of talc that
8    Ms. Bondurant used, correct?
9        A.    As far as I know, we don't.
10   And I would not expect that we would.
11       Q.    Do you have any opinions in
12   this case that it was a particular heavy
13   metal or a particular fragrance compound of
14   baby powder that was the cause of
15   Ms. Bondurant's ovarian cancer?
16           DR. THOMPSON:  Object to form.
17       A.    It's my opinion it's the talcum
18   powder use.
19   BY MR. ZELLERS:
20       Q.    Do you think the inflammatory
21   mechanism for heavy metals and/or fragrances
22   is the same as talc?
23           DR. THOMPSON:  Object to form.
24       A.    I think it could be the same or
25   they could act in concert, if they're all in

Page 569

1    the same product.
2    BY MR. ZELLERS:
3        Q.    Well, do you know whether or
4    not the inflammatory mechanism for heavy
5    metals and fragrances is the same as you
6    believe it is for talc?
7            DR. THOMPSON:  Object to form.
8        A.    I think it could be the same or
9    it could be slightly different.
10   BY MR. ZELLERS:
11       Q.    Do you know the fragrance
12   ingredients for cornstarch baby powder?
13       A.    I don't.
14       Q.    Do you know if the fragrance
15   ingredients for cornstarch baby powder are
16   the same as they are for talc-based baby
17   powder?
18       A.    I don't.
19       Q.    Do you believe that the
20   etiology for clear-cell carcinoma is the same
21   as the etiology for high-grade serous
22   carcinoma?
23           DR. THOMPSON:  Object to form.
24       A.    So we talked about this
25   earlier, that the common genetic

36 (Pages 566 to 569)

Judith Wolf, M.D.

Page 570

1    abnormalities that are seen in the different
2    subtypes of epithelial ovarian cancer,
3    high-grade serous, low-grade serous,
4    clear-cell being some of those, the common
5    genetic mutations are different.  Some of
6    them are different, anyway.
7    BY MR. ZELLERS:
8        Q.    But did you make a
9    determination about when it was that
10   Ms. Bondurant's clear-cell carcinoma began to
11   develop?
12       A.    No.  That's a question I get
13   asked all the time and I don't have a good
14   answer for how long -- the cancer from the
15   time it starts until it grows.  Cancers do
16   tend to grow in a logarithmic manner, and so
17   once it starts growing and becomes grossly
18   visible, it seems like it's growing fast.
19   But from the -- from when it starts until --
20   until it becomes a cancer, generally people
21   say one to two years, but I'm not aware of
22   good evidence to support that.
23             What I tell patients is once we
24   know it's there, we don't sit on it and do
25   nothing about it, unless there isn't anything

Page 571

1    we can do about it.
2        Q.    I think I saw in your earlier
3    testimony that you believe the latency period
4    from ovarian cancer can be anywhere from 15
5    to 20 years; is that right?
6        A.    Yes.
7             DR. THOMPSON:  Object to form.
8        A.    That's a different question,
9    though.  That's how long does an exposure
10   that can be carcinogenic, how long does that
11   take until the cancer is there?
12            I think that's a different
13   question than you asked me before.
14   BY MR. ZELLERS:
15       Q.    And that would be -- what you
16   just described would be the latency --
17       A.    No.  What I described is once
18   there's a cancer, how long has it been there
19   until it's found?  That's what I was
20   describing.
21       Q.    And you believe that would be
22   the latency period?
23       A.    No, the latency period is the
24   time of the exposure until the cell becomes
25   cancerous.

Page 572

1        Q.    The latency period you believe
2    is 15 to 20 years?
3        A.    For ovarian cancer, and for
4    most cancers.  And a lot of that data comes
5    from the atomic bombs that were dropped in
6    Japan in World War II and the survivors and
7    the time it took for them to get cancer.
8        Q.    Do you believe that in any
9    individual, in like Ms. Bondurant, for
10   example, that you should discount the
11   previous 10 years before her diagnosis as not
12   contributing to the development of ovarian
13   cancer?
14            DR. THOMPSON:  Object to form.
15       A.    Generally, I would not, because
16   it's continued injuries that could continue
17   to cause mutations.
18            In Ms. Bondurant specifically,
19   she had her tubes tied in '87 and her cancer
20   was diagnosed in 2018, so...
21   BY MR. ZELLERS:
22       Q.    All right.  So you would not
23   consider any talcum powder use between 1987
24   and 2018, you know, as causing or
25   contributing to her ovarian cancer, correct?

Page 573

1            DR. THOMPSON:  Object to form.
2        A.    So I believe that the important
3    part of her use was prior to her tubes being
4    tied.
5    BY MR. ZELLERS:
6        Q.    Prior to 1987?
7        A.    Yes.
8        Q.    Okay.  You were not one of
9    Ms. Bondurant's treating physicians, correct?
10       A.    No, I was not.
11       Q.    You were not involved in any
12   diagnosis or treatment of her ovarian cancer;
13   is that right?
14       A.    No, I was not.
15       Q.    Ms. Bondurant passed away in
16   October of 2020.
17            Did you ever have an
18   opportunity to meet her?
19       A.    I did not.
20       Q.    Have you ever spoken with her
21   husband?
22       A.    No.
23       Q.    Her children?
24       A.    No.
25       Q.    Did you ever make a request to

37 (Pages 570 to 573)

Judith Wolf, M.D.

Page 574

1  the attorneys if you could meet with or speak
2  with Ms. Bondurant's family?
3      A.    No.
4      Q.    Have you ever spoken with any
5  of Ms. Bondurant's treating physicians about
6  her case?
7      A.    No.
8      Q.    Page 30 of your amended report,
9  and I think this will be on your materials
10  list, these are the case-specific materials
11  that you reviewed; is that right?
12          It's not a number, but it comes
13  right after page 29.
14      A.    Yes.
15      Q.    So there are a lot of records
16  here; is that right?
17      A.    Yes.
18      Q.    Did you look at each of the
19  medical records?
20      A.    I did.
21      Q.    I assume that the medical
22  records and that all of these materials were
23  provided to you by counsel; is that right?
24      A.    Yes.
25          MR. ZELLERS:  I have no more

Page 575

1  questions on Bondurant.  We've got two
2  other cases.  You want to take a lunch
3  break and then come back and do those?
4  They will be shorter --
5          Let's go off the record.
6          (Recess taken, 11:43 a.m. to
7  1:02 p.m. CDT)
8  BY MR. ZELLERS:
9      Q.    Dr. Wolf, are you ready to
10  continue?
11      A.    I am.
12      Q.    The third case that you have
13  issued case-specific opinions in is
14  Ms. Judkins' case; is that right?
15      A.    That's correct.
16      Q.    Your case-specific -- well,
17  withdraw that.
18          You have in front of you your
19  case-specific report in the Judkins case that
20  we've marked as Deposition Exhibit 8; is that
21  right?
22      A.    Yes.
23      Q.    The first 21 pages of this
24  report is the same as the general amended
25  report that we have discussed earlier in this

Page 576

1  deposition; is that right?
2      A.    Yes.
3      Q.    Are the case-specific opinions
4  that you expect to provide at any trial or
5  hearing in the Judkins matter set forth on
6  pages 21 to 23 of the report, Deposition
7  Exhibit 8?
8      A.    Yes.
9      Q.    It's your opinion that talcum
10  powder was a cause of Ms. Judkins' cancer; is
11  that right?
12      A.    That's correct.
13      Q.    If Ms. Judkins had never used
14  talcum powder, she never would have gotten
15  ovarian cancer; is that what you're saying?
16          DR. THOMPSON:  Object to form.
17      A.    What I'm saying is that
18  Ms. Judkins used talcum powder and she got
19  ovarian cancer, and that is the only risk
20  factor that I could find in her history.  And
21  she used it daily for 46 years.
22  BY MR. ZELLERS:
23      Q.    You're not saying that if she
24  had never used talc, she never would have
25  gotten ovarian cancer, are you?

Page 577

1          DR. THOMPSON:  Object to form.
2      A.    What I'm saying is some women
3  who get ovarian cancer have never used talc,
4  and in Ms. Judkins' case, she got ovarian
5  cancer and she used talc.
6  BY MR. ZELLERS:
7      Q.    Ms. Judkins was 60 years old at
8  her diagnosis?
9      A.    Yes.
10      Q.    Could Ms. Judkins' age -- well,
11  let me withdraw that.
12          Was Ms. Judkins' age a risk
13  factor for ovarian cancer?
14      A.    Advancing age can always be a
15  risk factor.  She is slightly younger than
16  the average age, so I wouldn't separate it
17  out in her case as a risk factor.
18          I think I talked yesterday
19  about an example of ninety -- I've had women
20  in their nineties, and then I would
21  definitely call age a risk factor.
22      Q.    Age generally does increase a
23  woman's risk for mutations, correct?
24      A.    Age increases anyone's risk for
25  mutations.

38 (Pages 574 to 577)

Judith Wolf, M.D.

Page 578

1    Q.   It's your opinion that a
2  60-year old woman, that that is not old
3  enough to be considered a risk factor for
4  ovarian cancer?
5         DR. THOMPSON:  Object to form.
6    A.   I would say that age 60, likely
7  anyone who's lived to 60 years has had some
8  mutations.  In ovarian cancer specifically,
9  60 I don't consider a risk factor, that age
10  of 60 as a risk factor.
11  BY MR. ZELLERS:
12    Q.   All right. Ms. Judkins at
13  60 years old may have had mutations related
14  to age, but in your view, the mutations, or
15  at least some of the mutations that resulted
16  in her ovarian cancer, were from her talcum
17  powder use?
18    A.   Some of the injuries to her
19  cells that led to cancer, yes.
20    Q.   Did Ms. Judkins have a family
21  history of cancer?
22         And I can show you the
23  plaintiff profile form, if need be.
24    A.   Yes.  She had a maternal uncle
25  with kidney cancer and a paternal great aunt

Page 579

1  with breast cancer.
2    Q.   That family history would be a
3  risk factor for the development of ovarian
4  cancer, correct?
5         DR. THOMPSON:  Object to form.
6    A.   No.  No.  One -- I guess a
7  paternal great aunt would.  A third-degree
8  relative with breast cancer would not.  And
9  the kidney cancer on her mother's side would
10  not be related to her -- a risk of ovarian
11  cancer.
12  BY MR. ZELLERS:
13    Q.   Could Ms. Judkins' family
14  history of cancer have played a role in her
15  development of ovarian cancer?
16         DR. THOMPSON:  Object to form.
17    A.   It's unlikely.
18  BY MR. ZELLERS:
19    Q.   You believe that the route of
20  exposure in Ms. Judkins' case was through
21  migration?
22    A.   Yes.
23    Q.   Do you believe that
24  Ms. Judkins' ovarian cancer was caused from
25  talcum powder traveling to her ovaries

Page 580

1  through inhalation?
2    A.   I can't disprove that.  She
3  applied it to her genital area.  I think that
4  would be the most risk for her exposure.
5    Q.   You do not intend to go in --
6  strike that.
7         You do not intend to testify at
8  trial that her route of exposure was
9  inhalation.  Your testimony will be that her
10  most likely route of exposure was through the
11  genital tract.  Correct?
12         DR. THOMPSON:  Object to form.
13    A.   I believe her most likely route
14  of exposure was through her genital tract.
15  BY MR. ZELLERS:
16    Q.   Just a general question.  You
17  can look at page 12 or 13 of your report
18  here, but one of the articles that you're now
19  citing is the Psooy article.
20         Are you familiar with that,
21  P-S-O-O-Y?
22    A.   Yes.
23    Q.   And in that article, that
24  article demonstrated that bath water can
25  become entrapped in the vagina in females

Page 581

1  with normal anatomy.
2         Is that what you cite it for?
3    A.   Yes.
4    Q.   Would you agree it would be a
5  rare occurrence for a woman to have water
6  trapped in her vagina?
7         DR. THOMPSON:  Object to form.
8    A.   It depends on how long it would
9  be in her vagina, and I don't have an answer
10  to that.
11  BY MR. ZELLERS:
12    Q.   Well, if there's an open
13  system -- and you believe there is an open
14  system, correct?
15    A.   Yes.
16    Q.   Why would water get trapped in
17  the vagina?  Why would it not make its way
18  further up the reproductive tract?
19         DR. THOMPSON:  Object to form.
20    A.   My suspicion is that it doesn't
21  remain entrapped very long and it falls out
22  the vagina.
23  BY MR. ZELLERS:
24    Q.   I understand falling out, but
25  if you're correct and if there is an open

39 (Pages 578 to 581)

Judith Wolf, M.D.

Page 582

1  system, why would it not make its way further
2  up the reproductive tract?
3       DR. THOMPSON: Object to form.
4       A.   I'm going to say I'm not sure
5  that anyone has proven it doesn't. It's --
6  water would be a challenging thing to study
7  since the body has water all the time.
8  BY MR. ZELLERS:
9       Q.   I also have one question, going
10 back to Ms. Garber's client, Ms. Gallardo.
11 Cramer 2016 we talked about
12 yesterday.  And if you need me to pull it
13 back out, I can.  But that showed no
14 significant association for ovarian
15 endometrioid cancer in postmenopausal women,
16 correct?
17      A.   I'd have to look at that part
18 of the paper again.  I don't remember that
19 specific.
20           Does it have an exhibit number?
21 Maybe I have it here.
22           (Technical recess requested by
23           the stenographer.)
24           (Recess taken, 1:12 p.m. to
25           1:14 p.m. CDT)

Page 583

1  BY MR. ZELLERS:
2       Q.   Dr. Wolf, when we went off the
3  record, I'd asked the question as to whether
4  you agree that the Cramer 2016 article showed
5  no significant association for ovarian
6  endometrioid cancer in postmenopausal women.
7       A.   So in that paper, Table 4 I'm
8  looking at, he separated out the different
9  cell types.  There were 30 premenopausal
10 women with endometrioid-type -- cell-type
11 cancer and there were 37 postmenopausal
12 women.  Both of them had a positive
13 association; 1.34 in premenopausal, 1.36 in
14 postmenopausal.  The confidence intervals
15 crossed 1 in both of them.
16           So there was a positive
17 association.  In neither pre- or
18 postmenopausal was it statistically
19 significant, but the numbers for each of
20 those were small when you separated them out.
21      Q.   Thank you.
22           I have asked previously whether
23 you attempted to determine -- and let me just
24 ask a new question with respect to
25 Ms. Judkins.

Page 584

1           Did you attempt to determine
2  how much talc Ms. Judkins was exposed to over
3  the time period she claims to have used talc
4  from approximately 1970 to 2015?
5       A.   So that was a 46-year period of
6  time.  And so if she was using it daily,
7  which is what she reported in her deposition,
8  that would be thousands of times.  And the
9  frequency and the duration of her use causing
10 her cancer is what's supported by the
11 epidemiologic literature, looking at duration
12 and frequency of use.
13      Q.   And as we've talked in the
14 other cases, there may be some level of
15 exposure that you, you know, would question
16 or say did not support talcum powder use as a
17 cause or a contributing cause of ovarian
18 cancer, but in Ms. Judkins' case, you believe
19 that she had sufficient exposure, correct?
20           DR. THOMPSON: Object to form.
21      A.   So there are times in reviewing
22 the whole individual case where I would not
23 think that talcum powder played a role.
24 Again, that would be if there was no way for
25 the talcum powder to get there, the woman had

Page 585

1  had a hysterectomy and/or her tubes tied, or
2  she maybe used it once.
3           But Ms. Judkins used it for
4  many years daily, thousands of times, which
5  is supported by the epidemiologic literature.
6  BY MR. ZELLERS:
7       Q.   One of the assumptions you've
8  made in this case is that Ms. Judkins did use
9  talcum powder on her perineum daily for
10 45 years, correct?
11      A.   That is what is reported in her
12 deposition.
13      Q.   Do you have any more specifics
14 of how it was that Ms. Judkins claimed to
15 have applied talcum powder to her body?
16      A.   I can't recall whether she put
17 it in her underwear or on a pad or directly
18 on.
19           She says in her deposition on
20 page 18, what was -- she was asked:  What was
21 your routine in terms of during the day when
22 you would use Johnson's Baby Powder?
23           I used it every time I got out
24 of the shower.
25           And then I believe she was

Judith Wolf, M.D.

Page 586

1    physically active, and so she was doing some
2    sports and she showered twice a day, she used
3    it twice a day.
4        Q.    As in the other cases, your
5    methodology is to believe the testimony of
6    the plaintiffs with respect to their talcum
7    powder use, correct?
8        A.    Yes. Again, she was deposed.
9    She was under oath when she gave her
10   deposition, as was, I think, her husband gave
11   a deposition also. So yes.
12       Q.    Did Ms. Judkins have a personal
13   history of cancer?
14       A.    She did. She had a basal cell
15   skin cancer on her forearm.
16       Q.    There's no mention of her talc
17   use in the medical records; is that right?
18       A.    No, not to my knowledge.
19       Q.    And you did not see anything in
20   the medical records that would evidence a
21   discussion that Ms. Judkins had with her
22   treating physicians about talcum powder use;
23   is that right?
24       A.    I did not see anything.
25       Q.    Did you do any type of

Page 587

1    investigation in terms of whether Ms. Judkins
2    had any exposure or potential exposure to
3    asbestos?
4        DR. THOMPSON: Object to form.
5        A.    Again, there was a series of
6    questions in her deposition about what kind
7    of work she did, where did she live, was
8    there construction in her home, was there
9    construction around her house. And there was
10   nothing that indicated to me that she ever
11   had any occupational or long-term exposure to
12   asbestos.
13   BY MR. ZELLERS:
14       Q.    I saw some mention in her
15   deposition about Ms. Judkins and her husband,
16   they purchased a house, they were told the
17   house has an issue with asbestos. They may
18   have been in the house for a short period of
19   time before the asbestos was removed.
20           Did you see that?
21       A.    Yes.
22       Q.    Would that -- or strike that.
23           Does that impact your opinion
24   at all in this case?
25       A.    No.

Page 588

1        Q.    In Ms. Judkins' case, as in
2    each of the cases we've discussed, there's
3    the potential for unknown causes of ovarian
4    cancer. But in your view, talcum powder use
5    is a cause of her ovarian cancer, correct?
6        DR. THOMPSON: Object to form.
7        A.    In my view, after review of all
8    her medical records and her depositions and
9    her forms, that talcum powder is a cause of
10   her ovarian cancer -- her talcum powder use.
11   BY MR. ZELLERS:
12       Q.    All of the questions that I've
13   asked you in the past as to whether you have
14   individual opinions about asbestos or heavy
15   metals or fragrances that may be contained in
16   the talc, your opinion in this case is not as
17   to those specific ingredients, but it's to
18   the ingredients as a whole, the talc, which,
19   in your opinion, in this case caused
20   Ms. Judkins' ovarian cancer, correct?
21       DR. THOMPSON: Object to form,
22       misstates her testimony.
23       A.    So it's the talc which contains
24   or had been found to contain asbestos talc
25   fibers, the heavy metals, nickel, chromium,

Page 589

1    cobalt that we've talked about, and some
2    irritating fragrance ingredients.
3    BY MR. ZELLERS:
4        Q.    Once again, we have no evidence
5    in Ms. Judkins' case of any samples of the
6    talcum powder she used that you're aware of;
7    is that right?
8        A.    I'm not aware that we have any
9    of the samples of her baby powder that she
10   used.
11       Q.    You have not communicated or
12   talked with Ms. Judkins; is that right?
13       A.    I actually was on a phone call
14   with Ms. Judkins one time.
15       Q.    When was that?
16       A.    About a year and a half ago.
17   It was sometime deep in the pandemic, so...
18       Q.    And for how long did the phone
19   call last?
20       A.    It was with attorneys. I don't
21   remember how long the phone call was. Maybe
22   30, 40 minutes.
23       Q.    And what was the purpose of the
24   phone call?
25       DR. THOMPSON: And I think that

41 (Pages 586 to 589)

Judith Wolf, M.D.

Page 590

1     is privileged as to any content of the
2     conversation that she had with the
3     attorneys and Ms. Judkins.
4          MR. ZELLERS:  Well, if the
5     doctor obtained any information from
6     that call that she's relying on, I
7     think that would be discoverable,
8     so...
9          DR. THOMPSON:  I disagree.
10         MS. GARBER:  I think it's all
11    privileged.
12         DR. THOMPSON:  I think I'm
13    going to instruct her not to answer
14    the content of that discussion.
15         MS. GARBER:  I think you can
16    ask her what she learned from the
17    discussion, but I don't think you can
18    ask her what was discussed or what she
19    gleaned from the conversation.
20         DR. THOMPSON:  Well, isn't that
21    the same thing?
22         MS. GARBER:  I don't think so.
23         MR. ZELLERS:  Well, I believe
24    that it would be discoverable,
25    anything that was communicated to her

Page 591

1     that she relies on in terms of giving
2     her opinions, which I think Ms. Garber
3     would be -- what you're suggesting,
4     what did she learn from that, you
5     know, that's relevant to her opinions.
6         DR. THOMPSON:  Not from what
7     she learned from the attorneys or
8     their clients, and I'm going to
9     instruct her not to answer that
10    question.
11         MR. ZELLERS:  Okay.  So I
12    disagree.  I do think that it should
13    be discoverable and is discoverable,
14    any information she obtained from that
15    phone call --
16    BY MR. ZELLERS:
17      Q.   Which in your view lasted 30 or
18    40 minutes; is that right?
19      A.   My recollection.
20         MR. ZELLERS:  -- that relates
21    to her opinions in this case.  So --
22         DR. THOMPSON:  I don't think it
23    does.  Just a minute, let me consult
24    with her.
25         MR. ZELLERS:  We'll go off the

Page 592

1     record.
2         (Recess taken, 1:24 p.m. to
3    1:27 p.m. CDT)
4    BY MR. ZELLERS:
5      Q.   Dr. Wolf, when we broke, you
6    were describing a phone conversation that you
7    had with the lawyers for Ms. Judkins and with
8    Ms. Judkins herself -- was it about a year
9    and a half ago you thought --
10      A.   Yes.
11      Q.   -- lasted maybe 30 or
12    40 minutes?
13         Other than the lawyers and
14    Ms. Judkins and yourself, was anyone else on
15    the call?
16      A.   Not to my recollection.
17      Q.   What, if anything, did you
18    learn in that call that you're relying on in
19    terms of giving your opinions in this case?
20         DR. THOMPSON:  And I'll object
21    to -- I'll object to form, but
22    allowing her, obviously, to answer the
23    question.
24      A.   Nothing.
25       ///

Page 593

1    BY MR. ZELLERS:
2      Q.   There were no facts
3    communicated to you that you relied upon
4    other than, you know, what you looked at in
5    the records?
6      A.   What I already had looked at.
7         DR. THOMPSON:  Object to form.
8    BY MR. ZELLERS:
9      Q.   Do you have or have you at any
10    time had any physician-patient relationship
11    with Ms. Judkins?
12      A.   No.
13      Q.   Other than that one occasion,
14    have you ever spoken with Ms. Judkins?
15      A.   No.
16      Q.   Have you ever spoken with
17    Ms. Judkins' husband?
18      A.   No.
19      Q.   Have you ever spoken with any
20    of her treating physicians?
21      A.   Not regarding her care.
22      Q.   So in what context have you
23    spoken with any of her treating physicians?
24      A.   So her surgeon, Dr. Lloyd West,
25    was a fellow of mine about 20 years ago, and

42 (Pages 590 to 593)

Judith Wolf, M.D.

Page 594

1    I've probably seen him socially at meetings
2    once or twice since then.
3        Q.    You have never discussed
4    Ms. Judkins' case or care with him; is that
5    right?
6        A.    That's correct.
7        Q.    Is he aware that you're serving
8    as an expert witness in this case?
9        A.    I do not know.
10       Q.    Is he aware, from any
11   conversations you've had with him, that
12   you're serving as an expert witness in this
13   case?
14       A.    No.
15       Q.    You are -- strike that.
16           You have reviewed a report from
17   Dr. Godleski relating to his particle
18   findings in Ms. Judkins' case, correct?
19       A.    Yes.
20       Q.    Do I understand from your
21   earlier testimony that even without
22   Dr. Godleski's findings, your opinion would
23   still be that Ms. Judkins' talcum powder use
24   was a cause of her ovarian cancer?
25       A.    Yes, for the reasons I talked

Page 595

1    about before, that I know he only gets a
2    small portion of the tissue to evaluate.
3        Q.    I'm going to mark
4    Dr. Godleski's report in Ms. Judkins' case as
5    Deposition Exhibit 48.
6           (Whereupon, Deposition Exhibit
7           Wolf-48, 6/18/21 Godleski Expert
8           Report re: Judkins, was marked for
9           identification.)
10   BY MR. ZELLERS:
11       Q.    In your report, you do rely on
12   and reference Dr. Godleski's pathology report
13   in forming your case-specific opinions; is
14   that right?
15       A.    Yes.
16       Q.    And I see that on page 22,
17   middle of the page.
18       A.    I see that.
19       Q.    Dr. Godleski looked at eight
20   tissue blocks in Ms. Judkins' case; is that
21   right?
22       A.    Yes.
23       Q.    Those blocks were from
24   Ms. Judkins' right fallopian tube, right
25   pelvic and paraaortic lymph nodes, cervix,

Page 596

1    left ovary and left fallopian tube; is that
2    right?
3           And I'm looking at page 3 of
4    Dr. Godleski's report, and specifically at
5    the second paragraph, first sentence of the
6    second paragraph.
7        A.    Yes.  Yes.
8        Q.    Dr. Godleski found -- withdraw
9    that.
10           You're not a surgical
11   pathologist; is that right?
12       A.    I'm not a surgical pathologist,
13   but I routinely look at surgical pathology
14   for my patients.
15       Q.    All right.  Dr. Godleski found
16   932 particles in the tissue blocks.
17           And I'm looking at page 4.
18       A.    I see that.
19       Q.    Only 17 of those 932 particles
20   were what he reports as nonfibrous talc
21   particles; is that right?
22       A.    He reports 17 were talc
23   particles, yes.
24       Q.    He describes them, at least at
25   the bottom of page 3, as nonfibrous talc

Page 597

1    particles?
2        A.    Yes.
3        Q.    And those were found in only
4    three of the eight blocks he looked at; is
5    that right?
6        A.    Yes.
7        DR. THOMPSON:  Object to form.
8    BY MR. ZELLERS:
9        Q.    483 of the 932 particles had a
10   calcium composition according to
11   Dr. Godleski; is that right?
12       A.    That's right, and that would
13   not be uncommon in ovarian cancer, to find
14   calcium.
15       Q.    And that has nothing to do with
16   whether talc is involved or not, correct?
17       A.    It's a finding that's common in
18   ovarian cancer.
19       Q.    Do you know what kind of
20   particles have a calcium composition?
21       DR. THOMPSON:  Object to form.
22       A.    Well, many things have a
23   calcium composition.  Bone does.  Teeth do.
24   Ovarian cancer makes calcium deposits.
25           ///

43 (Pages 594 to 597)

Judith Wolf, M.D.

Page 598

```
 1    BY MR. ZELLERS:
 2        Q.    Dr. Godleski also says in his
 3    report that 272 particles had a variety of
 4    constituents indicative of exogenous
 5    material, including 26 nontalc magnesium
 6    silicate particles, sometimes with other
 7    cations, and 246 other exogenous particles,
 8    which included various combinations of metals
 9    and/or silicon and/or nonmetallic elements,
10    page 4, is that right?
11        A.    I see that, yes.
12        Q.    You don't know what
13    differentiates the 272 exogenous particles
14    from the other 246 exogenous particles to
15    which Dr. Godleski is referring, do you?
16        DR. THOMPSON:  Object to form.
17        A.    Well, he describes what the 272
18    are, magnesium silicate particles with other
19    cations, and the 246 are other exogenous
20    particles, including metals, silicon and
21    nonmetallic elements.  So he's separated them
22    based on what they were.
23    BY MR. ZELLERS:
24        Q.    What are exogenous particles?
25        A.    Something that comes in from
```

Page 599

```
 1    the outside.
 2        Q.    Okay.  In doing your and
 3    arriving at your case-specific opinions, did
 4    you do any investigation into trying to
 5    figure out what these other particles
 6    actually were?
 7        DR. THOMPSON:  Object to form.
 8        A.    Well, he states what a lot of
 9    them were.  Magnesium silicate.
10            I don't know what the metals
11    were.  The metals could be heavy metals that
12    had been found in baby powder.
13            Silicon, I know what that is.
14            The other nonmetallic elements,
15    I did not talk to him or ask him what those
16    were.
17    BY MR. ZELLERS:
18        Q.    It does not appear that
19    Dr. Godleski, at least in the tissue samples
20    that he examined, found either asbestos or
21    what you described earlier as talc fibers,
22    correct?
23        A.    No.  What he found were talc
24    particles.
25        Q.    Okay.  Could the particles or
```

Page 600

```
 1    the calcium composition have played a role in
 2    Ms. Judkins' development of ovarian cancer?
 3        DR. THOMPSON:  Object to form.
 4        A.    No, those were felt to be
 5    endogenous, meaning they came from within her
 6    body, not from the outside.  And as I
 7    mentioned, it's quite a common thing to see
 8    calcium deposits in ovarian cancer.
 9    BY MR. ZELLERS:
10        Q.    Regardless of the cause,
11    correct?
12        A.    Yes.
13        Q.    In any of the Dr. Godleski
14    records that you have referenced in your
15    report, did Dr. Godleski find evidence of
16    chronic inflammation around these talc
17    particles?
18        A.    Not to my recollection, but
19    I -- that wouldn't be something that would be
20    necessarily visible.
21        Q.    If you're seeing talc particles
22    in human tissue, would you expect that they
23    would be associated with some type of
24    inflammatory response?
25        A.    Yes, but not necessarily a
```

Page 601

```
 1    visible inflammatory response.  I think
 2    you're saying would there be white blood
 3    cells, would there be macrophages?  There
 4    were.  There sometimes are and you can see
 5    those, but because they're not there doesn't
 6    mean there isn't an inflammatory response.
 7            Things like cytokines and
 8    growth factors wouldn't show up on pathology.
 9        Q.    Would there be evidence on a
10    pathology slide of an inflammatory response?
11        DR. THOMPSON:  Objection, asked
12        and answered.
13        A.    I think I just answered that
14    question.
15    BY MR. ZELLERS:
16        Q.    There may be or may not be, is
17    that --
18        A.    You may see white blood cells,
19    but with chronic inflammation, you don't need
20    to see it.  The things that I mentioned,
21    growth factors and cytokines, you don't see
22    on a pathology slide.
23        Q.    And for me to try to understand
24    your answer, you may see some evidence, but
25    you may not, for the reasons you've stated,
```

Judith Wolf, M.D.

Page 602

1    correct?
2        A.    You may see some white blood
3    cells, lymphocytes, macrophages, you may not,
4    because chronic inflammation isn't always
5    something that's visible on a pathology
6    specimen.
7        Q.    Ms. Judkins was diagnosed with
8    her cancer in December of 2016; is that
9    right?
10       A.    Yes.
11       Q.    She completed her chemotherapy
12   in January of 2018; is that right?
13       A.    She completed in June of 2017.
14       Q.    All right. So June of 2017,
15   she completed her chemotherapy.
16           Are you aware of any evidence
17   that Ms. Judkins has had a reoccurrence of
18   her ovarian cancer?
19       A.    I am not. When I wrote this
20   report anyway, the last records were from
21   July of 2020 when she was found to have no
22   evidence of disease.
23       Q.    Have you seen any of her
24   treatment records in 2021 that also, at least
25   my understanding is, do not indicate a

Page 603

1    recurrence?
2        A.    Yeah, I don't -- my
3    recollection is I haven't seen anything more
4    frequently than that.
5        Q.    All right. Your last
6    records -- and it would be reflected in your
7    report -- are --
8        A.    Was from July 2020.
9        Q.    Okay. From the records you've
10   seen, there's no evidence that Ms. Judkins'
11   ovarian cancer metastasized; is that right?
12           DR. THOMPSON: Object to form.
13       A.    Her ovarian cancer has not
14   recurred. At the time of diagnosis, it was
15   already felt to have been metastasized to her
16   colon. That's why she was a stage 2, the
17   outside of her colon. And at the time of the
18   last record that I saw, she has had no
19   recurrence.
20   BY MR. ZELLERS:
21       Q.    It appears that she's doing
22   well, from at least the records and materials
23   that you've seen and you've reviewed?
24       A.    Thus far, she's free of
25   disease.

Page 604

1        Q.    Do you agree that her cancer
2    was sporadic?
3            DR. THOMPSON: Object to form.
4        A.    No. Sporadic means that you
5    don't know any cause of the cancer.
6    BY MR. ZELLERS:
7        Q.    As we talked earlier, generally
8    most ovarian cancers are sporadic, but in
9    this case, because of her talcum powder use,
10   you do believe that talcum powder use was a
11   cause or a contributing cause to her ovarian
12   cancer, correct?
13           DR. THOMPSON: Object to form.
14       A.    Talcum powder was the cause of
15   her cancer. And I'm just going to clarify
16   that generally in the literature, sporadic
17   versus genetic implies inherited versus
18   noninherited; but sporadic really just means
19   you don't know the cause.
20   BY MR. ZELLERS:
21       Q.    And I think we've covered this,
22   but in the majority of cases of ovarian
23   cancer, the physicians do not know the cause,
24   correct?
25       A.    In the majority of patients

Page 605

1    with ovarian cancer, there's not an inherited
2    mutation that is the cause.
3        Q.    So do you agree with me -- I
4    mean, is that a yes with an explanation?
5            DR. THOMPSON: Object to form.
6        A.    I don't agree with you. I
7    agree with the statement that I said, that in
8    the majority of cases, there is not an
9    inherited genetic mutation.
10   BY MR. ZELLERS:
11       Q.    And if there is not an
12   inherited genetic mutation, those cases,
13   other than perhaps a small number of talc
14   cases, would be sporadic, correct?
15           DR. THOMPSON: Object to form.
16       A.    So in the cases that are not
17   inherited, those are -- those in the
18   literature are considered sporadic. In the
19   sporadic, meaning the noninherited, sometimes
20   you can identify a cause. Sometimes you can
21   identify things that -- multiple things that
22   may be -- that can be a cause of their
23   cancer.
24   BY MR. ZELLERS:
25       Q.    Do most women with epithelial

45 (Pages 602 to 605)

Judith Wolf, M.D.

Page 606

1    ovarian cancer fit the profile of Ms. Judkins
2    in terms of age at diagnosis, high-grade
3    serous?  And is she in the group of patients
4    that you most commonly see that are diagnosed
5    with ovarian cancer?
6        A.   So there are some things about
7    her case that are common and some that are a
8    little outside of common.  She has -- as we
9    talked about, she's slightly younger, but not
10   far off the average age.  The high-grade
11   serous is common.
12           The fact that she was found at
13   stage 2B is not that common.  75% of women
14   are found at stage 3 or 4.
15           The fact that her treatment
16   included intraperitoneal chemotherapy is not
17   common.  There aren't very many women who are
18   able to tolerate that therapy, and there
19   aren't that many people who are good
20   candidates for it because of their disease.
21       Q.   Given when her cancer was
22   diagnosed, the stage, the treatment that she
23   was able to receive, her course after the
24   treatment, do you believe that Ms. Judkins
25   has a good prognosis?

Page 607

1        DR. THOMPSON:  Object to form.
2        A.   I believe that she's done well
3    so far; that she still has a chance that her
4    cancer will come back.  She had the best
5    opportunity to do as well as she could.  She
6    had relatively early stage, 2B, instead of 3
7    or 4.  She had an aggressive surgery where
8    all the visible cancer was removed, and she
9    had the most aggressive therapy that we had
10   at the time in 2017.  I would not consider
11   her cured.
12   BY MR. ZELLERS:
13       Q.   While there's always a risk of
14   recurrence, it sounds that your opinion is
15   she has a good prognosis, but you would not
16   say that she's cured, and there's always the
17   possibility of a reoccurrence; is that fair?
18       DR. THOMPSON:  Object to form,
19   misstates the testimony.
20       A.   I think that she's had
21   everything done that she possibly could to
22   have the best prognosis that she possibly
23   could.  I'm still concerned that her cancer
24   will recur, and if her cancer recurs, she
25   will highly likely die from it.

Page 608

1    BY MR. ZELLERS:
2        Q.   That's a risk that any woman
3    with ovarian cancer has, correct?
4        DR. THOMPSON:  Object to form.
5        A.   That their cancer will recur?
6    BY MR. ZELLERS:
7        Q.   May recur.
8        A.   That their cancer may recur,
9    yes.
10       Q.   Yes.  There's nothing unusual
11   about Ms. Judkins' case that would cause you
12   to think it's more likely that her cancer
13   would recur; is that right?
14       DR. THOMPSON:  Object to form.
15       A.   I don't think I said that.
16   BY MR. ZELLERS:
17       Q.   If anything, there would be a
18   risk that it may recur, less of a risk just
19   because of the relatively early stage it was
20   diagnosed and the treatment that she's
21   undergone?
22       DR. THOMPSON:  Object to form.
23       A.   Well, I hope.  I hope.
24   BY MR. ZELLERS:
25       Q.   All right.  I want to ask you

Page 609

1    some questions about the Swann case now.
2        A.   Okay.
3        Q.   Do we want to take a break or
4    just go right in?
5        DR. THOMPSON:  Do you
6    anticipate Swann taking about the same
7    amount of time?  Shall we take a break
8    and then finish Swann?
9        MR. ZELLERS:  No, that's --
10   it's up to you.
11       DR. THOMPSON:  I'd rather -- I
12   think you'd rather not take a break in
13   the middle of Swann, right?
14       MR. ZELLERS:  Yeah, I'd rather
15   not take a break in the middle of
16   Swann.
17       DR. THOMPSON:  So let's take
18   five minutes now.
19       (Recess taken, 1:47 p.m. to
20   1:56 p.m. CDT)
21   BY MR. ZELLERS:
22       Q.   Dr. Wolf, you have also
23   prepared a case-specific report in the Swann
24   case; is that right?
25       A.   Yes.

46 (Pages 606 to 609)

Judith Wolf, M.D.

Page 610

1      Q.    As with your other
2   case-specific reports, the first 21 pages of
3   your report on Ms. Swann is the same as the
4   general amended report in the MDL that we
5   have discussed earlier in this deposition; is
6   that right?
7      A.    That's correct.
8      Q.    Are all of the case-specific
9   opinions that you anticipate testifying to at
10  any trial or hearing in the Swann matter set
11  forth in your case-specific report that we
12  have marked as Exhibit 9 to this deposition?
13     A.    Yes.
14     Q.    It's your opinion that talcum
15  powder was a cause of Ms. Swann's ovarian
16  cancer, correct?
17     A.    Yes.
18     Q.    If she had never used talc, she
19  never would have gotten ovarian cancer; is
20  that your opinion?
21        DR. THOMPSON:  Object to form.
22        MS. GARBER:  Object to the
23  form.
24     A.    So my opinion is that her talc
25  use is a cause of her cancer.  There are

Page 611

1   women who get ovarian cancer who have not
2   used talc, do not have an inherited mutation,
3   do not have any obvious causative risk
4   factor, but she does, and she used talcum
5   powder for 40 years according to her doctor's
6   deposition.
7   BY MR. ZELLERS:
8      Q.    Even if -- well, strike that.
9         If Ms. Swann had never used
10  talc, she still may have developed ovarian
11  cancer, correct?
12        MS. GARBER:  Object to the
13  form.
14     A.    Ms. Swann did use talc.
15  BY MR. ZELLERS:
16     Q.    I understand.
17     A.    So I'm --
18     Q.    I'm asking you hypothetically,
19  had she not used talc, she still may have
20  developed ovarian cancer, correct?
21        MS. GARBER:  Object to the
22  form.
23     A.    Ms. Swann's chances of
24  developing ovarian cancer if she had not used
25  talc I believe would be quite low given her

Page 612

1   lack of risk factors, if she had not used
2   talc.
3   BY MR. ZELLERS:
4      Q.    It is possible that had she not
5   used talc, she still would have developed
6   ovarian cancer.  That's a possibility,
7   correct?
8         MS. GARBER:  Object to the
9   form.
10     A.    Anything is possible.
11  BY MR. ZELLERS:
12     Q.    And if I ask you that question
13  with Ms. Bondurant or Ms. Gallardo or
14  Ms. Judkins, it's the same response.  Even if
15  they had not used talc, it's possible that
16  they would have developed ovarian cancer,
17  correct?
18        MS. GARBER:  Object to the
19  form.
20     A.    With Ms. Swann and all the
21  other patients that I've testified today, I
22  think the chances of them getting ovarian
23  cancer had they not used talc is highly
24  unlikely.
25               ///

Page 613

1   BY MR. ZELLERS:
2      Q.    How old was Ms. Swann when she
3   was diagnosed with ovarian cancer?
4      A.    62.
5      Q.    Could Ms. Swann's age have
6   caused her ovarian cancer?
7      A.    So she's right at the average
8   age.  So if we look at age being a risk
9   factor, think about 62-63 being sort of the
10  1, if we were looking at a relative risk, and
11  someone under that age it would be less than
12  1, and someone over that age it would be
13  greater than 1.  So it's sort of a neutral
14  piece of information in her case.
15     Q.    But you agree that her age
16  would increase her risk for more mutations,
17  correct?
18     A.    The longer anyone lives, they
19  can get more mutations anywhere on their
20  body.
21     Q.    Do you agree that Ms. Swann's
22  family history of cancer played a role in her
23  development of ovarian cancer?
24     A.    Ms. Swann's family history was
25  a little confusing to me because it was quite

47 (Pages 610 to 613)

Judith Wolf, M.D.

Page 614

1    inconsistent in her records. My recollection
2    is that she had a paternal grandmother who
3    had some type of cancer, not clear what type,
4    and then Dr. Miriani, and I don't remember
5    what -- which doctor Dr. Miriani was for
6    Ms. Swann -- describes a family history of
7    ovarian cancer, but doesn't give details.
8         So I'm not sure what the family
9    history was in her case.
10        Q.    You set forth in your report on
11   page 21 that Dr. Miriani describes a family
12   history of ovarian cancer, correct?
13        A.    I just said that.
14        Q.    So that's a yes; is that right?
15        DR. THOMPSON:  Object to form.
16        A.    Yes, a history without details
17   of who had ovarian cancer.
18   BY MR. ZELLERS:
19        Q.    Are you aware that Dr. Miriani
20   and Dr. Elbendary records indicate that
21   Ms. Swann had a grandmother with ovarian
22   cancer?
23        A.    My recollection is I didn't --
24   couldn't figure out who had ovarian cancer,
25   but there was a paternal grandmother who had

Page 615

1    some type of cancer that somebody reported.
2         Q.    Let's mark as Deposition
3    Exhibit 49 a page from Ms. Swann's medical
4    records.
5         (Whereupon, Deposition Exhibit
6         Wolf-49, Medical Record(s),
7         SWANNV_MBMC_0034, was marked for
8         identification.)
9    BY MR. ZELLERS:
10        Q.    This is a record from Missouri
11   Baptist Medical Center; is that right?
12        A.    Yes.
13        Q.    And under Family History, it
14   states: Grandmother had ovarian cancer.
15        A.    I see that.
16        Q.    Is that right?
17        A.    Yes.
18        Q.    Does that help clarify who it
19   was in the family that had ovarian cancer?
20        DR. THOMPSON:  Object to form.
21        A.    This is one place that it says
22   that, but I'm telling you that other places
23   it was not consistent. So I still feel like
24   somebody had ovarian cancer. This record
25   says it was a grandmother. Other places it

Page 616

1    wasn't clear who had it. And there was
2    another place that said it was a paternal
3    grandmother who's had some type of cancer.
4         So I'm not entirely clear who
5    had the cancer.
6    BY MR. ZELLERS:
7         Q.    What records are you aware of
8    that contradict that Ms. Swann's grandmother
9    had ovarian cancer?
10        DR. THOMPSON:  Object to form.
11        A.    Well --
12   BY MR. ZELLERS:
13        Q.    Or Ms. --
14        A.    I don't have all of her
15   records.
16        MR. ZELLERS:  Did I misstate my
17        question?
18   BY MR. ZELLERS:
19        Q.    Let me ask my question again in
20   case I misspoke.
21        Can you identify any records of
22   Ms. Swann that contradict that her
23   grandmother had ovarian cancer as appears to
24   be the case from the history provided on
25   Deposition Exhibit 49?

Page 617

1         DR. THOMPSON:  Objection, and
2    she's already described some of the
3    contradictory --
4         MR. ZELLERS:  Well, I -- with
5    all due respect --
6         DR. THOMPSON:  Well, you asked
7    me, did you not?
8    BY MR. ZELLERS:
9         Q.    All I'm trying to find out,
10   because I don't think I have an answer, are
11   there any specific records that you can
12   direct me to, Dr. Wolf, that contradict that
13   Ms. Swann's grandmother had ovarian cancer?
14        DR. THOMPSON:  Object to form.
15        A.    So the records -- I don't have
16   all of her records in front of me, but when I
17   reviewed her records, it was unclear to me
18   what her family history was.
19        As her family history reported,
20   and I believe this was -- I'm not sure, I
21   don't say who it was from -- but a paternal
22   grandmother had some type of cancer, and that
23   may have been from her daughter's deposition.
24        And Dr. Miriani's records
25   describe somebody in the family as having

48 (Pages 614 to 617)

Judith Wolf, M.D.

Page 618

1    ovarian cancer, but I don't know who that is.
2    BY MR. ZELLERS:
3        Q.    All right. It's important to
4    pin down the history to determine whether or
5    not the family history is a risk factor in a
6    given patient's case, correct?
7        A.    And --
8        Q.    Is that correct?
9        A.    It is. And I found it
10   difficult to pin down her family history in
11   reviewing her records.
12       Q.    All right. Ms. Swann reported
13   in her deposition that she had a paternal
14   aunt with breast cancer, correct?
15       A.    Paternal grandmother.
16            MR. ZELLERS: Would you mark
17   this as Deposition Exhibit 50?
18            (Whereupon, Deposition Exhibit
19            Wolf-50, Excerpt from Lydia Huston
20            Deposition, was marked for
21            identification.)
22   BY MR. ZELLERS:
23       Q.    I've handed you what we've
24   marked as Deposition Exhibit 50. It is some
25   excerpts from the deposition of Lydia Huston.

Page 619

1            At the very bottom of the page,
2    so page 13 -- the first page of the
3    exhibit --
4        A.    Yeah, I see page 13.
5        Q.    -- but page 13 in the box, the
6    very last line, line 25.
7            QUESTION: Okay. Did your
8    father have siblings? Your biological
9    father?
10           Yes.
11           QUESTION: Do you know their
12   names?
13           I do.
14           And then she gives a number of
15   names.
16           Then if we go down to page 15,
17   question starting at line 9: Okay. Are Mae,
18   Minnie, Flora, Virgie, Annise and Annette
19   still living?
20           ANSWER: No. Mae Francis is
21   deceased and Annette is deceased.
22           QUESTION: Do you know what
23   their causes of death were?
24           ANSWER: Breast cancer for both
25   of them.

Page 620

1        A.    So Lydia Houston is her
2    daughter, is Ms. Swann's daughter, correct?
3        Q.    Yes.
4        A.    And what's your question?
5        Q.    My question is: Does this help
6    refresh your recollection or provide
7    information that Ms. Swann had a paternal
8    Aunt with breast cancer?
9        A.    This makes it seem like it
10   was -- so this is her -- this is her daughter
11   talking. My grandfather died...
12           (Sotto voce document review by
13           the witness.)
14       A.    So those are from her father's
15   side, not Ms. Swann's side, if I'm reading
16   this correctly.
17           This is Ms. Swann's daughter,
18   Ms. Huston, and the question is about her
19   father and his family, and these are the
20   biological father's parents and his children.
21           So these would be on
22   Ms. Swann's father's side, not Ms. Swann's
23   side. Yes?
24   BY MR. ZELLERS:
25       Q.    This is Ms. Huston.

Page 621

1        A.    Ms. Swann's daughter?
2        Q.    Yes.
3        A.    And she's being asked about her
4    biological father and her biological father's
5    parents and their family history.
6            So this is all family history
7    that has no blood relationship to Ms. Swann.
8        Q.    I have another deposition
9    excerpt here, so let me -- I will clear that
10   up. And then if I have some additional
11   questions before we stop here, I will ask
12   them of you.
13       A.    Okay.
14       Q.    Did you see any notation in the
15   records that Ms. Swann's mother died at a
16   young age?
17       A.    I don't recall that. I don't
18   know if there's something more in this about
19   her mother, her maternal grandmother.
20           MR. ZELLERS: Let's take a
21   break if we can. I need five minutes
22   and then we'll continue.
23           DR. THOMPSON: Okay. Sure.
24           (Recess taken, 2:10 p.m. to
25   2:21 p.m. CDT)

49 (Pages 618 to 621)

Judith Wolf, M.D.

Page 622

BY MR. ZELLERS:
1
2    Q.    Take a look at the deposition,
3  and on block 14 -- or page 14 --
4    A.    Uh-huh.
5    Q.    -- Ms. Huston is asked about
6  the names of her mother's parents; is that
7  right?
8    A.    Yes.
9    Q.    And she gives the name of her
10  mother's father and her mother's -- and her
11  grandmother or Ms. Swann's mother.  They are
12  both deceased.
13       She's asked what the cause of
14  death for Ms. Swann's parents was and she
15  states that Ms. Swann's mother died of an
16  accidental gunshot wound in 1957; is that
17  right?
18    A.    Yes.
19    Q.    One factor when you're looking
20  at family history is whether or not a parent,
21  in this case, a mother, develops cancer,
22  right?  That would be one thing you'd look at
23  in a family history?
24    A.    Yes.
25    Q.    And here, because Ms. Swann's

Page 623

1  mother died at a relatively young age, you
2  just don't know whether she would have
3  developed ovarian cancer, breast cancer or
4  any other form of cancer, correct?
5       DR. THOMPSON:  Object to form.
6    A.    So I'm not sure how old she was
7  when she died, although Ms. Swann was born in
8  '49, so she was -- I don't know how old she
9  was then.
10  BY MR. ZELLERS:
11    Q.    Ms. Swann was born in '49 and
12  her mother died in '57?
13    A.    '57.
14    Q.    Ms. Swann's mother would have
15  died when she was about eight years old; is
16  that right?
17    A.    When Ms. Swann was eight years
18  old.
19    Q.    When Ms. Swann was eight years
20  old.
21    A.    What we don't know is how old
22  was her mother when she had her.
23    Q.    My question to you just
24  generally is:  One thing that you look at in
25  evaluating a case and evaluating whether or

Page 624

1  not a family history is a risk factor for
2  ovarian cancer is whether the patient's
3  mother developed ovarian cancer, breast
4  cancer or any other form of cancer, correct?
5    A.    That's correct.
6    Q.    Okay.
7    A.    And to the time of her mother's
8  death, she had not developed any cancers.
9    Q.    And here we just don't have any
10  information beyond, obviously --
11    A.    Her death.
12    Q.    -- the time that she passed
13  away?
14    A.    That's correct.
15    Q.    Ms. Swann did not undergo any
16  genetic testing; is that right?
17    A.    So I do -- I have not seen a
18  report.  According to her daughter's
19  deposition, she had a negative BRCA test
20  based on a home saliva test.
21    Q.    And what does that mean?
22    A.    That she had a testing done on
23  her saliva.
24    Q.    And where did you obtain that
25  information?

Page 625

1    A.    The daughter's deposition.
2    Q.    Do you have a reference at all?
3    A.    I don't have one.  No, I don't
4  have the whole deposition in front of me.  I
5  don't remember where it was.
6    Q.    Is a saliva test the way that a
7  BRCA test is generally done?
8    A.    Sometimes.
9    Q.    Is it accurate, that type of
10  test?
11    A.    It can be, yeah.
12    Q.    Is it -- strike that.
13       What's the typical way that a
14  BRCA genetic test is done?
15    A.    Usually a blood test, but I've
16  had some patients who have had saliva tests.
17    Q.    Do you know whether or not a
18  BRCA saliva test is less accurate than a BRCA
19  blood test?
20    A.    Not that I'm aware.  I don't
21  know that much about -- first of all, I don't
22  know what saliva test she had, so I can't
23  give you any more information about her test
24  than is in there, in this report.
25       I know that more recently more

50 (Pages 622 to 625)

Judith Wolf, M.D.

Page 626

1    people are getting tests done by saliva than
2    blood as the genetic testing has become more
3    sophisticated and able to look at mutations
4    in saliva as well as blood.
5        Q.    All right.  You have not seen
6    any test result; is that right?
7        A.    I have not.
8        Q.    What you saw was a reference in
9    Ms. Huston's deposition that her mother had a
10   BRCA saliva test and that it was negative?
11       A.    That's correct.
12       Q.    Do you know when she had that
13   test?
14       A.    No.
15       Q.    Do you agree that Ms. Swann
16   could have had an inherited germline mutation
17   given her family history of ovarian cancer
18   and breast cancer?
19           MS. GARBER:  Object to the
20   form.
21           DR. THOMPSON:  Object to form.
22       A.    So given that the -- there's
23   one reference that her paternal grandmother
24   had ovarian cancer.  That is the only family
25   member I know for sure had any type of cancer

Page 627

1    that would be related to a genetic mutation.
2    It's hard for me to put much weight on that
3    as a cause for a family history.
4            That in itself would not make
5    me raise issues that I would consider a
6    family history of -- suggesting a genetic
7    mutation, inherited genetic mutation.
8    BY MR. ZELLERS:
9        Q.    Is family history a risk factor
10   for Ms. Swann?
11           MS. GARBER:  Object to the
12   form.
13       A.    Family history of a
14   first-degree relative of ovarian cancer or
15   two or more family members with breast cancer
16   or premenopausal -- one with premenopausal
17   cancer would be, but a paternal grandmother
18   would not be a first-degree relative.
19   BY MR. ZELLERS:
20       Q.    So because it's not a
21   first-degree relative, you do not believe
22   that, in Ms. Swann's case, family history was
23   either a risk factor for her ovarian cancer
24   or a cause of her ovarian cancer, correct?
25       A.    I have no evidence to support

Page 628

1    that family history was a cause of her
2    ovarian cancer or that her family history put
3    her at increased risk.
4        Q.    Because the information we have
5    from the record we looked at is that
6    Ms. Swann had a grandmother with ovarian
7    cancer, that's not enough for you to believe
8    that it would be likely that Ms. Swann could
9    have an inherited germline mutation, correct?
10       A.    That one family history I do
11   not believe puts her at higher risk for
12   having a germline mutation.
13       Q.    Did you make any request for
14   the BRCA test or some documentation or some
15   verification of that?
16       A.    I've asked the attorneys
17   several times if there were any more records,
18   if there's anything else that we could get,
19   and I have not received anything else.
20       Q.    Much like in one of the earlier
21   cases where you would want to see a surgical
22   report verifying endometriosis for you to
23   rely upon there being a negative BRCA test,
24   you'd want to see the test results or the
25   report and have a better understanding of how

Page 629

1    it was done?
2            DR. THOMPSON:  Object to form.
3        A.    In this case, what I have is
4    her daughter under oath stating that she had
5    a record that -- I think there was a BRCA
6    test.  To me, those two things are different.
7    I have no reason to suspect that her daughter
8    made this up.
9    BY MR. ZELLERS:
10       Q.    Well, back in the case that we
11   talked about earlier in your deposition where
12   the patient gave a history of having
13   endometriosis diagnosed, you'd have no
14   suggestion or indication that the patient in
15   that case was making that up, would you?
16           DR. THOMPSON:  Object to form.
17           MS. GARBER:  Object to the
18   form.
19       A.    I never suggested the patient
20   was making it up.  I'm saying there was no
21   evidence in her history that she ever had a
22   diagnosis of endometriosis, which is made via
23   surgical -- surgical -- looking surgically.
24   BY MR. ZELLERS:
25       Q.    Well, there was evidence in her

51 (Pages 626 to 629)

Judith Wolf, M.D.

Page 630

1    case and in her history that she gave -- we
2    saw that in multiple records -- that she told
3    physicians that she had had a diagnosis of
4    endometriosis, correct?
5             DR. THOMPSON: Object to form.
6             MS. GARBER: Object to the
7    form.
8        A.   To have a confirmed diagnosis
9    of endometriosis, it has to be surgically
10   confirmed, and she had no -- nothing in her
11   history where she had surgery to confirm that
12   she had endometriosis.
13   BY MR. ZELLERS:
14       Q.   Well, similarly, in Ms. Swann's
15   case, to have, you know, evidence of there
16   being a negative BRCA test -- in Ms. Swann's
17   case, in order for there to be evidence of a
18   negative BRCA test, you'd need to see the
19   test, right?
20            DR. THOMPSON: Object to form.
21       A.   Those are two different things.
22   You can't have a diagnosis of endometriosis,
23   a confirmed diagnosis, without having a
24   surgical confirmation that there is
25   endometriosis.

Page 631

1             If someone tells me that her
2    mother had BRCA testing and it was negative,
3    I don't need surgical confirmation for that.
4    BY MR. ZELLERS:
5        Q.   Do we know if the BRCA testing
6    was BRCA1, BRCA2?
7        A.   The information that I have is
8    what I put in my report, that she had a
9    BRCA-based home saliva test.
10       Q.   But we don't know when,
11   correct, and we don't know who has done that?
12   You've requested the records, but at least as
13   of now, we don't have the records?
14       A.   The information I have is what
15   I put in my report.
16       Q.   Do you believe that the route
17   of talcum powder exposure in Ms. Swann's case
18   was through migration?
19       A.   I do.
20       Q.   Did you make an attempt to
21   determine how much talc Ms. Swann was exposed
22   to over the time period that she claims to
23   have used talc?
24            DR. THOMPSON: Object to form.
25       A.   So the use that her daughter

Page 632

1    reported in the deposition was from age 20 to
2    60, so 40 years, daily or sometimes twice a
3    day. So 40 years, 12,000 times.
4             And the duration and frequency
5    of her use is consistent with the support
6    found in the epidemiologic studies that that
7    duration and frequency of use of powder
8    increases and can cause ovarian cancer.
9    BY MR. ZELLERS:
10       Q.   Similar to the other cases
11   we've talked about, there was enough exposure
12   in Ms. Swann's case for you to conclude that
13   talcum powder was a cause of ovarian cancer,
14   correct?
15       A.   Yes.
16       Q.   You did not attempt to quantify
17   the exact amount and that would be virtually
18   impossible for anybody to do, correct?
19            DR. THOMPSON: Object to form.
20       A.   I -- I quantified the presumed
21   number of times she used it. The amount she
22   used in each shake, I don't know, but her
23   history and the usage that she gives is
24   supported in the epidemiologic literature as
25   a risk factor for ovarian cancer development.

Page 633

1    BY MR. ZELLERS:
2        Q.   In forming your opinion on
3    Ms. Swann, you relied on the testimony of her
4    daughter that she used it daily, in her
5    genital area and underwear two times a day;
6    is that right?
7        A.   At least daily, and sometimes
8    twice a day.
9        Q.   You don't have any more
10   specifics of how it was that Ms. Swann
11   applied or used talcum powder to her body
12   other than the testimony of her daughter; is
13   that right?
14       A.   Yes.
15       Q.   Ms. Swann had a tubal ligation
16   in 1985, correct?
17       A.   Yes. Yes.
18       Q.   That would reduce, at least in
19   your opinion, Ms. Swann's talc exposure and
20   thereby reduce her risk of ovarian cancer,
21   correct?
22       A.   It would still give her
23   15 years of use, which would be adequate in
24   duration and frequency.
25       Q.   Her only exposure to talc use

52 (Pages 630 to 633)

Judith Wolf, M.D.

Page 634

1    that you believe would be relevant in terms
2    of being a cause of ovarian cancer would be
3    the use prior to 1985; is that right?
4         DR. THOMPSON: Object to form.
5    A.    That's when her tract would be
6    open and the talcum powder could get to her
7    ovaries, yes.
8    BY MR. ZELLERS:
9    Q.    In your report, you rely on
10   Dr. Godleski's pathology report in forming
11   your case-specific opinions; is that right?
12   A.    Yes.
13   Q.    Dr. Godleski looked at tissue
14   blocks in Ms. Swann's case.
15        I'll provide you with
16   Dr. Godleski's report.
17   A.    Thank you.
18   Q.    We'll mark it as Exhibit 51.
19        (Whereupon, Deposition Exhibit
20        Wolf-51, 4/18/19 Godleski Expert
21        Report re: Swann, was marked for
22        identification.)
23   BY MR. ZELLERS:
24   Q.    You have Dr. Godleski's report
25   in front of you; is that right?

Page 635

1    A.    I do.
2    Q.    The tissue blocks that
3    Dr. Godleski looked at in Ms. Swann's case,
4    they were from her right and left ovaries,
5    right fallopian tubes and right pelvic lymph
6    node; is that right?
7    A.    So right and left ovaries and
8    fallopian tubes, so both tubes, I believe.
9    Q.    Looking at page 2 --
10   A.    That's where I'm looking also.
11   Are you at the top of the page or --
12   Q.    Top of the page.
13   A.    Yeah. The right and left
14   ovaries and fallopian tubes, so I assume that
15   means both tubes, and right pelvic lymph
16   node.
17   Q.    Dr. Godleski found 929
18   particles in the tissue blocks, page 4?
19   A.    Yes.
20   Q.    Of the 929 particles that he
21   found, 324 particles had a variety of foreign
22   particles; is that right? And I'm looking at
23   page 4.
24   A.    A variety of constituents
25   indicative of foreign particles, including

Page 636

1    talc, yes.
2    Q.    The two talc particles found in
3    the tissues were in blocks C5 from the left
4    ovary and F1 from the right pelvic lymph
5    node; is that right?
6    A.    Yes.
7    Q.    So as I understand
8    Dr. Godleski's report, only two of the 324
9    foreign particles he found were talc,
10   correct?
11   A.    Two particles were talc, yes.
12   Q.    Two out of the 324 foreign
13   particles?
14   A.    Yes.
15   Q.    Do you have any idea as to how
16   those other 322 foreign particles came to be
17   in Ms. Swann's body?
18   A.    They came in from the outside,
19   like the talc.
20   Q.    You believe that those foreign
21   particles would have traveled up the genital
22   tract into the ovaries and fallopian tubes
23   and pelvic lymph node, correct?
24   A.    I believe they could have, yes.
25   Q.    Do you have any idea what the

Page 637

1    other 322 foreign particles might be?
2    A.    He doesn't give any description
3    about what they were, other than nine other
4    magnesium and silicon particles that were not
5    talc.
6    Q.    So in forming your
7    case-specific opinion here regarding
8    Ms. Swann, you didn't do any investigation
9    into trying to figure out what those other
10   foreign particles were; is that correct?
11   A.    I did not.
12   Q.    Could the other foreign
13   particles have played a role in Ms. Swann's
14   development of ovarian cancer?
15        MS. GARBER: Object to the
16   form.
17        DR. THOMPSON: Object to form.
18   A.    I don't know what the other
19   particles were, and I'm not aware of other
20   foreign particles that are not talc or
21   asbestos or known carcinogens that have been
22   associated with increased risk of ovarian
23   cancer.
24   BY MR. ZELLERS:
25   Q.    Of the 929 particles in the

53 (Pages 634 to 637)

Judith Wolf, M.D.

Page 638

1    tissue blocks, 605 particles were endogenous
2    to the tissues, correct?
3        A.    Yes.
4        Q.    What does endogenous to the
5    tissues mean?
6        A.    Meaning it comes from within
7    the body.
8        Q.    Do you have any idea what role
9    these endogenous particles might have played
10    in the development of Ms. Swann's ovarian
11    cancer?
12        DR. THOMPSON:  Object to form.
13        A.    He lists the endogenous
14    particles composed of calcium, iron, carbon,
15    sodium, potassium and phosphorus.  None of
16    those things cause ovarian cancer.
17    BY MR. ZELLERS:
18        Q.    In any of Dr. Godleski's
19    records which you've referenced in your
20    report, did Dr. Godleski find evidence of
21    chronic inflammation around these talc
22    particles?
23        A.    I'm just looking at his
24    histologic...
25        (Document review.)

Page 639

1        A.    He did not see any lymphocytes
2    or macrophages or any other white blood
3    cells, but as I said before, chronic
4    inflammation is not something that's
5    necessarily going to show up in pathology.
6    Cytokines, growth factors don't show up on
7    pathology slides.
8    BY MR. ZELLERS:
9        Q.    As we've talked in some of the
10    other cases, you may or may not see a chronic
11    inflammatory response around particles,
12    correct?
13        A.    You don't -- you don't have to
14    see it for there to be chronic inflammation.
15        Q.    My question though is:  You may
16    see chronic inflammation as part of a
17    pathology slide, but you may not for the
18    reasons that you've told us in this
19    deposition?
20        A.    You may see lymphocytes or
21    macrophages, which can be a sign of chronic
22    inflammation, but not seeing them does not
23    mean there's not chronic inflammation.
24        Q.    Hypothetically, had you not
25    seen Dr. Godleski's report, based upon

Page 640

1    everything else in Ms. Swann's case that you
2    reviewed, your opinion would be the same,
3    correct; that her talcum powder use was a
4    cause of her ovarian cancer?
5        A.    As I've said in the other
6    cases, this is supportive of talcum powder
7    being the case, but not required -- being a
8    cause of her cancer, but not required.
9        Q.    Without Dr. Godleski's report,
10    would your opinion in Ms. Swann's case be the
11    same?
12        A.    Ms. Swann had significant --
13    sufficient use of talcum powder that whether
14    Dr. Godleski saw fibers or particles in her
15    tissue or not would not change my opinion.
16        Q.    Are you familiar with an
17    article by Schildkraut in 2021?  Davis and
18    Schildkraut are the authors.
19        A.    Yes.
20        Q.    Let's mark that as Deposition
21    Exhibit 52.
22        (Whereupon, Deposition Exhibit
23        Wolf-52, Genital Powder Use and Risk
24        for Ovarian Cancer... by Davis et al,
25        was marked for identification.)

Page 641

1    BY MR. ZELLERS:
2        Q.    You're familiar with the
3    Schildkraut meta-analysis that's set forth in
4    this paper; is that right?
5        A.    Yes.
6        Q.    You rely on it for your opinion
7    that there is a dose-response, and go to your
8    amended report, page 18; is that right?
9        A.    I considered it in my opinion.
10        DR. THOMPSON:  Object to form.
11    BY MR. ZELLERS:
12        Q.    Are you aware that one of the
13    things --
14        DR. THOMPSON:  I'm sorry.  Can
15    I just have a second to go to that
16    part of her report, because it --
17        MS. GARBER:  Where did you say
18    you were?
19        DR. THOMPSON:  I just want to
20    make sure it's the same Schildkraut
21    study that you're referring to.  I
22    think it probably is not.
23        MR. ZELLERS:  It probably is
24    not?
25        DR. THOMPSON:  I just want to

Judith Wolf, M.D.

Page 642

1    check.
2         MR. ZELLERS:  Sure.
3         DR. THOMPSON:  Page 14?
4         MR. ZELLERS:  Page 18.
5         DR. THOMPSON:  18.
6    A.    I'm sorry.  I didn't realize we
7    were talking about a reference to my report.
8    I thought you asked me --
9    BY MR. ZELLERS:
10    Q.    I did.  I did.  I'm not -- all
11    I asked you was:  Is this something that you
12    looked at and referred to in your report?
13    And I think you said yes, and that was --
14    A.    No.  You -- you asked me if I
15    was familiar with this paper.
16    Q.    Right.
17    A.    And I said yes.
18         DR. THOMPSON:  And then you
19    said you referred to this in -- as
20    support for dose-response, correct?
21    Isn't that what you asked her?
22         MR. ZELLERS:  I did.
23         DR. THOMPSON:  And the
24    Schildkraut referred to for
25    dose-response is 2016, not the paper

Page 643

1    that you just gave us.
2         MR. ZELLERS:  Ah.  Thank you.
3         DR. THOMPSON:  You're welcome.
4    BY MR. ZELLERS:
5    Q.    So we talked earlier about
6    Schildkraut 2016, correct, generally?
7    A.    Generally.
8    Q.    So this paper is a 2021 paper
9    by Davis, and Schildkraut is another one of
10    the authors; is that right?
11    A.    That's correct.
12    Q.    One of the things that
13    Schildkraut was studying in this 2021 article
14    was the potential connection between talc and
15    ovarian cancer in the African-American
16    population; is that right?
17         And I'm looking at the
18    Abstract, Background, for that information.
19    A.    Yes, so looking at genital
20    powder use and ovarian cancer risk in
21    African Americans.
22    Q.    And specifically the authors
23    state:  Genital powder use is more common
24    among African American women; however,
25    studies of genital powder use and ovarian

Page 644

1    cancer risk have been conducted predominantly
2    in white populations and histotype-specific
3    analyses among African American populations
4    are limited.
5         That's what the authors state,
6    right?
7    A.    That's correct.  That's what
8    they state.
9    Q.    And do you agree that genital
10    powder use is more common among
11    African American women, if you know?
12    A.    Yes.  That's been found in most
13    of the studies where there's any
14    African American women.  Although he's
15    correct in saying that most of the studies
16    don't have very many African American women.
17    Q.    Under Results, the authors
18    state:  The prevalence of ever genital powder
19    use for cases was 35.8% among
20    African American women and 29.5% among white
21    women.
22         Is that right?
23    A.    Are you looking at the results
24    in the paper or the results in the abstract?
25    Q.    I'm looking at the results in

Page 645

1    the abstract.  So the prevalence of ever
2    A.    So the prevalence of ever
3    powder use is what you're talking about?
4    Yes.  35.8% in African American women and
5    29.5% in white women.
6    Q.    In this study the authors found
7    that there was not a dose-response
8    relationship regarding frequency or duration
9    of genital powder use and ovarian cancer
10    among African American or white women; is
11    that right?
12         And I'm looking at the
13    Discussion section on page 4 of this article.
14         DR. THOMPSON:  Object to form.
15    A.    I'm looking for the results
16    that show that, so just give me one minute.
17    BY MR. ZELLERS:
18    Q.    Sure.
19         (Document review.)
20         MR. ZELLERS:  Let's go off the
21    record just for a second.
22         (Recess taken, 2:50 p.m. to
23    2:54 p.m. CDT)
24    BY MR. ZELLERS:
25    Q.    I had asked you when we took a

55 (Pages 642 to 645)

Judith Wolf, M.D.

Page 646

1    short break if you agreed with the authors'
2    conclusions in this Schildkraut and Davis
3    2021 publication that there was not a
4    dose-response relationship regarding
5    frequency or duration of genital powder use
6    and ovarian cancer among African American or
7    white women.
8              MS. GARBER: Object to the
9         form.
10             DR. THOMPSON: Object to form.
11        A.    So I looked at the results of
12   the tables. I read the results and then
13   looked at the tables that correspond to
14   frequency of use, which they looked at less
15   than once a week or more than once a week.
16   They looked at all women, African American
17   women and white women. And they separated
18   out high-grade serous, which is the type of
19   cancer Ms. Swann had, from all other
20   histotypes.
21             And in African American women,
22   there were 14 who used -- reported using less
23   than once a week, and their relative risk was
24   1.18. There were 122 who used it more than
25   once a week, and their relative risk was

Page 647

1    1.34. It was not statistically higher, but
2    it was definitely higher.
3              And then in Table 5 -- and this
4    is on page OF7, looking at duration of use,
5    again, they looked at all participants,
6    separated out African American women, white
7    women, all cases, high-grade serous cases and
8    other histotypes. And now I'm specifically
9    looking again at African American women,
10   high-grade serous, less than 20 years use,
11   1.53 relative risk; greater than 20 years,
12   1.19.
13             So I did not see a
14   difference -- a statistically significant
15   difference in either case, but in frequency,
16   which was fairly nonspecific and few people
17   who used it less than once a week, it was
18   higher in the more frequent users.
19             And in the range where
20   Ms. Swann is given that she had her tubes
21   tied after 15 years of use, less than
22   20 years of use in this study, the risk was
23   1.53.
24   BY MR. ZELLERS:
25        Q.    But not statistically

Page 648

1    significant, correct?
2              DR. THOMPSON: Object to form.
3         A.    The 1.53 is statistically
4    significant.
5    BY MR. ZELLERS:
6         Q.    All right. Do you disagree
7    with the authors' statement in the Davis and
8    Schildkraut 2021 paper that there was not a
9    dose-response relationship regarding
10   frequency or duration of genital powder use
11   in ovarian cancer among African American or
12   white women?
13        A.    I do somewhat disagree with it
14   because when I look at the results -- and I'm
15   particularly looking at Ms. Swann, she fits
16   all the categories of the highest risk.
17   There is a higher risk with more frequency of
18   use and high-grade serous in African American
19   women, although not statistically
20   significant, and in African American women
21   who use it less than 20 years, there's a 1.53
22   odds ratio risk, and that would be right
23   where Ms. Swann sits.
24        Q.    Do you disagree with the
25   finding as it relates to Ms. Swann and her

Page 649

1    particular characteristics or do you disagree
2    with the authors' conclusion that they did
3    not find dose-response?
4              DR. THOMPSON: Object to form.
5         A.    Well, I -- two things.
6    Specifically, I disagree with Ms. Swann. As
7    far as frequency of use, I disagree with the
8    findings. There was an increased risk,
9    although it wasn't statistically significant.
10   BY MR. ZELLERS:
11        Q.    So the authors are wrong when
12   they state there was not a dose-response
13   relationship regarding frequency or duration
14   of genital powder use and ovarian cancer
15   among African American or white women per
16   your reading of this study?
17             DR. THOMPSON: Object to form.
18        A.    That is not what I said. What
19   I said was, as far as the frequency of use, I
20   disagree with that statement. There was no
21   statistical significant difference in
22   duration of use.
23   BY MR. ZELLERS:
24        Q.    So --
25        A.    I agree with that part of the

56 (Pages 646 to 649)

Judith Wolf, M.D.

Page 650

1  statement.
2      Q.  -- you disagree with the
3  authors with respect to frequency, but not
4  with respect to duration, correct?
5      DR. THOMPSON:  Object to form.
6      A.  I believe that their findings
7  support a difference with increased frequency
8  and not with increased duration.
9  BY MR. ZELLERS:
10     Q.  In order to establish
11  dose-response, do you need both frequency and
12  duration or is just duration enough or just
13  frequency enough?
14     A.  I think you could have one or
15  both or -- but not -- I don't believe that
16  you have to have both.  But Ms. Swann had
17  frequency and duration.
18     Q.  The authors -- if we look at
19  their conclusion number 1 in the abstract,
20  while genital powder use was more prevalent
21  among African American women, the
22  associations between genital powder use and
23  ovarian cancer risk were similar across race
24  and did not materially vary by histotype.
25          Do you agree with that?

Page 651

1      A.  I agree that that was the
2  findings in their report.
3      Q.  That's not what you would
4  necessarily expect if talcum powder was
5  causing ovarian cancer, correct?
6      DR. THOMPSON:  Object to form.
7      A.  I'm going to disagree with that
8  statement.  The fact that African American
9  women used talc more often than whites
10  doesn't necessarily mean that talcum powder's
11  going to cause more ovarian cancer in them,
12  because they're different people.  They have
13  different genetic makeups.  In fact, every
14  African American or every white woman has a
15  different genetic makeup.
16  BY MR. ZELLERS:
17     Q.  I understand that, but we're
18  looking at them collectively in this study,
19  correct?
20     A.  Yes.
21     Q.  And the authors acknowledge and
22  you've acknowledged that genital powder use
23  is more common among African American women,
24  correct?
25     A.  35% versus 30%, 29.5%, in this

Page 652

1  study.
2      Q.  And yet, in this study what the
3  authors found is that even though African
4  American women used talc more than white
5  women, these authors did not find a
6  statistically significant association in
7  African American women, but they did in white
8  women; is that right?
9      DR. THOMPSON:  Object to form.
10     A.  They did not find a difference
11  between the association in African American
12  women and white women.  They found an
13  association in both, but it was about the
14  same.
15          And what I'm saying is that
16  they are different groups of women, and so
17  just the fact that one group used more
18  talc -- had a higher rate of use of talcum
19  powder than the other doesn't necessarily
20  mean that they should have more ovarian
21  cancer or a higher risk.
22  BY MR. ZELLERS:
23     Q.  But you would expect the group
24  of women that used more talcum powder to have
25  a higher risk of ovarian cancer, if your

Page 653

1  opinions in this matter are correct, right?
2      DR. THOMPSON:  Object to form,
3      asked and answered.
4      A.  No, that's -- that's not true.
5  BY MR. ZELLERS:
6      Q.  Explain why, then, that you
7  would not expect the group of women who used
8  talcum powder more, why you would not expect
9  them to have a higher rate of ovarian cancer.
10     DR. THOMPSON:  Object to form,
11     asked and answered.
12     THE WITNESS:  So when it's been
13     asked and answered and that's your
14     objection, I'm not sure if I'm
15     supposed to answer again or not.
16     DR. THOMPSON:  Yeah, you are.
17     THE WITNESS:  Okay.
18     A.  So more African American women
19  use powder.  The risk of developing ovarian
20  cancer from powder was the same in African
21  American and white women, or similar.
22          Let's see.  The -- the African
23  American women was 1.22, 1.36.
24          Just because more African
25  American women use talc doesn't mean that

Judith Wolf, M.D.

Page 654

1  they're going to get -- that the risk -- the
2  odds ratio has to be higher in them.
3      Q.   Why not?
4      A.   I don't know how better to
5  explain it. Why would it be?
6      Q.   Because more African American
7  women use talcum powder.
8          DR. THOMPSON: Object to form,
9      same objection, asked and answered
10     numerous times.
11 BY MR. ZELLERS:
12     Q.   So if you have a group of women
13 who use talcum powder more than another group
14 of women, wouldn't you expect the group of
15 women who used talcum powder more frequently,
16 that they would have a higher risk of ovarian
17 cancer if, you know, your theory and your
18 opinions are correct?
19         DR. THOMPSON: Object to form.
20     A.   No.
21         DR. THOMPSON: Asked and
22     answered numerous times.
23     A.   That's not what I would expect.
24 I would expect if we had genetically
25 homogeneous women that might be true, but we

Page 655

1  don't. We know that African American women
2  have a lower risk of ovarian cancer overall
3  compared to white women.
4  BY MR. ZELLERS:
5      Q.   Do you know why?
6      A.   Because -- do I know why? Not
7  specifically, no.
8      Q.   The reason, then, that you
9  don't find it unusual, the findings in this
10 study, is because there's something about
11 African American women which we don't know
12 that makes them less susceptible to ovarian
13 cancer; is that correct?
14         DR. THOMPSON: Object to form.
15     A.   Epidemiologically, that's
16 correct.
17 BY MR. ZELLERS:
18     Q.   Before I get too far ahead, I
19 want to go back to family history. And I was
20 able to go back and look at the deposition.
21 And your counsel can show you what we've
22 marked or will mark as Deposition Exhibit 53.
23         (Whereupon, Deposition Exhibit
24     Wolf-53, Excerpt from Lydia Huston
25     Deposition, was marked for

Page 656

1      identification.)
2  BY MR. ZELLERS:
3      Q.   And it's an excerpt from the
4  deposition of Ms. Huston, page 53, beginning
5  at line 7.
6          DR. THOMPSON: If you want to
7      read her the passage while I'm getting
8      it up, that's fine.
9  BY MR. ZELLERS:
10     Q.   Ms. Huston, Ms. Swann's
11 daughter testified that Ms. Swann's paternal
12 aunt had breast cancer, and the testimony is:
13         QUESTION: All right. On
14 page 18, under Family Medical History, we've
15 got Edna Pye Ball, paternal aunt, now
16 deceased, breast cancer.
17         I think when we were talking
18 earlier, you mentioned another aunt on your
19 dad's side. I think you told me that both
20 Mae and Annette had breast cancer; is that
21 right?
22         ANSWER: And my grandmother, my
23 paternal grandmother, yes.
24         Okay.
25         And with Edna Pye Ball, I'm

Page 657

1  just not sure of the date.
2          So does the reference to
3  page 18, under Family Medical History, Edna
4  Pye Ball, now deceased, breast cancer, does
5  that refresh your recollection as to
6  Ms. Swann's paternal aunt having breast
7  cancer?
8          And I'm sorry, Doctor, I don't
9  have the testimony --
10     A.   That just confused me more
11 because --
12     Q.   Let me ask you, then, a
13 hypothetical.
14         If Ms. Swann's paternal aunt
15 had breast cancer, hypothetically --
16     A.   Paternal aunt had breast
17 cancer.
18     Q.   Yes.
19     A.   Yes.
20     Q.   Would that be information that
21 you would consider in terms of determining
22 whether family history was a risk factor in
23 her case?
24         DR. THOMPSON: Object to form.
25     A.   A paternal aunt who had breast

58 (Pages 654 to 657)

Judith Wolf, M.D.

Page 658

1  cancer, I would need more information about
2  was it premenopausal or postmenopausal,
3  because somewhere else it says it was the
4  paternal grandmother who had breast cancer --
5  BY MR. ZELLERS:
6      Q.   I understand.
7      A.   -- so I'm not clear.
8      Q.   That's why I'm asking you in
9  terms of a hypothetical.
10     A.   I would need more information.
11     Q.   All right.  Is a finding that a
12  patient's paternal aunt had breast cancer, is
13  that a factor you would consider when looking
14  at family history?
15     A.   I consider the entire family
16  history.  One paternal aunt who had breast
17  cancer would not put a patient at increased
18  risk for ovarian cancer.
19     Q.   How about a paternal aunt with
20  breast cancer and a grandmother with ovarian
21  cancer?  Hypothetically, if those are the
22  facts in this case --
23     A.   What side is the grandmother
24  on?
25     Q.   We looked at that record early

Page 659

1  on.  We don't know.  So that was an earlier
2  deposition exhibit --
3      A.   49.
4      Q.   -- 49, the record from Missouri
5  Baptist Medical Center, that the grandmother
6  had ovarian cancer.
7      A.   I see that.
8      Q.   So my question to you is, and
9  I'll phrase it in terms of a hypothetical,
10  that in a case if a patient has a grandmother
11  with ovarian cancer and a paternal aunt with
12  breast cancer, is that supportive of family
13  history being a risk factor or a potential
14  risk factor for ovarian cancer?
15     DR. THOMPSON:  Object to form.
16     A.   With that information alone,
17  that does not give me any information to
18  support a family history.  The grandmother
19  could be on the maternal side, the aunt on
20  the father's side.  That would have no
21  relationship.
22  BY MR. ZELLERS:
23     Q.   If, hypothetically, both
24  relatives were -- well, strike that.
25     Hypothetically, if the

Page 660

1  grandmother was a blood relative of the
2  patient --
3      A.   Well, I would assume she was,
4  unless the patient was somehow adopted.
5      Q.   Right.  And the paternal aunt
6  was a blood relative, so that in our
7  hypothetical --
8      A.   I would assume -- yeah.  Okay.
9  So it could be -- okay.
10     Q.   So assume both the paternal
11  aunt that had breast cancer and the
12  grandmother, blood relative, had ovarian
13  cancer.  Would that be enough for you to
14  consider in a case the possibility of family
15  history being a risk factor for ovarian
16  cancer?
17     A.   Not unless I knew that the
18  grandmother was from the same side of the
19  family as the paternal aunt, and I had more
20  information about the paternal aunt's
21  grandmother; was it premenopausal or
22  postmenopausal?
23     Q.   That's what you would need in
24  terms of additional --
25     A.   To make some kind of an

Page 661

1  assessment.  I'm sorry.
2      Q.   That's all right.
3      That's the additional
4  information you would need to make an
5  assessment as to whether family history was a
6  potential risk factor?
7      A.   Yes.
8      Q.   A couple more questions.
9      Are you aware that Ms. Swann
10  had vulvar lesions while being treated with
11  chemotherapy?
12     And I can show you the record,
13  but --
14     A.   Yeah, I vaguely remember that.
15  But I don't remember the details, if you have
16  that record.
17     Q.   Sure.
18     Let's mark as Deposition
19  Exhibit 54...
20     (Whereupon, Deposition Exhibit
21  Wolf-54, Medical Record(s),
22  SWANNV_ELBENDARYA_0035 -
23  SWANNV_ELBENDARYA_0036, was marked for
24  identification.)
25     ///

59 (Pages 658 to 661)

Judith Wolf, M.D.

Page 662

BY MR. ZELLERS:
1
2    Q.    Do you see Deposition
3    Exhibit 54, this medical record excerpt, and
4    I'm looking at the second paragraph:  On
5    examination she has an area on the right side
6    of the lower vulvar area near the
7    posterior -- is that fourchette?
8        A.    Fourchette.
9        Q.    -- that is irregularly shaped.
10   It is obviously abraded.  It has the
11   appearance of a possibility that there were
12   several blisters that became confluent.
13       A.    I see that.
14       Q.    All right.  Ms. Swann reported
15   to a nurse practitioner that she was using
16   cornstarch and Vaseline on her vulvar area
17   and rectum.  Are you aware of that?
18       A.    I see that there, yes.
19       Q.    The nurse practitioner told her
20   to stop using the cornstarch; is that right?
21       A.    Yes.
22       Q.    We had looked earlier at the
23   Wentzensen and O'Brien article from 2001
24   [sic], and do you recall in that article that
25   the authors also discussed cornstarch as an

Page 663

1    inflammatory agent?
2        DR. THOMPSON:  Object to form.
3        A.    I don't recall that from that
4    paper, and I think that paper was from 2021,
5    not 2001.
6    BY MR. ZELLERS:
7        Q.    If I said 2001, I misspoke.  It
8    was from 2021.
9        Cornstarch can cause
10   inflammation; is that right?
11       A.    Acute inflammation.
12       Q.    Well, cornstarch can cause
13   either or both acute inflammation or chronic
14   inflammation, correct?
15       DR. THOMPSON:  Object to form.
16       A.    Cornstarch can cause acute
17   inflammation.  What's not clear for me for
18   this was, was she using cornstarch to try to
19   treat that area, which is what I was assuming
20   when I was reading this.
21   BY MR. ZELLERS:
22       Q.    Can cornstarch cause chronic
23   inflammation?
24       A.    Cornstarch is broken down by
25   the body, and so it can cause acute

Page 664

1    inflammation, but it doesn't last -- stay
2    there to cause chronic inflammation.
3        Q.    Is that a no to my question?
4        DR. THOMPSON:  Object to form.
5        A.    As far as I'm aware, cornstarch
6    causes acute inflammation.  It's broken down
7    by the body, and so it wouldn't cause a
8    chronic inflammatory response.
9    BY MR. ZELLERS:
10       Q.    Cornstarch, because of the
11   sugars it contains, can cause yeast
12   infections, correct?
13       DR. THOMPSON:  Object to form.
14       A.    I'd have to see a paper that
15   shows that cornstarch causes yeast
16   infections.  That's not something that I'm
17   clinically aware of.
18   BY MR. ZELLERS:
19       Q.    Do you have the Wentzensen
20   paper?
21       A.    I do.
22       (Interruption by the
23   stenographer.)
24       (Discussion off the record.)
25       ///

Page 665

1    BY MR. ZELLERS:
2        Q.    Doctor, I'm looking on
3    page 2 --
4        A.    Yes.
5        Q.    -- of the Wentzensen and
6    O'Brien paper, 2021.
7        A.    Yes.
8        Q.    The very last sentence, page 2,
9    under Chemical Properties of Talc and Body
10   Powder?
11       A.    I see that.
12       Q.    The authors state:  It cannot
13   be excluded that other ingredients of body
14   powders, such as cornstarch, may also have
15   biological effects, for example, by causing
16   irritation or inflammation of the female
17   reproductive tract.
18       Do you see that?
19       A.    I see that.
20       Q.    And you have no disagreement
21   with that, do you?
22       DR. THOMPSON:  Object to form.
23       A.    That's what I just said before,
24   that it can cause inflammation.
25       ///

60 (Pages 662 to 665)

Judith Wolf, M.D.

Page 666

1    BY MR. ZELLERS:
2        Q.    All right.  Are you aware that
3    the FDA banned cornstarch on surgical gloves
4    because of the inflammatory responses it can
5    cause?
6        A.    Yes.  It banned any powder use
7    on surgical gloves, I think, in the '90s.
8        Q.    You --
9        A.    Or maybe the 2000s.  I don't
10   remember the year.
11       Q.    Do you consider douching to be
12   a risk factor for ovarian cancer?
13           DR. THOMPSON:  Object to form.
14       A.    I do not, but I highly
15   discourage my patients from douching.
16   BY MR. ZELLERS:
17       Q.    Why is that?
18       A.    Because it upsets the normal
19   bacterial flora in the vagina and can
20   increase the risk of infection.
21       Q.    Are you familiar the Sister
22   Study, which is one of the cohort studies?
23       A.    I am.
24       Q.    And that's Gonzalez 2016, and
25   they wrote an article, Douching, Talc Use and

Page 667

1    Risk of Ovarian Cancer, correct?
2        A.    I don't remember the exact
3    title of it.
4        Q.    Let's mark as Exhibit 55...
5            (Whereupon, Deposition Exhibit
6        Wolf-55, Douching, Talc Use, and Risk
7        of Ovarian Cancer, by Gonzalez et al,
8        was marked for identification.)
9    BY MR. ZELLERS:
10       Q.    Have you had a chance to take a
11   look at the article?
12       A.    Yes.
13       Q.    And it's titled Douching, Talc
14   Use and Risk of Ovarian Cancer; is that
15   right?
16       A.    Yes.
17       Q.    The authors found -- and I'm
18   looking under Results in the Abstract:  There
19   was little association between baseline
20   perineal talc use and subsequent ovarian
21   cancer.  Douching was more common among talc
22   users, and douching at baseline was
23   associated with increased subsequent risk of
24   ovarian cancer.
25           Do you see that?

Page 668

1        A.    I see that.
2        Q.    So this study found a
3    statistically significant increased risk for
4    ovarian cancer for douching but not for
5    perineal talc use; is that right?
6            DR. THOMPSON:  Object to form.
7        A.    This study -- what they asked,
8    if you look just above the Results in their
9    Methods:  At baseline, participants were
10   asked about douching and talc use during the
11   previous 12 months.
12           So that -- they only looked at
13   that one-year period, the previous 12 months
14   from the time they were asked.
15           That's not enough information
16   for me to know what any association or
17   results that they got, what they mean from
18   their study.  And this is the only study that
19   I'm aware of that showed any correlation
20   between douching and ovarian cancer risk.
21   BY MR. ZELLERS:
22       Q.    Well, they go on to say that:
23   During follow-up, 154 participants reported a
24   diagnosis of ovarian cancer.  And the median
25   follow-up was 6.6 years.  Is that right?

Page 669

1        A.    Yes.
2        Q.    Do you consider douching with
3    also using talc to be a risk factor for
4    ovarian cancer?
5            DR. THOMPSON:  Object to form.
6        A.    Again, I'm not aware of any
7    studies that look at specifically the
8    combination of those two activities other
9    than this study, and douching is not
10   something that -- again, I highly recommend
11   my patients do not douche for many reasons.
12   Not for ovarian cancer risk, but for other
13   health reasons and infection reasons.
14           And this is the only study that
15   I'm aware of that found that douching was a
16   risk for ovarian cancer.  And it was a poorly
17   designed study as far as the questions they
18   asked and the usage of either douching or
19   talc use.
20   BY MR. ZELLERS:
21       Q.    Do you consider douching with
22   also using talc to be a potential risk factor
23   for ovarian cancer, but more information and
24   study is needed?
25           DR. THOMPSON:  Object to form.

61 (Pages 666 to 669)

Judith Wolf, M.D.

Page 670

1        MS. GARBER: Object to the
2   form.
3        A.   I would not recommend anybody
4   do more study on douching of anything because
5   I think it's not a good thing. It's not
6   healthy for women to douche.
7   BY MR. ZELLERS:
8        Q.   In Ms. Swann's case, as in the
9   other cases we've talked about, there's the
10  potential that there could be an unknown
11  cause or risk factor for ovarian cancer
12  that's related to her diagnosis of ovarian
13  cancer, correct?
14       DR. THOMPSON: Object to form.
15       MS. GARBER: Object to the
16  form.
17       A.   So I reviewed all of the -- all
18  of her records and her risk factors, and
19  everything that's identified as a risk factor
20  for ovarian cancer or a protective factor I
21  assessed, and her risk factor that was clear
22  for me for ovarian cancer was her talc use.
23  BY MR. ZELLERS:
24       Q.   Could you answer my question?
25       A.   I don't remember your question.

Page 671

1        DR. THOMPSON: Object to form.
2   BY MR. ZELLERS:
3        Q.   All right. In all of these
4   cases, there's a possibility of an unknown
5   cause of ovarian cancer, either unknown or
6   undiscovered, correct?
7        DR. THOMPSON: Object to form.
8        A.   In Ms. Swann's case and in all
9   of the cases that we've discussed today and
10  yesterday, Ms. Gallardo, and this case too,
11  given what I know about ovarian cancer and
12  the risks factors that are known, I think
13  it's highly unlikely that there would be
14  something else that caused -- would be a
15  cause of her ovarian cancer that was -- that
16  I did not already assess, something unknown.
17  It would be highly unlikely.
18  BY MR. ZELLERS:
19       Q.   Well, we have the possibility
20  of a family history, correct?
21       MS. GARBER: Object to the
22  form.
23       DR. THOMPSON: Object to form.
24       A.   I have no evidence in her
25  family history that that's a risk factor.

Page 672

1   BY MR. ZELLERS:
2        Q.   We have the possibility of a
3   hereditary gene mutation or a gene mutation
4   that is not yet -- let me withdraw that.
5        There's the possibility of a
6   genetic gene mutation that either has not
7   been tested for or not been discovered,
8   correct?
9        MS. GARBER: Object to the
10  form.
11       A.   There's nothing in her history
12  that suggests that she has any genetic
13  mutation, inherited genetic mutation.
14  BY MR. ZELLERS:
15       Q.   It's a possibility, correct?
16       MS. GARBER: Object to the
17  form.
18       A.   It's highly unlikely. There's
19  nothing in her history to suggest that or
20  support that.
21  BY MR. ZELLERS:
22       Q.   What would you look for that
23  might be indicative or create the potential
24  for an undiscovered or undiagnosed gene
25  mutation?

Page 673

1        DR. THOMPSON: Object to form.
2   That's asked and answered on numerous
3   occasions.
4        A.   Well, I'm not sure what you're
5   asking. Are you asking what in a family
6   history would I look for?
7   BY MR. ZELLERS:
8        Q.   No. What I'm saying is there
9   are many undiscovered genetic mutations,
10  correct? I mean, that's a common fact.
11       A.   That doesn't mean they're
12  inherited. There are many genetic mutations.
13       Q.   Let's put aside inherited. So
14  I'm asking you --
15       A.   So not inherited.
16       Q.   Not inherited. Genetic
17  mutations.
18       A.   There are many genetic
19  mutations in ovarian cancer. Every ovarian
20  cancer has many, many genetic mutations by
21  the time we find it's cancer.
22       Q.   Understood.
23       There may be genetic mutations
24  that are yet undiscovered, correct?
25       DR. THOMPSON: Object to form.

62 (Pages 670 to 673)

Judith Wolf, M.D.

Page 674

1    A.    There may be genetic mutations
2 that are rare that are found in some cancers.
3 That would not have any impact on my opinion
4 in this case.
5 BY MR. ZELLERS:
6    Q.    Understood.
7        In your opinion, there are no
8 other possible causes for Ms. Swann's ovarian
9 cancer other than talcum powder use; is that
10 your opinion?
11        DR. THOMPSON:  Object to form.
12    A.    I'm going to go back to ovarian
13 cancer is multifactorial, and the only thing
14 that I can find in her history that is a
15 clear risk factor and a causative factor of
16 ovarian cancer is her talc use.
17 BY MR. ZELLERS:
18    Q.    We did discuss many times, and
19 neither one of us want to repeat it, but we
20 discussed many times that the majority of
21 ovarian cancers have an unknown cause,
22 correct?
23        DR. THOMPSON:  Object to form.
24    A.    You have said that many times,
25 and I have said that ovarian cancer is

Page 675

1 multifactorial, about 15% of the time there's
2 an inherited mutation.  The other ones it's
3 some noninherited exposure.  Things like
4 talc, endometriosis, incessant ovulation,
5 infertility, nulliparity, those are things
6 that can be causes of ovarian cancer.
7        Some women have more than one
8 of those that you can identify.  Some have
9 none, some have one.
10    Q.    In the majority of cases of
11 ovarian cancer, the specific cause cannot be
12 determined.  Agreed?
13        DR. THOMPSON:  Object to form.
14 BY MR. ZELLERS:
15    Q.    I understand in this case you
16 believe you've determined at least a cause of
17 the ovarian cancer.  My question is broader,
18 that in the majority of cases of ovarian
19 cancer, a specific cause or causes cannot be
20 determined.  Agreed?
21        MS. GARBER:  Object to the
22 form.
23        DR. THOMPSON:  Object to form.
24    A.    I don't agree with that
25 statement.

Page 676

1 BY MR. ZELLERS:
2    Q.    So your testimony is, in the
3 majority of cases, physicians, competent
4 physicians, can determine the cause of the
5 ovarian cancer?
6        MS. GARBER:  Object to the
7 form.
8        DR. THOMPSON:  Objection.
9        MR. ZELLERS:  No.  If that's
10 her testimony, I'd like to understand
11 that.
12        DR. THOMPSON:  That is not her
13 testimony.
14        THE WITNESS:  That is not my
15 testimony.
16        (Simultaneous discussion
17 interrupted by the stenographer.)
18        DR. THOMPSON:  That misstates
19 her testimony on multiple occasions.
20    A.    So my testimony is that about
21 15% of ovarian cancers have a recognizable
22 inherited genetic mutation, which is a risk
23 factor.  And there are multiple other risk
24 factors for ovarian cancer.  Some women have
25 more than one that you can identify.  Some

Page 677

1 have one.  Some have none.
2 BY MR. ZELLERS:
3    Q.    And my question to you is:  Do
4 you agree that in the majority of cases of
5 ovarian cancer, a specific cause cannot be
6 determined?
7        DR. THOMPSON:  Object to form.
8    A.    I'm going to give you the same
9 answer I just gave you; that women -- some
10 women with ovarian cancer have a known
11 inherited mutation that increases their risk.
12 BY MR. ZELLERS:
13    Q.    And we've agreed that's 10 to
14 15%, correct?
15    A.    Yes.
16    Q.    All right.  And so my question
17 is:  In the majority of cases, putting aside
18 the 10 to 15% where there is, you know, a
19 known hereditary genetic mutation, putting
20 those aside, in the other 85% of cases, the
21 majority of cases, we don't know what causes
22 a particular woman's ovarian cancer.
23        DR. THOMPSON:  Object to form,
24 asked and answered.
25    A.    My answer is that in many of

63 (Pages 674 to 677)

Judith Wolf, M.D.

Page 678

1  the other women who don't have an inherited
2  genetic mutation, you can identify one or
3  more risk factors that can be a cause of her
4  cancer.
5  BY MR. ZELLERS:
6      Q.   Can be, but you don't know if
7  they are or are not, correct?
8          DR. THOMPSON:  Object to form,
9      asked and answered.
10     A.   A genetic mutation can be a
11  cause of her cancer.  If she doesn't have a
12  genetic mutation and has another risk factor,
13  that can be a cause of her cancer.
14  BY MR. ZELLERS:
15     Q.   Most cases of ovarian cancer
16  are sporadic; is that right?
17         DR. THOMPSON:  Object to form.
18         MS. GARBER:  Object to the
19     form.
20     A.   Sporadic means not inherited,
21  most of the time in the medical literature.
22  That doesn't mean you don't know what the
23  cause of it could be.
24  BY MR. ZELLERS:
25     Q.   Then let me ask you this

Page 679

1  question, and if you can answer it, I'll be
2  off of this topic.
3          Is it your opinion that in the
4  majority of cases of ovarian cancer, that you
5  can determine what caused the ovarian cancer?
6          DR. THOMPSON:  Object to form.
7      A.   It is my opinion that in many
8  women you can -- you or anyone can identify
9  risk factors that could cause her cancer.
10  BY MR. ZELLERS:
11     Q.   Risk factors are not cause.
12  We've discussed that a number of times,
13  correct?
14         DR. THOMPSON:  Object to form.
15     A.   So a risk factor can cause.
16  BY MR. ZELLERS:
17     Q.   It can or cannot.  I mean, it
18  could be either one, right?
19         DR. THOMPSON:  Object to form.
20     A.   A causative risk factor -- a
21  risk factor can cause, increases the risk.
22  BY MR. ZELLERS:
23     Q.   It increases the risk, but
24  we've talked about a woman could have a
25  family history, a woman could have hormone

Page 680

1  replacement therapy, could have age, could
2  have a number of risk factors, could be
3  BRCA-positive, but that doesn't necessarily
4  mean that any one or combination of those
5  things caused her ovarian cancer, correct?
6          MS. GARBER:  Object to the
7      form.
8          DR. THOMPSON:  Object to form,
9      asked and answered.  I think we're
10     about up to 30.
11     A.   I don't even know what that
12  question was.  I got confused.  I'm sorry.
13  So that...
14  BY MR. ZELLERS:
15     Q.   Well, the question is:  You've
16  agreed that just because a woman has a risk
17  factor does not mean that that risk factor is
18  going to cause the woman to have ovarian
19  cancer, correct?
20         DR. THOMPSON:  Object to form,
21     again.
22     A.   So a risk factor doesn't have
23  to cause cancer, but if a woman has cancer
24  and she has a known risk factor, I consider
25  that a cause of her cancer.

Page 681

1  BY MR. ZELLERS:
2      Q.   That's the way you've analyzed
3  the cases and that's the basis on which
4  you're giving opinions in this case, correct?
5      A.   The basis of my opinions is by
6  reviewing all of the records to see what the
7  risk factors were, to see if there's -- if it
8  fits a known risk factor that could be a
9  cause.
10         Remember, there's multiple
11  injuries to the cell that need to lead to
12  ovarian cancer, so she can have more than one
13  to cause her cancer.
14     Q.   The way you approached these
15  cases is that if a woman has ovarian cancer
16  and has a recognized risk factor, then you
17  believe that the risk factor or factors that
18  a woman may have are a cause of her ovarian
19  cancer, correct?
20         DR. THOMPSON:  Object to form.
21     A.   That is partly how I assess
22  these cases.
23  BY MR. ZELLERS:
24     Q.   And that's why, for a woman
25  that has ovarian cancer and has what you

64 (Pages 678 to 681)

Judith Wolf, M.D.

Page 682

1    determine to be sufficient exposure to talcum
2    powder, you believe that whether talc is
3    found in the tissue or not, that talcum
4    powder use is a causative factor of the
5    woman's ovarian cancer, correct?
6         DR. THOMPSON:  Object to form.
7         A.    If I review the entire history
8    and everything and I assess that talcum use
9    was sufficient, that she had a patent
10   reproductive tract, that her type of ovarian
11   cancer is the type of ovarian cancer,
12   epithelial, that is associated with talc use,
13   in the cases that we've talked about today, I
14   have assessed that those are -- it's a cause
15   of their cancer.
16        MR. ZELLERS:  All right.  So
17   let's take a break.  I may have one or
18   two other questions, but I'm
19   essentially done.
20        (Recess taken, 3:37 p.m. to
21   3:49 p.m. CDT)
22   BY MR. ZELLERS:
23        Q.    Dr. Wolf, in Ms. Swann's case,
24   have you spoken with -- and maybe I've asked
25   you this already -- have you spoken with any

Page 683

1    of her treating physicians?
2         A.    I have not.
3         Q.    Is this the case in which one
4    of your former residents was a treating
5    physician, or that was Judkins?
6         A.    That was Judkins, one of my
7    former fellows.
8         Q.    So let me ask my questions for
9    Swann.
10        In Ms. Swann's case, have you
11   spoken with her daughter at all?
12        A.    No.
13        Q.    Have you spoken with any of the
14   treating physicians in Ms. Swann's case about
15   her medical history or ovarian cancer
16   diagnosis?
17        A.    No.
18        Q.    You never were a treating
19   physician with respect to Ms. Swann?
20        A.    No.
21        Q.    Never participated in her care;
22   is that right?
23        A.    That's correct, I have not.
24        Q.    Your testimony is that for
25   ovarian cancer to occur, there has to be at

Page 684

1    least 5 to 10 genetic mutations; is that
2    right?
3         A.    My testimony is that there has
4    to be multiple mutations, and on average, for
5    epithelial cancers in humans in adults, it's
6    5 to 10.
7         Q.    Do you agree that in any
8    woman's case, and specifically the four
9    patients we've talked today, today and
10   yesterday, Ms. Gallardo, Bondurant, Judkins
11   and Swann, that you do not know what caused
12   those 5 to 10 mutations that resulted in
13   their ovarian cancer, correct?
14        DR. THOMPSON:  Object to form.
15        A.    So I know that they all had
16   significant talc use and that can cause
17   mutations, one or more.  And some of them --
18   and I can't remember all of the details --
19   had other risk factors that could cause an
20   inflammatory response and cause mutations.
21        The only time that I would be
22   able to say one thing caused one of those
23   mutations is if there was an inherited risk
24   factor in a BRCA mutation or some other
25   inherited risk factors that would be one of

Page 685

1    those.
2    BY MR. ZELLERS:
3         Q.    If we had an inherited risk
4    factor in any of these four cases or in any
5    of the cases that you reviewed, you could
6    definitively say that that inherited risk
7    factor caused one or more of the mutations?
8         A.    One.  It can only cause one.
9         Q.    All right.  Caused one of the
10   mutations.
11        A.    Yes.
12        Q.    However, for all other risk
13   factors, including talc, you can't say
14   definitively in any case that a specific risk
15   factor caused a genetic mutation, one of the
16   5 to 10 that are required for a woman to
17   develop ovarian cancer, correct?
18        DR. THOMPSON:  Object to form,
19   asked and answered.
20        A.    I disagree with that
21   clarification.  I would say that I can't tell
22   you which mutations were caused by other risk
23   factors, but I know that they can cause
24   mutations.
25                    ///

65 (Pages 682 to 685)

Judith Wolf, M.D.

Page 686

1    BY MR. ZELLERS:
2        Q.    But you can't tell, of the 5 to
3    10 mutations, which one or more were caused
4    by talcum powder use, correct?
5        DR. THOMPSON:  Object to form.
6        A.    It doesn't matter to me which
7    one or more.
8    BY MR. ZELLERS:
9        Q.    Well, you can't tell if any of
10   the genetic mutations were caused by talcum
11   powder use, correct?
12       DR. THOMPSON:  Object to form,
13   asked and answered.
14       A.    I know that talcum powder use
15   can cause mutations and can cause ovarian
16   cancer.
17   BY MR. ZELLERS:
18       Q.    I understand that's your
19   opinion.  My question is a little different.
20       In any individual patient,
21   you're not able to say whether the talcum
22   powder use caused one or two or more of the 5
23   to 10 mutations required for ovarian cancer
24   or that the talcum powder use caused any
25   genetic mutation, correct?

Page 687

1        DR. THOMPSON:  Object to form,
2    asked and answered.
3    BY MR. ZELLERS:
4        Q.    I mean, that's just not
5    something that's knowable and you're not able
6    to give an opinion on that.
7        DR. THOMPSON:  Object to form.
8        A.    So if I have an ovarian cancer
9    and I can see all of the genetic mutations in
10   that ovarian cancer, it's very difficult to
11   know where those came from unless there is
12   one of those mutations that she has that came
13   from an inherited mutation.
14       But by the time there's a
15   cancer, there isn't just 5 or 10 that you can
16   see that I would assess, there's hundreds.
17   And I'm telling you that because I've looked
18   at the karyotypes of ovarian cancers and you
19   can see multiple genetic mutations, not just
20   5 or 10, that led to cancer.  Once it's
21   cancer, it keeps mutating.
22   BY MR. ZELLERS:
23       Q.    Other than in the case of an
24   inherited genetic mutation, you're not able
25   to attribute a particular genetic mutation to

Page 688

1    any risk factor, correct?
2        A.    It's -- it's difficult to do
3    that.
4        MR. ZELLERS:  All right.  I
5    have no further questions, other
6    than -- I'll wait until Ms. Thompson
7    is done.  I just want to say we have
8    covered all your opinions, but I'll do
9    that when Ms. Thompson is done.
10       DR. THOMPSON:  Okay.  Did you
11   want to look at the CV while she's
12   here?
13       MR. ZELLERS:  Oh, thank you.
14   Thank you so much.
15       DR. THOMPSON:  Anytime, for
16   you.
17       MR. ZELLERS:  All right.  Yes.
18   BY MR. ZELLERS:
19       Q.    So we've marked the CV --
20       MR. ZELLERS:  Have we marked
21   the CV?
22       All right.  The CV we will mark
23   as Deposition Exhibit 56.
24       (Whereupon, Deposition Exhibit
25   Wolf-56, Curriculum Vitae, was marked

Page 689

1    for identification.)
2    BY MR. ZELLERS:
3        Q.    I'm not able to see it
4    because -- well, I don't need to see it.
5    That's okay.
6        A.    Yeah.
7        Q.    You have it electronically in
8    front of you; is that right?
9        A.    I do.  I do.
10       Q.    So we're going to print a copy.
11   My understanding, that is your CV as of
12   January 5th of 2019; is that right?
13       A.    Well, I added in my change of
14   position since then.
15       Q.    All right.  So the CV that
16   you're looking at has a date of January 5th
17   of 2019, but you updated it some since
18   that -- since then, even if you haven't
19   changed the date?
20       A.    Yes.
21       Q.    Okay.
22       A.    Just with my change in jobs,
23   yes.
24       Q.    Is your CV that we've marked as
25   Deposition Exhibit 56 an up-to-date résumé or

Judith Wolf, M.D.

Page 690

1  listing of your background and your training
2  and your publications and your work
3  experience?
4       A.   Pretty much.  I do think there
5  may be one or two other publications that are
6  not on there that I haven't pulled out, but
7  generally, yes.
8       Q.   When do you believe you last
9  updated your CV?
10      A.   Well, yesterday I changed the
11 position, but I did not do a PubMed search to
12 find new publications.  I'm aware there have
13 been a few, but I haven't put them on.
14      Q.   So you updated it yesterday.
15 You think and believe and are testifying it's
16 up to date, other than there may be one or
17 two publications over the last year or two
18 that are not, you know, on your CV?
19      A.   Yes.
20      Q.   Those publications have nothing
21 to do with talcum powder or causes of ovarian
22 cancer or risk factors for ovarian cancer,
23 correct?
24      A.   They do not.
25           MR. ZELLERS:  All right.  I

Page 691

1       have no further questions then,
2  subject to maybe a couple more once
3  Ms. Thompson is done.
4           THE WITNESS:  Okay.  Thank you.
5           ------------
6           EXAMINATION
7           ------------
8  BY DR. THOMPSON:
9       Q.   Dr. Wolf, I have just a few
10 questions.  We'll start with some that are
11 more general.
12           Looking at the O'Brien paper
13 that's Exhibit 20.
14      A.   Got it.
15      Q.   And did the O'Brien authors
16 look at frequent users of talc?
17           MR. ZELLERS:  Objection, form.
18      A.   I'm going to pull up -- look at
19 their -- so they looked at...
20           MR. ZELLERS:  Doctor, if you
21 could tell us what page you're looking
22 at, once you start to read and are
23 testifying.
24           THE WITNESS:  Yes, I will.
25           ///

Page 692

1  BY DR. THOMPSON:
2       Q.   Well, I'm seeing now that --
3  yeah, Table 1.
4       A.   Table 1, that's on page 52.
5       Q.   You know, what I'm looking at
6  may be in the supplemental tables.
7       A.   They're in the back of this
8  one.
9           (Document review.)
10 BY DR. THOMPSON:
11      Q.   I'm not seeing what I'm looking
12 for, so let's just move on.
13      A.   Okay.
14      Q.   I may come back to that in a
15 second, but...
16           Were all the plaintiffs that we
17 are discussing today frequent users?
18      A.   They were.
19      Q.   Were there letters to the
20 editor published in JAMA regarding the
21 O'Brien study?
22      A.   Yes.
23      Q.   And what were -- what was the
24 gist of those letters?
25           MR. ZELLERS:  Objection, form.

Page 693

1  BY DR. THOMPSON:
2       Q.   What -- state what those
3  letters said.
4           MR. ZELLERS:  Objection, form.
5       A.   So there were, I believe, a
6  couple of letters that said that -- brought
7  out points that there still may not have been
8  enough patients in the study to make a clear
9  judgment that there was a positive
10 association with talc use and ovarian cancer;
11 that how they assessed -- and that
12 specifically in the serous cancers, because
13 there were more of those, there was a
14 statistically increased use, and that the --
15 that's what I recall about...
16 BY DR. THOMPSON:
17      Q.   Do you remember who wrote those
18 letters?
19      A.   I remember Dr. Cramer was one
20 of the authors who wrote those letters.  I
21 don't remember the others.
22      Q.   Was Dr. Harlow one of those
23 authors too?
24      A.   Yes, Dr. Harlow.
25      Q.   And are those authors of some

67 (Pages 690 to 693)

Judith Wolf, M.D.

Page 694

1  of the other papers that we've been
2  discussing?
3      A.   Absolutely, yes.
4      Q.   And were those letters
5  consistent with the opinions that you've
6  given regarding the O'Brien study?
7          MR. ZELLERS:  Objection, form.
8      A.   There -- they brought up points
9  in their letters that I -- that are
10  consistent with my opinion.
11  BY DR. THOMPSON:
12      Q.   Do you remember the questions
13  that Mr. Zellers asked regarding the subtypes
14  of ovarian cancer and Health Canada's
15  conclusions?
16      A.   Yes.
17      Q.   And what does Health Canada
18  assessment conclude about the causation of
19  genital talcum powder use and ovarian cancer?
20          MR. ZELLERS:  Objection, form.
21      A.   That it's -- the conclusions of
22  Health Canada that talcum powder can cause
23  ovarian cancer.
24  BY DR. THOMPSON:
25      Q.   And did Health Canada

Page 695

1  assessment exclude clear-cell carcinoma?
2      A.   It did not.
3          MR. ZELLERS:  Objection.
4  BY DR. THOMPSON:
5      Q.   Did the Health Canada
6  assessment exclude endometrioid cancer?
7          MR. ZELLERS:  Objection, form.
8      A.   It did not.
9  BY DR. THOMPSON:
10      Q.   Did the Health Canada
11  assessment exclude any epithelial ovarian
12  cancers?
13      A.   It did not.
14      Q.   Dr. Zellers asked you about
15  including the strengths of the Health Canada
16  assessment in your report and not the
17  weaknesses.
18          Do you remember those
19  questions?
20      A.   I do.
21      Q.   Is that what you did?
22      A.   I included the conclusions of
23  the Health Canada report in my report, expert
24  report.
25      Q.   So that would be inaccurate,

Page 696

1  that you included the strengths and not the
2  weaknesses?
3      A.   I included the conclusions, not
4  strengths or weaknesses.
5      Q.   Do you remember the series of
6  articles about endometriosis?
7      A.   Yes.
8      Q.   I believe at one point you said
9  you were not an expert in endometriosis.
10          What did you mean by that
11  statement?
12      A.   Well, what I meant by that
13  statement is, in my day-to-day practice, I
14  don't medically manage endometriosis, but I
15  certainly have training in endometriosis,
16  being a board certified obstetrician
17  gynecologist.
18          And I certainly take care of
19  women who have endometriosis, because if they
20  have to have surgical extirpation, removal of
21  their female organs in order to manage their
22  endometriosis, oftentimes those patients are
23  sent to someone like me, a gynecologic
24  oncologist, because the endometriosis causes
25  such scarring that the surgeries can be very

Page 697

1  difficult and risky and most gynecologists
2  are not comfortable operating on them.
3          So although I don't medically
4  treat them and I'm not usually the one who
5  does the diagnosis, although sometimes I find
6  it when I operate on women, I do take care of
7  endometriosis and -- and, therefore, have
8  clinical expertise in the area.
9      Q.   What are the generally accepted
10  signs and symptoms of endometriosis?
11      A.   The most common and generally
12  accepted are chronic pelvic pain, generally
13  around the time of menses or periods,
14  dyspareunia, which is pain with intercourse,
15  and infertility.
16      Q.   Is a fibrocystic breast
17  condition a sign of endometriosis?
18      A.   No.  It's quite common changes
19  in breasts that women have.  I think some
20  reports are the vast majority of women have
21  fibrocystic changes in their breasts.
22      Q.   And do you remember seeing in
23  the article that Mr. Zellers showed us that
24  90% of women have fibrocystic changes in the
25  breast?

68 (Pages 694 to 697)

Judith Wolf, M.D.

Page 698

1      A.    Yes.  As I said, the vast
2  majority.
3      Q.    Are endometrial polyps a risk
4  for ovarian cancer?
5      A.    No.
6      Q.    Is a previous cesarean section
7  generally recognized as a risk factor for
8  endometriosis?
9      A.    No.
10     Q.    And I believe the article that
11 Mr. Zellers showed you described one
12 additional case of endometriosis every 325
13 women who had a cesarean section.
14          Did you see that?
15     A.    Yes.  But having a cesarean
16 section is not generally considered a risk
17 factor for endometriosis.
18     Q.    Is having a cesarean section a
19 risk factor for ovarian cancer?
20     A.    No.
21     Q.    Is chronic low back pain a
22 common symptom of endometriosis?
23     A.    No.
24     Q.    Is the use of a soy supplement
25 a risk factor for ovarian cancer?

Page 699

1      A.    No.
2      Q.    Did Ms. Gallardo have
3  endometriosis, in your opinion?
4      A.    No.  She had none of the
5  symptoms of endometriosis.  She had the
6  way -- she had surgery, how you would
7  diagnose endometriosis, and her surgeon
8  saw -- reported no evidence of endometriosis.
9          And she had pathology reviewed
10 by the pathologist where she had the surgery
11 and by Dr. Godleski, and neither one of them
12 saw any evidence of endometriosis.  Nothing
13 in her history or her findings or her report
14 indicated that she had endometriosis.
15     Q.    If Johnson & Johnson would
16 bring to you new evidence that Ms. Gallardo
17 did, in fact, have endometriosis, would that
18 change your opinion as to whether talcum
19 powder is a cause, a contributing cause of
20 her ovarian cancer?
21          MR. ZELLERS:  Objection, form.
22     A.    The first thing I would need to
23 do with any new evidence would be review it
24 and see what it said.  It would be hard for
25 me to imagine that her surgeon, Dr. Mutch,

Page 700

1  who I do know is a good doctor, did not see
2  any endometriosis and that two pathologists
3  saw no evidence of endometriosis.
4          So I would need to see what
5  that would be before it would have any impact
6  on my opinion.
7  BY DR. THOMPSON:
8      Q.    I think you talked some about
9  the -- the amount and the circumstances
10 around the talcum powder exposure that could
11 lead you to question whether the talcum
12 powder use was a contributing factor.
13          Are there any other types of
14 pelvic cancer that you would feel like you
15 had insufficient evidence to author a
16 causation opinion for?
17          MR. ZELLERS:  Objection, form.
18     A.    I'm not sure what you're
19 asking.
20 BY DR. THOMPSON:
21     Q.    Are there other types of
22 cancer, pelvic cancers, that you would --
23 sorry.
24          Are there types -- let's not do
25 other types.  Are there types of pelvic

Page 701

1  cancer that you would not give a causation
2  opinion on, even with sufficient use of
3  talcum powder?
4          MR. ZELLERS:  Objection, form.
5      A.    So I would not give an opinion
6  that talcum powder use caused vulvar cancer
7  or cervix cancer or anal cancer or colon
8  cancer.
9          Is that what you're asking?
10 BY DR. THOMPSON:
11     Q.    That was.  Sorry.  Not a very
12 good question.
13          And why would that be?
14     A.    I have no evidence
15 epidemiologically or otherwise that talcum
16 powder causes those cancers.
17     Q.    And are there other types of
18 actual ovarian cancer that you would put in
19 that same category?
20     A.    Yeah.  I believe I've stated
21 before that there's no evidence and I would
22 not give an opinion that talcum powder use
23 caused germ cell tumors of the ovary or
24 stromal tumors of the ovary or cancer
25 from somewhere else that was metastatic to

Judith Wolf, M.D.

Page 702

1  the ovary, such as colon cancer or breast
2  cancer, which are cancers that commonly go to
3  the ovary.
4      Q.    You reviewed Ms. Gallardo's and
5  Mr. Gallardo's testimony about
6  Ms. Gallardo's -- now I'm having trouble --
7  talcum powder use, didn't you?
8          You reviewed their deposition
9  testimony about Ms. Gallardo's talcum powder
10  use, didn't you?
11      A.    Yes, I did.
12      Q.    Did you find their testimony to
13  be credible and reliable?
14          MR. ZELLERS:  Objection, form.
15      A.    I did.  They were under oath
16  and they were consistent in what their
17  reports were with her use, and I found them
18  to be credible.
19  BY DR. THOMPSON:
20      Q.    And would that be true for all
21  of the plaintiffs that we've discussed today
22  or their representative?
23          MR. ZELLERS:  Objection, form.
24      A.    In their depositions, I would
25  find them to be credible.

Page 703

1  BY DR. THOMPSON:
2      Q.    You were asked quite a few
3  questions about the one we can't pronounce,
4  the Saavalainen paper regarding ovarian
5  endometriosis and the risk of gynecological
6  cancer.
7          Do you remember that?
8      A.    Yes.
9      Q.    I'm going to read from the
10  second page, paragraph:  The gold standard --
11          MR. ZELLERS:  I'm sorry.  Which
12  study are we looking at now?
13          DR. THOMPSON:  Saavalainen.
14  And it's Exhibit 37, if you want to
15  pull it up.
16          MR. ZELLERS:  And which --
17  where are you reading from on this?
18          DR. THOMPSON:  I'm reading from
19  the second page of the article, and it
20  is page 2.
21          MR. ZELLERS:  Yes.  Right
22  column or left column?
23          DR. THOMPSON:  Left column,
24  first full paragraph, that begins with
25  "The gold standard."

Page 704

1  BY DR. THOMPSON:
2      Q.    The gold standard for
3  diagnosing endometriosis is surgery.
4          That's what you've been telling
5  us throughout these two days, correct?
6      A.    Yes.
7      Q.    So this paper would agree with
8  your statement to that effect, correct?
9          MR. ZELLERS:  Objection, form.
10      A.    Yes.
11  BY DR. THOMPSON:
12      Q.    And it says:  In the present
13  study, we assessed the risk of gynecologic
14  cancers among women with a surgical diagnosis
15  of endometriosis.
16          So this paper used only
17  surgically diagnosed endometriosis for their
18  odds ratios; is that right?
19      A.    That's correct.
20      Q.    Did Ms. Bondurant have any
21  surgical confirmation of her endometriosis?
22      A.    No.
23      Q.    So this article would not apply
24  to Ms. Bondurant's case; she would not have
25  been included, right?

Page 705

1          MR. ZELLERS:  Objection, form.
2      A.    She would not have been
3  included in this kind of study.
4  BY DR. THOMPSON:
5      Q.    And obviously, Gallardo,
6  because she didn't have any kind of
7  endometriosis in your reports?
8      A.    She had surgical confirmation
9  of no evidence of endometriosis.
10      Q.    Did the Davis study -- you can
11  pull that out if you want, but I'm just going
12  to ask a question.
13          Did the Davis study look at
14  both dose -- I'm sorry.  Start all over.
15          Did the Davis study look at
16  dose-response with both duration and
17  frequency of use?
18      A.    No, they looked at it
19  separately, not together.
20      Q.    Did you have that information,
21  both duration and frequency, with each of
22  these four plaintiffs that we've discussed
23  today?
24          MR. ZELLERS:  Objection, form.
25      A.    I did.  I had the frequency of

70 (Pages 702 to 705)

Judith Wolf, M.D.

Page 706

1  their use and the timing and the length of
2  their use.
3  BY DR. THOMPSON:
4     Q.  Is it your opinion -- first of
5  all, one question:  Were there other study --
6  cellular studies other than the -- Dr. Saed's
7  lab that showed malignant transformation with
8  talc exposure of ovarian cells in culture?
9          MR. ZELLERS:  Objection, form.
10    A.  Yes.  The Buz'Zard study.
11         (Clarification requested by the
12         stenographer.)
13         THE WITNESS:  B-U-Z-Z-A-R-D,
14    and there's an apostrophe somewhere in
15    there.
16  BY DR. THOMPSON:
17    Q.  Is it your opinion that talcum
18  powder use is a substantial and direct
19  contributing factor in causing Ms. Gallardo's
20  ovarian cancer?
21    A.  Yes.
22    Q.  And, in other words, that's a
23  cause of her ovarian cancer?
24    A.  Yes.
25    Q.  Based on the evidence in

Page 707

1  Ms. Gallardo's case, is there any evidence of
2  an unknown genetic mutation?
3     A.  No.
4     Q.  Is there any evidence of an
5  undiagnosed endometriosis?
6     A.  No.
7     Q.  And is it your testimony that
8  the talcum powder use of all four of these
9  plaintiffs was a cause of their ovarian
10  cancers?
11    A.  Yes.
12    Q.  Were -- have you been presented
13  with anything by Mr. Zellers in the last
14  couple of days that would cause you to change
15  any of your general opinions?
16    A.  No.
17    Q.  Have you been presented with
18  anything over these last two days that would
19  cause you to change any of your case-specific
20  opinions?
21    A.  No.
22    Q.  Do you stand by all of the
23  opinions that are contained in your reports?
24    A.  I do.
25    Q.  And are all these opinions

Page 708

1  given to a reasonable degree of medical and
2  scientific certainty?
3     A.  They are.
4     Q.  If there is new information
5  regarding your general opinions, would it be
6  your plan to amend your report, if indicated?
7     A.  Yes.
8     Q.  If there were any new
9  information regarding the individual
10  plaintiffs, would your plan be to review and
11  amend your report, if indicated?
12    A.  Yes.
13    Q.  And would this include
14  reviewing the defense expert reports?
15    A.  Yes.
16    Q.  And you, I think, testified
17  that you diagnose endometriosis on occasion?
18    A.  Yes.
19    Q.  And that you would consider
20  yourself an expert in the -- in endometriosis
21  in women?
22    A.  Yes.
23         DR. THOMPSON:  I have no
24    further questions.
25         MR. ZELLERS:  Just a couple of

Page 709

1  follow-up questions.
2          ------------
3          EXAMINATION
4          ------------
5  BY MR. ZELLERS:
6     Q.  First, with respect to
7  Ms. Bondurant and whether or not she would
8  have fit within the Saavalainen study, we
9  don't know, correct?
10         I mean, in the -- if there was
11  evidence of a surgical diagnosis of
12  endometriosis, then she would be included in
13  the study, correct?
14         DR. THOMPSON:  Object to form.
15    A.  But there wasn't a surgical
16  diagnosis of endometriosis.
17  BY MR. ZELLERS:
18    Q.  Well, you have not seen it.
19  That doesn't mean it doesn't exist, correct?
20    A.  There is nothing in her history
21  that indicated that she had a surgery that
22  diagnosed endometriosis.
23    Q.  So --
24    A.  So she would not fit into this
25  study.  She would not have been included in

71 (Pages 706 to 709)

Judith Wolf, M.D.

Page 710

1  this study.
2      Q.   And that -- the basis for that
3  statement is that you have not seen anything
4  indicating that she had a surgical diagnosis
5  of endometriosis, correct?
6          DR. THOMPSON:  Object to form.
7      A.   She --
8          DR. THOMPSON:  Misstates her
9  testimony.
10     A.   There's nothing in her history
11 where she had any surgery that diagnosed
12 endometriosis.
13 BY MR. ZELLERS:
14     Q.   The Health Canada study, where
15 in the Health Canada study does Health Canada
16 reach a conclusion that clear-cell ovarian
17 cancer is causally related to talcum powder
18 use?
19          MS. GARBER:  Object to the
20 form.
21          DR. THOMPSON:  Object to form.
22     A.   They reach a conclusion that
23 ovarian cancer is causally related to talcum
24 powder use, and they did not exclude any of
25 the subtypes.

Page 711

1  BY MR. ZELLERS:
2      Q.   Well, they certainly do.  I
3  mean, do you have Health Canada in front of
4  you?
5          THE WITNESS:  Do you remember
6  which number it is?
7          THE STENOGRAPHER:  26 rings a
8  bell.
9          THE WITNESS:  That's looking
10 correct.
11     A.   I have it in front of me.
12 BY MR. ZELLERS:
13     Q.   All right.  Health Canada, the
14 report, the risk assessment, April 2021,
15 concludes that the epidemiology for the
16 subtypes is inconsistent and underpowered; is
17 that right?
18          And I'm looking at page 17 at
19 the bottom, Health Canada reports tumor
20 subtypes are one of the many subgroup
21 analyses conducted in several of the
22 epidemiology studies and review; however,
23 there was very little consistency in whether
24 or how the subgroup analyses were conducted
25 across the available studies, thereby leaving

Page 712

1  the analyses limited and likely underpowered
2  (low sample sizes).
3          Furthermore, there's
4  considerable uncertainty for how subgroup
5  data should be examined, in particular for
6  the tumor subtypes.
7          That's what Health Canada
8  concludes, right?
9          DR. THOMPSON:  Object to form.
10     A.   That's not a conclusion.  And
11 the very next sentence says:  Therefore,
12 subgroup analysis will not be further
13 examined.
14          That doesn't mean they excluded
15 the clear-cells and endometrioid and other
16 subtypes.
17 BY MR. ZELLERS:
18     Q.   Okay.  Please show me where in
19 Health Canada the Health Canada review and
20 assessment concludes and states that there is
21 a causal relationship between talcum powder
22 use and clear-cell ovarian cancer.
23          DR. THOMPSON:  Object to form.
24     A.   I am saying that it concludes
25 that there is a risk of talcum powder

Page 713

1  and ovarian -- epithelial ovarian cancer, and
2  they did not exclude clear-cell and
3  endometrioid.
4          What they did not do is look at
5  those subgroups separately.
6  BY MR. ZELLERS:
7      Q.   Nowhere in the Health Canada
8  report does it specifically or expressly say
9  that Health Canada concluded that there was a
10 causal association between talcum powder use
11 and clear-cell carcinoma, ovarian cancer,
12 correct?
13          DR. THOMPSON:  Object to form.
14     A.   What it says is that there's an
15 association of talcum powder use and
16 epithelial ovarian cancer, and the studies
17 that they looked at included all types of
18 epithelial ovarian cancer; and, therefore,
19 clear-cell and endometrioid are in that.
20          They don't say that clear-cell
21 and endometrioid are not caused by talcum
22 powder use.  What they did not do is
23 separately look at them.
24 BY MR. ZELLERS:
25     Q.   What they said is that with

72 (Pages 710 to 713)

Judith Wolf, M.D.

Page 714

1    subtypes -- and subtypes would be
2    endometrioid, would be mucinous, would be
3    clear-cell ovarian cancer, correct?
4         A.   Yes, those are some of the
5    subtypes.
6         Q.   All right.  It says the
7    epidemiology for the subtypes is inconsistent
8    and underpowered.
9              They say that, right?
10        A.   Given as a reason for why they
11   did not look at those separately.
12        Q.   Right.  But they do say that,
13   correct?
14        A.   In the -- they say that, given
15   the reason that that's why they did not look
16   at them separately, but they did not take
17   them out of the studies where they were
18   included and discard them.
19        Q.   They say that for the subtypes,
20   the epidemiology is inconsistent, it's
21   underpowered, and, therefore, there's
22   considerable uncertainty for how subgroup
23   data should be examined, in particular, the
24   tumor subtypes.  Therefore, they're not going
25   to analyze the subtypes in this assessment.

Page 715

1              Is that what it says?
2              DR. THOMPSON:  Objection.
3    Asked and answered.
4              MR. ZELLERS:  Okay.
5    BY MR. ZELLERS:
6         Q.   Is that what it says, Doctor?
7         A.   No, that's not what it says.
8              DR. THOMPSON:  That's not what
9    it says.
10        A.   That's not what it says.  It
11   says that they're not going to look at just
12   the subgroup analysis.
13             So in the studies where they
14   separated out the subtypes, they're not
15   looking at those specific subanalyses, but
16   they're looking at the study as a whole,
17   which includes all of the subtypes.
18   BY MR. ZELLERS:
19        Q.   All right.  Well, nowhere do
20   they separate out and find a causal
21   association between talcum powder use and
22   clear-cell ovarian cancer, correct?
23             DR. THOMPSON:  Object to form.
24   BY MR. ZELLERS:
25        Q.   There's nowhere in here you can

Page 716

1    point me to where it says we found a causal
2    association between talcum powder use and
3    clear-cell carcinoma ovarian cancer.
4         A.   What it says is that there's a
5    causal association between epithelial ovarian
6    cancer and talcum powder use.
7              What this is saying that you're
8    showing is that they're not separating them
9    out and looking at all the subtypes
10   individually.  They're looking at a whole,
11   including all of the subtypes.
12        Q.   All right.  If you can, I'm
13   going to try to ask a really precise question
14   and I'd like you just to answer it.
15             Is there anywhere that you see
16   in the Health Canada risk assessment that
17   Health Canada expressly states that there is
18   a causal association between talcum powder
19   use and clear-cell ovarian cancer?
20             Can we find those words in
21   here?
22             DR. THOMPSON:  Object to form.
23        A.   Those words may not be in here,
24   but what is in here is that epithelial
25   ovarian cancer can be caused by talcum powder

Page 717

1    use, and that analysis came from looking at
2    the studies that include all the subtypes of
3    ovarian cancer.
4    BY MR. ZELLERS:
5         Q.   And I understand that's your
6    position.  Two more questions.
7              Nowhere within the Health
8    Canada risk assessment is there an express
9    statement that Health Canada found a causal
10   association between talcum powder use and
11   endometrioid ovarian cancer, correct?
12             DR. THOMPSON:  Object to form.
13        A.   Same answer as the other one --
14   BY MR. ZELLERS:
15        Q.   Last --
16        A.   -- that that is included in
17   their conclusions because the studies
18   included all of the subtypes.
19        Q.   Last question.  And this is
20   with respect to mucinous ovarian cancer.
21             There's no express statement in
22   the Health Canada risk assessment that
23   there's a causal association or that they
24   found a causal association between talcum
25   powder use and mucinous ovarian cancer.

73 (Pages 714 to 717)

Judith Wolf, M.D.

Page 718

1  Those words are not in this document,
2  correct?
3         A.    The statement is that
4  epithelial ovarian cancer has a causal
5  association with talcum powder use, and that
6  is in assessing the studies that included all
7  of the subtypes, including clear-cell and
8  endometrioid and mucinous.
9         Q.    And I understand that's your
10  position, and my question is:  They don't
11  expressly find a causal association with
12  clear-cell, with mucinous, with endometrioid
13  ovarian cancer, but you believe that that
14  would be subsumed within their statement
15  relating to epithelial ovarian cancer,
16  correct?
17         DR. THOMPSON:  Object to form.
18         A.    It would be, because the
19  studies included all of the subtypes.
20  BY MR. ZELLERS:
21         Q.    But you do agree with me that
22  those words, mucinous, endometrioid,
23  clear-cell ovarian cancer, are not contained
24  within the Health Canada assessment, correct?
25         DR. THOMPSON:  Object to form.

Page 719

1         A.    I don't know if the words
2  mucinous, clear-cell and endometrioid ovarian
3  cancer are contained in here.  I'm assuming
4  that they are.
5  BY MR. ZELLERS:
6         Q.    Understood.
7         And what I mean is there's no
8  statement, at least that you have seen here,
9  expressly determining that there is a causal
10  association between talcum powder use and any
11  of those three subtypes, clear-cell, mucinous
12  and endometrioid ovarian cancer, correct?
13         DR. THOMPSON:  Object to form.
14         A.    Because they did not look at
15  them separately.  They looked at it as a
16  whole.
17  BY MR. ZELLERS:
18         Q.    Okay.  Last question or two.
19         In your report, Ms. Thompson
20  asked you a couple of questions about O'Brien
21  and some of the letters to the editor, and
22  whether or not O'Brien was sufficiently
23  powered to allow for there to be a finding of
24  an association.
25         Do you recall those questions?

Page 720

1         A.    Yes.
2         Q.    And your recollection is that
3  at least some of the folks who wrote in said
4  maybe there's not enough power or not enough
5  patients included in the -- in the study; is
6  that right?
7         A.    Yes.
8         Q.    You, though, addressed in your
9  report, as we talked about -- you talked
10  about there may be a need for as many -- as
11  many as 200,000 women to study this issue,
12  and you're referring to Narod; and I'm
13  looking at your amended report, page 6.
14         A.    Yes.
15         Q.    And, in fact, O'Brien included
16  over 250,000 women; is that right?
17         A.    Yes.
18         Q.    All right.  Let me just check
19  one thing.
20         Last question -- couple of
21  questions.
22         Are all of the opinions that
23  you anticipate testifying to at trial or any
24  hearing, you know, as of today based upon the
25  information you reviewed contained in the

Page 721

1  reports that we've marked as an exhibit to
2  the deposition and in the testimony that
3  you've provided?
4         A.    Yes.
5         Q.    All of the materials that you
6  considered and are relying on for your
7  opinions, you know, as of today are contained
8  in what we marked as Exhibit 5, your
9  materials considered and scientific authority
10  list as supplemented in each of the
11  case-specific reports as well?
12         MS. GARBER:  Object to the
13  form.
14         DR. THOMPSON:  Object to form.
15  BY MR. ZELLERS:
16         Q.    If you can't answer, I'm going
17  to ask it another way.
18         Is there anything you can think
19  of today that you've reviewed or that you're
20  relying on in terms of formulating your
21  opinions other than what, you know, is
22  contained on your materials list?
23         MS. GARBER:  Object to the
24  form.
25         A.    There's nothing that I can

74 (Pages 718 to 721)

Judith Wolf, M.D.

Page 722

1    think of today that I considered that it has
2    not been presented in the lists and the
3    information that I've shown.
4           MR. ZELLERS: Thank you for
5    your patience. I have no further
6    questions.
7           DR. THOMPSON: I'm going to
8    follow up a little with Health Canada.
9    I apologize for that, but -- I'm not
10   apologizing for that. Never mind.
11          ------------
12          EXAMINATION
13          ------------
14   BY DR. THOMPSON:
15     Q.    Okay. Let's look at a few
16   places in Health Canada. We'll start with
17   (iii).
18     A.    (iii), that's the beginning.
19          MR. ZELLERS: What page?
20          THE WITNESS: (iii). That's
21   the beginning.
22   BY DR. THOMPSON:
23     Q.    And I'm reading the last -- the
24   next-to-the-last paragraph: With regards to
25   perineal exposure, analyses of the available

Page 723

1    human studies in the peer-reviewed literature
2    indicate a consistent and statistically
3    significant positive association between
4    perineal exposure to talc and ovarian cancer.
5    The available data, meaning the epidemiology
6    studies that we've gone over --
7           MR. ZELLERS: Well, objection
8    to --
9           DR. THOMPSON: Sorry. Sorry.
10          MR. ZELLERS: -- your
11   editorializing.
12          DR. THOMPSON: Yeah. You're
13   right. You're right.
14          MR. ZELLERS: You can read it,
15   but that's okay.
16   BY DR. THOMPSON:
17     Q.    The available data are
18   indicative of a causal effect.
19          Referring to the association
20   between perineal exposure to talc and ovarian
21   cancer, would the subtypes be included as
22   ovarian cancer in that statement?
23          MR. ZELLERS: Objection, form.
24     A.    Yes.
25   BY DR. THOMPSON:

Page 724

1      Q.    And did the epidemiological
2    studies that Health Canada referred to as
3    consistent and statistically significant in a
4    positive association often include subtypes?
5           MR. ZELLERS: Objection, form,
6    misstates the evidence, misstates
7    testimony.
8           MS. GARBER: Is that a speaking
9    objection?
10          DR. THOMPSON: It sounded like
11   it, didn't it?
12          MR. ZELLERS: It's a California
13   objection where we give the bases for
14   our form objection.
15          MS. GARBER: Oh. I've been
16   here --
17          MR. ZELLERS: As Ms. Garber
18   knows that.
19          MS. GARBER: -- all day long,
20   so let me start over with my
21   objections.
22     A.    So the answer to the question
23   is that the studies included epithelial
24   ovarian cancer. Some of them said all the
25   subtypes. Some of them just called it

Page 725

1    epithelial ovarian cancer. And they were
2    included in the analysis that led to this
3    conclusion.
4    BY DR. THOMPSON:
5      Q.    And let's look at page 17, and
6    in -- on page 17 --
7           Okay. Let's not look at 17.
8    Let's look at page 36.
9      A.    Okay.
10     Q.    We've already looked at 17.
11          On page 36, the last, I think,
12   full sentence of the first paragraph:
13   Overall, there's a high degree of consistency
14   in the epidemiological studies across several
15   decades conducted in different parts of the
16   world. Although there are uncertainties
17   related to bias, there's confidence in the
18   robustness of the available database for use
19   in characterizing ovarian cancer risk
20   attributed to talc exposure. Furthermore,
21   the available data are indicative of a causal
22   relationship.
23          Does the ovarian cancer
24   referred to in that clause include the
25   subtypes?

Judith Wolf, M.D.

---

Page 726

1          MR. ZELLERS:  Objection, form.
2          A.    It includes epithelial ovarian
3    cancer, which would include all subtypes.
4    BY DR. THOMPSON:
5          Q.    And then let's go to another
6    place.  I don't have the page number, so let
7    me look this up real quick.  Okay.
8          DR. THOMPSON:  My Internet went
9    out on me.  Sorry.
10          (Pause.)
11    BY DR. THOMPSON:
12          Q.    Okay.  Let's go to page 43.
13    The paragraph that begins with "Based on the
14    available data."
15          A.    (Nods head.)
16          Q.    Based on the available data,
17    ovarian cancer was identified as a critical
18    health effect for the perineal route of
19    exposure to talc, and a long discussion of
20    why that is.
21          Data from a meta-analysis of
22    epidemiological studies indicate a consistent
23    and statistically significant positive
24    association between perineal exposure to talc
25    and ovarian cancer, with several references.

---

Page 727

1          Would the ovarian cancer
2    referred to in that clause include all the
3    subtypes of epithelial ovarian cancer?
4          MR. ZELLERS:  Objection, form.
5          A.    Yes, because those papers that
6    they discussed, many of them include all
7    subtypes or don't separate and just call it
8    epithelial ovarian cancer.
9    BY DR. THOMPSON:
10          Q.    And the last sentence:  Given
11    that there's a potential for perineal
12    exposure to talc from the use of various
13    self-care products, a potential concern for
14    human health has been identified.
15          And that would include all the
16    subtypes of epithelial ovarian cancer?
17          MR. ZELLERS:  Objection, form.
18    BY DR. THOMPSON:
19          Q.    Is that right?
20          A.    Yes.
21          DR. THOMPSON:  That's all.
22          MR. ZELLERS:  I have no further
23    questions.  Thank you.
24          THE WITNESS:  Thank you.
25          (Time noted: 4:41 p.m. CDT)

---

Page 728

1          CERTIFICATE
2          I, MICHAEL E. MILLER, Fellow of
3    the Academy of Professional Reporters,
     Registered Diplomate Reporter, Certified
     Realtime Reporter, Certified Court Reporter
4    and Notary Public, do hereby certify that
     prior to the commencement of the examination,
5    JUDITH WOLF, M.D. was duly sworn by me to
     testify to the truth, the whole truth and
6    nothing but the truth.
7          I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
8    testimony as taken stenographically by and
     before me at the time, place and on the date
9    hereinbefore set forth, to the best of my
     ability.
10
11          I DO FURTHER CERTIFY that pursuant
     to FRCP Rule 30, signature of the witness was
     not requested by the witness or other party
12    before the conclusion of the deposition.
13          I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
14    nor counsel of any of the parties to this
     action, and that I am neither a relative nor
15    employee of such attorney or counsel, and
     that I am not financially interested in the
16    action.
17
18    _____
     MICHAEL E. MILLER, FAPR, RDR, CRR
19    Fellow of the Academy of Professional Reporters
     NCRA Registered Diplomate Reporter
20    NCRA Certified Realtime Reporter
     Certified Court Reporter
21
     Notary Public in and for the
22    State of Texas
     My Commission Expires:  7/9/2024
23
     Dated: September 16, 2021
24
25

---

Page 729

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the
6    appropriate space on the errata sheet for any
7    corrections that are made.
8          After doing so, please sign the
9    errata sheet and date it.
10          You are signing same subject to
11    the changes you have noted on the errata
12    sheet, which will be attached to your
13    deposition.
14          It is imperative that you return
15    the original errata sheet to the deposing
16    attorney within thirty (30) days of receipt
17    of the deposition transcript by you.  If you
18    fail to do so, the deposition transcript may
19    be deemed to be accurate and may be used in
20    court.
21
22
23
24
25

Judith Wolf, M.D.

Page 730

```
 1              ERRATA
 2   PAGE LINE CHANGE
 3   ____ ____ _____
 4        REASON: _____
 5   ____ ____ _____
 6        REASON: _____
 7   ____ ____ _____
 8        REASON: _____
 9   ____ ____ _____
10        REASON: _____
11   ____ ____ _____
12        REASON: _____
13   ____ ____ _____
14        REASON: _____
15   ____ ____ _____
16        REASON: _____
17   ____ ____ _____
18        REASON: _____
19   ____ ____ _____
20        REASON: _____
21   ____ ____ _____
22        REASON: _____
23   ____ ____ _____
24        REASON: _____
25
```

Page 732

```
 1              LAWYER'S NOTES
 2
 3   PAGE   LINE
 4   ____  ____    _____
 5   ____  ____    _____
 6   ____  ____    _____
 7   ____  ____    _____
 8   ____  ____    _____
 9   ____  ____    _____
10   ____  ____    _____
11   ____  ____    _____
12   ____  ____    _____
13   ____  ____    _____
14   ____  ____    _____
15   ____  ____    _____
16   ____  ____    _____
17   ____  ____    _____
18   ____  ____    _____
19   ____  ____    _____
20   ____  ____    _____
21   ____  ____    _____
22   ____  ____    _____
23   ____  ____    _____
24   ____  ____    _____
25
```

Page 731

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4        I, JUDITH WOLF, M.D., do hereby
     certify that I have read the foregoing pages
 5   and that the same is a correct transcription
     of the answers given by me to the questions
 6   therein propounded, except for the
     corrections or changes in form or substance,
 7   if any, noted in the attached
     Errata Sheet.
 8
 9
10
11
12   _____
     JUDITH WOLF, M.D.          DATE
13
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   _____
20   Notary Public
21
22
23
24
25
```

77 (Pages 730 to 732)

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 79 of 120
PageID: 261669
Judith Wolf, M.D.

Page 733

**A**

**a.m**
429:19 436:3
  508:19,20 575:6
**abdomen**
465:6
**abdominal**
512:19,22
**ability**
553:2 728:9
**able**
478:13 482:13,17
  490:19 504:23
  534:14 535:24
  537:9 543:22
  566:23 606:18,23
  626:3 655:20
  684:22 686:21
  687:5,24 689:3
**abnormalities**
502:23 570:1
**abraded**
662:10
**absence**
515:11
**absolute**
539:18 540:10
**Absolutely**
694:3
**abstract**
490:10,21 491:4
  643:18 644:24
  645:1 650:19
  667:18
**Academy**
429:20 728:2,19
**accept**
466:24
**accepted**
467:14 697:9,12
**access**
515:21 553:9
**accidental**
622:16
**accurate**
520:21 625:9,18

729:19
**acknowledge**
548:3 651:21
**acknowledged**
547:24 651:22
**ACKNOWLED...**
432:16 731:1
**act**
568:25
**action**
728:14,16
**active**
586:1
**activities**
669:8
**activity**
556:11
**actual**
518:16 701:18
**acute**
556:3 558:17 559:3
  559:8 663:11,13
  663:16,25 664:6
**add**
484:4 491:25
**added**
689:13
**addition**
533:13
**additional**
460:19 492:6
  531:14 621:10
  660:24 661:3
  698:12
**Additionally**
457:3
**addressed**
720:8
**adequate**
523:6 633:23
**adolescence**
454:15
**adopted**
660:4
**adulthood**
454:15
**adults**

684:5
**Advancing**
577:14
**advise**
459:8
**affect**
455:25
**African**
643:21,24 644:3,11
  644:14,16,20
  645:4,10 646:6,16
  646:21 647:6,9
  648:11,18,20
  649:15 650:21
  651:8,14,23 652:3
  652:7,11 653:18
  653:20,22,24
  654:6 655:1,11
**African-American**
643:15
**age**
440:19 455:21
  521:8,17 522:25
  523:12 530:20,23
  532:16 577:10,12
  577:14,16,21,22
  577:24 578:6,9,14
  606:2,10 613:5,8
  613:8,11,12,15
  621:16 623:1
  632:1 680:1
**agent**
663:1
**aggressive**
607:7,9
**ago**
452:22 537:24
  544:9 589:16
  592:9 593:25
**agree**
440:9,10 446:13
  447:3 448:22
  457:22 458:1
  461:6 469:14
  493:15 494:19
  495:8 499:11,14
  501:19 503:17

506:8 507:11,23
508:22 509:8
511:13 513:20
516:22 524:1
539:14,23 540:9
540:13 541:2,5,7
541:10 581:4
583:4 604:1 605:3
605:6,7 613:15,21
626:15 644:9
649:25 650:25
651:1 675:24
677:4 684:7 704:7
718:21
**agreed**
438:21 517:1 518:3
  646:1 675:12,20
  677:13 680:16
**agreement**
485:18 488:24
  489:8 534:12
**Ah**
643:2
**ahead**
655:18
**al**
429:12 433:13,16
  433:19,23 434:12
  434:20 480:15
  482:8 490:5
  497:24 640:24
  667:7
**Alabama**
430:4
**alive**
444:20
**alleges**
552:2
**allele**
526:15
**ALLEN**
430:2
**allow**
719:23
**allowed**
449:22
**allowing**

592:22
**ambiguous**
499:3 501:17
**amend**
525:6 708:6,11
**amended**
437:7 574:8 575:24
  610:4 641:8
  720:13
**American**
643:24 644:3,11,14
  644:16,20 645:4
  645:10 646:6,16
  646:21 647:6,9
  648:11,18,20
  649:15 650:21
  651:8,14,23 652:3
  652:7,11 653:18
  653:21,23,25
  654:6 655:1,11
**Americans**
643:21
**amount**
515:20 531:5 550:4
  550:5,16,21,25
  551:20 609:7
  632:17,21 700:9
**amounts**
561:17,18 565:10
  565:11
**anal**
701:7
**analogy**
516:17 526:24
  545:9
**analyses**
644:3 711:21,24
  712:1 722:25
**analysis**
492:12,16 546:8,10
  567:19 712:12
  715:12 717:1
  725:2
**analyze**
515:23 714:25
**analyzed**
485:8 567:21,22

Judith Wolf, M.D.

681:2
**anatomy**
581:1
**and/or**
557:16 568:21
585:1 598:9,9
**Anderson**
445:6
**Angeles**
430:19
**Annette**
619:18,21 656:20
**Annise**
619:18
**answer**
432:22,23 468:10
481:6,8,13,16
496:16 497:5
499:23 500:13
503:21 507:22,23
519:17,21,24
520:3 534:21
541:14 558:24
559:3 570:14
581:9 590:13
591:9 592:22
601:24 617:10
619:20,24 653:15
656:22 670:24
677:9,25 679:1
716:14 717:13
721:16 724:22
**answered**
459:17 461:1,2
519:19 540:12
564:21 601:12,13
653:3,11,13 654:9
654:22 673:2
677:24 678:9
680:9 685:19
686:13 687:2
715:3
**answers**
520:2 731:5
**anticipate**
609:6 610:9 720:23
**anybody**

632:18 670:3
**anyone's**
577:24
**anytime**
563:13 688:15
**anyway**
570:6 602:20
**apologize**
530:6 722:9
**apologizing**
722:10
**apostrophe**
706:14
**appear**
599:18
**appearance**
662:11
**appears**
603:21 616:23
**application**
554:23
**applied**
509:9 553:2,4
580:3 585:15
633:11
**apply**
508:23 704:23
**approach**
522:15 553:15
**approached**
681:14
**appropriate**
729:6
**approximately**
473:11 584:4
**April**
711:14
**area**
476:5 552:9 580:3
633:5 662:5,6,16
663:19 697:8
**argue**
448:7
**arriving**
599:3
**arthritis**
555:25

**article**
470:13 474:18
497:13,14,21
498:3 537:23,23
580:19,23,24
583:4 640:17
643:13 645:13
662:23,24 666:25
667:11 697:23
698:10 703:19
704:23
**articles**
580:18 696:6
**asbestiform**
562:23
**asbestos**
505:17 560:17,23
561:17 562:3,7,13
562:17 563:1,5,10
563:14,19,21,22
564:2,5,14,15,19
564:23,25 565:5
565:10 566:1,9,11
566:13,15 567:12
567:23 587:3,12
587:17,19 588:14
588:24 599:20
637:21
**ascribe**
534:14 535:6
537:15
**ascribes**
517:3
**ASHLEY**
430:12
**aside**
673:13 677:17,20
**asked**
459:17 460:25
466:3 496:10
534:10 564:21
570:13 571:13
583:3,22 585:20
588:13 601:11
617:6 621:3 622:5
622:13 628:16
642:8,11,14,21

645:25 653:3,11
653:13 654:9,21
668:7,10,14
669:18 673:2
677:24 678:9
680:9 682:24
685:19 686:13
687:2 694:13
695:14 703:2
715:3 719:20
**asking**
447:21 505:25
509:2 520:25
535:2,12,14 536:6
536:10 557:24
611:18 658:8
673:5,5,14 700:19
701:9
**assess**
514:22 537:19
546:7 671:16
681:21 682:8
687:16
**assessed**
470:21 550:15
670:21 682:14
693:11 704:13
**assessing**
718:6
**assessment**
549:1 550:2 551:4
661:1,5 694:18
695:1,6,11,16
711:14 712:20
714:25 716:16
717:8,22 718:24
**associated**
453:10,13,16,17
457:1 459:3 471:6
475:23 477:22
478:3 502:12,25
503:2 504:1,3
546:23 547:2,4
600:23 637:22
667:23 682:12
**association**
433:11 450:16

476:5 480:13
484:19 485:9,21
487:12,20 488:6
488:16,17 489:3
489:10,21 491:16
492:23 493:4,16
493:20 495:11
498:19 500:1,7,8
500:11,21,24
501:6 538:23
539:12 540:6
542:9 544:11,14
544:23 545:10,22
546:4,18 547:16
582:14 583:5,13
583:17 652:6,11
652:13 667:19
668:16 693:10
713:10,15 715:21
716:2,5,18 717:10
717:23,24 718:5
718:11 719:10,24
723:3,19 724:4
726:24
**associations**
540:21 541:1,19
650:22
**assume**
458:3 460:13
465:20 484:11,15
522:17,19,24
538:18,19 553:15
553:20 554:2
568:2 574:21
635:14 660:3,8,10
**assuming**
482:22 494:14
502:14 549:16
663:19 719:3
**assumption**
522:10 537:2
563:13
**assumptions**
585:7
**Athens**
430:14
**atomic**

Judith Wolf, M.D.

Page 735

572:5
**attached**
729:12 731:7
**attempt**
584:1 631:20
632:16
**attempted**
549:5 583:23
**attorney**
728:13,15 729:16
**attorneys**
574:1 589:20 590:3
591:7 628:16
**attribute**
493:14 519:5
536:16 540:20
687:25
**attributed**
725:20
**aunt**
439:11,19 440:17
441:10 442:25
443:4,7 444:21
445:14,16,19
446:4,10,11,18
458:5 460:1
578:25 579:7
618:14 620:8
656:12,15,18
657:6,14,16,25
658:12,16,19
659:11,19 660:5
660:11,19
**aunt's**
660:20
**Austin**
429:19
**author**
470:18 700:15
**authority**
721:9
**authors**
471:5 474:23 475:5
475:9 490:23
498:6 499:7,8,12
501:3,3,11,14
538:20 539:16

540:15 541:20
640:18 643:10,22
644:5,17 645:6
649:11 650:3,18
651:21 652:3,5
662:25 665:12
667:17 691:15
693:20,23,25
**authors'**
646:1 648:7 649:2
**available**
481:25 485:8
514:18,22 567:19
711:25 722:25
723:5,17 725:18
725:21 726:14,16
**Avenue**
430:13
**average**
549:18 577:16
606:10 613:7
684:4
**aware**
448:1 464:2,20
476:21,25 478:16
479:18 492:20
493:7 506:6
549:16 556:14
562:19 563:9
567:17 570:21
589:6,8 594:7,10
602:16 614:19
616:7 625:20
637:19 641:12
661:9 662:17
664:5,17 666:2
668:19 669:6,15
690:12

---

**B**
**B-U-Z-Z-A-R-D**
706:13
**baby**
549:13 567:21
568:14 569:12,15
569:16 585:22
589:9 599:12

**back**
512:23 518:2
519:15 520:13
526:24 537:22
542:5 562:21
566:16 575:3
582:10,13 607:4
629:10 655:19,20
674:12 692:7,14
698:21
**background**
494:17 531:19
643:18 690:1
**bacterial**
666:19
**Ball**
656:15,25 657:4
**banned**
666:3,6
**Baptist**
615:11 659:5
**basal**
453:18 454:14
455:19,20 456:18
586:14
**based**
479:19 501:4 511:7
529:10 598:22
624:20 639:25
706:25 720:24
726:13,16
**baseline**
667:19,22 668:9
**bases**
724:13
**basis**
509:25 681:3,5
710:2
**bath**
580:24
**Beach**
430:9
**BEASLEY**
430:2
**began**
570:10
**beginning**

557:23 656:4
722:18,21
**begins**
703:24 726:13
**behalf**
436:16
**believe**
438:21,25 439:18
465:14 466:6
468:16,20 479:2
480:21 495:4,5
496:21 502:21
509:19 517:1
523:2 527:6
539:20,21 546:16
546:20 548:6,17
548:23 550:19
552:16 553:14,17
561:7 562:20
566:3,10 569:6,19
571:3,21 572:1,8
573:2 579:19,23
580:13 581:13
584:18 585:25
586:5 590:23
604:10 606:24
607:2 611:25
617:20 627:21
628:7,11 631:16
634:1 635:8
636:20,24 650:6
650:15 675:16
681:17 682:2
690:8,15 693:5
696:8 698:10
701:20 718:13
**bell**
711:8
**benefit**
540:4
**benign**
440:5 453:20,24
454:1,12 455:4
456:8,8,11,22
457:12,16
**Berge**
492:21

**best**
607:4,22 728:9
**better**
501:20,25 502:6,11
504:24 533:5,6
536:13 543:9
560:13 628:25
654:4
**beyond**
547:21 624:10
**bias**
553:11,24 554:3
725:17
**BIDDLE**
431:2
**bigger**
465:6
**bilateral**
460:23
**biological**
619:8 620:20 621:4
621:4 665:15
**biomarker**
540:23 541:11
**bit**
508:13,16 537:24
**bladder**
512:24 513:12
**BLASINGAME**
430:12
**blisters**
662:12
**bloating**
512:20,22
**block**
516:10,10,13,15
622:3
**blocks**
515:19,22 595:20
595:23 596:16
597:4 634:14
635:2,18 636:3
638:1
**blood**
601:2,18 602:2
621:7 625:15,19
626:2,4 639:2

Judith Wolf, M.D.

660:1,6,12
**blurted**
530:6
**board**
696:16
**body**
433:22 455:18
456:1 497:23
541:22 552:5,9
555:11 582:7
585:15 600:6
613:20 633:11
636:17 638:7
663:25 664:7
665:9,13
**body's**
531:20 552:24
**bombs**
572:5
**Bondurant**
436:15,19 437:3,10
441:6 454:16
457:24 461:22
462:10 464:3,13
469:15 509:15
542:3,11,16 547:6
548:22 549:7
551:21 555:6
560:11 567:9,14
568:8 572:9,18
573:15 575:1
612:13 684:10
704:20 709:7
**Bondurant's**
437:18,22 438:5
439:21 442:15
448:12 453:4
456:7 510:5
513:19 514:12
515:4 532:23
533:12 534:5,13
535:7,15 536:2,18
537:7,8 548:7,14
560:8,16 561:8
565:25 566:4
567:2 568:15
570:10 573:9

574:2,5 704:24
**Bone**
597:23
**born**
623:7,11
**bottles**
567:13,18,25 568:1
568:7
**bottom**
538:11 596:25
619:1 711:19
**bowel**
512:24 513:5
**box**
619:5
**Bradford**
492:12,15 508:23
509:1,8,20 510:2
**brain**
453:19 454:18
455:1
**BRCA**
441:7 516:14 518:5
518:5,7,8 523:22
523:24 524:3,6
525:24 526:7,15
526:25 527:14,16
528:13,22 530:10
530:11 532:14,17
624:19 625:7,14
625:18,18 626:10
628:14,23 629:5
630:16,18 631:2,5
684:24
**BRCA-based**
631:9
**BRCA-positive**
525:23 526:5 680:3
**BRCA1**
524:11,12,21 525:3
525:8 527:22
530:19 631:6
**BRCA2**
446:24 524:15,21
525:15 527:23
530:22 631:6
**break**

493:8 508:7,10
536:16 575:3
609:3,7,12,15
621:21 646:1
682:17
**breast**
439:15,20 440:11
440:16,20,24
441:10 443:4
444:23 446:5,10
446:18 447:14,15
458:6 460:2,11
579:1,8 618:14
619:24 620:8
623:3 624:3
626:18 627:15
656:12,16,20
657:4,6,15,16,25
658:4,12,16,20
659:12 660:11
697:16,25 702:1
**breasts**
697:19,21
**bring**
481:3 699:16
**broad**
503:21
**broader**
675:17
**broke**
592:5
**broken**
663:24 664:6
**brother**
442:19 444:20
445:15
**brought**
553:25 693:6 694:8
**BURCH**
430:12
**Buz'Zard**
706:10

_____
        **C**
_____
**C**
430:1,17 431:1
432:5 436:2

**C5**
636:3
**calcium**
597:10,14,20,23,24
600:1,8 638:14
**California**
430:9,19 724:12
**call**
509:19,20 510:3
514:7 540:6
577:21 589:13,19
589:21,24 590:6
591:15 592:15,18
727:7
**called**
455:19 510:11
563:23 724:25
**calling**
479:22
**Canada**
694:17,22,25 695:5
695:10,15,23
710:14,15,15
711:3,13,19 712:7
712:19,19 713:7,9
716:16,17 717:8,9
717:22 718:24
722:8,16 724:2
**Canada's**
694:14
**cancer**
433:12,15,18,23
434:11,19 437:18
437:23 438:2,6
439:12,15,20,20
439:24 440:4,6,12
440:13,15,16,20
440:25 441:3,8,10
441:11,24 442:3,5
442:11,17,25
443:2,5,16 444:20
444:22,23,24,24
445:6,14,15,16,18
445:18,21,25
446:4,5,6,6,10,17
446:18,22,23,25
447:1,9,14,16,16

447:17,19,25
448:25 449:1
450:7,12,13,22
451:7,19,23 452:2
452:11,24 453:11
453:12,16,23,24
454:10,19 455:2,2
456:21,24,25
457:21 458:5,6,7
459:12,15,19
460:1,2,3,11,12
460:16 461:6,12
461:15 462:5,7
468:3 469:17,20
470:14,22 471:9
471:19 472:1,15
472:22 473:2,17
474:4,10,13,21
475:1,20,25 476:3
476:4,24 477:18
478:18 479:11,13
480:14 482:8
483:6,8,23 484:14
485:7,10,20,21
486:5,8 487:13,21
488:7,12 489:2,4
489:21 490:5,15
491:17 492:17,24
493:17 494:21
495:14 496:14
497:24 498:8
501:23 502:8,14
503:3 504:4 505:2
505:5 506:9,13,21
507:2 509:7,11,14
510:8,14,20
512:15,19 513:2,6
513:10,12,15,21
514:2,13 515:16
516:3,23 517:2,5
517:8,10,18,20
518:2,6,11,13,16
518:21,22 519:2,3
519:4,7 520:16,19
521:11,21,23
522:1,6,12,16
523:1,8,15,17,19

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 83 of 120
PageID: 261673
Judith Wolf, M.D.

Page 737

523:23,24 524:5
524:13,17 525:10
525:17,19,24,25
526:3,6,8,16,19
526:19 527:17,25
527:25 528:8,11
528:15,19 529:2
529:17 530:21
531:6,11,15 532:4
532:7,10,25
533:12,19 534:4,4
534:15,17,18
535:8,9,11,16,19
535:20,21 536:2
536:18 537:5,11
537:16 538:24
539:13,19 540:5
540:11 543:5,11
543:13,17 544:3,7
544:24 545:11,16
545:23,25 546:19
546:24 547:4,7,17
548:1,5,10,18,24
549:15 550:7,23
551:11 553:13
555:9,14,15
556:16,20,21
557:5,14,17,25
558:1,5,10 560:9
560:16,24 561:10
561:21 562:4
565:22 566:14,17
566:22,24 567:2,6
568:15 570:2,14
570:20 571:4,11
571:18 572:3,7,13
572:19,25 573:12
576:10,15,19,25
577:3,5,13 578:4
578:8,16,19,21,25
579:1,4,8,9,11,14
579:15,24 582:15
583:6,11 584:10
584:18 586:13,15
588:4,5,10,20
594:24 597:13,18
597:24 600:2,8

602:8,18 603:11
603:13 604:1,5,12
604:15,23 605:1
605:23 606:1,5,21
607:4,8,23,24
608:3,5,8,12
610:16,19,25
611:1,11,20,24
612:6,16,23 613:3
613:6,22,23 614:3
614:7,12,17,22,24
615:1,14,19,24
616:3,5,9,23
617:13,22 618:1
618:14 619:24
620:8 622:21
623:3,3,4 624:2,3
624:4,4 626:17,18
626:24,25 627:14
627:15,17,23,24
628:2,7 632:8,13
632:25 633:20
634:2 637:14,23
638:11,16 640:4,8
640:24 643:15,20
644:1 645:9 646:6
646:19 648:11
649:14 650:23
651:5,11 652:21
652:25 653:9,20
654:17 655:2,13
656:12,16,20
657:4,7,15,17
658:1,4,12,17,18
658:20,21 659:6
659:11,12,14
660:11,13,16
666:12 667:1,7,14
667:21,24 668:4
668:20,24 669:4
669:12,16,23
670:11,13,20,22
671:5,11,15
673:19,20,21
674:9,13,16,25
675:6,11,17,19
676:5,24 677:5,10

677:22 678:4,11
678:13,15 679:4,5
679:9 680:5,19,23
680:23,25 681:12
681:13,15,19,25
682:5,11,11,15
683:15,25 684:13
685:17 686:16,23
687:8,10,15,20,21
690:22,22 693:10
694:14,19,23
695:6 698:4,19,25
699:20 700:14,22
701:1,6,7,7,8,18
701:24 702:1,2
703:6 706:20,23
710:17,23 712:22
713:1,11,16,18
714:3 715:22
716:3,6,19,25
717:3,11,20,25
718:4,13,15,23
719:3,12 723:4,21
723:22 724:24
725:1,19,23 726:3
726:17,25 727:1,3
727:8,16

**cancerous**
529:7 571:25

**cancers**
446:14,16,20 447:4
447:8 451:3,25
452:3 453:18,19
453:20 454:12,14
454:21 455:21
456:19,25 472:20
472:21,23 473:4
482:14,15,18
488:17,21 493:3
498:20 504:8
506:14 507:7,20
517:9,16 534:9
570:15 572:4
604:8 624:8 674:2
674:21 676:21
684:5 687:18
693:12 695:12

700:22 701:16
702:2 704:14
707:10

**candidates**
606:20

**carbon**
638:14

**carcinogenesis**
540:23

**carcinogenic**
565:21,21 566:15
571:10

**carcinogenicity**
565:5,6,9,13,19

**carcinogens**
505:16 637:21

**carcinoma**
437:11,12 478:2
492:13 503:1
504:1 569:20,22
570:10 695:1
713:11 716:3

**care**
468:2 469:13
509:25 520:1
593:21 594:4
683:21 696:18
697:6

**carefully**
729:4

**case**
436:15 438:25
442:7 486:13,16
486:19,21 488:23
492:5 508:12,14
508:16 509:6
510:5,16 513:19
514:24 515:4,13
516:2 519:10
526:20 531:9
532:23 534:5,6,13
535:15 536:18
537:8,8 546:13,15
548:4,7,14 550:20
553:12 559:23
560:8,16 561:8
565:25 566:4

568:12 574:6
575:12,14,19
577:4,17 579:20
584:18,22 585:8
587:24 588:1,16
588:19 589:5
591:21 592:19
594:4,8,13,18
595:4,20 604:9
606:7 608:11
609:1,24 613:14
614:9 616:20,24
618:6 622:21
623:25 627:22
629:3,10,15 630:1
630:15,17 631:17
632:12 634:14
635:3 640:1,7,10
647:15 657:23
658:22 659:10
660:14 670:8
671:8,10 674:4
675:15 681:4
682:23 683:3,10
683:14 684:8
685:14 687:23
698:12 704:24
707:1

**case-controlled**
483:22 541:25

**case-specific**
436:19 437:2 552:1
552:6 574:10
575:13,16,19
576:3 595:13
599:3 609:23
610:2,8,11 634:11
637:7 707:19
721:11

**cases**
479:16 482:14
483:5,23 484:14
484:16 485:7
486:5 488:11,22
489:11,13 490:17
490:19 491:12,21
494:25 495:10

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 84 of 120
PageID: 261674
Judith Wolf, M.D.

Page 738

499:24 500:4,4,11
500:18,24 508:4
514:25 517:1,3,10
517:13,18,21,22
518:1 522:15
529:15 537:3
551:9,12 553:15
561:8 562:1
566:23 575:2
584:14 586:4
588:2 604:22
605:8,12,14,16
628:21 632:10
639:10 640:6
644:19 647:7,7
670:9 671:4,9
675:10,18 676:3
677:4,17,20,21
678:15 679:4
681:3,15,22
682:13 685:4,5
**categories**
648:16
**category**
701:19
**cations**
598:7,19
**causal**
540:20 541:1,7,19
712:21 713:10
715:20 716:1,5,18
717:9,23,24 718:4
718:11 719:9
723:18 725:21
**causally**
710:17,23
**causation**
508:24 509:2,3,5
515:8,14 542:2
694:18 700:16
701:1
**causative**
611:3 674:15
679:20 682:4
**cause**
429:11 437:17
438:16,22 439:2

441:18,23 442:5
442:11,12,14
453:20 454:12
455:4 506:5,9,21
507:1 509:13
510:8,19 512:11
512:12 513:13
514:1,12 518:1,5
518:11,16 519:6
521:22 522:1,11
522:20 523:3,8,19
525:25 526:16,19
527:25 528:11,15
528:19,21 529:8,8
529:9,16 531:11
531:14,18,22,24
532:1,3,10,10,22
533:18 535:7,8,10
536:1,22,23,24
537:16,19 538:23
539:11 544:6
547:8,19 548:6,7
548:10 550:6,23
551:17 552:16
555:15,18,22
556:12 558:5,9,10
558:10,13 559:9
559:12,22 560:1
561:9,20 565:22
566:13,17 568:14
572:17 576:10
584:17,17 588:5,9
594:24 600:10
604:5,11,11,14,19
604:23 605:2,20
605:22 608:11
610:15,25 622:13
627:3,24 628:1
632:8,13 634:2
638:16 640:4,8
651:11 663:9,12
663:16,22,25
664:2,7,11 665:24
666:5 670:11
671:5,15 674:21
675:11,16,19
676:4 677:5 678:3

678:11,13,23
679:9,11,15,21
680:18,23,25
681:9,13,18
682:14 684:16,19
684:20 685:8,23
686:15,15 694:22
699:19,19 706:23
707:9,14,19
**caused**
452:25 509:7,10
517:9,18,20,22
520:19 522:5
526:7 527:16
529:3 531:12
534:15,16,18
535:10 536:7,8,9
548:5,18,24
551:11 553:13
555:2 557:3
560:17,24 561:9
567:3,6 579:24
588:19 613:6
671:14 679:5
680:5 684:11,22
685:7,9,15,22
686:3,10,22,24
701:6,23 713:21
716:25
**causes**
437:22 438:4,18
439:5 456:22
486:7 507:19
512:13 516:23
517:5 522:18
523:1,14 528:18
530:15 532:7,24
533:11 535:13
547:25 555:9,24
560:8 561:14,20
588:3 619:23
664:6,15 674:8
675:6,19 677:21
690:21 696:24
701:16
**causing**
456:21 469:9

511:15,21 537:4
546:23 555:13
557:16,18,21
572:24 584:9
651:5 665:15
706:19
**cavity**
554:8
**CDT**
429:19 436:3
508:20 575:7
582:25 592:3
609:20 621:25
645:23 682:21
727:25
**cell**
444:20 453:18
454:14 455:19,20
456:18 516:9
527:4,8 528:18,21
529:6,7,9 531:18
532:1,8,9,13
555:20 566:21
571:24 583:9
586:14 681:11
701:23
**cell-type**
583:10
**cells**
497:5,6,6,7 532:3
555:17 559:23,24
559:25,25 560:5
578:19 601:3,18
602:3 639:3 706:8
**cellular**
555:8,17 559:16
706:6
**Center**
445:6 615:11 659:5
**certainly**
506:20 550:8
696:15,18 711:2
**certainty**
708:2
**CERTIFICATE**
432:14 728:1
**certified**

429:20,21 696:16
728:3,3,20,20
**certify**
728:4,7,10,13
731:4
**cervical**
445:14
**cervix**
446:11,12 595:25
701:7
**cesarean**
698:6,13,15,18
**challenge**
513:9,14 551:7
**challenging**
582:6
**chance**
452:18 472:15
530:20 536:7,9
607:3 667:10
**chances**
474:9 611:23
612:22
**change**
450:18 453:1
515:13 528:23
555:16 640:15
689:13,22 699:18
707:14,19 730:2
**changed**
554:20 689:19
690:10
**changes**
502:12 512:24
532:9,22 555:17
697:18,21,24
729:11 731:6
**characteristics**
649:1
**characterizing**
725:19
**charge**
468:6
**chart**
468:6
**check**
642:1 720:18

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 85 of 120
PageID: 261675
Judith Wolf, M.D.

Page 739

Chemical
665:9
chemotherapy
602:11,15 606:16
  661:11
child
456:4
children
458:8 460:4 573:23
  620:20
chlamydia
544:1
chlamydial
544:4
chromium
588:25
chronic
544:2 555:7,10,12
  555:21,23 556:4,7
  557:15 558:6
  559:11,18,19
  600:16 601:19
  602:4 638:21
  639:3,10,14,16,21
  639:23 663:13,22
  664:2,8 697:12
  698:21
cigarette
544:25 545:17,19
CIRCUIT
429:8
circumstances
700:9
cirrhosis
513:6
cite
581:2
citing
580:19
CITY
429:8
claim
553:12
claimed
585:14
claims
584:3 631:22

clarification
685:21 706:11
clarified
495:7
clarify
544:12 604:15
  615:18
Clarke-Pearson
527:7
Clarke-Pearson's
506:24 507:16
clause
725:24 727:2
clear
487:7 495:23 499:3
  501:5,8 533:22
  540:4,20 543:7
  614:3 616:1,4
  621:9 658:7
  663:17 670:21
  674:15 693:8
clear-cell
437:10,12,18,23
  438:5 469:17
  471:7,11,18
  472:19,20,22
  473:2,4,17 474:10
  474:13,20 475:1
  475:20,25 476:6
  476:24 477:17,21
  478:2,6,8,18,23
  479:2,10,19 480:2
  480:4 482:14,18
  483:6,8 484:13,16
  484:20 485:7,9,21
  486:8 487:12,20
  488:7,11,18,21
  489:2,13,21
  490:16,17,19,25
  491:12,17,21,24
  492:12,17,24
  493:3,9,17 494:11
  494:20 495:12,14
  496:19,25 499:2
  501:7,16 502:17
  503:3 504:3,9
  505:14 510:8

513:21 533:12
  566:14 567:2
  569:20 570:4,10
  695:1 710:16
  712:22 713:2,11
  713:19,20 714:3
  715:22 716:3,19
  718:7,12,23 719:2
  719:11
clear-cells
479:7 489:9 491:6
  712:15
client
582:10
clients
591:8
clinical
457:4 461:24 469:8
  477:8 536:5 697:8
clinically
664:17
clinician
513:25
close
479:7
coauthor
497:14 537:25
cobalt
589:1
coffee
544:23,25 545:11
  545:15,21,24
cohort
666:22
collectively
651:18
College
430:13
colon
444:24 513:12
  603:16,17 701:7
  702:1
column
498:15 703:22,22
  703:23
combination
561:2 669:8 680:4

combinations
598:8
combined
488:13
come
468:13 516:18
  532:13,14,15
  552:1 565:3 575:3
  607:4 692:14
comes
447:7 458:4 511:4
  572:4 574:12
  598:25 638:6
comfortable
697:2
coming
533:9
commencement
728:4
commencing
429:19
commentary
449:15
comments
480:16 530:2
Commerce
430:3
commission
728:22 731:17
common
478:6 503:6,13
  504:6,7,17 505:12
  513:1 543:8 544:5
  544:25 556:22
  569:25 570:4
  597:17 600:7
  606:7,8,11,13,17
  643:23 644:10
  651:23 667:21
  673:10 697:11,18
  698:22
commonly
476:6 504:19 558:3
  606:4 702:2
communicated
589:11 590:25
  593:3

comparatively
530:8
compared
534:15,17 655:3
comparing
481:6
competent
676:3
competing
511:24 513:4
complete
507:25
completed
602:11,13,15
completely
556:11
complicated
513:12
complications
554:13,25
component
512:4
composed
638:14
composition
597:10,20,23 600:1
compound
568:13
computer
481:19
concept
504:13 516:20
concern
528:19 727:13
concerned
607:23
concerning
542:9
concert
568:25
conclude
540:25 541:18
  550:22 632:12
  694:18
concluded
501:12 713:9
concludes

Judith Wolf, M.D.

Page 740

711:15 712:8,20
712:24
**conclusion**
490:12 538:22
539:2,3,8,22
649:2 650:19
710:16,22 712:10
725:3 728:12
**conclusions**
538:14,15 646:2
694:15,21 695:22
696:3 717:17
**condition**
697:17
**conducted**
511:6 644:1 711:21
711:24 725:15
**confers**
498:11
**confidence**
472:8,10 544:16
583:14 725:17
**confirm**
462:12,25 463:13
465:8 466:9
469:12 630:11
**confirmation**
462:1,2 463:24
465:21 466:16,24
467:3,11,19 469:1
533:23 630:24
631:3 704:21
705:8
**confirmed**
438:12,13 464:21
468:22,23 630:8
630:10,23
**confluent**
662:12
**confounder**
541:23 542:25
544:19 545:14,20
546:17 547:2
**confounders**
542:20,21 547:18
**confounding**
540:24 541:13

547:15
**confused**
495:20 657:10
680:12
**confusing**
613:25
**connection**
476:8 643:14
**consider**
463:17 467:4,9
468:21,24 510:1
511:24 523:7
525:24 528:10
542:1 544:24
553:23 554:1
563:19 572:23
578:9 607:10
627:5 657:21
658:13,15 660:14
666:11 669:2,21
680:24 708:19
**considerable**
712:4 714:22
**considered**
489:10 542:18
563:1,10 578:3
605:18 641:9
698:16 721:6,9
722:1
**consistency**
711:23 725:13
**consistent**
456:12 457:13,17
476:23 477:16
542:8 615:23
632:5 694:5,10
702:16 723:2
724:3 726:22
**consistently**
498:18
**consortium**
479:20,21,23
483:14
**constituents**
598:4 635:24
**construction**
587:8,9

**consult**
591:23
**contain**
445:3 588:24
**contained**
561:19 588:15
707:23 718:23
719:3 720:25
721:7,22
**contains**
437:1 588:23
664:11
**contamination**
567:13
**content**
590:1,14
**context**
593:22
**continue**
449:24 498:25
520:6,9 572:16
575:10 621:22
**continued**
528:20 572:16
**continuing**
528:24
**contradict**
616:8,22 617:12
**contradictory**
617:3
**contraindication**
546:11
**contribute**
535:18,19,21,22
**contributing**
437:17,22 438:4,15
438:18 439:2,5
441:18,22 442:12
442:13 510:7
522:18,20 523:1,3
523:14 557:17
572:12,25 584:17
604:11 699:19
700:12 706:19
**conversation**
590:2,19 592:6
**conversations**

594:11
**copy**
480:21 481:3
689:10
**cornstarch**
569:12,15 662:16
662:20,25 663:9
663:12,16,18,22
663:24 664:5,10
664:15 665:14
666:3
**Corporate**
430:8
**correct**
437:8 438:16 439:2
441:11 442:7,17
443:10 446:15
447:19 448:15,23
450:16 451:8,19
452:4 453:6 454:7
455:2,18 456:13
464:6 468:14
472:9 473:9
474:21 475:1,20
475:21 476:1,15
477:14 478:19
479:13 485:10
486:8 487:13,22
488:8,21 489:5,18
489:19 491:2
492:9,18 493:17
495:15 497:1
498:4,9 499:12,20
500:21 501:12
502:9 503:4,18
504:4,15,25
505:20 507:22
511:11 515:2
516:3 518:6,11,23
520:21 521:23
522:6 523:15
524:6,13 525:10
526:22 528:11,16
530:17 531:7
532:16 534:7
537:5 548:1,15
550:7 551:17,18

554:1 556:8,11
557:6,18 559:13
560:9,19 561:10
561:21 562:10,13
563:15,24 568:8
572:25 573:9
575:15 576:12
577:23 579:4
580:11 581:14,25
582:16 584:19
585:10 586:7
588:5,20 594:6,18
597:16 599:22
600:11 602:1
604:12,24 605:14
608:3 610:7,16
611:11,20 612:7
612:17 613:17
614:12 618:6,8,14
620:2 623:4 624:4
624:5,14 626:11
627:24 628:9
630:4 631:11
632:14,18 633:16
633:21 636:10,23
637:10 638:2
639:12 640:3
642:20 643:6,11
644:7,15 648:1
650:4 651:5,19,24
653:1 654:18
655:13,16 663:14
664:12 667:1
670:13 671:6,20
672:8,15 673:10
673:24 674:22
677:14 678:7
679:13 680:5,19
681:4,19 682:5
683:23 684:13
685:17 686:4,11
686:25 688:1
690:23 704:5,8,19
709:9,13,19 710:5
711:10 713:12
714:3,13 715:22
717:11 718:2,16

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 87 of 120
PageID: 261677
Judith Wolf, M.D.

Page 741

731:5
corrected
497:10
corrections
729:4,7 731:6
correctly
485:23,25 513:20
535:9 554:15
620:16
correlation
549:14 668:19
correspond
646:13
counsel
430:5,10,15,20
431:6 458:10
459:9,13,22 460:6
461:16,18 507:12
574:23 655:21
728:14,15
counts
472:22
couple
484:8 490:11
521:10 661:8
691:2 693:6
707:14 708:25
719:20 720:20
course
470:10 566:1
606:23
court
429:1,8,20 728:3
728:20 729:20
cousin
443:15
covered
604:21 688:8
Cramer
433:13 480:5,10,14
482:19 483:6
484:4,7,12,16,18
485:6,17 486:3,25
487:11,19 492:22
492:23 517:3
582:11 583:4
693:19

Cramer's
487:15 517:15
create
672:23
credible
702:13,18,25
criteria
509:9
critical
512:4 726:17
crossed
583:15
crosses
544:17
CRR
728:18
culture
706:8
cured
607:11,16
Curriculum
434:21 688:25
CV
688:11,19,21,22
689:11,15,24
690:9,18
CYNTHIA
430:7
cytokines
560:5 601:7,21
639:6

— D —

D
436:2
dad's
656:19
daily
551:3 576:21 584:6
585:4,9 632:2
633:4,7
data
479:19 480:2,4
483:7,8 486:25
487:4,11 493:9
572:4 712:5
714:23 723:5,17

725:21 726:14,16
726:21
database
725:18
dataset
484:13 486:4 487:5
date
429:19 511:2 657:1
689:16,19 690:16
728:8 729:9
731:12
Dated
728:23
daughter
446:11 514:21
620:2,2,10,17
621:1 629:4,7
631:25 633:4,12
656:11 683:11
daughter's
510:12 566:4
617:23 624:18
625:1
Davis
434:11 640:17,24
643:9 646:2 648:7
705:10,13,15
day
511:2 585:21 586:2
586:3 632:3 633:5
633:8 724:19
731:16
day-to-day
509:25 696:13
days
704:5 707:14,18
729:16
death
619:23 622:14
624:8,11
decades
555:6 725:15
deceased
444:21 619:21,21
622:12 656:16
657:4
December

602:8
deemed
729:19
deep
589:17
Defendants
429:13 430:20
431:6
defense
708:14
defer
563:24 564:1,6,17
deferring
564:13
defined
564:2
definitely
517:19 577:21
647:2
definition
433:9 452:14 511:1
definitively
685:6,14
degree
708:1 725:13
demonstrate
498:18
demonstrated
501:6 580:24
denies
444:23
depending
530:16 531:11
532:2 559:14
depends
555:12 581:8
DEPONENT
432:16 731:1
deposed
553:20 586:8
deposing
729:15
deposition
429:18 433:1,21
434:1,7,14 436:23
444:7 445:8
452:10,13 470:3

474:18 480:12
482:6 490:3
493:25 494:1,8
495:6,19 496:5,7
497:21,22 506:24
506:25 507:16
510:12,24,25
514:20 516:6
566:5 575:20
576:1,6 584:7
585:12,19 586:10
586:11 587:6,15
595:5,6 610:5,12
611:6 615:2,5
616:25 617:23
618:13,17,18,20
618:24,25 621:8
622:2 624:19
625:1,4 626:9
629:11 632:1
634:19 639:19
640:20,22 655:20
655:22,23,25
656:4 659:2
661:18,20 662:2
667:5 688:23,24
689:25 702:8
721:2 728:12
729:3,13,17,18
depositions
588:8 702:24
deposits
597:24 600:8
deps@golkow.com
429:25
dermal
497:5,6
describe
554:6 617:25
described
571:16,17 599:21
617:2 698:11
describes
454:11 596:24
598:17 614:6,11
describing
571:20 592:6

Judith Wolf, M.D.

**description**
637:2
**designed**
669:17
**details**
566:6,19,25 614:7
  614:16 661:15
  684:18
**determination**
493:21 549:6 570:9
**determine**
509:9 510:19
  518:15 583:23
  584:1 618:4
  631:21 676:4
  679:5 682:1
**determined**
551:10 675:12,16
  675:20 677:6
**determining**
510:6 514:11
  657:21 719:9
**develop**
552:1 570:11
  685:17
**developed**
611:10,20 612:5,16
  623:3 624:3,8
**developing**
454:14 455:1
  524:13 525:10,19
  611:24 653:19
**development**
572:12 579:3,15
  600:2 613:23
  632:25 637:14
  638:10
**develops**
521:21 622:21
**diagnose**
464:18,24 465:1,2
  699:7 708:17
**diagnosed**
440:20 464:4,15
  465:12,19 466:22
  473:8 513:20
  556:17,20 557:5

557:14 572:20
602:7 606:4,22
608:20 613:3
629:13 704:17
709:22 710:11
**diagnoses**
511:25 513:4
**diagnosing**
704:3
**diagnosis**
465:20 466:10,16
  467:25,25 468:22
  468:25 469:6
  509:21 511:7,14
  511:19,24 512:5,6
  512:9,10 513:19
  514:1,8 558:4
  572:11 573:12
  577:8 603:14
  606:2 629:22
  630:3,8,22,23
  668:24 670:12
  683:16 697:5
  704:14 709:11,16
  710:4
**diaphragm**
554:21
**die**
607:25
**died**
620:11 621:15
  622:15 623:1,7,12
  623:15
**difference**
438:22 487:16
  488:13 491:20
  499:16 500:20
  505:2 506:16
  647:14,15 649:21
  650:7 652:10
**differences**
499:5,20 501:9
**different**
483:18 496:13
  498:7 499:17
  501:21 502:9,13
  502:23 503:1,7,7

503:11,14 504:2
504:10,14,15,19
504:24 505:5,12
505:18 511:20
518:22 520:16
531:20 535:25
536:17 537:20
539:25 558:4
569:9 570:1,5,6
571:8,12 583:8
629:6 630:21
651:12,13,15
652:16 686:19
725:15
**differential**
468:25 469:6
  509:21 511:6,14
  511:19,23 512:5
  513:4,25 514:6,8
**differentiates**
598:13
**differently**
491:15
**difficult**
499:6 501:10
  540:25 541:18
  618:10 687:10
  688:2 697:1
**dig**
470:9
**Diplomate**
429:21 728:3,19
**direct**
617:12 706:18
**directly**
457:21 552:9
  585:17
**disagree**
507:11 539:23
  541:4,17 590:9
  591:12 648:6,13
  648:24 649:1,6,7
  649:20 650:2
  651:7 685:20
**disagreement**
665:20
**discard**

714:18
**discomfort**
557:3,21
**discount**
572:10
**discounted**
463:16
**discourage**
666:15
**discover**
547:8
**discoverable**
590:7,24 591:13,13
**discovered**
504:14 672:7
**discrepancy**
480:2
**discuss**
498:6 541:21
  674:18
**discussed**
437:7 476:18
  547:25 560:6
  575:25 588:2
  590:18 594:3
  610:5 662:25
  671:9 674:20
  679:12 702:21
  705:22 727:6
**discussing**
692:17 694:2
**discussion**
485:14,16,25
  550:13 586:21
  590:14,17 645:13
  664:24 676:16
  726:19
**disease**
441:25 450:16
  512:14 516:21
  540:7 556:1,4,5
  602:22 603:25
  606:20
**diseases**
511:15 555:24
**disorder**
455:15

**disprove**
580:2
**disputing**
474:14,15,17,22
**distension**
512:19
**DISTRICT**
429:1,1
**doctor**
445:2 447:22 457:6
  458:25 481:12
  487:9 490:8
  496:11 519:24
  520:12 525:1
  590:5 614:5 657:8
  665:2 691:20
  700:1 715:6
**doctor's**
524:23 611:5
**doctors**
504:23
**document**
444:17 473:21
  482:21 620:12
  638:25 645:19
  692:9 718:1
**documentation**
628:14
**doing**
520:7 546:7 549:21
  586:1 599:2
  603:21 729:8
**dose**
705:14
**dose-response**
641:7 642:20,25
  645:7 646:4 648:9
  649:3,12 650:11
  705:16
**double**
469:16,24
**douche**
669:11 670:6
**douching**
434:18 666:11,15
  666:25 667:6,13
  667:21,22 668:4

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 89 of 120
PageID: 261679
Judith Wolf, M.D.

Page 743

668:10,20 669:2,9
669:15,18,21
670:4
**Dr**
432:10,12 436:12
441:12 442:8
443:12,17 444:4
447:6 448:3,8,10
449:8,13,17,25
450:5,10,17,24
451:10,21 453:7
453:25 454:8
456:14 457:10,15
457:25 458:12,15
458:22 459:16
460:8,25 462:15
463:2 464:5,9,17
465:17,24,24
466:1,8 467:7,14
467:16,20,21,23
468:8 469:3,18
470:10 471:20
475:2,6,8 476:9
476:14,22 478:20
479:14 480:6
481:18 483:10
484:16,23 485:11
486:9,12,17
487:14 488:9
489:6 491:19
493:1,10,18
494:24 495:16
499:13,22 500:9
500:14,22 501:13
501:24 502:10
503:5,19 504:5,16
505:21 506:2,10
506:24 507:3,16
507:24 508:6,22
508:25 509:12
510:21 511:17
512:1,7 513:8
514:3,16 515:1,3
515:6,12,19 517:3
517:7,15 518:17
518:24 519:12,16
520:1,8,22 521:24

522:7 523:4,16
524:8,19 525:2
526:9,13,21 527:7
527:18 528:3
529:4 530:7 532:6
533:2 534:19
536:3 537:17
542:4,23 543:15
546:1,5 547:11
548:9 549:10
552:7 553:18
556:18 557:19
560:20 561:5,11
561:22 562:14,20
562:24 563:17,25
564:7,12,20
565:17 567:4,16
567:20 568:16,23
569:7,23 571:7
572:14 573:1
575:9 576:16
577:1 578:5 579:5
579:16 580:12
581:7,19 582:3
583:2 584:20
587:4 588:6,21
589:25 590:9,12
590:20 591:6,22
592:5,20 593:7,24
594:17,22 595:4
595:12,19 596:4,8
596:15 597:7,11
597:21 598:2,15
598:16 599:7,19
600:3,13,15
601:11 603:12
604:3,13 605:5,15
607:1,18 608:4,14
608:22 609:5,11
609:17,22 610:21
614:4,5,11,15,19
614:20 615:20
616:10 617:1,6,12
617:14,24 621:23
623:5 626:21
629:2,16 630:5,20
631:24 632:19

634:4,10,13,16,24
635:3,17 636:8
637:17 638:12,18
638:20 639:25
640:9,14 641:10
641:14,19,25
642:3,5,18,23
643:3 645:14
646:10 648:2
649:4,17 650:5
651:6 652:9 653:2
653:10,16 654:8
654:19,21 655:14
656:6 657:24
659:15 663:2,15
664:4,13 665:22
666:13 668:6
669:5,25 670:14
671:1,7,23 673:1
673:25 674:11,23
675:13,23 676:8
676:12,18 677:7
677:23 678:8,17
679:6,14,19 680:8
680:20 681:20
682:6,23 684:14
685:18 686:5,12
687:1,7 688:10,15
691:8,9 692:1,10
693:1,16,19,22,24
694:11,24 695:4,9
695:14 699:11,25
700:7,20 701:10
702:19 703:1,13
703:18,23 704:1
704:11 705:4
706:3,6,16 708:23
709:14 710:6,8,21
712:9,23 713:13
715:2,8,23 716:22
717:12 718:17,25
719:13 721:14
722:7,14,22 723:9
723:12,16,25
724:10 725:4
726:4,8,11 727:9
727:18,21

**DRINKER**
431:2
**drinkers**
545:1,21,22
**drinking**
545:24
**Drive**
430:8
**driving**
541:24 546:4
**dropped**
572:5
**due**
499:4,20 501:8
554:13,24 617:5
**duly**
436:6 728:5
**duration**
552:15,21,24 584:9
584:11 632:4,7
633:24 645:8
646:5 647:4
648:10 649:13,22
650:4,8,12,12,17
705:16,21
**dusting**
554:12,24
**dyspareunia**
697:14

**E**
429:20 430:1,1
431:1,1 432:5,5
436:2,2 728:2,18
**earlier**
497:4 537:1 557:5
569:25 571:2
575:25 594:21
599:21 604:7
610:5 628:20
629:11 643:5
656:18 659:1
662:22
**early**
454:15 512:23
607:6 608:19

658:25
**EASTERN**
429:1
**editor**
692:20 719:21
**editorializing**
723:11
**Edna**
656:15,25 657:3
**effect**
704:8 723:18
726:18
**effects**
562:16 665:15
**eight**
478:12 479:6
488:13 595:19
597:4 623:15,17
623:19
**either**
456:17 497:2,7,9
500:6 515:1 532:1
536:14 562:22
599:20 627:23
647:15 663:13
669:18 671:5
672:6 679:18
**Elbendary**
614:20
**electronically**
481:25 689:7
**elements**
598:9,21 599:14
**eliminated**
517:17
**ELLIS**
430:17
**employee**
728:13,15
**endogenous**
600:5 638:1,4,9,13
**endometrial**
444:24 472:20
698:3
**endometrioid**
476:7 478:9 479:2
488:18 490:25

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 90 of 120
PageID: 261680
Judith Wolf, M.D.

Page 744

498:21 502:17
505:13 582:15
583:6 695:6
712:15 713:3,19
713:21 714:2
717:11 718:8,12
718:22 719:2,12
**endometrioid-type**
583:10
**endometriosis**
438:8,12,15 461:23
462:4,6,9,18,22
463:11,20 464:5
464:10,16,19,24
465:2,8,13,21,25
466:7,10,15,20
467:6,10,15
468:21 469:2,11
469:15,16,23
470:15,23,24
471:4,6,11,14,15
471:17,25 472:5
472:13 473:1,8,13
473:15,19,23
474:5,9,19,25
475:15,16,17,23
476:2,6,24 477:17
521:14,17 532:21
533:21,24 534:18
535:10,22 536:20
536:23 537:12
558:8 628:22
629:13,22 630:4,9
630:12,22,25
675:4 696:6,9,14
696:15,19,22,24
697:7,10,17 698:8
698:12,17,22
699:3,5,7,8,12,14
699:17 700:2,3
703:5 704:3,15,17
704:21 705:7,9
707:5 708:17,20
709:12,16,22
710:5,12
**England**
479:20,22

**entire**
551:6 658:15 682:7
**entirely**
506:4 616:4
**entrapped**
580:25 581:21
**environmental**
505:16 516:13
**epidemiologic**
488:5 542:6 544:10
550:9 584:11
585:5 632:6,24
**epidemiological**
724:1 725:14
726:22
**epidemiologically**
655:15 701:15
**epidemiologist**
476:15
**epidemiology**
486:6 492:16 493:8
498:7 541:22
711:15,22 714:7
714:20 723:5
**epithelial**
472:23 485:19
501:22 502:8,13
507:19 566:24
570:2 605:25
682:12 684:5
695:11 713:1,16
713:18 716:5,24
718:4,15 724:23
725:1 726:2 727:3
727:8,16
**equally**
553:2
**ERIC**
431:2
**eric.friedman@f...**
431:3
**errata**
432:15 729:6,9,11
729:15 730:1
731:7
**error**
486:2 495:5

**especially**
471:11 475:24
**ESQUIRE**
430:2,7,12,17
431:2
**essentially**
682:19
**establish**
650:10
**established**
562:9
**estimate**
551:20
**et**
429:12 433:13,16
433:19,23 434:12
434:20 480:15
482:8 490:5
497:24 640:24
667:7
**etiologic**
499:4,20 500:20
501:9
**etiology**
569:20,21
**evaluate**
595:2
**evaluated**
542:13
**evaluating**
510:15 623:25,25
**evidence**
459:11 486:18,20
500:7 509:22,22
509:22 523:6
541:6 551:10
562:3 567:11,22
570:22 586:20
589:4 600:15
601:9,24 602:16
602:22 603:10
627:25 629:21,25
630:15,17 638:20
671:24 699:8,12
699:16,23 700:3
700:15 701:14,21
705:9 706:25

707:1,4 709:11
724:6
**evidence-based**
510:23
**exact**
550:16 632:17
667:2
**exactly**
463:23
**examination**
432:8 436:9 662:5
691:6 709:3
722:12 728:4
**examined**
599:20 712:5,13
714:23
**example**
502:24 503:3 504:3
524:3 544:21
545:19 572:10
577:19 665:15
**examples**
551:12,13
**exceptions**
516:24
**excerpt**
433:20 434:6,13
496:6 618:19
621:9 655:24
656:3 662:3
**excerpts**
445:6 618:25
**exclude**
695:1,6,11 710:24
713:2
**excluded**
483:18 665:13
712:14
**excuse**
488:16
**exhibit**
436:23 437:6,16
444:6,7 445:5,8
452:10,13,19
463:10 470:3
474:18 480:11,12
482:5,6 490:2,3

496:2,5 497:21,22
575:20 576:7
582:20 595:5,6
610:12 615:3,5
616:25 618:17,18
618:24 619:3
634:18,19 640:21
640:22 655:22,23
659:2 661:19,20
662:3 667:4,5
688:23,24 689:25
691:13 703:14
721:1,8
**EXHIBITS**
433:1 434:1 435:1
**exist**
709:19
**exogenous**
598:4,7,13,14,19
598:24
**expect**
456:16 493:4
568:10 576:4
600:22 651:4
652:23 653:7,8
654:14,23,24
**experience**
690:3
**experimental**
540:22 541:8
**expert**
434:2,8 537:14
562:12,15 594:8
594:12 595:7
634:20 695:23
696:9 708:14,20
**expertise**
697:8
**expires**
728:22 731:17
**explain**
559:18 653:6 654:5
**explaining**
565:18
**explanation**
503:17 605:4
**explored**

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 91 of 120
PageID: 261681
Judith Wolf, M.D.

Page 745

480:1
**exposed**
518:10 549:7 566:1
  566:11 584:2
  631:21
**exposure**
492:17 548:14
  551:21,23 566:13
  571:9,24 579:20
  580:4,8,10,14
  584:15,19 587:2,2
  587:11 631:17
  632:11 633:19,25
  675:3 682:1
  700:10 706:8
  722:25 723:4,20
  725:20 726:19,24
  727:12
**express**
717:8,21
**expressly**
713:8 716:17
  718:11 719:9
**externally**
553:3
**extirpation**
696:20
**extremities**
512:21 513:1

———————
**F**
**F1**
636:4
**facial**
455:7
**fact**
438:14 443:11
  469:15 471:16
  515:22 606:12,15
  651:8,13 652:17
  673:10 699:17
  720:15
**factor**
438:17,22 439:9,25
  440:6,25 441:20
  441:21 447:24
  462:4,6,9,22

463:21 516:13,14
518:21 519:2,4,5
522:16 528:17
531:23 537:4
540:20 541:7
543:3,21 546:9
576:20 577:13,15
577:17,21 578:3,9
578:10 579:3
611:4 613:9 618:5
622:19 624:1
627:9,23 632:25
657:22 658:13
659:13,14 660:15
661:6 666:12
669:3,22 670:11
670:19,20,21
671:25 674:15,15
676:23 678:12
679:15,20,21
680:17,17,22,24
681:8,16,17 682:4
684:24 685:4,7,15
688:1 698:7,17,19
698:25 700:12
706:19
**factors**
439:5 442:3 461:13
  462:17 509:16,16
  510:14,15 511:20
  512:11,16 514:14
  514:20 520:16,18
  520:19 521:11,21
  522:17 523:13
  529:12,18 531:14
  533:16,16 534:6
  535:25 536:17
  537:9,15,20
  542:12,21 543:1,4
  543:11,13,17,23
  545:4 557:13
  560:4 601:8,21
  612:1 639:6
  670:18 671:12
  676:24 678:3
  679:9,11 680:2
  681:7,17 684:19

684:25 685:13,23
  690:22
**facts**
593:2 658:22
**FAEGRE**
431:2
**fail**
729:18
**fair**
439:6 441:23
  463:21 487:9
  523:3 527:2
  531:16 536:24
  544:15 545:17,18
  553:5 565:14
  607:17
**fairly**
647:16
**Fairmont**
429:18
**falling**
581:24
**fallopian**
552:18 595:24
  596:1 635:5,8,14
  636:22
**falls**
516:11,15 581:21
**familiar**
452:6 497:12 498:2
  504:12 580:20
  640:16 641:2
  642:15 666:21
**family**
437:25 438:2
  439:10,17 440:24
  441:2,9,14,17
  442:16,17 444:14
  446:15 447:3,10
  454:17,21 456:17
  457:22 459:24
  460:10 461:12
  522:24 523:10
  532:16,19 533:17
  534:16 535:9,20
  536:19,22 537:11
  543:20,23 574:2

578:20 579:2,13
  613:22,24 614:6,8
  614:11 615:13,19
  617:18,19,25
  618:5,10 620:19
  621:5,6 622:20,23
  624:1 626:17,24
  627:3,6,9,13,15
  627:22 628:1,2,10
  655:19 656:14
  657:3,22 658:14
  658:15 659:12,18
  660:14,19 661:5
  671:20,25 673:5
  679:25
**family's**
461:8
**FAPR**
728:18
**far**
448:1 487:10 538:8
  549:16 563:9
  568:6,9 603:24
  606:10 607:3
  649:7,19 655:18
  664:5 669:17
**fast**
531:1 570:18
**father**
619:8,9 620:19
  621:4 622:10
**father's**
620:14,20,22 621:4
  659:20
**fatigue**
512:24
**fax**
429:24
**FDA**
666:3
**features**
455:8
**feel**
519:24 615:23
  700:14
**feet**
455:9

**fellow**
429:20 593:25
  728:2,19
**fellows**
683:7
**felt**
600:4 603:15
**female**
665:16 696:21
**females**
580:25
**fibers**
515:7,12,24 562:3
  562:3,7,20,25
  563:18,18 567:24
  588:25 599:21
  640:14
**fibrocystic**
697:16,21,24
**fibroids**
513:5
**fibrous**
560:23
**figure**
487:7 492:1 599:5
  614:24 637:9
**figuring**
468:1
**filed**
436:16
**financially**
728:15
**find**
439:16 465:4
  487:12 488:14
  490:20 491:5,7
  492:23 493:4,20
  512:8,9 513:15
  566:8 576:20
  597:13 600:15
  617:9 638:20
  649:3 652:5,10
  655:9 673:21
  674:14 690:12
  697:5 702:12,25
  715:20 716:20
  718:11

Judith Wolf, M.D.

finding
491:16 512:10
    515:1,1,11 597:17
    648:25 658:11
    719:23
findings
455:12 469:7,8
    594:18,22 649:8
    650:6 651:2 655:9
    699:13
finds
484:19
fine
519:21 656:8
finish
609:8
first
437:5 443:15 446:8
    447:7 470:18
    502:1 508:13,16
    519:20 538:21
    539:2,5,10 546:21
    575:23 596:5
    610:2 619:2
    625:21 699:22
    703:24 706:4
    709:6 725:12
first-degree
440:11,14,15,18
    441:9 627:14,18
    627:21
fit
606:1 709:8,24
fits
648:15 681:8
five
501:20,21 502:4,7
    502:14,14 520:15
    549:20,24 609:18
    621:21
Floor
430:19
flora
619:18 666:19
Flower
430:18
folks

720:3
follow
722:8
follow-up
668:23,25 709:1
following
559:1
follows
436:7
forearm
586:15
foregoing
728:7 731:4
foreign
635:21,25 636:9,12
    636:16,20 637:1
    637:10,12,20
form
441:12 442:8
    443:12,17 447:6
    448:6 449:12,18
    450:5,10,17,24
    451:10,21 453:7
    453:25 454:8
    456:14 457:15,25
    458:12,16,22
    459:16 460:8
    462:15 463:2
    464:17 465:17
    466:1,8 467:7,16
    467:20 469:3,18
    471:20 478:20
    479:14 480:6
    483:10 484:23
    485:11 486:9,12
    486:17 487:14
    488:9 489:6
    491:19 493:1,10
    493:18 494:24
    495:16 499:13,22
    500:9,22 501:13
    501:24 502:10
    503:5,19 504:5,16
    505:8,21 506:2,10
    506:12 507:3,5,24
    508:25 509:12
    510:21 511:17

512:1,7 513:8
514:3,5,16 515:3
517:7 518:17,24
519:12 520:22,24
521:24 522:7,9
523:4,16 524:8,19
526:9,13,21
527:18 528:3
529:4,23,25 532:6
533:2 534:19
536:3 537:17
542:4,23 543:15
546:1,5 547:11
548:9 549:10
552:7 553:18
556:18 557:8,19
558:16,21 560:20
561:5,11,22,24
562:14,24 563:8
563:25 564:7,9,12
564:20 565:16,17
567:4,16 568:16
568:23 569:7,23
571:7 572:14
573:1 576:16
577:1 578:5,23
579:5,16 580:12
581:7,19 582:3
584:20 587:4
588:6,21 592:21
593:7 597:7,21
598:16 599:7
600:3 603:12
604:3,13 605:5,15
607:1,18 608:4,14
608:22 610:21,23
611:13,22 612:9
612:19 614:15
615:20 616:10
617:14 623:4,5
624:4 626:20,21
627:12 629:2,16
629:18 630:5,7,20
631:24 632:19
634:4 637:16,17
638:12 641:10
645:14 646:9,10

648:2 649:4,17
650:5 651:6 652:9
653:2,10 654:8,19
655:14 657:24
659:15 663:2,15
664:4,13 665:22
666:13 668:6
669:5,25 670:2,14
670:16 671:1,7,22
671:23 672:10,17
673:1,25 674:11
674:23 675:13,22
675:23 676:7
677:7,23 678:8,17
678:19 679:6,14
679:19 680:7,8,20
681:20 682:6
684:14 685:18
686:5,12 687:1,7
691:17 692:25
693:4 694:7,20
695:7 699:21
700:17 701:4
702:14,23 704:9
705:1,24 706:9
709:14 710:6,20
710:21 712:9,23
713:13 715:23
716:22 717:12
718:17,25 719:13
721:13,14,24
723:23 724:5,14
726:1 727:4,17
731:6
formed
515:14
former
683:4,7
forming
542:2 595:13 633:2
    634:10 637:6
forms
563:6 588:9
formulating
721:20
Forrest
476:10,11,18 477:1

477:7
forth
576:5 610:11
    614:10 641:3
    728:9
found
471:5 474:20,24
    475:5,10 485:8,20
    487:20 488:12,15
    490:24 491:24
    493:17 503:14
    504:8 547:1,4,18
    557:25 558:1
    562:2,20 571:19
    588:24 596:8,15
    597:3 599:12,20
    599:23 602:21
    606:12,14 618:9
    632:6 635:17,21
    636:2,9 644:12
    645:6 652:3,12
    667:17 668:2
    669:15 674:2
    682:3 702:17
    716:1 717:9,24
foundation
562:8
four
549:24 684:8 685:4
    705:22 707:8
fourchette
662:7,8
fragrance
568:13 569:11,14
    589:2
fragrances
568:21 569:5
    588:15
Francis
619:20
FRCP
728:11
free
467:21 603:24
frequency
584:9,12 632:4,7
    633:24 645:8

Judith Wolf, M.D.

646:5,14 647:15
648:10,17 649:7
649:13,19 650:3,7
650:11,13,17
705:17,21,25
**frequent**
647:18 691:16
692:17
**frequently**
555:1 603:4 654:15
**FRIEDMAN**
431:2
**front**
436:24 440:21
443:23 481:15
575:18 617:16
625:4 634:25
689:8 711:3,11
**full**
703:24 725:12
**fumbling**
482:23
**function**
512:25
**further**
540:15 581:18
582:1 688:5 691:1
708:24 712:12
722:5 727:22
728:7,10,13
**Furthermore**
712:3 725:20
**future**
451:1

---

**G**

**G**
436:2
**Gallardo**
548:21 562:1
582:10 612:13
671:10 684:10
699:2,16 705:5
**Gallardo's**
702:4,5,6,9 706:19
707:1
**game**

516:9
**Garber**
430:7 505:7 506:11
507:4 508:1 514:4
520:23 522:8
529:20,22,24
530:4 538:1,3
557:7 558:15,18
558:20 561:23
563:7 564:8
565:15 590:10,15
590:22 591:2
610:22 611:12,21
612:8,18 626:19
627:11 629:17
630:6 637:15
641:17 646:8
670:1,15 671:21
672:9,16 675:21
676:6 678:18
680:6 710:19
721:12,23 724:8
724:15,17,19
**Garber's**
582:10
**garber@onderla...**
430:8
**Gardner**
464:5 465:24 468:8
**GARRARD**
430:12
**gene**
448:14,15,25 450:6
450:11,19 451:6
451:18 453:1,6,9
457:5,5 459:3,5
459:11 460:13
461:10,12 524:20
525:3,8,15 526:14
526:15,25 527:14
527:22,23 529:5
530:12 532:14
672:3,3,6,24
**general**
437:7 470:1 471:15
472:17 474:11
485:18 575:24

580:16 610:4
691:11 707:15
708:5
**generalize**
560:14
**generalized**
512:20
**generally**
468:16 504:13
511:2 519:5 520:2
529:1 553:8,19
555:10,15 556:15
558:5 559:9
570:20 572:15
577:22 604:7,16
623:24 625:7
643:6,7 690:7
697:9,11,12 698:7
698:16
**genes**
457:20 504:14,17
504:19
**genetic**
438:1 441:1 442:1
447:5 448:12,23
450:3 453:5 456:3
458:4,17,18,20
459:25 502:24
503:2,6,9,13,25
504:2,6,7 505:18
505:20,23 506:4
516:25 517:9,21
531:12,18 532:2,9
532:20 543:24
569:25 570:5
604:17 605:9,12
624:16 625:14
626:2 627:1,6,7
651:13,15 672:6
672:12,13 673:9
673:12,16,18,20
673:23 674:1
676:22 677:19
678:2,10,12 684:1
685:15 686:10,25
687:9,19,24,25
707:2

**genetically**
654:24
**genital**
433:14 434:10
477:22 478:3
482:7 547:17,19
549:2 552:9 580:3
580:11,14 633:5
636:21 640:23
643:19,23,25
644:9,18 645:9
646:5 648:10
649:14 650:20,22
651:22 694:19
**genome**
543:22
**geologist**
562:10 563:24
564:6,18
**Georgia**
430:14
**germ**
497:7 701:23
**germline**
626:16 628:9,12
**getting**
458:7 460:3 473:1
474:10 612:22
626:1 656:7
**GI**
505:10
**gist**
692:24
**give**
468:13,17 482:24
490:17 500:6
521:13 535:24
565:8 614:7
625:23 633:22
637:2 645:16
659:17 677:8
687:6 701:1,5,22
724:13
**given**
441:9,13 442:6
518:14,18 539:18
540:10,16,19

541:21 550:20
606:21 611:25
618:6 626:17,22
647:20 671:11
694:6 708:1
714:10,14 727:10
731:5
**gives**
463:24 619:14
622:9 632:23
**giving**
591:1 592:19 681:4
**gleaned**
590:19
**gloves**
558:12,13 666:3,7
**go**
444:13 449:15
485:17 487:10
498:14 519:15
520:12 526:24
537:22 538:12,13
539:16 562:21
575:5 580:5
591:25 609:4
619:16 641:7,15
645:20 655:19,20
668:22 674:12
702:2 726:5,12
**goal**
512:8,10
**Godleski**
434:2,8 515:1,6,12
515:19 562:20
594:17 595:7,19
596:8,15 597:11
598:2,15 599:19
600:13,15 634:13
634:20 635:3,17
638:20 640:14
699:11
**Godleski's**
563:17 594:22
595:4,12 596:4
634:10,16,24
636:8 638:18
639:25 640:9

Case 3:16-md-02738-MAS-RLS     Document 33295-81     Filed 09/23/24     Page 94 of 120
PageID: 261684
Judith Wolf, M.D.

Page 748

**going**
468:2 481:12
494:17 496:15
497:2 506:3 507:9
507:10 508:2
509:24 529:10
542:5 547:21
565:3,7,12 582:4
582:9 590:13
591:8 595:3
604:15 639:5
651:7,11 654:1
674:12 677:8
680:18 689:10
691:18 703:9
705:11 714:24
715:11 716:13
721:16 722:7
**gold**
703:10,25 704:2
**GOLKOW**
429:24
**Gonzalez**
434:19 666:24
667:7
**good**
436:12,13 508:7
540:21 541:8
547:9 570:13,22
606:19,25 607:15
670:5 700:1
701:12
**Gorlin**
433:9 452:7,12,14
452:22,25 453:10
454:6,11,22
455:13,14 456:12
456:16,18 457:1
457:13,17
**gotcha**
539:9
**gotten**
547:7 576:14,25
610:19
**grandfather**
620:11
**grandmother**

442:22 444:22
445:17 614:2,21
614:25 615:14,25
616:3,8,23 617:13
617:22 618:15
621:19 622:11
626:23 627:17
628:6 656:22,23
658:4,20,23 659:5
659:10,18 660:1
660:12,18,21
**great**
443:4,7 445:13
446:4,11,18
578:25 579:7
**greater**
473:3 613:13
647:11
**grossly**
570:17
**group**
483:20 545:15
606:3 652:17,23
653:7 654:12,13
654:14
**groups**
652:16
**grow**
570:16
**growing**
570:17,18
**grows**
570:15
**growth**
560:4 601:8,21
639:6
**guess**
520:12 534:24
538:17 542:15
545:8 559:11
579:6
**gunshot**
622:16
**guys**
508:9
**gynecologic**
464:9 467:24

470:14 562:16
696:23 704:13
**gynecological**
470:22 703:5
**gynecologist**
696:17
**gynecologists**
697:1

—————————————
**H**
—————————————
**half**
474:6 544:18
589:16 592:9
**hand**
470:4
**handed**
618:23
**hands**
455:8
**Hang**
458:15
**happen**
456:15 476:4 558:2
**happening**
555:19
**happy**
494:15
**hard**
493:20 499:23
551:3 627:2
699:24
**Harlow**
693:22,24
**hazard**
471:12
**head**
455:7 477:8 531:2
726:15
**health**
562:16,16 669:13
694:14,17,22,25
695:5,10,15,23
710:14,15,15
711:3,13,19 712:7
712:19,19 713:7,9
716:16,17 717:7,9
717:22 718:24

722:8,16 724:2
726:18 727:14
**healthy**
458:7 460:3 670:6
**hear**
563:13
**hearing**
576:5 610:10
720:24
**heart**
453:21 455:5
**heavy**
560:17,24 561:18
565:6,12 567:3
568:12,21 569:4
588:14,25 599:11
**held**
429:18
**help**
500:19 615:18
620:5
**helps**
504:23
**hereditary**
672:3 677:19
**hereinbefore**
728:9
**high**
454:13 475:24
527:15 725:13
**high-grade**
502:16,25 503:10
504:1,9,18 505:13
569:21 570:3
606:2,10 646:18
647:7,10 648:18
**higher**
472:4,16,16 474:11
628:11 647:1,2,18
648:17 652:18,21
652:25 653:9
654:2,16
**highest**
471:10 648:16
**highly**
607:25 612:23
666:14 669:10

671:13,17 672:18
**Hill**
492:12,16 508:23
509:1,9,20 510:2
**histologic**
477:21 485:19
496:13 498:8
501:22 502:7
504:15,25 638:24
**history**
437:25 438:2,7
439:10,17 441:2,9
441:14,17 442:16
443:10,13,22
444:15,23 445:4
446:14 447:4
454:17 457:22
459:24 460:10
461:8,12,22,24
463:24 464:10
467:5,14 468:13
468:18 509:17
514:19 515:17
522:23,24 523:10
532:16,19 533:17
534:2,16 535:9,21
536:19,22 537:11
543:21 576:20
578:21 579:2,14
586:13 613:22,24
614:6,9,12,16
615:13 616:24
617:18,19 618:4,5
618:10 621:5,6
622:20,23 624:1
626:17 627:3,6,9
627:13,22 628:1,2
628:10 629:12,21
630:1,11 632:23
655:19 656:14
657:3,22 658:14
658:16 659:13,18
660:15 661:5
671:20,25 672:11
672:19 673:6
674:14 679:25
682:7 683:15

Judith Wolf, M.D.

Page 749

699:13 709:20
710:10
**histotype**
650:24
**histotype-specific**
644:2
**histotypes**
499:2 501:7 646:20
647:8
**hit**
527:3 528:18
531:18 532:20,22
**hits**
532:1,3,12,18,22
**hold**
481:19
**home**
587:8 624:20 631:9
**homogeneous**
654:25
**hope**
608:23,23
**hopefully**
449:23
**hormone**
521:8,16 522:24
523:11 532:15
679:25
**Hotel**
429:18
**house**
587:9,16,17,18
**Houston**
620:1
**human**
543:22 555:11
600:22 723:1
727:14
**humans**
684:5
**hundreds**
687:16
**husband**
573:21 586:10
587:15 593:17
**Huston**
434:6,13 618:19,25

620:18,25 622:5
655:24 656:4,10
**Huston's**
626:9
**hypothetical**
458:16 460:9 484:9
484:25 485:3
486:11 520:15,20
521:1,5,12,20
545:8 551:13,14
657:13 658:9
659:9 660:7
**hypothetically**
466:19 486:1
611:18 639:24
657:15 658:21
659:23,25
**hypotheticals**
557:9
**hysterectomy**
438:10 460:23
462:12,24 463:12
585:1

——————
**I**
**IARC**
563:1 564:1,13,24
566:16
**IBS**
513:11
**idea**
501:25 636:15,25
638:8
**identifiable**
537:3
**identification**
444:11 445:12
452:16 480:15
482:9 490:6 496:8
497:25 595:9
615:8 618:21
634:22 640:25
656:1 661:24
667:8 689:1
**identified**
448:13 534:2
542:22 543:14

546:21 670:19
726:17 727:14
**identify**
437:21 451:6,18
514:1 532:24
543:23 605:20,21
616:21 675:8
676:25 678:2
679:8
**II**
572:6
**iii**
722:17,18,20
**illness**
511:21
**imagine**
699:25
**immediately**
519:18
**impact**
447:13,18 460:15
587:23 674:3
700:5
**imperative**
729:14
**implies**
604:17
**important**
468:1 492:3 573:2
618:3
**impossible**
521:22 632:18
**inability**
540:16,19,24
541:13,21 542:19
**inaccurate**
695:25
**inaccurately**
524:25
**incessant**
558:8 675:4
**incidence**
475:14
**incision**
465:6
**include**
455:7 462:8,21

463:20,25 464:1
492:11 512:19
708:13 717:2
724:4 725:24
726:3 727:2,6,15
**included**
452:3 476:17
483:18,22 488:18
514:19 598:8
606:16 695:22
696:1,3 704:25
705:3 709:12,25
713:17 714:18
717:16,18 718:6
718:19 720:5,15
723:21 724:23
725:2
**includes**
715:17 726:2
**including**
598:5,20 635:25
685:13 695:15
716:11 718:7
**incomplete**
458:13,16 460:9
**inconsistent**
614:1 711:16 714:7
714:20
**increase**
460:11 478:24
527:15 533:17
539:18 540:10
544:2,6 577:22
613:16 666:20
**increased**
441:8,15 446:21
451:2,24 454:22
461:5,14 471:6,18
471:24 473:17
474:20,24,25
475:19 478:10,14
478:18 479:12
488:16 490:24
524:6,16 525:16
525:20 530:16
531:5 540:8 628:3
637:22 649:8

650:7,8 658:17
667:23 668:3
693:14
**increases**
440:12 441:2 449:1
451:7,18 459:11
469:19 476:3
496:12 528:7
530:14 540:4
577:24 632:8
677:11 679:21,23
**Independent**
538:22 539:11
**INDEX**
432:1,21
**Indiana**
431:5
**Indianapolis**
431:5
**indicate**
532:19 602:25
614:20 723:2
726:22
**indicated**
587:10 699:14
708:6,11 709:21
**indicating**
710:4
**indication**
455:11 540:25
541:14 629:14
**indicative**
598:4 635:25
672:23 723:18
725:21
**individual**
503:8 509:6,10,14
510:1,20 518:15
519:10 526:5
528:15 529:16
531:9,19 537:18
537:20 546:9
552:23 572:9
584:22 588:14
686:20 708:9
**individually**
716:10

Judith Wolf, M.D.

**induce**
505:17,19
**induces**
505:23 556:7
**infancy**
549:12
**infant**
549:15
**infection**
513:13 666:20
669:13
**infections**
544:5 664:12,16
**infertile**
521:14
**infertility**
521:18,19 675:5
697:15
**inflammation**
555:7,11,13,15,22
555:23 556:8,24
557:2 559:12,15
559:18,19 600:16
601:19 602:4
638:21 639:4,14
639:16,22,23
663:10,11,13,14
663:17,23 664:1,2
664:6 665:16,24
**inflammatory**
532:21 554:7,14
555:1,5,18 556:1
556:3,4 557:15
558:7,14,17 559:3
559:8,24 568:20
569:4 600:24
601:1,6,10 639:11
663:1 664:8 666:4
684:20
**information**
456:4 464:14 492:7
506:19,20 590:5
591:14 613:14
620:7 624:10,25
625:23 628:4
631:7,14 643:18
657:20 658:1,10

659:16,17 660:20
661:4 668:15
669:23 705:20
708:4,9 720:25
722:3
**ingredients**
569:12,15 588:17
588:18 589:2
665:13
**inhalation**
548:21,25 549:3
580:1,9
**inherited**
455:15 456:3
457:24 517:12
523:22,24 526:14
543:24 604:17
605:1,9,12,17
611:2 626:16
627:7 628:9
672:13 673:12,13
673:15,16 675:2
676:22 677:11
678:1,20 684:23
684:25 685:3,6
687:13,24
**injuries**
527:8 529:9 532:8
532:12 572:16
578:18 681:11
**injury**
527:3 528:21,25
**insinuate**
488:1
**Institute**
452:11,24 453:12
454:10
**instruct**
590:13 591:9
**Instruction**
432:22,23
**INSTRUCTIONS**
729:1
**insufficient**
550:21 700:15
**intend**
580:5,7

**intercourse**
697:14
**interested**
728:15
**interleukins**
560:4
**Internet**
726:8
**interpretation**
474:16
**interrupted**
550:14 676:17
**Interruption**
487:1 664:22
**interval**
472:8,11 544:17
**intervals**
583:14
**intervention**
460:20 466:11
**intraperitoneal**
606:16
**introduced**
554:8
**investigation**
565:24 587:1 599:4
637:8
**involved**
573:11 597:16
**iron**
638:14
**irregularly**
662:9
**irritating**
589:2
**irritation**
665:16
**issue**
513:18 587:17
720:11
**issued**
575:13
**issues**
627:5

_____
**J**
_____

**J&J**

554:11
**JAMA**
692:20
**Janssen**
554:19
**January**
493:25 494:8 496:3
602:12 689:12,16
**Japan**
572:6
**jaw**
453:21
**jaws**
455:5
**Jenga**
516:9 527:1
**JERSEY**
429:1
**job**
535:2
**jobs**
689:22
**Johnson**
429:4,4,12,12
430:20,20 431:6,6
554:20,20,22,22
567:20,21 699:15
699:15
**Johnson's**
585:22
**Join**
508:1
**judgment**
693:9
**JUDITH**
429:18 432:2,8
436:5 728:5 731:4
731:12
**Judkins**
434:3 575:19 576:5
576:13,18 577:7
578:12,20 583:25
584:2 585:3,8,14
586:12,21 587:1
587:15 589:12,14
590:3 592:7,8,14
593:11,14 595:8

602:7,17 606:1,24
612:14 683:5,6
684:10
**Judkins'**
575:14 576:10
577:4,10,12
579:13,20,24
584:18 588:1,20
589:5 593:17
594:4,18,23 595:4
595:20,24 600:2
603:10 608:11
**July**
602:21 603:8
**June**
602:13,14
**jury**
516:2,8 565:4,8

_____
**K**
_____

**karyotypes**
687:18
**keep**
482:23
**keeps**
687:21
**kidney**
578:25 579:9
**kill**
456:23
**kind**
587:6 597:19
660:25 705:3,6
**Kleiner**
477:4 516:2,8
526:25
**knew**
442:1 459:2 533:8
543:20 660:17
**know**
438:11 439:9
440:19,19 448:16
454:5 459:1
463:25 468:5
475:22 486:15,24
489:16 490:18
491:7,20 493:11

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 97 of 120
PageID: 261687
Judith Wolf, M.D.

Page 751

494:10,22 496:18
496:24 499:25
502:5 506:14,18
508:3,6 514:7
516:23 517:5,11
517:13,19,21
518:1,4 519:9
520:17 524:4
530:14 532:17
534:20,21 536:14
537:14 542:20
545:24 549:20
551:12,19 553:12
561:18 562:6
565:11 566:5,8,18
566:20,21 567:19
568:6,9 569:3,11
569:14 570:24
572:24 584:15
591:5 593:4 594:9
595:1 597:19
598:12 599:10,13
604:5,19,23 618:1
619:11,22 621:18
623:2,8,21 625:17
625:21,22,25
626:12,25 630:15
631:5,10,11
632:22 637:18
644:11 654:4,17
655:1,5,6,11
659:1 668:16
671:11 677:18,21
678:6,22 680:11
684:11,15 685:23
686:14 687:11
690:18 692:5
700:1 709:9 719:1
720:24 721:7,21
**knowable**
687:5
**knowing**
447:11 510:13
**knowledge**
586:18
**knowledgeable**
506:1,4

**known**
457:4 472:13
542:12 543:18
544:1 547:16
637:21 671:12
677:10,19 680:24
681:8
**knows**
724:18

---

**L**

**L**
430:7
**lab**
567:22 706:7
**lack**
540:21,22 541:10
612:1
**laparoscopy**
465:5
**laparotomy**
465:5
**large**
455:7 505:19
**largest**
489:12
**lasted**
591:17 592:11
**late**
556:17,20 557:14
557:25 558:1
**latency**
571:3,16,22,23
572:1
**lawsuit**
553:25
**LAWYER'S**
432:17 732:1
**lawyers**
592:7,13
**lay**
562:7
**LBONDURANT...**
433:7 445:10
**LBONDURANT...**
433:8 445:11
**LBONDURANT...**

433:4 444:9
**LBONDURANT...**
433:5 444:10
**lead**
442:3 681:11
700:11
**learn**
591:4 592:18
**learned**
544:3,4 590:16
591:7
**learning**
452:22 454:6
**leaving**
524:20 711:25
**led**
578:19 687:20
725:2
**left**
596:1,1 635:4,7,13
636:3 703:22,23
**left-hand**
498:14 538:21
**legitimate**
464:23
**length**
706:1
**lesions**
505:13 661:10
**let's**
473:19 480:10
520:12 521:4
524:3 575:5
609:17 615:2
621:20 640:20
645:20 653:22
661:18 667:4
673:13 682:17
692:12 700:24
722:15 725:5,7,8
726:5,12
**letters**
692:19,24 693:3,6
693:18,20 694:4,9
719:21
**level**
523:13 555:17

559:15 584:14
**LIABILITY**
429:5
**lie**
554:4
**life**
551:6 566:5
**lifetime**
441:3 524:12,16
525:9,16,19,20,20
525:23 528:23
530:15 566:2
**ligation**
633:15
**limited**
488:20 644:4 712:1
**line**
490:22 496:16
507:17 619:6,6,17
656:5 730:2 732:3
**lines**
490:11
**list**
454:20 511:14,20
512:25 564:14
574:10 721:10,22
**listed**
462:18 494:4
**listing**
690:1
**lists**
638:13 722:2
**literature**
475:23 476:22
477:16 510:18
527:9 542:7 550:9
584:11 585:5
604:16 605:18
632:24 678:21
723:1
**LITIGATION**
429:6,24 432:21
**little**
536:12 549:18
562:8 606:8
613:25 667:19
686:19 711:23

722:8
**live**
587:7
**lived**
578:7
**lives**
613:18
**living**
619:19
**LLC**
430:7
**Lloyd**
593:24
**LLP**
430:17 431:2
**local**
555:8
**localized**
560:2
**logarithmic**
570:16
**long**
452:22 499:10
543:6 547:15
570:14 571:9,10
571:18 581:8,21
589:18,21 724:19
726:19
**long-term**
528:20 587:11
**longer**
613:18
**look**
440:21 445:23
446:8 451:23
465:3 470:8 471:1
473:25 485:15
490:9,21 491:6
503:8 509:15
511:2 545:3,13
546:10 562:21
563:16 566:19
574:18 580:17
582:17 596:13
613:8 622:2,22
623:24 626:3
648:14 650:18

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 98 of 120
PageID: 261688
Judith Wolf, M.D.

Page 752

655:20 667:11
668:8 669:7
672:22 673:6
688:11 691:16,18
705:13,15 713:4
713:23 714:11,15
715:11 719:14
722:15 725:5,7,8
726:7
**looked**
470:2,15 471:3
478:12 479:1,6
483:21 488:25
490:16 491:23
498:12 510:24
514:13,17,20
527:6 537:2
541:21 550:10
551:9 553:6
566:20 593:4,6
595:19 597:4
628:5 634:13
635:3 642:12
646:11,13,14,16
647:5 658:25
662:22 668:12
687:17 691:19
705:18 713:17
719:15 725:10
**looking**
444:14 463:7
479:10 482:20
483:2,11,13,14,25
484:12,22 486:3
489:1 490:10,10
490:13 509:13
511:19 539:1
546:8 554:17
583:8 584:11
596:3,17 613:10
622:19 629:23
635:9,10,22
638:23 643:17,19
644:23,25 645:12
645:15 647:4,9
648:15 651:18
658:13 662:4

665:2 667:18
689:16 691:12,21
692:5,11 703:12
711:9,18 715:15
715:16 716:9,10
717:1 720:13
**looks**
509:1
**Los**
430:19
**lot**
474:12 549:21
557:9 558:9 572:4
574:15 599:8
**loud**
530:8
**LOUIS**
429:8
**low**
493:14,19 512:23
538:25 539:17,18
540:10 611:25
698:21 712:2
**low-grade**
502:16 504:9,20
505:11 570:3
**lower**
655:2 662:6
**lumped**
478:8
**lunch**
575:2
**lung**
442:25 444:20
445:18 446:6,6,25
447:8,16
**Lydia**
434:6,13 618:19,25
620:1 655:24
**lying**
466:12
**lymph**
595:25 635:5,15
636:4,23
**lymphocytes**
602:3 639:1,20
**lymphoma**

442:20,23 444:21
444:23 445:15,17
447:1
**Lynda**
436:15

---

## M

**M**
430:2 431:2
**M.D**
429:18 430:2 432:2
432:8 436:5 728:5
731:4,12
**macrophages**
559:25 601:3 602:3
639:2,21
**Mae**
619:17,20 656:20
**magnesium**
598:5,18 599:9
637:4
**main**
501:21 502:7,15
**majority**
604:22,25 605:8
674:20 675:10,18
676:3 677:4,17,21
679:4 697:20
698:2
**makeup**
651:15
**makeups**
651:13
**making**
449:15 530:2
553:11 563:12
629:15,20
**malignant**
706:7
**man**
468:5 538:17
**manage**
696:14,21
**manner**
570:16
**MARGARET**
430:2

**margaret.thomp...**
430:3
**mark**
444:2 445:2 452:9
480:10 482:4
490:1 497:20
595:3 615:2
618:16 634:18
640:20 655:22
661:18 667:4
688:22
**marked**
433:2 435:1 436:22
444:10 445:11
452:15 480:15
482:9 490:6 496:7
497:25 537:24
575:20 595:8
610:12 615:7
618:20,24 634:21
640:25 655:22,25
661:23 667:8
688:19,20,25
689:24 721:1,8
**MARKETING**
429:5
**marking**
496:1
**mass**
440:5
**masses**
440:3
**material**
598:5
**materially**
650:24
**materials**
574:9,10,22 603:22
721:5,9,22
**maternal**
439:11,19 441:10
442:22 443:4,6
444:18,21,22
445:13,14,16,16
445:17 446:1,2,10
446:18 458:5
460:1 578:24

621:19 659:19
**math**
531:1 549:22
**matter**
551:25 552:5 576:5
610:10 653:1
686:6
**McTiernan**
476:14,22
**McTiernan's**
476:9
**MD**
445:6
**MDL**
429:4 433:20
493:25 496:2,6
610:4
**mean**
449:3 458:25
471:23 472:14
483:17 505:19
509:3 515:24
519:14 520:6
527:11,13 546:25
552:8 553:25
556:12 557:12
560:18 564:13
601:6 605:4
624:21 638:5
639:23 651:10
652:20 653:25
668:17 673:10,11
678:22 679:17
680:4,17 687:4
696:10 709:10,19
711:3 712:14
719:7
**meaning**
600:5 605:19 638:6
723:5
**means**
456:3 471:21
530:18 541:12
604:4,18 635:15
678:20
**meant**
475:13 494:15

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 99 of 120
PageID: 261689
Judith Wolf, M.D.

Page 753

496:21 497:3
696:12
**mechanism**
568:21 569:4
**median**
668:24
**medical**
433:3,6 434:4,15
444:3,8 445:9
452:21 465:16
467:22 468:13,17
477:9 502:5
510:10,18 514:17
514:19 540:4
545:12 574:19,21
586:17,20 588:8
615:3,6,11 656:14
657:3 659:5
661:21 662:3
678:21 683:15
708:1
**medically**
696:14 697:3
**medicine**
510:23
**medulloblastoma**
454:18
**medulloblastoma...**
455:1
**medulloblastomas**
453:18
**meet**
573:18 574:1
**meetings**
594:1
**member**
626:25
**members**
440:24 454:17
627:15
**men**
451:25
**menarche**
549:17
**menses**
697:13
**mention**

447:15 586:16
587:14
**mentioned**
491:9 600:7 601:20
656:18
**Meridian**
431:4
**mesothelioma**
566:22
**meta-analysis**
489:17 641:3
726:21
**metal**
568:13
**metals**
560:17,24 561:18
565:6,12 567:3
568:21 569:5
588:15,25 598:8
598:20 599:10,11
599:11
**metastasized**
603:11,15
**metastatic**
701:25
**methodology**
491:14 510:6,19
514:11 522:14,21
553:14 586:5
**methods**
487:7 668:9
**Michael**
429:20 430:17
728:2,18
**michael.zellers@...**
430:18
**middle**
530:25 595:17
609:13,15
**migration**
548:15 549:3
552:17 579:21
631:18
**Miller**
429:20 728:2,18
**million**
472:12,25 473:12

473:12 474:8
**Mills**
492:21
**mind**
447:8 722:10
**mine**
593:25
**mineral**
564:5,19
**mineralogist**
564:11,18
**minerals**
563:22
**Minnie**
619:18
**minute**
481:20 482:24
591:23 645:16
**minutes**
508:8 589:22
591:18 592:12
609:18 621:21
**Miriani**
614:4,5,11,19
**Miriani's**
617:24
**misreporting**
484:15
**misrepresentation**
530:5
**Missouri**
429:8 615:10 659:4
**misspoke**
494:13 495:6 497:8
616:20 663:7
**misstate**
616:16
**misstates**
495:17 507:5
588:22 607:19
676:18 710:8
724:6,6
**mistake**
497:4,4
**model**
540:22 541:8
**molecular**

502:12,22,22
**moment**
544:9
**Montgomery**
430:4
**month**
497:16
**months**
668:11,13
**morning**
436:12,13 495:2
499:10
**mother**
439:14,20,21
440:18,19 444:19
456:7,17 458:5
460:1 621:15,19
622:11,15,21
623:1,12,14,22
624:3 626:9 631:2
**mother's**
579:9 622:6,10,19
624:7
**motion**
449:20
**mouth**
467:9 533:9
**move**
449:4,8 455:22
457:6 692:12
**mucinous**
490:25 494:11,20
495:12 496:20,25
499:2 501:7,16
502:17 504:8
505:9 506:9,13,21
507:2,7,20 508:4
534:3,4 714:2
717:20,25 718:8
718:12,22 719:2
719:11
**multifactorial**
441:25 512:15
516:3,21 523:18
674:13 675:1
**multiple**
457:16 477:23

512:16 513:13
532:22 605:21
630:2 676:19,23
681:10 684:4
687:19
**multiplied**
549:23
**multivariant**
546:10
**mutated**
504:14,18,20
**mutating**
687:21
**mutation**
448:23 450:4,12,15
452:25 453:5
457:4,23,24 458:4
458:18,18,20
459:25 505:20,23
518:7,8 523:22,25
524:20 525:4,9,12
525:13,15 526:7
526:14 527:1,14
527:23,23 528:22
528:24 529:6
530:12,17,19,22
543:24 605:2,9,12
611:2 626:16
627:1,7,7 628:9
628:12 672:3,3,6
672:13,13,25
675:2 676:22
677:11,19 678:2
678:10,12 684:24
685:15 686:25
687:13,24,25
707:2
**mutations**
446:24 450:21
461:12 502:25
503:2,7,9,13,25
504:2,6,7 505:18
506:5 516:25
517:10,11,14,21
527:8 531:12
532:14,17 570:5
572:17 577:23,25

Judith Wolf, M.D.

578:8,13,14,15
613:16,19 626:3
673:9,12,17,19,20
673:23 674:1
684:1,4,12,17,20
684:23 685:7,10
685:22,24 686:3
686:10,15,23
687:9,12,19
**Mutch**
699:25

## N

**N**
430:1 431:1 432:5
436:2
**name**
477:7 563:23 622:9
**named**
470:18
**names**
619:12,15 622:6
**Narod**
720:12
**National**
452:11,24 453:12
454:10
**natural**
511:4
**NCI**
433:9 452:14
**NCRA**
728:19,20
**near**
662:6
**nearly**
547:3
**necessarily**
442:4 542:25
600:20,25 639:5
651:4,10 652:19
680:3
**necessary**
729:4
**need**
448:7 481:5 490:9
500:3 507:13

514:24 519:24
520:8 532:1
544:24 565:2
578:23 582:12
601:19 621:21
630:18 631:3
650:11 658:1,10
660:23 661:4
681:11 689:4
699:22 700:4
720:10
**needed**
669:24
**needs**
528:1
**negate**
515:13
**negated**
554:4
**negative**
438:1 441:1,7
624:19 626:10
628:23 630:16,18
631:2
**neither**
454:16 465:23
466:2 583:17
674:19 699:11
728:13,14
**neutral**
613:13
**never**
497:6 515:21 536:6
542:24 576:13,14
576:24,24 577:3
594:3 610:18,19
611:9 629:19
683:18,21 722:10
**nevoid**
455:20
**new**
429:1 451:6,18
479:20,22 494:18
508:8 534:12
543:12 583:24
690:12 699:16,23
708:4,8

**Newport**
430:9
**next-to-the-last**
722:24
**Nicholas**
538:18,19
**nickel**
588:25
**night**
470:20
**NIH**
452:11
**nine**
637:3
**nineties**
577:20
**ninety**
577:19
**node**
635:6,16 636:5,23
**nodes**
595:25
**Nods**
726:15
**non-coffee**
545:22
**non-Hodgkin's**
442:20 445:17
447:1
**nonasbestiform**
562:23
**nonasbestos**
563:5,23
**noncancer**
455:4
**noncancerous**
453:20
**nonfibrous**
596:20,25
**noninherited**
604:18 605:19
675:3
**nonirritating**
554:12,24
**nonmalignant**
439:22 444:19
**nonmetallic**

598:9,21 599:14
**nonresponsive**
449:5 455:23 457:7
**nonserous**
479:1 488:17
**nonsmall**
444:20
**nonspecific**
513:16 558:2
647:16
**nontalc**
598:5
**normal**
529:6 581:1 666:18
**North**
431:4
**Notary**
429:21 728:4,21
731:20
**notation**
621:14
**note**
444:4
**noted**
727:25 729:11
731:7
**NOTES**
432:17 732:1
**November**
444:4
**nulliparity**
675:5
**number**
433:2 435:2 463:8
482:13,17 483:12
483:15 484:3,15
486:4 489:13
490:17 495:9
517:25 530:25
531:12 574:12
582:20 605:13
619:14 632:21
650:19 679:12
680:2 711:6 726:6
**numbers**
493:2,5,15,19,21
494:25 583:19

**numerous**
447:4 654:10,22
673:2
**nurse**
662:15,19

## O

**O**
436:2
**O'Brien**
492:20 493:23
497:14 498:11,13
501:3 537:25
662:23 665:6
691:12,15 692:21
694:6 719:20,22
720:15
**O-C-A-C**
485:20
**oath**
553:20 554:3,5
586:9 629:4
702:15
**obesity**
521:9,17 522:25
523:12 532:16
543:7,8
**object**
441:12 442:8
443:12,17 447:6
448:6 449:11,18
450:5,10,17,24
451:10,21 453:7
453:25 454:8
456:14 457:15,25
458:12,15,22
459:16 460:8
462:15 463:2
464:17 465:17
466:1,8 467:7,16
467:20 469:3,18
471:20 478:20
479:14 480:6
483:10 484:23
485:11 486:9,12
486:17 487:14
488:9 489:6

Judith Wolf, M.D.

491:19 493:1,10
493:18 494:24
495:16 499:13,22
500:9,22 501:13
501:24 502:10
503:5,19 504:5,16
505:7,21 506:2,10
506:11 507:3,4,13
507:24 508:25
509:12 510:21
511:17 512:1,7
513:8 514:3,4,16
515:3 517:7
518:17,24 519:12
520:22,23 521:24
522:7,8 523:4,16
524:8,19 526:9,13
526:21 527:18
528:3 529:4,23,24
532:6 533:2
534:19 536:3
537:17 542:4,23
543:15 546:1,5
547:11 548:9
549:10 552:7
553:18 556:18
557:7,19 558:15
558:20 560:20
561:5,11,22,23
562:14,24 563:7
563:25 564:7,8,12
564:20 565:15,17
567:4,16 568:16
568:23 569:7,23
571:7 572:14
573:1 576:16
577:1 578:5 579:5
579:16 580:12
581:7,19 582:3
584:20 587:4
588:6,21 592:20
592:21 593:7
597:7,21 598:16
599:7 600:3
603:12 604:3,13
605:5,15 607:1,18
608:4,14,22

610:21,22 611:12
611:21 612:8,18
614:15 615:20
616:10 617:14
623:5 626:19,21
627:11 629:2,16
629:17 630:5,6,20
631:24 632:19
634:4 637:15,17
638:12 641:10
645:14 646:8,10
648:2 649:4,17
650:5 651:6 652:9
653:2,10 654:8,19
655:14 657:24
659:15 663:2,15
664:4,13 665:22
666:13 668:6
669:5,25 670:1,14
670:15 671:1,7,21
671:23 672:9,16
673:1,25 674:11
674:23 675:13,21
675:23 676:6
677:7,23 678:8,17
678:18 679:6,14
679:19 680:6,8,20
681:20 682:6
684:14 685:18
686:5,12 687:1,7
709:14 710:6,19
710:21 712:9,23
713:13 715:23
716:22 717:12
718:17,25 719:13
721:12,14,23
**objection**
460:25 601:11
617:1 653:14
654:9 676:8
691:17 692:25
693:4 694:7,20
695:3,7 699:21
700:17 701:4
702:14,23 704:9
705:1,24 706:9
715:2 723:7,23

724:5,9,13,14
726:1 727:4,17
**objections**
724:21
**observed**
540:21 541:1,18
**obstetrician**
696:16
**obstruction**
513:5
**obtain**
624:24
**obtained**
483:7 486:25 487:4
  590:5 591:14
**obvious**
611:3
**obviously**
592:22 624:10
  662:10 705:5
**OCAC**
479:21 483:14
  485:20 487:20,25
  488:2
**occasion**
593:13 708:17
**occasions**
673:3 676:19
**occupational**
587:11
**occur**
683:25
**occurrence**
581:5
**October**
573:16
**odds**
648:22 654:2
  704:18
**OF7**
647:4
**offering**
567:8
**offhand**
452:8
**oftentimes**
696:22

**oh**
446:1,11 448:21
477:6 483:21
554:20 688:13
724:15
**okay**
436:17 443:24
  444:1,16 446:11
  446:12 448:8
  449:10,13 454:4
  459:21 468:11
  477:6,20 478:15
  481:17,21 482:24
  485:4 498:16
  502:21 508:17
  520:5,5,7,10
  529:24 530:3
  534:10 539:6,9
  541:16 547:23
  558:22 573:8
  591:11 599:2,25
  603:9 609:2 619:7
  619:17 621:13,23
  624:6 653:17
  656:24 660:8,9
  688:10 689:5,21
  691:4 692:13
  712:18 715:4
  719:18 722:15
  723:15 725:7,9
  726:7,12
**old**
510:25 577:7 578:2
  578:2,13 613:2
  623:6,8,15,18,20
  623:21
**older**
549:18
**once**
551:6 570:17,23
  571:17 585:2
  589:4 594:2
  646:15,15,23,25
  647:17 687:20
  691:2,22
**oncologist**
464:9 467:24

696:24
**ONDERLAW**
430:7
**one-year**
668:13
**ones**
483:20 494:3
  498:12 542:13
  675:2
**ongoing**
557:16
**open**
551:1 581:12,13,25
  634:6
**operate**
697:6
**operates**
555:11 556:6
**operating**
697:2
**operative**
438:9 462:11,24
  463:12
**opinion**
437:14 441:19
  476:9 478:2 486:7
  496:11 515:14
  526:4,12,20
  527:24 528:14
  529:1,7,14 531:3
  532:5 533:1,14
  535:6,24 536:14
  536:21 539:24
  540:1,2 541:15
  542:2 546:15
  547:6,10 550:6,20
  552:2 553:1,8
  560:7,21 566:12
  567:1,5,8 568:17
  576:9 578:1
  587:23 588:16,19
  594:22 607:14
  610:14,20,24
  633:2,19 637:7
  640:2,10,15 641:6
  641:9 674:3,7,10
  679:3,7 686:19

Judith Wolf, M.D.

Page 756

| | | | | |
|---|---|---|---|---|
| 687:6 694:10 | 451:19,23 452:2 | 526:19 527:16,25 | 632:25 633:20 | 453:21 455:5 458:9 |
| 699:3,18 700:6,16 | 453:11,16 456:8 | 528:7,11,15,19 | 634:2 637:14,22 | 459:18 460:5 |
| 701:2,5,22 706:4 | 456:11,21,23,24 | 529:2,16 530:21 | 638:10,16 640:4 | 471:14,17 548:25 |
| 706:17 | 456:24 457:21 | 531:6,11,15 532:4 | 640:24 643:15,20 | 552:18 553:4,5 |
| **opinions** | 458:5,7 459:12,15 | 532:25 533:12 | 643:25 645:9 | 579:25 634:7 |
| 437:2 492:4 535:3 | 459:19 460:1,3,11 | 534:15,17,18 | 646:6 648:11 | 635:4,7,14 636:22 |
| 552:6 560:18,19 | 460:12,16 461:6 | 535:8,9,11,16,19 | 649:14 650:23 | **ovary** |
| 565:8 568:11 | 461:15 462:4,7 | 535:20,21 536:2 | 651:5,11 652:20 | 437:13,19 440:5 |
| 575:13 576:3 | 468:3 469:17,20 | 536:17 537:5,11 | 652:25 653:9,19 | 454:2,13 472:1 |
| 588:14 591:2,5,21 | 471:9,10,19 472:1 | 538:24 539:12,19 | 654:16 655:2,12 | 548:19 596:1 |
| 592:19 595:13 | 472:15,20,22,23 | 540:11 543:5,11 | 658:18,20 659:6 | 636:4 701:23,24 |
| 599:3 610:9 | 473:8,15,17,19 | 543:13,17 544:2,6 | 659:11,14 660:12 | 702:1,3 |
| 634:11 653:1 | 474:4,5,9,10,13 | 546:18,24 547:4,7 | 660:15 666:12 | **overall** |
| 654:18 681:4,5 | 474:21,24 475:1 | 547:17 548:1,4,17 | 667:1,7,14,20,24 | 476:2 498:17 655:2 |
| 688:8 694:5 | 475:16,20,25 | 548:23 550:7,23 | 668:4,20,24 669:4 | 725:13 |
| 707:15,20,23,25 | 476:3,24 477:17 | 551:11 553:13 | 669:12,16,23 | **ovulation** |
| 708:5 720:22 | 478:18 479:11,13 | 556:16,20,21 | 670:11,12,20,22 | 558:8 675:4 |
| 721:7,21 | 480:14 482:8,14 | 557:5,14,17,25 | 671:5,11,15 | **oxidative** |
| **opportunity** | 482:18 483:6,8,23 | 558:1,10 559:24 | 673:19,19 674:8 | 560:2 |
| 573:18 607:5 | 484:14 485:7,10 | 559:25 560:8,16 | 674:12,16,21,25 | |
| **opposed** | 485:19 486:5,8 | 561:10,20 566:14 | 675:6,11,17,18 | _____ |
| 552:11 | 487:13 488:7,11 | 566:17,24 567:2,6 | 676:5,21,24 677:5 | **P** |
| **Oral** | 488:21 489:2,4,21 | 568:15 570:2 | 677:10,22 678:15 | **P** |
| 429:18 | 490:4,14 491:17 | 571:4 572:3,12,25 | 679:4,5 680:5,18 | 430:1,1 431:1,1 |
| **order** | 492:17,24 493:3 | 573:12 576:15,19 | 681:12,15,18,25 | 432:5,5 436:2 |
| 465:1 529:2 531:14 | 493:17 494:21 | 576:25 577:3,4,13 | 682:5,10,11 | **P-S-O-O-Y** |
| 538:6 630:17 | 495:14 496:14 | 578:4,8,16 579:3 | 683:15,25 684:13 | 580:21 |
| 650:10 696:21 | 497:23 498:8,20 | 579:10,15,24 | 685:17 686:15,23 | **p.m** |
| **organs** | 501:22 502:8,13 | 582:14 583:5 | 687:8,10,18 | 575:7 582:24,25 |
| 455:17,25 696:21 | 503:3 504:4 505:1 | 584:17 588:3,5,10 | 690:21,22 693:10 | 592:2,3 609:19,20 |
| **original** | 505:5 506:9,13 | 588:20 594:24 | 694:14,19,23 | 621:24,25 645:22 |
| 495:6 729:15 | 507:2,20 509:7,11 | 597:13,18,24 | 695:11 698:4,19 | 645:23 682:20,21 |
| **outside** | 510:8,14,20 | 600:2,8 602:18 | 698:25 699:20 | 727:25 |
| 599:1 600:6 603:17 | 512:14,19 513:2,6 | 603:11,13 604:8 | 701:18 703:4 | **pad** |
| 606:8 636:18 | 513:10,15,21 | 604:11,22 605:1 | 706:8,20,23 707:9 | 585:17 |
| **ovarian** | 514:2,12 515:16 | 606:1,5 608:3 | 710:16,23 712:22 | **pads** |
| 433:12,15,17,22 | 516:2,23 517:2,5 | 610:15,19 611:1 | 713:1,1,11,16,18 | 552:4,12 |
| 434:11,19 437:23 | 517:8,10,16,18,20 | 611:10,20,24 | 714:3 715:22 | **page** |
| 438:5 439:12,20 | 518:2,6,11,13,16 | 612:6,16,22 613:3 | 716:3,5,19,25 | 432:21 435:2 |
| 439:22,24 440:3,4 | 518:21,21 519:2,3 | 613:6,23 614:7,12 | 717:3,11,20,25 | 439:18 445:23,24 |
| 440:6,11,12,15,25 | 519:4 520:16,19 | 614:17,21,24 | 718:4,13,15,23 | 446:8 448:20 |
| 441:3,8,11,24 | 521:11,21,23 | 615:14,19,24 | 719:2,12 723:4,20 | 462:13,20 463:7 |
| 442:3,5,11 444:19 | 522:1,5,12,16 | 616:9,23 617:13 | 723:22 724:24 | 471:1 477:20 |
| 444:22 445:16 | 523:1,14,17,23,24 | 618:1 623:3 624:2 | 725:1,19,23 726:2 | 484:2,22 485:13 |
| 446:4,17,21 | 524:5,13,16 | 624:3 626:17,24 | 726:17,25 727:1,3 | 496:2,3 498:14 |
| 448:25 449:1 | 525:10,16,19,24 | 627:14,23,24 | 727:8,16 | 507:16 524:10 |
| 450:7,12,13 451:7 | 525:25 526:2,6,8 | 628:2,6 632:8,13 | **ovaries** | 538:13 539:4,5 |
| | | | | 544:20 554:9,16 |

Judith Wolf, M.D.

Page 757

554:17 574:8,13
580:17 585:20
595:16,17 596:3
596:17,25 598:10
614:11 615:3
619:1,2,2,4,5,16
622:3 635:9,11,12
635:18,23 641:8
642:3,4 645:13
647:4 656:4,14
657:3 665:3,8
691:21 692:4
703:10,19,20
711:18 720:13
722:19 725:5,6,8
725:11 726:6,12
730:2 732:3
**pages**
437:5,15 444:5
445:7 575:23
576:6 610:2 731:4
**pain**
512:23 555:22,24
556:12 557:3,18
558:5,10 559:9,12
697:12,14 698:21
**pain/pressure**
512:23
**painful**
555:16 556:2,4,5
559:19
**pancreatic**
443:15 445:18,21
445:24 446:23
447:19,25 544:23
545:11,16,23,25
**pandemic**
589:17
**paper**
472:7 477:2 480:3
487:15 491:5,11
517:15 541:20
582:18 583:7
641:4 642:15,25
643:8,8 644:24
648:8 663:4,4
664:14,20 665:6

691:12 703:4
704:7,16
**papers**
480:8 694:1 727:5
**paraaortic**
595:25
**paragraph**
538:21 539:3,5
596:5,6 662:4
703:10,24 722:24
725:12 726:13
**parent**
456:4 622:20
**parents**
620:20 621:5 622:6
622:14
**part**
443:21,22 502:1
519:5 538:22
539:7 549:3
552:24 554:21
573:3 582:17
639:16 641:16
649:25
**participants**
647:5 668:9,23
**participated**
683:21
**particle**
594:17
**particles**
515:2,7,12,24
562:21 563:17
596:16,19,21,23
597:1,9,20 598:3
598:6,7,13,14,18
598:20,24 599:5
599:24,25 600:17
600:21 635:18,20
635:21,22,25
636:2,9,11,13,16
636:21 637:1,4,10
637:13,19,20,25
638:1,9,14,22
639:11 640:14
**particular**
447:10 515:15

553:24 564:5,19
568:12,13 649:1
677:22 687:25
712:5 714:23
**particularly**
648:15
**parties**
728:14
**partly**
681:21
**parts**
725:15
**partway**
496:15
**party**
728:11
**passage**
656:7
**passed**
464:3 573:15
624:12
**passes**
456:4
**patent**
554:11,23 682:9
**paternal**
578:25 579:7 614:2
614:25 616:2
617:21 618:13,15
620:7 626:23
627:17 656:11,15
656:23 657:6,14
657:16,25 658:4
658:12,16,19
659:11 660:5,10
660:19,20
**pathologic**
448:13 461:25
533:23
**pathologically**
438:11
**pathologist**
596:11,12 699:10
**pathologists**
700:2
**pathology**
438:9 462:11,23

463:11 509:18
595:12 596:13
601:8,10,22 602:5
634:10 639:5,7,17
699:9
**pathways**
502:22
**patience**
722:5
**patient**
458:4,11 459:9,9
459:14 460:7
465:11,14 466:6
466:12,13,18
503:9 510:2
517:12 524:11
529:10,10 537:18
542:25 553:24
556:13 557:4,22
629:12,14,19
658:17 659:10
660:2,4 686:20
**patient's**
509:17 511:15,21
552:23 618:6
624:2 658:12
**patients**
468:12 483:12,15
483:19 484:5,7
505:3 510:1
570:23 596:14
604:25 606:3
612:21 625:16
666:15 669:11
684:9 693:8
696:22 720:5
**Pause**
726:10
**PC**
430:2,12
**peer-reviewed**
723:1
**pelvic**
512:20,22 556:1,3
595:25 635:5,15
636:4,23 697:12
700:14,22,25

**pending**
519:24
**Penninkilampi**
433:18 489:16,20
490:2,5,23 491:15
491:23
**Penninkilampi's**
489:23
**people**
455:20 456:24
472:25 516:19
570:20 606:19
626:1 647:16
651:12
**percentage**
473:18 524:4
534:14,16,17,23
535:7,8,10 537:19
**percentages**
537:15
**perform**
511:23
**perineal**
433:17 490:4
667:20 668:5
722:25 723:4,20
726:18,24 727:11
**perineum**
553:5 585:9
**period**
549:7 571:3,22,23
572:1 584:3,5
587:18 631:22
668:13
**periods**
697:13
**peritoneal**
554:8
**peritoneally**
496:12
**permission**
520:9
**personal**
586:12
**pertinent**
445:4
**phone**

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 104 of 120
PageID: 261694
Judith Wolf, M.D.

Page 758

589:13,18,21,24
591:15 592:6
**phosphorus**
638:15
**phrase**
659:9
**physical**
455:12
**physically**
586:1
**physician**
465:11 683:5,19
**physician-patient**
593:10
**physicians**
573:9 574:5 586:22
593:20,23 604:23
630:3 676:3,4
683:1,14
**physiology**
529:11
**picked**
530:25
**PID**
544:2,5,6
**piece**
613:14
**pieces**
527:1
**pin**
618:4,10
**pits**
455:8
**place**
555:5 615:21 616:2
726:6 728:8
**places**
615:22,25 722:16
**plaintiff**
429:10 553:25
578:23
**plaintiffs**
430:5,10,15 586:6
692:16 702:21
705:22 707:9
708:10
**plan**

708:6,10
**platy**
560:23
**play**
532:25
**played**
579:14 584:23
600:1 613:22
637:13 638:9
**Plaza**
430:8
**please**
448:6 451:13 452:9
529:23 712:18
729:3,8
**plots**
476:18,20
**point**
451:1 547:13,14,15
696:8 716:1
**pointed**
456:13
**points**
693:7 694:8
**polyps**
698:3
**pooled**
483:21
**poorly**
669:16
**population**
470:1 472:17
474:12 483:16
545:1 643:16
**populations**
644:2,3
**portion**
444:2 445:4 559:1
595:2
**position**
689:14 690:11
717:6 718:10
**positive**
498:19 518:5 524:6
542:8 544:11,14
583:12,16 693:9
723:3 724:4

726:23
**possibilities**
512:2
**possibility**
499:21 534:6
541:23 542:19
543:2 607:17
612:6 660:14
662:11 671:4,19
672:2,5,15
**possible**
499:19 511:14
518:10,12 522:3
532:24 547:5
548:4 612:4,10,15
674:8
**possibly**
498:20 536:20
557:10 607:21,22
**posterior**
662:7
**postmenopausal**
582:15 583:6,11,14
583:18 658:2
660:22
**postoperative**
554:13,25
**potassium**
638:15
**potential**
462:9,22 463:20
514:14 542:20
545:3 553:11
587:2 588:3
643:14 659:13
661:6 669:22
670:10 672:23
727:11,13
**powder**
429:4 433:14,22
434:10 437:16
439:1 477:22
482:7 486:7 488:7
489:4 491:18
492:18,24 496:12
497:23 507:19
509:6 510:7

522:23 528:10
529:3 531:4,10,13
531:17,21,21,25
532:13 533:13
538:24 539:12
546:17 547:1,17
547:20 548:8,11
548:13,18,24
549:2,8,12,13,15
550:6,21,23 551:3
551:5,11,17,21
552:3,17 553:12
553:16 554:12,24
560:7,22 565:9
567:14 568:14,18
569:12,15,17
572:23 576:10,14
576:18 578:17
579:25 584:16,23
584:25 585:9,15
585:22 586:7,22
588:4,9,10 589:6
589:9 594:23
599:12 604:9,10
604:14 610:15
611:5 631:17
632:7,13 633:11
634:6 640:3,6,13
640:23 643:20,23
643:25 644:10,18
645:3,9 646:5
648:10 649:14
650:20,22 651:4
651:22 652:19,24
653:8,19,20 654:7
654:13,15 665:10
666:6 674:9 682:2
682:4 686:4,11,14
686:22,24 690:21
694:19,22 699:19
700:10,12 701:3,6
701:16,22 702:7,9
706:18 707:8
710:17,24 712:21
712:25 713:10,15
713:22 715:21
716:2,6,18,25

717:10,25 718:5
719:10
**powder's**
651:10
**powder-related**
540:23
**powders**
567:21 665:14
**power**
720:4
**powered**
719:23
**PPF**
510:11,12 514:21
**practice**
696:13
**practiced**
470:20 513:24
**PRACTICES**
429:5
**practitioner**
662:15,19
**pre-**
583:17
**precancer**
446:12
**precise**
551:20 716:13
**predisposition**
442:1 447:5
**predominantly**
644:1
**premenopausal**
440:16 583:9,13
627:16,16 658:2
660:21
**preparation**
506:25
**prepared**
436:18 609:23
**present**
704:12
**presented**
707:12,17 722:2
**pressure**
512:20
**presumed**

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 105 of 120
PageID: 261695
Judith Wolf, M.D.

Page 759

465:20,24 467:10
632:20
**pretty**
543:5 690:4
**prevalence**
644:18 645:2
**prevalent**
650:20
**prevented**
517:17
**previous**
498:11,12 572:11
668:11,13 698:6
**previously**
435:1 436:6 583:22
**print**
689:10
**prior**
438:10 573:3,6
634:3 728:4
**privileged**
590:1,11
**probability**
522:4
**probably**
470:3 473:20
487:10 494:10,22
496:18,23 499:15
594:1 641:22,23
**problem**
445:24
**PROCEEDINGS**
432:6
**process**
510:3 555:16
557:15
**produced**
444:6
**product**
569:1
**products**
429:4,5 727:13
**professional**
429:20 545:13
728:2,19
**professionals**
502:5,6

**profile**
578:23 606:1
**prognosis**
606:25 607:15,22
**progress**
444:3
**project**
543:22
**promise**
533:10
**pronounce**
703:3
**proof**
469:1
**properties**
554:7 665:9
**prophylactic**
460:23
**proportionate**
536:1
**propounded**
731:6
**protective**
509:16 510:15
533:16 542:12
670:20
**prove**
466:11 487:24
**proved**
465:15
**proven**
472:13 582:5
**provide**
576:4 620:6 634:15
**provided**
574:23 616:24
721:3
**provides**
510:18
**Psooy**
580:19
**PTCH**
453:9
**PTCH1**
448:15 453:1,6
457:5,20,22 459:4
459:10 460:13

461:9
**Public**
429:22 728:4,21
731:20
**publication**
484:19 546:21
646:3
**publications**
690:2,5,12,17,20
**published**
493:24 510:17
692:20
**PubMed**
690:11
**pull**
481:18 516:9,10,13
582:12 691:18
703:15 705:11
**pulled**
690:6
**pulls**
516:14
**purchased**
587:16
**purpose**
589:23
**pursuant**
728:10
**put**
468:5 521:11 552:2
552:4,4,8 585:16
627:2 628:2 631:8
631:15 658:17
673:13 690:13
701:18
**puts**
628:11
**putting**
467:8 552:11,12
677:17,19
**Pye**
656:15,25 657:4

___

**Q**

**qualification**
503:16
**quantified**

632:20
**quantify**
632:16
**question**
447:21,23 448:4,9
449:18,19 450:4
457:9,12,23 459:6
468:8 473:16
474:15 475:12
481:13,16 485:6
494:18 495:20
496:11 499:24
500:13,15 502:1
503:17,20 507:10
507:18 519:17,19
519:23 520:4
521:2 527:20
533:5,22 534:12
534:22,25 540:13
542:15 548:21
557:24 560:13
563:20 570:12
571:8,13 580:16
582:9 583:3,24
584:15 591:10
592:23 601:14
612:12 616:17,19
619:7,11,17,22
620:4,5,18 623:23
639:15 656:13
659:8 664:3
670:24,25 675:17
677:3,16 679:1
680:12,15 686:19
700:11 701:12
705:12 706:5
716:13 717:19
718:10 719:18
720:20 724:22
**questioning**
450:1
**questions**
436:15 481:6,7,8
481:13 484:9
511:7,11 553:7
575:1 587:6
588:12 609:1

621:11 661:8
669:17 682:18
683:8 688:5 691:1
691:10 694:12
695:19 703:3
708:24 709:1
717:6 719:20,25
720:21 722:6
727:23 731:5
**quick**
726:7
**quite**
508:13,15 513:10
600:7 611:25
613:25 697:18
703:2
**quote**
462:10,23 463:3
507:9

___

**R**

**R**
430:1 431:1 432:5
436:2
**race**
650:23
**raise**
627:5
**raises**
457:23
**range**
647:19
**rank**
535:12
**rare**
455:14 499:17
506:14 540:7
581:5 674:2
**rarer**
499:1 501:15
**rarity**
499:5,9,14 501:10
539:18 540:11
**rate**
652:18 653:9
**ratio**
471:12 475:3,14

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 106 of 120
PageID: 261696
Judith Wolf, M.D.

Page 760

648:22 654:2
**ratios**
704:18
**RDR**
728:18
**reach**
710:16,22
**reached**
534:11
**reaction**
531:20 552:24
554:14 555:5,8,9
555:19 558:14,17
559:4,9
**reactions**
552:23 555:1
**read**
485:23,25 495:18
524:23 558:23
559:2 646:12
656:7 691:22
703:9 723:14
729:3 731:4
**readback**
559:5
**reading**
453:11 507:15
524:25 620:15
649:16 663:20
703:17,18 722:23
**ready**
575:9
**real**
726:7
**realize**
642:6
**really**
475:9 516:23 517:4
545:8 604:18
716:13
**Realtime**
429:21 728:3,20
**reason**
451:8 483:17
499:15 519:6
564:23 566:10
629:7 655:8

714:10,15 729:5
730:4,6,8,10,12
730:14,16,18,20
730:22,24
**reasonable**
708:1
**reasons**
594:25 601:25
639:18 669:11,13
669:13
**REATH**
431:2
**recall**
454:6 476:13 507:6
566:6 585:16
621:17 662:24
663:3 693:15
719:25
**receipt**
729:16
**receive**
606:23
**received**
628:19
**recess**
508:19 575:6
582:22,24 592:2
609:19 621:24
645:22 682:20
**recognizable**
676:21
**recognized**
681:16 698:7
**recollection**
443:25 591:19
592:16 600:18
603:3 614:1,23
620:6 657:5 720:2
**recommend**
460:18,22 461:3
669:10 670:3
**record**
445:3 466:7 480:17
482:4 508:18
559:2 575:5 583:3
592:1 603:18
615:10,24 628:5

629:5 645:21
658:25 659:4
661:12,16 662:3
664:24
**Record(s)**
433:3,6 434:4,15
444:8 445:9 615:6
661:21
**records**
440:22 444:3,5
445:6 455:10
465:16 467:22
510:11 514:18
574:15,19,22
586:17,20 588:8
593:5 600:14
602:20,24 603:6,9
603:22 614:1,20
615:4 616:7,15,21
617:11,15,16,17
617:24 618:11
621:15 628:17
630:2 631:12,13
638:19 670:18
681:6
**rectum**
662:17
**recur**
607:24 608:5,7,8
608:13,18
**recurred**
603:14
**recurrence**
603:1,19 607:14
**recurs**
607:24
**Red**
429:18
**reduce**
633:18,20
**refer**
503:13
**reference**
473:16 554:15
595:12 625:2
626:8,23 642:7
657:2

**referenced**
600:14 638:19
**references**
726:25
**referred**
642:12,19,24 724:2
725:24 727:2
**referring**
502:15,18 566:16
598:15 641:21
720:12 723:19
**refers**
503:12
**refined**
543:18
**reflected**
603:6
**refresh**
443:24 620:6 657:5
**regard**
437:2
**regarding**
436:19 498:7 542:3
593:21 637:7
645:8 646:4 648:9
649:13 692:20
694:6,13 703:4
708:5,9
**regardless**
474:19 600:10
**regards**
722:24
**Registered**
429:21 728:3,19
**reject**
467:3
**related**
448:24 450:6,11,13
457:21 578:13
579:10 627:1
670:12 710:17,23
725:17
**relates**
495:14 546:18
567:9 591:20
648:25
**relating**

594:17 718:15
**relationship**
439:23 451:2 499:1
501:15 593:10
621:7 645:8 646:4
648:9 649:13
659:21 712:21
725:22
**relative**
440:11,14,15,18
441:10 471:12
472:6 475:24
476:23 477:16
538:25 539:17
541:24 579:8
613:10 627:14,18
627:21 646:23,25
647:11 660:1,6,12
728:13,14
**relatively**
607:6 608:19 623:1
**relatives**
659:24
**release**
560:5
**released**
559:23
**relevant**
446:20 591:5 634:1
**reliable**
464:14 702:13
**relied**
593:3 633:3
**relies**
591:1
**relooking**
437:24
**rely**
465:13 468:12
486:6 595:11
628:23 634:9
641:6
**relying**
488:4 590:6 592:18
721:6,20
**remain**
581:21

Judith Wolf, M.D.

**remember**
443:6 452:21
  467:23 550:16
  566:6,25 582:18
  589:21 614:4
  625:5 661:14,15
  666:10 667:2
  670:25 681:10
  684:18 693:17,19
  693:21 694:12
  695:18 696:5
  697:22 703:7
  711:5
**removal**
696:20
**removed**
515:20 587:19
  607:8
**reoccurrence**
602:17 607:17
**repeat**
451:13 674:19
**replacement**
521:8,16 522:25
  523:11 532:15
  680:1
**report**
434:2,8 436:19
  437:1,6,7,15
  438:9 439:17
  448:17,20 462:11
  462:14,21,24
  463:5,12 476:19
  477:20 492:13
  514:25 515:5,6
  523:21 524:10,23
  554:6,9,16 562:22
  563:17 567:20
  574:8 575:19,24
  575:25 576:6
  580:17 594:16
  595:4,8,11,12
  596:4 598:3
  600:15 602:20
  603:7 609:23
  610:3,4,11 614:10
  624:18 625:24

628:22,25 631:8
631:15 634:9,10
634:16,21,24
636:8 638:20
639:25 640:9
641:8,16 642:7,12
651:2 695:16,23
695:23,24 699:13
708:6,11 711:14
713:8 719:19
720:9,13
**reported**
464:4,8 475:3
  480:3,4 482:18
  584:7 585:11
  615:1 617:19
  618:12 632:1
  646:22 662:14
  668:23 699:8
**reporter**
429:21,21,21 497:7
  728:3,3,3,19,20
  728:20
**Reporters**
429:20 728:2,19
**reporting**
482:15 483:5,7
**reports**
596:20,22 610:2
  697:20 702:17
  705:7 707:23
  708:14 711:19
  721:1,11
**representative**
702:22
**reproductive**
581:18 582:2
  665:17 682:10
**request**
573:25 628:13
**requested**
582:22 631:12
  706:11 728:11
**require**
529:17 531:13
**required**
532:3 640:7,8

685:16 686:23
**requirement**
515:9
**residents**
683:4
**respect**
476:14 484:13
  491:16 522:22
  583:24 586:6
  617:5 650:3,4
  683:19 709:6
  717:20
**response**
558:7 600:24 601:1
  601:6,10 612:14
  639:11 664:8
  684:20
**responses**
666:4
**responsible**
537:10,12,13
**responsive**
449:9,21 457:10
**rest**
515:17 545:1
**result**
474:22 498:10
  532:9 552:16
  557:4 626:6
**resulted**
578:15 684:12
**results**
471:2,5 474:15,16
  484:1,4 485:16,17
  490:11,22 491:4
  491:11 498:18
  530:15 628:24
  644:17,23,24,25
  645:15 646:11,12
  648:14 667:18
  668:8,17
**résumé**
689:25
**return**
729:14
**review**
444:17 452:18

473:21 476:8
482:21 501:4
509:18,21 510:10
510:13 514:22
533:15 588:7
620:12 638:25
645:19 682:7
692:9 699:23
708:10 711:22
712:19
**reviewed**
478:16 506:23
  510:17,24 561:9
  574:11 594:16
  603:23 617:17
  640:2 670:17
  685:5 699:9 702:4
  702:8 720:25
  721:19
**reviewing**
475:22 510:9,25
  523:5 542:6
  584:21 618:11
  681:6 708:14
**rheumatoid**
555:24
**right**
436:20,24 437:3,11
  437:19,23 438:23
  439:12,22 440:21
  441:4,21 442:15
  443:7,9 448:2,10
  450:23 452:6
  453:2 455:15
  456:5,9 459:4
  461:7,23 462:5,14
  463:19 464:11
  465:23 466:5,23
  470:24 471:7,19
  473:14,25 475:6
  477:15 481:22
  482:1 484:17,21
  486:1 487:5
  492:13 494:1
  498:22 501:19
  503:23 504:12
  505:19 507:21

508:10 511:8,25
512:21 513:6,22
514:2,15 516:1,6
517:6 519:11
522:18 524:1,17
525:14,17 526:1
526:20 532:19
533:9 538:16
539:10 545:2,5
547:5 549:9
550:17,24 552:19
553:17 555:19
556:2,17 557:12
558:14 563:12
567:15 571:5
572:22 573:13
574:11,13,16,23
575:14,21 576:1
576:11 578:12
586:17,23 589:7
589:12 591:18
594:5 595:14,21
595:24,24 596:2
596:11,15,21
597:5,11,12
598:10 602:9,12
602:14 603:5,11
608:13,25 609:4
609:13,24 610:6
613:7 614:14
615:11,16 618:3
618:12 622:7,17
622:22 623:16
624:16 626:5,6
630:19 633:6,13
634:3,11,25 635:4
635:5,5,6,7,13,15
635:22 636:4,5
641:4,8 642:16
643:10,16 644:6
644:22 645:11
648:6,22 652:8
653:1 656:13,21
658:11 660:5
661:2 662:5,14,20
663:10 666:2
667:15 668:5,25

Judith Wolf, M.D.

671:3 677:16
678:16 679:18
682:16 683:22
684:2 685:9 688:4
688:17,22 689:8
689:12,15 690:25
703:21 704:18,25
711:13,17 712:8
714:6,9,12 715:19
716:12 720:6,16
720:18 723:13,13
727:19
**right-hand**
485:14
**Rigler's**
567:20
**rings**
711:7
**rise**
523:12
**risk**
433:14 434:10,18
438:17,22 439:4,8
439:25 440:5,12
440:25 441:3,8,15
441:20,21 446:21
447:24 449:1
451:2,7,19,24
454:13,22,25
459:12,14,19
460:12,15 461:5
461:13,14 462:4,6
462:9,17,22
463:20 469:16,19
469:24,25 470:13
470:21 471:7,9,12
471:18,24 472:1,6
473:1,17 474:20
474:24,25 475:3,7
475:19,24 476:3
476:23 477:16
478:10,14,18
479:12 482:7
485:18 490:24
496:13 509:15
510:14 511:20
512:11,16 514:14

514:19 518:20
519:2,3,5 520:16
520:18,18 521:10
521:21 522:16,17
523:13 524:5,12
524:16 525:9,16
525:19,20,21,23
527:15 528:7,17
529:12,18 530:15
530:16 531:6,14
531:23 533:15,18
535:25 536:17
537:4,9,15,20
538:24,25 539:13
539:17,18 540:5,8
540:10 541:24
542:20 543:1,3,4
543:10,13,17,21
543:23 544:2,6
545:4 576:19
577:12,15,17,21
577:23,24 578:3,9
578:10 579:3,10
580:4 607:13
608:2,18,18 611:3
612:1 613:8,10,16
618:5 624:1 627:9
627:23 628:3,11
632:25 633:20
637:22 640:23
643:20 644:1
646:23,25 647:11
647:22 648:16,17
648:22 649:8
650:23 652:21,25
653:19 654:1,16
655:2 657:22
658:18 659:13,14
660:15 661:6
666:12,20 667:1,6
667:14,23 668:3
668:20 669:3,12
669:16,22 670:11
670:18,19,21
671:25 674:15
676:22,23 677:11
678:3,12 679:9,11

679:15,20,21,21
679:23 680:2,16
680:17,22,24
681:7,8,16,17
684:19,23,25
685:3,6,12,14,22
688:1 690:22
698:3,7,16,19,25
703:5 704:13
711:14 712:25
716:16 717:8,22
725:19
**risks**
542:12 671:12
**risky**
697:1
**River**
429:19
**robustness**
725:18
**role**
537:4 579:14
584:23 600:1
613:22 637:13
638:8
**Rosenblatt**
492:22
**round**
474:5
**route**
548:13 579:19
580:8,10,13
631:16 726:18
**routine**
585:21
**routinely**
596:13
**rule**
469:12 540:24
541:13,22 542:19
728:11
**ruled**
566:21

---
**S**

**S**
430:1 431:1 432:5

436:2
**Saavalainen**
470:19 703:4,13
709:8
**Saed's**
706:6
**SALES**
429:5
**saliva**
624:20,23 625:6,16
625:18,22 626:1,4
626:10 631:9
**salpingo-oophor...**
460:24
**sample**
712:2
**samples**
568:7 589:5,9
599:19
**SARA**
430:12
**satiety**
512:23
**saw**
563:18 571:2
587:14 603:18
626:8 630:2
640:14 699:8,12
700:3
**saying**
449:21 463:22,23
466:12,13 472:11
475:9 495:2
505:22 520:4
560:15 576:15,17
576:23 577:2
601:2 629:20
644:15 652:15
673:8 712:24
716:7
**says**
444:18 452:24
453:17,22 454:1
454:12,24 455:3,6
456:20 462:16
463:5,23 477:21
491:4 497:5

498:23 501:17
525:3 549:12
585:19 598:2
615:21,25 658:3
704:12 712:11
713:14 714:6
715:1,6,7,9,10,11
716:1,4
**scarring**
696:25
**Schildkraut**
478:7,25 488:15
640:17,18 641:3
641:20 642:24
643:6,9,13 646:2
648:8
**school**
452:22
**SCHRAMM**
430:12
**science**
451:6,17 502:6
504:13 516:22
524:4 547:8 553:1
559:17,18
**scientific**
708:2 721:9
**scientist**
545:12
**SDHA**
448:13,25
**search**
512:5 690:11
**second**
445:2,24 454:24
474:2 596:5,6
641:15 645:21
662:4 692:15
703:10,19
**secrete**
560:1
**section**
645:13 698:6,13,16
698:18
**see**
443:21 445:20,20
448:16,18 449:25

Judith Wolf, M.D.

450:22,25 451:24
452:20 465:3
468:14 473:19,22
474:12 477:2,24
480:8 481:2,5,10
483:12,13 484:3
489:23 491:10
496:10 499:16
506:25 512:11,12
540:17 546:11
562:22 563:13
586:19,24 587:20
595:16,18 596:18
598:11 600:7
601:4,18,20,21,24
602:2 606:4
615:15 619:4
621:14 628:21,24
630:18 639:1,10
639:14,16,20
647:13 653:22
659:7 662:2,13,18
664:14 665:11,18
665:19 667:25
668:1 681:6,7
687:9,16,19 689:3
689:4 698:14
699:24 700:1,4
716:15
**seeing**
446:7 541:24
600:21 639:22
692:2,11 697:22
**seen**
451:5,17 515:5
570:1 594:1
602:23 603:3,10
603:23 624:17
626:5 639:25
709:18 710:3
719:8
**sees**
515:23
**self-care**
727:13
**sense**
451:12 536:5

**sent**
696:23
**sentence**
454:25 455:3,6
485:24 491:3
498:23 539:10
596:5 665:8
712:11 725:12
727:10
**separate**
478:22 492:11
506:18 556:20
577:16 715:20
727:7
**separated**
478:5 491:25 508:4
583:8,20 598:21
646:17 647:6
715:14
**separately**
478:23 492:19
558:11 705:19
713:5,23 714:11
714:16 719:15
**separates**
490:14
**separating**
716:8
**September**
429:16 432:3 436:3
728:23
**series**
511:7 517:9,20
587:5 696:5
**serous**
490:24 498:20
502:16,16 503:1
503:10,10 504:1,8
504:10,18,20
505:11,13 569:21
570:3,3 606:3,11
646:18 647:7,10
648:18 693:12
**SERVICES**
429:24
**serving**
594:7,12

**set**
576:5 610:10
614:10 641:3
728:9
**severe**
554:13,25
**shake**
632:22
**Shank**
444:4 464:9 465:24
467:14,21,23
**shaped**
662:9
**sheet**
729:6,9,12,15
731:7
**short**
587:18 646:1
**shorter**
575:4
**shouting**
530:2
**show**
443:20 463:3,4
478:13,23 486:21
487:15 489:9,13
494:15 495:10
497:19 506:15
515:23 542:8
544:13 578:22
601:8 639:5,6
645:16 655:21
661:12 712:18
**showed**
453:5,12 454:9
465:15 544:11
582:13 583:4
668:19 697:23
698:11 706:7
**shower**
549:13,13 585:24
**showered**
586:2
**showing**
716:8
**shown**
454:5 560:22 722:3

**shows**
478:17 479:11
488:5 489:3,20
664:15
**siblings**
619:8
**sic**
662:24
**side**
481:5,5,10,11
485:14 538:21
579:9 620:15,15
620:22,23 656:19
658:23 659:19,20
660:18 662:5
**sign**
639:21 697:17
729:8
**signature**
728:11
**significance**
448:14 449:2
450:19 453:9
457:5 479:4,8
489:14 491:8
494:11,23 496:19
496:24
**significant**
438:3 441:18,22
442:16 443:10
446:14 478:14,17
478:24 479:12
487:16 488:6,12
488:17 489:3
495:11 506:16
544:15 546:12
582:14 583:5,19
640:12 647:14
648:1,4,20 649:9
649:21 652:6
668:3 684:16
723:3 724:3
726:23
**significantly**
457:1
**signing**
729:10

**signs**
455:6 512:18 513:3
697:10
**silent**
556:12
**silent-type**
556:11
**silicate**
598:6,18 599:9
**silicon**
598:9,20 599:13
637:4
**similar**
510:2 528:13 568:1
632:10 650:23
653:21
**similarly**
474:23 535:20
559:11 630:14
**simple**
513:11
**Simultaneous**
550:13 676:16
**single**
506:6
**Sister**
666:21
**sit**
570:24
**site**
559:14
**sits**
648:23
**situation**
484:25
**sizes**
712:2
**skin**
453:18 454:14
455:8 456:19
586:15
**slide**
601:10,22 639:17
**slides**
639:7
**slightly**
539:25 569:9

Judith Wolf, M.D.

577:15 606:9
**small**
455:8 493:2,5,21
494:9,21 495:1,9
496:17,23 515:20
583:20 595:2
605:13
**smoker**
447:11
**smokers**
545:21
**smoking**
447:10,24 505:17
505:22 506:5
534:3 544:25
545:17,20,23
546:3
**socially**
594:1
**sodium**
638:15
**somebody**
459:2 469:7 473:3
551:1,5 615:1,24
617:25
**somewhat**
543:18 648:13
**sophisticated**
626:3
**sorry**
477:3 482:24 539:4
558:23,24 641:14
642:6 657:8 661:1
680:12 700:23
701:11 703:11
705:14 723:9,9
726:9
**sort**
511:3 613:9,13
**Sotto**
620:12
**sound**
477:15
**sounded**
724:10
**sounds**
536:9 607:14

**source**
464:14 483:9
**South**
430:18
**soy**
698:24
**space**
729:6
**speak**
473:6 574:1
**speaking**
473:7,10,15 530:8
724:8
**specific**
503:21 508:23
509:3,5 510:19
514:12 540:22
541:10 542:2
553:7 560:18
582:19 588:17
617:11 675:11,19
677:5 685:14
715:15
**specifically**
444:3 454:1,12
471:4 475:25
520:17 542:11,16
544:4 552:13,22
555:14 565:4
566:20 572:18
578:8 596:4
643:22 647:8
649:6 655:7 669:7
684:8 693:12
713:8
**specifics**
585:13 633:10
**specimen**
602:6
**spelled**
452:21
**spoken**
573:20 574:4
593:14,16,19,23
682:24,25 683:11
683:13
**sporadic**

447:4 604:2,4,8,16
604:18 605:14,18
605:19 678:16,20
**sports**
586:2
**sschramm@bbg...**
430:13
**ST**
429:8
**stable**
543:5
**stack**
470:9 538:9
**stage**
603:16 606:13,14
606:22 607:6
608:19
**stand**
707:22
**standard**
465:2 469:13
703:10,25 704:2
**standpoint**
488:5
**starch-based**
554:12,24
**start**
520:13 691:10,22
705:14 722:16
724:20
**started**
551:2
**starting**
483:19 496:16
619:17
**starts**
498:17 570:15,17
570:19
**state**
429:8 490:23 499:7
499:8 501:14
508:2 523:21
524:11 538:20
539:16 643:23
644:5,8,18 649:12
665:12 693:2
728:22 729:5

**stated**
437:15 508:3 515:6
601:25 701:20
**statement**
452:10 499:11
503:12 525:7
539:24 540:14
541:4 605:7 648:7
649:20 650:1
651:8 675:25
696:11,13 704:8
710:3 717:9,21
718:3,14 719:8
723:22
**states**
429:1 473:11
485:18 487:19
599:8 615:14
622:15 712:20
716:17
**stating**
629:4
**statistical**
478:13,24 479:3,8
487:16 489:14
491:7 494:10,23
496:19,24 506:16
649:21
**statistically**
478:17 479:12
488:6,12 489:3
495:11 544:14
546:12 583:18
647:1,14,25 648:3
648:19 649:9
652:6 668:3
693:14 723:2
724:3 726:23
**stay**
664:1
**stenographer**
487:2 550:14
582:23 664:23
676:17 706:12
711:7
**stenographic**
480:16

**stenographically**
728:8
**step**
542:5 547:21
**stop**
438:19 461:18
474:2 519:25
621:11 662:20
**Street**
429:19 430:3,18
431:4
**strengths**
695:19 696:1,4
**stress**
560:2
**strike**
440:9 449:4,20
455:22 457:7
527:12 543:11
548:19 567:10
580:6 587:22
594:15 611:8
625:12 659:24
**stromal**
497:5 701:24
**strong**
554:14 555:1,4
558:13
**studies**
477:23 478:1,4,12
478:22 479:6,16
483:22 488:13,23
488:25 489:8
490:15 491:10,13
491:24 492:23
493:8,16,24
495:10 499:25
506:17 541:25
544:10 553:6
632:6 643:25
644:13,15 666:22
669:7 706:6
711:22,25 713:16
714:17 715:13
717:2,17 718:6,19
723:1,6 724:2,23
725:14 726:22

Case 3:16-md-02738-MAS-RLS     Document 33295-81     Filed 09/23/24     Page 111 of 120
PageID: 261701
Judith Wolf, M.D.

Page 765

**study**
470:21 473:20,22
  474:4,20 478:8,11
  478:15,25 479:5
  479:11,13,19
  480:5,18,19,24
  481:14 482:11,19
  483:12,16,16,21
  484:7 486:2
  487:25 488:2,3,4
  488:10,10,15
  489:12,18,24
  490:20 491:22,23
  495:13 498:11,13
  499:6 500:10,23
  501:4,10,12
  506:15 543:9
  582:6 641:21
  645:6 647:22
  649:16 651:18
  652:1,2 655:10
  666:22 668:2,7,18
  668:18 669:9,14
  669:17,24 670:4
  692:21 693:8
  694:6 703:12
  704:13 705:3,10
  705:13,15 706:5
  706:10 709:8,13
  709:25 710:1,14
  710:15 715:16
  720:5,11
**studying**
544:22 545:2
  643:13
**subanalyses**
715:15
**subgroup**
711:20,24 712:4,12
  714:22 715:12
**subgroups**
713:5
**subject**
691:2 729:10
**submitted**
554:11,23
**Subscribed**

731:15
**subsequent**
667:20,23
**subsidiary**
554:19
**substance**
731:6
**substances**
559:22,22 560:1
  561:13
**substantial**
437:17 439:1
  442:12 510:7
  517:25 706:18
**substantiate**
492:4
**subsumed**
718:14
**subtle**
556:22
**subtype**
477:21 489:2 493:9
**subtypes**
478:5,9 491:1
  494:9,20 496:17
  496:22 498:8
  499:17 501:16,22
  502:8,13,15,23
  503:8,14 504:15
  504:21,25 505:5
  506:18 566:25
  570:2 694:13
  710:25 711:16,20
  712:6,16 714:1,1
  714:5,7,19,24,25
  715:14,17 716:9
  716:11 717:2,18
  718:7,19 719:11
  723:21 724:4,25
  725:25 726:3
  727:3,7,16
**sufficient**
528:14 529:15
  531:4,10 550:5,24
  551:16,22 552:15
  584:19 640:13
  682:1,9 701:2

**sufficiently**
719:22
**sugars**
664:11
**suggest**
455:12 672:19
**suggested**
629:19
**suggesting**
591:3 627:6
**suggestion**
629:14
**suggests**
447:4 672:12
**Suite**
430:9,14 431:4
**summary**
439:6 547:9
**supplement**
482:4 698:24
**supplemental**
692:6
**supplemented**
721:10
**support**
432:21 478:1 486:6
  486:19,21 515:8
  541:7 570:22
  584:16 627:25
  632:5 642:20
  650:7 659:18
  672:20
**supported**
515:18 550:8
  584:10 585:5
  632:24
**supportive**
640:6 659:12
**supports**
527:9 553:2
**supposed**
653:15
**sure**
437:25 439:9
  451:15 469:20
  489:25 495:24
  502:3 521:1 533:7

536:6 541:12
544:20 554:18
582:4 614:8
617:20 621:23
623:6 626:25
641:20 642:2
645:18 653:14
657:1 661:17
673:4 700:18
**surgeon**
593:24 699:7,25
**surgeries**
440:3 696:25
**surgery**
438:13 461:3
  464:19,20,25
  465:3,9 469:12
  607:7 630:11
  699:6,10 704:3
  709:21 710:11
**surgical**
460:20 462:1
  465:19 466:6,11
  466:15,24 467:3
  467:18 469:1
  558:12,13 596:10
  596:12,13 628:21
  629:23,23 630:24
  631:3 666:3,7
  696:20 704:14,21
  705:8 709:11,15
  710:4
**surgically**
470:23 629:23
  630:9 704:17
**survivors**
572:6
**susceptible**
545:16 655:12
**suspect**
629:7
**suspected**
543:18
**suspicion**
581:20
**Swann**
429:9 434:9 609:1

609:6,8,13,16,23
610:3,10 611:9,14
612:20 613:2
614:6,21 616:22
618:12 620:7
621:7 623:7,11,17
623:19 624:15
626:15 627:10
628:6,8 631:21
633:3,10,15
634:21 637:8
640:12 646:19
647:20 648:15,23
648:25 649:6
650:16 661:9
662:14 683:9,19
684:11
**Swann's**
610:15 611:23
  613:5,21,24 615:3
  616:8 617:13
  620:2,15,17,22,22
  621:1,15 622:11
  622:14,15,25
  623:14 627:22
  630:14,16 631:17
  632:12 633:19
  634:14 635:3
  636:17 637:13
  638:10 640:1,10
  656:10,11 657:6
  657:14 670:8
  671:8 674:8
  682:23 683:10,14
**SWANNV_ELB...**
434:16 661:22
**SWANNV_ELB...**
434:17 661:23
**SWANNV_MB...**
434:5 615:7
**sworn**
436:6 728:5 731:15
**symptom**
513:1 698:22
**symptoms**
455:6 465:7 469:7
  469:8 511:16

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 112 of 120
PageID: 261702
Judith Wolf, M.D.

Page 766

512:18 513:3,9,14
513:15 555:6,8
556:21,22 558:2,4
697:10 699:5
**syndrome**
433:10 452:7,12,15
452:23,25 453:10
454:7,11,22
455:13,14,20
456:12,16,18
457:2,13,17
**system**
581:13,14 582:1
**systemic**
555:9,18 559:16
560:3

**T**
**Table**
483:3 490:13 583:7
647:3 692:3,4
**tables**
482:23 646:12,13
692:6
**Taher**
492:21 493:23
**take**
470:8 490:8 495:22
508:9 509:25
524:3 571:11
575:2 609:3,7,12
609:15,17 621:20
622:2 667:10
682:17 696:18
697:6 714:16
**taken**
508:19 575:6
582:24 592:2
609:19 621:24
645:22 682:20
728:8
**takes**
527:7 529:3,5
**talc**
433:11,17,22
434:18 461:13,19
478:3 480:13

484:20 485:9
487:13 489:22
490:4 493:8
497:23 498:19
499:1 501:15
506:8 507:1
509:10 514:11,14
515:12,15,18,18
515:24 516:12
517:2,17 518:9,10
518:10,13 522:22
523:2,7 528:6,7
528:14,19 529:7
529:15 532:21
533:1 534:14
535:7,18 536:19
536:21 537:10
549:6 552:23
553:2,4 554:7
555:2 556:6,6
558:7,12 560:23
560:23 561:2,3,4
561:12,16,19,19
561:25 562:3
565:13,14,19,20
567:6,24 568:7,22
569:6 576:24
577:3,5 584:2,3
586:16 588:16,18
588:23,24 596:20
596:22,25 597:16
599:21,23 600:16
600:21 605:13
610:18,24 611:2
611:10,14,19,25
612:2,5,15,23
631:21,23 633:19
633:25 636:1,2,9
636:11,19 637:5
637:20 638:21
643:14 651:9
652:4,18 653:25
665:9 666:25
667:6,13,20,21
668:5,10 669:3,19
669:22 670:22
674:16 675:4

682:2,12 684:16
685:13 691:16
693:10 706:8
723:4,20 725:20
726:19,24 727:12
**talc-based**
569:16
**talcum**
429:4 437:16 439:1
477:22 486:7
488:7 489:4
491:17 492:17,24
496:12 507:19
509:6 510:7
522:23 528:10
529:3 531:4,10,13
531:17,21,21,25
532:13 533:13
546:17,25 547:19
548:8,11,13,18,24
549:2,8,12 550:6
550:21,22 551:3,5
551:11,16,21
552:3,17 553:12
553:16 560:7,22
565:9 567:13
568:17 572:23
576:9,14,18
578:16 579:25
584:16,23,25
585:9,15 586:6,22
588:4,9,10 589:6
594:23 604:9,10
604:14 610:14
611:4 631:17
632:13 633:11
634:6 640:3,6,13
651:4,10 652:18
652:24 653:8
654:7,13,15 674:9
682:1,3,8 686:4
686:10,14,21,24
690:21 694:19,22
699:18 700:10,11
701:3,6,15,22
702:7,9 706:17
707:8 710:17,23

712:21,25 713:10
713:15,21 715:21
716:2,6,18,25
717:10,24 718:5
719:10
**talk**
521:4 560:10 565:3
565:7,12,19
599:15
**talked**
438:20 462:3
495:13 516:24
520:14 527:5
541:8 542:13
543:3,25 544:9
548:20 550:11
551:8 553:10
562:1 569:24
577:18 582:11
584:13 589:1,12
594:25 604:7
606:9 629:11
632:11 639:9
643:5 670:9
679:24 682:13
684:9 700:8 720:9
720:9
**talking**
460:15 475:3,4
484:24 494:3
499:9 519:1
620:11 642:7
645:3 656:17
**Technical**
582:22
**Teeth**
597:23
**tell**
459:14,23 460:16
481:15 482:13,17
491:22 570:23
685:21 686:2,9
691:21
**telling**
553:21 615:22
687:17 704:4
**tells**

631:1
**tend**
570:16
**tenets**
510:22
**terms**
446:21 471:3
475:19 485:6
544:19 552:6
563:20 564:4
585:21 587:1
591:1 592:19
606:2 634:1
657:21 658:9
659:9 660:24
721:20
**Terry**
433:15 478:11,15
479:5,13,18
480:18,19,22,24
481:4,14,24 482:5
482:8,10,15 483:5
483:16,25 484:1
484:12,15 486:2,3
486:24 488:3,10
488:25 489:12,17
491:15,21 495:13
**Terry's**
480:3 487:16
**test**
624:19,20 625:6,7
625:10,14,15,18
625:19,22,23
626:6,10,13
628:14,23,24
629:6 630:16,18
630:19 631:9
**tested**
441:7 518:4 568:2
672:7
**testified**
436:7 476:22 477:5
494:7 507:1 516:1
516:5 612:21
656:11 708:16
**testify**
580:7 728:5

Judith Wolf, M.D.

**testifying**
610:9 690:15
  691:23 720:23
**testimony**
439:7 446:19 469:5
  476:10 477:12,13
  494:16 495:17,25
  496:3 505:6 507:5
  507:7,25 526:11
  543:10,12,16
  571:3 580:9 586:5
  588:22 594:21
  607:19 633:3,12
  656:12 657:9
  676:2,10,13,15,19
  676:20 683:24
  684:3 702:5,9,12
  707:7 710:9 721:2
  724:7 728:8
**testing**
438:1 441:1 448:12
  453:5 460:19
  624:16,22 626:2
  631:2,5
**tests**
625:16 626:1
**Texas**
429:19 728:22
**thank**
457:19 470:11
  481:21 497:10,11
  538:4 583:21
  634:17 643:2
  688:13,14 691:4
  722:4 727:23,24
**theory**
654:17
**therapy**
521:8,16 522:25
  523:11 532:15
  606:18 607:9
  680:1
**thing**
447:7 468:1 516:15
  523:6 582:6
  590:21 600:7
  622:22 623:24

670:5 674:13
684:22 699:22
720:19
**things**
440:23 469:11
  510:13 513:13
  522:1,5,11 523:18
  529:17 541:3
  545:12 556:19,23
  558:9,11 560:3
  565:20,22 597:22
  601:7,20 605:21
  605:21 606:6
  629:6 630:21
  638:16 641:13
  643:12 649:5
  675:3,5 680:5
**think**
440:25 441:14
  445:3 448:19
  449:21 471:2
  475:11 476:17
  478:14 488:24
  489:7 494:12
  495:1,7,22 500:15
  503:20 510:11,23
  515:9 518:3,25
  520:7 526:6 527:6
  533:21 534:1,11
  534:22 535:13
  537:1,10,14
  540:12 541:6
  542:24 549:22
  551:8,16 555:4,14
  557:25 558:1,6,11
  564:23 565:2
  566:11 567:23
  568:20,24 569:8
  571:2,12 574:9
  577:18 580:3
  584:23 586:10
  589:25 590:7,10
  590:12,15,17,22
  591:2,12,22 601:1
  601:13 604:21
  607:20 608:12,15
  609:12 612:22

613:9 617:10
629:5 641:22
642:13 650:14
656:17,19 663:4
666:7 670:5
671:12 680:9
690:4,15 697:19
700:8 708:16
721:18 722:1
725:11
**third**
454:24 575:12
**third-degree**
579:7
**thirty**
729:16
**Thompson**
430:2 432:10,12
  441:12 442:8
  443:12,17 447:6
  448:3,5,8 449:8
  449:11,13,17,25
  450:5,10,17,24
  451:10,21 453:7
  453:25 454:8
  456:14 457:10,15
  457:25 458:12,15
  458:22 459:16
  460:8,25 462:15
  463:2 464:17
  465:17 466:1,8
  467:7,16,20 469:3
  469:18 470:6,10
  471:20 475:2,6,8
  478:20 479:14
  480:6 481:18
  483:10 484:23
  485:11 486:9,12
  486:17 487:14
  488:9 489:6
  491:19 493:1,10
  493:18 494:24
  495:16 499:13,22
  500:9,14,22
  501:13,24 502:10
  503:5,19 504:5,16
  505:21 506:2,10

507:3,24 508:6,25
509:12 510:21
511:17 512:1,7
513:8 514:3,16
515:3 517:7
518:17,24 519:12
519:16 520:1,8,22
521:24 522:7
523:4,16 524:8,19
525:2 526:9,13,21
527:18 528:3
529:4 530:7 532:6
533:2 534:19
536:3 537:17
542:4,23 543:15
546:1,5 547:11
548:9 549:10
552:7 553:18
556:18 557:19
560:20 561:5,11
561:22 562:14,24
563:25 564:7,12
564:20 565:17
567:4,16 568:16
568:23 569:7,23
571:7 572:14
573:1 576:16
577:1 578:5 579:5
579:16 580:12
581:7,19 582:3
584:20 587:4
588:6,21 589:25
590:9,12,20 591:6
591:22 592:20
593:7 597:7,21
598:16 599:7
600:3 601:11
603:12 604:3,13
605:5,15 607:1,18
608:4,14,22 609:5
609:11,17 610:21
614:15 615:20
616:10 617:1,6,14
621:23 623:5
626:21 629:2,16
630:5,20 631:24
632:19 634:4

637:17 638:12
641:10,14,19,25
642:3,5,18,23
643:3 645:14
646:10 648:2
649:4,17 650:5
651:6 652:9 653:2
653:10,16 654:8
654:19,21 655:14
656:6 657:24
659:15 663:2,15
664:4,13 665:22
666:13 668:6
669:5,25 670:14
671:1,7,23 673:1
673:25 674:11,23
675:13,23 676:8
676:12,18 677:7
677:23 678:8,17
679:6,14,19 680:8
680:20 681:20
682:6 684:14
685:18 686:5,12
687:1,7 688:6,9
688:10,15 691:3,8
692:1,10 693:1,16
694:11,24 695:4,9
700:7,20 701:10
702:19 703:1,13
703:18,23 704:1
704:11 705:4
706:3,16 708:23
709:14 710:6,8,21
712:9,23 713:13
715:2,8,23 716:22
717:12 718:17,25
719:13,19 721:14
722:7,14,22 723:9
723:12,16,25
724:10 725:4
726:4,8,11 727:9
727:18,21
**thought**
448:17 518:25
  539:2 557:24
  592:9 642:8
**thousand**

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 114 of 120
PageID: 261704
Judith Wolf, M.D.

Page 768

472:24
**thousands**
584:8 585:4
**three**
490:15 491:10,13
491:24 549:19,24
597:4 719:11
**throat**
443:2 445:15
446:25 447:9,17
**tied**
549:21 551:2
572:19 573:4
585:1 647:21
**time**
438:13 452:22
467:24,25 490:8
495:23 508:7
530:19,23 531:5
543:6 549:8,17
570:13,15 571:24
572:7 582:7 584:3
584:6 585:23
587:19 589:14
593:10 603:14,17
607:10 609:7
624:7,12 631:22
668:14 673:21
675:1 678:21
684:21 687:14
697:13 727:25
728:8
**times**
441:4,8 472:2,16
472:16 473:2
474:11 541:9
549:20,25 550:1
555:22 584:8,21
585:4 628:17
632:3,21 633:5
654:10,22 674:18
674:20,24 679:12
**timing**
706:1
**tissue**
515:8,20,21 595:2
595:20 596:16

599:19 600:22
634:13 635:2,18
638:1 640:15
682:3
**tissues**
455:18 456:1 636:3
638:2,5
**title**
667:3
**titled**
667:13
**today**
492:8 535:2 612:21
671:9 682:13
684:9,9 692:17
702:21 705:23
720:24 721:7,19
722:1
**told**
465:11 466:14
468:20 516:8
537:1 587:16
630:2 639:18
656:19 662:19
**tolerate**
606:18
**top**
635:11,12
**topic**
679:2
**total**
483:11,15,17 530:4
**totally**
518:22
**tower**
516:11
**trace**
561:17 565:10,11
**tracked**
450:21,25 451:9,16
451:20,22,24
452:4
**tract**
551:1 580:11,14
581:18 582:2
634:5 636:22
665:17 682:10

**training**
690:1 696:15
**transcript**
728:7 729:17,18
**transcription**
731:5
**transformation**
706:7
**translate**
538:25
**translates**
539:17
**trapped**
581:6,16
**travel**
553:3,5
**traveled**
636:21
**traveling**
548:19,25 579:25
**treat**
504:24 505:3,4,10
505:14 663:19
697:4
**treated**
661:10
**treating**
465:10 573:9 574:5
586:22 593:20,23
683:1,4,14,18
**treatment**
573:12 602:24
606:15,22,24
608:20
**treatments**
505:12
**tremolite**
562:19,25 563:4,6
563:9,14,18 564:2
564:15,22,25
**trial**
476:10,11 477:2,3
477:4,9 526:25
576:4 580:8
610:10 720:23
**trouble**
702:6

**true**
443:11 457:14
472:12,17,18
499:4,20 500:20
501:9 519:9 528:4
534:8 539:20
542:10 653:4
654:25 702:20
**truth**
553:21 728:5,5,6
**truthful**
467:4
**try**
484:4 520:13 533:5
533:6,7 536:12
550:1 554:5
560:13 601:23
663:18 716:13
**trying**
439:16 487:6 512:8
516:18 524:22
560:14 599:4
617:9 637:9
**tubal**
633:15
**tube**
595:24 596:1
**tubes**
549:21 551:2
552:18 572:19
573:3 585:1 635:5
635:8,8,14,15
636:22 647:20
**TUCKER**
430:17
**Tuesday**
429:16
**tumor**
439:22 444:19
456:8,11 457:12
499:2 501:7
711:19 712:6
714:24
**tumors**
453:21 454:2 455:4
456:23 457:16
498:21 505:10,10

701:23,24
**twice**
469:25 470:1 476:4
586:2,3 594:2
632:2 633:8
**two**
440:23,24 441:3,8
529:8 556:19
558:11 570:21
575:1 627:15
629:6 630:21
633:5 636:2,8,11
636:12 649:5
669:8 682:18
686:22 690:5,17
690:17 700:2
704:5 707:18
717:6 719:18
**two-thirds**
567:22
**type**
447:5 454:18
470:14,22 474:19
476:7 485:19
505:20,23 557:3
586:25 600:23
614:3,3 615:1
616:3 617:22
625:9 626:25
646:18 682:10,11
**types**
453:19,22,23 455:2
475:15 476:4
490:14 495:1
496:14 552:15
563:21 564:14
566:21 583:9
700:13,21,24,25
700:25 701:17
713:17
**typical**
625:13
**typo**
494:12

_____
**U**
_____

**U.S**

Judith Wolf, M.D.

440:2 472:13,21
**Uh-huh**
554:10 622:4
**unaware**
477:11,13
**uncertain**
448:14 449:2 453:8
**uncertainties**
725:16
**uncertainty**
712:4 714:22
**uncle**
443:2 445:14,18,19
445:19 446:1,2
578:24
**unclear**
450:16,19 617:17
**uncommon**
597:13
**undergo**
624:15
**undergone**
608:21
**underlying**
529:11 532:20
538:23 539:11
**underpowered**
489:11 711:16
712:1 714:8,21
**understand**
451:11 495:24
500:19 501:2
502:21 507:18
514:10 516:20
527:19 533:4
535:5 550:19
559:17 560:12
581:24 594:20
601:23 611:16
636:7 651:17
658:6 675:15
676:10 686:18
717:5 718:9
**understanding**
483:4 501:21 502:7
502:11 534:25
602:25 628:25

689:11
**Understood**
477:10 673:22
674:6 719:6
**underwear**
552:3,12 553:3
585:17 633:5
**undiagnosed**
672:24 707:5
**undifferentiated**
479:3
**undiscovered**
548:6 671:6 672:24
673:9,24
**Unfortunately**
505:1
**United**
429:1 473:11
**univariant**
546:8
**unknown**
534:7 541:23
542:20 543:1
546:16 547:25
548:5 588:3
670:10 671:4,5,16
674:21 707:2
**unusual**
455:7 608:10 655:9
**up-to-date**
689:25
**updated**
689:17 690:9,14
**upsets**
666:18
**usage**
515:18 550:5
632:23 669:18
**use**
433:12,14,17
434:10,18 477:22
478:3 480:14
482:7 484:20
485:9 486:7
487:13 488:8
489:4,22 490:4
491:18 492:25

496:12 498:19
499:1 501:15
505:11 513:25
514:6,15 515:15
517:17 518:9
522:22,23 523:2,7
528:11,20,20
529:3,7,15 531:10
531:13,17,25
532:13 533:1,13
536:19,22 538:24
539:12 544:21
546:17 547:1,17
547:20 548:8,11
549:2,12,15,23
550:12,16,22,23
550:24,25 551:4
551:16 552:16
553:13,17 560:22
561:12 567:6
568:18 572:23
573:3 578:17
584:9,12,16 585:8
585:22 586:7,17
586:22 588:4,10
594:23 604:9,10
610:25 611:14
631:25 632:5,7
633:23,25 634:3
640:3,13,23
643:20,23,25
644:10,19 645:3,9
646:5,14 647:4,10
647:21,22 648:10
648:18,21 649:7
649:14,19,22
650:20,22 651:22
652:18 653:19,25
654:7,13 666:6,25
667:6,14,20 668:5
668:10 669:19
670:22 674:9,16
682:4,8,12 684:16
686:4,11,14,22,24
693:10,14 694:19
698:24 700:12
701:2,6,22 702:7

702:10,17 705:17
706:1,2,18 707:8
710:18,24 712:22
713:10,15,22
715:21 716:2,6,19
717:1,10,25 718:5
719:10 725:18
727:12
**users**
647:18 667:22
691:16 692:17
**uses**
487:22,23 518:12
531:4
**usually**
494:9,21 496:17,23
625:15 697:4
**uterus**
458:9 460:4

---

**V**

**v**
429:11
**vagina**
580:25 581:6,9,17
581:22 666:19
**vague**
513:10
**vaguely**
452:21 661:14
**VALERIE**
429:9
**validate**
492:4
**value**
491:15
**variant**
448:13,14 449:2
450:18 453:8
**variety**
598:3 635:21,24
**various**
598:8 727:12
**vary**
529:10 650:24
**Vaseline**
662:16

**vast**
697:20 698:1
**verbatim**
728:7
**verification**
628:15
**verified**
470:24 536:23
**verifying**
628:22
**versus**
480:3 504:8,9
547:19 604:17,17
651:25
**viable**
464:24
**view**
440:7 495:9 500:3
528:6 550:4
551:22 555:21
556:7,10 557:13
561:21 563:4
578:14 588:4,7
591:17
**Virgie**
619:18
**virtually**
632:17
**visible**
570:18 600:20
601:1 602:5 607:8
**visual**
516:19
**Vitae**
434:21 688:25
**voce**
620:12
**VOLUME**
429:18
**vulvar**
661:10 662:6,16
701:6
**VUS**
448:15 450:15,21
451:5,17 453:5
458:21,23 459:2,3
459:4,10 460:12

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 116 of 120
PageID: 261706
Judith Wolf, M.D.

Page 770

461:9
**VUSs**
450:25 451:16

---

**W**

**wait**
520:2 539:1,1
688:6
**want**
458:3 481:10 484:8
484:11,14 519:16
519:20,25 536:13
545:13 546:7
575:2 608:25
609:3 628:21,24
641:19,25 655:19
656:6 674:19
688:7,11 703:14
705:11
**wanted**
554:5
**wants**
467:22
**War**
572:6
**wasn't**
449:19 543:21
616:1 649:9
709:15
**wasting**
512:21,25
**water**
580:24 581:5,16
582:6,7
**way**
464:18,23,24 465:2
465:15 469:11
472:19 473:4
497:9 511:18
522:14 553:15
556:6 567:11
581:17 582:1
584:24 625:6,13
681:2,14 699:6
721:17
**ways**
552:20 565:22

**we'll**
444:2 449:25
481:18 482:4
490:1 497:20
521:11 538:18,19
549:19 591:25
621:22 634:18
691:10 722:16
**we're**
460:14 479:10
488:24 489:1,7
495:24 541:24
544:20 651:17
680:9 689:10
**we've**
487:10 495:7,13
536:18,19 544:1,3
544:4 547:16,24
547:24 575:1,20
584:13 588:2
589:1 604:21
618:23 632:11
639:9 655:21
656:14 670:9
671:9 677:13
679:12,24 682:13
684:9 688:19
689:24 694:1
702:21 705:22
721:1 723:6
725:10
**weak**
538:24 539:13
540:6
**weaknesses**
695:17 696:2,4
**week**
549:20,25 646:15
646:15,23,25
647:17
**weight**
627:2
**welcome**
643:3
**went**
519:18 549:17
583:2 726:8

**Wentzensen**
433:23 497:13,24
537:23 662:23
664:19 665:5
**weren't**
475:9 530:7
**West**
593:24
**white**
601:2,18 602:2
639:2 644:2,20
645:5,10 646:7,17
647:6 648:12
649:15 651:14
652:4,7,12 653:21
655:3
**whites**
651:9
**Whoa**
475:2
**withdraw**
440:8 485:2 562:7
575:17 577:11
596:8 672:4
**witness**
470:7,11 480:23
481:21 508:11,17
520:6 538:5 594:8
594:12 620:13
653:12,17 676:14
691:4,24 706:13
711:5,9 722:20
727:24 728:11,11
729:1
**witness'**
558:23
**Wolf**
429:18 432:2,8
433:20 436:5,12
448:10 496:6
508:22 575:9
583:2 592:5
609:22 617:12
682:23 691:9
728:5 731:4,12
**Wolf-20**
435:6

**Wolf-37**
435:7
**Wolf-40**
433:3 444:8
**Wolf-41**
433:6 445:9
**Wolf-42**
433:9 452:14
**Wolf-43**
433:11 480:13
**Wolf-44**
433:14 482:7
**Wolf-45**
433:17 490:4
**Wolf-46**
433:20 496:6
**Wolf-47**
433:22 497:23
**Wolf-48**
434:2 595:7
**Wolf-49**
434:4 615:6
**Wolf-50**
434:6 618:19
**Wolf-51**
434:8 634:20
**Wolf-52**
434:10 640:23
**Wolf-53**
434:13 655:24
**Wolf-54**
434:15 661:21
**Wolf-55**
434:18 667:6
**Wolf-56**
434:21 688:25
**Wolf-6**
435:3
**Wolf-8**
435:4
**Wolf-9**
435:5
**woman**
451:6 459:18
461:11,17 464:25
468:5 471:16
518:4,9,15,20

519:1,14 520:15
520:15 521:7,20
522:15,22 525:11
525:14,22 526:5
527:11,13 531:4,5
552:2 553:11
578:2 581:5
584:25 608:2
651:14 679:24,25
680:16,18,23
681:15,18,24
685:16
**woman's**
440:12 442:7
469:16 496:13
509:10,14 510:20
514:2 515:15
518:2 519:10
524:5 527:16,25
528:7,15,23
529:16 531:9,19
548:4 577:23
677:22 682:5
684:8
**women**
440:2 450:22
451:17,25 465:4,5
468:17 470:23
471:10,13 472:12
472:24 473:7,12
473:18 474:3,8
513:1 550:12
553:16 558:3
562:17 577:2,19
582:15 583:6,10
583:12 605:25
606:13,17 611:1
643:24 644:11,14
644:16,20,21
645:4,5,10 646:7
646:16,17,17,21
647:6,7,9 648:12
648:19,20 649:15
650:21 651:9,23
652:4,5,7,8,12,12
652:16,24 653:7
653:18,21,23,25

Judith Wolf, M.D.

654:7,12,14,15,25
655:1,3,11 670:6
675:7 676:24
677:9,10 678:1
679:8 696:19
697:6,19,20,24
698:13 704:14
708:21 720:11,16
**Wong**
492:21
**word**
563:14
**words**
463:14,15 467:8
487:21,23 533:8
550:17 706:22
716:20,23 718:1
718:22 719:1
**work**
566:9 587:7 690:2
**world**
456:22 572:6
725:16
**worried**
458:6 460:2
**wouldn't**
459:1 460:18
464:13 468:19
512:25 513:25
552:21 554:4
577:16 600:19
601:8 654:14
664:7
**wound**
622:16
**written**
537:24
**wrong**
467:13 468:11
487:25 488:1
497:8 564:24
649:11
**wrote**
602:19 666:25
693:17,20 720:3

---

**X**

---

**Y**

---

**yeah**
443:18 446:1
452:20 476:20
516:18 521:4
527:3 534:9 603:2
609:14 619:4
625:11 635:13
653:16 660:8
661:14 689:6
692:3 701:20
723:12
**year**
440:2 472:24
589:16 592:8
666:10 690:17
**years**
501:20 502:4 511:4
543:6,14,19 547:2
547:3 549:23,23
570:21 571:5
572:2,11 576:21
577:7 578:7,13
585:4,10 593:25
611:5 623:15,17
623:19 632:2,3
633:23 647:10,11
647:21,22 648:21
668:25
**yeast**
664:11,15
**yesterday**
436:22 437:8
438:20 462:3
470:2,7,16 471:3
476:18 484:10
516:25 518:3
520:14 527:5
534:11 541:9
543:4,25 548:20
550:11 551:8
553:10 560:6,11
562:2,9 577:18
582:12 671:10
684:10 690:10,14
**young**

455:21 621:16
623:1
**younger**
577:15 606:9

---

**Z**

---

**Zellers**
430:17 432:9,11
436:11 441:16
442:10 443:14,19
444:12 445:1,22
447:12 448:5,11
449:4,6,10,14,23
450:2,8,14,20
451:4,14 452:1,9
452:17 453:14
454:3,23 455:22
455:24 457:6,8,11
457:18 458:2,19
458:24 459:20
460:21 461:4
462:19 463:6
464:22 465:22
466:4,17 467:12
467:17 468:7
469:4,21 470:5,12
471:22 473:24
475:4,7,11,18
479:9,17 480:9,20
481:1,22,23 482:3
482:10,12 483:1
483:24 485:1,12
486:10,14,23
487:3,18 488:19
489:15 490:1,7
492:3 493:6,13,22
495:3,21 496:1,9
497:20 498:1
499:18 500:2,12
500:17 501:1,18
502:2,19 503:15
503:22 504:11,22
505:15,24 506:7
506:22 507:8,12
507:14 508:9,15
508:18,21 509:4
510:4 511:5,22

512:3,17 513:17
514:9,23 515:10
517:24 518:19
519:8,13,22 520:5
520:10,11 521:3
522:2,13 523:9,20
524:9,22,24 525:5
526:10,17,23
527:21 528:5
529:13,22 530:1,9
532:11 533:3
535:1 536:11
537:21 538:2,4,7
542:17 544:8
546:2,14 547:12
548:12 550:3,18
552:10 553:22
557:1,11,20
558:18,22 559:7
561:1,6,15 562:5
562:18 563:3,11
564:3,10,16 565:1
565:23 567:7
568:5,19 569:2,10
570:7 571:14
572:21 573:5
574:25 575:8
576:22 577:6
578:11 579:12,18
580:15 581:11,23
582:8 583:1 585:6
587:13 588:11
589:3 590:4,23
591:11,16,20,25
592:4 593:1,8
595:10 597:8
598:1,23 599:17
600:9 601:15
603:20 604:6,20
605:10,24 607:12
608:1,6,16,24
609:9,14,21 611:7
611:15 612:3,11
613:1 614:18
615:9 616:6,12,16
616:18 617:4,8
618:2,16,22

620:24 621:20
622:1 623:10
627:8,19 629:9,24
630:13 631:4
632:9 633:1 634:8
634:23 637:24
638:17 639:8
641:1,11,23 642:2
642:4,9,22 643:2
643:4 645:17,20
645:24 647:24
648:5 649:10,23
650:9 651:16
652:22 653:5
654:11 655:4,17
656:2,9 658:5
659:22 662:1
663:6,21 664:9,18
665:1 666:1,16
667:9 668:21
669:20 670:7,23
671:2,18 672:1,14
672:21 673:7
674:5,17 675:14
676:1,9 677:2,12
678:5,14,24
679:10,16,22
680:14 681:1,23
682:16,22 685:2
686:1,8,17 687:3
687:22 688:4,13
688:17,18,20
689:2 690:25
691:17,20 692:25
693:4 694:7,13,20
695:3,7,14 697:23
698:11 699:21
700:17 701:4
702:14,23 703:11
703:16,21 704:9
705:1,24 706:9
707:13 708:25
709:5,17 710:13
711:1,12 712:17
713:6,24 715:4,5
715:18,24 717:4
717:14 718:20

Judith Wolf, M.D.

719:5,17 721:15
722:4,19 723:7,10
723:14,23 724:5
724:12,17 726:1
727:4,17,22
**Zoom**
431:3

**0**

**1**

**1**
453:9 471:1 544:17
583:15 613:10,12
613:13 650:19
692:3,4
**1,000**
472:2,15 473:2,16
474:11
**1.18**
646:24
**1.19**
647:12
**1.22**
653:23
**1.24**
478:14
**1.34**
583:13 647:1
**1.36**
583:13 653:23
**1.53**
647:11,23 648:3,21
**1:02**
575:7
**1:12**
582:24
**1:14**
582:25
**1:24**
592:2
**1:27**
592:3
**1:47**
609:19
**1:56**
609:20

**10**
475:16 517:1 527:7
527:10 532:1,2,8
572:11 677:13,18
684:1,6,12 685:16
686:3,23 687:15
687:20
**10%**
517:3,16,18 540:7
**10.1**
471:12 472:7 475:1
**10:13**
508:19
**10:24**
508:20
**1000%**
471:18
**101**
429:18
**11**
524:16 525:15,18
530:23
**11%**
530:17
**11:43**
575:6
**114**
482:25 483:7
**12**
430:8 444:5 549:17
549:19 566:16
580:17 668:11,13
**12,000**
632:3
**1215**
445:7
**1216**
445:7,23
**122**
646:24
**13**
444:4 580:17 619:2
619:4,5
**14**
429:16 432:3 436:3
622:3,3 642:3
646:22

**1422-CC09326-03**
429:11
**15**
496:16 507:17
527:8 532:2
549:23 571:4
572:2 619:16
633:23 647:21
**15%**
517:1 675:1 676:2
677:14,18
**154**
668:23
**16**
549:23 728:23
**16-2738(FLW)(L...**
429:5
**16.9**
472:8
**17**
596:19,22 711:18
725:5,6,7,10
**18**
585:20 641:8 642:4
642:5 656:14
657:3
**187**
482:16 483:5
**19**
444:5
**1953**
554:22
**1957**
622:16
**1970**
584:4
**1980**
464:5,20
**1985**
633:16 634:3
**1987**
549:21 572:23
573:6
**1998**
554:19
**1999**
492:22

**2**

**2**
429:18 473:12
477:19 490:13
603:16 635:9
665:3,8 703:20
**2,000**
484:5
**2:10**
621:24
**2:21**
621:25
**2:50**
645:22
**2:54**
645:23
**20**
528:8,9 531:7
535:23 543:14
571:5 572:2
593:25 632:1
647:10,11,22
648:21 691:13
731:16
**20%**
535:18,21 536:7,8
536:8 537:12
540:7
**20,000**
440:3
**200**
479:7
**200,000**
720:11
**2000s**
568:2 666:9
**2001**
662:23 663:5,7
**2012**
563:2 564:1,24
**2013**
481:24 482:11
484:12
**2015**
549:13,20 584:4
**2016**

**480:5,10 482:19**
484:12,19 485:6
492:23 582:11
583:4 602:8
642:25 643:6
666:24
**2017**
602:13,14 607:10
**2018**
444:4 490:2 572:20
572:24 602:12
**2019**
493:25 494:8 496:4
689:12,17
**2020**
573:16 602:21
603:8
**2021**
429:16 432:3 436:3
497:13 498:3
537:23 602:24
640:17 643:8,13
646:3 648:8 663:4
663:8 665:6
711:14 728:23
**21**
437:5 551:2 575:23
576:6 610:2
614:11
**21,000**
440:4
**213**
430:20
**218**
430:3
**22**
437:15 595:16
**23**
448:20 477:20
576:6
**23,000**
474:4
**24**
437:15 439:18
462:13,20 463:7
**241**
496:3

Case 3:16-md-02738-MAS-RLS    Document 33295-81    Filed 09/23/24    Page 119 of 120
PageID: 261709
Judith Wolf, M.D.

Page 773

**246**
598:7,14,19
**25**
619:6
**250,000**
720:16
**2500**
431:4
**26**
598:5 711:7
**269-2343**
430:4
**27%**
524:16 525:16,18
530:24
**272**
598:3,13,17
**275**
430:9
**28**
551:3
**29**
574:13
**29.5**
644:20 645:5
651:25
**2B**
606:13 607:6

——— **3** ———

**3**
476:23 477:17
596:3,25 606:14
607:6
**3,000**
484:5
**3:37**
682:20
**3:49**
682:21
**30**
511:4 535:23 543:6
543:14,19 574:8
583:9 589:22
591:17 592:11
680:10 728:11
729:16

**30%**
528:8 537:11 540:7
651:25
**300**
431:4 440:1
**300,000**
440:1
**30601**
430:14
**317)237-0300**
431:5
**320**
430:14
**322**
636:16 637:1
**324**
635:21 636:8,12
**325**
698:12
**334**
430:4
**341**
484:22 485:13
**35%**
651:25
**35.8**
644:19 645:4
**36**
725:8,11
**36104**
430:4
**37**
470:3,4 474:18
583:11 703:14
**39**
524:12 525:9

——— **4** ———

**4**
483:3 524:10 583:7
596:17 598:10
606:14 607:7
635:18,23 645:13
**4,000**
484:6
**4/18/19**
434:8 634:20

**4:41**
727:25
**40**
444:6 535:22 543:6
543:19 547:2,3
589:22 591:18
592:12 611:5
632:2,3
**40%**
524:12 525:23
528:9 530:20
531:7 535:23
**41**
445:5
**42**
452:10
**42nd**
430:19
**43**
480:11 726:12
**430**
432:5
**430-3400**
430:20
**436**
432:6,9 435:3
**44**
482:5
**440**
430:13
**444**
433:3
**445**
433:6
**45**
490:2 585:10
**4500**
484:6
**452**
433:9
**46**
496:2 576:21
**46-year**
584:5
**46%**
525:9 530:17
**46204**

**431:5**
**47**
497:21 538:1,3,5
**470**
435:7
**48**
595:5
**480**
433:11
**482**
433:14
**483**
597:9
**49**
615:3 616:25 623:8
623:11 659:3,4
**49,000**
474:3
**490**
433:17
**496**
433:20
**497**
433:22

——— **5** ———

**5**
471:15 475:14
527:9 532:1,8
554:9,16,17 647:3
684:1,6,12 685:16
686:2,22 687:15
687:20 721:8
**5%**
472:22
**5.17**
471:7 474:21
**5.50**
472:8
**50**
618:17,24
**50%**
537:10
**500**
472:16 473:2
**500,000**
474:8

**51**
634:18
**515**
430:18
**52**
640:21 692:4
**53**
655:22 656:4
**54**
567:23 661:19
662:3
**55**
567:23 667:4
**56**
688:23 689:25
**5600**
549:25
**57**
623:12,13
**575**
435:4
**58**
458:7 460:3
**590**
432:22
**591**
432:23
**595**
434:2
**5th**
689:12,16

——— **6** ———

**6**
436:23 437:6,16
463:10 720:13
**6.6**
668:25
**6/18/21**
434:2 595:7
**60**
577:7 578:6,7,9,10
578:13 632:2
**60-year**
578:2
**60%**
535:19,22

Judith Wolf, M.D.

Page 774

| | | | |
|---|---|---|---|
| **605** | 432:15 | **929** | |
| 638:1 | **731** | 635:17,20 637:25 | |
| **60s** | 432:16 | **932** | |
| 568:2 | **732** | 596:16,19 597:9 | |
| **610** | 432:17 | **949)688-1799** | |
| 435:5 | **75%** | 430:10 | |
| **615** | 606:13 | | |
| 434:4 | **7th** | | |
| **618** | 494:8 | | |
| 434:6 | | | |
| **62** | **8** | | |
| 613:4 | **8** | | |
| **62-63** | 483:22 575:20 | | |
| 613:9 | 576:7 | | |
| **634** | **8,525** | | |
| 434:8 | 483:22 | | |
| **640** | **8:53** | | |
| 434:10 | 429:19 436:3 | | |
| **655** | **80** | | |
| 434:13 | 549:14 | | |
| **661** | **80s** | | |
| 434:15 | 543:20 546:22 | | |
| **667** | **815** | | |
| 434:18 | 484:2 | | |
| **688** | **85%** | | |
| 434:21 | 677:20 | | |
| **691** | **87** | | |
| 432:10 435:6 | 572:19 | | |
| **699** | **877.370.DEPS** | | |
| 507:16 | 429:24 | | |

**7**

| | |
|---|---|
| **7** | **9** |
| 463:8 498:14 656:5 | **9** |
| **7/9/2024** | 538:13 539:4,5 |
| 728:22 | 610:12 619:17 |
| **70** | **90%** |
| 530:20,23 549:14 | 697:24 |
| **706)354-4000** | **90071** |
| 430:15 | 430:19 |
| **709** | **90s** |
| 432:11 | 666:7 |
| **722** | **91%** |
| 432:12 | 542:8 544:10 |
| **728** | **917.591.5672** |
| 432:14 | 429:24 |
| **730** | **92660** |
| | 430:9 |