# Exhibit 83

| | |
|---|---|
| **HOLY CROSS HEALTH - SILVER SPRING** | Patient Name: NEWSOME, TAMARA LYNN |
| Silver Spring, MD 20910- | MRN: |
| | Date of Birth: |
| | Admit Date: 9/7/2020 |
| | Discharge Date: 9/7/2020 |
| A Member of Trinity Health | Account Number: 005623287-0251 |
| Livonia, Michigan | Patient Type: Emergency |
| | Attending: Rukus PA,Charles |

### *Emergency/Urgent Care*

**DOCUMENT NAME:** Emergency Room Progress Note Form
**ELECTRONICALLY SIGNED BY:** Granados CNA,Priscila (9/7/2020 16:13 EDT)

Emergency Room Progress Note Form Entered On: 09/07/2020 16:13 EDT
Performed On: 09/07/2020 16:11 EDT by Granados CNA, Priscila

**Emergency Room Progress Note**
Emergency Room Progress Note : Ekg done and given to Miesha, RN.

Granados CNA, Priscila - 09/07/2020 16:13 EDT

---

**DOCUMENT NAME:** ED Adult Triage Form (SS)
**ELECTRONICALLY SIGNED BY:** Ouellette RN,Viji N (9/7/2020 16:18 EDT)

ED Adult Triage Form (SS) Entered On: 09/07/2020 16:25 EDT
Performed On: 09/07/2020 16:18 EDT by Ouellette RN, Viji N

**ED Triage Adult-Required New**
Mode of Triage Arrival : Auto
Chief Complaint-Triage : MVA
Known or Suspected Infection : Yes
Focused Assessment : Pt reports she was rear ended; airbag deployed. Pt reports ▇▇▇▇▇▇▇▇▇▇▇▇▇▇.
Pt denies LOC
Travel History ED : Travel History ED
Influenza Like Symptoms : No
Patient Presenting With Stroke Symptoms : No
Glasgow Coma Scale : Glasgow Coma Scale

Ouellette RN, Viji N - 09/07/2020 16:18 EDT

**DCP GENERIC CODE**
Track Family Present : Family Present
Track Acuity : 3 Urgent
Track Group : (SS) ED Track Grp

Ouellette RN, Viji N - 09/07/2020 16:18 EDT

Preferred Language/Healthcare Discussion : English
ED Vital Signs : Vital signs
Interpreter Needed : No
ED Allergies : Allergies
Pain Assessment-Basic : Pain Assessment-Basic
Previous Height/Weight Retrieval :   Weight            Weight Type      Date/Time
77.6 kg/ 171 lbs 1.3 oz           03/22/15 18:08
77.6 kg/ 171 lbs 1.3 oz   Actual    03/22/15 17:56

Printed Date/Time:  10/16/2020 10:13 EDT
Report Request ID:  266300209