# Exhibit 84

Letter for NEWSOME, TAMARA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ #3979522 E#3979522

| | | |
|---|---|---|
| From Encounter | ALBERT STEREN MD, Post Op Exam, 04/10/2015 | |
| To | UNKNOWN | Fax Number |

Letter Template: [ ⌄ ]

Internal Note:

Priority: ☐ This task is urgent

## Letter Attachments

None

6301 EXECUTIVE BLVD, ROCKVILLE MD 20852-3905

NEWSOME, TAMARA (id #44457, ▮▮▮▮▮▮▮▮▮▮)
WOMEN'S HEALTH SPECIALISTS OF MONTGOMERY COUNTY, P.A.
6301 EXECUTIVE BLVD
ROCKVILLE, MD 20852-3905
Phone: (301) 770-4967
Fax: (301) 770-3205

**Encounter Summary - Progress Note**
Date Printed: 04/10/2015

| Patient | Newsome, Tamara (53 YR, F) #44457 |
|---|---|
| DOB | ▮▮▮▮▮▮▮▮ |

**Patient Demographics:**

| Address | 5406 Center Ave<br>Lanham, MD 20706 | Home Phone | (301) 318-4196 |
|---|---|---|---|
| | | Work Phone | (301) 593-8101 |

**Encounter Notes:**

| Encounter Reason/Date | two wks post op -<br>04/10/2015 - 01:15PM - ROCKVILLE OFFICE |
|---|---|
| History of Present Illness | 53-year-old woman who was seen emergently by me at the hospital as a kind referral fr▮ because ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Review of Systems | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

6301 EXECUTIVE BLVD, ROCKVILLE MD 20852-3905

**NEWSOME, TAMARA (id #44457, dob: 11/07/1961)**
WOMEN'S HEALTH SPECIALISTS OF MONTGOMERY COUNTY, P.A.
6301 EXECUTIVE BLVD
ROCKVILLE, MD 20852-3905
Phone: (301) 770-4967
Fax: (301) 770-3205

**Encounter Summary - Progress Note**
Date Printed: 04/10/2015

| | | | |
|---|---|---|---|
| Vitals | Ht: ▮▮ 01:48 pm | Wt: ▮ 04/10/2015 01:48 pm | BMI: 28 01 |
| | BP: ▮ 04/10/2015 01:50 pm | | |

| | |
|---|---|
| Results/Interpretations | None recorded. |
| Physical Exam | Patient is a 53-year-old female. |
| | **General Appearance:** ▮▮ |
| | **Psychiatric:** ▮▮ |
| | **Skin:** ▮ |
| | **Lungs:** ▮ |
| | **Cardiovascular System:** ▮▮ |
| | **Breast:** ▮ |
| | **Abdomen:** ▮▮ |
| Assessment and Plan | 1. Postoperative visit - ▮▮▮▮ |
| | **Return to Office** None recorded. |

NEWSOMET_PWHS_MDR000002

865  https://athenanet.athenahealth.com/8042/19/clinicals/documentview.esp?ID=15021278&N...  6/17/2016

6301 EXECUTIVE BLVD, ROCKVILLE MD 20852-3905

**NEWSOME, TAMARA (id #44457, dob: 11/07/1961)**
WOMEN'S HEALTH SPECIALISTS OF MONTGOMERY COUNTY, P.A.
6301 EXECUTIVE BLVD
ROCKVILLE, MD 20852-3905
Phone: (301) 770-4967
Fax: (301) 770-3205

**Encounter Summary - Progress Note**
Date Printed: 04/10/2015

Patient Medical History:

| | | | |
|---|---|---|---|
| Allergies List | Reviewed Allergies<br>PENICILLINS | | |
| Medications | Reviewed Medications | | |
| | Name | | Date |
| | ███████ | | 04/10/15 entered |
| | ███████ | | 04/10/15 entered |
| | ████████████████████<br>Take 1 tablet(s) every 6 hours by oral route. | | 04/10/15 entered |
| | ████ | | 04/10/15 entered |
| Family History | None recorded. | | |
| Past Medical History | Discussed Past Medical History<br>High Blood Pressure: ████████ | | |

Electronically Signed by: ALBERT J. STEREN, MD

