Exhibit 85



American Cancer Society®

# Cancer Facts & Figures
# 2024

| State | Cases |
|---|---|
| WA | 44,470 |
| OR | 26,200 |
| MT | 7,310 |
| ID | 11,120 |
| WY | 3,320 |
| ND | 4,610 |
| SD | 5,680 |
| MN | 37,930 |
| NV | 18,250 |
| UT | 13,560 |
| CO | 29,430 |
| NE | 11,790 |
| IA | 20,930 |
| WI | 39,750 |
| CA | 193,880 |
| AZ | 42,670 |
| NM | 11,220 |
| KS | 16,640 |
| MO | 39,120 |
| IL | 78,200 |
| IN | 42,710 |
| MI | 64,530 |
| OH | 76,280 |
| OK | 24,450 |
| AR | 19,100 |
| KY | 30,630 |
| WV | 12,890 |
| TX | 147,910 |
| LA | 29,400 |
| MS | 18,170 |
| AL | 30,270 |
| TN | 43,170 |
| GA | 63,170 |
| SC | 34,650 |
| NC | 69,060 |
| VA | 48,560 |
| PA | 89,410 |
| NY | 122,990 |
| VT | 4,500 |
| NH | 9,880 |
| ME | 10,700 |
| MA | 44,040 |
| RI | 7,210 |
| CT | 23,550 |
| NJ | 57,740 |
| DE | 7,340 |
| MD | 36,410 |
| DC | 3,300 |
| FL | 160,680 |
| AK | 3,710 |
| HI | 8,670 |
| PR | N/A |
| US | 2,001,140 |

Estimated number of new cancer cases for 2024, excluding basal cell and squamous cell skin cancers and in situ carcinoma except urinary bladder. Estimates are not available for Puerto Rico.

**Note:** Incidence counts are model-based projections and should be interpreted with caution. State estimates may not equal US total due to rounding.

©2024, American Cancer Society, Inc. Surveillance and Health Equity Science

**Special Section: Cancer in People Who Identify as Lesbian, Gay, Bisexual, Transgender, Queer, or Gender-nonconforming – see page 32**

# Contents

Basic Cancer Facts ...................................................... 1

Figure 1. Trends in Age-adjusted Cancer Death Rates
by Site, Males, US, 1930-2021 ................................... 2

Figure 2. Trends in Age-adjusted Cancer Death Rates
by Site, Females, US, 1930-2021 ................................ 3

Table 1. Estimated Number of New Cancer Cases and
Deaths by Sex, US, 2024 ........................................... 4

Table 2. Estimated Number of New Cases for Selected
Cancers by State, US, 2024 ....................................... 5

Table 3. Estimated Number of Deaths for Selected
Cancers by State, US, 2024 ....................................... 6

Table 4. Incidence Rates for Selected Cancers by State,
US, 2016-2020 ........................................................ 7

Table 5. Death Rates for Selected Cancers by State, US,
2017-2021 ............................................................. 8

Figure 3. Leading Sites of New Cancer Cases
and Deaths – 2024 Estimates .................................. 10

Selected Cancers .................................................. 10

Breast .................................................................. 10

Cancer in Children and Adolescents ....................... 12

Table 6. Probability (%) of Developing Invasive Cancer
During Selected Age Intervals by Sex, US, 2017-2019* .. 14

Colon and Rectum ................................................ 15

Kidney and Renal Pelvis ........................................ 16

Leukemia ............................................................. 17

Table 7. Trends in 5-year Relative Survival Rates (%)
by Race, US, 1975-2019 ......................................... 18

Liver .................................................................... 18

Lung and Bronchus ............................................... 19

Lymphoma ........................................................... 20

Table 8. Five-year Relative Survival Rates (%) by Stage at
Diagnosis, US, 2013-2019 ...................................... 21

Oral Cavity and Pharynx ........................................ 22

Ovary .................................................................. 22

Pancreas .............................................................. 24

Prostate ............................................................... 24

Skin ..................................................................... 26

Thyroid ................................................................ 27

Urinary Bladder .................................................... 28

Uterine Cervix ...................................................... 29

Uterine Corpus ..................................................... 30

Special Section: Cancer in People Who Identify
as Lesbian, Gay, Bisexual, Transgender, Queer, or
Gender-nonconforming .................................... 32

Cancer Disparities ............................................. 50

Table 9. Incidence and Mortality Rates for Selected
Cancers by Race and Ethnicity, US ......................... 52

Tobacco Use ....................................................... 55

Figure 4. Proportion of Cancer Cases and Deaths
Attributable to Cigarette Smoking in Adults 30 Years
and Older, US, 2014 .............................................. 56

Nutrition and Physical Activity .......................... 60

Figure 5. Proportion of Cancer Cases and Deaths
Attributable to Excess Body Weight in Adults 30 Years
and Older, US, 2014 .............................................. 61

The Global Cancer Burden .................................. 65

The American Cancer Society .............................. 68

Sources of Statistics .......................................... 79

American Cancer Society Recommendations for
the Early Detection of Cancer in Average-risk
Asymptomatic People ........................................... 82

*This publication summarizes current scientific information about cancer.
Except when specified, it does not represent the official policy of the American Cancer Society.*

**Suggested citation:** American Cancer Society. *Cancer Facts & Figures 2024.*
Atlanta: American Cancer Society; 2024.

©2024, American Cancer Society, Inc. All rights reserved,
including the right to reproduce this publication
or portions thereof in any form.

For permission, email the American Cancer Society
Legal department at permissionrequest@cancer.org.