

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

September 24, 2024

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:** *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
            **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

    Please be advised that on September 20, 2024, Red River Talc LLC, a subsidiary of Johnson & Johnson, filed a Chapter 11 bankruptcy petition in the Bankruptcy Court for the Southern District of Texas. The matter is before Judge Christopher Lopez. First day hearings were conducted on September 23, 2024, at which time the court entered an administrative stay of proceedings through October 11, 2024.

    This order prohibits the parties from complying with deadlines for all matters scheduled between now and October 11th, including today's deadline addressing a single Bellwether case for trial selection.

Hon. Michael A. Shipp, U.S.D.J.<br>
Hon. Rukhsanah L. Singh, U.S.M.J.<br>
September 24, 2024<br>
Page 2 of 2

                              Respectfully submitted,

      *s/ P. Leigh O'Dell*      *s/ Michelle A. Parfitt*
      P. Leigh O'Dell        Michelle A. Parfitt

                        Plaintiffs' Co-Lead Counsel

cc:   Susan Sharko, Esq. (via email)
       All Counsel (via ECF)