IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL NO. 3:16-md-02738-MAS-RLS<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |
| **This document relates to:**<br><br>NAZELI FNDRYAN-ABARCA,<br>Civil Case No. 3:24-cv-09347-MAS-RLS | |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to First Amended Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 20, 2024, on behalf of Plaintiff NAZELI FNDRYAN-ABARCA.

Dated: September 24, 2024                                        Respectfully Submitted,

**KIESEL LAW LLP**

By:  */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer (CA # 286752)
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Tel.: (310) 854-4444
palmer@kiesel.law

Raymond P. Boucher (CA # 115364)
**BOUCHER LLP**
21600 Oxnard St, Suite 600
Woodland Hills, CA 91367-4903
Tel.: (818) 340-5400
ray@boucher.law

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Dated: September 24, 2024                                    Respectfully Submitted,

**KIESEL LAW LLP**

By:  */s/ Melanie Meneses Palmer*
Melanie Meneses Palmer
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Tel.: (310) 854-4444
palmer@kiesel.law

Counsel for Plaintiff