UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH |
|---|---|

**NOTICE OF APPEARANCE**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: See Attachment A

Dated: September 26, 2024              Respectfully Submitted by,

                                                        /s/ *John J. Snidow*
                                                        DC Bar No. 1531799
                                                        Keller Postman LLC
                                                        150 N. Riverside Plaza
                                                        Suite 4100
                                                        Chicago, IL 60606
                                                        jj.snidow@kellerpostman.com
                                                        (ph): 312-741-5220

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2024, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Dated: September 26, 2024                                          Respectfully Submitted by:

                                                                                          By: /s/ *JJ Snidow*

Attachment A: Plaintiffs Represented

Ashley Allen 3:23-cv-18949

Sheryl Ashby 3:20-cv-08488

Elizabeth Cea 3:21-cv-10521

Catherine Patricia Cybulski 3:23-cv-19478

Andrea Foster 3:23-cv-18971

Refugia V. Gonzales 3:23-cv-19489

Anita Houghtaling 3:21-cv-14401

Brenda Lassiter 3:23-cv-19502

Karen Lesney 3:23-cv-18981

Cynthia Ming obo Debra Horton 3:23-cv-19005

Tanasha Parker 3:23-cv-19018

Monica Pleasant 3:23-cv-19953

Twana Quesada 3:23-cv-19034

Tabatha Suggs 3:23-cv-19955

Adrina Trammell 3:23-cv-19056