UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH |
|---|---|

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: See Attachment A

Dated: September 26, 2024

Respectfully Submitted by,

/s/ *Karla Rangel*
IL Bar No. 6302808
Keller Postman LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
kr@kellerpostman.com
(ph): 312-741-5220

## CERTIFICATE OF SERVICE

  I hereby certify that on September 26, 2024, a copy of the foregoing was filed electronically.  Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

Dated:  September 26, 2024          Respectfully Submitted by:

                    By: /s/ *Karla Rangel*

Attachment A: Plaintiffs Represented

Ashley Allen 3:23-cv-18949

Sheryl Ashby 3:20-cv-08488

Elizabeth Cea 3:21-cv-10521

Catherine Patricia Cybulski 3:23-cv-19478

Andrea Foster 3:23-cv-18971

Refugia V. Gonzales 3:23-cv-19489

Anita Houghtaling 3:21-cv-14401

Brenda Lassiter 3:23-cv-19502

Karen Lesney 3:23-cv-18981

Cynthia Ming obo Debra Horton 3:23-cv-19005

Tanasha Parker 3:23-cv-19018

Monica Pleasant 3:23-cv-19953

Twana Quesada 3:23-cv-19034

Tabatha Suggs 3:23-cv-19955

Adrina Trammell 3:23-cv-19056