UNITED STATES DISTRICTCOURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH |
|---|---|

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 102.1 Bridget Hamill hereby withdraws as counsel of record for Plaintiff in the actions listed in Attachment A. Ms. Hamill left Keller Postman LLC on September 6, 2024, and is unable to sign this Notice. Plaintiff remains represented by Karla Rangel and John J. Snidow of Keller Postman LLC.

Dated: September 26, 2024                     Respectfully Submitted by,

/s/ *John J. Snidow*
DC Bar No. 1531799
Keller Postman LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
jj.snidow@kellerpostman.com
(ph): 312-741-5220

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Dated: September 26, 2024                             Respectfully Submitted by:

                                                      By: /s/ *JJ Snidow*

Attachment A: Plaintiffs Represented

Ashley Allen 3:23-cv-18949

Sheryl Ashby 3:20-cv-08488

Elizabeth Cea 3:21-cv-10521

Catherine Patricia Cybulski 3:23-cv-19478

Andrea Foster 3:23-cv-18971

Refugia V. Gonzales 3:23-cv-19489

Anita Houghtaling 3:21-cv-14401

Brenda Lassiter 3:23-cv-19502

Karen Lesney 3:23-cv-18981

Cynthia Ming obo Debra Horton 3:23-cv-19005

Tanasha Parker 3:23-cv-19018

Monica Pleasant 3:23-cv-19953

Twana Quesada 3:23-cv-19034

Tabatha Suggs 3:23-cv-19955

Adrina Trammell 3:23-cv-19056