

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

*Via E-Filing*

September 30, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

*Re:   In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Judge Singh:

We write to update the Court on a hearing held today before U.S. Bankruptcy Judge Christopher Lopez related to discovery on various matters.  In that hearing, upon a request from counsel for the Coalition (which includes Andy Birchfield), Judge Lopez clarified he was administratively staying all matters – both offensively and defensively – until October 11.  Of course, we will continue to update the Court on further developments that impact this matter.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER**
**BIDDLE & REATH LLP**

/**s**/ *Stephen D. Brody*
Stephen D. Brody
**O'MELVENY & MYERS LLP**

*Attorneys for Defendants*
*Johnson & Johnson and*
*LLT Management, LLC*

SMS/scg

Cc: Jeffrey M. Pollock (via e-mail)

Encl: (0)