UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH |
| This document relates to: <br><br> DAVID NICKLAS, INDIVIDUALLY AND AS NEXT OF KIN TO KATHLEEN NICKLAS, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, INC., ET AL. <br><br> Defendants. | Civil Action No.: 3:24-cv-9572 |

**NOTICE OF FILING SHORT FORM COMPLAINT AND JURY DEMAND**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 1, 2024 on behalf of Plaintiff David Nicklas, individually and as next of kin to Kathleen Nicklas, deceased.

DATED:  October 1, 2024

Respectfully submitted,

By: _s/ Matthew J. Sill_
MATTHEW J. SILL (OK Bar No. 21547)
SILL LAW GROUP PLLC
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Tel: (405) 509-6300
Fax: (800) 978-1345
Email:  msill@fulmersill.com

*Attorney for Plaintiff(s)*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2024, a copy of the foregoing Notice of Filing Short Form Complaint and Jury Demand was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Matthew J. Sill*
MATTHEW J. SILL
