# ORDER



**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey 07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

*Via E-Filing*

September 30, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

***Re:*** *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Judge Singh:

    We write to update the Court on a hearing held today before U.S. Bankruptcy Judge Christopher Lopez related to discovery on various matters. In that hearing, upon a request from counsel for the Coalition (which includes Andy Birchfield), Judge Lopez clarified he was administratively staying all matters – both offensively and defensively – until October 11. Of course, we will continue to update the Court on further developments that impact this matter.

    Thank you for your consideration of these matters.

    Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER
BIDDLE & REATH LLP**

/**s**/ *Stephen D. Brody*
Stephen D. Brody
**O'MELVENY & MYERS LLP**

          *Attorneys for Defendants*
          *Johnson & Johnson and*
          *LLT Management, LLC*

SMS/scg

Cc: Jeffrey M. Pollock (via e-mail)

Encl: (0)

**In light of the above report as to proceedings pending before the United States Bankruptcy Court for the Southern District of Texas, and further exercising this Court's discretion to manage its own docket, the Clerk of Court shall ADJOURN the return date for the Motion to Remove Beasley Allen from the PSC (Doc. No. 33290) to November 4, 2024. The parties shall file with the Court an update as to the status of the bankruptcy proceedings by no later than October 12, 2024. So Ordered.**

      *s/ Rukhsanah L. Singh*
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**

**Date: October 3, 2024**