UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*JEAN M. PARIS*<br>     *vs. Johnson & Johnson, et al.*<br><br>Case No. *3:24-cv-09632 MAS-RLS* | MDL NO. 2738 (FLW) (LHG) |

## NOTICE OF FILING

Notice is hereby given that an Amended Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff, Jean M. Paris.

This 8th day of October 2024.

                                                  Respectfully submitted,

                                                  BRIAN K. BALSER Co., LPA

                  By:    */s/ Brian K. Balser*

                                                  Brian k. Balser #37869 OH 32528
                                                  Breakers Blvd.
                                                  Avon Lake, OH 44012
                                                  440-934-0044 telephone
                                                  440-328-4557 facsimile
                                                  brian@balserlaw.com

## **Certificate of Service**

      I hereby certify that on October 8, 2024, a copy of the foregoing Notice of Filing Short Form Complaint and Jury Demand was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                    */s/ Brian K. Balser*
                                                    BRIAN K. BALSER