## EXHIBIT A

No. 3:20-cv-04967, Sandy Forrest v. Johnson & Johnson
No. 3:19-cv-12529, Jolinda M. Dickens obo Rose M. Dickens v. Johnson & Johnson
No. 3:23-cv-18246, Taylor Frey v. Johnson & Johnson
No. 3:20-cv-16304, Diana Dix v. Johnson & Johnson
No. 3:20-cv-16303, Linda J. Nappa v. Johnson & Johnson
No. 3:23-cv-19085, Irena Walewska v. Johnson & Johnson
No. 3:23-cv-18542, Erica A. Jackson v. Johnson & Johnson
No. 3:23-cv-19290, Shanice Garbutt v. Johnson & Johnson
No. 3:23-cv-19281, Jennifer C. Wolff v. Johnson & Johnson
No. 3:23-cv-19327, Kristine Martin obo Mindelle Naylor v. Johnson & Johnson
No. 3:23-cv-18594, Andre Sealy obo Grace Irving v. Johnson & Johnson
No. 3:23-cv-19023, Sharon Savage v. Johnson & Johnson
No. 3:23-cv-19269, Linda Walker v. Johnson & Johnson
No. 3:23-cv-18132, Patricea L. Blanke v. Johnson & Johnson
No. 3:23-cv-19036, Tonia L. Sheffield v. Johnson & Johnson
No. 3:23-cv-18531, Jacqueline Gravely v. Johnson & Johnson
No. 3:23-cv-19297, Coty Garner v. Johnson & Johnson
No. 3:23-cv-18609, Margaret Love v. Johnson & Johnson
No. 3:23-cv-19052, Nancy Taylor v. Johnson & Johnson
No. 3:23-cv-18553, Nicholas Kuklane obo Marcia T. Kuklane v. Johnson & Johnson
No. 3:23-cv-18519, Eileen Gavula v. Johnson & Johnson
No. 3:23-cv-18621, Patricia Lyon v. Johnson & Johnson
No. 3:23-cv-18649, Mechelle Mayer v. Johnson & Johnson
No. 3:23-cv-18217, Charlotte E. Coats v. Johnson & Johnson
No. 3:23-cv-18181, Dawn Blinsky obo Shirley A. Stanec v. Johnson & Johnson
No. 3:23-cv-19274, Cheryl Williford v. Johnson & Johnson
No. 3:23-cv-19334, Michele L. Starkey v. Johnson & Johnson
No. 3:23-cv-18988, Miranda Ragins v. Johnson & Johnson
No. 3:23-cv-19072, Philip Vadeboncoeur obo Fran G. Levin
No. 3:23-cv-19308, Jeannie Griffin v. Johnson & Johnson
No. 3:23-cv-18974, Daryl Mumford obo Cynthia L. Mumford
No. 3:23-cv-19317, Donna Kurtz v. Johnson & Johnson
No. 3:23-cv-21139, Steven Benedict obo Judi Benedict v. Johnson & Johnson
No. 3:23-cv-22343, Tara Gibb v. Johnson & Johnson