## **CERTIFICATE OF SERVICE**

I do certify that on this 9th day of October, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will serve all counsel of record.

<em>/s/Elizabeth Bailey</em><br>
Elizabeth Bailey