## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG)<br>JUDGE FREDA L. WOLFSON<br>MAG. JUDGE LOIS H. GOODMAN |
| CYNTHIA PEAKE,<br><br>      Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, and JOHNSON & JOHNSON CONSUMER INC., | Civil Action No: 24-cv-9731<br><br>DIRECT FILED ACTION |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on October 11, 2024.

Dated: October 11, 2024        Respectfully submitted:

                     /s/ Michael Goetz

                     MICHAEL GOETZ, ESQUIRE
                     Florida Bar No. 963984
                     Morgan & Morgan
                     Complex Litigation Group
                     One Tampa City Center, 7th Floor
                     201 N. Franklin Street
                     Tampa, Florida 33602
                     Telephone (813) 223-5505
                     Facsimile (813) 223-5402
                     E-Mail: MGoetz@forthepeople.com
                     Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the District of New Jersey electronic filing system October 11, 2024.

                                /s/ Michael Goetz
                                Attorney for Plaintiff