UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to*:<br><br>Terry King v. Johnson & Johnson, et al.<br>Case No. 3:24-cv-09462-MAS-RLS | Civil No. 3:16-md-2738-MAS-RLS<br><br>MDL NO. 2738 |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 11, 2024 on behalf of Plaintiff, Terry King.

                                              Respectfully Submitted,

                                              */s/ Julie E. Lamkin*
                                              Julie E. Lamkin; MA Bar No. 680482
                                              Law Offices of Jeffrey S. Glassman, LLC
                                              One International Place, Suite 1810
                                              Boston, MA 02110
                                              (617) 367-2900
                                              jlamkin@jeffreysglassman.com

                                              *Attorneys for Plaintiff(s)*

Dated:  October 11, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Julie E. Lamkin*
      Julie E. Lamkin

      LAW OFFICES OF JEFFREY S. GLASSMAN, LLC