UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>LYNN ANITA WALLRATH v. Johnson & Johnson, et al.<br>3:24-cv-09312 | MDL NO. 2738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed in the above-referenced case on September 19, 2024, on behalf of Plaintiff Lynn Anita Wallrath.

Date:  October 11, 2024                                    Respectfully submitted by,

                                                                              LUNDY LLP

                                                                               /s/ Kristie M. Hightower
                                                                              **KRISTIE M. HIGHTOWER**
                                                                              (LA Bar No. 31782; MS Bar No. 102792)
                                                                              501 Broad Street
                                                                              Lake Charles, LA 70602
                                                                              PO Box 3010
                                                                              Lake Charles, LA 70602
                                                                              Telephone: (337) 439-0707
                                                                              Facsimile: (337) 439-1029
                                                                              Email: khightower@lundyllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

This 11th day of October, 2024.

                                              **LUNDY LLP**

                                              /s/ Kristie M. Hightower
                                              **KRISTIE M. HIGHTOWER**