

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

October 11, 2024

VIA - ECF

Hon. Rukhsanah L. Singh, U.S. Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:    **Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation
Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

Pursuant to the Court's Letter Order of October 4, 2024, counsel for Johnson & Johnson and counsel for Andy Birchfield and Beasley Allen provide this update regarding the status of *In re Red River Talc, LLC,* case number 24-90505, now pending before the Hon. C. Lopez, U.S. Bankruptcy Court, Southern District of Texas, Houston Division ("Bankruptcy Court").  As the Court is aware, notwithstanding the Bankruptcy Court's acknowledgment that the administrative stay it entered could not bind this Court, the parties had agreed out of comity and respect that it would apply during its short tenure to all related matters, including the pending motion for the disqualification of Andy Birchfield and Beasley Allen and motion to remove Beasley Allen from the Plaintiffs' Steering Committee.  By way of update, yesterday the Bankruptcy Court denied the motion to transfer advanced by several parties, and reiterated that its administrative stay will expire by its own terms at midnight tonight, October 11, 2024.

Based on expiration of the stay, Johnson & Johnson believes the disqualification motion and removal motion may and should now proceed—the latter on the briefing schedule currently in place, which sets it for November 4, 2024.  This is because, as a matter of law, the automatic stay (and any subsequent extension of that stay) does not enjoin the two pending motions, as their resolution does not adversely impact the debtor's estate.  Notwithstanding the November 4 setting for the motion to remove, Beasley Allen requests – and Johnson & Johnson does not oppose – an extension of its deadline to respond from October 21 to October 25, 2024, with a corresponding extension of Johnson & Johnson's reply deadline from October 28 to November 1, 2024.

We will continue to update the Court if further developments impact the Court's consideration of Johnson & Johnson's pending motion.

Honorable Rukhsanah L. Singh -2- October 11, 2024

Thank you for your continued consideration of this matter.

                                      Respectfully submitted,

                                      Susan M. Sharko

                                      Stephen D. Brody
                                      O'Melveny & Myers LLP

SMS

All counsel via ECF

DMS_US.366863313.1
DOCID:  DOCPROPERTY DOCXDOCID DMS=IManage Format=<<LIB>>.<<NUM>>.<<VER>>