MOLL LAW GROUP
180 N Stetson Ave 35th Floor
Chicago, IL 60601
P: 312.462.1700
*Attorneys for Plaintiff Alice Sfondelis*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Alice Sfondelis v. Johnson & Johnson et al. Case No. | Civil No. 3:16-md-2738-MAS-RLS |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 12, 2024 on behalf of Plaintiff Alice Sfondelis.

                                                  */s/ Jemma Cota*
                                                  Jemma Cota
                                                  MOLL LAW GROUP
                                                  180 N Stetson Ave 35th Floor
                                                  Chicago, IL 60601
                                                  P: 312.462.1700
                                                  F: 312.756.0045
                                                  jcota@molllawgroup.com
                                                  info@molllawgroup.com

                                                  *Attorneys for Plaintiff Alice Sfondelis*

Dated: October 12, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Jemma Cota*
      Jemma Cota

      MOLL LAW GROUP