MOLL LAW GROUP
180 N Stetson Ave 35th Floor
Chicago, IL 60601
P: 312.462.1700
*Attorneys for Plaintiff Cheryl Kuzniar*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Cheryl Kuzniar v. Johnson & Johnson et al. Case No. | Civil No. 3:16-md-2738-MAS-RLS |

## **NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 12, 2024 on behalf of Plaintiff Cheryl Kuzniar.

*/s/ Jemma Cota*
Jemma Cota
MOLL LAW GROUP
180 N Stetson Ave 35th Floor
Chicago, IL 60601
P: 312.462.1700
F: 312.756.0045
jcota@molllawgroup.com
info@molllawgroup.com

*Attorneys for Plaintiff Cheryl Kuzniar*

Dated: October 12, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Jemma Cota*
      Jemma Cota

      MOLL LAW GROUP