SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | CIVIL NO.: 3:16-MD-2738-FLW-LHG |
| | JUDGE MICHAEL A. SHIPP |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE RUKHSANAH SINGH |
| *Erica Toro, as Temporary Administrator of the Estate of Sandy Toro v. Johnson & Johnson, et al* Case No. 3:18-cv-01261 | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 - Filing of Short Form Complaints [Dkt. 148] and the Court's October 10, 2023 Order Governing Amendments to Complaints [Dkt. 28519] that an Amended Short Form Complaint and Jury Demand was filed on October 12, 2024 on behalf of Plaintiff Erica Toro, as Temporary Administrator of the Estate of Sandy Toro.

Dated: October 12, 2024                                Respectfully Submitted,

*/s/ John J. Foley*
John J. Foley
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone:  618.259.2222
Facsimile:   618.259.2251
jfoley@simmonsfirm.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 12th day of October, 2024 to all parties of interest.

*/s/ John J. Foley*
John J. Foley