# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Lawona Kiser v. Johnson & Johnson, et al.*<br>Case No. 3:17-cv-10621 | Civil No. 3:16-md-2738-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on October 14, 2024 on behalf of Plaintiff Chrissy Walker, individually and as Successor-in-Interest to Lawona Kiser (Deceased).

DATED: October 14, 2024　　　　　　　　　　BISNAR|CHASE LLP

　　　　　　　　　　　　　　By:　/s/ *Michael K. Teiman*
　　　　　　　　　　　　　　　　　BRIAN D. CHASE
　　　　　　　　　　　　　　　　　MICHAEL K. TEIMAN
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                  BISNAR|CHASE LLP

By:   /s/ *Michael K. Teiman*
        BRIAN D. CHASE
        MICHAEL K. TEIMAN