UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** <br><br> **This document relates to:** <br> BURNEST GREEN, individually and on behalf of IDONIA SAVAGE, Deceased, <br><br> Civil Action No.: 3:18-cv-17156 | MDL No. 16-2738 (MAS) (RLS) <br> JUDGE MICHAEL A. SHIPP <br> MAG. JUDGE RUKHSANAH L. SINGH <br><br> NOTICE OF FILING |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 – Filing Short Form Complaints [Dkt. 148] and the Court's October 10, 2023, Order Governing Amendments to Complaints [Dkt. 28519] that the Amended Short Form Complaint with Jury Demand was filed on October 15, 2024, for Plaintiff Burnest Green, individually and on behalf of Idonia Savage, deceased.

Dated: October 15, 2024                Respectfully submitted,

                                       /s/ *Warren T. Burns*

                                       Korey A. Nelson (LA #30002)
                                       Amanda K. Klevorn (LA #35193)
                                       Brandi R. Hamilton (MS #105116)
                                       **BURNS CHAREST LLP**

1

201 St. Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
T: 504.799.2845
F: 504.881.1765
E: aklevorn@burnscharest.com
   knelson@burnscharest.com
   bhamilton@burnscharest.com

**AND**

Warren T. Burns (TX #24053119)
Daniel H. Charest (TX #24057803)
Spencer M. Cox (TX #24097540)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com
   dcharest@burnscharest.com
   scox@burnscharest.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, a true and correct copy of the foregoing document was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: October 15, 2024                /s/ *Warren T. Burns*

Warren T. Burns (TX #24053119)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
T: 469.904.4550
F: 469.444.5002
E: wburns@burnscharest.com