**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br><u>Danielle Herald, Individually, and as Representative of the Estate of Lucinda Herald, Deceased</u><br><br>      Plaintiff,<br>v.<br><br><u>Johnson & Johnson, et al.</u><br>      Defendants. | MDL No. 2738 (MAS) (RLS)<br><br>Civil Action No: |

**<u>NOTICE OF FILING</u>**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 15, 2024 on behalf of the Plaintiff(s) listed in the above captioned matter.

                Respectfully Submitted by,

                <u>/s/ Randi Kassan</u>
                MILBERG COLEMAN BRYSON
                PHILLIPS GROSSMAN, PLLC
                Randi A. Kassan, Esq.
                100 Garden City Plaza, Suite 500 Garden City, NY 11530
                Tel: (516) 741-5600
                Fax: (516) 741-0128
                rkassan@milberg.com

                **Counsel for Plaintiff**