MOLL LAW GROUP
180 N Stetson Ave 35th Floor
Chicago, IL 60601
P: 312.462.1700
*Attorneys for Plaintiff Jennifer Pease*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>Jennifer Pease v. Johnson & Johnson et al.<br>Case No. | Civil No. 3:16-md-2738-MAS-RLS |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 15, 2024 on behalf of Plaintiff Jennifer Pease, Individually and as Personal Representative of the Estate of Marilyn Pease, Deceased.

                                        */s/ Jemma Cota*
                                        Jemma Cota
                                        Ken Moll
                                        MOLL LAW GROUP
                                        180 N Stetson Ave 35th Floor
                                        Chicago, IL 60601
                                        P: 312.462.1700
                                        F: 312.756.0045
                                        jcota@molllawgroup.com
                                        info@molllawgroup.com

                                        *Attorneys for Plaintiff Alice Sfondelis*

Dated: October 15, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2024, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Jemma Cota*
Jemma Cota

MOLL LAW GROUP