## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br>3:16-md-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO:<br><br>STEPHANIE WALLING,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 3:24-cv-09126-MAS-RLS |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 12, 2024, on behalf of Plaintiff STEPHANIE WALLING.

Dated: October 15, 2024      Respectfully Submitted,

By:  /s/ *Mark P. Robinson, Jr.*
   Mark P. Robinson, Jr.
   19 Corporate Plaza Drive
   Newport Beach, CA 92660
   949-720-1288 Phone
   949-720-1292 Facsimile
   mrobinson@robinsonfirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that October 15, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

          /s/ *Mark P. Robinson Jr.*
          MARK P. ROBINSON, JR.