# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738** <br> **3:16-md-2738-MAS-RLS** |
| **THIS DOCUMENT RELATES TO:** | |
| NANCY BURNS, <br><br>        Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON, et al., <br><br>        Defendants. | **Case No. 3:24-cv-09111-MAS-RLS** |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 11, 2024, on behalf of Plaintiff NANCY BURNS.

Dated: October 15, 2024

Respectfully Submitted,

By: _/s/ Mark P. Robinson, Jr._
Mark P. Robinson, Jr.
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288 Phone
949-720-1292 Facsimile
mrobinson@robinsonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that October 15, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.


  /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.