SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Gwendolyn Gonzales v. Johnson & Johnson, et al*<br>*Case No. 3:24-cv-09818* | CIVIL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE MICHAEL A. SHIPP<br><br>MAG. JUDGE RUKHSANAH SINGH |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand was filed on October 15, 2024 on behalf of Plaintiff Gwendolyn Gonzales.

Dated: October 15, 2024

Respectfully Submitted,

*/s/ John J. Foley*
John J. Foley
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Telephone: 618.259.2222
Facsimile: 618.259.2251
jfoley@simmonsfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this 15th day of October, 2024 to all parties of interest.

                                        */s/ John J. Foley*
                                        John J. Foley