

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

## Via E-Filing

October 16, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

*Re:*   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Judge Singh:

The Johnson & Johnson Defendants respectfully seek permission to submit a reply brief that exceeds the standard length by an additional 12 pages in connection with our pending Motion for Summary Judgment which covers the six bellwether plaintiffs.  The Plaintiffs' Steering Committee has consented to our request.

Thank you for your consideration of these matters.

Respectfully,

/s/ *Susan M. Sharko*
Susan M. Sharko
**FAEGRE DRINKER
BIDDLE & REATH LLP**

*Attorneys for Defendants Johnson & Johnson and  LLT Management, LLC*

SMS/scg
Cc: Leigh O'Dell, Esq. (*via e-mail*)
    Michelle Parfitt, Esq. (*via e-mail*)