**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>***THIS DOCUMENT RELATES TO:***<br><br>**DONNA PHARR ON BEHALF OF SHIRLEY PHARR,** | MDL No. 2738 (FLW) (LHG)<br>JUDGE MICHAEL A. SHIPP<br><br>CIVIL ACTION No. 3:24-cv-09832-MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand has been filed on October 16, 2024, for Plaintiff, Donna Pharr on behalf of Shirley Pharr.

Dated: October 16, 2024          Respectfully Submitted by:

By: */s/ Mackenzi L. Saucier*
Mackenzi L. Saucier LA Bar 40937
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 525-8000
Facsimile: (833) 277-4214
msaucier@morrisbart.com
bbarnes@morrisbart.com
jenochs@morrisbart.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the court's system.

Dated:  October 16, 2024                     Respectfully Submitted by:


By: */s/ Mackenzi L. Saucier*
Mackenzi L. Saucier LA Bar 40937
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 525-8000
Facsimile: (833) 277-4214
msaucier@morrisbart.com
bbarnes@morrisbart.com
jenochs@morrisbart.com

*Attorneys for Plaintiffs*