# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 2738<br>3:16-md-2738-MAS-RLS |
| THIS DOCUMENT RELATES TO:<br><br>LORI LASTRELLA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>        Defendants. | Case No. 3:24-cv-09152-MAS-RLS |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on September 13, 2024, on behalf of Plaintiff LORI LASTRELLA.

Dated: October 16, 2024        Respectfully Submitted,

        By:  /s/ *Mark P. Robinson, Jr.*
            Mark P. Robinson, Jr.
            19 Corporate Plaza Drive
            Newport Beach, CA 92660
            949-720-1288 Phone
            949-720-1292 Facsimile
            mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that October 16, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system.  A true and correct copy has been served upon all counsel of record via the Court's ECF system.


      /s/ *Mark P. Robinson Jr.*
MARK P. ROBINSON, JR.