# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS)<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in the following cases as counsel for Plaintiffs listed in Exhibit A.

Dated: October 16, 2024

**GRANT & EISENHOFER P.A.**

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham
CA. Bar No. 143085
2325 Third Street, Suite 329
San Francisco, CA 94107
&
123 Justison Street
Wilmington, DE 19801
egraham@gelaw.com
Ph: 302-622-7000