## CERTIFICATE OF SERVICE

I do certify that on this 16th day of October, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, which will serve all counsel of record.

<i>/s/M. Elizabeth Graham</i><br>
M. Elizabeth Graham