

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

faegredrinker.com

*Via E-Filing*

October 16, 2024

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court- District of NJ
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton, NJ 08608

*Re:*   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation - MDL 2738*

Dear Judge Singh:

The Johnson & Johnson Defendants respectfully seek **permission to submit a reply brief that exceeds the standard length by an additional 12 pages in connection with our pending Motion for Summary Judgment which covers the six bellwether plaintiffs**.  The Plaintiffs' Steering Committee has consented to our request.

Thank you for your consideration of these matters.

       Respectfully,

       /s/ *Susan M. Sharko*
       Susan M. Sharko
       **FAEGRE DRINKER**
       **BIDDLE & REATH LLP**

       *Attorneys for Defendants Johnson & Johnson and  LLT Management, LLC*

SMS/scg
Cc: Leigh O'Dell, Esq. (*via e-mail*)
  Michelle Parfitt, Esq. (*via e-mail*)

**SO ORDERED** on this 16th day of October 2024,

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE