# EXHIBIT 1

Page 431

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)

_____

IN RE:   JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS            ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,          DANIEL L.
                                  CLARKE-PEARSON, MD
AND PRODUCTS LIABILITY
                                       VOLUME 2
LITIGATION

_____


\*     \*     \*     \*

FRIDAY, AUGUST 27, 2021

\*     \*     \*     \*


MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

515 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

DocuSign Envelope ID: EA3DA3D5-C532-490E-A1E9-77BDCA841725
Case 3:16-md-02738-MAS-RLS   Document 33369-4   Filed 10/16/24   Page 3 of 3 PageID: 262062
Daniel L. Clarke-Pearson, MD                              August 27, 2021

Page 590

```
 1   are?
 2        A.      That's part of the explanation, but not
 3   the whole explanation.
 4                (Off-the-record discussion)
 5                (Lunch recess)
 6   BY MS. BROWN:
 7        Q.      Welcome back, Dr. Clarke-Pearson.
 8        A.      Thank you.
 9        Q.      We'll try to pretty briefly finish up
10   our discussion regarding Ms. Newsome.
11                Just to reorient ourselves, prior to
12   the break, am I correct that you had identified age
13   as a cause of Ms. Newsome's ███████████████?
14        A.      Increasing age, yes, is a cause.
15        Q.      You had, of course, identified talc as
16   a cause of Ms. Newsome's ███████████████,
17   correct?
18        A.      Yes.
19        Q.      And you had identified a factor or a
20   number of factors that are yet unknown as a cause or
21   causes of Ms. Newsome's ███████████████, correct?
22        A.      Yes.
23        Q.      In terms of what percentage in
24   Ms. Newsome's case you would assign to each one of
25   those factors, can you give an opinion on that?
```