# EXHIBIT 2

```
                                                         Page 231
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF NEW JERSEY
 3
 4    IN RE: JOHNSON & JOHNSON    )
      TALCUM POWDER PRODUCTS      )
 5    MARKETING, SALES PRACTICES, ) MDL NO. 16-2738(MAS)(RLS)
      AND PRODUCTS LIABILITY      )
 6    LITIGATION,                  )
      _____)
 7
 8
 9
10
11
12             VIDEOCONFERENCE DEPOSITION
13                         OF
14       DANIEL CLARKE-PEARSON, M.D. (VOLUME II)
15          (Taken virtually by Defendants)
16              Friday, March 8, 2024
17
18
19
20
           Reported by:  Christine A. Taylor, RPR
21
22
23
24            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
25               deps@golkow.com
```

Page 321

1  moderate, severe.  I'm just going to say it's a
2  37 percent increased risk.
3       Q.   Would you attribute 37 percent of
4  her -- would you attribute 37 percent of her
5  ▮▮▮▮▮▮▮▮▮ to her ▮▮▮▮▮?
6            MS. O'DELL:  Object to the form.  As
7       Dr. Clarke-Pearson said, this misstates his
8       testimony.  He has already said there are
9       other records.
10           THE WITNESS:  It contributed -- yes, it
11      contributed to her developing ▮▮▮▮▮▮
12      ▮▮▮▮.
13 BY MS. DAVIDSON:
14      Q.   Can you quantify by how much?
15      A.   Somewhere between -- I mean, you know,
16 you see the numbers right there, 1.37.
17      Q.   Have you reviewed any epidemiological
18 studies since 2021 besides Schildkraut and
19 Penninkilampi that address a potential association
20 between talc use and endometrioid cancer?
21      A.   I think there are other papers besides
22 Schildkraut and Penninkilampi that support talc
23 causing endometrioid ovarian cancer.
24      Q.   What are they?
25      A.   I reviewed them before.  I don't -- I