# EXHIBIT 4

**CANCER SPECIALISTS of NORTH FLORIDA**
Specializing in Cancer and Blood Disorders

Cancer Specialists of North Florida
7015 A C Skinner Pkwy, Ste. 100
Jacksonville, FL 32256
P: (904) 516-3737
F: (904) 516-3738

Patient Name: **Rausa, Pasqualina**
Patient Number: ▮

Date: **5/3/2018**
Date Of Birth: ▮

## CONSULTATION

**REFERRING PHYSICIAN**

Dr. Nwosa

**CHIEF COMPLAINT**

▮

**HPI**

▮

**Review Of Systems**

▮

**PAST MEDICAL HISTORY**

▮

py

▮

**PAST SURGICAL HISTORY**

▮

Rausa, Pasqualina DOB: ▮

Page 1 of 5
PRAUSAPL-000027