# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MDL-NO. 16-2738 (FLW)(LHG)

_____

IN RE:  JOHNSON & JOHNSON

TALCUM POWDER PRODUCTS           ORAL DEPOSITION OF:

MARKETING, SALES PRACTICES,          DANIEL L.
                                 CLARKE-PEARSON, MD
AND PRODUCTS LIABILITY
                                     VOLUME 1
LITIGATION

_____


\*   \*   \*   \*

THURSDAY, AUGUST 26, 2021

\*   \*   \*   \*


MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

515 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

 1                And if you turn to the next page, you
 2    have a slide, this is page 17 of the document and 34
 3    of the slide deck, you have a slide devoted to risk
 4    factors for ovarian cancer, right?
 5         A.     Yes.
 6         Q.     And we already saw earlier in your
 7    presentation that you defined risk factors as
 8    anything that can increase a women's risk of ovarian
 9    cancer, right?
10         A.     Right.
11         Q.     And here the first bullet you have is
12    hereditary risk factors, right?
13         A.     Yes.
14         Q.     BRCA1 and BRCA2 gene mutations, right?
15                What are you writing?
16         A.     I'm just making a few additional notes.
17    You're welcome to look at them.
18         Q.     So, you can tell me what they are when
19    we're done.
20         A.     Sure.
21         Q.     I'm going to guess that you're adding
22    some other risk factors that are not --
23         A.     Yeah, there are a lot of risk factors
24    that we didn't list here.
25         Q.     You did list hereditary, right?

1   A.      Yes.  That's important for women to be
2   aware of their family history and knowing that that's
3   the most significant risk factor.
4       Q.      And you did list age, correct?
5       A.      Yes.
6       Q.      And you did list obesity, right?
7       A.      Yes.
8       Q.      And you did list nulliparity, right?
9       A.      Yes.
10      Q.      You did list a family history of
11  breast, ovarian or colon cancer, right?
12      A.      Yes.
13      Q.      You did list personal history of breast
14  cancer, right?
15      A.      Right.
16      Q.      You did not list perineal use of talc?
17      A.      And there is a good number of other
18  risk factors that I didn't list as well.  Including
19  polycystic ovarian syndrome, pelvic inflammatory
20  disease, IUD use, endometriosis.  We didn't mention
21  Lynch syndrome in the hereditary which is also very
22  important.  So there is a number of risk factors that
23  were not listed.
24  BY MS. BROWN:
25      Q.      By February of 2021, you had been

DocuSign Envelope ID: 63456BA5-5BF8-4753-B18F-B3005125704D

Case 3:16-md-02738-MAS-RLS   Document 33369-10   Filed 10/16/24   Page 5 of 6 PageID: 262153
Daniel L. Clarke-Pearson, MD                          August 26, 2021

Page 366

1       Secondly, she has no past history that
2   would suggest ▇▇▇▇, that ▇▇▇▇ is,
3   often times, associated with ▇▇▇▇
    ▇▇▇▇, none of that that
5   might suggest ▇▇▇▇. And, in fact, at the
6   time ▇▇▇▇, no evidence of ▇▇▇▇ was
7   found elsewhere in ▇▇▇▇
    ▇▇▇▇.
9       The frozen section report is of no
10  significance at all. It's not quite correct is the
11  best I can tell you, but it has nothing to do with
12  ▇▇▇▇.
13      Q.    You disagree with her treating
14  physician, Dr. Schwartz's testimony, that he believed
15  it's likely her ▇▇▇ arose in an ▇▇▇▇
16  ▇▇▇▇?
17          MS. THOMPSON:  Objection.
18          THE WITNESS:  I don't disagree with
19  him. It's possible that -- we know that
20  ▇▇▇▇
    ▇▇▇▇, so I would agree that that's
22  what Dr. Schwartz is saying. But, in fact, she
23  doesn't have ▇▇▇▇.
24  BY MS. BROWN:
25      Q.    But you didn't look at any of her

Case 3:16-md-02738-MAS-RLS    Document 33369-10    Filed 10/16/24    Page 6 of 6
PageID: 262154
Daniel L. Clarke-Pearson, MD                    August 26, 2021

Page 367

1   pathology under the microscope yourself?
2        A.    I didn't look myself.  But the
3   **pathology report, which is quite thorough from a**
4   **renowned institution, makes no reference to**
5   ▓▓▓▓▓▓▓▓ **being identified.**
6        Q.    And you didn't ask to speak to Dr.
7   Schwartz about why it is that he testified under oath
8   that he thinks it's likely Ms. Converse's ▓▓▓▓ arose
9   in an ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, right?
10       A.    **I don't need to talk to Dr. Schwartz**
11  **about that.  I understand what he's saying.**
12       Q.    But do you think in terms of who has
13  more information about the medical history regarding
14  Ms. Converse, Dr. Schwartz probably has more than you
15  do?
16              MS. THOMPSON:  Objection.
17              THE WITNESS:  Based on his opinion at
18  the time of surgery, which is the question in your
19  deposition -- of his deposition, his interpretation
20  at the time of surgery based on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21  ▓▓▓▓▓▓▓, which was not correct, I won't disagree with
22  him that's what he thought at the time.
23  BY MS. BROWN:
24       Q.    If Ms. Converse had ▓▓▓▓▓▓▓▓▓▓, can
25  you agree that increased her risk for ▓▓▓▓▓▓▓