# EXHIBIT 8

Transcribed: ASP.MD Documents                                    CONVERSE, HILARY -

Result Type:     Transcribed: ASP.MD Documents
Result Date:     12/21/2010 12:00:00 AM
Result Status
Result Title:    Transcribed: ASP.MD Documents
Performed By:
Verified By:

**Transcribed: ASP.MD Documents**



PAST MEDICAL HISTORY:

MEDICATIONS:

ALLERGIES:

FAMILY HISTORY:

SOCIAL HISTORY:

PHYSICAL EXAMINATION: