# EXHIBIT 10

**HOLY CROSS HEALTH - SILVER SPRING**
Silver Spring, MD 20910-

A Member of Trinity Health
Livonia, Michigan

Patient Name: NEWSOME, TAMARA LYNN
MRN: ███████████
Date of Birth: ███████
Admit Date: 3/22/2015
Discharge Date: 3/24/2015
Account Number: ███████████
Patient Type: Inpatient
Attending: Ein MD, Thomas E

```
Admission Profile
```

ALPRAZolam          : ███████████████████████████████████
                      ███████████████████████████████████
                      ███████████████████████████████████
                      ███████████████████████████████████
                      ███████

**Adv Dir/Health Care Dec Required**
Advance Directive Information Required : Patient's age 18 years or greater, advance directive information needed
Adv Dir/Health Care Executed : ███
Information Obtained From : Patient
Adv Dir/Health Care Info Offered : Patient accepted information

Simms RN, Adeline - 03/22/2015 17:56 EDT

**Height/Weight**
[redacted content]

Simms RN, Adeline - 03/22/2015 17:56 EDT

**Pain Assessment**
[redacted content]

Simms RN, Adeline - 03/22/2015 17:56 EDT

**Infectious Disease Risk Screening**
Printed Date/Time: 10/16/2020 10:14 EDT
Report Request ID: 266300211