# EXHIBIT 11

**HOLY CROSS HEALTH - SILVER SPRING**
Silver Spring, MD 20910-

A Member of Trinity Health
Livonia, Michigan

Patient Name: NEWSOME, TAMARA LYNN
MRN: █████████
Date of Birth: ████████
Admit Date: 3/22/2015
Discharge Date: 3/24/2015
Account Number: ████████████
Patient Type: Inpatient
Attending: Ein MD, Thomas E

## Anesthesia

Pulse Ox: ██    (03/23 08:20)
Oxygen Delivery: ███████    (03/23 08:20)
Pain Score: █    (03/22 22:21)
, Measurements
   Height: ████████████ (03/22/2015 17:14:00)
   Weight: ████████████ (03/22/2015 17:14:00)
   Body Surface Area: █████
   Body Mass Index: █████
.
Mouth/Airway:
   Mallampati: ███████
   Neck: ████████████████
   Mouth: ████████████████
Respiratory: ████████████████████████████████████.
Cardiovascular: ████████████████████████████████.

**Results Review**
   **General results**
      Laboratory Last 90 Days
         Chemistry
            03/22/15 18:48  Sodium = 139.0 mEq/L
            03/22/15 18:48  Potassium = 3.5 mEq/L  L
            03/22/15 18:48  Chloride = 103.0 mEq/L
            03/22/15 18:48  CO2 = 26.0 mEq/L
            03/22/15 18:48  Glucose = 99.0 mg/dL
            03/22/15 18:48  BUN = 12.0 mg/dL
            03/22/15 18:48  Creatinine = 0.80 mg/dL
            03/22/15 18:48  Calcium Total = 10.6 mg/dL
         Hematology
            03/22/15 18:48  WBC = 8.0 thou/mcL
            03/22/15 18:48  RBC = 3.58 million/mcL  L
            03/22/15 18:48  Hb = 11.9 gm/dL  L
            03/22/15 18:48  Hematocrit = 36.7 %
            03/22/15 18:48  Platelets = 326 thou/mcL
            03/22/15 18:48  MCV = 103.0 FL  H
            03/22/15 18:48  MCH = 33.1 Picograms
            03/22/15 18:48  RDW = 13.0
            03/22/15 18:48  MCHC = 32.3 gm/dL
         Other Labs
            03/22/15 18:48  Anion Gap = 10.0 mEq/L
            03/22/15 18:48  Est CrCl IDW(mL/min) RX = 67.27 mL/min
            03/22/15 18:48  MPV = 7.90 FL
            03/22/15 18:48  GFR Est African American = 60

Printed Date/Time: 10/16/2020 10:14 EDT
Report Request ID: 266300211