# EXHIBIT 14

Patricia G. Moorman, Ph.D.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF NEW JERSEY

 3

 4      _____

 5      IN RE:  JOHNSON & JOHNSON          )

 6      TALCUM POWER PRODUCTS MARKETING,)  MDL NO.

 7      SALES PRACTICES, AND PRODUCTS      )  16-2738(MAS)(RLS)

 8      LIABILITY LITIGATION               )

 9

10

11                           DEPOSITION

12                               OF

13                   PATRICIA G. MOORMAN, Ph.D.

14

15                 Tuesday, February 13, 2024

16

17

18

19            GOLKOW LITIGATION SERVICES, INC.
            877.370.3377 ph | 917.591.5672 fax
20                    deps@golkow.com

21

22

23

24

25
```

Patricia G. Moorman, Ph.D.

```
 1        Q.   So that means 11 out of 24
 2   case-control studies did not show a significant
 3   association, right?
 4        A.   Not a statistically significant
 5   increased risk, yes.  Although, it is important to
 6   look at the point estimates overall, which are --
 7   nearly all of them report point estimates greater
 8   than 1.
 9        Q.   So you consider those studies to be
10   consistent despite the fact that 11 did not show a
11   statistically significant association?
12             MS. PARFITT:  Objection.  Form.
13             THE WITNESS:  As I stated earlier, I
14        do not use statistical significance as a
15        way to dichotomize, yes, there is an
16        association; no, there is not.
17             Look at the point estimate, and from
18        the standpoint that the vast majority of
19        studies show reported point estimates
20        greater than 1 with a majority of them
21        being statistically significant, I would
22        say, yes, the findings are quite
23        consistent.
24   BY MS. DAVIDSON:
25        Q.   If you look at Table 2 of Taher.  For
```