**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Bromley v. Johnson & Johnson Company, et al.*<br><br>**Civil Case No. 3:20-cv-05809** | MDL NO. 16-md-02738-FLW-LHG |

**NOTICE OF FILING AMENDED SHORT FORM COMPLAINT**

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on October 16, 2024 on behalf of Plaintiff Brock Bromley.

|  |  |
|---|---|
| Dated: October 16, 2024 | Respectfully Submitted,<br><br>/s/ Bradley D. Honnold<br>Bradley D. Honnold, KS #22972<br>**Goza & Honnold, LLC**<br>9500 Nall Ave., Suite 400<br>Overland Park, KS 66208<br>bhonnold@gohonlaw.com<br>Phone: (913) 451-3433<br>Fax: (913) 839-0567<br><br>**Counsel for Plaintiff** |

00693810-1

## CERTIFICATE OF SERVICE

    I hereby certify that on October 16, 2024, a copy of the foregoing Notice of Filing Short Form Complaint was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

        */s/ Bradley D. Honnold*
        Bradley D. Honnold

00693810-1