

**Susan M. Sharko**
Partner
susan.sharko@faegredrinker.com
973-549-7350 direct

Faegre Drinker Biddle & Reath LLP
600 Campus Drive
Florham Park, New Jersey  07932
+1 973 549 7000 main
+1 973 360 9831 fax

October 11, 2024

**VIA - ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
404 East State Street
Trenton, NJ 08608

    Re:  **Johnson & Johnson Talcum Power Products, Marketing, Sales Practices and Products liability Litigation**
        **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp:

  I write to update you regarding the ongoing impact of *In re Red River Talc, LLC,* case number 24-90505, now pending before the Hon. C. Lopez, U.S. Bankruptcy Court, Southern District of Texas, Houston Division ("Bankruptcy Court").   Most pertinent for your immediate purposes, the original deadline for the defense reply brief on our motion for summary judgment passed while the bankruptcy court's administrative stay was in place.   That stay will expire by its own terms tonight. However, the Bankruptcy Court yesterday announced that it will schedule a hearing next week to both hear argument/evidence and announce a decision on the Debtor's pending application for a temporary restraining order ("TRO") of all further litigation that may adversely impact the debtor's estate, which includes all claims that use of Johnson & Johnson's talc-based products resulted in ovarian and gynecological cancer.  If granted, the TRO would further stay all action in this matter for most if not all defendants, and in particular, the Johnson & Johnson Defendants.

  **We therefore propose to file our reply brief, if needed, on Wednesday  of next week or one business day following the hearing (should it be scheduled for Wednesday).**

DMS_US.366862642.1

Honorable Michael A. Shipp     -2-     October 11, 2024

Thank you for your continued consideration of these matters.

Respectfully submitted,

Faegre Drinker Biddle & Reath

Susan M. Sharko

SMS
cc: All counsel via ECF

DMS_US.366852480.1

**SO ORDERED** on this 16th day of October 2024,

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

DMS_US.366862642.1