### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Smith v. Johnson & Johnson Company, et al.*<br><br>**Civil Case No. 3:19-cv-12182** | MDL NO. 16-md-02738-FLW-LHG |

### NOTICE OF FILING AMENDED SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on October 16, 2024 on behalf of Plaintiff Alan Smith.

Dated: October 16, 2024

Respectfully Submitted,

/s/ Bradley D. Honnold
Bradley D. Honnold, KS #22972
**Goza & Honnold, LLC**
9500 Nall Ave., Suite 400
Overland Park, KS 66208
bhonnold@gohonlaw.com
Phone: (913) 451-3433
Fax: (913) 839-0567

**Counsel for Plaintiff**

00693810-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, a copy of the foregoing Notice of Filing Short Form Complaint was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operative of the Court's electronic filing system to all parties indicated on the electronic receipt. Parties may access this filing through the Court's system.

*/s/ Bradley D. Honnold*
Bradley D. Honnold

00693810-1