MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
(504) 525-8100
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Teresa F. Wilson and Gerald F. Wilson, II v. Johnson & Johnson, et al.*,<br>Case 3:18-cv-03348-FLW-LHG | MDL NO.: 3:16-MD-2738-FLW-LHG<br><br>JUDGE FREDA L. WOLFSON<br><br>MAG. JUDGE LOIS H. GOODMAN |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Amended Short Form Complaint and Jury Demand was filed on October 12, 2024 on behalf of Plaintiffs Teresa F. Wilson and Gerald F. Wilson, II.

Dated: October 17, 2024

Respectfully Submitted by,

*/s/ Caroline T. White*
Caroline T. White (LA #36051)
MURRAY LAW FIRM
701 Poydras St., Ste. 4250
New Orleans, LA 70139
T: 504-525-8100
F: 504-584-5249
cthomas@murray-lawfirm.com

*Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Caroline T. White*
Caroline T. White (LA #36051)
MURRAY LAW FIRM
701 Poydras St., Ste. 4250
New Orleans, LA 70139
T: 504-525-8100
F: 504-584-5249
cthomas@murray-lawfirm.com