

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

212 Carnegie Center
Suite 400
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

October 17, 2024

<u>*Via* **PACER/ECF**</u>

The Honorable Michael A. Shipp, U.S.D.J.
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, **Case No. 3:16-md-2738 (MAS)/(RLS)**

Dear Judge Shipp and Judge Singh:

We represent Beasley Allen and Andy D. Birchfield, Jr., Esq. (together "Beasley Allen") regarding the pending Motion to Remove Beasley Allen ("Motion") from the Plaintiffs' Steering Committee ("PSC"). ECF No. 33290. We are in receipt of Johnson & Johnson's ("J&J") status letter, *see* ECF No. 33378, and write to confirm that the Motion is now returnable November 18, 2024 (rather than November 4, 2024) before Judge Shipp as stated in the October 15, 2024 11:39 AM text order sent to all parties. We do not think it appropriate to (and therefore do not) respond to J&J's unsolicited claims concerning how the Texas Bankruptcy Court's stay and decisions impact the Motion.

Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/  Jeffrey M. Pollock*

JEFFREY M. POLLOCK

cc:  All Counsel (*via* ECF)