## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JOAN BUCCOLA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>    Defendants. | MDL NO. 2738<br>3:16-md-2738-MAS-RLS<br><br><br><br>Case No. 3:24-cv-09858-MAS-RLS |

### NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints), that the Short Form Complaint with Jury Demand was filed on October 16, 2024, on behalf of Plaintiff JOAN BUCCOLA.

Dated: October 17, 2024    Respectfully Submitted,

             By: /s/ *Mark P. Robinson, Jr.*
               Mark P. Robinson, Jr.
               19 Corporate Plaza Drive
               Newport Beach, CA 92660
               949-720-1288 Phone
               949-720-1292 Facsimile
               mrobinson@robinsonfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that October 17, 2024, the above and foregoing Notice of Filing Short Form Complaint was filed electronically and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

      /s/ *Mark P. Robinson Jr.*
      MARK P. ROBINSON, JR.