**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:  JOHNSON & JOHNSON                     Civil No. 3:16-2738 (MAS) (RLS)
TALCOM POWDER PRODUCTS
MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY
LITIGATION

**This Document Relates to:**
**Michelle & Michael Paolercio**

**Case No: 3:24-7757**

**NOTICE OF APPEARANCE AS COUNSEL FOR MICHELLE PAOLERCIO AND**
**MICHAEL PAOLERCIO**

The Clerk of the above-styled Court will please enter the appearance of KRISTIAN BIE, ESQ.. of

LABOVICK LAW GROUP,  5220 Hood Road, Suite 200, Palm Beach Gardens, FL 33418, as

Counsel for the Plaintiff, in connection with any and all proceedings in the above-styled cause.  Please

forward all Pleadings, proceedings, papers and/or correspondence generated in this cause to the

undersigned counsel, to the email addresses and address listed below.

**Kristian Bie, Esq.**
**Primary Email:  Kbie@Labovick.com**
**Secondary Email:  Pdaddario@LaBovick.com**
**Third Email: PiLit@LaBovick.com**

PAOLERCIO, MICHELLE vs. JOHNSON & JOHNSON
CASE NO:
Page 2 of 2

DATED:

Respectfully submitted

LaBovick Law Group
5220 Hood Road, Suite 200
Palm Beach Gardens, FL 33418
(561) 625-8400
Fax- (561) 370-6411

By:    ------------------------------------
Kristian Bie, Esq.
Florida Bar No: 87043
Kbie@LaBovick.com
Pdaddario@LaBovick.com
PiLit@LaBovick.com
Attorney for Plaintiffs