UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>KATHRYN LAFLEUR<br><br>Civil Action No.: 3:24-cv-09911 | MDL No. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |

### NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on October 18, 2024 on behalf of Plaintiff Kathryn LaFleur.

Dated: October 18, 2024

Respectfully submitted,

/s/ *Warren T. Burns*

Korey A. Nelson (LA #30002)
Amanda K. Klevorn (LA #35193)
Brandi R. Hamilton (MS #105116)
**BURNS CHAREST LLP**
201 St. Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
T: 504.799.2845
F: 504.881.1765
E: knelson@burnscharest.com
  aklevorn@burnscharest.com
  bhamilton@burnscharest.com

               **AND**

               Warren T. Burns (TX #24053119)
               Daniel H. Charest (TX #24057803)
               Spencer M. Cox (TX #24097540)
               **BURNS CHAREST LLP**
               900 Jackson Street, Suite 500
               Dallas, Texas 75202
               T: 469.904.4550
               F: 469.444.5002
               E: wburns@burnscharest.com
                   dcharest@burnscharest.com
                   scox@burnscharest.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2024, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

               /s/ *Warren T. Burns*
               Warren T. Burns (TX #24053119)
               **BURNS CHAREST LLP**
               900 Jackson Street, Suite 500
               Dallas, Texas 75202
               T: 469.904.4550
               F: 469.444.5002
               E: wburns@burnscharest.com