**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sharon R. Collins v. Johnson & Johnson, et al.*<br>***Case No.:*** 3:24-CV-9917 | MDL No. 2738 (FLW) (LHG) |

**NOTICE OF FILING**

Notice is hereby given pursuant to Case management Order No. 3 (Filing of Short Form Complaints) that a Short Form Complaint and Jury Demand has been filed on behalf of Plaintiff Sharon R. Collins.

This October 18th 2024.

                                                        Respectfully submitted,
                                                        BERNSTEIN LIEBHARD, LLP

By:    */s/ Daniel C. Burke*
           Daniel C. Burke
           10 East 40th Street
           New York, New York 10016
           Tel: (212) 779-1414
           Fax: (212) 779-3218
           Email: dburke@bernlieb.com