UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2738 (MAS) (RLS)**<br>**JUDGE MICHAEL A. SHIPP**<br>**MAG. JUDGE RUKHSANAH L. SINGH**<br><br>3:16-md-02738-MAS-RLS<br><br>NOTICE OF APPEARANCE |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of Samira J. Bokaie on behalf of all below listed cases attached hereto on Exhibit A. Counsel respectfully requests that all pleadings, notices, orders, correspondence, and other papers be served upon Samira J. Bokaie through CM/ECF and/or at the address below.

Dated: October 18, 2024                    Respectfully submitted by,

                                                                    /s/ William A. Levin
                                                                    William A. Levin (SBN 98592)

1

Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Plaintiffs*

# EXHIBIT A

# **EXHIBIT A**

| **PLAINTIFF(S) NAME:** | **CASE NUMBER:** |
|---|---|
| Lin Ora Marie Bell | 3:17-cv-02871 |
| Sara Pintaldi Briggs, individually and on behalf of the Estate of Janice M. Armstrong | 3:18-cv-13246 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on October 10, 2024, which shall send notification of such filing to all CM/ECF participants.

*/s/ William A. Levin*
William A. Levin