UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH <br><br> 3:16-md-02738-MAS-RLS <br><br> **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Meghan E. McCormick shall be withdrawn as counsel of record for all below listed cases attached hereto on Exhibit A, as she is no longer associated with LEVIN SIMES LLP, formally LEVIN SIMES ABRAMS LLP, and is no longer participating in this litigation.

**PLEASE TAKE FURTHER NOTICE** that attorneys William A. Levin and Samira J. Bokaie shall be added as attorneys of record for all below listed cases attached hereto on Exhibit A. Counsel respectfully requests that all pleadings, notices, orders, correspondence, and other

1

papers be served upon William A. Levin and Samira J. Bokaie through CM/ECF and/or at the address below.

Dated: October 18, 2024                                   Respectfully submitted by,

*[signature]*

William A. Levin (SBN 98592)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Plaintiffs*

# EXHIBIT A

# EXHIBIT A

| PLAINTIFF(S) NAME: | CASE NUMBER: |
|---|---|
| Marie H. Clark | 3:17-cv-11320 |
| Mandy Conley and Charles Conley | 3:17-cv-11736 |
| Marie Jones and James Jones | 3:17-cv-05632 |
| Kelli Ball Rakozy, individually and on behalf of the Estate of Pamela Ball | 3:17-cv-11350 |
| Barbara Saber | 3:17-cv-10611 |
| Randall Scott Whitecotton, individually and on behalf of the Estate of Brandy Michelle Carlton Whitecotton | 3:17-cv-11028 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on October 10, 2024, which shall send notification of such filing to all CM/ECF participants.

/s/ William A. Levin
William A. Levin