UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH <br><br> 3:16-md-02738-MAS-RLS <br><br><br> NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorneys Meghan E. McCormick and Rachel B. Abrams shall be withdrawn as counsel of record for all below listed cases attached hereto on Exhibit A, as they no longer associated with LEVIN SIMES LLP, formally LEVIN SIMES ABRAMS LLP.

**PLEASE TAKE FURTHER NOTICE** that attorney Samira J. Bokaie shall be added as an attorney of record for all below listed cases attached hereto on Exhibit A. Counsel respectfully requests that all pleadings, notices, orders, correspondence, and other papers be served upon Samira J. Bokaie through CM/ECF and/or at the address below.

1

Dated: October 18, 2024

Respectfully submitted by,

William A. Levin (SBN 98592)
Samira J. Bokaie (SBN 332782)
**LEVIN SIMES LLP**
1700 Montgomery Street, Suite 250
San Francisco, California 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
Email: wlevin@levinsimes.com
Email: sbokaie@levinsimes.com

*Attorneys for Plaintiffs*

# EXHIBIT A

## EXHIBIT A

| PLAINTIFF(S) NAME: | CASE NUMBER: |
|---|---|
| Howard D. Brown, individually and on behalf of the Estate of Claudia A. Brown; Wendy Brown Kristi Brown Gambrell, and Scott Thomas Graber, Jr. | 3:18-cv-08775 |
| Jay Cobb, individually and on behalf of the Estate of Cindy Cobb | 3:17-cv-02349 |
| Xan Munzer | 3:18-cv-08834 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on October 10, 2024, which shall send notification of such filing to all CM/ECF participants.

/s/ William A. Levin
William A. Levin