UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| | MDL NO. 16-2738 (MAS) (RLS)<br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | 3:16-md-02738-MAS-RLS<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Rachel B. Abrams shall be withdrawn as counsel of record for all below listed cases attached hereto on Exhibit A, as she is no longer associated with LEVIN SIMES LLP, formally LEVIN SIMES ABRAMS LLP.

**PLEASE TAKE FURTHER NOTICE** that attorney Samira J. Bokaie shall be added as an attorney of record for all below listed cases attached hereto on Exhibit A. Counsel respectfully requests that all pleadings, notices, orders, correspondence, and other papers be served upon Samira J. Bokaie through CM/ECF and/or at the address below.

1

|  |  |
|---|---|
| Dated: <u>October 18, 2024</u> | Respectfully submitted by,<br><br>*/s/ William A. Levin*<br>William A. Levin (SBN 98592)<br>Samira J. Bokaie (SBN 332782)<br>**LEVIN SIMES LLP**<br>1700 Montgomery Street, Suite 250<br>San Francisco, California 94111<br>Telephone: (415) 426-3000<br>Facsimile: (415) 426-3001<br>Email: wlevin@levinsimes.com<br>Email: sbokaie@levinsimes.com<br><br>*Attorneys for Plaintiffs* |

# EXHIBIT A

## **EXHIBIT A**

| **PLAINTIFF(S) NAME:** | **CASE NUMBER:** |
|---|---|
| Lin Ora Marie Bell | 3:17-cv-02871 |
| Sara Pintaldi Briggs, individually and on behalf of the Estate of Janice M. Armstrong | 3:18-cv-13246 |

Case 3:16-md-02738-MAS-RLS   Document 33390   Filed 10/18/24   Page 4 of 5 PageID: 262726

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on October 10, 2024, which shall send notification of such filing to all CM/ECF participants.

/s/ *William A. Levin*
William A. Levin