## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| ROSETTE TEDESCO, | COMPLAINT AND JURY DEMAND |
| Plaintiff, | Civil Action No.:3:24-cv-9957 |
| v. | |
| JOHNSON & JOHNSON, INC.; JOHNSON & JOHNSON CONSUMER, INC.; JOHNSON & JOHNSON HOLDCO (NA) Inc. f/k/a JOHNSON & JOHNSON CONSUMER Inc. f/k/a CURAHEE HOLDING COMPANY INC. f/k/a JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; JANSSEN PHARMACEUTICALS, INC.; KENVUE, INC.; and LTL MANAGEMENT LLC N/K/A LLT MANAGEMENT LLC; | DIRECT FILED ACTION |
| Defendants. | |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on October 21, 2024 on behalf of Plaintiff ROSETTE TEDESCO.

Dated: October 21, 2024

Respectfully Submitted by,

/s/ *Joseph A. Osborne*
Joseph A. Osborne, Esq.
OSBORNE & FRANCIS LAW FIRM
925 S. Federal Highway, Suite 175
Boca Raton, FL 33432
(561) 293-2600; Fax: (561) 923-8100

josborne@realtoughlawyers.com

**Counsel for Plaintiff(s)**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 21, 2024, a copy of the foregoing Notice of Filing was filed via the Court's CM/ECF electronic filing system.  Notice of this Filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this Filing through the Court's system.

/s/ *Joseph A. Osborne*
Joseph A. Osborne, Esq.
OSBORNE & FRANCIS LAW FIRM