## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SLAES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*SUZANNE MARIE GARRIGUES and SALLY BRYANT*<br>*Case No. 3:24-cv-09771-MAS-RLS* | MDL No. 2738 (MAS) (RLS) |

## NOTICE OF FILING SHORT FORM COMPLAINT

Notice is hereby given pursuant to Case Management Order Nos. 2 and 8 that the Short Form Complaint and Jury Demand has been filed on October 10, 2024, on behalf of SUZANNE MARIE GARRIGUES and SALLY BRYANT.

Respectfully submitted,

Dated: October 21, 2024

> MARY ALEXANDER & ASSOCIATES, P.C.
> /s/ Mary E. Alexander
> Mary E. Alexander. Esq.
> Mary Alexander & Associates, P.C.
> 44 Montgomery Street, Suite 1303
> San Francisco, CA 94104
> Telephone: (415) 433-4440
> Facsimile: (415) 433-5440
> malexander@maryalexanderlaw.com
> *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, the above and foregoing document was filed electronically with the Clerk of the Court and is available for viewing through the Court's electronic filing system. A true and correct copy has been served upon all counsel of record via the Court's ECF system.

       /s/ Mary E. Alexander
       Mary E. Alexander, Esq.