

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

212 Carnegie Center
Suite 400
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

October 25, 2024

<u>*Via* **PACER/ECF**</u>

The Honorable Michael A. Shipp, U.S.D.J.
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: <u>***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, Case No. 3:16-md-2738 (MAS)/(RLS)**</u>

Dear Judge Shipp and Judge Singh:

  We represent Beasley Allen and Andy D. Birchfield, Jr., Esq. (together "Beasley Allen") regarding the pending Motion to Remove Beasley Allen ("Motion") from the Plaintiffs' Steering Committee, *see* ECF No. 33290, and the pending Motion to Disqualify Beasley Allen from this litigation, *see* ECF No. 28760. We are in receipt of the Stay Order entered by the Hon. Christopher Lopez of the United States Bankruptcy Court for the Southern District of Texas, on October 24, 20025, which stays "the pending motion to disqualify, and to remove from the Executive Committee, the Beasley Allen firm from the federal MDL," until December 2, 2024. *See* Exh. A (TXSB ECF No. 57) at pgs. 4-5. We therefore write to confirm that Beasley Allen need not file its opposition to the pending Motion by the previously scheduled deadline today October 25, 2024.

  Thank you for your time and attention to this matter.

                 Respectfully submitted,

                 <u>*/s/  Jeffrey M. Pollock*</u>

                 JEFFREY M. POLLOCK

cc:  All Counsel (*via* ECF)