

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

212 Carnegie Center
Suite 400
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

October 25, 2024

<u>*Via* **PACER/ECF**</u>

The Honorable Michael A. Shipp, U.S.D.J.
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re: ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, Case No. 3:16-md-2738 (MAS)/(RLS)**

Dear Judge Shipp and Judge Singh:

      We represent Beasley Allen and Andy D. Birchfield, Jr., Esq. (together "Beasley Allen") regarding the pending Motion to Remove Beasley Allen ("Motion") from the Plaintiffs' Steering Committee ("PSC"). ECF No. 33290.  By Text Order at 9:30 a.m. yesterday, this Court directed that the schedule requested by counsel and granted by Judge Singh (ECF 33334) is to be complied with.  Several hours after this Text Order was entered, however, Judge Lopez (Bankruptcy Judge overseeing the Red River Talc litigation, expressly Ordered at 1:00 PM  that the bankruptcy stay applies here:

> "The Court supplements the October 21, 2024 ruling to state that the stay also extends to any action by Johnson & Johnson or any other entity to disqualify any counsel in any case."
>
> Case 24-01394, Docket #48

      This Text Order was then formally entered into an Order by Judge Lopez at Docket No. 57, page 7, page 6 (attached for the Court's convenience as **Ex A.**).

      In light of this recent direction from Judge Lopez, we write to seek the Court's agreement that no further filings are to be made in ECF No. 333290 regarding Johnson & Johnson's motion to



October 25, 2024
Page 2

remove Beasley Allen from the Plaintiffs Steering Committee unless and until the Red River Talc litigation stay is removed or, alternatively, we receive a further Order from this Court.

Respectfully submitted,

/s/ Jeffrey M. Pollock

JEFFREY M. POLLOCK

cc: All Counsel (*via* ECF)

**In light of Judge Lopez's Order finding that the stay imposed by the United States Bankruptcy Court for the Southern District of Texas shall "apply to all activity . . . including the pending motion to disqualify, and to remove from the Executive Committee, the Beasley Allen firm in the federal MDL" (ECF No. 33402-1), this Court will stay the briefing schedule for Defendants' Motions (ECF Nos. 28760 & 33290) until the litigation stay has been removed. The Clerk's office shall administratively terminate ECF Nos. 28760 and 33290. Counsel may e-file a letter request to reinstate the motions once the litigation stay has been removed.**

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE

Dated: 10/28/2024