**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**CHAMBERS OF**
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**

**CLARKSON S. FISHER BLDG. &**
**U.S. COURTHOUSE**
**402 EAST STATE STREET**
**TRENTON, NJ 08608**

November 4, 2024

**LETTER ORDER**

Re:     **JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING,**
        **SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**
        **MDL No. 16-2738 (MAS) (RLS)**

Dear Counsel,

        Counsel for various Plaintiffs have filed Motions to Withdraw as Counsel in a number of the individual matters pending within this multidistrict litigation. As the parties are aware, the United States Bankruptcy Court for the Southern District of Texas has entered an Order Determining that the Automatic Stay Applies and Extends to Certain Non-Debtors on October 24, 2024. (*See* Doc. No. 33402-1). In light of that Order, the Court will administratively terminate the pending Motions to Withdraw as Counsel in the individual matters. Counsel may formally renew their Motions, in accordance with the Federal Rules of Civil Procedure, once the litigation stay has been removed.

        Accordingly, exercising this Court's discretion to manage its docket and in light of the litigation stay,

        **IT IS, THEREFORE**, on this **4th** day of **November 2024**,

        **ORDERED** that the Clerk of Court shall ADMINISTRATIVELY TERMINATE the Motions identified in the attached Schedule A.

        **SO ORDERED**.

                                        *s/Rukhsanah L. Singh*
                                        **RUKHSANAH L. SINGH**
                                        **UNITED STATES MAGISTRATE JUDGE**

1

**SCHEDULE A**

|  | CIVIL ACTION NO. | PLAINTIFF NAME IN CAPTION | MOTION PENDING AT DOC. NO. |
|---|---|---|---|
| 1. | 24-7655 | Christina Bennett | 3 |
| 2. | 24-7286 | Kimberly Nash | 3 |
| 3. | 24-6393 | Celia Salazar | 3 |
| 4. | 24-2788 | Nichole York | 3 |
| 5. | 23-23060 | Michelle Sendgraff | 5 |
| 6. | 23-21972 | Charles Gallagher | 8 |
| 7. | 23-21931 | Kathy Oneal | 6 |
| 8. | 23-21892 | Judith Raines | 8 |
| 9. | 21-17823 | Penny Riffe | 4 |
| 10. | 21-16254 | Vivian Smith-Futrell | 3 |
| 11. | 21-16208 | Vanna Andrews | 3 |
| 12. | 21-16187 | Toni Thomas | 3 |
| 13. | 21-16152 | Susette Smith | 3 |
| 14. | 21-16151 | Susan Pedersen | 3 |
| 15. | 21-16148 | Stacy Walker-McGee | 3 |
| 16. | 21-16096 | Yvonne Britten | 3 |
| 17. | 21-16092 | Wendy Lewis | 4 |
| 18. | 21-16065 | Veronica Franklin | 4 |
| 19. | 21-16062 | Trudy Nordick | 4 |
| 20. | 21-16060 | Tracy Jones | 4 |
| 21. | 21-16058 | Shelley Patterson | 3 |
| 22. | 21-16053 | Sheila Callahan | 3 |
| 23. | 21-16052 | Tonya Herring | 4 |
| 24. | 21-16047 | Tonia Fraizer | 4 |
| 25. | 21-16041 | Sharon Thomaston | 3 |
| 26. | 21-16038 | Tomieka Gilbert | 4 |
| 27. | 21-16037 | Tina Culpepper | 4 |
| 28. | 21-16030 | Sandra Sue Burns | 3 |
| 29. | 21-16020 | Teresa Gossard | 4 |
| 30. | 21-16019 | Teresa Coward | 4 |
| 31. | 21-16016 | Tanya Felkins | 4 |
| 32. | 21-15987 | Robin Wyatt | 3 |
| 33. | 21-15984 | Susie Mouat | 4 |
| 34. | 21-15973 | Susan Cruze | 5 |
| 35. | 21-15963 | Rebecca Roberts | 3 |
| 36. | 21-15954 | Porschia Young | 3 |
| 37. | 21-15908 | Phyllis Strawhorn | 3 |
| 38. | 21-15895 | Ora Washington | 3 |
| 39. | 21-15891 | Patricia Talamantes | 3 |
| 40. | 21-15888 | Sharri Neuman | 4 |

| 41. | 21-15882 | Selena Lopez-Rey | 4 |
|-----|----------|------------------|---|
| 42. | 21-15840 | Sandra Jackson | 4 |
| 43. | 21-15839 | Sandra Hicks | 4 |
| 44. | 21-15833 | Nancy Stratton | 3 |
| 45. | 21-15826 | Monica Sanchez | 3 |
| 46. | 21-15821 | Melody Menefee Yingling | 3 |
| 47. | 21-15809 | Marsha Underwood | 3 |
| 48. | 21-15807 | Martha E. Oropeza | 3 |
| 49. | 21-15796 | Maria Soto | 3 |
| 50. | 21-15764 | Rose Mitchell | 4 |
| 51. | 21-15753 | Rosa Gordon | 4 |
| 52. | 21-15751 | Lucia Ruiz | 3 |
| 53. | 21-15742 | Rita Love | 4 |
| 54. | 21-15741 | Regina Whitaker Falcon | 4 |
| 55. | 21-15730 | Lolita Earle Sumpter | 3 |
| 56. | 21-15674 | Penny Hord | 4 |
| 57. | 21-15669 | Lillie Scarlett | 3 |
| 58. | 21-15668 | Patricia Johnson | 4 |
| 59. | 21-15667 | Letitia Taylor | 4 |
| 60. | 21-15661 | Patricia Dias | 4 |
| 61. | 21-15658 | Pamula Moore | 4 |
| 62. | 21-15623 | Nina Masterson | 4 |
| 63. | 21-15621 | Kendra Williams | 3 |
| 64. | 21-15617 | Nancy Crowe | 4 |
| 65. | 21-15612 | Kellie Stewart | 3 |
| 66. | 21-15610 | Michelle May | 4 |
| 67. | 21-15600 | Kaysha Slack | 3 |
| 68. | 21-15596 | Katie Buie | 3 |
| 69. | 21-15582 | Mary Dodd | 4 |
| 70. | 21-15581 | Kathryn Anderson | 3 |
| 71. | 21-15561 | Katherine Dugger | 3 |
| 72. | 21-15525 | Tanjie Johnson | 3 |
| 73. | 21-15505 | Carl Burns | 3 |
| 74. | 21-15485 | Stephanie Logan | 3 |
| 75. | 21-15464 | Marisol Petrefski | 3 |
| 76. | 21-15456 | Amanda Richardson | 3 |
| 77. | 21-15439 | Maria Myers | 4 |
| 78. | 21-15437 | Maria Howe | 4 |
| 79. | 21-15230 | Tammy Daffin | 3 |
| 80. | 21-15193 | Misty Rose Elliott | 3 |
| 81. | 21-15176 | Brittany Smosny | 3 |
| 82. | 21-15170 | Linda Moore | 4 |
| 83. | 21-15148 | Leslie Justice | 4 |

| | | | |
|---|---|---|---|
| 84. | 21-15114 | Leslie Jones | 4 |
| 85. | 21-15112 | Lesa Hobbs | 4 |
| 86. | 21-15088 | Matthew King | 5 |
| 87. | 21-15060 | Lacole Hunt | 4 |
| 88. | 21-15057 | Kristi Gonzalez | 4 |
| 89. | 21-14948 | Judith Williams | 3 |
| 90. | 21-14936 | Joan Owen | 3 |
| 91. | 21-14935 | Joan Mager | 3 |
| 92. | 21-14933 | Jill Moore | 3 |
| 93. | 21-14927 | Jennifer Lee | 3 |
| 94. | 21-14926 | Jennifer Ellis | 3 |
| 95. | 21-14923 | Jean Geary | 3 |
| 96. | 21-14922 | Jean Bruhn | 3 |
| 97. | 21-14921 | Jannie James | 3 |
| 98. | 21-14920 | Janine Deken | 3 |
| 99. | 21-14911 | Jacqueline Speight | 3 |
| 100. | 21-14910 | Jacqueline Reynolds | 3 |
| 101. | 21-14909 | Jacqueline McMillan | 3 |
| 102. | 21-14906 | Ivy Hutzler | 3 |
| 103. | 21-14902 | Irene Martinez | 3 |
| 104. | 21-14895 | Helen Smith | 3 |
| 105. | 21-14890 | Helen Ferriby | 3 |
| 106. | 21-14886 | Hannah Nelson | 3 |
| 107. | 21-14884 | Gloria Kimble | 3 |
| 108. | 21-14872 | Faith Dorcil | 3 |
| 109. | 21-14871 | Exie Tenney | 3 |
| 110. | 21-14870 | Everlyn Davis | 3 |
| 111. | 21-14867 | Esther Key | 3 |
| 112. | 21-14864 | Erlinda Garcia | 3 |
| 113. | 21-14858 | Elipihna Ramon | 3 |
| 114. | 21-14835 | Diana Ocampo | 3 |
| 115. | 21-14833 | Diana Aparicio | 3 |
| 116. | 21-14828 | Denise Hunold | 3 |
| 117. | 21-14825 | Delores Chenault | 3 |
| 118. | 21-14824 | Deena Corkins | 3 |
| 119. | 21-14822 | Debra Nelson | 3 |
| 120. | 21-14821 | Debra Stoehr | 3 |
| 121. | 21-14812 | Deborah Secrest-Kent | 3 |
| 122. | 21-14808 | Deborah Green | 3 |
| 123. | 21-14806 | Deanna Henton | 3 |
| 124. | 21-14804 | Dawnette Owings | 3 |
| 125. | 21-14801 | Dawn Cain | 3 |
| 126. | 21-14797 | Daphne Bowers | 3 |

| 127. | 21-14796 | Danielle Landis | 3 |
|------|----------|-----------------|---|
| 128. | 21-14792 | Cynthia Brooks | 3 |
| 129. | 21-14790 | Cynthia Walker | 3 |
| 130. | 21-14785 | Claudia Martin | 3 |
| 131. | 21-14783 | Clara Temple | 3 |
| 132. | 21-14780 | Christy Willett | 3 |
| 133. | 21-14771 | Celeste Keenan | 3 |
| 134. | 21-14751 | Beverly Hamilton | 3 |
| 135. | 21-14748 | Kelly Flynn | 5 |
| 136. | 21-14746 | Belinda Luna | 3 |
| 137. | 21-14740 | Barbara Samuelsen | 3 |
| 138. | 21-14733 | Barbara Kirby | 3 |
| 139. | 21-14730 | Barbara Dosey | 3 |
| 140. | 21-14729 | Barbara Shuler | 3 |
| 141. | 21-14728 | Arleen East | 3 |
| 142. | 21-14720 | Antoinette Johnson | 3 |
| 143. | 21-14707 | Amy Riegel | 3 |
| 144. | 21-14703 | Amanda Carlton | 3 |
| 145. | 21-14697 | Alexandra Thomas | 3 |
| 146. | 21-14511 | Shamonda Owens | 5 |
| 147. | 21-14509 | Kassandra Hardin | 5 |
| 148. | 21-12582 | Jacob Mason | 6 |
| 149. | 21-10521 | Elizabeth Cea | 8 |
| 150. | 20-14834 | Brandy Williamson | 4 |
| 151. | 19-19788 | Nathaniel King, Sr. | 7 |
| 152. | 19-19787 | Denique Collymore | 7 |
| 153. | 19-12495 | Roberta Ochoa | 8 |
| 154. | 19-8112 | Donald Cheatham | 9 |
| 155. | 18-15697 | Kathleen Crimmins | 9 |
| 156. | 18-9924 | Annie Louise Moore | 8 |
| 157. | 17-4340 | Bertha Brown | 9 |