## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02738-MAS-RLS |
| This document relates to: *Shirley Williams v. Johnson & Johnson, et al.* Civil Action No.: 3:21-cv-20360 | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of the Plaintiff, Shirley Williams, which occurred on April 9, 2024.

Dated: December 4, 2024                    Respectfully submitted,

*/s/William C. Lewis*
William C. Lewis (FBN: 12076)
Richardson Thomas, LLC
1513 Hampton Street
Columbia, South Carolina 29201
T: (803) 281-8150
will@richardsonthomas.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 4, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

Dated: December 4, 2024

                                              */s/William C. Lewis*  
                                              William C. Lewis