**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to All Cases Identifies in the List Attached Hereto as Exhibit "A"* | **MDL NO. 16-2738 (MAS) (RLS)**<br>**JUDGE MICHAEL A. SHIPP**<br>**MAG. JUDGE RUKHSANAH L. SINGH**<br><br>CASE NO. 3:16-md-02738-MAS-RLS<br><br>**NOTICE OF WITHDRAWL AND SUBSTIUTION OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney C. Mark Whitehead, III of Whitehead Law Firm, located at 3639 Ambassador Caffery Parkway, Suite 316, Lafayette, Louisiana 70503 shall be withdrawn as counsel of record for all below listed cases attached hereto as Exhibit "A" as he is no longer representing listed Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that attorney David Patrick Daniel, Jr. of Patrick Daniel Law, 7941 Katy Freeway #791, Houston, Texas 77056 shall be added as attorneys of record for all listed cases attached hereto as Exhibit "A". Counsel respectfully requests that all pleadings, notices, orders, correspondence, and other papers be served upon Patrick Daniel through CM/ECF and/or at the address addressed below.

Dated: December 9, 2024

Respectfully submitted,

*/s/ Patrick Daniel*
Patrick Daniel
State Bar No. 24089305
PATRICK DANIEL LAW
7941 Katy Freeway, Box 791
Houston, Texas 77024
Telephone: (713) 999-6666
Facsimile: (713) 481-9884
Email: service@patrickdaniellaw.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed through the Court's CM/ECF system on December 9, 2024, which shall send notification of such filing to all CM/ECF participants.

*/s/ Patrick Daniel*
Patrick Daniel