# EXHIBIT "A"

|     | **Plaintiff(s)** | **Case Number** |
| --- | --- | --- |
| 1.  | Linda Kay O'Clair, Individually and as Executor of the Estate of Vivian Allen | 3:18-cv-09782 |
| 2.  | Yvette Battle-Nancy | 3:18-cv-09772 |
| 3.  | Sheila Beal | 3:18-cv-13975 |
| 4.  | Marlys Comeau, Individually and as Executor of the Estate of Vicky Berry | 3:18-cv-14094 |
| 5.  | David Brinkman, Individually and as Executor of the Estate of Tracy Lynn Brinkman | 3:18-cv-15636 |
| 6.  | Julius Brittman, III, Individually and as Executor of the Estate of Judy Brittman | 3:18-cv-11689 |
| 7.  | Joanne Clark | 3:18-cv-08368 |
| 8.  | Karen Davis-Thomas | 3:18-cv-08399 |
| 9.  | Judith DiVincenzo | 3:18-cv-08401 |
| 10. | Frank Divita, Individually and as Executor of the Estate of Nancy Divita | 3:18-cv-13518 |
| 11. | Stefanie Rose, Individually and as Executor of the Estate of Marion Judith Donahue | 3:18-cv-11702 |
| 12. | Sandra Dooley | 3:18-cv-09768 |
| 13. | Windy Doughtery | 3:18-cv-11935 |
| 14. | Victoria Ehart | 3:18-cv-03938 |
| 15. | Dawn Elliott | 3:18-cv-12683 |
| 16. | Susan Engle | 3:18-cv-13760 |
| 17. | Rosa Escobedo | 3:18-cv-03684 |
| 18. | Jeanna Fiordiliso | 3:18-cv-05652 |
| 19. | Dorothy Fitch | 3:18-cv-13977 |
| 20. | Tina Flores | 3:18-cv-12688 |
| 21. | Alma Floyd | 3:18-cv-10385 |
| 22. | Teresa Fox | 3:18-cv-13979 |
| 23. | Ricky Frazier, Individually and as Executor of the Estate of Carol Frazier | 3:18-cv-00969 |
| 24. | Gail Kelly, Individually and as Executor of the Estate of Cecelia Gallagher | 3:18-cv-14290 |
| 25. | Crystal Gates | 3:18-cv-11318 |
| 26. | Tabetha Gray | 3:18-cv-06942 |
| 27. | Teresa Ann Davis, Individually and as Executor of the Estate of Joann Haines | 3:18-cv-09682 |
| 28. | Averl Harbin | 3:18-cv-05530 |
| 29. | Belinda Harrell | 3:18-cv-14167 |
| 30. | Brenda Richard, Individually and as Executor of the Estate of Joan Hesselton | 3:18-cv-15630 |
| 31. | Julia Ann Hill | 3:18-cv-13850 |
| 32. | Dawn Hill, Individually and as Executor of the Estate of Cheryl Ann Hill | 3:18-cv-14181 |

| | | |
|---|---|---|
| 33. | Eric Keel, Individually and as Executor of the Estate of Nita Hill-Escobedo | 3:18-cv-02963 |
| 34. | Richard Holmes, Individually and as Executor of the Estate of Marsha Holmes | 3:18-cv-11964 |
| 35. | Kelly Hunter | 3:18-cv-03939 |
| 36. | Roberta Washington, Individually and as Executor of the Estate of Louise Jackson | 3:18-cv-11692 |
| 37. | Patricia Johnson | 3:18-cv-11291 |
| 38. | Elizabeth Jones | 3:18-cv-08448 |
| 39. | Tina Lane | 3:18-cv-11939 |
| 40. | Stacey Lebbert-Herlan, Individually and as Executor of the Estate of Yvonne Lebbert-Herlan | 3:18-cv-12052 |
| 41. | Alta Legros Eaglin, Individually and as Executor of the Estate of Sharon Ann Legros | 3:18-cv-04974 |
| 42. | David Allen Waybright, Individually and as Executor of the Estate of Audrey Maness | 3:18-cv-11136 |
| 43. | Colleen Marquardt | 3:18-cv-13042 |
| 44. | Lori Martins | 3:18-cv-14164 |
| 45. | Wanda McCoy | 3:18-cv-11296 |
| 46. | Luanne McMickle | 3:18-cv-05415 |
| 47. | Laurie McPhillips | 3:18-cv-13859 |
| 48. | Elizabeth Miloro | 3:18-cv-11314 |
| 49. | Bahiya Morton | 3:18-cv-11840 |
| 50. | Andrea Myers | 3:18-cv-13392 |
| 51. | Rebecca O'Connor | 3:18-cv-13856 |
| 52. | Maria Oviedo | 3:18-cv-13848 |
| 53. | Susan Roth | 3:18-cv-11315 |
| 54. | Alicia Blake, Individually and as Executor of the Estate of Cecelia Gallagher Deloris Mae Ruckh | 3:18-cv-11712 |
| 55. | Linda Snyder | 3:18-cv-13270 |
| 56. | Wendy Steppe | 3:18-cv-13863 |
| 57. | Curtis Stevens, Individually and as Executor of the Estate of Cecelia Gallagher Angela Stevens | 3:18-cv-13841 |
| 58. | Janice Stodghill | 3:18-cv-02844 |
| 59. | Rita Campanella, Individually and as Executor of the Estate of Cecelia Gallagher Janet Storti | 3:18-cv-11838 |
| 60. | Stephanie Thilmany | 3:18-cv-14160 |
| 61. | Susan Thomas | 3:18-cv-13981 |
| 62. | Luretta Undercuffler | 3:18-cv-11317 |
| 63. | Natasha VanNess | 3:18-cv-05413 |
| 64. | Rebecca Waller | 3:18-cv-12003 |
| 65. | Rebecca Wilkins | 3:18-cv-13854 |