UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Case Nos. 3:17-cv-123338; 3:17-cv-12342; 3:17-cv-12344; 3:17-cv-12346; 3:20-cv-03434; and 3:23-cv-22719* | MDL NO. 16-2738 (MAS) (RLS) |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective January 1, 2025, the firm name of the LAW OFFICES OF JAMES S. ROGERS has been changed to ROGERS & COVER, PLLC. All future pleadings and papers, exclusive of original process, are to be served and addressed to said attorneys at ROGERS & COVER, PLLC at the contact information below. This Notice applies to Case Nos. 3:17-cv-123338; 3:17-cv-12342; 3:17-cv-12344; 3:17-cv-12346; 3:20-cv-03434; and 3:23-cv-22719.

DATED this 10th day of January, 2025.

          ROGERS & COVER, PLLC

          /s/ James S. Rogers
          James S. Rogers, WSBA #5335

          /s/ Heather M. Cover
          Heather Cover, WSBA # 52146

          Attorneys for Plaintiffs

          705 Second Avenue, Suite 1500
          Seattle, WA 98104
          Telephone: (206) 621-8525
          Fax: (206) 223-8224

E-mail: jsr@jsrogerslaw.com
E-mail: heather@jsrogerslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this court.

                            ROGERS & COVER, PLLC

                            _s/ James S. Rogers_____
                            James S. Rogers, WSBA # 5335
                            Attorney for Plaintiffs