

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

April 14, 2025

Honorable Michael A. Shipp, U.S.D.J.
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re: *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp and Judge Singh:

We represent the Johnson & Johnson Defendants in the above-captioned matter. On October 28, 2024, this Court stayed briefing and administratively terminated Defendants' motions to disqualify Andy Birchfield, Esq., and the Beasley Allen law firm from this litigation, as well as Defendants' separate motion to remove Beasley Allen from the Plaintiffs' Steering Committee. *See* ECF No. 33406. The Court instructed that counsel may e-file a letter requesting that these motions be reinstated once the litigation stay has been lifted. *See id.* With the stay now lifted, Defendants respectfully request that the motions to disqualify or remove (ECF Nos. 28760 and 33290) be reinstated to the Court's active docket.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Jessica L. Brennan

cc: Kristen Fournier, Esq. (via ECF)
Leigh O'Dell, Esq. (via ECF)
Michelle Parfitt, Esq. (via ECF)
All Counsel (via ECF)