**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

April 17, 2025

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:  *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

In accordance with the Court's Order directing the parties to meet and confer on a briefing schedule on Defendants' Motion to Remove Beasley Allen from the Plaintiffs' Steering Committee (Motion at ECF 33290; Suppl. Brief at ECF 33665), the parties jointly propose the following schedule:

- Beasley Allen's opposition is due by **May 6, 2025**;
- Defendants' reply is due by **May 13, 2025**; and
- The motion will be heard at the Court's earliest convenience.

If this proposed schedule is acceptable, the parties respectfully request that this letter be So Ordered. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:  Kristen Fournier, Esq. (via ECF)
Stephen D. Brody, Esq. (via ECF)
Jeffrey Pollock, Esq. (via ECF)
All Counsel of Record (via ECF)

So Ordered this 18th day of April, 2025

Hon. Rukhsanah L. Singh, U.S.M.J.