UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | | |
|---|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) | MDL NO. 3:16-md-2738 (MAS) (RLS) <br><br>JUDGE MICHAEL A. SHIPP <br>MAG. JUDGE RUKHSANAH L. SINGH <br><br>**RESPONSE TO APRIL 16, 2025 ORDER TO SHOW CAUSE (DKT. 33664)** |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| TAMBURELLO, JOANNE B, et al. | 3:20-cv-00023 |
| ALLBACK, CLAIRE, et al. | 3:20-cv-00024 |
| LEONARDI, KAREN, et al. | 3:20-cv-00026 |
| BARAN, EMILIA, et al. | 3:20-cv-00072 |
| KYE, SHERRON, et al. | 3:20-cv-00073 |
| WAGNER, BARBARA, et al. | 3:20-cv-00084 |
| KHALID, SHAISTA, et al. | 3:20-cv-00085 |
| SKOUTELAS, VASILIKI, et al. | 3:20-cv-00087 |
| SMOUDIANIS, CHRISTINE, et al. | 3:20-cv-00092 |
| GONZALEZ, ANNE, et al. | 3:20-cv-00094 |
| BARTASI, MARC, et al. | 3:20-cv-00095 |
| FARMER-JORDAN, SHIRLEY, et al. | 3:20-cv-00172 |
| WILSON, JOYCE M, et al. | 3:20-cv-00185 |
| LETKE, FRANK, et al. | 3:20-cv-00244 |
| BRIDGEWATER, DOW LEE, et al. | 3:20-cv-00245 |
| MONTANEZ, ROLANDO, et al. | 3:20-cv-00290 |
| DARR, GUY, et al. | 3:20-cv-00294 |
| DAVIS, ARTHUR, et al. | 3:20-cv-00326 |
| PATTIT, RONALD, et al. | 3:20-cv-00667 |
| DETORRE, ROBERT, et al. | 3:20-cv-00740 |
| PATRICIA, HAMILTON, et al. | 3:20-cv-00804 |
| BARNSTORF, PAUL, et al. | 3:20-cv-01702 |
| KOLESAR, GAIL, et al. | 3:20-cv-01704 |
| MALANOSKI, ROSEMARIE, et al. | 3:20-cv-01753 |
| WOOD, JAYNE A, et al. | 3:20-cv-02077 |
| SWEAT, KELLY ANN, et al. | 3:20-cv-02269 |
| PEAY, TIFFANY, et al. | 3:20-cv-02281 |
| MEIROWITZ, CLIFFORD ALLEN, et al. | 3:20-cv-02293 |
| NORTON JUNIOR, JOHN P, et al. | 3:20-cv-02310 |
| FRANCIS, MICHAEL, et al. | 3:20-cv-02312 |

| | |
|---|---|
| ARNOLD, KATHRYN, et al. | 3:20-cv-02711 |
| FOSTER, THOMAS, et al. | 3:20-cv-02762 |
| RODRIGUEZ, KATHLEEN L, et al. | 3:20-cv-03150 |
| HOLMES, GEORGE, et al. | 3:20-cv-05712 |
| AMENDOLA, RACHELLE, et al. | 3:20-cv-05717 |
| SEVERINO, JEREMIAH D, et al. | 3:20-cv-05723 |
| ROMANI, VIVIAN, et al. | 3:20-cv-05761 |
| BIBER, JOHN, et al. | 3:20-cv-05951 |
| COOPER, WILLIAM, et al. | 3:20-cv-06375 |
| DRZYMALA, WAYNE, et al. | 3:20-cv-07606 |
| RENFORD, TANYA, et al. | 3:20-cv-07607 |
| MAJCHER, CHRISTIE L, et al. | 3:20-cv-07609 |
| VERA, ELIZABETH, et al. | 3:20-cv-08237 |
| BUFFAMONTI, MICHAEL, et al. | 3:20-cv-08394 |
| MAGNANTI, JAMES, et al. | 3:20-cv-08711 |
| FILICETTI, KAREN, et al. | 3:20-cv-09525 |
| LOVELAND, NANCY JEAN, et al. | 3:20-cv-09527 |
| ZURANSKI, KAREN, et al. | 3:20-cv-11171 |
| MAZGAJ, JOAN, et al. | 3:20-cv-11173 |
| LABARBERA, PHILIP CONRAD, et al. | 3:20-cv-12390 |
| NAYSHLOS, IRINA, et al. | 3:20-cv-12391 |
| KISSOON, MOHABIR, et al. | 3:20-cv-12393 |
| CUTLIP, TERRA L, et al. | 3:20-cv-13069 |
| SUAREZ, PAUL, et al. | 3:20-cv-13112 |

_____

Come now the above captioned Plaintiffs by and through their undersigned counsel of record, and respectfully submit the following Response to the Court's April 16, 2025, Order to Show Cause Why Cases on the Attached Exhibit A Should Not be Dismissed with Prejudice (Dkt. 33664).

In Summary:

1. There was no good-faith basis for Defendants' Order to Show Cause as to these Plaintiffs.

2. **Defendants were timely and properly served with each and every one of these Plaintiffs' PPFs via MDL Centrality over a year ago.** (Exhibit A)

3. **Defendants have been in possession of each and every one of these Plaintiffs' PPFs for over a year.**

4. **Defendants knew or should have known each and every one of these Plaintiffs timely and properly served their respective PPFs.**

5. Defendants either (a) **made no effort** to determine if any of these 54 Plaintiffs had served their PPFs or (b) inexplicably **"missed" 54 PPFs** Defendants had been served with a year ago or (c) simply **did not care**.

6. Finally, Defendants **failed to meet and confer** which would have obviated the Order to Show cause for these Plaintiffs.

As Noted Above:

On May 25, 2024, each and every one of the Plaintiffs listed on the Order's attached Exhibit A at Row ## 34-44, 46-53, 55-72, 74, 75, 77-91 (Dkt. 33664 at pp. 4-6) served Defendants with their Plaintiff Profile Forms via MDL Centrality pursuant the Plaintiff's Profile Form ("PPF") Order (Dkt. 19911).

Attached hereto as **Exhibit A** is a spreadsheet providing the Plaintiff ID in MDL Centrality and the "Original PPF Date" of PPF service for each and every Plaintiff should this Court or Defendants wish to confirm submission dates.

Further, at no time did Defendants attempt to contact the undersigned to meet and confer in good faith as required by the Plaintiff's Profile Form ("PPF") Order.

As such, regarding the Plaintiffs identified on the Order's attached Exhibit A identified at Row ## 34-44, 46-53, 55-72, 74, 75, 77-91, Plaintiffs respectfully request the denial the relief requested together with such other and further relief as deemed proper.

| | |
|---|---|
| Dated: April 25, 2025 | Respectfully Submitted by, |

**GOLDSTEIN GRECO, P.C.**

/s/ Brian A. Goldstein
Brian A. Goldstein
*Counsel for Plaintiffs*
2354 Wehrle Drive
Buffalo, New York  14221
(844) 716-4653
(716) 568-9090 (Facsimile)
bg@goldsteingreco.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein