# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

## DEFENDANTS' NOTICE OF MOTION FOR
## LITIGATION FINANCE DISCOVERY
## AND TO COMPEL COMPLIANCE WITH LOCAL RULE 7.1.1

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned counsel will bring Defendants Johnson & Johnson and LLT Management LLC's Motion For Litigation Finance Discovery And To Compel Compliance With Local Rule 7.1.1 before this Court. Defendants will ask for entry of an order permitting the document requests and requiring Beasley Allen to file a statement disclosing the information required under Local Rule 7.1.1.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Brief submitted herewith and the Declaration of Matthew L. Bush, Esq., together with exhibits, and the arguments and evidence submitted in the original briefing in connection with this litigation finance discovery dispute (*See* ECF Nos. 32827, 32845, 32987, 33085, 33171, 33306); and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: May 12, 2025

Respectfully submitted,

*/s/ Kristen R. Fournier*
Kristen R. Fournier
Matthew L. Bush
**KING & SPALDING LLP**
1185 Avenue of the Americas
34th Floor
New York, NY 10036
(212) 556-2100
kfournier@kslaw.com

*/s/ Jessica L. Brennan*
Jessica L. Brennan
**BARNES & THORNBURG LLP**
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel.: 973-775-6120
jessica.brennan@btlaw.com

*Attorneys for Defendants Johnson & Johnson and LLT Management, LLC (Predecessor to Red River Talc LLC)*