# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>Craig Daniel, Individually and as Successor-in-Interest and Anticipated Personal Representative of the Estate of Suzanne Daniel, deceased v Johnson & Johnson, et al.<br>CAFN: 3:25-cv-04178 | MDL No. 2738 MAS-RLS |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed May 13, 2025 on behalf of Plaintiff Craig Daniel, o/b/o Suzanne Daniel, deceased.

              / s/: M. Brandon Smith
              M. Brandon Smith
              Childers Schlueter & Smith LLC
              Georgia Bar No. 141418
              1932 N. Druid Hills Road, Suite 100
              Atlanta, GA 30319
              404-419-9500- office
              bsmith@cssfirm.com
              Counsel for Plaintiff

Dated: May 13, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2025 a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      / s/: M. Brandon Smith
      M. Brandon Smith