**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3:16-md- 2738 (MAS) (LHG)** <br><br> **JUDGE MICHAEL J. SHIPP** <br> **MAG. JUDGE RUKSANAH L. SINGH** |
| **THIS DOCUMENT RELATES TO:** | |
| *All cases listed on Exhibit A.* | |

## NOTICE OF APPEARANCE

I am authorized to practice in this court, and I appear in this case as counsel for Plaintiffs

in the cases listed on Exhibit A.

Dated: May 15, 2025                    Respectfully submitted,

JAMES C. FERRELL, P.C.

By:      /s/ *James C. Ferrell*
         James C. Ferrell (TX # 16568)
         6226 Washington Ave., Ste. 200
         Houston, TX 77007
         Tel. (713) 337-3855
         jferrell@jamesferrell-law.com

*Counsel for Plaintiffs*

# EXHIBIT A

| Case Number |
| --- |
| 3:25-cv-04138 MICKEL |
| 3:25-cv-04141 ROWE (LAWSON) |
| 3:25-cv-04080 HEFLIN |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |