# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS)<br><br>Motion Day: July 7, 2025 |

*THIS DOCUMENT RELATES TO ALL CASES*

## THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL NON-PARTY PLOS ONE'S COMPLIANCE WITH SUBPOENA

**PLEASE TAKE NOTICE** that, at 9:00 a.m. on July 7, 2025, or at such other time as set by the Court, Plaintiffs, by and through the Plaintiffs' Steering Committee (PSC), will Move to Compel Non-Party Public Library of Science ("PLOS") to Comply with the subpoena issued by Plaintiffs on March 20, 2024.

As fully discussed in Plaintiff's Memorandum of Law in Support of this Motion, the Court should compel PLOS to comply because the discovery sought is relevant, proportional, and nonprivileged.

Plaintiffs respectfully request that the Court grant the Motion to Compel. A proposed order is attached for the Court's consideration.

Dated: May 23, 2025

                                                     Respectfully submitted,

                                                     */s/ P. Leigh O'Dell*
                                                     P. Leigh O'Dell
                                                     BEASLEY, ALLEN, CROW, METHVIN
                                                     PORTIS & MILES, P.C.

218 Commerce St.
Montgomery, AL 36104
Tel: 334-269-2343
leigh.odell@beasleyallen.com
***Plaintiffs' Co-Lead Counsel***

<u>/s/ Michelle A. Parfitt</u>
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel: 202-335-2600
mparfitt@ashcraftlaw.com
***Plaintiffs' Co-Lead Counsel***

<u>/s/ Christopher M. Placitella</u>
Christopher M. Placitella
COHEN, PLACITELLA & ROTH, P.C.
127 Maple Ave.
Red Bank, NJ 07701
Tel: 732-747-9003
clpacitella@cprlaw.com
***Plaintiffs' Liaison Counsel***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

Respectfully submitted,

*/s/ P. Leigh O'Dell*
P. Leigh O'Dell