

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

June 12, 2025

**VIA ECF**

Honorable Michael A Shipp, U.S.D.J.
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:   Plaintiff Profile Form Deficiency List
         Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

We write on behalf of the Johnson & Johnson Defendants regarding our June 11, 2025 letter and the accompanying Plaintiff Profile Form ("PPF") deficiency list [ECF No. 37948], which addresses the Court's Orders to Show Cause. Since filing that letter, certain Plaintiffs have demonstrated that a PPF was submitted or their deficiency was otherwise resolved. Defendants will therefore file an amended deficiency list by Monday, June 16, 2025.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:   All Counsel of Record (via ECF)