# Exhibit A

| List of Cases with a Stipulation of Dismissal with Prejudice Filed | | |
|---|---|---|
| **Case Name** | **Docket Number** | **Filing Counsel** |
| 1.  Patricia Beasley | 3:20-cv-07469 | Linville Law Group |
| 2.  Frinzetta Henry | 3:21-cv-12837 | Linville Law Group |
| 3.  Debbie Lynn Bridges | 3:20-cv-03492 | Linville Law Group |
| 4.  Kim Post | 3:18-cv-01314 | Lanier Law Firm |
| 5.  Clara Romero | 3:21-cv-18579 | Wagstaff Law Firm |
| 6.  Dominique Banks | 3:21-cv-18624 | Weitz & Luxenberg, P.C. |
| 7.  Valerie Bragg | 3:21-cv-17557 | Weitz & Luxenberg, P.C. |
| 8.  Katie Brown | 3:21-cv-16619 | Weitz & Luxenberg, P.C. |
| 9.  Belinda Casas | 3:21-cv-17337 | Weitz & Luxenberg, P.C. |
| 10. Antoinette Contini | 3:21-cv-17027 | Weitz & Luxenberg, P.C. |
| 11. Susan Duran | 3:21-cv-18302 | Weitz & Luxenberg, P.C. |
| 12. Barbara Gainer | 3:21-cv-15039 | Weitz & Luxenberg, P.C. |
| 13. Nettie Hall | 3:21-cv-17024 | Weitz & Luxenberg, P.C. |
| 14. Gayle Lopez | 3:21-cv-16610 | Weitz & Luxenberg, P.C. |
| 15. Michelle Matthews | 3:21-cv-15933 | Weitz & Luxenberg, P.C. |
| 16. Margarita Montiel | 3:21-cv-17022 | Weitz & Luxenberg, P.C. |
| 17. Teufaatamalii Pele | 3:21-cv-17541 | Weitz & Luxenberg, P.C. |
| 18. Keera Reed | 3:21-cv-17023 | Weitz & Luxenberg, P.C. |
| 19. Derricka Thomas | 3:21-cv-17343 | Weitz & Luxenberg, P.C. |
| 20. Donna Lafferty | 3:23-cv-14211 | Weitz & Luxenberg, P.C. |
| 21. Karen Lee | 3:21-cv-14699 | Weitz & Luxenberg, P.C. |
| 22. Marie A. Matthews | 3:23-cv-13561 | Weitz & Luxenberg, P.C. |
| 23. Toni Mayes | 3:21-cv-18633 | Weitz & Luxenberg, P.C. |
| 24. Yolanda Molina | 3:21-cv-18117 | Weitz & Luxenberg, P.C. |
| 25. Linda Murray-Davies | 3:21-cv-18111 | Weitz & Luxenberg, P.C. |
| 26. Deborah Samuelsbaril | 3:21-cv-18778 | Weitz & Luxenberg, P.C. |
| 27. Cynthia Shed | 3:21-cv-18622 | Weitz & Luxenberg, P.C. |
| 28. Wendy Spall | 3:23-cv-14615 | Weitz & Luxenberg, P.C. |
| 29. Susan Springer | 3:21-cv-18513 | Weitz & Luxenberg, P.C. |
| 30. Maryann Storniolo | 3:23-cv-14616 | Weitz & Luxenberg, P.C. |
| 31. Corrina Valley | 3:21-cv-17972 | Weitz & Luxenberg, P.C. |
| 32. Marangely Custodio | 3:21-cv-17529 | Weitz & Luxenberg, P.C. |
| 33. Jennifer Durheim | 3:21-cv-17347 | Weitz & Luxenberg, P.C. |
| 34. Leticia Villalobos | 3:21-cv-17460 | Weitz & Luxenberg, P.C. |
| 35. Graciela Gruber | 3:20-cv-12996 | Trammell PC |
| 36. Vicky Oney | 3:17-cv-10849 | Lanier Law Firm |

| | | |
|---|---|---|
| 37. Brenda Racine | 3:17-cv-10792 | Lanier Law Firm |
| 38. Jensen Dagmar | 3:17-cv-0950 | Beasley Allen |
| 39. Jimmy Hollinsworth o/b/o Sherri Hollingsworth | 3:21-cv-19113 | Weitz & Luxenberg, P.C. |
| 40. Donna M. Johnson | 3:24-cv-08904 | Weitz & Luxenberg, P.C. |
| 41. Carol Johnson | 3:17-cv-9747 | Slack & Davis LLP |
| 42. Oscar Rubido | 3:20-cv-13437 | Bisnar Chase |