# Exhibit B

| Cases with an Improper Notice of Voluntary Dismissal | | |
|---|---|---|
| **Case Name** | **Docket Number** | **Filing Counsel** |
| 1. Wanda Ravin | 3:20-cv-12057 | Nachawati Law Group |
| 2. Marlita Manns | 3:20-cv-11317 | Nachawati Law Group |
| 3. Rosa M. McElroy-Ellison | 3:20-cv-17169 | Nachawati Law Group |
| 4. Jeanette Linder | 3:20-cv-18401 | Nachawati Law Group |
| 5. Kenita Chelsey | 3:20-cv-16656 | Nachawati Law Group |
| 6. Mildred Willingham | 3:20-cv-18254 | Nachawati Law Group |
| 7. Debra Carver | 3:20-cv-16581 | Nachawati Law Group |
| 8. Nancy Clifford | 3:20-cv-16658 | Nachawati Law Group |
| 9. Katina Davis | 3:20-cv-16839 | Nachawati Law Group |
| 10. Denise Craven | 3:20-cv-18956 | Nachawati Law Group |
| 11. Catherine Roberson | 3:20-cv-17748 | Nachawati Law Group |
| 12. Tarita Fulton | 3:20-cv-17116 | Nachawati Law Group |
| 13. Rosa Lee Locklear | 3:20-cv-18445 | Nachawati Law Group |
| 14. Sharon Campbell | 3:20-cv-16619 | Nachawati Law Group |
| 15. Cesar Gonzalo | 3:20-cv-11148 | Nachawati Law Group |
| 16. Tiffeny Nance | 3:20-cv-15838 | Nachawati Law Group |
| 17. Richard Downing | 3:20-cv-11933 | Nachawati Law Group |
| 18. Alisha Raymond | 3:20-cv-16559 | Nachawati Law Group |
| 19. Kimberly Ann Kanganis | 3:20-cv-17427 | Nachawati Law Group |
| 20. Rahesha Patterson | 3:20-cv-17706 | Nachawati Law Group |
| 21. Dora May Conner-McQuire | 3:20-cv-16845 | Nachawati Law Group |
| 22. Rose Mary Clark | 3:20-cv-16700 | Nachawati Law Group |
| 23. Jacqueline Olson | 3:20-cv-16018 | Nachawati Law Group |
| 24. Winifred Redmond | 3:20-cv-17788 | Nachawati Law Group |
| 25. Roberta Perry | 3:20-cv-17526 | Nachawati Law Group |
| 26. Juanita Graham | 3:20-cv-16979 | Nachawati Law Group |
| 27. Emma Howard | 3:20-cv-11555 | Nachawati Law Group |
| 28. Dustin Maxwell | 3:20-cv-11726 | Nachawati Law Group |
| 29. Lisa Marie Meyers | 3:20-cv-09698 | Nachawati Law Group |
| 30. Maribel Lamonte | 3:20-cv-01675 | Nachawati Law Group |
| 31. Deidre A. Dailey | 3:20-cv-16755 | Nachawati Law Group |
| 32. Jacqueline Leigh Harris | 3:20-cv-17401 | Nachawati Law Group |
| 33. Renee Andrews | 3:20-cv-16411 | Nachawati Law Group |
| 34. Minnie Shank | 3:20-cv-18069 | Nachawati Law Group |
| 35. Deborah Frazier | 3:20-cv-10728 | Nachawati Law Group |
| 36. Deon Williams | 3:20-cv-11203 | Nachawati Law Group |
| 37. Chyna Reed | 3:20-cv-17811 | Nachawati Law Group |

| | | |
|---|---|---|
| 38. Retha Dowells-Coble | 3:20-cv-16951 | Nachawati Law Group |
| 39. Shirley D. Stafford | 3:20-cv-17874 | Nachawati Law Group |
| 40. Vanessa Flanigan | 3:20-cv-16881 | Nachawati Law Group |
| 41. Joyce Wyatt | 3:20-cv-18180 | Nachawati Law Group |
| 42. Tory Desomer | 3:20-cv-16814 | Nachawati Law Group |
| 43. Amanda Canaday | 3:20-cv-16620 | Nachawati Law Group |
| 44. Carlene Johnson | 3:20-cv-09596 | Nachawati Law Group |
| 45. Latoya Sneade | 3:20-cv-10607 | Nachawati Law Group |
| 46. Patricia Rayford | 3:20-cv-17763 | Nachawati Law Group |
| 47. Alice Adams | 3:20-cv-10659 | Nachawati Law Group |
| 48. Diane Johansen | 3:20-cv-17649 | Nachawati Law Group |
| 49. Colleen Baker | 3:20-cv-16316 | Nachawati Law Group |
| 50. Natalia Burukhina | 3:20-cv-16601 | Nachawati Law Group |
| 51. Cindy Wezensky | 3:20-cv-10441 | Nachawati Law Group |
| 52. Cynthia Reyes | 3:20-cv-18807 | Nachawati Law Group |
| 53. Shirley Stancato | 3:20-cv-11961 | Nachawati Law Group |
| 54. Anita L. Knox | 3:20-cv-15728 | Nachawati Law Group |
| 55. Marianne Caron | 3:20-cv-16573 | Nachawati Law Group |
| 56. Christy Henry | 3:20-cv-10997 | Nachawati Law Group |
| 57. Ladevia Hartsfield | 3:20-cv-10096 | Nachawati Law Group |
| 58. Judith Kenny | 3:20-cv-15978 | Nachawati Law Group |
| 59. Leticia Lemus | 3:20-cv-19294 | Nachawati Law Group |
| 60. Ruby Manning | 3:20-cv-17344 | Nachawati Law Group |
| 61. Denisa McDowell | 3:20-cv-11254 | Nachawati Law Group |
| 62. Sonya Willis | 3:20-cv-15813 | Nachawati Law Group |
| 63. Stacy Stuckert | 3:20-cv-17664 | Nachawati Law Group |
| 64. Paula White | 3:20-cv-10898 | Nachawati Law Group |
| 65. Crystal Thomas | 3:20-cv-10383 | Nachawati Law Group |
| 66. Adriana Virgil | 3:20-cv-11333 | Nachawati Law Group |
| 67. Tawnya Diaz | 3:20-cv-16880 | Nachawati Law Group |
| 68. Betty Long | 3:20-cv-11593 | Nachawati Law Group |
| 69. Rose Esposito | 3:20-cv-10990 | Nachawati Law Group |
| 70. Iris Dejesus | 3:20-cv-10932 | Nachawati Law Group |
| 71. Rhonda Weber | 3:20-cv-11950 | Nachawati Law Group |
| 72. Alicia Randolph | 3:20-cv-16527 | Nachawati Law Group |
| 73. Carlene Johnson | 3:20-cv-09596 | Nachawati Law Group |
| 74. Jeannette A. Crowl | 3:20-cv-11874 | Nachawati Law Group |
| 75. Arzetta Grays | 3:20-cv-16391 | Nachawati Law Group |
| 76. Edna Silcott | 3:20-cv-18099 | Nachawati Law Group |
| 77. Tara Ward | 3:20-cv-18179 | Nachawati Law Group |
| 78. Sharon E. Crump | 3:20-cv-11761 | Nachawati Law Group |

| | | |
|---|---|---|
| 79. Bobbie Mays | 3:20-cv-18495 | Nachawati Law Group |
| 80. Jan Dankert | 3:20-cv-10774 | Nachawati Law Group |
| 81. Jeanette Maldonado | 3:20-cv-17341 | Nachawati Law Group |
| 82. Sharon Eifler | 3:20-cv-11769 | Nachawati Law Group |
| 83. Mike Boykov | 3:20-cv-12054 | Nachawati Law Group |
| 84. Susan Barton | 3:20-cv-16409 | Nachawati Law Group |
| 85. Kimberly McCully | 3:20-cv-01615 | Nachawati Law Group |
| 86. Willie Mae Glass | 3:20-cv-16945 | Nachawati Law Group |
| 87. Jaime Tatro | 3:20-cv-11864 | Nachawati Law Group |
| 88. Chakara Nicole Barker | 3:20-cv-16311 | Nachawati Law Group |
| 89. Vonda Lee Bundy | 3:20-cv-11397 | Nachawati Law Group |
| 90. Michelle A. Newton | 3:20-cv-17536 | Nachawati Law Group |
| 91. Aaisha Berry | 3:20-cv-10604 | Nachawati Law Group |
| 92. Doris Meneses | 3:20-cv-11273 | Nachawati Law Group |
| 93. Nichole Hicks | 3:20-cv-17038 | Nachawati Law Group |
| 94. Yvonne Partee | 3:20-cv-17687 | Nachawati Law Group |
| 95. Naomi Davenport | 3:20-cv-16827 | Nachawati Law Group |
| 96. Kristina Anderson | 3:20-cv-16387 | Nachawati Law Group |
| 97. Misty Combs | 3:20-cv-16793 | Nachawati Law Group |