# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738<br><br>Civil Action No. 16-2738 (MAS) (RLS)<br><br>**ORDER** |

This matter came before the Court for an in-person status conference on June 17, 2025. For the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 17th day of June 2025,

**ORDERED** that:

1. By **June 24, 2025**, the parties shall e-file correspondence that sets forth their positions regarding the appointment of Freda L. Wolfson, U.S.D.J. (ret.) for the limited purpose of addressing the Rule 702 motions in this matter.

2. By **June 24, 2025**, the PSC must identify and e-file correspondence proposing a single case that it would like to be tried as the first bellwether trial.

_____
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE