

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

June 19, 2025

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

      Re: *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
           Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp and Judge Singh:

    We thank the Court for its consideration of the Plaintiffs' Steering Committee's request to proceed with a bellwether trial at the earliest possible opportunity. Additionally, we recognize the Court's significant caseload and the need for assistance in addressing the numerous Rule 702 motions submitted by both parties.

    In light of these circumstances, and given that the Lowenstein Sandler firm no longer represents the Johnson & Johnson Defendants, the Plaintiffs' Steering Committee has no objection to the Court's appointment of the Honorable Freda L. Wolfson, U.S.C.J. (retired), as the Special Master responsible for addressing the Rule 702 motions.

Hon. Michael A. Shipp, U.S.D.J.<br>
Hon. Rukhsanah L. Singh, U.S.M.<br>
June 19, 2025<br>
Page 2

Upon Judge Wolfson's appointment pursuant to Rule 53, we look forward to meeting with her at the earliest feasible time to discuss the forthcoming process.

We appreciate the Court's attention to this matter.

Respectfully submitted,

| */s/ P. Leigh O'Dell* | */s/ Michelle A. Parfitt* |
|---|---|
| P. Leigh O'Dell | Michelle A. Parfitt |

cc: Jessica Brennan (via email)
    Kristin Fournier (via email)
    All Counsel (via ECF)