

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com



**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

June 24, 2025

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
     **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

  In accordance with the Court's Order of June 17, 2025 (ECF 38985), the Plaintiffs' Steering Committee submits this letter brief identifying the following case for the first bellwether trial: *Carter Judkins v. Johnson & Johnson, et al.* (No. 3:19-cv-12430-MAS-RLS).

  Thank you for your consideration of this matter.

          Respectfully submitted,

  *s/ P. Leigh O'Dell*       *s/ Michelle A. Parfitt*

  P. Leigh O'Dell         Michelle A. Parfitt

Hon. Michael A. Shipp, U.S.D.J.
Hon. Rukhsanah L. Singh, U.S.M.J.
June 24, 2025
Page 2

cc: Jessica Brennan, Esq. (via email)
Kristen Fournier, Esq. (via email)
All Counsel (via ECF)