IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This relates to certain cases previously represented by Robinson Calcagnie, Inc. and/or Lenze Lawyers, PLC in Dkt. 39414 Exhibit A* | MDL No. 3:16-md-02738-MAS-RLS<br><br>Honorable Michael A. Shipp<br><br>**RESPONSE TO ORDER TO DISMISS THE CASES LISTED ON EXHIBIT A SUBJECT TO PLAINTIFF PROFILE FORM ORDER TO SHOW CAUSE (DKT. 39414)** |

Daniel S. Robinson of Robinson Calcagnie, Inc., and Jennifer Lenze of Lenze Lawyers, PLC submit the following Response to the Court's June 25, 2025 Order to Dismiss the Cases Listed on Exhibit A Subject to Plaintiff Profile Form Order to Show Cause (Dkt. 39414). Mark P. Robinson, Jr. of Robinson Calcagnie, Inc., and Jennifer Lenze of Lenze Lawyers, PLC filed motions to withdraw as counsel for the Plaintiffs listed in the chart below:

| Plaintiff | Case Number | Date Motion to Withdraw Granted | Deadline for Plaintiff to Notify Court of New Counsel or Proceeding Pro Per |
|---|---|---|---|
| Buie, Katie | 3:21-cv-15596 | 5/23/2025 | 7/2/2025 |
| Crowe, Nancy | 3:21-cv-15617 | 5/23/2025 | 7/2/2025 |
| Doman, Danielle | 3:21-cv-13441 | 5/23/2025 | 7/2/2025 |
| Dugger, Katherine | 3:21-cv-15561 | 5/23/2025 | 7/2/2025 |

1

| Plaintiff | Case Number | Date Motion to Withdraw Granted | Deadline for Plaintiff to Notify Court of New Counsel or Proceeding Pro Per |
|---|---|---|---|
| Elliott, Misty Rose | 3:21-cv-15193 | 5/23/2025 | 7/2/2025 |
| Falcon, Regina Whitaker | 3:21-cv-15741 | 5/23/2025 | 7/2/2025 |
| Figures, Janice | 3:21-cv-13441 | 5/23/2025 | 7/2/2025 |
| Herring, Tonya | 3:21-cv-16052 | 5/23/2025 | 7/2/2025 |
| Hillin, Kathy | 3:21-cv-13454 | 5/23/2025 | 7/2/2025 |
| Hord, Penny | 3:21-cv-15674 | 5/23/2025 | 7/2/2025 |
| Howe, Maria | 3:21-cv-13454 | 5/23/2025 | 7/2/2025 |
| Hunter, Lakesha | 3:21-cv-13454 | 5/23/2025 | 7/2/2025 |
| Jamison, Donna | 3:21-cv-13454 | 5/23/2025 | 7/2/2025 |
| Johnson, Tanjie | 3:21-cv-15525 | 5/23/2025 | 7/2/2025 |
| Lansdale, Mary | 3:21-cv-13450 | 5/23/2025 | 7/2/2025 |
| Logan, Stephanie | 3:21-cv-15485 | 5/23/2025 | 7/2/2025 |
| Love, Rita | 3:21-cv-15742 | 5/23/2025 | 7/2/2025 |
| Martin, Claudia | 3:21-cv-14785 | 5/23/2025 | 7/2/2025 |
| Martin, Sherry | 3:21-cv-13450 | 5/23/2025 | 7/2/2025 |
| Masterson, Nina | 3:21-cv-15623 | 5/23/2025 | 7/2/2025 |
| May, Michelle | 3:21-cv-15610 | 5/23/2025 | 7/2/2025 |
| Moore, Pamula | 3:21-cv-15658 | 5/23/2025 | 7/2/2025 |
| Myers, Maria | 3:21-cv-15439 | 5/23/2025 | 7/2/2025 |
| Oropeza, Martha | 3:21-cv-15807 | 5/23/2025 | 7/2/2025 |
| Petrefski, Marisol | 3:21-cv-15464 | 5/23/2025 | 7/2/2025 |
| Richardson, Amanda | 3:21-cv-15456 | 5/23/2025 | 7/2/2025 |
| Roberts, Carrie | 3:21-cv-13443 | 5/23/2025 | 7/2/2025 |
| Robinson, Patricia | 3:21-cv-13443 | 5/23/2025 | 7/2/2025 |
| Scarlett, Lillie | 3:21-cv-15669 | 5/23/2025 | 7/2/2025 |
| Slack, Kaysha | 3:21-cv-15600 | 5/23/2025 | 7/2/2025 |
| Smosny, Brittany | 3:21-cv-15176 | 5/23/2025 | 7/2/2025 |
| Stewart, Kellie | 3:21-cv-15612 | 5/23/2025 | 7/2/2025 |
| Sumpter, Lolita Earle | 3:21-cv-15730 | 5/23/2025 | 7/2/2025 |
| Taylor, Letitia | 3:21-cv-15667 | 5/23/2025 | 7/2/2025 |
| Williams, Kendra | 3:21-cv-15621 | 5/23/2025 | 7/2/2025 |
| Yingling, Melody Menefee | 3:21-cv-15821 | 5/23/2025 | 7/2/2025 |
| Young, Porschia | 3:21-cv-15954 | 5/23/2025 | 7/2/2025 |

On May 23, 2025, the Hon. Rukhsanah L. Singh issued a Letter Order granting the motions to withdraw as counsel for the Plaintiffs listed in the chart above (Dkt. 35383). The Letter Order stated that the Plaintiffs had until July 2, 2025, to have new counsel enter their appearance in this matter or notify the Court if they intend to proceed *pro se*. Since this deadline has not yet passed, Daniel S. Robinson of Robinson Calcagnie, Inc., and Jennifer Lenze of Lenze Lawyers, PLC respectfully ask the Court to not dismiss the cases in the chart above until sometime after the abovementioned July 2, 2025 deadline.

Dated: June 26, 2025

ROBINSON CALCAGNIE, INC.

By: /s/ *Daniel S. Robinson*
Daniel S. Robinson
19 Corporate Plaza Drive
Newport Beach, CA 92660
(949) 720-1288
mrobinson@robinsonfirm.com

*Former Counsel for Plaintiffs*

LENZE LAWYERS, PLC.

By: /s/ *Jennifer Lenze*
Jennifer Lenze
999 Corporate Drive, Suite 100
Ladera Ranch, California 92694
(310) 322-8800
jlenze@lenzelawyers.com

*Former Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ *Daniel S. Robinson*
      Daniel S. Robinson