# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON **DATE:** JUNE 17, 2025

**JUDGE MICHAEL A. SHIPP**

**MAGISTRATE JUDGE RUKHSANAH L. SINGH**

**COURT REPORTER:** SHANNAN GAGLIARDI

**CIVIL ACTION # 3:16-MD-2738 (MAS) (RLS)**

**TITLE OF CASE:**
IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
See attached sign-in sheets.

**NATURE OF PROCEEDINGS:**
Status Conference held.
Order to issue.

Time Commenced: 2:03 PM
Time Adjourned: 2:40 PM
Total Time:     37 mins

s/ James Balfour
**DEPUTY CLERK**