# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**MDL No. 2738 (FLW) (LHG)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT**


Pursuant to Local Rule 7.1.1, The Smith Law Firm, PLLC, without waiver of any rights or objections, states as follows:

1. The Smith Law Firm, PLLC, has received litigation funding relating to clients it represents in the MDL.  Funding is provided by SLF1 Funding LLC and TA1 Funding LLC, both Delaware companies located at 152 West 57th Street, 26th Floor, New York, NY 10019 (collectively, "Lenders").

2. The Lenders' approval is not necessary for litigation decisions or settlement decisions in this action and the Lenders have no authority to make litigation or settlement decisions.

3. The Lenders provide non-recourse funding to The Smith Law Firm, PLLC, which is secured, in part, by the cases it represents in the MDL. This Funding is non-recourse and not contingent on the results of this litigation.  Therefore, The Smith Law Firm, PLLC does not believe that disclosure is required by Local Rule 7.1.1.  Nevertheless, The Smith Law Firm, PLLC, files this disclosure in the spirit of full disclosure.

Respectfully Submitted,


/s/ *R. Allen Smith, Jr.*
R. Allen Smith, Jr.
asmith@smith-law.org
**THE SMITH LAW FIRM, PLLC**
300 Concourse Blvd., Ste 104
Ridgeland, MS  39157