UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL No. 16-2738 (MAS) (RLS) |

### PLAINTIFFS' STEERING COMMITTEE'S PROPOSAL REGARDING PLAINTIFFS' LEAD NEGOTATION COUNSEL

In response to the Court's July 17, 2025 Order, the Plaintiffs' Steering Committee, by and through Co-Lead Counsel, proposes that Christopher A. Seeger be appointed as Plaintiffs' Lead Negotiation Counsel.

Dated: July 25, 2025

Respectfully submitted,

/s/ P. Leigh O'Dell
P. Leigh O'Dell
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce St.
Montgomery, AL 36104
leigh.odell@beasleyallen.com
***Plaintiffs' Co-Lead Counsel***

/s/ Michelle A. Parfitt
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700

        Washington, DC 20006
        mparfitt@ashcraftlaw.com
        ***Plaintiffs' Co-Lead Counsel***

        */s/ Christopher M. Placitella*
        Christopher M. Placitella
        COHEN, PLACITELLA & ROTH, P.C.
        127 Maple Ave.
        Red Bank, NJ 07701
        clpacitella@cprlaw.com
        ***Plaintiffs' Liaison Counsel***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive services in this MDL.

        Respectfully submitted,

        */s/ P. Leigh O'Dell*
        P. Leigh O'Dell