UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

## ORDER SETTING FINAL PRETRIAL CONFERENCE

**THIS MATTER** having come before the Court upon the June 24, 2025 letter from the Plaintiffs' Steering Committee (the "PSC"), identifying a case for a bellwether trial in this multidistrict litigation ("MDL"), (Doc. No. 39403); and the Court having reviewed the status of this matter; and for good cause shown,

**ORDERED** that the undersigned will conduct a Final Pretrial Conference in the bellwether matter, *Carter Judkins v. Johnson & Johnson, et al.*, No. 19-cv-12430 (MAS) (RLS), pursuant to Federal Rule of Civil Procedure 16(e) at the Clarkson S. Fisher Building & United States Courthouse, 402 East State Street, Trenton, New Jersey, Courtroom 7W, on **November 5, 2025 at 10:00 a.m.** Trial counsel must attend the Conference; and it is further

**ORDERED** that the parties shall identify their respective lead trial counsel for the bellwether by way of letter electronically filed with the Court by **October 1, 2025**; and it is further

**ORDERED** that, in preparation of the Final Pretrial Conference, counsel shall meet and confer to:

1. Stipulate to as many facts and issues as possible;

2. Prepare a proposed Final Pretrial Order in the form and content as required by the Court;

1

3.  Examine all exhibits and documents proposed to be used at trial; and

4.  Complete all other matters which may expedite both the pretrial and trial phase of the case; and it is further

**ORDERED** that appropriate markers shall be affixed to the exhibits at or prior to the time they are shown to opposing counsel at the meeting of counsel referred to above, and each marker will bear the number or letter of the exhibit to which it is affixed; and it is further

**ORDERED** that, by no later than **one (1) week before the conference**, the parties shall submit one (1) copy of the joint proposed Final Pretrial Order **via email at rls_orders@njd.uscourts.gov**, with one (1) courtesy hard copy sent to Chambers; and it is further

**ORDERED** that, once the Court enters the Final Pretrial Order, amendments to that Order will not be permitted unless the Court determines that manifest injustice would result if the amendment is not allowed; and it is further

**ORDERED** that any outstanding discovery disputes must be presented to the Court for resolution before the entry of the Final Pretrial Order; and it is further

**ORDERED** that failure to comply with this Order may result in the imposition of sanctions or other relief, as appropriate, which may include an assessment of the costs and expenses incurred by those parties who appeared as directed.

**SO ORDERED.**

_____
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE