**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738<br><br>Civil Action No. 16-2738 (MAS) (RLS)<br><br>**ORDER** |

This matter comes before the Court upon Defendants Johnson & Johnson ("J&J") and LLT Management, LLC's (collectively, "Defendants") Objection to the Special Master's Order No. 17 partially granting the Plaintiff Steering Committee (the "PSC") leave to file a Second Amended Master Complaint (the "Objection"). (ECF No. 28922.) The PSC opposed (ECF No. 28992), and Defendants replied (ECF No. 29033). After careful consideration of the parties' submissions, the Court decides Defendants' Objection without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

IT IS, on this 5th day of August 2025, **ORDERED** as follows:

1. Defendants' Objection (ECF No. 28922) is **DENIED.**

2. The Special Master's Order No. 17 (ECF No. 28902) is **AFFIRMED.**

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**
