**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

**NOTICE OF DEFENDANTS JOHNSON & JOHNSON AND LLT MANAGEMENT, LLC'S MOTION, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 53(F), OBJECTING TO SPECIAL MASTER ORDER NO. 29 (ADDRESSING DEFENDANTS' RENEWED MOTION FOR LITIGATION FINANCE DISCOVERY AND TO COMPEL COMPLIANCE WITH LOCAL RULE 7.1.1) (ECF NO. 40778)**

**PLEASE TAKE NOTICE** that on August 11, 2025, the undersigned counsel will bring Defendants Johnson & Johnson and LLT Management, LLC's Motion, Pursuant to Federal Rule of Civil Procedure 53(f), Objecting to Special Master Order No. 29 (Addressing Defendants' Renewed Motion for Litigation Finance Discovery and to Compel Compliance with Local Rule 7.1.1) (ECF No. 40778) before this Court. For the reasons explained in the Objection filed herewith, Defendants will ask for an order (1) reversing and vacating Special Master Order No. 29 (ECF No. 40778), (2) requiring all plaintiffs represented by Beasley Allen to submit a Local Rule 7.1.1 statement, and (3) compelling Beasley Allen's compliance with Defendants' subpoena (ECF No. 32201), or at a minimum, requiring an in camera review of responsive documents.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the brief submitted herewith, the Declaration of Matthew L. Bush, Esq., together with exhibits, and any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith; and

**PLEASE TAKE FURTHER NOTICE THAT** oral argument is requested.

Dated: August 11, 2025

Respectfully submitted,

/s/ Kristen R. Fournier

Kristen R. Fournier
Matthew L. Bush
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
kristen.fournier@kirkland.com
matthew.bush@kirkland.com

/s/ Jessica L. Brennan

Jessica L. Brennan
**BARNES & THORNBURG LLP**
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel.: 973-775-6120
jessica.brennan@btlaw.com

*Attorneys for Defendants Johnson &
Johnson and LLT Management, LLC
(predecessor to Red River Talc LLC)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 11, 2025, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica L. Brennan*
Jessica L. Brennan
