**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

August 12, 2025

**VIA ELECTRONIC FILING**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp:

We represent the Johnson & Johnson Defendants in the above-captioned matter. On August 11, 2025, Defendants filed a motion objecting to Special Master Order No. 29, which addresses Defendants' renewed motion for litigation finance discovery and to compel compliance with Local Rule 7.1.1. *See* ECF No. 41929.

Defendants have since decided not to pursue these objections and hereby withdraw their objection to Special Master Order No. 29 (ECF No. 41929).

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:   All Counsel of Record (via ECF)

So Ordered this 12th day of August 2025

*/s/ M. Shipp*
Honorable Michael A. Shipp, U.S.D.J.