**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

August 28, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
      **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

In accordance with the Court's Order directing the parties to file a joint proposed schedule regarding the anticipated motion for a protective order to preclude the deposition of Dr. Barry I. Castleman (ECF No. 42677), the parties jointly propose the following schedule:

- Defendants' Motion is due by Friday, **September 12, 2025**;
- Plaintiffs' opposition is due by Monday, **September 22, 2025**;
- Defendants' reply is due by Monday, **September 29, 2025**.

If this proposed schedule is acceptable, the parties respectfully request that this letter be So Ordered. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:   All Counsel of Record (via ECF)

So Ordered this 4th day of September, 2025.

Hon. Rukhsanah L. Singh, U.S.M.J.