

Montgomery
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Atlanta
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

September 15, 2025

Honorable Freda Wolfson, U.S.C.J. (ret.)
Lowenstein Sandler
One Lowenstein Drive
Roseland, NJ 07068

>   **Re:   *Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
>   Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Wolfson:

We are writing to advise that Dr. Longo's PLM *chrysotile* testing will not be offered during any of the trials of the six bellwether pool plaintiffs, including the *Judkins* bellwether trial. Though we believe Dr. Longo's methodology is sound, we are willing to forgo such testimony to help advance the *Judkins* bellwether trial and any currently selected bellwether cases.

We understand from our recent conference that the first possible dates for a hearing are in November 2025. A pretrial conference in the *Judkins* case is set for November 5, 2025.

This would hopefully allow the initial bellwether case to proceed to trial as quickly as possible.

Thank you for your consideration.

Respectfully submitted,

*s/ P. Leigh O'Dell*                                *s/ Michelle A. Parfitt*

P. Leigh O'Dell                                     Michelle A. Parfitt

Case 3:16-md-02738-MAS-RLS   Document 42947   Filed 09/15/25   Page 2 of 2 PageID: 287645

Hon. Freda Wolfson, U.S.C.J. (ret.)
September 15, 2025
Page 2

cc: Plaintiffs' Leadership (via email)
Jessica Brennan, Esq. (via email)
Kristen Fournier, Esq. (via email)