

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

September 22, 2025

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
           **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

    Plaintiffs write today to request an extension of time to file their opposition to Defendants' motion for protective order (ECF No. 42826). Pursuant to the Court's previous scheduling Order (ECF No. 42791), Plaintiffs opposition would be due today. Plaintiffs respectfully request that the Court extend the deadlines as follows:

- Plaintiffs' Opposition   -   September 29, 2025
- Defendants' Reply   -   October 6, 2025

    Plaintiffs have conferred with counsel for the Johnson & Johnson Defendants, who consent to this request. The parties remain available for oral argument as scheduled by the Court for October 17, 2025.

    Thank you for your consideration of this matter.

                        Respectfully submitted,

*s/ P. Leigh O'Dell*                  *s/ Michelle A. Parfitt*

P. Leigh O'Dell                      Michelle A. Parfitt

Hon. Rukhsanah L. Singh, U.S.M.J.
September 22, 2025
Page 2 of 2

cc:    Jessica Brennan, Esq. (via email)
       Kristen Fournier, Esq. (via email)
       All Counsel (via ECF)