

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

October 1, 2025

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

    *Re:*    *Carter Judkins v. Johnson & Johnson, et al.*
            Case No.: 3:19-cv-12430

Dear Judge Shipp and Judge Singh:

Pursuant to the Court's order of August 4, 2025 (Dkt. 41196), Plaintiff Carter Judkins respectfully identifies the following trial counsel for the upcoming bellwether trial:

- P. Leigh O'Dell
- Andy D. Birchfield
- Michelle A. Parfitt
- Christopher V. Tisi

Ms. O'Dell will serve as lead trial counsel. Ms. O'Dell, Ms. Parfitt, and Mr. Tisi will be present for the Final Pretrial Conference scheduled for November 5, 2025. On November 5, Mr. Birchfield will be serving as lead trial counsel in *Monica Kent, et al. v. Johnson & Johnson, et al.*, in the Superior Court of California, Los Angeles

Hon. Michael A. Shipp, U.S.D.J.<br>
Hon. Rukhsanah L. Singh, U.S.M.<br>
October 1, 2025<br>
Page 2

County. The multi-plaintiff trial of the *Kent* case, as well as *Schultz, et al. v. Johnson & Johnson, et al.*, will commence on November 3, 2025. Due to this unavoidable scheduling conflict, Plaintiff respectfully requests that Mr. Birchfield be excused from attending the Final Pretrial Conference.

Thank you for your consideration.

Respectfully submitted,

*/s/ P. Leigh O'Dell*

P. Leigh O'Dell

cc: All Counsel (via ECF)