

**Barnes &**
**Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

October 1, 2025

**VIA ELECTRONIC FILING**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales*
*Practices, and Products Liability Litigation*
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

We write on behalf of the Johnson & Johnson Defendants concerning plaintiffs who have not properly served the required case-specific fact discovery: (i) a fully complete and verified Plaintiff Profile Form ("PPF"), (ii) medical records, and/or (iii) an executed Limited Authorization to Disclose Health Information.

Pursuant to the Case Management Order dated February 13, 2024 (ECF No. 29032) and the Court's Order regarding PPF deadlines (ECF No. 33836), Defendants respectfully submit the enclosed deficiency list identifying plaintiffs who have failed to comply with the Court's requirements concerning case-specific fact discovery and PPFs. Notice of these deficiencies have been provided to plaintiffs' counsel via MDL Centrality (for those who are properly registered as required by Court Order) and by electronic filing on the master docket, 3:16-md-02738.

The enclosed deficiency list reflects cases filed or transferred into the MDL on or before June 30, 2025, where the required discovery and/or PPF remain outstanding. In accordance with the Court's directives, Defendants intend to file an Order to Show Cause on December 1, 2025, for any plaintiff who remains noncompliant as of that date.

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.

October 1, 2025
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:    All Counsel of Record (via ECF)

**Barnes & Thornburg**

October 1, 2025
Page 3

## October 2025 Deficiency List / Overdue PPF Report
### Deficient Cases Filed or Transferred into the MDL as of June 30, 2025

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 1. | Medina, Sybil | Andrews & Thornton | 3:25-cv-07313 |
| 2. | Rebecca Lerma | Arnold & Itkin LLP | 3:23-cv-07005 |
| 3. | RAYNER, ANITA | Arnold & Itkin LLP | 3:21-cv-03039 |
| 4. | BEHLER, KATHY | Arnold & Itkin LLP | 3:21-cv-03355 |
| 5. | NELSON, ALICE | Arnold & Itkin LLP | 3:21-cv-09584 |
| 6. | MELTON, DOROTHY | Arnold & Itkin LLP | 3:18-cv-17037 |
| 7. | POLAND, PAMELA | Arnold & Itkin LLP | 3:18-cv-11208 |
| 8. | REINUS, JINNI ELLEN | Arnold & Itkin LLP | 3:18-cv-10804 |
| 9. | WALSH, LINDA | Arnold & Itkin LLP | 3:18-cv-11887 |
| 10. | SALAZAR, ALYSSA MARIE | Arnold & Itkin LLP | 3:18-cv-14375 |
| 11. | FUTERMAN, DIANE | Arnold & Itkin LLP | 3:18-cv-14825 |
| 12. | WILLIAMS, VERA | Arnold & Itkin LLP | 3:18-cv-09971 |
| 13. | FOSTER, ROBIN | Arnold & Itkin LLP | 3:18-cv-09975 |
| 14. | SPRINGER, LESLIE | Arnold & Itkin LLP | 3:18-cv-17752 |
| 15. | ARCHER, MELISSA | Arnold & Itkin LLP | 3:18-cv-11989 |
| 16. | FEHR, ANNA K | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-18392 |
| 17. | SANTANGELO, PATRICIA A | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-16536 |
| 18. | VAILE, LINDA | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-15176 |
| 19. | ARMSTRONG, CHRISTY | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-15998 |
| 20. | OTT, DARLENE | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-18752 |
| 21. | KIRKENDALL, ELEANOR | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-16278 |

Barnes & Thornburg

October 1, 2025
Page 4

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 22. | KORIPELLA, SRIDEVI | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-18622 |
| 23. | LACLAIR, CHARLENE | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-16363 |
| 24. | LEBOEUF, PENNY | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-14578 |
| 25. | LEWIS, BRENDA L | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-18626 |
| 26. | LISTON, JUDITH | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-14532 |
| 27. | MEALER, JENNIFER | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-14217 |
| 28. | MILLER, JANET | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-16460 |
| 29. | HODGE - SMITH, JUDY | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-16225 |
| 30. | HOWARD, LOIS | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-16232 |
| 31. | JONES, AQUILA | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-18598 |
| 32. | JONES, CAROLYN | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-08378 |
| 33. | KIDD, ASHLEY | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-16271 |
| 34. | BELL, JENNY L | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-17923 |
| 35. | BRADLEY, JAMES A | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-08957 |
| 36. | WALLER, RUTH | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-17497 |
| 37. | WARD, DONNA | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-11914 |
| 38. | CASE, DANIELLE | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-16159 |
| 39. | OFSTAD, BRANDI | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-18748 |
| 40. | HUGHES, ELIZABETH | Aylstock, Witkin, Kreis & Overholtz | 3:20-cv-08426 |
| 41. | BAGLEY, DEBORAH | Aylstock, Witkin, Kreis & Overholtz | 3:23-cv-11780 |

Barnes & Thornburg

October 1, 2025
Page 5

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 42. | ALBRIGHT, INGER | Aylstock, Witkin, Kreis & Overholtz | 3:24-cv-01856 |
| 43. | Carol Jastremski | Childers, Schlueter & Smith LLC | 3:25-cv-03890 |
| 44. | MINTON, SILAS | Childers, Schlueter & Smith LLC | 3:25-cv-04210 |
| 45. | THOMPSON, JEANNE | Childers, Schlueter & Smith LLC | 3:25-cv-04461 |
| 46. | DAVIS, MARILYN | Cohen & Malad, LLP | 3:17-cv-08670 |
| 47. | Dena Baez | COHEN HIRSCH | 3:25-cv-03476 |
| 48. | Mary Branco | COHEN HIRSCH | 3:25-cv-03673 |
| 49. | Matilde Santiago-Mangual | Duncan Stubbs | 3:25-cv-02353 |
| 50. | April Morrison | Duncan Stubbs | 3:25-cv-02482 |
| 51. | Jolene Melton | Golomb; Pulaski Khekher | 3:25-cv-11459 |
| 52. | Stout, Monica | Johnson Law Group | 3:20-cv-15243 |
| 53. | Griffin, Sandra | Johnson Law Group | 3:19-cv-14022 |
| 54. | Klingler, Melinda | Johnson Law Group | 3:20-cv-15480 |
| 55. | Harris, Kimberly | Johnson Law Group | 3:19-cv-19385 |
| 56. | Denton, Donna E. | Johnson Law Group | 3:20-cv-01045 |
| 57. | Paul, Susan | Johnson Law Group | 3:18-cv-02218 |
| 58. | Klender, Crystal | Johnson Law Group | 3:19-cv-06574 |
| 59. | Voss, Denise | Johnson Law Group | 3:20-cv-14404 |
| 60. | Tyner, Ana | Johnson Law Group | 3:19-cv-17491 |
| 61. | Rivera Rodriguez, Evelyn | Johnson Law Group | 3:20-cv-15247 |
| 62. | Lunde, Barbara | Johnson Law Group | 3:20-cv-10543 |
| 63. | Workman, Leslie | Johnson Law Group | 3:20-cv-10550 |
| 64. | de los Reyes, Katrina | Johnson Law Group | 3:18-cv-02186 |
| 65. | Arrowood, Johnna | Johnson Law Group | 3:20-cv-17406 |
| 66. | Ortega, Jessica | Johnson Law Group | 3:20-cv-10949 |

Barnes & Thornburg

October 1, 2025
Page 6

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 67. | Holt, Linda | Johnson Law Group | 3:20-cv-01594 |
| 68. | Stiles, Ginger | Johnson Law Group | 3:20-cv-19150 |
| 69. | Monnier, Lisa | Johnson Law Group | 3:20-cv-10396 |
| 70. | Wiggins, Sharon | Johnson Law Group | 3:19-cv-20494 |
| 71. | Gnias, Brenda | Johnson Law Group | 3:21-cv-14979 |
| 72. | Riser, Luverna | Johnson Law Group | 3:21-cv-15928 |
| 73. | Edwards, Cora Lee | Johnson Law Group | 3:21-cv-16446 |
| 74. | Moon, Coyote | Johnson Law Group | 3:21-cv-16682 |
| 75. | Clark, Denise | Johnson Law Group | 3:21-cv-16845 |
| 76. | Taylor, Belinda | Johnson Law Group | 3:21-cv-17213 |
| 77. | Robertson, Lorie | Johnson Law Group | 3:21-cv-17219 |
| 78. | Smith, Shanna | Johnson Law Group | 3:21-cv-17946 |
| 79. | Myers, Kelly | Johnson Law Group | 3:21-cv-17446 |
| 80. | Simmons, Margie | Johnson Law Group | 3:21-cv-17435 |
| 81. | Baca, Margaret | Johnson Law Group | 3:21-cv-17513 |
| 82. | Derden, Rebecca | Johnson Law Group | 3:21-cv-17497 |
| 83. | Danner, Doreen | Johnson Law Group | 3:21-cv-17629 |
| 84. | Pinkoski, Sharon | Johnson Law Group | 3:21-cv-17691 |
| 85. | Owens, Janet | Johnson Law Group | 3:21-cv-17686 |
| 86. | Vallarta, Guadalupe | Johnson Law Group | 3:21-cv-18030 |
| 87. | Shields, Vicki | Johnson Law Group | 3:21-cv-17890 |
| 88. | Smith, Amy | Johnson Law Group | 3:21-cv-17780 |
| 89. | Burke, Betty A. | Johnson Law Group | 3:21-cv-17836 |
| 90. | Ortiz, Adriana | Johnson Law Group | 3:21-cv-17785 |
| 91. | Draper, Charlene | Johnson Law Group | 3:21-cv-18021 |
| 92. | Duber, Stacey | Johnson Law Group | 3:21-cv-18023 |
| 93. | Thomsen, Linda | Johnson Law Group | 3:21-cv-18025 |
| 94. | CRUIKSHANK, PAMELA M | Johnson Law Group | 3:25-cv-12396 |

Barnes & Thornburg

October 1, 2025
Page 7

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 95. | SUMPTER, AUDREY M | Johnson Law Group | 3:25-cv-12394 |
| 96. | THOMPSON, LISA | Kirtland & Packard LLP | 3:21-cv-11378 |
| 97. | TUTTLE, DENISE | Kirtland & Packard LLP | 3:21-cv-20619 |
| 98. | Jennifer L. Williams | Kuykendall & Associates | 3:25-cv-03465 |
| 99. | HULL, ERIN | Law Office of Amanda Lewis, PC | 3:23-cv-11837 |
| 100. | Eusebia Herrera | Morgan & Morgan | 3:25-cv-03435 |
| 101. | Katrina Keith | Motley Rice | 3:25-cv-02952 |
| 102. | Mary Lyles-Diers | Motley Rice | 3:25-cv-02953 |
| 103. | Charlene Robinson | Motley Rice | 3:21-cv-19119 |
| 104. | Teresa Lambert | Motley Rice | 3:25-cv-02965 |
| 105. | PHILLIPS, DONNA LYNN | Nachawati Law Group | 3:23-cv-10746 |
| 106. | BARNES, CONNIE | Nachawati Law Group | 3:20-cv-11587 |
| 107. | SHORT, DEBORAH | Napoli Shkolnik | 3:17-cv-12686 |
| 108. | Sheila Gould | NSPR LAW SERVICES LLC | 3:25-cv-02616 |
| 109. | Mary Elizabeth Miller | NSPR LAW SERVICES LLC | 3:25-cv-02666 |
| 110. | Alice Feichtel | NSPR LAW SERVICES LLC | 3:25-cv-02776 |
| 111. | Elsie Connolly | NSPR LAW SERVICES LLC | 3:25-cv-02805 |
| 112. | Mena Gordon | NSPR LAW SERVICES LLC | 3:25-cv-03026 |
| 113. | Tami Patrick | OnderLaw | 3:25-cv-03631 |
| 114. | Ronda Robinson | OnderLaw | 3:25-cv-03616 |
| 115. | Michelle Owens | OnderLaw | 3:24-cv-05374 |
| 116. | Lashon Johnson | OnderLaw | 3:24-cv-05167 |
| 117. | Cynthia Pelicci | OnderLaw | 3:24-cv-05285 |
| 118. | Susan J. White | OnderLaw | 3:24-cv-05127 |
| 119. | Ruth Edwards | OnderLaw | 3:24-cv-05362 |

Barnes & Thornburg

October 1, 2025
Page 8

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 120. | Eileen Rosenberg | OnderLaw | 3:24-cv-05422 |
| 121. | Patricia Gonzalez-Esparza | OnderLaw | 3:24-cv-05076 |
| 122. | Rebecca Braun | OnderLaw | 3:24-cv-05467 |
| 123. | Pamela Rugtiv | OnderLaw | 3:24-cv-05074 |
| 124. | Earlene Schardan | OnderLaw | 3:24-cv-05331 |
| 125. | Tami Henry | OnderLaw | 3:24-cv-05070 |
| 126. | Deborah Johnson-Fike | OnderLaw | 3:24-cv-05607 |
| 127. | Susan Lee | OnderLaw | 3:24-cv-05068 |
| 128. | Laura Carlisle | OnderLaw | 3:24-cv-05147 |
| 129. | Jana Taylor | OnderLaw | 3:21-cv-00059 |
| 130. | Doyle Smith / Cynthia Smith | OnderLaw | 3:25-cv-9326 |
| 131. | Noel, Sally | OnderLaw | 3:21-cv-01596 |
| 132. | Payte, Lorie | OnderLaw | 3:21-cv-01603 |
| 133. | Albert, Sherry | OnderLaw | 3:21-cv-02844 |
| 134. | Valles, Linda | OnderLaw | 3:21-cv-02915 |
| 135. | Coleman, Denise | OnderLaw | 3:21-cv-02947 |
| 136. | Spady, Josephine | OnderLaw | 3:21-cv-05655 |
| 137. | Young, Mary | OnderLaw | 3:21-cv-06160 |
| 138. | Pestell, Joyce | OnderLaw | 3:21-cv-06203 |
| 139. | Moniz, Pauline | OnderLaw | 3:21-cv-07442 |
| 140. | Leveque, Barbara | OnderLaw | 3:21-cv-07483 |
| 141. | Mortezazadeh, Mitra | OnderLaw | 3:21-cv-09340 |
| 142. | Bagley, Joanne | OnderLaw | 3:21-cv-09356 |
| 143. | Boorman, Marian | OnderLaw | 3:21-cv-09367 |
| 144. | Brandau, Alexis | OnderLaw | 3:21-cv-01556 |
| 145. | Durand-Blount, Jessica | OnderLaw | 3:21-cv-05114 |

Barnes & Thornburg

October 1, 2025
Page 9

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 146. | Sanchez, Margaret | OnderLaw | 3:21-cv-05238 |
| 147. | Adler, Myrna | OnderLaw | 3:21-cv-05868 |
| 148. | Binion, Kimberly | OnderLaw | 3:21-cv-07796 |
| 149. | Edwards, Andrea | OnderLaw | 3:21-cv-07817 |
| 150. | Rizzo, Dorothy | OnderLaw | 3:21-cv-07833 |
| 151. | Ramirez, Irene | OnderLaw | 3:21-cv-08639 |
| 152. | Oakley, Martha | OnderLaw | 3:21-cv-08691 |
| 153. | Walston, Flora | OnderLaw | 3:21-cv-08704 |
| 154. | Neher, Cathy | OnderLaw | 3:21-cv-08777 |
| 155. | Heinkel, Barbara | OnderLaw | 3:21-cv-02597 |
| 156. | Williamson, Cynthia | OnderLaw | 3:21-cv-02604 |
| 157. | Davie, Ann | OnderLaw | 3:21-cv-04408 |
| 158. | FENTON, LINDA | OnderLaw | 3:21-cv-04431 |
| 159. | Pritchard, Tania | OnderLaw | 3:21-cv-04479 |
| 160. | Wickersham, Charlotte | OnderLaw | 3:21-cv-04509 |
| 161. | Ricks, Rebecca | OnderLaw | 3:21-cv-04527 |
| 162. | Porter, Shandron | OnderLaw | 3:21-cv-04547 |
| 163. | Sandlin, Janice | OnderLaw | 3:21-cv-04555 |
| 164. | Spencer, Susan | OnderLaw | 3:21-cv-04561 |
| 165. | Turner, Carolyn | OnderLaw | 3:21-cv-05676 |
| 166. | Goode, Hattie | OnderLaw | 3:21-cv-05731 |
| 167. | Garner, Mary | OnderLaw | 3:21-cv-05761 |
| 168. | Ferguson, Rodneyta | OnderLaw | 3:21-cv-05820 |
| 169. | Moore, Sandra | OnderLaw | 3:21-cv-07047 |
| 170. | Knowles, Catrice | OnderLaw | 3:21-cv-09846 |
| 171. | Neumann, Peggy | OnderLaw | 3:21-cv-09869 |
| 172. | Patel, Jaina | OnderLaw | 3:21-cv-09890 |

Barnes & Thornburg

October 1, 2025
Page 10

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 173. | Alexander, Norma | OnderLaw | 3:21-cv-09908 |
| 174. | Walker, Violet | OnderLaw | 3:21-cv-02431 |
| 175. | Moser, Rhonda | OnderLaw | 3:21-cv-02565 |
| 176. | Tierney, Colleen | OnderLaw | 3:21-cv-02584 |
| 177. | Samura, Koya | OnderLaw | 3:21-cv-04084 |
| 178. | Saylor, Teresa | OnderLaw | 3:21-cv-04113 |
| 179. | Tember, Audrey | OnderLaw | 3:21-cv-04126 |
| 180. | Kempf, Tracie | OnderLaw | 3:21-cv-04140 |
| 181. | Miller, Margery | OnderLaw | 3:21-cv-03591 |
| 182. | Rudman, Anka | OnderLaw | 3:21-cv-04948 |
| 183. | Basped, Jessie | OnderLaw | 3:21-cv-04964 |
| 184. | Bartell, Jane | OnderLaw | 3:21-cv-06339 |
| 185. | Howard, Hallie | OnderLaw | 3:21-cv-06356 |
| 186. | Kruse, Wanda | OnderLaw | 3:21-cv-06428 |
| 187. | Valley, Lois | OnderLaw | 3:21-cv-06429 |
| 188. | Daniels, Jacquelyn | OnderLaw | 3:21-cv-07942 |
| 189. | Whitt, Mocheet | OnderLaw | 3:21-cv-08000 |
| 190. | Batista, Doreen | OnderLaw | 3:21-cv-09128 |
| 191. | O'Reilly, Margaret | OnderLaw | 3:21-cv-09138 |
| 192. | Coats, Carol | OnderLaw | 3:21-cv-09199 |
| 193. | Polk, Barbara | OnderLaw | 3:21-cv-09210 |
| 194. | Hickmann, Sara | OnderLaw | 3:21-cv-09290 |
| 195. | Perkins, Ruth | OnderLaw | 3:21-cv-01942 |
| 196. | Rodriguez, Elizabeth | OnderLaw | 3:21-cv-02001 |
| 197. | Delong, Terra | OnderLaw | 3:21-cv-04193 |
| 198. | Miles, Bettygen | OnderLaw | 3:21-cv-04235 |
| 199. | Wilson, Arlene | OnderLaw | 3:21-cv-04282 |
| 200. | Nunez, Minnie | OnderLaw | 3:21-cv-04298 |
| 201. | Fitzwater, Loreen | OnderLaw | 3:21-cv-04352 |
| 202. | Hubbard, Cristan | OnderLaw | 3:21-cv-05280 |
| 203. | Hickman, Heidi | OnderLaw | 3:21-cv-05320 |

Barnes & Thornburg

October 1, 2025
Page 11

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 204. | Ray, Susan | OnderLaw | 3:21-cv-05363 |
| 205. | Surles, Berniece | OnderLaw | 3:21-cv-06606 |
| 206. | Mallas, Shirley | OnderLaw | 3:21-cv-06636 |
| 207. | Nieves, Anna | OnderLaw | 3:21-cv-06650 |
| 208. | Weekley, Cynthia | OnderLaw | 3:21-cv-08041 |
| 209. | Stenson, Shadee | OnderLaw | 3:21-cv-08057 |
| 210. | HAEMMERLE, SANTINA | OnderLaw | 3:21-cv-08101 |
| 211. | Crump, Michele | OnderLaw | 3:21-cv-08103 |
| 212. | Phillips, Cherie | OnderLaw | 3:21-cv-08114 |
| 213. | Jackson-Carpia, Denise | OnderLaw | 3:21-cv-08117 |
| 214. | Wilson-Patterson, Vanessa | OnderLaw | 3:21-cv-08119 |
| 215. | Ewbank, Carolyn | OnderLaw | 3:21-cv-08132 |
| 216. | Newbury, Andrea | OnderLaw | 3:21-cv-08804 |
| 217. | Austin-Wyatt, Maude | OnderLaw | 3:21-cv-08804 |
| 218. | Smith, Sharon | OnderLaw | 3:21-cv-08816 |
| 219. | Houseman, Wilma | OnderLaw | 3:21-cv-08862 |
| 220. | Booker, Kimberly | OnderLaw | 3:21-cv-08876 |
| 221. | Perry, Shannon | OnderLaw | 3:21-cv-08887 |
| 222. | Jimmerson, Beverly | OnderLaw | 3:21-cv-08935 |
| 223. | Sanders, Rose | OnderLaw | 3:21-cv-00016 |
| 224. | Cordle, Mary | OnderLaw | 3:21-cv-00621 |
| 225. | Trammell, Carylon | OnderLaw | 3:21-cv-01011 |
| 226. | Fernandez, Juana | OnderLaw | 3:21-cv-01067 |
| 227. | Dobbs, Judith | OnderLaw | 3:21-cv-01071 |

October 1, 2025
Page 12

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 228. | Herndon, Dornita | OnderLaw | 3:21-cv-03234 |
| 229. | Stevens-Moler, Alma | OnderLaw | 3:21-cv-03238 |
| 230. | Brown, Angela | OnderLaw | 3:21-cv-03254 |
| 231. | Bomar, Georgette | OnderLaw | 3:21-cv-03309 |
| 232. | Ervin, Corie | OnderLaw | 3:21-cv-03316 |
| 233. | Porter, Gwendolyn | OnderLaw | 3:21-cv-03329 |
| 234. | Meekins, Telisha | OnderLaw | 3:21-cv-04717 |
| 235. | Melendez, Alida | OnderLaw | 3:21-cv-04728 |
| 236. | Sales, Charlotte | OnderLaw | 3:21-cv-05979 |
| 237. | Joell, Betty | OnderLaw | 3:21-cv-06057 |
| 238. | Lanning, Jill | OnderLaw | 3:21-cv-06080 |
| 239. | Davis, Della | OnderLaw | 3:21-cv-06094 |
| 240. | Weaver, Colleen | OnderLaw | 3:21-cv-06118 |
| 241. | Spain, Fay | OnderLaw | 3:21-cv-06119 |
| 242. | Stokes, Destine | OnderLaw | 3:21-cv-06137 |
| 243. | Murphy, Christina | OnderLaw | 3:21-cv-06142 |
| 244. | Cupp, Elena | OnderLaw | 3:21-cv-07589 |
| 245. | Miller, Elizabeth | OnderLaw | 3:21-cv-07639 |
| 246. | Payne, Mary | OnderLaw | 3:21-cv-07654 |
| 247. | Klyle, Patty | OnderLaw | 3:21-cv-07698 |
| 248. | Martinez, Maria | OnderLaw | 3:21-cv-07699 |
| 249. | Ebert, Judy | OnderLaw | 3:21-cv-08215 |
| 250. | Gentry, Tina | OnderLaw | 3:21-cv-08238 |
| 251. | Stanley, Connie | OnderLaw | 3:21-cv-02203 |
| 252. | Moore, Stacy | OnderLaw | 3:21-cv-02233 |
| 253. | Hulme, Susan | OnderLaw | 3:21-cv-02273 |
| 254. | Lee, Laura | OnderLaw | 3:21-cv-02274 |
| 255. | Fultz, Dawna | OnderLaw | 3:21-cv-02303 |
| 256. | Swanson, Cherry | OnderLaw | 3:21-cv-02314 |

Barnes & Thornburg

October 1, 2025
Page 13

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|------|---------------------|----------------|-------------|
| 257. | Avenetti, Evangelina | OnderLaw | 3:21-cv-03870 |
| 258. | Wright, Noreen | OnderLaw | 3:21-cv-03871 |
| 259. | Caldwell, Sharonda | OnderLaw | 3:21-cv-03931 |
| 260. | Mosley, Dale | OnderLaw | 3:21-cv-03940 |
| 261. | Reil, Debbie | OnderLaw | 3:21-cv-03959 |
| 262. | King-Carter, Alleen | OnderLaw | 3:21-cv-05421 |
| 263. | Pannullo, Antonella | OnderLaw | 3:21-cv-05437 |
| 264. | Yaden, Doris | OnderLaw | 3:21-cv-05501 |
| 265. | McCuin, Latrice | OnderLaw | 3:21-cv-05516 |
| 266. | Cox, Lucinda | OnderLaw | 3:21-cv-05534 |
| 267. | Overman, Angie | OnderLaw | 3:21-cv-06472 |
| 268. | Tidwell, Patty | OnderLaw | 3:21-cv-06550 |
| 269. | Brandewie, Nancy | OnderLaw | 3:21-cv-06583 |
| 270. | Manuel, Diana | OnderLaw | 3:21-cv-07298 |
| 271. | Curtis, Sheilla | OnderLaw | 3:21-cv-07341 |
| 272. | Garrett, Joyce | OnderLaw | 3:21-cv-07359 |
| 273. | Ross, Bertha | OnderLaw | 3:21-cv-08961 |
| 274. | Parris, Kendra | OnderLaw | 3:21-cv-09004 |
| 275. | Scott, Shannon | OnderLaw | 3:21-cv-09088 |
| 276. | Martinez, Mary | OnderLaw | 3:21-cv-09657 |
| 277. | O'Connell, Aileen | OnderLaw | 3:21-cv-09702 |
| 278. | Fields, Angela | OnderLaw | 3:21-cv-09715 |
| 279. | Gunter, Tonya | OnderLaw | 3:21-cv-09743 |
| 280. | BEEBIE, KATHRYN | OnderLaw | 3:21-cv-09767 |
| 281. | Finch, Dawn | OnderLaw | 3:21-cv-09832 |
| 282. | Hiller, Janet | OnderLaw | 3:21-cv-20451 |
| 283. | Pinkston, Adrienne | OnderLaw | 3:21-cv-02053 |
| 284. | Nichols, Edelmira | OnderLaw | 3:21-cv-02062 |
| 285. | Daigle, Debra | OnderLaw | 3:21-cv-02098 |

Barnes & Thornburg

October 1, 2025
Page 14

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 286. | Fowler, Azaziah | OnderLaw | 3:21-cv-02161 |
| 287. | Whitcomb, Christina | OnderLaw | 3:21-cv-03010 |
| 288. | Nixon, Barbara | OnderLaw | 3:21-cv-03073 |
| 289. | Britt, Birdia | OnderLaw | 3:21-cv-03085 |
| 290. | Hamilton-Rodgers, Hople | OnderLaw | 3:21-cv-03108 |
| 291. | Mares, Ursula | OnderLaw | 3:21-cv-03129 |
| 292. | Rhodes, Stephanie | OnderLaw | 3:21-cv-03152 |
| 293. | Walker, Sabrina | OnderLaw | 3:21-cv-03198 |
| 294. | WEISENFELD, DENISE | OnderLaw | 3:21-cv-03199 |
| 295. | Wiggins, Mattie | OnderLaw | 3:21-cv-03200 |
| 296. | Whitworth, Dorinda | OnderLaw | 3:21-cv-04762 |
| 297. | Robinson, Mitzi | OnderLaw | 3:21-cv-04825 |
| 298. | Pryor, Carolyn | OnderLaw | 3:21-cv-04827 |
| 299. | Sostek, Gale | OnderLaw | 3:21-cv-04881 |
| 300. | Newell, Jennifer | OnderLaw | 3:21-cv-04884 |
| 301. | Sablan, Julie | OnderLaw | 3:21-cv-04927 |
| 302. | Inman, Mattie | OnderLaw | 3:21-cv-06726 |
| 303. | Hernandez-Funtes, Mirta | OnderLaw | 3:21-cv-06730 |
| 304. | Gorham, Emma | OnderLaw | 3:21-cv-06734 |
| 305. | White, Frankie | OnderLaw | 3:21-cv-06743 |
| 306. | Akins, Olga | OnderLaw | 3:21-cv-06770 |
| 307. | Hernandez, Panfilita | OnderLaw | 3:21-cv-06792 |
| 308. | Reynolds, Kiersten | OnderLaw | 3:21-cv-06794 |
| 309. | Robinson, Loretta | OnderLaw | 3:21-cv-06817 |
| 310. | Dare, Suzanne | OnderLaw | 3:21-cv-06879 |
| 311. | Leichliter, Christine | OnderLaw | 3:21-cv-06907 |
| 312. | Modenessi, Dora | OnderLaw | 3:21-cv-06960 |

Barnes & Thornburg

October 1, 2025
Page 15

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 313. | Taylor, Mary | OnderLaw | 3:21-cv-07002 |
| 314. | Moretti, Donna | OnderLaw | 3:21-cv-07017 |
| 315. | Brown, Antonia | OnderLaw | 3:21-cv-07025 |
| 316. | Cruz, Carmen | OnderLaw | 3:21-cv-08264 |
| 317. | Pendley, Gail | OnderLaw | 3:21-cv-08278 |
| 318. | Stutes, Sheila | OnderLaw | 3:21-cv-08281 |
| 319. | Hervey, Susan | OnderLaw | 3:21-cv-08293 |
| 320. | Eaby-Jackson, Magnolia | OnderLaw | 3:21-cv-08299 |
| 321. | Heller, Deborah | OnderLaw | 3:21-cv-08317 |
| 322. | Montaie, Naomi | OnderLaw | 3:21-cv-08333 |
| 323. | Sandoval, Julie | OnderLaw | 3:21-cv-08337 |
| 324. | Serna, Maricela | OnderLaw | 3:21-cv-08353 |
| 325. | Mateus, Maria | OnderLaw | 3:21-cv-08357 |
| 326. | Watson, Emma | OnderLaw | 3:21-cv-08388 |
| 327. | Paige, Barbara | OnderLaw | 3:21-cv-08400 |
| 328. | Nystrom, Megan | OnderLaw | 3:21-cv-09495 |
| 329. | Hayes, Brandy | OnderLaw | 3:21-cv-09515 |
| 330. | Quintero, Sara | OnderLaw | 3:21-cv-09518 |
| 331. | McKee, Connie | OnderLaw | 3:21-cv-09574 |
| 332. | Williams, Ronda | OnderLaw | 3:21-cv-09575 |
| 333. | Brazey, Mary | OnderLaw | 3:21-cv-09580 |
| 334. | Cox, Martha | OnderLaw | 3:21-cv-09588 |
| 335. | Rogers, Gloria | OnderLaw | 3:21-cv-09601 |
| 336. | FERRAN, MARIA | OnderLaw | 3:17-cv-09466 |
| 337. | JOHNSON, DENISE | OnderLaw | 3:17-cv-13834 |
| 338. | SCHAMP, KAREN | OnderLaw | 3:17-cv-11095 |
| 339. | ARMSTRONG, BETTY | OnderLaw | 3:17-cv-08777 |
| 340. | TRULL, CAROL | OnderLaw | 3:17-cv-09590 |
| 341. | DUTTON, KAREN | OnderLaw | 3:17-cv-08975 |
| 342. | TRAHAN, KIMBERLEY | OnderLaw | 3:17-cv-09589 |

Barnes & Thornburg

October 1, 2025
Page 16

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 343. | BRAHM, LISA | OnderLaw | 3:17-cv-11053 |
| 344. | Ashley, Carla | OnderLaw | 3:20-cv-17492 |
| 345. | ANDREWS, EARNESTINE | OnderLaw | 3:20-cv-02886 |
| 346. | RICHARDSON, AUDREY | OnderLaw | 3:20-cv-16135 |
| 347. | HITT, GEORGIA | OnderLaw | 3:20-cv-14597 |
| 348. | MROCZKA, KELLY | OnderLaw | 3:21-cv-07077 |
| 349. | Jackson, Barbara | OnderLaw | 3:21-cv-10279 |
| 350. | Vadeboncoeur, Carolyn | OnderLaw | 3:21-cv-10811 |
| 351. | Williams, Jan | OnderLaw | 3:21-cv-10830 |
| 352. | REBECCA, GOFF | OnderLaw | 3:20-cv-07233 |
| 353. | MCLAMORE, NAOMIA | OnderLaw | 3:25-cv-06948 |
| 354. | POZENEL, MARGARET D | OnderLaw | 3:24-cv-02025 |
| 355. | SANTOS, PATRICIA | Reich and Binstock, LLP | 3:20-cv-03039 |
| 356. | NGUYEN, HIEN | Robinson Calcagnie, Inc. | 3:21-cv-14897 |
| 357. | ROBERTS, NANCY | Robinson Calcagnie, Inc. | 3:21-cv-15831 |
| 358. | CAMPBELL, PATRICIA L | Rueb Stoller Daniel LLP | 3:25-cv-03862 |
| 359. | REICHENBACH, JUDITH A | Rueb Stoller Daniel LLP | 3:25-cv-04894 |
| 360. | KNEPPER, JOAN L | Rueb Stoller Daniel LLP | 3:25-cv-04595 |
| 361. | HEATH, BARBARA J | Rueb Stoller Daniel LLP | 3:25-cv-04275 |
| 362. | HALE, JUANITA E | Rueb Stoller Daniel LLP | 3:25-cv-04212 |
| 363. | HOHAIA, MINERVA K | Rueb Stoller Daniel LLP | 3:25-cv-04290 |
| 364. | STEWART, BARBARA I | Rueb Stoller Daniel LLP | 3:25-cv-05099 |

Barnes & Thornburg

October 1, 2025
Page 17

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 365. | James Kelly/Cheryl Kelly | Segal Law Firm | 3:25-cv-02971 |
| 366. | Deborah A. Wolf | Segal Law Firm | 3:25-cv-03466 |
| 367. | Gwendolyn Cox / Michael Cox | Singleton Schreiber | 3:18-cv-10062 |
| 368. | Rynae Southall | SULLO & SULLO LLP | 3:25-cv-03650 |
| 369. | Michaelle Mokas | SWMW Law | 3:25-cv-02297 |
| 370. | Mignon Frausto | SWMW Law | 3:25-cv-02300 |
| 371. | ROBINSON, CHARLENE | The Simon Law Firm, P.C. | 3:17-cv-6752 |
| 372. | Cynthia Staley | Torhoerman Law | 3:25-cv-02283 |
| 373. | Lian Stout | Torhoerman Law | 3:25-cv-02288 |
| 374. | SPLANE, VIRGINIA | Torhoerman Law | 3:23-cv-16187 |
| 375. | DAVIS, JONI | Trammell PC | 3:21-cv-17135 |
| 376. | Diann Rhodes | Wagstaff Law Firm | 3:25-cv-02675 |
| 377. | Anne Nissley | Wagstaff Law Firm | 3:25-cv-02682 |
| 378. | Donna Clark | Wagstaff Law Firm | 3:25-cv-02688 |
| 379. | Shelly Kelley | Wagstaff Law Firm | 3:25-cv-02917 |
| 380. | Marcella Umberto | Wagstaff Law Firm | 3:25-cv-02951 |
| 381. | Myriam Beltran | Wagstaff Law Firm | 3:25-cv-02956 |
| 382. | Armit Sidhu | Wagstaff Law Firm | 3:25-cv-02960 |
| 383. | Bessie Mills | Wagstaff Law Firm | 3:25-cv-02964 |
| 384. | Carolyn Spivey | Wagstaff Law Firm | 3:25-cv-03076 |
| 385. | Catherine Rodriguez | Wagstaff Law Firm | 3:25-cv-03077 |
| 386. | Cynthia Leblanc | Wagstaff Law Firm | 3:25-cv-03116 |
| 387. | Jessica Cohen | Wagstaff Law Firm | 3:25-cv-03153 |
| 388. | June Shabsis | Wagstaff Law Firm | 3:25-cv-03720 |
| 389. | STUKES, TIJUANA | Wagstaff Law Firm | 3:24-cv-03109 |
| 390. | Rebecca Jeff | Watts Law Firm | 3:25-cv-9573 |

Barnes & Thornburg

October 1, 2025
Page 18

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 391. | Rebecca Johnson | Watts Law Firm | 3:25-cv-9582 |
| 392. | Rebecca McDonald | Watts Law Firm | 3:25-cv-9591 |
| 393. | Rebecca Pratt | Watts Law Firm | 3:25-cv-9596 |
| 394. | Rebecca Beauchamp | Watts Law Firm | 3:25-cv-09569 |
| 395. | Rebecca Smith | Watts Law Firm | 3:25-cv-9608 |
| 396. | Regina Evans | Watts Law Firm | 3:25-cv-9613 |
| 397. | Regina Abant | Watts Law Firm | 3:25-cv-9618 |
| 398. | Remcey Peeples | Watts Law Firm | 3:25-cv-9625 |
| 399. | Rena Boyett | Watts Law Firm | 3:25-cv-9636 |
| 400. | Renee Lee | Watts Law Firm | 3:25-cv-9638 |
| 401. | Renee Maldonado | Watts Law Firm | 3:25-cv-9642 |
| 402. | Renee Soriano | Watts Law Firm | 3:25-cv-9647 |
| 403. | Rhonda Ferguson | Watts Law Firm | 3:25-cv-9654 |
| 404. | Rhonda Kaplan | Watts Law Firm | 3:25-cv-9659 |
| 405. | Rhonda Talkington | Watts Law Firm | 3:25-cv-9669 |
| 406. | Irene Eierdam | Watts Law Firm | 3:25-cv-07186 |
| 407. | Alexander and Donna Panagopoulos | Watts Law Firm | 3:25-cv-9790 |
| 408. | Zoraida Miha | Watts Law Firm | 3:25-cv-7172 |
| 409. | Johnson v. Johnson & Johnson *et al* | Watts Law Firm | 3:25-cv-07198 |
| 410. | Spurlin v. Johnson & Johnson *et al* | Watts Law Firm | 3:25-cv-07208 |
| 411. | Randhawa v. Johnson & Johnson *et al* | Watts Law Firm | 3:25-cv-07215 |
| 412. | Nunn v. Johnson & Johnson *et al* | Watts Law Firm | 3:25-cv-07221 |

Barnes & Thornburg

October 1, 2025
Page 19

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 413. | Sokolowski v. Johnson & Johnson *et al* | Watts Law Firm | 3:25-cv-07226 |
| 414. | Dillard v. Johnson & Johnson *et al* | Watts Law Firm | 3:25-cv-07232 |
| 415. | Dodson v. Johnson & Johnson *et al* | Watts Law Firm | 3:25-cv-07234 |
| 416. | Moore v. Johnson & Johnson *et al* | Watts Law Firm | 3:25-cv-07242 |
| 417. | Madden v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07244 |
| 418. | Thompson v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07248 |
| 419. | Wells v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07290 |
| 420. | Coyne v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07310 |
| 421. | Kopka v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07321 |
| 422. | Lamb v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07322 |
| 423. | Miller v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07330 |
| 424. | Julia v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07331 |
| 425. | Hainey v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07339 |

Barnes & Thornburg

October 1, 2025
Page 20

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 426. | Williams v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07340 |
| 427. | Brown v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07342 |
| 428. | Cuffy v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07349 |
| 429. | Hart v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07352 |
| 430. | Doneghy-Horrington v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07363 |
| 431. | Joyner v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07368 |
| 432. | Langas v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07369 |
| 433. | Goudy v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07370 |
| 434. | Wasson v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07371 |
| 435. | Foster v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07372 |
| 436. | McGee v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07373 |
| 437. | Underwood v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07376 |
| 438. | Wells v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07377 |

Barnes & Thornburg

October 1, 2025
Page 21

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 439. | Bates v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07378 |
| 440. | Curtis v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07379 |
| 441. | Ekpebe v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07381 |
| 442. | Inabinet v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07384 |
| 443. | Staten v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07386 |
| 444. | Shadle v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07387 |
| 445. | Emanuel v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07389 |
| 446. | Linzy v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07391 |
| 447. | Tondera v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07393 |
| 448. | Phelps v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07394 |
| 449. | Craft v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07396 |
| 450. | Clemens v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07448 |
| 451. | Davison v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07452 |
| 452. | Rutledge v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07458 |

Barnes & Thornburg

October 1, 2025
Page 22

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 453. | Washington v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07464 |
| 454. | Holliday v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07470 |
| 455. | Clark v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07475 |
| 456. | Wade v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07483 |
| 457. | King v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07488 |
| 458. | Lee v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07507 |
| 459. | Clamucha-Bagalan v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07515 |
| 460. | Miller v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07519 |
| 461. | Warmoth v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07520 |
| 462. | Mulligan v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07527 |
| 463. | Willis v. v. Johnson & Johnson et al | Watts Law Firm | 3:25-cv-07529 |
| 464. | BURCH, JUDITH | Williams Hart & Boundas, LLP | 3:20-cv-03320 |
| 465. | CAMPBELL, LATANDRA | Williams Hart & Boundas, LLP | 3:20-cv-11035 |
| 466. | GALLO, MARIA A | Wisner Baum | 3:19-cv-15929 |
| 467. | ANDERSON, HOLLY | Wisner Baum | 3:24-cv-07357 |

Barnes & Thornburg

October 1, 2025
Page 23

Barnes & Thornburg