

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

October 7, 2025

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   ***Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation***
> Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

The Court has scheduled a hearing on Defendants' Motion for Protective Order as it pertains to Dr. Barry I. Castleman for October 17, 2025. Plaintiffs have a conflict on that date. We have reached out to Defendants and secured an alternative date of October 22, 2025 if that date is available to the Court.

We apologize for any inconvenience and thank the Court in advance for consideration of this alternative date.

Respectfully submitted,

*s/ P. Leigh O'Dell*              *s/ Michelle A. Parfitt*

P. Leigh O'Dell                    Michelle A. Parfitt

cc:   Jessica Brennan, Esq. (via email)
Kristen Fournier, Esq. (via email)
All Counsel (via ECF)