

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

October 14, 2025

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:  ***Johnson & Johnson Talcum Powder Products, Marketing, Sales***
***Practices, and Products Liability Litigation***
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

We write on behalf of the parties to advise the Court that, with the assistance of Special Master Judge Schneider, the parties have reached an agreement on a proposed process for addressing the thousands of cases in this multidistrict litigation involving non-ovarian gynecologic cancer claims. The Plaintiffs' Steering Committee and Defendants agree that such non-ovarian gynecologic cancer claims are not supported by science.

The parties have agreed to the enclosed proposed Order to Show Cause, which would require plaintiffs asserting only non-ovarian gynecologic cancer claims to choose dismissal with prejudice or present a general causation expert report in support of the non-ovarian gynecologic claim. This process provides plaintiffs who wish to prosecute a non-ovarian gynecologic cancer claim an opportunity to be heard, and the parties believe it represents the most efficient and appropriate path forward.

If the proposed Order to Show Cause meets with the Court's approval, the parties respectfully request that it be entered on the docket. Alternatively, the parties are available to address any questions or concerns the Court may have.

October 14, 2025
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

Enclosures:  Exhibit A: Non-Ovarian Cancer Report
             Exhibit B: [Proposed] Order to Show Cause

cc:    All Counsel of Record (via ECF)
       Judge Joel Schneider (via ECF)

**Barnes & Thornburg**