UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| CHRISTINA RUSH, AS THE ANTICIPATED PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA S. DOLL, DECEASED, Plaintiff, v. JOHNSON & JOHNSON, ET AL., Defendants. | COMPLAINT AND JURY DEMAND Civil Action No.: 3:25-cv-16277 DIRECT FILED ACTION |

### CERTIFICATION OF NO SEAL

Plaintiff moves this Honorable Court unsealing the Notice of filing previously filed under seal on October 6th 2025 as it was Inadvertently filed under seal.

Respectfully submitted,

ONDERLAW, LLC

By: /s/ *Stephanie L. Rados*
James G. Onder, #38049 MO
William W. Blair, #58196 MO
Stephanie L. Rados, #65117 MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314-963-9000 telephone
314-963-1700 facsimile
onder@onderlaw.com
blair@onderlaw.com
rados@onderlaw.com

Pursuant to the above, the Clerk of the Court shall UNSEAL the document appearing at Docket Entry Number 43003 in the Master Docket Number 16-md-2738.

SO ORDERED this 16th day of October 2025.

_____
RUKHSANAH L. SINGH, U.S.M.J.