UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2738<br><br>Civil Action No. 16-2738 (MAS) (RLS)<br><br>**ORDER** |

This matter comes before the Court upon Defendants Johnson & Johnson ("J&J") and LLT Management, LLC's (collectively, "Defendants") objections to two rulings by the Special Master: (1) Order No. 24 (the "Inspection Order," ECF No. 32826) denying Defendants' motion to compel an inspection of Dr. William Longo's ("Dr. Longo") laboratory (ECF No. 32872); and (2) Order No. 26 (the "Deposition Order," ECF No. 33067) partially denying Defendants' motion to compel further deposition testimony from Paul Hess ("Hess") (ECF No. 33103). The Plaintiffs' Steering Committee ("PSC") opposed both objections (ECF Nos. 32992, 33227),[11] and Defendants replied (ECF Nos. 33035, 33268). After careful consideration of the parties' submissions, the Court decides the objections without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion, and for other good cause shown,

IT IS, on this 20th day of October 2025, **ORDERED** as follows:

1. Defendants' objection to the Inspection Order (ECF No. 32872) is **OVERRULED**. The Court **AFFIRMS** the Inspection Order (ECF No. 32826).

---

[11] Hess also filed a nonparty response to Defendants' objection to the Deposition Order. (ECF No. 33228.)

2. Defendants' objection to the Deposition Order (ECF No. 33103) is **SUSTAINED**. The Court **VACATES** and **REVERSES** the Deposition Order (ECF No. 33067). The continued deposition of Hess shall be held within thirty (30) days of entry of this Order.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**