# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Kristen Renee Fournier
To Call Writer Directly:
+1 212 446 4777
kristen.fournier@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 21, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*, **Case No.: 3:16-md-02738-MAS-RLS (MDL No. 2738) Member Case:** *Judkins v. Johnson & Johnson, et al.,* **No. 19-cv-12430 (MAS) (RLS)**

Dear Judge Singh:

I write on behalf of the J&J Defendants regarding the pretrial conference scheduled in the *Judkins* matter for November 5, 2025.

Judge Wolfson recently communicated to the parties that she will not have a fully completed decision as to the Rule 702 motion concerning Dr. Longo and the various asbestos-related issues reflected therein until late January or early February of 2026. Her final decision will follow an in person hearing that must be delayed until January due to Dr. Longo's schedule. As a result, the J&J Defendants had hoped to seek a joint continuance of the November 5 pretrial to a date closer to the start of the *Judkins* trial/early 2026. However, Plaintiffs were not amendable to such a request.

Unfortunately, Alli Brown, who the J&J Defendants previously identified as their lead trial lawyer with respect to the *Judkins* trial, will be otherwise occupied on November 5 serving as lead trial counsel in the first bellwether trial scheduled in the talc-related, California state court coordinated proceedings. That consolidated trial is set to begin on November 3, 2025. As a result, I seek permission as lead defense counsel in this matter to appear in her stead and speak for the Company

## KIRKLAND & ELLIS LLP

October 21, 2025
Page 2

with respect to the pretrial issues Your Honor wishes to take up on November 5. I will be accompanied as always by Jessica Brennan of Barnes & Thornburg.

Thank you in advance for your consideration and accommodation.

            Sincerely,

            Kristen Renee Fournier, Esq.

cc: Jessica Brennan, Esq.
  P. Leigh O'Dell, Esq.
  Michelle Parfitt, Esq.