# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON

**DATE:** October 22, 2025

**JUDGE RUKHSANAH L. SINGH**

**COURT REPORTER:** Paula Horovitz

**TITLE OF CASE:**                     **DOCKET # 3:16-CV-2738 (MAS) (RLS)**
IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
Daniel Lapinski, Esq., for plaintiffs
Matthew Bush, Esq., Laila Kassis, Esq., & Jessica Brennan, Esq., for defendants

**NATURE OF PROCEEDING:**  Motion Hearing
Hearing on motion Doc. No. 42826 by Johnson and Johnson for Protective Order Precluding the Deposition of Dr. Barry Castleman.
Ordered motion Doc. No. 42826 granted in part.
Decision read into the record.
Order to be entered.

Time Commenced:   12:05 p.m.
Time Adjourned:    1:00 p.m.
Total Time:       55 Minutes

                                                s/ Mark Morelli
                                                **DEPUTY CLERK**