UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON　　　　　　　　　　　　**DATE:** November 5, 2025

**JUDGE RUKHSANAH L. SINGH**

**COURT REPORTER:** Shannan O'Neill

**TITLE OF CASE:**　　　　　　　　**DOCKET # 3:16-MD-2738 (MAS) (RLS)**
　　　　　　　　　　　　　　　　　**DOCKET # 3:19-CV-12430 (MAS) (RLS)**
IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
Michelle Parfitt, Esq., Leigh O'Dell, Esq., Leanna Pittard, Esq., Richard Golomb, Esq., Chris Placitella, Esq., Daniel Lapinski, Esq., & Christopher Tisi, Esq., for plaintiffs
Kristen Fournier, Esq., Marquis Whitney, Esq., & Jessica Brennan, Esq., for defendants

**NATURE OF PROCEEDING:**　Final Pretrial Conference
Final Pretrial Conference held.

Time Commenced:　9:58 a.m.
Time Adjourned:　10:25 a.m.
Total Time:　27 Minutes

　　　　　　　　　　　　　　　　　　　　　　s/ Mark Morelli
　　　　　　　　　　　　　　　　　　　　　　**DEPUTY CLERK**