

**JAMES A. MORRIS**
Attorney at Law
jmorris@jamlawyers.com
Licensed in CA, NY, TX, PA and CO
Board Certified in Personal Injury Trial Law
AV Rated Pre-Eminent Martindale Hubbell

**SHANE E. GREENBERG**
Attorney at Law
sgreenberg@jamlawyers.com
Licensed in CA

November 12, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation* Case No.: 3:16-md-02738-MAS-RLS

Our Specific Case: 3:21-cv-2819 -Meir Levy, an individual; David Levy, an individual; Paul Wintner, an individual; Tova Fagan, an individual; Yael Wintner, an individual, and Jeffrey Siegel, as Special Administrator on behalf of the Estate of Sarah Wintner v. Johnson & Johnson, et. al.

Dear Judge Singh:

Our office is in receipt of the Order to Show Cause Why Claims Based upon Non-Ovarian Gynecologic Cancer Diagnosis Should Not Be Dismissed with Prejudice [43159]. Prior to receipt of this Order, our office was not aware that there would be any Order issued in this regard other than the correspondence of October 14, 2025, from Ms. Brennan.

We will not be amending Ms. Wintner's diagnosis on the MDL Centrality. However, we would respectfully request an additional thirty (30) days to give the clients sufficient time to find new counsel.

Sincerely yours,

James A. Morris, Jr.

cc: Jessica L Brennan, Esq. (via ECF)
All Counsel of Record (via ECF)

4001 W. Alameda Avenue, Suite 202 | Burbank, California 91505 | Tel: 747.283.1144 | Fax: 747.283.1143