# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 3:16-md-02738-MAS-RLS<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANAH L. SINGH |
| THIS DOCUMENT RELATES TO:<br>*DORIS ELLEN MCNEW v. Johnson & Johnson, et al* | Case No. 3:20-cv-15487 |

## [PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PARTY-PLAINTIFF UNDER RULE 25(a)(1)

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party Plaintiff, DORIS ELLEN MCNEW, upon suggestion of death of Doris Ellen McNew, with Marietta Malugin, Plaintiff's heir and Executrix of Plaintiff's estate, and the Court being fully advised in the premises, is of the opinion that it should be granted in all respects. Therefore,

IT IS HEREBY ORDERED that the Motion to Substitute Party Plaintiff is GRANTED; and

IT IS HEREBY ORDERED that MARIETTA MALUGIN, as Executrix and surviving daughter of Doris Ellen McNew, deceased, is hereby substituted as Plaintiff in this action.

DATED: November 17, 2025

_____
~~UNITED STATES DISTRICT JUDGE~~
RUKHSANAH L. SINGH, U.S.M.J.

\* The Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 8.