**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (FLW) (LHG) |

This document relates to Plaintiffs
ALICE SORENSEN-BAUMAN and
FRANK BAUMAN

**RESPONSE TO OCTOBER 16, 2025 ORDER TO**
**SHOW CAUSE DKT. 43159**

Plaintiffs, by their attorney, Kristian K. Larsen, Esq. of Larsen Advocates P.C. submit this Response to Order to Show Cause Why Claims Based on Non-Ovarian Gynecoligic Cancer Diagnosis Should Not Be Dismissed With Prejudice on behalf of (Docket No. 43159).

1.    Plaintiffs respectfully request an additional thirty (30) day extension to either amend their Personal Profile Firms (PPF) or file a Notice of Intent to prosecute Non-Ovarian Gynecoligic Cancer Diagnosis to obtain additional medical reports from Alice Soresen-Bauman's oncologist that will be obtained and reviewed before then.

2.    Ms. Sorensen has recently learned from her treating oncologist that the diagnoses the medical records that she previously obtained and produced to Defendants appear to be missing  sections that are critical to determine whether her diagnoses included both Ovarian and Non-Ovarian Gynecoligic Cancer.

3.      Accordingly, Plaintiff, Alice Soresen-Bauman respectfully requests an additional

thirty (30) to obtain those records in order to determine whether to amend her PPF to reflect

Ovarian Gynecoligic Cancer and/or pursue Ovarian Gynecoligic Cancer claims.

Dated: November 15, 2025                    LARSEN ADVOCATES P.C.

                                            /s/ *Kristian Karl Larsen*
                                            Kristian Karl Larsen, Esq.
                                            Attorney for Plaintiffs
                                            30 Wall Street, 8th Floor
                                            New York, New York 10005
                                            646-428-4812
                                            Klarsen@Larsenadvocates.com