

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

November 26, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:   Correspondence regarding the October 16, 2025 Order to Show Cause [ECF No. 43159]
Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

We write on behalf of the Johnson & Johnson Defendants regarding the Court's October 16, 2025 Order to Show Cause [ECF No. 43159], which concerns the cases filed in this MDL based on a non-ovarian gynecologic cancer diagnosis. Pursuant to Paragraph 2 of the Order, Defendants were directed to "file a proposed Order identifying all Plaintiffs listed on Exhibit A who failed to timely amend pursuant to 1(a) or provide notice pursuant to 1(b)."

In accordance with the Court's directive, Defendants respectfully submit a proposed order dismissing with prejudice the cases identified in the attached **Exhibit A**. *See* ECF No. 43159 ¶ 2.  These Plaintiffs were subject to the October 16, 2025 Order and either failed to timely amend their Plaintiff Profile Form pursuant to 1(a) or provide notice of intent to prosecute a non-ovarian gynecologic cancer claim pursuant to 1(b); failed to obtain an extension from Defendants; failed to submit any response to the Court's Show Cause Order; or otherwise failed to show cause as to why the case should not be dismissed.

As provided in the Order, Plaintiffs may file an objection within **14 days** from receipt of the proposed order, to which Defendants may respond. *See id*.  Based on the parties' submissions, Defendants anticipate filing an updated proposed order by **December 19, 2025**.

November 26, 2025
Page 2

                Thank you for your consideration of this matter.

                                                    Respectfully submitted,

                                                      /s/ *Jessica L. Brennan*

cc:     All Counsel of Record (via ECF)

**Barnes & Thornburg**