## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |
| **THIS DOCUMENT RELATES TO:** | |
| *ZACHARY A. MARSHALL, INDIVIDUALLY AND AS PROPOSED ADMINISTRATOR OF THE ESTATE OF FANNIE L. MARSHALL, DECEASED v. JOHNSON & JOHNSON, ET AL.* | |
| Case No.: 3:21-cv-20003 | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

This cause, coming to be heard on Zachary A. Marshall's Motion for Leave to File Amended Short Form Complaint. Pursuant to Federal Rule of Civil Procedure 25(a)(2), and the Court having considered the submissions of the parties and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.  The Motion for Leave to File Amended Short Form Complaint Pursuant to Federal Rule of Civil Procedure 25(a)(2) is GRANTED; and

2.  The Amended Short Form Complaint shall be deemed filed as of the date of this Order.

IT IS ORDERED.

Dated: December 2, 2025

HONORABLE RUKHSANAH L. SINGH
United States Magistrate Judge

\* The Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 3.