

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

December 5, 2025

**VIA ELECTRONIC FILING**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

      The Johnson & Johnson Defendants submit the enclosed Order to Show Cause why the cases listed on **Exhibit A** should not be dismissed with prejudice for failure to serve a Plaintiff Profile Form ("PPF") as required under the Case Management Order dated February 13, 2024 (ECF No. 29032). Plaintiffs listed on **Exhibit A** did not serve a PPF on Defendants (via MDL Centrality) by the deadline set forth in the Court's May 1, 2025 Order (ECF No. 33836).

      Counsel for these Plaintiffs have been notified of their noncompliance: (i) through MDL Centrality (for those who are properly registered as required by Court Order); (ii) by email from Defendants; and (iii) by electronic notice on the master docket, 3:16-md-02738 (*see* ECF No. 43001). Despite this notice, the Plaintiffs listed on **Exhibit A** have not served a PPF as required.

      Accordingly, the Johnson & Johnson Defendants respectfully request that the Court enter the attached Order to Show Cause and dismiss with prejudice any case in which the Plaintiff fails to demonstrate good cause for the failure to serve a PPF.

      Thank you for your consideration of this matter.

December 5, 2025
Page 2

                                  Respectfully submitted,

                                  /s/ *Jessica L. Brennan*

cc:    All Counsel of Record (via ECF)

Barnes & Thornburg