

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

December 12, 2025

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

In accordance with the Court's Order directing the parties to file a proposed schedule for the production of experts' invoices (ECF No. 43486), the parties jointly propose the following schedule:

- The PSC shall produce the invoices for their experts' work related to all federal and state court talc cases alleging injuries for ovarian cancer and mesothelioma that they maintain in their possession, custody, or control by **January 12, 2026**.

- J&J shall produce the invoices for its experts' work relating to those cases for which the PSC produced their experts' invoices by **February 12, 2026**.

If this proposed schedule is acceptable, the parties respectfully request that this letter be So Ordered. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:   All Counsel of Record (via ECF)