UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE JOHNSON & JOHNSON "BABY POWDER" AND "SHOWER TO SHOWER" MARKETING SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2738<br><br>3:16-md-02738-MAS-RLS<br><br>Hon. Michael A. Shipp |
| This Document Relates to:<br><br>CYNTHIA STALEY,<br><br>        Plaintiff,<br>v.<br><br>JOHNSON & JOHNSON, et al.<br><br>        Defendants. | Case No.: 3:25-cv-02283 |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Counsel of record for Plaintiff Cynthia Staley respectfully files their response to the Court's Order to Show Cause (Doc. No. 43485).

1. On April 3, 2025, the undersigned filed suit on behalf of Plaintiff Cynthia Staley.

2. Pursuant to the Court's Amended Plaintiff's Profile Form ("PPF") Order (ECF 27291) dated September 1, 2023, a Plaintiff Profile Form, medical records and signed authorizations were to be served on Defendants by July 2, 2025.

3. Counsel for Plaintiff made numerous attempts to contact Plaintiff via phone, email, text, and written correspondence to complete the PPF and corresponding authorizations in an effort to comply with the July 2, 2025 deadline, but the attempts to reach Plaintiff were unsuccessful.

4. Following the passage of the PPF deadline in July 2025, Counsel for Plaintiff continued attempting to contact Plaintiff by phone, email, text message, and mail.

1

5. On October 27, 2025, Counsel learned that Plaintiff passed away on October 25, 2025.

6. Because Plaintiff's cancer ultimately proved to be non-ovarian, her heirs do not wish to proceed with the case.

7. No PPF has been produced.

8. Based on the foregoing, the undersigned is unable to offer facts or argument in opposition to the Order to Show Cause.

Dated: December 22, 2025     By: /s/ Steven D. Davis
Steven D. Davis
TORHOERMAN LAW, LLC
210 S. Main Street
Edwardsville, IL 62025
618-656-4400 (Phone)
618-656-4401 (Fax)
SDavis@thlawyer.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed and electronically served by way of the Court's electronic filing system this 22nd day of December, 2025.

/s/ *Steven D. Davis*