UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br><br>*Plaintiffs on Exhibit A (Doc. 43485) that are represented by Napoli Shkolnik* | MDL NO. 2738 (MAS) (RLS)<br><br>JUDGE MICHAEL A. SHIPP<br>MAG. JUDGE RUKHSANA SINGH |

### PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

#### INTRODUCTION

Plaintiffs in the above referenced matters respectfully file their response to the Court's December 8th, 2025, Order to Show Cause. (Doc. No. 43485). For the reasons specified below, Plaintiffs respectfully request that the Court grant a time extension to serve their Plaintiff Profile Forms.

The Plaintiffs identified in Defendants' Exhibit A (Doc. No. 43485 pageID: 296743) that are represented by Napoli Shkolnik hereby respond that: Plaintiffs request an extension of time to complete their Plaintiff Profile Forms. Accordingly, the Plaintiff's cases should not be dismissed.

There are various Plaintiffs referenced below who need additional time to complete their Plaintiff Profile Forms. Despite multiple efforts, undersigned counsel has been unable to reach Plaintiffs. These efforts include emails, texts and call attempts, as well as mailed correspondence

with notice as to the discovery deadline for Plaintiffs to return completed Plaintiff Profile Forms. Counsel believes that more time is needed in order to exhaust all search efforts, and as a result, these Plaintiffs respectfully request an additional 30 days to submit their Plaintiff Profile Forms. This extension of time will not cause any substantial prejudice to Defendants.

## ARGUMENT

Although Federal Rules of Civil Procedure grant the Court discretion in fashioning appropriate sanctions under Rule 37, the Third Circuit has noted that it is not "equivalent to carte blanche" as due process limits the courts' discretion in two ways: (1) any sanction must be just, and (2) the sanction must be related to the particular claim which is at issue in the discovery order. (Please see *Clientron Corp. Devon IT, Inc.* 894 F. 3d, 568, 580 [3rd Cir. 2018]; *Harris v City of Philadelphia,* 47 F. 3d. 1311, 1330 [3rd Cir. 1995]). Dismissal of Plaintiffs' claims as a discovery sanction, would be unjust and unwarranted, as granting an extension to complete Plaintiff Profile Forms does not cause substantial prejudice to Defendants.

The Defendants' multiple failed bankruptcy attempts caused years of delay in this MDL. It is certainly not prejudicial to Defendants to wait an additional 30 days for a discovery document on these specific cases, given their continued delay tactics, and the fact that none of these claimants are slated to proceed to trial any time soon. The specific circumstances for these Plaintiffs warrant an extension of time.

Plaintiffs' Counsel respectfully requests thirty (30) days, until January 24, 2026, to submit the Plaintiff Profile forms for the following Plaintiffs:

1. Sheila Gould (3:25-cv-2616)
2. Alice Feichtel (3:25-cv-2776)
3. Elsie Connolly (3:25-CV-2819)

4. Mena Gordon (3:25-cv-03026)

## CONCLUSION

For all of the reasons raised above, the Plaintiffs respectfully request that the Court deny the Motion to dismiss as moot with regards to the Plaintiffs listed on not dismiss Plaintiffs' claims and instead extend the above Plaintiffs' deadline until January 24, 2026, to submit their Plaintiff Profile Forms.

December 23, 2025

Respectfully submitted,

/s/ Joelys Hernandez
Joelys Hernandez, Esq.
NAPOLI SHKOLNIK
1302 Ave. Ponce De Leon
Santurce, PR 00907
T: (212) 397-1000
F: (646) 927-1676
joelyshernandez@nsprlaw.com

**Attorneys for Plaintiffs**

For good cause shown, the above request is hereby GRANTED.

SO ORDERED this 29th day of December 2025.

_____
RUKHSANAH L. SINGH, U.S.M.J.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 23, 2025the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system, which notifies all Counsel of record via electronic mail.

*/s/ Joelys Hernandez*