# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases Listed in Exhibit A | No. 3:16-md-02738-MAS-RLS<br><br>[PROPOSED] ORDER TO SHOW CAUSE WHY CASES ON THE ATTACHED EXHIBIT A SHOULD NOT BE DISMISSED WITH PREJUDICE |

**This Matter**, having been brought before the Court by Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Johnson & Johnson Consumer Companies, Inc., Janssen Pharmaceuticals, Inc., Kenvue, Inc., and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause requiring Plaintiffs listed in the attached **Exhibit A** to show cause why their case should not be dismissed with prejudice; and for good cause shown;

IT IS on this __8th__ day of __January__, 2026

**ORDERED** that:

1. Plaintiffs listed on **Exhibit A** shall, within twenty-one (21) days of this Order, show cause why their case should not be dismissed with prejudice

for their failure to serve Defendants (via MDL Centrality) with a Plaintiff Profile Form ("PPF"); and

2. Defendants shall have seven (7) days to respond to any opposition filed by Plaintiffs; and

3. Any Plaintiff who fails to respond, or otherwise fails to show cause within twenty-one (21) days, shall have their case dismissed with prejudice; and

4. Within thirty-five (35) days of this Order, Defendants shall file a proposed Order to Dismiss with prejudice the cases subject to this Order to Show Cause in which the Court has not expressly found good cause for the failure to file a PPF.

_____
Honorable Rukhsanah L. Singh
United States Magistrate Judge

# EXHIBIT A
## January 2026 Dismissal list
## November 2025 Deficiency List / Overdue PPF Report
## Deficient Cases Filed or Transferred into the MDL as of July 31, 2025

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 1. | ALBERT, MARSHA | Andrews & Thornton | 3:25-cv-07063 |
| 2. | ALEXANDER, DORINE | Andrews & Thornton | 3:25-cv-07847 |
| 3. | ALLEN, LISA | Andrews & Thornton | 3:25-cv-06159 |
| 4. | ALTON, JANET | Andrews & Thornton | 3:25-cv-06167 |
| 5. | ANDRESS, JOHNNIE SUE | Andrews & Thornton | 3:25-cv-07160 |
| 6. | ARCHER, BARBARA | Andrews & Thornton | 3:25-cv-8889 |
| 7. | ASANO, JACQUELINE MARIE | Andrews & Thornton | 3:25-cv-6773 |
| 8. | BACHAND, KIMBERLY | Andrews & Thornton | 3:25-cv-10507 |
| 9. | BARNUM, KAROL | Andrews & Thornton | 3:25-cv-06285 |
| 10. | BECKMANN, NANCY | Andrews & Thornton | 3:25-cv-8291 |
| 11. | BOGNAR, SHARON | Andrews & Thornton | 3:25-cv-7642 |
| 12. | BRADFORD, FRANCES | Andrews & Thornton | 3:25-cv-10587 |
| 13. | BRITT, PATRICIA | Andrews & Thornton | 3:25-cv-7311 |
| 14. | BRUMMETT, NELLIE | Andrews & Thornton | 3:25-cv-7022 |
| 15. | BUCCI, ANGELA | Andrews & Thornton | 3:25-cv-7066 |
| 16. | BUTLER, GLENDA | Andrews & Thornton | 3:25-cv-7856 |
| 17. | CALABRO, ETDIE | Andrews & Thornton | 3:25-cv-05998 |
| 18. | CALBERT, RANDI | Andrews & Thornton | 3:25-cv-7356 |
| 19. | CHASTEEN, JESSI | Andrews & Thornton | 3:25-cv-7095 |
| 20. | CHAVIS, BETTY | Andrews & Thornton | 3:25-cv-16546 |
| 21. | CHENAULT, AMY | Andrews & Thornton | 3:25-cv-7327 |
| 22. | CHRISTIAN, SHIRLEY A. | Andrews & Thornton | 3:25-cv-7049 |
| 23. | CLINE, CONSTANCE | Andrews & Thornton | 3:25-cv-7314 |
| 24. | COLEMAN, GEORGIANA | Andrews & Thornton | 3:25-cv-7518 |
| 25. | COLEMAN, SHERILYN | Andrews & Thornton | 3:25-cv-7909 |
| 26. | COSTANICH, DEBORAH | Andrews & Thornton | 3:25-cv-06098 |
| 27. | COYNE, JUDITH | Andrews & Thornton | 3:25-cv-06276 |
| 28. | CROMARTIE, NANETTE | Andrews & Thornton | 3:25-cv-5703 |
| 29. | DANIEL, WILLENA | Andrews & Thornton | 3:25-cv-7084 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 30. | DARLEY, VICTORIA | Andrews & Thornton | 3:25-cv-06013 |
| 31. | DAUNIS, JUDITH | Andrews & Thornton | 3:25-cv-6895 |
| 32. | DELIKAT, DANA | Andrews & Thornton | 3:25-cv-5428 |
| 33. | DEPIETRO, ADELAIDE | Andrews & Thornton | 3:25-cv-7023 |
| 34. | DU CASSE, MELODY | Andrews & Thornton | 3:25-cv-7663 |
| 35. | DUERST, JULIA | Andrews & Thornton | 3:25-cv-7343 |
| 36. | ELLIS, BRANDI | Andrews & Thornton | 3:25-cv-7191 |
| 37. | EMERT, LESLIE | Andrews & Thornton | 3:25-cv-7669 |
| 38. | GILLILAND, MELISSA | Andrews & Thornton | 3:25-cv-7508 |
| 39. | GORRELL, REBECCA | Andrews & Thornton | 3:25-cv-7338 |
| 40. | GRAY, CASSANDRA | Andrews & Thornton | 3:25-cv-8265 |
| 41. | GREEN, LEESA | Andrews & Thornton | 3:25-cv-7626 |
| 42. | HANNAH, THERESA | Andrews & Thornton | 3:25-cv-9906 |
| 43. | HANSON, PHYLLIS | Andrews & Thornton | 3:25-cv-7897 |
| 44. | HARRELL-HAYES, ELZENA | Andrews & Thornton | 3:25-cv-6649 |
| 45. | HELLYER, JANICE | Andrews & Thornton | 3:25-cv-6971 |
| 46. | HENDERSON, ELISEBETH | Andrews & Thornton | 3:25-cv-06751 |
| 47. | HERNANDEZ, DEBORAH | Andrews & Thornton | 3:25-cv-7047 |
| 48. | HERR, PAULA | Andrews & Thornton | 3:25-cv-6168 |
| 49. | HIGBEE, KAYLEEN | Andrews & Thornton | 3:25-cv-7332 |
| 50. | HILLER, JANET | Andrews & Thornton | 3:25-cv-6755 |
| 51. | HINKLEY, DIANA | Andrews & Thornton | 3:25-cv-7333 |
| 52. | HOLMAN, JULIE | Andrews & Thornton | 3:25-cv-6740 |
| 53. | HOUSTON, THERESA | Andrews & Thornton | 3:25-cv-7279 |
| 54. | HUMPHREY, WANDA | Andrews & Thornton | 3:25-cv-7275 |
| 55. | HUNTER, CINDY | Andrews & Thornton | 3:25-cv-15982 |
| 56. | IBRAHIM, WENDY | Andrews & Thornton | 3:25-cv-8274 |
| 57. | IVEY, MARGRET | Andrews & Thornton | 3:25-cv-5678 |
| 58. | JACKSON, DOROTHY | Andrews & Thornton | 3:25-cv-07020 |
| 59. | JACKSON, RUBY | Andrews & Thornton | 3:25-cv-5720 |
| 60. | JACQUARD, PAULA | Andrews & Thornton | 3:25-cv-7681 |
| 61. | JOHNSON, LAVON | Andrews & Thornton | 3:25-cv-7737 |
| 62. | JONES, ANNA | Andrews & Thornton | 3:25-cv-7031 |
| 63. | KELLEY, MARY | Andrews & Thornton | 3:25-cv-7308 |
| 64. | KERBER, CARMEN | Andrews & Thornton | 3:25-cv-8225 |
| 65. | KIRK-BROWN, HELENA | Andrews & Thornton | 3:25-cv-7028 |
| 66. | KLEIN, SUZANNE | Andrews & Thornton | 3:25-cv-7358 |
| 67. | KROPP, CHRISTINE | Andrews & Thornton | 3:25-cv-8110 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 68. | LAYMAN, KATHLEEN | Andrews & Thornton | 3:25-cv-06358 |
| 69. | LINEBERRY, BEVERLY | Andrews & Thornton | 3:25-cv-7941 |
| 70. | LOFTON, DEBORAH | Andrews & Thornton | 3:25-cv-7053 |
| 71. | LUCAS, KARIE | Andrews & Thornton | 3:25-cv-7089 |
| 72. | LUTTRELL, KATHRYN | Andrews & Thornton | 3:25-cv-8221 |
| 73. | MANLEY, CHRISTY | Andrews & Thornton | 3:25-cv-6987 |
| 74. | MAPLE, TERRY | Andrews & Thornton | 3:25-cv-7702 |
| 75. | MCCONNELL, LINDA | Andrews & Thornton | 3:25-cv-7543 |
| 76. | MCCRANIE, AMY | Andrews & Thornton | 3:25-cv-7205 |
| 77. | MCFARLAND, VICTORIA | Andrews & Thornton | 3:25-cv-9760 |
| 78. | MEDINA, JULIA | Andrews & Thornton | 3:25-cv-7362 |
| 79. | MEDINA, SYBIL | Andrews & Thornton | 3:25-cv-7313 |
| 80. | MEMOLO, NICOLE | Andrews & Thornton | 3:25-cv-7257 |
| 81. | METCALF, ELLA | Andrews & Thornton | 3:25-cv-8208 |
| 82. | MICHAEL, KATHERYN | Andrews & Thornton | 3:25-cv-5397 |
| 83. | MICHALSKI, HEATHER | Andrews & Thornton | 3:25-cv-7666 |
| 84. | MORROW-ALSAFFAR, ANN | Andrews & Thornton | 3:25-cv-7526 |
| 85. | MORSE, CHARITY | Andrews & Thornton | 3:25-cv-7262 |
| 86. | MYERS, CINDY-LOU | Andrews & Thornton | 3:25-cv-7207 |
| 87. | NEAL, RUTH | Andrews & Thornton | 3:25-cv-06102 |
| 88. | NEWCOMER, PEGGY | Andrews & Thornton | 3:25-cv-06344 |
| 89. | NOBLE, CAROLYN | Andrews & Thornton | 3:25-cv-6681 |
| 90. | OSBORNE, DORAN | Andrews & Thornton | 3:25-cv-8183 |
| 91. | PARKINSON, CAROLYN | Andrews & Thornton | 3:25-cv-7011 |
| 92. | PAVY, SARA | Andrews & Thornton | 3:21-cv-11335 |
| 93. | PERRY, MARGARET | Andrews & Thornton | 3:25-cv-06005 |
| 94. | PETERSON, CAROL | Andrews & Thornton | 3:25-cv-5672 |
| 95. | PETIT, JANICE | Andrews & Thornton | 3:25-cv-5711 |
| 96. | PORTIS, MARY | Andrews & Thornton | 3:25-cv-6763 |
| 97. | POTTS, NICOLE | Andrews & Thornton | 3:25-cv-7015 |
| 98. | PRUITT, CHESTER | Andrews & Thornton | 3:25-cv-8259 |
| 99. | PRUITTE, ALEXIS | Andrews & Thornton | 3:25-cv-06155 |
| 100. | PYLE, TONIA | Andrews & Thornton | 3:25-cv-6771 |
| 101. | QUALLS, SUZANNA | Andrews & Thornton | 3:25-cv-8122 |
| 102. | RHOADS, LORENE | Andrews & Thornton | 3:25-cv-6756 |
| 103. | RICHARDSON, VICKIE | Andrews & Thornton | 3:25-cv-06263 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 104. | RIDGEWAY, ANGELA | Andrews & Thornton | 3:25-cv-7069 |
| 105. | ROBINSON-MITCHELL, PATRICIA | Andrews & Thornton | 3:25-cv-6360 |
| 106. | ROBINSON, VIOLA | Andrews & Thornton | 3:25-cv-7154 |
| 107. | ROBINSON, YVONNE | Andrews & Thornton | 3:25-cv-6661 |
| 108. | ROUSE, RAMONA | Andrews & Thornton | 3:25-cv-6901 |
| 109. | SANDERS, JOYCE | Andrews & Thornton | 3:25-cv-6903 |
| 110. | SELLERS, SYLVIA | Andrews & Thornton | 3:25-cv-8235 |
| 111. | SEVERSON, SANDRA | Andrews & Thornton | 3:25-cv-7100 |
| 112. | SILVER, JOAN | Andrews & Thornton | 3:25-cv-7450 |
| 113. | SPUHLER, DIANE | Andrews & Thornton | 3:25-cv-06359 |
| 114. | SUMMERS, MATOPIA | Andrews & Thornton | 3:25-cv-7085 |
| 115. | THOMAS, PATRICIA | Andrews & Thornton | 3:25-cv-8214 |
| 116. | TILLMAN, LYNNE | Andrews & Thornton | 3:25-cv-05971 |
| 117. | TUMA, PEARL | Andrews & Thornton | 3:25-cv-7911 |
| 118. | VARDA, BARBARA | Andrews & Thornton | 3:25-cv-7094 |
| 119. | VAUTOUR SMITH, MARIA | Andrews & Thornton | 3:25-cv-6687 |
| 120. | VELASQUEZ, REBBECA | Andrews & Thornton | 3:25-cv-7263 |
| 121. | VERNON, ELNORA | Andrews & Thornton | 3:25-cv-7953 |
| 122. | WALKER, NIKKI | Andrews & Thornton | 3:25-cv-7324 |
| 123. | WILKIE, GAIL | Andrews & Thornton | 3:25-cv-6770 |
| 124. | WILLARD, CASANDRA | Andrews & Thornton | 3:25-cv-9919 |
| 125. | WIMBERLEY, SUSAN | Andrews & Thornton | 3:25-cv-06334 |
| 126. | WINDLESS, SUSIE | Andrews & Thornton | 3:25-cv-7353 |
| 127. | WITCHER, KINDA | Andrews & Thornton | 3:25-cv-7228 |
| 128. | WITHAWHY, DEBBY | Andrews & Thornton | 3:25-cv-7099 |
| 129. | WYATT, JANET | Andrews & Thornton | 3:25-cv-6995 |
| 130. | YOUNG, HARRIETT | Andrews & Thornton | 3:25-cv-7664 |
| 131. | CHATFIELD, CANDIDA | Ashcraft & Gerel LLP | 3:19-cv-8630 |
| 132. | LINDSEY-BEY, NINOTCHKA | Ashcraft & Gerel LLP | 3:23-cv-16471 |
| 133. | DAVIS, MARILYN | Cohen & Malad, LLP | 3:17-cv-08670 |
| 134. | Kay Gleeson | Cory Watson, P.C. | 3:25-cv-12566 |
| 135. | David Myers, Individually, and as the Anticipated Representative of the Estate of Kathy Myers, Deceased | Davis Bethune Jones | 3:25-cv-13348 |

4

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 136. | Craig Johnson, Individually, and as the Anticipated Representative of the Estate of Kaaren Johnson, Deceased | Davis Bethune Jones | 3:25-cv-13646 |
| 137. | Martha N. Glover | James C. Ferrell, P.C. | 3:25-cv-13856 |
| 138. | Patricia Lou Boyt | Johnson Becker, PLLC | 3:25-cv-12236 |
| 139. | DOUGLAS, REBECCA ANN | Nachawati Law Group | 3:20-cv-10914 |
| 140. | Ruth McDonald | OnderLaw, LLC | 3:25-cv-06253 |
| 141. | Kevin Carrier, Individually and as the Anticipated Personal Representative of the Estate of Tammy Carter, Deceased | OnderLaw, LLC | 3:25-cv-09679 |
| 142. | Rosa Colon | OnderLaw, LLC | 3:25-cv-09452 |
| 143. | Khalilah Hasan | OnderLaw, LLC | 3:25-cv-09832 |
| 144. | Ann Hayden | OnderLaw, LLC | 3:25-cv-13097 |
| 145. | Anna Penrod | OnderLaw, LLC | 3:25-cv-09767 |
| 146. | Teresa Royalty | OnderLaw, LLC | 3:25-cv-09539 |
| 147. | Lana Scouten | OnderLaw, LLC | 3:25-cv-09707 |
| 148. | Doyle Smith, Individually and as the Anticipated Personal Representative of the Estate of Cynthia Smith, Deceased | OnderLaw, LLC | 3:25-cv-09326 |
| 149. | Barbara J. Snead | OnderLaw, LLC | 3:25-cv-09730 |
| 150. | Rachel C. Weimer | OnderLaw, LLC | 3:25-cv-09473 |
| 151. | Thomas Chavez, Individually and as the Anticipated Personal Representative of the Estate of Rebecca Chavez, Deceased | OnderLaw, LLC | 3:25-cv-09792 |
| 152. | Robin McHugh | OnderLaw, LLC | 3:25-cv-13574 |
| 153. | Stephanie Soares and Samuel Soares | The Miller Firm LLC | 3:25-cv-12139 |
| 154. | Toymica Cooper | The Miller Firm LLC | 3:25-cv-12552 |
| 155. | Laura Jamison Scheuerell and Casey Scheuerell | The Miller Firm LLC | 3:25-cv-12614 |
| 156. | Anna Thornton | The Miller Firm LLC | 3:25-cv-12625 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 157. | Mark Densing, Individually, and as Next of Kin on Behalf of the Estate of Anna Maria Densing, Deceased | The Miller Firm LLC | 3:25-cv-12559 |
| 158. | Sherri Hilkey | The Miller Firm LLC | 3:25-cv-12565 |
| 159. | Liatesha Payne | The Miller Firm LLC | 3:25-cv-12608 |
| 160. | Mary Stephens | The Miller Firm LLC | 3:25-cv-12622 |
| 161. | Dulce Vargas | The Miller Firm LLC | 3:25-cv-12630 |
| 162. | Sandra Watson | The Miller Firm LLC | 3:25-cv-12637 |
| 163. | Wilhelmina Wilson | The Miller Firm LLC | 3:25-cv-12668 |
| 164. | Chante Wise | The Miller Firm LLC | 3:25-cv-12671 |
| 165. | Shannon C. Taylor, as Next of Kin on Behalf of the Estate of Mildred Hutchinson Smith, Deceased | The Miller Firm LLC | 3:25-cv-12225 |
| 166. | Bianca Terrell | The Miller Firm LLC | 3:25-cv-12227 |
| 167. | Vickey Wilson, as Next of Kin on Behalf of the Estate of Stacia Phillips, Deceased | The Miller Firm LLC | 3:25-cv-12231 |
| 168. | Deborah Stevens | The Miller Firm LLC | 3:25-cv-12220 |
| 169. | Barbara Larkin | Thornton Law Firm LLP | 3:25-cv-07431 |
| 170. | BROWN, LAQVIA | Wagstaff Law Firm | 3:24-cv-2460 |
| 171. | Nakia Gould | Wagstaff Law Firm | 3:25-cv-12337 |
| 172. | Cynthia Johnson | Wagstaff Law Firm | 3:25-cv-12333 |
| 173. | Karie Lucas | Wagstaff Law Firm | 3:25-cv-12540 |
| 174. | Cecil Eugene Voils, Individually and on behalf of the Estate of Ruby Voils | Wagstaff Law Firm | 3:25-cv-12323 |
| 175. | Dianna Alexander | Wagstaff Law Firm | 3:25-cv-13272 |
| 176. | Selena Buchanan | Wagstaff Law Firm | 3:25-cv-13296 |
| 177. | Diana Liebham | Wagstaff Law Firm | 3:25-cv-13264 |
| 178. | Mary Moore | Wagstaff Law Firm | 3:25-cv-13280 |
| 179. | Donella Reed | Wagstaff Law Firm | 3:25-cv-13250 |
| 180. | Melinda Silas | Wagstaff Law Firm | 3:25-cv-13261 |
| 181. | Cheante Smith | Wagstaff Law Firm | 3:25-cv-13265 |
| 182. | Carla Sullivan | Wagstaff Law Firm | 3:25-cv-13252 |
| 183. | Angela Holman | Wagstaff Law Firm | 3:25-cv-13593 |
| 184. | Dianne Ariondo | Wagstaff Law Firm | 3:25-cv-13630 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 185. | Shaquitta Glanton on behalf of the Estate of Beverly Glanton | Wagstaff Law Firm | 3:25-cv-13623 |
| 186. | Lisa Downard and David Downard | Wagstaff Law Firm | 3:25-cv-13651 |
| 187. | Jessica Renae Cale as Independent Executrix of the Estate of Jacquelyn Cale | Wagstaff Law Firm | 3:25-cv-12259 |
| 188. | Monica Morgan | Wagstaff Law Firm | 3:25-cv-12174 |
| 189. | Temeka Bruce | Weitz & Luxenberg, P.C. | 3:25-cv-03236 |
| 190. | Burkett, Jackie | Weitz & Luxenberg, P.C. | 3:25-cv-03238 |
| 191. | Christina Dinally | Weitz & Luxenberg, P.C. | 3:25-cv-03239 |
| 192. | Brittany Kelley | Weitz & Luxenberg, P.C. | 3:25-cv-03243 |
| 193. | Jaime Lounissi | Weitz & Luxenberg, P.C. | 3:25-cv-05582 |
| 194. | Amina Smith | Weitz & Luxenberg, P.C. | 3:25-cv-03245 |
| 195. | Nicole Sanders | Weitz & Luxenberg, P.C. | 3:25-cv-03423 |
| 196. | Lesley Adams | Weitz & Luxenberg, P.C. | 3:25-cv-03325 |
| 197. | Bennetta Alexander | Weitz & Luxenberg, P.C. | 3:25-cv-03361 |
| 198. | Carol Brooks | Weitz & Luxenberg, P.C. | 3:25-cv-03356 |
| 199. | Shamika Brown | Weitz & Luxenberg, P.C. | 3:25-cv-03190 |
| 200. | Verniki C. Clark | Weitz & Luxenberg, P.C. | 3:25-cv-03357 |
| 201. | Rhonda Drakeford | Weitz & Luxenberg, P.C. | 3:25-cv-03362 |
| 202. | Kristan Hankins | Weitz & Luxenberg, P.C. | 3:25-cv-03365 |
| 203. | Erica Jackson | Weitz & Luxenberg, P.C. | 3:25-cv-03366 |
| 204. | Aaliyah Walker | Weitz & Luxenberg, P.C. | 3:25-cv-03360 |
| 205. | Nicole Williams | Weitz & Luxenberg, P.C. | 3:25-cv-03247 |
| 206. | ALLEN-LONG, JO | Whitehead Law Firm LLC | 3:23-cv-6423 |
| 207. | BEAL, SHEILA K | Whitehead Law Firm LLC | 3:18-cv-13975 |
| 208. | BROWN, MELANIE | Whitehead Law Firm LLC | 3:19-cv-04872 |
| 209. | CLARK, JOANNE R | Whitehead Law Firm LLC | 3:18-cv-08368 |
| 210. | CLIFF, SHIRLEY | Whitehead Law Firm LLC | 3:20-cv-06001 |
| 211. | DOUGHERTY, WINDY M | Whitehead Law Firm LLC | 3:18-cv-11935 |
| 212. | EHART, VICTORIA M | Whitehead Law Firm LLC | 3:18-cv-03938 |
| 213. | ELLIOTT, DAWN | Whitehead Law Firm LLC | 3:18-cv-12683 |
| 214. | ENGLE, SUSAN | Whitehead Law Firm LLC | 3:18-cv-13760 |
| 215. | FLORES, TINA | Whitehead Law Firm LLC | 3:18-cv-12688 |
| 216. | FOX, TERESA | Whitehead Law Firm LLC | 3:18-cv-13979 |
| 217. | FRAZIER, CAROL QUINN | Whitehead Law Firm LLC | 3:18-cv-00969 |
| 218. | HAINES, JOANN | Whitehead Law Firm LLC | 3:17-cv-09682 |
| 219. | HAYES, ROXANNE | Whitehead Law Firm LLC | 3:20-cv-10125 |
| 220. | HESSELTON, JOAN | Whitehead Law Firm LLC | 3:18-cv-15630 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 221. | JOHNSON, PATRICIA | Whitehead Law Firm LLC | 3:18-cv-11291 |
| 222. | LANE, TINA | Whitehead Law Firm LLC | 3:18-cv-11939 |
| 223. | MARTINS, LORI | Whitehead Law Firm LLC | 3:18-cv-14164 |
| 224. | MORTON, BAHIYA | Whitehead Law Firm LLC | 3:18-cv-11840 |
| 225. | PRICE, CHRISTINA LOUISE | Whitehead Law Firm LLC | 3:20-cv-13188 |
| 226. | RUCKH, DELORIS MAE | Whitehead Law Firm LLC | 3:18-cv-11712 |