

January 8, 2026

Honorable Rukhsanah L. Singh, U.S. Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room 7W
Trenton NJ 08608

Re: *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation* – MDL 2738

**This correspondence relates the case attached as "Exhibit A"**

Your Honor:

On Wednesday, January 7, 2026, the Johnson & Johnson Defendants filed a letter [Docket. No. 43716] asking why the case included in Exhibit A should not be dismissed with prejudice for an alleged failure to serve a PPF pursuant to Case Management Order ('CMO"), dated, February 13, 2024 [Docket No. 29032]. This letter does not reflect accurate information.

Counsel for Defendants Johnson & Johnson identified the case in Plaintiff's Exhibit A, filed by undersigned counsel, as not having complied with the Court's order. The case attached as Exhibit A is in compliance, and undersigned counsel has submitted a PPF for this case, contrary to assertions of Defendants. Plaintiff's case should not be dismissed, because the attached case is in compliance with the Court's order. Plaintiff is prejudiced by Defendants' inaccurate reports to the contrary.

Accordingly, Plaintiff seeks entry of an Order that (1) directs Johnson & Johnson to correct the Record in the docket, so as to avoid further prejudice to the Plaintiff; (2) instructs Johnson & Johnson to directly coordinate with Brown Greer for the purpose of updating and/or verifying J&J's own access to the MDL Centrality records; including complete and full content; (3) instructs J&J to meet and confer with the undersigned counsel if J&J contends the attached claims are not contained within the portal; and whatever further relief the court deems just and appropriate.

Thank you for your consideration of these matters.

Dated: January 8, 2026                Respectfully Submitted,


                */s/ Stephen Hunt, Jr.*
                Stephen Hunt, Jr.
                2131 Magnolia Ave. S.
                Birmingham, Alabama 35205
                (205) 328-2200
                shunt@corywatson.com

# EXHIBIT A

| Plaintiff Name | Law Firm Name | Case Number | MDL Centrality Plaintiff ID | Date PPF Uploaded to MDL Centrality |
|---|---|---|---|---|
| Kay Gleeson | Cory, Watson, Crowder & Degaris, P.C. | 3:25-cv-12566 | 88349 | 12/12/2025 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |