

**beasley allen** LAW FIRM

Montgomery
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Atlanta
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**ASHCRAFT & GEREL, LLP**

P. Leigh O'Dell
leigh.odell@beasleyallen.com

Michelle A. Parfitt
mparfitt@ashcraftlaw.com

January 12, 2026

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> Re: *Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
> Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Singh:

Plaintiffs write today to request a modification of the schedule for the production of experts' invoices (ECF No. 43633). Plaintiffs respectfully request that the Court extend the deadlines as follows:

- The PSC shall produce the invoices for their experts' work related to all federal and state court talc cases alleging injuries for ovarian cancer and mesothelioma that they maintain in their possession, custody, or control by **February 16, 2026**.

- J&J shall produce the invoices for its experts' work relating to those cases for which the PSC produced their experts' invoices by **April 13, 2026**.

Plaintiffs have conferred with counsel for the Johnson & Johnson Defendants, who consent to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

s/ P. Leigh O'Dell                                    s/ Michelle A. Parfitt

    P. Leigh O'Dell                                    Michelle A. Parfitt

cc:   Jessica Brennan, Esq. (via email)
      Kristen Fournier, Esq. (via email)
      All Counsel (via ECF)

So Ordered this 13th day of January, 2026

Hon. Rukhsanah L. Singh, U.S.M.J.