**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

January 13, 2026

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
      Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp:

The parties write jointly regarding the June 26, 2025 Order appointing the Honorable Freda L. Wolfson, U.S.D.J. (ret) (ECF No. 39429) as a limited-purpose Special Master, as well as the Order setting forth the Special Master's duties and authority (ECF No. 704).

Under the Special Master's Order, "[a]ny party objecting to an order or report of the Special Master shall file such objections within fourteen (14) days after service of the Special Master's order or report." ECF No. 704 ¶ 3. In anticipation of Special Master Wolfson's forthcoming rulings on the Rule 702 Motions, the parties jointly request a brief extension of that deadline.

Specifically, the parties propose that any objections to an order or report of the Special Master be filed within twenty-one (21) days after service, which would provide each party with an additional seven (7) days. If the Court finds this proposed schedule acceptable, the parties respectfully request that this letter be So Ordered.

Thank you for your consideration of this matter.

January 13, 2026
Page 2

                                            Respectfully submitted,

                                            /s/ *Jessica L. Brennan*

cc:    All Counsel of Record (via ECF)

                          So Ordered this 14th day of January 2026

                          _____
                          Honorable Michael A. Shipp, U.S.D.J.

**Barnes & Thornburg**