**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

February 2, 2026

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**  *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp:

We write on behalf of the Johnson & Johnson Defendants to respectfully request permission to file a 50-page brief in support of their forthcoming objections to the Special Master's Report and Recommendation ("R&R") (ECF No. 43902).

The Special Master's R&R is approximately 650 pages and resolves seventeen motions involving extensive factual records, expert testimony, and scientific literature. Given the scope and complexity of the R&R, the Johnson & Johnson Defendants respectfully request permission to file a brief of up to 50 pages—10 pages beyond the standard limit under Local Rule 7.2—in support of their objections.

If the Court finds this request acceptable, the Johnson & Johnson Defendants respectfully request that this letter be So Ordered. Thank you for your consideration of this matter.

So Ordered this 3rd day of February 2026

_____
Honorable Michael A. Shipp, U.S.D.J.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:   All Counsel of Record (via ECF)

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.