

**Barnes &**
**Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

February 6, 2026

**VIA ELECTRONIC FILING**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**    ***In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales***
***Practices, and Products Liability Litigation***
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

We write on behalf of the Johnson & Johnson Defendants concerning plaintiffs who have not properly served the required case-specific fact discovery: (i) a fully complete and verified Plaintiff Profile Form ("PPF"), (ii) medical records, and/or (iii) an executed Limited Authorization to Disclose Health Information.

Pursuant to the Case Management Order dated February 13, 2024 (ECF No. 29032) and the Court's Order regarding PPF deadlines (ECF No. 33836), Defendants respectfully submit the enclosed deficiency list identifying plaintiffs who have failed to comply with the Court's requirements concerning case-specific fact discovery and PPFs. Notice of these deficiencies have been provided to plaintiffs' counsel via MDL Centrality (for those who are properly registered as required by Court Order) and by electronic filing on the master docket, 3:16-md-02738.

The enclosed deficiency list reflects cases filed or transferred into the MDL on or before November 5, 2025, where the required discovery and/or PPF remain outstanding. In accordance with the Court's directives, Defendants intend to file an Order to Show Cause on April 6, 2026, for any plaintiff who remains noncompliant as of that date.

February 6, 2026
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:    All Counsel of Record (via ECF)

Barnes & Thornburg

February 6, 2026
Page 3

**February 2026 Deficiency List / Overdue PPF Report**
**Deficient Cases Filed or Transferred into the MDL as of November 5, 2025**

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 1. | Michael Clark as Successor-in-Interest and Anticipated Personal Representative of the Estate of Annette Clark, Deceased | Andrews & Higgins | 3:25-cv-09079 |
| 2. | Wade Crane as Successor-in-Interest and Anticipated Personal Representative of the Estate of Elizabeth Crane, Deceased | Andrews & Higgins | 3:25-cv-09333 |
| 3. | Thomas Cunningham as Successor-in-Interest and Anticipated Personal Representative of the Estate of Kathleen Cunningham, Deceased | Andrews & Higgins | 3:25-cv-09586 |
| 1. | Leann Danielson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Carolyn Joyce Wareham, Deceased | Andrews & Higgins | 3:25-cv-09568 |
| 2. | Joan Deblasio as Successor-in-Interest and Anticipated Personal Representative of the Estate of Joan Hoffman, Deceased | Andrews & Higgins | 3:25-cv-09750 |
| 3. | Jody Dixon as Successor-in-Interest and Anticipated Personal Representative of the Estate of Shirley Crisafulli, Deceased | Andrews & Higgins | 3:25-cv-09323 |
| 4. | Susan Docking as Successor-in-Interest and Anticipated Personal Representative of the Estate of Sandra Arnold, Deceased | Andrews & Higgins | 3:25-cv-08928 |
| 5. | Robert Dooley as Successor-in-Interest and Anticipated Personal Representative of the Estate of Linda Dooley, Deceased | Andrews & Higgins | 3:25-cv-09677 |
| 6. | Richard Eastis as Successor-in-Interest and Anticipated Personal Representative of the Estate of Betty Eastis, Deceased | Andrews & Higgins | 3:25-cv-09667 |
| 7. | Michele Edgar | Andrews & Higgins | 3:25-cv-08368 |
| 8. | Nancy Fabbiano as Successor-in-Interest and Anticipated Personal Representative of the Estate of Concetta Voss, Deceased | Andrews & Higgins | 3:25-cv-09643 |
| 9. | Robert Fedor as Successor-in-Interest and Anticipated Personal Representative of the Estate of Victoria Fedor, Deceased | Andrews & Higgins | 3:25-cv-09651 |
| 10. | Mark Fischer as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lurdes Fischer, Deceased | Andrews & Higgins | 3:25-cv-09354 |

Barnes & Thornburg

February 6, 2026
Page 4

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|-----|---------------------|----------------|-------------|
| 11. | Ian Fisher as Successor-in-Interest and Anticipated Personal Representative of the Estate of Myrtha Ofelia Chabran, Deceased | Andrews & Higgins | 3:25-cv-09579 |
| 12. | Dana Fogerty as Successor-in-Interest and Anticipated Personal Representative of the Estate of Kaye Cascio, Deceased | Andrews & Higgins | 3:25-cv-09708 |
| 13. | Carol Fredrickson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Eleanor Jane McCoy, Deceased | Andrews & Higgins | 3:25-cv-09350 |
| 14. | Richard Granito as Successor-in-Interest and Anticipated Personal Representative of the Estate of Patricia Granito, Deceased | Andrews & Higgins | 3:25-cv-09380 |
| 15. | Eugene Gray as Successor-in-Interest and Anticipated Personal Representative of the Estate of Bina Gray, Deceased | Andrews & Higgins | 3:25-cv-09592 |
| 16. | Gwendolyn Green as Successor-in-Interest and Anticipated Personal Representative of the Estate of Barbara Green, Deceased | Andrews & Higgins | 3:25-cv-09370 |
| 17. | Rodney Greene as Successor-in-Interest and Anticipated Personal Representative of the Estate of Elaine Greene, Deceased | Andrews & Higgins | 3:25-cv-09601 |
| 18. | Charles Haas as Successor-in-Interest and Anticipated Personal Representative of the Estate of Irma Haas, Deceased | Andrews & Higgins | 3:25-cv-08725 |
| 19. | Jessica Hamaker as Successor-in-Interest and Anticipated Personal Representative of the Estate of Joann Buonopane-Hamaker, Deceased | Andrews & Higgins | 3:25-cv-09351 |
| 20. | Amy Hamel as Successor-in-Interest and Anticipated Personal Representative of the Estate of Dorothy Jean Gellis, Deceased | Andrews & Higgins | 3:25-cv-08894 |
| 21. | Beverly Hartman | Andrews & Higgins | 3:25-cv-08655 |
| 22. | Rosalie Harvey | Andrews & Higgins | 3:25-cv-08729 |
| 23. | Grace Keske as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marie Abruzzo, Deceased | Andrews & Higgins | 3:25-cv-09343 |

**Barnes & Thornburg**

February 6, 2026
Page 5

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 24. | Roland Houthoofd as Successor-in-Interest and Anticipated Personal Representative of the Estate of Vickie Dela Garza, Deceased | Andrews & Higgins | 3:25-cv-09680 |
| 25. | Saada Howard as Successor-in-Interest and Anticipated Personal Representative of the Estate of Anne Fern Alexander, Deceased | Andrews & Higgins | 3:25-cv-09703 |
| 26. | Tonya Isaac as Successor-in-Interest and Anticipated Personal Representative of the Estate of Maxine Taylor, Deceased | Andrews & Higgins | 3:25-cv-09461 |
| 27. | Crystal Jackson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Gabriel Richards, Deceased | Andrews & Higgins | 3:25-cv-09233 |
| 28. | Rebecca Jackson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Carla Holmes, Deceased | Andrews & Higgins | 3:25-cv-08937 |
| 29. | David Jacobs as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jean Jacobs, Deceased | Andrews & Higgins | 3:25-cv-09368 |
| 30. | Billie Jones as Successor-in-Interest and Anticipated Personal Representative of the Estate of  Willie Shiltz, Deceased | Andrews & Higgins | 3:25-cv-09698 |
| 31. | Bobbi Jones | Andrews & Higgins | 3:25-cv-08365 |
| 32. | Chad Kaiser as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jane Kaiser, Deceased | Andrews & Higgins | 3:25-cv-08832 |
| 33. | Michael Kiousis as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jacqueline Vacha Kiousis, Deceased | Andrews & Higgins | 3:25-cv-09567 |
| 34. | David Kisler as Successor-in-Interest and Anticipated Personal Representative of the Estate of Paula Lynn Kisler, Deceased | Andrews & Higgins | 3:25-cv-09716 |
| 35. | Karen Kovach | Andrews & Higgins | 3:25-cv-08995 |
| 36. | Pamela Kovach as Successor-in-Interest and Anticipated Personal Representative of the Estate of Carol May, Deceased | Andrews & Higgins | 3:25-cv-09057 |
| 37. | Kari Kovanda Ripley as Successor-in-Interest and Anticipated Personal Representative of the Estate of Judith Kovanda, Deceased | Andrews & Higgins | 3:25-cv-09363 |

Barnes & Thornburg

February 6, 2026
Page 6

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 38. | Ronda Kroeger | Andrews & Higgins | 3:25-cv-08406 |
| 39. | Jacob Lappin as Successor-in-Interest and Anticipated Personal Representative of the Estate of Judith Mendez, Deceased | Andrews & Higgins | 3:25-cv-09603 |
| 40. | William Lee as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jean Lee, Deceased | Andrews & Higgins | 3:25-cv-09474 |
| 41. | Linda Leventhal as Successor-in-Interest and Anticipated Personal Representative of the Estate of Constance Deborah Leventhal, Deceased | Andrews & Higgins | 3:25-cv-09069 |
| 42. | Leon Lewis as Successor-in-Interest and Anticipated Personal Representative of the Estate of Carol Gene Muth Lewis, Deceased | Andrews & Higgins | 3:25-cv-09759 |
| 43. | Shawn Lewis | Andrews & Higgins | 3:25-cv-08852 |
| 44. | David Lopez as Successor-in-Interest and Anticipated Personal Representative of the Estate of Aurora Carolina Martinez, Deceased | Andrews & Higgins | 3:25-cv-09616 |
| 45. | Janette Lorelli as Successor-in-Interest and Anticipated Personal Representative of the Estate of Clareme Claspill, Deceased | Andrews & Higgins | 3:25-cv-08698 |
| 46. | Anne Lovette as Successor-in-Interest and Anticipated Personal Representative of the Estate of Kathleen Houchins, Deceased | Andrews & Higgins | 3:25-cv-09556 |
| 47. | Jack Luster as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marianne Lois Luster, Deceased | Andrews & Higgins | 3:25-cv-09441 |
| 48. | Arthur Madura as Successor-in-Interest and Anticipated Personal Representative of the Estate of Sandra Madura, Deceased | Andrews & Higgins | 3:25-cv-09342 |
| 49. | Datara Martin as Successor-in-Interest and Anticipated Personal Representative of the Estate of Doris E. Martin, Deceased | Andrews & Higgins | 3:25-cv-09293 |
| 50. | Richard Matlack as Successor-in-Interest and Anticipated Personal Representative of the Estate of Judith Matlack, Deceased | Andrews & Higgins | 3:25-cv-08916 |
| 51. | Marsha Matthews as Successor-in-Interest and Anticipated Personal Representative of the Estate of Hortense Kaplan, Deceased | Andrews & Higgins | 3:25-cv-09234 |

Barnes & Thornburg

February 6, 2026
Page 7

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 52. | John H. Mayer as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jeanette Fae Mayer, Deceased | Andrews & Higgins | 3:25-cv-009226 |
| 53. | DaVinci Metcalf as Successor-in-Interest and Anticipated Personal Representative of the Estate of Maggie Metcalf, Deceased | Andrews & Higgins | 3:25-cv-09296 |
| 54. | Phillip Narine as Successor-in-Interest and Anticipated Personal Representative of the Estate of Paula Butcher-Narine, Deceased | Andrews & Higgins | 3:25-cv-09379 |
| 55. | Marilyn Nelson | Andrews & Higgins | 3:25-cv-08396 |
| 56. | Tina Newton as Successor-in-Interest and Anticipated Personal Representative of the Estate of Danielle Scott, Deceased | Andrews & Higgins | 3:25-cv-09310 |
| 57. | Edward Norton as Successor-in-Interest and Anticipated Personal Representative of the Estate of Janette Ann Norton, Deceased | Andrews & Higgins | 3:25-cv-09047 |
| 58. | Vanita Nottingham as Successor-in-Interest and Anticipated Personal Representative of the Estate of Sarah Nottingham, Deceased | Andrews & Higgins | 3:25-cv-09428 |
| 59. | Robert Oliver as Successor-in-Interest and Anticipated Personal Representative of the Estate of Mavis Oliver, Deceased | Andrews & Higgins | 3:25-cv-09272 |
| 60. | Donna O'Neill | Andrews & Higgins | 3:25-cv-08362 |
| 61. | Genaro Ortiz as Successor-in-Interest and Anticipated Personal Representative of the Estate of Rosa M. Lugo, Deceased | Andrews & Higgins | 3:25-cv-09404 |
| 62. | Roxanne Ortiz as Successor-in-Interest and Anticipated Personal Representative of the Estate of Ruth Singzon, Deceased | Andrews & Higgins | 3:25-cv-09575 |
| 63. | Andrea Parker | Andrews & Higgins | 3:25-cv-08863 |
| 64. | Rhonda Peck as Successor-in-Interest and Anticipated Personal Representative of the Estate of Rosetta Peck, Deceased | Andrews & Higgins | 3:25-cv-09393 |
| 65. | Juanita Perkins as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jonnie Perkins, Deceased | Andrews & Higgins | 3:25-cv-08857 |

February 6, 2026
Page 8

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 66. | Donna Phillips as Successor-in-Interest and Anticipated Personal Representative of the Estate of Margaret Votaw, Deceased | Andrews & Higgins | 3:25-cv-09355 |
| 67. | Michael Pinto as Successor-in-Interest and Anticipated Personal Representative of the Estate of Madelaine Pinto, Deceased | Andrews & Higgins | 3:25-cv-09580 |
| 68. | Phillip Plumb as Successor-in-Interest and Anticipated Personal Representative of the Estate of Phyllis Plumb, Deceased | Andrews & Higgins | 3:25-cv-09746 |
| 69. | Daniel Poast as Successor-in-Interest and Anticipated Personal Representative of the Estate of Eleanor Poast, Deceased | Andrews & Higgins | 3:25-cv-09304 |
| 70. | Glenn Poyer as Successor-in-Interest and Anticipated Personal Representative of the Estate of Susan Marie Poyer, Deceased | Andrews & Higgins | 3:25-cv-09648 |
| 71. | Paul Pritchett as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lois Kellam Pritchett, Deceased | Andrews & Higgins | 3:25-cv-09241 |
| 72. | Tonya Rawlings as Successor-in-Interest and Anticipated Personal Representative of the Estate of Deborah Ann Bullock, Deceased | Andrews & Higgins | 3:25-cv-08739 |
| 73. | Sharon Ray as Successor-in-Interest and Anticipated Personal Representative of the Estate of Johnnie Tillery, Deceased | Andrews & Higgins | 3:25-cv-09416 |
| 74. | Rashanda Richardson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Odessa Richardson, Deceased | Andrews & Higgins | 3:25-cv-09248 |
| 75. | Cindy Roberts as Successor-in-Interest and Anticipated Personal Representative of the Estate of Billye Turner, Deceased | Andrews & Higgins | 3:25-cv-09251 |
| 76. | Karen Robinson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Linda Chasteen, Deceased | Andrews & Higgins | 3:25-cv-09755 |
| 77. | William Rogers as Successor-in-Interest and Anticipated Personal Representative of the Estate of Franca Nerina Goff, Deceased | Andrews & Higgins | 3:25-cv-09242 |
| 78. | Shannon Rooney as Successor-in-Interest and Anticipated Personal Representative of the Estate of Audrey Hall, Deceased | Andrews & Higgins | 3:25-cv-09327 |

Barnes & Thornburg

February 6, 2026
Page 9

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 79. | Tanna Schwartz as Successor-in-Interest and Anticipated Personal Representative of the Estate of Wilma Schwartz, Deceased | Andrews & Higgins | 3:25-cv-09373 |
| 80. | John Schwarze as Successor-in-Interest and Anticipated Personal Representative of the Estate of Judy Schwarze, Deceased | Andrews & Higgins | 3:25-cv-09012 |
| 81. | Donald Sears as Successor-in-Interest and Anticipated Personal Representative of the Estate of Kathrine G. Sears, Deceased | Andrews & Higgins | 3:25-cv-09713 |
| 82. | Claudette Simmons | Andrews & Higgins | 3:25-cv-08733 |
| 83. | Cheryl Simon as Successor-in-Interest and Anticipated Personal Representative of the Estate of Betty Jean Simon, Deceased | Andrews & Higgins | 3:25-cv-09661 |
| 84. | Pamela Sims as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marilyn Putnam, Deceased | Andrews & Higgins | 3:25-cv-09559 |
| 85. | Shatoya Sims as Successor-in-Interest and Anticipated Personal Representative of the Estate of April Bender, Deceased | Andrews & Higgins | 3:25-cv-09442 |
| 86. | Debra Sizemore | Andrews & Higgins | 3:25-cv-09038 |
| 87. | Theresa Sprouffske as Successor-in-Interest and Anticipated Personal Representative of the Estate of Yvonne Nanette Paraz, Deceased | Andrews & Higgins | 3:25-cv-09313 |
| 88. | Marilyn Steidl as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marilyn Sanstead, Deceased | Andrews & Higgins | 3:25-cv-09430 |
| 89. | Leonard Tepoel as Successor-in-Interest and Anticipated Personal Representative of the Estate of Merry Tepoel, Deceased | Andrews & Higgins | 3:25-cv-09706 |
| 90. | Julie Thomas as Successor-in-Interest and Anticipated Personal Representative of the Estate of June Ann Thomas, Deceased | Andrews & Higgins | 3:25-cv-09025 |
| 91. | Michael Thomas as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marylynne Thomas, Deceased | Andrews & Higgins | 3:25-cv-09577 |
| 92. | Donald Tiller as Successor-in-Interest and Anticipated Personal Representative of the Estate of Patricia Jeanne Tiller, Deceased | Andrews & Higgins | 3:25-cv-09587 |

Barnes & Thornburg

February 6, 2026
Page 10

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 93. | Annette Turner as Successor-in-Interest and Anticipated Personal Representative of the Estate of Virginia Bernice Smith, Deceased | Andrews & Higgins | 3:25-cv-09590 |
| 94. | Jaime A. Tyrna as Successor-in-Interest and Anticipated Personal Representative of the Estate of Violet Marie Parr, Deceased | Andrews & Higgins | 3:25-cv-09418 |
| 95. | Anthony Weaver as Successor-in-Interest and Anticipated Personal Representative of the Estate of Debra Weaver, Deceased | Andrews & Higgins | 3:25-cv-09330 |
| 96. | Patricia White | Andrews & Higgins | 3:25-cv-08392 |
| 97. | Penelope Michelle White as Successor-in-Interest and Anticipated Personal Representative of the Estate of Betty Lois Mason, Deceased | Andrews & Higgins | 3:25-cv-09331 |
| 98. | David Williams as Successor-in-Interest and Anticipated Personal Representative of the Estate of Janice Williams, Deceased | Andrews & Higgins | 3:25-cv-09421 |
| 99. | Lorraine Williams as Successor-in-Interest and Anticipated Personal Representative of the Estate of Selicitas Valenzuela, Deceased | Andrews & Higgins | 3:25-cv-09620 |
| 100. | Sandra Williams as Successor-in-Interest and Anticipated Personal Representative of the Estate of Virginia Williams, Deceased | Andrews & Higgins | 3:25-cv-09655 |
| 101. | Carl Williamson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lorean Williamson, Deceased | Andrews & Higgins | 3:25-cv-09339 |
| 102. | Larry Wishon as Successor-in-Interest and Anticipated Personal Representative of the Estate of Linda Wishon, Deceased | Andrews & Higgins | 3:25-cv-08819 |
| 103. | Sonia Zarate as Successor-in-Interest and Anticipated Personal Representative of the Estate of Maria Elena Calderon, Deceased | Andrews & Higgins | 3:25-cv-09391 |
| 104. | Mark Ashby as Successor-in-Interest and Anticipated Personal Representative of the Estate of Karen Roller, Deceased | Andrews & Higgins | 3:25-cv-09300 |
| 105. | Jerry Axtman as Successor-in-Interest and Anticipated Personal Representative of the Estate of Darlene Axtman, Deceased | Andrews & Higgins | 3:25-cv-08986 |

Barnes & Thornburg

February 6, 2026
Page 11

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 106. | Guy Barnes as Successor-in-Interest and Anticipated Personal Representative of the Estate of Patricia Slovick, Deceased | Andrews & Higgins | 3:25-cv-09459 |
| 107. | Joseph Barry as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lorraine Barry Loomis, Deceased | Andrews & Higgins | 3:25-cv-08953 |
| 108. | Melissa Beckman as Successor-in-Interest and Anticipated Personal Representative of the Estate of Christine Ann Kapcar, Deceased | Andrews & Higgins | 3:25-cv-08964 |
| 109. | Jennifer Bell as Successor-in-Interest and Anticipated Personal Representative of the Estate of Penny Cox, Deceased | Andrews & Higgins | 3:25-cv-10121 |
| 110. | Ernest Bertalot as Successor-in-Interest and Anticipated Personal Representative of the Estate of Christine Geraldine Lackey Bertalot, Deceased | Andrews & Higgins | 3:25-cv-09426 |
| 111. | Elisabeth Binkhuysen as Successor-in-Interest and Anticipated Personal Representative of the Estate of Cor Lilian Binkhuysen, Deceased | Andrews & Higgins | 3:25-cv-09316 |
| 112. | Thomas Boismenu as Successor-in-Interest and Anticipated Personal Representative of the Estate of Margaret Boismenu, Deceased | Andrews & Higgins | 3:25-cv-09447 |
| 113. | Lakeisha Brown | Andrews & Higgins | 3:25-cv-09951 |
| 114. | Russell Bryan as Successor-in-Interest and Anticipated Personal Representative of the Estate of Vema Bryan, Deceased | Andrews & Higgins | 3:25-cv-09670 |
| 115. | Keri Bryson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Karen Spring, Deceased | Andrews & Higgins | 3:25-cv-08968 |
| 116. | Raymond Burke as Successor-in-Interest and Anticipated Personal Representative of the Estate of Margaret Jean Rodgers Burk, Deceased | Andrews & Higgins | 3:25-cv-08862 |
| 117. | William Calvin as Successor-in-Interest and Anticipated Personal Representative of the Estate of Nancy Jean Calvin, Deceased | Andrews & Higgins | 3:25-cv-08798 |

Barnes & Thornburg

February 6, 2026
Page 12

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 118. | Kenneth Canter as Successor-in-Interest and Anticipated Personal Representative of the Estate of Kathleen Mary Canter, Deceased | Andrews & Higgins | 3:25-cv-08978 |
| 119. | Rhonda Cook as Successor-in-Interest and Anticipated Personal Representative of the Estate of Carol Bryden, Deceased | Andrews & Higgins | 3:25-cv-09737 |
| 120. | Lloyd Cooper Jr. as Successor-in-Interest and Anticipated Personal Representative of the Estate of Doloris Cooper, Deceased | Andrews & Higgins | 3:25-cv-09657 |
| 121. | Jennester Culp as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marian Joyce Culp Cordell, Deceased | Andrews & Higgins | 3:25-cv-09912 |
| 122. | Greg Dalman as Successor-in-Interest and Anticipated Personal Representative of the Estate of Patricia Murphy Dalman, Deceased | Andrews & Higgins | 3:25-cv-09576 |
| 123. | Lavada Daughtry as Successor-in-Interest and Anticipated Personal Representative of the Estate of Connie Sue Daughtry Floyd, Deceased | Andrews & Higgins | 3:25-cv-09050 |
| 124. | Robert Derise as Successor-in-Interest and Anticipated Personal Representative of the Estate of Annette Derise, Deceased | Andrews & Higgins | 3:25-cv-09607 |
| 125. | Eddie Douglass as Successor-in-Interest and Anticipated Personal Representative of the Estate of Sandra Douglass Winscher, Deceased | Andrews & Higgins | 3:25-cv-09076 |
| 126. | Marlyn Ebert as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lorraine Ebert, Deceased | Andrews & Higgins | 3:25-cv-09001 |
| 127. | Yolanda Echols | Andrews & Higgins | 3:25-cv-08716 |
| 128. | Jerry Epperson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Gloria Delane Epperson, Deceased | Andrews & Higgins | 3:25-cv-09458 |
| 129. | Juanita Evans as Successor-in-Interest and Anticipated Personal Representative of the Estate of Delores Thompson, Deceased | Andrews & Higgins | 3:25-cv-09552 |
| 130. | Katharine Ewing as Successor-in-Interest and Anticipated Personal Representative of the Estate of Martha Meadow Levinson, Deceased | Andrews & Higgins | 3:25-cv-09412 |

Barnes & Thornburg

February 6, 2026
Page 13

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 131. | Jonathan Feazell as Successor-in-Interest and Anticipated Personal Representative of the Estate of Shelley Feazell, Deceased | Andrews & Higgins | 3:25-cv-09039 |
| 132. | Dennis Felix as Successor-in-Interest and Anticipated Personal Representative of the Estate of Maria Esther Felix, Deceased | Andrews & Higgins | 3:25-cv-09658 |
| 133. | John Fleming as Successor-in-Interest and Anticipated Personal Representative of the Estate of Virginia Fleming, Deceased | Andrews & Higgins | 3:25-cv-09723 |
| 134. | Nathaniel D. Garrison as Successor-in-Interest and Anticipated Personal Representative of the Estate of Pamela V. Garrison, Deceased | Andrews & Higgins | 3:25-cv-09748 |
| 135. | Christie Gibson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Pamela Thompson, Deceased | Andrews & Higgins | 3:25-cv-09315 |
| 136. | Tina Gibson | Andrews & Higgins | 3:25-cv-09711 |
| 137. | Kelsey Meredith Graham | Andrews & Higgins | 3:25-cv-10192 |
| 138. | Karen Grewar as Successor-in-Interest and Anticipated Personal Representative of the Estate of Ilonka Grewar-Russell, Deceased | Andrews & Higgins | 3:25-cv-08891 |
| 139. | James Gucciardo as Successor-in-Interest and Anticipated Personal Representative of the Estate of Beverly Gucciardo, Deceased | Andrews & Higgins | 3:25-cv-09358 |
| 140. | Bonnie Hanna as Successor-in-Interest and Anticipated Personal Representative of the Estate of Rose Imperator, Deceased | Andrews & Higgins | 3:25-cv-09399 |
| 141. | Theresa Hannah | Andrews & Higgins | 3:25-cv-09906 |
| 142. | Diane Hauser as Successor-in-Interest and Anticipated Personal Representative of the Estate of Mary Marino, Deceased | Andrews & Higgins | 3:25-cv-09044 |
| 143. | Larry Holbert as Successor-in-Interest and Anticipated Personal Representative of the Estate of Gladys Sarah Holbert, Deceased | Andrews & Higgins | 3:25-cv-10199 |
| 144. | Crystal Jackson | Andrews & Higgins | 3:25-cv-10216 |

Barnes & Thornburg

February 6, 2026
Page 14

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 145. | Erica Jackson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Ethel Jackson, Deceased | Andrews & Higgins | 3:25-cv-09652 |
| 146. | Mindy Janke | Andrews & Higgins | 3:25-cv-09561 |
| 147. | Rita Jones as Successor-in-Interest and Anticipated Personal Representative of the Estate of Linda McConnell, Deceased | Andrews & Higgins | 3:25-cv-09742 |
| 148. | Donald Kalinowski as Successor-in-Interest and Anticipated Personal Representative of the Estate of Julia Catherine Kalinowski, Deceased | Andrews & Higgins | 3:25-cv-09550 |
| 149. | Lisa Keilman | Andrews & Higgins | 3:25-cv-08981 |
| 150. | Debrah Keyser as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jeannette Keyser, Deceased | Andrews & Higgins | 3:25-cv-09352 |
| 151. | Victoria King as Successor-in-Interest and Anticipated Personal Representative of the Estate of Pauline Louise King, Deceased | Andrews & Higgins | 3:25-cv-09078 |
| 152. | James Klak as Successor-in-Interest and Anticipated Personal Representative of the Estate of Kimberlee Klak, Deceased | Andrews & Higgins | 3:25-cv-09061 |
| 153. | Kathy Knowlton as Successor-in-Interest and Anticipated Personal Representative of the Estate of Helen Ann Plunkett, Deceased | Andrews & Higgins | 3:25-cv-08963 |
| 154. | Ned Lateef as Successor-in-Interest and Anticipated Personal Representative of the Estate of Nelda Lateef, Deceased | Andrews & Higgins | 3:25-cv-08991 |
| 155. | Althea Latham as Successor-in-Interest and Anticipated Personal Representative of the Estate of Peggy Jean Whisenhut, Deceased | Andrews & Higgins | 3:25-cv-09007 |
| 156. | Larry Eugene Laughridge as Successor-in-Interest and Anticipated Personal Representative of the Estate of Ruth Anne Laughridge, Deceased | Andrews & Higgins | 3:25-cv-09543 |

Barnes & Thornburg

February 6, 2026
Page 15

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 157. | Arthur Lehr as Successor-in-Interest and Anticipated Personal Representative of the Estate of Joan Marie Lehr, Deceased | Andrews & Higgins | 3:25-cv-09275 |
| 158. | Jose Mascardo as Successor-in-Interest and Anticipated Personal Representative of the Estate of Theresa Luanzon Mascardo, Deceased | Andrews & Higgins | 3:25-cv-09053 |
| 159. | Wayne Maxson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Genene Maxson, Deceased | Andrews & Higgins | 3:25-cv-09084 |
| 160. | Rogert Mcavoy as Successor-in-Interest and Anticipated Personal Representative of the Estate of Linda McAvoy, Deceased | Andrews & Higgins | 3:25-cv-08999 |
| 161. | Shameeka McClain as Successor-in-Interest and Anticipated Personal Representative of the Estate of Gina Maria Mcclain, Deceased | Andrews & Higgins | 3:25-cv-09432 |
| 162. | Daniel McCreary as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jo. J. Potts, Deceased | Andrews & Higgins | 3:25-cv-09489 |
| 163. | Stephen Mcdowell as Successor-in-Interest and Anticipated Personal Representative of the Estate of Diana Irene Mcdowell, Deceased | Andrews & Higgins | 3:25-cv-09536 |
| 164. | Victoria Mcfarland | Andrews & Higgins | 3:25-cv-09760 |
| 165. | Dana Mcglothin as Successor-in-Interest and Anticipated Personal Representative of the Estate of Louise Adams, Deceased | Andrews & Higgins | 3:25-cv-09676 |
| 166. | Tammy McGruder as Successor-in-Interest and Anticipated Personal Representative of the Estate of Earla Jean Oneill, Deceased | Andrews & Higgins | 3:25-cv-09027 |
| 167. | Mark McHenry as Successor-in-Interest and Anticipated Personal Representative of the Estate of Katherine Mchenry, Deceased | Andrews & Higgins | 3:25-cv-09735 |
| 168. | Stacy McKean as Successor-in-Interest and Anticipated Personal Representative of the Estate of Michele Villines, Deceased | Andrews & Higgins | 3:25-cv-09388 |
| 169. | Donna Miller as Successor-in-Interest and Anticipated Personal Representative of the Estate of Dorothy Wilson, Deceased | Andrews & Higgins | 3:25-cv-09320 |

Barnes & Thornburg

February 6, 2026
Page 16

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|-----|---------------------|----------------|-------------|
| 170. | Spencer Minor as Successor-in-Interest and Anticipated Personal Representative of the Estate of Betty Walker, Deceased | Andrews & Higgins | 3:25-cv-09063 |
| 171. | Gladys Morris | Andrews & Higgins | 3:25-cv-09725 |
| 172. | Robert Morris as Successor-in-Interest and Anticipated Personal Representative of the Estate of Nancy Morris, Deceased | Andrews & Higgins | 3:25-cv-09544 |
| 173. | Tereza Perez as Successor-in-Interest and Anticipated Personal Representative of the Estate of Dalia Rosa Perez, Deceased | Andrews & Higgins | 3:25-cv-09403 |
| 174. | Harry Powe as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marsha Powe, Deceased | Andrews & Higgins | 3:25-cv-09381 |
| 175. | Joseph Pugliese as Successor-in-Interest and Anticipated Personal Representative of the Estate of Joanne Pugliese, Deceased | Andrews & Higgins | 3:25-cv-08740 |
| 176. | Richard Raffel as Successor-in-Interest and Anticipated Personal Representative of the Estate of Peggy Raffel, Deceased | Andrews & Higgins | 3:25-cv-09585 |
| 177. | Robert Ralston as Successor-in-Interest and Anticipated Personal Representative of the Estate of Elizabeth Ralston, Deceased | Andrews & Higgins | 3:25-cv-10155 |
| 178. | Alexander Ramos as Successor-in-Interest and Anticipated Personal Representative of the Estate of Aileen Ramos, Deceased | Andrews & Higgins | 3:25-cv-09324 |
| 179. | Allison Richards as Successor-in-Interest and Anticipated Personal Representative of the Estate of Ann Richards, Deceased | Andrews & Higgins | 3:25-cv-09406 |
| 180. | Betty Richardson | Andrews & Higgins | 3:25-cv-10160 |
| 181. | Shirley Riley as Successor-in-Interest and Anticipated Personal Representative of the Estate of Addie Lee Riley, Deceased | Andrews & Higgins | 3:25-cv-09600 |
| 182. | Jane Rini as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marion Carley, Deceased | Andrews & Higgins | 3:25-cv-09321 |
| 183. | Sherri Roark-Power | Andrews & Higgins | 3:25-cv-09696 |

Barnes & Thornburg

February 6, 2026
Page 17

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 184. | Alysha Robinson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Patra Robinson, Deceased | Andrews & Higgins | 3:25-cv-09028 |
| 185. | Rebecca Lee Roden as Successor-in-Interest and Anticipated Personal Representative of the Estate of Alma Bailey, Deceased | Andrews & Higgins | 3:25-cv-09003 |
| 186. | Laura-Ann Ruppelt as Successor-in-Interest and Anticipated Personal Representative of the Estate of Odenthal Ferris, Deceased | Andrews & Higgins | 3:25-cv-09714 |
| 187. | Jared Salmans as Successor-in-Interest and Anticipated Personal Representative of t he Estate of Carol Ann Lilja Salmons, Deceased | Andrews & Higgins | 3:25-cv-09727 |
| 188. | Catherine Samo as Successor-in-Interest and Anticipated Personal Representative of the Estate of Carol Ann Bonito, Deceased | Andrews & Higgins | 3:25-cv-09395 |
| 189. | James Sawyer as Successor-in-Interest and Anticipated Personal Representative of the Estate of Margret Elizabeth Sawyer, Deceased | Andrews & Higgins | 3:25-cv-09434 |
| 190. | Ronald Sevier as Successor-in-Interest and Anticipated Personal Representative of the Estate of Yvonne L. Sevier, Deceased | Andrews & Higgins | 3:25-cv-09410 |
| 191. | George Sigel as Successor-in-Interest and Anticipated Personal Representative of the Estate of Carole T. Sigel, Deceased | Andrews & Higgins | 3:25-cv-09566 |
| 192. | Joanne Spears as Successor-in-Interest and Anticipated Personal Representative of the Estate of Gertrude Brown, Deceased | Andrews & Higgins | 3:25-cv-10147 |
| 193. | Sandra Sutton as Successor-in-Interest and Anticipated Personal Representative of the Estate of Yvette Eva Hirsch, Deceased | Andrews & Higgins | 3:25-cv-09693 |
| 194. | Leon Swope as Successor-in-Interest and Anticipated Personal Representative of the Estate of Charlotte Anne Swope, Deceased | Andrews & Higgins | 3:25-cv-09068 |
| 195. | Bret Sydenstricker as Successor-in-Interest and Anticipated Personal Representative of the Estate of Catherine Louise Sydenstricker, Deceased | Andrews & Higgins | 3:25-cv-09311 |
| 196. | Hattie Taylor as Successor-in-Interest and Anticipated Personal Representative of the Estate of Mattie Lou Handy, Deceased | Andrews & Higgins | 3:25-cv-09255 |
| 197. | Jay Thompson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lynn Thompson, Deceased | Andrews & Higgins | 3:25-cv-09073 |

February 6, 2026
Page 18

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 198. | Ashley Vaccaro as Successor-in-Interest and Anticipated Personal Representative of the Estate of Geraldine Vaccaro, Deceased | Andrews & Higgins | 3:25-cv-08874 |
| 199. | Michelle Vega | Andrews & Higgins | 3:25-cv-09973 |
| 200. | Brian Veno as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marie Anne Veno, Deceased | Andrews & Higgins | 3:25-cv-09443 |
| 201. | Laurie Waite as Successor-in-Interest and Anticipated Personal Representative of the Estate of Wendy Lemanski, Deceased | Andrews & Higgins | 3:25-cv-10205 |
| 202. | Clifford Whiteley Jr. as Successor-in-Interest and Anticipated Personal Representative of the Estate of Sandra Rosalee Whitley, Deceased | Andrews & Higgins | 3:25-cv-08849 |
| 203. | Karen Willis | Andrews & Higgins | 3:25-cv-09753 |
| 204. | Theresa Wornicki Holly | Andrews & Higgins | 3:25-cv-08734 |
| 205. | Peter Antosh as Successor-in-Interest and Anticipated Personal Representative of the Estate of Maria Antosh, Deceased | Andrews & Higgins | 3:25-cv-10189 |
| 206. | Kimberly Bachand | Andrews & Higgins | 3:25-cv-10507 |
| 207. | Alejandro Bargas as Successor-in-Interest and Anticipated Personal Representative of the Estate of Deborah Jean Bargas, Deceased | Andrews & Higgins | 3:25-cv-09820 |
| 208. | Grant Beech as Successor-in-Interest and Anticipated Personal Representative of the Estate of Janet Carolyn Beech, Deceased | Andrews & Higgins | 3:25-cv-09911 |
| 209. | Heather Bothof as Successor-in-Interest and Anticipated Personal Representative of the Estate of Linda Sue Morgan, Deceased | Andrews & Higgins | 3:25-cv-10746 |
| 210. | Franklin Brown as Successor-in-Interest and Anticipated Personal Representative of the Estate of Nancy Lucille Alston, Deceased | Andrews & Higgins | 3:25-cv-10185 |
| 211. | Charles Bunner as Successor-in-Interest and Anticipated Personal Representative of the Estate of Betty Jane Bunner, Deceased | Andrews & Higgins | 3:25-cv-09082 |

Barnes & Thornburg

February 6, 2026
Page 19

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 212. | Thomas Burke as Successor-in-Interest and Anticipated Personal Representative of the Estate of Joanne Linsalata-Burke, Deceased | Andrews & Higgins | 3:25-cv-10653 |
| 213. | Tina Chantler Zwaschka as Successor-in-Interest and Anticipated Personal Representative of the Estate of Gary Robert Chantler, Deceased | Andrews & Higgins | 3:25-cv-10128 |
| 214. | Heather Fay | Andrews & Higgins | 3:25-cv-10113 |
| 215. | Donna Ferullo as Successor-in-Interest and Anticipated Personal Representative of the Estate of Priscilla Mc Carthy, Deceased | Andrews & Higgins | 3:25-cv-10214 |
| 216. | Philip Fiacco as Successor-in-Interest and Anticipated Personal Representative of the Estate of Rebecca Fiacco, Deceased | Andrews & Higgins | 3:25-cv-09534 |
| 217. | Curtis Fischer as Successor-in-Interest and Anticipated Personal Representative of the Estate of Colleen Fischer, Deceased | Andrews & Higgins | 3:25-cv-10166 |
| 218. | Joanna Fletcher | Andrews & Higgins | 3:25-cv-10120 |
| 219. | Vickie Glover as Successor-in-Interest and Anticipated Personal Representative of the Estate of Victoria Killgore, Deceased | Andrews & Higgins | 3:25-cv-10193 |
| 220. | Devonna Grays as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jaunita Ann Tolliver, Deceased | Andrews & Higgins | 3:25-cv-10157 |
| 221. | Ginger Greer as Successor-in-Interest and Anticipated Personal Representative of the Estate of Gladys Anderson, Deceased | Andrews & Higgins | 3:25-cv-10568 |
| 222. | Ashely Gunn | Andrews & Higgins | 3:25-cv-10092 |
| 223. | Mark Gutierrez as Successor-in-Interest and Anticipated Personal Representative of the Estate of Micaela Gutierrez, Deceased | Andrews & Higgins | 3:25-cv-10138 |
| 224. | Mark Hagstrom as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lynn Marie Hagstrom, Deceased | Andrews & Higgins | 3:25-cv-10745 |
| 225. | David Hand as Successor-in-Interest and Anticipated Personal Representative of the Estate of Christine Hand, Deceased | Andrews & Higgins | 3:25-cv-10204 |
| 226. | Camille Iaccarino as Successor-in-Interest and Anticipated Personal Representative of the Estate of Ann Marie Camasto, Deceased | Andrews & Higgins | 3:25-cv-10168 |
| 227. | Kisha Jackson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Sherry Jackson, Deceased | Andrews & Higgins | 3:25-cv-10628 |
| 228. | Dyanna Johnson | Andrews & Higgins | 3:25-cv-09975 |

Barnes & Thornburg

February 6, 2026
Page 20

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 229. | Tracy Johnson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Betty Manley Stephenson, Deceased | Andrews & Higgins | 3:25-cv-10213 |
| 230. | Erin Keller as Successor-in-Interest and Anticipated Personal Representative of the Estate of Brenda Struble, Deceased | Andrews & Higgins | 3:25-cv-10174 |
| 231. | Robert Kummeth as Successor-in-Interest and Anticipated Personal Representative of the Estate of Sheila Kummeth, Deceased | Andrews & Higgins | 3:25-cv-09877 |
| 232. | Sherry Malone as Successor-in-Interest and Anticipated Personal Representative of the Estate of Alexise Hanner, Deceased | Andrews & Higgins | 3:25-cv-10132 |
| 233. | Jack Mansel as Successor-in-Interest and Anticipated Personal Representative of the Estate of Belinda Ann Mansel, Deceased | Andrews & Higgins | 3:25-cv-08877 |
| 234. | Danielle Martin | Andrews & Higgins | 3:25-cv-10183 |
| 235. | Debrae Mason | Andrews & Higgins | 3:25-cv-10142 |
| 236. | Kathleen Mayer | Andrews & Higgins | 3:25-cv-10016 |
| 237. | Randall Mccombs as Successor-in-Interest and Anticipated Personal Representative of the Estate of Melba Jewell Dockery, Deceased | Andrews & Higgins | 3:25-cv-09236 |
| 238. | Margaret Morgan as Successor-in-Interest and Anticipated Personal Representative of the Estate of JoAnn Morgan, Deceased | Andrews & Higgins | 3:25-cv-10177 |
| 239. | Patricia Robinson-Mitchell | Andrews & Higgins | 3:25-cv-10748 |
| 240. | Linda Ann Schwab as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jeanette Ema Gohman, Deceased | Andrews & Higgins | 3:25-cv-09631 |
| 241. | Deborah Shepherd as Successor-in-Interest and Anticipated Personal Representative of the Estate of Markia Nicole Ware, Deceased | Andrews & Higgins | 3:25-cv-10736 |
| 242. | Debra Starks | Andrews & Higgins | 3:25-cv-09856 |
| 243. | Amy Stevens as Successor-in-Interest and Anticipated Personal Representative of the Estate of Leona Stevens, Deceased | Andrews & Higgins | 3:25-cv-10672 |
| 244. | Thomas Vincent as Successor-in-Interest and Anticipated Personal Representative of the Estate of Linda Vincent, Deceased | Andrews & Higgins | 3:25-cv-09923 |
| 245. | Boni Watkins as Successor-in-Interest and Anticipated Personal Representative of the Estate of Vera A. Smith, Deceased | Andrews & Higgins | 3:25-cv-09810 |

Barnes & Thornburg

February 6, 2026
Page 21

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|-----|---------------------|----------------|-------------|
| 246. | Betty Watts as Successor-in-Interest and Anticipated Personal Representative of the Estate of Nellie Holston Tindle, Deceased | Andrews & Higgins | 3:25-cv-09221 |
| 247. | Robert Welday as Successor-in-Interest and Anticipated Personal Representative of the Estate of Mary Welday, Deceased | Andrews & Higgins | 3:25-cv-10208 |
| 248. | Hollie Will as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lynda Gonet, Deceased | Andrews & Higgins | 3:25-cv-09816 |
| 249. | Renina Askew as Successor-in-Interest and Anticipated Personal Representative of the Estate of Brenda Marie Askew, Deceased | Andrews & Higgins | 3:25-cv-10716 |
| 250. | Anthony Baldo as Successor-in-Interest and Anticipated Personal Representative of the Estate of Patricia Baldo, Deceased | Andrews & Higgins | 3:25-cv-10764 |
| 251. | Ricky Barnard as Successor-in-Interest and Anticipated Personal Representative of the Estate of Annette Miller, Deceased | Andrews & Higgins | 3:25-cv-10644 |
| 252. | Ryan Bluntach as Successor-in-Interest and Anticipated Personal Representative of the Estate of Cynthia Ann Muotka, Deceased | Andrews & Higgins | 3:25-cv-10691 |
| 253. | Gordon Brown as Successor-in-Interest and Anticipated Personal Representative of the Estate of Dawn Marie Brown, Deceased | Andrews & Higgins | 3:25-cv-10767 |
| 254. | Regenia, Chambliss | Andrews & Higgins | 3:25-cv-10462 |
| 255. | Kelly Chonko | Andrews & Higgins | 3:25-cv-10632 |
| 256. | Gerald Cox as Successor-in-Interest and Anticipated Personal Representative of the Estate of Wanda Kay Cox, Deceased | Andrews & Higgins | 3:25-cv-10305 |
| 257. | Frances Craighead as Successor-in-Interest and Anticipated Personal Representative of the Estate of Jennifer Craighead, Deceased | Andrews & Higgins | 3:25-cv-10719 |

Barnes & Thornburg

February 6, 2026
Page 22

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 258. | Janie Fray as Successor-in-Interest and Anticipated Personal Representative of the Estate of Janie Fray, Deceased | Andrews & Higgins | 3:25-cv-10706 |
| 259. | Floyd Henderson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Janet Henderson, Deceased | Andrews & Higgins | 3:25-cv-10740 |
| 260. | Thomas Herman as Successor-in-Interest and Anticipated Personal Representative of the Estate of Alta Elaine Hillman Herman, Deceased | Andrews & Higgins | 3:25-cv-10659 |
| 261. | Leon Hinton Jr. as Successor-in-Interest and Anticipated Personal Representative of the Estate of Genessa Hinton, Deceased | Andrews & Higgins | 3:25-cv-10777 |
| 262. | Robert Jennings as Successor-in-Interest and Anticipated Personal Representative of the Estate of Elizabeth Ann Jennings, Deceased | Andrews & Higgins | 3:25-cv-10679 |
| 263. | Patricia Johanson | Andrews & Higgins | 3:25-cv-10656 |
| 264. | Jennifer Johnson as Successor-in-Interest and Anticipated Personal Representative of the Estate of Lori Johnson, Deceased | Andrews & Higgins | 3:25-cv-10724 |
| 265. | Michael Kerry as Successor-in-Interest and Anticipated Personal Representative of the Estate of Laura Kerry, Deceased | Andrews & Higgins | 3:25-cv-10658 |
| 266. | Peter Lembo as Successor-in-Interest and Anticipated Personal Representative of the Estate of Phyllis Lembo, Deceased | Andrews & Higgins | 3:25-cv-10652 |
| 267. | Jack Livingstone as Successor-in-Interest and Anticipated Personal Representative of the Estate of Rita Livingstone, Deceased | Andrews & Higgins | 3:25-cv-10723 |
| 268. | Ernesto Lora as Successor-in-Interest and Anticipated Personal Representative of the Estate of Matilde Lora, Deceased | Andrews & Higgins | 3:25-cv-10701 |
| 269. | Frank Montoya | Andrews & Higgins | 3:25-cv-10739 |
| 270. | Donna Morrow | Andrews & Higgins | 3:25-cv-10547 |
| 271. | Jackie Parker as Successor-in-Interest and Anticipated Personal Representative of the Estate of Cheryl Parker, Deceased | Andrews & Higgins | 3:25-cv-10763 |

Barnes & Thornburg

February 6, 2026
Page 23

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 272. | Elizabeth Piker as Successor-in-Interest and Anticipated Personal Representative of the Estate of Elizabeth Veilleux, Deceased | Andrews & Higgins | 3:25-cv-10300 |
| 273. | Richard Playko as Successor-in-Interest and Anticipated Personal Representative of the Estate of Marsha Playko, Deceased | Andrews & Higgins | 3:25-cv-10776 |
| 274. | Gaylon Pranger as Successor-in-Interest and Anticipated Personal Representative of the Estate of Bonnie Pranger, Deceased | Andrews & Higgins | 3:25-cv-10287 |
| 275. | Robert Wilson Price as Successor-in-Interest and Anticipated Personal Representative of the Estate of Diana Lynn Dooyen, Deceased | Andrews & Higgins | 3:25-cv-10298 |
| 276. | Sherry Puckett | Andrews & Higgins | 3:25-cv-10640 |
| 277. | Fran Ralph | Andrews & Higgins | 3:25-cv-10775 |
| 278. | Penelope Smith as Successor-in-Interest and Anticipated Personal Representative of the Estate of Carmen Roberts Smith, Deceased | Andrews & Higgins | 3:25-cv-10752 |
| 279. | Bridget Tatum as Successor-in-Interest and Anticipated Personal Representative of the Estate of Wanda Gail Lawrence, Deceased | Andrews & Higgins | 3:25-cv-10750 |
| 280. | Susan Thomas as Successor-in-Interest and Anticipated Personal Representative of the Estate of Mary Frances Watkins, Deceased | Andrews & Higgins | 3:25-cv-10759 |
| 281. | Jamie Walter as Successor-in-Interest and Anticipated Personal Representative of the Estate of ChristinaMarie Walther, Deceased | Andrews & Higgins | 3:25-cv-10302 |
| 282. | MARCIA THOMAS | Ferrell Law Group | 3:25-cv-15661 |
| 283. | STACEY L. BIRRELL | Motley Rice | 3:25-cv-12395 |
| 284. | LISA R. HUSKA | Motley Rice | 3:25-cv-12401 |
| 285. | DONNA SUE LUJAN | Motley Rice | 3:25-cv-12403 |
| 286. | LORALETT LYONS | Motley Rice | 3:25-cv-14333 |
| 287. | JACQUELYN A. LAWLESS | Motley Rice | 3:25-cv-14691 |
| 288. | MANDE M. POSTLE | Motley Rice | 3:25-cv-14867 |
| 289. | KATHLEEN A. MARTIN | Motley Rice | 3:25-cv-14877 |
| 290. | THALIA C. HOLT | Motley Rice | 3:25-cv-14878 |

Barnes & Thornburg

February 6, 2026
Page 24

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 291. | JOANNE M. VAN NORMAN | Motley Rice | 3:25-cv-14895 |
| 292. | CHRISTINE STRIANO | Motley Rice | 3:25-cv-14986 |
| 293. | LEAH C. DEETER | Motley Rice | 3:25-cv-15223 |
| 294. | BRITTNEY BURR; THE ESTATE OF DARLENE MAE BURR | Motley Rice | 3:25-cv-15233 |
| 295. | WILLIAM J. STRATTON; THE ESTATE OF LEIGH LAVONNE STRATTON | Motley Rice | 3:25-cv-15277 |
| 296. | MELISSA STALL | NS PR LAW SERVICES LLC | 3:25-cv-17061 |
| 297. | Martha Ackley | Pulaski Kherkher PLLC | 3:25-cv-11012 |
| 298. | Tishawana Adkins | Pulaski Kherkher PLLC | 3:25-cv-17141 |
| 299. | Judith Belle | Pulaski Kherkher PLLC | 3:25-cv-10963 |
| 300. | Julia Berkley | Pulaski Kherkher PLLC | 3:25-cv-11792 |
| 301. | Seleatha Brown | Pulaski Kherkher PLLC | 3:25-cv-11730 |
| 302. | Elizabeth Caldropoli | Pulaski Kherkher PLLC | 3:25-cv-10835 |
| 303. | Amy Comer | Pulaski Kherkher PLLC | 3:25-cv-11602 |
| 304. | Edna Flores | Pulaski Kherkher PLLC | 3:25-cv-11585 |
| 305. | Yasmin General | Pulaski Kherkher PLLC | 3:25-cv-10888 |
| 306. | Carol Goodwin | Pulaski Kherkher PLLC | 3:25-cv-10338 |
| 307. | Shirley Gordon | Pulaski Kherkher PLLC | 3:25-cv-11309 |
| 308. | Lee Gromadzki | Pulaski Kherkher PLLC | 3:25-cv-11868 |
| 309. | Briana Guerrettaz as the Anticipated Representative of the Estate of Gwendolyn Guerrettaz | Pulaski Kherkher PLLC | 3:25-cv-11157 |
| 310. | Naomi Healey | Pulaski Kherkher PLLC | 3:25-cv-11054 |
| 311. | Carol M. Johnson | Pulaski Kherkher PLLC | 3:25-cv-11329 |
| 312. | Karen Kelly | Pulaski Kherkher PLLC | 3:25-cv-11356 |

Barnes & Thornburg

February 6, 2026
Page 25

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 313. | Teresa Kirkpatrick | Pulaski Kherkher PLLC | 3:25-cv-10728 |
| 314. | Linda Ledford | Pulaski Kherkher PLLC | 3:25-cv-11003 |
| 315. | Kathline Marshall, As Anticipated Personal Representative of the Estate of Esther Stevenson, Deceased | Pulaski Kherkher PLLC | 3:25-cv-17149 |
| 316. | Nancy Mcduffie | Pulaski Kherkher PLLC | 3:25-cv-11680 |
| 317. | JoAnn Morton | Pulaski Kherkher PLLC | 3:25-cv-11729 |
| 318. | Paula Price | Pulaski Kherkher PLLC | 3:25-cv-11315 |
| 319. | Lisa Romine | Pulaski Kherkher PLLC | 3:25-cv-10405 |
| 320. | Donna Sticken | Pulaski Kherkher PLLC | 3:25-cv-10315 |
| 321. | Richard Vandoren as the Anticipated Representative of the Estate of Elis Vandoren | Pulaski Kherkher PLLC | 3:25-cv-11486 |
| 322. | Alma Walters as the Anticipated Representative of the Estate of Thomascene Walters | Pulaski Kherkher PLLC | 3:25-cv-11350 |
| 323. | Denise Wood | Pulaski Kherkher PLLC | 3:25-cv-10503 |
| 324. | Darlene Arciniega | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11780 |
| 325. | Alitia Montiel | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11698 |
| 326. | Lisa Strong-Mosher | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11158 |
| 327. | Sharon Baig | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11186 |
| 328. | Jacqueline Days | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11711 |
| 329. | Elizabeth Aguacaliente | Slater Slater Schulman LLP | 3:25-cv-12350 |
| 330. | Tasha Bailey | Slater Slater Schulman LLP | 3:25-cv-12927 |

Barnes & Thornburg

February 6, 2026
Page 26

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 331. | Carie Baker | Slater Slater Schulman LLP | 3:25-cv-12602 |
| 332. | Constance Baker | Slater Slater Schulman LLP | 3:25-cv-12643 |
| 333. | Angela Brown | Slater Slater Schulman LLP | 3:25-cv-12687 |
| 334. | Carletha Byrnes | Slater Slater Schulman LLP | 3:25-cv-12541 |
| 335. | Jamie Chafin | Slater Slater Schulman LLP | 3:25-cv-12648 |
| 336. | Allyson Clark | Slater Slater Schulman LLP | 3:25-cv-12709 |
| 337. | Mary Cruz | Slater Slater Schulman LLP | 3:25-cv-12749 |
| 338. | Victoria DeAquino | Slater Slater Schulman LLP | 3:25-cv-12757 |
| 339. | Jeri Deaube | Slater Slater Schulman LLP | 3:25-cv-12781 |
| 340. | Becky Ditch | Slater Slater Schulman LLP | 3:25-cv-12783 |
| 341. | Leah V. Droz | Slater Slater Schulman LLP | 3:25-cv-12325 |
| 342. | Kathleen Ernst | Slater Slater Schulman LLP | 3:25-cv-12796 |
| 343. | Marie Fecu as Proposed Administrator of the Estate of Marie Saintaubin | Slater Slater Schulman LLP | 3:25-cv-12921 |
| 344. | Sharon Fell | Slater Slater Schulman LLP | 3:25-cv-12804 |
| 345. | Larry Frazier and Frieda Newton | Slater Slater Schulman LLP | 3:25-cv-12929 |
| 346. | Linda Gillis | Slater Slater Schulman LLP | 3:25-cv-12809 |
| 347. | Krista Hatfield as Proposed Administrator of the Estate of Patricia Hatfield | Slater Slater Schulman LLP | 3:25-cv-12834 |
| 348. | Dawn Jennings | Slater Slater Schulman LLP | 3:25-cv-12949 |
| 349. | Tyyetta Jones | Slater Slater Schulman LLP | 3:25-cv-12844 |
| 350. | Martha Klosterman | Slater Slater Schulman LLP | 3:25-cv-12943 |
| 351. | Sandra Mattingley | Slater Slater Schulman LLP | 3:25-cv-12954 |
| 352. | Patricia McCrary | Slater Slater Schulman LLP | 3:25-cv-12858 |
| 353. | Lori Ann Meaux-Larue | Slater Slater Schulman LLP | 3:25-cv-12870 |

Barnes & Thornburg

February 6, 2026
Page 27

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 354. | Myrna Miranda-Lopez | Slater Slater Schulman LLP | 3:25-cv-12932 |
| 355. | Amy Nielson | Slater Slater Schulman LLP | 3:25-cv-12939 |
| 356. | George Oakley Jr. on behalf of Joan Oakley | Slater Slater Schulman LLP | 3:25-cv-12840 |
| 357. | Ingrid Owens | Slater Slater Schulman LLP | 3:25-cv-12941 |
| 358. | Debbie Roberts | Slater Slater Schulman LLP | 3:25-cv-12967 |
| 359. | Karen Scott | Slater Slater Schulman LLP | 3:25-cv-12806 |
| 360. | Chandrawattie Sunnie | Slater Slater Schulman LLP | 3:25-cv-12686 |
| 361. | Michael Tirelli on behalf of Viola Tirelli | Slater Slater Schulman LLP | 3:25-cv-12667 |
| 362. | Tashava Walker | Slater Slater Schulman LLP | 3:25-cv-12968 |
| 363. | Lessie Wiggins on behalf of Melissa McDonald | Slater Slater Schulman LLP | 3:25-cv-12962 |
| 364. | Elaine Youngblood | Slater Slater Schulman LLP | 3:25-cv-12366 |
| 365. | Nancy Carter | Slater Slater Schulman LLP | 3:25-cv-12367 |
| 366. | Diana Cuevas on behalf Melina Chavarria, Minor | Slater Slater Schulman LLP | 3:25-cv-12903 |
| 367. | James Mangels on behalf of Tara Mangels | Slater Slater Schulman LLP | 3:25-cv-12867 |
| 368. | Susan McKinsey | Slater Slater Schulman LLP | 3:25-cv-12864 |
| 369. | Susan Milligan | Slater Slater Schulman LLP | 3:25-cv-12928 |
| 370. | Janet Anderson | Slater Slater Schulman LLP | 3:25-cv-12531 |
| 371. | LINDA MATHEWS | Wagstaff Law Firm | 3:25-cv-15949 |
| 372. | JUDITH SMITH | Wagstaff Law Firm | 3:25-cv-15989 |
| 373. | JODY BRUBAKER AND GARY BRUBAKER | Wagstaff Law Firm | 3:25-cv-16318 |
| 374. | MELODY MILLARD | Wagstaff Law Firm | 3:25-cv-16607 |
| 375. | LISA KELLY | Wagstaff Law Firm | 3:25-cv-16701 |
| 376. | TAMMY HANNEMAN ON BEHALF OF THE ESTATE OF CINDY SEARS | Wagstaff Law Firm | 3:25-cv-16829 |
| 377. | Cecil Eugene Voils, Individually and on behalf of the Estate of Ruby Voils | Wagstaff Law Firm | 3:25-cv-12323 |
| 378. | Angela Holman | Wagstaff Law Firm | 3:25-cv-13593 |
| 379. | Dianna Alexander | Wagstaff Law Firm | 3:25-cv-13272 |

Barnes & Thornburg