

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

February 11, 2026

**VIA ELECTRONIC FILING**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
      Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp:

      As discussed during the February 6, 2026 hearing before Special Master Judge Freda Wolfson, U.S.D.J. (Ret.), Defendants submit the exhibits and slides that Defendants used during the Rule 702 Motion hearings on January 15, 16 and February 6, 2026. Defendants also provide the link to the parties' designations of the deposition of Mr. Paul Hess.

      Thank you for your consideration of this matter.

      Respectfully submitted,

      /s/ *Jessica L. Brennan*

cc:   All Counsel of Record (via ECF)

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.