# KIRKLAND & ELLIS LLP

Kristen Renee Fournier
To Call Writer Directly:
+1 212 446 4777
kristen.fournier@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

February 12, 2026

Hon. Freda L. Wolfson, U.S.C.J. (ret.)
Lowenstein Sandler
1 Lowenstein Sandler
Roseland, NJ 07068

Re:  *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2738
**Response To Plaintiffs' Notice of Supplemental Authority**

Dear Judge Wolfson:

I write in response to Plaintiffs' February 12, 2026, Notice of Supplemental Authority regarding Dr. Longo's PLM testing (ECF No. 44004). The *Chapman* decision that Plaintiffs raise should not affect Your Honor's analysis in any way. That opinion is based on the California state court decision, *Sargon*, which sets forth a different standard than Rule 702, *Daubert*, or *Accutane*. *See* Pltf Ex. A at 12. The *Chapman* decision effectively concluded that the issues of the reliability of Dr. Longo's PLM testing go to weight, not admissibility—which the amendments to Rule 702 clarify is not the proper analysis.

The decision of course did not involve testing of J&J products. And critically, the ***Chapman* court did not address any of the key issues raised in the J&J Defendants' motions before Your Honor.** First, the *Chapman* court did not address Your Honor's prior decision excluding Dr. Longo's PLM amphibole analysis and how Dr. Longo's new PLM analysis fails for those same reasons. Second, the *Chapman* court did not address Dr. Longo calling the particles the wrong colors. For example, the *Chapman* court stated that "Dr. Longo's sample produced a yellow color under PLM." Pltf. Ex. A at 19. But as Your Honor saw firsthand at the hearing, Dr. Longo in this case called yellow particles *purple*. Third, the *Chapman* court did not address Dr. Longo's failure to properly calculate birefringence based on the maximum and minimum wavelengths of the particles. Finally, the *Chapman* court stated that Avon's arguments regarding Dr. Longo's refusal to validate his results by TEM were "in no way supported by the record cites provided by Avon." *Id.* at 20. But Dr. Longo's refusal to use TEM to confirm his chrysotile results

## KIRKLAND & ELLIS LLP

Hon. Freda L. Wolfson, U.S.C.J. (ret.)
February 12, 2026
Page 2

is in the record before Your Honor both in the exhibits to Defendants' motions and from Dr. Longo's live testimony.

                                              Respectfully submitted,

                                              Kristen Renee Fournier, Esq.

cc:      All Counsel (via ECF)