# EXHIBIT 1

STATE OF *Georgia*

COUNTY OF *Jefferson*

## AFFIDAVIT OF ALETHA WILSON

BEFORE ME, the undersigned authority, on this day personally appeared, Affiant, Aletha Wilson, known to me to be the person whose signature appears on this document, and after being duly sworn states as follows:

1. My name is Aletha Wilson. I am over the age of eighteen (18) and competent to testify to the matters stated in this Affidavit. I have personal knowledge of the facts set forth herein.

2. I am represented by Beasley Allen Law Firm ("BA") and The Smith Law Firm, PLLC ("SLF") in my case against Johnson & Johnson.

3. I used Johnson & Johnson baby powder from birth until I was diagnosed with uterine cancer in 2009.

4. After my diagnosis of uterine cancer, I was treated with surgery removing my uterus, fallopian tubes, and ovaries.

5. No one at BA ever asked me if I had my ovaries removed.

6. BA was my primary contact during the Red River Bankruptcy. BA repeatedly instructed me not to contact SLF and to ignore all correspondence from SLF.

7. It is my understanding that the Red River Bankruptcy Judge found that BA voted against the Initial Plan without any direction from their clients while at the same time having the opinion that gynecological claims, such as mine, are non-compensable in the tort system.

8. The Red River Bankruptcy Judge concluded that BA "voted on behalf of clients, without their consent, to reject payment under the Initial Plan even though [BA] believes those clients will not and cannot be paid in the tort system."

9. I did not advise BA to vote against the Red River Bankruptcy plan on my behalf, yet that is exactly what they did.

10. BA voted against my best interest without my consent despite the fact that I received an email correspondence from a BA employee on March 21, 2025, stating "[w]hile we have our opinions and recommendations about the bankruptcy plans, ultimately, we vote in accordance with our clients."

11. On April 24, 2025, BA emailed me a letter asking me to sign a hyperlinked Power of Attorney to give BA "clear authority to submit a vote on your behalf just in case we find ourselves in a position where J&J is soliciting votes for a future bankruptcy attempt."

12. I initially executed the Power of Attorney and took a picture of it with my phone and sent a copy of the picture to BA.

13. I was informed by a BA employee that this format was not acceptable and that I needed to execute the Power of Attorney on the hyperlink.

14. That caused me to go back and read in detail the language in the actual Power of Attorney, and I became concerned.

15. My concerns caused me to call SLF for an explanation and clarification of what BA was asking me to sign.

16. I now realize that the Power of Attorney BA sent me to execute gives BA "retroactive" power to vote on my behalf which would include the vote in the prior Red River Bankruptcy.

17. The Power of Attorney BA requested that I execute did not mention the "retroactive" nature of this authority in the letter sending the hyperlink nor in the title of the actual Power of Attorney. Instead, this authority is hidden in language in the body of the Power of Attorney.

18. I feel like BA was trying to trick me into signing this Power of Attorney to cover up the fact that BA voted on behalf of clients, such as myself, without my consent and against my best interest.

FURTHER, AFFIANT SAITH NOT.

_____
Aletha Wilson

SUBSCRIBED AND SWORN TO BEFORE ME on this __9__ day of January, 2026.

_____
NOTARY PUBLIC

My Commission Expires:

_____

