# EXHIBIT 5

| | |
|---|---|
| **Subject:** | FW: Talc J&J Bankruptcy Update - Action Needed ██████ |
| **Attachments:** | BA_Bankruptcy_POA.docx |

---------- Forwarded message ---------
From: **Beasley Allen Law Firm** <talc@beasleyallen.com>
Date: Thu, Apr 24, 2025 at 1:53 PM
Subject: Talc J&J Bankruptcy Update - Action Needed ██████
To: ████ ██ <████████@███.██

Update on your talcum powder claim.



# Talc J&J Bankruptcy Update

Beasley Allen Reference Number: ████████

**Dear Ms. ████**

We write to update you on the latest developments in the Talcum Powder Litigation.  Thank you for the privilege of representing you in this important case.  **We ask that you please carefully read the update below, paying special attention to "What Do We Need from You?" section below.**

1

**Red River Talc Bankruptcy Update**
On March 31, 2025, the Bankruptcy Court dismissed Johnson & Johnson's third bankruptcy attempt. The court based its dismissal on voting irregularities, which made it impossible to certify that the vote received the requisite 75% approval and confirm the Plan. Additionally, the court found that the Plan's requirement for non-consensual third-party releases for Kenvue and hundreds of retailers made the plan unconfirmable.

Within hours of the court's decision, Johnson & Johnson issued a public statement that it would not appeal the dismissal and would return to the tort system. The bankruptcy court's order dismissing the Red River bankruptcy immediately lifted the litigation stay, and filed talcum powder cases became active again in the tort system. Beasley Allen and other plaintiff firms have resumed filing new complaints against Johnson & Johnson. We have also reached out to courts in the numerous jurisdictions where we have cases pending to get talcum powder cases back on their trial calendars as soon as possible.

**Return to the Tort System**
As always, Beasley Allen's goal remains to obtain fair and efficient compensation on behalf of our clients. We remain open to reasonable, good faith negotiations with the defendants, but Johnson & Johnson has shown that it will only respond to litigation pressure. As such, although we will continue to attempt negotiations, our current focus remains on moving forward in the tort system.

In the Talcum Powder Multidistrict Litigation (MDL), Judge Shipp will hold a status conference on June 17, 2025. The status conference will address motions that were pending when the Red River bankruptcy was filed, as well as the scheduling of bellwether trials, which were put on hold by the bankruptcy filing.

We anticipate a similar status conference being scheduled in the New Jersey State Court consolidated litigation in the coming weeks. Additionally, we are working to reset cases that were on the eve of trial when the bankruptcy stay was entered. We hope to have trials scheduled soon in California, Florida, Georgia, New Jersey, and Pennsylvania.

**What Do We Need from You?**
Although J&J says that it is finished with the bankruptcy system, we have learned through experience to expect the unexpected. Therefore, we request you complete a Power of Attorney form, which will give us clear authority to submit a vote on your behalf just in case we find ourselves in a position where J&J is soliciting votes for a future bankruptcy attempt. Please complete the form by clicking the button below.



**Bankruptcy POA**

As always, we appreciate you entrusting us with your talcum powder case. We will keep you updated on any developments and ask for your patience once more as we continue our fight to provide the best resolution for you and your family.

Should you have any questions or need further information, please contact the staff assistant assigned to your case, Christian O. Brown, at 1-800-898-2034, extension 1237.

Thank you again for the privilege of representing you. We will continue to do all that we can to hold Johnson & Johnson responsible for your suffering.

Sincerely,

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.

TED G. MEADOWS

**Beasley Allen Law Firm**
218 Commerce Street, Montgomery, Alabama 36103
BeasleyAllen.com
800.898.2034

   

3