# EXHIBIT 6



218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

(800) 898-2034

BeasleyAllen.com

**LIMITED POWER OF ATTORNEY AND GRANT OF AUTHORITY TO PREPARE BALLOTS AND TO VOTE ON PLANS OF REORGANIZATION AND TO REPRESENT CLIENT IN ALL JOHNSON & JOHNSON AND ITS AFFILIATES' TALCUM POWDER-RELATED PRODUCT LIABILITY OR BANKRUPTCY CASES**

1. The undersigned is a current client of the law firm of BEASLEY ALLEN CROW METHVIN PORTIS & MILES (the "Firm" or "Beasley Allen"), pursuant to an existing Talcum Powder Fee Agreement (the "Agreement"). The Firm is retained to represent me to pursue claims for damages suffered by me arising out of the use of Johnson's Baby Powder and/or Shower to Shower.

2. By granting this Limited Power of Attorney and Grant of Authority, I want to (a) affirm my previous and current intention to have the Firm represent me regarding all matters in any Johnson and Johnson-related talcum powder product liability or bankruptcy cases now pending and any that are solicited or filed in the future, including but not limited to cases solicited or filed on behalf of Johnson and Johnson and/or any past, present or future Johnson and Johnson affiliate; and (b) clarify by way of this specific Limited Power of Attorney and Grant of Authority that the Firm has my consent and instruction to act on my behalf in all matters identified herein.

3. I know that there are Chapter 11 bankruptcy cases involving Johnson & Johnson styled: IN RE: RED RIVER TALC LLC, Case No. 4:24-bk-90505, AS WELL AS OTHER JOHNSON & JOHNSON-RELATED BANKRUPTCIES; IMERYS TALC AMERICA, INC., et al, Case No. 21-30589; and CYPRUS MINES CORPORATION, Case No. 21-10398 (LSS), Adv. Pro. No. 22-50374 (LSS) (the "Debtors"), the "Bankruptcy Cases" pending in United States Bankruptcy Courts (the "Bankruptcy Courts").

4. I further understand that Debtors including Red River Talc LLC have filed and may file plans of reorganization in the Bankruptcy Cases, or some other party in interest may file plans of reorganization in the Bankruptcy Cases (hereinafter defined as a "Plan").

5. I hereby grant on behalf of myself and/or in my representative capacity this specific Limited Power of Attorney and Grant of Authority to the Firm to represent me and to act as my Attorney in Fact with the full power and authority to undertake and perform the following acts on my behalf: (a) to vote my Direct Talc Personal Injury Claim to ACCEPT or to REJECT any PLAN(S); (b) to prepare and complete my ballot in order to vote on any such Plan including signing my ballot indicating my vote on my behalf; (c) to submit my vote and ballot pursuant to procedures for voting on the Plan(s) as established by the Bankruptcy Court(s); (d) to the extent applicable and/or required, to include me as part of a Master Ballot; (e) to the extent that a Plan is served before a bankruptcy case is filed, to prepare, complete and submit my vote and ballot pursuant to procedures established in that pre-bankruptcy case; and (f) to take all actions on my behalf necessary, in the Firm's discretion, to timely and fully cast my vote on the Plan(s).

6. I understand that the Firm will make every effort to provide me available information as well as the Firm's recommendation regarding any such Plans sufficient for me to make an informed decision whether to ACCEPT or REJECT the Plan. I also understand that the Firm will make every effort to follow my instructions regarding any such vote on a Plan.

7. I, in my individual and/or representative capacity, further grant a limited Power of Attorney and Grant of Authority to the Firm to submit a proof of claim and/or other claim-related materials in the Red River Bankruptcy Case in compliance with any applicable court order(s).  Should future bankruptcy cases be solicited or filed by Johnson & Johnson or any of its past, present or future affiliates, I grant the same Power of Attorney and Grant of Authority for those cases as well.

8. The authority granted herein also includes all other Acts that, as determined by the Firm in its discretion, are reasonably necessary or required to carry out and perform the specific authorities granted herein.

9. IN ADDITION, FOR THE AVOIDANCE OF DOUBT, AUTHORITY IS GRANTED TO THE FIRM TO REPRESENT MY INTERESTS IN RED RIVER TALC LLC AND IN ANY OTHER JOHNSON & JOHNSON-RELATED BANKRUPTCY INCLUDING CASES SOLICITED OR FILED BY OR ON BEHALF OF JOHNSON & JOHNSON'S PAST, PRESENT AND FUTURE AFFILIATES, IMERYS TALC AMERICA, INC., ET AL., AND CYPRUS MINES CORPORATION'S BANKRUPTCY CASES AS THE FIRM, IN ITS DISCRETION, DEEMS REASONABLE AND NECESSARY, INCLUDING BUT NOT LIMITED TO TAKING THE STEPS ON MY BEHALF AS DESCRIBED IN THIS LIMITED POWER OF ATTORNEY AND GRANT OF AUTHORITY.

10. This Limited Power of Attorney and Grant of Authority shall not be affected by my subsequent disability, incompetency, or incapacity.  I understand that, pursuant to the ethics rules regarding clients under a disability, the Firm shall continue to represent my interests to the best of its ability.

11. The Firm agrees to accept this Limited Power of Attorney and Grant of Authority subject to the terms set forth herein and agrees to act and perform consistent with my best interests, as the Firm, in its discretion, deems advisable, subject to any instruction I might provide pursuant to Paragraph 6 above.

12. I reaffirm and ratify the Agreement and affirm that this Limited Power of Attorney and Grant of Authority is not a novation of the Agreement.

SIGNATURE: _____

SIGNED ON THIS _____ DAY OF _____, 2025

AGREED AND APPROVED:

Client's Printed Name: _____

ACKNOWLEDGED:

BEASLEY ALLEN

BY: _____