


**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com

**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

February 23, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation*
     Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp:

  We write today to request a seven-day extension of the current briefing schedule related to objections to Judge Wolfson's Report and Recommendation (ECF No. 43902). Currently, the deadline to file an opposition to the Johnson & Johnson Defendants' motion objecting to Judge's Wolfson's Report and Recommendation is next Monday, March 2, 2026. We request an extension of this deadline to March 9, 2026. We have conferred with counsel for the Johnson & Johnson Defendants, who do not oppose this request.

  Thank you for your consideration.

            Respectfully submitted,

 *s/ P. Leigh O'Dell*       *s/ Michelle A. Parfitt*
 P. Leigh O'Dell         Michelle A. Parfitt

cc: All Counsel (via ECF)