**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

February 23, 2026

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re: *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
Case No.: 3:16-md-02738-MAS-RLS

Dear Judge Shipp and Judge Singh:

We write on behalf of the Johnson & Johnson Defendants regarding our February 18, 2026 letter concerning the disqualification of Beasley Allen (ECF No. 44028). That filing included limited redactions because the referenced document had previously been designated confidential. Defendants also filed an unredacted version under temporary seal (ECF No. 44029) for the Court's review.

Under Local Civil Rule 5.3(c)(2), a party must file a motion to seal within fourteen days of filing materials under temporary seal. Upon further review, the portions cited in Defendants' submission do not contain confidential information, as the underlying content is publicly available.

Accordingly, Defendants respectfully submit that the letter and the cited material need not remain under seal and, therefore, do not intend to file a motion to seal in connection with the February 18 submission.

Thank you for your consideration of this matter.

February 23, 2026
Page 2

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:   All Counsel of Record (via ECF)

In light of the above, the Clerk of the Court shall UNSEAL the document appearing at Docket Entry Number 44028.

SO ORDERED this 24th day of February 2026.

_____
RUKHSANAH L. SINGH, U.S.M.J.

**Barnes & Thornburg**