UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>*This document relates to:*<br>Plaintiff __Annie Durand__<br>Case number __3:26-cv-1830__ | 3:16-md-02738 (MAS) (RLS) |

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint with Jury Demand was filed on __02/25/2026__ on behalf of Plaintiff __Annie Durand__.

Dated: __02/25/2026__

                                          Respectfully submitted,

                                        /s/ Benjamin P. Browder

                                        Benjamin P. Browder (TX #24036267)
                                        DUNCAN STUBBS
                                        825 Watters Creek Blvd. #360
                                        Allen, Texas 75013
                                        T: 877-971-0830
                                        ben.browder@duncanstubbs.com

                                        **Counsel for Plaintiff(s)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on  02/25/2026 , a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Benjamin P. Browder

Benjamin P. Browder (TX #24036267)
DUNCAN STUBBS
825 Watters Creek Blvd. #360
Allen, Texas 75013
T: 877-971-0830
ben.browder@duncanstubbs.com

**Counsel for Plaintiff(s)**