# COHEN, PLACITELLA &ROTH
## LAW OFFICES

127 MAPLE AVENUE, RED BANK, NEW JERSEY 07701
(732) 747-9003    FAX (732) 747-9004    CPRLAW.COM

Christopher M. Placitella, Esq.
cplacitella@cprlaw.com

March 2, 2026

<u>VIA CM/ECF</u>
Hon. Rukhsanah L. Singh, U.S.M.J.
Unites States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

> RE:   Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation
> MDL No. 2738

Dear Judge Singh:

I write with respect for the Court and with full appreciation of the responsibility that accompanies leadership decisions in this MDL. I offer this letter not as argument, but as perspective—from someone who has worked closely with Leigh O'Dell and witnessed her leadership firsthand.

I met Leigh in 2016, when I was appointed Liaison Counsel in this MDL. She had already been appointed to a leadership role. I knew her reputation before I knew her personally. What I came to know over time was not simply her skill, but her character.

From the beginning, she was quiet. Confident without ego. Self-assured without performance. She did not dominate rooms; she steadied them. In a litigation involving dozens of firms, competing strategies, and enormous pressure, that steadiness mattered.

She led by example.

CHRISTOPHER M. PLACITELLA, MANAGING NJ ATTORNEY, CERTIFIED CIVIL TRIAL ATTORNEY
PHILADELPHIA, PA   |   LEMOYNE, PA   |   PITTSBURGH, PA   |   CHERRY HILL, NJ
A PENNSYLVANIA PROFESSIONAL CORPORATION

GCC/IBT 274C

Hon. Rukhsanah L. Singh, U.S.M.J.
March 2, 2026
Page 2

No one's view was dismissed. Not the newest lawyer on a call. Not a firm with a different strategic perspective. She listened fully. Even when she ultimately charted a different course, everyone understood they had been heard. In an environment where ego can easily overtake purpose, she and Michelle Parfitt made inclusion the standard. That culture strengthened the plaintiffs' leadership and unified the front against a sophisticated and relentless defendant.

When Johnson & Johnson initiated what became known as the "Texas Two-Step" bankruptcies, the litigation shifted dramatically. It was not simply a procedural development; it was a strategy designed to divide plaintiff lawyers with different perspectives on how cases should be resolved and redirect the battlefield. Alongside her partner, Andy Birchfield, she led the charge in confronting those filings. The work was relentless—hearings in multiple courts, coordination among dozens of firms, strategy sessions that extended late into the night. It was never about credit. It was about preserving the rights of women who had already waited too long for their day in Court or a resolution that recognized the true value of their losses.

Fight after fight. Hill after hill. She never stopped climbing.

What many did not know during this period, the last eight months was that she was privately battling serious illness. For two weeks, I did not hear from her—something entirely out of character. When I finally learned the reason, she made me promise not to tell anyone. She was afraid that disclosure would be perceived as weakness or would distract from the clients and the work. In a litigation environment where perception can influence momentum, she did not want her personal battle to alter the focus.

I kept that promise.

Chemotherapy was devastating. By November 2025, she was down to 100 pounds and near death. Her physical condition would have justified stepping away from even the most demanding professional responsibilities. Yet she continued to prepare cases, to participate in strategy, and to travel when necessary.

In November 2025, while still undergoing treatment, she boarded a plane to California to help try a case that resulted in a substantial verdict for the plaintiff. Few in that courtroom knew what she was enduring physically.

In January, I watched her take the lead in a Philadelphia state court trial. She stood at counsel table, thinner than I had ever seen her, but composed. She cross-examined witnesses with precision and discipline.

The wig she wore was not a symbol of weakness. It was a testament to strength and resolve. It reflected her determination to stand in that courtroom, to lead, and to serve—even when her body had been pushed to the brink. It was not concealment. It was courage made visible.

Hon. Rukhsanah L. Singh, U.S.M.J.
March 2, 2026
Page 3

When her client's videotaped testimony played, the courtroom was silent. The story was devastating. I saw tears running down her face—not theatrically, not for effect, but quietly. In that moment, it was clear the testimony was landing closer to home than it ever had before.

Yet she did not falter.

She steadied herself. She rose when it was time. She continued.

She finished the trial.

She won.

No matter what allegations are thrown her way, no matter how sharp or public the criticism, she never wavers in how she treats others. She always treated defense counsel with respect and dignity. I never once heard her utter an unkind word about them. Her leadership was firm but professional, principled but measured.

Leadership in an MDL is not measured solely by courtroom skill. It is measured by steadiness, inclusion, moral stamina, and the ability to hold a diverse group of lawyers together in pursuit of a common objective. It is measured by the quiet decision, over and over again, to fight for someone else—even while confronting profound personal hardship.

Leigh O'Dell embodies those qualities.

Her courage is not loud. It does not seek recognition. It simply refuses to give up. She has provided stability, institutional knowledge, and a culture of collaboration that has strengthened this litigation at every stage.

From my vantage point, her continued leadership does not merely preserve continuity; it serves the just and efficient advancement of this case. I offer this letter so that the Court may understand not only her qualifications, but the essence of the person who has carried this responsibility with resolve and strength.

**COHEN, PLACITELLA & ROTH, P.C.**

*/s/ Christopher M. Placitella*
Christopher M. Placitella, Esq.
*Attorneys for Plaintiffs*

CMP/dmr