# COHEN, PLACITELLA &ROTH
## LAW OFFICES

127 MAPLE AVENUE, RED BANK, NEW JERSEY 07701

(732) 747-9003    FAX (732) 747-9004    CPRLAW.COM

Christopher M. Placitella, Esq.
cplacitella@cprlaw.com

March 2, 2026

**VIA CM/ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
Unites States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

RE:    **Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation**
       **MDL No. 2738**

Dear Judge Singh:

I write as a follow-up to my letter filed earlier today to respectfully request the Court's permission to appear virtually at tomorrow's hearing scheduled for March 3, 2026 at 2:00 p.m.

As the Court is aware, the hearing was originally scheduled for February 24, 2026, but was rescheduled due to weather. In light of that rescheduling, I now have an unforeseen scheduling conflict that makes it impracticable for me to appear in person. However, I will be fully available for the entire proceeding and prepared to participate and respond in real time via the Court's approved videoconferencing platform.

Hon. Rukhsanah L. Singh, U.S.M.J.
March 2, 2026
Page 2

      I appreciate the Court's consideration of this request and am happy to address any questions or concerns the Court may have.

      Thank you.

                Respectfully submitted,

                **COHEN, PLACITELLA & ROTH, P.C.**

                ***/s/ Christopher M. Placitella***
                Christopher M. Placitella, Esq.
                For the Firm
                *Attorneys for Plaintiffs*

CMP/dmr