

19 CORPORATE PLAZA DRIVE, NEWPORT BEACH, CA 92660
TELEPHONE: (949) 720-1288 • FACSIMILE: (949) 720-1292
WWW.ROBINSONFIRM.COM

March 2, 2026

**VIA CM/ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**RE:** *Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*
**MDL No. 2738**

Dear Judge Singh:

I serve as Plaintiffs' Co-Lead Counsel in the California Judicial Council Coordination Proceeding *Johnson & Johnson Talcum Powder Cases*, JCCP No. 4872. I write to echo the sentiments expressed by Mr. Placitella and to offer our firm's perspective concerning Leigh O'Dell's leadership.

Our firm has benefited tremendously from Ms. O'Dell's steady leadership and guidance in the Johnson's Baby Powder litigation. While she has no formal leadership role in California, Ms. O'Dell has always been willing to offer her assistance and support. She has consistently kept California practitioners informed regarding MDL developments and has provided thoughtful leadership throughout the litigation. She has always exhibited the utmost civility and professionalism, and her work has meaningfully contributed to fostering cooperative coordination between the MDL and state-court proceedings.

We have also witnessed how Ms. O'Dell treats others and leads by example. We have witnessed her practice principles of inclusion — with people, ideas, and perspectives — and have witnessed how at all times she conducts herself with civility and respect for cocounsel, opposing counsel, and court staff.

When she flew out to California to help with the first bellwether trial in the JCCP, despite her health struggles, Ms. O'Dell demonstrated determination and grit in examining witnesses and substantially contributed to the case's success. Her decision to participate in the trial was consistent with the commitment she has demonstrated throughout this litigation in always prioritizing the needs of her clients and other plaintiffs. We are extremely grateful to have her assistance and leadership in this litigation and fully agree with Mr. Placitella's account of Ms.

Hon. Rukhsanah L. Singh, U.S.M.J.
March 2, 2026
Page 2

O'Dell's character. We therefore humbly submit that Ms. O'Dell's continued leadership serves the best interests of this important litigation.

                                                **ROBINSON CALCAGNIE, INC.**

                                                Daniel S. Robinson
                                                *JCCP Plaintiffs' Co-Lead Counsel*