# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON  **DATE:** March 3, 2026

**JUDGE RUKHSANAH L. SINGH**

**COURT REPORTER:** Paula Horovitz

**TITLE OF CASE:**  **DOCKET # 3:16-MD-2738 (MAS) (RLS)**
IN RE: JOHNSON & JOHNSON TALCUM POWDER
PRODUCTS MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

**APPEARANCES:**
Jeffrey Pollock, Esq., Michelle Parfitt, Esq., Patrick Lyons, Esq., Chris LoPalo, Esq., Christopher Tisi, Esq., Leigh O'Dell, Esq., Hunter Shkolnik, Esq., Daniel Lapinski, Esq., Chris Seeger, Esq., Bryant McCulley, Esq., Wylie Blair, Esq., Richard Golomb, Esq., & Andy Birchfield, Esq., for plaintiffs
Steve Brody, Esq., Matthew Bush, Esq., Jessica Brennan, Esq., Peter Verniero, Esq., & Kristen Fournier, Esq., for defendants

**NATURE OF PROCEEDING:**   Case Management Conference
Case Management Conference held.
Decision reserved.
Order to be entered.

| | |
|---|---|
| Time Commenced: | 2:00 p.m. |
| Time Adjourned: | 3:35 p.m. |
| Total Time: | 1 Hour and 35 Minutes |

s/ Mark Morelli
**DEPUTY CLERK**