*Admitted to Practice in New Jersey
** Admitted to Practice in New York

## POLLOCK LAW, LLC
400 Riverview Plaza, Suite 425
Trenton, New Jersey 08611
609-308-7300



Jeffrey M. Pollock
Certified by the Supreme Court of New Jersey
   as a Civil Trial Attorney
Direct Dial:  (908) 334-3242
Email Address:  jeff@pollocklaw.net

March 3, 2026

<u>*Via* PACER/ECF</u>

The Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey

    Re:   *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, Case No. 3:16-md-2738 (MAS)/(RLS)

Dear Judge Singh:

    I write to respectfully advise the Court that during oral argument before Your Honor, the Supreme of Court of New Jersey accepted Beasley Allen and Andy Birchfield's Motion for Leave to Appeal.  The Supreme Court has indicated that it is proceeding on the original Appellate Division Docket Number A-215-24 and has directed we submit amended submissions to exclude the secondary Appellate number.  Additionally, the Supreme Court has synced the underlying Appellate transcripts before Your Honor and Judge Porto, to our Supreme Court case (Docket Number 91773).  I have attached the Supreme Court communications of today's date for Your Honor's ease of reference.

    Respectfully,

    */s/ Jeffrey M. Pollock*
    JEFFREY M. POLLOCK

cc:    Counsel of Record

| | |
|---|---|
| **From:** | supremectenotice.mbx@njcourts.gov |
| **Subject:** | eCourts Supreme Communication - IN RE TALC BASED POWDER PRODUCTS LITIGATION (091773) |
| **Date:** | Tuesday, March 3, 2026 2:51:51 PM |
| **Importance:** | High |

## SUPREME COURT eFILING ELECTRONIC NOTIFICATION

Case title: IN RE TALC BASED POWDER PRODUCTS LITIGATION
Supreme Court docket #: 091773
Appellate Division docket #: A-000215-24
Case manager: YURI P ALBERTAO
Phone number: 609-815-2955

An eFiling Communication related to the above listed matter has been entered by the Supreme Court Clerk's Office, as follows:

**JEFFREY POLLOCK: The motion for leave to appeal (MLA) was received and an acknowledgement letter was synced to e-filing. Transcripts filed in the Appellate Division were automatically transferred to our system and were also synced. Please be advised that your submission is marked "deficient." For further information, please access the acknowledgement letter in eCourts.**

### THIS NOTICE HAS BEEN ELECTRONICALLY SENT TO:

**MOVANT'S ATTORNEY (ATTORNEY OF RECORD):** JESSICA LEIGH BRENNAN

**MOVANT'S ATTORNEY (CO-COUNSEL):** MICHAEL S CARUCCI

**MOVANT'S ATTORNEY (CO-COUNSEL):** PETER G VERNIERO

**RESPONDENT'S ATTORNEY (ATTORNEY OF RECORD):** JEFFREY M POLLOCK

**Participating parties:**

This eCourts Supreme Communication can also be accessed by registered eCourts Supreme users through the eCourts login page on the Judiciary's website.

Users of Supreme Court eFiling are required to complete a first-time user registration.

Please do not reply to this message. This email is an automated notification and is unable to receive replies.



# Supreme Court of New Jersey

**Office of the Clerk**

| **Matthew T. Kelly**<br>Deputy Clerk, Chief Counsel | **Heather Joy Baker**<br>Clerk of Court | **Christine A. Muller**<br>Deputy Clerk, Chief Administrator |

Richard J. Hughes Justice Complex • P.O. Box 970 • Trenton, NJ 08625-0970     njcourts.gov • Tel: 609-815-2955

March 3, 2026

<u>Sent via eCourts Supreme</u>

Jeffrey M. Pollock, Esq.
Pollock Law LLC
400 Riverview Plaza
Trenton, NJ 08611

    Re:  <u>In re Talc Based Powder Products Litigation</u>
          Appellate Division Docket Number A-000215-24
          Supreme Court Docket Number **091773**

Dear Counsel:

      On February 26, 2026, this office received a motion for leave to appeal (MLA) related to the above matter. This case has been assigned the above docket number, which must appear on all future submissions. Please be advised that the following deficiencies were noted:

- **An amended brief in support of the motion for leave to appeal (MLA) is required.** Please be advised that the MLA can be accepted with respect to Appellate Division docket number A-000215-24. The cover of the supporting brief includes a second Appellate Division docket number. In addition, the supporting brief does not include counsel's signature. In order to correct this deficiency, please submit an amended brief in support of the motion including counsel's typed or handwritten signature. The cover of the amended brief must include Appellate Division docket number A-000215-24, and may not include the docket numbers of other Appellate Division matters.

- **An amended Supreme Court appendix is required.** All appendices filed with the Supreme Court must be submitted separately from other documents. An appendix was attached to your supporting certification. In addition, the






cover of the appendix includes a second Appellate Division docket number, and a table of contents was not provided for the appendix.  In order to correct this deficiency, please submit an amended Supreme Court appendix including a table of contents indicating the initial page of each document contained in the appendix.  The cover of the amended appendix must include Appellate Division docket number A-000215-24, and may not include the docket numbers of other Appellate Division matters.

- **An amended certification in support of the MLA is required.**  The supporting certification must be uploaded separately from the Supreme Court appendix.

Respondents must submit an answering brief within <u>10 days</u> after the service of the motion papers.  <u>See</u> <u>R.</u> 2:8-1(b).  Failure to respond may result in the Court disposing of the matter solely on the basis of the moving papers.

Questions related to this case should be directed to Yuri P. Albertao at (609) 815-2955.

c: Peter G. Verniero, Esq.
   Michael S. Carucci, Esq.
   Jessica L. Brennan, Esq.




