# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Kristen Renee Fournier
To Call Writer Directly:
+1 212 446 4777
kristen.fournier@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

March 4, 2026

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     *In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2738
**Beasley Allen Disqualification**

Dear Judge Singh:

I write in response to Mr. Pollock's March 3, 2026, letter regarding the New Jersey Supreme Court's activity (ECF No. 44244), particularly in light of Your Honor's focus on timing during our conference yesterday afternoon. Mr. Pollock's letter stated that the New Jersey Supreme Court "accepted" Beasley Allen's motion for leave to appeal and that the Supreme Court is "proceeding" on the original Appellate Division docket number.

I would like to make sure the procedural record is clear; the Supreme Court did not *grant* Beasley Allen's motion for leave to appeal. Rather, as the docket entry attached to Mr. Pollock's letter makes clear, the Supreme Court merely noted its receipt of the filing of Beasley Allen's motion: "The motion for leave to appeal (MLA) was received and an acknowledgement letter was synced to e-filing." The Supreme Court has made no decision on whether to hear the case on the merits.

The letter from the Supreme Court also attached to Mr. Pollock's letter further explained that Defendants have 10 days to respond to that motion, which Defendants of course will be doing. We will provide Your Honor with a courtesy copy of that brief when it is filed.

No further or substantive developments have occurred at this time.

## KIRKLAND & ELLIS LLP

Hon. Rukhsanah L. Singh
March 4, 2026
Page 2

Respectfully,

Kristen Renee Fournier, Esq.

cc:     All Counsel (via ECF)