

**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

March 5, 2026

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales
Practices, and Products Liability Litigation*
        **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp:

We write on behalf of the Johnson & Johnson Defendants concerning the briefing schedule for Defendants' objections to the Special Master's Report and Recommendation (ECF No. 43902).

Defendants filed their objections on February 10, 2026 (ECF No. 44002), which set Plaintiffs' opposition deadline for March 2, and Defendants' reply for March 9. On February 23, 2026, the Court granted Plaintiffs' request to extend their opposition deadline to March 9. In light of that extension, the Johnson & Johnson Defendants respectfully request an extension of their reply deadline to March 23, 2026. Defendants have conferred with Plaintiffs' Lead Counsel, who do not oppose this request.

If the Court finds this request acceptable, the Johnson & Johnson Defendants respectfully request that this letter be So Ordered. Thank you for your consideration of this matter.

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.

March 5, 2026
Page 2

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:    All Counsel of Record (via ECF)

**Barnes & Thornburg**