**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

**KIRKLAND & ELLIS LLP**

Kristen Fournier, P.C.
To Call Writer Directly:
+1 212 446 4777
kristen.fournier@kirkland.com

March 6, 2026

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

    As a brief update following Tuesday's case management conference, enclosed please find the Order from the Supreme Court of New Jersey denying Beasley Allen's emergent stay application. The Court found that Beasley Allen failed to make a preliminary showing that it is entitled to emergent relief.

    We will continue to keep Your Honor apprised of any further developments.

Respectfully submitted,

Kristen Renee Fournier
KIRLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel.: 212-446-4777
kristen.fournier@kirkland.com

March 6, 2026
Page 2

                                                         /s/ *Jessica L. Brennan*
                                                         Jessica L. Brennan
                                                         BARNES & THORNBURG LLP
                                                         67 E. Park Place, Suite 1000
                                                         Morristown, NJ 07960
                                                         Tel.: 973-775-6120
                                                         jessica.brennan@btlaw.com

                                                         *Attorneys for Johnson & Johnson Defendants*

cc:    All Counsel of Record (via ECF)