

# Supreme Court of New Jersey   (AMENDED)
## Single-Justice Disposition on Application for Emergent Relief (*Rule* 2:9-8)

| | |
|---|---|
| Case title: | In Re Talc Based Powder Products Litigation |

| Supreme Court docket number: | (091773) (S-104-25) | Appellate Division docket number (if available): | |
|---|---|---|---|
| Applicant's name: | Beasley Allen and Andy Birchfield, Esq. | | |

**The applicant's request for permission to file an emergent motion and any related request for a temporary stay or other relief pending disposition of an emergent motion are DENIED for the following reason(s):**

☐ 1. The matter does not concern a genuine emergency or otherwise does not warrant adjudication on short notice. The applicant may file a regular motion for review by the Superior Court, Appellate Division in the ordinary course.

☐ 2. The Appellate Division has entered an order or judgment, and the matter is not emergent or otherwise does not warrant adjudication on short notice. The applicant may file a regular motion for review by the Supreme Court in the ordinary course.

☐ 3. The application concerns an order entered during or on the eve of trial as to which there is no prima facie showing that immediate interlocutory intervention is required. The applicant may file a regular motion in the appropriate court for review in the ordinary course.

☐ 4. The applicant must obtain a signed order or disposition from the Appellate Division before requesting relief from the Supreme Court.

☑ 5. Other: The applicant has failed to make a preliminary showing of an entitlement to emergent relief. Under Rule 2:9-5(b), the applicant must have an order deciding a stay motion from the Appellate Division before filing a stay motion with the Supreme Court.

Date: 3/5/2026    By: *Heather J Baker* (signature)

Name: Heather Joy Baker, Clerk, on behalf of Justice Fabiana Pierre-Louis