

**Montgomery**
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Atlanta**
4200 Northside Parkway
Building One, Suite 100
Atlanta, GA 30327

(800) 898-2034
BeasleyAllen.com



**P. Leigh O'Dell**
leigh.odell@beasleyallen.com

**Michelle A. Parfitt**
mparfitt@ashcraftlaw.com

March 9, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

>     ***Re:***   ***Johnson & Johnson Talcum Powder Products, Marketing, Sales***
>     ***Practices and Products Liability Litigation***
>     **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

We write to request permission for the Plaintiffs' Steering Committee's response in opposition to Defendants' objections to the Special Master's Report and Recommendation to exceed the standard page limit by ten additional pages. Due to the number of issues raised in Defendants' objection, the additional pages are necessary to provide the Court with a complete and helpful response. Counsel for Defendants has been consulted and consent to this request.

Respectfully submitted,

*s/ P. Leigh O'Dell*                          *s/ Michelle A. Parfitt*

P. Leigh O'Dell                               Michelle A. Parfitt

Hon. Michael A. Shipp, U.S.D.J.
Hon. Rukhsanah L. Singh, U.S.M.J.
March 9, 2026
Page 2

cc:    Jessica Brennan (via email)
       Kristin Fournier (via email)
       All Counsel (via ECF)