*Admitted to Practice in New Jersey
** Admitted to Practice in New York

## POLLOCK LAW, LLC
400 Riverview Plaza, Suite 425
Trenton, New Jersey 08611
609-308-7300



Jeffrey M. Pollock
Certified by the Supreme Court of New Jersey
    as a Civil Trial Attorney
Direct Dial:  (908) 334-3242
Email Address:  jeff@pollocklaw.net

March 9, 2026

<u>*Via* **PACER/ECF**</u>

The Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey

    Re:    *In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, **Case No. 3:16-md-2738 (MAS)/(RLS)**

Dear Judge Singh:

    I write as counsel for Beasley Allen and to respectfully inform the Court that on Thursday, March 5, 2026, the Supreme Court issued both an initial Order (which J&J shared with Your Honor) but then promptly issued an Amended Order.  I attach both here.  Pursuant to the Amended Order, we have filed our request for a Stay in the Appellate Division.

    Respectfully,

    */s/ Jeffrey M. Pollock*
    JEFFREY M. POLLOCK

Encl.

cc: Counsel of Record via ECF



# Supreme Court of New Jersey   (AMENDED)
## Single-Justice Disposition on Application for Emergent Relief (*Rule* 2:9-8)

| | |
|---|---|
| Case title: | In Re Talc Based Powder Products Litigation |

| Supreme Court docket number: | (091773) (S-104-25) | Appellate Division docket number (if available): | |
|---|---|---|---|
| Applicant's name: | Beasley Allen and Andy Birchfield, Esq. | | |

**The applicant's request for permission to file an emergent motion and any related request for a temporary stay or other relief pending disposition of an emergent motion are DENIED for the following reason(s):**

☐ 1. The matter does not concern a genuine emergency or otherwise does not warrant adjudication on short notice. The applicant may file a regular motion for review by the Superior Court, Appellate Division in the ordinary course.

☐ 2. The Appellate Division has entered an order or judgment, and the matter is not emergent or otherwise does not warrant adjudication on short notice. The applicant may file a regular motion for review by the Supreme Court in the ordinary course.

☐ 3. The application concerns an order entered during or on the eve of trial as to which there is no prima facie showing that immediate interlocutory intervention is required. The applicant may file a regular motion in the appropriate court for review in the ordinary course.

☐ 4. The applicant must obtain a signed order or disposition from the Appellate Division before requesting relief from the Supreme Court.

☑ 5. Other: The applicant has failed to make a preliminary showing of an entitlement to emergent relief. Under *Rule* 2:9-5(b), the applicant must have an order deciding a stay motion from the Appellate Division before filing a stay motion with the Supreme Court.

Date: 3/5/2026

By: *Heather J Baker* (signature)

Name: Heather Joy Baker, Clerk, on behalf of Justice Fabiana Pierre-Louis



# Supreme Court of New Jersey
## Single-Justice Disposition on Application for Emergent Relief (*Rule* 2:9-8)

| | |
|---|---|
| Case title: | In Re Talc Based Powder Products Litigation |
| Supreme Court docket number: | (091773) (S-104-25) |
| Appellate Division docket number (if available): | |
| Applicant's name: | Beasley Allen and Andy Birchfield, Esq. |

**The applicant's request for permission to file an emergent motion and any related request for a temporary stay or other relief pending disposition of an emergent motion are DENIED for the following reason(s):**

☐ 1. The matter does not concern a genuine emergency or otherwise does not warrant adjudication on short notice. The applicant may file a regular motion for review by the Superior Court, Appellate Division in the ordinary course.

☐ 2. The Appellate Division has entered an order or judgment, and the matter is not emergent or otherwise does not warrant adjudication on short notice. The applicant may file a regular motion for review by the Supreme Court in the ordinary course.

☐ 3. The application concerns an order entered during or on the eve of trial as to which there is no prima facie showing that immediate interlocutory intervention is required. The applicant may file a regular motion in the appropriate court for review in the ordinary course.

☐ 4. The applicant must obtain a signed order or disposition from the Appellate Division before requesting relief from the Supreme Court.

☑ 5. Other: The applicant has failed to make a preliminary showing of an entitlement to emergent relief.

Date: 3/6/2026    By: *Heather J Baker* (signature)

Name: Heather Joy Baker, Clerk, on behalf of Justice Fabiana Pierre-Louis