# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To All Cases Listed in Exhibit A | No. 3:16-md-02738-MAS-RLS<br><br>[PROPOSED] ORDER TO SHOW CAUSE WHY CASES ON THE ATTACHED EXHIBIT A SHOULD NOT BE DISMISSED WITH PREJUDICE |

**This Matter**, having been brought before the Court by Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Johnson & Johnson Consumer Companies, Inc., Janssen Pharmaceuticals, Inc., Kenvue, Inc., and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause requiring Plaintiffs listed in the attached **Exhibit A** to show cause why their case should not be dismissed with prejudice; and for good cause shown;

IT IS on this _9th_ day of _March_, 2026

**ORDERED** that:

1. Plaintiffs listed on **Exhibit A** shall, within twenty-one (21) days of this Order, show cause why their case should not be dismissed with prejudice

for their failure to serve Defendants (via MDL Centrality) with a Plaintiff Profile Form ("PPF"); and

2. Defendants shall have seven (7) days to respond to any opposition filed by Plaintiffs; and

3. Any Plaintiff who fails to respond, or otherwise fails to show cause within twenty-one (21) days, shall have their case dismissed with prejudice; and

4. Within thirty-five (35) days of this Order, Defendants shall file a proposed Order to Dismiss with prejudice the cases subject to this Order to Show Cause in which the Court has not expressly found good cause for the failure to file a PPF.

*R. Singh*
Honorable Rukhsanah L. Singh
United States Magistrate Judge

# Exhibit A
## January 2026 Deficiency List / Overdue PPF Report
### Deficient Cases Filed or Transferred into the MDL as of September 15, 2025

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 1. | Dana Delikat | Andrews & Higgins | 3:25-cv-05428 |
| 2. | Mary Wilson | Andrews & Higgins | 3:25-cv-05429 |
| 3. | Breta Flynn | Andrews & Higgins | 3:25-cv-05693 |
| 4. | Deborah Glenn | Andrews & Higgins | 3:25-cv-05705 |
| 5. | Margaret Ivey | Andrews & Higgins | 3:25-cv-05678 |
| 6. | Suzanne Morrow | Andrews & Higgins | 3:25-cv-05688 |
| 7. | Barbara Schulze | Andrews & Higgins | 3:25-cv-05708 |
| 8. | Connie Hobbs | Andrews & Higgins | 3:25-cv-05958 |
| 9. | Lori Huffman | Andrews & Higgins | 3:25-cv-05984 |
| 10. | Laurie Libby | Andrews & Higgins | 3:25-cv-06012 |
| 11. | Pauline Meeker | Andrews & Higgins | 3:25-cv-06009 |
| 12. | Debra Martinez | Andrews & Higgins | 3:25-cv-06137 |
| 13. | Judy Cramer | Andrews & Higgins | 3:25-cv-06312 |
| 14. | Malinda Deitz | Andrews & Higgins | 3:25-cv-06340 |
| 15. | Linda Luoni | Andrews & Higgins | 3:25-cv-06275 |
| 16. | Shelly Ledford | Andrews & Higgins | 3:25-cv-07033 |
| 17. | Lisa Pollard | Andrews & Higgins | 3:25-cv-07277 |
| 18. | Susan Bennett | Andrews & Higgins | 3:25-cv-07503 |
| 19. | Elizabeth Demesa | Andrews & Higgins | 3:25-cv-07707 |
| 20. | Margie Navarro | Andrews & Higgins | 3:25-cv-07436 |

| 21. | Elaine Potgiesser | Andrews & Higgins | 3:25-cv-07729 |
|---|---|---|---|
| 22. | Sandra Reuben | Andrews & Higgins | 3:25-cv-07550 |
| 23. | Wanda Pijuan Santiago | Andrews & Higgins | 3:25-cv-07698 |
| 24. | Cathy Torres | Andrews & Higgins | 3:25-cv-07734 |
| 25. | Dina Vincent | Andrews & Higgins | 3:25-cv-07704 |
| 26. | Yvonne Brunt | Andrews & Higgins | 3:25-cv-08088 |
| 27. | Betty Chavis | Andrews & Higgins | 3:25-cv-08131 |
| 28. | Kaci Mcloughlin | Andrews & Higgins | 3:25-cv-07181 |
| 29. | Lois Kanable | Andrews & Higgins | 3:25-cv-08277 |
| 30. | Barbara Wise | Andrews & Higgins | 3:25-cv-08199 |
| 31. | Lorraine Bowles | Andrews & Higgins | 3:25-cv-08376 |
| 32. | Margie L. Daugherty | OnderLaw, LLC | 3:25-cv-14056 |
| 33. | Mary Gill, as the Anticipated Personal Representative of the Estate of Aleathea Goodins, Deceased | OnderLaw, LLC | 3:25-cv-15087 |
| 34. | Florease Jarmon, as the Anticipated Personal Representative of the Estate of Virginia F. Jarmon, Deceased | OnderLaw, LLC | 3:25-cv-15095 |
| 35. | Brandy Jones | OnderLaw, LLC | 3:25-cv-15080 |
| 36. | Gianetta D. Martinez | OnderLaw, LLC | 3:25-cv-15084 |
| 37. | Loretta Behrendt and Kevin Behrendt | Wagstaff Law Firm | 3:25-cv-14321 |
| 38. | Michele Hoskinson | Wagstaff Law Firm | 3:25-cv-14326 |
| 39. | Elizabeth Dougherty and William Dougherty | Wagstaff Law Firm | 3:25-cv-14541 |
| 40. | Sally Wecksler | Wagstaff Law Firm | 3:25-cv-14706 |
| 41. | Marianne Johnnides and Kostas Johnnides | Wagstaff Law Firm | 3:25-cv-14945 |

| 42. | Cheryl Higgins | Weitz & Luxenberg, P.C. | 3:25-cv-04283 |
| 43. | Adela Martinez Ibarra | Weitz & Luxenberg, P.C. | 3:25-cv-12374 |