

**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

March 13, 2026

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:    *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
        Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

As a follow up to our March 4, 2026 correspondence regarding Beasley Allen's Motion for Leave to Appeal to the New Jersey Supreme Court (ECF 44248), enclosed is a courtesy copy of the Johnson & Johnson Defendants' opposition brief. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

Encl.
cc:    All Counsel of Record (via ECF)