

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

March 20, 2026

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**  ***In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales
Practices, and Products Liability Litigation***
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

We write to inform you that today the Appellate Division entered an order denying Beasley Allen's Motion for Stay of the Appellate Division's February 6, 2026 order disqualifying Beasley Allen from representing plaintiffs in the *In re Talc Litigation*, MCL No. 300. The Appellate Division found that, "[t]o have Beasley Allen litigate cases in our trial courts when they have been disqualified would not be in the interest of justice." A copy of the Appellate Division's order is enclosed.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

Encl.
cc:    All Counsel of Record (via ECF)

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.