*Admitted to Practice in New Jersey
** Admitted to Practice in New York

**POLLOCK LAW, LLC**
400 Riverview Plaza, Suite 425
Trenton, New Jersey 08611
609-308-7300



Jeffrey M. Pollock
Certified by the Supreme Court of New Jersey
    as a Civil Trial Attorney
Direct Dial:  (908) 334-3242
Email Address:  jeff@pollocklaw.net

March 20, 2026

***Via* PACER/ECF**
The Honorable Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, New Jersey

> Re:     ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, Case No. 3:16-md-2738 (MAS)/(RLS)**

Dear Judge Singh:

We write to apprise the Court of the most recent filings before the Supreme Court of New Jersey.  As Ms. Brennan noted earlier today, the Appellate Division issued an opinion denying Beasley Allen's Motion for Leave for a stay.

In the Supreme Court of New Jersey,  (1) Amicus have filed a brief before the Supreme Court (but the Court has not noted whether it will accept); (2) Beasley Allen has filed a Motion for Interlocutory Appeal before the Supreme Court of New Jersey; and (3) today we filed a Motion for Leave to File a Reply regarding the interlocutory appeal.  I have attached these three (3) briefs for the Court's ease of reference.

Respectfully,

*/s/ Jeffrey M. Pollock*

JEFFREY M. POLLOCK

Encl.

cc: Counsel of Record via ECF