### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

### ORDER

**(Regarding Defendants' Motion for the Disqualification of Beasley Allen)**

**PRESENTLY** before this Court is a Motion brought by Defendants Johnson & Johnson and LTL Management LLC ("LTL") (collectively, "J&J"), seeking the Court to disqualify Andy D. Birchfield, Esq., and Beasley Allen Crow Methvin Portis & Miles, P.C. ("Beasley Allen") as counsel to certain Plaintiffs in this multidistrict litigation ("MDL"), or, in the alternative, to remove them from the Plaintiffs' Steering Committee (the "PSC") (the "Motion"). (*See* Doc. No. 28760). Beasley Allen opposes the Motion, and the parties have extensively briefed the issue. The Court heard oral argument on the Motion on February 7, 2024, and presided in a three-day joint evidentiary hearing with the Honorable John C. Porto, Presiding Civil Judge, in the multi-county litigation, *In Re Talc Based Powder Products Litigation*, Action Number ATL-L-2648-15, pending in the Superior Court of New Jersey, Atlantic County (the "NJ MCL"). The Court has carefully considered the parties' respective submissions and arguments. For the reasons

1

set forth in the Court's accompanying Memorandum Opinion, and other good cause shown,

IT IS on this **26th** day of **March 2026** hereby

**ORDERED** that J&J's Motion to Disqualify Beasley Allen is hereby **GRANTED**; and it is further

**ORDERED** that Beasley Allen is hereby disqualified from representing individuals in this MDL. Beasley Allen shall notify its clients to advise them of the disqualification and that they have the right to retain new counsel of their choosing or to proceed *pro se*; and it is further

**ORDERED** that, due to the disqualification, Beasley Allen is removed from the PSC. Beasley Allen shall work with the remaining members of the PSC to facilitate the transfer of Beasley Allen files, work product, discovery materials, and other materials that were generated or maintained for the benefit of the PSC. Should any disputes arise regarding the transfer, the parties shall promptly raise them with the Court; and it is further

**ORDERED** that, to facilitate the handling of this matter going forward, the Court finds good cause to appoint a new Plaintiffs' Co-Lead Counsel to work with Michelle A. Parfitt, Esq. of Ashcraft & Gerel, LLP going forward. Accordingly, any Plaintiffs' counsel seeking to fill that role shall electronically file an appropriate application by no later than **April 17, 2026**; and it is further

2

**ORDERED** that, recognizing the need to assist Plaintiffs who may be proceeding *pro se* in this matter as a result of the disqualification, the PSC shall advise the Court its position as to whether the Court should modify the June 3, 2021 Order appointing *Pro Se* Liaison Counsel (Doc. No. 22196) by way of electronically filing a letter by no later than **April 17, 2026**; and it is further

**ORDERED** that the Clerk of the Court shall TERMINATE the Motion pending at Docket Entry Number 28760.

**SO ORDERED**.

RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE