# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738 (MAS)(RLS)<br><br>MDL No. 2738<br><br>[FILED ELECTRONICALLY]<br><br>Return Date: April 23, 2026 |

## DECLARATION OF LEIGH O'DELL

I, LEIGH O'DELL, declare:

1.      I make this declaration based on personal knowledge and in support of the Motion to Stay the Magistrate Judge's Order disqualifying Beasley Allen.

2.      1,625, or 30% of Beasley Allen's total cases in this MDL involve a client who has died during the pendency of her case.

Under 28 U.S.C. 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2026

/s/ Leigh O'Dell
LEIGH O'DELL