**Barnes & Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

# KIRKLAND & ELLIS LLP

Kristen Fournier, P.C.
To Call Writer Directly:
+1 212 446 4777
kristen.fournier@kirkland.com

April 10, 2026

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**   *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
     **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

In connection with the Court's Order disqualifying Beasley Allen (ECF No. 44424) and Beasley Allen's appeal (ECF No. 44518), the Johnson & Johnson Defendants write to advise the Court that the Supreme Court of New Jersey has entered orders denying Beasley Allen's motion for leave to appeal and for a stay. Copies of those orders are enclosed for the Court's convenience.

The Johnson & Johnson Defendants will continue to keep the Court apprised of any further developments.

April 10, 2026
Page 2

Respectfully submitted,

Kristen Renee Fournier
KIRLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel.:  212-446-4777
kristen.fournier@kirkland.com


/s/  Jessica L. Brennan
Jessica L. Brennan
BARNES & THORNBURG LLP
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel.:  973-775-6120
jessica.brennan@btlaw.com

*Attorneys for the Johnson & Johnson Defendants*


cc:    All Counsel of Record (via ECF)