FILED, Clerk of the Supreme Court, 10 Apr 2026, 091773
PageID: 308817

SUPREME COURT OF NEW JERSEY
M-727 September Term 2025
091773

In re Talc Based Powder
Products Litigation.

O R D E R

It is ORDERED that the motion of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and Andy Birchfield for leave to appeal is denied.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 6th day of April, 2026.

CLERK OF THE SUPREME COURT