*Admitted to Practice in New Jersey
** Admitted to Practice in New York

**POLLOCK LAW, LLC**
400 Riverview Plaza, Suite 425
Trenton, New Jersey 08611
609-308-7300



Jeffrey M. Pollock
Certified by the Supreme Court of New Jersey
    as a Civil Trial Attorney
Direct Dial:  (908) 334-3242
Email Address:  jeff@pollocklaw.net

April 10, 2026

***Via* PACER/ECF**

Hon. Michael A. Shipp
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5W
Trenton, New Jersey 08608

      Re:    ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig.*, Case No. 3:16-md-2738 (MAS)/(RLS)**

Dear Judge Shipp:

    We represent Beasley Allen and Andy Birchfield, Esq., in the above matter.  Presently we have a Motion for Leave to Appeal the Magistrate's Decision that is returnable on May 4, 2026.  We respectfully request oral argument on that date and attach as Exhibit 1 a revised Notice that includes that request.

                    Respectfully,

                    */s/ Jeffrey M. Pollock*

                    JEFFREY M. POLLOCK

Encl.

cc: Counsel of Record via ECF