# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE:  JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738(MAS)(RLS)<br><br>MDL No. 2738<br><br>[FILED ELECTRONICALLY]<br><br>**NOTICE OF BEASLEY ALLEN AND ANDY BIRCHFIELD'S NOTICE OF APPEAL**<br><br>**Return Date:**  May 4, 2026 at 9:00 a.m. |

## <u>NOTICE OF NOTICE OF APPEAL</u>

**PLEASE TAKE NOTICE** that at 9:00 a.m. on May 4, 2026, or such other time and date set by the Court, Beasley Allen Crow Methvin Portis & Miles, P.C. and Andy D. Birchfield (collectively "Beasley Allen"), by its undersigned counsel, will move before Judge Shipp, United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for entry of an Order Granting Beasley Allen's Notice of Appeal of the Magistrate Judge's Order disqualifying Beasley Allen, Dkt. No. 44424, and accompanying Memorandum Opinion, Dkt. No. 44423.

Beasley Allen appeals: (1) the Magistrate Judge's disqualification order, and (2) the Magistrate Judge's decision to remove Beasley Allen from the Plaintiffs' Steering Committee, as these decisions were clearly erroneous and contrary to law.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Beasley Allen will rely on the Memorandum of Law and Certification of Jeffrey M. Pollock. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: April 9, 2026

Respectfully submitted,

/s/ *Jeffrey M. Pollock*

Jeffrey M. Pollock, Esq.
POLLOCK LAW LLC
400 Riverview Plaza, Suite 425
Trenton, New Jersey 08611
Telephone: 609-308-7300

David C. Frederick
Geoffrey M. Klineberg
Ariela M. Migdal
Abigail E. DeHart
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
dfrederick@kellogghansen.com
gklineberg@kellogghansen.com
amigdal@kellogghansen.com
adehart@kellogghansen.com

*Attorneys for Beasley Allen and Andy D. Birchfield*