

April 13, 2026

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** ***Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation***
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

In your March 26, 2026 Order, you directed Plaintiffs' Leadership to advise the Court of our current position regarding the needs of plaintiffs who may be proceeding *pro se* in this matter because of the disqualification of the Beasley Allen law firm.

Victoria (Vicki) Maniatis was designated *Pro Se* Liaison Counsel to assist with all *pro se* matters and has dutifully attended to these duties and responsibilities. Since the time of the Court's March 26th Order, I have reached out to Ms. Maniatis to discuss her ongoing role in light of these developments. At this time, Ms. Maniatis asks that she continue her responsibilities and is of the opinion that no modification of the June 3, 2021 Order is needed. In the event the situation would change or require additional resources we would approach the Court for a modification of the Order.

As always, should the Court instruct otherwise, we will oblige.

Respectfully submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
*Plaintiffs' Co-Lead Counsel*

cc:    Jessica Brennan (via email)
       Kristin Fournier (via email)
       All Counsel (via ECF)

2020 K Street NW, Suite 505, Washington, DC 20006