## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Docket No. 3:16-md-2738- MAS-RLS<br><br>MDL No. 2738 |

*THIS DOCUMENT RELATES TO ALL CASES*

## APPLICATION FOR APPOINTMENT OF
## DANIEL LAPINSKI, ESQ. AS CO-LEAD COUNSEL

Pursuant to the Court's March 26, 2026, Order (ECF No. 44424), I, Daniel Lapinski, respectfully submit this application for appointment as Co-Lead Counsel in this matter.  I am confident that my appointment as Co-Lead will strengthen the preparation of these matters for bellwether trial, facilitate, as needed, the remand of matters for trial, and aid in the progression of this MDL towards ultimate resolution.  I believe that both the Motley Rice law firm and I can bring benefits to this litigation beyond that which we have previously done and continue to do.

I am a Member at the law firm of Motley Rice LLC and practice in our Cherry Hill, New Jersey office. I completed my undergraduate studies at Rutgers University and am a graduate of Seton Hall Law School.  I have been admitted to practice in New Jersey for 25 years and, during that time, my practice has

1

primarily focused on representing plaintiffs in significant mass tort litigations in both state and federal courts.  I have regularly served in leadership positions in other mass tort litigations and, in addition to the present matter, I currently serve as a member of the Plaintiffs' Steering Committee in *In re: Proton-Pump Inhibitor Prods. Liab. Litig.* (MDL No. 2789) and Liaison Counsel in *In re: Roundup Litigation* (New Jersey MCL Case No. 642).  I am admitted to the Bars of the States of New Jersey, New York and Pennsylvania, as well as multiple federal district courts throughout the Third and Second Circuits.

On December 6, 2016, this Court appointed me to the Plaintiffs' Steering Committee ("PSC") (ECF No. 73).  Since that time, I have served as Co-Lead of the PSC's Law & Briefing Committee, coordinating all aspects of briefing related to, among other things *Daubert* filings, motions to amend the Master Long Form Complaint, and a multitude of discovery matters.  Although not formally appointed, throughout the pendency of this litigation I have been continuously involved in all discussions and decisions of the Plaintiffs' Executive Committee.  I have presented both written and oral arguments to the Court and Special Masters on an array of issues, most recently preparing and presenting experts before Special Master Wolfson during the ongoing *Daubert* hearings.  I have also actively participated in depositions of corporate and expert witnesses on issues at the core of this litigation.  I have consistently worked collaboratively with members of the

PSC, using wisdom and judgment to create high end work product and strategies to move this litigation forward.  Importantly, throughout this litigation, I have also cordially and effectively interacted with opposing counsel from Kirkland & Ellis and Barnes & Thornburg, as well as Johnson & Johnson's in-house counsel.

A Motley Rice client served as a member of the Official Committee of Tort Claimants during LTL bankruptcy proceedings, requiring my intimate involvement in not only that bankruptcy, but all three Defendants' failed bankruptcies.  As a member of the MDL leadership team, I have been actively involved in all aspects of the decision-making processes in this litigation, including significant settlement negotiations that occurred before, during, and after the failed bankruptcies and leading up to the Court's July 28, 2025, Order Appointing Plaintiffs' Lead Negotiation Counsel (Doc. No. 40789). Joseph Rice, a Founding Member of Motley Rice, has also been actively involved in settlement negotiations in this matter, communicating directly with Defendants' negotiating counsel, Mr. Murdica, regarding the terms of various settlement proposals during this time.

My law firm has invested significant resources in this ongoing litigation, further supporting my appointment as Co-Lead Counsel.  Motley Rice has dedicated more than 19,000 hours to MDL common benefit work and maintains a commitment to this litigation moving forward.  Motley Rice is one of only a few law firms that has taken talc-ovarian cancer cases to trial, trying ovarian cancer

3

cases in Sarasota and Miami-Dade Counties in Florida.  Motley Rice is currently preparing for its third talc-ovarian cancer trial which is scheduled to begin in Miami on June 1st.  Motley Rice is also one of a small number of firms that has tried talc-mesothelioma cases against Johnson & Johnson and has successfully negotiated and resolved the large majority of our talc-mesothelioma lawsuits that had been pending against Johnson & Johnson.

It is my opinion and the position of Motley Rice that the newly appointed Co-Lead Counsel must be someone who has actively served as a member of the PSC from the time this MDL was formed.  After 10 years of complex, contested litigation, to do otherwise would stymie preparation for the first bellwether trial and impede the effective and efficient management of this litigation moving forward.  There will surely be other qualified applicants from within the PSC, but it is important that the person appointed be fully familiar with the evidence, science, and liability arguments that have been constructed over the past decade.

To the extent that I am not appointed as Co-Lead Counsel, I respectfully request that I be added to the Plaintiffs' Negotiation Committee.  The intimate involvement in this litigation by both me and my firm has been outlined above.  As the Court has previously made clear, settlement discussions for purposes of mediation are to fall on attorneys different than those serving as Co-Lead.  (*See* July 17, 2025, Transcript of hearing on motion to remove Beasley Allen law firm

4

from the Plaintiffs' Steering Committee at 68:15-21).[1] I will be an effective and substantive resource in ongoing mediations. In addition to this litigation, Motley Rice has an extensive track record of success in working with and resolving litigations involving Johnson & Johnson.  Most recently, Joseph Rice was the Chair of the Negotiating Committee in the National Prescription Opioid MDL (MDL No. 2804) that reached over $51 billion in settlements, including a $5 billion contribution from Johnson & Johnson.  Motley Rice and its attorneys have successfully negotiated with Johnson & Johnson to resolve a multitude of other significant mass tort litigations.  Motley Rice attorneys also have a significant history of success when working with the Court-appointed mediator, Fouad Kurdi of Resolutions LLC.

In conclusion, my appointment as Co-Lead Counsel will assist the PSC in maintaining its course towards the first and subsequent bellwether trials while also forging the path towards remand of these cases to federal district courts across the country.  Alternatively, to the extent the Court should decide to appoint a different Co-Lead Counsel, this MDL will benefit from my appointment to the Plaintiffs'

---

[1] The Manual for Complex Litigation contemplates that "litigating attorneys may not be suited to conduct settlement discussions and may be hampered by personal antagonisms developed in the course of the litigation." *See* Manual for Complex Litigation (Fourth) § 13.13 (Fed. Judicial Ctr. 2004), at 170.  The Court has already recognized this and designated special settlement counsel separate from lead and liaison counsel.  *See* Doc. No. 40789.

Negotiation Committee with an eye towards resolving this ongoing litigation.

Dated:          April 17, 2026

                                        Respectfully submitted,


                                        */s/ Daniel Lapinski*
                                        Daniel Lapinski
                                        MOTLEY RICE LLC
                                        210 Lake Drive East, Suite 101 Cherry Hill,
                                        NJ 08002
                                        Tel: 856-667-0500
                                        Fax: 856-667-5133
                                        dlapinski@motleyrice.com