**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  *THIS DOCUMENT RELATES TO ALL CASES* | MDL No. 3:16-02738 (MAS) (RLS) |

**APPLICATION FOR THE APPOINTMENT OF**
**HUNTER J. SHKOLNIK, ESQ.**
**AS PLAINTIFFS' CO-LEAD COUNSEL**

I, Hunter J. Shkolnik, Esq., Founding Partner of Napoli Shkolnik, respectfully submit this application in response to the Court's March 26, 2026 Order for appointment as Plaintiffs' Co-Lead Counsel.

**INTRODUCTION**

On December 6, 2016, I was appointed to this MDL's Plaintiffs' Executive Committee. (ECF No. 73). On July 28, 2025, I was appointed to this MDL's Plaintiffs' Negotiation Committee. (ECF No. 282614). My office has 1,164 talc cases filed in this MDL.  This application is being submitted for the Court to consider appointing me as Plaintiffs' Co-Lead Counsel to work with Plaintiff's Co-Lead Counsel Michelle A. Parfitt, Esq. of Ashcraft & Gerel, LLP going forward.

As outlined below, I possess the unique qualifications needed of a Lead Counsel in an MDL of this magnitude. Specifically, I have the experience, resources, professional acumen and commitment necessary to effectively lead this litigation on behalf of the Plaintiffs. I am admitted to practice law in the states of New Jersey and New York along with multiple Federal Courts throughout the country.

## QUALIFICATIONS

My current bio that includes my experience in leadership roles and significant achievements is attached here as Exhibit "A." I lead and co-lead discovery and trial teams of various mass tort litigations around the country. Additionally, I routinely speak at conferences on multiple topics concerning mass torts and complex litigation. Furthermore, I have successfully tried many cases, including most recently, the New York Opioid Trial.

My experience over four decades encompasses all aspects of complex litigation from pre-filing investigations through trials and appeals. I have the willingness, experience and availability to commit to the time-consuming process that a Co-Lead Counsel in a MDL of this magnitude must possess.

I am a founding partner of Napoli Shkolnik, a law firm that has the resources and is committed to having multiple partners, associates and other staff assigned to the prosecution of this MDL.  Napoli Shkolnik is a large national firm with over 250 employees including 10+ partners, 50+ attorneys, and 100+ legal staff with offices in New York, Puerto Rico, Florida, Illinois, Kansas, and Michigan. Napoli Shkolnik is well-known for representing hundreds of counties, cities, and towns in the opioid litigation, as well as representing more than 11,000 first responders, rescue and recover workers who became ill or were injured during the rescue and debris removal activities at the World Trade Cetner site in the months following 9/11. The firm's team has over 100 years of combined litigations experience against major companies and municipalities. My office is also on the Plaintiffs' Executive Committee in the Aqueous Film Forming Foam (AFFF) MDL. No. 2873.

My expertise includes leadership roles in the AFFF MDL No. 2873, Flint Water crisis litigation in Michigan (E.D.M. 5:16-cv-10444), The Insulin Pricing MDL No. 3080, MultiPlan

Heath Insurance Provider MDL No. 3121 and the Opiate Litigation MDL No. 2804, where I am a PEC member in each litigation. Additionally, I have held leadership roles in numerous other drug and device cases where the firm has held leadership positions over the past 30 years.

Since the creation of this MDL, I have displayed the ability to lead and work cooperatively with all of the other Plaintiffs' Counsel. I attend and participate in this MDL's Plaintiffs' Counsel leadership committee meetings developing litigation and settlement strategies.    Recently, I served as Co-Chair of the Red River Talc Claimants' Committee in the Red River Bankruptcy case. Furthermore, I routinely attend and participate in this MDL's Plaintiffs' Counsel leadership committee meetings developing litigation and settlement strategies.

A Co-Lead Counsel appointment at this stage of the MDL should be reserved for attorneys who have been meaningfully involved in the litigation. In addition, timely payment of common-benefit assessments by leadership counsel is essential to the effective prosecution of this MDL. Accordingly, a Co-Lead Counsel appointment should be limited to attorneys who are current on their common-benefit obligations and should not be extended to attorneys who do not financially support Plaintiffs' MDL leadership or who are delinquent or in arrears in their common-benefit assessments. To be clear, Napoli Shkolnik and by extension the undersigned have been contributing as required and supported the litigation as necessary.

My appointment as Co-Lead Counsel would also be consistent with the Court's prior leadership decisions. I was recently appointed to the Plaintiffs' Negotiation Committee, along with Michell Parfitt's firm of Ashcraft & Gerel LLP, where we assist and support Plaintiffs' Lead Negotiation Counsel, Christopher A. Seeger of Seeger Weiss LLP. Continuity in MDL leadership is critical to preserving the institutional knowledge necessary to litigate effectively

and engage in meaningful negotiations. Appointing me as Co-Lead Counsel, alongside Mr. Seeger, would further strengthen Plaintiffs' leadership team, including Ashcraft & Gerel LLP, Seeger Weiss LLP, and Napoli Shkolnik.

## CONCLUSION

As outlined above and in my attached bio, I have the experience, commitment and resources to serve as Plaintiffs' Co-Lead Counsel.  As a member of the Plaintiffs' Executive Committee and Plaintiffs' Negotiation Committee I routinely participate in all aspects of this MDL from litigation strategy to settlement strategy. If I am appointed as Plaintiff's Co-Lead  it will strengthen the Plaintiffs' Litigation Team, Plaintiffs' Negotiation Team, and help move this litigation closer to trials and resolution. Wherefore, I respectfully request that this Honorable Court appoint me as Plaintiffs' Co-Lead Counsel.

Dated:  April 17, 2026
       Santurce, Puerto Rico

Respectfully submitted,

**NAPOLI SHKOLNIK**

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik, Esq.
1302 Avenida Ponce de Leon
Santurce, Puerto Rico 00907
Tel: (787) 493-5088
Hunter@nsprlaw.com

*Counsel for Certain Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 17, 2026 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 17, 2026
Santurce, Puerto Rico

/s/ Hunter J. Shkolnik
Hunter J. Shkolnik