# The Miller Firm LLC
## TRIAL LAWYERS

**Michael J. Miller –  (1952 – 2021)**
**Nancy Guy Miller  – MS, VA**
**David J. Dickens – VA, DC**
**Jeffrey Travers – VA**
**Tayjes Shah – PA, NJ**
**Curtis G. Hoke – CA**
**Jeff T. Seldomridge – VA, WV**
**Shayne K. Hodge – NJ, VA**
**R. Keith Morgan – MS, WV, DC**

**The Sherman Building**
**108 Railroad Avenue**
**Orange, VA 22960**

Website: Millerfirmllc.com
Telephone:  (540) 672-4224
(866) 529-3323
Facsimile:  (540) 672-3055

April 17, 2026

*Via* **PACER/ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5W
Trenton, New Jersey 08608

> **Re:**    **In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Product Liability Litig., Case No. 3:16-md-2738 (MAS)/(RLS)**

Dear Honorable Judge Shipp,

Pursuant to your Order of March 26, 2026, I respectfully submit this application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned litigation. I believe I am well-qualified to serve in a leadership role based on my extensive experience in complex mass tort litigation, my direct involvement in the talcum powder litigation, and my demonstrated ability to work collaboratively in high-stakes, multi-party proceedings.

This litigation represents a significant public health issue affecting tens of thousands of women nationwide. Given the scope and complexity of these proceedings, effective and committed leadership is essential. I am prepared to dedicate the time, resources, and effort necessary to advance this litigation and achieve meaningful results for plaintiffs.

**A.    Commitment to Time and Resources**

I am an attorney with The Miller Firm, LLC, a nationally recognized plaintiffs' firm with a long history of leadership in complex mass tort litigation. Our main office is located at: 108 Railroad Avenue, Orange, Virginia, with an additional office in Mississippi. I have been actively involved in all phases of mass tort cases, including discovery, expert development, depositions, motion practice, trial preparation, and settlement administration.

With the resolution of a significant portion of my active caseload, I am in a position to dedicate substantial time and attention to this litigation. If appointed, this matter will be a primary professional focus.

April 17, 2026
Page 2

The Miller Firm has the financial resources, infrastructure, and personnel necessary to support leadership responsibilities. The firm has funded large-scale litigation efforts, including bellwether trials, and stands ready to commit those same resources here.

**B.     MDL and Mass Tort Experience**

The Miller Firm has served in leadership roles in some of the largest and most complex product liability litigations in the country, including as Co-Lead Counsel in the Roundup Products Liability Litigation. In that role, the firm played a central part in developing the scientific and evidentiary record, coordinating expert discovery, managing trial preparation, and negotiating settlements. Critically, The Miller Firm also helped coordinate parallel federal and state court proceedings, ensuring consistency in strategy, discovery, and expert development across jurisdictions. The firm was further instrumental in securing the first-ever plaintiff's verdict against Monsanto, a landmark result that helped shape the trajectory of the litigation.

The firm has also served on the Plaintiffs' Steering Committee in the Zyprexa and Avandia litigations and continues to maintain an active presence in numerous MDLs, including Bard and Ethicon Hernia Mesh, Cook and Bard IVC Filter, Johnson & Johnson Talcum Powder, Depo-Provera, Paraquat, and the Chemical Hair Relaxer litigation.

Within this framework, my practice has focused extensively on complex mass torts, and I have been directly involved in all phases of litigation across these matters. My experience includes taking and defending fact and expert depositions, conducting treating physician and corporate representative depositions, managing large-scale discovery involving millions of documents, participating in motion practice on key issues such as preemption and statute of limitations, and assisting in securing trial settings, including talc cases in state court. This hands-on experience has provided me with a practical understanding of how to develop cases, coordinate complex issues, and work effectively within MDL leadership structures to move litigation toward trial and resolution

**C.     Core Strength: Collaboration, Case Development, and Coordination of Complex Issues**

A core strength I bring to this litigation is my ability to work collaboratively with others while developing cases for trial and coordinating complex legal, factual, and scientific issues.

Throughout my career, I have worked closely with co-counsel, experts, and leadership teams across multiple mass tort litigations. These cases require coordination among numerous stakeholders, including attorneys across jurisdictions, expert witnesses in multiple disciplines, and large volumes of discovery. I have consistently demonstrated the ability to operate effectively within these collaborative environments, contributing meaningfully while maintaining a team-first approach.

I have also been deeply involved in developing cases from early investigation through trial preparation, including organizing and synthesizing large-scale discovery, preparing cases for deposition and expert review, and helping shape case themes and strategies for presentation to juries. My experience

April 17, 2026
Page 3

in litigations such as Roundup and others has provided me with a practical understanding of how to build cases that are both legally sound and compelling at trial.

In addition, I have significant experience coordinating complex issues, particularly where scientific, regulatory, and factual questions intersect. Whether managing expert discovery, addressing causation issues, or working through case-specific challenges, I am accustomed to translating complicated issues into actionable strategies that advance the litigation.

**D.      Commitment to Plaintiffs and the Litigation**

My commitment to this litigation is demonstrated not only by my personal involvement, but by the substantial investment my firm has made in these cases over nearly a decade.

The Miller Firm currently represents over 1,800 plaintiffs with filed cases in this MDL. This substantial client base reflects both our clients' trust and our firm's long-standing dedication to pursuing these claims. We began filing talcum powder cases as early as 2016 and have remained actively engaged in this litigation through its various phases, including discovery, trial preparation, and bankruptcy-related proceedings.

In 2024 and 2025, I served as counsel to a member of the Official Talc Claimants' Committee (TCC) in the Red River Talc bankruptcy. In that role, I worked alongside bankruptcy counsel, financial advisors, and scientific experts to evaluate proposed resolutions and advocate for fair outcomes for claimants. This experience has provided me with valuable insight into both the litigation and bankruptcy aspects of the talc proceedings.

On a personal level, I have been directly involved in advancing these cases, including taking expert depositions, defending and preparing clients for depositions, and working closely with experts and co-counsel to develop the evidentiary record. I have also maintained direct and meaningful relationships with our clients, including meeting with them in their homes and guiding them through the litigation process. Many of my clients have my personal cell phone number and communicate with me directly. This level of accessibility reflects my commitment to client service and ensures that I remain grounded in the real-world impact of this litigation.

The Miller Firm has consistently demonstrated a willingness to invest the time, financial resources, and attorney effort necessary to move this litigation forward. We remain fully committed to achieving a fair and efficient resolution for all plaintiffs.

**E.      Settlement and Lien Resolution Experience**

I have significant experience in global settlement processes, including negotiation, client communication, allocation, and lien resolution.

April 17, 2026
Page 4

In the Roundup litigation, I was directly involved in settlement implementation, including working with lien resolution administrators and addressing Medicare, Medicaid, and private insurance liens. I have also worked with Special Masters and settlement administrators in other litigations.

This experience is directly relevant to the talc litigation, where lien resolution and settlement structuring will be critical to achieving meaningful recovery for plaintiffs.

**CONCLUSION**

Based on my experience, resources, and commitment, I respectfully request that the Court consider me for appointment to the Plaintiffs' Steering Committee.

I would be honored to serve in a leadership role and to contribute to achieving justice for the plaintiffs in this litigation.

Date: April 17, 2026                    _/s/  Jeff T.Seldomridge_____
                                        Jeff T. Seldomridge, Esq.
                                        The Miller Firm, LLC
                                        108 Railroad Avenue
                                        Orange, VA 22960
                                        (866) 529-3323
                                        jseldomridge@millerfirmllc.com