**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 16-2738 (MAS) (RLS) |
| *This Document Relates To All Cases* | |

## APPLICATION OF W. MARK LANIER FOR APPOINTMENT AS PLAINTIFFS' CO-LEAD COUNSEL

Pursuant to the Order entered March 26, 2026, (Dkt.44424), I respectfully submit this application in support of my proposed appointment as co-Lead Counsel to work with Michelle A. Parfitt, Esq. of Ashcraft & Gerel, LLP.

I am the Lanier Law Firm's ("LLF") lead litigation counsel. I received my J.D. from Texas Tech University School of Law in 1984 and immediately began working at Fulbright and Jaworski (now Norton Rose Fulbright). In 1990, I founded LLF, and it has grown to over 60 lawyers with great diversity in all areas (gender, race, age, etc.), which enriches our approach and work in any litigation. Our lawyers include Professor Arthur Miller, co-author of the Wright & Miller Federal Practice and Procedures Manual.

I have tried a range of cases in federal and state forums coast to coast, including class and mass actions. These trials have included business disputes, including breach of contract, fraud and Sherman and Clayton Act cases; negligence; assorted malpractice (medical, engineering, etc.); product liability, ranging from machinery to drugs and medical devices; environmental cases; maritime FELA cases; and more. In the instant litigation, my extensive experience in product liability, negligence, and failure to warn, to name a few causes in this complex litigation, will unquestionably benefit the MDL.

1

Verdicts from cases that I have tried approaches twenty billion dollars. Noteworthy verdicts include a $4.5 billion verdict talcum powder ovarian cancer litigation (upheld through the U.S. Supreme Court for over $2.5 billion including post judgment interest); a $9 billion verdict in the Actos MDL; verdicts exceeding $2 billion dollars in the Pinnacle MDL; a $650.6 million verdict against national retail pharmacies following their roles in national opioid epidemic; a $253 million Vioxx verdict, the first of its kind; a reversal of a $1.8 billion dollar judgment in a trial on the merits, defending Federal Mogul; and a landmark $6 million verdict against Meta and Google in the first social media addiction trial. *See* Exhibit A CV.

Notably, in *Ingham et al. v. Johnson & Johnson et al.*, tried in the St. Louis City Circuit Court, I served as lead trial counsel for 22 plaintiffs alleging that talc in Johnson and Johnson's Baby Powder and Shower to Shower cause their ovarian cancer. Following a two-month trial on strict liability, negligence, and failure-to-warn claims under the laws of twelve state, the jury returned a verdict of over $4.5 billion. The Missouri Court of Appeals affirmed the verdict, reducing it to $2.5 billion. The United States Supreme Court denied Johnson & Johnson's petition for certiorari.

My mass tort experience includes roles as lead or co-lead counsel in multiple multidistrict litigations, including the Tylenol litigation before the Honorable Denise Cote in the Southern District of New York, Pinnacle Hip litigation before the Honorable Ed Kinkeade in the Northern District of Texas; the Google Anti-trust litigation before the Honorable Kevin Castel in the Southern District of New York; the Biomet hip litigation before the Honorable Robert Miller; and the Avandia litigation before the Honorable Cynthia Rufe. I also served as lead trial counsel in the recent Opioid litigation before the Honorable Dan Polster in the Northern District of Ohio. These appointments reflect the legal community's trust in my ability to handle complex, multi-faceted litigation. My firm has also been appointed to dozens of MDL and/or state coordinated

proceedings. *See* Ex B Firm Resume.

I have been invited to speak at the annual Breaker's conference for MDL judges. Few lawyers have enjoyed that privilege. I have also worked with Richard Arsenault in developing and maintaining the annual MDL Judicial Summit in Aspen, Colorado.

Through my firm, I invest all the necessary time, labor, and money to prosecute my cases. The history of success on behalf of thousands of claimants stems from: (a) prosecuting many trials with national implications; (b) engaging in extensive discovery; (c) retaining and collaborating with preeminent experts; (d) briefing countless motions; and (f) corresponding and meeting with counsel and the Court. All cases my firm pursues are self-funded.

I have tried a huge number of cases, with 13 that stretched into three months. In the Pinnacle MDL alone, which lasted over ten years, and required an over ten million dollar investment, I tried four cases to conclusion, each lasting into three months.

I work on a team approach, internally in my firm as well as in MDL's. Working cooperatively and obtaining consensus is important to me. With offices in New York, Houston, Los Angeles, and Puerto Rico, I get to co-counsel with attorneys around the country and abroad.

I teach all 22 hours of my Trial Academy for plaintiff lawyers each summer spanning three days. With regular attendance over 1,000, it gives me a chance to interact and network with lawyers from all 50 states. Additionally, I speak at over a dozen other CLE's and law schools annually. I have also presented at the Fifth Circuit Judicial Conference and many Bench Bar conferences.

Undersigned counsel also notes that, as a result of recent changes to the leadership structure of this MDL, our firm has been called upon to assume responsibility for a substantial portfolio of cases previously managed by a firm that no longer holds a leadership position in these proceedings. In light of that responsibility, and the breadth of client interests now entrusted to

3

our firm, it is respectfully submitted that meaningful participation in the leadership of this litigation is not only appropriate, but necessary to ensure continuity of representation and the protection of those clients' interests.

It bears noting that this firm's connection to this MDL is not new. Years ago, the Lanier Law Firm held an appointment on the Plaintiffs' Executive Committee through Richard D. Meadow, Esq. As the litigation progressed, our strategic focus shifted toward pursuing state court litigation in Missouri directly against Johnson & Johnson, and at that time, the firm had approximately twenty-three cases pending before this Court. With the full and informed consent of those clients, those matters were referred to a PEC leadership firm. Now, given the significant changes to the leadership structure of this MDL, I believe it is both timely and appropriate for me to seek appointment before this Honorable Court. It is my sincere hope to play a meaningful role in helping to facilitate the resolution that so many have worked toward for so many years. Having had the privilege of working collaboratively of the past many years with both plaintiffs' leadership and counsel for the defendants, I am confident that I can offer substantive and constructive value to this Court, to the clients, and to all parties as we work collectively toward resolution.

Most any judge before whom I have appeared can reference what I bring to the table when tapped to lead or participate in any capacity. Lawyers with whom I've worked with and against can also give their candid opinions, should the court wish to check references. I would be honored to serve as co-lead counsel as the Court deems beneficial.

4

Dated: April 17, 2026

Respectfully Submitted,

/s/ W. Mark Lanier
W. Mark Lanier
THE LANIER LAW FIRM, P.C.
10940 W. Sam Houston Pkwy N. Ste. 100
Houston, Texas 77064
Tel: 713-659-5200/Fax: 713-659-2204
Mark.Lanier@lanierlawfirm.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/*W. Mark Lanier*
W. Mark Lanier