

April 29, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** ***Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation***
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

I write on behalf of the Plaintiffs' Steering Committee ("PSC") to inform the Court that Sindhu S. Daniel of the firm Scott+Scott has advised the PSC of her intent to resign from her position as a member of the PSC.

The PSC does not believe it is necessary to fill her position at this time. However, if the Court is inclined to add a new member to the PSC, we respectfully suggest that there be an open application process to give any interested candidates the opportunity to apply.

Respectfully submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
*Plaintiffs' Co-Lead Counsel*

cc:    All Counsel (via ECF)

2020 K Street NW, Suite 505, Washington, DC 20006