

May 1, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   Re: ***Johnson & Johnson Talcum Powder Products, Marketing, Sales***
     ***Practices and Products Liability Litigation***
     **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

  The parties have conferred and reached agreement on a proposed order addressing incorporation of the Second Amended Master Long Form Complaint in individual member cases and submit the attached proposed order for the Court's consideration.

       Respectfully submitted,

       *s/ Michelle A. Parfitt*
       Michelle A. Parfitt
       *Plaintiffs' Co-Lead Counsel*

cc: All Counsel (via ECF)

2020 K Street NW, Suite 505, Washington, DC 20006