May 1, 2026

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:    *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation*
Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

In advance of the Case Management Conference scheduled for May 5, 2026, the parties have reviewed the Court's April 6, 2026 Order (ECF No. 44497) and will be prepared to address the items therein, including: (i) the status of matters pending before the Special Master; (ii) the parties' ongoing efforts to comply with the Court's March 26, 2026 Order (ECF No. 44424); and (iii) the scheduling for the first bellwether trial.

In addition, the parties respectfully submit this joint status report and proposed agenda items for the Court's consideration:

1. **Plaintiffs' Steering Committee and the Court's March 26, 2026 Order (ECF. No. 44424)**

   - **Transfer of Beasley Allen Case Files**

     o The Plaintiffs' Steering Committee (PSC) has been and continues to facilitate the transfer of Beasley Allen files, work product, discovery materials, and other materials that were generated or maintained for the benefit of the PSC.

   - ***Pro Se* Liaison Counsel**

     o On April 13, 2026, the PSC submitted a letter to the Court confirming the ongoing commitment of *Pro Se* Laison Counsel, Victoria Maniatis, to continue in her role.  At present, the PSC

does not believe the June 3, 2021 Order appointing *Pro Se* Counsel (ECF No. 22196) requires modification.

- **Applications for Appointment to MDL Leadership**

  o Applications for appointment as Co-Lead were submitted by the following individuals:

    - Amanda Klevorn, Burns Charest LLP (ECF No. 4457)

    - Christopher Placitella, Cohen, Placitella & Roth, P.C. (ECF No. 44563)

    - Christopher Tisi, Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A. (ECF No. 44561)

    - Daniel Lapinski, Motley Rice LLC (ECF No. 44564)

    - David Buchanan, Seeger Weiss LLP (ECF No. 44565)

    - James Onder, OnderLaw LLC and/or Mikal Watts, Watts Law Firm LLP, o/b/o consortium (ECF No. 44567)

    - Hunter Shkolnik, Napoli Shkolnik (ECF No. 44569)

    - W. Mark Lanier, The Lanier Law Firm, P.C. (ECF No. 44588)

  o Applications were also submitted requesting appointment to the Plaintiffs' Steering Committee by the following individuals:

    - Anne Andrews, Andrews & Higgins (ECF No. 44549)

    - Jeff Seldomridge, The Miller Firm, LLC (ECF No. 44570)

    - Marie Occhigrossi, Weitz & Luxenberg (ECF No. 44568)

    - Scott Segal, Segal & Amos, PLLC (ECF No. 44560)

2. **Matter Pending Before the Special Master**

- Special Master Chief Judge Wolfson (Ret.) issued her Rule 702 Report and Recommendation on January 20, 2026 (ECF No. 43902).

2

- o Defendants' Objections to the Special Master's Report and Recommendation were filed on February 10, 2026 (ECF 44002).

  - o The PSC's Opposition was filed on March 9, 2026 (ECF No. 44271).

  - o Defendants' Reply was filed on March 23, 2026 (ECF No. 44305).

- A *Daubert* hearing was conducted on January 15 & 16, 2026, related to Dr. William Longo's PLM/chrysotile opinions. Special Master Wolfson has not entered her Report and Recommendation on this motion yet.

- Case-specific *Daubert* hearing to address the opinions of Dr. Wolf and Dr. Clarke-Pearson are scheduled for May 7, 2026, and the hearing to address Dr. Cramer's opinion is scheduled for May 8, 2026. These case-specific motions are with respect to the following bellwether cases pending in this MDL and the New Jersey State MCL:

  - o **MDL**

    - *Bondurant* (Case No. 3:19-cv-14366)

    - *Converse* (Case No. 3:18-cv-17586)

    - *Gallardo* (Case No. 3:18-cv-10840)

    - *Judkins* (Case No. 3:19-cv-12430)

    - *Newsome* (Case No. 3:18-cv-17586)

    - *Rausa* (Case No. 3:20-cv-02947)

  - o **MCL**

    - *Balderrama* (Case No. ATL-L-6540-14)

    - *Carl* (Case No. ATL-L-6546-14)

3. **Bellwether Trial – *Judkins v. Johnson & Johnson, et al* (Case No. 3:19-cv-12430)**

- **Proposed trial date**

- o **Plaintiffs:** The Plaintiffs request the earliest possible trial date available to the Court. Plaintiffs will be prepared to discuss scheduling with the Court at the status conference.

- o **Defendants:** Defendants respectfully request that the Court set a mutually agreeable trial date following resolution of the Rule 702 motions, including any objections thereto, and Defendants' summary judgment motion (which was administratively terminated pending resolution of the Rule 702 motions, *see* ECF No. 43723). Defendants will be prepared to discuss scheduling at the status conference.

- **Identification of trial counsel**

  - o **Plaintiffs**: Carter Judkins has been designated as the first bellwether trial case. Ms. Judkins wishes to proceed with her trial. To that end, Ms. Judkins has retained the following firms as her counsel: The Lanier Law Firm, P.C., Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr and Mougey, P.A., and Seeger Weiss LLP. Mark Lanier, Mike Papantonio, Christopher Tisi, David Buchanan, and Christopher Seeger from these firms will serve as lead trial counsel.

  - o **Defendants**: Depending on trial date, Allison Brown or Kim Bueno of Kirkland & Ellis will serve as lead trial counsel for the Johnson & Johnson Defendants.

4. **MDL Case Management**

- **Remand Orders**

  - o Recognizing the history of this MDL and its status, the PSC will be submitting to the Court a formal request and recommendation for implementation of a broadened process for non-bellwether cases that will facilitate expeditious remand of cases in parallel with ongoing bellwether trials.

  - o Defendants' position is that it would be premature to discuss remand at this time before resolution of the Rule 702 motions and at least two bellwether trials (plaintiff pick, defense pick), as the MDL process is designed to conclude such activity in the first instance and, moreover, may render the need for remand moot.

That said, Defendants are not opposed to the implementation of an efficient and intentional schedule to reach remand expeditiously at the appropriate time, should the need exist. To that end, Defendants request the opportunity to review and meet and confer regarding any proposed remand process before Plaintiffs submit a proposal to the Court.

- **Mediation**

  o The Court held a mediation on April 27, 2026. (ECF Nos. 44282, 44300.)

- **Proposed Order Incorporating Second Amended Master Complaint**

  o The PSC submitted a proposed Case Management Order incorporating the Second Amended Master Complaint in individual member cases, along with updated templates for Short Form Complaints, on May 1, 2026 (ECF No. 44883-1). The PSC requests that the Court enter the proposed CMO. Defendants do not object to the entry of the order.

- **Orders Dismissing Non-Ovarian Gynecologic Cancer Claims**

  o The Court entered an Order to Show Cause Why Claims Based on Non-Ovarian Gynecologic Cancer Diagnosis Should Not Be Dismissed with Prejudice on October 16, 2025 (ECF No. 43159).

  o The Court entered the first Order dismissing cases subject to Show Cause Order entered on January 5, 2026 (ECF No. 43712).

  o The Court entered the second Order dismissing cases subject to Show Cause Order on January 22, 2026 (ECF No. 43903).

  o Defendants are working with BrownGreer to identify additional cases that have not alleged a qualifying diagnosis. Defendants will work to resolve any issues with Plaintiffs directly before filing a proposed Order to Show Cause.

- **Issues Related to Various Subpoenas and Similar Issues**

  - PSC's Motion to Compel Defendants to Produce Invoices or all Expert Work Relating to Talc Claims (ECF No. 43633)

  - The parties met and conferred and agreed not to pursue this discovery.

- **Stipulations of Dismissal**

  - Defendants seek dismissal of cases in which the parties have entered into stipulations of dismissal, but which remain on the Court's active docket. Enclosed is an omnibus proposed order dismissing those cases in accordance with the stipulation filed in each action.

- **Pending Motions**[1]

  - Defendants' objections to the Special Master's Report and Recommendation (ECF No. 44002)

  - Beasley Allen's Motion to Stay the Magistrate Judge's Order Disqualifying Beasley Allen (ECF No. 44439)

  - Beasley Allen's Appeal of the Magistrate Judge's Order Disqualifying Beasley Allen (ECF No. 44518)

## 5. Bynum and Love Class Actions

- *Bynum* – Medical Monitoring Class Action, Case No. 3:24-cv-07065:

---

[1] Defendants' motion for summary Judgment (ECF No. 33142) was administratively terminated pending resolution of the Rule 702 motions. *See* ECF Nos. 43723. The parties will meet and confer and e-file joint correspondence setting forth their respective positions regarding the impact of the Report and Recommendation on the motion for summary judgment, in accordance with the Court's Order.

- o Memorandum Opinion issued January 29, 2026, by Judge Michael Shipp granting Defendants Moton to Dismiss. (ECF No. 53.)

- o Plaintiffs filed an Amended Complaint on March 2, 2026 (ECF No. 55).

- o Defendants moved to Dismiss Plaintiffs' Medical Monitoring Claims and to Strike Plaintiffs' Class Allegations in the Second Amended Complaint on April 2, 2026 (ECF No. 58). Briefing on this motion is not yet complete.

- *Love* – Fraudulent Transfer Class Action, Case No. 3:24-cv-6320:

  - o Memorandum Order issued by Judge Shipp on January 29, 2026, granting Defendants motion to dismiss and denying Plaintiffs' motion to file an amended complaint alleging fraudulent transfers and abuse of process denied on January 29, 2026. (ECF No. 95.)

  - o Plaintiffs filed an appeal with the Third Circuit on April 28, 2026.

## 6. Trials in Related State Proceedings

- New Jersey MCL, Superior Court of New Jersey, Atlantic County

  - o Atlantic County (August 17, 2026)

- Illinois

  - o At this time, the Group 1 bellwether trial has been suspended indefinitely, and the Court has also paused all work on the Group 2 cases. There are no set trial dates.

- JCCP, Superior Court of California, Los Angeles County

  - o Consolidated Trial of Three Bellwether Plaintiffs (April 27, 2026)

- Florida

- o Florida cases do not have set trial dates but rather are case managed in group settings on specific dates that ultimately lead to judge and trial date assignment. At this time, there are ovarian cancer trials set for case management on the following dates:
    - Miami-Dade County (June 1, 2026)
    - Broward County (August 3, 2026)
    - Palm Beach County (September 21, 2026)
    - Broward County (October 19, 2026)
    - Broward County (November 2, 2026)
    - Polk County (November 9, 2026)
    - Miami-Dade County (December 7, 2026)
- Georgia
  - o Clayton County (October 4, 2026)
- Pennsylvania
  - o Philadelphia Court of Common Pleas (November 2, 2026)

***

The parties remain available to address any additional issue the Court may find helpful at the conference. Thank you for your consideration of this matter.

Respectfully submitted,

Kristen Renee Fournier
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel.:  212-446-4777
kristen.fournier@kirkland.com

/s/ Jessica Brennan
Jessica L. Brennan
BARNES & THORNBURG LLP
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel.:  973-775-6120
jessica.brennan@btlaw.com

*Attorneys for Johnson & Johnson Defendants*

/s/ Michelle Parfitt
Michelle Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel.:  202-335-2600
mparfitt@ashcraftlaw.com

*Plaintiffs' Lead Counsel*

cc:    All Counsel of Record (via ECF)

9