

May 13, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Freda Wolfson, U.S.C.J. (ret.)
Lowenstein Sandler
One Lowenstein Drive
Roseland, NJ 07068

> **Re:** ***Johnson & Johnson Talcum Powder Products, Marketing, Sales***
> ***Practices and Products Liability Litigation***
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp, Judge Singh, and Judge Wolfson:

On behalf of the Plaintiffs' Steering Committee (PSC), we respectfully request that Defendants' May 12, 2026 letter brief (ECF No. 44971) be stricken and removed from the docket.

Defendants' letter brief was unilaterally filed on the docket without Court permission. There is no Federal Rule of Civil Procedure or Local Rule that permits such a filing under these circumstances, and Judge Wolfson clearly wanted no further oral argument or post-hearing briefing, stating as follows at the conclusion of the hearings: "***That concludes our hearings on specific causation. So from my perspective, this is now teed up for my consideration on the motions that were filed***." (May 8, 2026 Hr'g Tr. 152:14-17 (Ex. 1)).

Additionally, Defendants' brazen actions are in direct contravention of the Court 's processes governing these proceedings, a process that did not include post-hearing briefing. Defendants' 11-page brief, which includes substantive arguments and transcript citations, is a defiant effort by Defendants to circumvent the rules in place for these proceedings. Defendants' actions should not be countenanced. Judge Wolfson's comments at the end of the hearings make clear that the matter is concluded and now in her hands for consideration.

The PSC remains deeply concerned and troubled by Defendants' actions, and they should not be condoned by the Court. We respectfully request the Court to strike Defendants' unauthorized submission and remove it from the case docket.

Respectfully submitted,

s/ Michelle A. Parfitt
Michelle A. Parfitt
*Plaintiffs' Co-Lead Counsel*

cc:    All Counsel (by ECF)