**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING EXPERT INVOICE DISCOVERY**

WHEREAS, on December 8, 2025, the Court entered an Order granting in part the PSC's informal application to compel the production of J&J's experts' invoices and granting J&J's requested alternative relief to compel the production of Plaintiffs' experts' invoices first (ECF No. 43486);

WHEREAS, during the May 5, 2026 Case Management Conference, the parties advised the Court that they had met and conferred regarding expert invoice discovery set forth in the December 8, 2025 Order (ECF No. 43486) and mutually agreed not to pursue the discovery contemplated therein;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the Court's approval, as follows:

1. The parties shall not pursue discovery relating to experts' invoices as set forth in the December 8, 2025 Order (ECF No. 43486).

2.  The Court's December 8, 2025 Order (ECF No. 43486) concerning expert invoice discovery and the obligations of the parties thereunder shall be stayed pending further Order of the Court.

Dated: May 6, 2026

/s/ *Kristen R. Fournier*
Kristen Renee Fournier
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel.:  212-446-4777
kristen.fournier@kirkland.com

/s/ *Jessica L. Brennan*
Jessica L. Brennan
BARNES & THORNBURG LLP
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel.:  973-775-6120
jessica.brennan@btlaw.com

*Attorneys for Johnson & Johnson Defendants*

/s/ *Michelle Parfitt*
Michelle Parfitt
ASHCRAFT & GEREL, LLP
1825 K Street, NW, Suite 700
Washington, DC 20006
Tel.:  202-335-2600
mparfitt@ashcraftlaw.com

*Plaintiffs' Lead Counsel*

## [PROPOSED] ORDER

IT IS on this _____ day of _____, 2026,

ORDERED that the forgoing stipulation is APPROVED; and it is further

ORDERED that the parties shall not pursue discovery relating to experts' invoices; and it is further

ORDERED that the Court's December 8, 2025 Order (ECF No. 43486) concerning expert invoice discovery and the obligations of the parties thereunder is hereby STAYED pending further Order of the Court.

_____
Honorable Rukhsanah L. Singh, U.S.M.J.

3