

May 14, 2026

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:**  ***Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation***
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

As directed by the Court at the last status conference held on May 5, 2026, the parties continue to work on a case management proposal. We are awaiting information and reviewing available data concerning the case composition of the MDL to refine proposals. We will continue our meet and confer efforts, some of which have already occurred. While we initially believed that we would have a proposal ready for the Court's consideration by May 18th, we ask the Court's permission to provide you with one or more proposals by June 1, 2026.

Please advise if the Court has any questions regarding this request. We thank you in advance for your courtesy.

> Respectfully submitted,
>
> *s/ Michelle A. Parfitt*
> Michelle A. Parfitt
> 2020 K Street, NW, Suite 505
> Washington, DC 20006
> Tel.: 202-335-2600
> mparfitt@ashcraftlaw.com
>
> ***Plaintiffs' Co-Lead Counsel***
>
> *s/ Kristen Renee Fournier (with permission)*
> Kristen Renee Fournier
> KIRKLAND & ELLIS LLP

2020 K Street NW, Suite 505, Washington, DC 20006

Hon. Rukhsanah L. Singh, U.S.M.J.
March 9, 2026
Page 2

601 Lexington Avenue
New York, New York 10022
Tel.: 212-446-4777
kristen.fournier@kirkland.com

*/s/ Jessica L. Brennan (with permission)*
Jessica L. Brennan
BARNES & THORNBURG LLP
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel.: 973-775-6120
jessica.brennan@btlaw.com

**Attorneys for Johnson & Johnson Defendants**

cc:   All Counsel (via ECF)