**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES, PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

*THIS DOCUMENT RELATES TO ALL CASES*

### NOTICE OF WITHDRAWAL OF SPECIFIC CAUSATION EXPERTS

Plaintiffs, by and through the Plaintiffs' Steering Committee ("PSC"), hereby submit this Notice of Withdrawal of their Specific Causation Experts (Drs. Daniel Clarke-Pearson and Judith Wolf) without prejudice.

Dated:          June 8, 2026          Respectfully submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
2020 K Street, NW, Suite 505
Washington, DC 20006
(202) 335-2600
mparfitt@ashcraftlaw.com

***Plaintiffs' Co-Lead Counsel***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this day, June 8, 2026, a true and correct copy of the foregoing was filed electronically with the Case Management/Electronic Filing System (CM/ECF) for the U.S. District Court for the District of New Jersey.  A notice of electronic filing will be served on all parties by operation of the Court's CM/ECF system.

*s/ Michelle A. Parfitt*
Michelle A. Parfitt