**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 3:16-md-02738-MAS-RLS<br><br>Motion Day: July 6, 2026 |

**NOTICE OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY ALL CASES IN THIS MDL SHOULD NOT BE DISMISSED WITH PREJUDICE**

**PLEASE TAKE NOTICE** that the Johnson & Johnson Defendants, by and through their undersigned counsel, hereby move this Court for entry of an Order to Show Cause why all cases pending in this multidistrict litigation ("MDL") should not be dismissed with prejudice following Plaintiffs withdrawal of the reports and opinions of Dr. Daniel Clarke-Pearson and Dr. Judith Wolf, Plaintiffs' primary specific-causation experts.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, Defendants shall rely upon the accompanying Brief, the Declaration of Jessica L. Brennan, Esq., and the exhibits annexed thereto, together with any reply submissions made hereafter; and

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is submitted herewith.

Dated: June 11, 2026

Respectfully submitted,

*/s/ Jessica L. Brennan*

Jessica L. Brennan
**BARNES & THORNBURG LLP**
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel.: 973-775-6120
jessica.brennan@btlaw.com

Kristen R. Fournier
Matthew L. Bush
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
(212) 446-4800
kristen.fournier@kirkland.com
matthew.bush@kirkland.com

2