**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-2738-MAS-RLS<br><br>MDL Case No. 16-2738 |

**DECLARATION OF JESSICA L. BRENNAN, ESQ.**

I, Jessica L. Brennan, Esq., hereby declare as follows:

1.      I am Attorney-at-Law of the State of New Jersey and a Partner at the law firm of Barnes & Thornburg LLP, attorneys for the Johnson & Johnson Defendants (J&J) in the above-captioned Multidistrict Litigation No. 16-2738 (MDL).  I submit this declaration in support of Defendants' Motion for an Order to Show Cause why all cases pending in this multidistrict litigation ("MDL") should not be dismissed.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the American College of Obstetricians presentation entitled, *Talc Use and Ovarian Cancer*.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Plaintiffs' Steering Committee's July 25, 2025 letter to Chief Judge Wolfson (Ret.).

4.      Attached hereto as **Exhibit C** is a true and correct copy of the transcript of proceedings before Chief Judge Wolfson dated May 7, 2026.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the February 4, 2019 deposition transcript of Dr. Daniel Clarke-Pearson.

I hereby declare under penalty of perjury that the foregoing is true and correct.


Executed on June 11, 2026                /s/ Jessica L. Brennan