

# ASHCRAFT & GEREL
## INJURY LAWYERS

June 15, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**So Ordered this 15th day of June 2026**

_____
Honorable Michael A. Shipp, U.S.D.J.

> **Re:    _Johnson & Johnson Talcum Powder Products, Marketing, Sales_**
> **_Practices and Products Liability Litigation_**
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp and Judge Singh:

On behalf of the Plaintiffs' Steering Committee (PSC), Plaintiffs respectfully request a limited extension of time to reply to Defendants' Motion for Order to Show Cause (ECF No. 45314). Plaintiffs request that their response be due on June 29, 2026. Plaintiffs further propose that Defendants' reply, if any, be filed by July 6, 2026.

Plaintiffs have conferred with counsel for Defendants, and they do not object to Plaintiffs' proposal.

Please advise if the Court has any questions regarding this request. We thank you in advance for your courtesy.

Respectfully submitted,

s/ Michelle A. Parfitt____
Michelle A. Parfitt
_Plaintiffs' Co-Lead Counsel_

cc:    All Counsel (by ECF)

2020 K Street NW, Suite 505, Washington, DC 20006