# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE: JOHNSON & JOHNSON
TALCUM POWDER PRODUCTS
MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY
LITIGATION

This Document Relates To All Cases Listed
in Exhibit A

No. 3:16-md-02738-MAS-RLS

[~~PROPOSED~~] ORDER TO SHOW
CAUSE WHY CASES ON THE
ATTACHED EXHIBIT A SHOULD
NOT BE DISMISSED WITH
PREJUDICE

**This Matter**, having been brought before the Court by Defendants Johnson & Johnson, Johnson & Johnson Holdco (NA) Inc., Johnson & Johnson Consumer Companies, Inc., Janssen Pharmaceuticals, Inc., Kenvue, Inc., and LLT Management LLC, f/k/a LTL Management LLC, ("Defendants"), for entry of an Order to Show Cause requiring Plaintiffs listed in the attached **Exhibit A** to show cause why their case should not be dismissed with prejudice; and for good cause shown;

IT IS on this  24th  day of ___June___, 2026

**ORDERED** that:

1. Plaintiffs listed on **Exhibit A** shall, within twenty-one (21) days of this Order, show cause why their case should not be dismissed with prejudice

for their failure to serve Defendants (via MDL Centrality) with a Plaintiff Profile Form ("PPF"); and

2. Defendants shall have seven (7) days to respond to any opposition filed by Plaintiffs; and

3. Any Plaintiff who fails to respond, or otherwise fails to show cause within twenty-one (21) days, shall have their case dismissed with prejudice; and

4. Within thirty-five (35) days of this Order, Defendants shall file a proposed Order to Dismiss with prejudice the cases subject to this Order to Show Cause in which the Court has not expressly found good cause for the failure to file a PPF.


Honorable Rukhsanah L. Singh
United States Magistrate Judge

2

**Exhibit A**
**April 2026 Deficiency List/Overdue PPF Report**
**Deficient Cases Filed or Transferred into the MDL as of December 31, 2025**

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 1. | Ouida Fears | Andrews & Higgins | 3:25-cv-11799 |
| 2. | Tina Chantler Zwaschka as Successor-in-Interest and Anticipated Personal Representative of the Estate of Gary Robert Chantler, Deceased | Andrews & Higgins | 3:25-cv-10128 |
| 3. | Ampero Otero | Grant & Eisenhofer P.A. | 3:25-cv-15214 |
| 4. | Bonnie Bye, as Anticipated Personal Representative of the Estate of Sheryl Sue Saucier | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:21-cv-19371 |
| 5. | Linda Allen | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11759 |
| 6. | Dolores Alvarez | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10965 |
| 7. | Tammy Arrington | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11254 |
| 8. | Noel Bailey as the Anticipated Representative of the Estate of Alma Bailey | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11537 |
| 9. | Amanda Rodgers | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11038 |
| 10. | Annasheril Santos | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11722 |
| 11. | Kim Carmona | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11770 |
| 12. | Penny Duncan | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11180 |
| 13. | Opal Merryfield | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11215 |
| 14. | Angela Morrow | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11371 |
| 15. | Angel Sison | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11754 |
| 16. | Patricia Tolleson | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11324 |
| 17. | Mabel Winfree | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11250 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 18. | Ailene Alaan | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11533 |
| 19. | Dianne Ashlock | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11049 |
| 20. | Vada Beland | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11374 |
| 21. | Linda Bertagna | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11719 |
| 22. | Lucretia Black Welder | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11555 |
| 23. | Ann K. Bowman | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10664 |
| 24. | Torris Butler as the Anticipated Representative of the Estate of Gloria Forts | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11717 |
| 25. | Catherine Carney | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11653 |
| 26. | Brenda Demby | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11769 |
| 27. | Catrice Donaldson | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10891 |
| 28. | Adelma Garcia | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11647 |
| 29. | Dickie Hicks | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11495 |
| 30. | Martha Ackley | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11012 |
| 31. | Shirley Gordon | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11309 |
| 32. | Briana Guerrettaz as the Anticipated Representative of the Estate of Gwendolyn Guerrettaz | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11157 |
| 33. | Wendy Holcombe | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11505 |
| 34. | Richard Vandoren as the Anticipated Representative of the Estate of Elis Vandoren | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11486 |
| 35. | Joseph Babauta as the Anticipated Representative of the Estate of Shelly Denise Babauta | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11659 |
| 36. | Amiee Bowie | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11411 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|-----|---------------------|----------------|-------------|
| 37. | Eulalynn Clarke | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11275 |
| 38. | Terri Julius-Soderberg | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11045 |
| 39. | Nushawn Martin | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11244 |
| 40. | Rita McCromick | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10761 |
| 41. | Monica Melilo | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10810 |
| 42. | Linda Mittag | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10492 |
| 43. | Shelley O'Neill | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11213 |
| 44. | Edgar Poulda as the Anticipated Representative of the Estate of Susan Poulda | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11415 |
| 45. | Francesca Raygada | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10646 |
| 46. | Illona Rebar | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11720 |
| 47. | Terry Angelie | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11518 |
| 48. | Taranda Terry | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11748 |
| 49. | Beth Beavers as the Anticipated Representative of the Estate of Sandra B. Beavers | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10927 |
| 50. | Shaunda Davis | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10742 |
| 51. | Lisa Edwards | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11749 |
| 52. | Ronda Essex | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11641 |
| 53. | Camelia Harris | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11052 |
| 54. | Sonia Herrin | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11788 |
| 55. | as the Anticipated Representative of the Estate of Carolyn Philogene Hylton | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10683 |
| 56. | Camelia Johnson | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11549 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 57. | Jeri Linthicum | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11718 |
| 58. | Lesley Martin | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11757 |
| 59. | Dana McVay | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11738 |
| 60. | Brett Porter as the Anticipated Representative of the Estate of Sarah Porter | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11716 |
| 61. | Jessica Richardson | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10515 |
| 62. | Charla Joan Stephens-Kafer | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11276 |
| 63. | Shonalee M. Wrath | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11712 |
| 64. | Francis Laree Bryant | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11752 |
| 65. | Drucilla Cannady | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11753 |
| 66. | Christine Chaney | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11645 |
| 67. | Lola Cox | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10861 |
| 68. | Amanda Cruz | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11830 |
| 69. | Richard Davis as the Anticipated Representative of the Estate of Victoria Davis | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10696 |
| 70. | Shanika N. Frazier as the Anticipated Representative of the Estate of Gina Alicia Frazier-White | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11725 |
| 71. | Karamaneh Galbert | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10622 |
| 72. | Blanca Gomez | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11751 |
| 73. | Shirley Hastings | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11475 |
| 74. | Brandi Holmes | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11750 |
| 75. | Susan L. Hunt | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10834 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 76. | Tatia James as the Anticipated Representative of the Estate of Gene Fink | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11857 |
| 77. | Shermeka Johnson | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11714 |
| 78. | Gregory Shane Moore as the Anticipated Representative of the Estate of Bethany Moore | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11072 |
| 79. | Sabrina Nash | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-11758 |
| 80. | Julie Purkiewicz | Pulaski Kherkher PLLC Golomb Legal P.C. | 3:25-cv-10991 |
| 81. | Jacqueline Days | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11711 |
| 82. | Gena Doherty | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11763 |
| 83. | Amanda Farris | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-10903 |
| 84. | Shirley Flynn | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-10804 |
| 85. | Patricia Fordyce | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-10911 |
| 86. | Lisa Glover | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11723 |
| 87. | Andrea Green | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11765 |
| 88. | Jacklyn Harrison | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11058 |
| 89. | Gary Schaedler as the Anticipated Representative of the Estate of Kathleen Schaedler | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11651 |
| 90. | Thomas M. Strange as the Anticipated Representative of the Estate of Rebbeca Strange | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11756 |
| 91. | Dixie Woodraska | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11008 |
| 92. | Kathleen Rios | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11046 |
| 93. | Josephine Rodriguez | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11478 |
| 94. | Tameka Rutledge | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-10333 |

| Row | Case/Plaintiff Name | Plaintiff Firm | Case Number |
|---|---|---|---|
| 95. | Deborah Saxton as the Anticipated Representative of the Estate of Judith Johnson | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11121 |
| 96. | Paula R. Thompson as the Anticipated Representative of the Estate of Cathy A. Thompson | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-10491 |
| 97. | Maria Verdugo | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11349 |
| 98. | Sara F. Wilke | Pulaski Kherkher PLLC Golomb Legal, P.C. | 3:25-cv-11176 |
| 99. | Susan Milligan | Slater Slater Schulman LLP | 3:25-cv-12928 |
| 100. | Donna Anderson | Slater Slater Schulman LLP | 3:25-cv-12379 |
| 101. | Lewis Johnson on Behalf of Mattie Johnson | Slater Slater Schulman LLP | 3:25-cv-12956 |
| 102. | Connie Price on behalf of Pamela Price | Slater Slater Schulman LLP | 3:25-cv-12964 |
| 103. | Elizabeth Stewart on behalf of Deborah Riley | Slater Slater Schulman LLP | 3:25-cv-12775 |
| 104. | Mary Saunders on behalf of Vicki Spark | Slater Slater Schulman LLP | 3:25-cv-12814 |
| 105. | Johnson Smith on behalf of Barbara Lynn Smith | Slater Slater Schulman LLP | 3:25-cv-12779 |