# KIRKLAND & ELLIS LLP

601 Lexington Avenue
New York, NY 10022
United States

Kristen Renee Fournier
To Call Writer Directly:
+1 212 446 4777
kristen.fournier@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

July 9, 2026

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     *In re Johnson & Johnson Talcum Powder Products Marketing, Sales
        Practices and Products Liability Litigation*, MDL No. 2738
        **August 3 Case Management Conference – Discovery Topic**

Dear Judge Singh:

As you know, this Court has set a Case Management Conference for August 3, 2026. *See* ECF No. 45196. I write to advise the Court of a topic that Defendants would like to discuss at the conference based on newly discovered evidence.

Consistent with the motion practice overseen by Your Honor, Defendants have moved to disqualify Beasley Allen attorneys in talc cases venued in various state courts across the country on the basis of Beasley Allen's illicit collaboration with J&J's former outside counsel, James Conlan. *See* ECF No. 44423; *see also, e.g.*, *Bennett v. Johnson & Johnson*, 2026 WL 1256869 (Ill. Cir. Ct. Apr. 24, 2026); (terminating Beasley Allen's appearances); *In re Johnson & Johnson Talcum Powder Ovarian Cancer Litig.*, No. 0612, 2026 WL 1073823 (Pa. Com. Pl. Apr. 17, 2026) (revoking Beasley Allen's pro hacs).

A series of such motions to disqualify are now pending in Florida. Despite the extensive, three-day evidentiary hearing that Your Honor attended, Beasley Allen refused to agree to use just the New Jersey record in connection with the Florida motions and instead insisted on holding an additional evidentiary hearing. That hearing just occurred on July 6, 2026. A copy of the hearing transcript can be made available.

At that hearing, Defendants learned for the ***first time*** that other plaintiffs' lawyers, as well as David Molton of Brown Rudnick (the attorney who served as lead counsel to the Plaintiffs' Steering Committee in both the LTL and LLT bankruptcies), participated in the illicit collaboration with Mr. Conlan and Beasley Allen.

## KIRKLAND & ELLIS LLP

Hon. Rukhsanah L. Singh
July 9, 2026
Page 2


Given these concerning and newly developed facts, and the potential for Beasley Allen to advance the same arguments in this proceeding, Defendants intend to seek permission to obtain discovery into these additional communications and dealings with Mr. Conlan. I will be prepared to address the issue at the upcoming Case Management Conference.


Respectfully,


Kristen Renee Fournier, Esq.


cc:    Jessica Brennan, Esq.
       All Counsel (via ECF)