

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

July 13, 2026

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**   ***In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices, and Products Liability Litigation***
      ***Case No.: 3:16-md-02738-MAS-RLS***

Dear Judge Singh:

Pursuant to the Court's July 13, 2026 Text Order (ECF 45640), the Johnson & Johnson Defendants submit the complete transcript of the May 8, 2026 evidentiary hearing before the Special Master, as directed. Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:    All Counsel of Record (via ECF)

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.