

**Barnes &
Thornburg**

Jessica L. Brennan
Partner
(973) 775-6120
jessica.brennan@btlaw.com

1776 on the Green
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

July 14, 2026

**VIA ECF**

Honorable Michael A. Shipp, U.S.D.J.
United States District Court for the District of NJ
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:**    *In re: Johnson & Johnson Talcum Powder Products, Marketing, Sales
Practices, and Products Liability Litigation*
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp:

The Johnson & Johnson Defendants respectfully request a 14-day extension, to August 7, 2026, to file objections to the Report and Recommendations ("R&Rs") of Honorable Freda L. Wolfson, U.S.D.J. (Ret) regarding Dr. William Longo's opinions.

Dr. Longo is Plaintiffs' testing expert who claims to find asbestos in Defendants' talc products. In Judge Wolfson's January 20, 2026, R&R, she addressed only half of Dr. Longo's testing. Specifically, she only addressed Dr. Longo's testing for amphiboles using transmission electron microscopy (known as "TEM"). ECF 43902 at 433-54. She did not at that time address Dr. Longo's testing for chrysotile using polarized light microscopy (known as "PLM") as she was planning to address that testing method after a hearing with Dr. Longo testifying. *Id.* at 9 n.3; *see also id.* at 434 ("I have reserved decision on the admissibility of Dr. Longo's PLM-chrysotile opinions.").

In Defendants' objections to Judge Wolfson's first R&R, Defendants stated: "Defendants will raise their objections related to Dr. William Longo separately upon the issuance of a forthcoming decision addressing Dr. Longo's PLM-chrysotile opinions." ECF No. 44002-1 at 1 n.1 (internal quotation marks omitted).

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.

July 14, 2026
Page 2

On July 10, 2026, Judge Wolfson issued her second R&R, now addressing Dr. Longo's PLM-chrysotile testing. ECF No. 45637. Judge Wolfson also incorporated by reference her first R&R with respect to Dr. Longo. *See, e.g., id.* at 116 ("Deny, for the reasons set forth in the January 20, 2026 Report and Recommendation. . ."); *id.* at 115 (similar). In other words, Judge Wolfson has now completed her R&Rs with respect to Dr. Longo's testing.

Under the Special Master's Order, objections to an R&R must be filed within fourteen (14) days of service. *See* ECF No. 704 ¶ 3. The current deadline is therefore July 24, 2026.

This brief extension is requested to allow sufficient time to fully address the Rule 702 analysis in the R&Rs regarding Dr. Longo. Judge Wolfson devoted over 100 pages to discussing Dr. Longo's testing. *See* ECF No. 43902 at 433-54; ECF No. 45637 at 1-89. Accordingly, the Johnson & Johnson Defendants respectfully request that the deadline to file objections to the R&Rs regarding Dr. Longo's testing be extended to August 7, 2026, and that this letter be So Ordered.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jessica L. Brennan*

cc:    All Counsel of Record (via ECF)

**Barnes & Thornburg**