

July 14, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** ***Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation***
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp:

The Plaintiffs' Steering Committee ("PSC") is meeting and discussing with Defendants regarding next steps on the bellwethers.  Accordingly, we would respectfully request an extension of one week until July 22, 2026 to respond to your July 8, 2026 Minute Order.

Respectfully submitted,

s/ Michelle A. Parfitt____
Michelle A. Parfitt
*Plaintiffs' Co-Lead Counsel*

cc:    All Counsel (by ECF)

2020 K Street NW, Suite 505, Washington, DC 20006