**UNITED STATES DISTRICTCOURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |

## NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: See Attachment A.

Dated: July 15, 2026

Respectfully Submitted by,

/s/ *Ashley Barriere*
NY Bar No. 5424965
Keller Postman LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
ashley.barriere@kellerpostman.com
(ph): 312-210-7307

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, a copy of the foregoing was filed electronically. Service of the filing will be made on all ECF-registered counsel by operation of the Court's electronic system. Parties may access this filing through the Court's system.

Dated: July 15, 2026

Respectfully Submitted by:

By: /s/ *Ashley Barriere*

Attachment A: Plaintiffs Represented

Yerenie Torres 3:21-cv-02129-MAS-RLS

Geraldine Shakespeare 3:20-cv-07558-MAS-RLS

Charlotte Koning 3:21-cv-12736-MAS-RLS

Karen Hewitt 3:20-cv-10305-MAS-RLS

Kimberly Noote 3:21-cv-06713-MAS-RLS

Dona Lee 3:20-cv-14688-MAS-RLS

Diane Moore 3:21-cv-16999-MAS-RLS

Michelle Reinhold 3:20-cv-07947-MAS-RLS

Robin Connell 3:21-cv-06648-MAS-RLS

Vanessa Lanham 3:21-cv-12537-MAS-RLS

Michelle McCarthy 3:20-cv-17998-MAS-RLS

Robin OBrian 3:21-cv-00420-MAS-RLS

Oksana Khoma 3:21-cv-04496-MAS-RLS

Audrey Hoerning-Thomas 3:21-cv-11912-MAS-RLS

Sheila Maxwell 3:21-cv-02128-MAS-RLS

Joanne Voiland 3:21-cv-11306-MAS-RLS

Lois Dean 3:21-cv-14958-MAS-RLS

Felicitas Lares 3:20-cv-17993-MAS-RLS

Carol Heaton 3:20-cv-13848-MAS-RLS

Yvette Lewis 3:21-cv-00200-MAS-RLS

Sandra Waldon 3:20-cv-09764-MAS-RLS

Sandra Arbuckle 3:20-cv-13378-MAS-RLS

Connie DeLoach 3:20-cv-15264-MAS-RLS

Shirley Cantrell 3:23-cv-08053-MAS-RLS

Bonnie Evans 3:20-cv-07498-MAS-RLS

JoAnn Einbinder 3:20-cv-11539-MAS-RLS

Nansalmaa Vincent 3:20-cv-13477-MAS-RLS

Tracey O'Gorman 3:21-cv-00421-MAS-RLS

AnnMarie Holmes 3:20-cv-15737-MAS-RLS

Kellie Kuntz 3:21-cv-11572-MAS-RLS

Marie Thelusma 3:20-cv-05193-MAS-RLS

Kandy Johnson 3:20-cv-07604-MAS-RLS

Kathleen Burnam 3:21-cv-14298-MAS-RLS

Lorraine Pizzuti 3:21-cv-04838-MAS-RLS

Lizzie Olive 3:21-cv-03914-MAS-RLS

Christiane Blackwood 3:20-cv-15260-MAS-RLS

Starla Carpenter 3:20-cv-15037-MAS-RLS

Peggy Young 3:21-cv-11144-MAS-RLS

Kathryn Newell 3:20-cv-07941-MAS-RLS

Pamela Johnson 3:21-cv-05995-MAS-RLS

Teresa Young 3:21-cv-11145-MAS-RLS

Yvonne Williams 3:23-cv-16938-MAS-RLS

Weida Marks 3:21-cv-07578-MAS-RLS

Patricia Polito 3:21-cv-11579-MAS-RLS

Rhonda Rancour 3:21-cv-11481-MAS-RLS

Velinda Crezo 3:20-cv-06074-MAS-RLS

Renee Cureton 3:20-cv-14165-MAS-RLS

Michelle Ruiz 3:21-cv-00205-MAS-RLS

Maureen Connel 3:21-cv-11559-MAS-RLS

Karen Evans 3:21-cv-10346-MAS-RLS

Theresa Toney 3:22-cv-01437-MAS-RLS

Milagro Portillo 3:21-cv-12254-MAS-RLS

Sonja Kensey 3:21-cv-07753-MAS-RLS

Misty Woods 3:20-cv-13466-MAS-RLS

Tonya Frazier 3:21-cv-00211-MAS-RLS

Jean Harms 3:23-cv-13473-MAS-RLS

Migdalia Lucio 3:21-cv-06112-MAS-RLS

Reita McIntire 3:20-cv-15290-MAS-RLS

Jeanitta Foster 3:20-cv-14587-MAS-RLS

Paula Crist 3:20-cv-14836-MAS-RLS

Michelle Moore 3:21-cv-18414-MAS-RLS

Dreama Farrand 3:21-cv-11567-MAS-RLS

Mary Roberts 3:21-cv-06223-MAS-RLS

Frankie Dickey 3:20-cv-17991-MAS-RLS

Nina Robishaw 3:21-cv-11050-MAS-RLS

Karen Astle 3:20-cv-14214-MAS-RLS

Delores Randle 3:21-cv-08682-MAS-RLS

Diana Hammer 3:20-cv-14612-MAS-RLS

Christina Digiacomo 3:20-cv-10289-MAS-RLS

Patricia Lawrence 3:21-cv-11913-MAS-RLS

Kerri Seekins 3:21-cv-07986-MAS-RLS

Janice Street 3:20-cv-12579-MAS-RLS

Veronica Ferrell 3:21-cv-00177-MAS-RLS

Mary Rizzo 3:21-cv-11580-MAS-RLS

Ruth James 3:21-cv-06674-MAS-RLS

Amy Turner 3:20-cv-14063-MAS-RLS

Nikki Hansen 3:21-cv-05533-MAS-RLS

Loretta Ervin 3:20-cv-14396-MAS-RLS

Melissa Satterfield 3:20-cv-20421-MAS-RLS

Matilda Johnson 3:21-cv-01164-MAS-RLS

Alicia Lawrence 3:21-cv-01163-MAS-RLS

Kathryn Messina 3:21-cv-11467-MAS-RLS

Jeanne Dillon 3:21-cv-11999-MAS-RLS

Denise Boldt 3:24-cv-00066-MAS-RLS

Renee Rosecrans 3:22-cv-01435-MAS-RLS