

July 17, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Johnson & Johnson Talcum Powder Products, Marketing, Sales
Practices and Products Liability Litigation***
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp:

The Plaintiffs' Steering Committee ("PSC") and Counsel for the Bellwether
Plaintiffs are in receipt of the Court's July 8, 2026 Text Order regarding the status
of the PSC's reinstatement of the specific causation experts. The PSC intends to seek
reinstatement of their specific causation experts for the bellwether cases.

Respectfully submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
*Plaintiffs' Co-Lead Counsel*

cc:    All Counsel (by ECF)

2020 K Street NW, Suite 505, Washington, DC 20006