## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 16-2738 (MAS) (RLS) |

## ORDER TO SHOW CAUSE

**PRESENTLY** before the Court is a Motion brought by Defendants Johnson & Johnson and Red River Talc LLC (collectively, "J&J") for the Entry of an Order to Show Cause Why All Cases in This Multidistrict Litigation ("MDL") Should Not be Dismissed With Prejudice (the "Motion"). (Doc. No. 45314). Plaintiffs, through the Plaintiffs' Steering Committee (the "PSC"), oppose the Motion, (Doc. No. 45576), to which J&J replied, (Doc. No. 45601). Exercising the Court's discretion to manage its docket, and for the reasons set forth in the Court's July 22, 2026 Memorandum Opinion, as well as good cause shown,

**IT IS** on this **22d** day of **July 2026** hereby

**ORDERED** that J&J's Motion for the entry of an Order to Show Cause is **GRANTED**; and it is further

**ORDERED** that, within **120 days** of the entry of this Order, all Plaintiffs shall show cause why their case should not be dismissed with prejudice for failure to point to admissible expert opinion as to specific causation; and it is further

**ORDERED** that J&J shall have **90 days** thereafter to respond to Plaintiffs' positions; and it is further

**ORDERED** that, upon receipt and review of responses to this Order to Show Cause, the undersigned will issue a Report and Recommendation; and it is further

**ORDERED** that the Clerk of the Court shall **TERMINATE** the Motion pending at Docket Entry Number 45314.

**SO ORDERED**.

_R. Singh_____

**RUKHSANAH L. SINGH**
**United States Magistrate Judge**