**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**IN RE: JOHNSON & JOHNSON**
**TALCUM POWDER PRODUCTS**
**MARKETING, SALES**
**PRACTICES, AND PRODUCTS**
**LIABILITY LITIGATION**

**3:16-md-02738 (MAS) (RLS)**

*This document relates to:*
Plaintiff ___Laura Evans___
Case number ___3:26-cv-9229___

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of

Short Form Complaints) that the Short Form Complaint with Jury Demand was filed  on

___07/23/2026_____ on behalf of Plaintiff ___Laura Evans_____.

Dated: ___07/23/2026_____

Respectfully submitted,

/s/ Matthew R. Stubbs

_____

Matthew R. Stubbs (TX #24088485)

McAlan W. Duncan (TX #24012563)

DUNCAN STUBBS

825 Watters Creek Blvd. #360

Allen, Texas 75013

T: 877-971-0830

matthew@duncanstubbs.com

mac@duncanstubbs.com

**Counsel for Plaintiff(s)**

## CERTIFICATE OF SERVICE

I hereby certify that on __07/23/2026__, a copy of the foregoing NOTICE OF FILING was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Matthew R. Stubbs

Matthew R. Stubbs (TX #24088485)
McAlan W. Duncan (TX #24012563)
DUNCAN STUBBS
825 Watters Creek Blvd. #360
Allen, Texas 75013
T: 877-971-0830
matthew@duncanstubbs.com
mac@duncanstubbs.com

**Counsel for Plaintiff(s)**