

July 24, 2026

Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

Re:   ***Johnson & Johnson Talcum Powder Products, Marketing, Sales
      Practices and Products Liability Litigation***
      **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Shipp:

We are writing for clarification as to whether Plaintiffs' request of an additional 14 days to file Objections to the Report and Recommendations ("R&Rs") of Honorable Freda L. Wolfson, U.S.D.J. (Ret.) (ECF 45656) regarding Dr. William Longo's opinions was included and granted in the Court's Order of July 15, 2026 (ECF 45661).

By way of history, Defendants filed their request for a 14-day extension on July 14, 2026 (ECF 45646). On July 15, 2026, the Plaintiffs' Steering Committee ("PSC") wrote in response to Defendants' request for a 14-day extension stating that they did not object to Defendants' request, but requested that the extension apply to both parties (ECF 45656).

Thank you for your consideration of this matter.

Respectfully submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
*Plaintiffs' Co-Lead Counsel*

cc:   All Counsel (via ECF)

2020 K Street NW, Suite 505, Washington, DC 20006