

**SEEGERWEISS** LLP

NEW YORK • NEW JERSEY • PHILADELPHIA

July 29, 2026

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:** ***Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices***
> ***and Products Liability Litigation***
> **Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

As the Court is aware, on July 27, 2026, Johnson & Johnson and the Plaintiffs' Negotiating Committee announced that they had reached a global settlement agreement to resolve the talc ovarian cancer claims pending in the MDL and related state court proceedings.

Although the terms of the settlement are confidential, the settlement is conditioned on the participation of 95% of talc ovarian cancer claimants. The Plaintiffs' Negotiating Committee and broader Plaintiffs' MDL Leadership are in the process of communicating the settlement terms to plaintiffs' counsel with talc ovarian cancer claimants in the MDL.

Accordingly, to facilitate those communications and to allow plaintiffs' counsel and claimants to give due consideration to the settlement, the Plaintiffs' Negotiating Committee respectfully requests a 30-day stay of proceedings in the MDL and a suspension of all deadlines. Counsel has conferred with defense counsel and Plaintiffs' Lead Counsel, all of whom join in this request.

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger

Plaintiffs' Lead Negotiation Counsel