ASHCRAFT & GEREL
INJURY LAWYERS

August 28, 2026

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation***
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh:

On July 29, 2026, the Plaintiffs' Lead Negotiation Counsel advised the Court that a global settlement agreement to resolve the talcum powder ovarian cancer cases pending in the MDL and related state court proceedings was pending. (ECF 45830). At that time, Plaintiffs requested a 30-day stay of proceedings which was granted in the Court's MDL Text Order. (ECF 45831). The Order provided that the parties shall electronically file a joint letter regarding the status of the resolution by August 31, 2026.

The parties have conferred and jointly provide this status update:

The parties and the claims administrator have been diligently working on registering claimants to the settlement since it was announced last month. The parties report that law firms that have been active in this MDL have agreed to participate in the resolution. Much work remains, however, in timely communicating the settlement program's terms and conditions to each of the claimants. Accordingly, the parties believe that preservation of the status quo is in the best interest of the ongoing implementation of the resolution.

Respectfully submitted,

*s/ Michelle A. Parfitt*
Michelle A. Parfitt
*Plaintiffs' Co-Lead Counsel*

cc: Jessica L. Brennan, Esq.
Kristen Renee Fournier, P.C.
James Murdica, Esq.
All Counsel (via ECF)

2020 K Street NW, Suite 505, Washington, DC 20006