SEEGERWEISS LLP
NEW YORK • NEW JERSEY • PHILADELPHIA

October 6, 2026

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J
United States District Court
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Johnson & Johnson Talcum Powder Products, Marketing, Sales Practices and Products Liability Litigation***
**Case No.: 3:16-md-02738-MAS-RLS**

Dear Judge Singh,

Please find attached the Plaintiffs' Negotiation Committee's Motion for Entry of Case Management Order ("CMO") Supplementing CMO 7(A) (Ex. 1) and a Memorandum (Ex. 2) and proposed Order (Ex. 3) regarding same.

Respectfully submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger

Plaintiffs' Lead Negotiation Counsel