**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**<br><br>***THIS DOCUMENT RELATES TO ALL CASES*** | Case No. 3:16-md-02738 (MAS) (RLS)<br><br>MDL No. 2738 |

**PLAINTIFFS' NEGOTIATION COMMITTEE'S MOTION FOR ENTRY OF CASE MANAGEMENT ORDER SUPPLEMENTING CMO 7(A)**

**PLEASE TAKE NOTICE**, that notwithstanding the current stay of proceedings, the Plaintiffs' Negotiation Committee ("PNC") hereby moves the Court for entry of the proposed Case Management Order ("CMO") to supplement CMO 7(A) and facilitate the Talc Claims Resolution Program's ("TCRP") settlement process. The PNC files this Motion with the support of Defendants and 313 Participating Firms representing over 66,500 claimants, including all firms who hold leadership positions in this MDL and related state court proceedings. For the reasons set forth in the accompanying Memorandum, the PNC respectfully requests that the Court grant the requested relief and enter the proposed Order.

Dated: October 6, 2026

Respectfully Submitted,

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
[P]: (973) 639-9100
[E]: cseeger@seegerweiss.com

***Plaintiffs' Lead Negotiation Counsel***

*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik, Esq.
**NAPOLI SHKOLNIK PLLC**
1302 Avenida Ponce de León
Santurce, Puerto Rico 00907
[P]: (787) 493-5088
[E]: hunter@nsprlaw.com

*/s/ R. Bryant McCulley*
R. Bryant McCulley
**ASHCRAFT & GEREL LLP**
701 East Bay Street, Suite 411
Charleston, SC 29403
[P]: (843) 400-1384
[E]: bmcculley@ashcraftlaw.com

***Plaintiffs' Negotiation Committee***