# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

CHAMBERS OF
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE

CLARKSON S. FISHER BLDG. &
U.S. COURTHOUSE
402 EAST STATE STREET
TRENTON, NJ 08608

October 30, 2026

## LETTER ORDER

**Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, and Products Liability Litigation**
**No. 16-md-2738 (MAS) (RLS)**

Dear Counsel,

Currently before the Court are Motions to Withdraw as Counsel in multiple individual matters for this multidistrict litigation. The Motions were served on the respective Plaintiffs, and no timely oppositions to the Motions have been filed. Annexed hereto is a list of those Motions. For the reasons set forth herein, the Court GRANTS the Motions listed in the attached Schedule A.

Local Civil Rule 102.1 provides that "[u]nless other counsel is substituted, no attorney may withdraw an appearance except by leave of Court." L. Civ. R. 102.1. New Jersey Rule of Professional Conduct ("RPC") 1.16(b) permits an attorney to withdraw from representing a client if good cause exists to show that:

> (1) withdrawal can be accomplished without material adverse effect on the interests of the client; (2) the client persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent; (3) the client has used the lawyer's services to perpetrate a crime or fraud; (4) the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement; (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or (7) other good causes shown for withdrawal exists.

*N.J. R. Prof. Conduct* 1.16(b); *see also Haines v. Liggett Grp., Inc.*, 814 F. Supp. 414, 422 (D.N.J. 1993).

Even if counsel seeking to withdraw demonstrates "good cause" as defined in RPC 1.16(b), a decision with respect to withdrawal remains entirely within the discretion of the court. *N.J. R. Prof. Conduct* 1.16(c); *see also Haines*, 814 F. Supp. at 422 (finding that RPC 1.16(c) "provides that withdrawal is entirely within the discretion of the court and a court may refuse to allow withdrawal despite a showing of good cause"). Following a finding of good cause for withdrawal, the Court should also consider: "(1) the reasons why withdrawal is sought, (2) the prejudice withdrawal may cause to litigants, (3) the harm withdrawal might cause to the administration of justice and (4) the degree to which withdrawal will delay the resolution of the case." *Haines*, 814 F. Supp. at 423; *accord U.S. ex. rel. Cherry Hill Convalescent Ctr., Inc. v. Healthcare Rehab. Sys., Inc.*, 994 F. Supp. 244, 252-53 (D.N.J. 1997).

Here, the Firms seek to withdraw in most instances because the Plaintiffs have been non-responsive to counsel and have not provided information necessary for counsel to comply with discovery obligations. Based on the representations of counsel, and considering no oppositions have been filed, the Court finds sufficient good cause to relieve the Firms as counsel for the respective Plaintiffs. In so finding, the Court has considered the stage of these proceedings in this Multidistrict Litigation, as well as the respective potential hardships to the Firms should the Court deny the Motions and to the Plaintiffs should the Court grant the Motions. Accordingly, under the facts presented, the Court grants the Motions to Withdraw.

Therefore, for good cause shown,

**IT IS** on this **30th** day of **October**, hereby

**ORDERED** that the Motions listed in the attached Schedule A are hereby **GRANTED**; and it is further

**ORDERED** that the respective counsel are hereby relieved as counsel for the Plaintiffs in the listed matters; and it is further

**ORDERED** that the relieved counsel shall serve a copy of this Order on the respective Plaintiffs and electronically file proof of service in the relevant individual civil action by no later than **November 15, 2026**; and it is further

**ORDERED** that the relieved counsel shall advise the respective Plaintiffs that they must have new counsel enter their appearance in this matter or notify the Court if they intend to proceed *pro se* by no later than **November 30, 2026**; and it is further

**ORDERED** that the Clerk of the Court shall **TERMINATE** the Motions listed in the attached Schedule A.

**SO ORDERED.**

RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE

## SCHEDULE A

| No. | Civil Action No. | Named Plaintiff | Docket Entry No. |
|---|---|---|---|
| 1. | 21-11342 | Hammond | 6 |
| 2. | 21-11374 | Anderson | 6 |
| 3. | 24-3359 | Buran | 5 |
| 4. | 24-3366 | Cannon | 5 |
| 5. | 24-3402 | Epps | 3 |
| 6. | 24-3422 | Gibbs | 4 |
| 7. | 24-3465 | Kane | 5 |
| 8. | 24-3467 | Jenkins | 5 |
| 9. | 24-3855 | Campbell | 5 |
| 10. | 24-3866 | Bowen | 5 |
| 11. | 24-3911 | Jiminez | 5 |
| 12. | 24-3918 | Currie | 3 |
| 13. | 24-6050 | Hudkins | 3 |
| 14. | 20-5181 | Nogueira | 7 |
| 15. | 21-143 | Taliaferro | 7 |
| 16. | 21-11208 | White | 5 |
| 17. | 21-11331 | Smith | 5 |
| 18. | 21-11364 | Louis | 6 |
| 19. | 21-11372 | Tackett | 5 |
| 20. | 24-3540 | Phillips | 5 |
| 21. | 24-3583 | Singleton | 5 |
| 22. | 24-3587 | Siudy | 5 |
| 23. | 24-3616 | Wells | 5 |
| 24. | 24-3632 | Walker | 3 |

| No. | Civil Action No. | Named Plaintiff | Docket Entry No. |
|---|---|---|---|
| 25. | 24-3640 | Ward | 5 |
| 26. | 24-3924 | Leatherwood | 3 |
| 27. | 24-6258 | Wyatt | 3 |
| 28. | 21-11375 | Breeden | 7 |
| 29. | 21-11380 | Duet | 7 |
| 30. | 21-11382 | Froelich | 7 |
| 31. | 21-11384 | Ellis | 7 |
| 32. | 21-11388 | Hall | 7 |
| 33. | 21-11395 | Holley | 7 |
| 34. | 21-11403 | Pittman | 6 |
| 35. | 21-11405 | Russell | 6 |
| 36. | 21-11429 | Bivins | 7 |
| 37. | 21-11431 | Blackwell | 7 |
| 38. | 21-11435 | Bordelon | 8 |
| 39. | 21-11437 | Collura | 7 |
| 40. | 21-11440 | Ferdinand | 7 |
| 41. | 21-11454 | Maness-McMinn | 6 |
| 42. | 21-11462 | Tolbert | 6 |
| 43. | 21-11472 | Ellis | 7 |